IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC.,<br><br>    *Defendant*. | § § § § § § § § § § | Civil Action No. 6:12-CV-499<br><br>JURY TRIAL DEMANDED |

### PLAINTIFF'S NOTICE OF APPEARANCE OF CHRISTOPHER A. HONEA

Blue Spike, LLC, plaintiff in the above-entitled and numbered civil action, hereby notifies the Court and all parties that the following person, in addition to those who previously gave notice, is appearing as counsel of record:

Randall T. Garteiser
Texas Bar No. 24038912
Randall.garteiser@sftrialattorneys.com
44 North San Pedro Road
San Rafael, California 94903
Telephone:  (415) 785-3762
Facsimile:  (415) 785-3805

                                                         Respectfully submitted,

                                                         _____
                                                         Eric M. Albritton
                                                         Texas State Bar No. 00790215
                                                         ema@emafirm.com
                                                         Stephen E. Edwards
                                                         Texas State Bar No. 00784008
                                                         see@emafirm.com
                                                         Michael A. Benefield
                                                         Texas State Bar No. 24073408
                                                         mab@emafirm.com
                                                         ALBRITTON LAW FIRM

        P.O. Box 2649
        Longview, Texas 75606
        Telephone:  (903) 757-8449
        Facsimile:  (903) 758-7397

        Randall T. Garteiser
        Texas Bar No. 24038912
        randall.garteiser@sftrialattorneys.com
        Christopher A. Honea
        Texas Bar No. 24059967
        chris.honea@sftrialattorneys.com
        Christopher S. Johns
        Texas Bar No. 24044849
        chris.johns@sftrialattorneys.com
        **GARTEISER HONEA, P.C.**
        44 North San Pedro Road
        San Rafael, California 94903
        Telephone:  (415) 785-3762
        Facsimile:  (415) 785-3805

        *Counsel for Blue Spike LLC*

## CERTIFICATE OF SERVICE

   The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 9th day of August 2012.

                   /s/ R. Garteiser