IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** | § | |
| *Plaintiff*, | § § | Civil Action No. 6:12-CV-499 |
| v. | § § | |
| | § | **JURY TRIAL DEMANDED** |
| **TEXAS INSTRUMENTS, INC.,** | § § | |
| *Defendant*. | § | |

### PLAINTIFF'S NOTICE OF APPEARANCE OF CHRISTOPHER A. HONEA

Blue Spike, LLC, plaintiff in the above-entitled and numbered civil action, hereby notifies the Court and all parties that the following person, in addition to those who previously gave notice, is appearing as counsel of record:

    Christopher A. Honea
    Texas Bar No. 24059967
    chris.honea@sftrialattorneys.com
    44 North San Pedro Road
    San Rafael, California 94903
    Telephone:  (415) 785-3762
    Facsimile:  (415) 785-3805

                                                     Respectfully submitted,

                                                     _____
                                                     Eric M. Albritton
                                                     Texas State Bar No. 00790215
                                                     ema@emafirm.com
                                                     Stephen E. Edwards
                                                     Texas State Bar No. 00784008
                                                     see@emafirm.com
                                                     Michael A. Benefield
                                                     Texas State Bar No. 24073408
                                                     mab@emafirm.com

ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone:  (903) 757-8449
Facsimile:  (903) 758-7397

Randall T. Garteiser
Texas Bar No. 24038912
randall.garteiser@sftrialattorneys.com
Christopher A. Honea
Texas Bar No. 24059967
chris.honea@sftrialattorneys.com
Christopher S. Johns
Texas Bar No. 24044849
chris.johns@sftrialattorneys.com
**GARTEISER HONEA, P.C.**
44 North San Pedro Road
San Rafael, California 94903
Telephone:  (415) 785-3762
Facsimile:  (415) 785-3805

*Counsel for Blue Spike LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 9th day of August 2012.

_____