IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
| *Plaintiff*, | § § § | Civil Action No. 6:12-CV-499 |
| v. | § § | |
| TEXAS INSTRUMENTS, INC., | § § | JURY TRIAL DEMANDED |
| *Defendant.* | § § § | |

**PLAINTIFF'S NOTICE OF APPEARANCE OF CHRISTOPHER S. JOHNS**

Blue Spike, LLC, plaintiff in the above-entitled and numbered civil action, hereby notifies the Court and all parties that the following person, in addition to those who previously gave notice, is appearing as counsel of record:

Christopher S. Johns
Texas Bar No. 24044849
chris.johns@sftrialattorneys.com
44 North San Pedro Road
San Rafael, California 94903
Telephone:  (415) 785-3762
Facsimile:  (415) 785-3805

                                                  Respectfully submitted,

                                                  __/s/ Christopher S. Johns_
                                                  Eric M. Albritton
                                                  Texas State Bar No. 00790215
                                                  ema@emafirm.com
                                                  Stephen E. Edwards
                                                  Texas State Bar No. 00784008
                                                  see@emafirm.com
                                                  Michael A. Benefield
                                                  Texas State Bar No. 24073408
                                                  mab@emafirm.com
                                                  ALBRITTON LAW FIRM
                                                  P.O. Box 2649

Longview, Texas 75606
Telephone:  (903) 757-8449
Facsimile:  (903) 758-7397

Randall T. Garteiser
Texas Bar No. 24038912
randall.garteiser@sftrialattorneys.com
Christopher A. Honea
Texas Bar No. 24059967
chris.honea@sftrialattorneys.com
Christopher S. Johns
Texas Bar No. 24044849
chris.johns@sftrialattorneys.com
**GARTEISER HONEA, P.C.**
44 North San Pedro Road
San Rafael, California 94903
Telephone:  (415) 785-3762
Facsimile:  (415) 785-3805

*Counsel for Blue Spike LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 22th day of August 2012.

__/s/ Christopher S. Johns_