IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC, § § § Plaintiff, § § v. § § TEXAS INSTRUMENTS INCORPORATED § § Defendant. § § | CIVIL ACTION NO: 6:12-CV-499 JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

The following designated attorney hereby enters an appearance as additional counsel of record for Defendant Texas Instruments Incorporated, and is authorized to receive service on all pleadings, notices, orders and other papers in the above-captioned matter on behalf of Defendant.

Carl R. Roth
State Bar No.  17312000
THE ROTH LAW FIRM
115 N. Wellington, Suite 200
Marshall, Texas  75670
Telephone:  (903) 935-1665
Facsimile:  (903) 935-1797
Email:  cr@rothfirm.com

Respectfully submitted,

By: _____
CARL R. ROTH
State Bar No.  17312000
cr@rothfirm.com
BRENDAN C. ROTH
State Bar No. 24040132
br@rothfirm.com
AMANDA A. ABRAHAM
State Bar No.  24055077
aa@rothfirm.com

1

          THE ROTH LAW FIRM
          115 Wellington, Suite 200
          Marshall, Texas 75670
          Phone: (903) 935-1665
          Fax: (903) 935-1797

**ATTORNEYS FOR TEXAS INSTRUMENTS INCORPORATED**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 7th day of September, 2012.  Any other counsel of record will be served by facsimile transmission and/or first class mail.

.

_____
Carl R. Roth

2