IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO: 6:12-CV-499 |
| § | |
| TEXAS INSTRUMENTS INCORPORATED § | JURY TRIAL DEMANDED |
| § | |
| Defendant. § | |
| § | |

## CORPORATE DISCLOSURE STATEMENT OF
## TEXAS INSTRUMENTS INCORPORATED

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Texas Instruments Incorporated ("TI") discloses that it is a publicly traded company. It has no parent corporation, and no publicly traded corporation owns more than 10% of its stock.

Respectfully submitted,

*/s/ Amanda A. Abraham*
_____
TEXAS INSTRUMENTS INCORPORATED,
By its attorneys,
Carl R. Roth
cr@rothfirm.com
Brendan C. Roth
br@rothfirm.com
Amanda A. Abraham
aa@rothfirm.com
THE ROTH LAW FIRM, P.C.
115 N. Wellington, Suite 200
Marshall, Texas 75670
Telephone: (903) 935-1665
Facsimile: (903) 935-1797

**ATTORNEYS FOR DEFENDANT
TEXAS INSTRUMENTS INCORPORATED**

2

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 10th day of September, 2012.  Any other counsel of record will be served by facsimile transmission and/or first class mail.

/s/ Amanda A. Abraham
Amanda A. Abraham