IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>　　　*Plaintiff,*<br>　v.<br><br>ATTRIBUTOR CORPORATION,<br><br>　　　*Defendant.* | CONSOLIDATED<br><br>Case No. 6:12-CV-499<br>[Case No. 6:12-CV-540]<br><br>PATENT CASE<br><br>JURY TRIAL DEMANDED |

## **DEFENDANT ATTRIBUTOR CORPORATION'S**

## **CORPORATE DISCLOSURE STATEMENT**

## **(Fed. R. Civ. P. 7.1)**

　　Defendant Attributor Corporation ("Attributor"), by and through its undersigned attorneys, hereby discloses that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: October 10, 2012

Respectfully submitted,

*/s/ Joshua M. Masur*
Joshua M. Masur (Cal. S.B. No. 203510)
　*masur@turnerboyd.com*
TURNER BOYD LLP
2570 West El Camino Real, Suite 380
Mountain View, California 94040
Telephone: (650) 521-5930

**ATTORNEYS FOR DEFENDANT
ATTRIBUTOR CORPORATION**

2

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on October 10, 2012. Any other counsel of record will be served by a facsimile transmission and/or first class mail.

                                            */s/ Joshua M. Masur*
                                            Joshua M. Masur