IN THE UNITED STATES DISTRICT COURET
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Blue Spike, LLC, § | |
|     Plaintiff § | |
| § | |
| v. § | Case No. 6:12cv499 LED |
| § | |
| Texas Instruments, Inc. et al, § | |
|     Defendant § | |

**UNOPPOSED MOTION FOR ADDITIONAL EXTENSION
OF TIME TO ANSWER OR OTHERWISE RESPOND**

**COMES NOW** Consolidated Defendant, Google Inc. (hereinafter "Google") and for this Unopposed Motion for Additional Extension of Time to Answer or Otherwise Respond states the following:

Google has previously obtained an agreed 30 day extension of time in which to respond to Plaintiff's Complaint. This extension expires on October 17, 2012. Google has requested and Plaintiff has agreed to an additional extension of 30 days. Said extension is necessary based on Google's continuing investigation into the accused products and asserted patents. Given that over 150 claims are involved in this case and over 300 references are cited in the file history, it taking additional time for Google to complete an adequate investigation and formulate its response to the Complaint. Therefore, good cause exists to grant this additional extension of time.

**WHEREFORE, PREMISES CONSIDERED**, Google respectfully requests that the Court grant this extension and allow it until the close of business on November 15, 2012, to respond to Plaintiff's Complaint.

Respectfully submitted,

By: /s/ *Lance Lee*
Lance Lee
Texas Bar No. 24004762
5511 Plaza Drive
Texarkana, Texas 75503
Telephone: (903) 223-0276
Facsimile: (903) 223-0210
Email: wlancelee@aol.com

**ATTORNEY FOR DEFENDANTS GOOGLE, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on all counsel of record via email on this 16th day of October, 2012.

/s/ *Lance Lee*
Lance Lee

## CERTIFICATE OF CONFERENCE

The undersigned counsel has complied with the meet and confer requirement in Local Rule CV-7(h) and the relief requested in this Motion is unopposed.

/s/ *Lance Lee*
Lance Lee