IN THE UNITED STATES DISTRICT COURET
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § | |
|     Plaintiff | § | |
| | § | |
| v. | § | Case No. 6:12cv499 LED |
| | § | |
| Texas Instruments, Inc. et al, | § | |
|     Defendant | § | |

## ORDER

BEFORE the Court is Consolidated Defendant Google Inc.'s Unopposed Motion for Additional Extension of Time to Answer or Otherwise Respond. Having considered said Motion, the Court finds that it is well taken. Therefore, it is hereby

ORDERED, ADJUDGED and DECREED that Consolidated Defendant Google Inc.'s Unopposed Motion for Additional Extension of Time to Answer or Otherwise Respond is GRANTED.