UAET (02-2008)



Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 6:12-CV-499
Name of party requesting extension: Civolution USA, Inc. and Civolution B.V.
Is this the first application for extension of time in this case?   ☑ Yes
☐ No

If no, please indicate which application this represents:   ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 10/01/2012
Number of days requested:   ☐ 30 days
☐ 15 days
☑ Other  45  days

New Deadline Date: 12/06/2012   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Kyle E. Friesen
State Bar No.: 24061954
Firm Name: Mayer Brown LLP
Address: 700 Louisiana St., Suite 3400
         Houston, Texas  77002

Phone: (713) 238-2691
Fax:   (713) 238-4691
Email: kfriesen@mayerbrown.com

A certificate of conference does not need to be filed with this unopposed application.