**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| **BLUE SPIKE, LLC,** | |
| *Plaintiff,* | |
| **v.** | **CIVIL ACTION NO. 6:12-CV-499 LED (CONSOLIDATED)** |
| **YOUWEB, LLC,** | **JURY TRIAL DEMANDED** |
| **YOUWEB ACCELERATOR LLC, and,** | |
| **YOUWEB ENTREPRENEUR LLC,** | |
| *Defendants.* | |

## NOTICE OF DESIGNATION AND APPEARANCE OF LEAD COUNSEL

The undersigned attorney hereby enters an appearance as lead counsel of record for

Consolidated Defendants YouWeb, LLC, YouWeb Accelerator LLC, and YouWeb Entrepreneur

LLC, and certifies that he is authorized to receive service of all pleadings, notices, orders and

other papers in the above-captioned matter on behalf of the above-listed named Consolidated

Defendants.

Wayne M. Barsky
California Bar No. 116731
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East
Suite 4000
Los Angeles, CA 90067
Telephone: (310) 552-8183
Facsimile: (310) 551-7010
wbarsky@gibsondunn.com

DATE: October 16, 2012

Respectfully submitted,


By:     /s/ Wayne M. Barsky
　　　　Wayne Barsky (CA Bar No. 116731)
　　　　GIBSON, DUNN & CRUTCHER LLP
　　　　2029 Century Park East
　　　　Suite 4000
　　　　Los Angeles, CA  90067-3026
　　　　Telephone: (310) 552-8500
　　　　Facsimile:(310) 551-8741
　　　　wbarsky@gibsondunn.com

　　　　*Attorney for Defendants YouWeb, LLC,*
　　　　*YouWeb Accelerator LLC, and YouWeb*
　　　　*Entrepreneur LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of October, 2012, I caused a copy of the foregoing Notice of Designation and Appearance of Lead Counsel to be served upon all attorneys of record who have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

_/s/ Wayne M. Barsky_
Wayne M. Barsky