UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.: 6:12-cv-00499-LED
Name of party requesting extension: YouWeb Entrepreneur LLC
Is this the first application for extension of time in this case?  ☑ Yes
☐ No

If no, please indicate which application this represents:  ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 09/28/2012
Number of days requested:  ☑ 30 days
☐ 15 days
☐ Other _____ days
New Deadline Date: 11/19/2012   *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: Wayne M. Barsky
State Bar No.: CA 116731
Firm Name: Gibson, Dunn & Crutcher LLP
Address: 2029 Century Park East
Los Angeles, CA 90067

Phone: 310-552-8500
Fax:   310-551-8741
Email: WBarsky@gibsondunn.com

A certificate of conference does not need to be filed with this unopposed application.