UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.: 6:12-cv-00499-LED

Name of party requesting extension: YouWeb Accelerator LLC

Is this the first application for extension of time in this case?   ☑ Yes   ☐ No

If no, please indicate which application this represents:   ☐ Second   ☐ Third   ☐ Other _____

Date of Service of Summons: 09/28/2012

Number of days requested:   ☑ 30 days   ☐ 15 days   ☐ Other ____ days

New Deadline Date: 11/19/2012   *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: Wayne M. Barsky

State Bar No.: CA 116731

Firm Name: Gibson, Dunn & Crutcher LLP

Address: 2029 Century Park East
Los Angeles, CA 90067

Phone: 310-552-8500

Fax:   310-551-8741

Email: WBarsky@gibsondunn.com

A certificate of conference does not need to be filed with this unopposed application.