UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.:

Name of party requesting extension:

Is this the first application for extension of time in this case?        Yes

                                                                                                                          No

        If no, please indicate which application this represents:        Second

                                                                                                                                 Third

                                                                                                                                               Other _____

Date of Service of Summons:

Number of days requested:        30 days

                                                            15 days

                                                            Other \_\_\_\_\_ days

<span style="color:red">New Deadline Date:</span>        *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

        Full Name:

        State Bar No.:

        Firm Name:

        Address:

        Phone:

        Fax:

        Email:

A certificate of conference does not need to be filed with this unopposed application.

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>        Plaintiff,<br>v.<br><br>TEXAS INSTRUMENTS, INC.,<br><br>        Defendant. | Case No. 6:12-cv-00499-LED |

# ADDITIONAL ATTACHMENT TO UNOPPOSED APPLICATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT

1. **Photobucket.com, Inc.**
   *Consolidated Civil Action 6:12cv576*

2. *Qlipso, Inc.*
   *Consolidated Civil Action 6:12cv576*

3. **Qlipso Media Networks Ltd.**
   *Consolidated Civil Action 6:12cv576*

4. **Zedge Holdings, Inc.**
   *Consolidated Civil Action 6:12cv576*

5. **Mediafire, LLC**
   *Consolidated Civil Action 6:12cv576*