UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.:

Name of party requesting extension:

Is this the first application for extension of time in this case?   Yes
                                                                    No

    If no, please indicate which application this represents:   Second
                                                                                  Third
                                                                                  Other _____

Date of Service of Summons:

Number of days requested:   30 days
                            15 days
                            Other \_\_\_\_\_ days

New Deadline Date:   *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

    Full Name:
    State Bar No.:
    Firm Name:
    Address:


    Phone:
    Fax:
    Email:

A certificate of conference does not need to be filed with this unopposed application.

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| BLUE SPIKE, LLC, <br><br> Plaintiff, <br> v. <br><br> TEXAS INSTRUMENTS, INC., <br><br> Defendant. | Case No. 6:12-cv-00499-LED |

**ADDITIONAL ATTACHMENT TO UNOPPOSED APPLICATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT**

1. **Dailymotion, Inc.**
   *Consolidated Civil Action 6:12cv576*

2. **Dailymotion S.A.**
   *Consolidated Civil Action 6:12cv576*

3. **GoMiso, Inc**
   *Consolidated Civil Action 6:12cv576*

4. **iMesh, Inc.**
   *Consolidated Civil Action 6:12cv576*

5. **Coincident.TV, Inc.**
   *Consolidated Civil Action 6:12cv576*

6. **Related Content Database, Inc.**
   *Consolidated Civil Action 6:12cv568*