UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.:

Name of party requesting extension:

| | | |
|---|---|---|
| Is this the first application for extension of time in this case? | | Yes |
| | | No |
| If no, please indicate which application this represents: | | Second |
| | | Third |
| | | Other _____ |

Date of Service of Summons:

Number of days requested:     30 days

                                              15 days

                                              Other \_\_\_\_\_ days

New Deadline Date:     *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

    Full Name:

    State Bar No.:

    Firm Name:

    Address:

    Phone:

    Fax:

    Email:

A certificate of conference does not need to be filed with this unopposed application.

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>    Plaintiff,<br>v.<br><br>TEXAS INSTRUMENTS, INC.,<br><br>    Defendant. | Case No. 6:12-cv-00499-LED |

## ADDITIONAL ATTACHMENT TO UNOPPOSED APPLICATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT

1. **Audible Magic Corporation**
   *Consolidated Civil Action 6:12cv576*

2. **Facebook, Inc.**
   *Consolidated Civil Action 6:12cv576*

3. **MySpace, LLC**
   *Consolidated Civil Action 6:12cv576*

*4.* **Specific Media, LLC**
   *Consolidated Civil Action 6:12cv576*

5. **Yap.tv, Inc.**
   *Consolidated Civil Action 6:12cv576*

6. **Metacafe, Inc.**
   *Consolidated Civil Action 6:12cv576*

7. **Boodabee Technologies Inc.**
   *Consolidated Civil Action 6:12cv576*

8. **Harmonix Music Systems, Inc.**
   *Consolidated Civil Action 6:12cv576*

2

9. **Brightcove, Inc.**
   *Consolidated Civil Action 6:12cv576*

10. **Accedo Broadband AB**
    *Consolidated Civil Action 6:12cv576*

11. **Accedo Broadband NA, Inc.**
    *Consolidated Civil Action 6:12cv576*