Appendix K                                                                 Revised: 8/7/2012

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
_____Tyler_____ DIVISION
APPLICATION TO APPEAR PRO HAC VICE

**APPROVED**
By PBell at 7:51 am, Oct 18, 2012

1. This application is being made for the following: Case # __6:12-cv-00499-LED__
Style/Parties: __Blue Spike, LLC v. Texas Instruments, Inc.__
2. Applicant is representing the following party/ies: __Civolution USA, Inc. and Civolution B.V.__
3. Applicant was admitted to practice in __California__ (state) on __July 1, 1997__ (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant ○has ⊗has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant ○has ⊗has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant ○has ⊗has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
__See Attached List__
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**
   I, __Edward D. Johnson__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __10/16__          Signature __[signature]__ (/s/Signature)

Application Continued on Page 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print)  Edward D. Johnson
Bar Number /State  189475/ California
Firm Name:  Mayer Brown LLP
Address/P.O. Box:  Two Palo Alto Square, Ste. 300, 3000 El Camino Real
City/State/Zip:  Palo Alto, CA 94306
Telephone #:  650-331-2057
Fax #:  650-331-4557
E-mail Address:  wjohnson@mayerbrown.com
Secondary E-Mail Address:  msamora@mayerbrown.com

This application has been approved for the court on:  **10/18/12**

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By  *Petonia Bell*
Deputy Clerk

```
Application Instructions
Complete page 1 and 2 of this Application and Email to phv@txed.uscourts.gov for approval. Once
approved, the clerk will email to you your new Login and  Password so that you will be able to
electronically file your application and pay the $100 fee on  line. If you already have a login and
password, you will still need to wait for approval email  from the clerk before filing your
electronic application.  For Complete Instructions please visit the website
http://www.txed.uscourts.gov/
```

Email Application

## Edward D. Johnson's Court's Admission

| Court Admitted | Date Admitted |
| --- | --- |
| U.S. Court of Appeals Second Circuit | January 14, 2000 |
| U.S. Court of Appeals Ninth Circuit | February 22, 2001 |
| U.S. District Court of California- Northern District | February 8, 2001 |
| U.S. District Court of California- Southern District | December 20, 2000 |
| U.S. District Court of California- Central District | March 5, 2001 |
| U.S. District Court of California - Eastern District | May 16, 2001 |
| U.S. District Court of New York- Southern District | November 1, 1993 |
| U.S. District Court of New York- Eastern District | August 27, 1993 |