UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 6:12-CV-00499-LED
Name of party requesting extension: Bio-Metrica, LLC
Is this the first application for extension of time in this case?   ☑ Yes
  ☐ No

If no, please indicate which application this represents:   ☐ Second
  ☐ Third
  ☐ Other _____

Date of Service of Summons: 10/17/2012
Number of days requested:   ☑ 30 days
  ☐ 15 days
  ☐ Other _____ days

New Deadline Date: 12/07/2012   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Kenneth M. Motolenich-Salas
State Bar No.: 027499 (Arizona)
Firm Name: Weiss & Moy, P.C.
Address: 4204 N Brown Avenue
         Scottsdale, AZ 85251

Phone: 480-994-8888
Fax:   480-947-2663
Email: kmotolenich@weissiplaw.com

A certificate of conference does not need to be filed with this unopposed application.