UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

---

### CASE AND DEADLINE INFORMATION

Civil Action No.:

Name of party requesting extension:

Is this the first application for extension of time in this case?    Yes

No

If no, please indicate which application this represents:    Second

Third

Other _____

Date of Service of Summons:

Number of days requested:    30 days

15 days

Other _____ days

New Deadline Date:    *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name:

State Bar No.:

Firm Name:

Address:

Phone:

Fax:

Email:

---

A certificate of conference does not need to be filed with this unopposed application.