UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.:

Name of party requesting extension:

Is this the first application for extension of time in this case?               Yes

                                                                                No

            If no, please indicate which application this represents:           Second

                                                                                Third

                                                                                Other _____

Date of Service of Summons:

Number of days requested:              30 days

                                       15 days

                                       Other _____ days

New Deadline Date:                     *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

        Full Name:

        State Bar No.:

        Firm Name:

        Address:



        Phone:

        Fax:

        Email:

A certificate of conference does not need to be filed with this unopposed application.