UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.: 6:12-CV-499

Name of party requesting extension: CBS Interactive, Inc. (Case No. 6:12-CV-594)

Is this the first application for extension of time in this case?   ☑ Yes
☐ No

If no, please indicate which application this represents:   ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 10/01/2012

Number of days requested:   ☑ 30 days
☐ 15 days
☐ Other _____ days

New Deadline Date: 11/21/2012   *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: Edward R. Reines

State Bar No.: 135960 (CA Bar No.)

Firm Name: Weil, Gotshal & Manges LLP

Address: 201 Redwood Shores Parkway
Redwood Shores, CA 94065

Phone: (650) 802-3022

Fax:   (650) 802-3100

Email: edward.reines@weil.com

A certificate of conference does not need to be filed with this unopposed application.