Appendix K                                                                                           Revised: 8/7/12

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION
APPLICATION TO APPEAR PRO HAC VICE

**APPROVED**
By DCollazo at 3:20 pm, Oct 19, 2012

1. This application is being made for the following: Case # 6:12-cv-499

Style: Blue Spike, LLC v. Texas Instruments, Inc., et al

2. Applicant is representing the following party/ies: Irdeto USA, Inc. and Irdeto B.V.

3. Applicant was admitted to practice in California on December 8, 1992.

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/(has not) had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/(has not) ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has/(has not) been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts: United States District Court for the Northern, Central, Eastern, and Southern Districts of California, U.S. Court of Appeals for the Ninth Circuit, and United States Court of Appeals for the Federal Circuit.

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, Andrew Valentine do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date  October 17, 2012                              Signature  */s/ Andrew Valentine*

WEST\239129889.1

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name:  Andrew Valentine
Bar Number:  CA 162094
Firm Name:    DLA Piper LLP (US)
Address/P.O. Box:   2000 University Avenue
City/State/Zip: East Palo Alto, CA 94303
Telephone #: (650) 833-2000
Fax #: (650) 833-2001
E-mail Address: andrew.valentine@dlapiper.com
Secondary E-Mail Address: shelley.barajas@dlapiper.com

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on:  _____**10/19/12**_____

_____*David Maland*_____
David J. Maland, Clerk
U.S. District Court, Eastern District of Texas


By _*Deblue Collazo*_____
Deputy Clerk

WEST\239129889.1