UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.: 12-499LED/12-544LED

Name of party requesting extension: Belden Inc.

Is this the first application for extension of time in this case?   ☑ Yes
   ☐ No

If no, please indicate which application this represents:   ☐ Second
   ☐ Third
   ☐ Other _____

Date of Service of Summons: 10/01/2012

Number of days requested:   ☑ 30 days
   ☐ 15 days
   ☐ Other _____ days

New Deadline Date: 11/21/2012   *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: Matthew B. Lowrie

State Bar No.: 633164 (Massachusetts Bar)

Firm Name: Foley & Lardner, LLP

Address: 111 Huntington Ave., Boston, MA 02199

Phone: 617-342-4000

Fax:   617-342-4001

Email: mlowrie@foley.com

A certificate of conference does not need to be filed with this unopposed application.