IN THE UNITED STATES DISTRICT COURET
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § | |
|     Plaintiff | § | |
| | § | |
| v. | § | Case No. 6:12cv499 LED |
| | § | |
| Texas Instruments, Inc. et al, | § | |
|     Defendant | § | |

## ORDER

BEFORE the Court is Consolidated Defendant Google Inc.'s Unopposed Motion for Additional Extension of Time to Answer or Otherwise Respond. Having considered said Motion, the Court finds that it is well taken. Therefore, it is hereby

ORDERED, ADJUDGED and DECREED that Consolidated Defendant Google Inc.'s Unopposed Motion for Additional Extension of Time to Answer or Otherwise Respond is GRANTED. Defendant Google Inc. shall have until the close of business on November 15, 2012 to respond to Plaintiff's complaint. However, no further extensions will be granted absent a showing of good cause.

So ORDERED and SIGNED this 22nd day of October, 2012.



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**