# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § | |
| | § | Civil Action No. 6:12-cv-499 [LED] |
| | § | **LEAD CASE** |
| v. | § | Jury Trial Demanded |
| | § | |
| Texas Instruments, Inc. | § | |
| Blue Spike, LLC, | § | |
| | § | Civil Action No. 6:12-cv-500 |
| | § | |
| v. | § | Jury Trial Demanded |
| | § | |
| Shazam Entertainment Ltd. | § | |

## DEFENDANT SHAZAM ENTERTAINMENT LIMITED'S
## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Shazam Entertainment Limited, by its undersigned counsel, hereby states that Shazam Entertainment Limited has no parent corporation or publicly held corporation owning 10% or more of its stock.

If necessary, Shazam Entertainment Limited reserves the right to supplement this statement.

| | |
|---|---|
| Date: October 22, 2012 | Respectfully submitted, |
| | /s/  *Michael E. Jones* |
| Josh A. Krevitt | Michael E. Jones |
| (NY Bar No. 2568228) | SBN: 10929400 |
| Benjamin Hershkowitz | mikejones@potterminton.com |
| (NY Bar No. 2600559) | POTTER MINTON, PC |
| GIBSON, DUNN & CRUTCHER LLP | 110 North College, Suite 500 |
| 200 Park Avenue | Tyler, Texas 75702 |
| New York, NY 10166 | Tel: 903-597-8311 |
| Ph. 212.351.4000 | Fax: 903-593-0846 |
| Fax: 212.351.6210 | |
| jkrevitt@gibsondunn.com | |
| bhershkowitz@gibsondunn.com | |
| | *Counsel for Defendant* |
| | *Shazam Entertainment Limited* |

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2012, a true and correct copy of the foregoing document was served on all attorneys of record who have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ *Michael E. Jones*
Michael E. Jones