AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | | |
|---|---|---|
| Blue Spike, LLC | ) ) ) ) ) | 6:12CV499 LEAD CONSOLIDATED WITH |
| Plaintiff(s) | ) | |
| v. | ) ) ) | Civil Action No. 6:12-CV-648 |
| BioLink Solutions Ltd. and Bio-Metrica LLC | ) ) ) | |
| Defendant(s) | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BioLink Solutions Ltd.
3 Avangardnaya Street
Moscow 125493, Russia.

c/o Texas Secretary of State
1019 Brazos St
Austin, TX 78701

RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
OCT 2 2 2012
DAVID J. MALAND, CLERK

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Eric M. Albritton
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/27/12

*David Maland*
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:12-CV-648

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* BroLink Solutions Ltd.
was received by me on *(date)* 10-2-12 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Venita Okpegbue , who is designated by law to accept service of process on behalf of *(name of organization)* Texas Secretary of State on *(date)* 10-3-12 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ per invoice 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/3/12

*Server's signature*

Juanita Aleman   Authorized Person
*Printed name and title*

1501 San Antonio Street, Ste. 200 Austin TX 78701
*Server's address*

Additional information regarding attempted service, etc: