OCT-19-2012 13:50    512 542 9999    95%    P.21

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| Blue Spike, LLC <br> *Plaintiff(s)* <br> v. <br> ZkTeco, Inc. and ZK Technology LLC <br> *Defendant(s)* | 6:12CV499 LEAD <br> CONSOLIDATED WITH <br> Civil Action No. 6:12-CV-608 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ZkTeco, Inc.
ZK Mansion, Wuhe Road, Gangtou, Bantian
Buji Town, Longgang District, Shenzhen, China

c/o Texas Secretary of State
1019 Brazos St
Austin, TX 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Eric M. Albritton
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 9/26/12

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

Oct 19 12 11:16a    You've Been Served LLC    512-542-9999    p.21

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:12-CV-608

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ZkTeco, Inc
was received by me on *(date)* 10/16/12.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Helen Lupercio, who is designated by law to accept service of process on behalf of *(name of organization)* Texas Secretary of State on *(date)* 10/17/12 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ see invoice

I declare under penalty of perjury that this information is true.

Date: 10/17/12

_____
Server's signature

Juanita Aleman, Authorized Person
Printed name and title

1504 San Antonio Street, Ste 200, Austin TX 78701
Server's address

Additional information regarding attempted service, etc: