IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **BLUE SPIKE, LLC,**<br><br>*Plaintiff,*<br><br>v.<br><br>**TEXAS INSTRUMENTS, INC.,** *et al.,*<br><br>*Defendants.* | **Civil Action No. 6:12-CV-499**<br>(*Consolidated from 6:12-CV-687*)<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE OF COUNSEL

Wasif Qureshi, of the law firm Fish & Richardson P.C., located at 1221 McKinney Street, Suite 2800, Houston, Texas 77010, email: qureshi@fr.com, files this Notice of Appearance on behalf of Aware, Inc. in the above-referenced matter. All orders, notices, pleadings and correspondence should be served upon counsel at the above-referenced address.

Dated:  October 24, 2012

Respectfully submitted,

By: /s/ Wasif Qureshi

Wasif Qureshi (24048155)
**Fish & Richardson PC**
1221 McKinney Street, Ste 2800
Houston, TX 77010
Phone: 713-654-5300
Fax: 713-652-0109
qureshi@fr.com

*Attorney for Defendant Aware, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Khoa Nguyen*
Khoa Nguyen
