IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC<br>　　　　*Plaintiff,*<br>　　v.<br>TEXAS INSTRUMENTS, INC.<br>　　　　*Defendant.* | Civil Action No. 6:12-cv-499 [LED]<br>**LEAD CASE**<br>Jury Trial Demanded |
| BLUE SPIKE, LLC<br>　　　　*Plaintiff,*<br>　　v.<br>SHAZAM ENTERTAINMENT LTD.,<br>　　　　*Defendant.* | Civil Case No. 6:12-cv-00500<br>Jury Trial Demanded |

## NOTICE OF APPEARANCE OF COUNSEL

The undersigned attorney hereby enters an appearance as counsel of record for Defendants Shazam Entertainment Ltd. and certifies that he is authorized to receive service of all pleadings, notices, orders and other papers in the above-captioned matter on behalf of the above named Defendant.

> R. Scott Roe
> New York State Bar No. 4480224
> GIBSON, DUNN & CRUTCHER LLP
> 200 Park Avenue
> New York, New York 10166-0193
> Telephone: (212) 351-2618
> Facsimile: (212) 351-6318
> sroe@gibsondunn.com

Respectfully submitted,

Dated: October 24, 2012

/s/ R. Scott Roe

R. Scott Roe

Benjamin Hershkowitz
(N.Y. State Bar No. 2600559)
R. Scott Roe
(N. Y. State  Bar No.4480224)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
bhershkowitz@gibsondunn.com

*Counsel for Defendants Paramount Pictures Corporation and Paramount Home Entertainment, Inc.*

## CERTIFICATE OF SERVICE

I certify that the foregoing document was filed electronically on October 24, 2012 pursuant to Local Rule CV-5(a) and has been served on all counsel who have consented to electronic service.  Any other counsel of record will be served by first class U.S. mail on this same date.

/s/ R. Scott Roe