## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| **BLUE SPIKE, LLC,** § | |
| *Plaintiff,* § | |
| § | Civil Action No. 6:12-CV-00499 |
| v.  § | (Civil Action No. 6:12-CV-0681) |
| § | |
| **LUMIDIGM, INC.,** § | JURY TRIAL DEMANDED |
| *Defendant.* § | |

### DEFENDANT'S NOTICE OF APPEARANCE OF ROBERT F. KRAMER

Lumidigm, Inc., defendant in the above-entitled and numbered civil action, hereby notifies the Court and all parties that the following person is appearing as counsel of record:

>Robert F. Kramer
>SNR Denton US LLP
>1530 Page Mill Road
>Suite 200
>Palo Alto, CA 94304-1125
>Telephone: (650) 798-0356
>Facsimile:  (650) 798-0310
>robert.kramer@snrdenton.com

>Respectfully submitted,
>
> /s/  Robert F. Kramer_____
>Robert F. Kramer
>CA Bar No. 181706
>robert.kramer@snrdenton.com
>**SNR DENTON US LLP**
>1530 Page Mill Road
>Suite 200
>Palo Alto, CA 94304-1125
>Telephone: (650) 798-0356
>Facsimile:  (650) 798-0310
>
>*Counsel for Defendant*
>*Lumidigm, Inc.*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3) (A). Pursuant to Fed. R. Civ. P. 59d0 and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 24th day of October, 2012.

      /s/ Robert F. Kramer_____
      Robert  F. Kramer