**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § § § | |
| Plaintiff, | § § | CASE NO. 6:12-CV-499-LED |
| vs. | § § | **JURY TRIAL DEMANDED** |
| TEXAS INSTRUMENTS, INC., | § § § | |
| Defendant. | § | |

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § § § | |
| Plaintiff, | § § | CASE NO. 6:12-CV-500-LED |
| vs. | § § | **JURY TRIAL DEMANDED** |
| SHAZAM ENTERTAINMENT LTD., | § § § | |
| Defendant. | § | |

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § § § | |
| Plaintiff, | § § | CASE NO. 6:12-CV-502-LED |
| vs. | § § | **JURY TRIAL DEMANDED** |
| IPHARRO MEDIA, INC., et al., | § § § | |
| Defendants. | § | |

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § § § | |
| Plaintiff, | § § | CASE NO. 6:12-CV-526-LED |
| vs. | § § | **JURY TRIAL DEMANDED** |
| | § | |

| | | |
|---|---|---|
| VIGGLE, INC., | § | |
| | § | |
| Defendant. | | |

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
| | § | |
| | § | |
| Plaintiff, | § | CASE NO. 6:12-CV-527-LED |
| | § | |
| vs. | § | **JURY TRIAL DEMANDED** |
| | § | |
| FREE STREAM MEDIA CORP., | § | |
| | § | |
| Defendant. | | |

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
| | § | |
| | § | |
| Plaintiff, | § | CASE NO. 6:12-CV-528-LED |
| | § | |
| vs. | § | **JURY TRIAL DEMANDED** |
| | § | |
| THE ECHO NEST CORP., | § | |
| | § | |
| Defendant. | | |

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
| | § | |
| | § | |
| Plaintiff, | § | CASE NO. 6:12-CV-529-LED |
| | § | |
| vs. | § | **JURY TRIAL DEMANDED** |
| | § | |
| PEER MEDIA TECHNOLOGIES, INC., | § | |
| | § | |
| Defendant. | | |

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
| | § | |
| | § | |
| Plaintiff, | § | CASE NO. 6:12-CV-531-LED |
| | § | |
| vs. | § | **JURY TRIAL DEMANDED** |
| | § | |
| BIO-KEY INTERNATIONAL, INC., | § | |
| | § | |

Defendant.

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § § § | |
| Plaintiff, | § § | CASE NO. 6:12-CV-533-LED |
| vs. | § § | **JURY TRIAL DEMANDED** |
| TUNESAT, LLC, | § § § | |
| Defendant. | | |

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § § § | |
| Plaintiff, | § § | CASE NO. 6:12-CV-534-LED |
| vs. | § § | **JURY TRIAL DEMANDED** |
| VERCURY, INC., | § § § | |
| Defendant. | | |

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § § § | |
| Plaintiff, | § § | CASE NO. 6:12-CV-537-LED |
| vs. | § § | **JURY TRIAL DEMANDED** |
| SOUNDHOUND, INC., | § § § | |
| Defendant. | | |

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § § § | |
| Plaintiff, | § § | CASE NO. 6:12-CV-539-LED |
| vs. | § § | **JURY TRIAL DEMANDED** |
| VOBILE, INC., | § § § | |
| Defendant. | | |

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
| | § | |
| | § | |
| Plaintiff, | § | CASE NO. 6:12-CV-540-LED |
| | § | |
| vs. | § | **JURY TRIAL DEMANDED** |
| | § | |
| ATTRIBUTOR CORP., | § | |
| | § | |
| Defendant. | | |

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
| | § | |
| | § | |
| Plaintiff, | § | CASE NO. 6:12-CV-544-LED |
| | § | |
| vs. | § | **JURY TRIAL DEMANDED** |
| | § | |
| MIRANDA TECHNOLOGIES, INC., et al., | § | |
| | § | |
| Defendants. | | |

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
| | § | |
| | § | |
| Plaintiff, | § | CASE NO. 6:12-CV-556-LED |
| | § | |
| vs. | § | **JURY TRIAL DEMANDED** |
| | § | |
| YAHOO! INC., | § | |
| | § | |
| Defendant. | | |

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
| | § | |
| | § | |
| Plaintiff, | § | CASE NO. 6:12-CV-557-LED |
| | § | |
| vs. | § | **JURY TRIAL DEMANDED** |
| | § | |
| CIVOLUTION USA, INC., et al., | § | |
| | § | |
| Defendants. | | |

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |

| | | |
|---|---|---|
| Plaintiff, | § | CASE NO. 6:12-CV-558-LED |
| | § | |
| | § | |
| vs. | § | **JURY TRIAL DEMANDED** |
| | § | |
| GOOGLE, INC., | § | |
| | § | |
| Defendant. | | |

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
| | § | |
| | § | |
| Plaintiff, | § | CASE NO. 6:12-CV-564-LED |
| | § | |
| vs. | § | **JURY TRIAL DEMANDED** |
| | § | |
| ADOBE SYSTEMS, INC., | § | |
| | § | |
| Defendant. | | |

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
| | § | |
| | § | |
| Plaintiff, | § | CASE NO. 6:12-CV-565-LED |
| | § | |
| vs. | § | **JURY TRIAL DEMANDED** |
| | § | |
| UMAMI CO., | § | |
| | § | |
| Defendant. | | |

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
| | § | |
| | § | |
| Plaintiff, | § | CASE NO. 6:12-CV-567-LED |
| | § | |
| vs. | § | **JURY TRIAL DEMANDED** |
| | § | |
| IRDETO USA, INC., et al., | § | |
| | § | |
| Defendants. | | |

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
| | § | |
| | § | |
| Plaintiff, | § | CASE NO. 6:12-CV-568-LED |

| | § | |
|---|---|---|
| vs. | § | **JURY TRIAL DEMANDED** |
| | § | |
| ZEITERA, LLC, et al., | § | |
| | § | |
| Defendants. | | |

| | § | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
| | § | |
| Plaintiff, | § | CASE NO. 6:12-CV-570-LED |
| | § | |
| vs. | § | **JURY TRIAL DEMANDED** |
| | § | |
| WIOFFER, LLC, | § | |
| | § | |
| Defendant. | | |

| | § | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
| | § | |
| Plaintiff, | § | CASE NO. 6:12-CV-572-LED |
| | § | |
| vs. | § | **JURY TRIAL DEMANDED** |
| | § | |
| TECHNICOLOR USA, INC., et al., | § | |
| | § | |
| Defendants. | | |

| | § | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
| | § | |
| Plaintiff, | § | CASE NO. 6:12-CV-576-LED |
| | § | |
| vs. | § | **JURY TRIAL DEMANDED** |
| | § | |
| AUDIBLE MAGIC CORP., et al., | § | |
| | § | |
| Defendants. | | |

| | § | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
| | § | |
| Plaintiff, | § | CASE NO. 6:12-CV-576-LED |
| | § | |
| vs. | § | **JURY TRIAL DEMANDED** |

| | | |
|---|---|---|
| ROVI CORP. et al., | § § § | |
| Defendants. | | |
| BLUE SPIKE, LLC, | § § § | |
| Plaintiff, | § § | CASE NO. 6:12-CV-580-LED |
| vs. | § § | **JURY TRIAL DEMANDED** |
| YOUWEB, LLC, et al., | § § § | |
| Defendants. | | |
| BLUE SPIKE, LLC, | § § § | |
| Plaintiff, | § § | CASE NO. 6:12-CV-5581-LED |
| vs. | § § | **JURY TRIAL DEMANDED** |
| SMRTV, INC., | § § § | |
| Defendant. | | |
| BLUE SPIKE, LLC, | § § § | |
| Plaintiff, | § § | CASE NO. 6:12-CV-582-LED |
| vs. | § § | **JURY TRIAL DEMANDED** |
| ACTV8, INC., | § § § | |
| Defendant. | | |
| BLUE SPIKE, LLC, | § § § | |
| Plaintiff, | § § | CASE NO. 6:12-CV-586-LED |
| vs. | § § | **JURY TRIAL DEMANDED** |
| BROADCAST MUSIC, INC., et al., | § | |

|  |  |  |
|---|---|---|
| Defendants. | § | |
| BLUE SPIKE, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>THE NIELSEN COMPANY (US), LLC,<br><br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 6:12-CV-587-LED<br><br>**JURY TRIAL DEMANDED** |
| BLUE SPIKE, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>CBX INTERACTIVE, INC. et al.,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 6:12-CV-594-LED<br><br>**JURY TRIAL DEMANDED** |
| BLUE SPIKE, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>CLEAR CHANNEL BROADCASTING,<br>INC.,<br><br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 6:12-CV-595-LED<br><br>**JURY TRIAL DEMANDED** |
| BLUE SPIKE, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>SOUNDMOUSE LTD., | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 6:12-CV-598-LED<br><br>**JURY TRIAL DEMANDED** |

Defendant.

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § § § | |
| Plaintiff, | § § | CASE NO. 6:12-CV-607-LED |
| vs. | § § | **JURY TRIAL DEMANDED** |
| SECUGEN CORP., | § § § | |
| Defendant. | | |

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § § § | |
| Plaintiff, | § § | CASE NO. 6:12-CV-608-LED |
| vs. | § § | **JURY TRIAL DEMANDED** |
| ZKTECO, INC., et al., | § § § | |
| Defendants. | | |

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § § § | |
| Plaintiff, | § § | CASE NO. 6:12-CV-610-LED |
| vs. | § § | **JURY TRIAL DEMANDED** |
| FULCRUM BIOMETRICS, LLC, et al., | § § § | |
| Defendants. | | |

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § § § | |
| Plaintiff, | § § | CASE NO. 6:12-CV-616-LED |
| vs. | § § | **JURY TRIAL DEMANDED** |
| FUJITSU AMERICA, INC., et al., | § § § | |
| Defendants. | | |

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
| | § | |
| | § | |
| Plaintiff, | § | CASE NO. 6:12-CV-645-LED |
| | § | |
| vs. | § | **JURY TRIAL DEMANDED** |
| | § | |
| GREEN BIT, INC., et al., | § | |
| | § | |
| Defendants. | | |

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
| | § | |
| | § | |
| Plaintiff, | § | CASE NO. 6:12-CV-646-LED |
| | § | |
| vs. | § | **JURY TRIAL DEMANDED** |
| | § | |
| TVTAK USA, INC., et al., | § | |
| | § | |
| Defendants. | | |

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
| | § | |
| | § | |
| Plaintiff, | § | CASE NO. 6:12-CV-647-LED |
| | § | |
| vs. | § | **JURY TRIAL DEMANDED** |
| | § | |
| INNOVATRICS S.R.O, et al., | § | |
| | § | |
| Defendants. | | |

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
| | § | |
| | § | |
| Plaintiff, | § | CASE NO. 6:12-CV-648-LED |
| | § | |
| vs. | § | **JURY TRIAL DEMANDED** |
| | § | |
| BIOLINK SOLUTIONS LTD., et al., | § | |
| | § | |
| Defendants. | | |

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
| | § | |

|  |  |  |
|---|---|---|
| Plaintiff, | § | CASE NO. 6:12-CV-649-LED |
|  | § |  |
| vs. | § | **JURY TRIAL DEMANDED** |
|  | § |  |
| CROSS MATCH TECHNOLOGIES, INC., et al., | § | |
|  | § |  |
| Defendants. | | |

|  |  |  |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
|  | § | |
| Plaintiff, | § | CASE NO. 6:12-CV-650-LED |
|  | § | |
| vs. | § | **JURY TRIAL DEMANDED** |
|  | § | |
| DIGI-KEY CORP., | § | |
| Defendant. | § | |

|  |  |  |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
|  | § | |
| Plaintiff, | § | CASE NO. 6:12-CV-651-LED |
|  | § | |
| vs. | § | **JURY TRIAL DEMANDED** |
|  | § | |
| GRIAULE TECHNOLOGY, LLC, | § | |
| Defendant. | § | |

|  |  |  |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
|  | § | |
| Plaintiff, | § | CASE NO. 6:12-CV-652-LED |
|  | § | |
| vs. | § | **JURY TRIAL DEMANDED** |
|  | § | |
| INTEGRATED BIOMETRICS, LLC, | § | |
| Defendant. | § | |

|  |  |
|---|---|
| BLUE SPIKE, LLC, | § |
|  | § |
|  | § |

|  |  |  |
|---|---|---|
| Plaintiff, | § | CASE NO. 6:12-CV-680-LED |
|  | § |  |
| vs. | § | **JURY TRIAL DEMANDED** |
|  | § |  |
| L-1 IDENTITY SOLUTIONS, INC., et al., | § |  |
|  | § |  |
| Defendants. |  |  |

|  |  |  |
|---|---|---|
|  | § |  |
| BLUE SPIKE, LLC, | § |  |
|  | § |  |
| Plaintiff, | § | CASE NO. 6:12-CV-681-LED |
|  | § |  |
| vs. | § | **JURY TRIAL DEMANDED** |
|  | § |  |
| LUMIDIGM, INC., | § |  |
|  | § |  |
| Defendant. |  |  |

|  |  |  |
|---|---|---|
|  | § |  |
| BLUE SPIKE, LLC, | § |  |
|  | § |  |
| Plaintiff, | § | CASE NO. 6:12-CV-682-LED |
|  | § |  |
| vs. | § | **JURY TRIAL DEMANDED** |
|  | § |  |
| BMAT LICENSING, S.L., | § |  |
|  | § |  |
| Defendant. |  |  |

|  |  |  |
|---|---|---|
|  | § |  |
| BLUE SPIKE, LLC, | § |  |
|  | § |  |
| Plaintiff, | § | CASE NO. 6:12-CV-684-LED |
|  | § |  |
| vs. | § | **JURY TRIAL DEMANDED** |
|  | § |  |
| TV INTERACTIVE SYSTEMS, INC., | § |  |
|  | § |  |
| Defendant. |  |  |

|  |  |  |
|---|---|---|
|  | § |  |
| BLUE SPIKE, LLC, | § |  |
|  | § |  |
| Plaintiff, | § | CASE NO. 6:12-CV-685-LED |
|  | § |  |

| | | |
|---|---|---|
| vs. | § | **JURY TRIAL DEMANDED** |
| | § | |
| 3M COGENT, INC., | § | |
| | § | |
| Defendant. | | |

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
| | § | |
| | § | |
| Plaintiff, | § | CASE NO. 6:12-CV-686-LED |
| | § | |
| vs. | § | **JURY TRIAL DEMANDED** |
| | § | |
| ANTHEUS TECHNOLOGY, INC., | § | |
| | § | |
| Defendant. | | |

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
| | § | |
| | § | |
| Plaintiff, | § | CASE NO. 6:12-CV-687-LED |
| | § | |
| vs. | § | **JURY TRIAL DEMANDED** |
| | § | |
| AWARE, INC., | § | |
| | § | |
| Defendant. | | |

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
| | § | |
| | § | |
| Plaintiff, | § | CASE NO. 6:12-CV-688-LED |
| | § | |
| vs. | § | **JURY TRIAL DEMANDED** |
| | § | |
| IMAGEWARE SYSTEMS, INC., | § | |
| | § | |
| Defendant. | | |

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
| | § | |
| | § | |
| Plaintiff, | § | CASE NO. 6:12-CV-690-LED |
| | § | |
| vs. | § | **JURY TRIAL DEMANDED** |
| | § | |

| | | |
|---|---|---|
| NEC CORPORATION OF AMERICA, et al., | § § | |
| Defendants. | § | |

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § § § | |
| Plaintiff, | § § | CASE NO. 6:12-CV-694-LED |
| vs. | § § | **JURY TRIAL DEMANDED** |
| PRECISE BIOMETRICS, INC. et al., | § § | |
| Defendants. | § | |

**DEFENDANT VERCURY, INC.'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Vercury, Inc. states that it has

no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated:  October 25, 2012                Respectfully submitted,

*/s/ Ian N. Feinberg*
Margaret Elizabeth Day (CA Bar No. 177125)
Admitted to Practice
Email:  eday@feinday.com
Ian N. Feinberg (CA Bar No. 88324)
Admitted *Pro Hac Vice*
Email: ifeinberg@feinday.com
FEINBERG DAY ALBERTI & THOMPSON LLP
401 Florence Street, Suite 200
Palo Alto, CA 94301
Telephone:  (650) 618.4360
Facsimile:   (650) 618.4368

Attorneys for Defendant
VERCURY, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this documents was served on all counsel who have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by U.S. mail or facsimile transmission, on this 25th day of October, 2012.

*/s/ Ian N. Feinberg*
Ian N. Feinberg