UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.:

Name of party requesting extension:

Is this the first application for extension of time in this case?    Yes
                                                                                                                                                            No

        If no, please indicate which application this represents:    Second
                                                                                                                                                                              Third
                                                                                                                                                                               Other _____

Date of Service of Summons:

Number of days requested:    30 days
                                                                                  15 days
                                                                                  Other \_\_\_\_\_ days

<span style="color:red">New Deadline Date:</span>    <span style="color:red">*(Required)*</span>

**ATTORNEY FILING APPLICATION INFORMATION**

      Full Name:

      State Bar No.:

      Firm Name:

      Address:

      Phone:

      Fax:

      Email:

A certificate of conference does not need to be filed with this unopposed application.