## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** | § § § § § § § § § § § § | |
| **Plaintiff,** | | |
| v. | | **Civil Action No.: 6:12-cv-00499-LED** |
| **TEXAS INSTRUMENTS, INC.,** | | |
| **Defendant.** | | **JURY TRIAL DEMANDED** |
| | | |
| **BLUE SPIKE, LLC,** | § § § § § § § § § § § § § | |
| **Plaintiff,** | | |
| v. | | **Civil Action No.: 6:12-CV-531-LED** |
| **BIO-KEY INTERNATIONAL, INC.,** | | |
| **Defendant.** | | **JURY TRIAL DEMANDED** |

### DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant BIO-key International, Inc. certifies that it has no parent company and that no publicly held company owns 10% or more of its stock.

Date: October 26, 2012

Respectfully submitted,

By: */s/ Eric H. Findlay*
Eric H. Findlay (State Bar No. 00789886)
Brian Craft (State Bar No. 04972020)
Walter W. Lackey, Jr. (State Bar No. 24050901)
FINDLAY CRAFT LLP
6760 Old Jacksonville Highway
Suite 101
Tyler, TX 75703

Phone:  903 571 696
efindlay@findlaycraft.com
bcraft@findlaycraft.com
wlackey@findlaycraft.com


-and-

Carlos Perez-Albuerne
Dana Leigh Popkave
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110
Tel.: (617) 248-5000
Fax: (617) 248-4000
cperez@choate.com
dpopkave@choate.com

(Pro Hac Vice Applications to be filed)


ATTORNEYS FOR DEFENDANT BIO-KEY
INTERNATIONAL, INC.


<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on October 26, 2012, I electronically filed the foregoing

**DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT** with the Clerk of the Court using

the CM/ECF system which will send notification of such filing *via* electronic mail to all counsel

of record.


/s/ *Eric H. Findlay*
Eric H. Findlay


2