IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § § § | |
| *Plaintiff*, | § § | Civil Action No. 6:12-CV-499 |
| v. | § § | (*Consolidated from 6:12-CV-650*) |
| TEXAS INSTRUMENTS, INC., *et al.*, | § § | JURY TRIAL DEMANDED |
| *Defendants*. | § § § | |

**ORDER ON VOLUNTARY DISMISSAL OF DEFENDANT DIGI-KEY CORPORATION WITHOUT PREJUDICE UNDER RULE 41(a)(1)(A)(i) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

The Court is in receipt of Plaintiff GHJ Holdings, LLC's Notice of Voluntary Dismissal of Defendant Digi-Key Corporation ("Defendant Digi-Key") without prejudice under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure ("the Notice"). At the time of filing of the Notice, Defendant has not yet answered the Complaint, and has not yet moved for summary judgment.

It is therefore ORDERED, that the Complaint is dismissed without prejudice against Defendant Digi-Key.