UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC | ) | Civil Action No. 6:12cv499-LED |
| *Plaintiff* | ) | **LEAD CASE** |
| **v**. | ) | Civil Action No. 6:12-cv-694-LED |
| PRECISE BIOMETRICS, INC., et al | ) | **CONSOLIDATED CASE** |
| *Defendant* | | |

## STIPULATON REGARDING WAIVER OF SERVICE

The Parties agree to save the expense of properly serving Precise Biometrics, Inc. and Precise Biometrics AB with a summons and complaint in this case.

Defendants Precise Biometrics, Inc. and Precise Biometrics AB will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but Defendants hereby waive any objections to the absence of a summons or of service.

Defendants must file and serve an answer or a motion under Rule 12 within **60 days** from October 24, 2012, being **December 24, 2012**, the date agreed to by the parties.

Date: 10-31-12

_____/s/ Melissa R. Smith_____
Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, LLP
303 S. Washington Ave.
Marshall, Texas 75670
Telephone:  (903) 934-8450
Facsimile:  (903) 934-9257
melissa@gillamsmithlaw.com

*ATTORNEY FOR PRECISE BIOMETRICS, INC. and PRECISE BIOMETRICS AB*

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 31st day of October, 2012.

_____/s/ Melissa R. Smith _____