AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas

RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
NOV 02 2012
DAVID J. MALAND, CLERK

Blue Spike, LLC
*Plaintiff(s)*
v.
TV Interactive Systems, Inc.
*Defendant(s)*

6:12CV499 LEAD
CONSOLIDATED WITH
Civil Action No. 6:12-CV-684

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* TV Interactive Systems, Inc.
The Company Corporation
2711 Centerville Road, Suite 400
Wilmington, Delaware 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Eric M. Albritton
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: **9/24/12**

UNITED STATES DISTRICT COURT * EASTERN DISTRICT OF TEXAS *

David Maland

*Signature of Clerk or Deputy Clerk*

Civil Action No. 6:12-CV-684

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* TV Interactive Systems, Inc.
was received by me on *(date)* 10/05/2012 .

❒ I personally served the summons on the individual at *(place)* ______________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________ , a person of suitable age and discretion who resides there, on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________ , who is designated by law to accept service of process on behalf of *(name of organization)* ______________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________ ; or

☑ Other *(specify):* Certified Mail, Return Receipt Requested # 70080500000118062330

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/26/2012

[signature]
*Server's signature*

April M. Hall
*Printed name and title*

111 West Tyler Longview, Tx. 75601
*Server's address*

Additional information regarding attempted service, etc:


U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

WILMINGTON DE 19808

| | | |
|---|---|---|
| Postage | $ $5.65 | 0601 |
| Certified Fee | $2.95 | 01 |
| Return Receipt Fee (Endorsement Required) | $2.35 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $10.95 | 10/03/2012 |

Sent To TV Interactive Systems, Inc.
The Company Corporation
Street, Apt. No.; or PO Box No. 2711 Centerville Road, Suite 400
City, State, ZIP+4 Wilmington, Delaware 19808

PS Form 3800, August 2006 See Reverse for Instructions

7008 0500 0001 1806 2330

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

TV Interactive Systems, Inc.
The Company Corporation
2711 Centerville Road, Suite 400
Wilmington, Delaware 19808

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature ☐ Agent ☒ Addressee
X [signature]

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7008 0500 0001 1806 2330 RRR

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

USPS.com® - Track & Confirm Page 1 of 1

English Customer Service USPS Mobile Register / Sign In



Search USPS.com or Track Packag

Quick Tools Ship a Package Send Mail Manage Your Mail Shop Business Solutions

# Track & Confirm

GET EMAIL UPDATES PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70080500000118062330 | Priority Mail® | Delivered | October 05, 2012, 8:59 am | WILMINGTON, DE 19808 | **Expected Delivery By:** October 5, 2012 Certified Mail™ Return Receipt |
| | | Arrival at Unit | October 05, 2012, 8:27 am | WILMINGTON, DE 19808 | |
| | | Depart USPS Sort Facility | October 05, 2012 | PHILADELPHIA, PA 19116 | |
| | | Processed at USPS Origin Sort Facility | October 04, 2012, 11:05 pm | PHILADELPHIA, PA 19116 | |
| | | Dispatched to Sort Facility | October 03, 2012, 3:59 pm | LONGVIEW, TX 75601 | |
| | | Acceptance | October 03, 2012, 2:25 pm | LONGVIEW, TX 75601 | |

**Check on Another Item**

What's your label (or receipt) number?



**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2012 USPS. All Rights Reserved.