Case 6:12-cv-00499-RWS-CMC   Document 112   Filed 11/02/12   Page 1 of 4 PageID #: 477

Case 6:12-cv-00576-LED   Document 11-10   Filed 09/27/12   Page 1 of 2 PageID #: 140

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
NOV 0 2 2012
DAVID J. MALAND, CLERK

| | | |
|---|---|---|
| Blue Spike, LLC | ) | |
| _Plaintiff(s)_ | ) | 6:12CV499 LEAD |
| v. | ) | CONSOLIDATED WITH |
| | ) | Civil Action No. 6:12-CV-576-LED |
| Audible Magic Corporation, et al | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  iMesh, Inc.
Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, Delaware 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Eric M. Albritton
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _9/27/12_   _David Maland_
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  6:12-CV-576-LED

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  iMesh, Inc.
was received by me on *(date)*  10/01/2012  .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*:  Cerified Mail, Return Receipt Requested # 70080500000118062194


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  10/26/2012

*Server's signature*

April M. Hall
*Printed name and title*

111 West Tyler Longview, Tx. 75601
*Server's address*

Additional information regarding attempted service, etc:



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>iMesh, Inc.<br>Corporation Service Company<br>2711 Centerville Road, Suite 400<br>Wilmington, Delaware  19808 | D. Is delivery address different from item 1? ☐ Yes<br>    If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>   ☐ Certified Mail      ☐ Express Mail<br>   ☐ Registered         ☐ Return Receipt for Merchandise<br>   ☐ Insured Mail       ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)       ☐ Yes |
| 2. Article Number<br>   (Transfer from service label) | 7008 0500 0000 4806 2194 |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |

USPS.com® - Track & Confirm

English | Customer Service | USPS Mobile | Register / Sign In



Search USPS.com or Track Package

Quick Tools | Ship a Package | Send Mail | Manage Your Mail | Shop | Business Solutions

# Track & Confirm

GET EMAIL UPDATES | PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70080500000118062194 | Priority Mail® | Delivered | October 01, 2012, 9:20 am | WILMINGTON, DE 19808 | **Expected Delivery By:** October 1, 2012<br>Certified Mail™<br>Return Receipt |
| | | Arrival at Unit | October 01, 2012, 8:11 am | WILMINGTON, DE 19808 | |
| | | Depart USPS Sort Facility | September 30, 2012 | PHILADELPHIA, PA 19116 | |
| | | Processed at USPS Origin Sort Facility | September 30, 2012, 12:17 am | PHILADELPHIA, PA 19116 | |
| | | Dispatched to Sort Facility | September 28, 2012, 5:48 pm | LONGVIEW, TX 75601 | |
| | | Acceptance | September 28, 2012, 4:25 pm | LONGVIEW, TX 75601 | |

## Check on Another Item

What's your label (or receipt) number?



LEGAL
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

ON USPS.COM
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Site Index ›

ON ABOUT.USPS.COM
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

OTHER USPS SITES
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2012 USPS. All Rights Reserved.