AO 440 (Rev. 06/12)  Summons in a Civil Action

## UNITED STATES DISTRICT COURT

for the

Eastern District of Texas

RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

NOV 0 2 2012

DAVID J. MALAND, CLERK

|  |  |
|---|---|
| Blue Spike, LLC | ) ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) ) ) |
| Audible Magic Corporation, et al | ) ) ) |
| *Defendant(s)* | ) |

6:12CV499 LEAD

CONSOLIDATED WITH

Civil Action No.  6:12-CV-576-LED

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Audible Magic Corporation
CAL Title-Search, Inc.
1005 12th Avenue, Suite E
Sacramento, California 95814

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Eric M. Albritton
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   9/27/12

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  6:12-CV-576-LED

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Audible Magic Corporation

was received by me on *(date)*          10/01/2012          .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*   Certified Mail, Return Receipt Requested #70080500000118062095


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    10/26/2012

_____
*Server's signature*

April M. Hall
*Printed name and title*


111 West Tyler Longview, Tx. 75601
*Server's address*

Additional information regarding attempted service, etc:



**U.S. Postal Service** ™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

SACRAMENTO CA 95814

| | | |
|---|---|---|
| Postage | $ $9.45 | 0601 |
| Certified Fee | $2.95 | 01 |
| Return Receipt Fee (Endorsement Required) | $2.35 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ | |

LONGV... USPS 0/28/2012

Sent To Audible Magic Corporation
CAL Title-Search, Inc.
Street, Apt. No.; 1005 12ᵗʰ Avenue, Suite E
or PO Box Sacramento, California 95814
City, State, ZIP+4

7008 0500 0001 1806 2095

PS Form 3800, August 2006          See Reverse for Instructions

---

**SENDER:** *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Audible Magic Corporation
CAL Title-Search, Inc.
1005 12ᵗʰ Avenue, Suite E
Sacramento, California 95814

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( *Printed Name* )    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)        ☐ Yes

2. Article Number
   (Transfer from service label)    7008 0500 0001 1806 2095

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

English        Customer        USPS Mobile                                                        Register / Sign In
                 Service



Search USPS.com or Track Packag

| Quick Tools | | Ship a Package | Send Mail | Manage Your Mail | Shop | Business Solutions |

# Track & Confirm

GET EMAIL UPDATES        

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70080500000118062095 | Priority Mail® | Delivered | October 01, 2012, 11:22 am | SACRAMENTO, CA 95814 | **Expected Delivery By:** October 1, 2012 Certified Mail™ Return Receipt |
| | | Dispatched to Sort Facility | September 28, 2012, 5:48 pm | LONGVIEW, TX 75601 | |
| | | Acceptance | September 28, 2012, 4:19 pm | LONGVIEW, TX 75601 | |

## Check on Another Item

What's your label (or receipt) number?

Find

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2012 USPS. All Rights Reserved.