AO 440 (Rev. 06/12)  Summons in a Civil Action

## UNITED STATES DISTRICT COURT

### for the

### Eastern District of Texas

RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

NOV 0 2 2012

DAVID J. MALAND, CLERK

|  |  |  |
|---|---|---|
| Blue Spike, LLC | ) ) ) ) ) | 6:12CV499 |
| *Plaintiff(s)* | ) | CONSOLIDATED WITH |
| v. | ) ) | Civil Action No.  6:12-CV-576-LED |
| | ) ) ) ) | |
| Audible Magic Corporation, et al | ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Harmonix Music Systems, Inc.
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, Delaware 19801

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Eric M. Albritton
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   **9/27/12**                         David Maland
                                 *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  6:12-CV-576-LED

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Harmonix Music Systems, Inc

was received by me on *(date)*    10/02/2012    .

❐ I personally served the summons on the individual at *(place)*

_____  on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____  on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  certified mail, return receipt requested #70080500000118062248

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   10/17/2012

_____
*Server's signature*

_____
April M Hall
*Printed name and title*

_____
111 West Tyler, Longview Tx. 75601
*Server's address*

Additional information regarding attempted service, etc:

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

WILMINGTON DE 19801

| | | |
|---|---|---|
| Postage | $ | $8.75 | 0601 |
| Certified Fee | | $2.95 | 01 |
| Return Receipt Fee (Endorsement Required) | | $2.35 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $14.05 | 9/28/2012 |

7008 0500 0001 1806 2248

Sent To Harmonix Music Systems, Inc.
The Corporation Trust Company
Street, Apt. No. Corporation Trust Center
or PO Box No. 1209 Orange Street
City, State, ZIP+4 Wilmington, Delaware  19801

PS Form 3800, August 2006                    See Reverse for Instructions

---

**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Harmonix Music Systems, Inc.
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, Delaware  19801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                      ☐ Addressee

B. Received by ( Printed Name )          C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*          ☐ Yes

2. Article Number
   *(Transfer from service label)*      7008 0500 0001 1806 2248

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

English    Customer    USPS Mobile                                      Register / Sign In
           Service

 **USPS.COM**

Search USPS.com or Track Packag

Quick Tools          Ship a Package      Send Mail      Manage Your Mail      Shop      Business Solutions

# Track & Confirm

GET EMAIL UPDATES    PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70080500000118062248 | Priority Mail® | Delivered | October 02, 2012, 7:02 am | WILMINGTON, DE 19899 | **Expected Delivery By:** October 1, 2012 Certified Mail™ Return Receipt |
| | | Arrival at Unit | October 02, 2012, 5:33 am | WILMINGTON, DE 19801 | |
| | | Depart USPS Sort Facility | September 30, 2012 | PHILADELPHIA, PA 19116 | |
| | | Processed at USPS Origin Sort Facility | September 30, 2012, 12:08 am | PHILADELPHIA, PA 19116 | |
| | | Dispatched to Sort Facility | September 28, 2012, 5:48 pm | LONGVIEW, TX 75601 | |
| | | Acceptance | September 28, 2012, 4:27 pm | LONGVIEW, TX 75601 | |

## Check on Another Item

What's your label (or receipt) number?

 Find

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2012 USPS. All Rights Reserved.



## Track/Confirm - Intranet Item Inquiry
### Item Number: 7008 0500 0001 1806 2248

**This item was delivered on 10/02/2012 at 07:02**



Enter Request Type and Item Number:

Quick Search  ○       Extensive Search

Explanation of Quick and Extensive Searches

Submit

*Version 1.0*

Inquire on multiple items.

Go to the Product Tracking System Home Page.



## Track/Confirm - Intranet Item Inquiry - Domestic

**Tracking Label: 7008 0500 0001 1806 2248**

| | | | |
|---|---|---|---|
| **Destination** | **ZIP Code:** 19801 | **City:** WILMINGTON | **State:** DE |
| **Origin** | **ZIP Code:** 75601-9998 | **City:** LONGVIEW | **State:** TX |

**Class/Service:** Priority Mail Certified Mail

Service Calculation Information

**Service Performance Date**
Scheduled Delivery Date: 10/01/2012

**Weight:** 1 lb(s) 1 oz(s)                    **Postage:** $8.75

                                                **Zone:** 06

**Firm Book ID:** 5103 0SHG L470 8156 0156

**Delivery Option Indicator:** Normal Delivery          **PO Box?:** N

**Rate Indicator:** Single-Piece Rate

| **Special Services** | **Associated Labels** | **Amount** |
|---|---|---|
| Certified Mail | 7008 0500 0001 1806 2248 | $2.95 |
| Return Receipt | 7008 0500 0001 1806 2248 | $2.35 |

| Event | Date/Time | Location | Scanner ID |
|---|---|---|---|
| DELIVERED | 10/02/2012 07:02 | WILMINGTON, DE 19899 | 030SHAZ983 |
| | **Input Method:** Firm Book | | |
| | **Finance Number:** 096828 | | |
| | Firm Name: CORP TRUST | | |
| | Recipient: 'K ANSAH' | | |
| | Request Delivery Record | | |
| | View Delivery Signature and Address | | |
| ARRIVAL AT UNIT | 10/02/2012 05:33 | WILMINGTON, DE 19801 | 030SHGL470 |
| | **Input Method:** Firm Book | | |
| DEPART USPS SORT FACILITY | 09/30/2012 03:47 | PHILADELPHIA, PA 19116 | |
| | **Input Method:** System Generated | | |
| | **Dispatch Label ID:** DS1436570444120930113003 | | |
| ENROUTE/PROCESSED | 09/30/2012 00:08 | PHILADELPHIA, PA 19116 | PSM-3 |
| | **Input Method:** Scanned | | |
| DISPATCHED TO SORT FACILITY | 09/28/2012 17:48 | LONGVIEW, TX 75601 | |