AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

NOV 0 2 2012

DAVID J. MALAND, CLERK

| | |
|---|---|
| Blue Spike, LLC <br> *Plaintiff(s)* <br> v. <br> Audible Magic Corporation, et al <br> *Defendant(s)* | 6:12CV499 LEAD <br> CONSOLIDATED WITH <br> Civil Action No. 6:12-CV-576-LED |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Qlipso, Inc.
PHS Corporate Services, Inc.
1313 North Market Street, Suite 5100
Wilmington, Delaware 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Eric M. Albritton
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/27/12

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:12-CV-576-LED

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Qlipso, Inc

was received by me on *(date)* 10/09/2013.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* certified mail, return receipt requested #70080500000118062163

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 10/17/2012

*Server's signature*

April M. Hall
*Printed name and title*

111 West Tyler, Longview, Tx. 75601
*Server's address*

Additional information regarding attempted service, etc:

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WILMINGTON DE 19801    OFFICIAL USE

| | | |
|---|---|---|
| Postage | $8.75 | 0601 |
| Certified Fee | $2.95 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | $2.35 | SEP 28 2012 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $14.05 | 09/28/2012 |

Sent To: Qlipso, Inc. PHS Corporate Services, Inc.
Street, Apt No. or PO Box No.: 1313 North Market Street, Suite 1500
City, State, ZIP+4: Wilmington, Delaware 19801

PS Form 3800, August 2006        See Reverse for Instructions

Article Number: 7008 0500 0001 1806 2163

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Qlipso, Inc.
PHS Corporate Services, Inc.
1313 North Market Street, Suite 1500
Wilmington, Delaware 19801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): M Powers
C. Date of Delivery: 10/9/12

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7008 0500 0001 1806 2163

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540