AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Texas

RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
NOV 0 2 2012
DAVID J. MALAND, CLERK

| | |
|---|---|
| Blue Spike, LLC | ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) ) ) |
| Rovi Corporation, et al | ) |
| *Defendant(s)* | ) |

6:12CV499 LEAD

CONSOLIDATED WITH
Civil Action No. 6:12-CV-577-LED

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rovi Corporation
Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, Delaware 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Eric M. Albritton
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  9/24/12                                   *David Maland*
                                                 *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:12-CV-577-LED

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ___Rovi Corporation___
was received by me on *(date)* ___10/01/2012___.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* ___Certified mail, return receipt requested # 7008 0500 0001 1806 1562___

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___.

I declare under penalty of perjury that this information is true.

Date: ___10/05/2012___      ___April M. Hall___
                             Server's signature

                            ___April M. Hall___
                             Printed name and title

                            ___111 West Tyler, Longview, TX. 75601___
                             Server's address

Additional information regarding attempted service, etc:

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $5.65 |
| Certified Fee | $2.95 |
| Return Receipt Fee (Endorsement Required) | $2.35 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $10.95 |

BS-Rovi

Article Number: 7008 0500 0001 1806 1562

Sent To: Rovi Corporation
Corporation Service Company
Street, Apt. No.: 2711 Centerville Road, Suite 400
or PO Box No.
City, State, ZIP+4: Wilmington, Delaware 19808

PS Form 3800, August 2006       See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Rovi Corporation
   Corporation Service Company
   2711 Centerville Road, Suite 400
   Wilmington, Delaware 19808

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _P. Binkley C._        ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7008 0500 0001 1806 1562

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

English   Customer Service   USPS Mobile                                            Register / Sign In



Search USPS.com or Track Packages

Quick Tools          Ship a Package     Send Mail       Manage Your Mail      Shop       Business Solutions

# Track & Confirm

GET EMAIL UPDATES   PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70080500000118061739 | Priority Mail® | Delivered | October 01, 2012, 9:20 am | WILMINGTON, DE 19808 | **Expected Delivery By:** October 1, 2012<br>Certified Mail™<br>Return Receipt |
| | | Arrival at Unit | October 01, 2012, 7:54 am | WILMINGTON, DE 19808 | |
| | | Processed at USPS Origin Sort Facility | October 01, 2012, 5:14 am | WILMINGTON, DE 19850 | |
| | | Dispatched to Sort Facility | September 28, 2012, 4:05 pm | LONGVIEW, TX 75601 | |
| | | Acceptance | September 28, 2012, 11:15 am | LONGVIEW, TX 75601 | |

## Check on Another Item

What's your label (or receipt) number?

70080500000118061753                                Find

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2012 USPS. All Rights Reserved.