AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
NOV 0 2 2012
DAVID J. MALAND, CLERK

| | ) | |
|---|---|---|
| Blue Spike, LLC | ) | 6:12CV499 LEAD |
| *Plaintiff(s)* | ) | |
| v. | ) | CONSOLIDATED WITH |
| | ) | Civil Action No. 6:12-CV-652 |
| Integrated Biometrics, LLC | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Integrated Biometrics, LLC
The Corporation Trust Company
Corporation Trust Center, 1209 Orange Street
Wilmington, Delaware 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Eric M. Albritton
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/24/12

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:12-CV-652

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Integrated Biometrics, LLC
was received by me on *(date)* 10/09/2012 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* certified mail, return receipt requested #70080500000118062354

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/17/2012

*Server's signature*

April M. Hall
*Printed name and title*

111 West Tyler, Longview, Tx. 75601
*Server's address*

Additional information regarding attempted service, etc:



| English | Customer Service | USPS Mobile | | | Register / Sign In |



Search USPS.com or Track Package

Quick Tools | Ship a Package | Send Mail | Manage Your Mail | Shop | Business Solutions

# Track & Confirm

GET EMAIL UPDATES   PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70080500000118062354 | Priority Mail® | Delivered | October 09, 2012, 6:57 am | WILMINGTON, DE 19899 | **Expected Delivery By:** October 5, 2012 Certified Mail™ Return Receipt |
| | | Notice Left (No Authorized Recipient Available) | October 05, 2012, 11:30 am | WILMINGTON, DE 19801 | |
| | | Arrival at Unit | October 05, 2012, 11:07 am | WILMINGTON, DE 19801 | |
| | | Depart USPS Sort Facility | October 05, 2012 | PHILADELPHIA, PA 19116 | |
| | | Processed at USPS Origin Sort Facility | October 04, 2012, 11:05 pm | PHILADELPHIA, PA 19116 | |
| | | Dispatched to Sort Facility | October 03, 2012, 3:59 pm | LONGVIEW, TX 75601 | |
| | | Acceptance | October 03, 2012, 2:27 pm | LONGVIEW, TX 75601 | |

## Check on Another Item

What's your label (or receipt) number?

Find

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2012 USPS. All Rights Reserved.