AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
NOV 0 2 2012
DAVID J. MALAND, CLERK

| | | |
|---|---|---|
| Blue Spike, LLC | ) | 6:12CV499 LEAD |
| *Plaintiff(s)* | ) | CONSOLIDATED WITH |
| v. | ) | Civil Action No. 6:12-CV-544-LED |
| Miranda Technologies, Inc., et al. | ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Belden, Inc.
The Prentice-Hall Corporation System, Inc.
2711 Centerville Road, Suite 400
Wilmington, Delaware 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Eric M. Albritton
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/21/12                             *David Maland*
                                          Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:12-CV-544-LED

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Belden, Inc.__

was received by me on *(date)* __10/01/12__ .

☐ I personally served the summons on the individual at *(place)* _____

on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: __Certified mail, return receipt requested # 7008 0500 0001 1806 1654__

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __10/19/12__

__April M. Hall__
Server's signature

__April M. Hall__
Printed name and title

__111 West Tyler, Longview, TX. 75601__
Server's address

Additional information regarding attempted service, etc:

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WILMINGTON DE 19805 OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $5.65 |
| Certified Fee | | $2.95 |
| Return Receipt Fee (Endorsement Required) | | $2.35 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $10.95 |

Postmark Here — SEP 28 2012 — 09/28/2012

Sent To: Belden, Inc. The Prentice-Hall Corporation System, Inc.
Street, Apt. No.; or PO Box No.: 2711 Centerville Road, Suite 400
City, State, ZIP+4: Wilmington, Delaware 19808

7008 0500 0001 1806 1654

PS Form 3800, August 2006   See Reverse for Instructions

---

SECTION ON DELIVERY

Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
Print your name and address on the reverse so that we can return the card to you.
Attach this card to the back of the mailpiece, or on the front if space permits.

X _____  ☑ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1. Addressed to:

Belden, Inc.
The Prentice-Hall Corporation
System, Inc.
2711 Centerville Road, Suite 400
Wilmington, Delaware 19808

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7008 0500 0001 1806 1654

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

English     Customer Service     USPS Mobile                                              Register / Sign In



Search USPS.com or Track Package

Quick Tools       Ship a Package    Send Mail    Manage Your Mail    Shop    Business Solutions

# Track & Confirm

GET EMAIL UPDATES     PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70080500000118061654 | Priority Mail® | Delivered | October 01, 2012, 9:20 am | WILMINGTON, DE 19808 | Expected Delivery By: October 1, 2012 Certified Mail™ Return Receipt |
| | | Arrival at Unit | October 01, 2012, 8:10 am | WILMINGTON, DE 19808 | |
| | | Processed at USPS Origin Sort Facility | October 01, 2012, 5:14 am | WILMINGTON, DE 19850 | |
| | | Dispatched to Sort Facility | September 28, 2012, 4:05 pm | LONGVIEW, TX 75601 | |
| | | Acceptance | September 28, 2012, 11:29 am | LONGVIEW, TX 75601 | |

## Check on Another Item

What's your label (or receipt) number?

Find

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2012 USPS. All Rights Reserved.