AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Texas

**RECEIVED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
NOV 0 2 2012
DAVID J. MALAND, CLERK

| | | |
|---|---|---|
| Blue Spike, LLC | ) | 6:12CV499 LEAD |
| *Plaintiff(s)* | ) | |
| v. | ) | CONSOLIDATED WITH |
| | ) | Civil Action No. 6:12-CV-557-LED |
| Civolution USA, Inc., et al. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Civolution USA, Inc.
Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, Delaware 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Eric M. Albritton
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____9/21/12_____           _____David Maland_____
                                  *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:12-CV-557-LED

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Civolution USA, Inc.
was received by me on *(date)* 10/01/12.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Certified mail, return receipt requested
#7008 0500 0001 1806 1685

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 10/19/12

April M. Hall
Server's signature

April M. Hall
Printed name and title

111 West Tyler, Longview, Tx 75601
Server's address

Additional information regarding attempted service, etc:

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $5.65 |
| Certified Fee | $2.95 |
| Return Receipt Fee (Endorsement Required) | $2.35 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $10.95 |

Sent To: Civolution USA, Inc.
Corporation Service Company
Street, Apt. No.; or PO Box No.: 2711 N. Centerville Road, Suite 400
City, State, ZIP+4: Wilmington, Delaware 79808

PS Form 3800, August 2006                See Reverse for Instructions

7008 0500 0001 1806 1685

---

SECTION ON DELIVERY

A. Signature: ☒ Agent ☐ Addressee
B. Received by (Printed Name)  C. Date of Delivery

- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Civolution USA, Inc.
Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, Delaware 79808

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7008 0500 0001 1806 1685

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

USPS.com® - Track & Confirm

| | English | Customer Service | USPS Mobile | | Register / Sign In |



Search USPS.com or Track Package

Quick Tools     Ship a Package     Send Mail     Manage Your Mail     Shop     Business Solutions

# Track & Confirm

GET EMAIL UPDATES     PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70080500000118061685 | Priority Mail® | Delivered | October 01, 2012, 9:20 am | WILMINGTON, DE 19808 | Expected Delivery By: October 1, 2012 Certified Mail™ Return Receipt |
| | | Arrival at Unit | October 01, 2012, 7:54 am | WILMINGTON, DE 19808 | |
| | | Processed at USPS Origin Sort Facility | October 01, 2012, 5:16 am | WILMINGTON, DE 19850 | |
| | | Dispatched to Sort Facility | September 28, 2012, 4:05 pm | LONGVIEW, TX 75601 | |
| | | Acceptance | September 28, 2012, 11:35 am | LONGVIEW, TX 75601 | |

## Check on Another Item

What's your label (or receipt) number?

Find

---

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2012 USPS. All Rights Reserved.