AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

for the

Eastern District of Texas

RECEIVED

U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

NOV 0 2 2012

DAVID J. MALAND, CLERK

|   |   |
|---|---|
| **Blue Spike, LLC** | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| **SecuGen Corporation** | ) |
| *Defendant(s)* | ) |

6:12CV499 LEAD

CONSOLIDATED WITH
Civil Action No. 6:12-CV-607

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   SecuGen Corporation
The Corporation Trust Company
Corporation Trust Center, 1209 Orange Street
Wilmington, Delaware 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Eric M. Albritton
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   **9/24/12**

CLERK OF COURT

*David Maland*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  6:12-CV-607

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* SecuGen Corporation

was received by me on *(date)* 10/02/12 .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Certified mail, return receipt requested
# 7008 0500 0001 1806 1715

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/19/12

*Server's signature*

April M. Hall

*Printed name and title*

111 West Tyler, Longview, TX 75601

*Server's address*

Additional information regarding attempted service, etc:

**U.S. Postal Service** ™
**CERTIFIED MAIL** ™ **RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com ®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $5.65 |
| Certified Fee | | $2.95 |
| Return Receipt Fee (Endorsement Required) | | $2.35 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $10.95 |

Postmark Here

09/28/2012

Sent To  SecuGen Corporation
The Corporation Trust Company
Street, Apt. No.; Corporation Trust Center
or PO Box No.  1209 Orange Street
City, State, ZIP+4  Wilmington, Delaware  19801

PS Form 3800, August 2006          See Reverse for Instructions

7008 0500 0001 1806 1715

---

SECTION ON DELIVERY

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by ( Printed Name )      C. Date of Delivery
                                     OCT 0 2 2012

1. Article Addressed to:

SecuGen Corporation
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, Delaware  19801

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)           ☐ Yes

2. Article Number       7008 0500 0001 1806 1715
   (Transfer from service label)

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540