UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 6:12-cv-00499-LED
Name of party requesting extension: Neurotechnology (cv 610)
Is this the first application for extension of time in this case?   ☑ Yes
☐ No

If no, please indicate which application this represents:   ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 10/17/12
Number of days requested:   ☐ 30 days
☐ 15 days
☐ Other 45 days
New Deadline Date: 12/22/2012   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: J. Daniel Harkins
State Bar No.: 09008990
Firm Name: Cox Smith Matthews, Inc.
Address: 112 E. Pecan
Suite 1800
San Antonio, TX  78205
Phone: 210-554-5285
Fax: 210-226-8395
Email: dharkins@coxsmith.com

A certificate of conference does not need to be filed with this unopposed application.