# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § § § § § § § § § | Civil Action No. 6:12-cv-00499-LED<br>**(LEAD CASE)** |
| Plaintiff | | |
| vs. | | |
| TEXAS INSTRUMENTS, INC., | | |
| Defendant. | | |
| BLUE SPIKE, LLC, | § § § § § § | Civil Action No. 6:12-cv-00568-LED |
| Plaintiff | | |
| vs. | | |
| ZEITERA, LLC, ENSEQUENCE, INC., AND RELATED CONTENT DATABASE, INC., d/b/a WATCHWITH, | | |
| Defendants. | | |

## NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT

TO THE HONORABLE JUDGE OF SAID COURT:

Scott D. Eads, of the law firm Perkins Coie LLP, 1120 N.W. Couch Street, Tenth Floor, Portland, Oregon 97209-4128, hereby enters an appearance as counsel of record for Defendant, Ensequence, Inc. and consents to electronic service of all papers in this action.

Dated: November 8, 2012          **PERKINS COIE LLP**
                                 */s/ Scott D. Eads*
                                 Scott D. Eads, Texas State Bar No. 910400
                                 1120 N.W. Couch Street Tenth Floor
                                 Portland, Oregon 97209-4128
                                 Telephone:  (503) 727-2192
                                 Facsimile:  (503) 346-2192
                                 Email:  SEads@perkinscoie.com
                                 **ATTORNEYS FOR DEFENDANT
                                 ENSEQUENCE, INC.**

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 8th day of November, 2012, with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3).

                                              */s/ Scott D. Eads*
                                              Scott D. Eads