**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | **Civil Action No. 6:12-cv-00499-LED** |
| | § | **(LEAD CASE)** |
| Plaintiff | § | |
| | § | |
| vs. | § | |
| | § | |
| TEXAS INSTRUMENTS, INC., | § | |
| | § | |
| Defendant. | § | |
| BLUE SPIKE, LLC, | § | **Civil Action No. 6:12-cv-00568-LED** |
| | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | |
| | § | |
| ZEITERA, LLC, ENSEQUENCE, INC., AND RELATED CONTENT DATABASE, INC., d/b/a WATCHWITH, | | |
| Defendants. | | |

**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT**

TO THE HONORABLE JUDGE OF SAID COURT:

Douglas L. Sawyer, of the law firm Perkins Coie LLP, 1900 Sixteenth Street, Suite 1400,

Denver, Colorado 80202, hereby enters an appearance as counsel of record for Defendant,

Ensequence, Inc. and consents to electronic service of all papers in this action.

Dated: November 8, 2012

**PERKINS COIE LLP**
*/s/ Douglas L. Sawyer*
Douglas L. Sawyer, Texas State Bar No. 41009
1900 Sixteenth Street, Suite 1400
Denver, CO  80202-5255
Telephone:  (303) 291-2378
Facsimile:  (303) 291- 2478
Email:  dsawyer@perkinscoie.com
**ATTORNEYS FOR DEFENDANT
ENSEQUENCE, INC.**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 8th day of November, 2012, with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3).

*/s/ Douglas L. Sawyer*
Douglas L. Sawyer