IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
| *Plaintiff*, | § § § | Civil Action No. 6:12-CV-499-LED |
| | § § | (*Consolidated from 6:12-CV-649*). |
| v. | § § | |
| TEXAS INSTRUMENTS, INC., *et al.*, | § § | JURY TRIAL DEMANDED |
| *Defendants*. | § § § | |

### AGREED MOTION TO DISMISS WITH PREJUDICE CROSS MATCH TECHNOLOGIES, INC. AND FRANCISCO PARTNERS MANAGAEMENT LLC

Plaintiff Blue Spike, LLC, on the one hand, and defendants Cross Match Technologies, Inc. and Francisco Partners Management LLC, on the other, have reached a settlement of the above-captioned matter and have agreed to dismiss the claims, counterclaims, and causes of action between them.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Blue Spike, LLC stipulates to the dismissal with prejudice of all claims and causes of action asserted in this case against defendants Cross Match Technologies, Inc. and Francisco Partners Management LLC, and defendants Cross Match Technologies, Inc. and Francisco Partners Management LLC stipulate to the dismissal with prejudice of all counterclaims and defenses asserted in this case against Blue Spike, LLC. The parties shall bear their own attorneys' fees, expenses and costs.

Dated: November 9, 2012

                                                  Respectfully submitted,

                                                   /s/ Randall T. Garteiser_
                                                  Randall T. Garteiser
                                                  Lead Attorney
                                                  Texas Bar No. 24038912
                                                  randall.garteiser@sftrialattorneys.com

Christopher A. Honea
Texas Bar No. 24059967
chris.honea@sftrialattorneys.com
Christopher S. Johns
Texas Bar No. 24044849
chris.johns@sftrialattorneys.com
**GARTEISER HONEA, P.C.**
44 North San Pedro Road
San Rafael, California 94903
Telephone:  (415) 785-3762
Facsimile:  (415) 785-3805

Eric M. Albritton
Texas State Bar No. 00790215
ema@emafirm.com
Stephen E. Edwards
Texas State Bar No. 00784008
see@emafirm.com
Michael A. Benefield
Texas State Bar No. 24073408
mab@emafirm.com
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone:  (903) 757-8449
Facsimile:  (903) 758-7397

*Counsel for Blue Spike, LLC*

/s/ Michael T. Jones
Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
POTTER MITTON, P.C.
110 North College, Suite 500
Tyler, Texas 75702
Telephone: 903-597-8311
Facsimile: 903-593-0846

*Counsel for Cross Match Technologies, Inc. and Francisco Partners Management LLC*