IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC, | § |
| *Plaintiff*, | § Civil Action No. 6:12-cv-648 |
| v. | § |
| | § JURY TRIAL DEMANDED |
| BIOLINK SOLUTIONS LTD. and BIO-METRICA LLC, | § |
| *Defendants*. | § |

**ORDER DENYING BIOLINK SOLUTIONS LTD.'S MOTION TO QUASH SERVICE**

On this day came for consideration Defendant Biolink Solutions Ltd.'s Motion to Quash Service of Plaintiff Blue Spike, LLC's Complaint in the above-captioned proceeding. Having considered both Biolink Solutions Ltd.'s motion and supporting papers and Blue Spike, LLC's opposition and supporting papers, the Court is of the opinion that said motion should be DENIED.

IT IS HEREBY ORDERED that Biolink Solutions Ltd.'s Motion to Dismiss is hereby denied on the grounds that Biolink Solutions Ltd. is a nonresident corporation doing business in the state of Texas and Blue Spike LLC properly served Defendant through the Secretary of State of Texas.

IT IS SO ORDERED.