AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
NOV 1 4 2012
DAVID J. MALAND, CLERK

Blue Spike, LLC.
*Plaintiff(s)*

v.

Innovatrics s.r.o., et al.
*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)

6:12CV499 LEAD

CONSOLIDATED WITH
Civil Action No. 6:12-CV-647

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Swift Biometrics, Inc.
Kenneth Nosker
850 Fawnway
San Antonio, Texas 78260

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Eric M. Albritton
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  10/31/12

*David Maland*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:12-CV-647

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Swift Biometrics, Inc.**
was received by me on *(date)* **11/03/2012** .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Certified Mail, Return Receipt Requested # 70121010000056530658

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **11/07/2012**

*Server's signature*

**April M. Hall**
*Printed name and title*

**111 West Tyler Longview, Tx. 75601**
*Server's address*

Additional information regarding attempted service, etc:

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

SAN ANTONIO TX 78260  OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $5.25 |
| Certified Fee | | $2.95 |
| Return Receipt Fee (Endorsement Required) | | $2.35 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $10.55 |

Postmark Here — 11/01/2012

Sent To: Swift Biometrics, Inc. Kenneth Nosker
Street, Apt No. or PO Box No.: 850 Fawnway
City, State, ZIP+4: San Antonio, Tx. 78260

PS Form 3800, August 2006 — See Reverse for Instructions

7012 1010 0000 5653 0658

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Swift Biometrics, Inc.
   Kenneth Nosker
   850 Fawnway
   San Antonio, Tx. 78260

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]    ☐ Agent   ☐ Addressee
B. Received by (Printed Name)
C. Date of Delivery: 11-03-12
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service): 7012 1010 0000 5653 0658

RRR

PS Form 3811, February 2004    Domestic Return Receipt    595-02-M-1540