## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 6:12-CV-00499 LED |
| | ) | (Lead Case) |
| vs. | ) | |
| | ) | |
| TEXAS INSTRUMENTS, INC., | ) | |
| _____ | ) | |
| BLUE SPIKE, LLC | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 6:12-CV-00572 LED |
| | ) | (Member Case) |
| vs. | ) | |
| | ) | |
| TECHNICOLOR USA, INC. and | ) | **JURY TRIAL DEMANDED** |
| TECHNICOLOR S.A., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF ATTORNEY APPEARANCE

TO THE HONORABLE JUDGE DAVIS:

R. Trevor Carter, of the law firm Faegre Baker Daniels LLP, 300 N. Meridian St.,

Suite 2700, Indianapolis, Indiana 46204, hereby enters his appearance as counsel of record for

Defendants Technicolor USA, Inc. and Technicolor S.A, and thus consents to electronic service

of all papers in this action.

Date:   November 15, 2012

Respectfully submitted,
 /s/ R. Trevor Carter
R. Trevor Carter
**FAEGRE BAKER DANIELS LLP**
300 North Meridian St., Suite 2700
Indianapolis, IN  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-mail:      trevor.carter@faegrebd.com
*Counsel for Technicolor USA, Inc. and Technicolor S.A.*

DMS_US 51105385v1

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on November 15, 2012.  As such, this document was served on all counsel of record who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).