**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
| | § | Civil Action No. 6:12-CV-499 |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| GOOGLE INC., | § | |
| | § | |
| Defendant. | § | |

**DEFENDANT GOOGLE INC.'S CORPORATE DISCLOSURE STATEMENT**

Google Inc. files this Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure. Google Inc. is not owned by a parent corporation and is not aware of any publicly held company owning 10% or more of Google Inc.'s stock.

Dated: November 15, 2012

Respectfully submitted,

*/s/ Lance Lee*

Lance Lee
Attorney at Law
5511 Plaza Drive
Texarkana, TX 75503
Email: wlancelee@aol.com
Tel: 903-223-0276/Fax: 903-223-0210

Michael Berta
michael.berta@aporter.com
Patrick J. Conti
patrick.conti@aporter.com
**Arnold & Porter LLP**
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Tel.: 415-471-3100/Fax: 415-471-3400

Wallace Wu
wallace.wu@aporter.com
Nicholas H. Lee
nicholas.lee@aporter.com
**Arnold & Porter LLP**
777 S. Figueroa Street, 44th Floor
Los Angeles, CA 90017
Tel.: 213-243-4000/Fax: 213-243-4199

ATTORNEYS FOR DEFENDANT
GOOGLE INC.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 15, 2012, a true and correct copy of the foregoing was served to the parties counsel of record via electronic mail pursuant to Local Rule CV-5(d).

*/s/ Lance Lee*