# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC.,<br><br>    *Defendant*. | Civil Action No. 6:12-cv-499-LED<br><br>**JURY TRIAL DEMANDED** |
| BLUE SPIKE, LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>ZK TECO, INC., ET AL,<br><br>    *Defendant*. | Civil Action No. 6:12-cv-608-LED<br><br>**JURY TRIAL DEMANDED** |

## CORPORATE DISCLOSURE STATEMENT
## OF ZK TECHNOLOGY, LLC

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant ZK Technology LLC is a private company 70% owned by ZK Investment Inc., a New Jersey Corporation.  ZK Investment Inc. is a wholly-owned subsidiary of ZK Software Biometric Identification Technology Co., Ltd., a Chinese corporation.  No public company owns more than 10% of its stock.

Respectfully submitted,

Dated:  November 16, 2012

  /s/  Robert F. Kramer
Robert F. Kramer
CA State Bar No. 181706
SNR DENTON US LLP
1530 Page Mill Road, Suite 200
Palo Alto, CA 94304
Telephone:  (650) 798-0356
Facsimile:  (650) 798-0310
robert.kramer@snrdenton.com

ATTORNEYS FOR DEFENDANT
ZK TECHNOLOGY LLC

- 2 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 16, 2012, I electronically filed the foregoing:

## CORPORATE DISCLOSURE STATEMENT
## OF ZK TECHNOLOGY, LLC

was served on all counsel of record in accordance with the Federal Rules of Civil Procedure via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                 /s/ Robert F. Kramer
                                                 Robert F. Kramer

14817252\V-1