UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 6:12-CV-499
Name of party requesting extension: SMRTV, Inc.
Is this the first application for extension of time in this case?   ☐ Yes   ☒ No

If no, please indicate which application this represents:   ☒ Second   ☐ Third   ☐ Other _____

Date of Service of Summons: 10/02/2012
Number of days requested:   ☐ 30 days   ☒ 15 days   ☐ Other ___ days

New Deadline Date: 12/10/2012   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Darren E. Donnelly
State Bar No.: CSB No. 194335
Firm Name: Fenwick & West
Address: Silicon Valley Center
       801 California Street
       Mountain View, CA  94041
Phone: (650) 988-8500
Fax:   (650) 938-5200
Email: ddonnelly@fenwick.com

A certificate of conference does not need to be filed with this unopposed application.