### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** | § § § § § § § § § § § § | **Civil Action No.: 6:12-cv-00499-LED** |
| **Plaintiff,** | | **JURY TRIAL DEMANDED** |
| v. | | |
| **TEXAS INSTRUMENTS, INC.,** | | |
| **Defendant.** | | |
| **BLUE SPIKE, LLC,** | § § § § § § § § § § § § | **Civil Action No.: 6:12-cv-00556-LED** |
| **Plaintiff,** | | **JURY TRIAL DEMANDED** |
| v. | | |
| **YAHOO! INC.,** | | |
| **Defendant.** | | |

### DEFENDANT YAHOO! INC.'S NOTICE OF APPEARANCE
### OF DOUGLAS E. LUMISH

Defendant Yahoo! Inc. hereby notifies the Court and all parties of record that, in addition

to the attorneys already representing them, Douglas E. Lumish of Kasowitz, Benson, Torres &

Friedman LLP, 333 Twin Dolphin Drive, Suite 200, Redwood Shores, California 94065,

(650) 453-5170, dlumish@kasowitz.com, will be appearing as Lead Counsel of record on their

behalf.

November 19, 2012

Respectfully submitted,

*/s/ Douglas E. Lumish*
Douglas E. Lumish, Lead Counsel
CA State Bar No. 183863
KASOWITZ, BENSON, TORRES &
FRIEDMAN, LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065
Tel: (650) 453-5170
Fax: (650) 453-5171
Email:  dlumish@kasowitz.com

Attorneys for Defendant
YAHOO! INC.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in

compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who

have consented to electronic service.  Local Rule CV-5(a)(3)(A) on November 19, 2012.

/s/ *Douglas E. Lumish*
Douglas E. Lumish