IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC.,<br><br>　　　　Defendant. | § § § § § § § § § § § § | Civil Action No.: 6:12-cv-00499-LED<br><br>JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>YAHOO! INC.,<br><br>　　　　Defendant. | § § § § § § § § § § § § | Civil Action No.: 6:12-cv-00556-LED<br><br>JURY TRIAL DEMANDED |

**DEFENDANT YAHOO! INC.'S NOTICE OF APPEARANCE
OF PARKER ANKRUM**

Defendant Yahoo! Inc. hereby notifies the Court and all parties of record that, in addition to the attorneys already representing them, Parker Ankrum of Kasowitz, Benson, Torres & Friedman LLP, 333 Twin Dolphin Drive, Suite 200, Redwood Shores, California 94065, (650) 453-5170, pankrum@kasowitz.com, will be appearing as an attorney of record on their behalf.

| | |
|---|---|
| November 19, 2012 | Respectfully submitted, |

/s/ *Parker Ankrum*
Parker Ankrum, CA State Bar No. 261608
KASOWITZ, BENSON, TORRES &
FRIEDMAN, LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065
Tel: (650) 453-5170
Fax: (650) 453-5171
Email:  pankrum@kasowitz.com

Attorneys for Defendant
YAHOO! INC.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service.  Local Rule CV-5(a)(3)(A) on November 19, 2012.

/s/ *Parker Ankrum*
Parker Ankrum