IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>TEXAS INSTRUMENTS, INC.,<br><br>          Defendant. | § § § § § § § § § § § § | Civil Action No.: 6:12-cv-00499-LED<br><br>JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>YAHOO! INC.,<br><br>          Defendant. | § § § § § § § § § § § § § | Civil Action No.: 6:12-cv-00556-LED<br><br>JURY TRIAL DEMANDED |

**DEFENDANT YAHOO! INC.'S NOTICE OF APPEARANCE
OF GABRIEL S. GROSS**

Defendant Yahoo! Inc. hereby notifies the Court and all parties of record that, in addition to the attorneys already representing them, Gabriel S. Gross of Kasowitz, Benson, Torres & Friedman LLP, 333 Twin Dolphin Drive, Suite 200, Redwood Shores, California 94065, (650) 453-5170, ggross@kasowitz.com, will be appearing as an attorney of record on their behalf.

1

| | |
|---|---|
| November 19, 2012 | Respectfully submitted, |
| | |
| | */s/ Gabriel S. Gross* |
| | Gabriel S. Gross, CA State Bar No. 254672 |
| | KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP |
| | 333 Twin Dolphin Drive, Suite 200 |
| | Redwood Shores, CA 94065 |
| | Tel: (650) 453-5170 |
| | Fax: (650) 453-5171 |
| | Email:  ggross@kasowitz.com |
| | |
| | Attorneys for Defendant |
| | YAHOO! INC. |

### **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service.  Local Rule CV-5(a)(3)(A) on November 19, 2012.

*/s/ Gabriel S. Gross*
Gabriel S. Gross