IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> TEXAS INSTRUMENTS, INC., <br><br> Defendant. | § § § § § § § § § § § | Civil Action No. 6:12-CV-499 LED |
| BLUE SPIKE, LLC <br><br> Plaintiff, <br><br> v. <br><br> ANTHEUS TECHNOLOGY, INC., <br><br> Defendant. | § § § § § § § § § § § | Civil Action No. 6:12-CV-686 LED |

**UNOPPOSED MOTION SUBSTITUTING COUNSEL OF RECORD
FOR DEFENDANT ANTHEUS TECHNOLOGY, INC.**

1

Defendant Antheus Technology, Inc. ("Antheus") hereby moves, without opposition, for an order substituting Robert C. Matz, of Makman & Matz LLP, as its attorney of record in this action in place of Robert F. Kramer, of SNR Denton US LLP.

Dated: November 19, 2012   Respectfully submitted,

/s/ Robert C. Matz

Robert C. Matz (California State Bar No. 217822)
Makman & Matz LLP
655 Mariner's Island Blvd., Suite 306
San Mateo, CA 94404
Telephone: 650-242-1560
Facsimile: (650) 242-1547
Email: robert@makmanmatz.com

*Counsel for Defendant Antheus Tecnology, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

/s/ Robert C. Matz

Robert C. Matz

## CERTIFICATE OF CONFERENCE

I have conferred by telephone with Randall T. Gartheiser, counsel for Plaintiff Blue Spike, LLC, and Robert F. Kramer, former counsel for Antheus Technology, Inc., on November 19, 2012, in compliance with the meet and confer requirement in Local Rule CV-7(h), and both Mr., Gartheiser and Mr. Kramer indicated this motion would be unopposed.

/s/ Robert C. Matz

Robert C. Matz