IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § § § § | |
| Plaintiff, | | |
| v. | § § § | Civil Action No. 6:12-CV-499 LED |
| TEXAS INSTRUMENTS, INC., | § § § | |
| Defendant. | § § | |
| BLUE SPIKE, LLC | § § § | |
| Plaintiff, | § § | |
| v. | § § § | Civil Action No. 6:12-CV-686 LED |
| ANTHEUS TECHNOLOGY, INC., | § § § | |
| Defendant. | § § | |

**[PROPOSED] ORDER GRANTING DEFENDANT ANTHEUS TECHNOLOGY, INC.'S UNOPPOSED MOTION FOR SUBSITUTION OF COUNSEL**

2

Before the Court is Defendant Antheus Technology, Inc.'s ("Antheus") Unopposed Motion for Substitution of Counsel. The Court, having reviewed the motion, HEREBY GRANTS Antheus' unopposed motion to substitute Robert C. Matz, of Makman & Matz LLP as attorney of record for Antheus in this action in place of Robert F. Kramer, of SNR Denton US LLP.

IT IS SO ORDERED: