IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>   *Plaintiff*,<br>v.<br><br>TEXAS INSTRUMENTS, INC., *et al.*,<br><br>   *Defendants*. | CIVIL ACTION NO. 6:12-CV-499 LED<br>(*Consolidated from 6:12-CV-580*)<br><br>JURY TRIAL DEMANDED |

**YOUWEB, LLC; YOUWEB ACCELERATOR LLC; AND YOUWEB ENTREPRENEUR LLC'S  CORPORATE DISCLOSURE STATEMENT**

  Pursuant to Federal Rule of Civil Procedure 7.1, Defendants YouWeb, LLC; YouWeb Accelerator LLC and YouWeb Entrepreneur LLC ("Defendants"), by and through their undersigned attorneys, hereby state: No publicly held company owns 10 percent or more of any Defendant.  Defendants YouWeb Accelerator LLC and YouWeb Entrepreneur LLC are wholly-owned subsidiaries of YouWeb, LLC.

| | |
|---|---|
| Date:  November 19, 2012 | Respectfully submitted,<br><br>/s/   *Wayne M. Barsky*<br>Wayne M. Barsky<br>California Bar No. 116731<br>GIBSON, DUNN & CRUTCHER LLP<br>2029 Century Park East<br>Suite 4000<br>Los Angeles, CA 90067<br>Telephone: (310) 552-8183<br>Fascimile: (310) 551-7010<br>wbarsky@gibsondunn.com<br><br>*Counsel for Defendants YouWeb, LLC; YouWeb Accelerator LLC and YouWeb Entrepreneur LLC* |

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2012, a true and correct copy of the foregoing document was served on all attorneys of record who have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

      /s/ *Jennifer J. Rho*
      Jennifer J. Rho