## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** | § | |
| | § | |
| **PLAINTIFF,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 6:12-CV-499 LED** |
| | § | **JURY TRIAL DEMANDED** |
| **TEXAS INSTRUMENTS, INC.,** *et al.,* | § | |
| | § | |
| **DEFENDANTS.** | § | |
| | § | |
| | § | |
| **BLUE SPIKE, LLC,** | § | |
| | § | |
| **PLAINTIFF,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 6:12-CV-586 LED** |
| | § | **JURY TRIAL DEMANDED** |
| **BROADCAST MUSIC, INC.** and | § | |
| **LANDMARK DIGITAL SERVICES,** | § | |
| **LLC.** | § | |
| | § | |
| **DEFENDANTS.** | § | |

## <u>NOTICE OF APPEARANCE OF DAN D. DAVISON</u>

Notice is hereby given that the undersigned attorney, Dan D. Davison, State Bar Number 05590900, of Fulbright & Jaworski L.L.P., 2200 Ross Avenue, Suite 2800, Dallas, Texas 75201, (214) 855-8049 enters his appearance in this matter as Lead Attorney for Defendants, Broadcast Music, Inc. and Landmark Digital Services, LLC. As a registered user of the Court's electronic filing system, the undersigned counsel consents to electronic service of all documents filed in this action, including all notices, orders and opinions issued by the Court, pursuant to Local Rule CV-5(a)(3).

52376952.1

Dated: November 20, 2012            Respectfully submitted,


By: */s/ Dan D. Davison*
     Dan D. Davison
     Texas State Bar No. 05590900
     Lead Attorney

Dan D. Davison
Email: ddavison@fulbright.com
FULBRIGHT & JAWORSKI L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-2784
Phone:  (214) 855-80497430
Fax:  (214) 855-8200


**COUNSEL FOR DEFENDANTS
BROADCAST MUSIC, INC.** and
**LANDMARK DIGITAL SERVICES, LLC**


<u>**CERTIFICATE OF SERVICE**</u>

     I certify that this document was filed electronically pursuant to Local Rule CV-5(a) on November 20, 2012. Pursuant to Local Rule CV-5(a)(3)(A), this electronic filing acts to electronically serve all counsel who have consented to electronic service via the Court's CM/ECF system.


*/s/ Dan D. Davison*
Dan D. Davison