IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § § § | |
| PLAINTIFF, | § § | |
| V. | § § | CIVIL ACTION NO. 6:12-CV-499 |
| TEXAS INSTRUMENTS, INC., *et al.,* | § § § | JURY TRIAL DEMANDED |
| DEFENDANTS. | § § § | |
| BLUE SPIKE, LLC, | § § | |
| PLAINTIFF, | § § § | |
| V. | § § | CIVIL ACTION NO. 6:12-CV-586 |
| BROADCAST MUSIC, INC. and LANDMARK DIGITAL SERVICES, LLC. | § § § § | JURY TRIAL DEMANDED |
| DEFENDANTS. | § | |

## NOTICE OF APPEARANCE OF ROBERT GREESON

Notice is hereby given that the undersigned attorney, Robert Greeson, State Bar Number 24045979, of Fulbright & Jaworski L.L.P., 2200 Ross Avenue, Suite 2800, Dallas, Texas 75201, (214) 855-7430 enters his appearance in this matter as counsel for Defendants, Broadcast Music, Inc. and Landmark Digital Services, LLC. As a registered user of the Court's electronic filing system, the undersigned counsel consents to electronic service of all documents filed in this action, including all notices, orders and opinions issued by the Court, pursuant to Local Rule CV-5(a)(3).

Dated: November 20, 2012 Respectfully submitted,

By: */s/ Robert Greeson*
   Robert Greeson
   Texas State Bar No. 24045979

Robert Greeson
Email: rgreeson@fulbright.com
FULBRIGHT & JAWORSKI L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-2784
Phone: (214) 855-7430
Fax: (214) 855-8200

**COUNSEL FOR DEFENDANTS
BROADCAST MUSIC, INC. and
LANDMARK DIGITAL SERVICES, LLC**

## CERTIFICATE OF SERVICE

I certify that this document was filed electronically pursuant to Local Rule CV-5(a) on November 20, 2012. Pursuant to Local Rule CV-5(a)(3)(A), this electronic filing acts to electronically serve all counsel who have consented to electronic service via the Court's CM/ECF system.

   */s/ Robert Greeson*
   Robert Greeson