IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** | § § § § | |
| PLAINTIFF, | | |
| V. | § § § | **CIVIL ACTION NO. 6:12-CV-499** |
| **TEXAS INSTRUMENTS, INC.,** *et al,* | § § § | **JURY TRIAL DEMANDED** |
| DEFENDANTS. | § § | |
| **BLUE SPIKE, LLC,** | § § § | |
| PLAINTIFF, | § § | |
| V. | § § § | **CIVIL ACTION NO. 6:12-CV-586** |
| **BROADCAST MUSIC, INC. and LANDMARK DIGITAL SERVICES, LLC,** | § § § § § | **JURY TRIAL DEMANDED** |
| DEFENDANTS. | § | |

## NOTICE OF APPEARANCE OF RICHARD S. ZEMBEK

Notice is hereby given that the undersigned attorney, Richard S. Zembek, State Bar Number 00797726, of Fulbright & Jaworski L.L.P., 1301 McKinney, Suite 5100, Houston, Texas 77010, (713) 651-5283 enters his appearance in this matter as counsel for Defendants, Broadcast Music, Inc. and Landmark Digital Services, LLC. As a registered user of the Court's electronic filing system, the undersigned counsel consents to electronic service of all documents filed in this action, including all notices, orders and opinions issued by the Court, pursuant to Local Rule CV-5(a)(3).

Dated: November 20, 2012        Respectfully submitted,

       By:    */s/ Richard S. Zembek*
            Richard S. Zembek
            Texas State Bar No. 00797726

Richard S. Zembek
Email: rzembek@fulbright.com
FULBRIGHT & JAWORSKI L.L.P.
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Phone: (713) 651-5283
Fax: (713) 651-5246

**COUNSEL FOR DEFENDANTS
BROADCAST MUSIC, INC. and
LANDMARK DIGITAL SERVICES, LLC**

## CERTIFICATE OF SERVICE

I certify that this document was filed electronically pursuant to Local Rule CV-5(a) on November 20, 2012. Pursuant to Local Rule CV-5(a)(3)(A), this electronic filing acts to electronically serve all counsel who have consented to electronic service via the Court's CM/ECF system.

       */s/ Richard S. Zembek*
       Richard S. Zembek