**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

|  |  |
|---|---|
| **BLUE SPIKE, LLC,** | |
| *Plaintiff,* | **CIVIL ACTION NO. 6:12-CV-499 LED** |
| **v.** | (*Consolidated from 6:12-CV-580*) |
| | |
| **TEXAS INSTRUMENTS, INC.,** *et al.,* | **JURY TRIAL DEMANDED** |
| | |
| *Defendants.* | |

**YOUWEB, LLC; YOUWEB ACCELERATOR LLC; AND YOUWEB ENTREPRENEUR
LLC'S  AMENDED CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants YouWeb, LLC; YouWeb

Accelerator LLC and YouWeb Entrepreneur LLC ("Defendants"), by and through their

undersigned attorneys, hereby state: No publicly held company owns 10 percent or more of any

Defendant.  Defendant YouWeb Entrepreneur LLC is a wholly-owned subsidiary of YouWeb,

LLC.

Date:  November 20, 2012

Respectfully submitted,

/s/   *Wayne M. Barsky*

Wayne M. Barsky
California Bar No. 116731
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East
Suite 4000
Los Angeles, CA 90067
Telephone: (310) 552-8183
Fascimile: (310) 551-7010
wbarsky@gibsondunn.com

*Counsel for Defendants YouWeb, LLC;
YouWeb Accelerator LLC and YouWeb
Entrepreneur LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 20, 2012, a true and correct copy of the foregoing document was served on all attorneys of record who have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

<u>     /s/ <i>Jennifer J. Rho</i>     </u><br>Jennifer J. Rho