IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ROVI CORPORATION AND ROVI GUIDES, INC., <br><br> Defendants. | Civil Action No.: 6:12-CV-499-LED <br><br> (Consolidated from Civil Action No. 6:12-CV-577) |

**DEFENDANTS ROVI CORPORATION AND ROVI GUIDES, INC'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. PRO. 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, Rovi Corporation states that it has no parent corporation, nor knows of any publicly held corporation owning 10% or more of its stock. Rovi Guides, Inc. states that it is wholly owned by its parent corporation, Rovi Corporation.

Dated: November 20, 2012

/s/ Andrew Leibnitz
Roderick M. Thompson, CA Bar No. 96192
(admitted *pro hac vice*) Lead Attorney
Andrew Leibnitz, CA Bar No. 184723
(admitted *pro hac vice*)
Daniel C. Callaway, CA Bar No. 262675
Christina R. Hollander, CA Bar No. 267292
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

(*signature continued on next page*)

*/s/ Deron R. Dacus*
Deron R. Dacus, Bar No. 00790553
The Dacus Firm, PC
821 Ese Loop 323, Suite 430
Tyler, TX 75701
(903) 705-1117

ATTORNEYS FOR DEFENDANTS
ROVI CORPORATION AND ROVI GUIDES, INC.

CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served this 20th day of November, 2012, with a copy of this document via electronic mail.

/s/ Deron R. Dacus
Deron R. Dacus

- 2 -