IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC | § § | CIVIL ACTION NO. 6:12-CV-499-LED |
| VS. | § § § § | (LEAD CASE) |
| TEXAS INSTRUMENTS, INC., ET AL | § | |

| | | |
|---|---|---|
| BLUE SPIKE, LLC | § § | CIVIL ACTION NO. 6:12-CV-576-LED |
| VS. | § § § | (CONSOLIDATED CASE) |
| AUDIBLE MAGIC CORPORATION, ET AL | § | |

## DEFENDANT TUNECORE, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant TuneCore, Inc. ("TuneCore") hereby files its Corporate Disclosure Statement. TuneCore has no parent corporation, and there is no publicly held company that owns ten percent or more of TuneCore's stock.

Dated:  November 21, 2012

                              Respectfully submitted,

                              /S/ MELISSA R. SMITH
                              Melissa R. Smith
                              Lead Attorney
                              Texas Bar No. 24001351
                              melissa@gillamsmithlaw.com
                              GILLAM & SMITH
                              303 S. Washington Avenue
                              Marshall, TX 75670
                              Telephone:    (903) 934-8450
                              Facsimile:     (903) 934-9257

                              Kenneth L. Nissly
                              California Bar No. 77589
                              knissly@omm.com
                              Susan van Keulen
                              California Bar No. 136060
                              svankeulen@omm.com
                              Susan Roeder
                              California Bar No. 160897
                              sroeder@omm.com
                              O'MELVENY & MYERS LLP
                              2765 Sand Hill Road
                              Menlo Park, California  94025
                              Telephone:    (650) 473-2600
                              Facsimile:     (650) 473-2601

                              *Counsel for Defendant TuneCore, Inc*.


## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of DEFENDANT TUNECORE's CORPORATE DISCLOSURE STATEMENT, via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 21st day of November, 2012.

                              /s/ Melissa R. Smith