IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| v. § | Civil Action No. 6:12-CV-499 LED | |
| § | | |
| TEXAS INSTRUMENTS, INC., § | | |
| § | **JURY TRIAL DEMANDED** | |
| Defendant. § | | |
| § | | |
| BLUE SPIKE, LLC § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| v. § | Civil Action No. 6:12-CV-686 LED | |
| § | | |
| ANTHEUS TECHNOLOGY, INC., § | | |
| § | **JURY TRIAL DEMANDED** | |
| Defendant. § | | |

**CORPORATE DISCLOSURE STATEMENT OF
DEFENDANT ANTHEUS TECHNOLOGY, INC.**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Antheus Technology, Inc. discloses that there is no corporation owning 10% or more of its stock.

Dated:  November 21, 2012            Respectfully submitted,

*/s/ Robert C. Matz*
———————————————————————
Robert C. Matz (California State Bar No. 217822)
Makman & Matz LLP
655 Mariner's Island Blvd., Suite 306
San Mateo, CA 94404
Telephone:  650-242-1560
Facsimile: (650) 242-1547
Email:  robert@makmanmatz.com

*Counsel for Defendant Antheus Tecnology, Inc.*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record and allow them to access this document.

*/s/ Robert C. Matz*

Robert C. Matz