IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § § | |
| Plaintiff, | § § | Civil Action No. 6:12-CV-499 LED |
| v. | § § | |
| TEXAS INSTRUMENTS, INC., | § § | **JURY TRIAL DEMANDED** |
| Defendant. | § § § | |
| BLUE SPIKE, LLC, | § § | |
| Plaintiff, | § § | Civil Action No. 6:12-CV-568 LED |
| v. | § § | |
| ZEITERA, LLC, ENSEQUENCE, INC., AND RELATED CONTENT DATABASE, INC., d/b/a WATCHWITH, | § § § § | **JURY TRIAL DEMANDED** |
| Defendants. | § | |

### NOTICE OF APPEARANCE OF DARREN E. DONNELLY

Defendant Zeitera, LLC. files this Notice of Appearance and hereby notifies the Court that Darren E. Donnelly, of the law firm Fenwick & West LLP, is appearing as counsel for Zeitera, LLC in the above-referenced matter.  Darren E. Donnelly's email address, for purposes of Receipt of Notice of Electronic Filing, is as follows: ddonnelly@fenwick.com and emancera@fenwick.com.

      For other purposes, contact information for counsel is set forth below. Defendant requests that Darren E. Donnelly be included on the Court's and parties' service lists.

Dated:    November 21, 2012                  FENWICK & WEST LLP

                                               By:    */s/ Darren E. Donnelly*
                                                   Darren E. Donnelly
                                                   ddonnelly@fenwick.com

                                                  Teresa M. Corbin, CA Bar No. 132360
                                                  (Admitted E.D. Texas)
                                                  Bryan A. Kohm, CA Bar No.233276
                                                  (Admitted E.D. Texas)
                                                  David Lacy Kusters, CA Bar No.241335
                                                  (Admitted E.D. Texas)
                                                  FENWICK & WEST LLP
                                                  555 California Street, 12th Floor
                                                  San Francisco, California 94104
                                                  Telephone:    (415) 874-2300
                                                  Facsimile:     (415) 281-1350

                                                  Darren E. Donnelly, CA Bar No. 194335
                                                  (Admitted E.D. Texas)
                                                  FENWICK & WEST LLP
                                                  Silicon Valley Center
                                                  801 California Street
                                                  Mountain View, California  94041
                                                  Telephone:      (650) 955-8500
                                                  Facsimile:     (650) 983-5200


                                                  Attorneys for Defendant
                                                  ZEITERA, LLC.

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on November 21, 2012.

                                         */s/ Darren E. Donnelly*
                                         Darren E. Donnelly