# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF TEXAS

# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § § § | |
| Plaintiff, | § | Civil Action No. 6:12-CV-499 LED |
| v. | § § | |
| TEXAS INSTRUMENTS, INC., | § § | **JURY TRIAL DEMANDED** |
| Defendant. | § § § | |
| | § | |
| BLUE SPIKE, LLC, | § § | |
| Plaintiff, | § § | Civil Action No. 6:12-CV-568 LED |
| v. | § § | |
| ZEITERA, LLC, ENSEQUENCE, INC., AND RELATED CONTENT DATABASE, INC., d/b/a WATCHWITH, | § § § § | **JURY TRIAL DEMANDED** |
| Defendants. | § | |

## NOTICE OF APPEARANCE OF BRYAN A. KOHM

Defendant Zeitera, LLC. files this Notice of Appearance and hereby notifies the Court that Bryan A. Kohm, of the law firm Fenwick & West LLP, is appearing as counsel for Zeitera, LLC in the above-referenced matter. Bryan A. Kohm's email address, for purposes of Receipt of Notice of Electronic Filing, is as follows: bkohm@fenwick.com and anolen@fenwick.com.

For other purposes, contact information for counsel is set forth below. Defendant requests that Bryan A. Kohm be included on the Court's and parties' service lists.

Dated:   November 21, 2012  FENWICK & WEST LLP


By:  */s/ Bryan A. Kohm*
    Bryan A. Kohm
    bkohm@fenwick.com

Teresa M. Corbin, CA Bar No. 132360
(Admitted E.D. Texas)
Bryan A. Kohm, CA Bar No.233276
(Admitted E.D. Texas)
David Lacy Kusters, CA Bar No.241335
(Admitted E.D. Texas)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, California 94104
Telephone:   (415) 874-2300
Facsimile:   (415) 281-1350

Darren E. Donnelly, CA Bar No. 194335
(Admitted E.D. Texas)
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, California  94041
Telephone:        (650) 955-8500
Facsimile:       (650) 983-5200


Attorneys for Defendant
ZEITERA, LLC.

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on November 21, 2012.

                                            */s/ Bryan A. Kohm*
                                            Bryan A. Kohm