# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC.,<br><br>  Defendant. | § § § § § § § § § § § § | Civil Action No. 6:12-CV-499 LED<br><br><br>**JURY TRIAL DEMANDED** |
| BLUE SPIKE, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>ZEITERA, LLC, ENSEQUENCE, INC., AND RELATED CONTENT DATABASE, INC., d/b/a WATCHWITH,<br><br>  Defendants. | § § § § § § § § § § § § | Civil Action No. 6:12-CV-568 LED<br><br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE OF DAVID LACY KUSTERS

Defendant Zeitera, LLC. files this Notice of Appearance and hereby notifies the Court that David Lacy Kusters, of the law firm Fenwick & West LLP, is appearing as counsel for Zeitera, LLC in the above-referenced matter. David Lacy Kusters's email address, for purposes of Receipt of Notice of Electronic Filing, is as follows: dlayckusters@fenwick.com and anolen@fenwick.com.

For other purposes, contact information for counsel is set forth below. Defendant requests that David Lacy Kusters be included on the Court's and parties' service lists.

Dated:   November 21, 2012                    FENWICK & WEST LLP


By:   */s/ David Lacy Kusters*
    David Lacy Kusters
    dlacykusters@fenwick.com

Teresa M. Corbin, CA Bar No. 132360
(Admitted E.D. Texas)
Bryan A. Kohm, CA Bar No.233276
(Admitted E.D. Texas)
David Lacy Kusters, CA Bar No.241335
(Admitted E.D. Texas)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, California 94104
Telephone:     (415) 874-2300
Facsimile:      (415) 281-1350

Darren E. Donnelly, CA Bar No. 194335
(Admitted E.D. Texas)
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, California  94041
Telephone:         (650) 955-8500
Facsimile:      (650) 983-5200


Attorneys for Defendant
ZEITERA, LLC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on November 21, 2012.

                                              */s/ David Lacy Kusters*
                                              David Lacy Kusters