IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC.,<br><br>Defendant. | Civil Action No. 6:12-CV-499<br>**LEAD CASE**<br><br>JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE NIELSEN COMPANY (US), LLC,<br><br>Defendant. | Civil Action No. 6:12-CV-587<br><br>JURY TRIAL DEMANDED<br><br>**DEFENDANT THE NIELSEN COMPANY'S FED. R. CIV. P. 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant The Nielsen Company, LLC ("Nielsen") by and through its counsel, hereby certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following: Nielsen Holdings N.V.; The Nielsen Company B.V.; Nielsen Finance LLC; Nielsen Finance Co.; The Blackstone Group; The Carlyle Group; Kohlberg Kravis Roberts & Co.; and Thomas H. Lee Partners.

Dated:  November 21, 2012

Respectfully submitted,

/s/ Daniel T. Conrad
Daniel T. Conrad
Texas State Bar No. 24026608
dtconrad@jonesday.com
JONES DAY
2727 North Harwood Street
Dallas, Texas 75201-1515
Telephone: (214) 220-3939
Facsimile: (214) 969-5100

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2012, a true and correct copy of the foregoing document was served on all attorneys of record who have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Daniel T. Conrad