# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 6:12-cv-499-LED |
| | § | *(Consolidated from 6:12-CV-544-LED)* |
| MIRANDA TECHNOLOGIES, INC., AND | § | |
| BELDEN INC. | § | JURY TRIAL DEMANDED |
| | § | |
| Defendants. | § | |

## BELDEN INC.'S RULE 7.1(a) DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant in the above-captioned action certifies that Belden Inc. is a corporate party organized and existing under the laws of the State of Delaware and that it is a publicly held corporation. Further, Belden Inc. has no parent corporation and no publicly held corporation owns 10% or more of Belden Inc.'s stock.

DATED:  November 26, 2012　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Matthew B. Lowrie*
　　　　　　　　　　　　　　　　　　　　　　　　Matthew B. Lowrie, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　FOLEY & LARDNER LLP
　　　　　　　　　　　　　　　　　　　　　　　　111 Huntington Avenue
　　　　　　　　　　　　　　　　　　　　　　　　Boston, MA 02199-7610
　　　　　　　　　　　　　　　　　　　　　　　　Tel: (617) 342-4000
　　　　　　　　　　　　　　　　　　　　　　　　Fax: (617) 342-4001
　　　　　　　　　　　　　　　　　　　　　　　　mlowrie@foley.com

　　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　　　　　　　　*Belden Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 26th day of November, 2012.

                                                                  */s/ Matthew B. Lowrie*
                                                                    Matthew B. Lowrie