# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC, § § Plaintiff, § § v. § § MIRANDA TECHNOLOGIES, INC., AND § BELDEN INC. § § Defendants. § | Civil Action No. 6:12-cv-499-LED *(Consolidated from 6:12-CV-544-LED)* JURY TRIAL DEMANDED |

## MIRANDA TECHNOLOGIES PARTNERSHIP'S
## RULE 7.1(a) DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant in the above-captioned action certifies that Miranda Technologies Partnership (f/k/a Miranda Technologies, Inc.) is a Canadian partnership, whose ultimate parent is Belden Inc.

DATED:  November 26, 2012

Respectfully submitted,

*/s/ Matthew B. Lowrie*
Matthew B. Lowrie, Esq.
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA 02199-7610
Tel: (617) 342-4000
Fax: (617) 342-4001
mlowrie@foley.com

*Attorneys for Defendant*
*Miranda Technologies Partnership*
*(f/k/a Miranda Technologies, Inc.)*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 26th day of November, 2012.

          */s/ Matthew B. Lowrie*
          Matthew B. Lowrie