# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § § § | |
| Plaintiff, | § | Civil Action No. 6:12-CV-499 LED |
| v. | § § | |
| TEXAS INSTRUMENTS, INC., | § § | **JURY TRIAL DEMANDED** |
| Defendant. | § § § | |
| BLUE SPIKE, LLC, | § § | |
| Plaintiff, | § § | Civil Action No. 6:12-CV-568 LED |
| v. | § § | |
| ZEITERA, LLC, ENSEQUENCE, INC., AND RELATED CONTENT DATABASE, INC., d/b/a WATCHWITH, | § § § § | **JURY TRIAL DEMANDED** |
| Defendants. | § § | |

## DEFENDANT ZEITERA, LLC'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Zeitera, LLC ("Zeitera") hereby advises the Court that Zeitera has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: November 26, 2012　　　　　　　　FENWICK & WEST LLP


　　　　　　　　　　　　　　　　　　　　By: _/s/ Bryan A. Kohm_____
　　　　　　　　　　　　　　　　　　　　　　Bryan A. Kohm
　　　　　　　　　　　　　　　　　　　　　　bkohm@fenwick.com

　　　　　　　　　　　　　　　　　　　　Teresa M. Corbin, CA Bar No. 132360
　　　　　　　　　　　　　　　　　　　　(Admitted E.D. Texas)
　　　　　　　　　　　　　　　　　　　　Bryan A. Kohm, CA Bar No.233276
　　　　　　　　　　　　　　　　　　　　(Admitted E.D. Texas)
　　　　　　　　　　　　　　　　　　　　David Lacy Kusters, CA Bar No.241335
　　　　　　　　　　　　　　　　　　　　(Admitted E.D. Texas)
　　　　　　　　　　　　　　　　　　　　FENWICK & WEST LLP
　　　　　　　　　　　　　　　　　　　　555 California Street, 12th Floor
　　　　　　　　　　　　　　　　　　　　San Francisco, California 94104
　　　　　　　　　　　　　　　　　　　　Telephone:　　(415) 874-2300
　　　　　　　　　　　　　　　　　　　　Facsimile:　　(415) 281-1350

　　　　　　　　　　　　　　　　　　　　Darren E. Donnelly, CA Bar No. 194335
　　　　　　　　　　　　　　　　　　　　(Admitted E.D. Texas)
　　　　　　　　　　　　　　　　　　　　FENWICK & WEST LLP
　　　　　　　　　　　　　　　　　　　　Silicon Valley Center
　　　　　　　　　　　　　　　　　　　　801 California Street
　　　　　　　　　　　　　　　　　　　　Mountain View, California  94041
　　　　　　　　　　　　　　　　　　　　Telephone:　　　(650) 955-8500
　　　　　　　　　　　　　　　　　　　　Facsimile:　　(650) 983-5200


　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　ZEITERA, LLC.

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on November 26, 2012.

                    */s/ Bryan A. Kohm*
                    Bryan A. Kohm