# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § § § | |
| Plaintiff, | § | Civil Action No. 6:12-CV-499 LED |
| v. | § § | |
| TEXAS INSTRUMENTS, INC., | § § | **JURY TRIAL DEMANDED** |
| Defendant. | § § § | |
| BLUE SPIKE, LLC, | § § | |
| Plaintiff, | § § | Civil Action No. 6:12-CV-537 LED |
| v. | § § | |
| SOUNDHOUND, INC. | § § | **JURY TRIAL DEMANDED** |
| Defendant. | § § § | |

## NOTICE OF APPEARANCE OF TERESA M. CORBIN

Defendant SoundHound, Inc. files this Notice of Appearance and hereby notifies the Court that Teresa M. Corbin, of the law firm Fenwick & West LLP, is appearing as counsel for SoundHound, Inc. in the above-referenced matter. Teresa M. Corbin's email address, for purposes of Receipt of Notice of Electronic Filing, is as follows: tcorbin@fenwick.com and cprado@fenwick.com.

For other purposes, contact information for counsel is set forth below. Defendant requests that Teresa M. Corbin be included on the Court's and parties' service lists.

Dated: November 26, 2012	FENWICK & WEST LLP


By:  */s/ /Teresa M. Corbin*
    Teresa M. Corbin
    tcorbin@fenwick.com

Teresa M. Corbin, CA Bar No. 132360
(Admitted E.D. Texas)
Bryan A. Kohm, CA Bar No.233276
(Admitted E.D. Texas)
David Lacy Kusters, CA Bar No.241335
(Admitted E.D. Texas)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, California 94104
Telephone:	(415) 874-2300
Facsimile:	(415) 281-1350

Darren E. Donnelly, CA Bar No. 194335
(Admitted E.D. Texas)
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, California  94041
Telephone:	(650) 955-8500
Facsimile:	(650) 983-5200


Attorneys for Defendant
SOUNDHOUND, INC.

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on November 26, 2012.

                                           */s/ Teresa M. Corbin*
                                           Teresa M. Corbin