# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § § § | |
| Plaintiff, | § | Civil Action No. 6:12-CV-499 LED |
| v. | § § § | |
| TEXAS INSTRUMENTS, INC., | § § | **JURY TRIAL DEMANDED** |
| Defendant. | § § § | |
| BLUE SPIKE, LLC, | § § § | |
| Plaintiff, | § § | Civil Action No. 6:12-CV-537 LED |
| v. | § § § | |
| SOUNDHOUND, INC. | § § | **JURY TRIAL DEMANDED** |
| Defendant. | § § § | |

### NOTICE OF APPEARANCE OF BRYAN A. KOHM

Defendant SoundHound, Inc. files this Notice of Appearance and hereby notifies the Court that Bryan A. Kohm, of the law firm Fenwick & West LLP, is appearing as counsel for SoundHound, Inc. in the above-referenced matter. Bryan A. Kohm's email address, for purposes of Receipt of Notice of Electronic Filing, is as follows: bkohm@fenwick.com and anolen@fenwick.com.

For other purposes, contact information for counsel is set forth below. Defendant requests that Bryan A. Kohm be included on the Court's and parties' service lists.

Dated:   November 26, 2012                              FENWICK & WEST LLP

                                                        By:  */s/ Bryan A. Kohm*
                                                             Bryan A. Kohm
                                                             bkohm@fenwick.com

                                                        Teresa M. Corbin, CA Bar No. 132360
                                                        (Admitted E.D. Texas)
                                                        Bryan A. Kohm, CA Bar No.233276
                                                        (Admitted E.D. Texas)
                                                        David Lacy Kusters, CA Bar No.241335
                                                        (Admitted E.D. Texas)
                                                        FENWICK & WEST LLP
                                                        555 California Street, 12th Floor
                                                        San Francisco, California 94104
                                                        Telephone:     (415) 874-2300
                                                        Facsimile:     (415) 281-1350

                                                        Darren E. Donnelly, CA Bar No. 194335
                                                        (Admitted E.D. Texas)
                                                        FENWICK & WEST LLP
                                                        Silicon Valley Center
                                                        801 California Street
                                                        Mountain View, California  94041
                                                        Telephone:       (650) 955-8500
                                                        Facsimile:     (650) 983-5200


                                                        Attorneys for Defendant
                                                        SOUNDHOUND, INC.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on November 26, 2012.

                                            */s/ Bryan A. Kohm*
                                            Bryan A. Kohm