# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF TEXAS

# TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br> Plaintiff,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC.,<br><br> Defendant. | Civil Action No. 6:12-CV-499 LED<br><br>**JURY TRIAL DEMANDED** |
| BLUE SPIKE, LLC,<br><br> Plaintiff,<br><br>v.<br><br>SOUNDHOUND, INC.<br><br> Defendant. | Civil Action No. 6:12-CV-537 LED<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE OF DAVID LACY KUSTERS

 Defendant SoundHound, Inc. files this Notice of Appearance and hereby notifies the Court that David Lacy Kusters, of the law firm Fenwick & West LLP, is appearing as counsel for SoundHound, Inc. in the above-referenced matter. David Lacy Kusters's email address, for purposes of Receipt of Notice of Electronic Filing, is as follows: dlacykusters@fenwick.com and anolen@fenwick.com.

 For other purposes, contact information for counsel is set forth below. Defendant requests that David Lacy Kusters be included on the Court's and parties' service lists.

Dated: November 26, 2012                    FENWICK & WEST LLP

                                            By:  */s/ David Lacy Kusters*
                                                 David Lacy Kusters
                                                 dlacykusters@fenwick.com

                                            Teresa M. Corbin, CA Bar No. 132360
                                            (Admitted E.D. Texas)
                                            Bryan A. Kohm, CA Bar No.233276
                                            (Admitted E.D. Texas)
                                            David Lacy Kusters, CA Bar No.241335
                                            (Admitted E.D. Texas)
                                            FENWICK & WEST LLP
                                            555 California Street, 12th Floor
                                            San Francisco, California 94104
                                            Telephone:     (415) 874-2300
                                            Facsimile:     (415) 281-1350

                                            Darren E. Donnelly, CA Bar No. 194335
                                            (Admitted E.D. Texas)
                                            FENWICK & WEST LLP
                                            Silicon Valley Center
                                            801 California Street
                                            Mountain View, California  94041
                                            Telephone:       (650) 955-8500
                                            Facsimile:     (650) 983-5200


                                            Attorneys for Defendant
                                            SOUNDHOUND, INC.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on November 26, 2012.

*/s/ David Lacy Kusters*
David Lacy Kusters