## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| **BLUE SPIKE, LLC,** | |
| *Plaintiff,* | |
| | **Civil Action No. 6:12-CV-499** |
| **v.** | **JURY TRIAL DEMANDED** |
| **TEXAS INSTRUMENTS, INC.,** *et al.,* | |
| *Defendants.* | |

## AWARE, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule Civil Procedure 7.1, Defendant Aware, Inc. files this disclosure statement as follows:

Aware, Inc. has no parent corporation.  No publicly held corporation owns more than 10% of Aware's stock.  A supplemental disclosure statement will be filed upon any changes in the information provided herein.

Dated:  November 28, 2012

Respectfully submitted,

By:   /s/ Wasif Qureshi

Lawrence K. Kolodney
*Admitted Pro Hac Vice*
**Fish & Richardson PC**
One Marina Park Drive
Boston, MA 02210
Phone: 617-542-5070
Fax: 617-542-8906
kolodney@fr.com

Wasif Qureshi
Texas Bar No. 24048155
**Fish & Richardson PC**
1221 McKinney Street, Suite 2800
Houston, TX 77010
Phone: 713-654-5300
qureshi@fr.com

*Counsel for Defendant Aware, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Wasif Qureshi