# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> BROADCAST MUSIC, INC. and § <br> LANDMARK DIGITAL SERVICES, LLC, § <br> § <br> Defendants. § <br> § | Civil Action No. 6:12-CV-586 LED <br> (Consolidated with <br> Case No. 6:12-CV-499 LED) <br><br> **JURY TRIAL DEMANDED** |

## DEFENDANTS BROADCAST MUSIC, INC. AND
## LANDMARK DIGITAL SERVICES, LLC'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Broadcast Music, Inc. ("BMI") and Landmark Digital Services, LLC ("Landmark") state:

1. BMI has no publicly held parent companies, affiliates or subsidiaries, and there are no other publicly held companies that own 10% or more of BMI's stock;

2. Gannett Co., Inc., which is publicly held, owns indirectly through a wholly-owned subsidiary more than 10% of BMI's stock; and

3. Landmark is a wholly-owned subsidiary of BMI.

Dated: November 29, 2012                                Respectfully submitted,

                                          /s/  Dan Davison
                                              Dan D. Davison
                                              State Bar No.  05590900
                                              ddavison@fulbright.com
                                              Robert Greeson
                                              State Bar No.  24045979
                                              rgreeson@fulbright.com
                                        FULBRIGHT & JAWORSKI L.L.P.
                                        2200 Ross Avenue, Suite 2800
                                        Dallas, TX  75201-2784
                                        Telephone:     (214) 855-8000
                                        Facsimile:     (214) 855-8200

                                              Richard S. Zembek
                                              State Bar No.  00797726
                                              rzembek@fulbright.com
                                        FULBRIGHT & JAWORSKI L.L.P.
                                        1301 McKinney, Suite 5100
                                        Houston, TX. 77054
                                        Tel:     (713) 651-5151
                                        Fax:    (713) 651-5246

**Counsel for Defendant BROADCAST MUSIC, INC. and Landmark Digital Services, LLC**

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that this document is being served on November 29, 2012 to all counsel of record via the Court's CM/ECF system in compliance with Local Rule CV-5(a)(3) and Federal Rule of Civil Procedure 5.

                                            /s/  Robert Greeson