UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

---

CASE AND DEADLINE INFORMATION

Civil Action No.: Lead Case 6:12-cv-499
Name of party requesting extension: Griaule Technology, LLC
Is this the first application for extension of time in this case?
☐ Yes
☑ No

If no, please indicate which application this represents:
☑ Second
☐ Third
☐ Other _____

Date of Service of Summons: 10/9/12
Number of days requested:
☐ 30 days
☑ 15 days
☐ Other ____ days

New Deadline Date: 12/14/12    *(Required)*

ATTORNEY FILING APPLICATION INFORMATION

Full Name: Willie C. Briscoe
State Bar No.: 24001788
Firm Name: The Briscoe Law Firm, PLLC
Address: 8117 Preston Road, Suite 300
Dallas, Texas 75225

Phone: 214-706-9314
Fax: 214-706-9315
Email: wbriscoe@thebriscoelawfirm.com

---

A certificate of conference does not need to be filed with this unopposed application.