UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.:

Name of party requesting extension:

| | | |
|---|---|---|
| Is this the first application for extension of time in this case? | | Yes |
| | | No |
| If no, please indicate which application this represents: | | Second |
| | | Third |
| | | Other _____ |

Date of Service of Summons:

| | | |
|---|---|---|
| Number of days requested: | 30 days | |
| | 15 days | |
| | Other _____ days | |
| <span style="color:red">New Deadline Date:</span> | <span style="color:red">*(Required)*</span> | |

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name:

State Bar No.:

Firm Name:

Address:


Phone:

Fax:

Email:

A certificate of conference does not need to be filed with this unopposed application.