## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** | § | |
| *Plaintiff,* | § | |
| | § | Civil Action No. 6:12-CV-00499 |
| v. | § | (Civil Action No. 6:12-CV-0681) |
| | § | |
| **LUMIDIGM, INC.,** | § | JURY TRIAL DEMANDED |
| *Defendant.* | § | |

### DEFENDANT'S NOTICE OF APPEARANCE OF GARY B. SOLOMON

Lumidigm, Inc., defendant in the above-entitled and numbered civil action, hereby notifies the Court and all parties that the following person is appearing as counsel of record:

>Gary B. Solomon
>SNR Denton US LLP
>2000 McKinney Ave
>Suite 1900
>Dallas, TX 75201
>Telephone: (214) 259-0941
>Facsimile:  (214) 259-0910
>gary.solomon@snrdenton.com

Respectfully submitted,

 /s/  Gary B. Solomon
 Gary B. Solomon
 TX Bar No. 24010412
 gary.solomon@snrdenton.com
 **SNR DENTON US LLP**
 2000 McKinney Ave
 Suite 1900
 Dallas, TX 75201
 Telephone: (214) 259-0941
 Facsimile:  (214) 259-0910

 *Counsel for Defendant*
 *Lumidigm, Inc.*

15039063

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3) (A). Pursuant to Fed. R. Civ. P. 59d0 and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 4th day of December, 2012.

                                                    /s/ Gary B. Solomon  
                                                    Gary B. Solomon

15039063