# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
| *Plaintiff*, | § | Civil Action No. 6:12-CV-499-LED |
| v. | § | |
| TEXAS INSTRUMENTS, INC. | § | (LEAD CASE) |
| *Defendants*. | § | JURY TRIAL DEMANDED |
| | § | |
| BLUE SPIKE, LLC, | § | |
| *Plaintiff*, | § | Civil Action No. 6:12-CV-568-LED |
| v. | § | |
| ZEITERA, LLC, ENSEQUENCE, INC., AND RELATED CONTENT DATABASE, INC. d/b/a WATCHWITH, | § | (CONSOLIDATED WITH 6:12-CV-499) JURY TRIAL DEMANDED |
| *Defendant*. | § | |

## RELATED CONTENT DATABASE, INC. D/B/A WATCHWITH'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant Related Content Database, Inc d/b/a Watchwith ("Watchwith"), discloses that it has no parent corporation and no publicly held corporation holds 10% or more of its stock.

Dated: December 4, 2012

By:           */s/ Eric H. Findlay*

           Eric H. Findlay (Texas Bar No. 00789886)
           Walter W. Lackey, Jr. (Texas Bar No. 24050901)
           FINDLAY CRAFT, LLP
           6760 Old Jacksonville Hwy, Suite 101

Tyler, TX 75703
Telephone: (903) 534-1100
Facsimile: (903) 534-1137
efindlay@findlaycraft.com
wlackey@findlaycraft.com


I. Neel Chatterjee – *LEAD ATTORNEY*
Gabriel M. Ramsey
ORRICK, HERRINGTON & SUTCLIFFE, LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 614-7400
Facsimile: (650) 614-7401
gramsey@orrick.com
nchatterjee@orrick.com

Christopher J. Higgins
ORRICK, HERRINGTON & SUTCLIFFE, LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005-1706
Telephone: (202) 339-8400
Facsimile: (202) 339-8500
chiggins@orrick.com

Attorneys for Defendant
Watchwith


## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served electronically on opposing counsel pursuant to Local Rule CV-5(a)(7)(C) on December 4, 2012.

*/s/ Eric H. Findlay*
Eric H. Findlay