IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> TEXAS INSTRUMENTS, INC. <br><br> *Defendants*. <br> _____ <br><br> BLUE SPIKE, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> AUDIBLE MAGIC CORPORATION, ET AL. <br><br> *Defendants*. <br> _____ | Civil Action No. 6:12-CV-499-LED <br><br> (LEAD CASE) <br><br> JURY TRIAL DEMANDED <br><br><br><br> Civil Action No. 6:12-CV-576-LED <br><br> (CONSOLIDATED WITH 6:12-CV-499) <br><br> JURY TRIAL DEMANDED |

**MEDIAFIRE, LLC'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant MediaFire, LLC discloses that it has no parent corporation and no publicly held corporation holds 10% or more of its stock.

Dated: December 4, 2012

By:          */s/ Eric H. Findlay*_____

              Eric H. Findlay (Texas Bar No. 00789886)
              Walter W. Lackey, Jr. (Texas Bar No. 24050901)
              FINDLAY CRAFT, LLP
              6760 Old Jacksonville Hwy, Suite 101
              Tyler, TX 75703
              Telephone:  (903) 534-1100
              Facsimile:   (903) 534-1137

efindlay@findlaycraft.com
wlackey@findlaycraft.com

I. Neel Chatterjee – *LEAD ATTORNEY*
Gabriel M. Ramsey
ORRICK, HERRINGTON & SUTCLIFFE, LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:  (650) 614-7400
Facsimile:  (650) 614-7401
gramsey@orrick.com
nchatterjee@orrick.com

Christopher J. Higgins
ORRICK, HERRINGTON & SUTCLIFFE, LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005-1706
Telephone:  (202) 339-8400
Facsimile:  (202) 339-8500
chiggins@orrick.com

Attorneys for Defendant
MediaFire, LLC


**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served electronically on opposing counsel pursuant to Local Rule CV-5(a)(7)(C) on December 4, 2012.

*/s/ Eric H. Findlay*
Eric H. Findlay