# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, *Plaintiff*, v. TEXAS INSTRUMENTS, INC. *Defendants*. _____ | § § § § § § § § § § § | Civil Action No. 6:12-CV-499-LED (LEAD CASE) JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC, *Plaintiff*, v. AUDIBLE MAGIC CORPORATION, ET AL. *Defendants*. _____ | § § § § § § § § § § § § § | Civil Action No. 6:12-CV-576-LED (CONSOLIDATED WITH 6:12-CV-499) JURY TRIAL DEMANDED |

## COINCIDENT.TV, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant Coincident.TV, Inc. discloses that it has no parent corporation and no publicly held corporation holds 10% or more of its stock.

Dated:  December 4, 2012

By:

/s/ Eric H. Findlay
Eric H. Findlay (Texas Bar No. 00789886)
Walter W. Lackey, Jr. (Texas Bar No. 24050901)
FINDLAY CRAFT, LLP
6760 Old Jacksonville Hwy, Suite 101
Tyler, TX 75703
Telephone:  (903) 534-1100
Facsimile:   (903) 534-1137
efindlay@findlaycraft.com
wlackey@findlaycraft.com

1

I. Neel Chatterjee – *LEAD ATTORNEY*
Gabriel M. Ramsey
ORRICK, HERRINGTON & SUTCLIFFE, LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 614-7400
Facsimile: (650) 614-7401
gramsey@orrick.com
nchatterjee@orrick.com

Christopher J. Higgins
ORRICK, HERRINGTON & SUTCLIFFE, LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005-1706
Telephone: (202) 339-8400
Facsimile: (202) 339-8500
chiggins@orrick.com

Attorneys for Defendant
Coincident.TV, Inc.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served electronically on opposing counsel pursuant to Local Rule CV-5(a)(7)(C) on December 4, 2012.

                                          */s/ Eric H. Findlay*
                                          Eric H. Findlay