# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § § § | |
| *Plaintiff*, | § | Civil Action No. 6:12-CV-499-LED |
| v. | § § | |
| TEXAS INSTRUMENTS, INC. | § § | (LEAD CASE) |
| *Defendants*. | § § | |
| _____ | § § | JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civil Action No. 6:12-CV-576-LED |
| AUDIBLE MAGIC CORPORATION, ET AL. | § § § | (CONSOLIDATED WITH 6:12-CV-499) |
| *Defendants*. | § § | JURY TRIAL DEMANDED |
| _____ | § § | |

## HARMONIX MUSIC SYSTEMS, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant Harmonix Music Systems, Inc. discloses that it has no parent corporation and no publicly held corporation holds 10% or more of its stock.

Dated:  December 4, 2012

By:                   */s/ Eric H. Findlay*

                              Eric H. Findlay (Texas Bar No. 00789886)
                              Walter W. Lackey, Jr. (Texas Bar No. 24050901)
                              FINDLAY CRAFT, LLP
                              6760 Old Jacksonville Hwy, Suite 101
                              Tyler, TX 75703
                              Telephone:  (903) 534-1100
                              Facsimile:   (903) 534-1137
                              efindlay@findlaycraft.com
                              wlackey@findlaycraft.com

        I. Neel Chatterjee – *LEAD ATTORNEY*
Gabriel M. Ramsey
ORRICK, HERRINGTON & SUTCLIFFE, LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:  (650) 614-7400
Facsimile:  (650) 614-7401
gramsey@orrick.com
nchatterjee@orrick.com

Christopher J. Higgins
ORRICK, HERRINGTON & SUTCLIFFE, LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005-1706
Telephone:  (202) 339-8400
Facsimile:  (202) 339-8500
chiggins@orrick.com

Attorneys for Defendant
Harmonix Music Systems, Inc.

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served electronically on opposing counsel pursuant to Local Rule CV-5(a)(7)(C) on December 4, 2012.

        */s/ Eric H. Findlay*
        Eric H. Findlay