IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § § | |
| *Plaintiff*, | § | Civil Action No. 6:12-CV-499-LED |
| v. | § § | |
| TEXAS INSTRUMENTS, INC. | § § | (LEAD CASE) |
| *Defendants*. | § § | |
| _____ | § § | JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC, | § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civil Action No. 6:12-CV-576-LED |
| AUDIBLE MAGIC CORPORATION, ET AL. | § § § | (CONSOLIDATED WITH 6:12-CV-499) |
| *Defendants*. | § § | JURY TRIAL DEMANDED |
| _____ | § § | |

**ZEDGE HOLDINGS, INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant Zedge Holdings, Inc. discloses that it is a wholly owned subsidiary of IDT Corporation, and no other publicly held corporation holds 10% or more of its stock.

Dated:  December 4, 2012

By:                        */s/ Eric H. Findlay*

                               Eric H. Findlay (Texas Bar No. 00789886)
                               Walter W. Lackey, Jr. (Texas Bar No. 24050901)
                               FINDLAY CRAFT, LLP
                               6760 Old Jacksonville Hwy, Suite 101
                               Tyler, TX 75703
                               Telephone:  (903) 534-1100
                               Facsimile:   (903) 534-1137
                               efindlay@findlaycraft.com
                               wlackey@findlaycraft.com

I. Neel Chatterjee – *LEAD ATTORNEY*
Gabriel M. Ramsey
ORRICK, HERRINGTON & SUTCLIFFE, LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 614-7400
Facsimile: (650) 614-7401
gramsey@orrick.com
nchatterjee@orrick.com

Christopher J. Higgins
ORRICK, HERRINGTON & SUTCLIFFE, LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005-1706
Telephone: (202) 339-8400
Facsimile: (202) 339-8500
chiggins@orrick.com

Attorneys for Defendant
Zedge Holdings, Inc.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served electronically on opposing counsel pursuant to Local Rule CV-5(a)(7)(C) on December 4, 2012.

*/s/ Eric H. Findlay*
Eric H. Findlay