# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC, <br>     *Plaintiff*, <br> v. <br> TEXAS INSTRUMENTS, INC. <br>     *Defendants*. <br>_____ <br> BLUE SPIKE, LLC, <br>     *Plaintiff*, <br> v. <br> AUDIBLE MAGIC CORPORATION, ET AL. <br>     *Defendants*. <br>_____ | Civil Action No. 6:12-CV-499-LED <br><br> (LEAD CASE) <br><br> JURY TRIAL DEMANDED <br><br><br> Civil Action No. 6:12-CV-576-LED <br><br> (CONSOLIDATED WITH 6:12-CV-499) <br><br> JURY TRIAL DEMANDED |

## METACAFE, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant Metacafe, Inc. discloses that it is a wholly owned subsidiary of The Collective Digital Studio LLC, and no publicly held corporation holds 10% or more of its stock.

Dated: December 4, 2012

By:

    */s/ Eric H. Findlay*_____
    Eric H. Findlay (Texas Bar No. 00789886)
    Walter W. Lackey, Jr. (Texas Bar No. 24050901)
    FINDLAY CRAFT, LLP
    6760 Old Jacksonville Hwy, Suite 101
    Tyler, TX 75703
    Telephone:  (903) 534-1100
    Facsimile:  (903) 534-1137
    efindlay@findlaycraft.com
    wlackey@findlaycraft.com

        I. Neel Chatterjee – *LEAD ATTORNEY*
Gabriel M. Ramsey
ORRICK, HERRINGTON & SUTCLIFFE, LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 614-7400
Facsimile: (650) 614-7401
gramsey@orrick.com
nchatterjee@orrick.com

Christopher J. Higgins
ORRICK, HERRINGTON & SUTCLIFFE, LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005-1706
Telephone: (202) 339-8400
Facsimile: (202) 339-8500
chiggins@orrick.com

Attorneys for Defendant
Metacafe, Inc.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served electronically on opposing counsel pursuant to Local Rule CV-5(a)(7)(C) on December 4, 2012.

                */s/ Eric H. Findlay*
                Eric H. Findlay