# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § § § | |
| *Plaintiff*, | § | Civil Action No. 6:12-CV-499-LED |
| v. | § § | |
| TEXAS INSTRUMENTS, INC. | § § | (LEAD CASE) |
| *Defendants*. | § § | |
| _____ | § § | JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civil Action No. 6:12-CV-576-LED |
| AUDIBLE MAGIC CORPORATION, ET AL. | § § § | (CONSOLIDATED WITH 6:12-CV-499) |
| *Defendants*. | § § § | JURY TRIAL DEMANDED |
| _____ | § § | |

## GOMISO, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant GoMiso, Inc. discloses that it has no parent corporation, and no publicly held corporation holds 10% or more of its stock.

Dated:  December 4, 2012

By:

                     */s/ Eric H. Findlay*
                     Eric H. Findlay (Texas Bar No. 00789886)
                     Walter W. Lackey, Jr. (Texas Bar No. 24050901)
                     FINDLAY CRAFT, LLP
                     6760 Old Jacksonville Hwy, Suite 101
                     Tyler, TX 75703
                     Telephone:  (903) 534-1100
                     Facsimile:  (903) 534-1137
                     efindlay@findlaycraft.com
                     wlackey@findlaycraft.com

I. Neel Chatterjee – *LEAD ATTORNEY*
Gabriel M. Ramsey
ORRICK, HERRINGTON & SUTCLIFFE, LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:  (650) 614-7400
Facsimile:  (650) 614-7401
gramsey@orrick.com
nchatterjee@orrick.com

Christopher J. Higgins
ORRICK, HERRINGTON & SUTCLIFFE, LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005-1706
Telephone:  (202) 339-8400
Facsimile:  (202) 339-8500
chiggins@orrick.com

Attorneys for Defendant
GoMiso, Inc.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served electronically on opposing counsel pursuant to Local Rule CV-5(a)(7)(C) on December 4, 2012.

*/s/ Eric H. Findlay*
Eric H. Findlay