IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § § | |
| *Plaintiff*, | § § | Civil Action No. 6:12-CV-499-LED |
| v. | § § | |
| TEXAS INSTRUMENTS, INC. | § § | (LEAD CASE) |
| *Defendants*. | § § | JURY TRIAL DEMANDED |
| _____ | § | |
| BLUE SPIKE, LLC, | § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civil Action No. 6:12-CV-576-LED |
| AUDIBLE MAGIC CORPORATION, ET AL. | § § § | (CONSOLIDATED WITH 6:12-CV-499) |
| *Defendants*. | § § | JURY TRIAL DEMANDED |
| _____ | § § | |

**MYXER, INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant Myxer, Inc. ("Myxer") discloses that it has no parent corporation, and no publicly held corporation holds 10% or more of its stock.

Dated: December 4, 2012

By:

*/s/ Eric H. Findlay*
Eric H. Findlay (Texas Bar No. 00789886)
Walter W. Lackey, Jr. (Texas Bar No. 24050901)
FINDLAY CRAFT, LLP
6760 Old Jacksonville Hwy, Suite 101
Tyler, TX 75703
Telephone: (903) 534-1100
Facsimile: (903) 534-1137
efindlay@findlaycraft.com
wlackey@findlaycraft.com

1

> I. Neel Chatterjee – *LEAD ATTORNEY*
> Gabriel M. Ramsey
> ORRICK, HERRINGTON & SUTCLIFFE, LLP
> 1000 Marsh Road
> Menlo Park, CA 94025
> Telephone:  (650) 614-7400
> Facsimile:  (650) 614-7401
> gramsey@orrick.com
> nchatterjee@orrick.com
>
> Christopher J. Higgins
> ORRICK, HERRINGTON & SUTCLIFFE, LLP
> Columbia Center
> 1152 15th Street, N.W.
> Washington, DC 20005-1706
> Telephone:  (202) 339-8400
> Facsimile:  (202) 339-8500
> chiggins@orrick.com
>
> Attorneys for Defendant
> Myxer, Inc.

### **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served electronically on opposing counsel pursuant to Local Rule CV-5(a)(7)(C) on December 4, 2012.

>             */s/ Eric H. Findlay*
>             Eric H. Findlay