# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC, § § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> TEXAS INSTRUMENTS, INC. § <br> § <br> *Defendants*. § <br> _____ § <br> § <br> BLUE SPIKE, LLC, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> AUDIBLE MAGIC CORPORATION, § <br> ET AL. § <br> § <br> *Defendants*. § <br> _____ § | Civil Action No. 6:12-CV-499-LED <br><br> (LEAD CASE) <br><br> JURY TRIAL DEMANDED <br><br><br><br> Civil Action No. 6:12-CV-576-LED <br><br> (CONSOLIDATED WITH 6:12-CV-499) <br><br> JURY TRIAL DEMANDED |

## AUDIBLE MAGIC CORPORATION'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant Audible Magic Corporation ("Audible Magic") discloses that it has no parent corporation and no publicly held corporation holds 10% or more of Audible Magic stock.

Dated: December 4, 2012

By:
　　　　　　　　　　　　　　　　　　*/s/ Eric H. Findlay*
　　　　　　　　　　　　　　　　　　Eric H. Findlay (Texas Bar No. 00789886)
　　　　　　　　　　　　　　　　　　Walter W. Lackey, Jr. (Texas Bar No. 24050901)
　　　　　　　　　　　　　　　　　　FINDLAY CRAFT, LLP
　　　　　　　　　　　　　　　　　　6760 Old Jacksonville Hwy, Suite 101
　　　　　　　　　　　　　　　　　　Tyler, TX 75703
　　　　　　　　　　　　　　　　　　Telephone: (903) 534-1100
　　　　　　　　　　　　　　　　　　Facsimile: (903) 534-1137
　　　　　　　　　　　　　　　　　　efindlay@findlaycraft.com
　　　　　　　　　　　　　　　　　　wlackey@findlaycraft.com

I. Neel Chatterjee – *LEAD ATTORNEY*
Gabriel M. Ramsey
ORRICK, HERRINGTON & SUTCLIFFE, LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:  (650) 614-7400
Facsimile:  (650) 614-7401
gramsey@orrick.com
nchatterjee@orrick.com

Christopher J. Higgins
ORRICK, HERRINGTON & SUTCLIFFE, LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005-1706
Telephone:  (202) 339-8400
Facsimile:  (202) 339-8500
chiggins@orrick.com

Attorneys for Defendant
AUDIBLE MAGIC CORPORATION

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served electronically on opposing counsel pursuant to Local Rule CV-5(a)(7)(C) on December 4, 2012.

                                            */s/ Eric H. Findlay*
                                            Eric H. Findlay