# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § § | |
| *Plaintiff*, | § § | Civil Action No. 6:12-CV-499-LED |
| v. | § § | |
| TEXAS INSTRUMENTS, INC. | § § | (LEAD CASE) |
| *Defendants*. | § § | JURY TRIAL DEMANDED |
| _____ | § § | |
| BLUE SPIKE, LLC, | § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civil Action No. 6:12-CV-576-LED |
| AUDIBLE MAGIC CORPORATION, ET AL. | § § § | (CONSOLIDATED WITH 6:12-CV-499) |
| *Defendants*. | § § | JURY TRIAL DEMANDED |
| _____ | § § | |

## FACEBOOK, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant Facebook, Inc. ("Facebook") discloses that it has no parent corporation and no publicly held corporation holds 10% or more of Facebook stock.

Dated:  December 4, 2012

By:

*/s/ Eric H. Findlay*_____
Eric H. Findlay (Texas Bar No. 00789886)
Walter W. Lackey, Jr. (Texas Bar No. 24050901)
FINDLAY CRAFT, LLP
6760 Old Jacksonville Hwy, Suite 101
Tyler, TX 75703
Telephone:  (903) 534-1100
Facsimile:   (903) 534-1137
efindlay@findlaycraft.com
wlackey@findlaycraft.com

1

>I. Neel Chatterjee – *LEAD ATTORNEY*
>Gabriel M. Ramsey
>ORRICK, HERRINGTON & SUTCLIFFE, LLP
>1000 Marsh Road
>Menlo Park, CA 94025
>Telephone:  (650) 614-7400
>Facsimile:  (650) 614-7401
>gramsey@orrick.com
>nchatterjee@orrick.com
>
>Christopher J. Higgins
>ORRICK, HERRINGTON & SUTCLIFFE, LLP
>Columbia Center
>1152 15th Street, N.W.
>Washington, DC 20005-1706
>Telephone:  (202) 339-8400
>Facsimile:  (202) 339-8500
>chiggins@orrick.com
>
>Attorneys for Defendant
>Facebook, Inc.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served electronically on opposing counsel pursuant to Local Rule CV-5(a)(7)(C) on December 4, 2012.

>*/s/ Eric H. Findlay*
>Eric H. Findlay