# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § § § | |
| *Plaintiff*, | § | Civil Action No. 6:12-CV-499-LED |
| v. | § § | |
| TEXAS INSTRUMENTS, INC. | § § | (LEAD CASE) |
| *Defendants*. | § § | JURY TRIAL DEMANDED |
| _____ | § § | |
| BLUE SPIKE, LLC, | § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civil Action No. 6:12-CV-576-LED |
| AUDIBLE MAGIC CORPORATION, ET AL. | § § § | (CONSOLIDATED WITH 6:12-CV-499) |
| *Defendants*. | § § § | JURY TRIAL DEMANDED |
| _____ | § | |

**PHOTOBUCKET.COM, INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant Photobucket.com, Inc. ("Photobucket") discloses that it is a wholly owned subsidiary of Photobucket Corporation, and News Corporation holds 10% or more of its stock.

Dated:  December 4, 2012

By:              */s/ Eric H. Findlay*

                       Eric H. Findlay (Texas Bar No. 00789886)
                       Walter W. Lackey, Jr. (Texas Bar No. 24050901)
                       FINDLAY CRAFT, LLP
                       6760 Old Jacksonville Hwy, Suite 101
                       Tyler, TX 75703
                       Telephone:  (903) 534-1100
                       Facsimile:  (903) 534-1137
                       efindlay@findlaycraft.com
                       wlackey@findlaycraft.com

        I. Neel Chatterjee – *LEAD ATTORNEY*
        Gabriel M. Ramsey
        ORRICK, HERRINGTON & SUTCLIFFE, LLP
        1000 Marsh Road
        Menlo Park, CA 94025
        Telephone:  (650) 614-7400
        Facsimile:  (650) 614-7401
        gramsey@orrick.com
        nchatterjee@orrick.com

        Christopher J. Higgins
        ORRICK, HERRINGTON & SUTCLIFFE, LLP
        Columbia Center
        1152 15th Street, N.W.
        Washington, DC 20005-1706
        Telephone:  (202) 339-8400
        Facsimile:  (202) 339-8500
        chiggins@orrick.com

        Attorneys for Defendant
        Photobucket.com, Inc.

## **CERTIFICATE OF SERVICE**

    The undersigned certifies that the foregoing document was served electronically on opposing counsel pursuant to Local Rule CV-5(a)(7)(C) on December 4, 2012.

                */s/ Eric H. Findlay*
                Eric H. Findlay