# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, §<br>§<br>*Plaintiff*, §<br>§<br>v. §<br>§<br>TEXAS INSTRUMENTS, INC. §<br>§<br>*Defendants*. §<br>_____ §<br>BLUE SPIKE, LLC, §<br>§<br>*Plaintiff*, §<br>§<br>v. §<br>§<br>AUDIBLE MAGIC CORPORATION, §<br>ET AL. §<br>§<br>*Defendants*. §<br>§<br>_____ § | | Civil Action No. 6:12-CV-499-LED<br><br>(LEAD CASE)<br><br>JURY TRIAL DEMANDED<br><br><br><br>Civil Action No. 6:12-CV-576-LED<br><br>(CONSOLIDATED WITH 6:12-CV-499)<br><br>JURY TRIAL DEMANDED |

## DAILYMOTION, INC. AND DAILYMOTION S.A.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant Dailymotion, Inc. discloses that it is a wholly owned subsidiary of Dailymotion S.A., and no publicly held corporation holds 10% or more of Dailymotion S.A.'s stock.

Dated: December 4, 2012

By:

*/s/ Eric H. Findlay*
Eric H. Findlay (Texas Bar No. 00789886)
Walter W. Lackey, Jr. (Texas Bar No. 24050901)
FINDLAY CRAFT, LLP
6760 Old Jacksonville Hwy, Suite 101
Tyler, TX 75703
Telephone: (903) 534-1100
Facsimile: (903) 534-1137
efindlay@findlaycraft.com

1

wlackey@findlaycraft.com

I. Neel Chatterjee – *LEAD ATTORNEY*
Gabriel M. Ramsey
ORRICK, HERRINGTON & SUTCLIFFE, LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 614-7400
Facsimile: (650) 614-7401
gramsey@orrick.com
nchatterjee@orrick.com

Christopher J. Higgins
ORRICK, HERRINGTON & SUTCLIFFE, LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005-1706
Telephone: (202) 339-8400
Facsimile: (202) 339-8500
chiggins@orrick.com

Attorneys for Defendant
Dailymotion, Inc.

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served electronically on opposing counsel pursuant to Local Rule CV-5(a)(7)(C) on December 4, 2012.

*/s/ Eric H. Findlay*
Eric H. Findlay