UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 6:12-CV-499 LED

Name of party requesting extension: Fujitsu Frontech North America, Inc.

Is this the first application for extension of time in this case?  ☑ Yes

    First Application re Amended Complaint     ☐ No

If no, please indicate which application this represents:     ☐ Second

    ☐ Third

    ☐ Other _____

Date of Service of Summons: 11/19/12

Number of days requested:   ☑ 30 days

    ☐ 15 days

    ☐ Other _____ days

New Deadline Date: 1/9/13   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Robert F. Kramer

State Bar No.: CA181706

Firm Name: SNR Denton US LLP

Address: 1530 Page Mill Road
        Palo Alto, CA  94304-1125

Phone: (650) 798-0356

Fax: (650) 798-0310

Email: robert.kramer@snrdenton.com

A certificate of conference does not need to be filed with this unopposed application.