UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

*CASE AND DEADLINE INFORMATION*

Civil Action No.: 6:12-CV-499 LED

Name of party requesting extension: Fujitsu America, Inc.

Is this the first application for extension of time in this case?       ✓ Yes

     First Application re Amended Complaint     ☐ No
       If no, please indicate which application this represents:    ☐ Second

                                             ☐ Third

                                             ☐ Other _____

Date of Service of Summons: 11/19/12

Number of days requested:      ✓ 30 days

                                  ☐ 15 days

                                  ☐ Other _____ days

New Deadline Date: 1/9/13      *(Required)*

*ATTORNEY FILING APPLICATION INFORMATION*

       Full Name: Robert F. Kramer

       State Bar No.: CA181706

       Firm Name: SNR Denton US LLP

       Address: 1530 Page Mill Road
                Palo Alto, CA  94304-1125

       Phone: (650) 798-0356

       Fax: (650) 798-0310

       Email: robert.kramer@snrdenton.com

**A certificate of conference does not need to be filed with this unopposed application.**