UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 6:12-CV-499 LED

Name of party requesting extension: Fujitsu Computer Products of America, Inc.

Is this the first application for extension of time in this case?   ☑ Yes

    First Application re Amended Complaint   ☐ No

If no, please indicate which application this represents:   ☐ Second

    ☐ Third

    ☐ Other _____

Date of Service of Summons: 11/19/12

Number of days requested:   ☑ 30 days

    ☐ 15 days

    ☐ Other _____ days

New Deadline Date: 1/9/13   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

    Full Name: Robert F. Kramer

    State Bar No.: CA181706

    Firm Name: SNR Denton US LLP

    Address: 1530 Page Mill Road

        Palo Alto, CA  94304-1125

    Phone: (650) 798-0356

    Fax:   (650) 798-0310

    Email: robert.kramer@snrdenton.com

A certificate of conference does not need to be filed with this unopposed application.