UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 6:12-CV-499 LED

Name of party requesting extension: Fujitsu Semiconductor America, Inc.

Is this the first application for extension of time in this case? ☑ Yes ☐ No

First Application re Amended Complaint
If no, please indicate which application this represents: ☐ Second ☐ Third ☐ Other _____

Date of Service of Summons: 11/19/12

Number of days requested: ☑ 30 days ☐ 15 days ☐ Other ____ days

New Deadline Date: 1/9/13   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Robert F. Kramer
State Bar No.: CA181706
Firm Name: SNR Denton US LLP
Address: 1530 Page Mill Road
         Palo Alto, CA 94304-1125

Phone: (650) 798-0356
Fax: (650) 798-0310
Email: robert.kramer@snrdenton.com

A certificate of conference does not need to be filed with this unopposed application.