# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 6:12-cv-499 |
| | § | |
| v. | § | Consolidated Case |
| | § | |
| TEXAS INSTRUMENTS, INC.. | § | |
| | § | |
| Defendant. | § | |

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 6:12-cv-557 |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| CIVOLUTION USA, INC. and | § | |
| CIVOLUTION B.V., | § | |
| | § | |
| Defendants. | § | |

## DEFENDANT CIVOLUTION USA, INC.'S DISCLOSURE PURSUANT TO RULE 7.1

Defendant Civolution USA, Inc. hereby discloses the following list of any parent corporation and any publicly held corporation owning 10% or more of its stock:

- Civolution B.V.

Respectfully submitted,

*/s/ Michael A. Molano*
*w/ permission by Kyle E. Friesen*
Michael A. Molano (*pro hac vice*)
Ward Johnson (*pro hac vice*)
MAYER BROWN LLP
3000 El Camino Real
Palo Alto, CA 94306-2112
Phone: (650) 331-2000
Fax: (650) 331-2060

Email: wjohnson@mayerbrown.com
Email: mmolano@mayerbrown.com

Kyle E. Friesen
Texas Bar No. 24061954
MAYER BROWN LLP
700 Louisiana Street, Suite 3400
Houston, Texas 77002-2730
Phone: (713) 238-2691
Fax: (713) 238-4691
Email: kfriesen@mayerbrown.com

COUNSEL FOR DEFENDANTS
CIVOLUTION USA, INC. and
CIVOLUTION B.V.

## CERTIFICATE OF SERVICE

On the 6th day of December, 2012, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Eastern District of Texas, using the electronic case filing system of the court.  I hereby certify that I have served all counsel and/or *pro se* parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5.

/s/ *Kyle E. Friesen*
Kyle E. Friesen