IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC, | CONSOLIDATED |
| *Plaintiff,* | Case No. 6:12-CV-499 |
| v. | [Case No. 6:12-CV-540] |
| ATTRIBUTOR CORPORATION, | PATENT CASE |
| *Defendant.* | JURY TRIAL DEMANDED |

# DEFENDANT ATTRIBUTOR CORPORATION'S

# CORPORATE DISCLOSURE STATEMENT

# (Fed. R. Civ. P. 7.1)

Defendant Attributor Corporation ("Attributor"), by and through its undersigned attorneys, hereby discloses that, effective December 3, 2012, its corporate parent, which owns 10% or more of its stock, is Digimarc Corporation, a publicly held corporation.

Dated: December 6, 2012

Respectfully submitted,

*/s/ Joshua M. Masur*
Joshua M. Masur (Cal. S.B. No. 203510)
   *masur@turnerboyd.com*
TURNER BOYD LLP
2570 West El Camino Real, Suite 380
Mountain View, California 94040
Telephone: (650) 521-5930

**ATTORNEYS FOR DEFENDANT
ATTRIBUTOR CORPORATION**

2

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 6, 2012. Any other counsel of record will be served by a facsimile transmission and/or first class mail.

                                                          */s/ Joshua M. Masur*
                                                          Joshua M. Masur