# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC., <br><br> Plaintiff, <br><br> v. <br><br> TEXAS INSTRUMENTS, INC., <br><br> Defendant. | Civil Action No. 6:12-cv-499 <br><br> (LEAD CASE) |
| BLUE SPIKE, LLC., <br><br> Plaintiff, <br><br> v. <br><br> IRDETO USA, INC. and IRDETO B.V., <br><br> Defendants. | Civil Action No. 6:12-cv-567 <br><br> (CONSOLIDATED WITH <br> Civil Case No. 6:12-cv-499) <br><br> JURY TRIAL DEMANDED |

## DEFENDANTS IRDETO USA, INC. AND IRDETO B.V.'S FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Irdeto USA, Inc. and Irdeto B.V. makes the following disclosure:

1. Irdeto Holdings B.V. is the parent corporation of Irdeto USA, Inc.

2. Irdeto Holdings B.V. is directly or indirectly wholly owned by Naspers, Limited, a South African publically held company.

///

///

///

Dated: December 6, 2012

Andrew P. Valentine (Pro Hac Vice)
DLA PIPER LLP (US)
2000 University Ave.
East Palo Alto, CA 94303
Telephone: 650.833.2000
Facsimile: 650.833.2001
andrew.valentine@dlapiper.com
Attorneys for Defendants
*Irdeto USA, Inc. and Irdeto B.V.*

**DLA PIPER LLP (US)**

/s/ Andrew P. Valentine
John Guaragna
401 Congress Avenue, Suite 2500
Austin, TX 78701-3799
Telephone: 512.457.7125
Facsimile: 512.721.2325
john.guaragna@dlapiper.com
Attorneys for Defendants
*Irdeto USA, Inc. and Irdeto B.V.*

## **CERTIFICATE OF SERVICE**

I, Andrew P. Valentine, hereby certify that on this 6th day of December, 2012, I caused a true and correct copy of the foregoing DEFENDANT'S FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification to the attorneys of record, and is available for viewing and downloading.

/s/ Andrew P. Valentine
Andrew P. Valentine