# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>    Plaintiff,<br>v.<br><br>TEXAS INSTRUMENTS, INC.,<br><br>    Defendant. | Case No. 6:12-cv-00499-LED<br><br>**LEAD CASE** |
| BLUE SPIKE, LLC,<br><br>    Plaintiff,<br>v.<br><br>ZEITERA, LLC, *et al.*,<br><br>    Defendants. | Case No. 6:12-cv-00568-LED<br>(*Consolidated with* 6:12-cv-00499-LED) |
| BLUE SPIKE, LLC,<br><br>    Plaintiff,<br>v.<br><br>WiOffer, LLC,<br><br>    Defendant. | Case No. 6:12-cv-00570-LED<br>(*Consolidated with* 6:12-cv-00499-LED) |
| BLUE SPIKE, LLC,<br><br>    Plaintiff,<br>v.<br><br>AUDIBLE MAGIC CORPORATION, *et al.*,<br><br>    Defendants. | Case No. 6:12-cv-00576-LED<br>(*Consolidated with* 6:12-cv-00499-LED) |

**NOTICE OF APPEARANCE OF COUNSEL**

Defendants Photobucket.com, Inc., Qlipso, Inc., Qlipso Media Networks Ltd., Zedge Holdings, Inc., Mediafire, LLC., Dailymotion, Inc., Dailymotion S.A., GoMiso, Inc, iMesh, Inc., Coincident.TV, Inc., Related Content Database, Inc. *doing business as* Watchwith, Audible Magic Corporation, Facebook, Inc., MySpace, LLC, Specific Media, LLC, Yap.tv, Inc., Metacafe, Inc., Boodabee Technologies Inc., Harmonix Music Systems, Inc., Brightcove, Inc., Accedo Broadband AB, Accedo Broadband NA, Inc., WiOffer, LLC, Soundcloud, Inc., Soundcloud Ltd. (collectively "Defendants"), file this Notice of Appearance, and hereby notify the Court that Gabriel M. Ramsey, of the law firm Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, CA 94025, Telephone 650-614-7400, Fax 650-614-7401, E-mail: gramsey@orrick.com has entered this action as counsel for Defendants.  In connection with this notice, Mr. Ramsey requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on him at the above address and contact information.

Dated: December 6, 2012                                  Respectfully Submitted,

                                                          By: */s/ Gabriel M. Ramsey*
                                                          Gabriel M. Ramsey
                                                          Orrick Herrington & Sutcliffe, LLP
                                                          1000 Marsh Road
                                                          Menlo Park, CA 94025
                                                          650/614-7400
                                                          Fax: 650/614-7401
                                                          Email: gramsey@orrick.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 6, 2012, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

                                        */s/ Gabriel M. Ramsey*
                                        Gabriel M. Ramsey