IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ADOBE SYSTEMS, INC.,<br><br>    Defendants. | Civil Action No.:  6:12-CV-499<br>(*Consolidated from 6:12-CV-564*)<br><br>**JURY TRIAL DEMANDED** |

**ADOBE SYSTEMS, INCORPORATED'S**
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Adobe Systems Incorporated states that it has no parent corporation and that, to the best of its knowledge, no publicly held corporation owns 10 percent or more of its stock.

Dated:  December 6, 2012

Respectfully submitted,

*/s/ Deron R. Dacus*
Deron R. Dacus
Bar No. 00790553
The Dacus Firm, PC
821 ESE Loop 323, Suite 430
Tyler, TX 75701
(903) 705-1117

ATTORNEYS FOR DEFENDANT ADOBE SYSTEMS, INC.

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed.R.Civ.P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of this document via email, facsimile and/or U.S. First Class Mail this 6th day of December, 2012.

*/s/ Deron R. Dacus*
Deron R. Dacus