IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC.,<br><br>    Defendant. | CIVIL ACTION NO. 6:12-CV-499-LED<br><br>(LEAD CASE)<br><br>JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>CLEAR CHANNEL BROADCASTING, INC.,<br><br>    Defendant. | CIVIL ACTION NO. 6:12-CV-595-LED<br><br>(CONSOLIDATED WITH 6:12-CV-499)<br><br>JURY TRIAL DEMANDED |

**DEFENDANT CLEAR CHANNEL BROADCASTING INC.'S
CORPORATE DISCLOSURE STATEMENT**

Defendant Clear Channel Broadcasting, Inc. ("Clear Channel"), by undersigned counsel, and pursuant to Federal Rule of Civil Procedure 7.1, hereby notifies the Court as follows:

1.  As of December 6, 2012, the parent and subsidiary corporations of Clear Channel Broadcasting, Inc. are:

> CC Broadcast Holdings, Inc.;
> Clear Channel Broadcasting Licenses, Inc.;
> Clear Channel Holdings, Inc.;
> Clear Channel Communications, Inc.;
> Clear Channel Capital I, LLC;
> Clear Channel Capital II, LLC;
> CC Media Holdings, Inc.;
> Clear Channel Capital IV, LLC;
> Bain Capital (CC) IX, L.P.; and

- 1 -

       Thomas H. Lee Equity Fund VI, L.P.

2.    Clear Channel Broadcasting, Inc. is an indirect wholly-owned subsidiary of CC Media Holdings, Inc., a Delaware corporation that is approximately 28% publicly owned.

Dated:  December 6, 2012

Respectfully submitted,

   /s/ Ryan K. Yagura

Ryan K. Yagura - TX S.B. #240755933
ryagura@omm.com - CA S.B. #197619
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California  90071-2899
Telephone:     (213) 430-6000
Facsimile:      (213) 430-6407

Attorneys for Clear Channel Broadcasting, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 6, 2012, a true and correct copy of the foregoing was served to the parties counsel of record via electronic mail pursuant to Local Rule CV-5(d).

   /s/ Ryan K. Yagura