**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| BLUE SPIKE, LLC, <br><br> Plaintiff, <br> v. <br><br> TEXAS INSTRUMENTS, INC., <br><br> Defendant. | Case No. 6:12-cv-00499-LED <br><br> **LEAD CASE** |
| BLUE SPIKE, LLC, <br><br> Plaintiff, <br> v. <br><br> ZEITERA, LLC, *et al.*, <br><br> Defendants. | Case No. 6:12-cv-00568-LED <br> (*Consolidated with* 6:12-cv-00499-LED) |
| BLUE SPIKE, LLC, <br><br> Plaintiff, <br> v. <br><br> WiOffer, LLC, <br><br> Defendant. | Case No. 6:12-cv-00570-LED <br> (*Consolidated with* 6:12-cv-00499-LED) |
| BLUE SPIKE, LLC, <br><br> Plaintiff, <br> v. <br><br> AUDIBLE MAGIC CORPORATION, *et al.*, <br><br> Defendants. | Case No. 6:12-cv-00576-LED <br> (*Consolidated with* 6:12-cv-00499-LED) |

**NOTICE OF APPEARANCE OF COUNSEL**

Defendants Photobucket.com, Inc., Qlipso, Inc., Qlipso Media Networks Ltd., Zedge Holdings, Inc., Mediafire, LLC., Dailymotion, Inc., Dailymotion S.A., GoMiso, Inc, iMesh, Inc., Coincident.TV, Inc., Related Content Database, Inc. *doing business as* Watchwith, Audible Magic Corporation, Facebook, Inc., MySpace, LLC, Specific Media, LLC, Yap.tv, Inc., Metacafe, Inc., Boodabee Technologies Inc., Harmonix Music Systems, Inc., Brightcove, Inc., Accedo Broadband AB, Accedo Broadband NA, Inc., WiOffer, LLC, Soundcloud, Inc., Soundcloud Ltd. (collectively "Defendants"), file this Notice of Appearance, and hereby notify the Court that I. Neel Chatterjee, of the law firm Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, CA 94025, Telephone (650) 614-7356, Fax (650) 614-7401, E-mail: nchatterjee@orrick.com has entered this action as counsel for Defendant. In connection with this notice, Mr. Chatterjee requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on him at the above address and contact information.

Dated: December 6, 2012                  Respectfully submitted,

By: /s/ *I. Neel Chatterjee*
I. Neel Chatterjee
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025
(650) 614-7356
(650) 614-7401 FAX
nchatterjee@orrick.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2012, I electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing *via* electronic mail to all counsel of record.

*/s/ I. Neel Chatterjee*
I. Neel Chatterjee