Appendix K                                                                                          Revised: 8/7/2012

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
__Tyler__ DIVISION
APPLICATION TO APPEAR PRO HAC VICE

**APPROVED**
By DCollazo at 5:04 pm, Nov 30, 2012

1. This application is being made for the following: Case # __6:12-CV-680__
Style/Parties: __Blue Spike, LLC v. L-1 Identity Solutions, Inc. and MorphoTrust USA, Inc.__
2. Applicant is representing the following party/ies: __L-1 Identity Solutions, Inc. & MorphoTrust USA, Inc.__
3. Applicant was admitted to practice in __CA__ (state) on __12/12/1973__ (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant ○has ●has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant ○has ●has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant ○has ●has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
__US Court of Appeals, Fed. Cir., US District Courts for N.D. Cal., S.D. Cal., C.D. Cal., E.D. Cal.__
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**
I, __Daniel Johnson, Jr.__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __11/30/2012__        Signature __/s/ Daniel Johnson, Jr.__ (/s/Signature)

Application Continued on Page 2

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) Daniel Johnson, Jr.
Bar Number /State 57409 / California
Firm Name: Morgan, Lewis & Bockius LLP
Address/P.O. Box: One Market, Spear Street Tower
City/State/Zip: San Francisco, CA  94105
Telephone #: 415-442-1000
Fax #: 415-442-1001
E-mail Address: djjohnson@morganlewis.com
Secondary E-Mail Address: mjensen@morganlewis.com

This application has been approved for the court on: __11/30/12__

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _Deblue Collazo_
Deputy Clerk

Application Instructions
Complete page 1 and 2 of this Application and Email to phv@txed.uscourts.gov for approval. Once approved, the clerk will email to you your new Login and Password so that you will be able to electronically file your application and pay the $100 fee on line. If you already have a login and password, you will still need to wait for approval email from the clerk before filing your electronic application. For Complete Instructions please visit the website http://www.txed.uscourts.gov/

Email Application