IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** | § § § | |
| *Plaintiff,* | § § § | Civil Action No. 6:12-cv-499-LED<br>(Consolidated From 6:12-cv-00594) |
| v. | § § § | JURY TRIAL DEMANDED |
| **TEXAS INSTRUMENTS, INC.,** *et al.,* | § § § | |
| *Defendants.* | § § | |

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT CBS INTERACTIVE, INC. WITHOUT PREJUDICE UNDER RULE 41(a)(1)(A)(i) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

**PLEASE TAKE NOTICE THAT** Plaintiff Blue Spike, LLC hereby voluntarily dismisses its Complaint against Defendant CBS Interactive, Inc. ("Defendant") without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. In accordance with Rule 41(a)(1)(A)(i), Plaintiff states that this Notice has been filed prior to service by Defendant of an answer or of a motion for summary judgment.

Dated: December 6, 2012                    Respectfully submitted,

/s/ Randall T. Garteiser
Randall T. Garteiser
Texas Bar No. 24038912
randall.garteiser@sftrialattorneys.com
Christopher A. Honea
Texas Bar No. 24059967
chris.honea@sftrialattorneys.com
Christopher S. Johns
Texas Bar No. 24044849
chris.johns@sftrialattorneys.com
**GARTEISER HONEA, P.C.**
44 North San Pedro Road
San Rafael, California 94903

        Telephone:  (415) 785-3762
        Facsimile:  (415) 785-3805


        Eric M. Albritton
        Texas State Bar No. 00790215
        ema@emafirm.com
        Stephen E. Edwards
        Texas State Bar No. 00784008
        see@emafirm.com
        Michael A. Benefield
        Texas State Bar No. 24073408
        mab@emafirm.com
        **ALBRITTON LAW FIRM**
        P.O. Box 2649
        Longview, Texas 75606
        Telephone:  (903) 757-8449
        Facsimile:  (903) 758-7397

        *Counsel for Blue Spike LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 6th day of December 2012.

        /s/ Randall T. Garteiser
        Randall Garteiser