# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 6:12-CV-499 LED |
| | § | |
| TEXAS INSTRUMENTS, INC., | § | (LEAD CASE) |
| | § | |
| *Defendant*. | § | JURY TRIAL DEMANDED |
| _____ | § | |
| BLUE SPIKE, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 6:12-CV-582-LED |
| | § | |
| ACTV8, INC., | § | (CONSOLIDATED WITH 6:12-CV-499) |
| | § | |
| *Defendant*. | § | JURY TRIAL DEMANDED |
| _____ | § | |

## ACTV8, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant ACTV8, Inc. discloses that it has no parent corporation, and no publicly held corporation holds 10% or more of its stock.

Dated:  December 7, 2012

                                                Respectfully submitted,

                                                POTTER MINTON, P.C.

OF COUNSEL:

| | |
|---|---|
| | BY: */s/Allen F. Gardner* |
| David R. Yohannan – LEAD ATTY | Allen Franklin Gardner (Texas Bar No. 24043679) |
| KELLEY DRYE & WARREN LLP | Michael Jones (Texas Bar No. 10929400) |
| The Washington Harbor | 110 N. College |
| 3050 K Street, N.W., Suite 400 | Suite 500 |
| Washington, D.C.  20007 | Tyler, Texas 75702 |
| Tel: (202) 342-8616 | Telephone: 903-597-8311 |
| dyohannan@kelleydrye.com | Facsimile: 903-593-0846 |

1

Myra C. Mormile
KELLEY DRYE & WARREN LLP
333 W. Wacker Drive, Suite 2600
Chicago, IL 60606
Tel: (312) 857-2501
mmormile@kelleydrye.com

allengardner@potterminton.com
mikejones@potterminton.com

*Attorneys for Defendant ACTV8, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served electronically on opposing counsel pursuant to Local Rule CV-5(a)(7)(C) on December 7, 2012.

*/s/Allen F. Gardner*
Allen Franklin Gardner