IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC, | § |
| *Plaintiff*, | § Civil Action No. 6:12-CV-499-LED |
| | § (*Consolidated from 6:12-CV-531*). |
| v. | § |
| TEXAS INSTRUMENTS, INC., *et al.*, | § JURY TRIAL DEMANDED |
| *Defendants*. | § |

### ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT BIO-KEY INTERNATIONAL, INC.

Pursuant to Fed. R. Civ. P. 41(a), recognizing the Agreed Motion to Dismiss with Prejudice filed by plaintiff Blue Spike, LLC and defendant BIO-key International, Inc. pursuant to a settlement of the above-captioned litigation between the parties, it is ordered as follows:

ORDERED that the claims asserted herein by plaintiff Blue Spike, LLC against defendant BIO-key International, Inc. be, and hereby are, dismissed with prejudice;

ORDERED that the counterclaims and defenses asserted herein by defendant BIO-key International, Inc. against plaintiff Blue Spike, LLC be, and hereby are, dismissed with prejudice; and

ORDERED that the parties shall bear their own attorneys' fees, expenses and costs.

So ORDERED and SIGNED this 7th day of December, 2012.

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**