**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
| *Plaintiff*, | § | Civil Action No. 6:12-CV-499-LED |
| | § | |
| v. | § | (LEAD CASE) |
| TEXAS INSTRUMENTS, INC. | § | |
| *Defendant*. | § | JURY TRIAL DEMANDED |
| ─────────────────────── | § | |
| | § | |
| BLUE SPIKE, LLC, | § | |
| *Plaintiff*, | § | Civil Action No. 6:12-CV-688-LED |
| | § | |
| v. | § | (CONSOLIDATED WITH 6:12-CV-499) |
| IMAGEWARE SYSTEMS, INC., | § | |
| *Defendant*. | § | JURY TRIAL DEMANDED |
| | § | |
| | § | |
| | § | |

**ORDER GRANTING DEFENDANT IMAGEWARE SYSTEMS, INC. TO DISMISS
CONTRIBUTORY AND WILLFUL INFRINGEMENT ALLEGATIONS BY PLAINTIFF
BLUE SPIKE, LLC**

Having read and considered the briefs and arguments submitted both in support of and in opposition to Defendant ImageWare Systems, Inc.'s ("ImageWare") Motion to Dismiss the contributory and willful infringement allegations filed by Plaintiff Blue Spike, LLC ("Blue Spike"), and good cause appearing therefor:

IT IS HEREBY ORDERED that ImageWare's motion is granted and Blue Spike's complaint is hereby dismissed with leave to amend.  Blue Spike shall file an amended complaint within 14 days of the date of this Order.