# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § § | |
| *Plaintiff*, | § | Civil Action No. 6:12-CV-499-LED |
| v. | § § | |
| TEXAS INSTRUMENTS, INC. | § § | (LEAD CASE) |
| *Defendant*. | § § | |
| _____ | § § | JURY TRIAL DEMANDED |
| | § § § | |
| BLUE SPIKE, LLC, | § § | |
| *Plaintiff*, | § § | Civil Action No. 6:12-CV-688-LED |
| v. | § § | |
| IMAGEWARE SYSTEMS, INC., | § § | (CONSOLIDATED WITH 6:12-CV-499) |
| *Defendant*. | § § | JURY TRIAL DEMANDED |
| | § § § § | |

## IMAGEWARE SYSTEMS, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant ImageWare Systems, Inc. discloses that it has no parent corporation and no publicly held corporation holds 10% or more of its stock.

Dated:  December 10, 2012

By:    /s/ Eric H. Findlay

Eric H. Findlay (Texas Bar No. 00789886)
Walter W. Lackey, Jr. (Texas Bar No. 24050901)
FINDLAY CRAFT, LLP
6760 Old Jacksonville Hwy, Suite 101
Tyler, TX 75703
Telephone:  (903) 534-1100
Facsimile:   (903) 534-1137

efindlay@findlaycraft.com
wlackey@findlaycraft.com


James V. Fazio, III – *LEAD ATTORNEY*
SAN DIEGO IP LAW GROUP LLP
12526 High Bluff Drive, Suite 300
San Diego, CA 92130
Telephone:  (858) 792-3446
Facsimile:  (858) 792-3447
jamesfazio@sandiegoiplaw.com

Attorneys for Defendant
IMAGEWARE SYSTEMS, INC.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served electronically on opposing counsel pursuant to Local Rule CV-5(a)(7)(C) on December 10, 2012.

*/s/ Eric H. Findlay*
Eric H. Findlay