# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
| | § | **Civil Action No. 6:12-CV-499** |
| Plaintiff, | § | (*consolidated from 6:12-CV-558*) |
| | § | |
| v. | § | **JURY TRIAL DEMANDED** |
| | § | |
| TEXAS INSTRUMENTS, INC., et al., | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF APPEARANCE OF COUNSEL

Wallace Wu, of the law firm of Arnold & Porter LLP, located at 777 South Figueroa Street, 44th Floor, Los Angeles, California 90017, email: wallace.wu@aporter.com, files this Notice of Appearance on behalf of Defendant Google Inc. in the above-referenced matter. All orders, notices, pleadings and correspondence should be served upon counsel at the above-referenced address.

Dated:  December 10, 2012

Respectfully submitted,

By: /s/ Wallace Wu
    Wallace Wu
    ARNOLD & PORTER LLP
    777 South Figueroa Street, 44th Flr.
    Los Angeles, CA 90017
    Tel: 213-243-4000/Fax: 213-243-4199
    Email: wallace.wu@aporter.com

*Attorney for Defendant Google Inc.*

- 2 -

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on this 10th day of December, 2012, the foregoing **NOTICE OF APPEARANCE OF COUNSEL** was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing *via* electronic mail to all counsel of record.

                                          */s/ Wallace Wu*