IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC, | § |
| | §  **Civil Action No. 6:12-CV-499** |
| Plaintiff, | §  (*consolidated from 6:12-CV-558*) |
| | § |
| v. | §  **JURY TRIAL DEMANDED** |
| | § |
| TEXAS INSTRUMENTS, INC., et al., | § |
| | § |
| Defendant. | § |

## NOTICE OF APPEARANCE OF COUNSEL

Nicholas Lee, of the law firm of Arnold & Porter LLP, located at 777 South Figueroa Street, 44th Floor, Los Angeles, California 90017, email: nicholas.lee@aporter.com, files this Notice of Appearance on behalf of Defendant Google Inc. in the above-referenced matter. All orders, notices, pleadings and correspondence should be served upon counsel at the above-referenced address.

Dated:  December 10, 2012               Respectfully submitted,

                                        By: */s/ Nicholas Lee*
                                            Nicholas Lee
                                            ARNOLD & PORTER LLP
                                            777 South Figueroa Street, 44th Flr.
                                            Los Angeles, CA 90017
                                            Tel: 213-243-4000/Fax: 213-243-4199
                                            Email: nicholas.lee@aporter.com

                                            *Attorney for Defendant Google Inc.*

- 2 -

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on this 10th day of December, 2012, the foregoing **NOTICE OF APPEARANCE OF COUNSEL** was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing *via* electronic mail to all counsel of record.

      */s/ Nicholas Lee*