# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC, § <br> § <br> Plaintiff, § <br> § <br> § <br> v. § <br> § <br> TEXAS INSTRUMENTS, INC., et al., § <br> § <br> Defendant. § | **Civil Action No. 6:12-CV-499** <br> (*consolidated from 6:12-CV-558*) <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE OF COUNSEL

Patrick J. Conti, of the law firm of Arnold & Porter LLP, located at Three Embarcadero Center, 7th Floor, San Francisco, California 94111-4024, email: patrick.conti@aporter.com, files this Notice of Appearance on behalf of Defendant Google Inc. in the above-referenced matter. All orders, notices, pleadings and correspondence should be served upon counsel at the above-referenced address.

Dated:  December 10, 2012                     Respectfully submitted,

                                             By: */s/ Patrick J. Conti*
                                                  Patrick J. Conti
                                                  ARNOLD & PORTER LLP
                                                  Three Embarcadero Center, 7th Flr.
                                                  San Francisco, California 94111-4024
                                                  Tel: 415-471-3109/Fax: 415-471-3400
                                                  Email: patrick.conti@aporter.com

                                                  *Attorney for Defendant Google Inc.*

- 2 -

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on this 10th day of December, 2012, the foregoing **NOTICE OF APPEARANCE OF COUNSEL** was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing *via* electronic mail to all counsel of record.

      */s/ Patrick J. Conti*