# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF TEXAS

# TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> TEXAS INSTRUMENTS, INC., <br><br> Defendant. | Civil Action No. 6:12-CV-499 LED <br><br> **JURY TRIAL DEMANDED** |
| BLUE SPIKE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SMRTV, INC., <br><br> Defendant. | Civil Action No. 6:12-CV-581 LED <br><br> **JURY TRIAL DEMANDED** |

## DEFENDANT SMRTV, INC.'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant SMRTV, Inc. ("SMRTV") hereby advises the Court that SMRTV has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated:   December 10, 2012                                FENWICK & WEST LLP


By:   */s/ Darren E. Donnelly*
    Darren E. Donnelly
    ddonnelly@fenwick.com

Teresa M. Corbin, CA Bar No. 132360
(Admitted E.D. Texas)
Bryan A. Kohm, CA Bar No.233276
(Admitted E.D. Texas)
David Lacy Kusters, CA Bar No.241335
(Admitted E.D. Texas)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, California 94104
Telephone:     (415) 874-2300
Facsimile:      (415) 281-1350

Darren E. Donnelly, CA Bar No. 194335
(Admitted E.D. Texas)
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, California  94041
Telephone:          (650) 955-8500
Facsimile:      (650) 983-5200

Attorneys for Defendant
SMRTV, Inc.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 10, 2012.

						*/s/ Darren E. Donnelly*
						Darren E. Donnelly