**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § § § | |
| *Plaintiff*, | § | Civil Action No. 6:12-CV-499-LED |
| v. | § § | |
| TEXAS INSTRUMENTS, INC. | § § | (LEAD CASE) |
| *Defendants*. | § § | JURY TRIAL DEMANDED |
| _____ | § § | |
| BLUE SPIKE, LLC, | § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civil Action No. 6:12-CV-556-LED |
| YAHOO! INC. | § § | (CONSOLIDATED WITH 6:12-CV-499) |
| *Defendants*. | § § | |
| _____ | § § § | JURY TRIAL DEMANDED |

**ORDER GRANTING DEFENDANT YAHOO! INC.'S MOTION TO DISMISS BLUE SPIKE, LLC'S COMPLAINT FOR INDIRECT AND WILLFUL PATENT INFRINGEMENT FOR FAILURE TO STATE A CLAIM ON WHICH RELIEF CAN BE GRANTED**

Having read and considered the briefs and arguments submitted both in support of and in opposition to Defendant Yahoo! Inc.'s ("Yahoo") Motion to Dismiss Blue Spike, LLC's Complaint for Indirect and Willful Patent Infringement for Failure to State a Claim on Which Relief Can be Granted, and good cause appearing therefore:

IT IS HEREBY ORDERED that Yahoo!'s Motion is granted and Blue Spike's Complaint as to indirect and willful infringement is hereby dismissed.