**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
| | § | Civil Action No. 6:12-CV-499-LED |
| *Plaintiff*, | § | |
| | § | |
| v. | § | (LEAD CASE) |
| | § | |
| TEXAS INSTRUMENTS, INC. | § | |
| | § | JURY TRIAL DEMANDED |
| *Defendants*. | § | |
| _____ | § | |
| | § | |
| BLUE SPIKE, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | Civil Action No. 6:12-CV-556-LED |
| v. | § | |
| | § | |
| YAHOO! INC. | § | (CONSOLIDATED WITH 6:12-CV-499) |
| | § | |
| *Defendants*. | § | JURY TRIAL DEMANDED |
| _____ | § | |
| | § | |

**YAHOO! INC.'S CORPORATE DISCLOSURE STATEMENT**

Defendant Yahoo! Inc. hereby submits its Disclosure Statement pursuant to Rule 7.1 of

the Federal Rules of Civil Procedure. Yahoo! Inc. has no parent corporation and no publicly held

corporation owns 10% or more of Yahoo! Inc.'s stock.

Dated:  December 10, 2012         */s/ Eric H. Findlay*_____
                                  Eric H. Findlay
                                  State Bar No. 00789886
                                  FINDLAY CRAFT, LLP
                                  6760 Old Jacksonville Hwy
                                  Suite 101
                                  Tyler, TX 75703
                                  (903) 534-1100
                                  (903) 534-1137 FAX
                                  efindlay@findlaycraft.com

Douglas E. Lumish
(California Bar No. 183863)
dlumish@kasowitz.com
Gabriel S. Gross
(California Bar No. 254672)
ggross@kasowitz.com
Parker Ankrum
(California Bar No. 261608)
pankrum@kasowitz.com
KASOWITZ, BENSON, TORRES,
   & FRIEDMAN LLP
333 Twin Dolphin Drive
Redwood Shores, CA 94065
Tel:  (650) 453-5170
Fax:  (650) 453-5171

Alfredo Perez de Alejo
aperezdealejo@kasowitz.com
KASOWITZ, BENSON, TORRES,
   & FRIEDMAN LLP
1633 Broadway
New York, NY  10019
Tel:  (212) 506-1700
Fax:  (212) 506-1800

Attorneys for Defendant
YAHOO! INC.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served electronically on

opposing counsel pursuant to Local Rule CV-5(a)(7)(C) on December 10, 2012.

*/s/ Eric H. Findlay*
Eric H. Findlay