IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC.<br><br>    *Defendants*.<br>_____<br><br>BLUE SPIKE, LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>YAHOO! INC.<br><br>    *Defendants*.<br>_____ | Civil Action No. 6:12-CV-499-LED<br><br>(LEAD CASE)<br><br>JURY TRIAL DEMANDED<br><br><br><br>Civil Action No. 6:12-CV-556-LED<br><br>(CONSOLIDATED WITH 6:12-CV-499)<br><br>JURY TRIAL DEMANDED |

## DEFENDANT YAHOO! INC.'S NOTICE OF APPEARANCE OF ALFREDO PEREZ DE ALEJO

Defendant Yahoo! Inc. hereby notifies the Court and all parties of record that, in addition to the attorneys already representing them, Alfredo Perez de Alejo of Kasowitz, Benson, Torres & Friedman LLP, 1633 Broadway, New York, New York (212) 1700, aperezdealejo@kasowitz.com, will be appearing as an attorney of record on their behalf.

December 10, 2012                                                    Respectfully submitted,

                                                      */s/* Alfredo Perez de Alejo
                                                      Alfredo Perez de Alejo

                          KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP
1633 Broadway
New York, New York
Tel: (212) 506-1700
Fax: (212) 506-1800
Email:  aperezdealejo@kasowitz.com

Attorneys for Defendant
YAHOO! INC.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service.  Local Rule CV-5(a)(3)(A) on December 10, 2012.

                          /s/ *Alfredo Perez de Alejo*
                          Alfredo Perez de Alejo