UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>       Plaintiff,<br><br>   v.<br><br>TEXAS INSTRUMENTS, INC.,<br><br>       Defendant.<br><br>―――――――――――――――――<br><br>BLUE SPIKE, LLC,<br><br>       Plaintiff,<br><br>   v.<br><br>GREEN BIT, INC., GREEN BIT S.P.A. and GREEN BIT AMERICAS, INC.,<br><br>       Defendants. | **Case No. 6:12-CV-499-LED**<br>*(Consolidated from No. 6:12-CV-645)* |

UNOPPOSED MOTION SUBSTITUTING DEFENDANTS' COUNSEL OF RECORD

   Defendants Green Bit, Inc., Green Bit S.p.A., and Green Bit Americas, Inc. hereby move, without opposition, for an order substituting Ronald S. Wynn of Hanson Bridgett LLP as their attorney of record in place of Robert F. Kramer of SNR Denton US LLP.

Respectfully submitted,

 /s/  Ronald S. Wynn_____
Ronald S. Wynn (*pro hac vice*)
CA Bar No. 105034
rwynn@hansonbridgett.com
**HANSON BRIDGETT LLP**
425 Market Street
San Francisco, CA 94105
Telephone: (415) 995-5124
Facsimile:  (415) 995-3595

*Counsel for Defendants*
*Green Bit, Inc., Green Bit S.p.A.,*
*and Green Bit Americas, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

/s/ *Ronald S. Wynn*_____
Ronald S. Wynn

## **CERTIFICATE OF CONFERENCE**

On and before December 10, 2012, I communicated with Randall T. Garteiser, counsel for Plaintiff Blue Spike, LLC, and Robert F. Kramer, former counsel for defendants, in compliance with the meet and confer requirement in Local Rule CV-7(h), and both Mr. Garteiser and Mr. Kramer indicated this motion would be unoppsed.

/s/ *Ronald S. Wynn*_____
Ronald S. Wynnn