UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>TEXAS INSTRUMENTS, INC.,<br><br>    Defendant.<br><hr>BLUE SPIKE, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>GREEN BIT, INC., GREEN BIT S.P.A. and GREEN BIT AMERICAS, INC.,<br><br>    Defendants. | **Case No. 6:12-CV-499-LED**<br>*(Consolidated from No. 6:12-CV-645)* |

CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule 7.1, Green Bit S.p.A is the ultimate parent of Green Bit Americas, Inc., and was the ultimate parent of Green Bit, Inc.  No public company holds 10% or more of any Green Bit defendant's stock.

DATED:  December 10, 2012                    Respectfully submitted,

  /s/  Ronald S. Wynn_____
Ronald S. Wynn (*pro hac vice*)
CA Bar No. 105034
rwynn@hansonbridgett.com
**HANSON BRIDGETT LLP**
425 Market Street
San Francisco, CA 94105
Telephone: (415) 995-5124
Facsimile:  (415) 995-3595

*Counsel for Defendants*
*Green Bit, Inc., Green Bit S.p.A., and*
*Green Bit Americas, Inc.*