## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **BLUE SPIKE, LLC** | § | CIVIL ACTION NO. 6:12-CV-499 LED |
| | § | |
| **Plaintiffs** | § | |
| | § | |
| | § | |
| **v.** | § | **LEAD CASE** |
| | § | |
| **TEXAS INSTRUMENTS, INC.,** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |
| | § | |
| | § | |
| **BLUE SPIKE, LLC** | § | CIVIL ACTION NO. 6:12-CV-680 LED |
| | § | |
| **Plaintiffs** | § | |
| | § | |
| | § | |
| **v.** | § | |
| | § | |
| **L-1 IDENTITY SOLUTIONS, INC. and** | § | |
| **MORPHOTRUST USA, INC.,** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |
| | § | |

## DEFENDANT MORPHOTRUST USA, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned certifies that as of this date, MorphoTrust USA, Inc. has a parent corporation, L-1 Identity Solutions, Inc. L-1 Identity Solutions, Inc.'s parent corporation is Morpho USA, Inc.  Morpho USA, Inc.'s parent corporation is Safran, USA Inc.  Safran USA, Inc.'s parent corporation is Safran, S.A. Safran, S.A. is a French registered company and is publicly traded on a European stock exchange; it is listed on NYSE Euronext Paris and is part of the CAC40 index.

Dated: December 11, 2012

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP


*/s/ Daniel Johnson, Jr.*

C. Erik Hawes (TX Bar No. 24042543)
Email:  ehawes@morganlewis.com
Thomas R. Davis (TX Bar No. 24055384)
Email:  tdavis@morganlewis.com
1000 Louisiana Street, Suite 4000
Houston, Texas 77002
(713) 890-5000 Telephone
(713) 890-5001 Facsimile

Daniel Johnson, Jr. (Admitted *Pro Hac Vice*)
Email: djjohnson@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1000 Telephone
(415) 442-1001 Facsimile

**Attorneys for Defendant MorphoTrust USA, Inc.**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served on all counsel of record via the Court's Case Management/Electronic Case Filing system and/or electronic mail on December 11, 2012.

/s/ <i>Daniel Johnson, Jr.</i>
Daniel Johnson, Jr.
