**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **BLUE SPIKE, LLC,** | |
| Plaintiff, | Civil Action No. 6:12-cv-499-LED |
| v. | LEAD CASE |
| **TEXAS INSTRUMENTS, INC.,** | JURY TRIAL DEMANDED |
| Defendant. | |
| **BLUE SPIKE, LLC,** | |
| Plaintiff, | Civil Action No. 6:12-cv-688-LED |
| v. | (*Consolidated with* 6:12-cv-499-LED) |
| **IMAGEWARE SYSTEMS, INC.,** | JURY TRIAL DEMANDED |
| Defendant. | |

## NOTICE OF ATTORNEY APPEARANCE OF JAMES V. FAZIO, III

Defendant ImageWare Systems, Inc. files this Notice of Appearance and hereby notifies the Court that James V. Fazio, III of San Diego IP Law Group LLP is appearing as counsel for ImageWare Systems, Inc. in the above-captioned matter.  Mr. Fazio's email address for purposes of Receipt of Notice of Electronic Filing is: jamesfazio@sandiegoiplaw.com.  For other purposes, Mr. Fazio's contact information is as set forth below.  ImageWare Systems, Inc. requests that James V. Fazio, III be included on the Court's and parties' services lists.

2

DATED:  December 11, 2012                    Respectfully submitted,


                                                    By:  /s/James V. Fazio, III
                                                         James V. Fazio, III (Admitted Pro Hac Vice)
                                                         SAN DIEGO IP LAW GROUP LLP
                                                         12526 High Bluff Drive, Suite 300
                                                         San Diego, CA 92130
                                                         Telephone:  858-792-3446
                                                         Facsimile:  858-792-3447
                                                         jamesfazio@sandiegoiplaw.com

                                                         Attorney for Defendant
                                                         IMAGEWARE SYSTEMS, INC.


### CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document *via* the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3) on this 11th day of December, 2012.


                                                         /s/James V. Fazio, III
                                                         James V. Fazio, III