UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC.,<br><br>    Defendant.<br>―――――――――――――――――<br>BLUE SPIKE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>GREEN BIT, INC., GREEN BIT S.P.A. and GREEN BIT AMERICAS, INC.,<br><br>    Defendants. | **Case No. 6:12-CV-499-LED**<br>*(Consolidated from No. 6:12-CV-645)* |

ORDER GRANTING GREEN BIT DEFENDANTS'
UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL

Before the Court is the Unopposed Motion of defendants Green Bit, Inc., Green Bit S.p.A., and Green Bit Americas, Inc. for Substitution of Counsel.  The Court, having reviewed the motion, HEREBY GRANTS defendants' motion to substitute Ronald S. Wynn of Hanson Bridgett LLP as these defendants' attorney of record in this action in place of Robert F. Kramer, of SNR Denton US LLP.     **So ORDERED and SIGNED this 11th day of December, 2012.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**