**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** | § § | **Civil Action No. 6:12-CV-499** |
| Plaintiff, | § § | (*consolidated from 6:12-CV-558*) |
| | § § | **JURY TRIAL DEMANDED** |
| v. | § § | |
| **TEXAS INSTRUMENTS, INC., et al.,** | § § | |
| Defendant. | § § | |

**NOTICE OF APPEARANCE OF COUNSEL**

Michael A. Berta, of the law firm of Arnold & Porter LLP, located at Three Embarcadero Center, 7th Floor, San Francisco, California 94111-4024, email: michael.berta@aporter.com, files this Notice of Appearance on behalf of Defendant Google Inc. in the above-referenced matter. All orders, notices, pleadings and correspondence should be served upon counsel at the above-referenced address.

Dated: December 12, 2012

Respectfully submitted,

By: */s/ Michael A. Berta*
    Michael A. Berta
    ARNOLD & PORTER LLP
    Three Embarcadero Center, 7th Flr.
    San Francisco, California 94111-4024
    Tel: 415-471-3100/Fax: 415-471-3400
    Email: michael.berta@aporter.com

*Attorney for Defendant Google Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 12th day of December, 2012, the foregoing **NOTICE OF APPEARANCE OF COUNSEL** was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing *via* electronic mail to all counsel of record.

*/s/ Michael A. Berta*
Michael A. Berta