Exhibit A






**tvtak**      Home      For Developers      Blog      Company      US ▼



# enter into the sweepstakes, win a reward





**Register for Beta**
**Get Started**



**Interactive Ads**
**See Video**



**TvTak App**
**See Video**

Featured in:

TechCrunch      TNW THE NEXT WEB      walyou      Channel 10      GLOBES Israel's Business Arena      newsgeek

---

Home      For Developers      Blog      Company
   iPhone SDK         About TvTak
   How it works         Team
   TV Check-Ins         News
   Interactive Ads         Press Kit
   Interaction with programs         Legal









Home     For Developers     Blog     Company             

# iPhone/Android SDK

**iPhone/Android SDK**     How it works     Interact on TV     Interactive Ads     App Showcase

## TvTak Software Development Kit

The TvTak iPhone/Android Software Development Kit allows third-party developers, advertisers and media companies to enable instant TV check-ins on their TV Companion Apps, bookmarking TV content and triggering events in synch with the TV broadcast.

The viewer points his iPhone at the TV screen, and TvTak detects the show or the commercial within one second.

TvTak SDK is a set of software libraries to include in the mobile device application; it gives developers the opportunity to include features for instant detection of video and recognition of TV programs and commercials.

**TvTak SDK is extremely easy to integrate; it usually requires a programmer a couple of hours of work**

READ BLOG     CONTACT US     REGISTER FOR BETA

### PepsiCo Group - Walkers' Use Case



Home     For Developers     Blog     Company

**For Developers**
iPhone SDK
How it works
Interact on TV
Interactive Ads
App Showcase

**Company**
About TvTak
Team
News
Press Kit
Legal

        



Home     **For Developers**     Blog     Company         Int.

# iPhone/Android SDK

iPhone/Android SDK     **How it works**     Interact on TV     Interactive Ads     App Showcase

## How TvTak Video Recognition Works

TvTak uses a unique sophisticated patent-pending technology to identify TV content by pointing the camera of the smartphone at the television set.

TvTak video recognition algorithms are real-time, operate on any television set with no specific set-up box or connection, and do require to watermark the original video before broadcast.

On the smartphone, when the user points at the TV, TvTak first detects the surface of the television display, and then computes an identifier of the video playing on the TV with its unique graphical characteristics.

**Matching**:This identifier computed on the smartphone is then compared to source identifiers from two reference databases:

**- Live TV** -In the back-office, TvTak indexes in real-time broadcast TV channels in multiple countries. Video is not recorded but only analyzed in real-time to produce the reference matching identifiers.

**- Cues for Pre-recorded Clips** – for ad spots, movie trailers, or any other pre-recorded content, reference IDs can be generated in advance.



READ BLOG     CONTACT US     REGISTER FOR BETA

---

**Home**     **For Developers**     **Blog**     **Company**

iPhone SDK     About TvTak
How it works     Team
Interact on TV     News
Interactive Ads     Press Kit
App Showcase     Legal

    



Home    For Developers    Blog    Company          

# iPhone/Android SDK

iPhone/Android SDK    How it works    **Interact on TV**    Interactive Ads    App Showcase

## Interact on TV Programs

TvTak offers new types of direct engagement with viewers that promote loyalty and sharing.

See something that interests you? TV producers can create an immediate call to action on the smartphone or tablet. Users can "spread the word" with spontaneity and no hassle.

**Gamification of the TV viewing experience**
Reward viewers for checking-in at a particular instant of a live sports match, a major event broadcast or a pre-recorded TV show. Points, badges, trophies and more are unlocked when a viewer points to the TV at the right moment.

**Social TV**
One click to share what you are watching with Facebook, Twitter or Email. Point at your TV with your iPhone, and you get the channel and the name of the show written automatically, a perfectly scaled, zoomed, and cropped picture of your TV display and the ability to add an icon with your mood.

**Augmented TV**
TvTak leverages the existing elements of a TV advertising campaign by providing an augmented reality layer with graphic overlays displaying in synch with the TV or online video.





READ BLOG    CONTACT US    REGISTER FOR BETA

Home        For Developers        Blog        Company

iPhone SDK                                    About TvTak
How it works                                  Team
Interact on TV                                News
Interactive Ads                               Press Kit
App Showcase                                  Legal

           



Home     For Developers     Blog     Company             Int.

# iPhone/Android SDK

iPhone/Android SDK     How it works     Interact on TV     **Interactive Ads**     App Showcase

## Interactive TV Ads

TvTak offers new types of direct engagement between viewers and advertisers.

See something that interests you? Advertisers can create an immediate call to action with spontaneity and no hassle. Watching an inspiring commercial; see it, point and click to call, to get more info, or download a cool app sponsored by the brand.

**Call-to Action on Commercials :** One-click to call to a telemarketing service, one-click to like on a Facebook page, one-click to watch a YouTube clip, one-click to register in a sweepstakes or one-click to land into an e-commerce page or collect coupons.

## Straight-to-the-Product

Point at your TV when you see the ad for that sleek new car, click to get performance or safety details about the vehicle, or the nearest place to take a test drive.

Watching an inspiring commercial; see it, point and click. Download a unique app from the App Store with exclusive content about sponsored concerts or sporting events. This is a good way to win customer loyalty and give the consumer added value.

TvTak is a win-win for the consumer and advertiser.

**WATCH VIDEO**

Home     **For Developers**     Blog     **Company**              
          **iPhone SDK**                **About TvTak**
          **How it works**              **Team**
          **Interact on TV**            **News**
          **Interactive Ads**           **Press Kit**
          **App Showcase**              **Legal**



Home     For Developers     Blog     Company            

# iPhone/Android SDK

iPhone/Android SDK     How it works     Interact on TV     Interactive Ads     **App Showcase**

## App Showcase

**TV Check** is the Social TV app launched by Orange in France and the UK, which lets viewers check in to TV shows and earn badges. **See demo in YouTube** or check the website **www.tvcheck.com**



**Polishop**, the largest Direct Response TV group in South America, has launched an e-commerce app using TvTak Video Recognition technology.

"Offering our customers to interact with our videos in a snap allows us to serve our customers ever more closely by creating the first truly 24-hour shop", explains **Felipe Brasil, Polishop Head of e-commerce,** "and with one new store opening every 17 days, the opportunity is huge."



**Featured Apps**

  

**Detections**



---

Home     For Developers     Blog     Company             

iPhone SDK          About TvTak
How it works        Team
Interact on TV      News
Interactive Ads     Press Kit
App Showcase        Legal



TvTak Demo Videos    TvTak Home

November 12, 2012

## TvTak - Interact in one second



| 1 response | ♥ | 💬 |

👍 **Like** 2    🐦 **Tweet** 2



TvTak Blog's profile »

🔍

Links
TvTak Website
TvTak Demo Videos
TvTak Press Kit - Box.net

Tags
qualcomm (2)
uplinq (2)
Second Screen (1)
Augmented TV (1)
France (1)
FrenchWeb (1)
QDevNet (1)
SocialTV (1)
TvTak (1)
Video Recognition (1)
View all 18 tags »

Archive
2012 (13)
2011 (12)

📶

October 25, 2012

## TvTak showcased on the Qualcomm Developer Network (QDevNet)



Qualcomm demoed the TvTak video recognition platform earlier this June at their Uplinq developer conference in San Diego. Today, they are offering this success story of the collaboration between the Qualcomm FastCV and the TvTak platforms.

Full Story at: https://developer.qualcomm.com/showcase/tvtak-recognizing-video-content-littl...

Filed under // QDevNet   fastCV   qualcomm   uplinq

| 0 responses | ♥ | 💬 |

 0    🐦 **Tweet** 2

September 27, 2012

## Point and bet: Paddy's revolutionary TV Bet feature!



Download full size (46 KB)

http://itunes.apple.com/gb/app/paddy-power-premier-league/id525969522?mt=8



0 responses      ♥   💬                    ☐  0      🐦 Tweet  4

August 28, 2012

## TvTak, Startup of the Week on FrenchWeb



Guillaume Orain, VP Product de TvTak by frenchweb

Read the full article on FrenchWeb.com: http://frenchweb.fr/start-up-de-la-semaine-tvtak-
application-de-reconnaissanc...



Filed under // France   FrenchWeb   SocialTV   TvTak

0 responses   ♥   💬            ▭ 0   🐦 Tweet ⟨1⟩

August 22, 2012   ## Qualcomm's video featuring TvTak



0 responses   ♥   💬            ▭ 1   🐦 Tweet ⟨0⟩

August 6, 2012   ## TvTak for Android - Available Now.





Today we're excited to bring you TvTak for Android. Partners already run their applications on our Android platform, and we wanted to make it easier for you to experience the seamless TV interaction and sharing made possible by TvTak. Enjoy!

| 0 responses | ♥ | 💬 | | □ | 0 | 🐦 Tweet | 2 |

June 27, 2012

## Qualcomm demos TvTak interactive TV platform @ Uplinq - San Diego



Download full size (18 KB)

TvTak, released its video recognition app at the UplinqTM 2012 mobile developers conference, 27-28 June, 2012, San Diego (www.uplinq.com).

**The power of Computer Vision**

"Computer vision-based applications are now emerging in the mobile space as every smartphone serves as a camera too," said Sy Choudhury, senior director of product management, Qualcomm. "The Qualcomm FastCV-based capability TvTak is demonstrating at Uplinq is a prime example of how these functions can be utilized. We have always believed in the innovative power of the developer community – provided they have the tools they need. TvTak's highly innovative app is proof positive of this."

**Watching TV commercials becomes fun & rewarding**

Product brands can sponsor contests using TvTak where viewers "catch" their commercials to unlock new content, register as fans, instantly enter into sweepstakes, receive valuable coupons or collect loyalty cards to get rewards. While watching the sponsor's TV ads, viewers can garner even more rewards.

Read press release https://www.box.com/s/30331ab09d4966a0ce54

Filed under // android   computer vision   developer   q_____   uplinq

0 responses   ♥   💬

[ ]  0      🐦 Tweet  〈1

May 30, 2012

## TvTak brings Direct Response TV to a new level with Polishop in Brazil

"Offering our customers to interact with our videos in a snap allows us to serve our customers ever more closely by creating the first truly 24-hour shop", explains Polishop Head of e-commerce Felipe Brasil, "and with one new store opening every 17 days, the opportunity is huge."



Read press release https://www.box.com/s/973b6de9c06ac6447249

Filed under // brazil   direct response   in-store advertising   polishop

0 responses   ♥   💬

[ ]  0      🐦 Tweet  〈1

May 14, 2012

## Orange TVCheck app demo



0 responses   3   Tweet 1

May 14, 2012   **Interactive TV Commercials**



0 responses   1   Tweet 2

« Previous   1   2   3   Next »



Home    For Developers    Blog    Company        Int.

# About TvTak

**About TvTak**    Team    News & Events

## About TvTak

TvTak is an innovative platform for instant interaction on television shows, games and commercials.

TvTak makes every television interactive. Viewers point their smartphone or tablet at their television screen, TvTak identifies the program in a second and allows viewers to interact instantly. TvTak is available on iOS and Android and works on any television set using unique patent-pending video recognition algorithms.

TvTak is located in NYC, with an R&D lab in Omer Industrial Park in Israel and local offices in Brazil, Mexico, Spain and the United Kingdom.

TvTak was selected from 130 innovative startups as a winner of the PepsiCo10 contest sponsored by PepsiCo. TvTak was voted Best Demo at the Social TV Summit in Los Angeles and Tech Aviv New York in July 2011, and was selected in Technonomy3 in Tel Aviv in April 2011.

438 people like this.

**SEE PRESS KIT    CONTACT US    REGISTER FOR BETA**

## Office Location

110 E 23rd St., 8th Floor, New York, NY 10010



---

Home

**For Developers**
iPhone SDK
How it works
TV Check-Ins
Interactive Ads
Interaction with programs

Blog

**Company**
About TvTak
Team
News
Press Kit
Legal

   





| Home | For Developers | Blog | Company |    |  Int. ▼ |

# About TvTak

About TvTak    **Team**    News & Events

## Team



### David Amselem, CEO
HEC 1986 (Paris), Berklee College – Audio Engineering 1988 (Boston)·
Co-founder **Dalet** (35m€ revenues), worldwide leader in digital media management for Television (Fox, NBC, BBC, Time Warner). Launched IPO in Paris EURONEXT in 2000.

### Guillaume Orain, VP Product
Columbia Engineering, MS IEOR (NYC) ; Ecole Centrale Paris, Ind. Eng. - Operations Research at Better Place

### Kevin Kezurer, Business Dev Manager
10 years of expertise in growing businesses' top lines

### Herve Muyal,TvTak Brazil
M.S., Communication Sys. Eng. - EPFL, Lausanne.
15 years of expertise in Digital Media Entertainment.

### Regis Courvoisier, TvTak Mexico
20 years of expertise in Media Á Advertising.

### Yuval Hava, CTO
Bsc. Communication Systems Eng. - Ben Gurion U.
Expert in video processing & mobile platforms.

### Itzik Kitroser, VP R&D
PhD. Communication Systems Eng. - Ben Gurion U.
Expert in algoritms and system architecture

### Adi Shavit, Chief Architect
MS in Computer Science, Hebrew University of Jerusalem.
Computer Vision Expert.

### Dana Shavit, Computer Vision Algorithms Expert
MS in Computer Science, Hebrew University of Jerusalem.
Computer Vision Expert.

### Evgeny Mayzel, System Integration Engineer
B.Sc., Communication Systems Eng., Ben Gurion U.
Integration and Automation Expert.

READ BLOG    CONTACT US    REGISTER FOR BETA

---

| Home | For Developers | Blog | Company | | |
|------|----------------|------|---------|--|--|
| | iPhone SDK | | About TvTak |     |  |
| | How it works | | Team | | |
| | TV Check-Ins | | News | | |
| | Interactive Ads | | Press Kit | | |
| | Interaction with programs | | Legal | | |



Home      For Developers      Blog      Company               Int.  ▾

# About TvTak

About TvTak      Team      **News & Events**

## News & Events

Download TvTak's latest press releases:

- *July 2012* - **TvTak debuts Android App at Qualcomm's Uplink Conference**

- *June 2012* - **Redefining window-shopping for Polishop customers**

- *May 2012* - **TV gamification platform at TechCrunch Disrupt New York**

- *February 2012* - **Walker's world's first "Point & Win" 2nd-screen campaign**

- *February 2012* - **TvTak at Mobile Word Congress Barcelona**

- *November 2011* - **TvTak launched Augmented TV at Social TV Summit**

- *October 2011* - **TvTak wins PepsiCo10**



Logos, Screen Shots and Press Releases are available in the **Press Kit Folder**

For all press-related matters, please contact David Amselem: david [at] tvtak [dot] com

TvTak's past events:

   **TechCrunch Disrupt New York**
*May 21-23, 2012*

   **Ubiq Europe - Digital Entertainment Showcase, Paris**
*June 18-19, 2012*

**PRESS KIT**      **CONTACT US**      **READ BLOG**

TvTak - iPhone SDK

**Home**    **For Developers**          **Blog**      **Company**

iPhone SDK                                     About TvTak

How it works                                   Team

TV Check-Ins                                   News

Interactive Ads                                Press Kit

Interaction with programs                      Legal

