**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **BLUE SPIKE, LLC,** § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> **TEXAS INSTRUMENTS, INC.,** *et al.,* § <br> § <br> Defendants. § <br> § <br> **BLUE SPIKE, LLC,** § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> **TVTAK USA, INC. and TVTAK, LTD.,** § <br> § <br> Defendants. § <br> § | Civil Action No. 6:12-cv-499-LED <br><br> **(LEAD CASE)** <br><br> **JURY TRIAL DEMANDED** <br><br><br> Civil Action No. 6:12-cv-646-LED <br><br> **(CONSOLIDATED WITH <br> LEAD CASE NO. 6:12-cv-499-LED)** <br><br> **JURY TRIAL DEMANDED** |

**ORDER GRANTING TVTAK USA, INC. AND TVTAK LTD.'S MOTION TO DISMISS
COMPLAINT FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE**

On this day came for consideration Defendant TvTak USA, Inc. and TvTak Ltd's (collectively "Defendants") Motion to Dismiss Complaint for Lack of Personal Jurisdiction and Improper Venue in the above-captioned proceeding for lack of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2) and improper venue pursuant to Fed. R. Civ. P. 12(b)(3). Having considered TvTak's motion and supporting papers, the Court is of the opinion that said motion should be GRANTED.

IT IS ORDERED that the Complaint is hereby dismissed on the ground that Defendants do not have the requisite "minimum contacts" within the State of Texas or the Eastern District of

Texas to permit this Court to exercise personal jurisdiction over them.  The Eastern District of Texas is also therefore an improper venue for the claims which are the subject of the Complaint.

    IT IS SO ORDERED.