# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **BLUE SPIKE, LLC,**  *Plaintiff,*  v.  **TEXAS INSTRUMENTS, INC.,** *et al.*  *Defendants.* | **CONSOLIDATED CIVIL ACTION NO. 6:12-CV-00499-LED**  **JURY TRIAL DEMANDED** |

## CORPORATE DISCLOSURE STATEMENT
## OF DEFENDANT IPHARRO MEDIA, INC.

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant iPharro Media, Inc. states that it is wholly owned by privately held parent corporation iPharro Media GmbH.

Respectfully submitted,

Dated:  December 14, 2012

 /s/  Marc N. Henschke_____
Marc N. Henschke
FOLEY & LARDNER LLP
111 Huntington Ave
Boston, MA 02199
Tel:  (617) 342-4000
Fax:  (617) 342-4001

Attorneys for Defendant
IPHARRO MEDIA, INC.

## CERTIFICATE OF SERVICE

      I hereby certify that on December 14, 2012, all counsel of record who are deemed to have consented to electronic service are being served with a copy of the attached CORPORATE DISCLOSURE STATEMENT OF DEFENDANT IPHARRO MEDIA, INC. via the Court's CM/ECF system.  Any other counsel of record will be served by first class mail on this same date.

      /s/ Marc N. Henschke_____
      Marc N. Henschke

4836-7802-5489.1