# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **BLUE SPIKE, LLC,** | |
| *Plaintiff,* | **CONSOLIDATED CIVIL ACTION NO. 6:12-CV-00499-LED** |
| v. | |
| **TEXAS INSTRUMENTS, INC.,** *et al.* | **JURY TRIAL DEMANDED** |
| *Defendants.* | |

## CORPORATE DISCLOSURE STATEMENT
## OF DEFENDANT IPHARRO MEDIA GMBH

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant iPharro Media GmbH states that it does not have a parent corporation and that no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

Dated:  December 14, 2012

 /s/  Marc N. Henschke_____
Marc N. Henschke
FOLEY & LARDNER LLP
111 Huntington Ave
Boston, MA 02199
Tel:  (617) 342-4000
Fax:  (617) 342-4001

Attorneys for Defendant
IPHARRO MEDIA GMBH

2

**CERTIFICATE OF SERVICE**

       I hereby certify that on December 14, 2012, all counsel of record who are deemed to have consented to electronic service are being served with a copy of the attached CORPORATE DISCLOSURE STATEMENT OF DEFENDANT IPHARRO MEDIA GMBH via the Court's CM/ECF system.  Any other counsel of record will be served by first class mail on this same date.

                                               /s/ Marc N. Henschke_____
                                               Marc N. Henschke