**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>　　　　　*Plaintiff*,<br><br>　v.<br><br>TEXAS INSTRUMENTS, INC.,<br><br>　　　　　*Defendant*. | )<br>)<br>)<br>)  Civil Action No. 6:12-CV-499-LED<br>)　　　　　(Lead Case)<br>)<br>)<br>)  **JURY TRIAL DEMANDED**<br>)<br>) |
| BLUE SPIKE, LLC,<br><br>　　　　　*Plaintiff*,<br><br>　v.<br><br>LUMIDIGM, INC.,<br><br>　　　　　*Defendant*. | )<br>)<br>)<br>)  Civil Action No. 6:12-CV-681-LED<br>)　　(Consolidated With Lead Case)<br>)<br>)<br>)  **JURY TRIAL DEMANDED**<br>)<br>) |

**CORPORATE DISCLOSURE STATEMENT OF LUMIDIGM, INC.**

　　　　Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Lumidigm, Inc. discloses that it is a private corporation organized and existing under the laws of the State of Delaware and has no parent corporation, and no publicly traded corporation owns more than 10% of its stock.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated:  December 14, 2012　　　　　　　 /s/  Robert F. Kramer
　　　　　　　　　　　　　　　　　　　　Robert F. Kramer
　　　　　　　　　　　　　　　　　　　　CA State Bar No. 181706
　　　　　　　　　　　　　　　　　　　　SNR DENTON US LLP
　　　　　　　　　　　　　　　　　　　　1530 Page Mill Road, Suite 200
　　　　　　　　　　　　　　　　　　　　Palo Alto, CA 94304
　　　　　　　　　　　　　　　　　　　　Telephone:  (650) 798-0356
　　　　　　　　　　　　　　　　　　　　Facsimile:  (650) 798-0310
　　　　　　　　　　　　　　　　　　　　robert.kramer@snrdenton.com

　　　　　　　　　　　　　　　　　　　　ATTORNEYS FOR DEFENDANT
　　　　　　　　　　　　　　　　　　　　LUMIDIGM, INC.

15040440

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed.R.Civ.P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of this document via email, facsimile and/or U.S. First Class Mail this 14th day of December, 2012.

                                                  /s/ Robert F. Kramer
                                                    Robert F. Kramer

15040440