UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC.,<br><br>*Defendant*. | Civil Action No. 6:12-CV-499-LED<br><br>(LEAD CASE)<br><br>JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>3M COGENT, INC.,<br><br>*Defendant*. | Civil Action No. 6:12-CV-685-LED<br><br>(CONSOLIDATED WITH 6:12-CV-499)<br><br>JURY TRIAL DEMANDED |

## CORPORATE DISCLOSURE STATEMENT OF 3M COGENT, INC.

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant 3M Cogent, Inc. discloses that it is a wholly-owned subsidiary of 3M Company, a public corporation organized and existing under the laws of the State of Delaware.

Respectfully submitted,

Dated:  December 14, 2012

/s/  Robert F. Kramer
Robert F. Kramer
CA State Bar No. 181706
SNR DENTON US LLP
1530 Page Mill Road, Suite 200
Palo Alto, CA 94304
Telephone:  (650) 798-0356
Facsimile:  (650) 798-0310
robert.kramer@snrdenton.com

ATTORNEYS FOR DEFENDANT
3M COGENT, INC.

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed.R.Civ.P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of this document via email, facsimile and/or U.S. First Class Mail this 14th day of December, 2012.

                                                              /s/ Robert F. Kramer
                                                                 Robert F. Kramer