# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **BLUE SPIKE, LLC,** | § |
| Plaintiff, | § Civil Action No. 6:12-cv-499-LED |
| v. | § (LEAD CASE) |
| **TEXAS INSTRUMENTS, INC.,** *et al.,* | § |
| Defendants. | § **JURY TRIAL DEMANDED** |
| **BLUE SPIKE, LLC,** | § |
| Plaintiff, | § Civil Action No. 6:12-cv-646-LED |
| v. | § (CONSOLIDATED WITH |
| **TVTAK USA, INC. and TVTAK, LTD.,** | § LEAD CASE NO. 6:12-cv-499-LED) |
| Defendants. | § **JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE OF COUNSEL

Defendants, TvTak USA, Inc. and TvTak, Ltd., file this Notice of Appearance of Counsel, and hereby notify the Court that Shawn C. Long of the law firm Sayles Werbner, P.C., 4400 Renaissance Tower, 1201 Elm Street, Dallas, Texas 75270, is appearing as additional counsel for Defendants, TvTak USA, Inc. and TvTak, Ltd., in the above-referenced matter. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced below.

1

Respectfully submitted,

/s/ Shawn C. Long
Shawn C. Long (slong@swtriallaw.com)
Mark D. Strachan (mstrachan@swtriallaw.com)
SAYLES│WERBNER
1201 Elm Street, Suite 4400
Dallas, TX 75270
Telephone: (214) 939-8700
Facsimile: (214) 939-8787

*Attorneys for Defendant TvTak USA, Inc. and TvTak Ltd.*

## CERTIFICATE OF SERVICE

I certify that counsel of record have been served with a copy of the foregoing document via the Court's CM/ECF system according to Local Rule CV-5 on this 17th day of December, 2012.

/s/ Shawn C. Long
Shawn C. Long

2