IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC, | ) CIVIL ACTION NO. 6:12-CV-499-LED |
| | ) **LEAD CASE** |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. 6:12-CV-694-LED |
| v. | ) **CONSOLIDATED CASE** |
| | ) |
| PRECISE BIOMETRICS, INC. AND | ) |
| PRECISE BIOMETRICS AB, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

**DEFENDANTS PRECISE BIOMETRICS, INC.'S AND PRECISE BIOMETRICS AB'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Precise Biometrics, Inc. and Precise Biometrics AB hereby file their Corporate Disclosure Statement.  Precise Biometrics, Inc. states that it is wholly owned by Precise Biometrics AB and that Precise Biometrics AB owned 100% of the stock in Precise Biometrics, Inc.  Precise Biometrics AB states that it is not owned by a parent corporation and that it is not aware of a publicly held company owning 10% or more of its stock.

Date:  December 20, 2012            Respectfully submitted,

                                              __/s/ Melissa R. Smith_____
Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, LLP
303 S. Washington Ave.
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
melissa@gillamsmithlaw.com

*Attorney for Defendants*
*Precise Biometrics, Inc. and*
*Precise Biometrics AB*

2

## CERTIFICATE OF SERVICE

  I hereby certify that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on the 20th day of December, 2012 per Local Rule CV-5(a)(3).

                __/s/ Melissa R. Smith_____