IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> PRECISE BIOMETRICS, INC. AND <br> PRECISE BIOMETRICS AB, <br><br> Defendants. | CIVIL ACTION NO. 6:12-CV-499-LED <br> **LEAD CASE** <br><br> CIVIL ACTION NO. 6:12-CV-694-LED <br> **CONSOLIDATED CASE** |

**DEFENDANTS PRECISE BIOMETRICS, INC.'S AND PRECISE BIOMETRICS AB'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Precise Biometrics, Inc. and Precise Biometrics AB hereby file their Corporate Disclosure Statement.  Precise Biometrics, Inc. states that it is wholly owned by Precise Biometrics AB and that Precise Biometrics AB owned 100% of the stock in Precise Biometrics, Inc.  Precise Biometrics AB states that it is not owned by a parent corporation and that it is not aware of a publicly held company owning 10% or more of its stock.

Date:  December 20, 2012                                  Respectfully submitted,

                                                    __/s/ Melissa R. Smith_____
                                                    Melissa R. Smith
                                                    State Bar No. 24001351
                                                    GILLAM & SMITH, LLP
                                                    303 S. Washington Ave.
                                                    Marshall, Texas 75670
                                                    Telephone: (903) 934-8450
                                                    Facsimile: (903) 934-9257
                                                    melissa@gillamsmithlaw.com

                                                    *Attorney for Defendants*
                                                    *Precise Biometrics, Inc. and*
                                                    *Precise Biometrics AB*

## CERTIFICATE OF SERVICE

  I hereby certify that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on the 20th day of December, 2012 per Local Rule CV-5(a)(3).

            */s/ Melissa R. Smith*