# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **BLUE SPIKE, LLC,** § § | |
| Plaintiff, § § | Civil Action No. 6:12-cv-499-LED |
| v. § § | (LEAD CASE) |
| **TEXAS INSTRUMENTS, INC.,** *et al.*, § § | **JURY TRIAL DEMANDED** |
| Defendants. § § | |
| **BLUE SPIKE, LLC,** § § | |
| Plaintiff, § § | Civil Action No. 6:12-cv-646-LED |
| v. § § | (CONSOLIDATED WITH LEAD CASE NO. 6:12-cv-499-LED) |
| **TVTAK USA, INC. and TVTAK, LTD.,** § § | **JURY TRIAL DEMANDED** |
| Defendants. § § | |

## TVTAK USA, INC. AND TVTAK LTD.'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants TVTak USA, Inc. and ("TvTak") disclose that TvTak USA, Inc., a New York corporation, is a wholly owned subsidiary of TvTak, Ltd., which is private corporation organized and existing under the laws of Israel.  TvTak, Ltd. is a wholly owned subsidiary of Nant TV, LLC, a Delaware limited liability company.

Respectfully submitted,

/s/ Mark D. Strachan
Mark D. Strachan (mstrachan@swtriallaw.com)
Shawn C. Long (slong@swtriallaw.com)
SAYLES│WERBNER
1201 Elm Street, Suite 4400
Dallas, TX 75270
Telephone: (214) 939-8700
Facsimile: (214) 939-8787

*Attorneys for Defendant TvTak USA, Inc. and TvTak Ltd.*

### CERTIFICATE OF SERVICE

I certify that counsel of record have been served with a copy of the foregoing document via the Court's CM/ECF system according to Local Rule CV-5 on this 20th day of December, 2012.

/s/ Mark D. Strachan
Mark D. Strachan