IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | ) | CASE NO. 6:12-CV-499 LED |
| | ) | (Consolidated from 6:12-CV-652 LED) |
| Plaintiff, | ) | |
| | ) | JUDGE LEONDARD DAVIS |
| vs. | ) | |
| | ) | |
| Texas Instruments, Inc., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**CORPORATE DISCLOSURE STATEMENT**
**OF INTEGRATED BIOMETRICS, LLC**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Integrated Biometrics, LLC, by its undersigned counsel, hereby states that Integrated Biometrics, LLC has no parent corporation or publicly held corporation owning 10% or more of its stock.

Dated: December 21, 2012            Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　/s/Michael E. Jones
　　　　　　　　　　　　　　　　　　　　　　　Michael E. Jones
　　　　　　　　　　　　　　　　　　　　　　　SBN: 10929400
　　　　　　　　　　　　　　　　　　　　　　　mikejones@potterminton.com
　　　　　　　　　　　　　　　　　　　　　　　Potter Minton, PC
　　　　　　　　　　　　　　　　　　　　　　　110 North College, Suite 500
　　　　　　　　　　　　　　　　　　　　　　　Tyler, TX 75702
　　　　　　　　　　　　　　　　　　　　　　　(903) 597-8311 Phone
　　　　　　　　　　　　　　　　　　　　　　　(903) 593-0846 Fax

　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Integrated Biometrics, LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 21, 2012.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Michael E. Jones*