IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>    Plaintiff,<br>v.<br><br>TEXAS INSTRUMENTS, INC. *et al.*,<br><br>    Defendant. | Civil Action No. 6:12-cv-499-LED<br><br>LEAD CASE |
| BLUE SPIKE, LLC,<br><br>    Plaintiff,<br>v.<br><br>BIOLINK SOLUTIONS LTD., and<br>BIO-METRICA, LLC,<br><br>    Defendants. | Civil Action Case No. 6-12-cv-648-LED<br><br>CONSOLIDATED CASE |

**ORDER GRANTING BIO-METRICA, LLC'S MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE**

On this day came for consideration Defendant Bio-Metrica, LLC's Motion to Dismiss Complaint for Lack of Personal Jurisdiction and Improper Venue in the above-captioned pursuant to Fed. R. Civ. P. 12(b)(2) and Fed. R. Civ. P. 12(b)(3), respectively. Having considered Bio-Metrica's motion and supporting papers, the Court is of the opinion that said motion should be GRANTED.

IT IS ORDERED that the Complaint is hereby dismissed on the ground that Bio-Metrica does not have the requisite "minimum contacts" within the State of Texas or the Eastern District

of Texas to permit this Court to exercise personal jurisdiction over them. The Eastern District of Texas is also therefore an improper venue for the claims which are the subject of the Complaint.

IT IS SO ORDERED.