# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>    Plaintiff,<br>v.<br><br>TEXAS INSTRUMENTS, INC. *et al.*,<br><br>    Defendant. | Civil Action No. 6:12-cv-499-LED<br><br>LEAD CASE |
| BLUE SPIKE, LLC,<br><br>    Plaintiff,<br>v.<br><br>BIOLINK SOLUTIONS LTD., and<br>BIO-METRICA, LLC,<br><br>    Defendants. | Civil Action Case No. 6-12-cv-648-LED<br><br>CONSOLIDATED CASE |

## DEFENDANT BIO-METRICA, LLC's CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Fed. R. Civ. P. 7.1, Defendant Bio-Metrica, LLC hereby states:

1. Bio-Metrica, LLC has no parent company.

2. No publicly-traded company owns more than 10% of Bio-Metrica, LLC's stock.

Respectfully submitted this 21st day of December, 2012.

                        WEISS & MOY, P.C.

                        By: /s/ Kenneth M. Motolenich-Salas
                            Kenneth M. Motolenich-Salas
                            4204 N Brown Avenue
                            Scottsdale, AZ 85251
                            Tel.: (480) 994-8888; Fax: (480) 947-2663
                            Email: kmotolenich@weissiplaw.com
                            Attorney for Bio-Metrica, LLC

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

December 21, 2012                                             */s/ Kenneth M. Motolenich-Salas*
                                                                              Kenneth M. Motolenich-Salas