IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC,<br>    *Plaintiff*,<br>v.<br>TEXAS INSTRUMENTS, INC.<br>    *Defendant*.<br>_____<br><br>BLUE SPIKE, LLC,<br>    *Plaintiff*,<br>v.<br>Fulcrum Biometrics, LLC, *et al*,<br>    *Defendants*. | §§§§§§§§§§§§§§§§§§§ | Civil Action No. 6:12-CV-499-LED<br><br>(LEAD CASE)<br><br>JURY TRIAL DEMANDED<br><br><br>Civil Action No. 6:12-cv-00610-LED<br><br>(CONSOLIDATED WITH 6:12-CV-499)<br><br>JURY TRIAL DEMANDED |

## NEUROTECHNOLOGY'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant NEUROtechnology discloses that it has no parent corporation and no publicly held corporation holds 10% or more of its stock.

Dated:  December 21, 2012

By:
                              */s/ Eric H. Findlay*
                              Eric H. Findlay (Texas Bar No. 00789886)
                              Walter W. Lackey, Jr. (Texas Bar No. 24050901)
                              FINDLAY CRAFT, LLP
                              6760 Old Jacksonville Hwy, Suite 101
                              Tyler, TX 75703
                              Telephone:  (903) 534-1100
                              Facsimile:   (903) 534-1137
                              efindlay@findlaycraft.com
                              wlackey@findlaycraft.com

1

Attorneys for Defendant
NEUROTECHNOLOGY

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served electronically on opposing counsel pursuant to Local Rule CV-5(a)(7)(C) on December 21, 2012.

*/s/ Eric H. Findlay*
Eric H. Findlay