IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
| *Plaintiff*, | § § § | Civil Action No. 6:12-CV-499-LED |
| v. | § § | JURY TRIAL DEMANDED |
| TEXAS INSTRUMENTS, INC., *et al.*, | § § | |
| *Defendants*. | § § | |

**PLAINTIFF'S REPLY IN RESPONSE TO
DEFENDANT SOUNDCLOUD LTD.'S COUNTERCLAIMS**

Plaintiff Blue Spike, LLC files this Reply to the Counterclaims of SoundCloud, Ltd. ("SoundCloud Ltd." or "Defendant") (Dkt. No. 249) as follows.  All allegations not expressly admitted or responded to by Plaintiff are denied.

**COUNTERCLAIMS**

1. Paragraph 1 contains no allegations requiring an admission or denial.

2. Plaintiff admits the allegations of Paragraph 2.

3. Paragraph 3 contains no allegations requiring an admission or denial, but to the extent that the text of Paragraph 3 can be construed as an allegation that venue in this District is improper, Plaintiff denies same.

**COUNT ONE: DECLARATORY JUDGMENT OF
NON-INFRINGEMENT OF THE '175 PATENT**

4. Plaintiff repeats and incorporates by reference its responses to the allegations contained in Paragraphs 1 through 3 above.

5. Plaintiff admits the allegations of Paragraph 5.

6. Plaintiff denies the allegations of Paragraph 6.

7. Plaintiff denies the allegations of Paragraph 7.

## COUNT TWO: DECLARATORY JUDGMENT OF
## INVALIDITY OF THE '175 PATENT

8. Plaintiff repeats and incorporates by reference its responses to the allegations contained in Paragraphs 1 through 7 above.

9. Plaintiff denies the allegations of Paragraph 9.

10. Plaintiff denies the allegations of Paragraph 10.

## COUNT THREE: DECLARATORY JUDGMENT OF
## NON-INFRINGEMENT OF THE '494 PATENT

11. Plaintiff repeats and incorporates by reference its responses to the allegations contained in Paragraphs 1 through 10 above.

12. Plaintiff admits the allegations of Paragraph 12.

13. Plaintiff denies the allegations of Paragraph 13.

14. Plaintiff denies the allegations of Paragraph 14.

## COUNT FOUR: DECLARATORY JUDGMENT OF
## INVALIDITY OF THE '494 PATENT

15. Plaintiff repeats and incorporates by reference its responses to the allegations contained in Paragraphs 1 through 14 above.

16. Plaintiff denies the allegations of Paragraph 16.

17. Plaintiff denies the allegations of Paragraph 17.

## COUNT FIVE: DECLARATORY JUDGMENT OF
## NON-INFRINGEMENT OF THE '700 PATENT

18. Plaintiff repeats and incorporates by reference its responses to the allegations contained in Paragraphs 1 through 17 above.

19. Plaintiff admits the allegations of Paragraph 19.

20. Plaintiff denies the allegations of Paragraph 20.

21. Plaintiff denies the allegations of Paragraph 21.

## COUNT SIX: DECLARATORY JUDGMENT OF
## INVALIDITY OF THE '700 PATENT

22. Plaintiff repeats and incorporates by reference its responses to the allegations contained in Paragraphs 1 through 21 above.

23. Plaintiff denies the allegations of Paragraph 23.

24. Plaintiff denies the allegations of Paragraph 24.

## COUNT SEVEN: DECLARATORY JUDGMENT OF
## NON-INFRINGEMENT OF THE '472 PATENT

25. Plaintiff repeats and incorporates by reference its responses to the allegations contained in Paragraphs 1 through 24 above.

26. Plaintiff admits the allegations of Paragraph 26.

27. Plaintiff denies the allegations of Paragraph 27.

28. Plaintiff denies the allegations of Paragraph 28.

## COUNT EIGHT: DECLARATORY JUDGMENT OF
## INVALIDITY OF THE '472 PATENT

29. Plaintiff repeats and incorporates by reference its responses to the allegations contained in Paragraphs 1 through 28 above.

30. Plaintiff denies the allegations of Paragraph 30.

31. Plaintiff denies the allegations of Paragraph 31.

## REQUEST FOR RELIEF

Plaintiff denies that Defendant is entitled to any of the relief it requests.

## PLAINTIFF'S PRAYER FOR RELIEF

In addition to the relief requested in Plaintiff's Original Complaint, Plaintiff respectfully requests a judgment against Defendant as follows:

(a) That Defendant take nothing by its Counterclaims;

  (b) That the Court award Plaintiff its costs and attorneys' fees incurred in defending against these Counterclaims; and

  (c) Any and all further relief for the Plaintiff as the Court may deem just and proper.

             Respectfully submitted,

             /s/ Randall T. Garteiser
             Randall T. Garteiser
             Lead Attorney
             Texas Bar No. 24038912
             randall.garteiser@sftrialattorneys.com
             Christopher A. Honea
             Texas Bar No. 24059967
             chris.honea@sftrialattorneys.com
             Christopher S. Johns
             Texas Bar No. 24044849
             chris.johns@sftrialattorneys.com
             **GARTEISER HONEA, P.C.**
             44 North San Pedro Road
             San Rafael, California 94903
             Telephone:  (415) 785-3762
             Facsimile:  (415) 785-3805

             Eric M. Albritton
             Texas State Bar No. 00790215
             ema@emafirm.com
             Stephen E. Edwards
             Texas State Bar No. 00784008
             see@emafirm.com
             Michael A. Benefield
             Texas State Bar No. 24073408
             mab@emafirm.com
             ALBRITTON LAW FIRM
             P.O. Box 2649
             Longview, Texas 75606
             Telephone:  (903) 757-8449
             Facsimile:  (903) 758-7397

             ***Counsel for Blue Spike, LLC***

### CERTIFICATE OF SERVICE

      I, Randall T. Garteiser, am the ECF User whose ID and password are being used to file this document.  I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this day.  Pursuant to Federal Rule of Civil Procedure 5, this document was served via U.S. Mail and electronic means to counsel for Defendant that are not receiving this document via CM/ECF.

                                                   /s/ Randall T. Garteiser
                                                   Randall T. Garteiser