UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § § § | |
| *Plaintiff*, | § § § | Consolidated Civil Action No. 6:12-cv-00499-LED |
| v. | § § § | |
| Texas Instruments, Inc., | § § § | Jury Trial Demanded |
| *Defendant*. | § § | |

### DECLARATION OF RANDALL GARTEISER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT YAHOO INC.'S MOTION TO DISMISS [DKT. 335]

I, Randall T. Garteiser, declare as follows:

    1.    I, Randall T. Garteiser, am a partner in the law firm of Garteiser Honea, P.C.  We represent Plaintiff Blue Spike LLC in this lawsuit.  I have personal knowledge of the information contained in this declaration and can testify to the truth of these statements.

    2.    Attached hereto as Exhibit 1 is a true and correct copy of the Honorable John D. Love's order dated July 27, 2012.

I declare on December 27, 2012, in Escambia County under penalty of perjury under the laws of the United States and California that the statements made in this declaration are true and correct.

                                                          */s/* Randall Garteiser
                                                          Randall T. Garteiser