## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** | § | |
| | § | |
| *Plaintiff*, | § | **Civil Action No. 6:12-CV-499-LED** |
| | § | |
| **v.** | § | |
| | § | **JURY TRIAL DEMANDED** |
| **TEXAS INSTRUMENTS, INC.,** *et al.*, | § | |
| | § | |
| *Defendants*. | § | |
| | § | |

### PLAINTIFF'S REPLY IN RESPONSE TO
### DEFENDANT L-1'S COUNTERCLAIMS

Plaintiff Blue Spike, LLC files this Reply to the Counterclaims of L-1 Identity Solutions, Inc. ("L-1" or "Defendant") (Dkt. No. 343) as follows.  All allegations not expressly admitted or responded to by Plaintiff are denied.

### COUNTERCLAIMS

93.    Plaintiff admits the allegations of Paragraph 93.

94.    Plaintiff admits the allegations of Paragraph 94.

95.    Plaintiff admits the allegations of Paragraph 95, upon information and belief.

96.    Plaintiff admits the allegations of Paragraph 96.

97.    Plaintiff admits the allegations of Paragraph 97.

98.    Plaintiff admits the allegations of Paragraph 98.

### FIRST COUNTERCLAIM

99.    Plaintiff repeats and incorporates by reference its responses to the allegations contained in Paragraphs 93 through 98 above.

100.    Plaintiff denies the allegations of Paragraph 100.

101.    Plaintiff denies the allegations of Paragraph 101.

## SECOND COUNTERCLAIM

102.    Plaintiff repeats and incorporates by reference its responses to the allegations contained in Paragraphs 93 through 98 above.

103.    Plaintiff denies the allegations of Paragraph 103.

## REQUEST FOR RELIEF

Plaintiff denies that Defendant is entitled to any of the relief it requests.

## PLAINTIFF'S PRAYER FOR RELIEF

In addition to the relief requested in Plaintiff's Original Complaint, Plaintiff respectfully requests a judgment against Defendant as follows:

(a)    That Defendant take nothing by its Counterclaims;

(b)    That the Court award Plaintiff its costs and attorneys' fees incurred in defending against these Counterclaims; and

(c)    Any and all further relief for the Plaintiff as the Court may deem just and proper.


Respectfully submitted,

/s/ Randall T. Garteiser
Randall T. Garteiser
Lead Attorney
Texas Bar No. 24038912
randall.garteiser@sftrialattorneys.com
Christopher A. Honea
Texas Bar No. 24059967
chris.honea@sftrialattorneys.com
Christopher S. Johns
Texas Bar No. 24044849
chris.johns@sftrialattorneys.com
GARTEISER HONEA, P.C.
44 North San Pedro Road
San Rafael, California 94903
Telephone:  (415) 785-3762
Facsimile:  (415) 785-3805

Eric M. Albritton
Texas State Bar No. 00790215
ema@emafirm.com
Stephen E. Edwards
Texas State Bar No. 00784008
see@emafirm.com
Michael A. Benefield
Texas State Bar No. 24073408
mab@emafirm.com
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone:  (903) 757-8449
Facsimile:  (903) 758-7397

***Counsel for Blue Spike, LLC***

**CERTIFICATE OF SERVICE**

I, Randall T. Garteiser, am the ECF User whose ID and password are being used to file this document.  I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this day.  Pursuant to Federal Rule of Civil Procedure 5, this document was served via U.S. Mail and electronic means to counsel for Defendant that are not receiving this document via CM/ECF.

/s/ Randall T. Garteiser
Randall T. Garteiser