IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
| *Plaintiff*, | § | Civil Action No. 6:12-CV-499-LED |
| v. | § | |
| TEXAS INSTRUMENTS, INC., *et al.*, | § | JURY TRIAL DEMANDED |
| *Defendants*. | § | |

**PLAINTIFF'S REPLY IN RESPONSE TO
DEFENDANT SMRTV'S COUNTERCLAIMS**

Plaintiff Blue Spike, LLC files this Reply to the Counterclaims of SMRTV, Inc. ("SMRTV" or "Defendant") (Dkt. No. 333) as follows. All allegations not expressly admitted or responded to by Plaintiff are denied.

**THE PARTIES**

75. Plaintiff admits the allegations of Paragraph 75, upon information and belief.

76. Plaintiff admits the allegations of Paragraph 76.

**JURISDICTION AND VENUE**

77. Plaintiff admits that Defendant purports to bring a declaratory judgment action.

78. Plaintiff admits the allegations of Paragraph 78.

79. Plaintiff admits the allegations of Paragraph 79.

80. Plaintiff admits the allegations of Paragraph 80.

**FIRST COUNTERCLAIM: DECLARATORY JUDGMENT OF
NON-INFRINGEMENT OF THE '175 PATENT**

81. Plaintiff repeats and incorporates by reference its responses to the allegations contained in Paragraphs 74 through 80 above.

82. Plaintiff admits the allegations of Paragraph 82.

83. Plaintiff denies the allegations of Paragraph 83.

84. To the extent they are allegations and not prayers for relief, Plaintiff denies the allegations of Paragraph 84.

## SECOND COUNTERCLAIM: DECLARATORY JUDGMENT OF INVALIDITY OF THE '175 PATENT

85. Plaintiff repeats and incorporates by reference its responses to the allegations contained in Paragraphs 74 through 80 above.

86. Plaintiff admits the allegations of Paragraph 86.

87. Plaintiff denies the allegations of Paragraph 87.

88. To the extent they are allegations and not prayers for relief, Plaintiff denies the allegations of Paragraph 88.

## THIRD COUNTERCLAIM: DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF THE '494 PATENT

89. Plaintiff repeats and incorporates by reference its responses to the allegations contained in Paragraphs 74 through 80 above.

90. Plaintiff admits the allegations of Paragraph 90.

91. Plaintiff denies the allegations of Paragraph 91.

92. To the extent they are allegations and not prayers for relief, Plaintiff denies the allegations of Paragraph 92.

## FOURTH COUNTERCLAIM: DECLARATORY JUDGMENT OF INVALIDITY OF THE '494 PATENT

93. Plaintiff repeats and incorporates by reference its responses to the allegations contained in Paragraphs 74 through 80 above.

94. Plaintiff admits the allegations of Paragraph 94.

95. Plaintiff denies the allegations of Paragraph 95.

96. To the extent they are allegations and not prayers for relief, Plaintiff denies the allegations of Paragraph 96.

### FIFTH COUNTERCLAIM: DECLARATORY JUDGMENT OF
### NON-INFRINGEMENT OF THE '700 PATENT

97. Plaintiff repeats and incorporates by reference its responses to the allegations contained in Paragraphs 74 through 80 above.

98. Plaintiff admits the allegations of Paragraph 98.

99. Plaintiff denies the allegations of Paragraph 99.

100. To the extent they are allegations and not prayers for relief, Plaintiff denies the allegations of Paragraph 100.

### SIXTH COUNTERCLAIM: DECLARATORY JUDGMENT OF
### INVALIDITY OF THE '700 PATENT

101. Plaintiff repeats and incorporates by reference its responses to the allegations contained in Paragraphs 74 through 80 above.

102. Plaintiff admits the allegations of Paragraph 102.

103. Plaintiff denies the allegations of Paragraph 103.

104. To the extent they are allegations and not prayers for relief, Plaintiff denies the allegations of Paragraph 104.

### SEVENTH COUTERCLAIM: DECLARATORY JUDGMENT OF
### NON-INFRINGEMENT OF THE '472 PATENT

105. Plaintiff repeats and incorporates by reference its responses to the allegations contained in Paragraphs 74 through 80 above.

106. Plaintiff admits the allegations of Paragraph 106.

107. Plaintiff denies the allegations of Paragraph 107.

108.    To the extent they are allegations and not prayers for relief, Plaintiff denies the allegations of Paragraph 108.

### EIGHTH COUTERCLAIM: DECLARATORY JUDGMENT OF INVALIDITY OF THE '472 PATENT

109.    Plaintiff repeats and incorporates by reference its responses to the allegations contained in Paragraphs 74 through 80 above.

110.    Plaintiff admits the allegations of Paragraph 110.

111.    Plaintiff denies the allegations of Paragraph 111.

112.    To the extent they are allegations and not prayers for relief, Plaintiff denies the allegations of Paragraph 112.

### REQUEST FOR RELIEF

Plaintiff denies that Defendant is entitled to any of the relief it requests.

### PLAINTIFF'S PRAYER FOR RELIEF

In addition to the relief requested in Plaintiff's Original Complaint, Plaintiff respectfully requests a judgment against Defendant as follows:

(a)    That Defendant take nothing by its Counterclaims;

(b)    That the Court award Plaintiff its costs and attorneys' fees incurred in defending against these Counterclaims; and

(c)    Any and all further relief for the Plaintiff as the Court may deem just and proper.

Respectfully submitted,

/s/ Randall T. Garteiser
Randall T. Garteiser
Lead Attorney
Texas Bar No. 24038912
randall.garteiser@sftrialattorneys.com

Christopher A. Honea
Texas Bar No. 24059967
chris.honea@sftrialattorneys.com
Christopher S. Johns
Texas Bar No. 24044849
chris.johns@sftrialattorneys.com
**GARTEISER HONEA, P.C.**
44 North San Pedro Road
San Rafael, California 94903
Telephone:  (415) 785-3762
Facsimile:  (415) 785-3805

Eric M. Albritton
Texas State Bar No. 00790215
ema@emafirm.com
Stephen E. Edwards
Texas State Bar No. 00784008
see@emafirm.com
Michael A. Benefield
Texas State Bar No. 24073408
mab@emafirm.com
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone:  (903) 757-8449
Facsimile:  (903) 758-7397

***Counsel for Blue Spike, LLC***

#### CERTIFICATE OF SERVICE

     I, Randall T. Garteiser, am the ECF User whose ID and password are being used to file this document.  I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this day.  Pursuant to Federal Rule of Civil Procedure 5, this document was served via U.S. Mail and electronic means to counsel for Defendant that are not receiving this document via CM/ECF.

                                            /s/ Randall T. Garteiser
                                            Randall T. Garteiser