UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
| *Plaintiff*, | § § § | CASE NO. 6:12-cv-499 LED CONSOLIDATED from Original No. 6:12-cv-646 LED |
| v. | § § | |
| TEXAS INSTRUMENTS, INC., et al., | § § § | Jury Trial Demanded |
| *Defendants*. | § | |

**UNNOPOSED MOTION FOR LEAVE
TO SERVE JURISDICTIONAL DISCOVERY ON
DEFENDANTS TVTAK USA, INC. AND TVTAK LTD.**

Plaintiff Blue Spike, LLC ("Blue Spike") respectfully moves the Court for leave to serve jurisdictional discovery on TVTAK USA, INC. AND TVTAK LTD. ("TvTak") before the Rule 26(f) conference and prior to responding to TvTak's MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE (Dkt. No. 356) ("Motion to Dismiss"). In support of its Motion, Blue Spike will show the following.

Plaintiff filed its Original Complaint for Patent Infringement against TvTak on September 15, 2012. On December 13, 2012, TvTak filed the Motion to Dismiss, alleging inter alia, that this Court lacked personal jurisdiction. Blue Spike's Response to TvTak's Motion to Dismiss was due December 31, 2012. Blue Spike has filed an unopposed motion for an extension of time to file its Response to TvTak's Motion to Dismiss to February 15, 2013. Prior to responding, Blue Spike needs jurisdictional discovery. TvTak is unopposed to

this request. Accordingly, the plaintiffs request the Court to grant this motion and for any other relief to which they are justly entitled.

Dated: January 3, 2013

                                        Respectfully submitted,

                                        /s/ Christopher A. Honea
                                        Randall T. Garteiser
                                          Texas Bar No. 24038912
                                          randall.garteiser@sftrialattorneys.com
                                        Christopher A. Honea
                                          Texas Bar No. 24059967
                                          chris.honea@sftrialattorneys.com
                                        Christopher S. Johns
                                          Texas Bar No. 24044849
                                          chris.johns@sftrialattorneys.com
                                        GARTEISER HONEA, P.C.
                                        44 North San Pedro Road
                                        San Rafael, California 94903
                                        (415) 785-3762
                                        (415) 785-3805 fax

                                        Eric M. Albritton
                                          Texas State Bar No. 00790215
                                          ema@emafirm.com
                                        Stephen E. Edwards
                                          Texas State Bar No. 00784008
                                          see@emafirm.com
                                        Michael A. Benefield
                                          Texas State Bar No. 24073408
                                          mab@emafirm.com
                                        ALBRITTON LAW FIRM
                                        P.O. Box 2649
                                        Longview, Texas 75606
                                        (903) 757-8449
                                        (903) 758-7397 fax

                                        *Counsel for Blue Spike LLC*

## Certificate of Service

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on January 3, 2013.

                                                                            /s/ Christopher A. Honea