UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § § § | |
| *Plaintiff*, | § § | CASE NO. 6:12-cv-499 LED<br>CONSOLIDATED from<br>Original No. 6:12-cv-646 LED |
| v. | § § | |
| TEXAS INSTRUMENTS, INC., et al., | § § § | Jury Trial Demanded |
| *Defendants*. | § § | |

### ORDER GRANTING UNOPPOSED
### MOTION FOR LEAVE TO SERVE JURISDICTIONAL
### DISCOVERY ON DEFENDANTS TVTAK USA, INC. AND TVTAK LTD.

BEFORE THE COURT is Plaintiff Blue Spike, LLC ("Blue Spike") Unopposed Motion for Leave to Serve Jurisdictional Discovery on Defendants TVTAK USA, INC. AND TVTAK LTD.'S ("TvTak"). The Court, having noted that the relief requested in unopposed, is of the opinion that the Motion should be granted.

IT IS ORDERED that Plaintiff Blue Spike shall have leave to serve jurisdictional discovery before the Rule 26(f) conference and prior to responding to TvTak's Motion to Dismiss (Dkt. No 356).