UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
| *Plaintiff*, | § § § | CASE NO. 6:12-cv-499 LED CONSOLIDATED from Original No. 6:12-cv-646 LED |
| v. | § § | |
| TEXAS INSTRUMENTS, INC., et al., | § § § | Jury Trial Demanded |
| *Defendants*. | § § | |

**UNNOPOSED MOTION FOR LEAVE
TO SERVE JURISDICTIONAL DISCOVERY ON
DEFENDANTS TVTAK USA, INC. AND TVTAK LTD.**

Plaintiff Blue Spike, LLC ("Blue Spike") respectfully moves the Court
for leave to serve jurisdictional discovery on TVTAK USA, INC. AND TVTAK
LTD. ("TvTak") before the Rule 26(f) conference and prior to responding to
TvTak's MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL
JURISDICTION AND IMPROPER VENUE (Dkt. No. 356) ("Motion to
Dismiss"). In support of its Motion, Blue Spike will show the following.

Plaintiff filed its Original Complaint for Patent Infringement against
TvTak on September 15, 2012.  On December 13, 2012, TvTak filed the Motion
to Dismiss, alleging inter alia, that this Court lacked personal jurisdiction.
Blue Spike's Response to TvTak's Motion to Dismiss was due December 31,
2012. Blue Spike has filed an unopposed motion for an extension of time to file
its Response to TvTak's Motion to Dismiss to February 15, 2013.  Prior to
responding, Blue Spike needs jurisdictional discovery.  TvTak is unopposed to

1

this request.  Accordingly, the plaintiffs request the Court to grant this motion and for any other relief to which they are justly entitled.

Dated:  January 3, 2013

Respectfully submitted,

  /s/ Christopher A. Honea

Randall T. Garteiser
  Texas Bar No. 24038912
  randall.garteiser@sftrialattorneys.com
Christopher A. Honea
  Texas Bar No. 24059967
  chris.honea@sftrialattorneys.com
Christopher S. Johns
  Texas Bar No. 24044849
  chris.johns@sftrialattorneys.com
GARTEISER HONEA, P.C.
44 North San Pedro Road
San Rafael, California 94903
(415) 785-3762
(415) 785-3805 fax

Eric M. Albritton
  Texas State Bar No. 00790215
  ema@emafirm.com
Stephen E. Edwards
  Texas State Bar No. 00784008
  see@emafirm.com
Michael A. Benefield
  Texas State Bar No. 24073408
  mab@emafirm.com
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
(903) 757-8449
(903) 758-7397 fax

*Counsel for Blue Spike LLC*

### Certificate of Service

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on January 3, 2013.

/s/ Christopher A. Honea

### CERTIFICATE OF CONFERENCE

I certify that on behalf of Blue Spike, LLC., I have met and conferred with counsel for Defendants on December 28, 2012 regarding the relief requested herein. Counsel for Defendants has indicated that they are unopposed to leave being granted for serving jurisdictional discovery.

/s/ Christopher A. Honea