UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § § § | |
| *Plaintiff,* | § § | CASE NO. 6:12-cv-499 LED<br>CONSOLIDATED from<br>Original No. 6:12-cv-646 LED |
| v. | § § | |
| TEXAS INSTRUMENTS, INC., et al., | § § § | Jury Trial Demanded |
| *Defendants.* | § § | |

## ORDER GRANTING UNNOPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO TVTAK USA, INC. AND TVTAK LTD.'S MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE

BEFORE THE COURT is Plaintiff Blue Spike, LLC ("Blue Spike") Unopposed Motion for Extension of Time to Respond to Defendants TVTAK USA, INC. AND TVTAK LTD.'S ("TvTak") MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE ("Motion to Dismiss"). The Court, having noted that the relief requested in unopposed, is of the opinion that the Motion should be GRANTED.

IT IS ORDERED that Plaintiff Blue Spike, LLC shall have until February 15, 2013, to respond to TvTak's Motion to Dismiss.

**So ORDERED and SIGNED this 3rd day of January, 2013.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**