IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC, | ) Civil Action No. 6:12cv499 |
| Plaintiff, | ) **JURY TRIAL DEMANDED** |
| vs. | ) |
| TEXAS INSTRUMENTS | ) |
| Defendant. | ) |

### CORPORATE DISCLOSURE STATEMENT OF GRIAULE

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Griaule discloses that it is a private corporation organized and existing under the laws of the State of California and has no parent corporation, and no publicly traded corporation owns more than 10% of its stock.

Respectfully submitted,

Dated:  January 4, 2013

_____/s/ Willie Briscoe_____
WILLIE C. BRISCOE
State Bar No. 24001788
THE BRISCOE LAW FIRM, PLLC
8150 N. Central Expressway, Suite 1575
Dallas, Texas  75206
Telephone: (214) 239-4568
Facsimile: (281) 254-7789

LAW OFFICE OF HERBERT T. PATTY
Herbert T. Patty
1625 The Alameda, Ste. 508
San Jose, CA 95126
Telephone: (408) 520-8701
Facsimile: (408) 549-9931

PUNZALAN LAW, P.C.
Mark Punzalan
600 Allerton Street, Suite 201
Redwood City, CA 94063
Telephone: (650) 362-4150
Facsimile: (650) 362-4151

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of January 2013, this instrument was filed pursuant to the electronic filing guidelines set forth by the United States District Court for the Eastern District of Texas, Tyler Division and that service will be further made in compliance with such guidelines.

*/s/ Willie C. Briscoe*
_____
Willie C. Briscoe