UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, <br>  *Plaintiff*, <br> v. <br> TEXAS INSTRUMENTS, INC., et al., <br>  *Defendants*. | § § § § § § § § § | CASE NO. 6:12-cv-499 LED <br> LEAD CASE <br> Jury Trial Demanded |
| Blue Spike, LLC, <br>  *Plaintiff*, <br> v. <br> BIOLINK SOLUTIONS LTD., and BIO-METRICA, LLC, <br>  *Defendants*. | § § § § § § § § § | CASE NO. 6:12-cv-648 LED <br> CONSOLIDATED CASE <br> Jury Trial Demanded |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT BIO-METRICA, LLC'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE**

 Plaintiff Blue Spike, LLC ("Blue Spike") respectfully moves the Court for an extension of time within which to respond to Bio-Metrica, LLC's MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE ("Motion to Dismiss").

 Blue Spike's current deadline to answer the Complaint is January 7, 2013.

 Blue Spike requests an extension of time of until February 4, 2013, to respond to Defendants' Motion to Dismiss. Counsel for Blue Spike has

1

conferred with counsel for Bio-Metrica, LLC and Bio-Metrica, LLC is unopposed to this request for extension of time.

Dated:  January 4, 2013

                                                Respectfully submitted,

                                                 /s/ Christopher A. Honea
                                                Randall T. Garteiser
                                                  Texas Bar No. 24038912
                                                  randall.garteiser@sftrialattorneys.com
                                                Christopher A. Honea
                                                  Texas Bar No. 24059967
                                                  chris.honea@sftrialattorneys.com
                                                Christopher S. Johns
                                                  Texas Bar No. 24044849
                                                  chris.johns@sftrialattorneys.com
                                                GARTEISER HONEA, P.C.
                                                44 North San Pedro Road
                                                San Rafael, California 94903
                                                (415) 785-3762
                                                (415) 785-3805 fax

                                                Eric M. Albritton
                                                  Texas State Bar No. 00790215
                                                  ema@emafirm.com
                                                Stephen E. Edwards
                                                  Texas State Bar No. 00784008
                                                  see@emafirm.com
                                                Michael A. Benefield
                                                  Texas State Bar No. 24073408
                                                  mab@emafirm.com
                                                ALBRITTON LAW FIRM
                                                P.O. Box 2649
                                                Longview, Texas 75606
                                                (903) 757-8449
                                                (903) 758-7397 fax

                                                *Counsel for Blue Spike LLC*

## Certificate of Service

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on January 4, 2013.

                                                            /s/ Christopher A. Honea

## CERTIFICATE OF CONFERENCE

I certify that on behalf of Blue Spike, LLC, I have met and conferred with counsel for Defendants on January 3, 2012 regarding the relief requested herein. Counsel for Defendants has indicated that they are unopposed to the extension being granted.

                                                              /s/ Christopher A. Honea