# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC.,<br><br>    Defendant. | Civil Action No.: 6:12-cv-00499-LED<br><br>**JURY TRIAL DEMANDED** |
| BLUE SPIKE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>BMAT LICENSING, S.L.,<br><br>    Defendant. | Civil Action No.: 6:12-cv-00682-LED<br>(*Consolidated with* 6:12-cv-00499-LED)<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION REGARDING WAIVER OF SERVICE

The Parties have agreed to save the expense of properly serving BMAT Licensing, S.L. ("BMAT"), a Spanish entity, with a summons and complaint in this case. *See* executed Waiver of the Service of Summons, attached as Exhibit 1.

Defendant BMAT Licensing, S.L. will keep all defenses or objections to the lawsuit, the Court's jurisdiction, and the venue of the action, but BMAT has waived any objections to the absence of a summons or of service.

BMAT must file and serve an answer or a motion under F.R.C.P. 12 within 90 days from December 11, 2012, being March 11, 2013, the date mandated by F.R.C.P. 4(d)(3).

Date: January 7, 2013

Respectfully submitted,

By: */s/ Eric H. Findlay*
Eric H. Findlay (State Bar No. 00789886)
Brian Craft (State Bar No. 04972020)
Walter W. Lackey, Jr. (State Bar No. 24050901)
FINDLAY CRAFT LLP
6760 Old Jacksonville Highway
Suite 101
Tyler, TX 75703
Phone:  903 571 696
efindlay@findlaycraft.com
bcraft@findlaycraft.com
wlackey@findlaycraft.com

ATTORNEYS FOR DEFENDANT BMAT LICENSING, S.L.

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing *via* electronic mail to all counsel of record.

/s/ *Eric H. Findlay*
Eric H. Findlay