IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TEXAS INSTRUMENTS, INC.,<br><br>　　　　　Defendant. | Civil Action No. 6:12-cv-00499-LED<br><br>LEAD CASE<br><br>**JURY TRIAL DEMANDED** |
| BLUE SPIKE, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ATTRIBUTOR CORPORATION,<br><br>　　　　　Defendant. | Civil Action No. 6:12-cv-00540-LED<br><br>CONSOLIDATED CASE<br><br>**JURY TRIAL DEMANDED** |

**ATTRIBUTOR CORPORATION'S UNOPPOSED
MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL**

Defendant Attributor Corporation ("Attributor") requests that its counsel of record, Joshua M. Masur of Turner Boyd LLP, 2570 West El Camino Real, Suite 380, Mountain View, California 94040, be allowed to withdraw as counsel for Attributor in the above-captioned case and that Kristin L. Cleveland and John D. Vandenberg of Klarquist Sparkman, LLP, 121 SW Salmon Street, Suite 1600, Portland, Oregon 97204, be substituted as counsel in his place.  Mr. Masur also requests to be removed from the electronic service list in this case.

This substitution of counsel has been agreed to by all parties, including Plaintiff, Blue Spike, LLC, and is not sought for purposes of delay.

1

WHEREFORE, PREMISES CONSIDERED, Attributor respectfully requests that the Court grant this Unopposed Motion to Withdraw and Substitute Counsel.

Respectfully submitted,

TURNER BOYD LLP

Dated: January 7, 2013    By:    s/ Joshua M. Masur
Joshua M. Masur (CA State Bar No. 203510)
masur@turnerboyd.com
2570 West El Camino Real, Suite 380
Mountain View, California 94040
Telephone: (650) 521-5930
Facsimile: (650) 521-5931

KLARQUIST SPARKMAN, LLP

By:    s/ Kristin L. Cleveland
Kristin L. Cleveland (OR State Bar No. 001318)
kristin.cleveland@klarquist.com
John D. Vandenberg (OR State Bar No. 893755)
121 SW Salmon Street, Suite 1600
Portland, Oregon 97204
Telephone: (503) 595-5300
Facsimile: (503) 595-5301

ATTORNEYS FOR DEFENDANT
ATTRIBUTOR CORPORATION

## CERTIFICATE OF CONFERENCE

On January 4, 2013, attorneys Joshua M. Masur and Kristin L. Cleveland corresponded by email with attorney Randall Garteiser, representing Plaintiff, regarding the issues presented herein.  This motion is unopposed.

s/ Kristin L. Cleveland
Kristin L. Cleveland

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 7, 2013, a true and correct copy of the above and foregoing document has been served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

s/ Kristin L. Cleveland
Kristin L. Cleveland
