UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, <br>  *Plaintiff*, <br> v. <br> TEXAS INSTRUMENTS, INC., et al., <br>  *Defendants*. | § § § § § § § § § § | CASE NO. 6:12-cv-499 LED <br> LEAD CASE <br> Jury Trial Demanded |
| Blue Spike, LLC, <br>  *Plaintiff*, <br> v. <br> BIOLINK SOLUTIONS LTD., and BIO-METRICA, LLC, <br>  *Defendants*. | § § § § § § § § § § | CASE NO. 6:12-cv-648 LED <br> CONSOLIDATED CASE <br> Jury Trial Demanded |

**ORDER GRANTING UNOPPOSED MOTION
FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT BIO-METRICA, LLC'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE**

BEFORE THE COURT is Plaintiff Blue Spike, LLC ("Blue Spike") Unopposed Motion for Extension of Time to Respond to Bio-Metrica, LLC's MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE ("Motion to Dismiss"). The Court, having noted that the relief requested in unopposed, is of the opinion that the Motion should be GRANTED.

IT IS ORDERED that Plaintiff Blue Spike, LLC shall have until February 4, 2013, to respond to Bio-Metrica's Motion to Dismiss.

**So ORDERED and SIGNED this 7th day of January, 2013.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**