# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> TEXAS INSTRUMENTS, INC., <br><br> *Defendant*. | Civil Action No. 6:12-cv-499-LED <br><br> **JURY TRIAL DEMANDED** |
| BLUE SPIKE, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> ZK TECO, INC., ET AL, <br><br> *Defendant*. | Civil Action No. 6:12-cv-608-LED <br><br> **JURY TRIAL DEMANDED** |

## CORPORATE DISCLOSURE STATEMENT OF ZK SOFTWARE BIOMETRIC IDENTIFICATION TECHNOLOGY, CO., LTD

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant ZK Teco is a d/b/a name used by ZK Software Biometric Identification Technology Co., Ltd., a private Chinese corporation. No public company owns more than 10% of its stock.

Respectfully submitted,

Dated: January 9, 2013

/s/ Robert F. Kramer
Robert F. Kramer
CA State Bar No. 181706
SNR DENTON US LLP
1530 Page Mill Road, Suite 200
Palo Alto, CA 94304
Telephone: (650) 798-0356
Facsimile: (650) 798-0310
robert.kramer@snrdenton.com

ATTORNEYS FOR DEFENDANT
ZK SOFTWARE
BIOMETRIC IDENTIFICATION
TECHNOLOGY, CO., LTD

- 2 -

## CERTIFICATE OF SERVICE

       I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed.R.Civ.P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of this document via email, facsimile and/or U.S. First Class Mail this 9th day of January, 2013.

                                      /s/ Robert F. Kramer
                                        Robert F. Kramer