Appendix K                                                           Revised: 8/7/2012

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
Tyler         DIVISION
### APPLICATION TO APPEAR PRO HAC VICE

**APPROVED**
By PBell at 12:04 pm, Jan 08, 2013

1. This application is being made for the following: Case # 6:12-CV-576 (cons. w/6:12-CV-499)
Style/Parties: Blue Spike LLC v. Audible Magic et al.
2. Applicant is representing the following party/ies: Defendant TuneCore, Inc.
3. Applicant was admitted to practice in California (state) on 12/14/1992 (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant ○has ⊙has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant ○has ⊙has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant ○has ⊙has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
Northern District of California; Ninth Circuit Court of Appeals; Federal Circuit Court of Appeals
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**
I, Susan Roeder _____ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date 01/07/2013            Signature  /s/ Susan Roeder      (/s/Signature)

Application Continued on Page 2

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
## APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) Susan Roeder

Bar Number /State 160897/California

Firm Name: O'Melveny & Myers LLP

Address/P.O. Box: 2765 Sand Hill Road

City/State/Zip: Menlo Park, CA 94025

Telephone #: (650) 473-2600

Fax #: (650) 473-2601

E-mail Address: sroeder@omm.com

Secondary E-Mail Address: _____

This application has been approved for the court on: **1/8/13**

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By *Petoria Bell*
Deputy Clerk

Additional Instructions
Complete page 1 and 2 of this Application and email to the email address you see approval. Once approved, the Clerk will email to you your fee filing and forward on. If you do not have an account, you will still need to visit the approval email. Once the clerk before filing your appearance application. For complete instructions please visit our website http://www.txed.uscourts.gov/

Email Application