# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC.,<br><br>　　　　Defendant. | Civil Action No.: 6:12-cv-00499-LED<br><br>**JURY TRIAL DEMANDED** |
| BLUE SPIKE, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BMAT LICENSING, S.L.,<br><br>　　　　Defendant. | Civil Action No.: 6:12-cv-00682-LED<br>(*Consolidated with* 6:12-cv-00499-LED)<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE OF COUNSEL

Defendant BMAT Licensing, S.L. ("BMAT"), files this Notice of Appearance, and hereby notifies the Court that Walter W. Lackey, Jr., of the law firm Findlay Craft, LLP, 6760 Old Jacksonville Hwy, Suite 101, Tyler, TX  75703, Telephone (903) 534-1100, Fax (903) 534-1137, E-mail: wlackey@findlaycraft.com has entered this action as counsel for BMAT. In connection with this notice, Mr. Lackey requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on him at the above address and contact information.

Dated: January 9, 2013　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　By: */s/ Walter W. Lackey, Jr.*
　　　　　　　　　　　　　　　　　　　　　　　　Walter W. Lackey, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24050901

2

          FINDLAY CRAFT, LLP
          6760 Old Jacksonville Hwy
          Suite 101
          Tyler, TX 75703
          Telephone: (903) 534-1100
          Facsimile: (903) 534-1137
          wlackey@findlaycraft.com

### CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2012, I electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing *via* electronic mail to all counsel of record.

          /s/ *Walter W. Lackey, Jr.*
          Walter W. Lackey, Jr.