**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| BLUE SPIKE, LLC, *Plaintiff*, v. TEXAS INSTRUMENTS, INC. *Defendant*. | Civil Action No. 6:12-CV-499-LED (LEAD CASE) JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC, *Plaintiff*, v. Fulcrum Biometrics, LLC, *et al*, *Defendants*. | Civil Action No. 6:12-cv-00610-LED (CONSOLIDATED WITH 6:12-CV-499) JURY TRIAL DEMANDED |

**NOTICE OF APPEARANCE OF COUNSEL**

Defendant Fulcrum Biometrics, LLC, files this Notice of Appearance, and hereby notifies the Court that Eric H. Findlay, of the law firm Findlay Craft, LLP, 6760 Old Jacksonville Hwy, Suite 101, Tyler, TX 75703, Telephone (903) 534-1100, Fax (903) 534-1137, E-mail: efindlay@findlaycraft.com has entered this action as counsel for Fulcrum Biometrics, LLC. In connection with this notice, Mr. Findlay requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on him at the above address and contact information.

Dated: January 9, 2013

Respectfully submitted,

By: /s/ *Eric H. Findlay*
Eric H. Findlay
State Bar No. 00789886

2

        Findlay Craft, LLP
        6760 Old Jacksonville Hwy
        Suite 101
        Tyler, TX  75703
        (903) 534-1100
        (903) 534-1137 FAX
        efindlay@findlaycraft.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2013, I electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing *via* electronic mail to all counsel of record.

        /s/ *Eric H. Findlay*
        Eric H. Findlay