IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br>    *Plaintiff*,<br>v.<br>TEXAS INSTRUMENTS, INC.<br>    *Defendant*. | Civil Action No. 6:12-CV-499-LED<br><br>(LEAD CASE)<br><br>JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC,<br>    *Plaintiff*,<br>v.<br>Fulcrum Biometrics, LLC, *et al*,<br>    *Defendants*. | Civil Action No. 6:12-cv-00610-LED<br><br>(CONSOLIDATED WITH 6:12-CV-499)<br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE OF COUNSEL

Defendants Fulcrum Biometrics, LLC and NEUROtechnology (collectively "Defendants"), files this Notice of Appearance, and hereby notifies the Court that Walter W. Lackey, Jr., of the law firm Findlay Craft, LLP, 6760 Old Jacksonville Hwy, Suite 101, Tyler, TX  75703, Telephone (903) 534-1100, Fax (903) 534-1137, E-mail: wlackey@findlaycraft.com has entered this action as counsel for Defendants. In connection with this notice, Mr. Lackey requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on him at the above address and contact information.

Dated: January 9, 2013                                              Respectfully submitted,

                                                                    By: */s/ Walter W. Lackey, Jr.*

Walter W. Lackey, Jr.<br>
Texas Bar No. 24050901<br>
FINDLAY CRAFT, LLP<br>
6760 Old Jacksonville Hwy<br>
Suite 101<br>
Tyler, TX 75703<br>
Telephone: (903) 534-1100<br>
Facsimile: (903) 534-1137<br>
wlackey@findlaycraft.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2012, I electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing *via* electronic mail to all counsel of record.

/s/ *Walter W. Lackey, Jr.*<br>
Walter W. Lackey, Jr.