UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC, | ) |
| | ) CIVIL ACTION NO. 6:12-CV-499-LED |
| Plaintiff, | ) **LEAD CASE** |
| | ) |
| v. | ) CIVIL ACTION NO. 6:12-CV-694-LED |
| | ) **CONSOLIDATED CASE** |
| PRECISE BIOMETRICS, INC. AND | ) |
| PRECISE BIOMETRICS AB, | ) **JURY TRIAL DEMANDED** |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE OF COUNSEL

Defendants Precise Biometrics, Inc. and Precise Biometrics AB (collectively, "Precise Biometrics") hereby file this Notice of Appearance, and hereby notify the Court that Russell E. Levine, of the law firm Kirkland & Ellis LLP, 300 N. LaSalle Street, Chicago, IL 60654, Telephone (312) 862-2000, Fax (312) 862-2200, E-mail: russell.levine@kirkland.com has entered this action as counsel for Precise Biometrics.

In connection with this notice, Mr. Levine requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on him at the above address and contact information.

* * *

Dated:  January 8, 2013

Respectfully submitted,

/s/ 

Russell E. Levine, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Tel.: (312) 862-2000
Fax: (312) 862-2200
Email: russell.levine@kirkland.com

***Attorney for Defendants Precise Biometrics, Inc. and Precise Biometrics AB***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 10, 2013, all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing **NOTICE OF APPEARANCE OF COUNSEL** via the CM/ECF system per Local Rule CV-5(a).

>                                       */s/ Russell E. Levine*
>                                       Russell E. Levine, P.C.