IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, <br>    *Plaintiff*, <br> v. <br> TEXAS INSTRUMENTS, INC. <br>    *Defendant*. <br> _____ | § § § § § § § § § § | Civil Action No. 6:12-CV-499-LED <br><br> (LEAD CASE) <br><br> JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC, <br>    *Plaintiff*, <br> v. <br> Fulcrum Biometrics, LLC, *et al*, <br>    *Defendants*. | § § § § § § § § § § | Civil Action No. 6:12-cv-00610-LED <br><br> (CONSOLIDATED WITH 6:12-CV-499) <br><br> JURY TRIAL DEMANDED |

**FULCRUM BIOMETRICS, LLC'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant Fulcrum Biometrics, LLC ("Fulcrum") discloses that it has no parent corporation and no publicly held corporation holds 10% or more of its stock.

Dated:  January 10, 2013

By:

                                        */s/ Eric H. Findlay*
                                        Eric H. Findlay (Texas Bar No. 00789886)
                                        Walter W. Lackey, Jr. (Texas Bar No. 24050901)
                                        FINDLAY CRAFT, LLP
                                        6760 Old Jacksonville Hwy, Suite 101
                                        Tyler, TX 75703

        Telephone:  (903) 534-1100
        Facsimile:   (903) 534-1137
        efindlay@findlaycraft.com
        wlackey@findlaycraft.com

        Attorneys for Defendant
        FULCRUM BIOMETRICS, LLC

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served electronically on opposing counsel pursuant to Local Rule CV-5(a)(3) on January 10, 2013.

        */s/ Eric H. Findlay*
        Eric H. Findlay