IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC, | Civil Action No. 6:12-cv-00499-LED |
| Plaintiff, | LEAD CASE |
| v. | **JURY TRIAL DEMANDED** |
| TEXAS INSTRUMENTS, INC., | |
| Defendant. | |
| BLUE SPIKE, LLC, | Civil Action No. 6:12-cv-00540-LED |
| Plaintiff, | CONSOLIDATED CASE |
| v. | **JURY TRIAL DEMANDED** |
| ATTRIBUTOR CORPORATION, | |
| Defendant. | |

**ORDER GRANTING ATTRIBUTOR CORPORATION'S
UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL**

The Court, having considered defendant Attributor Corporation's ("Attributor") Unopposed Motion to Withdraw and Substitute Counsel, finds that it is well taken and hereby GRANTS the motion.

It is therefore ORDERED that Joshua M. Masur of Turner Boyd LLP, 2570 West El Camino Real, Suite 380, Mountain View, California 94040 is withdrawn as counsel for Attributor in this action.  The Clerk's Office shall terminate him as counsel of record and shall remove him from the electronic service list in this case.

2

It is further ORDERED that Kristin L. Cleveland and John D. Vandenberg of Klarquist Sparkman, LLP, 121 SW Salmon Street, Suite 1600, Portland, Oregon 97204, be substituted in as counsel of record for Attributor in this case.

**So ORDERED and SIGNED this 10th day of January, 2013.**

_____
LEONARD DAVIS
UNITED STATES DISTRICT JUDGE