# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC, *Plaintiff,* v. TEXAS INSTRUMENTS, INC., *Defendant.* | Civil Action No. 6:12-cv-499-LED (LEAD CASE) **JURY TRIAL DEMANDED** |
| BLUE SPIKE, LLC, *Plaintiff,* v. NEC CORPORATION OF AMERICA, ET AL, *Defendant.* | Civil Action No. 6:12-cv-690-LED (CONSOLIDATED WITH 6:12-CV-499) **JURY TRIAL DEMANDED** |

**DEFENDANTS NEC CORPORATION OF AMERICA AND NEC CORPORATION'S DISCLOSURE PURSUANT TO RULE 7.1**

Defendant NEC Corporation of America hereby discloses the following list of any parent corporation and any publicly held corporation owning 10% or more of its stock:

- NEC Corporation of America is a wholly owned subsidiary of its parent corporation, NEC Corporation; and
- No other entity or individual owns 10% or more of NEC Corporation of America's stock.

Defendant NEC Corporation hereby discloses the following list of any parent corporation and any publicly held corporation owning 10% or more of its stock:

- NEC Corporation has no parent corporation and no entity or individual owns 10% or more of NEC Corporation's stock.

                                                                Respectfully submitted,

Dated: January 11, 2013              */s/ Deborah J. Race*
                                                  Deborah J. Race
                                                  State Bar No. 16448700
                                                  drace@icklaw.com
                                                  Otis Carroll
                                                  State Bar No. 3895700
                                                  nancy@icklaw.com
                                                  **IRELAND, CARROLL & KELLEY, PC**
                                                  6101 S. Broadway, Suite 500
                                                  Tyler, TX 75703
                                                  Telephone: (903) 561-1600
                                                  Facsimile: (903) 561-1071

                                                  Rachel Krevans
                                                  rkrevans@mofo.com
                                                  **MORRISON & FOERSTER LLP**
                                                  425 Market Center
                                                  San Francisco, CA 94105
                                                  Tel: (415) 268-6381
                                                  Fax: (415) 268-7522

                                                  Louise Stoupe
                                                  LStoupe@mofo.com
                                                  Timothy G. Doyle
                                                  TDoyle@mofo.com
                                                  **MORRISON & FOERSTER LLP**
                                                  Shin-Marunouchi Building 501,
                                                  Marunouchi 1-chome
                                                  Chiyoda-ku, Tokho 1005429
                                                  Tel: 81 3 3214 6979
                                                  Cell: 81 90 6499 0213

                                                  ATTORNEYS FOR DEFENDANT NEC
                                                  CORPORATION OF AMERICA AND NEC
                                                  CORPORATION

- 3 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 11, 2012, I electronically filed the foregoing:

**DEFENDANT NEC CORPORATION OF AMERICA AND NEC CORPORATION'S DISCLOSURE PURSUANT TO RULE 7.1**

and served sameon all counsel of record in accordance with the Federal Rules of Civil Procedure via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                  /s/ *Deborah J. Race*
                                                  Deborah J. Race