IN THEUNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **BLUE SPIKE, LLC** | § | |
| | § | |
| VS. | § | CASE NO. 6:12-CV-499 LED |
| | § | |
| **TEXAS INSTRUMENTS, INC.** | § | JURY TRIAL DEMANDED |

_____

| | | |
|---|---|---|
| **BLUE SPIKE, LLC** | § | |
| | § | |
| VS. | § | **CASE NO. 6:12-CV-690 LED** |
| | § | **(Consolidated with 6:12-CV-499)** |
| **NEC CORPORATION OF AMERICA.** | § | |
| **ET AL** | § | JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Otis Carroll, enters his appearance in this matter for consolidated Defendants NEC Corporation of America and NEC Corporation for purposes of receiving notices and orders from the Court.

Date:  January 11, 2013                                   Respectfully submitted,

                                                                          By:  _/s/ Otis Carroll_
                                                                          Otis Carroll
                                                                          State Bar No. 3895700
                                                                          nancy@icklaw.com
                                                                          Deborah J. Race
                                                                          State Bar No. 16448700
                                                                          drace@icklaw.com
                                                                          **Ireland, Carroll & Kelley, PC**
                                                                          6101 S. Broadway, Suite 500
                                                                          Tyler, TX 75703
                                                                          Telephone:  (903) 561-1600
                                                                          Facsimile:  (903) 561-1071

**CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 11th day of January, 2013.

／s/ Otis Carroll