# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC | § § | CIVIL ACTION NO. 6:12-CV-499-LED |
| VS. | § § | (LEAD CASE) |
| | § § | |
| TEXAS INSTRUMENTS, INC., ET AL | § | |

| | | |
|---|---|---|
| BLUE SPIKE, LLC | § § | CIVIL ACTION NO. 6:12-CV-576-LED |
| VS. | § § | (CONSOLIDATED CASE) |
| AUDIBLE MAGIC CORPORATION, ET AL | § § | |

## NOTICE OF APPEARANCE OF COUNSEL

Susan van Keulen, of the law firm of O'Melveny & Myers LLP, 2765 Sand Hill Road, Menlo Park, CA 94025, hereby enters an appearance as counsel for Defendant TuneCore, Inc. ("TuneCore"), and consents to electronic service of all papers in this action.

TuneCore has previously submitted an Answer in the Lead Case, Civil Action No. 6:12-cv-499 LED, on November 21, 2012.

Dated: January 15, 2013 Respectfully submitted,

    */s/ Susan van Keulen*
Susan van Keulen (*pro hac vice*)
California Bar No. 136060
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California 94025
Telephone: (650) 473-2600
Facsimile: (650) 473-2601
Email: svankeulen@omm.com

***Counsel for Defendant TuneCore, Inc.***

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of NOTICE OF APPEARANCE OF COUNSEL, via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 15th day of January 15, 2013.

                                                                _/s/ Susan van Keulen_