IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, § § Plaintiff, § § v. § TEXAS INSTRUMENTS, INC., § § Defendant. § § | | Civil Action No. 6:12-CV- 00499-MHS (LEAD CASE) |
| BLUE SPIKE, LLC, § § Plaintiff, § § v. § THE NIELSEN COMPANY (US) LLC, § § Defendant. § | | Civil Action No. 6:12-CV-00587- MHS (CONSOLIDATED CASE) JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE OF DARREN E. DONNELLY

Defendant The Nielsen Company (US) LLC, files this Notice of Appearance and hereby notifies the Court that Darren E. Donnelly, of the law firm of Fenwick & West LLP, is appearing as counsel for The Nielsen Company (US) LLC.  Darren E. Donnelly's e-mail address for purposes of receipt of Notices of Electronic Filing is as follows:  ddonnelly@fenwick.com and emancera@fenwick.com.

For other purposes, contact information for counsel is set forth below.  Defendant requests that Darren E. Donnelly be included on the Court's and parties' service lists.

1

Dated: January 22, 2013      FENWICK & WEST LLP

By:   */s/ Darren E. Donnelly*
    Darren E. Donnelly
    ddonnelly@fenwick.com

Teresa M. Corbin, CA Bar No. 132360
(Admitted E.D. Texas)
Bryan A. Kohm, CA Bar No.233276
(Admitted E.D. Texas)
David Lacy Kusters, CA Bar No.241335
(Admitted E.D. Texas)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, California 94104
Telephone: (415) 874-2300
Facsimile: (415) 281-1350

Darren E. Donnelly, CA Bar No. 194335
(Admitted E.D. Texas)
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, California 94041
Telephone: (650) 955-8500
Facsimile: (650) 983-5200

Attorneys for Defendant
THE NIELSEN COMPANY (US) LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on January 22, 2013.

    */s/ Darren E. Donnelly*
    Darren E. Donnelly