IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC.,<br><br>    *Defendant.* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 6:12-CV-499-MHS<br><br>(LEAD CASE)<br><br>**JURY TRIAL DEMANDED** |
| BLUE SPIKE, LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>FUJITSU AMERICA, INC., *et al.*,<br><br>    *Defendants.* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 6:12-CV-616-MHS<br><br>(CONSOLIDATED WITH 6:12-CV-499)<br><br>**JURY TRIAL DEMANDED** |

## FUJITSU DEFENDANTS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Fujitsu America, Inc., Fujitsu Semiconductor America, Inc., Fujitsu Computer Products of America, Inc., and Fujitsu Frontech North America, Inc. (collectively, "Fujitsu") hereby state:

1. Fujitsu America, Inc. is a wholly-owned subsidiary of Fujitsu North America Holdings, Inc., which is a wholly-owned subsidiary of Fujitsu Limited. Fujitsu Limited is a publicly traded company organized and existing under the laws of Japan and has no parent corporation. There is no publicly held corporation that owns 10% or more of Fujitsu Limited's stock.

2. Fujitsu Semiconductor America, Inc. is a wholly-owned subsidiary of Fujitsu Semiconductor Limited, which in turn is a wholly-owned subsidiary of Fujitsu Limited.

3. Fujitsu Computer Products of America, Inc. is a wholly-owned subsidiary of Fujitsu Management Services of America, Inc., which in turn is a wholly-owned subsidiary of Fujitsu Limited.

4. Fujitsu Frontech North America, Inc., formerly known as Fujitsu Transaction Solutions, Inc., is a wholly-owned subsidiary of Fujitsu Frontech Limited, a publicly held company in Japan, the majority of whose shares are owned by Fujitsu Limited.

| Dated: January 24, 2013 | Respectfully submitted,<br><br> /s/ Robert F. Kramer <br>Robert F. Kramer<br>CA State Bar No. 181706<br>SNR DENTON US LLP<br>1530 Page Mill Road, Suite 200<br>Palo Alto, CA 94304<br>Telephone: (650) 798-0356<br>Facsimile: (650) 798-0310<br>robert.kramer@snrdenton.com<br><br>ATTORNEYS FOR DEFENDANTS FUJITSU AMERICA, INC., FUJITSU SEMICONDUCTOR AMERICA, INC., FUJITSU COMPUTER PRODUCTS AMERICA, INC., AND FUJITSU FRONTECH NORTH AMERICA, INC. |
|---|---|

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed.R.Civ.P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of this document via email, facsimile and/or U.S. First Class Mail this 24th day of January, 2013.

    /s/ Robert F. Kramer
    Robert F. Kramer

27402166