IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, § § Plaintiff, § § v. § § TEXAS INSTRUMENTS, INC., § § Defendant. § § | | Civil Action No. 6:12-CV- 00499-MHS (LEAD CASE) |
| BLUE SPIKE, LLC, § § Plaintiff, § § v. § § THE NIELSEN COMPANY (US) LLC, § § Defendant. § | | Civil Action No. 6:12-CV-00587- MHS (CONSOLIDATED CASE) JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE OF DAVID LACY KUSTERS

Defendant The Nielsen Company (US) LLC, files this Notice of Appearance and hereby notifies the Court that David Lacy Kusters, of the law firm of Fenwick & West LLP, is appearing as counsel for The Nielsen Company (US) LLC.  The e-mail address for David Lacy Kusters for purposes of receipt of Notices of Electronic Filing is as follows:  dlacykusters@fenwick.com and anolen@fenwick.com.

For other purposes, contact information for counsel is set forth below.  Defendant requests that David Lacy Kusters be included on the Court's and parties' service lists.

1

Dated: January 24, 2013                FENWICK & WEST LLP


By: */s/ David Lacy Kusters*
David Lacy Kusters
dlacykusters@fenwick.com

Teresa M. Corbin, CA Bar No. 132360
(Admitted E.D. Texas)
Bryan A. Kohm, CA Bar No.233276
(Admitted E.D. Texas)
David Lacy Kusters, CA Bar No.241335
(Admitted E.D. Texas)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, California 94104
Telephone:    (415) 874-2300
Facsimile:     (415) 281-1350

Darren E. Donnelly, CA Bar No. 194335
(Admitted E.D. Texas)
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, California  94041
Telephone:       (650) 955-8500
Facsimile:      (650) 983-5200


Attorneys for Defendant
THE NIELSEN COMPANY (US) LLC


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on January 24, 2013.


*/s/ David Lacy Kusters*
David Lacy Kusters