# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § § § § § § § § § § | Civil Action No. 6:12-CV- 00499-MHS (LEAD CASE) |
| Plaintiff, | | |
| v. | | |
| TEXAS INSTRUMENTS, INC., | | |
| Defendant. | | |
| BLUE SPIKE, LLC, | § § § § § § § § § § | Civil Action No. 6:12-CV-00587- MHS (CONSOLIDATED CASE) |
| Plaintiff, | | |
| v. | | |
| THE NIELSEN COMPANY (US) LLC, | | JURY TRIAL DEMANDED |
| Defendant. | | |

## NOTICE OF APPEARANCE OF BRYAN A. KOHM

Defendant The Nielsen Company (US) LLC, files this Notice of Appearance and hereby notifies the Court that Bryan A. Kohm, of the law firm of Fenwick & West LLP, is appearing as counsel for The Nielsen Company (US) LLC.  Bryan A. Kohm's e-mail address for purposes of receipt of Notices of Electronic Filing is as follows:  bkohm@fenwick.com and anolen@fenwick.com.

For other purposes, contact information for counsel is set forth below.  Defendant requests that Bryan A. Kohm be included on the Court's and parties' service lists.

1

Dated:    January 24, 2013                    FENWICK & WEST LLP


By:    /s/ Bryan A. Kohm
        Bryan A. Kohm
        bkohm@fenwick.com

Teresa M. Corbin, CA Bar No. 132360
(Admitted E.D. Texas)
Bryan A. Kohm, CA Bar No.233276
(Admitted E.D. Texas)
David Lacy Kusters, CA Bar No.241335
(Admitted E.D. Texas)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, California 94104
Telephone:    (415) 874-2300
Facsimile:    (415) 281-1350

Darren E. Donnelly, CA Bar No. 194335
(Admitted E.D. Texas)
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, California  94041
Telephone:     (650) 955-8500
Facsimile:    (650) 983-5200


Attorneys for Defendant
THE NIELSEN COMPANY (US) LLC


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have

consented to electronic service are being served with a copy of this document via the Court's

CM/ECF system per Local Rule CV-5(a)(3) on January 24, 2013.


                                /s/ Bryan A. Kohm
                                Bryan A. Kohm


2