IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, § § Plaintiff, § § v. § TEXAS INSTRUMENTS, INC., § § Defendant. § § | § § § § § § § § § § § | Civil Action No. 6:12-CV- 00499-MHS (LEAD CASE) |
| BLUE SPIKE, LLC, § § Plaintiff, § § v. § THE NIELSEN COMPANY (US) LLC, § § Defendant. § | § § § § § § § § § | Civil Action No. 6:12-CV-00587- MHS (CONSOLIDATED CASE) JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE OF TERESA M. CORBIN

Defendant The Nielsen Company (US) LLC , files this Notice of Appearance and hereby notifies the Court that Teresa M. Corbin, of the law firm of Fenwick & West LLP, is appearing as counsel for The Nielsen Company (US) LLC.  Teresa M. Corbin's e-mail address for purposes of receipt of Notices of Electronic Filing is as follows:  tcorbin@fenwick.com and cprado@fenwick.com.

For other purposes, contact information for counsel is set forth below.  Defendant requests that Teresa M. Corbin be included on the Court's and parties' service lists.

Dated:   January 24, 2013                           FENWICK & WEST LLP


                                      By:   */s/ Teresa M. Corbin*
                                            Teresa M. Corbin
                                            tcorbin@fenwick.com

Teresa M. Corbin, CA Bar No. 132360
(Admitted E.D. Texas)
Bryan A. Kohm, CA Bar No.233276
(Admitted E.D. Texas)
David Lacy Kusters, CA Bar No.241335
(Admitted E.D. Texas)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, California 94104
Telephone:     (415) 874-2300
Facsimile:     (415) 281-1350

Darren E. Donnelly, CA Bar No. 194335
(Admitted E.D. Texas)
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, California  94041
Telephone:       (650) 955-8500
Facsimile:     (650) 983-5200


Attorneys for Defendant
THE NIELSEN COMPANY (US) LLC


### CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on January 24, 2013.


                                            */s/ Teresa M. Corbin*
                                            Teresa M. Corbin