IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **BLUE SPIKE, LLC,** ) <br> ) <br> v. ) <br> ) <br> **TEXAS INSTRUMENTS, INC.,** ) <br> ) | Civil Action No. 6:12-CV-499-MHS <br><br> (LEAD CASE) |
| **BLUE SPIKE, LLC,** ) <br> ) <br> v. ) <br> ) <br> **LUMIDIGM, INC**, *et al.*, ) <br> ) | Civil Action No. 6:12-CV-681-MHS <br><br> (CONSOLIDATED CASE) |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Charles Gideon Korrell, enters his appearance in this matter for consolidated Defendant Lumidigm, Inc. for purposes of receiving notices and orders from the Court.

- 2 -

| | |
|---|---|
| Date:   January 28, 2013 | SNR DENTON US LLP<br><br>By: */s/ Charles G. Korrell*<br>   Charles Gideon Korrell<br>   Gideon.Korrell@snrdenton.com<br><br>Robert F. Kramer, CA Bar No. 181706<br>(Admitted E.D. Texas)<br>SNR Denton US LLP<br>525 Market Street<br>26th Floor<br>San Francisco, CA 94105<br>Telephone:  (415) 882-2416<br>Facsimile:  (415) 882-0300<br><br>Gary Bruce Solomon, TX. Bar No.24010412<br>(Admitted E.D. Texas)<br>SNR Denton US LLP<br>2000 McKinney Avenue<br>Suite 1900<br>Dallas, TX 75201<br>Telephone:  (214) 259-0941<br>Fax: (214) 259-0910<br><br>Charles G. Korrell, CA Bar No. 284890<br>(Admitted E.D. Texas)<br>SNR Denton US LLP<br>1530 Page Mill Rd., Suite 200<br>Palo Alto, CA 94304<br>Telephone:  (650) 798-0300<br>Facsimile:  (650) 798-0310<br><br>*Counsel for Defendant*<br>*Lumidigm, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 28th day of January, 2013.

_____/s/ Charles G. Korrell_____