**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| **BLUE SPIKE, LLC,** ) | |
| ) | |
| **v.** ) | Civil Action No. 6:12-CV-499-MHS |
| ) | |
| **TEXAS INSTRUMENTS, INC.,** ) | (LEAD CASE) |
| ) | |
| | |
| **BLUE SPIKE, LLC,** ) | |
| ) | |
| **v.** ) | Civil Action No. 6:12-CV-607-MHS |
| ) | |
| **SECUGEN CORPORATION,** *et al.,* ) | (CONSOLIDATED CASE) |
| ) | |

**NOTICE OF APPEARANCE**

Notice is hereby given that the undersigned attorney, Charles Gideon Korrell, enters his appearance in this matter for consolidated Defendant SecuGen Corporation for purposes of receiving notices and orders from the Court.

Date:   January 28, 2013

SNR DENTON US LLP

By: */s/ Charles G. Korrell*
   Charles Gideon Korrell
   Gideon.Korrell@snrdenton.com

Robert F. Kramer, CA Bar No. 181706
(Admitted E.D. Texas)
SNR Denton US LLP
525 Market Street
26th Floor
San Francisco, CA 94105
Telephone:  (415) 882-2416
Facsimile:  (415) 882-0300

Quian Huang, DC Bar No. 495542
(*pro hac vice*)
SNR Denton US LLP
1301 K St. NW
Suite 600 East Tower
Washington, DC 20005
Telephone:  (202) 408-5546
Facsimile:  (202) 408-6399

Charles G. Korrell, CA Bar No. 284890
(Admitted E.D. Texas)
SNR Denton US LLP
1530 Page Mill Rd., Suite 200
Palo Alto, CA 94304
Telephone:  (650) 798-0300
Facsimile:  (650) 798-0310

***Counsel for Defendant***
***SecuGen Corporation***

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 28th day of January, 2013.

      /s/ Charles G. Korrell