IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** | ) ) ) | |
| v. | ) ) | Civil Action No. 6:12-CV-499-MHS |
| **TEXAS INSTRUMENTS, INC.,** | ) ) ) | (LEAD CASE) |
| | ) ) ) | |
| **BLUE SPIKE, LLC,** | ) ) | |
| v. | ) ) | Civil Action No. 6:12-CV-608-MHS |
| **ZK SOFTWARE BIOMETRIC IDENTIFICATION TECHNOLOGY CO., LTD.** and **ZK TECHNOLOGY LLC,** *et al.*, | ) ) ) ) ) ) | (CONSOLIDATED CASE) |

### NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Charles Gideon Korrell, enters his appearance in this matter for consolidated defendants ZK Technology LLC and ZK Software Biometric Identification Technology Co., Ltd. for purposes of receiving notices and orders from the Court.

- 2 -

| | |
|---|---|
| Date:   January 28, 2013 | SNR DENTON US LLP<br><br>By: */s/ Charles G. Korrell*<br>   Charles Gideon Korrell<br>   Gideon.Korrell@snrdenton.com<br><br>Robert F. Kramer, CA Bar No. 181706<br>(Admitted E.D. Texas)<br>SNR Denton US LLP<br>525 Market Street<br>26th Floor<br>San Francisco, CA 94105<br>Telephone:  (415) 882-2416<br>Facsimile:  (415) 882-0300<br><br>Charles G. Korrell, CA Bar No. 284890<br>(Admitted E.D. Texas)<br>SNR Denton US LLP<br>1530 Page Mill Rd., Suite 200<br>Palo Alto, CA 94304<br>Telephone:  (650) 798-0300<br>Facsimile:  (650) 798-0310<br><br>***Counsel for Defendants***<br>***ZK Software Biometric Identification***<br>***Technology Co., Ltd. and***<br>***ZK Technology LLC*** |

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 28th day of January, 2013.

   /s/ Charles G. Korrell