UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **Blue Spike, LLC,** | § | |
| *Plaintiff*, | § | CASE NO. 6:12-cv-499 MHS |
| v. | § | LEAD CASE |
| **Texas Instruments, Inc., et al.,** | § | Jury Trial Demanded |
| *Defendants*. | § | |
| **Blue Spike, LLC,** | § | |
| *Plaintiff*, | § | CASE NO. 6:12-cv-652 MHS |
| v. | § | CONSOLIDATED CASE |
| **Integrated Biometrics, LLC,** | § | Jury Trial Demanded |
| *Defendant*. | § | |

### ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT INTEGRATED BIOMETRICS, LLC

Pursuant to Fed. R. Civ. P. 41(a), recognizing the Agreed Motion to Dismiss with Prejudice filed by plaintiff Blue Spike, LLC and defendant Integrated Biometrics, LLC pursuant to a settlement of the above-captioned litigation between the parties, it is ordered as follows:

ORDERED that the claims asserted herein by plaintiff Blue Spike, LLC against defendant Integrated Biometrics, LLC be, and hereby are, dismissed with prejudice;

ORDERED that the counterclaims and defenses asserted herein by defendant Integrated Biometrics, LLC against plaintiff Blue Spike, LLC be, and hereby are, dismissed with prejudice; and

ORDERED that the parties shall bear their own attorneys' fees, expenses and costs.

**It is SO ORDERED.**

**SIGNED this 31st day of January, 2013.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE