UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § § § § | |
| *Plaintiff*, | § § | CASE NO. 6:12-cv-499 LED |
| v. | § § | LEAD CASE |
| TEXAS INSTRUMENTS, INC., et al., | § § § § | Jury Trial Demanded |
| *Defendants*. | § § § | |
| Blue Spike, LLC, | § § § | |
| *Plaintiff*, | § § | CASE NO. 6:12-cv-648 LED |
| v. | § § | CONSOLIDATED CASE |
| BIOLINK SOLUTIONS LTD., and BIO-METRICA, LLC, | § § § § | Jury Trial Demanded |
| *Defendants*. | § § | |

**ORDER GRANTING UNOPPOSED MOTION
FOR SECOND EXTENSION OF TIME TO RESPOND TO
DEFENDANT BIO-METRICA, LLC'S MOTION TO DISMISS FOR
LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE**

BEFORE THE COURT is Plaintiff Blue Spike, LLC ("Blue Spike") Unopposed Motion for Extension of Time to Respond to Bio-Metrica, LLC's MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE ("Motion to Dismiss"). The Court, having noted that the relief requested in unopposed, is of the opinion that the Motion should be granted.

IT IS ORDERED that Plaintiff Blue Spike, LLC shall have until February 25, 2013, to respond to Bio-Metrica's Motion to Dismiss.