IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC.,<br><br>  Defendant. | §§§§§§§§§§§<br><br>CIVIL ACTION NO. 6:12-CV-499-MHS<br><br>**JURY TRIAL DEMANDED** |
| BLUE SPIKE, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>AOPTIX TECHNOLOGIES, INC.,<br><br>  Defendant. | §§§§§§§§§§§<br><br>CIV ACTION NO. 6:13-CV-040-MHS<br><br>**JURY TRIAL DEMANDED** |

### NOTICE OF APPEARANCE OF TERESA M. CORBIN

Defendant AOptix Technologies, Inc. ("AOptix") files this Notice of Appearance, and hereby notifies the Court that Teresa M. Corbin of the law firm of Fenwick & West LLP, 555 California Street, 12th Floor, San Francisco, California 94104, Telephone (415) 875-2300, Facsimile (415) 281-1350, email: tcorbin@fenwick.com; cprado@fenwick.com, has entered this action as counsel for Defendant AOptix for all purposes, including receiving notices and orders from the Court.

Dated: February 5, 2013            FENWICK & WEST LLP

By: _____*/s/ Teresa M. Corbin*_____
Teresa M. Corbin (CSB No. 132360)
(Admitted E.D. Texas)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Defendant
AOPTIX TECHNOLOGIES, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2013, I electronically filed the foregoing **NOTICE OF APPEARANCE OF TERESA M. CORBIN** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

/s/Teresa M. Corbin
Teresa M. Corbin