UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 6:12-CV-499-MHS
Name of party requesting extension: Defendant AOPTIX TECHNOLOGIES, INC.
Is this the first application for extension of time in this case?   ✓ Yes
☐ No
If no, please indicate which application this represents:   ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 1/18/2013
Number of days requested:   ✓ 30 days
☐ 15 days
☐ Other _____ days
New Deadline Date: 3/11/2013   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name:   Teresa M. Corbin
State Bar No.:   CSB No. 132360
Firm Name: Fenwick & West LLP
Address:   555 California Street, Ste. 1200
             San Francisco, CA  94104

Phone:   (415) 875-2300
Fax:     (415) 281-1350
Email: tcorbin@fenwick.com

A certificate of conference does not need to be filed with this unopposed application.