IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> TEXAS INSTRUMENTS, INC., <br><br> Defendant. | § § § § § § § § § § § § | CIVIL ACTION NO. 6:12-CV-499-MHS <br><br><br> **JURY TRIAL DEMANDED** |
| BLUE SPIKE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> AOPTIX TECHNOLOGIES, INC., <br><br> Defendant. | § § § § § § § § § § § | CIV ACTION NO. 6:13-CV-040-MHS <br><br><br> **JURY TRIAL DEMANDED** |

## **NOTICE OF APPEARANCE OF BRYAN A. KOHM**

Defendant AOptix Technologies, Inc. ("AOptix") files this Notice of Appearance, and hereby notifies the Court that Bryan A. Kohm of the law firm of Fenwick & West LLP, 555 California Street, 12th Floor, San Francisco, California 94104, Telephone (415) 875-2300, Facsimile (415) 281-1350, email: bkohm@fenwick.com; anolen@fenwick.com, has entered this action as counsel for Defendant AOptix for all purposes, including receiving notices and orders from the Court.

Dated:   February 5, 2013	FENWICK & WEST LLP

By:   */s/ Bryan A. Kohm*
Bryan A. Kohm (CSB No. 233276)
(Admitted E.D. Texas)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:	(415) 875-2300
Facsimile:	(415) 281-1350

Attorneys for Defendant
AOPTIX TECHNOLOGIES, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 5, 2013, I electronically filed the foregoing **NOTICE OF APPEARANCE OF BRYAN A. KOHM** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

／s/Bryan A. Kohm_____
Bryan A. Kohm