# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **BLUE SPIKE, LLC,**<br><br>v.<br><br>**TEXAS INSTRUMENTS, INC.,** | Civil Action No. 6:12-CV-499-MHS<br><br>(LEAD CASE) |
| **BLUE SPIKE, LLC,**<br><br>v.<br><br>**3M COGENT, INC.,** *et al.*, | Civil Action No. 6:12-CV-685-MHS<br><br>(CONSOLIDATED CASE) |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Charles Gideon Korrell, enters his appearance in this matter for consolidated defendant 3M Cogent, Inc. for purposes of receiving notices and orders from the Court.

Date:   February 6, 2013                     SNR DENTON US LLP

By: */s/ Charles G. Korrell*
    Charles Gideon Korrell
    Gideon.Korrell@snrdenton.com

Robert F. Kramer, CA Bar No. 181706
(Admitted E.D. Texas)
Charles G. Korrell, CA Bar No. 284890
(Admitted E.D. Texas)
SNR Denton US LLP – Palo Alto
1530 Page Mill Rd., Suite 200
Palo Alto, CA 94304
Telephone:  (650) 798-0300
Facsimile:  (650) 798-0310

Andrew Blair, CA Bar No. 278005
(*pro hac vice*)
SNR Denton US – Washington, DC
1301 K Streek NW
Suite 600 East Tower
Washington, DC 20005
Telephone: (202) 408-8499
Facsimile: (202) 408-6399

*Counsel for Defendant*
*3M Cogent, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 6th day of February, 2013.

                /s/ Charles G. Korrell