IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC.,<br><br>    Defendant. | CIVIL ACTION NO. 6:12-CV-499-MHS<br><br>**JURY TRIAL DEMANDED** |
| BLUE SPIKE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>AOPTIX TECHNOLOGIES, INC.,<br><br>    Defendant. | CIV ACTION NO. 6:13-CV-040-MHS<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE OF DARREN E. DONNELLY

Defendant AOptix Technologies, Inc. ("AOptix") files this Notice of Appearance, and hereby notifies the Court that Darren E. Donnelly of the law firm of Fenwick & West LLP, 801 California Street, Mountain View, California 94041, Telephone (650) 988-8500, Facsimile (650) 938-5200, email: ddonnelly@fenwick.com; emancera@fenwick.com, has entered this action as counsel for Defendant AOptix for all purposes, including receiving notices and orders from the Court.

Dated: February 6, 2013

FENWICK & WEST LLP

By:    */s/ Darren E. Donnelly*
Donnelly E. Donnelly (CSB No. 194335)
(Admitted E.D. Texas)
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Attorneys for Defendant
AOPTIX TECHNOLOGIES, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2013, I electronically filed the foregoing **NOTICE OF APPEARANCE OF DARREN E. DONNELLY** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

/s/Darren E. Donnelly
Darren E. Donnelly