IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § | |
| *Plaintiff*, | § § § | CASE NO. 6:12-cv-499 MHS |
| v. | § § | LEAD CASE |
| Texas Instruments, Inc., et al., | § § | Jury Trial Demanded |
| *Defendants*. | § § | |
| Blue Spike, LLC, | § § | |
| *Plaintiff*, | § § § | CASE NO. 6:12-cv-608 MHS |
| v. | § § | CONSOLIDATED CASE |
| ZK Teco Inc., Software Biometric Identification Technology Co., Ltd., et al., | § § § | Jury Trial Demanded |
| *Defendants*. | § § | |

**PLAINTIFF'S REPLY TO DEFENDANT ZK SOFTWARE
BIOMETRIC IDENTIFICATION TECHNOLOGY CO., LTD'S COUNTERCLAIMS**

Plaintiff Blue Spike, LLC files this Reply to the Counterclaims of ZK Software Biometric Identification Technology Co., Ltd. ("ZK Software" or "Defendant") (Dkt. No. 436) as follows. All allegations not expressly admitted or responded to by Plaintiff are denied.

**PARTIES**

1. Plaintiff admits the allegations of Paragraph 1, upon information and belief.

2. Plaintiff admits the allegations of Paragraph 2.

**JURISDICTION AND VENUE**

3. Plaintiff admits the allegations of Paragraph 3.

4. Plaintiff admits the allegations of Paragraph 4.

5. Plaintiff admits the allegations of Paragraph 5.

## COUNT I: DECLARATORY JUDGMENT OF
## INVALIDITY OF THE '472 PATENT

6. Plaintiff repeats and incorporates by reference its responses to the allegations contained in Paragraphs 1 through 5 above.

7. Plaintiff denies the allegations of Paragraph 7.

8. Plaintiff admits the allegations of Paragraph 8.

9. Plaintiff denies the allegations of Paragraph 9.

## COUNT II: DECLARATORY JUDGMENT OF
## NON-INFRINGEMENT OF THE '472 PATENT

10. Plaintiff repeats and incorporates by reference its responses to the allegations contained in Paragraphs 1 through 9 above.

11. Plaintiff denies the allegations of Paragraph 11.

12. Plaintiff admits the allegations of Paragraph 12.

13. Plaintiff denies the allegations of Paragraph 13.

## COUNT III: DECLARATORY JUDGMENT OF
## INVALIDITY OF THE '700 PATENT

14. Plaintiff repeats and incorporates by reference its responses to the allegations contained in Paragraphs 1 through 13 above.

15. Plaintiff denies the allegations of Paragraph 15.

16. Plaintiff admits the allegations of Paragraph 16.

17. Plaintiff denies the allegations of Paragraph 17.

## COUNT IV: DECLARATORY JUDGMENT OF
## NON-INFRINGEMENT OF THE '700 PATENT

18. Plaintiff repeats and incorporates by reference its responses to the allegations contained in Paragraphs 1 through 17 above.

19. Plaintiff denies the allegations of Paragraph 19.

20. Plaintiff admits the allegations of Paragraph 20.

21. Plaintiff denies the allegations of Paragraph 21.

## COUNT V: DECLARATORY JUDGMENT OF INVALIDITY OF THE '494 PATENT

22. Plaintiff repeats and incorporates by reference its responses to the allegations contained in Paragraphs 1 through 21 above.

23. Plaintiff denies the allegations of Paragraph 23.

24. Plaintiff admits the allegations of Paragraph 24.

25. Plaintiff denies the allegations of Paragraph 25.

## COUNT VI: DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF THE '494 PATENT

26. Plaintiff repeats and incorporates by reference its responses to the allegations contained in Paragraphs 1 through 25 above.

27. Plaintiff denies the allegations of Paragraph 27.

28. Plaintiff admits the allegations of Paragraph 28.

29. Plaintiff denies the allegations of Paragraph 29.

## COUNT VII: DECLARATORY JUDGMENT OF INVALIDITY OF THE '175 PATENT

30. Plaintiff repeats and incorporates by reference its responses to the allegations contained in Paragraphs 1 through 29 above.

31. Plaintiff denies the allegations of Paragraph 31.

32. Plaintiff admits the allegations of Paragraph 32.

33. Plaintiff denies the allegations of Paragraph 33.

## COUNT VIII: DECLARATORY JUDGMENT OF
## NON-INFRINGEMENT OF THE '175 PATENT

34. Plaintiff repeats and incorporates by reference its responses to the allegations contained in Paragraphs 1 through 33 above.

35. Plaintiff denies the allegations of Paragraph 35.

36. Plaintiff admits the allegations of Paragraph 36.

37. Plaintiff denies the allegations of Paragraph 37.

## EXCEPTIONAL CASE

38. Plaintiff denies the allegations of Paragraph 38.

## PRAYER FOR RELIEF

39. Plaintiff denies that Defendant is entitled to any of the relief it requests.

## PLAINTIFF'S PRAYER FOR RELIEF

In addition to the relief requested in Plaintiff's Original Complaint, Plaintiff respectfully requests a judgment against Defendant as follows:

(a) That Defendant take nothing by its Counterclaims;

(b) That the Court award Plaintiff its costs and attorneys' fees incurred in defending against these Counterclaims; and

(c) Any and all further relief for the Plaintiff as the Court may deem just and proper.

Respectfully submitted,

/s/ Randall T. Garteiser
Randall T. Garteiser
Lead Attorney
Texas Bar No. 24038912
randall.garteiser@sftrialattorneys.com
Christopher A. Honea
Texas Bar No. 24059967
chris.honea@sftrialattorneys.com
Christopher S. Johns

4

Texas Bar No. 24044849
chris.johns@sftrialattorneys.com
**GARTEISER HONEA, P.C.**
44 North San Pedro Road
San Rafael, California 94903
Telephone: (415) 785-3762
Facsimile: (415) 785-3805

Eric M. Albritton
Texas State Bar No. 00790215
ema@emafirm.com
Stephen E. Edwards
Texas State Bar No. 00784008
see@emafirm.com
Michael A. Benefield
Texas State Bar No. 24073408
mab@emafirm.com
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone: (903) 757-8449
Facsimile: (903) 758-7397

*Counsel for Blue Spike, LLC*

## CERTIFICATE OF SERVICE

      I, Randall T. Garteiser, am the ECF User whose ID and password are being used to file this document.  I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this day.  Pursuant to Federal Rule of Civil Procedure 5, this document was served via U.S. Mail and electronic means to counsel for Defendant that are not receiving this document via CM/ECF.

                                                  /s/ Randall T. Garteiser
                                                  Randall T. Garteiser