IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § § | CASE NO. 6:12-cv-499 MHS |
| *Plaintiff*, | § § | |
| v. | § § | LEAD CASE IN CONSOLIDATED ACTION |
| Texas Instruments, Inc., et al., | § § | |
| *Defendants*. | § § § | Jury Trial Demanded |

**PLAINTIFF'S NOTICE OF RELATED CASES FOR CONSOLIDATION AND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF READINESS FOR SCHEDULING CONFERENCE**

Pursuant to the Court's Consolidation Order dated October 9, 2012 (Dkt. No. 16), Blue Spike LLC, plaintiff in the above-titled and numbered civil action, respectfully notifies the Court of other related cases currently pending on this Court's docket that may be appropriate for consolidation with this case. A list of such related cases is attached hereto as Appendix A. The last of these cases was filed February 6, 2013; Plaintiff has initiated service on all of the defendants listed in Appendix A and does not intend to file any additional related cases.

In the interest of judicial economy and to prevent prejudice to the defendants listed in Appendix A, Plaintiff respectfully moves for an extension of time to file a notice of readiness for scheduling conference, such that the notice shall be due five days after the last defendant listed in Appendix A answers or responds to Plaintiff's complaint or on April 9, 2013, whichever is earlier. Good cause exists for this extension, which will allow the defendants listed in Appendix A to answer or otherwise respond to Plaintiff's complaints and to participate in negotiating the

uniform Docket Control, Discovery, and Protective Orders if the Court consolidates those actions into the present action.

    Respectfully submitted,

    */s/ Eric M. Albritton*
    Eric M. Albritton
    Texas State Bar No. 00790215
    ema@emafirm.com
    Stephen E. Edwards
    Texas State Bar No. 00784008
    see@emafirm.com
    Michael A. Benefield
    Texas State Bar No. 24073408
    mab@emafirm.com
    ALBRITTON LAW FIRM
    P.O. Box 2649
    Longview, Texas 75606
    Telephone:  (903) 757-8449
    Facsimile:  (903) 758-7397

    Randall T. Garteiser
    Texas Bar No. 24038912
    randall.garteiser@sftrialattorneys.com
    Christopher A. Honea
    Texas Bar No. 24059967
    chris.honea@sftrialattorneys.com
    Christopher S. Johns
    Texas Bar No. 24044849
    chris.johns@sftrialattorneys.com
    **GARTEISER HONEA, P.C.**
    44 North San Pedro Road
    San Rafael, California 94903
    Telephone:  (415) 785-3762
    Facsimile:  (415) 785-3805

    *Counsel for Blue Spike, LLC*

**CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this the 11th day of February 2013.

                                                      Eric M. Albritton

**CERTIFICATE OF CONFERENCE**

      Pursuant to Local Rule CV-7(i), the undersigned certifies that counsel have complied with the meet and confer requirements of Local Rule CV-7(h) and that the foregoing motion is unopposed.

                                                      Eric M. Albritton