**APPENDIX A:**

**BLUE SPIKE, LLC CASES FILED AFTER OCTOBER 9, 2012:**

| Case Number | Case Name |
|---|---|
| 6:12-CV-00759-MHS | Blue Spike, LLC v. Digital Persona, Inc. |
| 6:13-CV-00037-MHS | Blue Spike, LLC v. Accu-Time Systems, Inc. |
| 6:13-CV-00038-MHS | Blue Spike, LLC v. Animetrics, Inc. |
| 6:13-CV-00039-MHS | Blue Spike, LLC v. Anviz Global, Inc. |
| 6:13-CV-00040-MHS | Blue Spike, LLC v. Aoptix Technologies, Inc. |
| 6:13-CV-00044-MHS | Blue Spike, LLC v. Asure Software, Inc. |
| 6:13-CV-00045-MHS | Blue Spike, LLC v. Biometrika, s.r.l. et al. |
| 6:13-CV-00047-MHS | Blue Spike, LLC v. Daon, Inc. |
| 6:13-CV-00053-MHS | Blue Spike, LLC v. DERMALOG Identification Systems, GmbH, et al. |
| 6:13-CV-00054-MHS | Blue Spike, LLC v. Futronic Technology Co., Ltd. et al. |
| 6:13-CV-00055-MHS | Blue Spike, LLC v. Iritech, Inc. |
| 6:13-CV-00056-MHS | Blue Spike, LLC v. Nitgen & Co., Ltd. |
| 6:13-CV-00057-MHS | Blue Spike, LLC v. Suprema, Inc., et al. |
| 6:13-CV-00058-MHS | Blue Spike, LLC v. Sonda Technologies, Ltd. |
| 6:13-CV-00059-MHS | Blue Spike, LLC v. SpeechPro, Inc. et al. |
| 6:13-CV-00060-MHS | Blue Spike, LLC v. CBS Interactive, Inc. |
| 6:13-CV-00083-MHS | Blue Spike, LLC v. M2SYS, LLC |
| 6:13-CV-00084-MHS | Blue Spike, LLC v. Tygart Technology, Inc. |
| 6:13-CV-00086-MHS | Blue Spike, LLC v. Kronos Incorporated |
| 6:13-CV-00087-MHS | Blue Spike, LLC v. Hitachi America, Ltd. |
| 6:13-CV-00088-MHS | Blue Spike, LLC v. Iris ID Systems, Inc. |
| 6:13-CV-00089-MHS | Blue Spike, LLC v. Morphotrak, Inc. et al. |
| 6:13-CV-00106-MHS | Blue Spike, LLC v. AxxonSoft US, Inc. et al. |
| 6:13-CV-00108-MHS | Blue Spike, LLC v. Ingersoll-Rand Company |
| 6:13-CV-00109-MHS | Blue Spike, LLC v. Amano Cincinnati, Inc. |
| 6:13-CV-00110-MHS | Blue Spike, LLC v. Smart Media Innovations LLC et al. |
| 6:13-CV-00112-MHS | Blue Spike, LLC v. Airborne Biometrics Group, Inc. |
| 6:13-CV-00124-MHS | Blue Spike, LLC v. Cognitec Systems Corporation et al. |
| 6:13-CV-00126-MHS | Blue Spike, LLC v. Visible World, Inc. |
| 6:13-CV-00127-MHS | Blue Spike, LLC v. Infinisource, Inc. et al. |
| 6:13-CV-00128-MHS | Blue Spike, LLC v. Enswers, Inc. |
| 6:13-CV-00129-MHS | Blue Spike, LLC v. Agnitio Corp. |
| 6:13-CV-00130-MHS | Blue Spike, LLC v. Zvetco, LLC |