# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| Blue Spike, LLC, | § CASE NO. 6:12-cv-499 MHS |
| *Plaintiff*, | § |
| v. | § LEAD CASE IN CONSOLIDATED ACTION |
| Texas Instruments, Inc., et al., | § |
| *Defendants*. | § Jury Trial Demanded |

## ORDER

Plaintiff's Motion for Extension of Time to File Notice of Readiness for Scheduling Conference shall be, and hereby is, GRANTED. Plaintiff shall file a notice of readiness for scheduling conference within five days after the last defendant in Appendix A to that motion answers or responds to Plaintiff's complaint or on April 9, 2013, whichever is earlier.