IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § | CASE NO. 6:12-cv-499 MHS |
|     *Plaintiff*, | § § § | |
| v. | § § | LEAD CASE IN CONSOLIDATED ACTION |
| Texas Instruments, Inc., et al., | § § § | |
|     *Defendants*. | § § § | Jury Trial Demanded |

## ORDER

    Plaintiff's Motion for Extension of Time to File Notice of Readiness for Scheduling Conference shall be (Doc. No. 490), and hereby is, GRANTED.  Plaintiff shall file a notice of readiness for scheduling conference within five days after the last defendant in Appendix A to that motion answers or responds to Plaintiff's complaint or on April 9, 2013, whichever is earlier.

    **It is SO ORDERED.**

    **SIGNED this 12th day of February, 2013.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE