UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.: 6:12-cv-499

Name of party requesting extension: Last.fm Ltd.(No. 6:12-cv-594)Am. Complaint

Is this the first application for extension of time in this case?
- [✓] Yes
- [ ] No

If no, please indicate which application this represents:
- [ ] Second
- [ ] Third
- [ ] Other _____

Date of Service of Summons: 1/14/13   on TX Sec'y State

Number of days requested:
- [✓] 30 days
- [ ] 15 days
- [ ] Other _____ days

New Deadline Date: 3/6/13   *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: Andrew L. Perito
State Bar No.: 269995 (CA Bar No.)
Firm Name: Weil, Gotshal & Manges LLP
Address: 201 Redwood Shores Pkwy
         Redwood Shores, CA 94065

Phone: (650) 802-3993
Fax:   (650) 802-3100
Email: andrew.perito@weil.com

A certificate of conference does not need to be filed with this unopposed application.