UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.: 6:12-CV-499

Name of party requesting extension: CBS Interactive, Inc.(No. 6:13-cv-60)

Is this the first application for extension of time in this case?  ✓ Yes
☐ No

If no, please indicate which application this represents:  ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 1/18/13

Number of days requested:  ✓ 30 days
☐ 15 days
☐ Other _____ days

New Deadline Date: 3/11/13    *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: Andrew L. Perito

State Bar No.: 269995 (CA Bar. No.)

Firm Name: Weil, Gotshal & Manges LLP

Address: 201 Redwood Shores Pkwy
Redwood Shores, CA 94065

Phone: (650) 802-3993

Fax: (650) 802-3100

Email: andrew.perito@weil.com

A certificate of conference does not need to be filed with this unopposed application.