UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § | |
| | § | |
| *Plaintiff,* | § | CASE NO. 6:12-cv-499 MHS |
| | § | |
| v. | § | LEAD CASE |
| | § | |
| Texas Instruments, Inc., et al., | § | Jury Trial Demanded |
| | § | |
| *Defendants.* | § | |
| | § | |
| | § | |
| Blue Spike, LLC, | § | |
| | § | |
| | § | CASE NO. 6:12-cv-646 MHS |
| *Plaintiff,* | § | |
| | § | CONSOLIDATED CASE |
| v. | § | |
| | § | Jury Trial Demanded |
| | § | |
| TvTak USA, INC., et al., | § | |
| | § | |
| *Defendants.* | § | |
| | § | |

**UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME TO
RESPOND TO TVTAK USA, INC. AND TVTAK LTD.'S MOTION TO
DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION
AND IMPROPER VENUE**

Plaintiff Blue Spike, LLC ("Blue Spike") respectfully moves the Court

for an extension of time within which to respond to TVTAK USA, INC. AND

TVTAK LTD.'S ("TvTak") MOTION TO DISMISS COMPLAINT FOR LACK

OF PERSONAL JURISDICTION AND IMPROPER VENUE ("Motion to

Dismiss").

1

Blue Spike's deadline to respond to Defendants' Motion to Dismiss was December 31, 2012.

Blue Spike and counsel for TvTak had agreed to extend the period of time in which Blue Spike may respond to Defendants' Motion to Dismiss up to and including February 15, 2013.

Blue Spike requests a second extension of time of until April 16, 2013, to respond to Defendants' Motion to Dismiss. Counsel for Blue Spike has conferred with counsel for TvTak and TvTak is unopposed to this request for extension of time.

Dated:  February 15, 2013                Respectfully submitted,

/s/ Christopher A. Honea
Randall T. Garteiser
  Texas Bar No. 24038912
  randall.garteiser@sftrialattorneys.com
Christopher A. Honea
  Texas Bar No. 24059967
  chris.honea@sftrialattorneys.com
Christopher S. Johns
  Texas Bar No. 24044849
  chris.johns@sftrialattorneys.com
GARTEISER HONEA, P.C.
44 North San Pedro Road
San Rafael, California 94903
(415) 785-3762
(415) 785-3805 fax

Eric M. Albritton
  Texas State Bar No. 00790215
  ema@emafirm.com
Stephen E. Edwards
  Texas State Bar No. 00784008
  see@emafirm.com
Michael A. Benefield

Texas State Bar No. 24073408
mab@emafirm.com
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
(903) 757-8449
(903) 758-7397 fax

*Counsel for Blue Spike LLC*

**Certificate of Service**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on January 2, 2013.

/s/ Christopher A. Honea

**Certificate of Service**

I certify that on behalf of Blue Spike, LLC., I have met and conferred with counsel for Defendants on February 13, 2013 regarding the extension requested herein. Counsel for Defendants has indicated that they are unopposed to the extension of the deadline to respond.

/s/ Christopher A. Honea