IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, § § *Plaintiff*, § § v. § § Texas Instruments, Inc., et al., § § *Defendants*. § | | CASE NO. 6:12-cv-499 MHS<br><br>LEAD CASE<br><br>Jury Trial Demanded |
| Blue Spike, LLC, § § *Plaintiff*, § § v. § § Miranda Technologies Inc., and § Belden Inc., § § *Defendants*. § | | CASE NO. 6:12-cv-544 MHS<br><br>CONSOLIDATED CASE<br><br>Jury Trial Demanded |

**AGREED MOTION TO DISMISS DEFENDANTS
BELDEN INC. AND MIRANDA TECHNOLOGIES, INC.**

Plaintiff Blue Spike, LLC ("Blue Spike"), on the one hand, and defendants Belden Inc. ("Belden") and Miranda Technologies Partnership (f/k/a Miranda Technologies, Inc.) ("Miranda"), on the other, have agreed to dismiss the claims, counterclaims, and causes of action between them.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Blue Spike stipulates to the dismissal without prejudice of all claims and causes of action asserted in this case against defendants Belden and Miranda, and defendants Belden and Miranda stipulate to the

dismissal without prejudice of all counterclaims and defenses asserted in this case against Blue Spike.  The parties shall bear their own attorneys' fees, expenses, and costs.

Dated:  February 19, 2013                              Respectfully submitted,


 /s/ Randall T. Garteiser
Randall T. Garteiser
Lead Attorney
Texas Bar No. 24038912
rgarteiser@ghiplaw.com
Christopher A. Honea
Texas Bar No. 24059967
chonea@ghiplaw.com
Christopher S. Johns
Texas Bar No. 24044849
cjohns@ghiplaw.com
GARTEISER HONEA, P.C.
44 North San Pedro Road
San Rafael, California 94903
Telephone: (415) 785-3762
Facsimile: (415) 785-3805

Eric M. Albritton
Texas State Bar No. 00790215
ema@emafirm.com
Stephen E. Edwards
Texas State Bar No. 00784008
see@emafirm.com
Michael A. Benefield
Texas State Bar No. 24073408
mab@emafirm.com
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone: (903) 757-8449
Facsimile: (903) 758-7397

**Counsel for Blue Spike, LLC**


 /s/ Matthew B. Lowie
Matthew B. Lowrie, Esq.
FOLEY & LARDNER LLP

111 Huntington Avenue
Boston, MA 02199-7610
Telephone: (617) 342-4000
Facsimile: (617) 342-4001
mlowrie@foley.com

**Counsel for Belden Inc. and
Miranda Technologies, Inc.**

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this stipulated motion was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this the 19th day of February 2013.

                                                          /s/ Randall T. Garteiser
                                                          Randall T. Garteiser