IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> Texas Instruments, Inc., et al., <br><br> *Defendants*. | § § § § § § § § § § § § | CASE NO. 6:12-cv-499 MHS <br><br> LEAD CASE <br><br> Jury Trial Demanded |
| Blue Spike, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> Miranda Technologies Inc., and Belden Inc., <br><br> *Defendants*. | § § § § § § § § § § § § | CASE NO. 6:12-cv-544 MHS <br><br> CONSOLIDATED CASE <br><br> Jury Trial Demanded |

**ORDER OF DISMISSAL OF DEFENDANTS
BELDEN INC. AND MIRANDA TECHNOLOGIES, INC.**

Pursuant to Fed. R. Civ. P. 41(a), recognizing the Agreed Motion to Dismiss with Prejudice filed by plaintiff Blue Spike, LLC ("Blue Spike") and defendants Belden Inc. ("Belden") and Miranda Technologies Partnership (f/k/a Miranda Technologies, Inc.) ("Miranda"), it is hereby ORDERED as follows:

the claims asserted in this action by plaintiff Blue Spike against defendants Belden and Miranda are dismissed without prejudice;

2

the counterclaims and defenses asserted in this action by defendants Belden and Miranda against plaintiff Blue Spike are dismissed without prejudice; and

the parties shall bear their own attorneys' fees, expenses, and costs.

4824-0779-0610.1