AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| Blue Spike, LLC <br> *Plaintiff(s)* <br> v. <br> Texas Instruments, Inc. <br> *Defendant(s)* | Civil Action No. 6:12-CV-499 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CBS Corporation
Corporation Service Company dba CSC - Lawyers Incorporating Service Company
211 E. 7th Street, Suite 620
Austin, TX 78701-3218

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Eric M. Albritton
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 1/10/13

David Maland

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:12-CV-499

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*
was received by me on *(date)* 02/12/2013 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Via Certified mail, return receipt requested
#7008 0500 0001 1806 0664

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 02/18/2013

April M. Hall
*Server's signature*

April M. Hall
*Printed name and title*

111 W Tyler, Longview, TX. 75601
*Server's address*

Additional information regarding attempted service, etc:

7008 0500 0001 1806 0664

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

AUSTIN TX 78701 OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ $5.70 | |
| Certified Fee | $3.10 | |
| Return Receipt Fee (Endorsement Required) | $2.55 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $11.35 | 02/08/2013 |

DOWNTOWN STA 75601 LONGVIEW TX 0601 01 FEB 8 2013 USPS

Sent To CBS Corporation
Street, Apt. No.; or PO Box No. Corporation Service Company dba CSC - Lawyers Incorporating Service Company
City, State, ZIP+4 211 E. 7th Street, Suite 620 Austin, TX 78701-3218

PS Form 3800, August 2006 — See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CBS Corporation
Corporation Service Company dba CSC -
Lawyers Incorporating Service Company
211 E. 7th Street, Suite 620
Austin, TX 78701-3218

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X SA Vertrees ☐ Agent ☐ Addressee

B. Received by (Printed Name) SA Vertrees — C. Date of Delivery 02/12/13

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number *(Transfer from service label)* 7008 0500 0001 1806 0664

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540

