UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § § | |
| *Plaintiff,* | § § | CASE NO. 6:12-cv-499 MHS |
| v. | § § | LEAD CASE |
| Texas Instruments, Inc., et al., | § § | Jury Trial Demanded |
| *Defendants.* | § § § § | |
| Blue Spike, LLC, | § § § | |
| *Plaintiff,* | § § § | CASE NO. 6:12-cv-646 MHS |
| v. | § § § | CONSOLIDATED CASE |
| TvTak USA, INC., et al., | § § § | Jury Trial Demanded |
| *Defendants.* | § § § | |

**ORDER GRANTING UNOPPOSED MOTION FOR SECOND
EXTENSION OF TIME TO RESPOND TO TVTAK USA, INC. AND
TVTAK LTD.'S MOTION TO DISMISS COMPLAINT FOR LACK OF
PERSONAL JURISDICTION AND IMPROPER VENUE**

BEFORE THE COURT is Plaintiff Blue Spike, LLC ("Blue Spike") Unopposed Motion for Extension of Time to Respond to Defendants TVTAK USA, INC. AND TVTAK LTD.'S ("TvTak") MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE ("Motion to Dismiss"). The Court, having noted that the

relief requested is unopposed, is of the opinion that the Motion should be granted.

IT IS ORDERED that Plaintiff Blue Spike, LLC shall have until April 16, 2013, to respond to the Motion to Dismiss.

<u>NO FURTHER EXTENSIONS WILL BE GRANTED ABSENT A SHOWING OF MANIFEST INJUSTICE</u>.

**It is SO ORDERED.**

**SIGNED this 22nd day of February, 2013.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE