# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** | § | |
| | § | |
| *Plaintiff*, | § | **Civil Action No. 6:12-CV-499-MHS** |
| | § | **(Lead Case)** |
| v. | § | |
| | § | |
| **TEXAS INSTRUMENTS, INC.,** | § | |
| | § | **JURY TRIAL DEMANDED** |
| *Defendants*. | § | |
| | § | |
| **BLUE SPIKE, LLC,** | § | |
| | § | |
| *Plaintiff*, | § | **Civil Action No. 6:12-CV-685-MHS** |
| | § | **(Consolidate Case)** |
| v. | § | |
| | § | |
| **3M COGENT, INC.,** | § | |
| | § | **JURY TRIAL DEMANDED** |
| *Defendant*. | § | |
| | § | |
| **BLUE SPIKE, LLC,** | § | |
| | § | |
| *Plaintiff*, | § | **Civil Action No. 6:12-CV-582-MHS** |
| | § | **(Consolidate Case)** |
| v. | § | |
| | § | |
| **ACTV8, INC.,** | § | **JURY TRIAL DEMANDED** |
| | § | |
| *Defendant*. | § | |
| | § | |

1

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** | § | |
| | § | |
| *Plaintiff*, | § | Civil Action No. 6:12-CV-564-MHS |
| | § | (Consolidate Case) |
| v. | § | |
| | § | |
| **ADOBE SYSTEMS, INC.,** | § | **JURY TRIAL DEMANDED** |
| | § | |
| *Defendant.* | § | |
| | § | |
| **BLUE SPIKE, LLC,** | § | |
| | § | |
| *Plaintiff*, | § | Civil Action No. 6:12-CV-686-MHS |
| | § | (Consolidate Case) |
| v. | § | |
| | § | |
| **ANTHEUS TECHNOLOGY, INC.,** | § | **JURY TRIAL DEMANDED** |
| | § | |
| *Defendant.* | § | |
| | § | |
| **BLUE SPIKE, LLC,** | § | |
| | § | |
| *Plaintiff*, | § | Civil Action No. 6:12-CV-540-MHS |
| | § | (Consolidate Case) |
| v. | § | |
| | § | |
| **ATTRIBUTOR CORPORATION,** | § | **JURY TRIAL DEMANDED** |
| | § | |
| *Defendant.* | § | |
| | § | |
| **BLUE SPIKE, LLC,** | § | |
| | § | |
| *Plaintiff*, | § | Civil Action No. 6:12-CV-576-MHS |
| | § | (Consolidate Case) |
| v. | § | |
| | § | |
| **AUDIBLE MAGIC CORPORATION, INC.,** *et al.*, | § | **JURY TRIAL DEMANDED** |
| | § | |
| *Defendants.* | § | |

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** | § § | |
| *Plaintiff*, | § § | Civil Action No. 6:12-CV-687-MHS |
| v. | § § | (Consolidate Case) |
| **AWARE, INC.,** | § § § | **JURY TRIAL DEMANDED** |
| *Defendant*. | § § § | |
| **BLUE SPIKE, LLC,** | § § | |
| *Plaintiff*, | § § | Civil Action No. 6:12-CV-648-MHS |
| v. | § § | (Consolidate Case) |
| **BIOLINK SOLUTIONS LTD.,** *et al.*, | § § § | **JURY TRIAL DEMANDED** |
| *Defendants*. | § § § | |
| **BLUE SPIKE, LLC,** | § § | |
| *Plaintiff*, | § § | Civil Action No. 6:12-CV-682-MHS |
| v. | § § | (Consolidate Case) |
| **BMAT LICENSING, S.L.,** | § § § | **JURY TRIAL DEMANDED** |
| *Defendant*. | § § § | |
| **BLUE SPIKE, LLC,** | § § | |
| *Plaintiff*, | § § | Civil Action No. 6:12-CV-586-MHS |
| v. | § § | (Consolidate Case) |
| **BROADCAST MUSIC, INC.,** *et al.*, | § § § | **JURY TRIAL DEMANDED** |
| *Defendants*. | § § § | |

3

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** | § § | |
| *Plaintiff*, | § § | Civil Action No. 6:12-CV-594-MHS |
| v. | § § | (Consolidate Case) |
| **CBS INTERACTIVE, INC.,** *et al.,* | § § | **JURY TRIAL DEMANDED** |
| *Defendants.* | § § § | |
| **BLUE SPIKE, LLC,** | § § | |
| *Plaintiff*, | § § | Civil Action No. 6:12-CV-557-MHS |
| v. | § § | (Consolidate Case) |
| **CIVOLUTION USA, INC.,** *et al.,* | § § | **JURY TRIAL DEMANDED** |
| *Defendants.* | § § § | |
| **BLUE SPIKE, LLC,** | § § | |
| *Plaintiff*, | § § | Civil Action No. 6:12-CV-595-MHS |
| v. | § § | (Consolidate Case) |
| **CLEAR CHANNEL BROADCASTING, INC.** | § § § | **JURY TRIAL DEMANDED** |
| *Defendant.* | § | |
| **BLUE SPIKE, LLC,** | § § | |
| *Plaintiff*, | § § | Civil Action No. 6:12-CV-759-MHS |
| v. | § § | (Consolidate Case) |
| **DIGITALPERSONA CORPORATION,** | § § | **JURY TRIAL DEMANDED** |
| *Defendant.* | § § § | |

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** | § | |
| | § | |
| *Plaintiff*, | § | Civil Action No. 6:12-CV-527-MHS |
| | § | (Consolidate Case) |
| v. | § | |
| | § | |
| **FREE STREAM MEDIA CORP.,** | § | **JURY TRIAL DEMANDED** |
| | § | |
| *Defendant.* | § | |
| | § | |
| **BLUE SPIKE, LLC,** | § | |
| | § | |
| *Plaintiff*, | § | Civil Action No. 6:12-CV-616-MHS |
| | § | (Consolidate Case) |
| v. | § | |
| | § | |
| **FUJITSU AMERICA, INC.,** *et al.,* | § | **JURY TRIAL DEMANDED** |
| | § | |
| *Defendants.* | § | |
| | § | |
| **BLUE SPIKE, LLC,** | § | |
| | § | |
| *Plaintiff*, | § | Civil Action No. 6:12-CV-610-MHS |
| | § | (Consolidate Case) |
| v. | § | |
| | § | |
| **FULCRUM BIOMETRICS, LLC,** *et al.,* | § | **JURY TRIAL DEMANDED** |
| | § | |
| *Defendants.* | § | |
| | § | |
| **BLUE SPIKE, LLC,** | § | |
| | § | |
| *Plaintiff*, | § | Civil Action No. 6:12-CV-558-MHS |
| | § | (Consolidate Case) |
| v. | § | |
| | § | |
| **GOOGLE INC.,** | § | **JURY TRIAL DEMANDED** |
| | § | |
| *Defendant.* | § | |
| | § | |

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** | § § | |
| *Plaintiff*, | § § | Civil Action No. 6:12-CV-645-MHS |
| | § § | (Consolidate Case) |
| v. | § § | |
| **GREEN BIT, INC.,** *et al.*, | § § | **JURY TRIAL DEMANDED** |
| *Defendants*. | § § § | |
| **BLUE SPIKE, LLC,** | § § | |
| *Plaintiff*, | § § | Civil Action No. 6:12-CV-651-MHS |
| | § § | (Consolidate Case) |
| v. | § § | |
| **GRIAULE TECHNOLOGY LLC,** | § § | **JURY TRIAL DEMANDED** |
| *Defendant*. | § § § | |
| **BLUE SPIKE, LLC,** | § § | |
| *Plaintiff*, | § § | Civil Action No. 6:12-CV-688-MHS |
| | § § | (Consolidate Case) |
| v. | § § | |
| **IMAGEWARE SYSTEMS, INC.,** | § § | **JURY TRIAL DEMANDED** |
| *Defendant*. | § § § | |
| **BLUE SPIKE, LLC,** | § § | |
| *Plaintiff*, | § § | Civil Action No. 6:12-CV-647-MHS |
| | § § | (Consolidate Case) |
| v. | § § | |
| **INNOVATRICS S.R.O.,** *et al.*, | § § | **JURY TRIAL DEMANDED** |
| *Defendants*. | § § § | |

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** | § | |
| | § | |
| *Plaintiff*, | § | Civil Action No. 6:12-CV-502-MHS |
| | § | (Consolidate Case) |
| v. | § | |
| | § | |
| **IPHARRO MEDIA, INC.,** *et al.*, | § | **JURY TRIAL DEMANDED** |
| | § | |
| *Defendants.* | § | |
| | § | |
| **BLUE SPIKE, LLC,** | § | |
| | § | |
| *Plaintiff*, | § | Civil Action No. 6:12-CV-567-MHS |
| | § | (Consolidate Case) |
| v. | § | |
| | § | |
| **IRDERO USA, INC.,** *et al.*, | § | **JURY TRIAL DEMANDED** |
| | § | |
| *Defendants.* | § | |
| | § | |
| **BLUE SPIKE, LLC,** | § | |
| | § | |
| *Plaintiff*, | § | Civil Action No. 6:12-CV-680-MHS |
| | § | (Consolidate Case) |
| v. | § | |
| | § | |
| **L-1 IDENTITY SOLUTIONS, INC.,** *et al.*, | § | **JURY TRIAL DEMANDED** |
| | § | |
| *Defendants.* | § | |
| **BLUE SPIKE, LLC,** | § | |
| | § | |
| *Plaintiff*, | § | Civil Action No. 6:12-CV-681-MHS |
| | § | (Consolidate Case) |
| v. | § | |
| | § | |
| **LUMIDIGM, INC.,** | § | **JURY TRIAL DEMANDED** |
| | § | |
| *Defendant.* | § | |
| | § | |

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** | § § | |
| Plaintiff, | § § | Civil Action No. 6:12-CV-690-MHS |
| | § § | (Consolidate Case) |
| v. | § § | |
| **NEC CORPORATION OF AMERICA,** *et al.,* | § § § § | **JURY TRIAL DEMANDED** |
| Defendants. | § § | |
| **BLUE SPIKE, LLC,** | § § | |
| Plaintiff, | § § | Civil Action No. 6:12-CV-529-MHS |
| | § § | (Consolidate Case) |
| v. | § § | |
| **PEER MEDIA TECHNOLOGIES, INC.,** | § § § | **JURY TRIAL DEMANDED** |
| Defendant. | § § | |
| **BLUE SPIKE, LLC,** | § § | |
| Plaintiff, | § § | Civil Action No. 6:12-CV-694-MHS |
| | § § | (Consolidate Case) |
| v. | § § | |
| **PRECISE BIOMETRICS, INC.,** *et al.,* | § § § | **JURY TRIAL DEMANDED** |
| Defendants. | § § | |
| **BLUE SPIKE, LLC,** | § § | |
| Plaintiff, | § § | Civil Action No. 6:12-CV-577-MHS |
| | § § | (Consolidate Case) |
| v. | § § | |
| **ROVI CORPORATION,** *et al.,* | § § § | **JURY TRIAL DEMANDED** |
| Defendants. | § § § | |

8

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** | § | |
| | § | |
| *Plaintiff*, | § | Civil Action No. 6:12-CV-607-MHS |
| | § | (Consolidate Case) |
| v. | § | |
| | § | |
| **SECUGEN CORPORATION,** | § | **JURY TRIAL DEMANDED** |
| | § | |
| *Defendant.* | § | |
| | § | |
| **BLUE SPIKE, LLC,** | § | |
| | § | |
| *Plaintiff*, | § | Civil Action No. 6:12-CV-500-MHS |
| | § | (Consolidate Case) |
| v. | § | |
| | § | |
| **SHAZAM ENTERTAINMENT LTD.,** | § | **JURY TRIAL DEMANDED** |
| | § | |
| *Defendants.* | § | |
| | § | |
| **BLUE SPIKE, LLC,** | § | |
| | § | |
| *Plaintiff*, | § | Civil Action No. 6:12-CV-581-MHS |
| | § | (Consolidate Case) |
| v. | § | |
| | § | |
| **SMRTV, INC.,** | § | **JURY TRIAL DEMANDED** |
| | § | |
| *Defendants.* | § | |
| | § | |
| **BLUE SPIKE, LLC,** | § | |
| | § | |
| *Plaintiff*, | § | Civil Action No. 6:12-CV-537-MHS |
| | § | (Consolidate Case) |
| v. | § | |
| | § | |
| **SOUNDHOUND, INC.,** | § | **JURY TRIAL DEMANDED** |
| | § | |
| *Defendant.* | § | |
| | § | |

9

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** | § § | |
| *Plaintiff*, | § § | Civil Action No. 6:12-CV-598-MHS |
| v. | § § | (Consolidate Case) |
| **SOUNDMOUSE, LTD.,** | § § | **JURY TRIAL DEMANDED** |
| *Defendants*. | § § § | |
| **BLUE SPIKE, LLC,** | § § | |
| *Plaintiff*, | § § | Civil Action No. 6:12-CV-572-MHS |
| v. | § § | (Consolidate Case) |
| **TECHNICOLOR USA, INC.,** | § § | **JURY TRIAL DEMANDED** |
| *Defendants*. | § § § | |
| **BLUE SPIKE, LLC,** | § § | |
| *Plaintiff*, | § § | Civil Action No. 6:12-CV-528-MHS |
| v. | § § | (Consolidate Case) |
| **THE ECHO NEST CORPORATION,** | § § | **JURY TRIAL DEMANDED** |
| *Defendants*. | § § § | |
| **BLUE SPIKE, LLC,** | § § | |
| *Plaintiff*, | § § | Civil Action No. 6:12-CV-587-MHS |
| v. | § § | (Consolidate Case) |
| **THE NIELSEN COMPANY (US), LLC,** | § § | **JURY TRIAL DEMANDED** |
| *Defendants*. | § § § | |

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** | § | |
| | § | |
| *Plaintiff*, | § | Civil Action No. 6:12-CV-533-MHS |
| | § | (Consolidate Case) |
| v. | § | |
| | § | |
| **TUNESAT, LLC,** | § | **JURY TRIAL DEMANDED** |
| | § | |
| *Defendant*. | § | |
| | § | |
| **BLUE SPIKE, LLC,** | § | |
| | § | |
| *Plaintiff*, | § | Civil Action No. 6:12-CV-684-MHS |
| | § | (Consolidate Case) |
| v. | § | |
| | § | |
| **TV INTERACTIVE SYSTEMS, INC.,** | § | **JURY TRIAL DEMANDED** |
| | § | |
| *Defendant*. | § | |
| | § | |
| **BLUE SPIKE, LLC,** | § | |
| | § | |
| *Plaintiff*, | § | Civil Action No. 6:12-CV-646-MHS |
| | § | (Consolidate Case) |
| v. | § | |
| | § | |
| **TVTAK USA, INC.,** *et al.*, | § | **JURY TRIAL DEMANDED** |
| | § | |
| *Defendants*. | § | |
| | § | |
| **BLUE SPIKE, LLC,** | § | |
| | § | |
| *Plaintiff*, | § | Civil Action No. 6:12-CV-565-MHS |
| | § | (Consolidate Case) |
| v. | § | |
| | § | |
| **UMAMI CO.,** | § | **JURY TRIAL DEMANDED** |
| | § | |
| *Defendant*. | § | |

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** | § | |
| | § | |
| *Plaintiff*, | § | **Civil Action No. 6:12-CV-534-MHS** |
| | § | **(Consolidate Case)** |
| v. | § | |
| | § | |
| **VERCURY, INC.,** | § | **JURY TRIAL DEMANDED** |
| | § | |
| *Defendant.* | § | |
| | § | |
| **BLUE SPIKE, LLC,** | § | |
| | § | |
| *Plaintiff*, | § | **Civil Action No. 6:12-CV-526-MHS** |
| | § | **(Consolidate Case)** |
| v. | § | |
| | § | |
| **VIGGLE, INC.,** *f/n/a* **FUNCTIONS(X), INC.,** | § | **JURY TRIAL DEMANDED** |
| | § | |
| *Defendant.* | § | |
| **BLUE SPIKE, LLC,** | § | |
| | § | |
| *Plaintiff*, | § | **Civil Action No. 6:12-CV-539-MHS** |
| | § | **(Consolidate Case)** |
| v. | § | |
| | § | |
| **VOBILE, INC.,** | § | **JURY TRIAL DEMANDED** |
| | § | |
| *Defendants.* | § | |
| | § | |
| **BLUE SPIKE, LLC,** | § | |
| | § | |
| *Plaintiff*, | § | **Civil Action No. 6:12-CV-570-MHS** |
| | § | **(Consolidate Case)** |
| v. | § | |
| | § | |
| **WIOFFER, LLC,** | § | **JURY TRIAL DEMANDED** |
| | § | |
| *Defendant.* | § | |
| | § | |

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** | § § | |
| *Plaintiff*, | § § | Civil Action No. 6:12-CV-556-MHS |
| v. | § § | (Consolidate Case) |
| **YAHOO! INC.,** | § § | **JURY TRIAL DEMANDED** |
| *Defendant.* | § § § | |
| **BLUE SPIKE, LLC,** | § § | |
| *Plaintiff*, | § § | Civil Action No. 6:12-CV-580-MHS |
| v. | § § | (Consolidate Case) |
| **YOUWEB, LLC,** *et al.,* | § § | **JURY TRIAL DEMANDED** |
| *Defendant.* | § § § | |
| **BLUE SPIKE, LLC,** | § § | |
| *Plaintiff*, | § § | Civil Action No. 6:12-CV-568-MHS |
| v. | § § | (Consolidate Case) |
| **ZEITERA, LLC,** | § § | **JURY TRIAL DEMANDED** |
| *Defendant.* | § § § | |
| **BLUE SPIKE, LLC,** | § § | |
| *Plaintiff*, | § § | Civil Action No. 6:12-CV-608-MHS |
| v. | § § | (Consolidate Case) |
| **ZKTECO, INC.,** *et al.,* | § § | **JURY TRIAL DEMANDED** |
| *Defendant.* | § § § | |

### PLAINTIFF BLUE SPIKE, LLC'S UNOPPOSED MOTION TO WITHDRAW STEPHEN E. EDWARDS AS COUNSEL OF RECORD

Blue Spike, LLC, plaintiff in the above-entitled and numbered civil action, respectfully moves for the Court to allow Stephen E. Edwards to withdraw as its counsel of record in the above-captioned action. This motion does not affect any other representations in this action

Respectfully submitted,

Eric M. Albritton
Texas State Bar No. 00790215
ema@emafirm.com
Michael A. Benefield
Texas State Bar No. 24073408
mab@emafirm.com
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone: (903) 757-8449
Facsimile: (903) 758-7397

Randall T. Garteiser
Texas Bar No. 24038912
randall.garteiser@sftrialattorneys.com
Christopher A. Honea
Texas Bar No. 24059967
chris.honea@sftrialattorneys.com
Christopher S. Johns
Texas Bar No. 24044849
chris.johns@sftrialattorneys.com
**GARTEISER HONEA, P.C.**
44 North San Pedro Road
San Rafael, California 94903
Telephone: (415) 785-3762
Facsimile: (415) 785-3805

*Counsel for Blue Spike LLC*

**CERTIFICATE OF SERVICE**

      Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(c), the undersigned certifies that the foregoing document is being filed electronically in compliance with Local Rule CV-5(a). As such, the document is being served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), any other counsel of record will be served with a true and correct copy of the foregoing by email on this 25th day of February 2013.

Eric M. Albritton

**CERTIFICATE OF CONFERENCE**

      Pursuant to Local Rule CV-7(i), the undersigned certifies that counsel have complied with the meet-and-confer requirements of Local Rule CV-7(h) and (i) and that the foregoing motion is unopposed.

Eric M. Albritton