# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF TEXAS

# TYLER DIVISION

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** | § | |
| | § | |
| *Plaintiff*, | § | **Civil Action No. 6:12-CV-499-MHS** |
| | § | **(Lead Case)** |
| v. | § | |
| | § | |
| **TEXAS INSTRUMENTS, INC.,** | § | |
| | § | **JURY TRIAL DEMANDED** |
| *Defendants*. | § | |
| | § | |
| **BLUE SPIKE, LLC,** | § | |
| | § | |
| *Plaintiff*, | § | **Civil Action No. 6:12-CV-685-MHS** |
| | § | **(Consolidate Case)** |
| v. | § | |
| | § | |
| **3M COGENT, INC.,** | § | |
| | § | **JURY TRIAL DEMANDED** |
| *Defendant*. | § | |
| | § | |
| **BLUE SPIKE, LLC,** | § | |
| | § | |
| *Plaintiff*, | § | **Civil Action No. 6:12-CV-582-MHS** |
| | § | **(Consolidate Case)** |
| v. | § | |
| | § | |
| **ACTV8, INC.,** | § | **JURY TRIAL DEMANDED** |
| | § | |
| *Defendant*. | § | |
| | § | |

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** | § | |
| | § | |
| *Plaintiff*, | § | Civil Action No. 6:12-CV-564-MHS |
| | § | (Consolidate Case) |
| v. | § | |
| | § | |
| **ADOBE SYSTEMS, INC.,** | § | **JURY TRIAL DEMANDED** |
| | § | |
| *Defendant.* | § | |
| | § | |
| **BLUE SPIKE, LLC,** | § | |
| | § | |
| *Plaintiff*, | § | Civil Action No. 6:12-CV-686-MHS |
| | § | (Consolidate Case) |
| v. | § | |
| | § | |
| **ANTHEUS TECHNOLOGY, INC.,** | § | **JURY TRIAL DEMANDED** |
| | § | |
| *Defendant.* | § | |
| | § | |
| **BLUE SPIKE, LLC,** | § | |
| | § | |
| *Plaintiff*, | § | Civil Action No. 6:12-CV-540-MHS |
| | § | (Consolidate Case) |
| v. | § | |
| | § | |
| **ATTRIBUTOR CORPORATION,** | § | **JURY TRIAL DEMANDED** |
| | § | |
| *Defendant.* | § | |
| | § | |
| **BLUE SPIKE, LLC,** | § | |
| | § | |
| *Plaintiff*, | § | Civil Action No. 6:12-CV-576-MHS |
| | § | (Consolidate Case) |
| v. | § | |
| | § | |
| **AUDIBLE MAGIC CORPORATION, INC.,** *et al.*, | § | **JURY TRIAL DEMANDED** |
| | § | |
| *Defendants.* | § | |

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** | § | |
| | § | |
| *Plaintiff*, | § | Civil Action No. 6:12-CV-687-MHS |
| | § | (Consolidate Case) |
| v. | § | |
| | § | |
| **AWARE, INC.,** | § | **JURY TRIAL DEMANDED** |
| | § | |
| *Defendant.* | § | |
| | § | |
| **BLUE SPIKE, LLC,** | § | |
| | § | |
| *Plaintiff*, | § | Civil Action No. 6:12-CV-648-MHS |
| | § | (Consolidate Case) |
| v. | § | |
| | § | |
| **BIOLINK SOLUTIONS LTD.,** *et al.,* | § | **JURY TRIAL DEMANDED** |
| | § | |
| *Defendants.* | § | |
| | § | |
| **BLUE SPIKE, LLC,** | § | |
| | § | |
| *Plaintiff*, | § | Civil Action No. 6:12-CV-682-MHS |
| | § | (Consolidate Case) |
| v. | § | |
| | § | |
| **BMAT LICENSING, S.L.,** | § | **JURY TRIAL DEMANDED** |
| | § | |
| *Defendant.* | § | |
| | § | |
| **BLUE SPIKE, LLC,** | § | |
| | § | |
| *Plaintiff*, | § | Civil Action No. 6:12-CV-586-MHS |
| | § | (Consolidate Case) |
| v. | § | |
| | § | |
| **BROADCAST MUSIC, INC.,** *et al.,* | § | **JURY TRIAL DEMANDED** |
| | § | |
| *Defendants.* | § | |
| | § | |

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** | § | |
| | § | |
| *Plaintiff*, | § | Civil Action No. 6:12-CV-594-MHS |
| | § | (Consolidate Case) |
| v. | § | |
| | § | |
| **CBS INTERACTIVE, INC.,** *et al.,* | § | **JURY TRIAL DEMANDED** |
| | § | |
| *Defendants.* | § | |
| | § | |
| **BLUE SPIKE, LLC,** | § | |
| | § | |
| *Plaintiff*, | § | Civil Action No. 6:12-CV-557-MHS |
| | § | (Consolidate Case) |
| v. | § | |
| | § | |
| **CIVOLUTION USA, INC.,** *et al.,* | § | **JURY TRIAL DEMANDED** |
| | § | |
| *Defendants.* | § | |
| | § | |
| **BLUE SPIKE, LLC,** | § | |
| | § | |
| *Plaintiff*, | § | Civil Action No. 6:12-CV-595-MHS |
| | § | (Consolidate Case) |
| v. | § | |
| | § | |
| **CLEAR CHANNEL BROADCASTING, INC.** | § | **JURY TRIAL DEMANDED** |
| | § | |
| *Defendant.* | § | |
| **BLUE SPIKE, LLC,** | § | |
| | § | |
| *Plaintiff*, | § | Civil Action No. 6:12-CV-759-MHS |
| | § | (Consolidate Case) |
| v. | § | |
| | § | |
| **DIGITALPERSONA CORPORATION,** | § | **JURY TRIAL DEMANDED** |
| | § | |
| *Defendant.* | § | |

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** | § | |
| | § | |
| *Plaintiff*, | § | Civil Action No. 6:12-CV-527-MHS |
| | § | (Consolidate Case) |
| v. | § | |
| | § | |
| **FREE STREAM MEDIA CORP.,** | § | **JURY TRIAL DEMANDED** |
| | § | |
| *Defendant.* | § | |
| | § | |
| **BLUE SPIKE, LLC,** | § | |
| | § | |
| *Plaintiff*, | § | Civil Action No. 6:12-CV-616-MHS |
| | § | (Consolidate Case) |
| v. | § | |
| | § | |
| **FUJITSU AMERICA, INC.,** *et al.,* | § | **JURY TRIAL DEMANDED** |
| | § | |
| *Defendants.* | § | |
| | § | |
| **BLUE SPIKE, LLC,** | § | |
| | § | |
| *Plaintiff*, | § | Civil Action No. 6:12-CV-610-MHS |
| | § | (Consolidate Case) |
| v. | § | |
| | § | |
| **FULCRUM BIOMETRICS, LLC,** *et al.,* | § | **JURY TRIAL DEMANDED** |
| | § | |
| *Defendants.* | § | |
| | § | |
| **BLUE SPIKE, LLC,** | § | |
| | § | |
| *Plaintiff*, | § | Civil Action No. 6:12-CV-558-MHS |
| | § | (Consolidate Case) |
| v. | § | |
| | § | |
| **GOOGLE INC.,** | § | **JURY TRIAL DEMANDED** |
| | § | |
| *Defendant.* | § | |
| | § | |

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** | § | |
| | § | |
| *Plaintiff*, | § | Civil Action No. 6:12-CV-645-MHS |
| | § | (Consolidate Case) |
| v. | § | |
| | § | |
| **GREEN BIT, INC.,** *et al.*, | § | **JURY TRIAL DEMANDED** |
| | § | |
| *Defendants.* | § | |
| | § | |
| **BLUE SPIKE, LLC,** | § | |
| | § | |
| *Plaintiff*, | § | Civil Action No. 6:12-CV-651-MHS |
| | § | (Consolidate Case) |
| v. | § | |
| | § | |
| **GRIAULE TECHNOLOGY LLC,** | § | **JURY TRIAL DEMANDED** |
| | § | |
| *Defendant.* | § | |
| | § | |
| **BLUE SPIKE, LLC,** | § | |
| | § | |
| *Plaintiff*, | § | Civil Action No. 6:12-CV-688-MHS |
| | § | (Consolidate Case) |
| v. | § | |
| | § | |
| **IMAGEWARE SYSTEMS, INC.,** | § | **JURY TRIAL DEMANDED** |
| | § | |
| *Defendant.* | § | |
| | § | |
| **BLUE SPIKE, LLC,** | § | |
| | § | |
| *Plaintiff*, | § | Civil Action No. 6:12-CV-647-MHS |
| | § | (Consolidate Case) |
| v. | § | |
| | § | |
| **INNOVATRICS S.R.O.,** *et al.*, | § | **JURY TRIAL DEMANDED** |
| | § | |
| *Defendants.* | § | |
| | § | |

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** | § § | |
| *Plaintiff*, | § § | Civil Action No. 6:12-CV-502-MHS |
| v. | § § | (Consolidate Case) |
| **IPHARRO MEDIA, INC.,** *et al.,* | § § | **JURY TRIAL DEMANDED** |
| *Defendants*. | § § § | |
| **BLUE SPIKE, LLC,** | § § | |
| *Plaintiff*, | § § | Civil Action No. 6:12-CV-567-MHS |
| v. | § § | (Consolidate Case) |
| **IRDERO USA, INC.,** *et al.,* | § § | **JURY TRIAL DEMANDED** |
| *Defendants*. | § § § | |
| **BLUE SPIKE, LLC,** | § § | |
| *Plaintiff*, | § § | Civil Action No. 6:12-CV-680-MHS |
| v. | § § | (Consolidate Case) |
| **L-1 IDENTITY SOLUTIONS, INC.,** *et al.,* | § § § | **JURY TRIAL DEMANDED** |
| *Defendants*. | § § | |
| **BLUE SPIKE, LLC,** | § § | |
| *Plaintiff*, | § § | Civil Action No. 6:12-CV-681-MHS |
| v. | § § | (Consolidate Case) |
| **LUMIDIGM, INC.,** | § § | **JURY TRIAL DEMANDED** |
| *Defendant*. | § § § | |

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** | § | |
| | § | |
|     *Plaintiff*, | § | Civil Action No. 6:12-CV-690-MHS |
| | § | (Consolidate Case) |
| v. | § | |
| | § | |
| **NEC CORPORATION OF AMERICA,** *et al.*, | § | **JURY TRIAL DEMANDED** |
| | § | |
|     *Defendants.* | § | |
| **BLUE SPIKE, LLC,** | § | |
| | § | |
|     *Plaintiff*, | § | Civil Action No. 6:12-CV-529-MHS |
| | § | (Consolidate Case) |
| v. | § | |
| | § | |
| **PEER MEDIA TECHNOLOGIES, INC.,** | § | **JURY TRIAL DEMANDED** |
| | § | |
|     *Defendant.* | § | |
| **BLUE SPIKE, LLC,** | § | |
| | § | |
|     *Plaintiff*, | § | Civil Action No. 6:12-CV-694-MHS |
| | § | (Consolidate Case) |
| v. | § | |
| | § | |
| **PRECISE BIOMETRICS, INC.,** *et al.*, | § | **JURY TRIAL DEMANDED** |
| | § | |
|     *Defendants.* | § | |
| **BLUE SPIKE, LLC,** | § | |
| | § | |
|     *Plaintiff*, | § | Civil Action No. 6:12-CV-577-MHS |
| | § | (Consolidate Case) |
| v. | § | |
| | § | |
| **ROVI CORPORATION,** *et al.*, | § | **JURY TRIAL DEMANDED** |
| | § | |
|     *Defendants.* | § | |

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** | § | |
| | § | |
| *Plaintiff*, | § | **Civil Action No. 6:12-CV-607-MHS** |
| | § | **(Consolidate Case)** |
| v. | § | |
| | § | |
| **SECUGEN CORPORATION,** | § | **JURY TRIAL DEMANDED** |
| | § | |
| *Defendant.* | § | |
| | § | |
| **BLUE SPIKE, LLC,** | § | |
| | § | |
| *Plaintiff*, | § | **Civil Action No. 6:12-CV-500-MHS** |
| | § | **(Consolidate Case)** |
| v. | § | |
| | § | |
| **SHAZAM ENTERTAINMENT LTD.,** | § | **JURY TRIAL DEMANDED** |
| | § | |
| *Defendants.* | § | |
| | § | |
| **BLUE SPIKE, LLC,** | § | |
| | § | |
| *Plaintiff*, | § | **Civil Action No. 6:12-CV-581-MHS** |
| | § | **(Consolidate Case)** |
| v. | § | |
| | § | |
| **SMRTV, INC.,** | § | **JURY TRIAL DEMANDED** |
| | § | |
| *Defendants.* | § | |
| | § | |
| **BLUE SPIKE, LLC,** | § | |
| | § | |
| *Plaintiff*, | § | **Civil Action No. 6:12-CV-537-MHS** |
| | § | **(Consolidate Case)** |
| v. | § | |
| | § | |
| **SOUNDHOUND, INC.,** | § | **JURY TRIAL DEMANDED** |
| | § | |
| *Defendant.* | § | |
| | § | |

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** | § § | |
| *Plaintiff*, | § § | Civil Action No. 6:12-CV-598-MHS |
| | § | (Consolidate Case) |
| v. | § § | |
| **SOUNDMOUSE, LTD.,** | § § | **JURY TRIAL DEMANDED** |
| *Defendants*. | § § § | |
| **BLUE SPIKE, LLC,** | § § | |
| *Plaintiff*, | § § | Civil Action No. 6:12-CV-572-MHS |
| | § | (Consolidate Case) |
| v. | § § | |
| **TECHNICOLOR USA, INC.,** | § § | **JURY TRIAL DEMANDED** |
| *Defendants*. | § § § | |
| **BLUE SPIKE, LLC,** | § § | |
| *Plaintiff*, | § § | Civil Action No. 6:12-CV-528-MHS |
| | § | (Consolidate Case) |
| v. | § § | |
| **THE ECHO NEST CORPORATION,** | § § | **JURY TRIAL DEMANDED** |
| *Defendants*. | § § § | |
| **BLUE SPIKE, LLC,** | § § | |
| *Plaintiff*, | § § | Civil Action No. 6:12-CV-587-MHS |
| | § | (Consolidate Case) |
| v. | § § | |
| **THE NIELSEN COMPANY (US), LLC,** | § § | **JURY TRIAL DEMANDED** |
| *Defendants*. | § § § | |

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** | § | |
| | § | |
| *Plaintiff*, | § | Civil Action No. 6:12-CV-533-MHS |
| | § | (Consolidate Case) |
| v. | § | |
| | § | |
| **TUNESAT, LLC,** | § | **JURY TRIAL DEMANDED** |
| | § | |
| *Defendant.* | § | |
| | § | |
| **BLUE SPIKE, LLC,** | § | |
| | § | |
| *Plaintiff*, | § | Civil Action No. 6:12-CV-684-MHS |
| | § | (Consolidate Case) |
| v. | § | |
| | § | |
| **TV INTERACTIVE SYSTEMS, INC.,** | § | **JURY TRIAL DEMANDED** |
| | § | |
| *Defendant.* | § | |
| | § | |
| **BLUE SPIKE, LLC,** | § | |
| | § | |
| *Plaintiff*, | § | Civil Action No. 6:12-CV-646-MHS |
| | § | (Consolidate Case) |
| v. | § | |
| | § | |
| **TVTAK USA, INC.,** *et al.,* | § | **JURY TRIAL DEMANDED** |
| | § | |
| *Defendants.* | § | |
| | § | |
| **BLUE SPIKE, LLC,** | § | |
| | § | |
| *Plaintiff*, | § | Civil Action No. 6:12-CV-565-MHS |
| | § | (Consolidate Case) |
| v. | § | |
| | § | |
| **UMAMI CO.,** | § | **JURY TRIAL DEMANDED** |
| | § | |
| *Defendant.* | § | |
| | § | |

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** | § | |
| | § | |
| *Plaintiff*, | § | Civil Action No. 6:12-CV-534-MHS |
| | § | (Consolidate Case) |
| v. | § | |
| | § | |
| **VERCURY, INC.,** | § | **JURY TRIAL DEMANDED** |
| | § | |
| *Defendant.* | § | |
| | § | |
| **BLUE SPIKE, LLC,** | § | |
| | § | |
| *Plaintiff*, | § | Civil Action No. 6:12-CV-526-MHS |
| | § | (Consolidate Case) |
| v. | § | |
| | § | |
| **VIGGLE, INC.,** *f/n/a* **FUNCTIONS(X), INC.,** | § | **JURY TRIAL DEMANDED** |
| | § | |
| *Defendant.* | § | |
| **BLUE SPIKE, LLC,** | § | |
| | § | |
| *Plaintiff*, | § | Civil Action No. 6:12-CV-539-MHS |
| | § | (Consolidate Case) |
| v. | § | |
| | § | |
| **VOBILE, INC.,** | § | **JURY TRIAL DEMANDED** |
| | § | |
| *Defendants.* | § | |
| | § | |
| **BLUE SPIKE, LLC,** | § | |
| | § | |
| *Plaintiff*, | § | Civil Action No. 6:12-CV-570-MHS |
| | § | (Consolidate Case) |
| v. | § | |
| | § | |
| **WIOFFER, LLC,** | § | **JURY TRIAL DEMANDED** |
| | § | |
| *Defendant.* | § | |

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** | § § | |
| *Plaintiff*, | § § | Civil Action No. 6:12-CV-556-MHS |
| v. | § § | (Consolidate Case) |
| **YAHOO! INC.,** | § § | **JURY TRIAL DEMANDED** |
| *Defendant.* | § § § | |
| **BLUE SPIKE, LLC,** | § § | |
| *Plaintiff*, | § § | Civil Action No. 6:12-CV-580-MHS |
| v. | § § | (Consolidate Case) |
| **YOUWEB, LLC,** *et al.,* | § § | **JURY TRIAL DEMANDED** |
| *Defendant.* | § § § | |
| **BLUE SPIKE, LLC,** | § § | |
| *Plaintiff*, | § § | Civil Action No. 6:12-CV-568-MHS |
| v. | § § | (Consolidate Case) |
| **ZEITERA, LLC,** | § § | **JURY TRIAL DEMANDED** |
| *Defendant.* | § § § | |
| **BLUE SPIKE, LLC,** | § § | |
| *Plaintiff*, | § § | Civil Action No. 6:12-CV-608-MHS |
| v. | § § | (Consolidate Case) |
| **ZKTECO, INC.,** *et al.,* | § § | **JURY TRIAL DEMANDED** |
| *Defendant.* | § § § | |

# **ORDER**

Blue Spike, LLC's Unopposed Motion to Withdraw Stephen E. Edwards as Counsel of Record shall be, and hereby is, GRANTED. Accordingly, the Clerk shall terminate Stephen E. Edwards as counsel of record for the Plaintiff and discontinue CM/ECF notices to Stephen E. Edwards for this civil action and all consolidated civil actions.