# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> Texas Instruments, Inc., et al., <br><br> *Defendants.* | § § § § § § § § § § | CASE NO. 6:12-cv-499 MHS <br><br> LEAD CASE <br><br> Jury Trial Demanded |
| Blue Spike, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> GREEN BIT, INC., GREEN BIT S.P.A. and GREEN BIT AMERICAS, INC. <br><br> *Defendants.* | § § § § § § § § § § § | CASE NO. 6:12-cv-645 MHS <br><br> CONSOLIDATED CASE <br><br> Jury Trial Demanded |

### UNOPPOSED MOTION FOR THIRD EXTENSION OF TIME TO RESPOND TO GREEN BIT, INC., GREEN BIT S.P.A. and GREEN BIT AMERICAS, INC.,'S MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE

Plaintiff Blue Spike, LLC ("Blue Spike") respectfully moves the Court for a third extension of time within which to respond to Green Bit, Inc., Green Bit S.p.A., and Green Bit Americas, Inc.'s (collectively "Green Bit") MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, IMPROPER VENUE, AND INSUFFICIENT SERVICE OF PROCESS ("Motion to Dismiss").

Blue Spike's current deadline to respond to the Motion to Dismiss is February 22, 2013. Although the parties agreed to an extension, Blue Spike

1

inadvertently filed this document in Case 6:12-cv-645, and was notified by the Court today to file this motion in this lead case.

Blue Spike requests an extension of time of until April 12, 2013, to respond to Defendants' Motion to Dismiss. Counsel for Blue Spike has conferred with counsel for Green Bit and Green Bit is unopposed to this request for extension of time.

Dated: February 25, 2013  Respectfully submitted,

/s/ Randall T. Garteiser
Randall T. Garteiser
  Texas Bar No. 24038912
  randall.garteiser@sftrialattorneys.com
Christopher A. Honea
  Texas Bar No. 24059967
  chris.honea@sftrialattorneys.com
Christopher S. Johns
  Texas Bar No. 24044849
  chris.johns@sftrialattorneys.com
GARTEISER HONEA, P.C.
44 North San Pedro Road
San Rafael, California 94903
(415) 785-3762
(415) 785-3805 fax

Eric M. Albritton
  Texas State Bar No. 00790215
  ema@emafirm.com
Stephen E. Edwards
  Texas State Bar No. 00784008
  see@emafirm.com
Michael A. Benefield
  Texas State Bar No. 24073408
  mab@emafirm.com
ALBRITTON LAW FIRM
P.O. Box 2649

Longview, Texas 75606
(903) 757-8449
(903) 758-7397 fax

*Counsel for Blue Spike LLC*

## Certificate of Service

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on February 25, 2013.

                                                                                    /s/ Randall Garteiser

## CERTIFICATE OF CONFERENCE

I certify that on behalf of Blue Spike, LLC, I have met and conferred with counsel for Defendants on February 22, 2013 regarding the relief requested herein. Counsel for Defendants has indicated that they are unopposed to the extension.

                                                                                     /s/ Randall Garteiser