IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 6:12-CV-499-MHS |
| | § | (Lead Case) |
| v. | § | |
| | § | |
| TEXAS INSTRUMENTS, INC., | § | |
| | § | JURY TRIAL DEMANDED |
| Defendants. | § | |
| BLUE SPIKE, LLC, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 6:12-CV-539-MHS |
| | § | (Consolidate Case) |
| v. | § | |
| | § | |
| VOBILE, INC., | § | JURY TRIAL DEMANDED |
| | § | |
| Defendants. | § | |

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(h), counsel for Plaintiff and counsel for Defendant had a personal conference by telephone on February 21, 2013. Randall T. Garteiser, lead counsel, and Michael A. Benefield, local counsel, participated on behalf of the plaintiff. David Jakopin, lead counsel, participated on behalf of the Defendant, Vobile, Inc. During this conference, the participants gave each other the opportunity to express his or her views concerning the dispute. Moreover, the participants compared views and discussed the issues in an attempt to resolve their differing views. The participants sincerely attempted to present the merits of theie respective positions and meaningfully assess the relative strength and weaknesses of their positions. Despite meeting and conferring in good faith, the discussions conclusively ended in an impasse, leaving an open issue for the court to resolve. Thus, this motion is opposed. Local Rule CV-7(i).

*/s/ Randall Garteiser (with permission)*
Randall Garteiser, Lead Counsel

_____
Michael A. Benefield, Local Counsel