UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, § <br><br>   *Plaintiff*, § <br><br> v. § <br><br> Texas Instruments, Inc., et al., § <br><br>   *Defendants*. § | § § § § § § § | CASE NO. 6:12-cv-499 MHS <br><br> LEAD CASE <br><br> Jury Trial Demanded |
| Blue Spike, LLC, § <br><br>   *Plaintiff*, § <br><br> v. § <br><br> GREEN BIT, INC., GREEN BIT S.P.A. and GREEN BIT AMERICAS, INC. § <br><br>   *Defendants*. § | § § § § § § § § | CASE NO. 6:12-cv-645 MHS <br><br> CONSOLIDATED CASE <br><br> Jury Trial Demanded |

**ORDER GRANTING UNOPPOSED MOTION FOR THIRD EXTENSION OF TIME TO RESPOND TO GREEN BIT, INC., GREEN BIT S.P.A. and GREEN BIT AMERICAS, INC.,'S MOTION TO DISMISS**

BEFORE THE COURT is Plaintiff Blue Spike, LLC ("Blue Spike") Unopposed Motion for Third Extension of Time to Respond to Defendants Green Bit, Inc., Green Bit S.p.A., and Green Bit Americas, Inc.'s (collectively "Green Bit") MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, IMPROPER VENUE, AND INSUFFICIENT SERVICE OF PROCESS ("Motion to Dismiss"). The Court, having noted that the relief requested is unopposed, is of the opinion that the Motion should be granted.

IT IS ORDERED that Plaintiff Blue Spike, LLC shall have until April 5, 2013, to respond to the Motion to Dismiss.

**It is SO ORDERED.**

**SIGNED this 26th day of February, 2013.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE