UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC,<br><br>　　　*Plaintiff*,<br><br>v.<br><br>Texas Instruments, Inc., et al.,<br><br>　　　*Defendants*. | § § § § § § § § § | CASE NO. 6:12-cv-499 MHS<br><br>LEAD CASE<br><br>Jury Trial Demanded |
| Blue Spike, LLC,<br><br>　　　*Plaintiff*,<br><br>v.<br><br>Yahoo! Inc.,<br><br>　　　*Defendant*. | § § § § § § § § § § | CASE NO. 6:12-cv-556 MHS<br><br>CONSOLIDATED CASE<br><br>Jury Trial Demanded |

## AGREED MOTION TO DISMISS

Plaintiff Blue Spike, LLC ("Blue Spike") and Defendant Yahoo! Inc. ("Yahoo!") file this Agreed Motion to Dismiss under Fed. R. Civ. P. 41(a)(1)(A)(ii).  Blue Spike and Yahoo! agree that:

　　1.　　Blue Spike consents to dismissal with prejudice of all of its claims against Yahoo! in this suit.

　　2.　　Blue Spike and Yahoo! shall each bear their own attorney fees and costs incurred in connection with this action.

Respectfully submitted,

| | |
|---|---|
| /s/ Randall T. Garteiser | /s/ Gabriel S. Gross |
| Eric M. Albritton | Eric H. Findlay |
| Texas State Bar No. 00790215 | State Bar No. 00789886 |
| ema@emafirm.com | FINDLAY CRAFT, LLP |
| Stephen E. Edwards | 6760 Old Jacksonville Hwy |
| Texas State Bar No. 00784008 | Suite 101 |
| see@emafirm.com | Tyler, TX 75703 |
| Michael A. Benefield | (903) 534-1100 |
| Texas State Bar No. 24073408 | (903) 534-1137 FAX |
| mab@emafirm.com | efindlay@findlaycraft.com |
| ALBRITTON LAW FIRM | |
| P.O. Box 2649 | Douglas E. Lumish |
| Longview, Texas 75606 | (California Bar No. 183863) |
| (903) 757-8449 | dlumish@kasowitz.com |
| (903) 758-7397 fax | Gabriel S. Gross |
| | (California Bar No. 254672) |
| Randall T. Garteiser | ggross@kasowitz.com |
| Texas Bar No. 24038912 | Parker Ankrum |
| randall.garteiser@sftrialattorneys.com | (California Bar No. 261608) |
| Christopher A. Honea | pankrum@kasowitz.com |
| Texas Bar No. 24059967 | KASOWITZ, BENSON, TORRES, |
| chris.honea@sftrialattorneys.com | & FRIEDMAN LLP |
| Christopher S. Johns | 333 Twin Dolphin Drive |
| Texas Bar No. 24044849 | Redwood Shores, CA 94065 |
| chris.johns@sftrialattorneys.com | Tel: (650) 453-5170 |
| GARTEISER HONEA, P.C. | Fax: (650) 453-5171 |
| 44 North San Pedro Road | |
| San Rafael, California 94903 | Alfredo Perez de Alejo |
| (415) 785-3762 | aperezdealejo@kasowitz.com |
| (415) 785-3805 fax | KASOWITZ, BENSON, TORRES, |
| | & FRIEDMAN LLP |
| ***ATTORNEYS FOR BLUE SPIKE, LLC*** | 1633 Broadway |
| | New York, NY 10019 |
| | Tel: (212) 506-1700 |
| | Fax: (212) 506-1800 |
| | |
| | ***ATTORNEYS FOR YAHOO! INC.*** |

**CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on February 28, 2013.

                                                                                       /s/ Randall T. Garteiser

**CERTIFICATE OF CONFERENCE**

      I certify that on behalf of Blue Spike, LLC, I have met and conferred with counsel for Defendant on February 26, 2013 regarding the relief requested herein. Counsel for Defendant has agreed to this motion.

                                                                                      /s/ Randall T. Garteiser