## UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § | |
| *Plaintiff*, | § | **CASE NO. 6:12-cv-499 MHS** |
| | § | |
| v. | § | **LEAD CASE** |
| | § | |
| Texas Instruments, Inc., et al., | § | **Jury Trial Demanded** |
| *Defendants*. | § | |

| | | |
|---|---|---|
| Blue Spike, LLC, | § | |
| *Plaintiff*, | § | **CASE NO. 6:12-cv-690 MHS** |
| | § | |
| v. | § | **CONSOLIDATED CASE** |
| | § | |
| NEC Corporation of America, et al., | § | **Jury Trial Demanded** |
| *Defendants*. | § | |

### AGREED MOTION TO DISMISS WITH PREJUDICE
### DEFENDANTS NEC CORPORATION OF AMERICA AND NEC CORPORATION

Plaintiff Blue Spike, LLC, on the one hand, and defendants NEC Corporation of America and NEC Corporation, on the other, have reached a settlement of the above-captioned matter and have agreed to dismiss all claims, counterclaims, and causes of action between them.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Blue Spike, LLC stipulates to the dismissal with prejudice of all claims and causes of action asserted in this case against defendants NEC Corporation of America and NEC Corporation, and defendants NEC Corporation of America and NEC Corporation stipulate to the dismissal with prejudice of all counterclaims and defenses asserted in this case against Blue Spike, LLC. The parties shall bear their own attorneys' fees, expenses and costs.

Respectfully submitted,


  /s/ Randall T. Garteiser

Randall T. Garteiser
Lead Attorney
Texas Bar No. 24038912
rgarteiser@ghiplaw.com
Christopher A. Honea
Texas Bar No. 24059967
chonea@ghiplaw.com
**GARTEISER HONEA, P.C.**
44 North San Pedro Road
San Rafael, California 94903
Telephone:  (415) 785-3762
Facsimile:  (415) 785-3805


Eric M. Albritton
Texas State Bar No. 00790215
ema@emafirm.com
Stephen E. Edwards
Texas State Bar No. 00784008
see@emafirm.com
Michael A. Benefield
Texas State Bar No. 24073408
mab@emafirm.com
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone:  (903) 757-8449
Facsimile:  (903) 758-7397

*Attorneys for Plaintiff Blue Spike LLC*


/s/ Deborah J. Race


Deborah J. Race
State Bar No. 16448700
drace@icklaw.com
Otis Carroll
State Bar No. 3895700
nancy@icklaw.com
**IRELAND, CARROLL & KELLEY, PC**
6101 S. Broadway, Suite 500
Tyler, TX 75703
Telephone: (903) 561-1600
Facsimile: (903) 561-1071


Rachel Krevans
rkrevans@mofo.com
**MORRISON & FOERSTER LLP**
425 Market Center
San Francisco, CA 94105
Tel: (415) 268-6381
Fax: (415) 268-7522


Louise Stoupe
LStoupe@mofo.com
Timothy G. Doyle
TDoyle@mofo.com
**MORRISON & FOERSTER LLP**
Shin-Marunouchi Building 501,
Marunouchi 1-chome
Chiyoda-ku, Tokyo 1005429
Tel: 81 3 3214 6979
Cell: 81 90 6499 0213


ATTORNEYS FOR DEFENDANT NEC
CORPORATION OF AMERICA AND NEC
CORPORATION

**Certificate of Service**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on February 28, 2013.

/s/ Randall T. Garteiser

**Certificate of Conference**

I certify that on behalf of Blue Spike, LLC, I have met and conferred with counsel for Defendant on February 26, 2013 regarding the relief requested herein. Counsel for Defendant has agreed to this motion.

/s/ Randall T. Gartieser