# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| **Blue Spike, LLC,** | § | |
| *Plaintiff*, | § | **CASE NO. 6:12-cv-499 MHS** |
| | § | |
| **v.** | § | **LEAD CASE** |
| | § | |
| **Texas Instruments, Inc., et al.,** | § | **Jury Trial Demanded** |
| *Defendants*. | § | |
| | § | |
| **Blue Spike, LLC,** | § | |
| *Plaintiff*, | § | **CASE NO. 6:12-cv-690 MHS** |
| | § | |
| **v.** | § | **CONSOLIDATED CASE** |
| | § | |
| **NEC Corporation of America, et al.,** | § | **Jury Trial Demanded** |
| *Defendants*. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), recognizing the Stipulation of Dismissal filed by plaintiff Blue Spike, LLC and defendants NEC Corporation of America and NEC Corporation pursuant to a settlement of the above-captioned litigation between the parties, it is ordered as follows:

ORDERED that the claims asserted herein by plaintiff Blue Spike, LLC against defendants NEC Corporation of America and NEC Corporation be, and hereby are, dismissed with prejudice;

ORDERED that the counterclaims and defenses asserted herein by defendants NEC Corporation of America and NEC Corporation against plaintiff Blue Spike, LLC be, and hereby are, dismissed with prejudice; and

ORDERED that the parties shall bear their own attorneys' fees, expenses and costs.