UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.: 6:12-cv-00499-MHS
Name of party requesting extension: Defendant Infinisource, Inc.
Is this the first application for extension of time in this case?  ☑ Yes
 ☐ No

If no, please indicate which application this represents:  ☐ Second
 ☐ Third
 ☐ Other _____

Date of Service of Summons: 2/19/2013
Number of days requested:  ☑ 30 days
 ☐ 15 days
 ☐ Other _____ days

New Deadline Date: 4/11/2013   *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: Teresa M. Corbin
State Bar No.: CSB No. 132360
Firm Name: Fenwick & West LLP
Address: 555 California Street, 12th Floor
San Francisco, CA  94104

Phone: (415) 875-2300
Fax: (415) 281-1350
Email: tcorbin@fenwick.com

A certificate of conference does not need to be filed with this unopposed application.