UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 6:12-cv-00499-MHS

Name of party requesting extension: Defendant Qqest Software Solutions, Inc.

Is this the first application for extension of time in this case?  ☑ Yes
☐ No

If no, please indicate which application this represents:  ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 2/19/2013

Number of days requested:  ☑ 30 days
☐ 15 days
☐ Other _____ days

New Deadline Date: 4/11/2013   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name:     Teresa M. Corbin

State Bar No.:   CSB No. 132360

Firm Name:    Fenwick & West LLP

Address:      555 California Street, 12th Floor

San Francisco, CA  94104

Phone:   (415) 875-2300

Fax:    (415) 281-1350

Email:   tcorbin@fenwick.com

A certificate of conference does not need to be filed with this unopposed application.