## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC,<br><br> *Plaintiff*,<br><br>v.<br><br>Texas Instruments, Inc., et al.,<br><br> *Defendants*. | § § § § § § § § § § § | CASE NO. 6:12-cv-499 MHS<br><br>LEAD CASE<br><br>Jury Trial Demanded |
| Blue Spike, LLC,<br><br> *Plaintiff*,<br><br>v.<br><br>Yahoo! Inc.,<br><br> *Defendant*. | § § § § § § § § § § § | CASE NO. 6:12-cv-556 MHS<br><br>CONSOLIDATED CASE<br><br>Jury Trial Demanded |

### ORDER OF DISMISSAL OF YAHOO! INC.

In light of the Agreed Motion to Dismiss filed by Plaintiff Blue Spike, LLC ("Blue Spike") and Yahoo! Inc. ("Yahoo!") the Court HEREBY ORDERS as follows:

1. Blue Spike's claims against Yahoo! are hereby dismissed with prejudice.

2. Blue Spike and Yahoo! shall each bear their own attorney fees and costs incurred in connection with this action.

 **It is SO ORDERED.**

 **SIGNED this 4th day of March, 2013.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE