UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>Texas Instruments, Inc., et al.,<br><br>*Defendants*. | § § § § § § § § § | CASE NO. 6:12-cv-499 MHS<br><br>LEAD CASE<br><br>Jury Trial Demanded |
| Blue Spike, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>NEC Corporation of America, et al.,<br><br>*Defendants*. | § § § § § § § § § | CASE NO. 6:12-cv-690 MHS<br><br>CONSOLIDATED CASE<br><br>Jury Trial Demanded |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), recognizing the Stipulation of Dismissal filed by plaintiff Blue Spike, LLC and defendants NEC Corporation of America and NEC Corporation pursuant to a settlement of the above-captioned litigation between the parties, it is ordered as follows:

ORDERED that the claims asserted herein by plaintiff Blue Spike, LLC against defendants NEC Corporation of America and NEC Corporation be, and hereby are, dismissed with prejudice;

ORDERED that the counterclaims and defenses asserted herein by defendants NEC Corporation of America and NEC Corporation against plaintiff Blue Spike, LLC be, and hereby are, dismissed with prejudice; and

ORDERED that the parties shall bear their own attorneys' fees, expenses and costs.

**SIGNED this 4th day of March, 2013.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE