UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC., et al.,<br><br>    *Defendants*. | § § § § § § § § § § § | CASE NO. 6:12-cv-499 LED<br><br>LEAD CASE<br><br>Jury Trial Demanded |
| Blue Spike, LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>BIOLINK SOLUTIONS LTD., and BIO-METRICA, LLC,<br><br>    *Defendants*. | § § § § § § § § § § § | CASE NO. 6:12-cv-648 LED<br><br>CONSOLIDATED CASE<br><br>Jury Trial Demanded |

**ORDER GRANTING UNOPPOSED MOTION
FOR SECOND EXTENSION OF TIME TO RESPOND TO
DEFENDANT BIO-METRICA, LLC'S MOTION TO DISMISS FOR
LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE**

BEFORE THE COURT is Plaintiff Blue Spike, LLC ("Blue Spike") Unopposed Motion for Extension of Time to Respond to Bio-Metrica, LLC's MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE ("Motion to Dismiss"). The Court, having noted that the relief requested in unopposed, is of the opinion that the Motion should be granted.

IT IS ORDERED that Plaintiff Blue Spike, LLC shall have until March 18, 2013, to respond to Bio-Metrica's Motion to Dismiss.

    **SIGNED this 8th day of March, 2013.**

*[signature]*

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE