**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § § § | |
| Plaintiff, | § § | Civil Action No. 6:12-cv-499 |
| v. | § § | LEAD CASE |
| TEXAS INSTRUMENTS, INC., *et al.*, | § § | |
| Defendants. | § § § § § | |
| | § | |
| BLUE SPIKE, LLC, | § § § | |
| Plaintiff, | § § | Civil Action Case No. 6:13-cv-40 |
| v. | § § | CONSOLIDATED CASE |
| AOPTIX TECHNOLOGIES, INC., | § § | |
| Defendant. | § § § § | |

**[PROPOSED] ORDER GRANTING
DEFENDANT AOPTIX TECHNOLOGIES, INC.'S MOTION TO DISMISS
FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE**

This Court, having considered the arguments of counsel and the papers submitted in support of and in opposition to Defendant AOptix Technologies, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue (the "Motion"), and Good Cause appearing, HEREBY ORDERS that Defendant's Motion is GRANTED, and the Complaint against AOptix is DISMISSED.

**IT IS SO ORDERED**.