# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, <br><br>*Plaintiff*, <br><br>v. <br><br>Texas Instruments, Inc., et al., <br><br>*Defendants*. | § § § § § § § § § § | CASE NO. 6:12-cv-499 MHS <br><br>LEAD CASE <br><br>Jury Trial Demanded |
| Blue Spike, LLC, <br><br>*Plaintiff*, <br><br>v. <br><br>Green Bit, Inc., Green Bit S.p.A., and Green Bit Americas, Inc., <br><br>*Defendants*. | § § § § § § § § § § § | CASE NO. 6:12-cv-645 MHS <br><br>CONSOLIDATED CASE <br><br>Jury Trial Demanded |

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS GREEN BIT, INC., GREEN BIT S.P.A., AND GREEN BIT AMERICAS, INC. WITHOUT PREJUDICE UNDER RULE 41(a)(1)(A)(i) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

**PLEASE TAKE NOTICE THAT** Plaintiff Blue Spike, LLC hereby voluntarily dismisses its Complaint against Defendants Green Bit, Inc., Green Bit S.p.A., and Green Bit Americas, Inc. ("Defendants") without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. In accordance with Rule 41(a)(1)(A)(i), Plaintiff states that this Notice has been filed prior to service by Defendants of an answer or of a motion for summary judgment.

Respectfully submitted,

/s/ Randall T. Garteiser
Randall T. Garteiser
Texas Bar No. 24038912
randall.garteiser@sftrialattorneys.com

Christopher A. Honea
Texas Bar No. 24059967
chris.honea@sftrialattorneys.com
Christopher S. Johns
Texas Bar No. 24044849
chris.johns@sftrialattorneys.com
**GARTEISER HONEA, P.C.**
44 North San Pedro Road
San Rafael, California 94903
Telephone:  (415) 785-3762
Facsimile:  (415) 785-3805


Eric M. Albritton
Texas State Bar No. 00790215
ema@emafirm.com
Stephen E. Edwards
Texas State Bar No. 00784008
see@emafirm.com
Michael A. Benefield
Texas State Bar No. 24073408
mab@emafirm.com
**ALBRITTON LAW FIRM**
P.O. Box 2649
Longview, Texas 75606
Telephone:  (903) 757-8449
Facsimile:  (903) 758-7397

*Counsel for Blue Spike LLC*

**CERTIFICATE OF SERVICE**

       The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email.

                                                                              /s/ Randall T. Garteiser