# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC,<br>　　　　　Plaintiff,<br><br>vs.<br><br>TEXAS INSTRUMENTS, INC. et al.,<br>　　　　　Defendants. | §§§§§§§§§§§§§ | Civil Action No. 6:12-CV-499<br><br>(LEAD CASE)<br><br>JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC,<br>　　　　　Plaintiff,<br><br>vs.<br><br>CBS CORP., and<br>LAST.FM LTD.,<br>　　　　　Defendants. | §§§§§§§§§§§§§ | Civil Action No. 6:12-CV-594<br><br>(CONSOLIDATED WITH 6:12-CV-499)<br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING DEFENDANTS CBS CORPORATION AND LAST.FM LTD.'S
MOTION TO DISMISS TO THE AMENDED COMPLAINT**

Defendant CBS Corporation and Last.fm Ltd.'s Motion To Dismiss The Amended Complaint came on for hearing before the Court. Based on the supporting and opposition papers and the argument of counsel, and good cause appearing therefore, that motion is hereby GRANTED.

IT IS SO ORDERED.