IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, <br>     Plaintiff, <br> vs. <br> TEXAS INSTRUMENTS, INC. et al., <br>     Defendants. | § § § § § § § § § § § § § | Civil Action No. 6:12-CV-499 <br><br> (LEAD CASE) <br><br> JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC, <br>     Plaintiff, <br> vs. <br> CBS CORP., and <br> LAST.FM LTD., <br>     Defendants. | § § § § § § § § § § § § § | Civil Action No. 6:12-CV-594 <br><br> (CONSOLIDATED WITH 6:12-CV-499) <br><br> JURY TRIAL DEMANDED |

**RULE 7.1 STATEMENT OF LAST.FM LTD.**

    Pursuant to Federal Rule of Civil Procedure 7.1, Last.fm Ltd. hereby discloses that it is an indirect wholly-owned subsidiary of CBS Corporation ("CBS"), a publicly traded company. National Amusements, Inc., a privately held company, beneficially owns the majority of voting stock of CBS. With respect to ownership of the Class A voting stock of CBS Corporation in the amount of 10% or more, CBS Corporation is only aware of the following information based upon filings made pursuant to Section 13(d) or Section 13(g) of the Securities and Exchange Act of 1934: according to a Schedule 13D dated February 25, 2011 and filed with the SEC on March 15, 2011, GAMCO Investors, Inc., along with certain entities and persons affiliated therewith, hold approximately 10.1% of CBS Corporation's Class A voting stock.

-2-

March 11, 2013							Respectfully submitted,

                  /s/  Edward R. Reines
                  Edward R. Reines
                  Cal. Bar No. 135960 – Admitted to E.D. Texas
                  Lead Attorney
                  edward.reines@weil.com
                  Andrew L. Perito
                  Cal. Bar No. 269995 – Admitted to E.D. Texas
                  andrew.perito@weil.com
                  WEIL, GOTSHAL & MANGES LLP
                  201 Redwood Shores Parkway
                  Redwood Shores, CA 94065
                  Telephone: (650) 802-3000
                  Facsimile: (650) 802-3100

                  **Attorneys for Defendant CBS Interactive Inc.**

## CERTIFICATE OF SERVICE

   I hereby certify on this 11th day of March, 2013 that a copy of the foregoing was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel of record who have consented to electronic service through the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3).

                  /s/Edward R. Reines
                   Edward R. Reines