# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § § § | |
| Plaintiff, | § § | Civil Action No. 6:12-CV-499 |
| vs. | § § | (LEAD CASE) |
| TEXAS INSTRUMENTS, INC. et al., | § § | JURY TRIAL DEMANDED |
| Defendants. | § § § § § § § | |
| BLUE SPIKE, LLC, | § § § | |
| Plaintiff, | § § | Civil Action No. 6:12-CV-594 |
| vs. | § § | (CONSOLIDATED WITH 6:12-CV-499) |
| CBS CORP., and LAST.FM LTD., | § § § | JURY TRIAL DEMANDED |
| Defendants. | § § § § § | |

## RULE 7.1 STATEMENT OF CBS CORPORATION

Pursuant to Federal Rule of Civil Procedure 7.1, CBS Corporation ("CBS") hereby discloses that it is a publicly traded company. National Amusements, Inc., a privately held company, beneficially owns the majority of voting stock of CBS. With respect to ownership of the Class A voting stock of CBS Corporation in the amount of 10% or more, CBS Corporation is only aware of the following information based upon filings made pursuant to Section 13(d) or Section 13(g) of the Securities and Exchange Act of 1934: according to a Schedule 13D dated February 25, 2011 and filed with the SEC on March 15, 2011, GAMCO Investors, Inc., along with certain entities and persons affiliated therewith, hold approximately 10.1% of CBS Corporation's Class A voting stock.

March 11, 2013            Respectfully submitted,

           */s/  Edward R. Reines*
Edward R. Reines
Cal. Bar No. 135960 – Admitted to E.D. Texas
Lead Attorney
edward.reines@weil.com
Andrew L. Perito
Cal. Bar No. 269995 – Admitted to E.D. Texas
andrew.perito@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

**Attorneys for Defendant CBS Interactive Inc.**

## CERTIFICATE OF SERVICE

       I hereby certify on this 11th day of March, 2013 that a copy of the foregoing was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel of record who have consented to electronic service through the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3).

           */s/Edward R. Reines*
            Edward R. Reines