IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC | § § | |
| VS. | § § | CASE NO. 6:12-cv-499 MHS |
| TEXAS INSTRUMENTS, INC., ET AL | § | |

| | | |
|---|---|---|
| BLUE SPIKE, LLC | § § | CASE NO. 6:12-CV-690 LED |
| VS. | § § | CONSOLIDATED CASE |
| NEC CORPORATION OF AMERICA AND NEC CORPORATION | § § | JURY TRIAL DEMANDED |

**REQUEST FOR TERMINATION OF**
**<u>ELECTRONIC NOTICES</u>**

Now come Otis Carroll and Deborah Race of the Law Firm of Ireland, Carroll & Kelley, P.C., and pursuant to Rule CV-11(f) request that the Clerk of this Court remove their names from the list of persons authorized to receive electronic notices in this case.

    Respectfully submitted,

    BY: <u>/s/ Deborah Race</u>
        Deborah Race
        Texas Bar No. 16448700
        IRELAND, CARROLL & KELLEY, P.C.
        6101 S. Broadway, Suite 500
        Tyler, Texas 75703
        Tel: (903) 561-160
        Fax: (903) 581-1071

    ATTORNEYS FOR DEFENDANTS
    NEC CORPORATIONOF AMERICA and
    NEC CORPORATION

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CMECF system per Local Rule CV-5(a)(3) on March 12, 2013.

/s/ Deborah Race