IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § § § | |
| Plaintiff, | § | CASE NO. 6:12-CV-499 MHS |
| v. | § § | LEAD CASE |
| Texas Instruments, Inc., et al. | § § | Jury Trial Demanded |
| Defendants. | § § | |

| | | |
|---|---|---|
| Blue Spike, LLC, | § § | |
| Plaintiff, | § § | CASE NO. 6:12-CV-539 MHS |
| v. | § § | LEAD CASE |
| Vobile, Inc. | § § | Jury Trial Demanded |
| Defendant. | § | |

### Order Denying Plaintiff Blue Spike, LLC's Motion to Authorize Jurisdictional Discovery from Defendant Vobile, Inc.

On this day came on to be heard Plaintiff Blue Spike, LLC's ("Plaintiff") Motion to Authorize Jurisdictional Discovery from Vobile, Inc. ("Defendant") Pursuant to FED. R. CIV. 26(a)&(d) and Local Rule CV-26(d) ("Motion") and Defendant's Opposition to the Motion ("Opposition"). The Court having duly considered Plaintiff's Motion and Defendant's Opposition, finds that Defendant's Opposition is in all respects meritorious. It is therefore,

ORDERED, ADJUDGED, AND DECREED, that Plaintiff's Motion is DENIED.