IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **Blue Spike, LLC,** § § § § § § § § § § §<br>Plaintiff,<br>v.<br>**Texas Instruments, Inc., et al.,**<br>Defendants. | | Case No. 6:12-cv-00499-MHS<br><br>LEAD CASE<br><br>Jury Trial Demanded |
| **Blue Spike, LLC,** § § § § § § § § § § § § §<br>Plaintiff,<br>v.<br>**Zeitera, LLC, et al.,**<br>Defendants. | | Case No. 6:12-cv-00568-MHS<br><br>CONSOLIDATED CASE<br><br>Jury Trial Demanded |

**DEFENDANT ENSEQUENCE, INC.'S PROPOSED ORDER ON PLAINTIFF'S MOTION TO AUTHORIZE JURISDICTIONAL DISCOVERY**

This matter came before this Court on the motion of Plaintiff Blue Spike, LLC ("Blue Spike") for authorization of jurisdictional discovery from Defendant Ensequence, Inc. ("Ensequence"), dated February 28, 2013, (the "Motion") [6:12-cv-00499 Dkt. No. 509].

After reviewing the pleadings and the briefing by the parties on this Motion, as well as Ensequence's Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue, dated October 22, 2012 [6:12-cv-00568 Dkt. No. 18] and the accompanying briefing by the parties, it is hereby:

ORDERED that the Blue Spike's Motion to Authorize Jurisdictional Discovery is denied.