UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, *Plaintiff,* v. TEXAS INSTRUMENTS, INC., et al., *Defendants.* | § § § § § § § § § § | CASE NO. 6:12-cv-499 MHS LEAD CASE Jury Trial Demanded |
| Blue Spike, LLC, *Plaintiff,* v. BIOLINK SOLUTIONS LTD., and BIO-METRICA, LLC, *Defendants.* | § § § § § § § § § § § | CASE NO. 6:12-cv-648 MHS CONSOLIDATED CASE Jury Trial Demanded |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND TO BIO-METRICA, LLC'S MOTION TO DISMISS**

BEFORE THE COURT is Plaintiff Blue Spike, LLC ("Blue Spike") Unopposed Motion for Extension of Time to Respond to Bio-Metrica, LLC's MOTION TO DISMISS COMPLAINT ("Motion to Dismiss"). The Court, having noted that the relief requested in unopposed, is of the opinion that the Motion should be granted.

IT IS ORDERED that Plaintiff Blue Spike, LLC shall have until April 8, 2013, to respond to Bio-Metrica's Motion to Dismiss.

No further extensions will be granted absent a showing of manifest injustice.

**SIGNED this 20th day of March, 2013.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE