IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC.,<br><br>Defendant. | Civil Action No.: 6:12-cv-00499-LED<br><br>JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>BMAT LICENSING, S.L.,<br><br>Defendant. | Civil Action No.: 6:12-cv-00682-LED<br>(*Consolidated with* 6:12-cv-00499-LED)<br><br>JURY TRIAL DEMANDED |

**DEFENDANT BMAT LICENSING, S.L.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant BMAT Licensing, S.L. ("BMAT") hereby makes the following disclosures:

1. Barcelona Music & Audio Technologies, S.L., a private entity, is the parent company of BMAT.

2. There is no publicly held corporation that owns 10% or more of BMAT.

Dated: March 20, 2013

By:

/s/ Eric H. Findlay
Eric H. Findlay (Texas Bar No. 00789886)
Walter W. Lackey, Jr. (Texas Bar No. 24050901)

1

FINDLAY CRAFT, LLP
6760 Old Jacksonville Hwy, Suite 101
Tyler, TX 75703
Telephone:  (903) 534-1100
Facsimile:   (903) 534-1137
efindlay@findlaycraft.com
wlackey@findlaycraft.com

Attorneys for Defendant
BMAT, Licensing, S.L.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served electronically on opposing counsel pursuant to Local Rule CV-5(a)(3) on March 20, 2013.

/s/ Eric H. Findlay
Eric H. Findlay