UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC,<br><br>    *Plaintiff,*<br><br>v.<br><br>Texas Instruments, Inc., et al.,<br><br>    *Defendants.* | § § § § § § § § § § | CASE NO. 6:12-cv-499 MHS<br><br>LEAD CASE<br><br>Jury Trial Demanded |
| Blue Spike, LLC,<br><br>    *Plaintiff,*<br><br>v.<br><br>Vobile, Inc.,<br><br>    *Defendant.* | § § § § § § § § § § | CASE NO. 6:12-cv-539 MHS<br><br>CONSOLIDATED CASE<br><br>Jury Trial Demanded |

**Declaration of Randall Garteiser In Support Of Plaintiff's Reply
Supporting Its Motion to Authorize
Jurisdictional Discovery From Defendant Vobile, Inc.**

I, Randall T. Garteiser, declare as follows:

    1.    I, Randall T. Garteiser, am a partner in the law firm of Garteiser Honea. We represent Plaintiff Blue Spike LLC in this lawsuit. I have personal knowledge of the information contained in this declaration and can testify to the truth of these statements.

    2.    Attached hereto as Exhibit A is a true and correct copy of an Order dated September 21, 2012 in *TPQ Development, LLC v. CHS, Inc.*, Case No. 2:11-cv-00397-JRG (E.D. Tex. Sept. 21, 2012), Dkt 220.

3. Attached hereto as Exhibit B is a true and correct copy of an Order in *Diet Goal Innovations LLC v. Wegmans Food Markets, Inc.*, Case 2:12-cv-00562-JRG (E.D. Tex. Sept. 26, 2012).

4. Attached hereto as Exhibit C is a true and correct copy of a Report and Recommendation from Magistrate Judge Craven dated September 25, 2012 in *Diet Goal Innovations LLC v. Arby's Restaurant Group, Inc., et al.*, Case 2:11-cv-00418-MHS (E.D. Texas Sept. 25, 2012), Dkt 547.

5. Attached hereto as Exhibit D is a true and correct copy of an email chain between my colleague Christopher A. Honea, on behalf of Blue Spike LLC, and David Jakopin, counsel for Vobile LLC.

I declare on March 26, 2013, in Dallas, Texas under penalty of perjury under the laws of the United States and California that the statements made in this declaration are true and correct.

*/s/* Randall Garteiser
Randall T. Garteiser