# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § | |
| | § | Civil Action No. 6:12-cv-499-MHS |
| | § | **(Lead case for Consolidation Issues)** |
| v. | § | Jury Trial Demanded |
| | § | |
| Texas Instruments, Inc., | § | |

| | | |
|---|---|---|
| Blue Spike, LLC, | § | |
| | § | Civil Action No. 6:13-cv-125 |
| v. | § | |
| | § | |
| Entropic Communications, Inc. | § | |

**ORDER GRANTING DEFENDANT ENTROPIC COMMUNICATIONS, INC.'S MOTION TO DISMISS BLUE SPIKE, LLC'S COMPLAINT FOR INDIRECT AND WILLFUL PATENT INFRINGEMENT FOR FAILURE TO STATE A CLAIM ON <u>WHICH RELIEF CAN BE GRANTED</u>**

Before the Court is Defendant's Motion To Dismiss Blue Spike, LLC's Complaint For Indirect And Willful Patent Infringement For Failure To State A Claim On Which Relief Can Be Granted.

After consideration, it is hereby ORDERED that Defendant Entropic Communications, Inc.'s motion is granted and Plaintiff Blue Spike, LLC's Complaint as to indirect and willful infringement is hereby dismissed with leave to amend. Plaintiff shall file an amended complaint within 14 days of this Order, if desired.

SD: 11870-1