IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>   Plaintiff,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC., ET AL.<br><br>   Defendants. | CASE NO. 6:12-CV-499 MHS<br><br>LEAD CASE |
| BLUE SPIKE, LLC,<br><br>   Plaintiff,<br><br>v.<br><br>ANIMETRICS, INC.,<br><br>   Defendant. | CASE NO. 6:13-CV-38-MHS<br><br>CONSOLIDATED CASE |

### ORDER GRANTING DEFENDANT ANIMETRICS, INC.'S MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE

After considering Defendant Animetrics, Inc.'s Motion to Dismiss Complaint for Lack of Personal Jurisdiction and Improper Venue, Plaintiff's response thereto, and any reply or oral argument presented by the parties, the Court is of the opinion that the Motion to Dismiss Complaint for Lack of Personal Jurisdiction and Improper Venue should be GRANTED.

4523358.3

2

IT IS THEREFORE ORDERED that the Complaint against Animetrics, Inc. is hereby dismissed without prejudice to Blue Spike, LLC's right to re-file in an appropriate venue and jurisdiction.

4523358.3