IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,**<br><br>          Plaintiff,<br><br>     v.<br><br>**TEXAS INSTRUMENTS, INC.,**<br><br>          Defendant. | § § § § § § § § § § § § § | Civil Action No.: 6:12-cv-00499-LED<br><br>**JURY TRIAL DEMANDED** |
| **BLUE SPIKE, LLC,**<br><br>          Plaintiff,<br><br>     v.<br><br>**IRITECH, INC.**<br><br>          Defendant. | § § § § § § § § § § § § § § | Civil Action No.: 6:13-cv-55-MHS<br><br>(consolidated with 6:12-cv-499-LED and closed)<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE OF COUNSEL

Defendant Iritech, Inc., files this Notice of Appearance, and hereby notifies the Court that Walter W. Lackey, Jr., of the law firm Findlay Craft, LLP, 6760 Old Jacksonville Hwy, Suite 101, Tyler, TX   75703, Telephone (903) 534-1100, Fax (903) 534-1137, E-mail: wlackey@findlaycraft.com has entered this action as counsel for Iritech, Inc.  In connection with this notice, Mr. Lackey requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on him at the above address and contact information.

|  |  |
|---|---|
| Dated: March 27, 2013 | Respectfully submitted, |

By: */s/ Walter W. Lackey, Jr.*
Walter W. Lackey, Jr.
Texas Bar No. 24050901
FINDLAY CRAFT, LLP
6760 Old Jacksonville Hwy
Suite 101
Tyler, TX 75703
Telephone: (903) 534-1100
Facsimile: (903) 534-1137
wlackey@findlaycraft.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2013, I electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing *via* electronic mail to all counsel of record.

/s/ *Walter W. Lackey, Jr.*
Walter W. Lackey, Jr.

2