IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **BLUE SPIKE, LLC,**<br><br>v.<br><br>**TEXAS INSTRUMENTS, INC.** | **CIVIL ACTION NO. 6:12-CV-499-MHS**<br>**(LEAD CASE)** |
| **BLUE SPIKE, LLC,**<br><br>v.<br><br>**INGERSOLL-RAND COMPANY** | **CIVIL ACTION NO. 6:13-cv-00108-MHS**<br>**(CONSOLIDATED CASE)** |

### NOTICE OF APPEARANCE OF COUNSEL

Joshua P. Larsen, of the law firm of Barnes & Thornburg LLP, 11 South Meridian Street, Indianapolis, Indiana 46204, hereby enters his appearance as counsel for Defendant Ingersoll-Rand Company and consents to electronic service of all papers in this action. Joshua P. Larsen was admitted *pro hac vice* by this Court in the consolidated case *Blue Spike, LLC, v. Ingersoll-Rand Company*, 6:13-cv-00108-MHS.

Respectfully submitted,

Dated: March 27, 2013

/s/ *Joshua P. Larsen*
Joshua P. Larsen (*pro hac vice*)
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204
Phone: (317) 231-6422
Fax:    (317) 231-7433
Email: joshua.larsen@btlaw.com
         cstamas@btlaw.com

*Attorney for Defendant Ingersoll-Rand Company*

2

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that the foregoing NOTICE OF APPEARANCE OF COUNSEL, was electronically filed on March 27, 2013, via the Court's CM/ECF system, which will send notification of such filing *via* electronic mail to all counsel of record.

                                                                       */s/ Joshua P. Larsen*

INDS02 1264515v1