## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § § § | |
| Plaintiff, | § § | Civil Action No.: 6:12-cv-00499-LED |
| v. | § § | JURY TRIAL DEMANDED |
| TEXAS INSTRUMENTS, INC., | § § § | |
| Defendant. | § § | |
| BLUE SPIKE, LLC, | § § § | |
| Plaintiff, | § § | Civil Action No.: 6:13-cv-55-MHS |
| v. | § § § | (Consolidated with 6:12-cv-499-LED and closed) |
| IRITECH, INC. | § § | JURY TRIAL DEMANDED |
| Defendant. | § § § | |

### IRITECH, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant Iritech, Inc. ("Iritech") discloses that it has no parent corporation and no publicly held corporation holds 10% or more of its stock.

Dated:  March 27, 2013

By:   */s/ Eric H. Findlay*

Eric H. Findlay (Texas Bar No. 00789886)
Walter W. Lackey, Jr. (Texas Bar No. 24050901)
FINDLAY CRAFT, LLP
6760 Old Jacksonville Hwy, Suite 101
Tyler, TX 75703
Telephone:  (903) 534-1100
Facsimile:   (903) 534-1137

1

efindlay@findlaycraft.com
wlackey@findlaycraft.com

**Attorneys for Defendant
Iritech, Inc.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served electronically on opposing counsel pursuant to Local Rule CV-5(a)(7)(C) on March 27, 2013.

*/s/ Eric H. Findlay*
Eric H. Findlay