# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § § | |
| *Plaintiff*, | § § | Civil Action No. 6:12-CV-499-LED |
| v. | § § | |
| TEXAS INSTRUMENTS, INC. | § § | (LEAD CASE) |
| *Defendants*. | § § | |
| _____ | § § | JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC, | § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civil Action No. 6:12-CV-556-LED |
| YAHOO! INC. | § § | |
| *Defendants*. | § § | (CONSOLIDATED WITH 6:12-CV-499 AND CLOSED) |
| _____ | § § § | JURY TRIAL DEMANDED |

## NOTICE OF REQUEST FOR TERMINATION OF ELECTRONIC NOTICES

A request is hereby made that attorneys Douglas Lumish, Alfredo Perez de Alejo, Gabriel Gross and Parker Ankrum, attorneys for Yahoo! Inc., who was dismissed from this action on March 4, 2013, cease receiving electronic notifications in the above-captioned matter.

Dated:  March 27, 2013         Respectfully submitted,

By: */s/ Eric H. Findlay*
Eric H. Findlay
State Bar No. 00789886
FINDLAY CRAFT, LLP
6760 Old Jacksonville Hwy
Suite 101
Tyler, TX 75703

1

(903) 534-1100
(903) 534-1137 FAX
efindlay@findlaycraft.com

Douglas E. Lumish
(California Bar No. 183863)
dlumish@kasowitz.com
Gabriel S. Gross
(California Bar No. 254672)
ggross@kasowitz.com
Parker Ankrum
(California Bar No. 261608)
pankrum@kasowitz.com
KASOWITZ, BENSON, TORRES,
   & FRIEDMAN LLP
333 Twin Dolphin Drive
Redwood Shores, CA 94065
Tel:  (650) 453-5170
Fax:  (650) 453-5171

Alfredo Perez de Alejo
aperezdealejo@kasowitz.com
KASOWITZ, BENSON, TORRES,
   & FRIEDMAN LLP
1633 Broadway
New York, NY  10019
Tel:  (212) 506-1700
Fax:  (212) 506-1800

Attorneys for Defendant
YAHOO! INC.

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on March 27, 2013.

                                                                                */s/ Eric H. Findlay*
                                                                                Eric H. Findlay