IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC,<br>    *Plaintiff*,<br>v.<br>TEXAS INSTRUMENTS, INC.<br>    *Defendant*.<br>_____ | §§§§§§§§§§§ | Civil Action No. 6:12-CV-499-LED<br><br>(LEAD CASE)<br><br>JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC,<br>    *Plaintiff*,<br>v.<br>IMAGEWARE SYSTEMS, INC.,<br>    *Defendant*. | §§§§§§§§§§§§§§ | Civil Action No. 6:12-CV-688-LED<br><br>(EXCEPT FOR VENUE, CONSOLIDATED WITH 6:12-CV-499)<br><br>JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the following document(s) via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3) on March 27, 2013 (re-filed from December 10, 2012 in accordance with March 26, 2013 Consolidation Order).

**MOTION BY DEFENDANT IMAGEWARE SYSTEMS, INC. TO DISMISS THE COMPLAINT UNDER FED. R. CIV. P. 12(b)(6)**

**[PROPOSED] ORDER GRANTING MOTION BY DEFENDANT IMAGEWARE SYSTEMS, INC. TO DISMISS PLAINTIFF BLUE SPIKE, LLC'S CONTRIBUTORY AND WILLFULNESS ALLEGATIONS**

/s/James V. Fazio, III
James V. Fazio, III