# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC,<br>    *Plaintiff,*<br><br>v.<br><br>TEXAS INSTRUMENTS, INC.<br>    *Defendant.* | § § § § § § § § § § | Civil Action No. 6:12-CV-499-LED<br><br>(LEAD CASE)<br><br>JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC,<br>    *Plaintiff,*<br><br>v.<br><br>IMAGEWARE SYSTEMS, INC.,<br>    *Defendant.* | § § § § § § § § § § § § | Civil Action No. 6:12-CV-688-LED<br><br>(EXCEPT FOR VENUE, CONSOLIDATED WITH 6:12-CV-499)<br><br>JURY TRIAL DEMANDED |

**DECLARATION OF JAMES V. FAZIO, III IN SUPPORT OF THE MOTION BY DEFENDANT IMAGEWARE SYSTEMS, INC. TO TRANSFER THIS ACTION TO THE SOUTHERN DISTRICT OF CALIFORNIA UNDER 28 U.S.C. 1404(a)**

I, James V. Fazio, III, declare as follows:

1. I am a partner with San Diego IP Law Group LLP, counsel of record for Defendant ImageWare Systems, Inc. ("IWS"). I have personal knowledge of the following and, if called upon to do so, I could and would testify competently thereto.

2. Attached collective hereto as Exhibit A are true and correct copies of the Articles of Incorporation and other information filed by plaintiff Blue Spike, LL with the Texas Secretary of State.

3. Attached hereto as Exhibit B is a true and correct copy of Table C-1 entitled "U.S. District Courts—Civil Cases Commenced, Terminated and Pending During the 12-Month Period Ending December 31, 2011" obtained from the Administrative Office of United States Courts at http://www.uscourts.gov/Statistics/StatisticalTablesForTheFederalJudiciary/December-2011.aspx.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 7th day of January, 2013 at San Diego, California.

By: _____/s/James V. Fazio, III_____
James V. Fazio, III

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3) on this 7th day of January, 2013.

/s/James V. Fazio, III
James V. Fazio, III

EXHIBIT A

# TEXAS SECRETARY of STATE
# HOPE ANDRADE

UCC | Business Organizations | Trademarks | Notary | Account | Help/Fees | Briefcase | Logout

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| Filing Number: | 801596430 | Entity Type: | Domestic Limited Liability Company (LLC) |
| Original Date of Filing: | May 14, 2012 | Entity Status: | In existence |
| Formation Date: | N/A | | |
| Tax ID: | 32047955607 | FEIN: | |
| Duration: | Perpetual | | |
| Name: | Blue Spike LLC | | |
| Address: | 1820 SHILOH RD STE 1201C TYLER, TX 75703-2426 USA | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| Name | Address | Inactive Date |
|---|---|---|
| C T Corporation System | 350 North St. Paul St., Ste. 2900 Dallas, TX 75201-4234 USA | |

[ Order ]  [ Return to Search ]

Instructions:
● To place an order for additional information about a filing press the 'Order' button.

# TEXAS SECRETARY of STATE
# HOPE ANDRADE

UCC | Business Organizations | Trademarks | Notary | Account | Help/Fees | Briefcase | Logout

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 801596430 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | May 14, 2012 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32047955607 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | Blue Spike LLC | | |
| **Address:** | 1820 SHILOH RD STE 1201C TYLER, TX 75703-2426 USA | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| View Image | Document Number | Filing Type | Filing Date | Effective Date | Eff. Cond | Page Count |
|---|---|---|---|---|---|---|
| 🔍 | 421616920002 | Certificate of Formation | May 14, 2012 | May 14, 2012 | No | 2 |

[Order]   [Return to Search]

Instructions:
● To place an order for additional information about a filing press the 'Order' button.

FILED
In the Office of the
Secretary of State of Texas

MAY 14 2012

Corporations Section

## ARTICLES OF ORGANIZATION
## OF
## BLUE SPIKE LLC

Pursuant to the provisions of the Texas Limited Liability Company Act (the "*Act*"), the undersigned, acting as organizer, being a natural person of eighteen (18) years of age or more, files these Articles of Organization with the Secretary of State of the State of Texas.

### ARTICLE ONE
### NAME

The name of the Limited Liability Company (the "*Company*") shall be Blue Spike LLC.

### ARTICLE TWO
### DURATION

The period of the Company's duration is perpetual unless earlier dissolved in accordance with its regulations as adopted and amended from time to time in accordance with the Act (the "*Regulations*").

### ARTICLE THREE
### PURPOSE

The purpose for which the Company is organized is the transaction of any or all lawful business for which limited liability companies may be organized under the Act.

### ARTICLE FOUR
### AGENT FOR PROCESS

The name and address of the Company's initial registered agent and registered office is CT Corporation System, 350 North St Paul Street, Suite 2900, Dallas, Texas 75201-4234.

### ARTICLE FIVE
### MANAGER MANAGED

The powers of the Company shall be exercised by or under the authority of one or more managers. The initial number of managers of the Company shall be one (1) with the name and address of the person who will serve as the manager until the first meeting of the members, or until the successor shall have been elected and have been qualified is:

Name
Scott Moskowitz

Address
1820 Shiloh Road, Ste 1201C,
Tyler, Texas 75703

RECEIVED

MAY 14 2012

Secretary of State  1

## ARTICLE SIX
## EXEMPTION OF MANAGERS FROM LIABILITY

Except as and to the extent the Regulations specifically provide otherwise, a member or manager shall not be liable for the debts, obligations, or liabilities of the Company including those under a judgment, decree, or order of a court. A manager shall not be personally liable to the Company or any of its members for any monetary damages for any act or omission in his or her capacity as a manager except to the extent otherwise expressly provided by a statute of the State of Texas. Any repeal or modification of this Article or the Regulations shall be prospective only and shall not adversely affect any limitation of the personal liability of a manager or member of the Company at the time of the repeal or modification.

## ARTICLE SEVEN
## ORGANIZER

The name and address of the organizer of the Company is:

Name
Scott Moskowitz

Address
1820 Shiloh Road, Ste 1201C,
Tyler, Texas 75703

**IN WITNESS WHEREOF**, the undersigned being the organizer for the purpose of forming a limited liability corporation under the laws of the State of Texas have executed these Articles of Organization on this 11th day of May, 2012.

/Scott Moskowitz/
Scott Moskowitz, as Manager and Organizer

# TEXAS SECRETARY of STATE
# HOPE ANDRADE

UCC | Business Organizations | Trademarks | Notary | Account | Help/Fees | Briefcase | Logout

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 801596430 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | May 14, 2012 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32047955607 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | Blue Spike LLC | | |
| **Address:** | 1820 SHILOH RD STE 1201C TYLER, TX 75703-2426 USA | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| Name | Name Status | Name Type | Name Inactive Date | Consent Filing # |
|---|---|---|---|---|
| Blue Spike LLC | In use | Legal | | 0 |

[ Order ]   [ Return to Search ]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

# TEXAS SECRETARY of STATE
# HOPE ANDRADE

UCC | Business Organizations | Trademarks | Notary | Account | Help/Fees | Briefcase | Logout

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 801596430 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | May 14, 2012 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32047955607 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | Blue Spike LLC | | |
| **Address:** | 1820 SHILOH RD STE 1201C TYLER, TX 75703-2426 USA | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|
| **Last Update** | **Name** | | **Title** | **Address** | |
| May 15, 2012 | Scott Moskowitz | | Manager | 1820 Shiloh Road, Ste 1201C Tyler, TX 75703 USA | |

[ Order ]   [ Return to Search ]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

# TEXAS SECRETARY of STATE
# HOPE ANDRADE

UCC | Business Organizations | Trademarks | Notary | Account | Help/Fees | Briefcase | Logout

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| Filing Number: | 801596430 | Entity Type: | Domestic Limited Liability Company (LLC) |
| Original Date of Filing: | May 14, 2012 | Entity Status: | In existence |
| Formation Date: | N/A | | |
| Tax ID: | 32047955607 | FEIN: | |
| Duration: | Perpetual | | |
| Name: | Blue Spike LLC | | |
| Address: | 1820 SHILOH RD STE 1201C TYLER, TX 75703-2426 USA | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| Assumed Name | Date of Filing | Expiration Date | Inactive Date | Name Status | Counties |
|---|---|---|---|---|---|
| No names exist for this filing. | | | | | |

[Order]  [Return to Search]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

# TEXAS SECRETARY of STATE
# HOPE ANDRADE

UCC | Business Organizations | Trademarks | Notary | Account | Help/Fees | Briefcase | Logout

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| Filing Number: | 801596430 | Entity Type: | Domestic Limited Liability Company (LLC) |
| Original Date of Filing: | May 14, 2012 | Entity Status: | In existence |
| Formation Date: | N/A | | |
| Tax ID: | 32047955607 | FEIN: | |
| Duration: | Perpetual | | |
| Name: | Blue Spike LLC | | |
| Address: | 1820 SHILOH RD STE 1201C TYLER, TX 75703-2426 USA | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| Name | Entity Type | Document Description | Filing Date | Entity Filing Number | Jurisdiction | Capacity |
|---|---|---|---|---|---|---|
| There are no documents listed for this entity which match your inquiry. | | | | | | |

[Order]  [Return to Search]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

EXHIBIT B

## Table C-1.
## U.S. District Courts—Civil Cases Commenced, Terminated, and Pending During the 12-Month Periods Ending December 31, 2011

| Circuit and District | Total Civil Cases | | | | U.S. Civil Cases | | | | Private Civil Cases | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Pending Dec. 31, 2010[1] | Commenced | Terminated | Pending Dec. 31, 2011 | Pending Dec. 31, 2010[1] | Commenced | Terminated | Pending Dec. 31, 2011 | Pending Dec. 31, 2010[1] | Commenced | Terminated | Pending Dec. 31, 2011 |
| TOTAL | 287,294 | 289,969 | 305,936 | 271,327 | 43,702 | 46,787 | 44,420 | 46,069 | 243,592 | 243,182 | 261,516 | 225,258 |
| DC | 2,788 | 2,383 | 2,434 | 2,737 | 1,380 | 1,269 | 1,164 | 1,485 | 1,408 | 1,114 | 1,270 | 1,252 |
| 1ST | 8,208 | 6,122 | 6,133 | 8,197 | 1,416 | 1,395 | 1,418 | 1,393 | 6,792 | 4,727 | 4,715 | 6,804 |
| ME | 388 | 496 | 518 | 366 | 165 | 181 | 208 | 138 | 223 | 315 | 310 | 228 |
| MA | 3,100 | 2,964 | 3,005 | 3,059 | 658 | 577 | 633 | 602 | 2,442 | 2,387 | 2,372 | 2,457 |
| NH | 509 | 597 | 568 | 538 | 174 | 208 | 220 | 162 | 335 | 389 | 348 | 376 |
| RI | 2,724 | 788 | 808 | 2,704 | 113 | 130 | 121 | 122 | 2,611 | 658 | 687 | 2,582 |
| PR | 1,487 | 1,277 | 1,234 | 1,530 | 306 | 299 | 236 | 369 | 1,181 | 978 | 998 | 1,161 |
| 2ND | 38,480 | 22,427 | 31,580 | 29,327 | 3,370 | 3,535 | 3,226 | 3,679 | 35,110 | 18,892 | 28,354 | 25,648 |
| CT | 2,341 | 2,124 | 1,980 | 2,485 | 393 | 449 | 391 | 451 | 1,948 | 1,675 | 1,589 | 2,034 |
| NY,N | 2,038 | 1,569 | 1,513 | 2,094 | 370 | 450 | 272 | 548 | 1,668 | 1,119 | 1,241 | 1,546 |
| NY,E | 7,587 | 6,516 | 6,334 | 7,769 | 1,084 | 1,086 | 1,034 | 1,136 | 6,503 | 5,430 | 5,300 | 6,633 |
| NY,S | 23,709 | 10,202 | 19,519 | 14,392 | 962 | 952 | 921 | 993 | 22,747 | 9,250 | 18,598 | 13,399 |
| NY,W | 2,460 | 1,700 | 1,878 | 2,282 | 438 | 471 | 458 | 451 | 2,022 | 1,229 | 1,420 | 1,831 |
| VT | 345 | 316 | 356 | 305 | 123 | 127 | 150 | 100 | 222 | 189 | 206 | 205 |
| 3RD | 38,950 | 62,424 | 69,145 | 32,229 | 2,632 | 3,296 | 3,376 | 2,552 | 36,318 | 59,128 | 65,769 | 29,677 |
| DE | 1,593 | 1,393 | 1,148 | 1,838 | 177 | 65 | 93 | 149 | 1,416 | 1,328 | 1,055 | 1,689 |
| NJ | 6,073 | 8,085 | 7,713 | 6,445 | 784 | 1,241 | 1,252 | 773 | 5,289 | 6,844 | 6,461 | 5,672 |
| PA,E | 26,310 | 47,722 | 54,952 | 19,080 | 617 | 705 | 750 | 572 | 25,693 | 47,017 | 54,202 | 18,508 |
| PA,M | 2,245 | 2,533 | 2,511 | 2,267 | 459 | 734 | 719 | 474 | 1,786 | 1,799 | 1,792 | 1,793 |
| PA,W | 2,144 | 2,403 | 2,459 | 2,088 | 497 | 504 | 508 | 493 | 1,647 | 1,899 | 1,951 | 1,595 |
| VI | 585 | 288 | 362 | 511 | 98 | 47 | 54 | 91 | 487 | 241 | 308 | 420 |
| 4TH | 19,021 | 17,931 | 18,035 | 18,917 | 5,350 | 4,323 | 3,853 | 5,820 | 13,671 | 13,608 | 14,182 | 13,097 |
| MD | 3,314 | 3,886 | 3,874 | 3,326 | 771 | 757 | 691 | 837 | 2,543 | 3,129 | 3,183 | 2,489 |
| NC,E | 1,813 | 1,872 | 1,665 | 2,020 | 705 | 816 | 609 | 912 | 1,108 | 1,056 | 1,056 | 1,108 |
| NC,M | 997 | 1,169 | 883 | 1,283 | 330 | 430 | 248 | 512 | 667 | 739 | 635 | 771 |
| NC,W | 980 | 1,190 | 1,070 | 1,100 | 295 | 333 | 301 | 327 | 685 | 857 | 769 | 773 |
| SC | 3,122 | 3,560 | 3,394 | 3,288 | 677 | 682 | 649 | 710 | 2,445 | 2,878 | 2,745 | 2,578 |
| VA,E | 1,973 | 3,374 | 3,444 | 1,903 | 389 | 521 | 498 | 412 | 1,584 | 2,853 | 2,946 | 1,491 |
| VA,W | 673 | 1,196 | 1,157 | 712 | 289 | 383 | 380 | 292 | 384 | 813 | 777 | 420 |
| WV,N | 547 | 640 | 691 | 496 | 122 | 151 | 169 | 104 | 425 | 489 | 522 | 392 |
| WV,S | 5,602 | 1,044 | 1,857 | 4,789 | 1,772 | 250 | 308 | 1,714 | 3,830 | 794 | 1,549 | 3,075 |

27

Table C-1. (December 31, 2011—Continued)

| Circuit and District | Total Civil Cases | | | | U.S. Civil Cases | | | | Private Civil Cases | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Pending Dec. 31, 2010[1] | Commenced | Terminated | Pending Dec. 31, 2011 | Pending Dec. 31, 2010[1] | Commenced | Terminated | Pending Dec. 31, 2011 | Pending Dec. 31, 2010[1] | Commenced | Terminated | Pending Dec. 31, 2011 |
| 5TH | 31,020 | 27,846 | 28,834 | 30,032 | 6,988 | 5,255 | 5,175 | 7,068 | 24,032 | 22,591 | 23,659 | 22,964 |
| LA,E | 9,689 | 3,156 | 4,743 | 8,102 | 2,786 | 326 | 511 | 2,601 | 6,903 | 2,830 | 4,232 | 5,501 |
| LA,M | 959 | 912 | 936 | 935 | 68 | 82 | 70 | 80 | 891 | 830 | 866 | 855 |
| LA,W | 2,284 | 2,311 | 2,161 | 2,434 | 421 | 799 | 516 | 704 | 1,863 | 1,512 | 1,645 | 1,730 |
| MS,N | 958 | 879 | 985 | 852 | 110 | 124 | 101 | 133 | 848 | 755 | 884 | 719 |
| MS,S | 2,055 | 2,043 | 2,039 | 2,059 | 261 | 217 | 211 | 267 | 1,794 | 1,826 | 1,828 | 1,792 |
| TX,N | 3,476 | 5,494 | 4,631 | 4,339 | 786 | 892 | 954 | 724 | 2,690 | 4,602 | 3,677 | 3,615 |
| TX,E | 3,416 | 3,214 | 3,225 | 3,405 | 636 | 568 | 485 | 719 | 2,780 | 2,646 | 2,740 | 2,686 |
| TX,S | 5,854 | 6,554 | 7,041 | 5,367 | 1,342 | 1,466 | 1,594 | 1,214 | 4,512 | 5,088 | 5,447 | 4,153 |
| TX,W | 2,329 | 3,283 | 3,073 | 2,539 | 578 | 781 | 733 | 626 | 1,751 | 2,502 | 2,340 | 1,913 |
| 6TH | 21,648 | 23,916 | 20,956 | 24,608 | 3,851 | 4,652 | 4,560 | 3,943 | 17,797 | 19,264 | 16,396 | 20,665 |
| KY,E | 1,485 | 1,629 | 1,579 | 1,535 | 528 | 623 | 667 | 484 | 957 | 1,006 | 912 | 1,051 |
| KY,W | 1,469 | 1,349 | 1,532 | 1,286 | 195 | 298 | 261 | 232 | 1,274 | 1,051 | 1,271 | 1,054 |
| MI,E | 4,902 | 5,759 | 5,584 | 5,077 | 738 | 1,506 | 1,388 | 856 | 4,164 | 4,253 | 4,196 | 4,221 |
| MI,W | 1,457 | 1,941 | 1,837 | 1,561 | 222 | 250 | 240 | 232 | 1,235 | 1,691 | 1,597 | 1,329 |
| OH,N | 4,436 | 6,079 | 3,651 | 6,864 | 561 | 605 | 611 | 555 | 3,875 | 5,474 | 3,040 | 6,309 |
| OH,S | 2,836 | 2,605 | 2,730 | 2,711 | 606 | 586 | 616 | 576 | 2,230 | 2,019 | 2,114 | 2,135 |
| TN,E | 1,704 | 1,464 | 1,350 | 1,818 | 453 | 291 | 317 | 427 | 1,251 | 1,173 | 1,033 | 1,391 |
| TN,M | 1,872 | 1,534 | 1,509 | 1,897 | 271 | 227 | 253 | 245 | 1,601 | 1,307 | 1,256 | 1,652 |
| TN,W | 1,487 | 1,556 | 1,184 | 1,859 | 277 | 266 | 207 | 336 | 1,210 | 1,290 | 977 | 1,523 |
| 7TH | 21,216 | 22,244 | 18,168 | 25,292 | 2,164 | 2,733 | 2,300 | 2,597 | 19,052 | 19,511 | 15,868 | 22,695 |
| IL,N | 8,903 | 9,757 | 9,137 | 9,523 | 906 | 1,080 | 875 | 1,111 | 7,997 | 8,677 | 8,262 | 8,412 |
| IL,C | 1,134 | 1,336 | 1,295 | 1,175 | 181 | 243 | 209 | 215 | 953 | 1,093 | 1,086 | 960 |
| IL,S | 5,705 | 5,028 | 1,593 | 9,140 | 220 | 261 | 241 | 240 | 5,485 | 4,767 | 1,352 | 8,900 |
| IN,N | 1,650 | 1,522 | 1,534 | 1,638 | 226 | 346 | 268 | 304 | 1,424 | 1,176 | 1,266 | 1,334 |
| IN,S | 2,177 | 2,462 | 2,495 | 2,144 | 353 | 381 | 333 | 401 | 1,824 | 2,081 | 2,162 | 1,743 |
| WI,E | 1,086 | 1,249 | 1,294 | 1,041 | 182 | 240 | 217 | 205 | 904 | 1,009 | 1,077 | 836 |
| WI,W | 561 | 890 | 820 | 631 | 96 | 182 | 157 | 121 | 465 | 708 | 663 | 510 |
| 8TH | 21,682 | 14,561 | 14,885 | 21,358 | 3,116 | 3,609 | 3,424 | 3,301 | 18,566 | 10,952 | 11,461 | 18,057 |
| AR,E | 9,145 | 1,970 | 2,217 | 8,898 | 476 | 552 | 520 | 508 | 8,669 | 1,418 | 1,697 | 8,390 |
| AR,W | 1,051 | 999 | 1,024 | 1,026 | 469 | 455 | 431 | 493 | 582 | 544 | 593 | 533 |
| IA,N | 519 | 515 | 537 | 497 | 205 | 212 | 218 | 199 | 314 | 303 | 319 | 298 |
| IA,S | 645 | 806 | 842 | 609 | 143 | 265 | 248 | 160 | 502 | 541 | 594 | 449 |
| MN | 4,480 | 3,821 | 4,365 | 3,936 | 327 | 323 | 384 | 266 | 4,153 | 3,498 | 3,981 | 3,670 |
| MO,E | 2,875 | 2,642 | 2,280 | 3,237 | 539 | 588 | 511 | 616 | 2,336 | 2,054 | 1,769 | 2,621 |
| MO,W | 1,812 | 2,526 | 2,350 | 1,988 | 668 | 897 | 778 | 787 | 1,144 | 1,629 | 1,572 | 1,201 |
| NE | 578 | 690 | 724 | 544 | 144 | 175 | 200 | 119 | 434 | 515 | 524 | 425 |
| ND | 191 | 231 | 206 | 216 | 54 | 69 | 61 | 62 | 137 | 162 | 145 | 154 |
| SD | 386 | 361 | 340 | 407 | 91 | 73 | 73 | 91 | 295 | 288 | 267 | 316 |

## Table C-1. (December 31, 2011—Continued)

| Circuit and District | Total Civil Cases | | | | U.S. Civil Cases | | | | Private Civil Cases | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Pending Dec. 31, 2010¹ | Commenced | Terminated | Pending Dec. 31, 2011 | Pending Dec. 31, 2010¹ | Commenced | Terminated | Pending Dec. 31, 2011 | Pending Dec. 31, 2010¹ | Commenced | Terminated | Pending Dec. 31, 2011 |
| **9TH** | **41,693** | **46,630** | **47,697** | **40,626** | **7,123** | **8,752** | **8,702** | **7,173** | **34,570** | **37,878** | **38,995** | **33,453** |
| AK | 498 | 301 | 322 | 477 | 172 | 86 | 111 | 147 | 326 | 215 | 211 | 330 |
| AZ | 3,208 | 3,742 | 4,008 | 2,942 | 653 | 1,025 | 921 | 757 | 2,555 | 2,717 | 3,087 | 2,185 |
| CA,N | 6,380 | 6,876 | 7,052 | 6,204 | 642 | 878 | 780 | 740 | 5,738 | 5,998 | 6,272 | 5,464 |
| CA,E | 7,222 | 5,581 | 6,224 | 6,579 | 974 | 736 | 823 | 887 | 6,248 | 4,845 | 5,401 | 5,692 |
| CA,C | 11,175 | 15,102 | 15,578 | 10,699 | 2,048 | 2,890 | 3,114 | 1,824 | 9,127 | 12,212 | 12,464 | 8,875 |
| CA,S | 2,456 | 3,381 | 3,057 | 2,780 | 356 | 662 | 548 | 470 | 2,100 | 2,719 | 2,509 | 2,310 |
| HI | 703 | 818 | 796 | 725 | 89 | 105 | 103 | 91 | 614 | 713 | 693 | 634 |
| ID | 782 | 682 | 661 | 803 | 142 | 125 | 110 | 157 | 640 | 557 | 551 | 646 |
| MT | 462 | 578 | 559 | 481 | 112 | 131 | 134 | 109 | 350 | 447 | 425 | 372 |
| NV | 3,226 | 3,066 | 3,008 | 3,284 | 321 | 239 | 254 | 306 | 2,905 | 2,827 | 2,754 | 2,978 |
| OR | 2,403 | 2,249 | 2,378 | 2,274 | 725 | 634 | 666 | 693 | 1,678 | 1,615 | 1,712 | 1,581 |
| WA,E | 699 | 843 | 782 | 760 | 289 | 367 | 304 | 352 | 410 | 476 | 478 | 408 |
| WA,W | 2,350 | 3,345 | 3,213 | 2,482 | 573 | 854 | 825 | 602 | 1,777 | 2,491 | 2,388 | 1,880 |
| GUAM | 55 | 40 | 35 | 60 | 13 | 14 | 7 | 20 | 42 | 26 | 28 | 40 |
| NMI | 74 | 26 | 24 | 76 | 14 | 6 | 2 | 18 | 60 | 20 | 22 | 58 |
| **10TH** | **9,419** | **10,904** | **10,864** | **9,459** | **2,181** | **2,268** | **2,342** | **2,107** | **7,238** | **8,636** | **8,522** | **7,352** |
| CO | 2,278 | 3,489 | 3,418 | 2,349 | 414 | 512 | 520 | 406 | 1,864 | 2,977 | 2,898 | 1,943 |
| KS | 1,435 | 1,572 | 1,567 | 1,440 | 331 | 479 | 441 | 369 | 1,104 | 1,093 | 1,126 | 1,071 |
| NM | 1,136 | 1,174 | 1,242 | 1,068 | 282 | 304 | 318 | 268 | 854 | 870 | 924 | 800 |
| OK,N | 887 | 834 | 782 | 939 | 264 | 255 | 228 | 291 | 623 | 579 | 554 | 648 |
| OK,E | 499 | 472 | 485 | 486 | 248 | 179 | 186 | 241 | 251 | 293 | 299 | 245 |
| OK,W | 1,191 | 1,575 | 1,507 | 1,259 | 262 | 293 | 338 | 217 | 929 | 1,282 | 1,169 | 1,042 |
| UT | 1,698 | 1,395 | 1,440 | 1,653 | 277 | 169 | 202 | 244 | 1,421 | 1,226 | 1,238 | 1,409 |
| WY | 295 | 393 | 423 | 265 | 103 | 77 | 109 | 71 | 192 | 316 | 314 | 194 |
| **11TH** | **33,169** | **32,581** | **37,205** | **28,545** | **4,131** | **5,700** | **4,880** | **4,951** | **29,038** | **26,881** | **32,325** | **23,594** |
| AL,N | 3,409 | 4,422 | 2,585 | 5,246 | 429 | 715 | 454 | 690 | 2,980 | 3,707 | 2,131 | 4,556 |
| AL,M | 1,085 | 1,156 | 1,111 | 1,130 | 223 | 233 | 221 | 235 | 862 | 923 | 890 | 895 |
| AL,S | 652 | 753 | 732 | 673 | 156 | 184 | 135 | 205 | 496 | 569 | 597 | 468 |
| FL,N | 1,595 | 1,965 | 1,801 | 1,759 | 382 | 405 | 371 | 416 | 1,213 | 1,560 | 1,430 | 1,343 |
| FL,M | 16,138 | 7,766 | 14,487 | 9,417 | 1,352 | 1,642 | 1,396 | 1,598 | 14,786 | 6,124 | 13,091 | 7,819 |
| FL,S | 4,936 | 8,448 | 8,809 | 4,575 | 730 | 1,267 | 1,189 | 808 | 4,206 | 7,181 | 7,620 | 3,767 |
| GA,N | 3,657 | 5,578 | 5,305 | 3,930 | 549 | 796 | 728 | 617 | 3,108 | 4,782 | 4,577 | 3,313 |
| GA,M | 956 | 1,338 | 1,280 | 1,014 | 178 | 217 | 183 | 212 | 778 | 1,121 | 1,097 | 802 |
| GA,S | 741 | 1,155 | 1,095 | 801 | 132 | 241 | 203 | 170 | 609 | 914 | 892 | 631 |

¹ Revised.

NOTE: Includes cases filed in previous years as consolidated cases that thereafter were severed into individual cases.

29