# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § § § | |
| *Plaintiff*, | § | Civil Action No. 6:12-CV-499-LED |
| v. | § § | |
| TEXAS INSTRUMENTS, INC. | § § | (LEAD CASE) |
| *Defendant*. | § § | JURY TRIAL DEMANDED |
| _____ | § § § | |
| BLUE SPIKE, LLC, | § § | |
| *Plaintiff*, | § § | Civil Action No. 6:12-CV-688-LED |
| v. | § § | (EXCEPT FOR VENUE, CONSOLIDATED WITH 6:12-CV-499) |
| IMAGEWARE SYSTEMS, INC., | § § § | |
| *Defendant*. | § § § | JURY TRIAL DEMANDED |

## ORDER GRANTING MOTION BY DEFENDANT IMAGEWARE SYSTEMS, INC. TO TRANSFER THIS ACTION TO THE SOUTHERN DISTRICT OF CALIFORNIA UNDER 28 U.S.C. §1404(a)

Having read and considered the motion by Defendant ImageWare Systems, Inc. ("IWS") to transfer this action to the Southern District of California under 28 U.S.C. §1404(a) for the convenience of the parties and witnesses, and in the interests of justice (the "Motion"), the arguments and authorities submitted in support of and in opposition to the Motion, and good cause appearing therefor:

IT IS HEREBY ORDERED that the Motion is GRANTED.  This action is hereby ordered transferred to the United States District Court for the Southern District of California.