IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC,<br>    *Plaintiff*,<br>v.<br>TEXAS INSTRUMENTS, INC.<br>    *Defendant*. | § § § § § § § § § § | Civil Action No. 6:12-CV-499-LED<br><br>(LEAD CASE)<br><br>JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC,<br>    *Plaintiff*,<br>v.<br>IMAGEWARE SYSTEMS, INC.,<br>    *Defendant*. | § § § § § § § § § § § § | Civil Action No. 6:12-CV-688-LED<br><br>(EXCEPT FOR VENUE, CONSOLIDATED WITH 6:12-CV-499)<br><br>JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the following document(s) via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3) on March 27, 2013 (re-filed from January 7, 2013 in accordance with March 26, 2013 Consolidation Order).

**MOTION BY DEFENDANT IMAGEWARE SYSTEMS, INC. TO TRANSFER THIS ACTION TO THE SOUTHERN DISTRICT OF CALIFORNIA UNDER 28 U.S.C. §1404(a)**

**DECLARATION OF JAMES V. FAZIO, III IN SUPPORT OF THE MOTION BY DEFENDANT IMAGEWARE SYSTEMS, INC. TO TRANSFER THIS ACTION TO THE SOUTHERN DISTRICT OF CALIFORNIA UNDER 28 U.S.C. §1404(a) DECLARATION OF WAYNE G. WETHERELL IN SUPPORT OF THE MOTION BY DEFENDANT IMAGEWARE SYSTEMS, INC. TO TRANSFER THIS ACTION TO THE SOUTHERN DISTRICT OF CALIFORNIA UNDER 28 U.S.C. §1404(a)**

**[PROPOSED] ORDER GRANTING MOTION BY DEFENDANT IMAGEWARE SYSTEMS, INC. TO TRANSFER THIS ACTION TO THE SOUTHERN DISTRICT OF CALIFORNIA UNDER 28 U.S.C. §1404(a)**

*/s/James V. Fazio, III*
James V. Fazio, III