IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs | § | CIVIL ACTION NO. 6:12-cv-499 (LED) |
| | § | (Consolidated Lead Case) |
| Texas Instruments, Inc., et al | § | |
| | § | |
| Defendants. | § | |

**NOTICE OF APPEARANCE OF COUNSEL FOR IRIS ID SYSTEMS, INC.**

Notice is hereby given that Harry L. Gillam, Jr. of Gillam & Smith, L.L.P. enters his appearance on behalf of Defendant **IRIS ID SYSTEMS, INC.** in this matter as additional counsel.

Harry L. Gillam, Jr. may receive all communications from the Court and from other parties at Gillam & Smith, L.L.P., 303 South Washington Avenue, Marshall, Texas 75670; Telephone: (903) 934-8450; Facsimile: (903) 934-9257; E-mail: gil@gillamsmithlaw.com.

Dated:  March 28, 2013                                   Respectfully submitted,

                                                                    */s/Harry L. Gillam, Jr.*
                                                                    Harry L. Gillam, Jr.
                                                                    Texas State Bar No. 07921800
                                                                    GILLAM & SMITH, L.L.P.
                                                                    303 South Washington Avenue
                                                                    Marshall, Texas 75670
                                                                    Telephone: (903) 934-8450
                                                                    Facsimile: (903) 934-9257
                                                                    E-mail: gil@gillamsmithlaw.com

## CERTIFICATE OF SERVICE

 The undersigned hereby certifies that, on March 28, 2013, the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service.  Local Rule CV-5(a)(3)(A).

               */s/Harry L. Gillam, Jr.*
               Harry L. Gillam, Jr.