**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| Blue Spike, LLC § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| vs § | | CIVIL ACTION NO. 6:12-cv-499 (LED) |
| § | | (Consolidated Lead Case) |
| Texas Instruments, Inc., et al § | | |
| § | | |
| Defendants. § | | |

## NOTICE OF APPEARANCE OF COUNSEL FOR AIRBORNE BIOMETRICS GROUP, INC.

Notice is hereby given that Melissa R. Smith of Gillam & Smith, L.L.P. enters her appearance on behalf of Defendant, **AIRBORNE BIOMETRICS GROUP, INC.,** in this matter as additional counsel.

Melissa R. Smith may receive all communications from the Court and from other parties at Gillam & Smith, L.L.P., 303 South Washington Avenue, Marshall, Texas 75670; Telephone: (903) 934-8450; Facsimile: (903) 934-9257; E-mail: melissa@gillamsmithlaw.com.

Dated: March 28, 2013                      Respectfully submitted,

*/s/Melissa R. Smith*
Melissa R. Smith
Texas State Bar No. 24001351
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
E-mail: melissa@gillamsmithlaw.com

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that, on March 28, 2013, the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service.  Local Rule CV-5(a)(3)(A).

                                          */s/Melissa R. Smith*
                                          Melissa R. Smith