IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs | § | CIVIL ACTION NO. 6:12-cv-499 (LED) |
| | § | (Consolidated Lead Case) |
| Texas Instruments, Inc., et al | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE OF COUNSEL FOR SPEECHPRO, INC. and SPEECH TECHNOLOGY CENTER, LLC

Notice is hereby given that Melissa R. Smith of Gillam & Smith, L.L.P. enters her appearance on behalf of Defendants, **SPEECHPRO, INC. and SPEECH TECHNOLOGY CENTER, LLC,** in this matter as additional counsel.

Melissa R. Smith may receive all communications from the Court and from other parties at Gillam & Smith, L.L.P., 303 South Washington Avenue, Marshall, Texas 75670; Telephone: (903) 934-8450; Facsimile: (903) 934-9257; E-mail: melissa@gillamsmithlaw.com.

Dated:  March 28, 2013            Respectfully submitted,

*/s/Melissa R. Smith*
Melissa R. Smith
Texas State Bar No. 24001351
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
E-mail: melissa@gillamsmithlaw.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on March 28, 2013, the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service.  Local Rule CV-5(a)(3)(A).

*/s/Melissa R. Smith*
Melissa R. Smith