IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § § § | |
| *Plaintiff,* | § § | Civil Action No. 6:12-CV-00499 |
| v. | § § | JURY TRIAL DEMANDED |
| TEXAS INSTRUMENTS, INC., ET AL. | § § § | |
| *Defendants.* | § | |

## NOTICE OF APPEARANCE OF COUNSEL

TO THE HONORABLE COURT:

Defendant **VISIBLE WORLD, INC.** hereby notifies the Court that **G. BLAKE THOMPSON** of Mann, Tindel & Thompson, 300 West Main Street, Henderson, Texas 75652 makes a formal entry of appearance in the above-styled and numbered cause as counsel for Defendant, Visible World, Inc. The undersigned counsel requests a copy of all pleadings, discovery, correspondence and orders be sent to him.

Respectfully submitted,

**MANN, TINDEL & THOMPSON**
300 West Main Street
Henderson, Texas 75652
(903) 657-8540
(903) 657-6003 (fax)

By: _____
G. Blake Thompson
State Bar No. 24042033
**J. Mark Mann**
State Bar No. 12926150
**Stacie H. Tandy**
State Bar No. 24042003

**ATTORNEYS FOR DEFENDANT
VISIBLE WORLD, INC.**

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE]- Document Filing System, to all counsel of record, on this 28th day of March, 2013.

_____
G. Blake Thompson