IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC., | § | |
| | § | Case No. 6:12-cv-499 (LED) |
| Plaintiff, | § | LEAD CASE |
| | § | |
| v. | § | |
| | § | Case No. 6:12-cv-526 (LED) |
| | § | (Consolidated Case) |
| TEXAS INSTRUMENTS, INC. *et al.*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

**NOTICE OF APPEARANCE OF COUNSEL**

Defendant, Viggle Inc. f/k/a Function(X) Inc. files this Notice of Appearance, and hereby notifies the Court that Jordan A. Sigale, of the law firm Loeb & Loeb LLP, 321 North Clark Street, Suite 2300, Chicago, Illinois  60654, Telephone number (312) 464-3100, Fax (312) 464-3111, e-mail:  jsigale@loeb.com has entered this action as counsel for the above Defendant.  In connection with this notice, Mr. Sigale requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on him at the above address and contact information.

| | |
|---|---|
| Dated:  March 28, 2013 | Respectfully submitted, |
| | |
| | By*: /s/ Jordan A. Sigale*  |
| | Jordan A. Sigale |
| | Illinois Bar No. 6410074 |
| | LOEB & LOEB LLP |
| | 321 North Clark Street, Suite 2300 |
| | Suite 2300 |
| | Chicago, IL 60654 |
| | Tel:  (312) 464-3100 |
| | Fax:  (312) 464-3111 |
| | jsigale@loeb.com |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on March 28, 2013, the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service.  Local Rule CV-5(a)(3)(A).

/s/ Jordan A. Sigale

Jordan A. Sigale