IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC., | § | |
| | § | Case No. 6:12-cv-499 (LED) |
| Plaintiff, | § | LEAD CASE |
| | § | |
| v. | § | |
| | § | Case No. 6:12-cv-526 (LED) |
| | § | (Consolidated Case) |
| TEXAS INSTRUMENTS, INC. *et al.*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

### NOTICE OF APPEARANCE OF COUNSEL

Defendant, Viggle Inc. f/k/a Function(X) Inc. files this Notice of Appearance, and hereby notifies the Court that Lana H. Carnel, of the law firm Loeb & Loeb LLP, 321 North Clark Street, Suite 2300, Chicago, Illinois 60654, Telephone number (312) 464-3100, Fax (312) 464-3111, e-mail: lcarnel@loeb.com has entered this action as counsel for the above Defendant. In connection with this notice, Ms. Carnel requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on her at the above address and contact information.

Dated: March 28, 2013               Respectfully submitted,

By: */s/ Lana H. Carnel*
Lana H. Carnel
Illinois Bar No. 6303015
LOEB & LOEB LLP
321 North Clark Street, Suite 2300
Suite 2300
Chicago, IL 60654
Tel: (312) 464-3100
Fax: (312) 464-3111
lcarnel@loeb.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on March 28, 2013, the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service.  Local Rule CV-5(a)(3)(A).

*/s/ Lana H. Carnel*

Lana H. Carnel