IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC., | § | |
| | § | Case No. 6:12-cv-499 (LED) |
| Plaintiff, | § | LEAD CASE |
| | § | |
| v. | § | |
| | § | Case No. 6:12-cv-526 (LED) |
| | § | (Consolidated Case) |
| TEXAS INSTRUMENTS, INC. *et al.*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE OF COUNSEL

Defendant, Viggle Inc. f/k/a Function(X) Inc. files this Notice of Appearance, and hereby notifies the Court that Laura Ann Wytsma, of the law firm Loeb & Loeb, 10100 Santa Monica Blvd, Los Angeles, CA 90067-4164, Telephone number (213) 282-2251, Fax (213) 947-4561, e-mail: lwytsma@loeb.com has entered this action as counsel for the above Defendant. In connection with this notice, Ms. Wytsma requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on her at the above address and contact information.

Dated:  March 28, 2013                              Respectfully submitted,

By: */s/ Laura Ann Wytsma*
Laura Ann Wytsma
CA Bar No. 189527
LOEB & LOEB LLP
10100 Santa Monica Blvd.
Los Angeles, CA  90067-4164
Tel:  (213) 282-2251
Fax:  (213) 947-4561
lwytsma@loeb.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on March 28, 2013, the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service.  Local Rule CV-5(a)(3)(A).

/s/ Laura Ann Wytsma

Laura Ann Wytsma