IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 6:12-cv-499-MHS |
| | § | (Lead Case) |
| **TEXAS INSTRUMENTS, INC.,** | § § § | |
| Defendant. | § | |

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** | § § § | |
| Plaintiff, | § § | |
| v. | § § § | CIVIL ACTION NO. 6:13-cv-126-MHS (Consolidated with 6:12-cv-499-LED and closed) |
| **VISIBLE WORLD INC.,** | § § | |
| Defendant. | § | |

## NOTICE OF APPEARANCE OF COUNSEL

TO THE HONORABLE COURT:

Defendant, VISIBLE WORLD INC., files this Notice of Appearance of Counsel and shows:

1. VISIBLE WORLD INC. desires to designate Andy Tindel as counsel for VISIBLE WORLD INC. in the above referenced civil action.

2. Andy Tindel is a member in good standing of the bar of the United States District Court for the Eastern District of Texas. The information required by E. Dist. Tex. Loc. Ct. R. CV-11 for appearing counsel is as follows:

> Andy Tindel
> State Bar No. 20054500
> Mann, Tindel & Thompson – Attorneys at Law
> 112 East Line Street, Suite 304
> Tyler, Texas 75702
> Tel:    (903) 596-0900
> Fax:   (903) 596-0909
> Email: atindel@andytindel.com

All notices, orders or other filings concerning the above referenced civil action may be delivered to Andy Tindel at the above address.

PREMISES CONSIDERED, Defendant, VISIBLE WORLD INC., requests the Court and all other counsel to take notice of the appearance of Andy Tindel as counsel for VISIBLE WORLD INC. in the above referenced civil action.

Dated:  March 28, 2013

Respectfully submitted,

_/s/ Andy Tindel_____

ANDY TINDEL
State Bar No. 20054500

Mann, Tindel & Thompson - Attorneys at Law
112 East Line Street, Suite 304
Tyler, Texas 75702
Tel:    (903) 596-0900
Fax:   (903) 596-0909
Email:  atindel@andytindel.com

ATTORNEYS FOR DEFENDANT
VISIBLE WORLD INC.

## CERTIFICATE OF SERVICE

This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per E. Dist. Tex. Loc. Ct. R. CV-5(a)(3) on the 28th day of March, 2013. Any other counsel of record will be served via facsimile transmission.

_____
Andy Tindel