IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>SPEECHPRO, INC., and<br>SPEECH TECHNOLOGY CENTER, LLC,<br><br>      Defendants. | CIVIL ACTION NO. 6:12-CV-499-MHS<br>  **LEAD CASE**<br><br>CIVIL ACTION NO.  6:13-CV-59-MHS<br>  **CONSOLIDATED CASE**<br><br>**DEMAND FOR JURY TRIAL** |

**DEFENDANTS SPEECHPRO, INC., and SPEECH TECHNOLOGY CENTER, LLC
INCORPORATED JURY DEMAND**

SPEECHPRO, INC., and SPEECH TECHNOLOGY CENTER, LLC, defendants, demand a trial by jury on all issues so triable pursuant to Federal Rule of Civil Procedure 38.

Respectfully submitted,

GILLAM & SMITH, LLP

*/s/ Melissa R. Smith*_____
Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, L.L.P.
303 S. Washington Ave.
Marshall, Texas 75670
Telephone:  (903) 934-8450
Facsimile:  (903) 934-9257
melissa@gillamsmithlaw.com


Anthony L. Meola (#7101)
THE LAW OFFICES OF ANTHONY L. MEOLA
2500 Westchester Avenue
Suite 210
Purchase, New York 10577
T. (914) 825-1039
F: (866) 865-8362
E: ameola@themeolafirm.com


**ATTORNEYS FOR DEFENDANTS
SPEECH TECHNOLOGY CENTER, LLC
AND SPEECH PRO, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 28th day of March, 2013. Any other counsel of record will be served by facsimile transmission and/or first class mail.

*/s/ Melissa R. Smith*
Melissa R. Smith
