IN THE UNITED STATES DISCTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC,<br>         Plaintiff,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC.,<br>         Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 6:12-cv-00499-MHS<br><br>(LEAD CASE)<br><br>JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC,<br>         Plaintiff,<br><br>v.<br><br>ASURE SOFTWARE, INC.,<br>         Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 6:13-cv-44<br>*(Consolidated with 6:12-cv-00499-MHS)*<br><br>JURY TRIAL DEMANDED |

## CORPORATE DISCLOSURE STATEMENT

Defendant Asure Software, Inc. files this disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and states the following:

Asure Software, Inc., a Delaware corporation, is a publicly held corporation. It has no parent corporation, and no publicly held corporation owns ten percent or more of Asure Software, Inc.

Date:  March 28, 2013

                                                                Respectfully submitted,

                                                                TAYLOR DUNHAM, LLP
                                                                301 Congress Avenue, Suite 1050
                                                                Austin, TX 78701
                                                                512.473.2257 (Phone)

        512.478.4409 (Facsimile)


/s/ Miguel S. Rodriguez
Miguel S. Rodriguez (Lead Attorney)
Texas Bar No. 24007938
Email:  mrodriguez@taylordunham.com
**ATTORNEYS FOR ASURE SOFTWARE, INC.**

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system on March 28, 2013, which will send notification of such filing to all counsel of record who are deemed to have consented to electronic service.


/s/ Miguel S. Rodriguez
Miguel S. Rodriguez