# EXHIBIT A



# enseQuence

Why Interactive Television | Programmers | Service Providers | Advertisers | Clients | About Ensequence

**Why Interactive Television**

Programming

Advertising

T-commerce

**The numbers are in**

- 56% of TV viewers are using the internet for video entertainment
- 79% of TV viewers want to interact with televised programming
- 73% of TV viewers want two-way interaction with TV advertising
- 58% of TV viewers want to request free samples during commercials

*Source: 2010 Harris survey*

**News & Updates**

RT @Merileepdx: Hiring a Web Services Architect to create scalable web service architectures that evolve the TV experience http://t.co/G ...
134 days ago

Great info: #SocialTV '@Berly624: My latest article for @eMarketer - Consumers Create Own Social TV Experiences: http://t.co/SaZivw7o"
140 days ago

RT @endoftelevision: #AppleTV Sales Have Doubled - "We're going to keep pulling the string and see where it takes us" - http://t.co/UGdsNdZW
141 days ago

RT @ConnectedTV: Yahoo! #ConnectedTV: Connecting All Your Screens – Big to Small: http://t.co/6ATKQ5ti #SocialTV #secondscreentv #mobiletv
141 days ago

**Follow Us on Twitter**

**Contact us** today to get started with interactive television.

### Ensequence Brand Video

Ensequence, the interactive TV company, enables programmers, service providers and advertisers to create and deploy a high volume of uniquely branded interactive television experiences that increase programming ratings, advertising effectiveness and merchandise sales.

# Why Interactive Television

Home : Why Interactive Television

### The answer to the question "Why iTV Now" is a simple one.

### Interactive television increases programming ratings and advertising revenue, directly impacting your bottom line.

Viewers want to interact with content and control their entertainment experience on every device capable of delivering video—including the television screen. They want to rate video content, post comments, participate with shows through voting and polling and have interactive, two-way conversations with their favorite brands.

For programmers and service providers alike, interactivity doesn't have to be only associated with Web video. You can deliver two-way, interactive experiences today to the biggest screen in the house. Ensequence interactive television connects content to audience, bringing web-like functionality that your viewers have come to expect directly to their televisions.

Interactive TV keeps viewers engaged, increases their enjoyment and generates buzz through social media vehicles like Facebook and Twitter. And advertising is transformed from a passive branding exercise to an active direct response medium—viewers can respond to offers instantly with the click of the remote control. Results can be tracked and measured in real time, bringing web-like metrics and accountability to television.

The US Cable industry has enabled one of the largest interactive platforms available today—Enhanced TV Binary Interchange Format (EBIF)—and it has reached critical mass. The six largest cable service providers, and their cooperative affiliation with Canoe Ventures, have 25 million households 'EBIF ready' now, and are aiming to have 40 million EBIF ready by the end of 2011.

But we don't stop with just cable…we work with all existing interactive platforms including satellite and telco, plus emerging connected TV platforms from companies like Samsung and Yahoo!.

*Let Ensequence help you increase your program ratings, advertising revenue and sell merchandise with the click of a button by delivering interactive advertisements and immersive programming experiences to your audience. Your content and advertisements will be more powerful and engaging than ever before.*

Site Map | About Interactive Television | Programmers | Service Providers | Advertisers | About Ensequence | Careers | Contact

Exhibit A   ©2012 Ensequence
Page 2 of 8

# enseQuence

Why Interactive Television | Programmers | Service Providers | Advertisers | Clients | About Ensequence

Programmers
Products for Programmers

## Interactive TV for Programmers

Home : Interactive TV for Programmers

### Let Your Audience Talk to You.

Today, the key objective for programmers is interactivity; both audiences and advertisers demand it. The challenge used to be stopping audiences from clicking away from your channel. The remote was the enemy. Now, it's finding better ways to get them to click: click to vote, click to share, click to buy. The remote has become your open line with your customers.

Ensequence iTV lets you deliver value to both advertisers and audiences. Advertisers will see your network as a market leader in an in-demand technology. And audiences will experience TV in a new, compelling and actionable way. The result: ratings and CPM lifts measured with pinpoint accuracy.

The Ensequence team works with your network family to create iTV experiences that are the perfect match for your programming and advertising. With Ensequence iTV, you have complete creative freedom to deploy uniquely branded iTV experiences that are specifically tailored to your content, messaging and viewers.

### Consider the Benefits:

- Platform Independent. Only Ensequence makes your content interactive across all service provider platforms (cable, satellite and telco)—including TV widget platforms.
- Quick, Affordable and Dependable. Prebuilt templates make creating and deploying interactive overlays to your programs and ads fast, simple and reliable.
- Fully Tested. Our technology has been field-proven in production settings across the industry for the past ten years.
- Launch Strategically. Create and implement interactivity across as many TV programs and as many service providers as you like, and at whatever pace you want to go.
- New Revenue Streams. Monetize in-program interactivity and develop sponsorships for your advertisers.
- No Technology Headaches. Don't worry about each service provider's platform, EBIF user agent, middleware or set-top boxes. We take care of all that for you.

*Interactive TV makes your content more powerful and engaging than it has ever been. Contact us today to learn more about how Ensequence can help you deploy iTV across your network.*

> " What better way to give our avid 'Chef' fans a more enriched experience than by offering them interactivity during the airing of the show. "

-Lisa Hsia,
*Senior Vice President, New Media, Bravo*

### Explore our interactive platform

For Programmers
For Service Providers

Contact us today to get started with interactive television.

Software

Services

©2012 Ensequence

Site Map | About Interactive Television | Programmers | Service Providers | Advertisers | About Ensequence | Careers | Contact

Exhibit A
Page 3 of 8



# enseQuence

Why Interactive Television | Programmers | Service Providers | Advertisers | Clients | About Ensequence

**Service Providers**

Products for Service Providers

> We are getting incremental customers [for our advanced advertising products] that we didn't have previously because they want to buy the capability. And we're getting existing customers to pay us more per spot, therefore getting a premium from existing customers and both of those categories are growing.

Thomas M. Rutledge, Cablevision COO, CallStreet Report, February 16, 2011

**Explore our interactive platform**

For Service Providers

For Programmers

**Contact us** today to get started with interactive television.

## Interactive TV for Service Providers

Home : Interactive TV for Service Providers

For the last decade, Ensequence has been delivering iTV to service providers across the country. Ensequence iTV makes your video offering interactive and your content and local advertising fully immersive experiences. The result is sustainable, product-based competitive differentiation. You'll drive your local ad sales revenue by enabling consumers to respond—on impulse—to an ad, which advertisers will pay a premium for. The same can be done for your cross-channel advertising.

**Consider the benefits:**

- Move at your own pace. Enable iTV as rapidly and in as much content as you wish.
- Increase Revenue. Boost the value of ad sales and generate new revenue from T-commerce.
- Ready to Deploy. Offer Local Advertisers compelling iTV enhancements that are pre-certified and guaranteed to deploy flawlessly every time.
- Seamless Integration. Effortlessly integrate Ensequence iTV into existing advertising management systems as well as production and playout workflows.
- Maximize iTV Reach. Deliver interactivity across your entire ecosystem.
- Workflow Management. Assign each member of your team as much or as little authority to work on each stage of your interactive television deployment.
- Open Standards. The Ensequence iTV Manager system uses open standards, which gives you maximum flexibility to control implementation, now and in the future. Ensequence supports all applicable CableLabs and SCTE standards to enable interoperability with other market offerings and internal systems.

*Ensequence will create a unique interactive experience to your exact specifications, or you can generate the experience yourself using the world-class Ensequence Create® authoring tool.*

| Software | ⌄ |

| Services | ⌄ |

Site Map | About Interactive Television | Programmers | Service Providers | Advertisers | About Ensequence | Careers | Contact                    ©2012 Ensequence

# enseQuence

| Why Interactive Television | Programmers | Service Providers | Advertisers | Clients | About Ensequence |

## Advertisers
Home : Advertisers

**Start a two-way conversation with your target consumers.**

Advertisers today are capturing consumers' attention, maximizing advertising spend and demonstrating results with interactive TV advertising. They're pushing the limits of the television advertising experience and optimizing campaigns in fresh and compelling ways. Dynamic targeting, combined with instant metrics and reporting enable advertisers to measure ROI and fine-tune campaigns on the fly.

Consumers are accessing detailed product information, exploring 3D demos and instantly requesting digital vouchers. They're training with and competing against their favorite athletes, and then learning where to buy their gear. Today's viewers are even purchasing products directly using their remote controls.

**Ready to get started?**

Ensequence develops and stewards interactive campaigns and services on national cable networks across multiple cable and satellite operators — we are focused on solutions that will quickly bring interactivity to the market on a national scale. Ensequence works with individual networks or families of networks to customize what they do with interactivity—in other words, to give them complete creative freedom to deploy uniquely branded ITV experiences that are specifically tailored to their content, messaging and viewers.

Contact us to get started today.

> Interactive television is an important way to help us deliver even greater value to our distribution partners, advertisers and especially our viewers. By partnering with Ensequence, we have the ability to more easily manage the process on a local level and prepare for a national rollout.

*- Jen Robertson, senior vice president, digital media and business development, WE tv & Wedding Central, December 2010*

Contact us today to get started with interactive television.

©2012 Ensequence





## About Ensequence

Home : About Ensequence

Ensequence gives you the reach and branding power of television with the accountability and engagement of digital media. We work with the world's leading advertisers, programmers and service providers to create the most dynamic social and interactive television experiences in the industry.

**Ensequence: The smartest way to build an interactive TV business.**

Ensequence software and services enable you to build a scalable interactive TV business, which dramatically increases viewer engagement and advertising revenue. With Ensequence, you can develop and deploy a high volume of interactive TV experiences quickly and affordably. An experience that used to take several months to develop can, in many instances, now be created in a matter of weeks and updated in as little as a few hours—making it not just faster but more affordable. And only Ensequence can deliver these experiences across every platform—cable, satellite, telco, smartphones, tablets and connected TVs.

**Powerful software.**

Our industry-leading software gives you the ability to create, distribute and measure the results of your interactive TV content. It combines technical power with a highly visual and easy to use environment and gives you the flexibility to build and deploy a wide range of interactive TV experiences—from the simplest to the most advanced.

**Award-winning creative services.**

Our award-winning Creative Services team guides you through the breadth of interactive television possibilities and helps you determine the most effective and creative ways to engage viewers. Our extensive knowledge of each platform's capabilities makes it possible for us to build the most powerful and innovative experience once and deliver it consistently across every platform.

**Turnkey solution.**

When you're looking for the easiest way to bring groundbreaking viewing experiences to life, Ensequence offers a full range of professional services. Our team can manage any step of the process. We can produce the experience, manage the deployment, and integrate seamlessly with your existing billing, transactional and fulfillment systems. We fully test each interactive television experience before it goes to air and we provide world-class support around the clock.

**Web-like performance metrics.**

Our software offers web-like performance metrics and provides customized and standardized reports, enabling you to measure viewer engagement and maximize your return on investment. Viewer behavior metrics allow you to refine your content for even greater effectiveness.

**Innovator in interactive television.**

Ensequence has been credited with a number of 'firsts' in the industry including the first live interactive television application to be deployed across multiple platforms and the first interactive TV advertising campaign in the United States to enable consumers to make a purchase with their remote control. And we continue to win television's most prestigious awards including a 2008 Emmy for the MLB.TV Mosaic and a 2010 Emmy plaque for the Showtime Sports Interactive experience.

**Ensequence. TV is new again.**



Why Interactive Television | Programmers | Service Providers | Advertisers | Clients | About Ensequence

## About Ensequence

- Awards
- Management Team
- Press Releases
- Partners
- Careers

**Contact Us**

# Contact Ensequence
Home : About Ensequence

**New York**
420 Lexington Ave
Suite 408
New York, NY 10170
212 358 8995

**Portland**
111 SW 5th Avenue, Suite 1400
Portland, OR 97204
503 416 3800

**Dayton**
520 East 1st Street
Dayton, OH 45204

**For PR Inquiries**
Carole Shander
Carole Shander Public Relations
917 750 2496

Name: *

Company:

Title:

E-mail: *

Your location:

North America

Phone number:

Industry:

Advertiser

How did you find us?:

Search engine

What is your interest in interactive television?:

- None -

Additional Comments:

Subscribe:

☐ Interactive Television Trends newsletter

Send

Map | About Interactive Television | Programmers | Service Providers | Advertisers | About Ensequence | Careers | Contact

©2012 Enseq