# EXHIBIT B

## enseQuence

Why Interactive Television | Programmers | Service Providers | Advertisers | Clients | About Ensequence

# Ensequence and Zeitera Partner to Enable TV Programmers and Advertisers to Deploy Synchronized Interactive Experiences on Tablets and Smartphones

Home : About Ensequence : Press Releases

*The Ensequence iTV Manager interactive platform integrates with Zeitera's Vvid Automatic Content Recognition (ACR) system*

**NEW YORK CITY– AUGUST 8, 2011** – Ensequence and Zeitera today announced the integration of their products to enable programmers and advertisers to rapidly create, manage and deploy interactive applications running on smartphones and tablets that are synchronized with content on the TV screen.

The Ensequence integration with Zeitera enables programmers and advertisers to use the Ensequence iTV Manager® interactive platform to create synchronized and immersive two-screen experiences for TV shows and commercials. Automatic Content Recognition (ACR)-enabled applications on companion devices including smartphones and tablets help networks and advertisers create more engaging viewing experiences.

Examples of synchronized second screen interactive ACR applications include:

• Social networking check-in and discussion

• Voting, polling and RFI (Request for Information) experiences

• Behind the scenes content delivery to the second screen

• Coupon services for brand marketers

• Branded Product Placement and Television Commerce ("T-Commerce")

• Program discovery and recommendation

• Advertisement enhancement, extended viewing and measurement

"Offering synchronized interactivity on tablets and smartphones is a great way to complement the programming and adverting offered on the TV– which ultimately keeps viewers more deeply engaged with content," said Aslam Khader, Ensequence Chief Technology and Product Officer. "The Zeitera solution combined with iTV Manager – our multi-platform management solution –solves a huge problem for programmers and advertisers who are looking for one workflow to manage all of their connected device applications."

The companies have integrated the Ensequence iTV Manager interactive platform with the Zeitera Vvid® Content Identification System. The Ensequence iTV Manager platform scales interactive content across cable, satellite, telco and connected devices. Zeitera's Vvid Content ID system is an audio and video fingerprinting system for the development of synchronized interactive TV content using ACR technology.

"By integrating with Ensequence, our customers will now be able to easily manage and deploy Interactive TV for every screen, on any platform, with one workflow," said Dan Eakins, CEO at Zeitera.

###

**About Ensequence**

Ensequence, the interactive TV company, enables programmers, service providers and advertisers to increase programming ratings, advertising effectiveness and merchandise sales by making their shows and commercials more powerful and engaging with interactive TV. The Ensequence iTV Manager® interactive platform solves the technical complexities associated with creating and deploying a high volume of uniquely branded interactive television experiences across cable, satellite, telco and connected devices. Ensequence's customers include the largest and most innovative programmers and service providers in the media industry: NBCUniversal, MTV Networks, Showtime Networks, Turner Broadcasting, HBO, QVC, Rainbow Network Communications, Comcast, Time Warner Cable, Canoe Ventures, DISH Network and Verizon.  In addition, Ensequence is deployed on multiple connected device platforms. To learn more, visit www.ensequence.com, follow Ensequence on Twitter and visit our YouTube channel.

**About Zeitera**

Zeitera (www.zeitera.com) is a Silicon Valley startup located in Mountain View, CA. Backed by experienced technology investors with successful track records in building technology companies, Zeitera is leading the emerging market for (ACR) solutions across the broadcast, internet, and CE ecosystems. Zeitera has a senior team of computer vision, image processing, data-mining, and search experts with experience building large-scale systems at successful start-ups as well as established technology companies such as Sony, AOL, Google, IBM, Broadcom, and Nokia.

**Media Contacts:**

Ensequence Contact:

Jessie Dawes

Director of Marketing

Tel: (212) 358-8994

E-mail: jessie.dawes@ensequence.com


Press Contact:

Carole Shander

Carole Shander Public Relations

Tel: (917) 733-3812

E-mail: csprcable@verizon.net


Zeitera Contact:

Dan Eakins

CEO

Tel:  (650) 208-0760

E-mail: dan@zeitera.com

©2012 Ensequence