IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **Blue Spike, LLC,** | § § | |
| Plaintiff, | § § | Case No. 6:12-cv-00499-MHS |
| v. | § § | LEAD CASE |
| **Texas Instruments, Inc., et al.,** | § § | Jury Trial Demanded |
| Defendants. | § § § | |
| **Blue Spike, LLC,** | § § | |
| Plaintiff, | § § | Case No. 6:12-cv-00568-MHS |
| v. | § § | CONSOLIDATED CASE |
| **Zeitera, LLC, et al.,** | § § | Jury Trial Demanded |
| Defendants. | § § § § | |

## ORDER

Defendant Ensequence, Inc. filed its Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue ("Motion"). The Court finds that the Motion should be and is hereby **GRANTED**.

It is therefore **ORDERED** that all claims by Blue Spike, LLC against Ensequence, Inc. are dismissed without prejudice.

**SO ORDERED.**