## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC ) | |
| ) | |
| Plaintiff, ) | Case No. 6:12-CV-00572 LED |
| ) | |
| vs. ) | |
| ) | |
| TECHNICOLOR USA, INC. and ) | **JURY TRIAL DEMANDED** |
| TECHNICOLOR SA, ) | |
| ) | |
| Defendants. ) | |

### ORDER ON TECHNICOLOR SA'S MOTION TO DISMISS
### FOR LACK OF PERSONAL JURISDICTION, IMPROPER VENUE,
### AND INSUFFICIENT SERVICE OF PROCESS

This matter is before the Court on the motion of Technicolor SA to dismiss Plaintiff's complaint for lack of personal jurisdiction, improper venue, and insufficient service of process. The Court, having considered the matter and being so advised, now finds that Technicolor SA's motion is meritorious and should be granted. It is, therefore,

ORDERED that Technicolor SA's motion is GRANTED and Plaintiff's complaint against Technicolor SA is dismissed.