# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br>　　*Plaintiff*,<br>v.<br>TEXAS INSTRUMENTS, INC.,<br>　　*Defendant*. | Civil Action No. 6:12-CV-499-LED<br><br>JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC,<br>　　*Plaintiff*,<br>v.<br>BIOMETRIKA, SRL and FULCRUM BIOMETRICS, LLC,<br>　　*Defendants*. | Civil Action No. 6:13-CV-45-MHS<br><br>(Consolidated with 6:12-cv-499-LED and closed)<br><br>JURY TRIAL DEMANDED |

## DEFENDANT FULCRUM BIOMETRICS, LLC'S DEMAND FOR JURY TRIAL

Pursuant to Fed. R. Civ. P. 38(b), and in compliance with Local Rule CV-38(a), Defendant Fulcrum Biometrics, LLC ("Fulcrum") hereby asserts its right to a trial by jury on all issues so triable.

Dated: March 28, 2013　　　　　　　Respectfully submitted,

By: */s/ Eric H. Findlay*
Eric H. Findlay (Texas Bar No. 00789886)
Walter W. Lackey, Jr. (Texas Bar No. 24050901)
FINDLAY CRAFT, LLP
6760 Old Jacksonville Hwy, Suite 101
Tyler, TX 75703

Telephone:  (903) 534-1100
Facsimile:   (903) 534-1137
efindlay@findlaycraft.com
wlackey@findlaycraft.com

Attorneys for Defendant
FULCRUM BIOMETRICS, LLC

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served electronically on opposing counsel pursuant to Local Rule CV-5(a)(7)(C) on March 28, 2013.

*/s/ Eric H. Findlay*
Eric H. Findlay