# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § § | |
| *Plaintiff*, | § | Civil Action No. 6:12-CV-499-LED |
| | § | |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| | § | |
| TEXAS INSTRUMENTS, INC., | § | |
| | § | |
| *Defendant*. | § | |
| | § | |
| BLUE SPIKE, LLC, | § | |
| *Plaintiff*, | § | Civil Action No. 6:13-CV-45-MHS |
| | § | |
| v. | § | |
| | § | (Consolidated with 6:12-cv-499-LED and closed) |
| BIOMETRIKA, SRL and FULCRUM BIOMETRICS, LLC, | § | JURY TRIAL DEMANDED |
| | § | |
| *Defendants*. | § | |

## FULCRUM BIOMETRICS, LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant Fulcrum Biometrics, LLC ("Fulcrum") discloses that it has no parent corporation and no publicly held corporation holds 10% or more of its stock.

Dated: March 28, 2013             Respectfully submitted,

By: */s/ Eric H. Findlay*
Eric H. Findlay (Texas Bar No. 00789886)
Walter W. Lackey, Jr. (Texas Bar No. 24050901)
FINDLAY CRAFT, LLP
6760 Old Jacksonville Hwy, Suite 101

1

Tyler, TX 75703
Telephone:  (903) 534-1100
Facsimile:   (903) 534-1137
efindlay@findlaycraft.com
wlackey@findlaycraft.com

Attorneys for Defendant
FULCRUM BIOMETRICS, LLC

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served electronically on opposing counsel pursuant to Local Rule CV-5(a)(3) on March 28, 2013.

*/s/ Eric H. Findlay*
Eric H. Findlay
