# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC, <br>   *Plaintiff*, <br> v. <br> TEXAS INSTRUMENTS, INC., <br>   *Defendant*. | Civil Action No. 6:12-CV-499-LED <br><br> JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC, <br>   *Plaintiff*, <br> v. <br> DERMALOG IDENTIFICATION SYSTEMS, GMBH and FULCRUM BIOMETRICS, LLC, <br>   *Defendants*. | Civil Action No. 6:13-CV-53-MHS <br><br> (Consolidated with 6:12-cv-499-LED and closed) <br><br> JURY TRIAL DEMANDED |

**FULCRUM BIOMETRICS, LLC'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant Fulcrum Biometrics, LLC ("Fulcrum") discloses that it has no parent corporation and no publicly held corporation holds 10% or more of its stock.

Dated:  March 28, 2013     Respectfully submitted,

                 By:*/s/ Eric H. Findlay*
                 Eric H. Findlay (Texas Bar No. 00789886)
                 Walter W. Lackey, Jr. (Texas Bar No. 24050901)

>FINDLAY CRAFT, LLP
>6760 Old Jacksonville Hwy, Suite 101
>Tyler, TX 75703
>Telephone:  (903) 534-1100
>Facsimile:   (903) 534-1137
>efindlay@findlaycraft.com
>wlackey@findlaycraft.com
>
>Attorneys for Defendant
>FULCRUM BIOMETRICS, LLC

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served electronically on opposing counsel pursuant to Local Rule CV-5(a)(3) on March 28, 2013.

>*/s/ Eric H. Findlay*
>Eric H. Findlay