# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, <br>     *Plaintiff*, <br> v. <br> TEXAS INSTRUMENTS, INC., <br>     *Defendant*. | § § § § § § § § § § § § | Civil Action No. 6:12-CV-499-LED <br><br> JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC, <br>     Plaintiff, <br> v. <br> FUTRONIC TECHNOLOGY CO., LTD. <br> and FULCRUM BIOMETRICS, LLC, <br>     *Defendants*. | § § § § § § § § § § § § § § | Civil Action No. 6:13-CV-54-MHS <br><br> (Consolidated with 6:12-cv-499-LED and closed) <br><br> JURY TRIAL DEMANDED |

## DEFENDANT FULCRUM BIOMETRICS, LLC'S DEMAND FOR JURY TRIAL

Pursuant to Fed. R. Civ. P. 38(b), and in compliance with Local Rule CV-38(a), Defendant Fulcrum Biometrics, LLC ("Fulcrum") hereby asserts its right to a trial by jury on all issues so triable.

Dated:  March 28, 2013            Respectfully submitted,

By:*/s/ Eric H. Findlay*
Eric H. Findlay (Texas Bar No. 00789886)
Walter W. Lackey, Jr. (Texas Bar No. 24050901)
FINDLAY CRAFT, LLP
6760 Old Jacksonville Hwy, Suite 101
Tyler, TX 75703

        Telephone:  (903) 534-1100
        Facsimile:   (903) 534-1137
        efindlay@findlaycraft.com
        wlackey@findlaycraft.com

        Attorneys for Defendant
        FULCRUM BIOMETRICS, LLC

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served electronically on opposing counsel pursuant to Local Rule CV-5(a)(7)(C) on March 28, 2013.

        */s/ Eric H. Findlay*
        Eric H. Findlay