# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § § | |
| *Plaintiff*, | § § | Civil Action No. 6:12-CV-499-LED |
| v. | § § | |
| | § | JURY TRIAL DEMANDED |
| TEXAS INSTRUMENTS, INC., | § § | |
| | § | |
| *Defendant*. | § § | |
| | § | |
| BLUE SPIKE, LLC, | § § | |
| *Plaintiff*, | § § | Civil Action No. 6:13-CV-54-MHS |
| v. | § § | |
| | § § | (Consolidated with 6:12-cv-499-LED and closed) |
| FUTRONIC TECHNOLOGY CO., LTD. | § § | |
| and FULCRUM BIOMETRICS, LLC, | § § | JURY TRIAL DEMANDED |
| | § § | |
| *Defendants*. | § | |

## **FULCRUM BIOMETRICS, LLC'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant Fulcrum Biometrics, LLC ("Fulcrum") discloses that it has no parent corporation and no publicly held corporation holds 10% or more of its stock.

Dated:  March 28, 2013         Respectfully submitted,

By:*/s/ Eric H. Findlay*
Eric H. Findlay (Texas Bar No. 00789886)
Walter W. Lackey, Jr. (Texas Bar No. 24050901)
FINDLAY CRAFT, LLP
6760 Old Jacksonville Hwy, Suite 101

1

Tyler, TX 75703
Telephone:  (903) 534-1100
Facsimile:   (903) 534-1137
efindlay@findlaycraft.com
wlackey@findlaycraft.com

Attorneys for Defendant
FULCRUM BIOMETRICS, LLC

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served electronically on opposing counsel pursuant to Local Rule CV-5(a)(3) on March 28, 2013.

*/s/ Eric H. Findlay*
Eric H. Findlay