# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § § | |
| *Plaintiff*, | § § | Civil Action No. 6:12-CV-499-LED |
| v. | § § | |
| | § § | JURY TRIAL DEMANDED |
| TEXAS INSTRUMENTS, INC., | § § § | |
| *Defendant*. | § § § | |
| BLUE SPIKE, LLC, | § § | |
| Plaintiff, | § § | Civil Action No. 6:13-CV-57-MHS |
| v. | § § § | (Consolidated with 6:12-cv-499-LED and closed) |
| SUPREMA, INC. and FULCRUM BIOMETRICS, LLC, | § § § § | JURY TRIAL DEMANDED |
| *Defendants*. | § § § | |

## DEFENDANT FULCRUM BIOMETRICS, LLC'S DEMAND FOR JURY TRIAL

Pursuant to Fed. R. Civ. P. 38(b), and in compliance with Local Rule CV-38(a), Defendant Fulcrum Biometrics, LLC ("Fulcrum") hereby asserts its right to a trial by jury on all issues so triable.

Dated: March 28, 2013               Respectfully submitted,

By:*/s/ Eric H. Findlay*
Eric H. Findlay (Texas Bar No. 00789886)
Walter W. Lackey, Jr. (Texas Bar No. 24050901)
FINDLAY CRAFT, LLP
6760 Old Jacksonville Hwy, Suite 101

                                        Tyler, TX 75703
                                        Telephone: (903) 534-1100
                                        Facsimile: (903) 534-1137
                                        efindlay@findlaycraft.com
                                        wlackey@findlaycraft.com

                                        Attorneys for Defendant
                                        FULCRUM BIOMETRICS, LLC

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served electronically on opposing counsel pursuant to Local Rule CV-5(a)(7)(C) on March 28, 2013.

                                                    */s/ Eric H. Findlay*
                                                    Eric H. Findlay