IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § § § § § § § § § § § § § § § § § § § § § § § | |
| *Plaintiff*, | | Civil Action No. 6:12-CV-499-LED |
| v. | | |
| | | JURY TRIAL DEMANDED |
| TEXAS INSTRUMENTS, INC., | | |
| *Defendant*. | | |
| BLUE SPIKE, LLC, | | |
| Plaintiff, | | Civil Action No. 6:13-CV-57-MHS |
| v. | | |
| | | (Consolidated with 6:12-cv-499-LED and closed) |
| SUPREMA, INC. and FULCRUM BIOMETRICS, LLC, | | JURY TRIAL DEMANDED |
| *Defendants*. | | |

## FULCRUM BIOMETRICS, LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant Fulcrum Biometrics, LLC ("Fulcrum") discloses that it has no parent corporation and no publicly held corporation holds 10% or more of its stock.

Dated:  March 28, 2013            Respectfully submitted,

By:*/s/ Eric H. Findlay*
Eric H. Findlay (Texas Bar No. 00789886)
Walter W. Lackey, Jr. (Texas Bar No. 24050901)
FINDLAY CRAFT, LLP

1

6760 Old Jacksonville Hwy, Suite 101
Tyler, TX 75703
Telephone: (903) 534-1100
Facsimile: (903) 534-1137
efindlay@findlaycraft.com
wlackey@findlaycraft.com

Attorneys for Defendant
FULCRUM BIOMETRICS, LLC

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served electronically on opposing counsel pursuant to Local Rule CV-5(a)(3) on March 28, 2013.

*/s/ Eric H. Findlay*
Eric H. Findlay