IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC<br><br>    PLAINTIFF,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC., et al<br><br>    DEFENDANTS. | CIVIL ACTION NO. 6:12-cv-499<br>CONSOLIDATED ACTION<br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE OF JACK WESLEY HILL

COME NOW Defendants, Technicolor USA, Inc. and Technicolor S.A., and hereby notify the Court and all parties of record that Jack Wesley Hill, State Bar Number 24032294, of the Ward & Smith Law Firm, P.O. Box 1231, 1127 Judson Rd., Ste. 220, Longview, Texas, 75606-1231, (903) 757-6400, will be appearing as an attorney of record on their behalf in the above-styled and numbered cause.

Respectfully submitted,

/s/ Wesley Hill
Wesley Hill
State Bar No. 24032294

WARD & SMITH LAW FIRM
P.O. Box 1231
1127 Judson Rd., Ste. 220
Longview, Texas 75606-1231
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)
E-mail: wh@wsfirm.com

**ATTORNEY FOR TECHNICOLOR, USA INC. and TECHNICOLOR S.A.**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on this the 13th day of November, 2012.

/s/ Wesley Hill
Wesley Hill