## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
| *Plaintiff,* | § | Civil Action No. 6:12-cv-499 |
| | § | (Lead Case) |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| TEXAS INSTRUMENTS, INC., | § | |
| *Defendant.* | § | |
| | § | |
| _____ | § | |
| | § | |
| BLUE SPIKE, LLC | § | |
| *Plaintiff,* | § | Civil Action No. 6:13-cv-037-MHS |
| | § | (Consolidated with 6:12-cv-499) |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| ACCU-TIME SYSTEMS, INC. | § | |
| *Defendant.* | § | |
| | § | |
| _____ | § | |

**ORDER GRANTING DEFENDANT ACCU-TIME SYSTEMS, INC.'S MOTION TO DISMISS THE COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**

Having read and considered the briefs and arguments submitted both in support of and in opposition to Defendant Accu-Time Systems, Inc.'s Motion to Dismiss the Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) ("ATS's Motion"), and good cause appearing therefor:

IT IS HEREBY ORDERED that ATS's Motion is granted and Blue Spike's Complaint is hereby dismissed.