IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC § | | |
|     *Plaintiff,* § | Civil Action No. 6:12-cv-499 | |
| § | (Lead Case) | |
| v. § | | |
| § | JURY TRIAL DEMANDED | |
| TEXAS INSTRUMENTS, INC. § | | |
|     *Defendant.* § | | |
| § | | |
| _____ § | | |
| § | | |
| BLUE SPIKE, LLC § | | |
|     *Plaintiff,* § | Civil Action No. 6:13-cv-109 | |
| § | (Consolidated with 6:12-CV-499) | |
| v. § | | |
| § | JURY TRIAL DEMANDED | |
| AMANO CINCINNATI, INC. § | | |
|     *Defendant.* § | | |
| § | | |
| _____ § | | |

**ORDER GRANTING DEFENDANT AMANO CINCINNATI, INC.'S MOTION TO DISMISS THE COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**

Having read and considered the briefs and arguments submitted both in support of and in opposition to Defendant Amano Cincinnati, Inc.'s Motion to Dismiss the Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) ("ACI's Motion"), and good cause appearing therefor:

IT IS HEREBY ORDERED that ACI's Motion is granted and Blue Spike's Complaint is hereby dismissed.