**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| BLUE SPIKE, LLC §<br>　　*Plaintiff,* §<br>§<br>v. §<br>§<br>TEXAS INSTRUMENTS, INC. §<br>　　*Defendant.* §<br>_____ §<br>§<br>BLUE SPIKE, LLC §<br>　　*Plaintiff,* §<br>§<br>v. §<br>§<br>AMANO CINCINNATI, INC. §<br>　　*Defendant.* §<br>§<br>_____ §| Civil Action No. 6:12-cv-499<br>(Lead Case)<br><br><br><br><br><br><br><br><br>Civil Action No. 6:13-cv-109<br>(Consolidated with 6:12-CV-499) |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the Defendant and nongovernmental corporate party, Amano Cincinnati, Inc., has the following parent corporation(s) and publicly held corporation(s) that own 10% or more of its stock are listed here:

Amano Cincinnati, Inc. is owned by Amano USA Holdings, Inc.

Amano USA Holdings, Inc. is owned by Amano Corporation Japan.

        Respectfully submitted,

        By: */s/ Scott Crocker*
           Scott Crocker (TX State Bar No. 00790532)
           SPRINKLE IP LAW GROUP
           1301 W. 25th Street, Suite 408
           Austin, Texas 78705
           Phone: (512) 366-7308
           Fax: (512) 371-9088
           SCrocker@sprinklelaw.com

           Anthony S. Volpe (pro hac vice pending, PA 24,733)
           Ryan W. O'Donnell (pro hac vice pending, PA 89775)
           Aneesh A. Mehta (pro hac vice pending, PA 205878)
           VOLPE AND KOENIG, P.C.
           United Plaza, 30 S. 17th Street
           Philadelphia, PA 19103
           Phone: (215) 568-6400
           Fax: (215) 568-6499
           Avolpe@vklaw.com
           RODonnell@vklaw.com
           Amehta@vklaw.com

           *Attorneys for Defendant,*
           *Amano Cincinnati, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of **Defendant Amano Cincinnati, Inc.'s Rule 7.1 Corporate Disclosure Statement** is being on all counsel of record via the Court's CM/ECF system on this 29th day of March 2013.

           */s/ Scott Crocker*
           Scott Crocker