**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| BLUE SPIKE, LLC, | |
| *Plaintiff*, | Civil Action No. 6:12-cv-499 (Lead Case) |
| v. | JURY TRIAL DEMANDED |
| TEXAS INSTRUMENTS, INC., | |
| *Defendant*. | |

| | |
|---|---|
| BLUE SPIKE, LLC, | |
| *Plaintiff*, | Civil Action No. 6:13-cv-037-MHS |
| v. | JURY TRIAL DEMANDED |
| ACCU-TIME SYSTEMS, INC., | |
| *Defendant*. | |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the Defendant and nongovernmental corporate party, Accu-Time Systems, Inc., has the following parent corporation(s) and publicly held corporation(s) that own 10% or more of its stock are listed here:

Accu-Time Systems, Inc. is owned by Amano USA Holdings, Inc.

Amano USA Holdings, Inc. is owned by Amano Corporation Japan.

Respectfully submitted,

By: */s/ Scott Crocker*
      Scott Crocker (TX State Bar No. 00790532)
      SPRINKLE IP LAW GROUP
      1301 W. 25th Street, Suite 408
      Austin, Texas 78705
      Phone: (512) 366-7308
      Fax: (512) 371-9088
      SCrocker@sprinklelaw.com

      Anthony S. Volpe (pro hac vice pending, PA 24,733)
      Ryan W. O'Donnell (pro hac vice pending, PA 89775)
      Aneesh A. Mehta (pro hac vice pending, PA 205878)
      VOLPE AND KOENIG, P.C.
      United Plaza, 30 S. 17th Street
      Philadelphia, PA 19103
      Phone: (215) 568-6400
      Fax: (215) 568-6499
      Avolpe@vklaw.com
      RODonnell@vklaw.com
      Amehta@vklaw.com

      *Attorneys for Defendant,*
      *Accu-Time Systems, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of **Defendant Accu-Time Systems, Inc.'s Rule 7.1 Corporate Disclosure Statement** is being on all counsel of record via the Court's CM/ECF system on this 29th day of March 2013.

By: */s/ Scott Crocker*
      Scott Crocker (TX State Bar No. 00790532)
      SPRINKLE IP LAW GROUP, P.C.
      1301 W. 25th Street, Suite 408
      Austin, Texas 78705
      Phone: (512) 366-7308
      Fax: (512) 371-9088
      scrocker@sprinklelaw.com