IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

BLUE SPIKE, LLC

       PLAINTIFF,

v.

TEXAS INSTRUMENTS, INC., et al

       DEFENDANTS.

CIVIL ACTION NO. 6:12-cv-499
CONSOLIDATED ACTION


JURY TRIAL DEMANDED

### NOTICE OF APPEARANCE OF BRIAN D. ROCHE

COMES NOW Defendant, TuneSat, LLC, and hereby notifies the Court and all parties of record that Brian D. Roche, of the Reed Smith LLP – Chicago Firm, 10 South Wacker Drive, (312) 207-1000, will be appearing as an attorney of record on its behalf in the above-styled and numbered cause.

Respectfully submitted,

/s/ Brian D. Roche
REED SMITH LLP – CHICAGO
Brian D. Roche
10 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 207-1000
Facsimile: (312) 207-6400
Email: broche@reedsmith.com

**ATTORNEY FOR TUNESAT, LLC**

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on this the 1st day of April, 2013.

/s/ Brian D. Roche

2