# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SPEECHPRO, INC., and <br> SPEECH TECHNOLOGY CENTER, LLC, <br><br> Defendants. | CIVIL ACTION NO. 6:12-CV-499-MHS <br> **LEAD CASE** <br><br> CIVIL ACTION NO.  6:13-CV-59-MHS <br> **CONSOLIDATED CASE** <br><br> **DEMAND FOR JURY TRIAL** |

## DEFENDANTS SPEECHPRO, INC., and SPEECH TECHNOLOGY CENTER, LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants SpeechPro, Inc. and Speech Technology Center, LLC, hereby submit their Corporate Disclosure Statement.  SpeechPro, Inc. states that it is wholly owned by Speech Technology Center, LLC and that Speech Technology Center, LLC owned 100% of the stock in Speech Technology Center, LLC.  Speech Technology Center, LLC states that it is not owned by a parent corporation and that it is not aware of a publicly held company owning 10% or more of its stock.

Respectfully submitted,

GILLAM & SMITH, LLP

*/s/ Melissa R. Smith*_____
Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, L.L.P.
303 S. Washington Ave.
Marshall, Texas 75670
Telephone:  (903) 934-8450
Facsimile:  (903) 934-9257
melissa@gillamsmithlaw.com


Anthony L. Meola (#7101)
THE LAW OFFICES OF ANTHONY L. MEOLA
2500 Westchester Avenue
Suite 210
Purchase, New York 10577
T. (914) 825-1039
F: (866) 865-8362
E: ameola@themeolafirm.com


**ATTORNEYS FOR DEFENDANTS
SPEECH PRO, INC. and SPEECH TECHNOLOGY CENTER, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on the 1st day of April, 2013 per Local Rule CV-5(a)(3).

*/s/ Melissa R. Smith*
Melissa R. Smith