# EXHIBIT 1

FILED
In the Office of the
Secretary of State of Texas

MAY 14 2012

Corporations Section

ARTICLES OF ORGANIZATION
OF
BLUE SPIKE LLC

Pursuant to the provisions of the Texas Limited Liability Company Act (the "*Act*"), the undersigned, acting as organizer, being a natural person of eighteen (18) years of age or more, files these Articles of Organization with the Secretary of State of the State of Texas.

### ARTICLE ONE
### NAME

The name of the Limited Liability Company (the "*Company*") shall be Blue Spike LLC.

### ARTICLE TWO
### DURATION

The period of the Company's duration is perpetual unless earlier dissolved in accordance with its regulations as adopted and amended from time to time in accordance with the Act (the "*Regulations*").

### ARTICLE THREE
### PURPOSE

The purpose for which the Company is organized is the transaction of any or all lawful business for which limited liability companies may be organized under the Act.

### ARTICLE FOUR
### AGENT FOR PROCESS

The name and address of the Company's initial registered agent and registered office is CT Corporation System, 350 North St Paul Street, Suite 2900, Dallas, Texas 75201-4234.

### ARTICLE FIVE
### MANAGER MANAGED

The powers of the Company shall be exercised by or under the authority of one or more managers. The initial number of managers of the Company shall be one (1) with the name and address of the person who will serve as the manager until the first meeting of the members, or until the successor shall have been elected and have been qualified is:

Name
Scott Moskowitz

Address
1820 Shiloh Road, Ste 1201C,
Tyler, Texas 75703

**RECEIVED**

MAY 14 2012

**Secretary of State** 1

## ARTICLE SIX
### EXEMPTION OF MANAGERS FROM LIABILITY

Except as and to the extent the Regulations specifically provide otherwise, a member or manager shall not be liable for the debts, obligations, or liabilities of the Company including those under a judgment, decree, or order of a court. A manager shall not be personally liable to the Company or any of its members for any monetary damages for any act or omission in his or her capacity as a manager except to the extent otherwise expressly provided by a statute of the State of Texas. Any repeal or modification of this Article or the Regulations shall be prospective only and shall not adversely affect any limitation of the personal liability of a manager or member of the Company at the time of the repeal or modification.

## ARTICLE SEVEN
### ORGANIZER

The name and address of the organizer of the Company is:

Name  
Scott Moskowitz

Address  
1820 Shiloh Road, Ste 1201C,  
Tyler, Texas 75703

**IN WITNESS WHEREOF**, the undersigned being the organizer for the purpose of forming a limited liability corporation under the laws of the State of Texas have executed these Articles of Organization on this 11th day of May, 2012.

/Scott Moskowitz/  
Scott Moskowitz, as Manager and Organizer

# EXHIBIT 2

# TEXAS SECRETARY of STATE
# JOHN STEEN

UCC | Business Organizations | Trademarks | Notary | Account | Help/Fees | Briefcase | Logout

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 801596430 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | May 14, 2012 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32047955607 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | Blue Spike LLC | | |
| **Address:** | 1820 SHILOH RD STE 1201C<br>TYLER, TX 75703-2426 USA | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|
| **Name** | | **Address** | | | **Inactive Date** |
| C T Corporation System | | 350 North St. Paul St., Ste. 2900<br>Dallas, TX 75201-4234 USA | | | |

[ Order ]  [ Return to Search ]

Instructions:
● To place an order for additional information about a filing press the 'Order' button.

# TEXAS SECRETARY of STATE
# JOHN STEEN

UCC | Business Organizations | Trademarks | Notary | Account | Help/Fees | Briefcase | Logout

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 801596430 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | May 14, 2012 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32047955607 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | Blue Spike LLC | | |
| **Address:** | 1820 SHILOH RD STE 1201C<br>TYLER, TX 75703-2426 USA | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| View Image | Document Number | Filing Type | Filing Date | Effective Date | Eff. Cond | Page Count |
|---|---|---|---|---|---|---|
| 🖼 | 421616920002 | Certificate of Formation | May 14, 2012 | May 14, 2012 | No | 2 |

[ Order ]  [ Return to Search ]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

# TEXAS SECRETARY of STATE
# JOHN STEEN

UCC | Business Organizations | Trademarks | Notary | Account | Help/Fees | Briefcase | Logout

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 801596430 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | May 14, 2012 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32047955607 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | Blue Spike LLC | | |
| **Address:** | 1820 SHILOH RD STE 1201C<br>TYLER, TX 75703-2426 USA | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|
| **Last Update**<br>May 15, 2012 | **Name**<br>Scott Moskowitz | **Title**<br>Manager | | **Address**<br>1820 Shiloh Road, Ste 1201C<br>Tyler, TX 75703 USA | |

[ Order ]  [ Return to Search ]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

# EXHIBIT 3

| Art | Science | Technology | Company | Contact Us |

# BLUESPIKE

For more information please contact us

**Blue Spike, Inc. USA**
Sunny Isles Beach, Florida Office
Scott Moskowitz, CEO
Blue Spike, Inc.
16711 Collins Avenue, Suite 2505
Sunny Isles Beach, Florida, 33160
Or,
Tyler, Texas Office
1820 Shiloh Road, Suite 1201C (Building 3)
Tyler, Texas, 75703
email: scott@bluespike.com

**Boston Office**
Brett Fasullo
Strategic Partnerships
tel: 617-834-9526
email: brett@bluespike.com

**Blue Spike, Inc. Japan**
Hitoshi Sakamoto
TEL/FAX +81 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
hitoshi@bluespike.com

**For Sales and Licensing**
email: sales@bluespike.com

**For Technical Support**
email: support@bluespike.com

**For Press and Media Relations**
email: press@bluespike.com

**For Career Opportunities**
email: jobs@bluespike.com

| Sitemap | Art | Science | Technology | Company | Contact Us |

Copyright © 1997-2012 Blue Spike, Inc. Giovanni, Scrambler, the Blue Spike logo, and the Giovanni logo are trademarks of Blue Spike, Inc. "Didya Use Protection," "Digi Use Protection" and "recognition, recognition, recognition" are also trademarks of Blue Spike, Inc. "Blue Spike" and "Giovanni" are registered trademarks. All other trademarks are the property of their respective owners. The Company reserves the right to make alterations or amendments to the information in this document and/or product specifications at its discretion. No freedom to use patents or other intellectual property rights is implied by the publication of materials on this Web site or to off-site documents to which it directs readers. Send comments and suggestions to webmaster@bluespike.com