IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Cause No.  6:12-cv-00499-MHS |
| TEXAS INSTRUMENTS, INC., | § § | LEAD CASE |
| Defendant. | § § | |
| BLUE SPIKE, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Cause No.  6:13-cv-00057-LED |
| SUPREMA, INC. and FULCRUM BIOMETRICS, LLC, | § § § § | Consolidated with 6:12-cv-00499-MHS |
| Defendants. | § § | |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that D. James Pak, with the law firm of Baker & McKenzie LLP, hereby enters his appearance as counsel of record for Defendant Suprema, Inc.  Mr. Pak has been admitted *Pro Hac Vice* in the consolidated case.  Mr. Pak respectfully requests that all pleadings, discovery, orders, notices, correspondence, and other papers filed in this action be served upon counsel at the address set forth below:

D. James Pak
Baker & McKenzie LLP
Two Embarcadero Center, 11th Floor
San Francisco, California 94111
E-Mail: d.james.pak@bakermckenzie.com
Telephone:  (415) 576-3000
Facsimile:  (415) 576-3099

Dated: April 1, 2013　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ *D. James Pak*
　　　　　　　　　　　　　　　　　　　　D. James Pak (Lead Counsel)
　　　　　　　　　　　　　　　　　　　　California Bar No.  194331
　　　　　　　　　　　　　　　　　　　　E-mail: d.james.pak@bakermckenzie.com

　　　　　　　　　　　　　　　　　　　　BAKER & MCKENZIE LLP
　　　　　　　　　　　　　　　　　　　　Two Embarcadero Center, 11th Floor
　　　　　　　　　　　　　　　　　　　　San Francisco, California 94111
　　　　　　　　　　　　　　　　　　　　Telephone:  (415) 576-3000
　　　　　　　　　　　　　　　　　　　　Facsimile:  (415) 576-3099

　　　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR DEFENDANT SUPREMA, INC.**

## CERTIFICATE OF SERVICE

　　　I hereby certify that on the 1st day of April, 2013, a true and correct copy of this document was served on all parties of record via the Court's ECF filing system.

　　　　　　　　　　　　　　　　　　　　/s/ *D. James Pak*
　　　　　　　　　　　　　　　　　　　　D. James Pak

724613-v1\DALDMS