UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 6:12-cv-00499-MHS
Name of party requesting extension: Defendant Infinisource, Inc.
Is this the first application for extension of time in this case?   ☐ Yes
☐ No
If no, please indicate which application this represents:   ☑ Second
☐ Third
☐ Other _____

Date of Service of Summons: 2/19/2013
Number of days requested:   ☐ 30 days
☑ 15 days
☐ Other _____ days
New Deadline Date: 4/26/2013   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name:   Teresa M. Corbin
State Bar No.:   CSB No. 132360
Firm Name:   Fenwick & West LLP
Address:   555 California Street, 12th Floor
San Francisco, CA  94104

Phone:  (415) 875-2300
Fax:   (415) 281-1350
Email:   tcorbin@fenwick.com

A certificate of conference does not need to be filed with this unopposed application.