# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC.,<br><br>    Defendant. | § | Civil Action No.: 6:12-cv-00499-LED<br><br>JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>AUDIBLE MAGIC CORPORATION, *et al*.,<br><br>    Defendants. | § | Case No. 6:12-cv-00576-LED<br>(consolidated with 6:12-cv-499-LED and closed)<br><br>JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>M2SYS, LLC,<br><br>    Defendant. | § | Case No. 6:13-cv-00083-MHS<br>(consolidated with 6:12-cv-499-LED and closed)<br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE OF COUNSEL

Defendants Soundcloud, Ltd., Soundcloud Inc., and M2SYS, LLC files this Notice of Appearance, and hereby notifies the Court that Walter W. Lackey, Jr., of the law firm Findlay Craft, LLP, 6760 Old Jacksonville Hwy, Suite 101, Tyler, TX  75703, Telephone (903) 534-1100, Fax (903) 534-1137, E-mail: wlackey@findlaycraft.com has entered this action as counsel for Defendants.  In connection with this notice, Mr. Lackey requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on him at the above address and contact information.

Dated: April 3, 2013

Respectfully submitted,

By: */s/ Walter W. Lackey, Jr.*
Walter W. Lackey, Jr.
Texas Bar No. 24050901
FINDLAY CRAFT, LLP
6760 Old Jacksonville Hwy
Suite 101
Tyler, TX 75703
Telephone: (903) 534-1100
Facsimile: (903) 534-1137
wlackey@findlaycraft.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2013, I electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing *via* electronic mail to all counsel of record.

/s/ *Walter W. Lackey, Jr.*
Walter W. Lackey, Jr.