## Table C.
## U.S. District Courts—Civil Cases Commenced, Terminated, and Pending During the 12-Month Periods Ending March 31, 2010 and 2011

| Circuit | Filings | | | Terminations | | | Pending | | |
|---|---|---|---|---|---|---|---|---|---|
| | 2010 | 2011 | Percent Change [1] | 2010 | 2011 | Percent Change [1] | 2010 [2] | 2011 | Percent Change [1] |
| TOTAL | 282,307 | 294,336 | 4.3 | 285,603 | 324,190 | 13.5 | 298,099 | 268,258 | -10.0 |
| DC | 2,474 | 2,540 | 2.7 | 2,572 | 2,568 | -0.2 | 2,723 | 2,695 | -1.0 |
| 1ST | 6,217 | 6,393 | 2.8 | 5,958 | 5,695 | -4.4 | 7,260 | 7,958 | 9.6 |
| ME | 652 | 535 | -17.9 | 575 | 538 | -6.4 | 374 | 371 | -0.8 |
| MA | 2,866 | 2,946 | 2.8 | 2,815 | 2,749 | -2.3 | 2,849 | 3,046 | 6.9 |
| NH | 439 | 629 | 43.3 | 478 | 487 | 1.9 | 370 | 512 | 38.4 |
| RI | 1,027 | 971 | -5.5 | 641 | 746 | 16.4 | 2,306 | 2,531 | 9.8 |
| PR | 1,233 | 1,312 | 6.4 | 1,449 | 1,175 | -18.9 | 1,361 | 1,498 | 10.1 |
| 2ND | 22,755 | 21,974 | -3.4 | 22,985 | 31,015 | 34.9 | 38,060 | 29,020 | -23.8 |
| CT | 2,217 | 2,169 | -2.2 | 2,160 | 2,053 | -5.0 | 2,227 | 2,343 | 5.2 |
| NY,N | 1,506 | 1,606 | 6.6 | 1,576 | 1,676 | 6.3 | 2,016 | 1,946 | -3.5 |
| NY,E | 6,001 | 6,356 | 5.9 | 5,699 | 6,328 | 11.0 | 7,493 | 7,521 | 0.4 |
| NY,S | 10,883 | 9,695 | -10.9 | 11,311 | 18,716 | 65.5 | 23,475 | 14,455 | -38.4 |
| NY,W | 1,848 | 1,797 | -2.8 | 1,962 | 1,925 | -1.9 | 2,544 | 2,416 | -5.0 |
| VT | 300 | 351 | 17.0 | 277 | 317 | 14.4 | 305 | 339 | 11.1 |
| 3RD | 67,131 | 68,003 | 1.3 | 70,610 | 98,042 | 38.9 | 65,998 | 35,962 | -45.5 |
| DE | 1,110 | 1,236 | 11.4 | 942 | 998 | 5.9 | 1,405 | 1,643 | 16.9 |
| NJ | 7,121 | 7,433 | 4.4 | 7,079 | 7,214 | 1.9 | 5,691 | 5,911 | 3.9 |
| PA,E | 53,268 | 53,789 | 1.0 | 57,096 | 84,383 | 47.8 | 54,069 | 23,476 | -56.6 |
| PA,M | 2,797 | 2,714 | -3.0 | 2,595 | 2,660 | 2.5 | 2,181 | 2,236 | 2.5 |
| PA,W | 2,558 | 2,507 | -2.0 | 2,420 | 2,443 | 1.0 | 2,064 | 2,128 | 3.1 |
| VI | 277 | 324 | 17.0 | 478 | 344 | -28.0 | 588 | 568 | -3.4 |
| 4TH | 17,270 | 17,617 | 2.0 | 16,145 | 16,903 | 4.7 | 14,275 | 14,989 | 5.0 |
| MD | 3,526 | 3,790 | 7.5 | 3,470 | 3,800 | 9.5 | 3,118 | 3,108 | -0.3 |
| NC,E | 1,358 | 1,650 | 21.5 | 1,191 | 1,372 | 15.2 | 1,553 | 1,831 | 17.9 |
| NC,M | 1,057 | 1,004 | -5.0 | 889 | 910 | 2.4 | 922 | 1,016 | 10.2 |
| NC,W | 1,097 | 1,148 | 4.6 | 1,089 | 997 | -8.4 | 854 | 1,005 | 17.7 |
| SC | 3,600 | 3,540 | -1.7 | 3,700 | 3,634 | -1.8 | 3,137 | 3,043 | -3.0 |
| VA,E | 3,231 | 3,433 | 6.3 | 3,057 | 3,209 | 5.0 | 1,700 | 1,924 | 13.2 |
| VA,W | 1,124 | 1,187 | 5.6 | 1,077 | 1,146 | 6.4 | 642 | 683 | 6.4 |
| WV,N | 585 | 611 | 4.4 | 594 | 679 | 14.3 | 559 | 491 | -12.2 |
| WV,S | 1,692 | 1,254 | -25.9 | 1,078 | 1,156 | 7.2 | 1,790 | 1,888 | 5.5 |

## Table C. (March 31, 2011—Continued)

| Circuit | | Filings 2010 | Filings 2011 | Filings Percent Change [1] | Terminations 2010 | Terminations 2011 | Terminations Percent Change [1] | Pending 2010 [2] | Pending 2011 | Pending Percent Change [1] |
|---|---|---|---|---|---|---|---|---|---|---|
| | 5TH | 29,322 | 29,198 | -0.4 | 31,469 | 31,963 | 1.6 | 31,790 | 29,026 | -8.7 |
| LA,E | | 6,568 | 4,358 | -33.6 | 9,192 | 9,068 | -1.3 | 12,793 | 8,083 | -36.8 |
| LA,M | | 1,190 | 897 | -24.6 | 1,074 | 875 | -18.5 | 931 | 953 | 2.4 |
| LA,W | | 2,336 | 1,964 | -15.9 | 2,216 | 1,923 | -13.2 | 2,281 | 2,322 | 1.8 |
| MS,N | | 812 | 966 | 19.0 | 882 | 884 | 0.2 | 896 | 978 | 9.2 |
| MS,S | | 2,279 | 2,267 | -0.5 | 2,581 | 2,392 | -7.3 | 2,070 | 1,945 | -6.0 |
| TX,N | | 4,284 | 4,766 | 11.3 | 4,036 | 4,491 | 11.3 | 3,172 | 3,448 | 8.7 |
| TX,E | | 2,967 | 3,378 | 13.9 | 2,850 | 2,894 | 1.5 | 2,814 | 3,298 | 17.2 |
| TX,S | | 5,926 | 7,455 | 25.8 | 5,577 | 6,333 | 13.6 | 4,578 | 5,700 | 24.5 |
| TX,W | | 2,960 | 3,147 | 6.3 | 3,061 | 3,103 | 1.4 | 2,255 | 2,299 | 2.0 |
| | 6TH | 20,332 | 20,458 | 0.6 | 20,059 | 21,095 | 5.2 | 22,063 | 21,428 | -2.9 |
| KY,E | | 1,466 | 1,464 | -0.1 | 1,512 | 1,420 | -6.1 | 1,376 | 1,420 | 3.2 |
| KY,W | | 1,629 | 1,312 | -19.5 | 1,363 | 1,437 | 5.4 | 1,583 | 1,458 | -7.9 |
| MI,E | | 5,153 | 5,223 | 1.4 | 5,024 | 5,146 | 2.4 | 4,804 | 4,881 | 1.6 |
| MI,W | | 1,510 | 1,802 | 19.3 | 1,572 | 1,606 | 2.2 | 1,296 | 1,492 | 15.1 |
| OH,N | | 3,735 | 3,775 | 1.1 | 4,070 | 4,792 | 17.7 | 5,519 | 4,502 | -18.4 |
| OH,S | | 2,699 | 2,646 | -2.0 | 2,561 | 2,771 | 8.2 | 2,801 | 2,678 | -4.4 |
| TN,E | | 1,386 | 1,339 | -3.4 | 1,267 | 1,234 | -2.6 | 1,564 | 1,669 | 6.7 |
| TN,M | | 1,520 | 1,532 | 0.8 | 1,403 | 1,444 | 2.9 | 1,754 | 1,842 | 5.0 |
| TN,W | | 1,234 | 1,365 | 10.6 | 1,287 | 1,245 | -3.3 | 1,366 | 1,486 | 8.8 |
| | 7TH | 17,928 | 22,566 | 25.9 | 16,259 | 16,944 | 4.2 | 16,773 | 22,395 | 33.5 |
| IL,N | | 8,639 | 9,013 | 4.3 | 8,045 | 8,310 | 3.3 | 8,504 | 9,207 | 8.3 |
| IL,C | | 1,170 | 1,189 | 1.6 | 1,171 | 1,179 | 0.7 | 1,147 | 1,157 | 0.9 |
| IL,S | | 2,201 | 5,903 | 168.2 | 1,102 | 1,415 | 28.4 | 2,078 | 6,566 | 216.0 |
| IN,N | | 1,564 | 1,656 | 5.9 | 1,453 | 1,515 | 4.3 | 1,516 | 1,657 | 9.3 |
| IN,S | | 2,367 | 2,588 | 9.3 | 2,517 | 2,436 | -3.2 | 2,033 | 2,185 | 7.5 |
| WI,E | | 1,177 | 1,293 | 9.9 | 1,180 | 1,334 | 13.1 | 1,097 | 1,056 | -3.7 |
| WI,W | | 810 | 924 | 14.1 | 791 | 755 | -4.6 | 398 | 567 | 42.5 |
| | 8TH | 14,233 | 17,013 | 19.5 | 14,937 | 14,600 | -2.3 | 19,124 | 21,540 | 12.6 |
| AR,E | | 1,906 | 3,231 | 69.5 | 1,945 | 2,060 | 5.9 | 7,903 | 9,074 | 14.8 |
| AR,W | | 917 | 1,008 | 9.9 | 848 | 869 | 2.5 | 876 | 1,016 | 16.0 |
| IA,N | | 531 | 533 | 0.4 | 519 | 492 | -5.2 | 466 | 507 | 8.8 |
| IA,S | | 805 | 817 | 1.5 | 822 | 846 | 2.9 | 651 | 623 | -4.3 |
| MN | | 4,082 | 4,772 | 16.9 | 5,285 | 4,319 | -18.3 | 3,960 | 4,413 | 11.4 |
| MO,E | | 2,494 | 2,859 | 14.6 | 2,219 | 2,411 | 8.7 | 2,404 | 2,852 | 18.6 |
| MO,W | | 2,228 | 2,500 | 12.2 | 1,997 | 2,328 | 16.6 | 1,705 | 1,878 | 10.1 |
| NE | | 720 | 723 | 0.4 | 746 | 710 | -4.8 | 570 | 583 | 2.3 |
| ND | | 218 | 229 | 5.0 | 199 | 213 | 7.0 | 195 | 211 | 8.2 |
| SD | | 332 | 341 | 2.7 | 357 | 352 | -1.4 | 394 | 383 | -2.8 |

41

## Table C. (March 31, 2011—Continued)

| Circuit | Filings | | | Terminations | | | Pending | | |
|---|---|---|---|---|---|---|---|---|---|
| | 2010 | 2011 | Percent Change [1] | 2010 | 2011 | Percent Change [1] | 2010 [2] | 2011 | Percent Change [1] |
| 9TH | 44,176 | 45,856 | 3.8 | 43,766 | 44,591 | 1.9 | 39,649 | 40,916 | 3.2 |
| AK | 359 | 325 | -9.5 | 342 | 352 | 2.9 | 476 | 449 | -5.7 |
| AZ | 3,745 | 3,799 | 1.4 | 3,612 | 3,697 | 2.4 | 3,064 | 3,166 | 3.3 |
| CA,N | 6,247 | 6,361 | 1.8 | 7,361 | 6,752 | -8.3 | 6,513 | 6,122 | -6.0 |
| CA,E | 5,681 | 5,866 | 3.3 | 5,546 | 5,858 | 5.6 | 6,832 | 6,840 | 0.1 |
| CA,C | 13,673 | 14,810 | 8.3 | 13,611 | 14,012 | 2.9 | 10,331 | 11,129 | 7.7 |
| CA,S | 3,336 | 2,976 | -10.8 | 3,066 | 2,945 | -3.9 | 2,433 | 2,466 | 1.4 |
| HI | 687 | 808 | 17.6 | 634 | 687 | 8.4 | 599 | 720 | 20.2 |
| ID | 741 | 630 | -15.0 | 587 | 642 | 9.4 | 762 | 750 | -1.6 |
| MT | 595 | 553 | -7.1 | 598 | 592 | -1.0 | 477 | 438 | -8.2 |
| NV | 3,205 | 3,305 | 3.1 | 3,000 | 2,913 | -2.9 | 2,810 | 3,202 | 14.0 |
| OR | 2,261 | 2,372 | 4.9 | 2,163 | 2,331 | 7.8 | 2,354 | 2,395 | 1.7 |
| WA,E | 681 | 875 | 28.5 | 648 | 705 | 8.8 | 596 | 766 | 28.5 |
| WA,W | 2,889 | 3,108 | 7.6 | 2,543 | 3,059 | 20.3 | 2,289 | 2,338 | 2.1 |
| GUAM | 32 | 36 | 12.5 | 18 | 30 | 66.7 | 48 | 54 | 12.5 |
| NMI | 44 | 32 | -27.3 | 37 | 16 | -56.8 | 65 | 81 | 24.6 |
| 10TH | 10,400 | 10,931 | 5.1 | 10,293 | 10,691 | 3.9 | 9,001 | 9,241 | 2.7 |
| CO | 3,170 | 3,336 | 5.2 | 3,233 | 3,305 | 2.2 | 2,221 | 2,252 | 1.4 |
| KS | 1,591 | 1,601 | 0.6 | 1,525 | 1,654 | 8.5 | 1,484 | 1,431 | -3.6 |
| NM | 1,236 | 1,263 | 2.2 | 1,301 | 1,260 | -3.2 | 1,108 | 1,111 | 0.3 |
| OK,N | 858 | 853 | -0.6 | 812 | 844 | 3.9 | 855 | 864 | 1.1 |
| OK,E | 503 | 519 | 3.2 | 507 | 477 | -5.9 | 407 | 449 | 10.3 |
| OK,W | 1,441 | 1,500 | 4.1 | 1,466 | 1,450 | -1.1 | 1,132 | 1,182 | 4.4 |
| UT | 1,311 | 1,505 | 14.8 | 1,147 | 1,386 | 20.8 | 1,518 | 1,637 | 7.8 |
| WY | 290 | 354 | 22.1 | 302 | 315 | 4.3 | 276 | 315 | 14.1 |
| 11TH | 30,069 | 31,787 | 5.7 | 30,550 | 30,083 | -1.5 | 31,383 | 33,088 | 5.4 |
| AL,N | 2,864 | 4,087 | 42.7 | 3,474 | 2,676 | -23.0 | 2,473 | 3,884 | 57.1 |
| AL,M | 1,228 | 1,100 | -10.4 | 1,112 | 1,114 | 0.2 | 1,059 | 1,045 | -1.3 |
| AL,S | 838 | 752 | -10.3 | 830 | 742 | -10.6 | 616 | 626 | 1.6 |
| FL,N | 1,632 | 1,813 | 11.1 | 1,744 | 1,605 | -8.0 | 1,385 | 1,593 | 15.0 |
| FL,M | 7,710 | 7,707 | -0.0 | 7,988 | 8,081 | 1.2 | 16,309 | 15,936 | -2.3 |
| FL,S | 9,239 | 8,852 | -4.2 | 9,145 | 8,508 | -7.0 | 4,462 | 4,806 | 7.7 |
| GA,N | 4,507 | 5,267 | 16.9 | 4,238 | 5,038 | 18.9 | 3,331 | 3,560 | 6.9 |
| GA,M | 1,093 | 1,202 | 10.0 | 1,136 | 1,264 | 11.3 | 979 | 917 | -6.3 |
| GA,S | 958 | 1,007 | 5.1 | 883 | 1,055 | 19.5 | 769 | 721 | -6.2 |

NOTE: Includes cases filed in previous years as consolidated cases that thereafter were severed into individual cases.

[1] Percent change not computed when fewer than 10 cases reported for the previous period.

[2] Revised.

42