## U.S. District Court — Judicial Caseload Profile

**WEST VIRGINIA NORTHERN**

| | | | Sep 30 2007 | Sep 30 2008 | Sep 30 2009 | Sep 30 2010 | Sep 30 2011 | Sep 30 2012 | Numerical Standing Within U.S. | Circuit |
|---|---|---|---|---|---|---|---|---|---|---|
| Overall Caseload Statistics | Filings [1] | | 1,151 | 1,237 | 1,099 | 1,100 | 1,116 | 1,230 | | |
| | Terminations | | 993 | 1,489 | 1,259 | 1,062 | 1,155 | 1,099 | | |
| | Pending | | 1,191 | 946 | 782 | 818 | 784 | 910 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | 6.9 | -0.6 | 11.9 | 11.8 | 10.2 | | 17 | 6 |
| | Number of Judgeships | | 3 | 3 | 3 | 3 | 3 | 3 | | |
| | Vacant Judgeship Months [2] | | 13.8 | 12.0 | 12.0 | 12.0 | 12.0 | 5.4 | | |
| Actions per Judgeship | Filings | Total | 384 | 412 | 366 | 367 | 372 | 410 | 70 | 9 |
| | | Civil | 211 | 256 | 204 | 203 | 202 | 224 | 78 | 9 |
| | | Criminal Felony | 148 | 129 | 130 | 105 | 127 | 129 | 22 | 3 |
| | | Supervised Release Hearings | 24 | 27 | 32 | 59 | 43 | 57 | 14 | 1 |
| | Pending Cases | | 397 | 315 | 261 | 273 | 261 | 303 | 79 | 9 |
| | Weighted Filings [2] | | 345 | 363 | 329 | 300 | 334 | 381 | 67 | 9 |
| | Terminations | | 331 | 496 | 420 | 354 | 385 | 366 | 71 | 7 |
| | Trials Completed | | 14 | 13 | 18 | 14 | 19 | 14 | 72 | 8 |
| Median Time (Months) | From Filing to Disposition | Criminal Felony | 6.3 | 7.3 | 6.2 | 6.4 | 5.7 | 6.2 | 10 | 2 |
| | | Civil [2] | 12.1 | 10.0 | 9.9 | 8.6 | 9.3 | 8.3 | 38 | 3 |
| | From Filing to Trial [2] (Civil Only) | | - | - | - | - | - | - | - | - |
| Other | Number (and %) of Civil Cases Over 3 Years Old [2] | | 18 / 2.5 | 22 / 3.6 | 16 / 3.1 | 14 / 2.5 | 15 / 3.2 | 9 / 1.6 | 7 | 2 |
| | Average Number of Felony Defendants Filed per Case | | 1.5 | 1.5 | 1.4 | 1.3 | 1.5 | 1.5 | | |
| | Jurors | Avg. Present for Jury Selection | 46.0 | 64.5 | 44.5 | 43.8 | 52.7 | 39.6 | | |
| | | Percent Not Selected or Challenged | 24.8 | 50.4 | 31.6 | 23.9 | 31.5 | 24.8 | | |

| 2012 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 672 | 42 | 20 | 210 | 6 | 39 | 18 | 115 | 86 | 14 | 52 | 2 | 68 |
| Criminal [1] | 387 | 13 | 230 | 4 | 49 | 28 | 20 | 24 | 0 | 3 | 8 | 1 | 7 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.
[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.
[2] See "Explanation of Selected Terms."