## U.S. District Court — Judicial Caseload Profile

### TEXAS EASTERN

| | | | Sep 30 2007 | Sep 30 2008 | Sep 30 2009 | Sep 30 2010 | Sep 30 2011 | Sep 30 2012 | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings [1] | | 4,408 | 4,080 | 4,259 | 4,184 | 4,413 | 4,696 | | |
| | Terminations | | 3,982 | 4,165 | 3,995 | 3,767 | 4,206 | 4,081 | | |
| | Pending | | 3,840 | 3,754 | 4,018 | 4,430 | 4,644 | 5,268 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | 6.5 | 15.1 | 10.3 | 12.2 | 6.4 | | 25 | 3 |
| | Number of Judgeships | | 8 | 8 | 8 | 8 | 8 | 8 | | |
| | Vacant Judgeship Months [2] | | 0.0 | 0.0 | 0.0 | 8.9 | 12.0 | 20.6 | | |
| **Actions per Judgeship** | Filings | Total | 551 | 510 | 532 | 523 | 552 | 587 | 25 | 4 |
| | | Civil | 403 | 358 | 399 | 374 | 414 | 435 | 28 | 3 |
| | | Criminal Felony | 148 | 151 | 134 | 149 | 137 | 152 | 17 | 3 |
| | | Supervised Release Hearings | 0 | 0 | 0 | 1 | 0 | 0 | 94 | 9 |
| | Pending Cases | | 480 | 469 | 502 | 554 | 581 | 659 | 14 | 1 |
| | Weighted Filings [2] | | 674 | 616 | 594 | 683 | 847 | 1,042 | 3 | 1 |
| | Terminations | | 498 | 521 | 499 | 471 | 526 | 510 | 37 | 3 |
| | Trials Completed | | 18 | 24 | 22 | 22 | 16 | 15 | 68 | 8 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 8.7 | 9.5 | 9.9 | 9.8 | 11.4 | 11.5 | 69 | 8 |
| | | Civil [2] | 9.0 | 9.2 | 10.8 | 9.6 | 8.6 | 10.1 | 69 | 5 |
| | From Filing to Trial [2] (Civil Only) | | 18.0 | 18.5 | 25.0 | 21.7 | 23.7 | 24.8 | 36 | 6 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 41 / 1.5 | 76 / 2.9 | 116 / 4.0 | 141 / 4.6 | 166 / 5.1 | 150 / 4.2 | 44 | 5 |
| | Average Number of Felony Defendants Filed per Case | | 1.8 | 1.9 | 2.0 | 2.0 | 2.0 | 2.1 | | |
| | Jurors | Avg. Present for Jury Selection | 40.3 | 34.5 | 40.5 | 42.7 | 38.9 | 41.6 | | |
| | | Percent Not Selected or Challenged | 35.5 | 36.7 | 38.7 | 38.0 | 30.8 | 38.0 | | |

| 2012 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense ||||||||||||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 3,480 | 131 | 74 | 981 | 26 | 214 | 101 | 241 | 186 | 1,096 | 258 | 1 | 171 |
| Criminal [1] | 1,208 | 43 | 638 | 83 | 145 | 123 | 23 | 46 | 10 | 19 | 6 | 9 | 63 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."