IN THE UNITED STATES COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPKE, LLC, § | | |
|     Plaintiff § | | |
| VS. § | CAUSE NO. 6:12-CV-499 MHS | |
| § | | |
| TEXAS INSTRUMENTS, INC. et al § | LEAD CASE | |
|     Defendant § | | |
| | | |
| BLUE SPKE, LLC, § | | |
|     Plaintiff § | | |
| VS. § | CAUSE NO. 6:13-CV-84 MHS | |
| § | | |
| TYGART TECHNOLOGIES, INC § | CONSOLIDATED CASE | |
|     Defendant § | | |

**ORDER GRANTING DEFENDANT TYGART TECHNOLOGIES, INC.'S MOTION TO DISMISS PURSUANT TO RULE 12(B)(2) FOR LACK OF PERSONAL JURISDICTION**

Before the Court is Defendant Tygart Technologies, Inc.'s Motion to Dismiss Pursuant to Rule 12(b)(2) for Lack of Personal Jurisdiction ("Motion to Dismiss"). After considering the submissions of the parties, the Court **GRANTS** the Motion to Dismiss.