IN THE UNITED STATES COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPKE, LLC, § | | |
| Plaintiff § | | |
| VS. § | CAUSE NO. 6:12-CV-499 MHS | |
| § | | |
| TEXAS INSTRUMENTS, INC. et al § | LEAD CASE | |
| Defendant § | | |
| | | |
| BLUE SPKE, LLC, § | | |
| Plaintiff § | | |
| VS. § | CAUSE NO. 6:13-CV-84 MHS | |
| § | | |
| TYGART TECHNOLOGIES, INC § | CONSOLIDATED CASE | |
| Defendant § | | |

**ORDER GRANTING DEFENDANT TYGART TECHNOLOGIES, INC.'S MOTION TO TRANSFER TO THE NORTHERN DISTRICT OF WEST VIRGINIA**

Before the Court is Defendant Tygart Technologies, Inc.'s Motion to Transfer to the Northern District of West Virginia ("Motion to Transfer") pursuant to 28 U.S.C. § 1404(a). After considering the submissions of the parties, the Court **GRANTS** the Motion to Transfer.

**IT IS THEREFORE ORDERED THAT** this action shall be transferred to the Northern District of West Virginia.

{A59/9336/0001/W1016468.1 }