# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

## TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> TEXAS INSTRUMENTS, INC., *et al.* <br><br> Defendant. | Civil Action No. 6:12-CV-499 MHS <br><br> LEAD CASE |
| BLUE SPIKE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> TYGART TECHNOLOGIES, INC., <br><br> Defendant. | Civil Action No. 6:13-CV-84-MHS <br><br> CONSOLIDATED CASE |

## DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Tygart Technology, Inc. certifies that there is no parent, subsidiaries, and/or affiliates of said party that have issued shares or debt securities to the public.

                              Respectfully submitted,

                By:    /s/ Douglas R. McSwane, Jr.
                        Potter Minton, P.C.
                        110 N. College Ave.
                        Suite 500
                        Tyler, TX 75702
                        (903) 597-8311
                        (903) 593-0846 – facsimile

                                                  dougmcswane@potterminton.com

                                                  Michael G. Connelly
Admitted *pro hac vice*
Spilman, Thomas & Battle, PLLC
One Oxford Centre
301 Grant St.
Suite 3440
Pittsburgh, PA 15219
(412) 325-3317
(412) 325-3324 – facsimile
mconnelly@spilmanlaw.com

Counsel for Defendant,
Dated:  April 3, 2013                     Tygart Technology, Inc.

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's Cm/ECF system per Local Rule CV-5(a)(3) on April 3, 2013.

          Respectfully submitted,

          By:    /s/ Douglas R. McSwane, Jr.