IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** | § | **CIVIL ACTION NO. 6:12-CV-499 MHS** |
| Plaintiff, | § | **LEAD CASE** |
| v. | § | |
| **TEXAS INSTRUMENTS, INC., et al.** | § | |
| Defendants. | § | |
| | § | |
| **BLUE SPIKE, LLC,** | § | |
| Plaintiff, | § | **CIVIL ACTION NO. 6:13-CV-86 MHS** |
| v. | § | **CONSOLIDATED CASE** |
| **KRONOS INCORPORATED,** | § | |
| Defendant. | § | |

## KRONOS INCORPORATED'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned certifies that as of this date, Kronos Incorporated is owned 100% by Kronos Acquisition Corporation, which is owned 100% by Kronos Parent Corporation.  None of these entities are publicly held.

Dated: April 3, 2013

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

*/s/ Daniel Johnson, Jr.*

C. Erik Hawes (TX Bar No. 24042543)
Email: ehawes@morganlewis.com
1000 Louisiana Street, Suite 4000
Houston, Texas 77002
(713) 890-5000 Telephone
(713) 890-5001 Facsimile

Daniel Johnson, Jr. (Admitted *Pro Hac Vice*)
Email: djjohnson@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1000 Telephone
(415) 442-1001 Facsimile

**Attorneys for Defendant Kronos Incorporated**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served on all counsel of record via the Court's Case Management/Electronic Case Filing system and/or electronic mail on April 3, 2013.

> */s/ Daniel Johnson, Jr.*
> Daniel Johnson, Jr.