UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC § | | |
|    *Plaintiff* § | | |
| § | | |
| v. § | | CIVIL ACTION NO. 6:12-CV-499 |
| § | | |
| TEXAS INSTRUMENTS, INC., et al § | | |
|    *Defendants*. § | | |

### NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Rajeev Gupta of Finnegan, Henderson, Farabow, Garrett & Dunner LLP, enters his appearance on behalf of Defendant, IRIS ID SYSTEMS, INC., in this matter as lead counsel.

Rajeev Gupta may receive all communications from the Court and from other parties at Finnegan, Henderson, Farabow, Garrett & Dunner LLP, 901 New York Ave. NW, Washington, DC 20001; Telephone: 202-408-4352; Facsimile: 202-408-4400; e-mail: raj.gupta@finnegan.com.

Dated:  April 3, 2013

Respectfully submitted,

 */s/ Rajeev Gupta*
Rajeev Gupta
Bar No. 973863/DC
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER LLP
901 New York Ave. NW
Washington, DC  20001
Telephone:  202-408-4352
Facsimile:  202-408-4400
Email:  raj.gupta@finnegan.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 3rd day of April, 2013, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                 */s/ Rajeev Gupta*
                 Rajeev Gupta