## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | CIVIL ACTION NO. 6:12-CV-499 MHS |
| | § | |
| Plaintiff, | § | LEAD CASE |
| | § | |
| v. | § | |
| | § | |
| TEXAS INSTRUMENTS, INC., et al. | § | |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |
| BLUE SPIKE, LLC, | § | |
| | § | CIVIL ACTION NO. 6:13-CV-89 MHS |
| Plaintiff, | § | |
| | § | CONSOLIDATED CASE |
| v. | § | |
| | § | |
| MORPHOTRAK, INC. and SAFRAN USA, | § | |
| INC., | § | |
| | § | |
| Defendants. | § | |
| | § | |

## SAFRAN USA, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned certifies that as of this date, Safran USA, Inc. has a parent corporation, Safran, S.A.  Safran, S.A. is a French registered company and is publicly traded on a European stock exchange; it is listed on NYSE Euronext Paris and is part of the CAC40 index.

Dated:  April 3, 2013

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP


/s/ Daniel Johnson, Jr.

C. Erik Hawes (TX Bar No. 24042543)
Email:  ehawes@morganlewis.com
1000 Louisiana Street, Suite 4000
Houston, Texas 77002
(713) 890-5000 Telephone
(713) 890-5001 Facsimile

Daniel Johnson, Jr. (Admitted *Pro Hac Vice*)
Email: djjohnson@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1000 Telephone
(415) 442-1001 Facsimile

**Attorneys for Defendant Safran USA, Inc.**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served on all counsel of record via the Court's Case Management/Electronic Case Filing system and/or electronic mail on April 3, 2013.

/s/ Daniel Johnson, Jr.
Daniel Johnson, Jr.