IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **BLUE SPIKE, LLC,** <br><br> v. <br><br> **TEXAS INSTRUMENTS, INC.** | **CIVIL ACTION NO. 6:12-CV-499-MHS** <br> **(LEAD CASE)** |
| **BLUE SPIKE, LLC,** <br><br> v. <br><br> **INGERSOLL-RAND COMPANY** | **CIVIL ACTION NO. 6:13-cv-00108-MHS** <br> **(CONSOLIDATED CASE)** |

### ORDER GRANTING DEFENDANT INGERSOLL-RAND COMPANY'S MOTION TO DISMISS UNDER FED. R. CIV. P. 12(b)(6)

Having read and considered the briefs and arguments submitted both in support of and in opposition to Defendant Ingersoll-Rand Company's Motion to Dismiss under Fed. R. Civ. P. 12(b)(6) ("Ingersoll-Rand's Motion") and good cause appearing therefor:

IT IS HEREBY ORDERED that Ingersoll-Rand's Motion is granted and Blue Spike's Complaint is hereby dismissed.