# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC.,<br><br>      Defendant. | Cause No.  6:12-cv-00499-MHS<br>LEAD CASE |
| BLUE SPIKE, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>SUPREMA, INC. and FULCRUM BIOMETRICS, LLC,<br><br>      Defendants. | Cause No.  6:13-cv-00057-LED<br>CONSOLIDATED CASE |

## STIPULATION REGARDING WAIVER OF SERVICE

The parties have agreed to save the expense of properly serving Suprema, Inc. ("Suprema"), a Korean entity, with a summons and complaint in this case.  In exchange for the attached executed Waiver of the Service of Summons, Exhibit 1, the parties agree that Suprema's answer or a motion under Fed. R. Civ. P. 12 will be due within 75 days from April 3, 2013.

Defendant Suprema will keep all defenses or objections to the lawsuit, the Court's jurisdiction, and the venue of the action, but Suprema has waived any objections to the absence of a summons or of service.

Plaintiff Blue Spike and Defendant Suprema agree that Suprema shall file and serve an answer or a motion under F.R.C.P. 12 by June 17, 2013.

Date: April 3, 2013   Respectfully submitted,

 /s/ *W. Barton Rankin*
W. Barton Rankin
Texas State Bar No. 24037333
E-Mail: bart.rankin@bakermckenzie.com
BAKER & MCKENZIE LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3031
Facsimile: (214) 978-3099

D. James Pak (admitted *Pro Hac Vice*)
E-Mail: d.james.pak@bakermckenzie.com
BAKER & MCKENZIE LLP
Two Embarcadero Center, 11th Floor
San Francisco, California 94111
Telephone: (415) 576-3000
Facsimile: (415) 576-3099

**ATTORNEYS FOR DEFENDANT SUPREMA, INC.**


APPROVED:


By:  /s/ *Christopher A. Honea*
Christopher A. Honea
Texas State Bar No. 24059967
chris.honea@sftrialattorneys.com
Randall T. Garteiser
Texas State Bar No. 24038912
randall.garteiser@sftrialattorneys.com
Christopher S. Johns
Texas State Bar No. 24044849
chris.johns@sftrialattorneys.com
GARTEISER HONEA, P.C.
44 North San Pedro Road
San Rafael, California 94903
Telephone: 415-785-3762
Fax: 415-785-3805

Eric M. Albritton
Texas State Bar No. 00790215
ema@emafirm.com
Stephen E. Edwards
Texas State Bar No. 00784008
see@emafirm.com
Michael A. Benefield
Texas State Bar No. 24073408
mab@emafirm.com
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone: 903-757-8449
Fax: 903-758-7397

**ATTORNEYS FOR PLAINTIFF BLUE SPIKE, LLC.**

### CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

/s/ *W. Barton Rankin*
W. Barton Rankin