IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC | § § | Civil Action No. 6:12-cv-499-MHS (LEAD CASE) |
| vs. | § § | |
| TEXAS INSTRUMENTS, INC. | § § § | |
| BLUE SPIKE, LLC | § § | Civil Action No. 6:13-cv-108-MHS (CONSOLIDATED CASE) |
| vs. | § § § | |
| INGERSOLL-RAND COMPANY | § | |

NOTICE OF APPEARANCE OF COUNSEL FOR
**DEFENDANT INGERSOLL-RAND COMPANY**

Defendant Ingersoll-Rand Company ("Ingersoll-Rand") files this Notice of Appearance, and hereby notifies the Court and all parties of record that Jennifer Parker Ainsworth of the law firm Wilson, Robertson & Cornelius, P.C., One American Center, 909 ESE Loop 323, Suite 400, Tyler, Texas 75701, is appearing as counsel for Ingersoll-Rand in the above-referenced matter.

Dated:  April 3, 2013

Respectfully submitted,

*/s/ Jennifer Parker Ainsworth*
Jennifer Parker Ainsworth
Texas State Bar No. 00784720
jainsworth@wilsonlawfirm.com
WILSON ROBERTSON & CORNELIUS, P.C.
909 ESE Loop 323, Suite 400
Tyler, Texas 75701
Telephone: (903) 509-5000
Facsimile:  (903) 509-5092

Paul B. Hunt
paul.hunt@btlaw.com
Joshua P. Larsen
joshua.larsen@btlaw.com
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN  46204
Telephone:  (317) 231-1313
Facsimile:   (317) 231-7433

ATTORNEYS FOR DEFENDANT
INGERSOLL-RAND COMPANY

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on April 3, 2013, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Jennifer P. Ainsworth*
Jennifer P. Ainsworth