IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** | § | CIVIL ACTION NO. 6:12-CV-499 MHS |
| Plaintiff, | § | LEAD CASE |
| v. | § | |
| **TEXAS INSTRUMENTS, INC., et al.** | § | |
| Defendants. | § | |
| | | |
| **BLUE SPIKE, LLC,** | § | |
| Plaintiff, | § | CIVIL ACTION NO. 6:13-CV-89 MHS |
| v. | § | CONSOLIDATED CASE |
| **MORPHOTRAK, INC. and SAFRAN USA, INC.,** | § | |
| Defendants. | § | |

## MORPHOTRAK, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned certifies that as of this date, MorphoTrak, Inc. has a parent corporation, Morpho USA, Inc. Morpho USA, Inc.'s parent corporation is Safran, USA Inc. Safran USA, Inc.'s parent corporation is Safran, S.A. Safran, S.A. is a French registered company and is publicly traded on a European stock exchange; it is listed on NYSE Euronext Paris and is part of the CAC40 index.

|  |  |
|---|---|
| Dated: April 3, 2013 | Respectfully submitted,<br><br>MORGAN, LEWIS & BOCKIUS LLP<br><br>*/s/ Daniel Johnson, Jr.*<br><br>C. Erik Hawes (TX Bar No. 24042543)<br>Email:  ehawes@morganlewis.com<br>1000 Louisiana Street, Suite 4000<br>Houston, Texas 77002<br>(713) 890-5000 Telephone<br>(713) 890-5001 Facsimile<br><br>Daniel Johnson, Jr. (Admitted *Pro Hac Vice*)<br>Email: djjohnson@morganlewis.com<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>(415) 442-1000 Telephone<br>(415) 442-1001 Facsimile<br><br>**Attorneys for Defendant MorphoTrak, Inc.** |

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served on all counsel of record via the Court's Case Management/Electronic Case Filing system and/or electronic mail on April 3, 2013.

*/s/ Daniel Johnson, Jr.*
Daniel Johnson, Jr.
