IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> TEXAS INSTRUMENTS, INC., et al. <br><br> *Defendants* | ) CIVIL ACTION NO: 6:12-CV-499-MHS <br> ) LEAD CASE <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) DEMAND FOR JURY TRIAL <br> ) <br> ) |
| BLUE SPIKE, LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> AIRBORNE BIOMETRICS GROUP, INC. <br><br> *Defendant.* | ) <br> ) <br> ) CIVIL ACTION NO: 6:13-CV-112-MHS <br> ) CONSOLIDATED CASE <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT AIRBORNE BIOMETRICS GROUP, INC.

Defendant Airborne Biometrics Group, Inc. ("Airborne") files this Notice of Appearance, and hereby notifies the Court and all parties of record that Reid E. Dammann of Musick, Peeler & Garrett LLP, One Wilshire Blvd., Suite 2000, Los Angeles, California 90017, is appearing as counsel for Airborne in the above-referenced matter.

/ / /

/ / /

Dated: April 3, 2013

Respectfully submitted,

/s/ Reid Eric Dammann

Reid Eric Dammann, Esq. (*Admitted Pro Hac Vice*)
Musick Peeler LLP
One Wilshire Boulevard, Suite 2000
Los Angeles, California 90017
Telephone: (213) 629-7600
Facsimile: (213) 624-1376
r.dammann@mpglaw.com

Melissa R. Smith
Texas State Bar No. 24001351
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
E-mail: melissa@gillamsmithlaw.com

***Attorneys for Defendant***
***Airborne Biometrics Group, Inc.***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was served on all counsel of record in this matter incompliance with Local Rule CV-5 (a).  As a result, this document was served upon all counsel who have consented to electronic service under Local Rule CV-5 (a)(3) on this 3rd day of April, 2013

/s/Reid Eric Dammann
Reid Eric Dammann
