IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> TEXAS INSTRUMENTS, INC., et al. <br><br> *Defendants* <br><br> BLUE SPIKE, LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> AIRBORNE BIOMETRICS GROUP, INC. <br><br> *Defendant.* | CIVIL ACTION NO: 6:12-CV-499-MHS <br> LEAD CASE <br><br><br> DEMAND FOR JURY TRIAL <br><br><br><br> CIVIL ACTION NO: 6:13-CV-112-MHS <br> CONSOLIDATED CASE |

## <u>DEFENDANT AIRBORNE BIOMETRICS GROUP, INC.'S CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to Fed. R. Civ. P. 7.1, Defendant Airborne Biometrics Group, Inc. ("Airborne") discloses that it has no parent corporation and no publicly held corporation holds 10% or more of its stock.

/ / /

/ / /

/ / /

/ / /

Dated:  April 3, 2013

Respectfully submitted,

/s/ Reid Eric Dammann

Reid Eric Dammann, Esq. (*Admitted Pro Hac Vice*)
Musick Peeler LLP
One Wilshire Boulevard, Suite 2000
Los Angeles, California 90017
Telephone:  (213) 629-7600
Facsimile:   (213) 624-1376
r.dammann@mpglaw.com

Melissa R. Smith
Texas State Bar No. 24001351
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
E-mail: melissa@gillamsmithlaw.com

***Attorneys for Defendant
Airborne Biometrics Group, Inc.***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was served on all counsel of record in this matter incompliance with Local Rule CV-5 (a). As a result, this document was served upon all counsel who have consented to electronic service under Local Rule CV-5 (a)(3) on this 3rd day of April, 2013

/s/Reid Eric Dammann
Reid Eric Dammann