# EXHIBIT 4

Morgan Lewis
Client Matter ID: 71689-065407-0003
Change Client Matter ID

Logged in as lneugebauer@morganlewis.com

## U.S. District Court for the Eastern District of Texas (TXED / E.D.Tex.)

Filtering for Patent Cases
With Judge: --

Cases 2000 - Present

3830 Cases (1361 open, 2469 terminated, 126 to trial)

Median Time to Termination: 320.00 days
Median Time to Trial: 818.00 days

### Open Cases Over Time



### Time to Trial



Terms of Use  /  Privacy  /  Support
© 2012 Lex Machina

Support