# EXHIBIT 5

Morgan Lewis
Client Matter ID: 71689-065407-0003
Change Client Matter ID

Logged in as lneugebauer@morganlewis.com

## U.S. District Court for the District of Massachusetts (MAD / D.Mass.)

Filtering for Patent Cases
With Judge: --

Cases 2000 - Present

919 Cases (115 open, 804 terminated, 46 to trial)

Median Time to Termination: 269.00 days
Median Time to Trial: 949.00 days





Terms of Use  /  Privacy  /  Support
© 2012 Lex Machina

Support