# EXHIBIT 6







Search results | Trip details | Customize trip | Traveler info | Review and book | Confirmation

# Dallas Trip Details: Flight

See different flights

## Flight

| Leave | Mon, Apr 15 | | Total time: 4hr 3min |
|---|---|---|---|
| Depart 6:50 AM | Boston, MA , United States Boston Logan Airport (BOS) \| Terminal C | jetBlue | JetBlue Airways 253 Economy \| Airbus A320 On-time performance: 50% 1,556 mi \| 4hr 3min Seat map |
| Arrive 9:53 AM | Dallas, TX , United States Dallas-Fort Worth Airport (DFW) \| Terminal E | | |
| **Return** | **Fri, Apr 19** | | **Total time: 3hr 45min** |
| Depart 12:00 PM | Dallas, TX , United States Dallas-Fort Worth Airport (DFW) \| Terminal 0 | AA | American Airlines 2410 Economy \| Boeing 757 1,556 mi \| 3hr 45min Meal: Food for purchase Seat map |
| Arrive 4:45 PM | Boston, MA , United States Boston Logan Airport (BOS) \| Terminal B | | |

**Baggage fees are NOT charged at booking.**

### Prices are for your selected Flight + Hotel

Check-in: Mon, Apr 15, 2013, Check-out: Fri, Apr 19, 2013, Nights: 4, Guests: 1, Rooms: 1

Search all 581 Dallas hotels

**Hawthorn Suites by Wyndham Dallas/Love Field Airport** Dallas

★★★☆☆ Reviewer score 3.3 out of 5

Cost of Flight + Hotel (Nights: 4, Rooms: 1)
Book together now $1,108

Only $200 * more
Add hotel

**Hyatt Regency DFW** Dallas

★★★★☆ Reviewer score 4.2 out of 5

Cost of Flight + Hotel (Nights: 4, Rooms: 1)
Book together now $1,390

Only $482 * more
Add hotel

**The Westin Dallas Park Central** Dallas

★★★★☆ Reviewer score 3.9 out of 5

Cost of Flight + Hotel (Nights: 4, Rooms: 1)
Book together now $1,319

Only $411 * more
Add hotel

**La Quinta Inn & Suites Dallas Addison Galleria** Dallas

★★★☆☆ Reviewer score 4.2 out of 5

Cost of Flight + Hotel (Nights: 4, Rooms: 1)
Book together now $1,126

Only $218 * more
Add hotel

**Microtel Inn and Suites - Dallas East** Dallas

★★☆☆☆ Reviewer score 2.9 out of 5

Cost of Flight + Hotel (Nights: 4, Rooms: 1)
Booked separately $1,111
Book together now $1,047
$ Flight + Hotel Savings $65

Only $139 * more
Add hotel
Special offer included

Search all 581 Dallas hotels

*Taxes and fees included

Continue booking

## Trip cost

**Flight**
Airline Ticket(1) $907.79
(Adult: 1)

**Total due at booking $907.79**
Taxes and fees included
Price Assurance

Additional baggage fees may apply.

## Trip Information

**Flight**
**Multiple Airlines**
**Leave** Mon, Apr 15, 2013
**Return** Fri, Apr 19, 2013
Boston (BOS) > Dallas (DFW)
Dallas (DFW) > Boston (BOS)
More Flight Details

Vacation packages | Car rental | Cruises | Travel blog | Flight status | Orbitz Travel Alerts | Customer Support | Español
About Orbitz | Contact Us | Investors | Careers | Media | Site map | Advertising | Affiliates | Orbitz for Agents | Terms and conditions | Your Privacy Rights
Low Fare Promise | Low Price Guarantee | Price Assurance | Travel deals | Add Orbitz RSS feeds | Mobile | Facebook | Twitter | Pinterest

Orbitz guards your privacy and security. We're certified by TRUSTe and Verisign.
© 2001 - 2013, Orbitz, LLC. All rights reserved.
CST 2063530-50; Hawaii TAR-5627; Iowa 644; **Nevada 2003-0387**; Washington 602-102-724