# EXHIBIT 7



# Review Trip Itinerary

| Fare Details | |
|---|---|
| 1 Adults (age 18 to 64) | $936.00 |
| Additional Taxes/Fees | $43.60 |
| **Total** | **$979.60** |



| | |
|---|---|
| Total Ticket Price | $979.60 |
| Card Statement Credit | -$50.00 |
| Total After Savings | $929.60 |

Flexible Fare for **$140.00** more

Choose this fare to take advantage of additional flexibility:

- Lowest-available refundable fare
- Fee-waived same-day flight changes (when available)
- Change fees and cancellation fees may apply
- Advance purchase may be required

**Increase Ticket Flexibility**

## Flight Details

### Mon., Apr. 15, 2013 | Boston, MA (BOS) to Dallas/Fort Worth, TX (DFW)

| Depart: | Arrive: | Flight Time: | Award Miles/ Premier Qualifying*: | Flight: UA4999 |
|---|---|---|---|---|
| 6:00 a.m. | 8:04 a.m. | 2 hr 4 mn | 563 /100% | Operated by CHAUTAUQUA AIRLINES DBA UNITED EXPRESS. |
| Mon., Apr. 15, 2013 | Mon., Apr. 15, 2013 | | | Aircraft: **Embraer RJ145** |
| Boston, MA (BOS) | Cleveland, OH (CLE) | | | Fare Class: **United Economy (V)** |
| | | | | Meal: **None** |
| | | | | **No Special Meal Offered.** |

**Change Planes.** Connect time in Cleveland, OH (CLE) is 45 minutes.

| Depart: | Arrive: | Flight Time: | Award Miles/ Premier Qualifying*: | Flight: UA4710 |
|---|---|---|---|---|
| 8:49 a.m. | 10:43 a.m. | 2 hr 54 mn | | Operated by EXPRESSJET AIRLINES DBA UNITED EXPRESS. |
| Mon., Apr. 15, 2013 | Mon., Apr. 15, 2013 | | | |

| Cleveland, OH (CLE) | Dallas/Fort Worth, TX (DFW) | Travel Time: 5 hr 43 mn | 1,021 /100% Total Award Miles: 1,584 | Aircraft: **Embraer RJ145** Fare Class: **United Economy (V)** Meal: **None** No Special Meal Offered. |
|---|---|---|---|---|

### Fri., Apr. 19, 2013 | Dallas/Fort Worth, TX (DFW) to Boston, MA (BOS)

| Depart: 4:44 p.m. Fri., Apr. 19, 2013 Dallas/Fort Worth, TX (DFW) | Arrive: 7:09 p.m. Fri., Apr. 19, 2013 Chicago, IL (ORD - O'Hare) | Flight Time: 2 hr 25 mn | Award Miles/ Premier Qualifying*: 802 /100% | Flight:UA3514 Operated by SHUTTLE AMERICA DBA UNITED EXPRESS. Aircraft: **Embraer ERJ-170** Fare Class: **United Economy (M)** Meal: **Snacks for Purchase** No Special Meal Offered. |
|---|---|---|---|---|

**Change Planes.** Connect time in Chicago, IL (ORD - O'Hare) is 1 hour 51 minutes.

| Depart: 9:00 p.m. Fri., Apr. 19, 2013 Chicago, IL (ORD - O'Hare) | Arrive: 12:21 a.m. +1 Day Sat., Apr. 20, 2013 Boston, MA (BOS) | Flight Time: 2 hr 21 mn Travel Time: 6 hr 37 mn | Award Miles/ Premier Qualifying*: 867 /100% Total Award Miles: 1,669 | Flight: UA3495 Operated by SHUTTLE AMERICA DBA UNITED EXPRESS. Aircraft: **Embraer ERJ-170** Fare Class: **United Economy (M)** Meal: **Snacks for Purchase** No Special Meal Offered. |
|---|---|---|---|---|

> View Rules and Restrictions
> Additional bag charges may apply
> Change Flights or Start New Search

**Account Sign In** (Optional):

MileagePlus Number or Username:

Forgot Your MileagePlus Number?

PIN or Password:

Forgot Your PIN? | Forgot Password?

☐ Remember Me

**Continue Without Signing In**
If you are a MileagePlus member and do not wish to sign in to your account, you can enter your MileagePlus number on the next page for mileage credit.

**Not a MileagePlus member?**
You'll have the opportunity to enroll in our frequent flyer program at the end of the booking process if you wish.

[Continue to traveler information]

https://www.united.com/web/en-US/apps/booking/flight/reviewRevenue.aspx?sg=24&sgk=...   4/2/2013

Back

*Miles shown are the actual miles flown for this segment. Fare class, Premier qualifying miles and other promotional bonuses are not included in the total miles shown. The award miles accrued on codeshare flights are based on the operating carrier and their equivalent fare class. This could result in differences between the purchased booking class and the booking class flown, which determines the number of base and Premier qualifying miles and Premier qualifying segments earned. MileagePlus award miles are not awarded for travel on airlines that are not MileagePlus partners. Miles indicated for non-partner flights or flight segments will not be awarded. MileagePlus award miles earned will vary depending on the Premier status of the customer.

Certain countries require that the passenger cabins of aircraft be treated with insecticides. For additional information and a list of those countries, please visit the U.S. Department of Transportation's disinsection website.

Find United on: 

Business Services | Cargo | Careers | unitedcontinentalholdings.com | United Hub
Contract of Carriage | Lengthy Tarmac Delay Plan | Our United Customer Commitment | Legal Information | Privacy Policy | Site Map | Search united.com | Travel Agents
Copyright © 2013 United Air Lines, Inc.
All rights reserved.