# EXHIBIT 8



Search results | Review and book | Confirmation

# CHECKOUT Review and book

*required

See different cars

**Sign in** (optional) Sign in to use saved traveler and payment information

## Car

Hertz

| | | |
|---|---|---|
| **Hertz Standard Car** | **Pick-up:** | **Drop-off:** |
| Pontiac Grand Am or similar | Mon, Apr 15, 2013 11:00 AM | Fri, Apr 19, 2013 11:00 AM |
| Automatic, A/C | Dallas-Fort Worth Airport (DFW) | Same as pick-up |
| 4 3 2 | Shuttle information | |
| | In terminal | |

## Recommended: Add Rental Car Protector

**May be less expensive now than at the car counter**

- Covers costs if your rental car is stolen or is damaged in an accident or while left unattended
- Provided as primary coverage so your regular insurance policy will not be hit
- No deductible
- Toll-free, 24-hour emergency hotline help included

Limitations apply. Product available to residents of all states except: WA, learn more.

*Please select an option before you continue.

○ **Yes,** add Rental Car Damage Protector for **only $9 per day**. This is $45.00 total.

○ No, I will travel without insurance.

## Who's traveling?

Privacy policy

Please be aware that car rental companies require the driver to supply a credit card in his/her name in order to pick up the car. Read age restrictions if the driver is under 25 or over 65. Rental may be refused based on driver's age. Car rental age restriction information

### Driver's name

*First/given name | Middle | *Last name/surname | Suffix --

Hertz #1 Club/Gold number

Phone country code
United States - 1

*Phone number (We only call if an issue comes up with the reservation.)

☐ I am not driving the car. I am making this booking on another's behalf.

*Your e-mail address (We'll send the confirmation here.)

☑ Yes, please send me special offers and discounts from Orbitz .

## Flight arrival information

Edit

## Car special requests

(Special equipment: bike racks, navigation systems, car seats, etc.)

Edit

## By clicking "Agree and Book," you acknowledge that:

- Rental fees are due at pick-up.
- Car rental companies require the driver to supply a credit card in his/her name in order to pick up the car.
- Additional restrictions and fees may apply based on driver's age .
- You have read the car rental rules.

Agree and book

### Trip cost

**Car rental**

| | |
|---|---|
| Base rate: | $333.96 |
| Taxes and fees | $127.95 |
| Total car rental estimate: | $461.91 |

**Amount due at booking:** **$0.00**

**Amount due at pick-up:** **$461.91**

Base rate and taxes and fees

### Trip Information

**Car rental**

**Hertz Standard Car**
Pontiac Grand Am or similar
**Pick-up:** Mon, Apr 15, 2013
Dallas-Fort Worth Airport (DFW)
In terminal
**Drop-off:** Fri, Apr 19, 2013
Same as pick-up

Vacation packages | Car rental | Cruises | Travel blog | Flight status | Orbitz Travel Alerts | Customer Support | Español

About Orbitz | Contact Us | Investors | Careers | Media | Site map | Advertising | Affiliates | Orbitz for Agents | Terms and conditions | Your Privacy Rights

Low Fare Promise | Low Price Guarantee | Price Assurance | Travel deals | Add Orbitz RSS feeds | Mobile | Facebook | Twitter | Pinterest

**ORBITZ**

Orbitz guards your privacy and security. We're certified by TRUSTe and Verisign.
© 2001 - 2013, Orbitz, LLC. All rights reserved.
CST 2063530-50; Hawaii TAR-5627; Iowa 644; **Nevada 2003-0387**; Washington 602-102-724

Norton SECURED powered by VeriSign | TRUSTe CERTIFIED PRIVACY