# EXHIBIT 9



TAXI FARE FINDER

Tweet | Like | Dallas, TX | Go

SFO Taxi Cab High Quality, Professional Service Call For a Reservation 650-345-4545 taxicabserviceco.com
Yellow Cab (650) 333-3333 Taxi Cab Service Serving the entire Peninsula (Bay Area) 24 hours a day www.etaxie.com
5 Star Limos Palo Alto CA (650) 636-6060 -- (408) 245-5222 All Airport SFO, SJC, OAK Service www.5starlimoca.com
AdChoices

## Results

### Estimated Fare:

**$223.48**

Per Dallas/Fort Worth, TX taxi rates
$257.00 incl. 15% tip

**Cost with Traffic**

| Light | Medium | Heavy |
|---|---|---|
| $222.10 | **$223.48** | $225.19 |

Print | Share | Permalink | Disagree?

Feature your dispatch number
Featured Listings

**Fare Information**

*Trip Information*

The trip is 119 mi and will take 1 hour 54 mins.

*Notes*

- Add $2.00 for each add'l passenger
- Add $1.00 from DAL
- Add $4.12 from, $3.12 to DFW
- Tolls & surcharges may apply

**Approximate Breakdown**

| | |
|---|---|
| Initial Fare | $2.25 |
| Add. Metered Fare | $215.11 |
| *Trip fuel surcharge* | $2.00 |
| *DFW Exit Fee* | $4.12 |
| Tip (15%) | $33.52 |
| **Estimated Taxi Fare** | **$257.00** |

*Additional charges may apply.

**Possible Flat Rates**

| | |
|---|---|
| DAL ↔ Central Biz Dist | $18.00 |
| DFW ↔ Central Biz Dist | $40.00 |
| DFW ↔ Central Biz Dist (Fort Worth) | $43.00 |
| DFW Terminal Transfer | $7.00 |
| DFW ↔ Market Center Area | $32.00 |

**Local Taxi Phone Numbers**

**More Info**

- Walking takes about 47 hours, 27 minutes and costs around 11866 calories.
- How much does it cost a cabbie?
- How does this compare? Taxi rates ranking by city.
- Check out our Newsroom.
- Top Deals from Orbitz

## How much does a taxi cab cost from Dallas/Fort Worth International Airport, Grapevine, TX to Tyler, TX in Dallas, TX?

Ads by Google ► Taxi Cab Prices ► Taxi Fares ► JFK Taxi ► Hire Airport Taxi

Suggested routes: < 1 of 3 > ($223.48) | Fastest | Cheapest | Shortest

From: Dallas/Fort Worth International Airport, Grapevine, TX | Select a POI...

To: Tyler, TX | Select a POI...

Get Fare!

Yellow Cab
www.yellowcab1234.com
24 Hour Taxi Service. Quick & Reliable Service. Call Now!
AdChoices

A Dallas/Fort Worth International Airport, 3200 East Airfield Drive DFW Airport, Grapevine, TX 76051, USA

119 mi - about 1 hour 54 mins

| | | |
|---|---|---|
| 1. | Head **south** | 0.1 mi |
| 2. | Take the ramp onto **International Pkwy**<br>Partial toll road | 1.6 mi |
| 3. | Take the exit onto **TX-114 E** toward **Irving/Downtown Dallas** | 10.9 mi |
| 4. | Merge onto **TX-183 E** | 2.5 mi |
| 5. | Merge onto **I-35E S** | 5.1 mi |
| 6. | Take exit **428A** on the **left** to merge onto **I-30 E** toward **Texarkana** | 8.0 mi |
| 7. | Keep **right** to continue on **US-80 E**, follow signs for **Terrell/Big Town Blvd** | 19.1 mi |
| 8. | Continue onto **TX-557 Spur E** | 4.5 mi |
| 9. | Merge onto **Interstate 20 E** | 56.1 mi |
| 10. | Take exit **556** for **US-69** toward **Lindale/Tyler** | 0.2 mi |
| 11. | Slight **left** toward **US-69 S** | 0.1 mi |
| 12. | Slight **right** onto **US-69 S** | 8.6 mi |
| 13. | Continue onto **W Gentry Pkwy** | 1.1 mi |
| 14. | Turn **right** onto **N Broadway Ave**<br>Destination will be on the right | 0.6 mi |

B Tyler, TX, USA

Map data ©2013 Google

### Popular Taxi Fare Estimates for Dallas/Fort Worth, TX

Dallas Fort-Worth Airport (DFW) to Plano, TX: $59.53

Dallas/Fort Worth International Airport (DFW), Grapevine, TX 76051, USA to Dallas Love Field Airport (DAL), 3377 Edwards Ave, Dallas, TX 75235-4809, USA: $42.90
Dallas Fort-Worth Airport (DFW) to Dallas Convention Center: $47.53
Dallas Fort-Worth Airport (DFW) to Downtown Dallas (CBD): $47.75
Dallas Love Field (DAL) to DFW Dallas Fort-Worth Airport: $42.47
DFW Dallas Fort-Worth Airport to Downtown Dallas: $47.12
Dallas/Fort Worth International Airport (DFW), Grapevine, TX 76051, USA to Frisco, TX, USA: $54.84
DFW Dallas Fort-Worth Airport to Hilton Anatole: $41.66
Dallas Love Field Airport (DAL) to Dallas Fort-Worth Airport (DFW): $42.47
Dallas Fort-Worth Airport (DFW) to Dallas Love Field Airport (DAL): $44.00
Dallas/Fort Worth International Airport (DFW), Grapevine, TX 76051, USA to Richardson, TX, USA: $49.83
Dallas Fort-Worth Airport (DFW) to Hilton Anatole: $41.66
Dallas Fort-Worth Airport (DFW) to Arlington, TX: $38.21
Dallas/Fort Worth International Airport (DFW), Grapevine, TX 76051, USA to Lewisville, TX, USA: $30.15
DFW to Southlake, TX: $26.24
Dallas Fort-Worth Airport (DFW) to Hyatt Regency (Reunion): $46.61
DFW Dallas Fort-Worth Airport to Arlington, TX: $38.21
Dallas Love Field Airport (DAL) to Arlington, TX: $49.11
Dallas Fort-Worth Airport (DFW) to Galleria: $39.79
Downtown Dallas (CBD) to Dallas Fort-Worth Airport (DFW): $48.12
Dallas Fort-Worth Airport (DFW) to Dallas Market Center: $41.74
Dallas Love Field Airport (DAL), 3377 Edwards Ave, Dallas, TX 75235, USA to Dallas/Fort Worth International Airport (DFW), Grapevine, TX 76051, USA: $41.47
Dallas Fort-Worth Airport (DFW) to Fort Worth, TX: $55.32
Dallas Love Field Airport (DAL) to Dallas Convention Center: $18.41
Dallas, TX to Abby Guest House, Goodwin Avenue, Dallas, TX: $13.20
Arlington, TX to Dallas Fort-Worth Airport (DFW): $38.32
DFW International Airport, TX to Fort Worth, TX: $55.32
Dallas Love Field Airport (DAL) to Downtown Dallas (CBD): $18.64
Dallas, TX to Fort Worth, TX: $63.19
Dallas Fort-Worth Airport (DFW) to Downtown Fort Worth: $55.32

## Yellow Cab 408-561-7300
www.YellowTaxiCab.biz
10 to 15% Off on airport rides, 6 Passengers Vans available.

AdChoices



© 2013 Unleashed, LLC
Mobile Site (m.taxifarefinder.com)

**Partners**
Advertisers
Developers
Taxi Companies
Link to Us

**Taxi Calculators**
Colleges
Airports
Popular Searches
iPhone App
Mobile Site

**Community**
Newsroom
Bulletin Boards
Taxi Stories
Facebook
Twitter

**About Us**
FAQ
Disclaimer
Site Map
Worldwide Site
Contact Us