# EXHIBIT 10

Search results | Trip details | Traveler info | Review and book | Confirmation

# Tyler Trip Details: Hotels

Back to search results

Continue booking

## Hotel

### Hampton Inn Tyler

★★★☆☆

**Check-in:** Mon, Apr 15, 2013 1500
**Check-out:** Fri, Apr 19, 2013 1200

Overview | Description | Photos | Map | Amenities

**Reviewer score** 4.0 out of 5 17 reviews

3130 Troup Highway, Tyler, TX 75701

**2.0 miles Southeast** from the center of Tyler

More hotel details

| | | |
|---|---|---|
| 1 King mobility access w tub w sofabed smok...Microwv fridge hdtv free hi speed lapdesk...Free hot breakfast work area - advance purchase savings, nonrefundable | **Selected room** ($107.11 per night) Price Assurance | |
| 1 King bed nonsmoking...Free hi speed-refrigerator-microwave-lapdesk...Curved shower rod-recliner-waterpik shwrhead - advance purchase savings, nonrefundable | **Same price** ($107.11 per night) Price Assurance | Choose this room |
| 2 Queen beds mobility access tub smoking...Microwv fridge hdtv free hi speed lapdesk...Free hot breakfast work area - advance purchase savings, nonrefundable | **Same price** ($107.11 per night) Price Assurance | Choose this room |

Show more rooms

Continue booking

## Trip cost

**Hotel (4 nights)**

| | |
|---|---|
| 1 guest<br>$107.11 avg/night | $428.44 |
| Price Assurance | FREE |
| Taxes and fees | $64.92 |
| **Total due at booking** | **$493.36** |

## Trip Information

**Hotel**

**Hampton Inn Tyler**
**Check-in:** Mon, Apr 15, 2013
**Check-out:** Fri, Apr 19, 2013
**Room description:** 1 King mobility access w tub w sofabed smok...Microwv fridge hdtv free hi speed lapdesk...Free hot breakfast work area - advance purchase savings, nonrefundable

More Hotel Details

Cancellation policy

Vacation packages | Car rental | Cruises | Travel blog | Flight status | Orbitz Travel Alerts | Customer Support | Español

About Orbitz | Contact Us | Investors | Careers | Media | Site map | Advertising | Affiliates | Orbitz for Agents | Terms and conditions | Your Privacy Rights

Low Fare Promise | Low Price Guarantee | Price Assurance | Travel deals | Add Orbitz RSS feeds | Mobile | Facebook | Twitter | Pinterest

ORBITZ

Orbitz guards your privacy and security. We're certified by TRUSTe and Verisign.
© 2001 - 2013, Orbitz, LLC. All rights reserved.
CST 2063530-50; Hawaii TAR-5627; Iowa 644; **Nevada 2003-0387**; Washington 602-102-724

Norton SECURED powered by VeriSign
TRUSTe CERTIFIED PRIVACY

