# EXHIBIT 11

Search results | Trip details | Traveler info | Review and book | Confirmation

## TYLER Trip Details: Hotels

Back to search results

**Continue booking**

| Trip cost |
|---|
| **Hotel (4 nights)** |
| 1 guest |
| $123.60 avg/night        $494.40 |
| Price Assurance          FREE |
| Taxes and fees           $64.74 |
| **Total due at booking**  **$559.14** |

### Hotel

**Holiday Inn Express Hotel & Suites TYLER SOUTH**
★★★

Check-in: Mon, Apr 15, 2013 03:00 PM
Check-out: Fri, Apr 19, 2013 12:00 PM

Overview | Description | Photos | Map | Amenities

Reviewer score  3.8  out of 5   9 reviews

2421 E. S.E. LOOP 323, TYLER, TX 75701

**2.3 miles Southeast** from the center of Tyler

More hotel details | Virtual tour

| Trip Information |
|---|
| Hotel |
| Holiday Inn Express Hotel & Suites TYLER SOUTH |
| Check-in: Mon, Apr 15, 2013 |
| Check-out: Fri, Apr 19, 2013 |
| Room description: 2 Queen beds nonsmoking |
| More Hotel Details |
| ⊞ Cancellation policy |

**2 Queen beds nonsmoking**

Actual nightly rates

| Mon | Tue | Wed | Thu |
|---|---|---|---|
| $124.80 | $124.80 | $124.80 | $120.00 |

**Selected room**
($123.60 per night)
Price Assurance

**1 King bed leisure nonsmoking**

**$2.40 more**
($126.00 per night)
Price Assurance

Choose this room

Beautiful accessible room with lowered security viewer and clothes rack with wider doorways. Tub with grab bars and handheld showerhead.

**$2.40 more**
($126.00 per night)
Price Assurance

Choose this room

Show more rooms

**Continue booking**

Vacation packages | Car rental | Cruises | Travel blog | Flight status | Orbitz Travel Alerts | Customer Support | Español

About Orbitz | Contact Us | Investors | Careers | Media | Site map | Advertising | Affiliates | Orbitz for Agents | Terms and conditions | Your Privacy Rights

Low Fare Promise | Low Price Guarantee | Price Assurance | Travel deals | Add Orbitz RSS feeds | Mobile | Facebook | Twitter | Pinterest

**ORBITZ**

Orbitz guards your privacy and security. We're certified by TRUSTe and Verisign.
© 2001 - 2013, Orbitz, LLC. All rights reserved.
CST 2063530-50; Hawaii TAR-5627; Iowa 644; **Nevada** 2003-0387; Washington 602-102-724

Norton SECURED powered by VeriSign | TRUSTe CERTIFIED PRIVACY