# EXHIBIT 12

Search results | Trip details | Traveler info | Review and book | Confirmation

# Tyler Trip Details: Hotels

Back to search results

Continue booking

Great news! You get FREE cancellation before 4:00 PM, on 4/14/13, for your selected room!

## Hotel

### Residence Inn by Marriott Tyler

★★★☆☆

**Check-in:** Mon, Apr 15, 2013 03:00 PM
**Check-out:** Fri, Apr 19, 2013 12:00 PM

Overview | Description | Photos | Map | Amenities

**Reviewer score** 3.5 out of 5 2 reviews

3303 Troup Highway, 3303 Troup Hwy, Tyler, TX 75701

**1.9 miles Southeast** from the center of Tyler

More hotel details

| | | |
|---|---|---|
| 1 Queen, sofabed, fully equipped kitchen, microwave, 420sqft 38sqm, dining area, wireless internet for a fee 1 queen, sofabed, fully equipped kitchen, micro wave, 420sqft 38sqm, dining area, wireless inte rnet for a fee, coffee tea maker, 27in 69cm tv | **Selected room** ($129.00 per night) FREE Cancellation Price Assurance | |
| Bedroom 1 (loft): 1 queen, bedroom 2: 1 double murphy, sofabed, bathrooms: 2, fully equipped k itchen, microwave, 680sqft 61sqm, living sittin | **$10.00 more** ($139.00 per night) FREE Cancellation Price Assurance | Choose this room |
| Bedroom 1 (loft): 1 queen, bedroom 2: 1 queen, sofabed, bathrooms: 2, fully equipped kitchen, microwave, 680sqft 61sqm, living sitting area, | **$20.00 more** ($149.00 per night) FREE Cancellation Price Assurance | Choose this room |

Continue booking

### Trip cost

**Hotel (4 nights)**

| | |
|---|---|
| 1 guest<br>$129.00 avg/night | $516.00 |
| Price Assurance | FREE |
| Taxes and fees | $77.92 |
| **Total due at booking** | **$593.92** |

### Trip Information

**Hotel**

**Residence Inn by Marriott Tyler**
**Check-in:** Mon, Apr 15, 2013
**Check-out:** Fri, Apr 19, 2013
**Room description:** 1 Queen, sofabed, fully equipped kitchen, microwave, 420sqft 38sqm, dining area, wireless internet for a fee 1 queen, sofabed, fully equipped kitchen, micro wave, 420sqft 38sqm, dining area, wireless inte rnet for a fee, coffee tea maker, 27in 69cm tv
More Hotel Details

FREE cancellation!

Vacation packages | Car rental | Cruises | Travel blog | Flight status | Orbitz Travel Alerts | Customer Support | Español

About Orbitz | Contact Us | Investors | Careers | Media | Site map | Advertising | Affiliates | Orbitz for Agents | Terms and conditions | Your Privacy Rights

Low Fare Promise | Low Price Guarantee | Price Assurance | Travel deals | Add Orbitz RSS feeds | Mobile | Facebook | Twitter | Pinterest

ORBITZ

Orbitz guards your privacy and security. We're certified by TRUSTe and Verisign.
© 2001 - 2013, Orbitz, LLC. All rights reserved.
CST 2063530-50; Hawaii TAR-5627; Iowa 644; **Nevada 2003-0387**; Washington 602-102-724

Norton SECURED powered by VeriSign | TRUSTe CERTIFIED PRIVACY

