## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **BLUE SPIKE, LLC** | § | **CIVIL ACTION NO. 6:12-CV-499 MHS** |
| | § | |
| **Plaintiff** | § | **LEAD CASE** |
| | § | |
| **v.** | § | |
| | § | |
| **TEXAS INSTRUMENTS, INC., et al.** | § | **JURY TRIAL DEMANDED** |
| | § | |
| **Defendant.** | § | |
| | § | |
| | § | |
| **BLUE SPIKE, LLC** | § | |
| | § | **CIVIL ACTION NO. 6:13-CV-86 MHS** |
| **Plaintiff** | § | |
| | § | **CONSOLIDATED CASE** |
| **v.** | § | |
| | § | |
| **KRONOS INCORPORATED,** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

## [PROPOSED] ORDER GRANTING KRONOS' MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)

Defendant Kronos Incorporated's Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) has come before the Court.  The Court having considered the motion, any responses and replies, and all relevant papers and evidence, hereby GRANTS the Motion and ORDERS this action transferred to the District of Massachusetts for further proceedings.

IT IS SO ORDERED.

DB2/ 24022954.1

2

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served on all

counsel of record via the Court's Case Management/Electronic Case Filing system and/or

electronic mail on April 3, 2013.

/s/ Daniel Johnson, Jr.
Daniel Johnson, Jr.