IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **BLUE SPIKE, LLC** | § | CIVIL ACTION NO. 6:12-CV-499 MHS |
| Plaintiff | § | LEAD CASE |
| v. | § | |
| TEXAS INSTRUMENTS, INC., et al. | § | JURY TRIAL DEMANDED |
| Defendant. | § | |
| | § | |
| **BLUE SPIKE, LLC** | § | CIVIL ACTION NO. 6:13-CV-89 |
| Plaintiff | § | CONSOLIDATED CASE |
| v. | § | |
| MORPHOTRAK, INC. and SAFRAN USA, INC., | § | |
| Defendants. | § | |

**[PROPOSED] ORDER GRANTING DEFENDANTS MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(a)**

Defendants Morphotrak, Inc. and Safran USA, Inc.'s Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) has come before the Court.  The Court having considered the motion, any responses and replies, and all relevant papers and evidence, hereby GRANTS the Motion and ORDERS this action transferred to the Central District of California for further proceedings.

IT IS SO ORDERED.

DB2/ 23963415.1

1

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served on all counsel of record via the Court's Case Management/Electronic Case Filing and/or electronic mail on April 3, 2013.

*/s/ Daniel Johnson, Jr.*
Daniel Johnson, Jr.
