IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **BLUE SPIKE, LLC,**<br><br>v.<br><br>**TEXAS INSTRUMENTS, INC.** | **CIVIL ACTION NO. 6:12-CV-499-MHS**<br>**(LEAD CASE)** |
| **BLUE SPIKE, LLC,**<br><br>v.<br><br>**INGERSOLL-RAND COMPANY** | **CIVIL ACTION NO. 6:13-cv-00108-MHS**<br>**(CONSOLIDATED CASE)** |

CORPORATE DISCLOSURE STATEMENT
BY DEFENDANT INGERSOLL-RAND COMPANY

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Ingersoll-Rand Company states that it is wholly owned by Ingersoll-Rand Lux Holdings S.a.r.L and that Ingersoll-Rand plc is the ultimate parent.

Respectfully submitted,

Dated: April 4, 2013

/s/ Paul B. Hunt
Paul B. Hunt (*pro hac vice*)
Joshua P. Larsen (*pro hac vice*)
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204
Phone: (317) 231-1313
Fax:    (317) 231-7433
Email: paul.hunt@btlaw.com
          joshua.larsen@btlaw.com

Jennifer Parker Ainsworth (Texas Bar No. 00784720)
WILSON, ROBERTSON & CORNELIUS, P.C.
909 ESE Loop 323, Suite 400
P.O. Box 7339

1

Tyler, TX 75711-7339
Phone: (903) 509-5000
Fax:     (903) 509-5092
Email:  jainsworth@wilsonlawfirm.com

Attorneys for Defendant
INGERSOLL-RAND COMPANY

CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that the foregoing CORPORATE DISCLOSURE STATEMENT was electronically filed on April 4, 2013, via the Court's CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record.

/s/ Paul B. Hunt