IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **BLUE SPIKE, LLC** | § | CIVIL ACTION NO. 6:12-CV-499 |
| | § | LED |
| Plaintiff | § | |
| | § | |
| | § | |
| vs. | § | LEAD CASE |
| | § | |
| **TEXAS INSTRUMENTS, INC.,** | § | |
| | § | |
| Defendant. | § | |
| | § | |
| | § | |
| | § | |
| **BLUE SPIKE, LLC** | § | CIVIL ACTION NO. 6:12-CV-680 |
| | § | LED |
| Plaintiff | § | |
| | § | |
| | § | |
| vs. | § | |
| | § | |
| **L-1 IDENTITY SOLUTIONS, INC. and MORPHOTRUST USA, INC.,** | § | |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |

**DECLARATION OF DANIEL JOHNSON, JR. IN SUPPORT OF DEFENDANTS'
REPLY IN SUPPORT OF MOTION TO TRANSFER**

I, Daniel Johnson, Jr., do hereby declare and state as follows:

1. I am an attorney licensed to practice law in the State of California. I am a partner with the law firm of Morgan, Lewis & Bockius LLP, and am counsel for Defendants L-1 Identity Solutions, Inc. ("L-1") and MorphoTrust USA, Inc. ("MorphoTrust") (collectively, "Defendants"), in the above-captioned matter. I have personal knowledge of the foregoing, and,

if called upon to testify in this matter, I could and would testify competently to the matters stated herein.

2.      Attached as Exhibit 1 is a highlighted true and correct copy of Corporate Records & Business Registrations resulting from a search for "blue spike" (scott w/2 moskowitz), downloaded from Westlaw on January 4, 2013.

3.      Attached as Exhibit 2 is a true and correct copy of Defendant MorphoTrust USA Inc.'s Corporate Disclosure Statement filed on December 11, 2012 and reflected on the Court's ECF system in the lead case, *Blue Spike v. Texas Instruments, Inc.*, C.A. No. 6:12-cv-499 LED, as Docket Item 342.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 10th day of January, 2013, in San Francisco, California.

　　　　　　　　　　　　　　　　　　　　　　　　　 /s/ *Daniel Johnson, Jr.*
　　　　　　　　　　　　　　　　　　　　　　　　Daniel Johnson, Jr.