# EXHIBIT 1

Westlaw.

17518831720                                                                                      Page 1

### Corporate Records & Business Registrations

#### Source Information

| | |
|---|---|
| **This Record Last Updated:** | 07/20/2012 |
| **Database Last Updated:** | 10/29/2012 |
| **Update Frequency:** | QUARTERLY |
| **Current Date:** | 01/04/2013 |
| **Source:** | AS REPORTED BY THE SECRETARY OF STATE OR OTHER OFFICIAL SOURCE |

#### Company Information

| | |
|---|---|
| **Name:** | BLUE SPIKE, INC. |
| **Address:** | 16711 COLLINS AVENUE #2505 |
| | SUNNY ISLES BEACH, FL 33160 |
| **D&B DUNS:** | 12-360-2265 |

#### Filing Information

| | |
|---|---|
| **Identification Number:** | P97000100024 |
| **Filing Date:** | 11/24/1997 |
| **State of Incorporation:** | FLORIDA |
| **Date Incorporated:** | 11/24/1997 |
| **Status:** | ACTIVE |
| **Corporation Type:** | PROFIT |
| **Business Type:** | DOMESTIC CORPORATION |
| **Address Type:** | MAILING |
| **Federal Identification Number:** | 650798557 |
| **Where Filed:** | STATE DEPARTMENT/CORPORATION DIVISION |
| | 409 E. GAINES ST |
| | TALLAHASSEE, FL 32301 |

#### Registered Agent Information

| | |
|---|---|
| **Name:** | C T CORPORATION SYSTEM |
| **Address:** | 1200 SOUTH PINE ISLAND ROAD |
| | PLANTATION, FL 33324 |

© 2013 Thomson Reuters. No Claim to Orig. US Gov. Works.

### Principal Information

| | |
|---|---|
| **Name:** | SCOTT MOSKOWITZ |
| **Title:** | PD |
| **Address:** | 16711 COLLINS AVE #2505 |
| | SUNNY ISLES BEACH, FL 33160 |
| **Name:** | GREGG MOSKOWITZ |
| **Title:** | VICE PRESIDENT |
| **Address:** | 50 MURRAY STREET, #701 |
| | NEW YORK, NY 10007 |

### Amendment Information

| | |
|---|---|
| **Amendments:** | 02/08/2012 MISCELLANEOUS 2012 ANNUAL REPORT FILED. |
| | 01/07/2011 MISCELLANEOUS 2011 ANNUAL REPORT FILED. |
| | 02/21/2010 MISCELLANEOUS 2010 ANNUAL REPORT FILED. |

### Tax Information

**Corporate Tax Details:**

| | |
|---|---|
| **Annual Report Filed:** | 02/08/2012 |

The preceding public record data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source.

The public record items reported above may have been paid, terminated, vacated or released prior to today's date.

### Order Documents

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387)
for on-site manual retrieval of documents related to this or other matters.
Additional charges apply.

END OF DOCUMENT

© 2013 Thomson Reuters. No Claim to Orig. US Gov. Works.