UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> TEXAS INSTRUMENTS, INC., et al., <br><br> *Defendants.* | § § § § § § § § § § § § | CASE NO. 6:12-cv-499 MHS <br><br> LEAD CASE <br><br> Jury Trial Demanded |
| Blue Spike, LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> ENTROPIC COMMUNICATIONS, INC., <br><br> *Defendant.* | § § § § § § § § § § § § | CASE NO. 6:13-cv-125 MHS <br><br> CONSOLIDATED CASE <br><br> Jury Trial Demanded |

**ORDER GRANTING UNOPPOSED MOTION
FOR EXTENSION OF TIME TO RESPOND TO ENTROPIC
COMMUNICATIONS, INC.'S MOTION TO DISMISS**

BEFORE THE COURT is Plaintiff Blue Spike, LLC ("Blue Spike") Unopposed Motion for Extension of Time to Respond to Entropic Communications, Inc.'s Motion to Dismiss (Dkt. No. 533). The Court, having noted that the relief requested in unopposed, is of the opinion that the Motion should be granted.

IT IS ORDERED that Plaintiff Blue Spike, LLC shall have until April 15, 2013, to respond to the Motion to Dismiss. Entropic's reply brief will be due April 25, 2013, and Blue Spike's sur-reply brief will be due May 6, 2013.