IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Cause No. 6:12-cv-00499-MHS |
| TEXAS INSTRUMENTS, INC., | § § | LEAD CASE |
| Defendant. | § § | |
| BLUE SPIKE, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Cause No. 6:13-cv-00057-LED |
| SUPREMA, INC. and FULCRUM BIOMETRICS, LLC, | § § § | CONSOLIDATED CASE |
| Defendants. | § § | |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that W. Barton Rankin, with the law firm of Baker & McKenzie LLP, hereby enters his appearance as counsel of record for Defendant Suprema, Inc. Mr. Rankin has been admitted to practice in the Eastern District of Texas. Mr. Rankin respectfully requests that all pleadings, discovery, orders, notices, correspondence, and other papers filed in this action be served upon counsel at the address set forth below:

W. Barton Rankin
Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
E-Mail: bart.rankin@bakermckenzie.com
Telephone: (214) 978-3000
Facsimile: (214) 978-3099

Dated: April 4, 2013　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ *W. Barton Rankin*
　　　　　　　　　　　　　　　　　　　W. Barton Rankin
　　　　　　　　　　　　　　　　　　　Texas State Bar No. 24037333
　　　　　　　　　　　　　　　　　　　E-Mail: bart.rankin@bakermckenzie.com
　　　　　　　　　　　　　　　　　　　BAKER & MCKENZIE LLP
　　　　　　　　　　　　　　　　　　　2300 Trammell Crow Center
　　　　　　　　　　　　　　　　　　　2001 Ross Avenue
　　　　　　　　　　　　　　　　　　　Dallas, Texas 75201
　　　　　　　　　　　　　　　　　　　Telephone: (214) 978-3000
　　　　　　　　　　　　　　　　　　　Facsimile: (214) 978-3099

　　　　　　　　　　　　　　　　　　　D. James Pak (admitted *Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　　E-Mail: d.james.pak@bakermckenzie.com
　　　　　　　　　　　　　　　　　　　BAKER & MCKENZIE LLP
　　　　　　　　　　　　　　　　　　　Two Embarcadero Center, 11th Floor
　　　　　　　　　　　　　　　　　　　San Francisco, California 94111
　　　　　　　　　　　　　　　　　　　Telephone: (415) 576-3000
　　　　　　　　　　　　　　　　　　　Facsimile: (415) 576-3099

　　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR DEFENDANT**
　　　　　　　　　　　　　　　　　　　**SUPREMA, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of April, 2013, a true and correct copy of this document was served on all parties of record via the Court's ECF filing system.

>  /s/ *W. Barton Rankin*
>  W. Barton Rankin

724751-v1\DALDMS