UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.: 6:12-cv-00499-MHS
Name of party requesting extension: Defendant Qqest Software Solutions, Inc.
Is this the first application for extension of time in this case?
☐ Yes
☐ No

If no, please indicate which application this represents:
✓ Second
☐ Third
☐ Other _____

Date of Service of Summons: 2/19/2013
Number of days requested:
☐ 30 days
✓ 15 days
☐ Other _____ days

New Deadline Date: 4/26/2013   *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name:      Teresa M. Corbin
State Bar No.:  CSB No. 132360
Firm Name:      Fenwick & West LLP
Address:        555 California Street, 12th Floor
                San Francisco, CA  94104

Phone:  (415) 875-2300
Fax:    (415) 281-1350
Email:  tcorbin@fenwick.com

A certificate of conference does not need to be filed with this unopposed application.