# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC, <br><br> Plaintiff, <br> v. <br><br> TEXAS INSTRUMENTS, INC., <br><br> Defendant. | Case No. 6:12-cv-00499-LED <br><br> **LEAD CASE** |
| BLUE SPIKE, LLC, <br><br> Plaintiff, <br> v. <br><br> AUDIBLE MAGIC CORPORATION, *et al.*, <br><br> Defendants. | Case No. 6:12-cv-00576-LED <br> (*Consolidated and closed with* 6:12-cv-00499-LED) |
| BLUE SPIKE, LLC, <br><br> Plaintiff, <br> v. <br><br> ZEITERA, LLC, *et al.*, <br><br> Defendants. | Case No. 6:12-cv-00568-LED <br> (*Consolidated and closed with* 6:12-cv-00499-LED) |
| BLUE SPIKE, LLC, <br><br> Plaintiff, <br> v. <br><br> WIOFFER, LLC <br><br> Defendants. | Case No. 6:12-cv-00570-LED <br> (*Consolidated and closed with* 6:12-cv-00499-LED) |

**NOTICE OF APPEARANCE OF COUNSEL**

Defendants Photobucket.com, Inc., Qlipso, Inc., Qlipso Media Networks Ltd., Zedge Holdings, Inc., Mediafire, LLC., Dailymotion, Inc., Dailymotion S.A., GoMiso, Inc, iMesh, Inc., Coincident.TV, Inc., Audible Magic Corporation, Facebook, Inc., MySpace, LLC, Specific Media, LLC, Yap.tv, Inc., Metacafe, Inc., Boodabee Technologies Inc., Harmonix Music Systems, Inc., Brightcove, Inc., Accedo Broadband AB, Accedo Broadband NA, Inc., Soundcloud, Inc., Soundcloud Ltd., Related Content Database, Inc. *doing business as* Watchwith, and WiOffer, LLC (collectively "Defendants"), file this Notice of Appearance, and hereby notifies the Court that Alyssa Caridis, of the law firm Orrick, Herrington, & Sutcliffe, LLP, 777 South Figueroa Street, Suite 3200, Los Angeles, CA 90017, Telephone (213) 612-2372, Fax (213) 612-2499, E-mail: acaridis@orrick.com has entered this action as counsel for Defendants. In connection with this notice, Ms. Caridis requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on him at the above address and contact information.

Dated: April 5, 2013                                      Respectfully submitted,

/s/ Alyssa Caridis
Alyssa Caridis
Orrick, Herrington & Sutcliffe, LLP
777 South Figueroa Street
Suite 3200
Los Angeles, CA 90017-5855
(213) 612-2372
(213) 612-2499 FAX
acaridis@orrick.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 5, 2013, I electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing *via* electronic mail to all counsel of record.

                                        /s/ *Alyssa Caridis*
                                        Alyssa Caridis