**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>    Plaintiff,<br>v.<br><br>TEXAS INSTRUMENTS, INC.,<br><br>    Defendant. | Case No. 6:12-cv-00499-LED<br><br>**LEAD CASE** |
| BLUE SPIKE, LLC,<br><br>    Plaintiff,<br>v.<br><br>AUDIBLE MAGIC CORPORATION, *et al*.,<br><br>    Defendants. | Case No. 6:12-cv-00576-LED<br>(*Consolidated and closed with* 6:12-cv-00499-LED) |
| BLUE SPIKE, LLC,<br><br>    Plaintiff,<br>v.<br><br>ZEITERA, LLC, *et al*.,<br><br>    Defendants. | Case No. 6:12-cv-00568-LED<br>(*Consolidated and closed with* 6:12-cv-00499-LED) |
| BLUE SPIKE, LLC,<br><br>    Plaintiff,<br>v.<br><br>WIOFFER, LLC<br><br>    Defendants. | Case No. 6:12-cv-00570-LED<br>(*Consolidated and closed with* 6:12-cv-00499-LED) |

**<u>NOTICE OF APPEARANCE OF COUNSEL</u>**

Defendants Photobucket.com, Inc., Qlipso, Inc., Qlipso Media Networks Ltd., Zedge Holdings, Inc., Mediafire, LLC., Dailymotion, Inc., Dailymotion S.A., GoMiso, Inc, iMesh, Inc., Coincident.TV, Inc., Audible Magic Corporation, Facebook, Inc., MySpace, LLC, Specific Media, LLC, Yap.tv, Inc., Metacafe, Inc., Boodabee Technologies Inc., Harmonix Music Systems, Inc., Brightcove, Inc., Accedo Broadband AB, Accedo Broadband NA, Inc., Soundcloud, Inc., Soundcloud Ltd., Related Content Database, Inc. *doing business as* Watchwith, and WiOffer, LLC (collectively "Defendants"), file this Notice of Appearance, and hereby notifies the Court that Chris R. Ottenweller, of the law firm Orrick, Herrington, & Sutcliffe, LLP, 1000 Marsh Road, Menlo Park, CA 94025, Telephone (650) 614-7400, Fax (650) 614-7401, E-mail: cottenweller@orrick.com has entered this action as counsel for Defendants. In connection with this notice, Mr. Ottenweller requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on him at the above address and contact information.

Dated: April 5, 2013                                          Respectfully submitted,

                                                              /s/ Chris R. Ottenweller
                                                              Chris R. Ottenweller
                                                              CA Bar No. 73649
                                                              Orrick, Herrington & Sutcliffe, LLP
                                                              1000 Marsh Road
                                                              Menlo Park, CA 94025
                                                              (650) 614-7400
                                                              (650) 614-7401 FAX
                                                              cottenweller@orrick.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 5, 2013, I electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing *via* electronic mail to all counsel of record.

/s/ *Chris R. Ottenweller*
Chris R. Ottenweller