UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **Blue Spike, LLC,**  *Plaintiff*, v. Texas Instruments, Inc., et al., *Defendants.* | § § § § § § § § § | CASE NO. 6:12-cv-499 MHS  LEAD CASE  Jury Trial Demanded |
| **Blue Spike, LLC,**  *Plaintiff*, v. BIOLINK SOLUTIONS LTD., and BIO-METRICA, LLC, *Defendants.* | § § § § § § § § § | CASE NO. 6:12-cv-648 MHS  CONSOLIDATED CASE  Jury Trial Demanded |

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS BIOLINK SOLUTIONS LTD., AND BIO-METRICA, LLC, WITHOUT PREJUDICE UNDER RULE 41(a)(1)(A)(i) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

**PLEASE TAKE NOTICE THAT** Plaintiff Blue Spike, LLC hereby voluntarily dismisses its Complaint against Defendants BIOLINK SOLUTIONS LTD., and BIO-METRICA, LLC, ("Defendants") without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. In accordance with Rule 41(a)(1)(A)(i), Plaintiff states that this Notice has been filed prior to service by Defendants of an answer or of a motion for summary judgment.

Respectfully submitted,

/s/ Randall T. Garteiser
Randall T. Garteiser
Texas Bar No. 24038912
randall.garteiser@sftrialattorneys.com

> Christopher A. Honea
> Texas Bar No. 24059967
> chris.honea@sftrialattorneys.com
> Christopher S. Johns
> Texas Bar No. 24044849
> chris.johns@sftrialattorneys.com
> **GARTEISER HONEA, P.C.**
> 44 North San Pedro Road
> San Rafael, California 94903
> Telephone:  (415) 785-3762
> Facsimile:  (415) 785-3805
>
>
> *Counsel for Blue Spike LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email.

/s/ Randall T. Garteiser