UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC,<br><br>  *Plaintiff*,<br><br>v.<br><br>Texas Instruments, Inc., et al.,<br><br>  *Defendants*. | § § § § § § § § § § | CASE NO. 6:12-cv-499 MHS<br><br>LEAD CASE<br><br>Jury Trial Demanded |
| Blue Spike, LLC,<br><br>  *Plaintiff*,<br><br>v.<br>BIOLINK SOLUTIONS LTD., and BIO-METRICA, LLC,<br><br>  *Defendants*. | § § § § § § § § § § § | CASE NO. 6:12-cv-648 MHS<br><br>CONSOLIDATED CASE<br><br>Jury Trial Demanded |

**ORDER ON VOLUNTARY DISMISSAL OF DEFENDANTS BIOLINK SOLUTIONS LTD., AND BIO-METRICA, LLC, WITHOUT PREJUDICE**

The Court is in receipt of Plaintiff Blue Spike, LLC's Notice of Voluntary Dismissal of Defendants BIOLINK SOLUTIONS LTD., and BIO-METRICA, LLC, ("Defendants") without prejudice ("Notice"). At the time of filing of the Notice, Defendants have not yet answered the Complaint, and have not yet moved for summary judgment.

It is therefore ORDERED, that the Complaint is dismissed without prejudice against these specific Defendants.