**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC.,<br><br>        Defendant. | Case No. 6:12-cv-00499-LED<br><br>**LEAD CASE** |
| BLUE SPIKE, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>AUDIBLE MAGIC CORPORATION, *et al.*,<br><br>        Defendants. | Case No. 6:12-cv-00576-LED<br>(*Consolidated and closed with* 6:12-cv-00499-LED) |
| BLUE SPIKE, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>ZEITERA, LLC, *et al.*,<br><br>        Defendants. | Case No. 6:12-cv-00568-LED<br>(*Consolidated and closed with* 6:12-cv-00499-LED) |
| BLUE SPIKE, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>WIOFFER, LLC<br><br>        Defendants. | Case No. 6:12-cv-00570-LED<br>(*Consolidated and closed with* 6:12-cv-00499-LED) |

**NOTICE OF APPEARANCE OF COUNSEL**

Defendants Photobucket.com, Inc., Qlipso, Inc., Qlipso Media Networks Ltd., Zedge Holdings, Inc., Mediafire, LLC., Dailymotion, Inc., Dailymotion S.A., GoMiso, Inc, iMesh, Inc., Coincident.TV, Inc., Audible Magic Corporation, Facebook, Inc., MySpace, LLC, Specific Media, LLC, Yap.tv, Inc., Metacafe, Inc., Boodabee Technologies Inc., Harmonix Music Systems, Inc., Brightcove, Inc., Accedo Broadband AB, Accedo Broadband NA, Inc., Soundcloud, Inc., Soundcloud Ltd., Related Content Database, Inc. *doing business as* Watchwith, and WiOffer, LLC (collectively "Defendants"), file this Notice of Appearance, and hereby notifies the Court that Bas de Blank, of the law firm Orrick, Herrington, & Sutcliffe, LLP, 1000 Marsh Road, Menlo Park, CA  94025, Telephone (650) 614-7400, Fax (650) 614-7401, E-mail: basdeblank@orrick.com has entered this action as counsel for Defendants. In connection with this notice, Mr. de Blank requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on him at the above address and contact information.

Dated: April 8, 2013                              Respectfully submitted,

                                                  /s/ Bas de Blank
                                                  Bas de Blank
                                                  Orrick, Herrington & Sutcliffe, LLP
                                                  1000 Marsh Road
                                                  Menlo Park, CA 94025
                                                  (650) 614-7400
                                                  (650) 614-7401 FAX
                                                  basdeblank@orrick.com

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on April 8, 2013, I electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing *via* electronic mail to all counsel of record.

<u>/s/ *Bas de Blank*            </u>
Bas de Blank