UNITED STATES DISTRICT COURT
FOR THE EASTER DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 6:12-cv-499 |
| Texas Instruments, Inc. | § § § | |
| Defendants | § | |

-----------------------------------------------------------------------------------------------------------------

| | | |
|---|---|---|
| Blue Spike, LLC | § § § | |
| Plaintiff, | § § § | |
| v. | § § | Case No. 6:13-cv-00124 |
| Cognitec Systems Corporation  Cognitec Systems GmbH | § § § | |
| Defendants | § | |

## ORDER

After full consideration of the argument and authorities presented with respect to Defendant Cognitec Systems Corporation's Motion to Dismiss, the Court hereby grants the motion.

IT IS SO ORDERED.

1