UNITED STATES DISTRICT COURT
FOR THE EASTER DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **Blue Spike, LLC** | § § § | |
| **Plaintiff,** | § § | |
| v. | § § | Case No. 6:12-cv-499 |
| **Texas Instruments, Inc.** | § § § | |
| **Defendants** | § | |

-----------------------------------------------------------------------------------------------------------------

| | | |
|---|---|---|
| **Blue Spike, LLC** | § § § | |
| **Plaintiff,** | § § § | |
| v. | § § | Case No. 6:13-cv-00124 |
| **Cognitec Systems Corporation** | § § | |
| **Cognitec Systems GmbH** | § § | |
| **Defendants** | § | |

### **ORDER**

After full consideration of the argument and authorities presented with respect to Defendant Cognitec Systems GmbH's Motion to Dismiss, the Court hereby grants the motion.

IT IS SO ORDERED.

1