UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 6:12-cv-499

Name of party requesting extension: Biometrika Srl

Is this the first application for extension of time in this case?   ☑ Yes   ☐ No

If no, please indicate which application this represents:   ☐ Second   ☐ Third   ☐ Other _____

Date of Service of Summons: 3/4/13*

Number of days requested:   ☐ 30 days   ☑ 15 days   ☐ Other ____ days

New Deadline Date: 4/9/13   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Stephanie R. Barnes
State Bar No.: 24045696
Firm Name: Siebman, Burg, Phillips & Smith, LLP
Address: 4949 Hedgcoxe Road
           Suite 230
           Plano, Texas 75024
Phone: 214-387-9100
Fax:   214-387-9125
Email: stephaniebarnes@siebman.com

A certificate of conference does not need to be filed with this unopposed application.

*Biometrika Srl reserves all rights and defenses with respect to the delivery and sufficiency of process.