IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **BLUE SPIKE, LLC,**<br><br>*Plaintiff*,<br><br>v.<br><br>**TEXAS INSTRUMENTS, INC.,**<br><br>*Defendant*. | Civil Action No. 6:12-CV-00499-MHS<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| **BLUE SPIKE, LLC,**<br><br>*Plaintiff*,<br><br>v.<br><br>**BIOMETRIKA, SRL and FULCRUM BIOMETRICS, LLC,**<br><br>*Defendants*. | Civil Action No. 6:13-CV-00045-MHS<br>(Consolidated Case)<br><br>**JURY TRIAL DEMANDED** |

### ORDER GRANTING BIOMETRIKA, SRL'S MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS

Before the Court is Defendant Biometrika, SRL's ("Biometrika") Motion to Dismiss Plaintiff Blue Spike, LLC's ("Blue Spike") Complaint against it for Insufficient Service of Process pursuant to Federal Rule of Civil Procedure 12(b)(5).  Having considered the parties' submissions on the matter, the Court hereby **GRANTS** the Motion.

It is hereby **ORDERED** that all claims Blue Spike asserts against Biometrika are dismissed with prejudice.