IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC.,<br><br>*Defendant.* | Civil Action No. 6:12-CV-00499-MHS<br>(Lead Case)<br><br>JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>BIOMETRIKA, SRL and FULCRUM BIOMETRICS, LLC,<br><br>*Defendants.* | Civil Action No. 6:13-CV-00045-MHS<br>(Consolidated Case)<br><br>JURY TRIAL DEMANDED |

### BIOMETRIKA, SRL'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Defendant Biometrika, Srl discloses that its parent company is Umpi Elettronica Srl and that no publicly held corporation owns 10% or more of its stock.

Date: April 9, 2013

Respectfully submitted,

/s/ Ryan A. Kurtz
Stephanie Barnes (TX Bar No. 24045696)
SIEBMAN, BURG, PHILLIPS & SMITH, LLP
4949 Hedgcoxe Road, Suite 230
Plano, Texas 75024
(214) 387-9100
(214) 387-9125 (fax)
stephaniebarnes@siebman.com

*and*

MILLER & MARTIN PLLC
Ryan A. Kurtz (pro hac vice)
1170 Peachtree Street, N.E.
Suite 800
Atlanta, GA 30309-7706
(404) 962-6100
(404) 962-6300 (fax)
rkurtz@millermartin.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 9th day of April, 2013, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3). Any other counsel of record will be served by a facsimile transmission and/or first class mail.

/s/ Ryan A. Kurtz