UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **Blue Spike, LLC,** | § | |
| *Plaintiff*, | § | CASE NO. 6:12-cv-499 MHS |
| v. | § | LEAD CASE |
| Texas Instruments, Inc., et al., | § | Jury Trial Demanded |
| *Defendants*. | § | |

### ORDER ON VOLUNTARY DISMISSAL OF DEFENDANTS BIOLINK SOLUTIONS LTD., AND BIO-METRICA, LLC, WITHOUT PREJUDICE

The Court is in receipt of Plaintiff Blue Spike, LLC's Notice of Voluntary Dismissal of Defendants BIOLINK SOLUTIONS LTD., and BIO-METRICA, LLC, ("Defendants") without prejudice ("Notice"). At the time of filing of the Notice, Defendants have not yet answered the Complaint, and have not yet moved for summary judgment.

It is therefore ORDERED, that the Complaint is dismissed without prejudice against these specific Defendants.

**It is SO ORDERED.**

SIGNED this 9th day of April, 2013.

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE