IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § § | |
| Plaintiff, | § § | Civil Action No. 6:12-CV-499-MHS |
| | § | LEAD CASE IN CONSOLIDATED |
| v. | § § | ACTION |
| TEXAS INSTRUMENTS, INC., | § § | |
| Defendants. | § § § | JURY TRIAL DEMANDED |

**PLAINTIFF BLUE SPIKE, LLC'S DESIGNATION OF LEAD COUNSEL**

Blue Spike, LLC, plaintiff in the above-titled and numbered civil action, designates Randall T. Garteiser as its lead counsel for all purposes.

    Respectfully submitted,

    /s/ Randall T. Garteiser
    Randall T. Garteiser
    Texas Bar No. 24038912
    rgarteiser@ghiplaw.com
    Christopher A. Honea
    Texas Bar No. 24059967
    chonea@ghiplaw.com
    Christopher S. Johns
    Texas Bar No. 24044849
    cjohns@ghiplaw.com
    Kirk J. Anderson
    California Bar No. 289043
    Peter S. Brasher
    California Bar No. 283992
    **GARTEISER HONEA, P.C.**
    44 North San Pedro Road
    San Rafael, California 94903
    Telephone:  (415) 785-3762
    Facsimile:  (415) 785-3805

    *Counsel for Blue Spike LLC*

2

**CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 11th day of April 2013.

                                                                 /s/ Randall T. Garteiser