IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | |
|---|---|
| **BLUE SPIKE, LLC,**<br>*Plaintiff,*<br>v.<br>**TEXAS INSTRUMENTS, INC.,**<br>*Defendant.* | § § § § § § § § § § § | Civil Action No. 6:12-CV-499-MHS<br>LEAD CASE IN CONSOLIDATED ACTION<br><br>JURY TRIAL DEMANDED |

### PLAINTIFF'S NOTICE OF APPEARANCE OF KIRK J. ANDERSON

Blue Spike, LLC, plaintiff in the above-entitled and numbered civil action, hereby notifies the Court and all parties that the following person, in addition to those who previously gave notice, is appearing as counsel of record:

Kirk J. Anderson
California Bar No. 289043
kanderson@ghiplaw.com
44 North San Pedro Road
San Rafael, California 94903
Telephone:  (888) 908-4400
Facsimile:  (888) 908-4400

                                                  Respectfully submitted,

                                                  /s/ Kirk J. Anderson
                                                  Randall T. Garteiser
                                                  Texas Bar No. 24038912
                                                  rgarteiser@ghiplaw.com
                                                  Christopher A. Honea
                                                  Texas Bar No. 24059967
                                                  chonea@ghiplaw.com
                                                  Christopher S. Johns
                                                  Texas Bar No. 24044849
                                                  cjohns@ghiplaw.com
                                                  Kirk J. Anderson
                                                  California Bar No. 289043

        Peter S. Brasher
        California Bar No. 283992
        **GARTEISER HONEA, P.C.**
        44 North San Pedro Road
        San Rafael, California 94903
        Telephone:  (415) 785-3762
        Facsimile:  (415) 785-3805

        *Counsel for Blue Spike LLC*

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 11th day of April 2013.

        /s/ Kirk J. Anderson