**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** | § | |
| | § | |
|     **Plaintiff,** | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:12-cv-499-MHS |
| | § | (LEAD CASE) |
| **TEXAS INSTRUMENTS, INC.,** | § | |
| | § | |
|     **Defendant.** | § | |

**CONSOLIDATED WITH**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** | § | |
| | § | |
|     **Plaintiff,** | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:13-cv-126-MHS |
| | § | |
| **VISIBLE WORLD INC.,** | § | |
| | § | |
|     **Defendant.** | § | |

## DEFENDANT VISIBLE WORLD, INC.'S DEMAND FOR JURY TRIAL

Pursuant to Fed. R. Civ. P. 38(b), and in compliance with E.D. Tex. Loc. R. CV-38(a), Defendant, VISIBLE WORLD INC., hereby asserts its right to a trial by jury on all issues so triable.

Dated:  April 11, 2013

Respectfully submitted,

_____
ANDY TINDEL
State Bar No. 20054500

MANN, TINDEL & THOMPSON - ATTORNEYS AT LAW
112 East Line Street, Suite 304
Tyler, Texas 75702
Tel:     (903) 596-0900
Fax:     (903) 596-0909
Email:   atindel@andytindel.com

J. MARK MANN
State Bar No. 12926150
G. BLAKE THOMPSON
State Bar No. 24042003

MANN, TINDEL & THOMPSON – ATTORNEYS AT LAW
300 West Main Street
Henderson, Texas 75652
Tel:     (903) 657-8540
Fax:     (903) 657-6003
Email:  mark@themannfirm.com
Email:  blake@themannfirm.com

ATTORNEYS FOR DEFENDANT
VISIBLE WORLD INC.

## CERTIFICATE OF SERVICE

This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per E. Dist. Tex. Loc. Ct. R. CV-5(a)(3) on the 11th day of April, 2013. Any other counsel of record will be served via facsimile transmission.

_____
Andy Tindel