IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:12-cv-499-MHS |
| | § | (LEAD CASE) |
| TEXAS INSTRUMENTS, INC., | § | |
| | § | |
| Defendant. | § | |

CONSOLIDATED WITH

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:13-cv-126-MHS |
| | § | |
| VISIBLE WORLD INC., | § | |
| | § | |
| Defendant. | § | |

## DEFENDANT VISIBLE WORLD, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant Visible World, Inc. discloses that it has no parent corporation and no publicly held corporation holds 10% or more of its stock.

Dated:  April 11, 2013

Respectfully submitted,

_____
ANDY TINDEL
State Bar No. 20054500

MANN, TINDEL & THOMPSON - ATTORNEYS AT LAW
112 East Line Street, Suite 304
Tyler, Texas 75702
Tel:     (903) 596-0900
Fax:     (903) 596-0909
Email:   atindel@andytindel.com

J. MARK MANN
State Bar No. 12926150
G. BLAKE THOMPSON
State Bar No. 24042003

MANN, TINDEL & THOMPSON – ATTORNEYS AT LAW
300 West Main Street
Henderson, Texas 75652
Tel:     (903) 657-8540
Fax:     (903) 657-6003
Email: mark@themannfirm.com
Email: blake@themannfirm.com

ATTORNEYS FOR DEFENDANT
VISIBLE WORLD INC.

## CERTIFICATE OF SERVICE

This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per E. Dist. Tex. Loc. Ct. R. CV-5(a)(3) on the 11th day of April, 2013. Any other counsel of record will be served via facsimile transmission.

_____
Andy Tindel