IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>  *Plaintiff*,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC.,<br><br>  *Defendant*. | § § § § § § § § § § § § | Civil Action No. 6:12-CV-499-MHS<br>LEAD CASE IN CONSOLIDATED ACTION<br><br>JURY TRIAL DEMANDED |

### PLAINTIFF'S NOTICE OF APPEARANCE OF PETER S. BRASHER

Blue Spike, LLC, plaintiff in the above-titled and numbered civil action, hereby notifies the Court and all parties that the following person, in addition to those who previously gave notice, is appearing as counsel of record:

Peter S. Brasher
California Bar No. 283992
pbrasher@ghiplaw.com
44 North San Pedro Road
San Rafael, California 94903
Telephone: (888) 908-4400
Facsimile: (888) 908-4400

                Respectfully submitted,

                /s/ Peter S. Brasher
                Randall T. Garteiser
                Texas Bar No. 24038912
                rgarteiser@ghiplaw.com
                Christopher A. Honea
                Texas Bar No. 24059967
                chonea@ghiplaw.com
                Christopher S. Johns
                Texas Bar No. 24044849
                cjohns@ghiplaw.com
                Kirk J. Anderson
                California Bar No. 289043

Peter S. Brasher
California Bar No. 283992
**GARTEISER HONEA, P.C.**
44 North San Pedro Road
San Rafael, California 94903
Telephone:  (415) 785-3762
Facsimile:  (415) 785-3805

*Counsel for Blue Spike LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 11th day of April 2013.

/s/ Peter S. Brasher
