# Ex. 2



Search          SECURE LOGIN

SOLUTIONS          NEWSROOM          INVESTORS          CAREERS          ABOUT

Home > Press Releases

NEWS

## ENTROPIC PARTNERS WITH FLINGO FOR INTERACTIVE TV WITHIN SET-TOP BOXES AND SECOND SCREENS

**Demonstrated at CES, Entropic Makes Linear Television More Valuable by Integrating Social TV and Dynamic Advertising Capabilities Enabled by Flingo's Automatic Content Recognition (ACR) Platform**

LAS VEGAS, NV--(Marketwire - Jan 8, 2013) - **The Consumer Electronics Show --** Flingo (www.flingo.tv), a leading developer of TV and STB software, today announced that Samba (http://mwne.ws/13edhXd), its new interactive TV platform, will be integrated into Entropic's next-generation set-top box (STB) chipsets to instantly synchronize any screen -- TV, tablet, phone or PC -- with live TV shows. Samba automatically identifies live TV shows and TV advertisements, and almost instantly presents the viewer with real-time information and social media discussions about the programing within the TV or STB user-interface or nearby Smart Phone, tablet or PC.

Entropic is a leading manufacturer of semiconductor solutions for the connected home. Its platform offers substantial features and performance and is recognized for powering leading STBs, including: Cisco, Motorola, Humax, Technicolor and Pace. Entropic is also a pioneer in MoCA® (Multimedia over Coax Alliance), which is at the heart of the IP STB revolution that is taking place in the consumer's home today. By using MoCA, consumers can move high-bitrate HD video as well as ensure a reliable network backbone to other devices in the home that are running Flingo apps.

The Entropic platform integrated with Samba makes watching TV more engaging as viewers can discover content on the TV or via their mobile device, and instantly share their favorites with friends. Samba delivers capabilities such as check-ins, tweets, polls, quizzes, cast and crew information, and special offers directly on the TV itself. Underlying Samba, Flingo has a unique approach of embedding its content recognition technology into the chipset's operating system, rather than relying on the microphone from second screen devices to identify broadcast content playing on the TV. Flingo's technology can identify related content within a few seconds of changing channels, and makes this context available to applications running on the TV, STB or any device within the home. It also makes traditional advertisements actionable, dynamic and swappable if the network or operator enables these features.

"Entropic's set-top box system-on-a-chip solution is a high performance platform and leverages the intelligence of Flingo's video content detection algorithm to drive new opportunities for service providers and advertisers," said Dr. Anton Monk, co-founder and vice president of Technology at Entropic. "Our partnership with Flingo enables operators and advertisers to monetize the set-top box by obtaining higher ARPU and finer granularity and insight into viewership trends."

"Working with Entropic allows us to support TV operators with a turnkey solution for social TV, interactive ads, and second screen experiences," said Ashwin Navin, CEO and co-founder of Flingo. "We are excited to announce this joint-offering to operators and set-top box manufacturers worldwide."

Flingo will be demonstrating Samba in Las Vegas at CES 2013 in the Central Hall (booth 15239). It will also be available for demonstration in Entropic's showroom at the Wynn Las Vegas - Alsace Ballroom.

### About Entropic

Entropic™ (NASDAQ: ENTR) is a world leader in semiconductor solutions for the connected home. The Company transforms how traditional HDTV broadcast and IP-based streaming video content is seamlessly, reliably, and securely delivered, processed, and distributed into and throughout the home. Entropic's next-generation Set-top Box (STB) System-on-a-Chip (SoC) and Connectivity solutions enable Pay-TV operators to offer consumers more captivating whole-home entertainment experiences by transforming the way digital entertainment is delivered, connected and consumed -- in the home and on the go. For more information, visit Entropic at: www.entropic.com

### About Flingo

Founded in 2008, Flingo delivers a more engaging TV experience through its portfolio of applications and TV platform technologies. Flingo publishes more STB apps than any other company in the world and is a product and service of Free Stream Media Corp. Flingo's automatic content recognition (ACR) platform, Samba, seamlessly connects STBs, laptops or tablets and mobile phones via a web browser to instantly deliver contextually relevant information to viewers' second screens. Flingo is currently available on over 15 million screens, in 118 countries worldwide. For more information, please visit http://flingo.tv /acr-syncapps.html, or follow @FlingoTV.

### Forward-Looking Statements

Statements in this press release that are not strictly historical in nature constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements include, but are not limited to, statements regarding Entropic's STB SoC and MoCA home networking technology and statements regarding the anticipated benefits from the collaboration between Entropic and Flingo. Such forward-looking statements involve known and unknown risks, uncertainties and other factors which may cause Entropic's and/or Flingo's actual results to be materially different from any results expressed or implied by such forward-looking statements. These factors include, but are not limited to, the success of the collaboration between Entropic and Flingo, which will depend, in part, on risks associated with market acceptance for the devices referenced in this press release, and dependence on operators to purchase and deploy such products. All forward-looking statements are qualified in their entirety by this cautionary statement.

## CONTACT INFORMATION

### Press Contacts

Lydia Howard
Vantage Communications for Flingo
+1.413.461.1218
lhoward@flingo.tv

Deb Hart
Director, Investor Relations, Entropic
+1 858.768.3852
debra.hart@entropic.com

Chris Fallon
Senior Director, Corporate Communications, Entropic
+1 917.974.1667
chris.fallon@entropic.com

| SOLUTIONS | NEWSROOM | INVESTORS | ABOUT |
|---|---|---|---|
| Cable | Events | Overview | Careers |
| CE \| Retail | In the News | Stock Information | Entropic Profile |
| Free-to-Air \| Terrestrial | Featured Content | IR Events & Presentations | Leadership |

CONTACT US

Case 6:12-cv-00499-RWS-CMC   Document 640-3   Filed 04/11/13   Page 4 of 4 PageID #:  4317

Satellite                  Media Resources            Corporate Governance          Contact Us
Specialized Markets        Press Releases             Financial Information
Telco | IPTV               Contact                    SEC Filings
                                                       Annual Meeting Materials
                                                       Analyst Coverage
                                                       Online Investor Kit
                                                       Investor FAQ

© 2013 Entropic Communications. All rights reserved.          Terms of Use    Fact Sheet    Contact