# Ex. 3

| SAMBA | LAUNCHPAD | ABOUT US | FLINGO.ORG | CONTACT US |



## FLINGO'S INDUSTRY-LEADING AUTOMATIC CONTENT RECOGNITION (ACR) TECHNOLOGY

Flingo's SyncApps framework brings contextually relevant content directly to the viewer's TV, laptop, tablet or smart phone while watching live TV. Viewers are just one-click away from instantly sharing their favorite TV moments with friends, or easily participating in the conversation happening on Twitter and Facebook about their favorite shows. This is enabled by Flingo's core technology in algorithmic content detection, which identifies hundreds of channels of live television content that are being analyzed in Flingo data centers across North America.



If you are a broadcaster or a TV manufacturer, interactive programming on the Smart TV provides an opportunity to enhance and transform your business model. When Smart TVs can rapidly identify shows and advertising, the Smart TV provides an interactive overlay on live TV. Prior to SyncApps, the TV display was unaware of what programming was actually on screen. Flingo SyncApps makes the display far more intelligent about what's on screen by rapidly identifying the uniqueness of each individual video frame, in real-time!

### SPECIFICATIONS:

* Real-time: Flingo does not require broadcasters to provide us content in advance, we can fingerprint your linear feed in real-time (24x7).
* Scheduled interactions: We provide a workflow for fingerprinting shows and advertising prior to broadcast for more custom interactivity.
* Video fingerprinting: Our technology uses video (not audio) because we are integrated in the video pipeline of the TV's chipset.
* Fast: Our average recognition time is less than 3 seconds.
* Robust: We have tested our technology on every major cable and satellite operator in North America, in every time-zone, in multiple resolutions.
* Multimedia: In addition to recognizing linear television programming, we support video-on-demand, TV box sets, movies and video games.
* Frame accurate: Our server response is fast and includes a relative time-stamp with high granularity for very precise interactions on shows and advertising.
* Low error rate: We have a very high threshold for acceptable false positive rate.
* Documented API: Developers of second screen applications can refer to this.

If you wish to learn more about Flingo SyncApps, Automatic Content Recognition, or Interactive Television, please send an email to info@flingo.tv

© 2011 Free Stream Media Corp. All rights reserved.
FLINGO is a registered trademark of FREE STREAM MEDIA CORP.
Support - Feedback
EULA - Privacy Policy