# Ex. 4



SECURE LOGIN

SOLUTIONS    NEWSROOM    INVESTORS    CAREERS    ABOUT

Home > Press Releases

NEWS

# ENTROPIC TO EMBED AUDIBLE MAGIC'S SMARTID TECHNOLOGY INTO THE SET-TOP BOX SYSTEM-ON-A-CHIP PLATFORM

*Platform Connects Service Providers and Advertisers with Consumers in Real-Time to Increase TV Interactivity*

2013 International CES

LAS VEGAS--(BUSINESS WIRE)--Audible Magic® and Entropic (NASDAQ: ENTR), a world leader in semiconductor solutions for the connected home, today announced the port of Audible Magic's SmartID™ ACR (automatic content recognition) technology onto the Entropic set-top box (STB) system-on-a-chip (SoC) platform, which gets embedded into STB devices used by MVPDs. Leveraging an ACR-enabled STB, service providers and advertisers gain an opportunity to monetize digital entertainment and give consumers new ways to interact with various brands as they watch live and recorded TV. The Entropic/Audible Magic platform will be shown using STBs available today at the Audible Magic booth #75314 in Eureka Park at the Venetian as well as Entropic's Meeting Suite at the Wynn Las Vegas during the Consumer Electronics Show (CES) in January 8-11.

"Every breakthrough service has a key enabling technology"

Service providers and advertisers seek new methods to increase consumer loyalty and drive revenue. An ACR-based STB solution, like the cooperation between Audible Magic and Entropic, can provide a future-forward approach to revenue-generation and consumer engagement through advanced interactive TV (iTV) and advertising services. Specifically, through this collaboration, Audible Magic delivers patented digital fingerprinting technology that identifies TV content in real-time as it's shown on the TV screen; Entropic provides its open and flexible STB SoC platform that seamlessly incorporates the Audible Magic ACR system to power the advanced iTV services.

"Every breakthrough service has a key enabling technology," said Anton Monk, co-founder and vice president of Technology of Entropic. "Our open set-top box system-on-a-chip platform incorporated with the Audible Magic automated content recognition system can provide powerful, long-term relationships between brands and consumers by easily forming meaningful connections between programmers, advertisers and consumers."

"This collaboration brings the world closer to realizing the enormous potential of interactive advertising," added Jay Friedman, vice president of Marketing for Audible Magic. "Incorporating ACR technology into a hardware solution as established—and popular—as the Entropic system is a big deal. It will connect TV advertisers to millions of consumers in real time and then tailor promotions and other information to those consumers' needs more precisely and satisfactorily. We're delighted to work with Entropic to help make this happen."

**About Audible Magic**

Audible Magic is the trusted leader in digital fingerprinting for recognizing content in all forms across radio and television broadcasts, Internet streams, cable and satellite transmissions, stored digital files, and on consumer devices such as smart TVs, set-top boxes, smart phones, tablets, and other appliances. Since its founding in 1999, the company has been awarded more than 20 patents in the U.S. and in Europe.

Currently, Audible Magic works with more than 200 customers and partners, including A+E, CBS, CBC, Dailymotion, Discovery, Disney, Facebook, Fox, Metacafe, MySpace, NBC, Sony, Soundcloud, TVplus, Univision, Universal Music, Verizon, Viacom, and Warner Music.

**About Entropic**

Entropic (NASDAQ: ENTR) is a world leader in semiconductor solutions for the connected home. The Company transforms how traditional HDTV broadcast and IP-based streaming video content is seamlessly, reliably, and securely delivered, processed, and distributed into and throughout the home. Entropic's next-generation Set-top Box (STB) System-on-a-Chip (SoC) and Connectivity solutions enable Pay-TV operators to offer consumers more captivating whole-home entertainment experiences by transforming the way digital entertainment is delivered, connected and consumed – in the home and on the go. For more information, visit Entropic at: www.entropic.com.

**Forward-Looking Statements**

Statements in this press release that are not strictly historical in nature constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements include, but are not limited to, statements regarding Entropic's technology and statements regarding the anticipated benefits from the collaboration between Entropic, Audible Magic and Technicolor. Such forward-looking statements involve known and unknown risks, uncertainties and other factors which may cause Entropic's, Audible Magic's and/or Technicolor's actual results to be materially different from any results expressed or implied by such forward-looking statements. These factors include, but are not limited to, the success of the collaboration between Entropic Audible Magic and Technicolor, which will depend, in part, on risks associated with market acceptance for the devices referenced in this press release, and dependence on operator and advertiser interests. All forward-looking statements are qualified in their entirety by this cautionary statement.

Copyright © 2013 Entropic. All rights reserved. *All other product or company names mentioned are used for identification purposes only and may be trademarks of their respective owners.*

## Contacts

Audible Magic
Jay Friedman, 408-402-6538
VP of Marketing
j_friedman@audiblemagic.com
or
Entropic
Investors:
Debra Hart, +1 858-768-3852
director, Investor Relations
debra.hart@entropic.com
Press:
Chris Fallon, +1 917-974-1667
senior director, Corporate Communications
chris.fallon@entropic.com

| CONTACT US | SOLUTIONS | NEWSROOM | INVESTORS | ABOUT |
|---|---|---|---|---|
| | Cable | Events | Overview | Careers |
| | CE \| Retail | In the News | Stock Information | Entropic Profile |
| | Free-to-Air \| Terrestrial | Featured Content | IR Events & Presentations | Leadership |
| | Satellite | Media Resources | Corporate Governance | Contact Us |
| | Specialized Markets | Press Releases | Financial Information | |

| Telco | IPTV | Contact | SEC Filings |  |
|---|---|---|---|
| | | Annual Meeting Materials | |
| | | Analyst Coverage | |
| | | Online Investor Kit | |
| | | Investor FAQ | |

© 2013 Entropic Communications. All rights reserved.   Terms of Use   Fact Sheet   Contact