UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Blue Spike, LLC,<br><br>　　*Plaintiff*,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC., et al.,<br><br>　　*Defendants*. | CASE NO. 6:12-cv-499 MHS<br><br>LEAD CASE<br><br>Jury Trial Demanded |
| Blue Spike, LLC,<br><br>　　*Plaintiff*,<br><br>v.<br><br>ENTROPIC COMMUNICATIONS, INC.,<br><br>　　*Defendant*. | CASE NO. 6:13-cv-125 MHS<br><br>CONSOLIDATED CASE<br><br>Jury Trial Demanded |

**ORDER DENYING DEFENDANT ENTROPIC COMMUNICATIONS, INC.'S MOTION TO DISMISS [DKT. 533]**

On this day came for consideration Defendant Entropic Communications, Inc.'s Motion to Dismiss Plaintiff Blue Spike, LLC's Claims for Failure to State a Claim on Which Relief Can Be Granted Under FED. R. CIV. P. 12(b)(6). Having considered Entropic Communications, Inc.'s motion and supporting papers and Blue Spike's opposition and supporting papers, the Court is of the opinion that said motion should be DENIED.

IT IS HEREBY ORDERED that Entropic Communications, Inc.'s Motion to Dismiss is hereby denied on the grounds that Blue Spike has adequately pleaded its claims for induced infringement, contributory infringement, and willful infringement.

IT IS SO ORDERED.