IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

|  |  |
|---|---|
| BLUE SPIKE, LLC,<br><br>                    Plaintiff<br><br>vs.<br><br>TV INTERACTIVE SYSTEMS, INC.,<br><br>                    Defendant. | Civil Action No. 6:12-cv-00684-LED<br>(Lead Case No. 6:12-00499-LED) |

## [PROPOSED] ORDER

Defendant TV Interactive Systems, Inc., which is now known as Cognitive Media Networks, Inc. ("CMN"), filed its Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue ("Motion").  The Court finds that the Motion should be and is hereby **GRANTED**.

It is therefore **ORDERED** that all claims by Blue Spike, LLC against CMN are dismissed without prejudice.

**SO ORDERED.**