IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>          Plaintiff<br><br>vs.<br><br>TV INTERACTIVE SYSTEMS, INC.,<br><br>          Defendant. | Civil Action No. 6:12-cv-00684-LED<br>(Lead Case No. 6:12-00499-LED) |

**DEFENDANT TV INTERACTIVE SYSTEM, INC.'S
<u>CORPORATE DISCLOSURE STATEMENT</u>**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant TV Interactive Systems, Inc., which is now known as Cognitive Media Networks Inc., hereby submits its Corporate Disclosure Statement and states that it does not have any parent corporation and that there are no publicly held companies that own ten percent (10%) or more of its stock.

Dated: November 26, 2012            Respectfully submitted,

                                                               */s/ Christopher Kao*
                                                               Christopher Kao (CA State Bar No. 237716)
                                                               Perkins Coie LLP
                                                                3150 Porter Drive
                                                                Palo Alto, CA 94304-1212
                                                                Telephone:  (650) 838-4406
                                                                Facsimile:  (650) 838-4606
                                                                Email:  ckao@perkinscoie.com

                                                                **ATTORNEYS FOR DEFENDANT
                                                                TV INTERACTIVE SYSTEMS, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 12th day of April, 2013, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) (re-filed from November 26, 2012 per Court's consolidated order).

*/s/ Christopher Kao*
Christopher Kao