UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **Blue Spike, LLC** | § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 6:12-cv-499 |
| **Texas Instruments, Inc.** | § § | |
| Defendant | § | |

---

| | | |
|---|---|---|
| **Blue Spike, LLC** | § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 6:12-cv-00598 |
| **Soundmouse, Ltd.** | § § | |
| Defendant. | § | |

## ORDER

After full consideration of the argument and authorities presented with respect to Defendant Soundmouse Ltd.'s *Motion to Dismiss, or, in the Alternative, Motion to Transfer*, the Court hereby grants the motion and dismisses the case.

IT IS SO ORDERED.

1