# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § § § | |
| PLAINTIFF, | § § | CASE NO. 6:12-CV-598 |
| v. | § § | JURY TRIAL DEMANDED |
| SOUNDMOUSE LTD., | § § § | |
| DEFENDANT | § | |

### DECLARATION IN SUPPORT OF SOUNDMOUSE, LTD.'S MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS

1. My name is Charles Hodgkinson. I am over the age of 18, am competent to make this declaration, and have personal knowledge of the facts sworn to herein.

2. Soundmouse is a company located in the United Kingdom.

3. Soundmouse does not have any locations in the United States.

4. Soundmouse received the summons and *Complaint* for this case via registered mail from the Texas Secretary of State.

5. Soundmouse has not received these documents through the United Kingdom's Central Authority or diplomatic agents.

Signed this 12th day of April 2013.

_____
Charles Hodgkinson

1