IUNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **Blue Spike, LLC** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **Case No. 6:12-cv-499** |
| | § | |
| **Texas Instruments, Inc.** | § | |
| | § | |
| Defendant | § | |

-----

| | | |
|---|---|---|
| **Blue Spike, LLC** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | **Case No. 6:12-cv-00598** |
| **Soundmouse, Ltd.** | § | |
| | § | |
| Defendant. | § | |

### **ORDER**

After full consideration of the argument and authorities presented with respect to Defendant Soundmouse Ltd.'s *Motion to Dismiss for Insufficient Service of Process*, the Court hereby grants the motion and dismisses the case.

IT IS SO ORDERED.

1