# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:12-cv-499 LED |
| | § | |
| **TEXAS INSTRUMENTS, INC.,** | § | |
| Defendant. | § | |

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:13-cv-106 MHS |
| | § | |
| **AXXONSOFT US, INC and** | § | [Consolidated with |
| **AXXONSOFT LTD.,** | § | Case No. 6:12-cv-499 LED] |
| Defendants. | § | |

## [PROPOSED] ORDER GRANTING MOTION TO DISMISS

In consideration of Defendants AxxonSoft US, Inc. and AxxonSoft Ltd. Motion to Dismiss, the Court **GRANTS** Defendants AxxonSoft US, Inc. and AxxonSoft Ltd.'s Motion to Dismiss Blue Spike, LLC's Complaint for Patent Infringement.