# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:12-cv-499 LED |
| | § | |
| **TEXAS INSTRUMENTS, INC.,** | § | |
|     Defendant. | § | |

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:13-cv-106 MHS |
| | § | |
| **AXXONSOFT US, INC and** | § | [Consolidated with |
| **AXXONSOFT LTD.,** | § | Case No. 6:12-cv-499 LED] |
|     Defendants. | § | |

## FINANCIAL DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants AxxonSoft US, Inc. and AxxonSoft Ltd. disclose the following:

AxxonSoft US, Inc.'s privately held parent company is AxxonSoft Ltd. and no publicly held entity owns 10% or more of AxxonSoft US, Inc.'s stock.

AxxonSoft Ltd.'s privately held parent company is ITV Group LTD and no publicly held entity owns 10% or more of AxxonSoft Ltd.'s stock.

Dated:  April 12, 2013          Respectfully submitted,

                                    By:  */s/ Erik B. Milch*
                                          COOLEY LLP
                                          Erik B. Milch
                                          emilch@cooley.com
                                          One Freedom Square
                                          Reston Town Center
                                          11951 Freedom Drive
                                          Reston, Virginia 20190-5656

Tel:  703 456-8000
Fax:  703 456-8100

*Attorneys for Defendants AxxonSoft US, Inc. and AxxonSoft Ltd.*

3

## CERTIFICATE OF SERVICE

I, Erik B. Milch, do hereby certify that on this 12th day of April 2013, I caused a true and correct copy of the foregoing **FINANCIAL DISCLOSURE STATEMENT** to be electronically filed with Clerk of the Court using CM/ECF which will send notification to all registered attorneys of record.

*/s/ Erik B. Milch*