# Exhibit 1

TIME & ATTENDANCE SOLUTIONS

# Time Guardian® SERIES

*Managing the IN's and OUT's of Your Business*

*Easy-To-Use Time & Attendance Systems*

## Connect to Amano Web for Free Demo

www.amano.com/time

AMANO



***Introducing***

*Time Guardian® Series —*

*the next generation in time*

*& attendance. Amano leverages*

*it's vast industry experience*

*and expertise with new technology*

*and product innovations,*

*to deliver the following*

*benefits:*



- *Easy navigation using a tree structure — no complicated menus.*
- *Each module contains "Quick Reference" lists for fast viewing.*
- *Large icons strategically placed throughout the product.*
- *Powerful, innovative set-up wizard guides the user through most configuration options, delivering detailed descriptions, so the user can navigate effortlessly without the need for manuals or online help.*
- *Editing screen allows users to fully customize its appearance with special colors and the ability to resize or hide fields as needed.*
- *Multiple communications options include serial, modem and Ethernet connectivity. Amano's new MTX-15 data collection terminal offers all-new function keys and key pad, delivering superior performance at an economical price.*
- *Current Amano TruTime and TimeGuardian customers can upgrade to Time Guardian Pro without losing any punch data, while maintaining the use of existing data collection hardware.*
- *Utilizes full-feature SQL database with no licensing fees.*
- *Time Guardian Series integrates with Amano's AXP-200 and AmanoNet access control solution.*

## Time Guardian Series also delivers the following standard time and attendance benefits:

- **Automatically calculates total hours**
- **Eliminates mistakes, minimizes repetitive tasks**
- **No time cards or their prep work**
- **No card collection, storage, or filing**
- **User-friendly design and navigation**
- **Interfaces with many popular payroll products**
- **Time tracking and attendance reporting**
- **Password protection**
- **Multi-level overtime**
- **Shift differential**
- **Individual scheduling**
- **Labor tracking with wages/rates**
- **Comprehensive rounding abilities**
- **Advanced meal/break rules**
- **Internet interface with web module**
- **Up to a minutes events notification**

## *Easy-To-Use Workforce Management Suite*

*Comprehensive rounding rules: The most comprehensive rounding features in the industry allow users to round employees' punches by the punch, day, pay period, and by transfer pair — another industry first from Amano, the time management leaders.*

*One Time Holiday Configuration: Plain English holiday rules allow users to define any holiday imaginable. With Time Guardian Series' innovative holiday configuration, you enter your company's criteria and your holidays are automatically calculated annually — an industry first!*

*Employee Maintenance: Setting up new employees is a snap. Import a picture, assign a supervisor, record personal information, and maintain certifications, all in just a few seconds.*

*Instant messaging: A real time interface with configurable alerts notifies the administrator of exceptions. The Instant Messaging (IM) tool also enables PC-based punching.*

*For those to whom security is a priority, when using Time Guardian Series with an Amano access control product, you can assign the badge and validate the readers with the click of a button. Manage employee security and time management from a single program!*

## Employee Time Card Screen

*The most comprehensive single-screen collection of time and attendance data available in a time and attendance product. All information is fully customizable.*

1. *Indicators for quick reference.*
2. *Scrolling arrows for quick edits.*
3. *Color coding of exceptions gives quick visual confirmation of an occurrence.*
4. *"Pay-as-Punch" feature allows override of a rounding rule.*
5. *Employee schedule is displayed for reference.*
6. *View, change or add a department transfer.*
7. *Add comments to remember important event information.*
8. *Employee drop down selection list makes finding an employee effortless.*
9. *Filter button allows user to filter out certain groups of employees.*
10. *Daily totals section for quick reference.*
11. *"Actual" .vs "Rounded" tool allows you to see the results of programmed rounding rules to take the guesswork out of rounding.*
12. *Quickly change an employee schedule for changes "on-the-fly". Keeps scheduling flexible.*
13. *View exceptions as they occur.*
14. *View break hours taken without having to manually calculate them.*
15. *Pay period totals section for quick reference.*

*With detailed user preference options, Each user can configure and customize his or her own view for a truly unique Experience.*



Connect to our knowledge base www.amano.com/tkb
Total Hours
Break Hour
Exceptions
Schedule
Hours Auth
B-Sch Auth
A-Sch Auth
U-Sch Auth
Section
Tip $
Comments/Reason
10:30
00:30
LI, LO
Wed 07:30 AM - Wed 04:00 PM
15 - SHIPPING
5.00
Had a flat tire.
05:59
00:30
BG, EO
Thu 07:30 AM - Thu 04:00 PM
00:00
Fri 07:30 AM - Fri 04:00 PM
08:14
00:30
Unscheduled
08:02
00:30
LI, LO
Mon 07:00 AM - Mon 03:30 PM
08:00
00:30
LO
Tue 07:30 AM - Tue 04:00 PM
0300p - 1100p
0700a - 0330p
0800a - 0430p
0800a - 0500p
SPECIAL
STANDARD
Pay Code
Hours
Total
40:45
REG
40:00
OT1
00:45
VAC
08:00

# Employee Portal *TIME GUARDIAN SERIES*

*Time Guardian Series offers web access through an employee or supervisor portal, thereby users can perform a variety of daily activities anywhere from a PC on line. You can utilize all these functions in Time Guardian Pro or upgrade your existing Time Guardian and Time Guardian Plus with additional modules. Ask your Local Representative about our add-on modules.*

1

2

3

- *Punch in and out*
- *Submit or allocate hours*
- *View schedule*
- *View period totals*
- *View previous punches*
- *Change password*

4

1. *Employee punch screen*
2. *Employee punch type*
3. *Punch transfer selection*
4. *Employee time card*

Connect to our knowledge base www.amano.com/tkb

## Supervisor Portal TIME GUARDIAN SERIES

Individual Scheduler
Time Guardian SERIES
Orange Transit Corp
Adjustments
AMANO

1. *Supervisor reports general tab screen*
2. *Supervisor reports sort tab screen*
3. *Supervisor time card adjustment labor selection*
4. *Supervisor individual schedule entry screen*

- Edit punches and hours
- Create individual schedules
- Enter new employees
- Customize and run reports

## Multiple Hardware Solutions

MODEL MTX-15

### MTX-15 Badge Swipe Terminal:

*Full feature, scalable, menu driven terminal for many applications. From basic time and attendance to job costing, this terminal does it all. Features include:*

- *RS-232C, RS-485, Modem, and Ethernet communications options*
- *Numeric keypad with four function keys*
- *128 X 64 graphical display*
- *Supports mag-stripe, barcode, or proximity cards*
- *Labor transfers (up to six levels)*
- *Break/meal button*
- *Download up to 500 employees and 10,000 labor level transfers for validation*
- *Stores up to 20,000 swipes, View Hours, View Punches and Lock in schedule*

MODEL FPT-40

### FPT-40 Biometric Fingerprint Terminal:

- *Designed to eliminate "buddy-punching"*
- *Two punch options: Fingerprint and Pin Number*
- *1500 employee capacity*
- *Automatic data polling and time synchronization*
- *RS-232C, RS-485, Modem, and Ethernet communications options*
- *Stores up to 30,000 transactions and View Hours*

HANDPUNCH 2000

### Full integration with the complete line of Hand Punch terminals:

- *Supports HP-1000, HP-2000, HP-3000, and HP-4000*
- *RS-232C, RS-485, Modem, and Ethernet communications options (depends on model)*
- *Relay scheduling for bell ringing*
- *Advanced features include employee messaging, job or department transfer validation (Model HP-4000 only) HP-2000, HP-3000, AND HP-4000 have standard 512 user capacity. The 3000 and 4000 are upgradeable*

NEXUS LITE

### Nexus Lite Controller:

- *Keyless Access Control, Network-Ready Controller*
- *Up to 1000 users*
- *Expandable up to 8 Doors*
- *Activity reports*
- *Available in Touch-screen or Web Interface*

MODEL KHR

### Entry/Exit Readers:

*Combined with Amano access control products, entry & exit readers can be designated as time & attendance terminals.*

## System Requirements

- Servers: Windows 2003/2008
- Workstations: Windows XP/Vista/Windows 7/MAC OS X
- Pentium® 4 processor or higher recommended
- CD-ROM Drive
- 1 GB RAM minimum recommended (2GB preferred)
- 1 GB of Free Hard Disk Space
- Modem and PC Anywhere *(Optional software recommended for remote support)*




140 Harrison Avenue
Roseland, New Jersey 07068
(973) 403-1900
www.amano.com/time

©2011 Amano Cincinnati, Inc. All rights reserved. LTA-TIMEGUARDS 07/11