UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § § § | |
| *Plaintiff*, | § § | CASE NO. 6:12-cv-499 MHS |
| v. | § § | LEAD CASE |
| TEXAS INSTRUMENTS, INC., et al., | § § | Jury Trial Demanded |
| *Defendants*. | § § | |
| Blue Spike, LLC, | § § § | |
| *Plaintiff*, | § § | CASE NO. 6:13-cv-109 MHS |
| v. | § § | CONSOLIDATED CASE |
| AMANO CINCINNATI, INC., | § § | Jury Trial Demanded |
| *Defendant*. | § § | |

**ORDER DENYING DEFENDANT AMANO CINCINNATI, INC.'S MOTION TO DISMISS [DKT. 577]**

On this day came for consideration Defendant Amano Cincinnati, Inc.'s Motion to Dismiss Plaintiff Blue Spike, LLC's Claims for Failure to State a Claim on Which Relief Can Be Granted Under FED. R. CIV. P. 12(b)(6). Having considered Entropic Communications, Inc.'s motion and supporting papers and Blue Spike's opposition and supporting papers, the Court is of the opinion that said motion should be DENIED.

IT IS HEREBY ORDERED that Amano Cincinnati, Inc.'s Motion to Dismiss is hereby denied on the grounds that Blue Spike has adequately pleaded its claims for induced infringement, contributory infringement, and willful infringement.

IT IS SO ORDERED.