# Exhibit 5

Case 6:12-cv-00499-RWS-CMC   Document 651-6   Filed 04/15/13   Page 2 of 2 PageID #:  4711

