IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC<br>    *Plaintiff*,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC.<br>    *Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO.  6:12-cv-499-MHS<br>(LEAD CASE) |
| BLUE SPIKE, LLC<br>    *Plaintiff*,<br><br>v.<br><br>AUDIBLE MAGIC CORPORATION, et al<br>    *Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO.  6:12-cv-576-MHS<br>(Member Case) |

## REPORT OF MEDIATION

The above-captioned case was mediated by the Honorable David Folsom (ret.) on Monday, March 25, 2013, between Plaintiff, Blue Spike, LLC and Defendant, Audible Magic Corporation.  The mediation ended at an impasse.

**Signed this 18th day of April, 2013.**

>                               */s/  David Folsom*
> Hon. David Folsom (ret.)
> TXBN: 07210800
> Jackson Walker, LLP
> 6004 Summerfield Drive
> Texarkana, Texas  75503
> Telephone: (903) 255-3250
> Facsimile:  (903) 255-3265
> E-mail:  dfolsom@jw.com

9163807v.1 141408/00097

## **CERTIFICATE OF SERVICE**

   The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on this 18th day of April, 2013.  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).

                */s/  David Folsom*_____
                Hon. David Folsom

9163807v.1 141408/00097