IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>　　　Plaintiff,<br>v.<br><br>TEXAS INSTRUMENTS, INC. *et al.*,<br><br>　　　Defendant. | Civil Action No. 6:12-cv-499-LED<br><br>LEAD CASE |
| BLUE SPIKE, LLC,<br><br>　　　Plaintiff,<br>v.<br><br>SMART MEDIA INNOVATIONS LLC and SMART MEDIA INNOVATIONS LTD.,<br><br>　　　Defendants. | Civil Action Case No. 6-13-cv-110<br><br>CONSOLIDATED CASE |

### DEFENDANT SMART MEDIA INNOVATIONS, LTD.'S COPORATE DISCLOSURE STATEMENT

　　　Pursuant to Fed. R. Civ. P. 7.1, Defendant Smart Media Innovations, Ltd. hereby states:

　　　1.　　Smart Media Innovations, Ltd. has no parent company.

　　　2.　　No publicly-traded company owns more than 10% of Smart Media Innovations, Ltd.'s stock.

Respectfully submitted this 18th day of April, 2013.　　　WEISS & MOY, P.C.

　　　　　　　　　　　　　　　　　　　　　　　　　　　By: /s/ Kenneth M. Motolenich-Salas
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Kenneth M. Motolenich-Salas
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　4204 N. Brown Avenue
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Scottsdale, AZ 85251
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Tel: (480) 994-8888
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: (480) 947-2663
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: kmotolenich@weissiplaw.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Smart Media Innovations, LLC
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　and Smart Media Innovations, Ltd.

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

April 18, 2013                                         */s/ Kenneth M. Motolenich-Salas*
                                                       Kenneth M. Motolenich-Salas