# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| Blue Spike, LLC, § | |
| § | Civil Action No. 6:12-cv-499-MHS |
| § | **(Lead case for Consolidation Issues)** |
| v. § | Jury Trial Demanded |
| § | |
| Texas Instruments, Inc., § | |

## DEFENDANT ENSWERS, INC.'S
## UNOPPOSED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE
## RESPOND TO PLAINTIFF'S ORIGINAL COMPLAINT

COMES NOW Enswers, Inc., a defendant in the above case, and hereby moves the Court to extend its deadline to answer or otherwise respond to Plaintiff's Original Complaint up to, and including, June 3, 2013.

Plaintiff Blue Spike, LLC does not oppose this Motion. The parties are involved in settlement negotiations. Giving Enswers, Inc. more time will allow it to devote its resources to settlement rather than litigation. The extension requested by this motion will not cause delay.

WHEREFORE, Defendant Enswers, Inc. moves the Court to extend its deadline to answer or otherwise respond to Plaintiff's Original Complaint to and including June 3, 2013.

Dated:  April 18, 2013                    Respectfully submitted,

*/s/ Michael E. Jones*
Michae. E. Jones
Texas Bar No. 10969400
mikejones@potterminton.com
POTTER MINTON
A Professional Corporation
110 N. College Avenue, Suite 500
Tyler, Texas 75702
Telephone: 903-597-8311
Facsimile:  903-593-0846

Benjamin Hershkowitz
NY Bar No. 2600559
bhershkowitz@gibsondunn.com
GIBSON DUNN & CRUTCHER
200 Park Ave., 48th Floor
New York, NY 10166-0193
Phone:  212-351-2410
Fax: 212-351-6210

**ATTORNEYS FOR ENSWERS, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on April 18, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by U.S. first class mail.

*/s/ Michael E. Jones*
Michael E. Jones

{A07/9260/0001/W1021703.1 }