IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § | |
| | § | Civil Action No. 6:12-cv-499-MHS |
| | § | **(Lead case for Consolidation Issues)** |
| v. | § | Jury Trial Demanded |
| | § | |
| Texas Instruments, Inc., | § | |

**ORDER GRANTING DEFENDANT ENSWERS, INC.'S
UNOPPOSED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE
RESPOND TO PLAINTIFF'S ORIGINAL COMPLAINT**

Before the Court is Defendant Enswers, Inc.'s Unopposed Motion to Extend Time to Answer or Otherwise Respond to Plaintiff's Original Complaint.  After careful consideration, the Court concludes that the Motion should be granted.  It is therefore

ORDERED that Defendant Enswers, Inc.'s Unopposed Motion to Extend Time to Answer or Otherwise Respond to Plaintiff's Original Complaint is GRANTED.  The deadline for Enswers, Inc. to answer or otherwise respond to Plaintiff's Original Complaint is extended to June 3, 2013.