# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC, : | |
| : | |
| Plaintiff, : | C.A. No. 6:12-cv-499-LED |
| : | (LEAD CASE) |
| v. : | |
| : | **JURY TRIAL DEMANDED** |
| TEXAS INSTRUMENTS, INC. et al. : | |
| : | |
| Defendant. : | |
| : | |
| BLUE SPIKE, LLC, : | |
| : | |
| Plaintiff, : | C.A. No. 6:13-cv-00088 |
| : | |
| : | **JURY TRIAL DEMANDED** |
| v. : | |
| : | |
| : | |
| IRIS ID SYSTEMS, INC., : | |
| : | |
| Defendant. : | |
| : | |

## DEFENDANT IRIS ID SYSTEMS, INC.'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Iris ID Systems, Inc. makes the following corporate disclosure:

1. Defendant Iris ID Systems, Inc. is a wholly-owned subsidiary of Iris ID, Inc.

2. Iris ID, Inc. is a Korean Company.

3. No publicly held corporation owns 10% or more of Iris ID Systems, Inc.'s stock.

1

Dated: April 18, 2013 Respectfully submitted,

*/s/ Harry L. Gillam, Jr.*
Gillam & Smith, LLP
Harry L. Gillam, Jr.
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
gil@gillamsmithlaw.com

Of Counsel
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
Andy Sonu (*pro hac vice*)
Rajeev Gupta (*pro hac vice*)
Cecilia Sanabria (*pro hac vice*)
901 New York Avenue, NW
Washington, DC 20001-4413
Telephone: 202.408.4365
Facsimile: 202.408.4400
andy.sonu@finnegan.com
raj.gupta@finnegan.com
cecilia.sanabria@finnegan.com

*Attorneys for Defendant Iris ID Systems, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 18th day of April, 2013.

> */s/ Harry L. Gillam, Jr.*
> Harry L. Gillam, Jr.
> Gillam & Smith, LLP
> 303 South Washington Avenue
> Marshall, Texas 75670
> Telephone: (903) 934-8450
> Facsimile: (903) 934-9257
> gil@gillamsmithlaw.com