# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | C.A. No. 6:12-CV-499-LED |
| | § | (LEAD CASE) |
| TEXAS INSTRUMENTS, INC., et al | § | |
| | § | |
| Defendant | § | |
| | § | |
| | § | |
| | § | |
| BLUE SPIKE, LLC, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | C.A. No. 6:13-cv-88 |
| | § | (CONSOLIDATED CASE) |
| IRIS ID SYSTEMS, INC. | § | |
| | § | |
| Defendant | § | |

## DEFENDANT IRIS ID SYSTEMS, INC.'S JURY DEMAND

IRIS ID SYSTEMS, INC., defendant, demands a trial by jury on all issues so triable pursuant to Federal Rule of Civil Procedure 38.

Respectfully submitted,

*/s/ Harry L. Gillam, Jr.*

Gillam & Smith, LLP
Harry L. Gillam, Jr.
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
gil@gillamsmithlaw.com

Of Counsel
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
Andy Sonu (*pro hac vice*)
Rajeev Gupta (*pro hac vice*)
Cecilia Sanabria (*pro hac vice*)
901 New York Avenue, NW
Washington, DC 20001-4413
Telephone: 202.408.4365
Facsimile: 202.408.4400
andy.sonu@finnegan.com
raj.gupta@finnegan.com
cecilia.sanabria@finnegan.com

***Attorneys for Defendant Iris ID Systems, Inc.***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 18th day of April, 2013. Any other counsel of record will be served by facsimile transmission and/or first class mail.

*/s/ Harry L. Gillam, Jr.*
Harry L. Gillam, Jr.
