# EXHIBIT 2




Taxable Entity Search Results

# Franchise Tax Certification of Account Status

**This Certification Not Sufficient for Filings with Secretary of State**

Obtain a certification for filings with the Secretary of State.

It takes up to two weeks for this search to update when payment is made through the mail or at a taxpayer service office. This agency may manually issue a Certificate of Account Status (good standing) when an entity makes a payment to bring its account current. The paper certificate issued by our office is valid and represents the entity's status with our office as of the date of the certificate.

| | |
|---|---|
| Certification of Account Status | Officers And Directors Information |
| Entity Information: | **BLUE SPIKE LLC**<br>1820 SHILOH RD STE 1201C<br>TYLER, TX 75703-2426 |
| Status: | **IN GOOD STANDING NOT FOR DISSOLUTION OR WITHDRAWAL through May 15, 2013** |
| Registered Agent: | C T CORPORATION SYSTEM<br>350 NORTH ST. PAUL ST., STE. 2900<br>DALLAS, TX 75201 |
| Registered Agent Resignation Date: | |
| State of Formation: | TX |
| File Number: | 0801596430 |
| SOS Registration Date: | May 14, 2012 |
| Taxpayer Number: | 32047955607 |

texas.gov | Statewide Search from the Texas State Library | State Link Policy | Texas Homeland Security

**Susan Combs**, Texas Comptroller • Window on State Government • Contact Us
Privacy and Security Policy | Accessibility Policy | Link Policy | Public Information Act | Compact with Texans