# EXHIBIT 6




| PROFESSIONALS | ABOUT US | PRACTICES | AWARDS/RANKINGS | PUBLICATIONS | NEWSROOM | EVENTS/SPEECHES | CAREERS |



## Floyd B. Chapman
**PARTNER**

202.719.7308   |   fchapman@wileyrein.com

DOWNLOAD VCARD     SUBSCRIBE TO RSS UPDATES

- REPRESENTATIVE EXPERIENCE
- PROFESSIONAL EXPERIENCE
- HONORS & AWARDS
- PUBLICATIONS
- NEWS RELEASES
- IN THE NEWS

Mr. Chapman specializes in patent litigation, patent counseling and software copyrights.  He also represents clients in all areas of intellectual property matters, including, licensing, negotiating, procuring, enforcing and defending against patents, trademarks, copyrights, trade secrets and trade dress rights.

**PRACTICE AREAS**
Intellectual Property Litigation

**EDUCATION**
J.D., *magna cum laude*, University of Miami Law School; Order of the Coif
M.B.A., Florida International University
B.E.E., with high honors, Georgia Institute of Technology

**LAW JOURNALS**
Executive Editor, *University of Miami Inter-American Law Review*

**BAR & COURT ADMISSIONS**
District of Columbia Bar
Florida Bar
U.S. Courts of Appeals for the Eleventh and Federal Circuits
U.S. District Courts for the Eastern District of Texas, District of Columbia and Southern District of Florida
U.S. Patent and Trademark Office

**TOOLS**
SUBSCRIBE TO RSS FEEDS
PRINT BIOGRAPHY
SUBSCRIBE TO NEWSLETTERS / INDUSTRY UPDATES
EMAIL PAGE
SAVE TO WEB BOOKMARKS
FOLLOW WILEY REIN ON TWITTER

**ADVANCED SITE SEARCH**

FILTER BY:
- ALL OF THE WORDS
- ANY OF THE WORDS
- EXACT PHRASE
- ☑ ENTIRE SITE [DEFAULT]
- PROFESSIONALS
- ABOUT US
- PRACTICES
- AWARDS/RANKINGS
- PUBLICATIONS
- NEWSROOM
- EVENTS/SPEECHES
- CAREERS

### REPRESENTATIVE EXPERIENCE

Assists clients in patent matters involving radio frequency (RF), ultrasound, medical device, telecommunications, electronic mail, digital signal processing, networking, software, database, Internet and e-commerce technologies.

Successfully defended large wireless carrier against patent infringement suit brought by Acacia Research subsidiary DNT LLC, who sought more than $200M from multiple defendants (a jury in the Eastern District of Virginia found no infringement and also found the patent invalid on multiple grounds).

Member of the trial team that successfully enforced NTP's wireless email patents against Research In Motion Ltd.'s BlackBerry devices.

Won summary judgment of non-infringement on behalf of Atico International and Longs Drugs in Central District of California in patent infringement case involving consumer products.

Won summary judgment of non-infringement on behalf of Target Corporation in Central District of California in patent infringement case involving digital picture frames.

Won summary judgment of invalidity and non-infringement on behalf of a major brewing company in a patent infringement case involving a business method patent.

Counsels clients in connection with acquisitions, joint ventures and strategic planning, including assessing IP portfolios, evaluating the strength of competitors' portfolios, benchmarking industries, evaluating title to intellectual property assets and negotiating licenses.

Counsels a major medical device company in patent prosecution and other intellectual property matters.

### PROFESSIONAL EXPERIENCE

Senior Test Engineer, Gables Engineering, Inc., developed software and hardware test systems for avionics control panels (1991-1992).

Senior Test Engineer, Motorola, Inc., designed and developed hardware and software systems for programming and testing microprocessor-controlled radios (1986-1991).

Co-Operative Student, Georgia Tech Research Institute, developed software for radar-controlled defense systems (1983-1986).

### HONORS & AWARDS

AV Peer Review Rating, Martindale-Hubbell's highest ranking by peers for general ethical standards and legal ability.

### PUBLICATIONS
CHOOSE YEAR   |   VIEW ALL

### NEWS RELEASES
CHOOSE YEAR   |   VIEW ALL

### IN THE NEWS
CHOOSE YEAR   |   VIEW ALL

ALUMNI | RSS FEEDS | TWITTER | CONTACT US | SITE MAP | DISCLAIMER | PRIVACY STATEMENT | MANAGE SUBSCRIPTIONS | © 2013 WILEY REIN LLP