# EXHIBIT 7



Patent attorneys located near the US Patent Office
4813-B Eisenhower Avenue, Alexandria, VA 22304 USA
Tel: 1.703.415.0012, Fax: 1.703.415.0013
general@neifeld.com

| Home | About Us | Resources | Professionals | Publications | Contact Us |

**Practice Areas**

**Patents**

**Interferences**

**Trademarks**

**General Law**

## Neifeld Attorneys and Professionals

**Attorneys**
Richard Neifeld, Ph.D., Patent Attorney
Robert W. Hahl, Ph.D., Patent Attorney
Bruce Margulies, MBA, Patent Attorney
Daniel Sachs, Attorney

**Professionals**
Yulia Dovgaya, Law Clerk

**Attorneys**



**Richard Neifeld, Ph.D.**
**Patent Attorney**
Email Address: rneifeld@neifeld.com
Vcard

**Education**
J.D. The George Washington University Law School 1994
Ph.D. Rutgers University (Solid State Physics) 1985
B.S./B.A. University of Rochester (Physics and Mathematics)
(Cum Laude and Honors) 1980

**Experience**
Former Vice Chair of the PCT Issues Committee of the AIPLA. Former chair of the Interference Committee and Services Subcommittee of the Interference Committee of the American Intellectual Property Lawyers Association (AIPLA). Member of the AIPLA, Virginia Patent Lawyers Club, ASIPI, AIPPI, and the Patent Information Users Group. Extensive experience in "specialty matters" in the U.S. patent office, such as appeals, petitions, reexaminations, reissues, public protests, and extensive experience in foreign prosecution, and interferences and related litigation. Extensive experience in due diligence work, including investigations, database searching, and opinions.

Admitted to practice before the United States Patent and Trademark Office, the Courts of the Commonwealth of Virginia, the United States Court of Appeals for the Federal Circuit, the United States Court of Appeals for the Fourth Circuit, the United States District Court for the District of Columbia, and the United States District Court for the Eastern District of Virginia.

Widely published in IP law publications, frequent lecturer to patent attorneys on patent law topics, and an active member of the patent bar associations. Founder and moderator for the popular "patentinterference" group on the groups.yahoo.com/group/patentinterference web site, which is a forum for general information on patent law and practice with a focus on patent interference issues.

Co-founder of the www.PatentValuePredictor.com automated patent valuation service, co-inventor of the underlying macro-economic model for valuing patents, and programmer of some of the code powering the automated valuations.

Dr. Neifeld did his post doctoral work at Rutgers University, and then worked as a staff scientist at the U.S. Army's Laboratory Command for several years before entering the field of law. His research focused on applied physics areas of electro-optics, III-V materials, microwaves, vacuum deposition technology, superconductors, and electronics directed towards the U.S. Army's electronics, communication, and signal processing needs.

**Representative Cases**

Court of Appeals for the Federal Circuit
In re Scroggie, appeal 2011-1016 (Fed. Cir. 2011)
AllVoice Developments US LLC, Misc. Docket 948 (Fed. Cir. 8/2/2010)
In re Scroggie, appeal 2005-1164, remanded (Fed. Cir. 3/9/2005)

Distric Court for the District of Columbia
CATALINIA MARKETING INTERNATIONAL, INC. v. KAPPOS, Case Number: 1:10-cv-01869-EGS (Remanded and stayed as of 4/2011)

District Court of Virginia, Eastern District
Tact Ip LLC v. Janssen Biotech, Inc. et. al., pending as of 8/2012
Catalina Marketing International, Inc. v. Kappos, pending as of 4/2011)

BPAI Patent Interferences
Interference 105,866 TOBINICK v. OLMARKER v. OLMARKER v. OLMARKER v. OLMARKER, pending as of 8/2012
Interference 105,859 Patti v. Leedy (BPAI 8/3/2012)
Interference 105,841 TOBINICK v. TOBINICK v. LE v. LE (BPAI 6/21/2012)
Interferences 105,801; 105,802; 105,803 THOMAS v. PIPPIN, pending as of 8/2012
Interference 105,799 Brown v. Schrage, pending as of 8/2012
Interference 105,746 Mitchell v. Holt, (BPAI 4/27/2011)
Interference 105,684 RILO v. Benedict, 02/23/2011
Interference 105,621 TOBINICK v. Le, (BPAI, 12/02/2008)
Interference 105,393 Espiau et al. v. Guthrie, (BPAI, 03/23/2008)
Interference 105,571 Parker v. Guterman, (BPAI, 08/01/2007)
Interference 105,475 Yachareni v. Guterman, (BPAI, 08/22/2006)
Interference 105,386 Yamada v. Gongwer, (BPAI, 02/21/2006)
Interference 105,076 UDDENFELDT v. SAINTON, (BPAI, 06/29/2003)
Interference 104,598 Deaton v. O'Brien, (BPAI, 12/13/2000)
Interference 104,599 Deaton v. O'Brien, (BPAI, 12/13/2000)
Interference 104,600 Deaton v. O'Brien, (BPAI, 12/13/2000)
Interference 104,601 Deaton v. O'Brien, (BPAI, 12/13/2000)
Interference 104,602 Deaton v. O'Brien, (BPAI, 12/13/2000)
Interference 104,604 Deaton v. O'Brien, (BPAI, 12/13/2000)
Interference 104,605 Deaton v. O'Brien, (BPAI, 12/13/2000)
Interference 104,600 Deaton v. O'Brien, (BPAI, 12/13/2000)
Interference 104,600 Deaton v. O'Brien, (BPAI, 12/13/2000)
Interference 104,600 Deaton v. O'Brien, (BPAI, 12/13/2000)
Interference 104,600 Deaton v. O'Brien, (BPAI, 12/13/2000)
Interference 104,600 Deaton v. O'Brien, (BPAI, 12/13/2000)
Interferences 104,071 and 104,164 (consolidated), HUGHES v. QUINN (BPAI, 11/08/2000)

BPAI Patent Appeal Final Decisions
Application, Appeal, Publication date, Decision date, Caption
09828122, 2010006083, 06/19/2002, 03/24/2011 Ex Parte Katz
09828122, 2010006083, 06/19/2002, 01/26/2011 Ex Parte Katz
08873974, 2010000062, 07/23/2003, 01/17/2011 Ex Parte SCROGGIE
11153377, 2010012407, 12/20/2006, 09/28/2010 Ex Parte Simrell
09946157, 2008004695, 06/12/2002, 03/30/2010 Ex Parte Beckmann
09893775, 2007002767, 04/17/2002, 03/29/2009 Ex Parte Gardenswartz
09893775, 2007002767, 04/17/2002, 10/30/2008 Ex Parte Gardenswartz
09998941, 2008001168, 09/25/2002, 06/25/2008 Ex Parte Trauth
09595677, 2008000532, 05/10/2007, 05/09/2008 Ex Parte Laor
90005888, 2007002809, 01/11/2000, 04/22/2008 Ex Parte 6014634
09826814, 2007004393, 08/19/2008, 02/26/2008 Ex Parte Williams
08873974, 2006002100, 10/09/2002, 01/28/2008 Ex Parte SCROGGIE
10733292, 2007000850, 06/23/2004, 01/22/2008 Ex Parte White
10733292, 2007000850, 06/23/2004, 05/17/2007 Ex Parte White
90005888, 2006001585, 01/11/2000, 07/26/2006 Ex Parte 6014634
10448194, 2005001632, 11/19/2003, 09/18/2005 Ex Parte Williams
09286304, 2002002256, 06/06/2006, 05/12/2005 Ex Parte GIULIANI
09567274, 2004001420 07/23/2003, 01/30/2005 Ex Parte Scroggie
08873974, 2004001267 07/23/2003 09/29/2004 Ex Parte SCROGGIE
09146199, 2002001846, 01/02/2002, 09/19/2002 Ex Parte O'BRIEN

USPTO Patent Reexaminations
90011447, filed 2/10/2011
10/095,715, filed 3/8/2002
90/005,888, filed 12/12/2000
90010653, filed 8/21/2009
90011239, filed 9/17/2010

USPTO Patent Reissues
09/270,791, filed 3/17/1999, now RE37,872
09/939,688, filed 8/28/2001, now RE38,385
09/939,689, filed 8/28/2001, now RE39,497
10/882,124, filed 7/1/2004
12/344,437, filed 12/26/2008
12/344,452, filed 12/26/2008
12/346,737, filed 12/30/2008



**Robert W. Hahl, Ph.D.**
**Patent Attorney**
Email Address: rhahl@neifeld.com
Vcard

**Education**
J.D. The George Washington University Law School 1993
Ph.D. Harvard University (Synthetic Organic Chemistry) 1989
B.S. Stevens Institute of Technology 1980

**Experience**

Dr. Robert W. Hahl is a Registered Patent Attorney. His practice is focused on patent prosecution in the fields of pharmaceuticals, diagnostics, polymers, catalysts and genetic engineering. He has extensive experience counseling corporations in protecting their intellectual property. In addition to guiding many hundreds of patent applications to allowance Dr. Hahl has handled patent interferences and provided numerous legal opinions to companies regarding potential litigation, product clearance studies and license agreements.

Before joining the patent field, Dr. Hahl was a laboratory researcher. He attended Harvard University and earned a Ph.D. in synthetic organic chemistry under the direction of Nobel Laureate E.J. Corey, and also conducted biochemistry research in collaboration with Massachusetts General Hospital. Prior to obtaining an advanced degree he worked as a research chemist at Merck and Co.

Admitted to practice before the United States Patent and Trademark Office and the Courts of the Commonwealth of Virginia.

**Publications**

E.J. Corey, S. Ohuchida and Robert W. Hahl, Total Synthesis of C-22 Prostanoids in the E and F Series, J. Amer. Chem Soc., 1984,106, 3875.

E.J. Corey, J. Gregory Reid, Andrew G. Myers and Robert W. Hahl, A Simple Synthetic Route to the Limonoid System, J. Amer. Chem Soc., 1987, 109, 918-919.

E.J. Corey and Robert W. Hahl, Synthesis of a Limonoid, Azadiradione, Tetrahedron Letters, Vol. 30, No. 23, pp. 3023-3026, 1989.

Robert W. Hahl, Total Synthesis of Azadiradioine and Total Synthesis of C-22 Prostanoids in the E and F series Based on Docosahexaenoic Acid, - Ph.D., Thesis, 1989, Harvard University.

Robert W. Hahl, The Size and Shape of Hydrogen Atoms in Organic Compounds: A survey of interatomic distances in x-ray crystal structures, Undergraduate Thesis, Stevens Institute of Technology, 1980.

**Background**

Twenty years experience in patent law, involving a wide range of chemical technologies, including pharmaceuticals, genetic engineering, polymers, and semiconductors.

*Inter partes*

- Patent interference (lead counsel), use of monoclonal antibodies for treatment of neurodegenerative diseases; TACT, Inc.
- Patent interference (backup lead counsel), semiconductor imaging devices; ASML Lithography N.V.
- Patent litigation on metal alloys and production methods; Morgan Crucible
- Patent litigation on double-walled gasoline storage tanks.
- Patent interference on protein expression in transgenic corn; Monsanto
- Patent interference on agricultural chemicals; Bayer
- Patent interferences (seven related cases) on polyethylene, polymerization processes, and soluble transition metal catalysts; Dow Chemical
- Patent interference on contact lens solution; Alcon
- Patent interference on UV-resistant coatings; Sherwin-Williams

*ex parte*

- Patent prosecution and legal opinions on numerous cases in pharmaceutical and industrial chemistry; BASF
- Patent prosecution and legal opinions on numerous pharmaceutical cases; Ajinomot
- Patent prosecution on numerous cases in industrial chemistry; Degussa
- Patent prosecution on animal feed additives; Anitox Corp
- Patent prosecution on industrial chemicals and processes; Kobe Steel
- Patent prosecution on pharmaceuticals; AstraZenica

Business counseling

- IP counseling and due diligence for startup involving reverse osmosis membranes, resulting in a $15 million series B funding by a major venture capital fund
- IP counseling on patent license from a major pharmaceutical company to EffRx, Inc., and on various rounds of venture capital for the startup
- IP counseling on transfer of patent portfolio from a venture-funded workout to Global Green Products, a supplier of chemicals to off-short oil drillers
- IP counseling to the licensor of Prem Pro (hormone replacement therapy) to Weyth

Before joining the patent field I did chemistry research for ten years including at Harvard University, earning a Ph.D. in organic chemistry under the direction of E.J. Corey, who later won the Nobel Prize (1990). Part of my doctoral studies involved biochemical research in a joint project with Garner Haupert, M.D., of Massachusetts General Hospital. I taught undergraduate organic chemistry as a Harvard teaching assistant for two years.



**Bruce Margulies, MBA**
**Patent Attorney**
Email Address: bmargulies@neifeld.com
Vcard

**Education**
J.D. North Carolina Central University 2001
*Managing editor, Law Review*
M.B.A. University of Maryland, Robert H. Smith School of Business 1990
B.S. University of Maryland Baltimore County 1987
(Information Systems Management)

**Experience**

Bruce specializes in trademark opposition/cancellation settlement and litigation, and trademark prosecution; and manages the firm's trademark docket. In addition, he has substantial experience in the business methods patents areas and patent litigation support.

Admitted to practice before the United States Patent and Trademark Office and the Courts of the State of Maryland and the District of Columbia.

**Representative Cases**

TTAB Proceedings
Catalina Marketing Corporation v. Coupnetwork, LLC., (TTAB cancellation 92052961)
ZOOMCREATOR.COM PTY LTD (substituted as party-plaintiff) v. Zoomorama SARL, (TTAB opposition 91190025)
One Stop, Inc. v. Drug-Aware Ltd, (TTAB opposition 91192502)
DIRECTV, Inc. v. Rees Enterprises LLC, (TTAB opposition 91191278)
Penguin Books Limited v. Seth Alexander, (TTAB opposition 91190519)
TerricaSkaggs v. Jones, Rachelle L., (TTAB opposition 91190436)
Learning Tree International, Inc. v. Brian J. Mistler, (TTAB opposition 91190239)
GoDaddy.com, Inc. v. Morris Sanford, (TTAB opposition 91190113)
Zuffa, LLC v. Ellis J Estes, (TTAB opposition 91189954)
Build-A-Bear Retail Management Inc v. Scott Tunis, (TTAB opposition 91189746)
Stokely-Van Camp, Inc. v. XTC Limited Company, (TTAB opposition 91189714)
Swatch AG (Swatch SA) (Swatch Ltd.) v. Jessica Elliot, Paul Sherrod, (TTAB opposition 91189709)
PEI Licensing, Inc. v. Seth Alexander, (TTAB opposition 91189630)
Elliot Klein v. ReturnMoi and design Canada Inc., (TTAB opposition 91189605)
Christopher M Horgan v. Iragorri, Mauricio, (TTAB opposition 91189493)
Ashland Licensing and Intellectual Property LLC v. SPS Import & Export Inc., Salaverry, Sergio P., (TTAB opposition 91189228)
The Glad Products Company v. Keith J. Wingfield, (TTAB opposition 91188836)
E. & J. GALLO WINERY v. Mike McCarney, (TTAB opposition 91188378)
Paxanic Tazoka, LLC v. Keller Associates Network, Inc., (TTAB opposition 91198465)
Li & Fung, (B.V.I.) Limited v. Black Cat Lucky, (TTAB opposition 91187214)
Zillow, Inc. v. Homezill LLC, (TTAB cancellation 92049291)
Montblanc-Simplo GmbH v. Hubbell Development Corp. d/b/a White Mountain Candle Company, (TTAB opposition 91189746)
Elan Corporation PLC v. Elan Laser MedSpa LLC, (TTAB opposition 91183862)
Zillow, Inc. v. Homezill LLC, (TTAB opposition 91183213)
General Cable Technologies Corporation v. Osemi, Inc., (TTAB opposition 91174755)
General Cable Technologies Corporation v. Osemi, Inc., (TTAB opposition 91174753)
General Cable Technologies Corporation v. Osemi, Inc., (TTAB opposition 91174752)
AFRICAN MEDICAL & RESEARCH FOUNDATION, INC. v. DEXTRA DATA HOLDING AG, (TTAB cancellation 92046738)



**Daniel Sachs**
**Attorney**
Email Address: dsachs@neifeld.com
Vcard

**Education**
J.D. George Mason University School of Law
American Jurisprudence Award in Business Associations, 1991 1993
B.A. College of William and Mary 1987
(Double Major: Philosophy / Government)

**Experience**
Admitted to practice before the Courts of the Commonwealth of Virginia, the United States Court of Appeals for the Fourth Circuit, and the United States District Court for the Eastern District of Virginia

**Representative Cases**

Sachs v. Horan, 252 Va. 247, 475 S.E.2d 276 (1996)
Westmoreland Coal Company, et. al. v. Russell, 31 Va. App. 16, 520 S.E.2d 839, (1999)
Mullins v. Dickenson County Medical Center, et. al., 74 OWC 176, VWC File No. 174-42-71 (Virginia Workers Compensation Commission 1995)
Coleman v. Harman Mining Corp. & Director, Office of Workers' Compensation Programs, 21 BLR 3-1 (1996)

**Professionals**

**Yulia Dovgaya**
**Law Clerk**
Email Address: ydovgaya@neifeld.com

**Education**
Bachelors Degree Ural State Law Academy, Ekaterinburg, Russia 2010
(State and International Law)
Paralegal Degree Horry Georgetown Technical College 2009

**Experience**

Yulia is a graduate from the Ural State Law Academy in Russian Federation (USLA). Her specialization was State and International Law. She also holds a Paralegal Degree earned in the United States. Yulia is currently a student in George Washington University School of Law. Before joining Neifeld IP Law, P.C. she worked in a Russian Law firm specializing in Civil law and American law firms that specialized in the fields of Criminal law, Family law, and Business law.

**Language Skills**

Russian and English: fluent; German: beginner.

Disclaimer: The information provided on this web site does not establish an attorney-client relationship. We will not review any information that you believe to be confidential or proprietary until after performing a conflict check to ensure that our Firm does not represent any party whose interests may be adverse to yours. We are patent attorneys located near the United States Patent and Trademark Office, providing IP counseling, US and foreign patent and trademark prosecution, search, licensing, interference, and general attorneys providing general legal services. ©Copyright 1999 Neifeld IP Law, PC. Updated 2011. metatags