# EXHIBIT 8

# CHILTON GRAND
## A Bed and Breakfast Establishment



*Accommodations*

*Rates*

*Directions*

*About the House*

*Meet the Innkeepers*

*Pet Portraits*

*Meet the Pets*

*Policies*

*Area Attractions*

*Recipes*

*Guest Comments*

### *Elegant Lodging*
### *Gracious Hospitality*

433 S. Chilton Avenue
Tyler, TX 75702 USA
903-595-3270

**Jerry and Carole Glazebrook**
**Proprietors**