**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 6:12-cv-499-LED |
| | : | (LEAD CASE) |
| v. | : | |
| | : | **JURY TRIAL DEMANDED** |
| TEXAS INSTRUMENTS, INC. et al. | : | |
| | : | |
| Defendant. | : | |
| | : | |
| BLUE SPIKE, LLC, | : | |
| | : | C.A. No. 6:13-cv-00088 |
| Plaintiff, | : | |
| | : | |
| | : | **JURY TRIAL DEMANDED** |
| v. | : | |
| | : | |
| IRIS ID SYSTEMS, INC., | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER**

Before the Court is the motion of Defendant Iris ID Systems, Inc. ("Iris ID") to transfer all claims against Iris ID to the District of New Jersey in accordance with 28 U.S.C. § 1404(a). After consideration of the same, all responsive briefing, and all evidence presented, the Court is of the opinion that said motion should be GRANTED.

IT IS THEREFORE ORDERED that Iris ID's motion to transfer all claims against Iris ID to the District of New Jersey in accordance with 28 U.S.C. § 1404(a) is hereby GRANTED. The claims in each of the above-captioned actions against the Defendant Iris ID are hereby transferred to the United States District Court for the District of New Jersey.