**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>   Plaintiff,<br>v.<br><br>TEXAS INSTRUMENTS, INC., *et al.*,<br><br>   Defendant. | Civil Action No. 6:12-cv-499-LED<br><br>LEAD CASE |
| BLUE SPIKE, LLC,<br><br>   Plaintiff,<br>v.<br><br>SMART MEDIA INNOVATIONS, LLC, and SMART MEDIA INNOVATIONS LTD.<br><br>   Defendants. | Civil Action No. 6:13-cv-110-MHS<br><br>CONSOLIDATED CASE |

**[PROPOSED] ORDER GRANTING DEFENDANTS SMART MEDIA INNOVATIONS, LLC AND SMART MEDIA INNOVATIONS, LTD.'S MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE**

On this day came for consideration Defendants Smart Media Innovations, LLC and Smart Media Innovations, Ltd.'s Motion to Dismiss Complaint for Lack of Personal Jurisdiction and Improper Venue in the above-captioned pursuant to Fed. R. Civ. P. 12(b)(2) and Fed. R. Civ. P. 12(b)(3), respectively.  Having considered Defendants' motion and supporting papers, the Court is of the opinion that said motion should be GRANTED.

IT IS ORDERED that the Complaint is hereby dismissed on the ground that Defendants do not have the requisite "minimum contacts" within the State of Texas or the Eastern District of

Texas to permit this Court to exercise personal jurisdiction over them.  The Eastern District of Texas is also therefore an improper venue for the claims which are the subject of the Complaint.

    IT IS SO ORDERED.