# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,**<br><br>PLAINTIFF,<br><br>V.<br><br>**TEXAS INSTRUMENTS, INC.,**<br><br>DEFENDANT. | § § § § § § § § § § § § | **Civil Action No.: 6:12-cv-00499-LED**<br><br>**JURY TRIAL DEMANDED** |
| **BLUE SPIKE, LLC,**<br><br>PLAINTIFF,<br><br>v.<br><br>**M2SYS, LLC,**<br><br>DEFENDANT. | § § § § § § § § § § § § § § | **Case No. 6:13-cv-00083-MHS**<br>**(Consolidated with 6:12-cv-499-LED and closed)**<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANT M2SYS, LLC'S DEMAND FOR JURY TRIAL

Pursuant to Fed. R. Civ. P. 38(b), and in compliance with Local Rule CV-38(a), Defendant M2SYS, LLC hereby asserts its right to a trial by jury on all issues so triable.

Dated: April 18, 2013

By:     */s/ Eric H. Findlay*

Eric H. Findlay (Texas Bar No. 00789886)
Walter W. Lackey, Jr. (Texas Bar No. 24050901)
FINDLAY CRAFT, LLP
6760 Old Jacksonville Hwy, Suite 101
Tyler, TX 75703

                Telephone:  (903) 534-1100
                Facsimile:   (903) 534-1137
                efindlay@findlaycraft.com
                wlackey@findlaycraft.com

**Attorneys for Defendant**
**M2SYS, LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served electronically on opposing counsel pursuant to Local Rule CV-5(a)(7)(C) on April 18, 2013.

                */s/ Eric H. Findlay*
                Eric H. Findlay