IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>    PLAINTIFF,<br><br>V.<br><br>TEXAS INSTRUMENTS, INC.,<br><br>    DEFENDANT. | Civil Action No.: 6:12-cv-00499-LED<br><br>JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC,<br><br>    PLAINTIFF,<br><br>v.<br><br>M2SYS, LLC,<br><br>    DEFENDANT. | Case No. 6:13-cv-00083-MHS<br>(Consolidated with 6:12-cv-499-LED<br>and closed)<br><br>JURY TRIAL DEMANDED |

## M2SYS, LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant M2SYS, LLC ("M2SYS") discloses that it has no parent corporation and no publicly held corporation holds 10% or more of its stock.

Dated: April 18, 2013

By:           /s/ Walter W. Lackey, Jr.
              Eric H. Findlay (Texas Bar No. 00789886)
              Walter W. Lackey, Jr. (Texas Bar No. 24050901)
              FINDLAY CRAFT, LLP
              6760 Old Jacksonville Hwy, Suite 101
              Tyler, TX 75703

                        Telephone:  (903) 534-1100
                        Facsimile:   (903) 534-1137
                        efindlay@findlaycraft.com
                        wlackey@findlaycraft.com

**Attorneys for Defendant**
**M2SYS, LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served electronically on opposing counsel pursuant to Local Rule CV-5(a)(7)(C) on April 18, 2013.

                        */s/ Walter W. Lackey, Jr.*
                        Walter W. Lackey, Jr.