IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § § | |
|     *Plaintiff,* | § § | Case No.:  6:12-cv-499 (MHS) |
| | § | LEAD CASE |
|     *v.* | § § | |
| TEXAS INSTRUMENTS, INC., | § § | JURY TRIAL DEMANDED |
|     *Defendant.* | § § | |

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § § | |
|     *Plaintiff,* | § § | Case No.:  6:13-cv-87 (MHS) |
| | § | CONSOLIDATED CASE |
|     *v.* | § § | |
| HITACHI AMERICA, LTD., | § § | JURY TRIAL DEMANDED |
|     *Defendant.* | § § | |

## CORPORATE DISCLOSURE OF HITACHI AMERICA, LTD.

Pursuant to Fed. R. Civ. P. 7.1, defendant Hitachi America, Ltd. states that it is a wholly owned subsidiary of Hitachi, Ltd., a publicly traded Japanese corporation.

Dated:  April 19, 2013

Respectfully submitted,

   */s/  Matthew J. Ricciardi*

Matthew J. Ricciardi, Esq. (DC #501365)
**VINSON & ELKINS LLP**
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, DC  20037
Tel:  (202) 639-6500
Fax:  (202) 639-6604
mricciardi@velaw.com

*Counsel for Defendant*
*Hitachi America, Ltd.*

US 1839222

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2013, I filed the foregoing Corporate Disclosure of Hitachi America, Ltd. with the Clerk of the U.S. District Court for the Eastern District of Texas via the Court's Electronic Case Filing ("ECF") system pursuant to Local Rule CV-5.  The Corporate Disclosure was thereby automatically and electronically served on counsel of record by the ECF system.

    /s/  Matthew J. Ricciardi

Matthew J. Ricciardi, Esq.

US 1839222