# EXHIBIT 8



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 12/655,357 | 12/22/2009 | Scott A. Moskowitz | 066112.0132CONTA2 | 1045 |

7590   08/20/2010

Scott A. Moskowitz
#2505
16711 Collins Avenue
Sunny Isles Beach, FL 33160

| EXAMINER |
|---|
| TSAI, CAROL S W |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2857 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 08/20/2010 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A (Rev. 04/07)



# UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 12/655,357 | 12/22/2009 | 2857 | 701 | 066112.0132CONTA2 | 26 | 3 |

**CONFIRMATION NO. 1045**
**FILING RECEIPT**

Scott A. Moskowitz
#2505
16711 Collins Avenue
Sunny Isles Beach, FL 33160

*OC000000039730966*

Date Mailed: 01/21/2010

Receipt is acknowledged of this non-provisional patent application. The application will be taken up for examination in due course. Applicant will be notified as to the results of the examination. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. **If an error is noted on this Filing Receipt, please submit a written request for a Filing Receipt Correction. Please provide a copy of this Filing Receipt with the changes noted thereon. If you received a "Notice to File Missing Parts" for this application, please submit any corrections to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections**

**Applicant(s)**
    Scott A. Moskowitz, Sunny Isles Beach, FL;
    Mike W. Berry, Seattle, WA;
**Assignment For Published Patent Application**
    Blue Spike, Inc.
**Power of Attorney:** None

**Domestic Priority data as claimed by applicant**
    This application is a CON of 12/005,229 12/26/2007 PAT 7,660,700
    which is a CON of 09/657,181 09/07/2000 PAT 7,346,472

**Foreign Applications**


**If Required, Foreign Filing License Granted:** 01/19/2010

The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 12/655,357**

**Projected Publication Date:** 04/29/2010

**Non-Publication Request:** No

**Early Publication Request:** No
**\*\* SMALL ENTITY \*\***

U.S. PTO
12/655357
12/22/2009

PTO/SB/05 (08-08)
Approved for use through 06/30/2010. OMB 0651-0032
U.S. Patent and Trademark Office. U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# UTILITY PATENT APPLICATION TRANSMITTAL

*(Only for new nonprovisional applications under 37 CFR 1.53(b))*

| | |
|---|---|
| Attorney Docket No. | 066112.0132CONTA2 |
| First Inventor | Scott A. MOSKOWITZ |
| Title | Method and Device for Monitor... |
| Express Mail Label No. | |

**APPLICATION ELEMENTS**
See MPEP chapter 600 concerning utility patent application contents.

**ADDRESS TO:** Commissioner for Patents
P.O. Box 1450
Alexandria VA 22313-1450

1. [✓] Fee Transmittal Form (e.g., PTO/SB/17)
2. [✓] Applicant claims small entity status. See 37 CFR 1.27.
3. [✓] Specification [Total Pages_____]
   Both the claims and abstract must start on a new page
   (For information on the preferred arrangement, see MPEP 608.01(a))
4. [ ] Drawing(s) (35 U.S.C. 113) [Total Sheets_____]
5. Oath or Declaration [Total Sheets_____]
   a. [✓] Newly executed (original or copy)
   b. [✓] A copy from a prior application (37 CFR 1.63(d)) (for continuation/divisional with Box 18 completed)
      i. [ ] DELETION OF INVENTOR(S)
         Signed statement attached deleting inventor(s) name in the prior application, see 37 CFR 1.63(d)(2) and 1.33(b).
6. [✓] Application Data Sheet. See 37 CFR 1.76
7. [ ] CD-ROM or CD-R in duplicate, large table or Computer Program (Appendix)
   [ ] Landscape Table on CD
8. Nucleotide and/or Amino Acid Sequence Submission (if applicable, items a. – c. are required)
   a. [ ] Computer Readable Form (CRF)
   b. Specification Sequence Listing on:
      i. [ ] CD-ROM or CD-R (2 copies); or
      ii. [ ] Paper
   c. [ ] Statements verifying identity of above copies

**ACCOMPANYING APPLICATION PARTS**

9. [✓] Assignment Papers (cover sheet & document(s))
   Name of Assignee __Blue Spike, Inc.__
10. [✓] 37 CFR 3.73(b) Statement (when there is an assignee)   [ ] Power of Attorney
11. [ ] English Translation Document (if applicable)
12. [ ] Information Disclosure Statement (PTO/SB/08 or PTO-1449)
    [ ] Copies of citations attached
13. [✓] Preliminary Amendment
14. [✓] Return Receipt Postcard (MPEP 503) (Should be specifically itemized)
15. [ ] Certified Copy of Priority Document(s) (if foreign priority is claimed)
16. [ ] Nonpublication Request under 35 U.S.C. 122(b)(2)(B)(i). Applicant must attach form PTO/SB/35 or equivalent.
17. [✓] Other: Recordation Form Cover Sheet PTO 1595

18. If a CONTINUING APPLICATION, check appropriate box, and supply the requisite information below and in the first sentence of the specification following the title, or in an Application Data Sheet under 37 CFR 1.76:

[✓] Continuation  [ ] Divisional  [ ] Continuation-in-part (CIP)  of prior application No. 12/005,229

Prior application information: Examiner Carol S.W. TSAI    Art Unit: 2857

**19. CORRESPONDENCE ADDRESS**

[ ] The address associated with Customer Number: _____   OR  [✓] Correspondence address below

| | |
|---|---|
| Name | Scott A. MOSKOWITZ |
| Address | 16711 Collins Avenue, #2505 |
| City | Sunny Isles Beach |
| State | FL |
| Zip Code | 33160 |
| Country | USA |
| Telephone | 305 956 9041 |
| Email | |

Signature: /Scott Moskowitz/
Date: December 22, 2009
Name (Print/Type): Scott A. MOSKOWITZ
Registration No. (Attorney/Agent):

This collection of information is required by 37 CFR 1.53(b). The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*