# EXHIBIT 9

NEIFELD REF:        SCOT0017-4

CLIENT REFERENCE:   SCOT0017-4

# INVENTOR DECLARATION AND POWERS

I (We) the undersigned inventor(s), hereby declare(s) that I (we) believe that I am (we are) the original, first and sole (joint) inventor(s) of the subject matter which is claimed and for which a patent is sought on the application identified below.

I.  **IDENTIFICATION OF THE APPLICATION**

   A.   **TITLE**

| |
|---|
| Method and device for monitoring and analyzing signals |

   B.   **IDENTIFICATION OF THE SPECIFICATION AND CLAIMS TO WHICH THIS DECLARATION REFERS**

| DOES THE SPECIFICATION INCLUDE A PRELIMINARY AMENDMENT? | YES |
|---|---|
| THE UNITED STATES APPLICATION NUMBER | |
| THE UNITED STATES APPLICATION FILING DATE, IN YYYY-MM-DD FORMAT | |

   C.   **IF THIS IS A PCT NATIONAL STAGE APPLICATION, THEN FILL IN THE FOLLOWING**

| PCT APPLICATION NUMBER | |
|---|---|
| PCT APPLICATION FILING DATE, IN YYYY-MM-DD FORMAT | |
| PCT ARTICLE 19 AMENDMENT DATE, IF ANY, IN YYYY-MM-DD FORMAT | |
| PCT ARTICLE 34 AMENDMENT DATE, IF ANY, IN YYYY-MM-DD FORMAT | |

I (We) have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment referred to above.

II. **PRIORITY CLAIM INFORMATION**
A. **PARIS CONVENTION PRIORITY CLAIMS**

I (We) hereby claim priority to the following applications under 35 U.S.C. § 119(a)-(d) (foreign applications for patent or inventor's certificate) .

| APPLICATION NUMBER (SERIES CODE AND SERIAL NUMBER) | COUNTRY | FILING DATE, IN YYYY-MM-DD FORMAT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

B. **UNITED STATES PROVISIONAL APPLICATION PRIORITY CLAIMS**

I (We) hereby claim priority to the following applications under 35 U.S.C. § 119 (e) (United States provisional applications).

| PROVISIONAL APPLICATION NUMBER (SERIES CODE AND SERIAL NUMBER) | FILING DATE, IN YYYY-MM-DD FORMAT |
|---|---|
| | |
| | |

C. **UNITED STATES NON- PROVISIONAL APPLICATION PRIORITY CLAIMS**

I (We) hereby claim priority to the following applications under 35 U.S.C. § 120 or § 365(c) (United States non provisional applications and PCT International applications designating the United States).

| APPLICATION NUMBER | FILING DATE, IN YYYY-MM-DD FORMAT | CURRENT STATUS (PENDING, ISSUED, OR ABANDONED) | PATENT NUMBER, IF ISSUED |
|---|---|---|---|
| 12/655,357 | 2009-12-22 | PENDING | |
| 12/005,229 | 2007-12-26 | ISSUED | 7,660,700 |
| 09/657,181 | 2000-09-07 | ISSUED | 7,346,472 |
| | | | |
| | | | |
| | | | |

Page 2

III.    **AUTHORIZATION TO PERMIT ACCESS TO APPLICATION BY PARTICIPATING OFFICES**

I (We) hereby grant the USPTO authority to provide the European Patent Office (EPO), the Japan Patent Office (JPO), the Korean Intellectual Property Office (KIPO), and any other intellectual property office in which a foreign application claiming priority to the above-identified application is filed, access to the above-identified patent application.

IV.    **DUTY OF DISCLOSURE**

I (We) acknowledge the duty to disclose in this application information of which I am (we are) aware that is material to the patentability of pending claims in this application, as that duty is defined in Section 1.56 of Title 37 Code of Federal Regulations. Insofar as the subject matter of each pending claim is not disclosed in an application to which this application claims priority, I (we) understand that this duty applies to information which became available between the filing date of the prior application and the filing date of this application.

V.    **POWER OF ATTORNEY AND POWER TO FURTHER IDENTIFY**

I (We) hereby grant power of attorney to the attorneys associated with Neifeld IP Law, PC customer number 31518 as my (our) attorneys, with full powers of substitution and revocation, to prosecute this application and to transact all business in the Patent Office connected therewith. I (We) authorize NEIFELD IP LAW, PC to fill in a "NEIFELD REF:" identifier, the application number, the filing date, and any other information desirable to identify the application, on the pages of this declaration after I (we) sign.

VI.    **CORRESPONDENCE ADDRESS**

Direct all correspondence to the address for customer number 31518 for the firm of NEIFELD IP LAW, P.C.

VII.    **ACKNOWLEDGMENT OF PENALTY FOR PERJURY**

I (We) declare that all statements made herein of our (my) own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful statements may jeopardize the validity of the application or any patent issuing thereon.

VIII. **IDENTIFICATION OF MAILING ADDRESS, RESIDENCE ADDRESS, CITIZENSHIP, AND SIGNATURE AND DATE OF SIGNATURE, OF ALL INVENTORS**

The names of all people that I believe to be inventors are listed below.

FIRST INVENTOR - My mailing address, residence address, and citizenship are stated below next to my name. The date next to my signature is the date on which I sign this declaration.

| PRINTED NAME OF FIRST INVENTOR | SIGNATURE OF FIRST INVENTOR | DATE OF SIGNATURE OF FIRST INVENTOR |
|---|---|---|
| SCOTT MOSKOWITZ | *[signature: Scott Moskowitz]* | February 18, 2011 |
| **MAILING ADDRESS OF FIRST INVENTOR (WHERE THE INVENTOR REGULARLY RECEIVES MAIL)** | STREET: | 16047 COLLINS AVENUE, South Tower, 3202   *16711 COLLINS AVENUE #2505* |
| | CITY: | SUNNY ISLES BEACH |
| | STATE: | FL |
| | POSTAL CODE: | 32160 |
| | COUNTRY: | UNITED STATES OF AMERICA |
| **RESIDENCE ADDRESS INFORMATION OF FIRST INVENTOR** | CITY: | SUNNY ISLES BEACH |
| | STATE: | FL |
| | COUNTRY: | UNITED STATES OF AMERICA |
| COUNTRY OF CITIZENSHIP OF FIRST INVENTOR: | | UNITED STATES OF AMERICA |

*[handwritten note: please keep my original address. Thank you!]*

ADDITIONAL INVENTORS, IF ANY, ARE LISTED ON COPIES OF THIS PAGE

ADDITIONAL INVENTOR - My mailing address, residence address, and citizenship are stated below next to my name.  The date next to my signature is the date on which I sign this declaration.

| MIKE W. BERRY | | |
|---|---|---|
| PRINTED NAME OF ADDITIONAL INVENTOR | SIGNATURE OF ADDITIONAL INVENTOR | DATE OF SIGNATURE OF ADDITIONAL INVENTOR |
| MAILING ADDRESS OF ADDITIONAL INVENTOR (WHERE THE INVENTOR REGULARLY RECEIVES MAIL) | STREET: | 14B W Etruria St |
| | CITY: | Seattle |
| | STATE: | Washington |
| | POSTAL CODE: | 98119 |
| | COUNTRY: | UNITED STATES OF AMERICA |
| RESIDENCE ADDRESS INFORMATION OF ADDITIONAL INVENTOR | CITY: | Seattle |
| | STATE: | Washington |
| | COUNTRY: | UNITED STATES OF AMERICA |
| COUNTRY OF CITIZENSHIP OF ADDITIONAL INVENTOR: | | UNITED STATES OF AMERICA |

RAN
**Printed: February 17, 2011 (8:14pm)**
**Y:\Clients\SCOT Scott A Moskowitz and Wistaria Trading, Inc\SCOT0017-4\Drafts\InventorDecAndPowers_SCOT0017-4_2-11-2011.wpd**

NEIFELD REF:         SCOT0017-4

CLIENT REFERENCE:    SCOT0017-4

# INVENTOR DECLARATION AND POWERS

I (We) the undersigned inventor(s), hereby declare(s) that I (we) believe that I am (we are) the original, first and sole (joint) inventor(s) of the subject matter which is claimed and for which a patent is sought on the application identified below.

I.  **IDENTIFICATION OF THE APPLICATION**

   A.  **TITLE**

| |
|---|
| Method and device for monitoring and analyzing signals |

   B.  **IDENTIFICATION OF THE SPECIFICATION AND CLAIMS TO WHICH THIS DECLARATION REFERS**

| | |
|---|---|
| DOES THE SPECIFICATION INCLUDE A PRELIMINARY AMENDMENT? | YES |
| THE UNITED STATES APPLICATION NUMBER | |
| THE UNITED STATES APPLICATION FILING DATE, IN YYYY-MM-DD FORMAT | |

   C.  **IF THIS IS A PCT NATIONAL STAGE APPLICATION, THEN FILL IN THE FOLLOWING**

| | |
|---|---|
| PCT APPLICATION NUMBER | |
| PCT APPLICATION FILING DATE, IN YYYY-MM-DD FORMAT | |
| PCT ARTICLE 19 AMENDMENT DATE, IF ANY, IN YYYY-MM-DD FORMAT | |
| PCT ARTICLE 34 AMENDMENT DATE, IF ANY, IN YYYY-MM-DD FORMAT | |

I (We) have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment referred to above.

II. **PRIORITY CLAIM INFORMATION**
   A. **PARIS CONVENTION PRIORITY CLAIMS**

I (We) hereby claim priority to the following applications under 35 U.S.C. § 119(a)-(d) (foreign applications for patent or inventor's certificate) .

| APPLICATION NUMBER (SERIES CODE AND SERIAL NUMBER) | COUNTRY | FILING DATE, IN YYYY-MM-DD FORMAT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

   B. **UNITED STATES PROVISIONAL APPLICATION PRIORITY CLAIMS**

I (We) hereby claim priority to the following applications under 35 U.S.C. § 119 (e) (United States provisional applications).

| PROVISIONAL APPLICATION NUMBER (SERIES CODE AND SERIAL NUMBER) | FILING DATE, IN YYYY-MM-DD FORMAT |
|---|---|
| | |
| | |

   C. **UNITED STATES NON- PROVISIONAL APPLICATION PRIORITY CLAIMS**

I (We) hereby claim priority to the following applications under 35 U.S.C. § 120 or § 365(c) (United States non provisional applications and PCT International applications designating the United States).

| APPLICATION NUMBER | FILING DATE, IN YYYY-MM-DD FORMAT | CURRENT STATUS (PENDING, ISSUED, OR ABANDONED) | PATENT NUMBER, IF ISSUED |
|---|---|---|---|
| 12/655,357 | 2009-12-22 | PENDING | |
| 12/005,229 | 2007-12-26 | ISSUED | 7,660,700 |
| 09/657,181 | 2000-09-07 | ISSUED | 7,346,472 |
| | | | |
| | | | |
| | | | |

III.    **AUTHORIZATION TO PERMIT ACCESS TO APPLICATION BY PARTICIPATING OFFICES**

I (We) hereby grant the USPTO authority to provide the European Patent Office (EPO), the Japan Patent Office (JPO), the Korean Intellectual Property Office (KIPO), and any other intellectual property office in which a foreign application claiming priority to the above-identified application is filed, access to the above-identified patent application.

IV.    **DUTY OF DISCLOSURE**

I (We) acknowledge the duty to disclose in this application information of which I am (we are) aware that is material to the patentability of pending claims in this application, as that duty is defined in Section 1.56 of Title 37 Code of Federal Regulations. Insofar as the subject matter of each pending claim is not disclosed in an application to which this application claims priority, I (we) understand that this duty applies to information which became available between the filing date of the prior application and the filing date of this application.

V.    **POWER OF ATTORNEY AND POWER TO FURTHER IDENTIFY**

I (We) hereby grant power of attorney to the attorneys associated with Neifeld IP Law, PC customer number 31518 as my (our) attorneys, with full powers of substitution and revocation, to prosecute this application and to transact all business in the Patent Office connected therewith. I (We) authorize NEIFELD IP LAW, PC to fill in a "NEIFELD REF:" identifier, the application number, the filing date, and any other information desirable to identify the application, on the pages of this declaration after I (we) sign.

VI.    **CORRESPONDENCE ADDRESS**

Direct all correspondence to the address for customer number 31518 for the firm of NEIFELD IP LAW, P.C.

VII.    **ACKNOWLEDGMENT OF PENALTY FOR PERJURY**

I (We) declare that all statements made herein of our (my) own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful statements may jeopardize the validity of the application or any patent issuing thereon.

VIII. **IDENTIFICATION OF MAILING ADDRESS, RESIDENCE ADDRESS, CITIZENSHIP, AND SIGNATURE AND DATE OF SIGNATURE, OF ALL INVENTORS**
The names of all people that I believe to be inventors are listed below.

FIRST INVENTOR - My mailing address, residence address, and citizenship are stated below next to my name.  The date next to my signature is the date on which I sign this declaration.

| SCOTT MOSKOWITZ | | |
|---|---|---|
| PRINTED NAME OF FIRST INVENTOR | SIGNATURE OF FIRST INVENTOR | DATE OF SIGNATURE OF FIRST INVENTOR |
| MAILING ADDRESS OF FIRST INVENTOR (WHERE THE INVENTOR REGULARLY RECEIVES MAIL) | STREET: | 16047 COLLINS AVENUE, South Tower, 3202 |
| | CITY: | SUNNY ISLES BEACH |
| | STATE: | FL |
| | POSTAL CODE: | 32160 |
| | COUNTRY: | UNITED STATES OF AMERICA |
| RESIDENCE ADDRESS INFORMATION OF FIRST INVENTOR | CITY: | SUNNY ISLES BEACH |
| | STATE: | FL |
| | COUNTRY: | UNITED STATES OF AMERICA |
| COUNTRY OF CITIZENSHIP OF FIRST INVENTOR: | | UNITED STATES OF AMERICA |

ADDITIONAL INVENTORS, IF ANY, ARE LISTED ON COPIES OF THIS PAGE

ADDITIONAL INVENTOR - My mailing address, residence address, and citizenship are stated below next to my name. The date next to my signature is the date on which I sign this declaration.

| MIKE W. BERRY | *signature* | |
|---|---|---|
| PRINTED NAME OF ADDITIONAL INVENTOR | SIGNATURE OF ADDITIONAL INVENTOR | DATE OF SIGNATURE OF ADDITIONAL INVENTOR |
| MAILING ADDRESS OF ADDITIONAL INVENTOR (WHERE THE INVENTOR REGULARLY RECEIVES MAIL) | STREET: | 14B W Etruria St |
| | CITY: | Seattle |
| | STATE: | Washington |
| | POSTAL CODE: | 98119 |
| | COUNTRY: | UNITED STATES OF AMERICA |
| RESIDENCE ADDRESS INFORMATION OF ADDITIONAL INVENTOR | CITY: | Seattle |
| | STATE: | Washington |
| | COUNTRY: | UNITED STATES OF AMERICA |
| COUNTRY OF CITIZENSHIP OF ADDITIONAL INVENTOR: | | UNITED STATES OF AMERICA |

RAN
Printed: February 17, 2011 (8:14pm)
Y:\Clients\SCOT Scott A Moskowitz and Wistaria Trading, Inc\SCOT0017-4\Drafts\InventorDecAndPowers_SCOT0017-4_2-11-2011.wpd