**EXHIBIT 11**



| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

Previous on List    Next on List        Return To List            Entity Name Search
No Events           No Name History                                Submit

### Detail by Entity Name

**Florida Profit Corporation**
WISTARIA TRADING INC.

---

**This detail screen does not contain information about the 2013 Annual Report.**

**Click the 'Search Now' button to determine if the 2013 Annual Report has been filed.**

Search Now

---

**Filing Information**

**Document Number** S78965
**FEI/EIN Number** 650283796
**Date Filed** 09/09/1991
**State** FL
**Status** ACTIVE

**Principal Address**

16711 COLLINS AVE
SUITE 2505
SUNNY ISLES BEACH FL 33160 US

Changed 03/07/2007

**Mailing Address**

16711 COLLINS AVE
SUITE 2505
SUNNY ISLES BEACH FL 33160 US

Changed 03/07/2007

**Registered Agent Name & Address**

ROGERS, SCOTT
5415 COLLINS AVENUE
#505
MIAMI BEACH FL 33140 US

Name Changed: 01/27/1998

Address Changed: 03/24/2009

**Officer/Director Detail**

**Name & Address**

Title P

==MOSKOWITZ, SCOTT==
==16711 COLLINS AVE, #2505==
==SUNNY ISLES BEACH FL 33160==

## Annual Reports

**Report Year   Filed Date**
2010            02/21/2010
2011            01/07/2011
2012            02/08/2012

## Document Images

| Date | |
|---|---|
| 02/08/2012 -- ANNUAL REPORT | View image in PDF format |
| 01/07/2011 -- ANNUAL REPORT | View image in PDF format |
| 02/21/2010 -- ANNUAL REPORT | View image in PDF format |
| 03/24/2009 -- ANNUAL REPORT | View image in PDF format |
| 03/10/2008 -- ANNUAL REPORT | View image in PDF format |
| 03/07/2007 -- ANNUAL REPORT | View image in PDF format |
| 04/12/2006 -- ANNUAL REPORT | View image in PDF format |
| 04/05/2005 -- ANNUAL REPORT | View image in PDF format |
| 03/19/2004 -- ANNUAL REPORT | View image in PDF format |
| 04/02/2003 -- ANNUAL REPORT | View image in PDF format |
| 04/16/2002 -- ANNUAL REPORT | View image in PDF format |
| 02/01/2001 -- ANNUAL REPORT | View image in PDF format |
| 01/25/2000 -- ANNUAL REPORT | View image in PDF format |
| 02/18/1999 -- ANNUAL REPORT | View image in PDF format |
| 01/27/1998 -- ANNUAL REPORT | View image in PDF format |
| 05/07/1997 -- ANNUAL REPORT | View image in PDF format |
| 06/26/1996 -- ANNUAL REPORT | View image in PDF format |
| 01/27/1995 -- ANNUAL REPORT | View image in PDF format |

**Note:** This is not official record. See documents if question or conflict.

Previous on List    Next on List    Return To List    Entity Name Search    Submit

**No Events**    **No Name History**

| Home | Contact us | Document Searches | E-Filing Services | Forms | Help |

Copyright © and Privacy Policies
State of Florida, Department of State