# EXHIBIT 12



Home | Contact Us | E-Filing Services | Document Searches | Forms | Help

Events . No Name History

Document # Search

Submit

## Detail by Document Number

### Florida Profit Corporation

BLUE SPIKE, INC.

**This detail screen does not contain information about the 2013 Annual Report.**

**Click the 'Search Now' button to determine if the 2013 Annual Report has been filed.**

Search Now

### Filing Information

**Document Number**  P97000100024
**FEI/EIN Number**   650798557
**Date Filed**       11/24/1997
**State**            FL
**Status**           ACTIVE
**Last Event**       REINSTATEMENT
**Event Date Filed** 12/11/2000
**Event Effective Date** NONE

### Principal Address

16711 COLLINS AVENUE #2505
SUNNY ISLES BEACH FL 33160

Changed 03/10/2008

### Mailing Address

16711 COLLINS AVENUE #2505
SUNNY ISLES BEACH FL 33160

Changed 03/10/2008

### Registered Agent Name & Address

C T CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION FL 33324 US

Name Changed: 03/02/2011

Address Changed: 03/02/2011

### Officer/Director Detail

**Name & Address**

2/7/13
Case 6:12-cv-00499-RWS-CMC   Document 678-14   Filed 04/22/13   Page 3 of 4 PageID #: 5077
www.sunbiz.org - Department of State

Title PD

MOSKOWITZ, SCOTT
16711 COLLINS AVE #2505
SUNNY ISLES BEACH FL 33160

Title V

MOSKOWITZ, GREGG
50 MURRAY STREET, #701
NEW YORK NY 10007

## Annual Reports

| Report Year | Filed Date |
|---|---|
| 2010 | 02/21/2010 |
| 2011 | 01/07/2011 |
| 2012 | 02/08/2012 |

## Document Images

02/08/2012 -- ANNUAL REPORT   [View image in PDF format]

03/02/2011 -- Reg. Agent Change   [View image in PDF format]

01/07/2011 -- ANNUAL REPORT   [View image in PDF format]

02/21/2010 -- ANNUAL REPORT   [View image in PDF format]

03/24/2009 -- ANNUAL REPORT   [View image in PDF format]

03/10/2008 -- ANNUAL REPORT   [View image in PDF format]

03/07/2007 -- ANNUAL REPORT   [View image in PDF format]

04/12/2006 -- ANNUAL REPORT   [View image in PDF format]

04/05/2005 -- ANNUAL REPORT   [View image in PDF format]

03/19/2004 -- ANNUAL REPORT   [View image in PDF format]

04/02/2003 -- ANNUAL REPORT   [View image in PDF format]

04/16/2002 -- ANNUAL REPORT   [View image in PDF format]

04/12/2001 -- ANNUAL REPORT   [View image in PDF format]

12/11/2000 -- REINSTATEMENT   [View image in PDF format]

2/7/13  Case 6:12-cv-00499-RWS-CMC   Document 678-14   Filed 04/22/13   Page 4 of 4 PageID #:
                                              www.sunbiz.org - Department of State
                                                             5078

| | |
|---|---|
| 02/27/1999 -- ANNUAL REPORT | View image in PDF format |
| 02/23/1998 -- ANNUAL REPORT | View image in PDF format |
| 11/24/1997 -- Domestic Profit | View image in PDF format |

**Note:** This is not official record. See documents if question or conflict.

Events    **No Name History**

Document # Search

Submit

| Home | Contact us | Document Searches | E-Filing Services | Forms | Help |
Copyright © and Privacy Policies
State of Florida, Department of State