**EXHIBIT 14**

# 2013 FLORIDA PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# S78965

**Entity Name:** WISTARIA TRADING INC.

**Current Principal Place of Business:**

16711 COLLINS AVE
SUITE 2505
SUNNY ISLES BEACH, FL 33160

**Current Mailing Address:**

16711 COLLINS AVE
SUITE 2505
SUNNY ISLES BEACH, FL 33160 US

**FEI Number:** 65-0283796

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

ROGERS, SCOTT
5415 COLLINS AVENUE
#505
MIAMI BEACH, FL 33140 US

FILED
Jan 20, 2013
Secretary of State

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE:

_____
Electronic Signature of Registered Agent                                         Date

**Officer/Director Detail:**

| | |
|---|---|
| Title | P |
| Name | MOSKOWITZ, SCOTT |
| Address | 16711 COLLINS AVE, #2505 |
| City-State-Zip: | SUNNY ISLES BEACH FL 33160 |

I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.

SIGNATURE: /SCOTT MOSKOWITZ/                    P                    01/20/2013
_____
Electronic Signature of Signing Officer/Director                                  Date