**EXHIBIT 15**

**2013 FLORIDA PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# P97000100024

**Entity Name:** BLUE SPIKE, INC.

**FILED**
**Jan 20, 2013**
**Secretary of State**

**Current Principal Place of Business:**

16711 COLLINS AVENUE #2505
SUNNY ISLES BEACH, FL 33160

**Current Mailing Address:**

16711 COLLINS AVENUE #2505
SUNNY ISLES BEACH, FL 33160

**FEI Number:** 65-0798557

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

C T CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent                                   Date

**Officer/Director Detail:**

| | |
|---|---|
| Title | PD |
| Name | MOSKOWITZ, SCOTT |
| Address | 16711 COLLINS AVE #2505 |
| City-State-Zip: | SUNNY ISLES BEACH FL 33160 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: /SCOTT MOSKOWITZ/                        P                        01/20/2013

Electronic Signature of Signing Officer/Director                                   Date