# EXHIBIT 17

**LexisNexis®** | *Accurint® for Legal Professionals*

## Real-Time Motor Vehicle Registration Search Results

Records: 1 to 1 of 1

**Search Terms Used -  First Name: SCOTT; Last Name: MOSKOWITZ; Street: 16711 COLLINS AVE; City: SUNNY ISLES BEACH; State: FL; Zip: 33160;**

| Vehicle Information | Reports |
|---|---|

**1.**   Description: **2011 PORSCHE 911 CARRERA2S/4S/GTS - COUPE**   VIN: **WP0AB2A90BS720252**

 **Motor Vehicle Report**

Registrant(s):
Name: **SCOTT A MOSKOWITZ**
Address: **16711 COLLINS AVE APT 2505, MIAMI  FL 33160-4262**

Issue State: **FLORIDA**
Latest Registration
Date: **11/28/2012**
Record Type:

Records: 1 to 1 of 1

Your DPPA Permissible Use: Civil, Criminal, Administrative or Arbitral Proceedings

Your GLBA Permissible Use: Legal Compliance

**LexisNexis®**

About LexisNexis | Terms & Conditions

Copyright © 2013 LexisNexis Risk Solutions. All rights reserved.