**EXHIBIT 18**



Page 1

## Voter Registration Record

### Source Information

| | |
|---|---|
| **State:** | FLORIDA |
| **File Acquired:** | 12/31/2012 |
| **Update Frequency:** | ANNUAL |
| **Current Date:** | 02/08/2013 |

### Name and Personal Information

| | |
|---|---|
| **Name:** | SCOTT ANDREW MOSKOWITZ |
| **Address:** | 20191 E COUNTRY CLUB DR #TH4 |
| | AVENTURA, FL 33180 |

### Registration Information

| | |
|---|---|
| **Voter Identification Number:** | 109319005 |
| **Registration Date:** | 07/29/1988 |

### Voter History

| | |
|---|---|
| **Primary 2006** | VOTED |
| **General 2006** | VOTED |
| **General 2012** | VOTED |
| **Special1 2011** | VOTED |
| **Special2 2011** | VOTED |
| **Primary 2010** | VOTED |
| **General 2010** | VOTED |
| **Primary 2008** | VOTED |
| **Other 2008** | VOTED |
| **Pres Primary 2008** | VOTED |
| **Last Date Voted:** | 11/06/2012 |

### Demographic Information

| | |
|---|---|
| **Date of Birth:** | 01/XX/1969 |
| **Age:** | 35-44 |
| **Gender:** | MALE |

© 2013 Thomson Reuters. No Claim to Orig. US Gov. Works.

Page 2

**Political Party:**         DEMOCRAT

END OF DOCUMENT

© 2013 Thomson Reuters. No Claim to Orig. US Gov. Works.

Page 2