**EXHIBIT 19**

US005613004A

# United States Patent [19]

## Cooperman et al.

[11] **Patent Number:** **5,613,004**

[45] Date of Patent: Mar. 18, 1997

[54] STEGANOGRAPHIC METHOD AND DEVICE

[75] Inventors: **Marc Cooperman**, Palo Alto, Calif.; **Scott A. Moskowitz**, Tokyo, Japan

[73] Assignee: The Dice Company, Palo Alto, Calif.

[21] Appl. No.: **489,172**

[22] Filed: **Jun. 7, 1995**

[51] Int. Cl.$^6$ ........................................ **H04L 9/20**
[52] U.S. Cl. ................................ **380/28**; 380/4
[58] Field of Search ........................ 380/4, 25, 28

[56]     **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,200,770 | 4/1980 | Hellman et al. ........................ | 178/22 |
| 4,218,582 | 8/1980 | Hellman et al. ........................ | 178/22 |
| 4,405,829 | 9/1983 | Rivest et al. .......................... | 178/22.1 |
| 4,424,414 | 1/1984 | Hellman et al. ........................ | 178/22.11 |
| 4,748,668 | 5/1988 | Shamir et al. ......................... | 380/30 |
| 4,908,873 | 3/1990 | Philibert et al. . | |
| 4,979,210 | 12/1990 | Nagata et al. ......................... | 380/4 |
| 4,980,782 | 12/1990 | Ginkel . | |
| 5,073,925 | 12/1991 | Nagata et al. ......................... | 380/4 |
| 5,287,407 | 2/1994 | Holmes ................................. | 380/4 |
| 5,319,735 | 6/1994 | Preuss et al. .......................... | 395/2.1 |
| 5,365,586 | 11/1994 | Indeck et al. ......................... | 380/4 |
| 5,379,345 | 1/1995 | Greenberg ............................. | 380/23 |
| 5,408,505 | 4/1995 | Indeck et al. ......................... | 380/4 |
| 5,412,718 | 5/1995 | Narasimhalu et al. ................. | 380/4 |
| 5,428,606 | 6/1995 | Moskowitz ............................ | 370/60 |

OTHER PUBLICATIONS

Press, Flannery, Teukolsky and Vetterling, Numerical Recipes in C, Cambridge University Press, 1988, "12. Fourier Transform Spectral Methods", pp. 398–470.

Ken C. Pohlman, "Principles of Digital Audio", 2nd ed., SAMS, 1991.

B. Schneier, Applied Cryptography, John Wiley & Sons, Inc., New York 1994, particularly the following sections for steganography: 4.1 Subliminal Channel, pp. 387–392, particularly the following sections for cryptography "Chapter 1: Foundations", pp. 1–16, Chapter 2: Protocol Building Blocks, pp. 17–41.

D. Kahn, "The Code Breakers", The Macmillan Company, 1969, particularly the following sections on steganography pp. xiii, 81–83, 513, 515, 522–526, 873.

*Primary Examiner*—Salvatore Cangialosi
*Attorney, Agent, or Firm*—Kenyon & Kenyon

[57]       ABSTRACT

An apparatus and method for encoding and decoding additional information into a stream of digitized samples in an integral manner. The information is encoded using special keys. The information is contained in the samples, not prepended or appended to the sample stream. The method makes it extremely difficult to find the information in the samples if the proper keys are not possessed by the decoder. The method does not cause a significant degradation to the sample stream. The method is used to establish ownership of copyrighted digital multimedia content and provide a disincentive to piracy of such material.

**44 Claims, No Drawings**