# EXHIBIT 20

Case 6:12-cv-00499-RWS-CMC   Document 678-22   Filed 04/22/13   Page 2 of 2 PageID #: 5099

*Home* » 2013 » Usa

USA 2013
February 25 - March 1
San Francisco

## RSA Conference 2013 has Concluded!



Save the date for RSA Conference 2014 February 24 - 28 in San Francisco

We thank our Delegates, speakers, sponsors and exhibitors for a great week! We hope your week of learning and networking has given you the tools and unexpected insights that you can take back to your office and share with your team.

If you missed something during the week or simply wish to relive parts of the Conference, check out our coverage from 2013 (http://rsaconference.com/online) including keynote replays, session presentations, photos and more.

**Save the date for 2014: February 24 – 28 in San Francisco!**



Relive the Conference or see what you missed. (http://365.rsaconference.com/community/archive)

## Highlights

RSA Conference 2013 Photos (http://www.flickr.com/photos/rsaconference)

Photos have been posted for RSA Conference 2013. Relive the Conference or see what you missed!

Session Presentations Online (https://ae.rsaconference.com/US13/connect/search.ww)

Access Conference session presentations online through Navigator.

CE Credits (http://www.rsaconference.com/events/2013/usa/agenda/ce-credits.htm)

Receive credits for sessions you attended at RSA Conference 2013.

SESSION PRESENTATIONS (HTTPS://AE.RSACONFERENCE./US13/CONNECT/SEARCH.WW)

Access session presentations online via the Navigator

**Remember to join the conversation:**

FOLLOW (HTTP://TWITTER.COM/RSACONFERENCE)