# EXHIBIT 24



**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



### Assignments on the Web > **Patent Query**

# Patent Assignment Details

*NOTE: Results display only for issued patents and published applications. For pending or abandoned applications please consult USPTO staff.*

| | | |
|---|---|---|
| **Reel/Frame:** 028725/0058 | | **Pages:** 8 |
| | **Recorded:** 08/05/2012 | |
| **Attorney Dkt #:** SCOT0001 | | |
| **Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | | |

**Total properties:** 5

| | | | | |
|---|---|---|---|---|
| **1** | **Patent #:** 7346472 | **Issue Dt:** 03/18/2008 | **Application #:** 09657181 | **Filing Dt:** 09/07/2000 |
| | **Title:** METHOD AND DEVICE FOR MONITORING AND ANALYZING SIGNALS | | | |
| **2** | **Patent #:** 7660700 | **Issue Dt:** 02/09/2010 | **Application #:** 12005229 | **Filing Dt:** 12/26/2007 |
| | **Publication #:** US20080109417 | **Pub Dt:** 05/08/2008 | | |
| | **Title:** METHOD AND DEVICE FOR MONITORING AND ANALYZING SIGNALS | | | |
| **3** | **Patent #:** 7949494 | **Issue Dt:** 05/24/2011 | **Application #:** 12655357 | **Filing Dt:** 12/22/2009 |
| | **Publication #:** US20100106736 | **Pub Dt:** 04/29/2010 | | |
| | **Title:** METHOD AND DEVICE FOR MONITORING AND ANALYZING SIGNALS | | | |
| **4** | **Patent #:** 8214175 | **Issue Dt:** 07/03/2012 | **Application #:** 13035964 | **Filing Dt:** 02/26/2011 |
| | **Publication #:** US20110179069 | **Pub Dt:** 07/21/2011 | | |
| | **Title:** METHOD AND DEVICE FOR MONITORING AND ANALYZING SIGNALS | | | |
| **5** | **Patent #:** NONE | **Issue Dt:** | **Application #:** 13487119 | **Filing Dt:** 06/01/2012 |
| | **Publication #:** US20120239686 | **Pub Dt:** 09/20/2012 | | |
| | **Title:** Method and device for monitoring and analyzing signals | | | |

**Assignor**

| | | |
|---|---|---|
| **1** | BLUE SPIKE, INC. | **Exec Dt:** 08/04/2012 |

**Assignee**

**1**   BLUE SPIKE LLC
    1820 SHILOH ROAD, STE 1201C
    TYLER, TEXAS 75703

**Correspondence name and address**

    BRUCE T. MARGULIES
    4813-B EISENHOWER AVE.
    ALEXANDRIA, VA 22304

Search Results as of: 02/12/2013 05:09 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.3.2
Web interface last modified: July 10, 2012 v.2.3.2

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT |

1 of 1                  2/12/2013 2:14 PM