# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC.,<br><br>      Defendant. | Civil Action No. 6:12-CV-499-MHS<br><br>LEAD CASE |
| BLUE SPIKE, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>GOOGLE INC.,<br><br>      Defendant. | Civil Action No. 6:12-CV-558-MHS<br><br>CONSOLIDATED CASE |

**ORDER GRANTING DEFENDANT GOOGLE INC.'S MOTION TO TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA UNDER 28 U.S.C. § 1404(a)**

The motion of Defendant Google Inc. to transfer venue pursuant to 28 U.S.C. § 1404(a) has been submitted to the Court for decision. The Court, having considered all papers submitted in connection therewith, is of the opinion that the motion is well taken and should be GRANTED.

IT IS THEREFORE **ORDERED** that the above captioned case against Google Inc. shall be transferred to the United States District Court for the Northern District of California.