# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>TEXAS INSTRUMENTS, INC.,<br><br>    Defendant. | 6:12-cv-00499-MHS<br>LEAD CASE |
| BLUE SPIKE, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>AGNITIO CORP.,<br><br>    Defendant. | 6:13-cv-00129-MHS<br>CONSOLIDATED CASE |

## DECLARATION OF JAVIER CASTANO

In accordance with 28 U.S.C. § 1746, I, Javier Castano, hereby declare as follows:

1. I am over 18 years old and have personal knowledge of the facts stated in this Declaration or I have based my statements on corporate information of Agnitio Corp. ("Agnitio") available to me. I could testify to the facts recited in this Declaration and could testify as a witness in this matter.

2. I am Chief Operating Officer of Agnitio and have held this position since 2004.

3. Agnitio Corp. is a Delaware Corporation with its principal place of business in the United States located at 1001 19th Street North, Suite 1200, Arlington, Virginia 22209.

4. Agnitio does not conduct business in the State of Texas.

5. Agnitio does not actively solicit customers in the State of Texas.

DECLARATION OF JAVIER CASTANO          1

6. Agnitio does not provide any products or services to individuals in the State of Texas.

7. Agnitio does not advertise its products or services in the State of Texas.

8. Agnitio has no sales of its products or services in the State of Texas.

9. Agnitio has not shipped products or provided services in the State of Texas.

10. Agnitio has not entered into any contracts, agreements, or licenses with any customers in the State of Texas.

11. Agnitio has not sent any product samples to the State of Texas.

12. Agnitio does not provide demonstrations of its products in the State of Texas.

13. Agnitio does not maintain any employees, sales or distribution offices, agents, or bank accounts in the State of Texas.

14. None of Agnitio's employees have visited the State of Texas for business purposes.

15. Agnitio does not own or lease any property in the State of Texas.

16. Agnitio does not owe or pay taxes to the State of Texas.

17. Agnitio does not attend trade shows in the State of Texas.

18. Agnitio maintains a non–interactive website which is available worldwide to any individual over the Internet.

19. This website is maintained and operated outside of the State of Texas.

20. Agnitio's customers or potential customers cannot use Agnitio's website to order or purchase any of Agnitio's products or services.

DECLARATION OF JAVIER CASTANO                2

21.     Agnitio's customers or potential customers cannot interact directly with any of Agnitio's employees through its website – no live-chat window is available to assist or provide any immediate response to visitors of the website.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Madrid, Spain.

Dated: April 22, 2013

_____
Javier Castano