# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC.,<br><br>Defendant. | 6:12-cv-00499-MHS<br>LEAD CASE |
| BLUE SPIKE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>AGNITIO CORP.,<br><br>Defendant. | 6:13-cv-00129-MHS<br>CONSOLIDATED CASE |

## DECLARATION OF DANIEL HWANG

In accordance with 28 U.S.C. § 1746, I, Daniel Hwang, hereby declare as follows:

1. I am an associate at K&L Gates LLP, and I am a counsel for Defendant Agnitio Corp. I submit this declaration in support of the Defendant Agnitio's Motion to Dismiss For Lack of Personal Jurisdiction.

2. Attached as Exhibit B-1 is a true and correct copy of Blue Spike LLC's website retrieved from <http://www.bluespike.com/contact-us/>.

3. Attached as Exhibit B-2 is a true and correct copy of Blue Spike LLC's company information listing Scott Moskowitz as the manager.

4. Attached as Exhibit B-3 is a true and correct copy of company information for Blue Spike, Inc., a Florida corporation of which Scott Moskowitz is President.

5. Attached as exhibit B-4 are true and correct copies of USPTO records of trademark registrations owned by Blue Spike Inc.'s retrieved the United States Patent and Trademark Office online search system. These records list Blue Spike, Inc., the Florida corporation, as the registered owner.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed in Chicago, Illinois.

Dated: April 22, 2013

_____
Daniel In Hwang