# Exhibit B-1

**BLUESPIKE** | Art | Science | Technology | Company | Contact Us |

## For more information please contact us

**Blue Spike, Inc. USA**
Sunny Isles Beach, Florida Office
Scott Moskowitz, CEO
Blue Spike, Inc.
16711 Collins Avenue, Suite 2505
Sunny Isles Beach, Florida, 33160
Or,
Tyler, Texas Office
1820 Shiloh Road, Suite 1201C (Building 3)
Tyler, Texas, 75703
email: scott@bluespike.com

**Boston Office**
Brett Fasullo
Strategic Partnerships
tel: 617-834-9526
email: brett@bluespike.com

**Blue Spike, Inc. Japan**
Hitoshi Sakamoto
TEL/FAX +81 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
hitoshi@bluespike.com

**For Sales and Licensing**
email: sales@bluespike.com

**For Technical Support**
email: support@bluespike.com

**For Press and Media Relations**
email: press@bluespike.com

**For Career Opportunities**
email: jobs@bluespike.com

| Sitemap | Art | Science | Technology | Company | Contact Us |

Copyright © 1997-2013 Blue Spike, Inc. Giovanni, Scrambler, the Blue Spike logo, and the Giovanni logo are trademarks of Blue Spike, Inc. "Didya Use Protection,", "Digi Use Protection" and "recognition, recognition, recognition" are also trademarks of Blue Spike, Inc. "Blue Spike" and "Giovanni" are registered trademarks. All other trademarks are the property of their respective owners. The Company reserves the right to make alterations or amendments to the information in this document and/or product specifications at its discretion. No freedom to use patents or other intellectual property rights is implied by the publication of materials on this Web site or to off-site documents to which it directs readers. Send comments and suggestions to webmaster@bluespike.com