# Exhibit B-2

Westlaw.

TX801596430                                                                                    Page 1

### Corporate Records & Business Registrations

#### Source Information

| | |
|---|---|
| **This Record Last Updated:** | 06/24/2012 |
| **Database Last Updated:** | 04/12/2013 |
| **Update Frequency:** | DAILY |
| **Current Date:** | 04/12/2013 |
| **Source:** | AS REPORTED BY THE SECRETARY OF STATE OR OTHER OFFICIAL SOURCE |

#### Company Information

| | |
|---|---|
| **Name:** | **BLUE SPIKE** LLC |
| **Address:** | 1820 SHILOH RD STE 1201C |
| | TYLER, TX 75703-2426 |
| | USA |

#### Filing Information

| | |
|---|---|
| **Filing Number:** | 801596430 |
| **Filing Date:** | 05/14/2012 |
| **State of Incorporation:** | TEXAS |
| **Duration:** | PERPETUAL |
| **Status:** | IN EXISTENCE |
| **Business Type:** | DOMESTIC LIMITED LIABILITY COMPANY (LLC) |
| **State Tax ID:** | 32047955607 |
| **Where Filed:** | SECRETARY OF STATE |
| | 1019 BRAZOS ST |
| | AUSTIN, TX 78701 |

© 2013 Thomson Reuters. No Claim to Orig. US Gov. Works.

TX801596430                                                                          Page 2

### Registered Agent Information

**Name:**              C T CORPORATION SYSTEM

**Address:**           350 NORTH ST. PAUL ST., STE. 2900
                       DALLAS, TX 75201-4234
                       USA

### Name Information

**LegalName:**         **BLUE SPIKE** LLC

**Status:**            IN USE

**Filing date:**       05/14/2012

### Principal Information

**Name:**              SCOTT MOSKOWITZ

**Title:**             MANAGER

**Address:**           1820 SHILOH ROAD, STE 1201C
                       TYLER, TX 75703
                       USA

### Amendment Information

**Amendments:**        05/14/2012 CERTIFICATE OF FORMATION; DOCUMENT NUM-
                       BER - 421616920002

The preceding public record data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source.

The public record items reported above may have been paid, terminated, vacated or released prior to today's date.

### Order Documents

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387)
for on-site manual retrieval of documents related to this or other matters.
Additional charges apply.

END OF DOCUMENT

© 2013 Thomson Reuters. No Claim to Orig. US Gov. Works.

TX801596430

© 2013 Thomson Reuters. No Claim to Orig. US Gov. Works.