# Exhibit B-4



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Wed Apr 10 05:02:46 EDT 2013

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

Logout | Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TSDR] [ASSIGN Status] [TTAB Status] ( Use the "Back" button of the Internet Browser to return to TESS)

### Typed Drawing

| Field | Value |
|---|---|
| Word Mark | BLUE SPIKE |
| Goods and Services | IC 009. US 021 023 026 036 038. G & S: DIGITAL WATERMARK ENCRYPTION SOFTWARE FOR COPYRIGHT MANAGEMENT. FIRST USE: 19980100. FIRST USE IN COMMERCE: 19980300 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | 75466294 |
| Filing Date | April 10, 1998 |
| Current Basis | 1A |
| Original Filing Basis | 1B |
| Published for Opposition | February 9, 1999 |
| Registration Number | 2366870 |
| Registration Date | July 11, 2000 |
| Owner | (REGISTRANT) BLUE SPIKE, INC. CORPORATION FLORIDA 16711 Collins Avenue, #2505 Miami FLORIDA 33160 |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 8 (6-YR). SECTION 8(10-YR) 20091123. |
| Renewal | 1ST RENEWAL 20091123 |
| Live/Dead Indicator | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Apr 10 05:02:46 EDT 2013*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [Browse Dict] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: [ ] OR [Jump] to record: [ ] **Record 4 out of 4**

[TSDR] [ASSIGN Status] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*

### Typed Drawing

| | |
|---|---|
| **Word Mark** | GIOVANNI |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: DIGITAL WATERMARK ENCRYPTION SOFTWARE FOR COPYRIGHT MANAGEMENT. FIRST USE: 19971100. FIRST USE IN COMMERCE: 19980400 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75466293 |
| **Filing Date** | April 10, 1998 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | June 15, 1999 |
| **Registration Number** | 2378000 |
| **Registration Date** | August 15, 2000 |
| **Owner** | (REGISTRANT) BLUE SPIKE, INC. CORPORATION FLORIDA 16711 Collins Avenue, #2505 Miami FLORIDA 33160 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20100616. |

4/10/13 — Trademark Electronic Search System (TESS)

| | |
|---|---|
| **Renewal** | 1ST RENEWAL 20100616 |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY