IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **BLUE SPIKE, LLC,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**TEXAS INSTRUMENTS, INC.,**<br><br>    **Defendant.** | 6:12-cv-00499-MHS<br>LEAD CASE |
| **BLUE SPIKE, LLC,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**AGNITIO CORP.,**<br><br>    **Defendant.** | 6:13-cv-00129-MHS<br>CONSOLIDATED CASE |

### ORDER GRANTING DEFENDANT AGNITIO CORP.'S MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION

After consideration of Defendant Agnitio Corp.'s Motion to Dismiss Complaint for Lack of Personal Jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2), Plaintiff Blue Spike LLC's response, any subsequent responses or replies, and all supporting papers and arguments presented by the parties, the Court **GRANTS** said motion.

**IT IS ORDERED** that the Complaint is hereby dismissed without prejudice against Agnitio Corp.