# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | |
|---|---|
| **BLUE SPIKE, LLC,**<br><br>    **Plaintiff,**<br><br>    **v.**<br><br>**TEXAS INSTRUMENTS, INC.,**<br><br>    **Defendant.** | **6:12-cv-00499-MHS**<br>**LEAD CASE** |
| **BLUE SPIKE, LLC,**<br><br>    **Plaintiff,**<br><br>    **v.**<br><br>**AGNITIO CORP.,**<br><br>    **Defendant.** | **6:13-cv-00129-MHS**<br>**CONSOLIDATED CASE** |

## DEFENDANT AGNITIO CORP.'S
## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Agnitio Corp. discloses that it is a wholly-owned subsidiary of Agnitio SL, which is based in Spain.  No publicly held corporation owns ten percent (10%) or more of Agnitio Corp.

Dated: April 23, 2013.                                Respectfully submitted,


/s/ *Steven G. Schortgen*
Steven G. Schortgen, *Lead Attorney*
  Texas State Bar No. 00794603
  steve.schortgen@klgates.com
Jennifer Klein Ayers
  Texas State Bar No. 24069322
  jennifer.ayers@klgates.com
**K&L Gates LLP**
1717 Main St.
Suite 2800
Dallas, TX  75201
214.939.5500
214.939.5849 *Facsimile*


**ATTORNEYS FOR DEFENDANT
AGNITIO CORP.**

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5(d), I certify that on April 23, 2013, all counsel of record who have appeared in the Consolidated Action received a copy of this filing pursuant to the Court's ECF/CM system.


Dated:  April 23, 2013

/s/ *Steven G. Schortgen*
Steven G. Schortgen