IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § | |
| *Plaintiff*, | § § § | CASE NO. 6:12-cv-499 MHS |
| v. | § § | LEAD CASE |
| Texas Instruments, Inc., et al., | § § § | Jury Trial Demanded |
| *Defendants*. | § § | |
| Blue Spike, LLC, | § § | |
| *Plaintiff*, | § § § | CASE NO. 6:13-cv-086 MHS |
| v. | § § | CONSOLIDATED CASE |
| Kronos Incorporated, | § § § | Jury Trial Demanded |
| *Defendant*. | § § | |

### PLAINTIFF BLUE SPIKE'S REPLY IN RESPONSE TO DEFENDANT KRONOS'S COUNTERCLAIMS

Plaintiff Blue Spike, LLC ("Blue Spike") files this Reply to the Counterclaims of Defendant Kronos Incorporated ("Kronos" or "Defendant") (Case No. 6:13-cv-086, Dkt. No. 596) as follows. All allegations not expressly admitted or responded to by Blue Spike are denied.

### COUNTERCLAIMS

89. Blue Spike denies the allegations of Paragraph 89 on the basis that Defendant's incorporation of its Answer and Affirmative Defenses into its Counterclaims is nonsensical.

90. Blue Spike admits the allegations of Paragraph 90.

91. Blue Spike admits the allegations of Paragraph 91.

92. Blue Spike admits the allegations of Paragraph 92, upon information and belief.

93. Blue Spike admits the allegations of Paragraph 93.

94. Blue Spike admits the allegations of Paragraph 94.

95. Blue Spike admits the allegations of Paragraph 95.

## FIRST COUNTERCLAIM

96. Blue Spike repeats and incorporates by reference its responses to the allegations contained in Paragraphs 89 through 95 above.

97. Blue Spike denies the allegations of Paragraph 97.

98. Blue Spike denies the allegations of Paragraph 98.

## SECOND COUNTERCLAIM

99. Blue Spike repeats and incorporates by reference its responses to the allegations contained in Paragraphs 89 through 95 above.

100. Blue Spike denies the allegations of Paragraph 100.

## PRAYER FOR RELIEF

Blue Spike denies that Defendant is entitled to any of the relief it requests.

## BLUE SPIKE'S PRAYER FOR RELIEF

In addition to the relief requested in its Original Complaint, Blue Spike respectfully requests a judgment against Defendant as follows:

(a) That Defendant takes nothing by its Counterclaims;

(b) That the Court award Blue Spike its costs and attorneys' fees incurred in defending against these Counterclaims; and

 (c) Any and all further relief for Blue Spike as the Court may deem just and proper.

       Respectfully submitted,

       /s/ Randall T. Garteiser
       Randall T. Garteiser
       Texas Bar No. 24038912
       rgarteiser@ghiplaw.com
       Christopher A. Honea
       Texas Bar No. 24059967
       chonea@ghiplaw.com
       Christopher S. Johns
       Texas Bar No. 24044849
       cjohns@ghiplaw.com
       Kirk J. Anderson
       California Bar No. 289043
       Peter S. Brasher
       California Bar No. 283992
       **GARTEISER HONEA, P.C.**
       44 North San Pedro Road
       San Rafael, California 94903
       Telephone:  (415) 785-3762
       Facsimile:  (415) 785-3805

       *Counsel for Blue Spike, LLC*

CERTIFICATE OF SERVICE

      I, Randall T. Garteiser, am the ECF User whose ID and password are being used to file this document. I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this day. Pursuant to Federal Rule of Civil Procedure 5, this document was served via U.S. Mail and electronic means to counsel for Defendant that are not receiving this document via CM/ECF.

                                                               /s/ Randall T. Garteiser
                                                              Randall T. Garteiser