UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Blue Spike, LLC,<br><br>    *Plaintiff,*<br><br>v.<br><br>TEXAS INSTRUMENTS, INC., et al.,<br><br>    *Defendants.* | CASE NO. 6:12-cv-499 MHS<br><br>LEAD CASE<br><br>Jury Trial Demanded |
| Blue Spike, LLC,<br><br>    *Plaintiff,*<br><br>v.<br><br>ANIMETRICS, INC.,<br><br>    *Defendants.* | CASE NO. 6:13-cv-38 MHS<br><br>CONSOLIDATED CASE<br><br>Jury Trial Demanded |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT ANIMETRICS, INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE**

Plaintiff Blue Spike, LLC ("Blue Spike") respectfully moves the Court for a second extension of time within which to respond to Animetrics, Inc.'s MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE ("Motion to Dismiss") (Dkt. No. 534).

Blue Spike's current deadline to answer the Complaint is April 11, 2013.

Blue Spike requests an extension of time of until April 25, 2013, to respond to Defendant's Motion to Dismiss. Counsel for Blue Spike has

1

conferred with counsel for Animetrics and Animetrics is unopposed to this request for extension of time.

                              Respectfully submitted,

                              /s/ Christopher A. Honea
                              Randall T. Garteiser
                                Texas Bar No. 24038912
                                randall.garteiser@sftrialattorneys.com
                              Christopher A. Honea
                                Texas Bar No. 24059967
                                chris.honea@sftrialattorneys.com
                              Christopher S. Johns
                                Texas Bar No. 24044849
                                chris.johns@sftrialattorneys.com
                              GARTEISER HONEA, P.C.
                              44 North San Pedro Road
                              San Rafael, California 94903
                              (415) 785-3762
                              (415) 785-3805 fax

                              *Counsel for Blue Spike LLC*

## Certificate of Service

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email.

                                                                                 /s/ Christopher A. Honea

## CERTIFICATE OF CONFERENCE

      I certify that on behalf of Blue Spike, LLC, I have met and conferred with counsel for Defendant on April 12, 2013 regarding the relief requested herein. Counsel for Defendant has indicated that they are unopposed to the extension being granted.

                                                                                 /s/ Christopher A. Honea