# Exhibit 1



# Animetrics, Inc.

**3D Facial Recognition**

**Navigation**

# FaceR™ CredentialME

Secure Your Smartphone with 3D Facial Biometric Verification

Your face is your credential. FaceR™ CredentialME is the first facial recognition security application available for use on the iPhone or Android, providing a new level of privacy protection for corporate or personal smartphones. CredentialME is based on the company's patented FACEngine™ facial recognition technology that transforms simple 2D facial images into precise 3D replicas and creates a 2D and 3D facial biometric template.

CredentialME features powerful analytics for instantaneous and highly accurate facial identification and verification. CredentialME enables smartphone users to securely lock down their mobile applications using the phone's built-in camera to confirm a users' facial identity via Animetrics' powerful and precise facial biometric technology. Users can customize FaceR CredentialME to serve as a layer of security authentication for accessing selected applications on their mobile device.

Through Animetrics' FACEngine technology, CredentialME verifies the identity of a smartphone user matching a preexisting authenticated and credentialed picture of their face with snapshot facial images taken by the smartphone's onboard camera. The facial matching is quick and easy and adds an additional layer of security to the standard authentication process of username and password authentication. CredentialME provides an easy to use setup experience for the user's initial enrollment with a voice-guided process to take initial enrollments photos.

**CredentialME Features**

- **Secure Device Protection** Intuitive, yet powerful second layer face recognition authentication ensures highly secure access to smartphone applications and personal device data.
- **Flexible Deployment Options** Can be configured for individual or system wide multiple device deployments.
- **Personalized** Highly customized to match user's personal application preferences.
- **Affordable** Low SaaS deployment model for SDK requires no capital expense.
- **Multi-platform** Supports iPhone and Android devices.
- **Multi-Network** Functions in both 3G/4G and Wi-Fi environments.



**Availability**

CredentialME supports a variety of smartphone environments including iPhone and Android devices.

- iPhone and iPad: The application is available for download in the Apple App store as CredentialME. Price is $1.99. Note: iPhone/iPad CredentialME version does not support application lock function.
- Android: FaceR CredentialME AppLock — The application is available for download today in  Google Play as CME AppLock. Price is $3.99.

**Products**

- FaceR™ Identity Management Solution – FIMS
- FaceR™ MobileID
- FaceR™ CredentialME
- ForensicaGPS™ – Advanced Investigative Facial Recognition Solution for Law Enforcement

## Learn More

Download datasheet

## Site Map

- Home
- Products & Technology
- Solutions
- Learn More
- Contact
- Blog

## Newsletter Signup

Email:

Subscribe

## Contact Animetrics

- Phone(603) 447-5600
- Emailinfo_requests@animetrics.com
- Address Technology Village
  53 Technology Lane #103
  Conway, NH 03818-5804 Map »

Copyright ©2012 | Animetrics, Inc | All Rights Reserved

- Privacy Policy
- Terms of Service