# Exhibit 3

Animetrics CEO Paul Schuepp talks cold cases and facial recognition with VIP Internet Radio's Janice Kephart | Animetrics, Inc. 4/25/13 5:39 PM

Case 6:12-cv-00499-RWS-CMC   Document 689-3   Filed 04/25/13   Page 2 of 4 PageID #:  5263



# Animetrics, Inc.

**3D Facial Recognition**

Navigation

- Leave a comment

# Animetrics CEO Paul Schuepp talks cold cases and facial recognition with VIP Internet Radio's Janice Kephart



Last week, Animetrics President and CEO Paul Schuepp got the chance to chat with national security expert Janice Kephart on "The Homeland Security Show," which streams on VIP Internet Radio. Kephart, who specializes in border and identity issues and served as counsel to the 9-11 Commission, asked a lot of really interesting questions about how biometric facial recognition works, and how Animetrics technology is used in the field.

She invited Schuepp to take part in her series on American security innovators after hearing him speak at the First Annual National Security Innovation Conference in Cambridge in August.

Schuepp explained to Kephart how facial recognition technology has vastly improved in recent years, developing from programs that required full frontal shots for comparison with database images, to products that can process diverse facial poses, fill-in occlusions and compensate for poor picture quality. (As long as there are two eyes in the picture.)

Animetrics products work extremely fast, allowing users to compare their selected photo to about one million database photos per second. And comparisons are becoming increasingly accurate. For "controlled images" – straight-on shots, with few shadows – the matches are about 99 percent accurate, with a false acceptance rate of about one in 1,000. As facial images become less controlled, due to angled poses, facial expressions and poor lighting, matches become about 95 percent accurate.

These are not exact "matches," Schuepp stressed, but rather a set of top look-a-like candidates, allowing law enforcement and government agents to move investigations forward. The system "matches" can then be confirmed visually, and leads followed up through traditional investigative means. "It's the simple success of being able to continue the investigation," Schuepp explained.

Schuepp also detailed Animetrics' three main products, all focused on facial biometrics for investigative use. FaceR™ Identity Management Solution (FIMS), a cloud-based architecture identity management system, provides "one-to-many" searches and automatic facial recognition. FaceR™ MobileID apps for Androids and iPhones are also in increasing demand, allowing agents, police and military to access FIMS for on-the-spot identification. And ForensicaGPS dives deep into "the forensics of the face," mapping axes and coordinates to convert 2D images to 3D models.

Schuepp and Kephart also discussed who is using Animetrics products – including local and federal law enforcement, the TSA, Department of Defense, border patrol and agents in the field. Schuepp stressed that the expansion of social media into facial recognition technology, while interesting, isn't in the company's sphere. Animetrics products work with private, protected databases that are only available to authorized users working in law enforcement, defense and homeland security.

For local police, such as those in Haverford Township, Penn., the newfound ability to connect ForensicaGPS with its criminal database has led to the reopening of cold cases – investigations that dead-ended because photographed faces could not be identified. The ability to link faces caught on surveillance cameras to the state's criminal database has provided all kinds of promising new case leads.

In another case, an undercover agent posing as a U.S. Postal worker was able to capture a picture of a suspected drug dealer when he signed for a package. Later, the image was enhanced, using ForensicaGPS, and run through the FIMS system for successful identification.

Schuepp emphasized the ability to shoot surreptitious pictures from afar, which can later be worked up into 3D models for comparison with existing databases, is especially useful when it's impossible or inadvisable to get close to a suspect. And being able to identify hostile, dangerous suspects on-the-spot, through the MobileID apps, could be a life-saving application of facial recognition technology.

You can listen to the entire interview here.

Many thanks to Janice Kephart of VIP Internet Radio for exploring this topic!



| Twitter 1 | LinkedIn 4 | Facebook 2 | Email |

Tags: 3D facial recognition, Animetrics, facial identity management, FIMS, ForensicaGPS, MobileID, national security, Paul Schuepp, The Homeland Security Show

← Animetrics joins International Biometrics & Identification Association
Animetrics to exhibit at the National Institute of Standards and Technology's Forensics@NIST symposium →

No comments yet.

**Leave a Reply**

Name (Required)

Email (Required)

Website

Comment

Submit Comment

☐ Notify me of follow-up comments by email.

☐ Notify me of new posts by email.

## Site Map

- Home
- Products & Technology
- Solutions
- Learn More
- Contact
- Blog

## Newsletter Signup

Email:

Subscribe

## Contact Animetrics

- Phone (603) 447-5600
- Email info_requests@animetrics.com
- Address Technology Village
  53 Technology Lane #103
  Conway, NH 03818-5804  Map »

Copyright ©2012 | Animetrics, Inc | All Rights Reserved

- Privacy Policy
- Terms of Service