# Exhibit 4



# Animetrics, Inc.

**3D Facial Recognition**

**Navigation**

## Partners

Animetrics is teaming with major systems integrators today. Our technologies provide the winning advantage for systems integrators pursuing large commercial and government contracts in biometrics systems. The following companies have teamed with Animetrics to provide face recognition biometric solutions to several government customers.








*Osama Bin Laden Facial Analysis Video: Youtube*



















**Site Map**

- Home
- Products & Technology
- Solutions
- Learn More
- Contact
- Blog

## Newsletter Signup

Email:

Subscribe

## Contact Animetrics

- Phone (603) 447-5600
- Email info_requests@animetrics.com
- Address Technology Village
  53 Technology Lane #103
  Conway, NH 03818-5804 Map »

Copyright ©2012 | Animetrics, Inc | All Rights Reserved

- Privacy Policy
- Terms of Service