# Exhibit 5



# Animetrics, Inc.

**3D Facial Recognition**

**Navigation**

## Company Background



MWVEC Technology Village in Conway, New Hampshire.

Animetrics is the leading developer of next-generation 2D-to-3D face recognition and face creation solutions. The Animetrics product family delivers identity solutions using technologies which solve critical problems with today's facial biometric systems. Our 2D-to-3D technologies are uniquely capable of addressing high levels of variation of pose and lighting conditions.

Based on four patents Animetrics' core algorithms provide unmatched precision in performing 3D analysis of photographic and video imagery. Animetrics' solutions can take any 2D image of a face and generate a 3D model for accurate verification and identification. This 3D model can even be rendered as a lifelike avatar as a visualization tool for wide-ranging applications like law enforcement, military intelligence, fashion and online entertainment. Animetrics technology is currently being utilized in US military intelligence systems because of its effectiveness at tackling the critical face recognition problems in surveillance: arbitrary lighting and pose. Animetrics solutions are cost effective as they work seamlessly with conventional camera and video solutions.

Animetrics is driving market acceptance of facial biometrics for investigative use and lights out facial search engines in government, homeland security, law enforcement, and enterprises. Now Animetrics has released its FaceR™ line for mobile platforms including Android and iPhone mobile devices.

Founded in 2002 by Dr. Michael I. Miller, Animetrics is located at 53 Technology Lane, Conway, New Hampshire 03818 in the Mount Washington Valley Economic Council Technology Village.

**Learn More**

- COMPANY BACKGROUND
- TEAM
- NEWS & EVENTS
- REFERENCE LIBRARY

**Site Map**

- Home
- Products & Technology
- Solutions
- Learn More

- Contact
- Blog

## Newsletter Signup

Email:

Subscribe

## Contact Animetrics

- Phone(603) 447-5600
- Emailinfo_requests@animetrics.com
- Address Technology Village
  53 Technology Lane #103
  Conway, NH 03818-5804 Map »

Copyright ©2012 | Animetrics, Inc | All Rights Reserved

- Privacy Policy
- Terms of Service