# Exhibit 6



# Animetrics, Inc.

## 3D Facial Recognition

**Navigation**

- Leave a comment

# BI2 Technologies Awarded Contract To Implement Statewide Animetrics Facial Recognition System to Identify Inmates

Biometric Intelligence & Identification Technologies (BI(2) Technologies) of Plymouth, Massachusetts announced today that it has been awarded a contract by the Massachusetts Sheriffs' Association (MSA) to provide a new facial recognition system for the all fourteen (14) County Sheriff's Departments and up to twenty-eight (28) individual police Departments across the Commonwealth of Massachusetts.

BI(2) Technologies' will be implementing the biometric industry's leading provider of facial recognition technologies, Animetrics, Inc., of Conway, New Hampshire. Animetrics, Inc. is the de facto world leader in 2D-3D face technologies with patented 2D-3D face recognition technologies. Animetrics' vision is highly accurate identification of natural and uncontrolled face images acquired from all camera forms.

Sean G. Mullin, president and CEO of BI2 Technologies said, "The Massachusetts Sheriffs' Association is setting the standard for the nation by implementing facial recognition throughout the state by ensuring that the technology is being made available to local police departments as well as county Sheriffs. Effectively sharing biometric identification capabilities statewide is the kind of cooperative effort that all law enforcement needs."

James F. Walsh, Executive Director of the Massachusetts Sheriffs' Association said, "This project represents the expansion of the vision of the Essex County Sheriff's Department. These systems will improve not only our Sheriffs' capabilities, but all law enforcement in the Commonwealth's ability, to use and share data and facial recognition biometric technology to better protect the citizens of Massachusetts."

Paul Schuepp, president of Animetrics said, "With our unique technologies and proven performance within the U.S. Department of Defense, Animetrics' has created the next generation face identification capability using complete and natural information of the face in a three dimensional view. Animetrics matching algorithms uses their 2D and 3D face biometric templates that are unsurpassed in the world and address precisely the issues faced in the intensely challenging environmental conditions in which the Commonwealth's Sheriffs, police departments, jails and houses of corrections operate."

Sean G. Mullin continued, "As the nation's leading provider of iris biometric technology to state and local law enforcement, this award and first of-its-kind project in the nation represents the next step in the enhancement in our suite of multi-modal public safety biometric solutions. We believe the ability to harness and combine the strength of each biometric ensures that law enforcement has the accurate and timely information they need to better protect the public."

BI2 Technologies' iris biometric technologies are already being used by state and local law enforcement agencies in fortyseven states. Mullin continued, "We expect to have the new facial recognition system implemented across the Commonwealth by the fall of 2010. In the near term, we will begin implementing the first systems over the next two weeks. Once the facial recognition system implementation begins, we will make MORIS(TM) (Mobile Offender Recognition and Identification System) available to the participating agencies. MORIS(TM) combines iris, facial and fingerprint biometric capabilities on Apple's exceptional iPhone platform."

Mullin concluded, "Adding Animetric's exceptional facial recognition technology to many of the agencies' existing iris and fingerprint biometric capabilities means that law enforcement will finally have the capabilities that, until now, has been the stuff of science fiction novels, futuristic movies and entertaining but unrealistic prime-time crime shows. The Massachusetts Sheriffs' Association is about to change all that."

Twitter   LinkedIn   Facebook   Email

← Lockheed Martin Applies 3-D Modeling to Improve Facial Recognition Accuracy
Animetrics Releases FaceR CredentialME, a Facial Recognition App for Smart Phone Security Now Available in the iPhone App Store and Google's Android Market →

No comments yet.

## Leave a Reply

Name (Required)

BI2 Technologies Awarded Contract To Implement Statewide Animetrics Facial Recognition System to Identify Inmates | Animetrics, Inc.     4/25/13 8:25 PM

Email (Required)

Website

Comment

Submit Comment

☐ Notify me of follow-up comments by email.

☐ Notify me of new posts by email.

## Site Map

- Home
- Products & Technology
- Solutions
- Learn More
- Contact
- Blog

## Newsletter Signup

Email:

Subscribe

## Contact Animetrics

- Phone(603) 447-5600
- Emailinfo_requests@animetrics.com
- Address Technology Village
  53 Technology Lane #103
  Conway, NH 03818-5804 Map »

Copyright ©2012 | Animetrics, Inc | All Rights Reserved

- Privacy Policy
- Terms of Service

3