# Exhibit 7



# Animetrics, Inc.

## 3D Facial Recognition

Navigation

- Leave a comment

## FREE 30-DAY TRIAL of ForensicaGPS, Animetrics Investigative Face Biometric Solution

Animetrics wants to help you catch the bad guys.

FOR A LIMITED TIME, the face recognition experts at Animetrics are offering law enforcement and homeland security professionals a **FREE 30 DAY TRIAL** of Animetrics' breakthrough investigative facial recognition solution **ForensicaGPS** - giving police access to a powerful new investigative tool to identify suspects with more speed and accuracy.

### REGISTER TODAY

**ForensicaGPS – Advanced Facial Biometric Technology to Speed Investigations**

- Compares and analyzes images to quickly identify suspects with more precision, creating "readable" "ID ready" images from low resolution video or photo surveillance.
- Converts 2D face images to rotatable 3D avatars pose – enabling for "pose correction" of challenging poses where a suspect's face is obscured or are caught in profile.
- Advanced face creation, facial analytic and comparative tools give police and forensic analysts advanced capabilities for fast and precise identity resolution

**Promotion Details – $750 Value**

- FREE 30-DAY Trial: One software license of Animetrics' ForensicaGPS for 30 days
- FREE TRAINING & DEMO: One 30-minute introductory training and demo session on ForensicaGPS with Animetrics' face recognition experts
- FREE WEBINAR: Watch Animetrics' webinar webcast: Investigative Face Biometrics Technology for Law Enforcement and Animetrics' ForensicaGPS

**SIGN UP TODAY** and join law enforcement agencies around the country and world and put Animetrics' powerful investigative facial recognition technology to work in your department.

Animetrics wants to help you get your guy. Try ForensicaGPS today and take advantage of this special 30-day free trial offer.

**Eligibility**

- The ForensicaGPS trial is open to all active federal, state or local law enforcement organizations, agencies or departments in U.S. and select international law enforcement agencies and departments.
- One software license/seat will be distributed per organization or department.
- The length of the trial will last 30 days from the time of the initial download.

Twitter 2    LinkedIn 1    Facebook 4    Email

Tags: 3D facial recognition, Animetrics, biometrics, face biometrics, ForensicaGPS, free trial, Investigative Face, law enforcement, police, promotion

← Animetrics at the CPCA 2013 Symposium
Animetrics Face App →

No comments yet.

### Leave a Reply

Name (Required)

Email (Required)

Website

Comment

Submit Comment

☐ Notify me of follow-up comments by email.

☐ Notify me of new posts by email.

## Site Map

- Home
- Products & Technology
- Solutions
- Learn More
- Contact
- Blog

## Newsletter Signup

Email:

Subscribe

## Contact Animetrics

- Phone (603) 447-5600
- Email info_requests@animetrics.com
- Address Technology Village
  53 Technology Lane #103
  Conway, NH 03818-5804 Map »

Copyright ©2012 | Animetrics, Inc | All Rights Reserved

- Privacy Policy
- Terms of Service