UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, *Plaintiff*, v. Texas Instruments, Inc., et al., *Defendants*. | § § § § § § § § | CASE NO. 6:12-cv-499 MHS<br>LEAD CASE<br>Jury Trial Demanded |
| Blue Spike, LLC, *Plaintiff*, v. Animetrics, Inc. *Defendant*. | § § § § § § § § § | CASE NO. 6:13-cv-38 MHS<br>CONSOLIDATED CASE<br>Jury Trial Demanded |

**ORDER ON DEFENDANT ANIMETRICS' MOTION TO DISMISS [DKT. 534]**

Based on the evidence and moving papers presented to the Court, the Court hereby denies Animetrics' motion to dismiss.

1