UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> TEXAS INSTRUMENTS, INC., et al., <br><br> *Defendants*. | § § § § § § § § § § § § | CASE NO. 6:12-cv-499 MHS <br><br> LEAD CASE <br><br> Jury Trial Demanded |
| Blue Spike, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> TYGART TECHNOLOGIES, INC., <br><br> *Defendants*. | § § § § § § § § § § § | CASE NO. 6:13-cv-84 MHS <br><br> CONSOLIDATED CASE <br><br> Jury Trial Demanded |

**ORDER GRANTING UNOPPOSED MOTION
FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT TYGART
TECHNOLOGIES, INC.'S MOTION TO DISMISS OR TRANSFER**

BEFORE THE COURT is Plaintiff Blue Spike, LLC ("Blue Spike") Unopposed Motion for Extension of Time to Respond to Tygart Technologies, Inc.'s ("Tygart") motion to dismiss or transfer ("Motion") (Dkt. No. 594). The Court, having noted that the relief requested in unopposed, is of the opinion that the Motion should be granted.

IT IS ORDERED that Plaintiff Blue Spike, LLC shall have until April 26, 2013, to respond to Tygart's Motion.