# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> TEXAS INSTRUMENTS, INC., <br><br> Defendant. | Civil Action No. 6:12-CV-499-MHS <br><br> **JURY TRIAL DEMANDED** |
| BLUE SPIKE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> INFINISOURCE, INC. and QQEST SOFTWARE SYSTEMS, INC., <br><br> Defendants. | Civil Action No. 6:13-CV-127-MHS <br><br> **JURY TRIAL DEMANDED** |

## DEFENDANT INFINISOURCE, INC.'S AND QQEST SOFTWARE SYSTEMS, INC.'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Infinisource, Inc. and Qqest Software Systems, Inc. hereby advise the Court that Qqest Software Systems, Inc. is a wholly-owned subsidiary of Infinisource, Inc. and that Infinisource, Inc. is a wholly-owned subsidiary of Infinisource Acquisition, Inc.  No publicly held corporation owns 10% or more of Infinisource, Inc.'s or Qqest Software Systems, Inc.'s stock.

Dated:  April 26, 2013  FENWICK & WEST LLP


By:  */s/ Teresa M. Corbin*
 Teresa M. Corbin
 tcorbin@fenwick.com

Teresa M. Corbin, CA Bar No. 132360
(Admitted E.D. Texas)
Bryan A. Kohm, CA Bar No.233276
(Admitted E.D. Texas)
David Lacy Kusters, CA Bar No.241335
(Admitted E.D. Texas)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, California 94104
Telephone: (415) 874-2300
Facsimile: (415) 281-1350

Darren E. Donnelly, CA Bar No. 194335
(Admitted E.D. Texas)
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, California  94041
Telephone: (650) 955-8500
Facsimile: (650) 983-5200


Attorneys for Defendants
Infinisource, Inc. and Qqest Software Systems, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on April 26, 2013.

      */s/ Teresa M. Corbin*
      Teresa M. Corbin