UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> TEXAS INSTRUMENTS, INC., et al., <br><br> *Defendants*. | § § § § § § § § § § § | CASE NO. 6:12-cv-499 MHS <br><br> LEAD CASE <br><br> Jury Trial Demanded |
| Blue Spike, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> ANIMETRICS, INC., <br><br> *Defendants*. | § § § § § § § § § § § | CASE NO. 6:13-cv-38 MHS <br><br> CONSOLIDATED CASE <br><br> Jury Trial Demanded |

**ORDER GRANTING UNOPPOSED MOTION
FOR SECOND EXTENSION OF TIME TO RESPOND TO
DEFENDANT ANIMETRICS INC.'S MOTION TO DISMISS**

BEFORE THE COURT is Plaintiff Blue Spike, LLC ("Blue Spike") Unopposed Motion for Second Extension of Time to Respond to Animetrics, Inc.'s Motion to Dismiss (Dkt. No. 534). The Court, having noted that the relief requested in unopposed, is of the opinion that the Motion should be granted.

IT IS ORDERED that Plaintiff Blue Spike, LLC shall have until April 25, 2013, to respond to Animetrics' Motion to Dismiss.

**SIGNED this 26th day of April, 2013.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE