UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, <br><br>    *Plaintiff*, <br><br> v. <br><br> Texas Instruments, Inc., et al., <br><br>    *Defendants*. | § § § § § § § § § § § | CASE NO. 6:12-cv-499 MHS <br><br> LEAD CASE <br><br> Jury Trial Demanded |
| Blue Spike, LLC, <br><br>    *Plaintiff*, <br><br> v. <br><br> Tygart Technologies, Inc., <br><br>    *Defendant*. | § § § § § § § § § § § | CASE NO. 6:13-cv-84 MHS <br><br> CONSOLIDATED CASE <br><br> Jury Trial Demanded |

**Declaration of Randall Garteiser in Support of Plaintiff Blue Spike LLC's Opposition to Defendants' Motion to Dismiss or Transfer**

I, Randall Garteiser, declare as follows:

1. I, Randall T. Garteiser, am a partner in the law firm of Garteiser Honea, P.C. We represent Plaintiff Blue Spike LLC in this lawsuit. I have personal knowledge of the information contained in this declaration and can testify to the truth of these statements.

2. Attached hereto as Exhibit 1 is a true and correct copy of the "Contracts" page on the Tygart Technologies website accessed on April 26, 2013.

3. Attached hereto as Exhibit 2 is a true and correct copy of a whitepaper titled "The Federal Workforce: Characteristics and Trends" published by Congressional Research Service on April 19, 2011.

4. Attached hereto as Exhibit 3 is a true and correct copy of a Report and Recommendation of United States Magistrate Judge Mazzant dated August 24, 2012 in *Net Navigation Systems, LLC v. Alcatel-Lucent USA, Inc*., Case No. 4:11-cv-00663.

5. Attached hereto as Exhibit 4 is a true and correct copy of an Order signed by United States Magistrate Judge Mazzant dated August 21, 2012 in *Oasis Research, LLC v. Pro Softnet Corp.*, Case No. 4:12-cv-00531.

6. Attached hereto as Exhibit 5 is a true and correct copy of an Order signed by United States District Judge Davis on September 27, 2012 in *Mosaid Technologies, Inc. v. Freescale Semiconductor, Inc.* in Case No. 6:11-cv-00173.

7. Attached hereto as Exhibit 6 is a true and correct copy of an Order signed by United States District Judge Folsom on May 3, 2011 in *GHJ Holdings, Inc. v. Mag Instrument, Inc.* in Case No. 5:10-cv-00230.

8. Attached hereto as Exhibit 7 is a true and correct copy of an Order signed by United States District Judge Schneider on March 28, 2013 in *Nobel Biz, Inc. v. Global Connect, LLC* in Case No. 6:12-cv-00244.

9. Attached hereto as Exhibit 8 is a true and correct copy of an Order signed by United States District Judge Schneider on March 27, 2013 in *Adaptix, Inc. v. Motorola Mobility, LLC and Cellco Partnership* in Case No. 6:12-cv-00016.

10. Attached hereto as Exhibit 9 is a true and correct copy of an Order signed by United States District Magistrate Judge Payne on March 26, 2013 in *Advanced Processor Technologies, LLC v. Atmel Corp.* in Case No. 2:12-cv-00152.

11. Attached hereto as Exhibit 10 is a true and correct copy of an Order signed by United States Magistrate Judge Love on April 2, 2013 in *U.S. Ethernet Innovations, LLC v. Samsung Electronics Co., Ltd. et al.* in Case No. 6:12-cv-00398.

///

///

I declare on April 26, 2013, in Marin County under penalty of perjury under the laws of the United States and California that the statements made in this declaration are true and correct.

*/s/* Randall Garteiser
Randall Garteiser