# Exhibit 1

HOME   PRODUCTS   SERVICES   CONTRACTS   ABOUT US   CUSTOMERS   CAREERS   CONTACT US

REQUEST ADDITIONAL INFORMATION

DoD BOSS-R
DoD BOSS-U
DoJ – ITSS
FBI – ITOC
FBI – PMSS
GSA – IT SCHED 70
PBGC – ISES
DoS – AQM

# Contracts

Tygart provides government agencies with a full range of IT services through solutions and Indefinite Delivery Indefinite Quantity (IDIQ) vehicles, as both a prime and subcontractor on various contracts. We also have a commercialized products division with the focus on building custom software solutions that deliver high value digital media intelligence.

**Department of Defense (DoD)** –U.S. Army Biometric Task Force (BTF), Biometrics Operations and Support Services, Restricted (BOSS-R) and Unrestricted (BOSS-U)

**General Services Administration (GSA)** –Information Technology Schedule 70

**Federal Bureau of Investigation (FBI)** –IT Operations Division, Task Order Contract

**Department of State (DoS)** –Business and Management Integration Services

**U.S. Intelligence Agencies –** MatchBox™

**Federal Bureau of Investigation (FBI) –** Senior Level Program Management Support (CJIS)

**U.S. House of Representative –** On-line Lobby Disclosure System Development

**West Virginia Secretary of State –** Streaming media application called Candid Candidates, e-government services and comprehensive Web site development

**West Virginia Board of Medicine –** Web-based Medical Licensing Information System

**State of West Virginia –** "2001-2005 IT Strategic Plan"

**Governor's Office of Technology –** "State of West Virginia Portal Strategy"

**U.S. Navy/WVHTF –** VCLink – Online Employment and Economic Opportunity Portal

**U.S. Army –** Video based training simulation for Department of Combat Medic Training

**National White Collar Crime Center –** Video based training simulation for Department of Combat Medic Training

**U.S. Air Force –** Video based training simulation for treatment of injuries caused by Directed Energy Weapons

**U.S. Navy –** National award winning SBIR research and development initiative – web development

**U.S. Dept. of Housing & Urban Dev. –** Strategic IT business planning and reporting

**West Virginia State Government –** Multi-agency e-government initiative called "Business4WV" to provide one-stop business registration and application processing

REQUEST ADDITIONAL INFORMATION

| HOME | PRODUCTS | SERVICES | CONTRACTS | ABOUT US | CUSTOMERS | CAREERS | CONTACT US |

DoD BOSS-R
DoD BOSS-U
DoJ – ITSS
FBI – ITOC
FBI – PMSS
GSA – IT SCHED 70
PBGC – ISES
DoS – AQM

# DoD BOSS-R

**Department of Defense (DoD)**
**U.S. Army Biometric Task Force (BTF)**
**Biometrics Operations and Support Services-Restricted (BOSS-R)**

Tygart is a Prime contractor on this indefinite delivery/indefinite quantity (IDIQ) contract that provides biometric support services that enable BTF business and program units to accomplish their mission objectives. The contract is designed to offer a broad range of services, solutions, and contract types to fulfill the majority of component and departmental biometric services needs.  This contract is restricted to small business prime contractors.

Tygart provides the full range of biometric services, technical and management expertise, and solutions-related enabling products in one or more of the functional categories to meet the mission needs of the BTF.  With the pace of change, it is impossible to anticipate how biometric requirements and individual programs will evolve over the life of the contract.  It is intended that the BOSS-R contract remains current and continues to provide the full range of biometric capabilities/solutions and emerging technologies throughout its life.  This is a 5 year contract and includes 25 labor categories with multiple expertise levels. Tygart provides solutions for the following functional categories:

Management Support Services
Independent Test, Validation, Verification, and Evaluation
Technology Management.

The Department of Defense (DoD) recognizes the important role that biometrics play in prosecuting the global war on terrorism, protecting our troops, and securing national security interests. The Biometrics Task Force leads Department of Defense activities to program, integrate, and synchronize biometric technologies and capabilities and to operate and maintain DoD's authoritative biometric database to support the National Security Strategy. The BTF, acting as the DoD proponent for biometrics, leads in the development and implementation of biometric technologies for Combatant Commands (COCOMS), Services and Agencies, delivering capabilities in order to contribute to the enhancement of the biometric community, increasing Joint Service interoperability, and empowerment of the war fighter by improving operational effectiveness on the battlefield.

DoD BOSS-U – Tygart Technology

REQUEST ADDITIONAL INFORMATION

HOME   PRODUCTS   SERVICES   CONTRACTS   ABOUT US   CUSTOMERS   CAREERS   CONTACT US

DoD BOSS-R
DoD BOSS-U
DoJ – ITSS
FBI – ITOC
FBI – PMSS
GSA – IT SCHED 70
PBGC – ISES
DoS – AQM

# DoD BOSS-U

**Department of Defense (DoD)**
**U.S. Army Biometric Task Force (BTF)**
**Biometrics Operations and Support Services-Unrestricted (BOSS-U)**

The indefinite-delivery/indefinite-quantity (IDIQ) contract covers a broad range of services, solutions and task orders to fulfill BTF and DOD business and program units mission needs to safeguard America and its allies from serious threats.

Under the BOSS-U contract, Tygart is subcontractor to a BOSS-U prime contractor who will compete for task orders to provide a broad range of biometrics services, technical and management expertise and solution-related enabling products. The contract is divided into the following functional categories:

- Management support services
- Infrastructure procurement, design, development, implementation and integration
- Operations and maintenance
- Studies and analysis
- Advanced technology analysis and demonstration
- Test and evaluation
- Specific requirements will be further identified and defined at the task order level

It is intended that the BOSS-U contract remains current and continues to provide the full range of biometrics capabilities/solutions and emerging technologies throughout its life. This is a 5 year contract and includes 47 labor categories with multiple expertise levels.

The Department of Defense (DoD) recognized the important role that biometrics play in prosecuting the global war on terrorism, protecting our troops, and securing national security interests. The Biometrics Task Force leads Department of Defense activities to program, integrate, and synchronize biometric technologies and capabilities and to operate and maintain DoD's authoritative biometric database to support the National Security Strategy. The BTF acts as the DoD proponent for biometrics, leads in the development and implementation of biometric technologies for Combatant Commands (COCOMS), Services, and Agencies, delivers capabilities in order to contribute to the enhancement of the biometric community, increases Joint Service interoperability, and empowers the warfighter by improving operational effectiveness on the battlefield.

Home   Products   Services   Contracts   About Us   Customers   Careers   Contact Us

© 2013 Tygart Technology, Inc. All rights reserved. (304) 363-6855