UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § | |
| *Plaintiff*, | § | CASE NO. 6:12-cv-499 MHS |
| | § | LEAD CASE |
| v. | § | Jury Trial Demanded |
| Texas Instruments, Inc., et al., | § | |
| *Defendants*. | § | |
| | § | |
| Blue Spike, LLC, | § | |
| *Plaintiff*, | § | CASE NO. 6:13-cv-84 MHS |
| | § | CONSOLIDATED CASE |
| v. | § | Jury Trial Demanded |
| Tygart Technologies, Inc., | § | |
| *Defendant*. | § | |

**ORDER DENYING DEFENDANT'S MOTION TO DISMISS OR TRANSFER**

On this day came for consideration Defendant Tygart Technologies, Inc.'s Motion to Dismiss or Transfer Plaintiff Blue Spike, LLC's Complaint in the above-captioned proceeding for lack of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2). Having considered both Tygart Technology Inc.'s motion and supporting papers and Blue Spike, LLC's opposition and supporting papers, the Court is of the opinion that said motion should be DENIED.

IT IS HEREBY ORDERED that Tygart Technology Inc.'s Motion to Dismiss is hereby denied on the grounds that Tygart Technologies, Inc. has had the requisite "minimum contacts" within the State of Texas or the Eastern District of Texas to permit

this Court to exercise personal jurisdiction over Tygart Technologies, Inc. Fed. R. Civ. P. 12(b)(2). The Eastern District of Texas is the proper venue for this lawsuit.

    IT IS SO ORDERED.

this Court to exercise personal jurisdiction over Tygart Technologies, Inc. Fed. R. Civ. P. 12(b)(2). The Eastern District of Texas is the proper venue for this lawsuit.

IT IS SO ORDERED.