# Exhibit 2

| Home | Search | About Us | Press Releases | Downloads | Site Map | Image Library | Links | Careers | Privacy Policy | Contact Us |



Our Products Expand Our Products    Our Brands Expand Our Brands    Our Solutions Expand Our Solutions    Our Markets Expand Our Markets

## Our Products

- Access Control
- Architectural Hardware
- Automated Openings
- **Biometrics**
  - About Biometrics
  - Products
- Hotel Locking
- Integrated Security Solutions
- Performance Doorsets
- Portable Security
- Service
- Workforce Productivity

Home

Ingersoll Rand Security Technologies is the first biometric manufacturer to offer  he two most widely used biometric technologies - hand geometry and fingerprint.

The need to identify people is as old as humankind. People recognise each other by sight and sound. However, in today's complex society, it's impossible to personally know everyone and as a consequence, systems rely on recognising a credential ra her than the individual. Our biometric readers recognise people, not credentials.

As a mul i-technology company, we are uniquely qualified as a consultant to help our customers apply the right technology to their applica ion.

**Search**

---

Copyright 2013 Ingersoll-Rand Company. All rights reserved

Use of this website constitutes an acceptance of the Ingersoll Rand Privacy Policy, including our use of Cookies