# Exhibit 3



# HandPunch® 2000
## Biometric Time & Attendance Terminal



## Put your hands on the accurate, affordable solution.

Ingersoll Rand now brings the accuracy and convenience of biometric technology easily within reach of any time and attendance applications. In operations that range from coal mines to clean rooms, Ingersoll Rand have proven themselves to be a practical and precise solution. Our terminals are so affordable, it doesn't make sense to consider any other technology.

### Smarter than card-based terminals
There are no cards to create, administer, carry -- or lose. The HandPunch® 2000 verifies employees' identities in less than one second, based on the unique size and shape of their hands. HandPunch 2000 clearly notifies each user of a match using red and green indicator lights. Because no one can punch in or out for your employees, the system reduces time theft and improves payroll accuracy.

### Versatile and programmable
Programmable beyond a simple time clock, the HandPunch 2000 provides definable data management keys that allow data collection when employees punch. The systems transmit data to the time and attendance host PC through a variety of options, depending on the model. Model differences let you tailor the right system for your company's size and needs. When you want to cut time and attendance costs...do it by hand.

**FEATURES & BENEFITS**

- Saves money over card-based systems

- Eliminates Badges

- Eliminates Buddy Punching

- Fast and easy to use

- Provides the most accurate time and attendance solution available

### Hand Geometry Technology
The HandPunch® 2000 uses Ingersoll Rand's field-proven hand geometry biometric technology. The terminal captures an image of the hand each time the employee punches. The hand's size and the shape are used to verify their identity with unparalleled accuracy. No fingerprints or palm prints are utilized. Green and red lights notify the employee of the status of each punch. There's no question any more; employees have to be there to punch.

### Programmable Data Management Keys
The HandPunch 2000 has two user-definable data management keys that let you collect data as employees punch. Common uses include department transfers, tips collected, job codes, or pay codes. Multi-level data entry sequences may be defined. You can also set the data management keys to allow employees to review their past punches. To reduce keystrokes, the keys can also be set to automatically enter data such as a frequently used department number or in/out status.

### Communication Options
The HandPunch 2000 connects quickly to the time and attendance PC via a provided 50-foot RS-232 communications cable. An optional dial-up high speed modem is available for remote sites.

### Antimicrobial Protection
A BioCote® antimicrobial agent containing silver is applied to the platen of the HandPunch during its manufacturing process. The BioCote® silver-based additive remains active for the life of the HandPunch reader. This high-tech agent provides a durable and safe finish that makes the platen's surface cleaner and more hygienic.

### Hand Outline
The HandPunch comes standard with a blue hand outline printed on the platen. This hand outline will help new users place their hand accurately on the platen when using the terminal and decrease initial enrollment time.



### SPECIFICATIONS

| | |
|---|---|
| Part Number: | HP-2000 |
| Size: | 8.85 in (22.3 cm) wide<br>11.65 in (29.6 cm) high<br>8.55 in (21.7 cm) deep |
| Weight | 6 lbs (2.7 kg) |
| Power: | 12 to 24 VDC or 12 to 24 VAC 50-60 Hz, 7 watts |
| Environment: | Operating: 32˚F to 113˚F (0˚C to 45˚C)<br>Relative Humidity: 20% to 80% NC<br>Non-operating (storage):<br>  14˚F to 140˚F (-10˚C to 60˚C)<br>Relative Humidity: 5% to 85% NC |
| Verification Time: | Less than one second |
| Memory Retention: | Up to 5 years via the standard internal lithium battery. |
| Transaction Storage: | 5120 transactions |
| ID Number Length: | 1 to 10 digits from keypad |
| User Capacity: | 512 users |
| Template Size: | 9 bytes |
| Communications: | RS-232, 50 foot cable included<br>300 to 28.8 Kbps |
| Options: | BB-200    Operational BatteryBackup<br>MB-500    Internal 14.4 Baud Dial-up Modem<br>WAR-EXT  1 year extended warranty |



HandPunch® is a registered trademark of Ingersoll Rand
Specifications subject to change. Please check with your system vendor for details.

408.341.4100 • www.rsibiometrics.com • www.irsecuritytechnologies     © 2007 Ingersoll Rand Company    IR-TA-1473    Rev 08/2007