# Exhibit 4



# HandPunch® 4000
## Biometric Time & Attendance Terminal

## Full function time & attendance . . . at the palm of your hand.

The HandPunch® 4000 brings the flexibility of a full function time and attendance terminal together with the sophistication of the most accurate identification technology available. Using Ingersoll Rand's field-proven hand geometry biometric technology, the HandPunch 4000 uses the size and shape of your employee's hand to verify their identity each time they punch. No fingerprints or palm prints are utilized.

### A cost-saving, easy-to-use solution
With the HandPunch 4000, your hand is your badge. The cost of creating and administering badges is eliminated along with buddy punching. The system ensures payroll accuracy by simply requiring each employee to be there to punch. The terminal is fast and easy for anyone to use. An employee's identity is verified in less than one second.

### An important HR communication tool
More than a simple time and attendance terminal, the HandPunch 4000 lets you tailor the system to meet your precise needs. The system provides the ability to send messages to employees when they punch. In addition, employees can view up to 24 information fields to find out about their schedule, total hours worked, and more.



**FEATURES & BENEFITS**

- Provides the most accurate time and attendance solution available
- Fast and easy to use
- Complete flexibility through 10 data management keys
- Eliminates badges
- Eliminates buddy punching
- Reduces supervisor workload

### 10 Programmable Data Management Keys
Ten user-definable data management keys let you collect and/or display data as employees punch. Common data collection uses include department transfers, tips collected, job codes, or pay codes. The keys can also be defined to allow employees to review punches or find out about their schedules, vacation time accumulated, hours worked, and other programmed information. To reduce keystrokes, the keys can also be set to automatically enter data such as a frequently used department number or in/out status.

### Other data management key features include
- Employee messaging
- Review of employee information fields
- Validation tables to ensure proper data entry
- Restrict employee access to specific data management keys
- User defined prompts
- Multi-level input sequence definable per key
- Decision menus to minimize keystrokes

### Schedules by Employee
Employee schedules may be downloaded to the HandPunch 4000 to restrict the times that an employee can punch. This can reduce unauthorized overtime as well as early "in" punches. A separate schedule can be defined for each employee providing the ultimate in flexibility.

### Built-in Bar Code Reader
Some installations require the use of a badge. For these situations, the HandPunch 4000 includes an integrated bar code reader that can be used for ID number entry. The swipe-type reader supports the most popular bar code formats and allows for infrared badges.

### Communications and Networking
Whether your needs are to network two terminals or thousands, the HandPunch 4000 can be configured to meet your needs. Standard RS-485 communications makes networking terminals easy and reliable. Options include an Ethernet Communications Modules and a high speed internal modem for remote sites. Each unit also provides RS-232 serial printer support.

### Edit-at-the-Clock Functions
The HandPunch 4000 allows supervisors to override user restrictions and to input such items as missed punches, planned vacations, and sick time at the terminal. The password-protected mode provides greater supervisor flexibility by lessening the need for computer edits. Audit trails documenting the use of these functions are generated to ensure security.

### Bell Schedules
The bell schedule lets you program the day, time, and duration of a series of bells. The bells can be programmed to signal the beginning or end of a shift, lunch, or break.

### Door Control
The HandPunch 4000 provides the capability to unlock and monitor a door. An employee's individual schedule may be used to restrict access.

### Antimicrobial Protection
A BioCote® antimicrobial agent containing silver is applied to the platen of the HandPunch during its manufacturing process. The BioCote® silver-based additive remains active for the life of the HandPunch reader. This high-tech agent provides a durable and safe finish that makes the platen's surface cleaner and more hygienic.

### Hand Outline
The HandPunch comes standard with a blue hand outline printed on the platen. This hand outline will help new users place their hand accurately on the platen when using the terminal and decrease initial enrollment time.

## SPECIFICATIONS

| | |
|---|---|
| Part Number: | HP-4000 |
| Size: | 8.85 in (22.3 cm) wide |
| | 11.65 in (29.6 cm) high |
| | 8.55 in (21.7 cm) deep |
| Weight: | 6 lbs (2.7 kg) |
| Power: | 12 to 24 VDC or 12 to 24 VAC 50-60 H7 watts |
| Environment: | Operating: 32°F to 113°F (0°C to 45°C) |
| | Relative Humidity: 20% to 80% NC |
| | Non-operating (storage): 14°F to 140°F (-10°C to 60°C) |
| | Relative Humidity: 5% to 85% NC |
| Verification Time: | Less than one second |
| Memory Retention: | Up to 5 years via the standard internal lithium battery. |
| Transaction Storage: | 7680 transactions |
| ID Number Length: | 1 to 10 digits from keypad or card |
| User Capacity: | 530 users expandable to 3,498 users |
| Template Size: | 9 bytes |
| Communications: | RS-485 (4 and 2 wire) |
| | RS-232 Serial Printer Support or network communications |
| Baud Rate: | 300 to 28.8 Kbps |
| Card Reader Input: | Proximity, Wiegand, Magnetic Stripe, Bar Code (5 VDC provided by HandReader) |
| Card Reader Output: | Wiegand, Magnetic Stripe, Bar Code |
| Data Management Keys: | 10 keys, user definable |
| | Supports: |
| |   Validation tables |
| |   Employee information fields, 24 max |
| |   Multi-level prompting |
| |   Key restriction by employee |
| |   Decision Menus |
| |   Punch Review |
| Employee Messaging: | 32 characters per message per employee |
| Employee Name: | 16 characters |
| Employee Schedule: | Schedules definable for each employee |
| Internal Barcode Reader: | Code 39 |
| | Interleaved 2 of 5 |
| Door Controls: | Door Lock Output |
| |   (Sinks 0-24VDC, 100mA max.) |
| | Door Switch Monitoring |
| | Bell Ring Output |
| |   (Sinks 0-24VDC, 100mA max.) |
| Options: | BB-200    Operational Battery Backup |
| | DC-102    Data Converter (RS-232 to RS-485) |
| | EM-805    Memory Expansion - 3,498 users |
| | EN-200    Ethernet Communications Module |
| | MD-500    Internal 14.4 Baud Dial-up Modem |
| | WAR-EXT    1 year extended warranty |



HandPunch® is a registered trademark of Ingersoll Rand.
Specifications subject to change. Please check with your system vendor for details.

408.341.4100 • www.rsibiometrics.com • www.irsecuritytechnologies   © 2007 Ingersoll Rand Company   IR-TA-1479   Rev 08/07