Exhibit 5



Home   Search   About Us   Press Releases   Downloads   Site Map   Image Library   Links   Careers   Privacy Policy   Contact Us

Our Products Expand Our Products      Our Brands Expand Our Brands      Our Solutions Expand Our Solutions      Our Markets Expand Our Markets

## Our Products

Access Control

Architectural Hardware

Automated Openings

Biometrics
  About Biometrics
  Products
    HandKey
    HandPunch
    Options

Hotel Locking

Integrated Security Solutions

Performance Doorsets

Portable Security

Service

Workforce Productivity

### Search

[          ]  ▶



The **HandKey** is ideal as a stand-alone or networked to an **access control** system.

- Real security
- Saves money over card-based systems
- Fast and easy to use
- Increases convenience by elimina ing cards
- Integrates into existing systems
- Field proven reliable technology



More  han a simple **time and attendance** terminal, the **HandPunch** lets you tailor  he system to meet your precise needs.

- Saves money over card-based systems
- Eliminates Badges
- Eliminates 'buddy Punching'
- Fast and easy to use
- Provides the most accurate time and attendance solution available
- reduces administration workload



From mounting accessories to card readers to networking options, we offer many accessories for both our **time & attendance** and **access control** readers. Displayed below are just a few of the many options **RSI** offers. Please contact your dealer for more informa ion on these or any of our o her accessories.

- HandNet for Windows
- HandNet light
- Card Readers
- Networking
- Outdoor Options and enclosures
- Mounting

Copyright 2013 Ingersoll-Rand Company. All rights reserved

Use of this website constitutes an acceptance of the Ingersoll Rand Privacy Policy, including our use of Cookies