# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § | |
| | § | |
| *Plaintiff*, | § | **CASE NO. 6:12-cv-499 MHS** |
| | § | |
| v. | § | **LEAD CASE** |
| | § | |
| Texas Instruments, Inc., et al., | § | **Jury Trial Demanded** |
| | § | |
| *Defendants*. | § | |
| | § | |
| | § | |
| Blue Spike, LLC, | § | **CASE NO. 6:12-cv-647 MHS** |
| | § | |
| *Plaintiff*, | § | **CONSOLIDATED CASE** |
| | § | |
| v. | § | **Jury Trial Demanded** |
| | § | |
| INNOVATRICS S.R.O. and SWIFT | § | |
| BIOMETRICS, INC., | § | |
| | § | |
| *Defendants*. | § | |

## NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS INNOVATRICS S.R.O. AND SWIFT BIOMETRICS, INC. WITHOUT PREJUDICE UNDER RULE 41(a)(1)(A)(i) OF THE FEDERAL RULES OF CIVIL PROCEDURE

**PLEASE TAKE NOTICE THAT** Plaintiff Blue Spike, LLC hereby voluntarily dismisses its Complaint and Amended Complaint against Defendants Innovatrics S.R.O. and Swift Biometrics, Inc. ("Defendants") without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. In accordance with Rule 41(a)(1)(A)(i), Plaintiff states that this Notice has been filed prior to service by Defendant of an answer or of a motion for summary judgment. The parties have not reached a settlement.

1

Respectfully submitted,

  /s/ Randall T. Garteiser
Randall T. Garteiser
 Lead Attorney
 Texas Bar No. 24038912
 rgarteiser@ghiplaw.com
Christopher A. Honea
 Texas Bar No. 24059967
 chonea@ghiplaw.com
Christopher S. Johns
 Texas Bar No. 24044849
 cjohns@ghiplaw.com
Kirk J. Anderson
 California Bar No. 289043
 kanderson@ghiplaw.com
Peter Brasher
 California Bar No. 283992
 pbrasher@ghiplaw.com
**GARTEISER HONEA, P.C.**
44 North San Pedro Road
San Rafael, California 94903
(415) 785-3762
(415) 785-3805 fax

***Counsel for Blue Spike, LLC***

**CERTIFICATE OF SERVICE**

I, Randall T. Garteiser, am the ECF User whose ID and password are being used to file this document.  I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this day.  Pursuant to Federal Rule of Civil Procedure 5, this document was served via U.S. Mail and electronic means to counsel for Defendant that are not receiving this document via CM/ECF.

/s/ Randall T. Garteiser
Randall T. Garteiser

'

3