UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> Texas Instruments, Inc., et al., <br><br> *Defendants*. | § § § § § § § § § | CASE NO. 6:12-cv-499 MHS <br><br> LEAD CASE <br><br> Jury Trial Demanded |
| Blue Spike, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> INNOVATRICS S.R.O. and SWIFT BIOMETRICS, INC., <br><br> *Defendants*. | § § § § § § § § § § § | CASE NO. 6:12-cv-647 MHS <br><br> CONSOLIDATED CASE <br><br> Jury Trial Demanded |

ORDER ON VOLUNTARY DISMISSAL OF DEFENDANTS
INNOVATRICS S.R.O. AND SWIFT BIOMETRICS, INC. WITHOUT
PREJUDICE UNDER RULE 41(a)(1)(A)(i) OF THE FEDERAL RULES
OF CIVIL PROCEDURE

The Court is in receipt of Plaintiff Blue Spike LLC's Notice of Voluntary Dismissal of Defendants Innovatrics S.R.O. and Swift Biometrics, Inc. ("Defendants") without prejudice under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure ("the Notice"). At the time of filing of the Notice, Defendant has not yet answered the Complaint or the Amended Complaint, and has not yet moved for summary judgment.

It is therefore ORDERED, that the Amended Complaint is dismissed without prejudice against Defendants.