# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **BLUE SPIKE, LLC** | § | CIVIL ACTION NO. 6:12-CV-499 LED |
| | § | |
| **Plaintiff** | § | |
| | § | |
| | § | |
| **vs.** | § | **LEAD CASE** |
| | § | |
| **TEXAS INSTRUMENTS, INC.,** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |
| | § | |
| | § | |
| **BLUE SPIKE, LLC** | § | CIVIL ACTION NO. 6:12-CV-680 LED |
| | § | |
| **Plaintiff** | § | |
| | § | |
| | § | |
| **vs.** | § | |
| | § | |
| **L-1 IDENTITY SOLUTIONS, INC. and** | § | |
| **MORPHOTRUST USA, INC.,** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |
| | § | |
| | § | |

## DEFENDANTS L-1 IDENTITY SOLUTIONS, INC. AND MORPHOTRUST USA, INC.'S NOTICE  REGARDING DISSOLUTION OF L-1 IDENTITY SOLUTIONS, INC.

L-1 Identity Solutions, Inc. ("L-1") and MorphoTrust USA, Inc.  ("MorphoTrust") submit this notice to notify the Court of new facts relevant to MorphoTrust's motion to transfer. Specifically, L-1 dissolved pursuant to the December 28, 2012 merger between L-1 and MorphoTrust.  The certificate of dissolution is attached as Exhibit A.  Accordingly, L-1 has ceased operations.  Plaintiff was notified of the certificate of dissolution in February, but has not yet elected to stipulate to dismissal of L-1 from the lawsuit.  See Exhibit B (February 4, 2013 Letter from Daniel Johnson to Christopher Honea).

In light of L-1's dissolution, the prior locations of L-1 and its operations and headquarters in Billerica, Massachusetts should be given no weight in assessing whether to transfer the litigation from the Eastern District of Texas to the District of New Jersey.  Accordingly, the relevant operations of defendants for purposes of deciding the motion to transfer are MorphoTrust's operations and headquarters in the District of New Jersey.  Consistent with the facts recited in MorphoTrust's motion to transfer, New Jersey remains the district where MorphoTrust's witnesses, documents, and servers relevant to lawsuit are located.

Dated:  April 29, 2013

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP


*/s/ Daniel Johnson, Jr.*

C. Erik Hawes (TX Bar No. 24042543)
Email:  ehawes@morganlewis.com
1000 Louisiana Street, Suite 4000
Houston, Texas 77002
(713) 890-5000 Telephone
(713) 890-5001 Facsimile

Daniel Johnson, Jr. (Admitted *Pro Hac Vice*)
Email: djjohnson@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1000 Telephone
(415) 442-1001 Facsimile

**Attorneys for Defendants L-1 Identity Solutions, Inc. and MorphoTrust USA, Inc.**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served on all counsel of record via the Court's Case Management/Electronic Case Filing and/or electronic mail on April 29, 2013.

*/s/ Daniel Johnson, Jr.*
Daniel Johnson, Jr.

DB2/ 24044816.1

3