# Exhibit 2




| WHY IP? | PRODUCTS | INTEGRATION | VERTICAL SOLUTIONS | CASE STUDIES | PARTNERS | SUPPORT | COMPANY |

# AXXONSOFT NEWS

Home > Company > Pressroom > News

- Pressroom
  - News
  - Upcoming Events
  - Axxon in Press
  - Video
- Management
- Industry Awards
- Careers
- International Offices

## AxxonSoft and Wincor Nixdorf have begun technological collaboration in security and automation for retail companies

04/08/2010



AxxonSoft, the leader in the security systems and video surveillance software market in Russia and Wincor Nixdorf, one of the world's major IT-solution providers for banks and retail trade will cooperate in technology development. Paving the way in their collaboration efforts, is the integration of Wincor Nixdorf  TP.net system for retail automation and the Intellect POS (point-of-sale) cash operations module produced by AxxonSoft. The first implementation project of the joint solution has been recently completed for Smart Value Retail at Oliv'e supermarkets. The Wincor Nixdorf specialists commissioned the system and it is now successfully operating. Within the framework of partnership, Wincor Nixdorf will offer Intellect POS as a part of their retail automation solutions.

Modern markets set tough requirements with regard to automation systems for retail stores. Along with control over store operations, there is an apparent need for monitoring cash transactions and  shopping floor. If you combine automation and monitoring functions, you boost the efficiency of your shop operations  and cut asset loss,  minimize the risks and collect valuable data to improve staff performance.

With the help of AxxonSoft, Wincor Nixdorf professionals delivered an integration solution that allows for data transfer from cash registers linked through the shared TP.net network into the Intellect POS cash operations control module. This integration not only provides for retail processes automation, cash operations control and monitoring of the shop floor, but also offers a scale-up capability for the security system. The Intellect platform is designed to include access control and fire&alarm systems.

"TP.net offers the widest range of functions and unique flexibility to meet the requirements of all kinds of retail facilities", informed **Vitalii Postolatii, CEO, Wincor Nixdorf Russia.** "This is a state-of-the-art technology that meets global market standards. It has been extensively tested and tried around the world. These days it helps Russian businesses to drastically add value. Moreover, the TP.net is locally supported by the outstanding team of the Russian Customer Competence Center of Wincor Nixdorf, witch has already localized the product and successfully deployed it for several applications. The current integration with Intellect POS is a case study for concerted team effort on the part of our experts. As a result, the joint solution is tailored to most rigid customer requirements".

"ITV and Wincor Nixdorf are definitely leaders in their markets",- noted **Dmitrii Shelestov, Business Director with AxxonSoft**. "Our cooperation will bring about seamless product integrations. These will let our customers benefit from cutting-edge automation and security technologies. Thus we will be in a position to cater to the most pressing needs of retail community."

Follow | Tweet 0 | Share | Like 0

| WHY IP? | PRODUCTS | INTEGRATION | VERTICAL SOLUTIONS | CASE STUDIES | PARTNERS | SUPPORT | COMPANY |



© Copyright 2003 - 2013 | +7 (495) 775-2929 Other branches