# Exhibit 3



Search

Global Home | Contact | Compliance Statement | Investor Relations | Press | Events | Suppliers     Deutsch

| HOME | BUSINESS TOPICS | INDUSTRY SOLUTIONS | SERVICES & PRODUCTS | SUPPORT | **WINCOR NIXDORF** | Partner |

- Company
- Contact
- Press
- Investor Relations
- Partner
- Events
- **Wincor Nixdorf Worldwide**
  - Locations Germany
- Suppliers

## USA



**Wincor Nixdorf Inc.**
8505 Cross Park Drive, Ste 300
Austin, TX 78754
Phone +1 512 252 5622
Fax +1 512 252 5699

**HOME USA**

Data Privacy and Protection Policy | Imprint | Print

