# Exhibit 5

Applications | Products | Company | Support | Contact

Search inMotion

# Locations

### inMotion CCTV Inc. USA

519 Bennett Lane, Suite 100
Lewisville, Texas
75057 USA
+1 214-960-4640
**Toll Free:** 855-466-6866
info-US@inmotioncctv.com

### inMotion CCTV UK Ltd

Genesis Centre
Innovation Way
Stoke-on-Trent. ST6 4BF
United Kingdom
+44-1782-366080
info-EU@inmotioncctv.com

### inMotion Europe GmBH

Hohemarkstr. 20
61440 Oberursel Frankfurt
Germany
+49-6171-95126270
info-EU@inmotioncctv.com

### inMotion International Ltd

Unit 2709 Exchange Tower
33 Wang Chiu Road
Kowloon Bay
KLN-Hong Kong
+852 3616 6073

## Company Menu

- Company
- Press Releases
- Locations
- Terms of Use

back to top

You are here :  Home  ▪  Company  ▪  Locations


© 2011 inMotion International Ltd., Hong Kong

  

