# Exhibit 6




**WHY IP?** | **PRODUCTS** | **INTEGRATION** | **VERTICAL SOLUTIONS** | **CASE STUDIES** | **PARTNERS** | **SUPPORT** | **COMPANY**

# SONY

Home > Partners > Find a Partner > Tecnological Partners

- Partner Services
- Find a Partner
- Become a Partner
- **Technological Partners**

## Sony

Web: www.sony.com



Sony Professional Solutions Europe, a division of Sony, manufactures network IP cameras and the software to manage them. The company also maintains partner relations with the key software manufacturers in order to integrate its IP cameras with the products of these manufacturers and, as a result, promote Sony products on local markets. The partnership entails Sony's provision of all the necessary information and technical data needed for integration. AxxonSoft's strategy entails the integration of its software products with equipment from all leading manufacturers in order to build high-performance security systems.

In addition to purely technological collaboration, both companies with further develop a program aimed at informing potential partners of the advantages provided by integrated solutions from AxxonSoft and Sony. To this end, they will conduct joint workshops and advertising campaigns and are also planning joint participation in trade shows and international forums.

### Creative House
"Axxon is a global solution for all the security needs we have today. As a security/IT integrator, we appreciate how Axxon provides us with a great solution and end-to-end partner support, so we can focus on filling our customers' needs and building our revenue streams."

→ Read more....

### Looking for a Partner?
Looking for a Partner?
We've got over 500 of them.
Find one here.

### Become an Axxon partner
Attract more customers. Increase your profits. Grow your business.
Become an Axxon partner

**WHY IP?** **PRODUCTS** **INTEGRATION** **VERTICAL SOLUTIONS** **CASE STUDIES** **PARTNERS** **SUPPORT** **COMPANY**

    

© Copyright 2003 - 2013 | +7 (495) 775-2929 Other branches