# Exhibit 7

Login   My Account   Track Order   Support   1-877-865-7669    Shopping Cart 0

**SONY** make.believe

Shop All ▾ | Laptops | TVs | DSLR Cameras | NEX Cameras | Mobile Phones | Weekly Deals | SEARCH



## Galleria Dallas

13350 Dallas Parkway, Dallas, TX 75240

Map & Driving Directions

972-661-1068

**Store Hours:**
Weekdays: 10AM-9PM
Saturday: 10AM-9PM
Sunday: 12PM-6PM

**Mall location:**
Next to Nordstrom

### Services & Programs
- Playstation Destination
- Premium Services

## Events & News Announcements

### Premium Services
**Date: Ongoing**

Nobody knows Sony computers like a Sony Certified Technician. Offering a full line of services, including setting up your new VAIO® PC, upgrades and maintenance, or data rescue, Premium Services delivers personalized care for your PC needs. Find out more at a Sony Store.

### Connected Services
**Date: Ongoing**

Discover the latest movies, popular music and thrilling games simultaneously - on any Sony device and in any situation. Welcome to the Sony connected world—enjoyment, excitement and wonder unlike anything you have every known on your BRAVIA® TV, Xperia™ smartphone, Cyber-shot® camera and Sony Tablet. Learn more at a Sony Store today.

**Work at Sony Store**
Have a look through our opening job positions at this Sony Store location.
View More Information →

---

The Sony Store Advantage    Shop with confidence    Customizable PCs    Trade-in program    Sony Rewards

**Find a Retail Store**
- Store Locator
- Sony Dealers

**Specialty Stores**
- Education Store
- Business Store

**Order Support**
- Order Status / Tracking
- Customer Service
- Returns
- FAQs

**Savings and Special Offers**
- Deals
- Outlet
- Trade-in & Recycling Program

**Shop**
- Laptops
- Desktops
- Tablets
- Mobile Phones
- Televisions
- Blu-ray Players
- Cyber-shot Cameras
- NEX Cameras
- DSLR Cameras
- Headphones

**Payment & Rewards**
- Sony Rewards
- Sony Card
- Sony Financing

**Support Services**
- Premium Services
- In-home Installation
- Extended Service Plans

**Product Support**
- Sony Community
- Product Manuals
- Product Registration

**Programs**
- Sony Authorized Dealer
- Affiliate Program

**Special Offers**
Email:

[Submit]
→ Get the latest deals by text.

---

You are shopping in the US Sony Store   US/APO/FPO shipping only   Shop by phone 1-877-865-7669

**Connect**
   

**SGNL** - An in-depth look at Sony products


LL Cool J, Grandmaster Flash and Sony Show Off Virtual Studio


EXCLUSIVE PREVIEW: New Sony Google TV Set-top Box


Exclusive! First Hands On with the Sony Cyber-shot® RX100 Camera

**Sony Entertainment Solutions**
→ Video Unlimited       → Music Unlimited
→ Playstation Network   → Reader Bookstore
→ PlayMemories

Copyright © 2013 Sony Electronics Inc. All Rights Reserved. Terms & Conditions | Website Terms | Sitemap | Privacy Policy/Your California Privacy Rights | Site Feedback    Sony.com →