# Exhibit 8

Welcome. You are not signed in. My Account Preferences
Sign In

Job Search | My Jobpage

Search for Jobs | All Jobs

**Search for Jobs**

**Search Criteria**

Specify your job search criteria, then click "Search for Jobs".

Show Search Criteria | Save this Search

Show Criteria | Clear Search | RSS

## Search Results (3 jobs found)

Results per page
10

Sort by
Posting Date (Descending Order)

### Retail Sales Associate - (Part-Time)

TX-Dallas
Job Posting:Apr 17, 2013-Requisition ID 26043

Apply | SHARE

### Retail Sales Associate - Part Time

TX-San Marcos
Job Posting:Apr 24, 2013-Requisition ID 25925

Apply | SHARE

### Retail Sales Associate - (Full-Time)

TX-Dallas
Job Posting:Apr 22, 2013-Requisition ID 26067

Apply | SHARE

Jobs - Page 1 out of 1 Previous | **1** | Next

### Candidate Profile

Please take a few minutes to create or modify your employment profile and to specify your preferred working criteria for future openings matching your interests.

**Create or Access my Profile**

### Import Profile from Third Party

Use a third party to create or update your general profile.

**Import my profile**

### Icon legend

More information
Not Yet Submitted
Completed submission

