# Exhibit 9



- Find a Reseller
- Professional Outlet
- Contact Us / Register
- Consultants/Engineers/Sis
- Reseller Login

Search site

Products ▾ | Markets ▾ | Microsites ▾ | VideON | Support ▾

# Service Center Locations

Home > Support > Service Center Locations

- Programs & Applications
- Markets
- **Service Center Locations**
- Send in Repair
- Field Service
- Software & Parts
- Technical Information
- Training
- Product Notices
- Warranty Information
- Product Registration
- News
- Discontinued Products
- Contact Us

## Service Center Locations

In order to provide the most efficient service possible, we've made some changes to our service locations and capabilities. A major advantage is increased service capability in the metropolitan New York and Los Angeles areas.

If you have any questions about where to send an item for repair, please call our national toll-free number: **866-766-9272, option 2**.

Click here to request Depot or Field Service.

Click here for Sony Service Center procedures and rates.

We thank you for your business and look forward to continuing our relationship.

---

**Eastern Service Facility**
**Teaneck**
Sony Service Center
Sony Electronics Inc.
123 W. Tryon Avenue
Teaneck, New Jersey 07666
Voice: 201-833-5300
FAX: 201-833-5312
E-mail: TeaneckService@am.sony.com
Directions: Click here

**For the following products:**
- DVCAM Camcorders and Decks
- Analog and Digital VTRs
- Broadcast Cameras and Camcorders
- CRT Monitors
- CRT Projectors
- Digital Signage Network Players
- DMX-R100 Audio Mixers
- Videoconference Products
- Systems Products
- Wireless Microphones
- DXC Cameras

---

**Western Service Facility**
**Los Angeles**
Sony Service Center
Sony Electronics Inc.
2706 Media Center Drive; Suite 130
Los Angeles, California 90065
Voice: 323-352-5000
FAX: 323-352-5039
E-mail: LAService@am.sony.com
Directions: Click here

**For the following products:**
- DVCAM Camcorders and Decks
- VHS Decks and Duplicators
- 8MM Decks and Camcorders
- Analog and Digital VTRs
- Broadcast Cameras and Camcorders
- CRT Monitors
- CRT Projectors
- Professional Audio Products
  (Except: Wireless Microphones and DMX-R100)
- DXC Cameras

---

**Laredo Customer Satisfaction Center**
Sony Electronics Inc.
10227 Crossroads Loop, Suite C
Laredo, Texas 78045
Voice: 866-357-6230; Option 3
FAX: 956-728-2109
Directions: Click here

**For the following products:**
- Printers - Medical & Photo
- SnapLab Printers - UPCR20L
- PictureStation
- Passport (non-fleet)
- Visual Imaging Products (Cameras)
- Professional VPL Projectors
- Passport fleet accounts; C200/C300
- SnapLab Printers - UPCR10L
- Security Products
- FCB Block Cameras
- LCD Monitors

---

**San Jose**
Sony Service Center
Sony Electronics Inc.
2520 Zanker Road
San Jose, California 95131
Attn: Service Operations
Voice: 408-352-8282
FAX: 408-352-8283
Directions: Click here

**For the following products:**
- FRB (Field Replacement Boards)
- Switcher boards
- SDDS Theater Audio Products

---

Copyright ©2005-2013 Sony Electronics Inc. All Rights Reserved.   Privacy Policy/Your California Privacy Rights  |  Website Terms  |  Site Map

Sony.com