# Exhibit 10

Case 6:12-cv-00499-RWS-CMC Document 700-11 Filed 04/29/13 Page 2 of 2, PageID #: 5616




# Samsung and the University of Texas conspire for thought controlled tablets

Shane McGlaun, Apr 22nd 2013 | Discuss [5] | +1 7 | Tweet 30 | Like 26



Rate This

Over the last few years there have been quite a few products come to market that boast the ability to be controlled using your thoughts. Most of these items have been thought-controlled toys, but we have seen systems that promise to allow you to control your music using your thoughts. Electronics giant Samsung is working with researchers at the University of Texas on a project that has to do with providing control of a tablet using brain waves.



This could be very significant, particularly for users that have limited mobility due to disease or paralysis caused from an accident. The project Samsung and the researchers are working on uses EEG caps to give users control over tablets and smartphones. Samsung is reportedly wanting to take this technology mainstream.

For now, the technology is limited to use with those that have disabilities. The system has participants wear EEG caps that are able to measure the electrical activity along the scalp. The participants in the program are able to make selections on the tablet screen by focusing on an icon that flashes at a distinct frequency from others on the screen.

The system is able to recognize those different flashing frequencies as a unique electrical pattern. The researchers say that for now the system has an accuracy of about 80 to 95%. It also allows the participants to make selections approximately every 5 seconds. One goal of the project is to create an interface that is less invasive than currently required. Ideally, Samsung researchers will be able to create a system for users to wear all day long using something such as a hat. There is no indication of when this technology might be ready for mainstream use.

[via Engadget]



**POPULAR STORIES TODAY:**
- UNL engineers develop new strong, yet tough nanofibers
- Robot archaeologist discovers new chambers under Temple of Quetzalcoatl
- Samsung Galaxy S 4 Review
- Helix portable battery has 11,000 mAh of power

**Tags:** research, Samsung, Science

SUBSCRIBE VIA RSS OR EMAIL

## MUST READ BITS & BYTES



- Xbox 720 details tipped as Microsoft event draws near
- Google's Euro search concessions already facing rival rejection
- Canadian Lynx re-ignites legend in UK museum basement
- New Xbox 720 tipped for November with LIVE Gold subsidy option
- Google offers rival links in search to escape Euro antitrust penalties

MORE MUST READ BITS & BYTES »

## 5 comments



**bruce** — 4 days ago
This story is a dupe. You've wasted your time, Mr McGlaun. And worse than that, so have I.

  **bruce → bruce** — 4 days ago
  If you STILL can't find it:
  http://www.slashgear.com/samsu...

**Dagmar Schneitz** — 4 days ago
I hope this story is science fiction. Since when is it ok for man to play God and read our thoughts? And of course they're going to pitch it for good, but this technology, I fear, is going to used for anything but good. Ever read Orwell's 1984?

  **bruce → Dagmar Schneitz** — 4 days ago
  Could be worse I suppose - at least they're only reading thoughts. If it were Apple, they'd be trying to write.
  Also, regarding playing God - isn't all medicine "playing God"? Three millennia ago average life expectancy was around 35. But, because of medicines and research into nutrition people live, on average, twice as long. Similarly the incidence of complications at birth - 3000 years ago the chance of mother and baby surviving wasn't high - today there's an inquiry when one of them die.

    **erethrin → bruce** — 2 days ago
    Your comment on Apple made my day... :-) let me add: "and patent iThought as a proprietary system, so they can sue any other sentient systems for IP infringement"

**ALSO ON SLASHGEAR** | What's this?
- I fell for the HTC One in a Tokyo cat cafe — 37 comments • a month ago
  amtn — HTC rocks , the one gonna b my next cell as soon as it reaches to India.
- AT&T Samsung GALAXY S 4 pre-orders begin April 16, priced at $250 — 3 comments • a month ago
  friggin — Why are you asking stupidly obvious questions? Most probably for 16gb and you know s3 price will drop. Stop whining and …
- Hyundai to reveal HND-9 concept at Seoul Motor Show — 1 comment • a month ago
  Dagmar Schneitz — How did this Hyundai do in the Detroit motor show?
- Screen protector film lets ordinary handheld devices display 3-D content — 4 comments • 25 days ago
  Randompeople520 — Can't wait to get my hands on this one.

Comment feed | Subscribe via email | DISQUS

---




## REVIEWS

- Samsung Galaxy S 4 Review
- JH Audio JH16 Pro with Freqphase Custom In-Ear Monitor Review [2013]
- AT&T HTC One Review
- Ford Winter Technology Drive in Michigan's Upper Peninsula
- 2014 Corvette Stingray: GM talks authentic design
- MOGA Pro Controller for Android Review
- Nokia Lumia 520 Review
- Nokia Lumia 720 Review
- Pelican ProGear iPhone 5 Vault Review

More Reviews »



## COLUMNS

- Acer offers to settle Vista class-action suit with flash drive apology — Shane McGlaun
- Why Steve Jobs' Cup of Coffee Would Go for Much More Than Tim Cook's — Don Reisinger
- One Week Without A Smartphone? Impossible — Don Reisinger
- What If Google Got Into the Console Market? — Don Reisinger
- Why the PlayStation 4 Is Already in High Demand — Don Reisinger

More Columns »



## LATEST STORIES

- Moverio BT-100 augmented reality glasses creators talk taking on Google Glass
- Xbox 720 details tipped as Microsoft event draws near
- NYC police chief: more surveillance cameras coming, privacy is "off the table"
- Google Glass root is "easy," according to developers
- Hacker attack arrest pins Spamhaus incident on Dutchman



DEVICE.AC — Android phone, tablet, & device database

comcure — FREE WEBSITE BACKUPS — SIGN UP — NOW IN BETA

**Will you buy the Samsung GALAXY S 4?**
- Definitely!
- Maybe, I'll wait until the reviews are out
- I'll stick with my Galaxy S III
- I'm going for the HTC One
- No way, it's an iPhone for me
- I'll pick a different smartphone

Vote | View Results

## RECENT COMMENTS

- Andrewy27 — I'm not attacking you and when...
  Xbox 720 details tipped as Microsoft event draws near • 19 minutes ago
- James Levac — I don't see how cameras are meant to...
  NYC police chief: more surveillance cameras coming, privacy is "off the table" • 35 minutes ago
- murdoeguy — I'll be counting the days when...
  Moverio BT-100 augmented reality glasses creators talk taking on Google Glass • 1 hour ago
- Cthonctic — Whenever I read this I am like "Liam...
  Google Glass root is "easy," according to developers • 1 hour ago
- KrisGifford — Regular version of PS4 will be 399
  Xbox 720 details tipped as Microsoft event draws near • 2 hours ago

---




SITE
- SlashGear Android App
- SlashGear iPhone App
- SlashGear iPad App
- About
- Advertise
- Contact
- Privacy Policy
- Terms of Use

SOCIAL & FEEDS
- Google+
- Facebook
- Twitter
- Technorati
- RSS Feed

POPULAR TOPICS
- Smartphone
- Tablet
- Laptop
- Desktop
- Gaming
- Storage
- Computing
- Science
- Apps
- Television

© 2006-2013 SlashGear, All Rights Reserved.