# Exhibit 11

Case 6:12-cv-00499-RWS-CMC   Document 700-12   Filed 04/29/13   Page 1 of 2 PageID #: 5617


- Forbes
- New Posts
- Most Popular | Most Reputable Companies
- Lists | The Global 2000
- Video | Hip-Hop's Wealthiest
- Search
- Log in | Sign up | Connect | Help

Get two issues of Forbes for FREE!



**Tim Worstall**, Contributor
I write about business and technology.
+ Follow (802)

TECH | 12/20/2012 @ 12:28PM | 1,024 views

# Samsung Expands Apple's Texas Chip Plant: But What About Manufacturing Jobs?

+ Comment Now   + Follow Comments

Samsung has gained approval to expand the chip plant in Texas where it manufactures the processing chips for Apple. Myself, given the ongoing fight between the two companies I think that's quite a brave decision to spend quite so much money. But there we are:

> Samsung's has announced that it will be spending $3.9bn upgrading its iPhone chip-making factory in Austin. The South Korean firm said it had finalised the deal after talks with state government officials in Texas.

OK, well done, nice to see investment in manufacturing in America. Except this near $4 billion is only going to create 200 jobs. In fact, the whole plant itself provides very few jobs indeed:

> The new cash brings the Korean company's total investment in Texas up to $15bn since 1997, when it first set up a presence there. Samsung's campus in Austin currently employs 2,500 direct employees according to the Samsung statement.

That's $15 billion in capital to produce 2,500 jobs? Gulp? It needs $6 million in capital to produce just the one job?

That's really not good news for anyone hoping that high tech manufacturing is going to solve the US unemployment problem, is it?

Umm, no, that's really not good news. Say there are 10 million excess unemployed in the US at present. Not the right number but including the dissuaded in the U 6 measurement of the problem it's around and about the right number. If we've got to find $6 million to find each of them a job then that's $60 trillion. Which is around and about the entire and total wealth of the US and all the people who live in it.

OK, yes, I know, chip fabs are at the extreme end of capital requirements but this is at least indicative. In order to create manufacturing jobs we need to use vast amounts of capital these days. Simply because manufacturing tends to use machines, not labour. My point being that actually, we're just not ever going to create another 10 million manufacturing jobs. People are going to have to do something else if we're to reduce the number of unemployed.

## Apple's Mac Manufacturing Move: 200 US Jobs To Be Created
Tim Worstall, Contributor

## Apple And Foxconn Are The Best Thing That's Ever Happened To Chinese Labour
Tim Worstall, Contributor

## The Revival Of American Manufacturing: But The Jobs Still Aren't Coming Back
Tim Worstall, Contributor

## Links 9 Nov: Apple's Foxconn Might Manufacture In The US. But Those Jobs Still Aren't Coming Back
Tim Worstall, Contributor

+ Comment Now   + Follow Comments




**Most Read on Forbes**
NEWS | People | Places | Companies
- Why The Future Is Murky For Old-Line Retailers J.C. Penney, Sears +44,887 views
- The 10 Happiest Cities For Young Professionals +39,181 views
- Washington State to T-Mobile: Watch It With This No Contract Stuff +36,072 views
- Samsung Rises To Nearly Double Apple's Smartphone Sales +33,751 views
- Big Data Gets Bigger: Now Google Trends Can Predict The Market +28,801 views

+ show more



**Tim Worstall**, Contributor
+ Follow (802)

I'm a Fellow at the Adam Smith Institute in London, a writer here and there on this and that and strangely, one of the global experts on the metal scandium, one of the Earth's rare earths. An odd thing to be but someone does have to be such and in this flavour of our universe I am. I have written for The Times, Daily Telegraph, Express, Independent, City AM...

+ show more

**TIM WORSTALL'S POPULAR POSTS**
- Warren Buffett's Very Strange Tax Argument 226,399 views
- Six Waltons Have More Wealth Than The Bottom 30% of Americans 144,293 views
- The Apple Boycott: People Are Spouting Nonsense about Chinese Manufacturing 103,842 views
- The Iphone 5 Is Already On Sale 92,431 views
- Apple Explains Why iOS Don't Need No Steenkin' Anti-Virus 90,005 views

MORE FROM TIM WORSTALL



### Who Just Made a Billion Dollars?

Our Real-Time Billionaires scoreboard tracks the biggest holdings for 50 of the world's wealthiest people.
See who's up & who's down right now »



---

## Post Your Comment
Please log in or sign up to comment.

## Comments
CALLED-OUT | Expand All Comments | + Follow Comments

+ expand 3 comments

# Inside Forbes



**The 29 Youngest Billionaires: World's Richest Under 40**
With $119 billion between them, these 29 billionaires under 40 years old have it made.

see photos
**The 10 Happiest Cities For Young Professionals**

**How Wal-Mart Can Win The Online Retail Battle Against Amazon**


**America's Richest Counties: Beltway Takes Six Out Of 10**

**Real-Time Billionaires**

Channels | Company Info | Affiliate Sites | Data Partners | Publications
- Business
- Investing
- Technology
- Entrepreneurs
- Op/Ed
- Leadership
- Lifestyle
- Lists

- Forbes Careers
- Advertising Information
- Forbes Conferences
- Investment Newsletters
- Reprints & Permissions
- Terms and Conditions
- Privacy Statement
- Contact Us
- Sitemap
- Help

- Forbes China
- Forbes India
- Forbes Israel
- Forbes Mexico
- Forbes Middle East
- Forbes Poland
- Forbes Romania
- Forbes Russia
- Forbes Ukraine
- RealClear Politics
- RealClear Markets
- RealClear World
- RealClear Sports

- Market Data by Morningstar
- Thomson Reuters
- AdChoices

- Free Trial Issue
- Subscriber Services
- Buy Back Issues

2013 Forbes.com LLC™ All Rights Reserved