# Exhibit 13





English

WHY IP? | PRODUCTS | INTEGRATION | VERTICAL SOLUTIONS | CASE STUDIES | **PARTNERS** | SUPPORT | COMPANY

# PARTNER SERVICES

Home > Partners > Partner Services

- **Partner Services**
  - Partner Support
  - Partner Certification
- Find a Partner
- Become a Partner
- Technological Partners

## Partner Services

At Axxon, partners are our only customers. As a partner, you can be sure that we're working toward your best interests – higher profits, faster ROI, and privileged clients.

We work with you in four broad phases, which ensure ongoing improvements in your business. Discover how we manage your partnership with us for maximum efficiency and profitability.

## Discovery

We're looking for the top partners in the security solutions industry, so you'll be in good company. Once we've had preliminary discussions about partnering, you'll receive our exclusive Gives and Takes document, which enables you to project your future business benefits based on the partnership.

## Evaluation

Once you've become an Axxon partner, we're here to help evaluate your business model and develop best-of-breed joint solutions which suit your end users and make the best, most profitable use of your internal resources. And we help you find clients and meet their needs along the way, by:

- Assisting you in writing a working business plan
- Training your staff
- Assisting in bridging your solutions with our technology
- Supplying you with comprehensive sales and marketing tools and materials to make a great impression on your prospects and close the sale.

We're committed to helping you create a solid end-user offering with added value and profitability.

## Implementation

As your ongoing business incorporates our technologies and makes sales to clients using Axxon solutions, we're ready to assist you in many ways:

- Running joint marketing events
- Collecting leads
- Reviewing your sales pipeline
- Providing presales help for your most valuable prospects
- Remote and on-site consulting about various aspects of our technology
- Flexible and prompt technical support

These are just some of the things we do to help partners like you keep your business running smoothly – and profitably.

## Continuous Improvement

Once our joint business model is up and running, we're committed to regular improvements along the way. Through regular business reviews and executive meetings with you, we collect feedback and make our partnership more effective.

We're constantly pushing technological and functional frontiers, so you have new opportunities to offer more value to customers. By running marketing campaigns side-by-side with partners like you, we regularly discover new market niches, which call for improvements in what we sell and how we do it.

The result is a continuous partner support cycle that improves our business and yours. We help you evaluate and prepare new value-added offerings, assist you in rolling them out, and then use your feedback to improve our businesses yet again.

> "Axxon blows away its competitors with functionality and ease-of-use. The best part for us? As an ISV, we gain competitive advantages by promoting our own added value."
>
> – Alim Sizov, SVS-Proekt (Axxon Partner - Moscow)

### VideoGlaz
"Axxon's solution integrated easily with the enormous number of devices we have — fire and access control systems, inexpensive cameras and high-level ones. It's infinitely scalable — there's no limit to the number of severs and users you can have."

➡ Read more...

### Looking for a Partner?
Looking for a Partner? We've got over 500 of them.
Find one here.

### Become an Axxon partner
Attract more customers. Increase your profits. Grow your business.
Become an Axxon partner

WHY IP?  PRODUCTS  INTEGRATION  VERTICAL SOLUTIONS  CASE STUDIES  PARTNERS  SUPPORT  COMPANY

    

© Copyright 2003 - 2013 | +7 (495) 775-2929 Other branches