# Exhibit 14



English

| WHY IP? | PRODUCTS | INTEGRATION | VERTICAL SOLUTIONS | CASE STUDIES | PARTNERS | SUPPORT | COMPANY |

# PARTNER LOCATOR

Home > Partners > Find a Partner

- Partner Services
- **Find a Partner**
- Become a Partner
- Technological Partners

## Partner Locator

Ready for a new level of physical security? We've got over 500 partners worldwide ready to help you get there – quickly, easily, and profitably.

### All American Security
**Address:** Albuquerque NM 87112
**Phone:** 505 350 3584

ALL AMERICAN PRIVATE SECURITY (AAPS) is a professionally managed, full service/ multi-faceted security company.

### Allegheny Safe and Lock
**Address:** 3020 Unionville rd #101
Cranberry Township PA 16066
**Phone:** 724-776-4510

Allegheny Safe & Lock Co is a private company categorized under Key Makers and located in Cranberry Township, PA. Current estimates show this company has an annual revenue of 200,000 and employs a staff of approximately 5.

**Email:** tdemino@aslock.com   **Web:** www.aslock.com

### Applied Video Solutions, Inc.
**Address:** San Francisco, CA 94110
2601 Mission Street, Suite 802
**Phone:** (415) 824-1717

Founded in 2002, our expertise is in the integration of video and operational technologies where one can support the other to drive key information which allows managers and business owners to manage risk and drive business performance like never before.

We provide a fully managed service from the design, build & installation of intelligent video management systems, retro design and installation where existing systems require modernization and the integration with parallel systems such as Point of Sale to ensure optimum integration and the provision of management data that can guide decision making and drive business improvement.

Through Intelligent Analytics we ensure the data which we provide targets such potentially significant business improvement areas as; customer flow (directional), customer footfall (in relation to sales conversions), dwell times, abnormal occurrences, retail 'hot spots – the appliance of this leading edge science is practically unlimited.

**Email:** sales@applyvideo.com   **Web:** www.applyvideo.com

### Bockert and Associates, Inc
**Address:** 18 FT. Monroe Industrial Parkway
Monroeville OH 44847
**Phone:** (800) 321-7550
**Fax:** (419) 465-4216

Bockert and Associates, Incorporated was founded in 1985 by John and Paulette Bockert with a goal to provide sales representation for manufacturing companies who do not have an internal sales staff.

**Email:** Sales@Bockert-Inc.com   **Web:** www.bockert-inc.com

### Eastman Security Inc.

**Address:** 15344 E. Valley Blvd. City of Industry, CA 91746
**Phone:** 626-336-0065
**Fax:** 626-336-1939

Incorporated in 1996, Eastman Security is a leading manufacturer and distributor of advanced digital security and surveillance products, primarily digital video recorders (DVRs) and IP surveillance equipment. Together with cutting edge technology and engineering expertise, Eastman Security provides security solutions that are designed to meet customers' application-specific security requirements for their asset management, risk management and loss prevention operations. To better serve our customers, Eastman Security provides after-market services including repair and warranty, maintenance, re-manufacturing, and technical support.

**Email:** info@eastmansecurity.com   **Web:** www.eastmansecurity.com

### ProActiveSLT
**Address:** 289 Rt 33 building C
Manalapan NJ 07726
**Phone:** 732-414-1726
**Fax:** 732-414-1729

Proactive Solutions is a highly versatile Digital Video Surveillance solution provider. Our main office is located in central New Jersey, and our geographical service range is New York, New Jersey, Delaware, and eastern Pennsylvania.

Proactive Solutions has a well-established Computer Networking and Point-of-Sale business that has been servicing clients in the metropolitan area for over fifteen years. We added Digital Surveillance to our product offerings approximately six years ago. Our video surveillance products are from the foremost leaders in the market and our tech support team can integrate different products to work together seamlessly. We offer complete turnkey solutions as well as providing on - site repair and maintenance programs for your existing surveillance systems We are familiar with the product offerings of most major DVR and camera manufacturers and our service technicians are adept at troubleshooting and repairing most system components.

**Email:** info@proactiveslt.com   **Web:** www.proactiveslt.com

### READEV, Inc
**Address:** Texas, Colorado, California
**Phone:** 2105597427

➡ Back to form

---

**VideoGlaz**

"Axxon's solution integrated easily with the enormous number of devices we have – fire and access control systems, inexpensive cameras and high-level ones. It's infinitely scalable – there's no limit to the number of severs and users you can have."

➡ Read more...

**Looking for a Partner?**
Looking for a Partner?
We've got over 500 of them.
Find one here.

**Become an Axxon partner**
Attract more customers. Increase your profits. Grow your business.
Become an Axxon partner

---

| WHY IP? | PRODUCTS | INTEGRATION | VERTICAL SOLUTIONS | CASE STUDIES | PARTNERS | SUPPORT | COMPANY |

