# Exhibit 15



# Partner Locator

Home > Partners > Find a Partner

- Partner Services
- **Find a Partner**
- Become a Partner
- Technological Partners

## Find a Partner

AxxonSoft's extensive branch and partner network, which operates in various countries throughout the world, helps bring us closer to our clients. Regardless of what field of business you work in, you can find a competent partner with years of hands-on experience to implement a solution based on AxxonSoft products at your site. This will ensure the highest possible level of security, effective prevention of asset loss and violations, and an optimal operation scheme for your security personnel.

Find AxxonSoft partner in your country or country close to you:

### Asia / Pacific
- Hong Kong
- India
- Indonesia
- Korea
- Malaysia
- Mongolia
- Taiwan
- Vietnam

### Europe
- Austria
- Belgium
- Bosnia and Herzegovina
- Bulgaria
- Croatia
- Czech Republic
- Denmark
- Germany
- Greece
- Hungary
- Italy
- Latvia
- Lithuania
- Luxembourg
- Netherlands
- Poland
- Portugal
- Romania
- Serbia
- Spain
- Switzerland
- Turkey
- United Kingdom

### Latin America
- Argentina
- Chile
- Colombia
- Ecuador
- Mexico
- Uruguay

### Middle East and North Africa
- Bahrain
- Egypt
- Iran
- Iraq
- Jordan
- Lebanon
- Morocco
- Pakistan
- Qatar
- Saudi Arabia
- Sudan
- UAE

### North America
- Canada
- USA

### South Africa
- Nigeria
- South Africa

**Murmansk Sea Port**
"We chose Axxon Enterprise because it is the most flexible and development-oriented product, providing exceptional image quality and a convenient and user-friendly interface."
Read more…

**Looking for a Partner?**
Looking for a Partner? We've got over 500 of them. Find one here.

**Become an Axxon partner**
Attract more customers. Increase your profits. Grow your business. Become an Axxon partner

© Copyright 2003 - 2013 | +7 (495) 775-2929 Other branches