# Exhibit 17

**Product Information**



# Intellect™

## Software module for Face Recognition running with Intellect Enterprise





To resist intruders, you must be able to find them. **Axxon's Intellect integrated Facial Recognition** module will notify operators once it spots a human face within the video frame. It automatically detects and captures the image of that person, and compares it to others in order to positively identify persons of interest. You can use the detector to create a database of employees or persons: a camera situated in an entrance can record all those who pass through the turnstile and save their facial images into a database.

### Face capture module
The module scans video images received from cameras, detects the fact of face appearance using this image and stores image in the database. The algorithms realized in the module provide reliable face identification in various conditions at minimal processor loading.
Face capture module allows users to create registration databases at check-points or public places. For instance, such a database can contain faces of persons passing through check-points with a registering date and time. Results of the detector operation can be used for human recognition tasks.

### Highlights:

- Identifies people regardless of facial hair, hairstyle, eyewear, aging or angle, and in a variety of background conditions
- A non-intrusive, contact-free process, unlike other biometrics
- Compatible with legacy databases
- Real-time notification about recognized persons
- Easy integration with existing systems
- Real-time notification of identity matches and alerts
- Automatic synchronization with users database
- Integration with access control systems
- Recognition algorithms powered by Cognitec SDK v 5.0

### Face recognition module
This module is intended for automatic comparison of an object's image chosen by the face capture module with images stored in a database. Identification algorithms powered by Cognitec engine FaceVACS SDK 5.0 provide high probability of correct recognition, as well as quick search in the databases containing hundred or thousands of images. Face recognition module is applied in various biometric systems of human face identification — from check-points to criminal databases.

### Application
Face Intellect module is designed for application at public places, airports, stadiums, cross border control zones, prisons, critical infrastructures and military sites.

- Investigation and search activities. Upon recognition of a person recorded into an investigational database by the module, the operator receives all available information and immediately notifies law enforcement authorities.
- Restricted access objects, requiring highest level of security. Traditional access control systems do not exclude the possibility of an access card being used by an unauthorized person. The Face Intellect module authenticates a card holder automatically by comparing face within frame with image stored in the database.
- Face identification at border-crossings (with connection of external database containing images of terrorists and wanted criminals), simultaneous verification of the face and passport or ID photo match.

# Product Information

face Intellect™

## Face Recognition



## Face Intellect
## Technical Specifications

### Verification Mode

1:1 match of biometric trait evidence captured by the Face Capture Module against the face of one person in the database. The calculated similarity level is used to make a yes/no verification decision

### Identification Mode

1:many match of biometric trait evidence captured by the Face capture Module against a set of faces of persons in the database
• Returns a list of references to the templates ordered by score
• Size of the returned match list can be limited
• As an extension, the Acquisition module can be configured to detect all visible faces within an image

### Image Format Support

Reading
• ISO 19794-5, JPG, JPG2000, PGM, PNG, BMP
Writing
• JPG, PGM, BMP, ISO 19794-5
Grayscale and color image

### Face Recognition engine is robust against:

• Pose (+/- 15° deviation from frontal image)
• Minor partial face occlusion
• Beard and hairstyle changes
• Wearing glasses (except dark sunglasses)
• Moderate lighting changes

### Portrait Characteristics:

• Eye detection at predefined confidence levels
• Glasses detection
• Exposure determination
• Closed eyes determination
• Head size and position determination
• Rotation, cropping, downscaling to fit

### Performance:

• 200.000 template comparisons per second
• generates 5 template per second

### Hardware Requirements:

CPU Intel Core 2 Duo 3.0 GHz RAM 1 Gb

Disclaimer: Like any biometrics, face recognition intrinsically cannot provide 100% recognition accuracy.
The remaining uncertainty has to be considered by the customer and can be operationally covered to a certain degree.



web:   www.axxonsoft.com
email:   info@axxonsoft.com

