# Exhibit 18



INGYENES verzió | Fórum | 🇭🇺 Magyar

# axxon next 3.1

VMS Nyílt Platform az AxxonSoft-tól

Bemutatók | Katalógusok | Dokumentáció

## News

### AxxonSoft to hold VMS demonstration at IFSEC & OSH Arabia 2012

**30.11.2012**



AxxonSoft will take part in the **IFSEC & OSH Arabia 2012** exhibition, which is scheduled to take place from 9 through 11 December in Riyadh, Kingdom of Saudi Arabia. The company will showcase its brand-new Axxon Next open-platform video management software (VMS), as well as the Axxon Intellect Enterprise open PSIM platform and Intellect-based solutions: facial recognition system (Face Intellect), supervision of cashier operations (POS Intellect), LPR and traffic monitoring (Auto Intellect), and demonstrations of Safe City program implementations. Guests at the booth will get to see Live Facial Recognition and try it out for themselves.

Pride of place at the company's stand will go to its innovative open-platform **Axxon Next** video management software (VMS), which was released in early November. The new product from AxxonSoft allows building infinitely scalable video surveillance systems, with no limit on the number of cameras or servers. All license types include powerful video analytics (including 10 video detection tools) and absolutely new functions: Time Compressor, for quickly viewing video archives without fast-forwarding, and the Interactive 3D Map, which combines a site map with overlays of camera positions and video feeds, all in a single window. Just as impressive is the MomentQuest2 forensic search system, which allows searching for video based on such criteria as: motion in zone, line crossing, loitering, motion from one area to another, object color, speed and size, and more.

**Axxon Intellect Enterprise** is a remarkably advanced distributed physical security information management platform (PSIM) that combines intelligent video analytics, universal IP connectivity and event-driven automation capabilities in a single environment. Intellect Enterprise software makes it possible to build an integrated security system of any size. Such a system may include fire and security alarms, a perimeter protection system, an access control system, video surveillance, audio monitoring, and vertical solutions based on a video subsystem.

**Auto Intellect** is an integrated solution for traffic safety. Automatic license plate recognition is at the core of its vehicle monitoring package; Auto Intellect can also automatically capture images of all vehicles that speed or ignore red lights. Automated traffic management systems benefit from Axxons data collection features for transport flow.

**Face Intellect** automatically recognizes faces with the help of two modules. The facial recognition module automatically analyzes video imagery to identify people of interest. It does so by comparing camera images with pre-defined images in a database. The other module identifies similar faces, creating a database of all faces in the field of view that are recorded in camera archives, and allows searching this database for faces that have a similar appearance.

**POS Intellects** cashier operations supervision capability is based on synchronizing cash register information with video sequences captured by a camera pointed at the cash register. As a result, watching the real-time video stream or archived video, the operator sees a picture of the customers checkout accompanied by subtitles. The subtitles include the receipt text and cash register operations that are not indicated on the receipt, such as cash drawer opening or manual product code input. This gives the operator the full picture of what is happening at the cash operation unit and helps detect common fraud incidents.

**Venue:**

Riyadh International Convention & Exhibition Center (RICEC), Riyadh, Kingdom of Saudi Arabia
AxxonSoft's booth: **M-15**

**Opening Times:**

Sunday, 9 December 2012, 5:00–9:00 p.m.
Monday, 10 December 2012, 10:00 a.m.–1:30 p.m. and 4:30 p.m.–9:00 p.m.
Tuesday, 11 December 2012, 10:00 a.m.–1:30 p.m. and 4:30 p.m.–9:00 p.m.



Experience the Next™
©2012 AxxonSoft

 Írjon nekünk

 Támogatás

