# Exhibit 19

# AxxonSoft Coming to Secutech 2013

NewswireToday - /newswire/ - **Moscow, Russia, 04/15/2013** - AxxonSoft invites the public to visit its stand at Secutech 2013, which will be held in Taipei, Taiwan, from 24-26 April - Secutech.com / AxxonSoft.com.

The massive expo in Taiwan's capital is dedicated to technologies for electronic, IT, fire, and public safety. In its 16-year history, the event has solidified its reputation as the main event in Asia for industry professionals.

Visitors to the AxxonSoft stand can try out Axxon Next 3.1, the newest version of the innovative video management platform, which introduces a number of new and impressive features:

- The interactive 3D map now supports immersion mode: video is displayed translucently on top of the map, while objects in the field of view are shown together with markers on the map to make the surveillance process truly interactive.
- Camera layouts can be of any size and configuration, making it incredibly convenient to work with panoramic imagery.
- Dewarping of footage from fisheye lens cameras is performed directly on the graphics card. This function also supports panomorphic lenses from ImmerVision.
- Autozoom performs tracking of moving objects via automatic digital zoom. ePTZ cameras and autozoom form a winning surveillance combination.
- Green Stream technology automatically chooses and displays the camera video stream that best matches the resolution of the camera view on the operator screen. This allows conserving CPU and network resources.

Also featured is the newest version of AxxonSoft's flagship product, the Axxon Intellect Enterprise multifunctional open PSIM platform, which allows creating integrated security solutions of any scale and complexity.

Guests and participants of Secutech 2013 will be able to try out Axxon Intellect's features in full and appreciate a presentation on solutions for Safe City programs, 80 of which all over the world are based on the Axxon Intellect platform.

As at other expos, the company will also demonstrate its market-leading vertical solutions POS Intellect, Auto Intellect, and Face Intellect.

AxxonSoft software (axxonsoft.com) will be demoed together with surveillance hardware from such reliable technology partners as Arecont Vision, Brickcom, EverFocus, Secubest, and Vivotek.

Come visit AxxonSoft at Stand No. M324!

Find out more about the event at secutech.com/.

**Availability:** All Regions (Including Int'l)
**Traffic Booster:** [/] Quick Newswire Today Visibility Checker
**Distribution / Indexing:** [+] / [Content made possible by PRZOOM / PRTODAY indexing services]

###

Your Banner Ad showing on ALL Audio/Video Equip./Surveillance articles, CATCH Visitors via Your Competitors Announcements!

It is OK to republish and/or LINK any newswire for any legitimate media purpose as long as you name **Newswire Today** and LINK as the source.

For more information, please visit:
Links are available exclusively to PREMIUM or TRUSTED members
**AXXONSOFT | SECUTECH**

Publisher Contact: **Press Office - AxxonSoft.com**
+7 495 775 29 29 ◦ press[.]axxonsoft.com

Newswire Today - PRZOOM / PRTODAY disclaims any content contained in this article. If you need/wish to contact the company who published the current release, you will need to contact them - NOT us. Issuers of articles are solely responsible for the accuracy of their content. Our complete disclaimer appears here.

IMPORTANT INFORMATION: Issuance, publication or distribution of this press release in certain jurisdictions could be subject to restrictions. The recipient of this press release is responsible for using this press release and the information herein in accordance with the applicable rules and regulations in the particular jurisdiction. This press release does not constitute an offer or an offering to acquire or subscribe for any **ITV | AxxonSoft** securities in any jurisdiction including any other companies listed or named in this release.

## Read Latest Articles From ITV | AxxonSoft / Company Profile

- Safe City Based on the Axxon Next Platform Installed in Lima, Peru
- Technological Partnership Between AxxonSoft and eneo
- AxxonSoft Introduces Version 3.1 of the Next-generation Axxon Next Video Management Software
- AxxonSoft Coming to Secutech 2013
- Smart Video Surveillance System Based on the POS Intellect Platform Installed At IKEA Murcia, Spain
- W&T Network Servers Integrated Into Axxon Next VMS
- Axxon Next Video Management Software At a Rail Repair Yard, Installed by Vympel City, LLC
- Intersafe Pakistan 2013 - AxxonSoft Presents Its Innovative Products and Most Popular Solutions
- AxxonSoft Celebrates The First Decade of Its Journey
- KeyKing Access Control Now Integrated Into Axxon Intellect Enterprise
- Intrepid II New-generation Perimeter Security Joins The Axxon Intellect Integration List
- AxxonSoft and iPUX Start Technological Partnership
- Telekom Serviss Opens AxxonSoft Competency Center in Latvia
- AxxonSoft to Take Part At Intersec 2013
- AxxonSoft at IFSEC & OSH Arabia 2012

©2013 Newswire Today — Limelon Advertising, Co.

PRTODAY & NewswireTODAY are NOT affiliated with USA TODAY (usatoday.com)