# Exhibit 20

Case 6:12-cv-00499-RWS-CMC   Document 700-21   Filed 04/29/13   Page 1 of 2 PageID #: 5650



English

WHY IP? | PRODUCTS | INTEGRATION | VERTICAL SOLUTIONS | CASE STUDIES | PARTNERS | SUPPORT | COMPANY

# AXXONSOFT NEWS

Home > Company > Pressroom > News

**Pressroom**
- News
- Upcoming Events
- Axxon in Press
- Video

Management
Industry Awards
Careers
International Offices

## AxxonSoft Takes Part in Three Trade Shows

10/15/2012

At the end of September 2012 AxxonSoft appeared in three trade shows around the globe — **Security Essen** (Essen, Germany), **IPAS** (Tehran, Iran) and **ISAF** (Istanbul, Turkey). The new Axxon Next open platorm video management software, Axxon Intellect Enterprise IP-based physical security information management platform, and vertically-integrated design solutions based on the Axxon Intellect platform were demonstrated at the shows.

The brand-new distributed **Axxon Next** video management software, a major development after best-selling Axxon Smart PRO, which no longer limits the scale of applications and number of cameras, took center stage at each of the conventions. Cutting edge technology makes Axxon Next an extremely easy-to-use and effective video surveillance platform, including functions first introduced in Axxon Next (quick review of video footage in Time Compressor and interactive 3D-map) and new features currently available in Axxon Smart PRO (smart search in Archive Viewer with MomentQuest2).



The round of expos began at the ISAF 2012 in Istanbul. In addition to Axxon Next video management software, the Axxon Intellect integrated platform, allowing users to create solutions for all types of facilities, the Auto Intellect complex traffic safety system, POS Intellect cashier transaction video monitoring system, Railway Intellect car and tanker number recognition system, and Face-Intellect facial recognition system were also presented.



One of the most interesting items demonstrated at the IPAS in Iran was the ATM-Intellect ATM security system, which uses local ATM video security systems and remote operators to ensure real-time security alarms and provides alerts and video feeds when local systems experience technical difficulties. A special interface allows users to dispute transactions at any ATM remotely, without having to travel to a specific location. One of the key advantages of the ATM Intellect system is the ability to work with internal protected low bit-rate ATM data lines.

At the Security Essen convention in Germany, where logistics is a key and particularly well-developed industry, visitors were particularly attracted to the Auto Intellect integrated traffic safety system. The demonstration of how Axxon Next works with panomorphic lenses, a patented invention of Immervision, generated quite a buzz. These lenses are panorama lenses with significantly better specs than the standard fish-eye lens. To achieve the same sort of image resolution with a fish-eye lense would require a sensor with up to 6 times higher resolution. Using the Immervision SDK Axxon Next can perform functions like a virtual PTZ-camera and panorama imaging.

During the Security Essen expo AxxonSoft demonstrated the software's compatibility with the ONVIF **profile S** standard. Axxon Next video management software was one of the three products selected for a demonstration of interfunctionality with EverFocus, TKH Security, and Bosch Security surveillance systems. Telemetric controls (PTZ) — camera pan and tilt, preset configuration – and management of alarm inputs/outputs for pan-and-scan cameras were demonstrated. Thanks to the ONVIF profile S standard cameras were connected and configured using software automatically without additional parameters or the need to spend more than several minutes on each camera.



After all three trade shows it is safe to say that the AxxonSoft brand is already well recognized in the world amongh both security system equipment manufacturers and system integrators. Continual development of its product functionality and support for unique integrated IP-equipment technologies makes AxxonSoft offerings some of the most interesting on the security and video surveillance software market.

  

  



  1   3

