# Exhibit 21



 English

WHY IP?   PRODUCTS   INTEGRATION   VERTICAL SOLUTIONS   CASE STUDIES   PARTNERS   SUPPORT   COMPANY

## AXXONSOFT NEWS

Home > Company > Pressroom > News



**Pressroom**

**News**

Upcoming Events

Axxon in Press

Video

Management

Industry Awards

Careers

International Offices

## AxxonSoft Takes Part in INTERSAFE 2012

04/12/2012

AxxonSoft took part in the **INTERSAFE 2012** trade fair and conference which was held on March 31 - April 2 in Lahore, Pakistan. This was a joint participation with the company's certified partner **TS Middle East**.

The stand was visited by the Minister of Interior, Punjab Home Minister, delegates from the National Police Bureau, Public and private security companies, the National Highway Authority, as well as delegates from the oil and gas industry, banks and the industrial sector.

AxxonSoft demonstrated its **Face Intellect**, **Auto Intellect** with LPR, **Axxon Smart PRO** and **Forensic Search** systems. Axxon products were also presented at the conference held on the third day of the event, attended by the Army and Police officials, public and private security companies, and delegates from abroad.

Champion Traders, distributor of Arecont Vision, GSP and Ranger security detectors, expressed firm interest in becoming AxxonSoft's certified partner in Pakistan. The company has also committed to send its engineers for training at the next session.

AxxonSoft also discussed the possibility of implementing its solutions in the ongoing project of a famous local retail chain with more than 35 sites in different cities. It has been agreed with Bean Solutions, system integrator of the retail chain, and TS Middle East, certified partner of AxxonSoft for the Middle East, that at its initial stage the standalone Axxon Smart PRO video management software will be deployed at all sites, while all camera streams to be later connected to Axxon Intellect Enterprise security information management platform in the centralized control center.

> "We received a huge response with this exhibition. Participants from both public and private sectors have shown great interest in our solutions, especially in the Forensic Search, Face Intellect and Traffic Monitoring. An official from the National Highway Authority has requested to conduct a live demo at Motorways and Toll Plazas,"
>
> *said Sajjad Arshad, Regional Technical Manager,AxxonSoft.*

 

 Follow     Tweet 0     Share     Like 5

WHY IP?   PRODUCTS   INTEGRATION   VERTICAL SOLUTIONS   CASE STUDIES   PARTNERS   SUPPORT   COMPANY



© Copyright 2003 - 2013 | +7 (495) 775-2929 Other branches