# Exhibit 23




Log in | Where to Buy | Training | Contact Us

**WHY IP?**  **PRODUCTS**  **INTEGRATION**  **VERTICAL SOLUTIONS**  **CASE STUDIES**  **PARTNERS**  **SUPPORT**  **COMPANY**

# ABOUT AXXON

Home > Company

- Pressroom
- Management
- Industry Awards
- Careers
- International Offices

## What's Your Vision?

At Axxon, we're all about vision. Vision that goes beyond video surveillance.

We help you see your property, people and assets more clearly, more easily, and more consistently from any location, so you can achieve new heights of physical security.

And that's not all. We help you see past and move beyond the boundaries that exist in your business today, so you can envision and realize new possibilities, and attain greater effectiveness, resilience, and profitability than you ever imagined.

## What is Axxon?

Axxon is a major software developer that combines end-to-end, IP-based physical security management, intelligent video surveillance, and an enterprise-wide platform. We offer integrated, out-of-the-box vertical and horizontal solutions for governments, institutions and commercial enterprises.

As global leaders in the area of converging technologies, Axxon has created software that is so highly developed, it allows users to do more than they've ever done before - easily, quickly, and in accordance with their existing systems and strategies.

That's because our advanced software allows users to connect multiple systems and devices in one, single environment, so they can aggregate and analyze data for better decision-making and automate processes they've never been able to automate before.

Plus, we have easily customizable, out-of-the-box solutions for rapid development and implementation for a wide range of customers and requirements.

Our vision is a fully connected, fully networked universe. By converging security with business systems, our software enables our customers to do things they've never done before. Together with our partners, we can help you improve your business efficiency, enhance your physical security, and achieve your strategic goals, all at the same time. For our partners and customers, the possibilities are endless.

This is our vision. What's yours?

### Why Axxon?

Choosing security software is not a decision to take lightly. We understand that. So why choose Axxon? Here are **five simple reasons** why we're the best at what we do.

### Proactive Solutions

"Axxon support is second to none. When transitioning your largest customer to a new software platform there is always a major concern. Axxon stood by me every step of the way and used all there resources to make this a success."

 **Read more...**

### Looking for a Partner?

Looking for a Partner? We've got over 500 of them.

**Find one here.**

### Become an Axxon partner

Attract more customers. Increase your profits. Grow your business.

**Become an Axxon partner**

---

WHY IP?   PRODUCTS   INTEGRATION   VERTICAL SOLUTIONS   CASE STUDIES   PARTNERS   SUPPORT   COMPANY

    

© Copyright 2003 - 2013 | +7 (495) 775-2929 Other branches