IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC, | |
| Plaintiff, | Civil Action No. 6:12-cv-499-LED |
| v. | LEAD CASE |
| TEXAS INSTRUMENTS, INC., | JURY TRIAL DEMANDED |
| Defendant. | |
| BLUE SPIKE, LLC, | |
| Plaintiff, | Civil Action No. 6:12-cv-688-LED |
| v. | (*Consolidated with* 6:12-cv-499-LED) |
| IMAGEWARE SYSTEMS, INC., | JURY TRIAL DEMANDED |
| Defendant. | |

**UNOPPOSED MOTION TO WITHDRAW AS ATTORNEYS OF RECORD**

NOW COMES Defendant, Imageware Systems, Inc. and moves to withdraw Eric H. Findlay and Walter W. Lackey, Jr. as attorneys of record in the above-referenced matter. James Fazio of the law firm of San Diego IP Law Group LLP will continue to represent Defendant, Imageware Systems, Inc.

Defendant, Imageware Systems, Inc. have conferred with counsel for Plaintiff Blue Spike, LLC and all other Defendants in this action, who do not oppose the relief requested in this Motion.

Therefore, Defendant, Imageware Systems, Inc. requests that the Court withdraw Eric H. Findlay and Walter W. Lackey, Jr. as attorneys of record from the docket in this case.

Dated:  April 30, 2013 　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　By: /s/ *Eric H. Findlay*　　　　　　
　　　　　　　　　　　　　　　　　　　　　　Eric H. Findlay
　　　　　　　　　　　　　　　　　　　　　　(State Bar No. 00789886)
　　　　　　　　　　　　　　　　　　　　　　Walter W. Lackey, Jr.
　　　　　　　　　　　　　　　　　　　　　　(State Bar No. 24050901)
　　　　　　　　　　　　　　　　　　　　　　FINDLAY CRAFT LLP
　　　　　　　　　　　　　　　　　　　　　　6760 Old Jacksonville Highway
　　　　　　　　　　　　　　　　　　　　　　Suite 101
　　　　　　　　　　　　　　　　　　　　　　Tyler, TX 75703
　　　　　　　　　　　　　　　　　　　　　　Phone: 903-534-1100
　　　　　　　　　　　　　　　　　　　　　　efindlay@findlaycraft.com
　　　　　　　　　　　　　　　　　　　　wlackey@findlaycraft.com


　　　　　　　　　　　　　　　　　　　　　　James V. Fazio, III (Admitted PHV)
　　　　　　　　　　　　　　　　　　　　　　SAN DIEGO IP LAW GROUP LLP
　　　　　　　　　　　　　　　　　　　　　　12526 High Bluff Drive, Suite 300
　　　　　　　　　　　　　　　　　　　　　　San Diego, CA 92130
　　　　　　　　　　　　　　　　　　　　　　Telephone: (858) 792-3446
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (858) 792-3447
　　　　　　　　　　　　　　　　　　　　　　jamesfazio@sandiegoiplaw.com


　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　　IMAGEWARE SYSTEMS, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 30, 2013, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by first class mail.

*/s/ Eric H. Findlay*
Eric H. Findlay
