# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC, | |
| Plaintiff, | Civil Action No. 6:12-cv-499-LED |
| v. | LEAD CASE |
| TEXAS INSTRUMENTS, INC., | JURY TRIAL DEMANDED |
| Defendant. | |
| BLUE SPIKE, LLC, | |
| Plaintiff, | Civil Action No. 6:12-cv-688-LED |
| v. | (*Consolidated with* 6:12-cv-499-LED) |
| IMAGEWARE SYSTEMS, INC., | JURY TRIAL DEMANDED |
| Defendant. | |

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW
## AS ATTORNEY OF RECORD

Before the Court is Defendant, Imageware Systems, Inc.'s Motion to Withdraw Eric H. Findlay and Walter W. Lackey, Jr. as attorneys of record.  It is hereby ORDERED that Defendant, Imageware Systems, Inc.'s Motion to Withdraw Eric H. Findlay and Walter W. Lackey, Jr. as attorneys of record is GRANTED.