EXHIBIT A



PAGE 1

*The First State*

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF MERGER, WHICH MERGES:

"L-1 IDENTITY SOLUTIONS, INC.", A DELAWARE CORPORATION,

WITH AND INTO "MORPHOTRUST USA, INC." UNDER THE NAME OF "MORPHOTRUST USA, INC.", A CORPORATION ORGANIZED AND EXISTING UNDER THE LAWS OF THE STATE OF DELAWARE, AS RECEIVED AND FILED IN THIS OFFICE THE TWENTY-EIGHTH DAY OF DECEMBER, A.D. 2012, AT 11:18 O'CLOCK A.M.

A FILED COPY OF THIS CERTIFICATE HAS BEEN FORWARDED TO THE NEW CASTLE COUNTY RECORDER OF DEEDS.

2591343  8100M

121400190

You may verify this certificate online
at corp.delaware.gov/authver.shtml

Jeffrey W. Bullock, Secretary of State

AUTHENTICATION: 0104771

DATE: 12-28-12

*State of Delaware*
*Secretary of State*
*Division of Corporations*
*Delivered 11:03 AM 12/28/2012*
*FILED 11:18 AM 12/28/2012*
*SRV 121400190 - 2591343 FILE*

# CERTIFICATE OF MERGER OF
# L-1 IDENTITY SOLUTIONS, INC.
# INTO
# MORPHOTRUST USA, INC.

Pursuant to Section 251 of the General
Corporation Law of the State of Delaware

MorphoTrust USA, Inc. a Delaware corporation (the "Company"), which desires to merge with L-1 Identity Solutions, Inc., a Delaware corporation ("L-1"), does hereby certify:

**FIRST:** The names and states of incorporation of the constituent corporations to this merger are as follows:

| Name | State of Incorporation |
| --- | --- |
| MorphoTrust USA, Inc. | Delaware |
| L-1 Identity Solutions, Inc. | Delaware |

**SECOND:** The Agreement and Plan of Merger, dated as of December 27, 2012 (the "Merger Agreement"), by and between the Company and L-1, has been approved, adopted, executed, certified and acknowledged by each of the constituent corporations in accordance with Section 251 of the General Corporation Law of the State of Delaware.

**THIRD:** The Company is the surviving corporation of the merger, and the name of the surviving corporation shall be MorphoTrust USA, Inc.

**FOURTH:** The merger shall be effective as of the time of filing of this Certificate of Merger.

**FIFTH:** The Certificate of Incorporation of the Company (as amended from time to time) in effect immediately prior to the merger shall be the Certificate of Incorporation of the surviving corporation.

**SIXTH:** The executed Merger Agreement is on file at the office of the surviving corporation at 296 Concord Road, Suite 300, Billerica, Massachusetts 01821.

**SEVENTH:** A copy of the Merger Agreement will be furnished by the surviving corporation on request and without cost, to any stockholder of any constituent corporation.

[signature page follows]

IN WITNESS WHEREOF, the undersigned has caused this Certificate of Merger to be duly executed in its corporate name by its duly authorized officer.

Dated: December 28, 2012

                                 MORPHOTRUST USA, INC.

                                 BY: _____
                                 Name: Scott Boylan
                                 Title:   Secretary