# EXHIBIT B

Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel.  415.442.1000
Fax: 415.442.1001
www.morganlewis.com



**Daniel Johnson, Jr.**
Partner
415.442.1392
djjohnson@morganlewis.com

February 4, 2013

**VIA E-MAIL**

Christopher A. Honea
Garteiser Honea
44 N. San Pedro Road
San Rafael, CA  94903
Email:  chonea@ghiplaw.com

Re:   *Blue Spike, LLC v. L-1 Identity Solutions, et al.*
        EDTX Case No. 6:12-CV-680 LED

Dear Mr. Honea:

This follows up my December 11, 2012 letter regarding L-1 Identity Solutions, Inc.'s ("L-1")
request for dismissal from the above-referenced matter.  L-1 was recently merged into
MorphoTrust USA, Inc. ("MorphoTrust") and MorphoTrust is the remaining legal entity.  I
enclose the certificate of merger that was filed with the Delaware Secretary of State's office for
your reference.  Therefore, we again request that Plaintiff dismiss L-1 Identity Solutions, Inc.
from this matter.  We can provide a stipulation to these facts in order to facilitate the dismissal.
Please let us know if you agree to the dismissal accordingly by the close of business February 11
or we will file a motion to dismiss with the Court.

Sincerely,

Daniel Johnson, Jr.

DJ/mj
Enclosure

Almaty   Beijing   Boston   Brussels   Chicago   Dallas   Frankfurt   Harrisburg   Houston   Irvine   London   Los Angeles   Miami
Moscow   New York   Palo Alto   Paris   Philadelphia   Pittsburgh   Princeton   San Francisco   Tokyo   Washington   Wilmington

DB2/ 23878664.1



*PAGE  1*

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF
DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT
COPY OF THE CERTIFICATE OF MERGER, WHICH MERGES:

"L-1 IDENTITY SOLUTIONS, INC.", A DELAWARE CORPORATION,

WITH AND INTO "MORPHOTRUST USA, INC." UNDER THE NAME OF
"MORPHOTRUST USA, INC.", A CORPORATION ORGANIZED AND EXISTING
UNDER THE LAWS OF THE STATE OF DELAWARE, AS RECEIVED AND FILED
IN THIS OFFICE THE TWENTY-EIGHTH DAY OF DECEMBER, A.D. 2012, AT
11:18 O'CLOCK A.M.

A FILED COPY OF THIS CERTIFICATE HAS BEEN FORWARDED TO THE
NEW CASTLE COUNTY RECORDER OF DEEDS.

2591343   8100M

121400190

Jeffrey W. Bullock, Secretary of State

AUTHENTICATION: 0104771

DATE: 12-28-12

You may verify this certificate online
at corp.delaware.gov/authver.shtml

*State of Delaware*
*Secretary of State*
*Division of Corporations*
*Delivered 11:03 AM 12/28/2012*
*FILED 11:18 AM 12/28/2012*
*SRV 121400190 – 2591343 FILE*

### CERTIFICATE OF MERGER OF
### L-1 IDENTITY SOLUTIONS, INC.
### INTO
### MORPHOTRUST USA, INC.

Pursuant to Section 251 of the General
Corporation Law of the State of Delaware

MorphoTrust USA, Inc. a Delaware corporation (the "Company"), which desires to merge with L-1 Identity Solutions, Inc., a Delaware corporation ("L-1"), does hereby certify:

**FIRST:**     The names and states of incorporation of the constituent corporations to this merger are as follows:

| Name | State of Incorporation |
| --- | --- |
| MorphoTrust USA, Inc. | Delaware |
| L-1 Identity Solutions, Inc. | Delaware |

**SECOND:** The Agreement and Plan of Merger, dated as of December 27, 2012 (the "Merger Agreement"), by and between the Company and L-1, has been approved, adopted, executed, certified and acknowledged by each of the constituent corporations in accordance with Section 251 of the General Corporation Law of the State of Delaware.

**THIRD:** The Company is the surviving corporation of the merger, and the name of the surviving corporation shall be MorphoTrust USA, Inc.

**FOURTH:** The merger shall be effective as of the time of filing of this Certificate of Merger.

**FIFTH:** The Certificate of Incorporation of the Company (as amended from time to time) in effect immediately prior to the merger shall be the Certificate of Incorporation of the surviving corporation.

**SIXTH:** The executed Merger Agreement is on file at the office of the surviving corporation at 296 Concord Road, Suite 300, Billerica, Massachusetts 01821.

**SEVENTH:** A copy of the Merger Agreement will be furnished by the surviving corporation on request and without cost, to any stockholder of any constituent corporation.

[signature page follows]

**IN WITNESS WHEREOF,** the undersigned has caused this Certificate of Merger to be duly executed in its corporate name by its duly authorized officer.

Dated: December 28, 2012

MORPHOTRUST USA, INC.

BY: _____

Name: Scott Boylan
Title:    Secretary