# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § | |
| | § | |
| *Plaintiff,* | § | CASE NO. 6:12-cv-499 MHS |
| | § | |
| v. | § | LEAD CASE |
| | § | |
| Texas Instruments, Inc., et al., | § | Jury Trial Demanded |
| | § | |
| *Defendants.* | § | |
| | § | |

## ORDER ON VOLUNTARY DISMISSAL OF DEFENDANTS INNOVATRICS S.R.O. AND SWIFT BIOMETRICS, INC. WITHOUT PREJUDICE UNDER RULE 41(a)(1)(A)(i) OF THE FEDERAL RULES OF CIVIL PROCEDURE

The Court is in receipt of Plaintiff Blue Spike LLC's Notice of Voluntary Dismissal of Defendants Innovatrics S.R.O. and Swift Biometrics, Inc. ("Defendants") without prejudice under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure ("the Notice"). At the time of filing of the Notice, Defendant has not yet answered the Complaint or the Amended Complaint, and has not yet moved for summary judgment.

It is therefore ORDERED, that the Amended Complaint is dismissed without prejudice against Defendants.

**SIGNED this 1st day of May, 2013.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE