# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC.,<br><br>    Defendant. | Civil Action No. 6:12-cv-499-MHS<br><br>LEAD CASE<br><br>JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>IMAGEWARE SYSTEMS, INC.,<br><br>    Defendant. | Civil Action No. 6:12-cv-688-MHS<br><br>*Consolidated with 6:12-cv-499-MHS)*<br><br>JURY TRIAL DEMANDED |

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW
## AS ATTORNEY OF RECORD

Before the Court is Defendant Imageware Systems, Inc.'s Motion to Withdraw (Doc. No. 704) Eric H. Findlay and Walter W. Lackey, Jr. as counsel of record. It is hereby

ORDERED that Defendant Imageware Systems, Inc.'s Motion to Withdraw Eric H. Findlay and Walter W. Lackey, Jr. as counsel of record is GRANTED.

It is SO ORDERED.

SIGNED this 1st day of May, 2013.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE