UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, *Plaintiff,* v. TEXAS INSTRUMENTS, INC., et al., *Defendants.* | § § § § § § § § § § | CASE NO. 6:12-cv-499 MHS LEAD CASE Jury Trial Demanded |
| Blue Spike, LLC, *Plaintiff,* v. AOPTIX TECHNOLOGIES, INC., *Defendant.* | § § § § § § § § § § § | CASE NO. 6:13-cv-040 MHS CONSOLIDATED CASE Jury Trial Demanded |

**ORDER GRANTING UNOPPOSED
MOTION FOR LEAVE TO SERVE JURISDICTIONAL
DISCOVERY ON DEFEDNANT AOPTIX TECHNOLOGIES, INC. AND
FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS**

BEFORE THE COURT is Plaintiff Blue Spike, LLC ("Blue Spike") Unopposed Motion for Leave to Serve Jurisdictional Discovery on AOptix Technologies, Inc. ("AOptix") before the Rule 26(f) conference and prior to responding to AOptix's MOTION TO DISMISS (Dkt. No. 518) ("Motion to Dismiss"). The Court, having noted that the relief requested in unopposed, is of the opinion that the Motion should be granted.

IT IS ORDERED that Plaintiff Blue Spike shall have leave to serve jurisdictional discovery, which will not count against the limited number of

discovery requests available to Plaintiff under the Federal Rules of Civil Procedure and this Court's local rules, before the Rule 26(f) conference and prior to responding to the Motion to Dismiss (Dkt. No. 518). Blue Spike is further granted an extension of time to respond to the Motion to Dismiss (Dkt. No. 518) until after the jurisdictional discovery is taken.