UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> Texas Instruments, Inc., et al., <br><br> *Defendants*. | § § § § § § § § § § § § | Case No. 6:12-cv-499 MHS <br><br> Lead Case <br><br> Jury Trial Demanded |
| Blue Spike, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> Kronos Incorporated, <br><br> *Defendant*. | § § § § § § § § § § § § | Case No. 6:13-cv-86 MHS <br><br> Consolidated Case <br><br> Jury Trial Demanded |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT KRONOS INCORPORATED'S MOTION TO TRANSFER**

Plaintiff Blue Spike, LLC ("Blue Spike") respectfully moves the Court for a second extension of time within which to respond to Kronos Incorporated's ("Kronos") motion to transfer ("Motion") (Dkt. No. 610).

Blue Spike's current deadline to answer the Complaint is April 22, 2013.

Blue Spike requests an extension of time of until May 3, 2013, to respond to Defendant's Motion. Counsel for Blue Spike has conferred with counsel for Kronos and Kronos is unopposed to this request for extension of time.

1

2

        Respectfully submitted,

        /s/ Christopher A. Honea
        Randall T. Garteiser
        Texas Bar No. 24038912
        rgarteiser@ghiplaw.com
        Christopher A. Honea
        Texas Bar No. 24059967
        chonea@ghiplaw.com
        Christopher S. Johns
        Texas Bar No. 24044849
        cjohns@ghiplaw.com
        Kirk J. Anderson
        California Bar No. 289043
        Peter S. Brasher
        California Bar No. 283992
        **GARTEISER HONEA, P.C.**
        44 North San Pedro Road
        San Rafael, California 94903
        Telephone: (415) 785-3762
        Facsimile: (415) 785-3805

        ***Counsel for Blue Spike LLC***

## Certificate of Service

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email.

                  /s/ Christopher A. Honea

## CERTIFICATE OF CONFERENCE

I certify that on behalf of Blue Spike, LLC, I have met and conferred with counsel for Defendant on April 22, 2013 and April 26, 2013 regarding the relief requested herein. Counsel for Defendant has indicated that they are unopposed to the extension being granted.

                  /s/ Christopher A. Honea