UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § § § | |
| *Plaintiff*, | § § | Case No. 6:12-cv-499 MHS |
| v. | § § | Lead Case |
| Texas Instruments, Inc., et al., | § § | Jury Trial Demanded |
| *Defendants*. | § § § | |
| | | |
| Blue Spike, LLC, | § § § | |
| *Plaintiff*, | § § | Case No. 6:13-cv-86 MHS |
| v. | § § | Consolidated Case |
| Kronos Incorporated, | § § | Jury Trial Demanded |
| *Defendant*. | § § | |

**ORDER GRANTING UNOPPOSED MOTION
FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT
KRONOS INCORPORATED'S MOTION TO TRANSFER**

BEFORE THE COURT is Plaintiff Blue Spike, LLC ("Blue Spike") Unopposed Motion for Extension of Time to Respond to Kronos Incorporated's ("Kronos") motion to transfer ("Motion") (Dkt. No. 610). The Court, having noted that the relief requested in unopposed, is of the opinion that the Motion should be granted.

IT IS ORDERED that Plaintiff Blue Spike, LLC shall have until May 3, 2013, to respond to Kronos' Motion.