UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § § § | |
| *Plaintiff*, | § § | Case No. 6:12-cv-499 MHS |
| v. | § § | Lead Case |
| Texas Instruments, Inc., et al., | § § § | Jury Trial Demanded |
| *Defendants*. | § § | |

| | | |
|---|---|---|
| Blue Spike, LLC, | § § § | |
| *Plaintiff*, | § § | Case No. 6:13-cv-89 MHS |
| v. | § § | Consolidated Case |
| MorphoTrak, Inc. and Safran USA, Inc., | § § § | Jury Trial Demanded |
| *Defendants*. | § § | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS MORPHOTRAK, INC. AND SAFRAN USA, INC.'S MOTION TO TRANSFER**

Plaintiff Blue Spike, LLC ("Blue Spike") respectfully moves the Court for a second extension of time within which to respond to MorphoTrak, Inc. and Safran USA, Inc.'s ("Defendants") motion to transfer ("Motion") (Dkt. No. 611).

Blue Spike's current deadline to answer the Complaint is April 22, 2013.

Blue Spike requests an extension of time of until May 3, 2013, to respond to Defendant's Motion. Counsel for Blue Spike has conferred with

1

counsel for Defendants and Defendants are unopposed to this request for extension of time.

Respectfully submitted,

<u>/s/ Christopher A. Honea</u>
Randall T. Garteiser
Texas Bar No. 24038912
rgarteiser@ghiplaw.com
Christopher A. Honea
Texas Bar No. 24059967
chonea@ghiplaw.com
Christopher S. Johns
Texas Bar No. 24044849
cjohns@ghiplaw.com
Kirk J. Anderson
California Bar No. 289043
Peter S. Brasher
California Bar No. 283992
**GARTEISER HONEA, P.C.**
44 North San Pedro Road
San Rafael, California 94903
Telephone:  (415) 785-3762
Facsimile:  (415) 785-3805

***Counsel for Blue Spike LLC***

## Certificate of Service

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email.

    /s/ Christopher A. Honea

## CERTIFICATE OF CONFERENCE

I certify that on behalf of Blue Spike, LLC, I have met and conferred with counsel for Defendants on April 22, 2013 and April 26, 2013 regarding the relief requested herein. Counsel for Defendants have indicated that they are unopposed to the extension being granted.

    /s/ Christopher A. Honea