UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, <br> *Plaintiff*, <br> v. <br> Texas Instruments, Inc., et al., <br> *Defendants*. | § § § § § § § § § § § | Case No. 6:12-cv-499 MHS <br> Lead Case <br> Jury Trial Demanded |
| Blue Spike, LLC, <br> *Plaintiff*, <br> v. <br> MorphoTrak, Inc. and Safran USA, Inc., <br> *Defendants*. | § § § § § § § § § § § | Case No. 6:13-cv-89 MHS <br> Consolidated Case <br> Jury Trial Demanded |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS MORPHOTRAK, INC. AND SAFRAN USA, INC.'S MOTION TO TRANSFER**

BEFORE THE COURT is Plaintiff Blue Spike, LLC ("Blue Spike") Unopposed Motion for Extension of Time to Respond to MorphoTrak, Inc. and Safran USA, Inc.'s ("Defendants") motion to transfer ("Motion") (Dkt. No. 611). The Court, having noted that the relief requested in unopposed, is of the opinion that the Motion should be granted.

IT IS ORDERED that Plaintiff Blue Spike, LLC shall have until May 3, 2013, to respond to Defendants' Motion.