UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC,<br>　　*Plaintiff*,<br>v.<br>Texas Instruments, Inc., et al.,<br>　　*Defendants*. | § § § § § § § § § | Case No. 6:12-cv-499 MHS<br>Lead Case<br>Jury Trial Demanded |
| Blue Spike, LLC,<br>　　*Plaintiff*,<br>v.<br>Kronos Incorporated,<br>　　*Defendant*. | § § § § § § § § § | Case No. 6:13-cv-86 MHS<br>Consolidated Case<br>Jury Trial Demanded |

**Order Denying Kronos's Motion to Transfer Venue [Dkt. 610]**

Defendant Kronos fails to carry its burden of proving that it is clearly more convenient to transfer this case away from this district. Accordingly, Kronos motion to transfer venue is denied.