# TEXAS SECRETARY of STATE
# JOHN STEEN

[UCC](#) | [Business Organizations](#) | [Trademarks](#) | [Notary](#) | [Account](#) | [Help/Fees](#) | [Briefcase](#) | [Logout](#)

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 9020606 | **Entity Type:** | Foreign For-Profit Corporation |
| **Original Date of Filing:** | January 27, 1992 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 13301547892 | **FEIN:** | |

| | |
|---|---|
| **Name:** | MorphoTrak, Inc. |
| **Address:** | 1145 BROADWAY PLAZA STE 300<br>Tacoma, WA 98402 USA |
| **Fictitious Name:** | N/A |
| **Jurisdiction:** | DE, USA |
| **Foreign Formation Date:** | N/A |

| [REGISTERED AGENT](#) | [FILING HISTORY](#) | [NAMES](#) | [MANAGEMENT](#) | [ASSUMED NAMES](#) | [ASSOCIATED ENTITIES](#) |
|---|---|---|---|---|---|
| **Name** | | **Address** | | | **Inactive Date** |
| CT CORPORATION SYSTEM | | 350 N. St. Paul St., Ste. 2900<br>Dallas, TX 75201-4234 USA | | | |

[Order]  [Return to Search]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.