# TEXAS SECRETARY of STATE
# JOHN STEEN

**UCC** | **Business Organizations** | **Trademarks** | **Notary** | **Account** | **Help/Fees** | **Briefcase** | **Logout**

BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 9020606 | **Entity Type:** | Foreign For-Profit Corporation |
| **Original Date of Filing:** | January 27, 1992 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 13301547892 | **FEIN:** | |

| | |
|---|---|
| **Name:** | MorphoTrak, Inc. |
| **Address:** | 1145 BROADWAY PLAZA STE 300 Tacoma, WA 98402 USA |
| **Fictitious Name:** | N/A |
| **Jurisdiction:** | DE, USA |
| **Foreign Formation Date:** | N/A |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|
| **Last Update** | **Name** | | **Title** | **Address** | |
| March 14, 2011 | DANIEL VASSV | | PRESIDENT | 2850 SAFRAN DRIVE GRAND PRAIRIE, TX 75052 USA | |
| March 14, 2011 | JEAN-YVES GUEDON | | VICE PRESIDENT | 2850 SAFRAN DRIVE GRAND PRAIRIE, TX 75052 USA | |

[Order]  [Return to Search]

Instructions:
● To place an order for additional information about a filing press the 'Order' button.