000082608

**Filing Number: 9020606**

9D523811.000
TX2010
Ver. 1.0     05-102
             (9-09/29)
■ Tcode 13196

# TEXAS FRANCHISE TAX PUBLIC INFORMATION REPORT

*To be filed by Corporations, Limited Liability Companies (LLCS) and Financial Institutions*
**This report MUST be signed and filed to satisfy franchise tax requirements**

■ Taxpayer number

13301547892

*You have certain rights under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at: (512) 463-4600, or (800) 252-1381, toll free nationwide.*

Taxpayer name   MORPHOTRAK, INC.

■ Report year   2010

Mailing address

2850 SAFRAN DRIVE

Secretary of State file number or Comptroller file number

City GRAND PRAIRIE      | State TX      | ZIP Code 75052 | Plus 4      | 0009020606

☐ Check box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office   SAME AS ABOVE

Principal place of business   SAME AS ABOVE

*Please sign below!*   Officer, director and member information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or members change throughout the year.

*1330154789210*

## SECTION A   Name, title and mailing address of each officer, director or member.

Name: Daniel Vassy     Title: President
Mailing Address 2850 SAFRAN DRIVE   City GRAND PRAIRIE    State TX   ZIP Code 75052
Director ☐ YES   Term expiration   m m d d y y

Name: Jean-Yves Guedon     Title: V.P.
Mailing Address 2850 SAFRAN DRIVE   City GRAND PRAIRIE    State TX   ZIP Code 75052
Director ☐ YES   Term expiration   m m d d y y

Name:      Title:
Mailing Address      City      State   ZIP Code
Director ☐ YES   Term expiration   m m d d y y

## SECTION B   Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of ten percent (10%) or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of Ownership |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

## SECTION C   Enter the information required for each corporation or LLC, if any, that owns an interest of ten percent (10%) or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of Ownership |
|---|---|---|---|
| SAFRAN USA, INC. | DE | 0800987902 | 100.00 |

☐ Check box if you need forms to change the registered agent or registered office information.

Registered agent and registered office currently on file. *(See instructions if you need to make changes)*

Agent: CT CORPORATION SYSTEM

Office: 350 N. ST. PAUL ST. STE. 2900   City DALLAS   State TX   ZIP Code 75201

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or member and who is not currently employed by this, or a related, corporation or limited liability company.



sign here ▶   Title CFO   Date 15 NOV '10   Area code and phone number

**Texas Comptroller Official Use Only**



| VE/DE | ☐ | PIR IND | ☐ |

1062