00015438110  Filing Number: 9020606

| TX2012 | | **Texas Franchise Tax Public Information Report** | 2F |
|---|---|---|---|
| Ver. 3.0 | 05-102 | To be filed by Corporations, Limited Liability Companies (LLC) and Financial Institutions | JCAN |
| | (Rev.9-11/30) | This report MUST be signed and filed to satisfy franchise tax requirements | 454 |
| | ■ Tcode 13196 | | |

■ Taxpayer number: 13301547892
■ Report year: 2012

*You have certain rights under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at (800) 252-1381 or (512) 463-4600.*

Taxpayer name: MORPHOTRAK, INC.
Mailing address: 2850 SAFRAN DRIVE
City: GRAND PRAIRIE  State: TX  ZIP Code: 75052  Plus 4:
Secretary of State (SOS) file number or Comptroller file number: 0009020606

[X] Check box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office: SAME AS ABOVE
Principal place of business: SAME AS ABOVE

*Please sign below!*

Officer, director and member information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or members change throughout the year.

1330154789212

**SECTION A** Name, title and mailing address of each officer, director or member.

| Name | Title | Director | Term expiration (m m d d y y) |
|---|---|---|---|
| DANIEL VASSY | PRESIDENT + CEO | [ ] YES | |
| Mailing address: 2850 SAFRAN DRIVE | City: GRAND PRAIRIE | State: TX | ZIP Code: 75052 |
| JEAN-YVES GUEDON | SENIOR V.P. | [ ] YES | |
| Mailing address: 2850 SAFRAN DRIVE | City: GRAND PRAIRIE | State: TX | ZIP Code: 75052 |
| CLARK NELSON | SENIOR V.P. | [ ] YES | |
| Mailing address: 2850 SAFRAN DRIVE | City: GRAND PRAIRIE | State: TX | ZIP Code: 75052 |

**SECTION B** Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| | | | |

**SECTION C** Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| MORPHO USA, INC. | DE | N/A | 100.00 |

Registered agent and registered office currently on file. *(see instructions if you need to make changes)*
[ ] Check box if you need forms to change the registered agent or registered office information.
Agent: CT CORPORATION SYSTEM
Office: 350 NORTH ST. PAUL STREET, STE 2900  City: DALLAS  State: TX  ZIP Code: 75201

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or member and who is not currently employed by this, or a related, corporation or limited liability company.

sign here X [signature] Title: SR. VP + Secretary  Date: 11/15/2012  Area code and phone number: (972) 606-7108

**Texas Comptroller Official Use Only**

VE/DE [ O ]   PIR IND [ O ]

1039

00015438110

TX2012
Ver. 3.0    05-102
(Rev.9-11/30)

# Texas Franchise Tax Public Information Report

To be filed by Corporations, Limited Liability Companies (LLC) and Financial Institutions
This report MUST be signed and filed to satisfy franchise tax requirements

■ Tcode  13196

■ Taxpayer number: 13301547892

■ Report year: 2012

*You have certain rights under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at (800) 252-1381 or (512) 463-4600.*

Taxpayer name: MORPHOTRAK, INC.
Mailing address: 2850 SAFRAN DRIVE
City: GRAND PRAIRIE   State: TX   ZIP Code: 75052   Plus 4:
Secretary of State (SOS) file number or Comptroller file number: 0009020606

☐ Check box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office:
Principal place of business:

*Please sign below!*

Officer, director and member information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or members change throughout the year.

1330154789212

**SECTION A** Name, title and mailing address of each officer, director or member.

| Name | Title | Director | Term expiration |
|---|---|---|---|
| STEPHANE GUICHARD | V.P. | ☐ YES | |
| Mailing address: 2850 SAFRAN DRIVE | City: GRAND PRAIRIE | State: TX | ZIP Code: 75052 |
| FLORIAN HEBRAS | VP, CFO & SECRETARY | ☐ YES | |
| Mailing address: 2850 SAFRAN DRIVE | City: GRAND PRAIRIE | State: TX | ZIP Code: 75052 |
| KATIE MURPHY | ASST. SECRETARY | ☐ YES | |
| Mailing address: 2850 SAFRAN DRIVE | City: GRAND PRAIRIE | State: TX | ZIP Code: 75052 |

**SECTION B** Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| | | | |

**SECTION C** Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file. *(see instructions if you need to make changes)*   ☐ Check box if you need forms to change the registered agent or registered office information.
Agent:
Office:   City:   State:   ZIP Code:

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or member and who is not currently employed by this, or a related, corporation or limited liability company.

sign here ► X [signature]   Title: Senior VP + Secretary   Date: 1/30/2013   Area code and phone number: 972-600-7104

**Texas Comptroller Official Use Only**

VE/DE ☐   PIR IND ☐

1039

# Texas Franchise Tax Public Information Report

TX2012
Ver. 3.0   05-102
(Rev.9-11/30)
Tcode 13196

To be filed by Corporations, Limited Liability Companies (LLC) and Financial Institutions
This report MUST be signed and filed to satisfy franchise tax requirements

| Taxpayer number | Report year | |
|---|---|---|
| 13301547892 | 2012 | You have certain rights under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at (800) 252-1381 or (512) 463-4600. |

Taxpayer name: MORPHOTRAK, INC.
Mailing address: 2850 SAFRAN DRIVE
City: GRAND PRAIRIE   State: TX   ZIP Code: 75052   Plus 4:
Secretary of State (SOS) file number or Comptroller file number: 0009020606

☐ Check box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office:
Principal place of business:

1330154789212

*Please sign below!* Officer, director and member information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or members change throughout the year.

**SECTION A** Name, title and mailing address of each officer, director or member.

| Name | Title | Director | Term expiration |
|---|---|---|---|
| JEAN-PAUL JAINSKY | CHAIRMAN | ☒ YES | |
| Mailing address: 2850 SAFRAN DRIVE | City: GRAND PRAIRIE | State: TX | ZIP Code: 75052 |
| BERNARD DIDIER | DIRECTOR | ☒ YES | |
| Mailing address: 2850 SAFRAN DRIVE | City: GRAND PRAIRIE | State: TX | ZIP Code: 75052 |
| ROBERT DIEGELMANN | DIRECTOR | ☒ YES | |
| Mailing address: 2850 SAFRAN DRIVE | City: GRAND PRAIRIE | State: TX | ZIP Code: 75052 |

**SECTION B** Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| | | | |

**SECTION C** Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file. (see instructions if you need to make changes)   ☐ Check box if you need forms to change the registered agent or registered office information.
Agent:
Office:   City:   State:   ZIP Code:

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or member and who is not currently employed by this, or a related, corporation or limited liability company.

sign here ▶ X [signature]   Title: Senior VP + Secretary   Date: 1/30/2013   Area code and phone number: 972-606-7104

**Texas Comptroller Official Use Only**

VE/DE ☐   PIR IND ☐

1039

(22)

00015438110

1305934028001

TX2012
Ver. 3.0  05-102
(Rev.9-11/30)
■ Tcode 13196

# Texas Franchise Tax Public Information Report

To be filed by Corporations, Limited Liability Companies (LLC) and Financial Institutions
This report MUST be signed and filed to satisfy franchise tax requirements

■ Taxpayer number: 13301547892
■ Report year: 2012

You have certain rights under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at (800) 252-1381 or (512) 463-4600.

Taxpayer name: MORPHOTRAK, INC.
Mailing address: 2850 SAFRAN DRIVE
City: GRAND PRAIRIE  State: TX  ZIP Code: 75052  Plus 4:

Secretary of State (SOS) file number or Comptroller file number: 0009020606

☐ Check box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office:
Principal place of business:

*Please sign below*

Officer, director and member information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or members change throughout the year.

1330154789212

**SECTION A** Name, title and mailing address of each officer, director or member.

| Name | Title | Director | Term expiration |
|---|---|---|---|
| ALEX FAIN | CHAIRMAN | ☒ YES | |
| Mailing address: 2850 SAFRAN DRIVE | City: GRAND PRAIRIE | State: TX | ZIP Code: 75052 |
| MICHAEL KIRKPATRICK | DIRECTOR | ☒ YES | |
| Mailing address: 2850 SAFRAN DRIVE | City: GRAND PRAIRIE | State: TX | ZIP Code: 75052 |
| KHUSHROW PRESS | DIRECTOR | ☒ YES | |
| Mailing address: 2850 SAFRAN DRIVE | City: GRAND PRAIRIE | State: TX | ZIP Code: 75052 |

**SECTION B** Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| | | | |

**SECTION C** Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file. (See instructions if you need to make changes)  ☐ Check box if you need forms to change the registered agent or registered office information.
Agent:
Office:  City:  State:  ZIP Code:

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or member and who is not currently employed by this, or a related, corporation or limited liability company.

sign here ▶ X [signature] Title: Senior VP + Secretary  Date: 1/30/2013  Area code and phone number: 972-606-7104

Texas Comptroller Official Use Only

VE/DE ☐  PIR IND ☐

1039

(23)

00015438110

| TX2012 | **Texas Franchise Tax Public Information Report** |
|---|---|
| Ver. 3.0    05-102 | To be filed by Corporations, Limited Liability Companies (LLC) and Financial Institutions |
| (Rev.9-11/30) | This report MUST be signed and filed to satisfy franchise tax requirements |

■ Tcode  13196

| ■ Taxpayer number | ■ Report year | You have certain rights under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at (800) 252-1381 or (512) 463-4600. |
|---|---|---|
| 13301547892 | 2012 | |

Taxpayer name: MORPHOTRAK, INC.
Mailing address: 2850 SAFRAN DRIVE
City: GRAND PRAIRIE   State: TX   ZIP Code: 75052   Plus 4:
Secretary of State (SOS) file number or Comptroller file number: 0009020606

☐ Check box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office:
Principal place of business:

*Please sign below!*

Officer, director and member information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the Information as officers, directors, or members change throughout the year.

1330154789212

**SECTION A** Name, title and mailing address of each officer, director or member.

| Name | Title | Director | Term expiration |
|---|---|---|---|
| PATRICK SAMIER | CHAIRMAN | ☒ YES | |
| Mailing address: 2850 SAFRAN DRIVE | City: GRAND PRAIRIE | State: TX | ZIP Code: 75052 |
| JOHN J. YOUNG, JR. | DIRECTOR | ☒ YES | |
| Mailing address: 2850 SAFRAN DRIVE | City: GRAND PRAIRIE | State: TX | ZIP Code: 75052 |
| | | ☐ YES | |
| Mailing address: | City: | State: | ZIP Code: |

**SECTION B** Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| | | | |

**SECTION C** Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file. (see instructions if you need to make changes)   ☐ Check box if you need forms to change the registered agent or registered office information.
Agent:
Office:   City:   State:   ZIP Code:

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or member and who is not currently employed by this, or a related, corporation or limited liability company.

sign here ▶ X  [signature]   Title: Senior VP + Secretary   Date: 11/30/2013   Area code and phone number: 972-606-7104

**Texas Comptroller Official Use Only**

VE/DE ☐   PIR IND ☐

1039

(24)