INTERNET ARCHIVE WayBackMachine

http://morphotrak.com/MorphoTrak/MorphoTrak/mt_contact-us.html   Go

33 captures
27 Feb 10 - 24 Aug 12

NOV | DEC 24 2010 | JAN
2009 | | 2012

Close ✖

Help ?

# MorphoTrak
## SAFRAN Group

HOME | WHO WE ARE | PRODUCTS | MULTI-BIOMETRICS | NEWS & EVENTS | CAREERS | CONTACT US

SAFRAN Group website | Group sites

### Who we are
- Company profile
- Core values
- Domestic locations
- MorphoTrak Weblinks
- Careers
- Contact us

### Our Products
- Criminal Justice
- Federal Business
- Identity Management
- Access Control
- Time & Attendance

## Who we are
# MorphoTrak Contact Details



### Corporate Headquarters

113 South Columbus Street
4th Floor
Alexandria, Virginia U.S.A. 22314

**Toll-Free:** (800) 601-6790
**Phone:** (703) 797.2600
**Fax:** (703) 706.9549

### New Jersey Applicants
please call the
*"Call Center toll-free"*
at **1-877-503-5981**

www.bioapplicant.com/NJ

### Albany Facility

3 Washington Square
Washington Avenue Extention
Albany, New York U.S.A. 12205

**Toll-Free:** (866) 580.6324
**Phone:** (518) 452.3502
**Fax:** (518) 452.3581

### Anaheim Facility

1250 N. Tustin Ave.
Anaheim, CA 92807, USA

**Phone:** Americas: +1 714 238 2000
**Fax:** +1 714 238 2049
**Europe, Middle East and Africa:** +43 1 79709 2222

### Austin Facility

5301 Riata Park Court
Building D Suite 100
Austin, Texas U.S.A. 78727

**Toll-Free:** (877) 499.8174
**Phone:** (512) 339.1154
**Fax:** (512) 339.1274

### Tacoma Facility

1145 Broadway Plaza
Suite 200
Tacoma, Washington U.S.A. 98402

**Toll-Free:** (800) 346.2674
**Phone:** (253) 383.3617
**Fax:** (253) 591.8856

For more information contact: info@MorphoTrak.com

Copyright © 2009 MorphoTrak All rights reserved. Terms of Use | Privacy Statement