# TEXAS ETHICS COMMISSION

## 2012 Lobby List with Concerns (Employers and Clients)
## Sorted By Concern Name
## Part III - (M-S) Printed February 13, 2013

**Employer/Client**
  **Lobbyist**

---

**M & G Polymers USA LLC**
**450 Gears Road, Suite 240   Houston, TX 77067**

  Delisi, Deirdre   (00063963)
  823 Congress Ave. Ste. 1000B   Austin, TX 78701
  Type of Compensation: Prospective
  $25,000 - $49,999.99
  Client - Start: 07/10/2012      Term Date: 12/31/2012

  Delisi, Thomas   (00064063)
  823 Congress Suite 1000B Austin, TX 78701
  Type of Compensation: Prospective
  $25,000 - $49,999.99
  Client - Start: 07/10/2012      Term Date: 12/31/2012

**M & R Strategic Services Inc.**
**2120 L Street, NW, Suite 600   Washington, DC 20037**

  Clark, James M.   (00030744)
  P.O. Box 5272   Austin, TX 78763
  Type of Compensation: Paid
  Less Than $10,000.00
  Client - Start: 01/01/2012      Term Date: 12/31/2012

  Hildreth, John   (00013410)
  1801 Lavaca Street, #12C   Austin, TX 78701
  Type of Compensation: Prospective
  $25,000 - $49,999.99
  Client - Start: 01/26/2012      Term Date: 12/31/2012

**M group Strategies**
**823 Congress Avenue, Suite 1200   Austin, TX 78701**

  Malone, Stacey   (00066283)
  823 Congress Avenue, Suite 1200   Austin, TX 78701
  Type of Compensation: Prospective
  $ 0.00
  Client - Start: 10/05/2012      Term Date: 12/31/2012

**M&R Strategic Services Inc.**
**2120 L Street, NW Suite 600   Washington, DC 20037**

  Massingill, Gavin L.   (00063382)
  P.O. Box 1583   Austin, TX 78767
  Type of Compensation: Prospective
  $10,000 - $24,999.99
  Client - Start: 01/07/2012      Term Date: 12/31/2012

**M&R Strategic Services**
**1901 L Street NW Suite 800   Washington, DC 20036**

  Keener, Justin C.  (00039218)
  823 Congress Avenue Suite 630 Austin, TX 78701
  Type of Compensation: Paid
  $10,000 - $24,999.99
  Client - Start: 01/01/2012    Term Date: 12/31/2012

**M&R Strategies Inc.**
**2120 L Street, NW Suite 600   Washington, DC 20037**

  Bruno, Amy  (00067154)
  PO Box 1583  Austin, TX 78767
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/06/2012    Term Date: 12/31/2012

**MacKay Shields LLC**
**9 West 57th Street   New York, NY 10019**

  Kashevaroff, Kirk  (00036313)
  9 West 57th Street Floor 34 New York, NY 10019
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/06/2012    Term Date: 12/31/2012

**Macqaurie Energy LLC**
**500 Dallas Street Level 31   Houston, TX 77002**

  Priestley, Vanus J.  (00039965)
  111 Congress Avenue Suite 1400 Austin, TX 78701
  Type of Compensation: Prospective
  $200,000 - $249,999.99
  Client - Start: 01/03/2012    Term Date: 12/31/2012

**Madison International Realty Holdings, LLC**
**410 Park Avenue, 10th Floor   New York, NY 10022**

  Dickerman, Ronald  (00068792)
  410 Park Avenue, 10th Floor   New York, NY 10022
  Type of Compensation: Paid
  $100,000 - $149,999.99
  Client - Start: 12/21/2012    Term Date: 12/31/2012

  Silverman, Todd  (00068793)
  410 Park Avenue, 10th Floor   New York, NY 10022
  Type of Compensation: Paid
  $10,000 - $24,999.99
  Client - Start: 12/21/2012    Term Date: 12/31/2012

**Magellan Health Services Inc.**
**55 Nod Road   Avon, CT 06001**

  Beard, Amy C.  (00061114)
  919 Congress Ave. Suite 1400 Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/01/2012    Term Date: 12/31/2012

Cammack, Kerry N.    (00022250)
919 Congress Avenue, Suite 1400  Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012


Griego, Sylvia R.    (00067201)
919 Congress Ave Suite 1400 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012

**Magill Development Company LLC**
**6524 San Felipe, Suite 274  Houston, TX 77057**

Butler, Carley    (00067075)
1122 Colorado, Suite 320  Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012


Shearer, James F.    (00039221)
1122 Colorado Suite 320  Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012

**Majestic Realty Co. a California Corporation**
**13191 Crossroads Parkway North, 6th Floor  City of Industry, CA 91746**

Howard, Jay    (00030094)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 08/10/2012    Term Date: 12/31/2012


Jones, Neal T. Jr.    (00013745)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 08/10/2012    Term Date: 12/31/2012


McCartt, J.    (00050674)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 08/10/2012    Term Date: 12/31/2012

**MALDEF**
**110 Broadway, Suite 300  San Antonio, TX 78205**

Figueroa, Luis    (00056850)
110 Broadway, Suite 300  San Antonio, TX 78205
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/09/2012    Term Date: 12/31/2012

**Managed Care of North America Inc. a Florida Corporation d/b/a MCNA Dental Plans**
**200 West Cypress Creek Road Suite 500  Fort Lauderdale, FL 33309**

```
Glenn, Eric   (00038847)
1122 Colorado, Suite 200  Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 02/03/2012    Term Date: 12/31/2012


Schlueter, Stan   (00010198)
P. O. Box 2227  Austin, TX 78768
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/13/2012    Term Date: 12/31/2012
```

**Managed Care of North America Inc. a Florida corporation d/b/a MCNA Dental**
**200 West Cypress Creek Road, Suite 500  Fort Lauderdale, FL 33309**

```
Pitts, John R.   (00037179)
1122 Colorado Street, Suite 102  Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/26/2012    Term Date: 12/31/2012
```

**Managed Care of North America Inc. a Florida Corporation dba MCNA Dental Plans**
**200 West Cypress Creed Road Suite 500  Fort Lauderdale, FL 33309**

```
Hawkins, Albert III   (00053723)
919 Congress Avenue Suite 1400 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/05/2012    Term Date: 12/31/2012
```

**Managed Care of North America Inc. a Florida corporation dba MCNA Dental**
**200 West Cypress Creek Rd., Suite 500  Fort Lauderdale, FL 33309**

```
Cantella, Richard C.   (00054009)
PO Box 684801  Austin, TX 78768
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/10/2012    Term Date: 12/31/2012
```

**Managed Care of North America, Inc., a Florida Corporation d/b/a MCNA Dental Plans**
**200 West Cypress Creek Road Suite 500  Fort Lauderdale, FL 33309**

```
Schlueter, Stan   (00010198)
P. O. Box 2227  Austin, TX 78768
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 12/13/2012    Term Date: 12/31/2012
```

**Managed Care of North America, Inc., a Florida corporation d/b/a MCNA Dental**
**200 West Cypress Creek Road, Suite 500  Fort Lauderdale, FL 33309**

```
Pitts, John R.   (00037179)
1122 Colorado Street, Suite 102  Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012
```

**Management & Training Corp.**
**500 N. Marketplace  Centerville, UT 84014**

Place, Allen   (00020586)
1122 Colorado  Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/04/2012    Term Date: 12/31/2012

**Marathon Administrative Co. Inc.**
**1331 Lamar Suite 1425  Houston, TX 77010**

Beard, Amy C.   (00061114)
919 Congress Ave. Suite 1400 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012

Cammack, Kerry N.   (00022250)
919 Congress Avenue, Suite 1400  Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012

Griego, Sylvia R.   (00067201)
919 Congress Ave Suite 1400 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012

**Marathon Oil Corporation**
**5555 San Felipe Street  Houston, TX 77056**

Gutierrez, Hugo A.   (00041913)
5555 San Felipe Street  Houston, TX 77056
Type of Compensation: Paid
$100,000 - $149,999.99
Client - Start: 01/10/2012    Term Date: 12/31/2012

**Marathon Petroleum Company LLC**
**502 10th Street South  Texas City, TX 77590**

Saitas, Jeffrey Anthony   (00038798)
1122 Colorado Street Suite 208 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012

**Marathon Petroleum Corporation**
**400 Robert Street North  St. Paul, MN 55101**

Sebree, Benjamin W.   (00011947)
50 Country Oaks  Buda, TX 78610
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 05/09/2012    Term Date: 12/31/2012

**March of Dimes**
**901 South Mopac Suite 195  Austin, TX 78746**

Matz, Laura McPartland  (00039254)
1708 Palma Plaza  Austin, TX 78703
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/24/2012    Term Date: 12/31/2012

Sanders, Morgan F.  (00057764)
11044 Research Blvd, Ste. A-210 Austin, TX 78759
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/04/2012    Term Date: 12/31/2012

**MarkWest**
**1515 Arapahoe St, Suite 700  Denver, TX 80202**

Sander, Lindsay  (00054066)
3110 Norhill Blvd  Houston, TX 77009
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/29/2012    Term Date: 12/31/2012

**Marque Real Estate Consultants LLC**
**710 North Post Oak Rd, #400  Houston, TX 77401**

Rice, Chuck Jr.  (00013547)
PO BOX 2154  AUSTIN, TX 78768-2154
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 03/05/2012    Term Date: 12/31/2012

**Marshall Economic Development Corporation**
**2660 East End Boulevard South  Marshall, TX 75672**

Hughey, Gaylord T. Jr.  (00029455)
305 Ferrell Place  Tyler, TX 75702
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012

**Martin Operating Partnership LP**
**P.O. Box 191  Kilgore, TX 75663**

McBeth, Kelly  (00059190)
P.O. Box 5100  Austin, TX 78763
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/10/2012    Term Date: 12/31/2012

**Martin Reserve Management Corp.**
**P.O. Box 191  Kilgore, TX 75663**

McBeth, Kelly  (00059190)
P.O. Box 5100  Austin, TX 78763
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/10/2012    Term Date: 12/31/2012

**Mary Kay Inc.**
**16251 Dallas Parakway  Addison, TX 75001**

  Crews, Anne C.   (00013356)
  16251 Dallas Parkway  Addison, TX 75001
  Type of Compensation: Paid
  $150,000 - $199,999.99
  Client - Start: 01/06/2012    Term Date: 12/31/2012

  Flores, Theresa A.   (00059964)
  16251 Dallas Parkway  Addison, TX 75001
  Type of Compensation: Paid
  $150,000 - $199,999.99
  Client - Start: 01/06/2012    Term Date: 12/31/2012

**MasterCard Incorporated**
**2000 Purchase Street  Purchase, NY 10577**

  Graves, Annette   (00068724)
  1220 Colorado Street, Suite 100  Austin, TX 78701
  Type of Compensation: Prospective
  $ 0.00
  Client - Start: 11/13/2012    Term Date: 12/31/2012

  McWilliams, Andrea   (00033593)
  1220 Colorado Street, Suite 100  Austin, TX 78701
  Type of Compensation: Prospective
  $ 0.00
  Client - Start: 01/30/2012    Term Date: 12/31/2012

  McWilliams, Dean R.   (00039980)
  1220 Colorado Street, Suite 100  Austin, TX 78701
  Type of Compensation: Prospective
  $ 0.00
  Client - Start: 01/30/2012    Term Date: 12/31/2012

**MasterCard International Inc.**
**2000 Purchase Street  Purchase, NY 10577**

  Lewis, Ron E.   (00020172)
  919 Congress Avenue Suite 1030 Austin, TX 78701
  Type of Compensation: Prospective
  $50,000 - $99,999.99
  Client - Start: 01/26/2012    Term Date: 12/31/2012

**Mastercard International Incorporated**
**2000 Purchase Street  Purchase, NY 10577**

  Shipton, Patricia A.   (00013741)
  919 Congress Suite 1030 Austin, TX 78701
  Type of Compensation: Prospective
  $10,000 - $24,999.99
  Client - Start: 01/20/2012    Term Date: 08/23/2012

**Matador Cattle Company**
**P.O. Box 839  Matador, TX 79244**

  Park, Joseph H.   (00055099)
  P. O. Box 1206  Austin, TX 78767
  Type of Compensation: Prospective
  $10,000 - $24,999.99
  Client - Start: 02/13/2012    Term Date: 12/31/2012

**Matrix Healthcare Services Inc.**
**5706 Benjamin Center Drive Suite 103   Tampa, FL 33634**

  Cornyn, Haley   (00065594)
  823 Congress Suite 900 Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/11/2012    Term Date: 12/31/2012

  Jones, Marsha Malish   (00011722)
  823 Congress Suite 900 Austin, TX 78701
  Type of Compensation: Prospective
  $10,000 - $24,999.99
  Client - Start: 01/11/2012    Term Date: 12/31/2012

**Matthews Holdings Southwest Inc.**
**1660 S. Stemmons Freeway, Suite 100   Lewisville, TX 75067-6315**

  Cain, David H.   (00019792)
  P.O. Box 140593  Dallas, TX 75214-0593
  Type of Compensation: Prospective
  $25,000 - $49,999.99
  Client - Start: 04/16/2012    Term Date: 12/31/2012

**Maverick Tube Corporation**
**2200 West Loop South Suite 800   Houston, TX 77027**

  Poinsett, Royce Pabst   (00065096)
  98 San Jacinto Center Suite 1500 Austin, TX 78701
  Type of Compensation: Prospective
  $50,000 - $99,999.99
  Client - Start: 04/03/2012    Term Date: 12/31/2012

**Maximus Inc.**
**1356 Beverly Road  McLean, VA 22101**

  Kurio, Frances   (00039180)
  400 West 15th Street, Suite 320  Austin, TX 78701
  Type of Compensation: Paid
  Less Than $10,000.00
  Client - Start: 01/30/2012    Term Date: 12/31/2012

  Olson, Ron M.   (00013307)
  400 West 15th Street, Suite 320  Austin, TX 78701
  Type of Compensation: Paid
  Less Than $10,000.00
  Client - Start: 03/01/2012    Term Date: 12/31/2012

  Roberts, Jack   (00013250)
  400 West 15th Street, Suite 320  Austin, TX 78701
  Type of Compensation: Paid
  $100,000 - $149,999.99
  Client - Start: 01/27/2012    Term Date: 12/31/2012

**MAXIMUS Inc.**
**11419 Sunset Hills Road  Reston, VA 20190**

  Beggs, April   (00056213)
  300 West 6th Street, Suite 2050  Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/30/2012    Term Date: 12/31/2012

McCandless, Patricia L.  (00028479)
BlueCross Clue Shield of Texas 206 West 13th Street Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/17/2012    Term Date: 09/10/2012


McDaniel, Demetrius  (00013335)
300 West 6th Street, Suite 2050  Austin, TX 78701
Type of Compensation: Prospective
$100,000 - $149,999.99
Client - Start: 01/30/2012    Term Date: 12/31/2012

**MAXIMUS, Inc.**
**1891 Metro Center Drive  Reston, VA 20190**

Beggs, April  (00056213)
300 West 6th Street, Suite 2050  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012


McDaniel, Demetrius  (00013335)
300 West 6th Street, Suite 2050  Austin, TX 78701
Type of Compensation: Prospective
$100,000 - $149,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012

**MAXXAM Inc.**
**1330 Post Oak Blvd., Suite 2000  Houston, TX 77056**

Hurwitz, Shawn M.  (00065243)
1330 Post Oak Blvd., Suite 2000  Houston, TX 77056
Type of Compensation: Earned
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012


Oldham, Phillip G.  (00034833)
111 Congress Avenue Suite 1700 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012

**McAfee Incorporated**
**2821 Mission College Blvd.  Santa Clara, CA 95054**

Pewitt, Bill R.  (00014229)
1015 Gaston Avenue  Austin, TX 78703
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/11/2012    Term Date: 09/05/2012

**McAllen Economic Development Corp.**
**6401 S. 33rd Street  McAllen, TX 78503**

Ramirez, Rene A.  (00067982)
612 Nolana Suite 415 McAllen, TX 78504
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 08/27/2012    Term Date: 12/31/2012

**McCreary Veselka Bragg & Allen P.C.**
**700 Jeffrey Way Suite 100  Round Rock, TX 78665**

Lucas, Travis   (00067093)
400 West 15th Street Suite 900 Austin, TX 78701
Type of Compensation: Paid
$25,000 - $49,999.99
Client - Start: 08/10/2012   Term Date: 12/31/2012

**McCreary Veselka Bragg & Allen PC**
**PO Box 1269  Round Rock, TX 78680**

Propes, Jay W.   (00014474)
1001 Congress Ave. Suite 400 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 11/02/2012   Term Date: 12/31/2012

Scott, Bruce   (00053030)
1122 Colorado, Suite 222  Austin, TX 78701
Type of Compensation: Prospective
$ 0.00
Client - Start: 01/13/2012   Term Date: 12/31/2012

Sibley, David   (00021032)
1122 Colorado Suite 222 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 03/10/2012   Term Date: 12/31/2012

**McCreary, Veselka, Bragg & Allen PC**
**PO Box 1269  Round Rock, TX 78680**

Propes, Jay W.   (00014474)
1001 Congress Ave. Suite 400 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012   Term Date: 12/31/2012

**McDonald Public Relations Inc.**
**300 West 6th St Suite 1370  Austin, TX 78701**

Massingill, Gavin L.   (00063382)
P.O. Box 1583  Austin, TX 78767
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/07/2012   Term Date: 12/31/2012

**McDonald's Corporation**
**2915 Jorie Rd.  Oak Brook, IL 60521**

Garcia, Michael   (00061080)
919 Congress Avenue, Suite 1500  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/14/2012   Term Date: 12/31/2012

Messer, Bill   (00013459)
919 Congress Avenue, Ste 1500  Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 02/14/2012   Term Date: 12/31/2012

**McDougal Companies**
**5001 W. Loop 289  Lubbock, TX 79414**

  Privett, Tony   (00054252)
  9203 Hope Ave.  Lubbock, TX 79424
  Type of Compensation: Paid
  Less Than $10,000.00
  Client - Start: 01/04/2012    Term Date: 12/31/2012

**McGinnis Industrial Maintenance Corporation**
**1001 Fannin Suite 4000  Houston, TX 77002**

  Sadlier, John L.   (00068583)
  19204 Boulder Crest  Pflugerville, TX 78660
  Type of Compensation: Prospective
  $10,000 - $24,999.99
  Client - Start: 07/23/2012    Term Date: 12/31/2012

**McGinnis Lochridge & Kilgore L.L.P.**
**600 Congress Avenue, Suite 2100  Austin, TX 78701**

  Bingham, William H.   (00040591)
  600 Congress Avenue, Suite 2100  Austin, TX 78701
  Type of Compensation: Prospective
  $300,000 - $349,999.99
  Client - Start: 01/01/2012    Term Date: 12/31/2012

**McGraw-Hill Companies**
**Two Penn Plaza 21st Floor  New York, NY 10121-2298**

  Bashur, Reginald G.   (00024923)
  1115 San Jacinto Blvd. Suite 275 Austin, TX 78701
  Type of Compensation: Prospective
  $100,000 - $149,999.99
  Client - Start: 01/06/2012    Term Date: 03/06/2012

  Williams, Ellen   (00033592)
  1122 Colorado Street, Suite 1803  Austin, TX 78701
  Type of Compensation: Prospective
  $50,000 - $99,999.99
  Client - Start: 01/18/2012    Term Date: 12/31/2012

**McGuireWooods Consulting LLC**
**1122 Colorado Suite 2399  Austin, TX 78701**

  Deshields, Holly   (00068458)
  816 Congress Ave Ste 940 Austin, TX 78701
  Type of Compensation: Prospective
  $100,000 - $149,999.99
  Client - Start: 04/23/2012    Term Date: 12/31/2012

  Miner, Mark   (00059442)
  816 Congress Ave Ste 940 Austin, TX 78701
  Type of Compensation: Prospective
  $150,000 - $199,999.99
  Client - Start: 04/19/2012    Term Date: 06/13/2012

  Saenz, Luis J.   (00060698)
  1122 Colorado Suite 2399 Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 04/13/2012    Term Date: 12/31/2012

```
Walker, Kwame   (00039594)
1005 Congress Avenue Suite 480 Austin, TX 78701
Type of Compensation: Prospective
$100,000 - $149,999.99
Client - Start: 12/05/2012    Term Date: 12/31/2012
```

**McGuireWooods Consulting, LLC**
**1122 Colorado Suite 2399  Austin, TX 78701**

```
Walker, Kwame   (00039594)
1005 Congress Avenue Suite 480 Austin, TX 78701
Type of Compensation: Prospective
$100,000 - $149,999.99
Client - Start: 12/19/2012    Term Date: 12/31/2012
```

**MCI Communications Services Inc.**
**22001 Loudoun County Parkway  Ashburn, VA 20147**

```
Franke, Wayne T.   (00012876)
1504 San Antonio  Austin, TX 78701
Type of Compensation: Prospective
$ 0.00
Client - Start: 01/01/2012    Term Date: 12/31/2012
```

**MCI Communications Services Inc.**
**One Verizon Way  Basking Ridge, NJ 07920**

```
Franke, Wayne T.   (00012876)
1504 San Antonio  Austin, TX 78701
Type of Compensation: Prospective
$ 0.00
Client - Start: 01/01/2012    Term Date: 12/31/2012

Hines, James R.   (00052407)
701 Brazos St. Suite 600 Austin, TX 78701
Type of Compensation: Paid
$10,000 - $24,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012

Lawson, Richard   (00051011)
701 Brazos St. Suite 600 Austin, TX 78701
Type of Compensation: Paid
$10,000 - $24,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012
```

**MCI Communications Services, Inc.**
**One Verizon Way  Basking Ridge, NJ 07920**

```
Franke, Wayne T.   (00012876)
1504 San Antonio  Austin, TX 78701
Type of Compensation: Prospective
$ 0.00
Client - Start: 12/28/2012    Term Date: 12/31/2012
```

**McKesson Corporation**
**335 Interlocken Parkway  Broomfield, CO 80021**

```
Cornyn, Haley   (00065594)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/11/2012    Term Date: 12/31/2012
```

```
Jones, Marsha Malish   (00011722)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/11/2012    Term Date: 12/31/2012


Samuels, Marc   (00035050)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/11/2012    Term Date: 12/31/2012
```

**McKesson Corporation**
**One Post Street  San Francisco, CA 94104**

```
Cornyn, Haley   (00065594)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/16/2012    Term Date: 12/31/2012


Jones, Marsha Malish   (00011722)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/16/2012    Term Date: 12/31/2012


Samuels, Marc   (00035050)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/16/2012    Term Date: 12/31/2012
```

**McKinney Chamber of Commerce**
**1650 W. Virginia Parkway, Suite 100  McKinney, TX 75069**

```
Erben, Randall H.   (00013689)
807 Brazos Suite 402 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/03/2012    Term Date: 09/07/2012


Somerville, Emily   (00066876)
807 Brazos Street Suite 402 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/03/2012    Term Date: 09/07/2012


Yarbrough, Brian G.   (00037475)
807 Brazos, Suite 402  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/03/2012    Term Date: 09/07/2012
```

**McLane Advanced Technologies LLC**
**4001 Central Pointe Parkway  Temple, TX 76504**

```
Tyroch, Martha A.   (00062317)
719 Paint Brush Lane  Temple, TX 76502
Type of Compensation: Prospective
$ 0.00
Client - Start: 01/01/2012    Term Date: 12/31/2012
```

**McLane Advanced Technologies**
**4001 Central Pointe Parkway   Temple, TX 76505**

Garcia, Michael   (00061080)
919 Congress Avenue, Suite 1500  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/14/2012   Term Date: 12/31/2012

Messer, Bill   (00013459)
919 Congress Avenue, Ste 1500  Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 02/14/2012   Term Date: 12/31/2012

**McLane Company Inc.**
**4747 McLane Parkway   Temple, TX 76504**

Brown, Jay P.   (00039172)
1001 Congress Ave. Suite 400 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012   Term Date: 12/31/2012

Garcia, Neftali J.   (00065326)
4747 McLane Parkway  Temple, TX 76504
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/01/2012   Term Date: 12/31/2012

Gibson, Machree Garrett   (00028312)
1001 Congress Ave. Suite 400 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012   Term Date: 12/31/2012

Graydon, Galt   (00013173)
1001 Congress Ave. Suite 400 Austin, TX 78701
Type of Compensation: Paid
$50,000 - $99,999.99
Client - Start: 01/01/2012   Term Date: 12/31/2012

Propes, Jay W.   (00014474)
1001 Congress Ave. Suite 400 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012   Term Date: 12/31/2012

Swan, Shannon Lea   (00014744)
1001 Congress Ave. Suite 400 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012   Term Date: 12/31/2012

**McLane Company, Inc.**
**4747 McLane Parkway   Temple, TX 76504**

Brown, Jay P.   (00039172)
1001 Congress Ave. Suite 400 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012   Term Date: 12/31/2012

```
Gibson, Machree Garrett    (00028312)
1001 Congress Ave. Suite 400 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012


Graydon, Galt    (00013173)
1001 Congress Ave. Suite 400 Austin, TX 78701
Type of Compensation: Paid
$50,000 - $99,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012


Propes, Jay W.    (00014474)
1001 Congress Ave. Suite 400 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012


Swan, Shannon Lea    (00014744)
1001 Congress Ave. Suite 400 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012
```

**McLane Group**
**4001 Central Pointe Parkway  Temple, TX 76504**

```
Tyroch, Martha A.    (00062317)
719 Paint Brush Lane  Temple, TX 76502
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012
```

**McLane Intelligent Solutions LLC**
**4001 Central Pointe Parkway  Temple, TX 76504**

```
Tyroch, Martha A.    (00062317)
719 Paint Brush Lane  Temple, TX 76502
Type of Compensation: Prospective
$ 0.00
Client - Start: 01/01/2012    Term Date: 12/31/2012
```

**McMullen County Ranch Coalition**
**611 S Congress Suite 125  Austin, TX 78704**

```
Bull, Blaine H.    (00012158)
327 Congress Ave., Suite 450 Austin, TX 78701
Type of Compensation: Earned
$25,000 - $49,999.99
Client - Start: 01/10/2012    Term Date: 12/31/2012


Lippincott, Elizabeth    (00065361)
327 Congress Ave Suite 450 Austin, TX 78701
Type of Compensation: Earned
$25,000 - $49,999.99
Client - Start: 01/10/2012    Term Date: 12/31/2012


Norcross, Robert W.    (00011282)
2225 W Southlake Blvd Suite 423 Southlake, TX 76092
Type of Compensation: Earned
$25,000 - $49,999.99
Client - Start: 01/10/2012    Term Date: 12/31/2012
```

**McTurbine Inc.**
**401 Junior Beck Drive   Corpus Christi, TX 78405**

```
Chase, Brian E.   (00067160)
P.O. Box 482  Fort Worth, TX 76101
Type of Compensation: Paid
$ 0.00
Client - Start: 01/03/2012    Term Date: 12/31/2012


Posey, C. Jake   (00059916)
P.O. Box 685076  Austin, TX 78768
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012
```

**McWilliams Governmental Affairs Consultants**
**1220 Colorado Street, Suite 100   Austin, TX 78701**

```
Ball, John B.   (00068098)
1220 Colorado Street, Suite 100  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/30/2012    Term Date: 09/10/2012


Bingham, Alfred L. Jr.   (00066782)
1220 Colorado Street, Suite 100  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/30/2012    Term Date: 12/31/2012


Graves, Annette   (00068724)
1220 Colorado Street, Suite 100  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 11/13/2012    Term Date: 12/31/2012


Mays, Daniel Brookhart   (00057208)
1220 Colorado Street, Suite 100  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/30/2012    Term Date: 12/31/2012


McWilliams, Andrea   (00033593)
1220 Colorado Street, Suite 100  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/30/2012    Term Date: 12/31/2012


McWilliams, Dean R.   (00039980)
1220 Colorado Street, Suite 100  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/30/2012    Term Date: 12/31/2012
```

**Mead Johnson Nutrition Company; Mead Johnson & Company LLC**
**2400 West Lloyd Expressway   Evansville, IN 47721**

```
Franco, Alex   (00066974)
630 Garden Highway, Ste. 209  Sacramento, CA 95833
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012
```

**<u>Meals on Wheels Association of Texas</u>**
**3227 E. 5th Street   Austin, TX 78702**

Anderson, Lisa K.   (00013691)
1001 Congress #200 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/18/2012    Term Date: 12/31/2012

**<u>Med Care EMS</u>**
**1501 Sur K Center St  McAllen, TX 78501**

Fuller, Jacob C.   (00013677)
617 N McColl Circle  McAllen, TX 78501
Type of Compensation: Earned
Less Than $10,000.00
Client - Start: 06/28/2012    Term Date: 12/31/2012

**<u>MedCare Pediatric Group LP</u>**
**12371 S. Kirkwood Rd.  Stafford, TX 77477**

Knaupe, Gregg W.   (00043033)
919 Congress Avenue, Suite 1100  Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/13/2012    Term Date: 12/31/2012

**<u>Medco Health Solutions Inc. & Affiliates</u>**
**19520 Yellow Wing Court  Colorado Springs, CO 80908**

Calcote, Mary Leslie   (00065141)
504 West 14th Street  Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/25/2012    Term Date: 12/31/2012

McGarry, Mignon   (00012905)
504 West 14th Street  Austin, TX 78701
Type of Compensation: Paid
$10,000 - $24,999.99
Client - Start: 01/25/2012    Term Date: 12/31/2012

**<u>Medco Health Solutions Inc.</u>**
**19520 Yellow Wing Ct.  Colorado Springs, CO 80908**

Root, David G.   (00062365)
212 Spring Branch Rd.  Waverly, VA 23890
Type of Compensation: Paid
$10,000 - $24,999.99
Client - Start: 01/01/2012    Term Date: 02/23/2012

**<u>Medco Medical Supply Inc.</u>**
**8860 Fallbrook Dr  Houston, TX 77064**

Cain, Randy C.   (00025263)
PO Box 5352  Austin, TX 78763-5352
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/17/2012    Term Date: 12/31/2012

**<u>Medical Advocacy Services for Healthcare Inc. (MASH)</u>**
**Magnolia Centre, Suite 450 1227 West Magnolia Avenue  Ft. Worth, TX 76104**

Tonn, Larry L.   (00012292)
401 West 15th Street, Suite 870  Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012

**<u>Medical Transportation Managment</u>**
**16 Hawk Ridge Drive  Lake St. Louis, MO 63367-1829**

Evans, Richard W.   (00034432)
919 Congress Avenue Suite 450 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 08/16/2012    Term Date: 12/31/2012

Stewart, Scott   (00068518)
919 Congress Avenue Suite 450 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 08/16/2012    Term Date: 12/31/2012

**<u>MedImmune Affairs Inc</u>**
**One MedImmune Way  Gaithersburg, MD 20878**

Gilbert, Don A.   (00030056)
401 West 15th Street, Suite 870  Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012

**<u>MedImmune Inc.</u>**
**271 Yacthing Road  Lexington, SC 29072**

Hastings, S. Joel   (00065951)
3824 Cedar Springs Road #521 Dallas, TX 75219
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012

**<u>Medipsych LLC</u>**
**4314 Yoakum  Houston, TX 77006**

Frazier, J. Kyle   (00013170)
823 Congress Suite 620 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/26/2012    Term Date: 12/31/2012

**<u>Medtronic Inc.</u>**
**710 Medtronic Parkway  Minneapolis, MN 55432**

Evans, Richard W.   (00034432)
919 Congress Avenue Suite 450 Austin, TX 78701
Type of Compensation: Prospective
$100,000 - $149,999.99
Client - Start: 01/10/2012    Term Date: 12/31/2012

```
Fehrenbach, William    (00055730)
700 Central Avenue NE, RCE-395  Minneapolis, MN 55432-3576
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 05/10/2012


Stewart, Scott    (00068518)
919 Congress Avenue Suite 450 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 05/27/2012    Term Date: 12/31/2012


Thompson, Anna M. MHA    (00068623)
7000 Central Avenue NE RCE 395 Minneapolis, MN 55432
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 08/16/2012    Term Date: 12/31/2012
```

**Memorial Compounding Pharmacy**
**2918 San Jacinito Suite 100  Houston, TX 77004**

```
Campbell, Ben    (00019797)
P.O.Box 91294  Austin, TX 78709-1294
Type of Compensation: Paid
$50,000 - $99,999.99
Client - Start: 02/06/2012    Term Date: 12/31/2012
```

**Memorial Hermann Healthcare System**
**909 Frostwood Drive Suite 3:506  Houston, TX 77024**

```
Warner, Frederic C. Jr.    (00030539)
909 Frostwood Drive Suite 3:506 Houston, TX 77024
Type of Compensation: Prospective
$200,000 - $249,999.99
Client - Start: 01/08/2012    Term Date: 12/31/2012
```

**Mental Health America of Texas**
**1210 San Antonio St., Ste. 200  Austin, TX 78701-1834**

```
Kamm, Robert R.    (00033587)
1304 Guadalupe  Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/31/2012    Term Date: 12/31/2012


Norton, Kaden Taylor    (00068654)
1304 Guadalupe St.  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012


Switzer, Gyl Wadge    (00063955)
1210 San Antonio Suite 200 Austin, TX 78701
Type of Compensation: Paid
$10,000 - $24,999.99
Client - Start: 01/06/2012    Term Date: 12/31/2012
```

**Mentor ABI LLC d/b/a NeuroRestorative Texas**
**313 Congress Street, 5th floor  Boston, MA 02216**

Fisher, Nancy C.   (00011989)
1005 Congress Avenue, Suite 480  Austin, TX 78701-2463
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/05/2012    Term Date: 11/14/2012

Shields, Christopher S.   (00013799)
1005 Congress Avenue Suite 480 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/02/2012    Term Date: 07/31/2012

Walker, Kwame   (00039594)
1005 Congress Avenue Suite 480 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/06/2012    Term Date: 12/10/2012

**Mentor ABI, LLC d/b/a NeuroRestorative Texas**
**313 Congress Street, 5th floor  Boston, MA 02216**

Walker, Kwame   (00039594)
1005 Congress Avenue Suite 480 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 12/19/2012    Term Date: 12/31/2012

**Merck Sharp & Dohme Corp including its affiliates-Schering Corp and Merck Schering-Plough**
**Pharmaceut**
**P.O. Box 4, WP39-306  West Point, PA 19486-0004**

Keel, Lara Laneri   (00042780)
919 Congress Avenue #1500  Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/09/2012    Term Date: 12/31/2012

Toomey, Michael   (00013686)
919 Congress Avenue, #1500  Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/24/2012    Term Date: 12/31/2012

**Merck Sharp & Dohme Corp. and its Affiliates**
**c/o Nielsen Merksamer, et al. 2350 Kerner Blvd., Ste. 250  San Rafael, CA 94901**

Turner, Holly Jacques   (00036474)
c/o Nielsen Merksamer, et al. 2350 Kerner Blvd., Ste. 250 San Rafael, CA 94901
Type of Compensation: Prospective
$100,000 - $149,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012

**Mercury Public Affairs LLC**
**14502 N. Dale Mabry Highway Suite 104   Tampa, FL 33618**

   Britton, Chris   (00066022)
   1001 Congress Avenue Suite 350 Austin, TX 78701
   Type of Compensation: Prospective
   $10,000 - $24,999.99
   Client - Start: 08/20/2012    Term Date: 12/31/2012

**Mesa Water Inc.**
**8117 Preston Road Suite 260   Dallas, TX 75225**

   Brown, J. E. Buster   (00019849)
   P.O. Box 426   Austin, TX 78767
   Type of Compensation: Prospective
   $100,000 - $149,999.99
   Client - Start: 01/01/2012    Term Date: 02/08/2012

**Methodis Healthcare Ministries**
**4507 Medical Dr.  San Antonio, TX 78229**

   Bujanda, Miryam   (00039946)
   4507 Medical Dr.  San Antonio, TX 78229
   Type of Compensation: Prospective
   $ 0.00
   Client - Start: 02/09/2012    Term Date: 12/31/2012

**Methodist Health System of Houston**
**1441 North Beckley Avenue   Dallas, TX 75203**

   Tonn, Larry L.   (00012292)
   401 West 15th Street, Suite 870  Austin, TX 78701
   Type of Compensation: Prospective
   $25,000 - $49,999.99
   Client - Start: 01/01/2012    Term Date: 12/31/2012

**Methodist Medical Center**
**1441 North Beckley Avenue   Dallas, TX 75203**

   Gilbert, Don A.   (00030056)
   401 West 15th Street, Suite 870  Austin, TX 78701
   Type of Compensation: Prospective
   $25,000 - $49,999.99
   Client - Start: 01/01/2012    Term Date: 12/31/2012

**MetLife Inc.**
**1095 Avenue of the Americas 18th FL   New York, NY 10036**

   Braziel, Melvin L. Jr.   (00065903)
   Type of Compensation: Paid
   $10,000 - $24,999.99
   Client - Start: 01/03/2012    Term Date: 12/31/2012

**Metric Engineering Inc.**
**13940 Southwest 136th Street, Suite 200   Miami, FL 33186**

   Findley, Brett   (00065467)
   816 Congress Avenue, Suite 1120  Austin, TX 78701
   Type of Compensation: Prospective
   Less Than $10,000.00
   Client - Start: 06/11/2012    Term Date: 12/31/2012

```
Finley, Trace    (00067692)
816 Congress Avenue, Suite 1120   Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 06/11/2012    Term Date: 11/13/2012


Peeler, William Robert Jr.    (00060695)
816 Congress Avenue, Suite 1120   Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 06/11/2012    Term Date: 12/31/2012


Stewart, Michael K.    (00014717)
816 Congress Avenue, Suite 1120   Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 06/11/2012    Term Date: 12/31/2012


Urrabazo, John P.    (00053487)
816 Congress Avenue, Suite 1120   Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 06/11/2012    Term Date: 12/31/2012
```

**MetroPCS Communications Inc.**
**2250 Lakeside Boulevard   Richardson, TX 75082**

```
McDaniel, Demetrius    (00013335)
300 West 6th Street, Suite 2050   Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 12/10/2012    Term Date: 12/31/2012
```

**MetroPCS Communications, Inc.**
**2250 Lakeside Boulevard   Richardson, TX 75082**

```
McDaniel, Demetrius    (00013335)
300 West 6th Street, Suite 2050   Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012
```

**Metropolitan Property and Casualty Insurance Company**
**700 Quaker Lane P.O. Box 350   Warwick, RI 02887**

```
Perkins, Arthur V.    (00013729)
1000 Louisiana, Suite 3400   Houston, TX 77002-5011
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/19/2012    Term Date: 12/31/2012


Yelkin, Kimberly A.    (00013341)
600 Congress Avenue, Suite 3000   Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/18/2012    Term Date: 12/31/2012
```

**<u>Metropolitan Transit Authority of Harris County</u>**
**5700 Eastex Freeway  Houston, TX 77026**

  Saitas, Jeffrey Anthony   (00038798)
  1122 Colorado Street Suite 208 Austin, TX 78701
  Type of Compensation: Prospective
  $25,000 - $49,999.99
  Client - Start: 01/01/2012    Term Date: 08/07/2012

  Seales, Terri   (00013667)
  1122 Colorado Street Suite 208 Austin, TX 78701
  Type of Compensation: Prospective
  $10,000 - $24,999.99
  Client - Start: 01/01/2012    Term Date: 12/27/2012

  Strauser, Robert   (00011294)
  1005 Congress Suite 1040 Austin, TX 78701
  Type of Compensation: Prospective
  $50,000 - $99,999.99
  Client - Start: 01/01/2012    Term Date: 12/31/2012

**<u>Metropolitan Water Company, LP</u>**
**105 East Main street  Brenham, TX 77833**

  Cortez, Albert   (00065490)
  8402 Forest Heights  Austin, TX 78749
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 12/31/2012    Term Date: 12/31/2012

**<u>MGM Resorts International Inc.</u>**
**3600 Las Vegas Boulevard South  Las Vegas, NV 89109**

  Garcia, Deidra C.   (00067053)
  100 Congress Avenue, Suite 1100  Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 06/08/2012    Term Date: 12/31/2012

  Hutto, Kathy N.   (00013342)
  100 Congress Avenue, Suite 1100  Austin, TX 78701
  Type of Compensation: Prospective
  $50,000 - $99,999.99
  Client - Start: 06/09/2012    Term Date: 12/31/2012

**<u>MGM Resorts International, Inc.</u>**
**3600 Las Vegas Boulevard South  Las Vegas, NV 89109**

  Garcia, Deidra C.   (00067053)
  100 Congress Avenue, Suite 1100  Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/01/2012    Term Date: 12/31/2012

  Hutto, Kathy N.   (00013342)
  100 Congress Avenue, Suite 1100  Austin, TX 78701
  Type of Compensation: Prospective
  $50,000 - $99,999.99
  Client - Start: 01/01/2012    Term Date: 12/31/2012

**MGPA (US) LLC**
**The Nemours Building 1007 Orange Street, Suite 1410  Wilmington, DE 19801**

   Daly, William P.   (00067556)
   300 Monroe Avenue  River Edge, NJ 07661-1316
   Type of Compensation: Paid
   Less Than $10,000.00
   Client - Start: 01/18/2012    Term Date: 12/31/2012

**MGPA Europe IV GP LLC**
**The Nemours Building 1007 Orange Street, Suite 1410  Wilmington, DE 19801**

   Daly, William P.   (00067556)
   300 Monroe Avenue  River Edge, NJ 07661-1316
   Type of Compensation: Paid
   Less Than $10,000.00
   Client - Start: 01/18/2012    Term Date: 12/31/2012

**MHM Services**
**1593 Spring Hill Rd Ste. 600  Vienna, VA 22182**

   Leal, Roland   (00025018)
   431 Logan Ranch  Georgetown, TX 78628
   Type of Compensation: Prospective
   $50,000 - $99,999.99
   Client - Start: 03/08/2012    Term Date: 12/31/2012

**Michael & Susan Dell Foundation**
**PO Box 163867  Austin, TX 78716**

   Christopher, Ian   (00065924)
   PO Box 163867  Austin, TX 78716
   Type of Compensation: Prospective
   $10,000 - $24,999.99
   Client - Start: 01/01/2012    Term Date: 12/31/2012

   Fey, Lori   (00065105)
   PO Box 163867  Austin, TX 78716
   Type of Compensation: Prospective
   $10,000 - $24,999.99
   Client - Start: 01/09/2012    Term Date: 12/31/2012

   O'Toole, Jami   (00067344)
   PO Box 163867  Austin, TX 78716
   Type of Compensation: Prospective
   $10,000 - $24,999.99
   Client - Start: 01/10/2012    Term Date: 12/31/2012

   Sagebiet, Micah   (00068671)
   PO Box 163867  Austin, TX 78716
   Type of Compensation: Prospective
   $10,000 - $24,999.99
   Client - Start: 09/19/2012    Term Date: 12/31/2012

**Microsoft Corporation**
**One Microsoft Way  Redmond, VA 98052**

   Cooper, Kevin   (00059527)
   500 West 13th Street  Austin, TX 78701-1827
   Type of Compensation: Prospective
   Less Than $10,000.00
   Client - Start: 03/21/2012    Term Date: 12/31/2012

Ratliff, Robert Thomas    (00031723)
500 West 13th Street   Austin, TX 78701
Type of Compensation: Prospective
$25,000 – $49,999.99
Client – Start: 01/17/2012     Term Date: 12/31/2012

**Microsoft**
**10900 Stonelake Boulevard Suite 225   Austin, TX 78759**

Jones, Neal T. Jr.    (00013745)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
$25,000 – $49,999.99
Client – Start: 01/11/2012     Term Date: 12/31/2012

Sturzl, Frank J.    (00011020)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client – Start: 01/11/2012     Term Date: 12/31/2012

Wise, Andrew M.    (00034945)
10900 Stonelake Blvd. Suite 225 Austin, TX 78759
Type of Compensation: Paid
$25,000 – $49,999.99
Client – Start: 01/27/2012     Term Date: 12/31/2012

**Middle Pecos Groundwater Conservation District**
**P.O. Box 1644   Ft. Stockton, TX 79735**

Embrey, Ty H.    (00056282)
816 Congress Avenue Suite 1900 Austin, TX 78701
Type of Compensation: Prospective
$10,000 – $24,999.99
Client – Start: 01/26/2012     Term Date: 12/31/2012

Sledge, Brian L.    (00041086)
816 Congress Avenue Suite 1900 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client – Start: 01/25/2012     Term Date: 12/31/2012

**Midland County Utility District**
**2705 Bee Cave Rd., Suite 200   Austin, TX 78746**

Carlton, John J.    (00025383)
2705 Bee Cave Rd., Suite 200   Austin, TX 78746
Type of Compensation: Prospective
$ 0.00
Client – Start: 01/01/2012     Term Date: 12/31/2012

**Midtown Management District**
**410 Pierce Street, Suite 355   Houston, TX 77002**

Cardenas, Alberto P. Jr.    (00067232)
First City Tower 1001 Fannin, Suite 2500 Houston, TX 77002-6760
Type of Compensation: Prospective
Less Than $10,000.00
Client – Start: 02/10/2012     Term Date: 12/31/2012

**Midtown Redevelopment Authority**
**410 Pierce Street, Suite 355  Houston, TX 77002**

Cardenas, Alberto P. Jr.   (00067232)
First City Tower 1001 Fannin, Suite 2500 Houston, TX 77002-6760
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/10/2012    Term Date: 12/31/2012

**Millennium Laboratories**
**16981 Via Tazon Suite F  San Diego, CA 92127**

Evans, Richard W.   (00034432)
919 Congress Avenue Suite 450 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/10/2012    Term Date: 12/31/2012

Stewart, Scott   (00068518)
919 Congress Avenue Suite 450 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 05/27/2012    Term Date: 12/31/2012

**MillerCoors LLC**
**3000 Internet Blvd. Suite 400  Frisco, TX 76092**

Hunt, Robert C.   (00055275)
3000 Internet Blvd Suite 400 Frisco, TX 75034
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012

**MillerCoors LLC**
**3939 West Highland Boulevard P.O. Box 482  Milwaukee, WI 53201-0482**

Johnson, Robert E. Jr.   (00012850)
1122 Colorado Street, Suite 208  Austin, TX 78701
Type of Compensation: Prospective
$100,000 - $149,999.99
Client - Start: 01/27/2012    Term Date: 12/31/2012

**Milloy**
**P.O. Box 1618  San Marcos, TX 78667-1618**

Milloy, Ross E.   (00065130)
P.O. Box 1618  San Marcos, TX 78667-1618
Type of Compensation: Prospective
$ 0.00
Client - Start: 01/01/2012    Term Date: 12/31/2012

**Mirna Therapeutics**
**2150 Woodward St. Ste. 100  Austin, TX 78744**

Delisi, Deirdre   (00063963)
823 Congress Ave. Ste. 1000B  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 09/10/2012    Term Date: 12/31/2012

```
Delisi, Thomas    (00064063)
823 Congress Suite 1000B Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 09/10/2012    Term Date: 12/31/2012
```

**Mitchell, George**
**1850 JPMorgan Chase Tower 600 Travis  Houston, TX 77002**

```
Schwartz, A. R.    (00010150)
1122 Colorado St., #2102  Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/09/2012    Term Date: 12/31/2012
```

**MMC Group LP**
**105 Decker Ct., Suite 1100  Irving, TX 75062**

```
Pewitt, Bill R.    (00014229)
1015 Gaston Avenue  Austin, TX 78703
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/11/2012    Term Date: 12/31/2012
```

**Mo-Vac Service Company Inc.**
**P. O. Box 2677  McAllen, TX 78502**

```
Hughey, Gaylord T. Jr.    (00029455)
305 Ferrell Place  Tyler, TX 75702
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 09/07/2012    Term Date: 12/31/2012
```

**Molina Healthcare Inc.**
**300 University Avenue Suite 100   Sacramento, CA 95825**

```
Cornyn, Haley    (00065594)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/11/2012    Term Date: 12/31/2012
```

```
Jones, Marsha Malish    (00011722)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/11/2012    Term Date: 12/31/2012
```

```
Jones, Neal T. Jr.    (00013745)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/11/2012    Term Date: 12/31/2012
```

**Monsanto Company**
**800 North Lindbergh Boulevard  St. Louis, MO 63167**

```
Blocker, Trey J.    (00055627)
508 West 14th Street  Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012
```

**Montes II**
**PO Box 98000  Lafayette, LA 70509**

    Montes, Asbel A. II   (00068468)
    P. O. Box 98000  Lafayette, LA 70509-8000
    Type of Compensation: Paid
    $ 0.00
    Client - Start: 05/29/2012    Term Date: 12/31/2012

**Montgomery County MUD No. 9**
**1001 Fannin Street, Suite 2500  Houston, TX 77002**

    Cardenas, Alberto P. Jr.   (00067232)
    First City Tower 1001 Fannin, Suite 2500 Houston, TX 77002-6760
    Type of Compensation: Prospective
    Less Than $10,000.00
    Client - Start: 02/10/2012    Term Date: 12/31/2012

**Montgomery Independent School District**
**13159 Walden Road  Montgomery, TX 77356**

    Borreca, Christopher P.   (00054010)
    Thompson & Horton LLP 3200 Southwest Frwy, Suite 2000 Houston, TX 77027
    Type of Compensation: Prospective
    $ 0.00
    Client - Start: 01/01/2012    Term Date: 12/31/2012

    Horton, Janet Little   (00062497)
    Thompson & Horton LLP 3200 Southwest Frwy. Suite 2000 Houston, TX 77027
    Type of Compensation: Prospective
    Less Than $10,000.00
    Client - Start: 01/01/2012    Term Date: 12/31/2012

**Montrose Management District**
**10103 Fondren Road, Suite 300  Houston, TX 77096**

    Cardenas, Alberto P. Jr.   (00067232)
    First City Tower 1001 Fannin, Suite 2500 Houston, TX 77002-6760
    Type of Compensation: Prospective
    Less Than $10,000.00
    Client - Start: 02/10/2012    Term Date: 12/31/2012

**Moore's Crossing Municipal Utility District**
**c/o Armbrust & Brown, PLLC 100 Congress Avenue, Suite 1300  Austin, TX 78701-2744**

    Collins, Sharlene N.   (00012869)
    100 Congress Avenue Suite 1300 Austin, TX 78701
    Type of Compensation: Paid
    Less Than $10,000.00
    Client - Start: 01/01/2012    Term Date: 12/31/2012

**Morgan Stanley**
**1601 Broadway 11th Floor  New York, NY**

    Robnett, N. J.   (00013623)
    p o box 12336  austin, TX 78711
    Type of Compensation: Prospective
    $50,000 - $99,999.99
    Client - Start: 01/03/2012    Term Date: 12/31/2012

**MorphoTrak Inc.**
**113 South Columbus Street Ste. 400  Alexandria, VA 22314**

  Leal, Roland   (00025018)
  431 Logan Ranch  Georgetown, TX 78628
  Type of Compensation: Prospective
  $50,000 - $99,999.99
  Client - Start: 03/08/2012    Term Date: 12/31/2012

**Mortgage Insurance Companies of America**
**1425 K St., N.W. #210  Washington, DC 20005**

  Arnold, Jay   (00065253)
  815A Brazos St., PMB 545  Austin, TX 78701
  Type of Compensation: Prospective
  $10,000 - $24,999.99
  Client - Start: 12/03/2012    Term Date: 12/31/2012

  Arnold, Jim   (00039050)
  815A Brazos St., PMB 545  Austin, TX 78701
  Type of Compensation: Prospective
  $10,000 - $24,999.99
  Client - Start: 12/10/2012    Term Date: 12/31/2012

  Burner, Burnie   (00010104)
  P.O. Box 2212  Austin, TX 78768-2212
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 03/08/2012    Term Date: 12/31/2012

**Morton, Michael**
**2220 South Martin Street  Kilgore, TX 75662**

  Cooper, Kevin   (00059527)
  500 West 13th Street  Austin, TX 78701-1827
  Type of Compensation: Prospective
  $ 0.00
  Client - Start: 09/11/2012    Term Date: 12/31/2012

  Ratliff, Robert Thomas   (00031723)
  500 West 13th Street  Austin, TX 78701
  Type of Compensation: Prospective
  $ 0.00
  Client - Start: 09/11/2012    Term Date: 12/31/2012

**Mostyn Law Firm**
**3810 West Alabama  Houston, TX 77027**

  Woods, Lee A.   (00014943)
  1122 Colorado, Ste 301  Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 04/24/2012    Term Date: 12/31/2012

**Motion Picture Association of America**
**15301 Ventura Blvd., Building E  Sherman Oaks, CA 91403**

  Richardson, Jody   (00013336)
  1108 Lavaca Suite 510 Austin, TX 78701
  Type of Compensation: Prospective
  $50,000 - $99,999.99
  Client - Start: 01/10/2012    Term Date: 12/31/2012

**Motiva Enterprises**
**1100 Louisiana  Houston, TX 77002**

  Anderson, Lisa K.  (00013691)
  1001 Congress #200 Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/18/2012    Term Date: 12/31/2012

  Golemon, Ronald Kinnan  (00013112)
  111 Congress Ave Suite 1500 Austin, TX 78701
  Type of Compensation: Prospective
  $ 0.00
  Client - Start: 01/12/2012    Term Date: 12/31/2012

**Motorcycle Industry Council**
**1235 S. Clark Street Suite 600  Arlington, VA 22202**

  Hardy, Richard G.  (00013463)
  700 Lavaca Street, Suite 1400  Austin, TX 78701
  Type of Compensation: Prospective
  $25,000 - $49,999.99
  Client - Start: 01/31/2012    Term Date: 12/31/2012

**Motorcycle Safety Foundation**
**1235 South Clark Street, Suite 600  Arlington, VA 22202**

  Hardy, Richard G.  (00013463)
  700 Lavaca Street, Suite 1400  Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/31/2012    Term Date: 12/31/2012

**Motorola Solutions Inc.**
**1303 E. Algonquin Road  Schaumburg, IL 60196**

  Grace, Jim M. Jr.  (00052773)
  910 Louisiana Street One Shell Plaza Houston, TX 77002
  Type of Compensation: Prospective
  $25,000 - $49,999.99
  Client - Start: 01/10/2012    Term Date: 12/31/2012

**Motorola**
**1303 East Algonquin Road  Schaumburg, IL 60196**

  Wright, Charles Eric  (00043672)
  919 Congress Avenue Suite  1100 Austin, TX 78701
  Type of Compensation: Prospective
  $50,000 - $99,999.99
  Client - Start: 01/16/2012    Term Date: 12/31/2012

**MSI Advisors LLC**
**8310 N. Capital of Texas Highway Building 1, Suite 450  Austin, TX 78731**

  Jones, Bill  (00033614)
  100 Congress Avenue Suite 2000 Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 05/02/2012    Term Date: 12/31/2012

**Mueller Inc.**
**1915 Hutchings  Ballinger, TX 76821**

Frazier, J. Kyle   (00013170)
823 Congress Suite 620 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/26/2012    Term Date: 12/31/2012

**MultiState Associates Inc. on behalf of Check Into Cash**
**515 King Street, Suite 300  Alexandria, VA 22314**

Erskine, Candis B.   (00035590)
4304 Green Cliffs  Austin, TX 78746
Type of Compensation: Prospective
$ 0.00
Client - Start: 01/01/2012    Term Date: 12/31/2012

Erskine, John M. Jr.   (00012969)
111 Congress Avenue, Suite 900  Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012

Ford, Victoria C.   (00060035)
111 Congress Avenue, Suite 900  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012

Leo, Myra   (00034631)
111 Congress Avenue, Suite 900  Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012

McGinnis, Larry D.   (00013432)
111 Congress Avenue, Suite 900  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012

**MultiState Associates Inc. on behalf of Discovery Education**
**515 King St. Suite 300  Aleandria, VA 22314**

Wittenburg, Michelle   (00056112)
1122 Colorado Suite 100 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 03/30/2012    Term Date: 12/31/2012

**MultiState Associates Inc. on behalf of Edwards Lifesciences**
**515 King Street, Suite 300  Alexandria, VA 22314**

Erskine, Candis B.   (00035590)
4304 Green Cliffs  Austin, TX 78746
Type of Compensation: Prospective
$ 0.00
Client - Start: 03/05/2012    Term Date: 12/31/2012

```
Erskine, John M. Jr.   (00012969)
111 Congress Avenue, Suite 900  Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 03/05/2012    Term Date: 12/31/2012


Ford, Victoria C.   (00060035)
111 Congress Avenue, Suite 900  Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 03/05/2012    Term Date: 12/31/2012


Leo, Myra   (00034631)
111 Congress Avenue, Suite 900  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 03/05/2012    Term Date: 12/31/2012


McGinnis, Larry D.   (00013432)
111 Congress Avenue, Suite 900  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 03/05/2012    Term Date: 12/31/2012
```

**Multistate Associates Inc. on behalf of MERS**
**515 King Street Suite 300  Alexandria, VA 22314**

```
Weber, Clarence Andrew   (00067193)
301 Congress Suite 2000 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012
```

**MultiState for Goodyear Tire & Rubber**
**515 King Street Suite 300  Alexandria, VA 22314**

```
Hinkle, K. Daniel   (00014450)
3350 Highway 6 Suite 182 Sugar Land, TX 77478
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/25/2012    Term Date: 12/31/2012
```

**MultiState for Goodyear Tire and Rubber**
**515 King Street Suite 300  Alexandria, VA 22314**

```
Ramos, Ryland   (00067673)
807 West 25th St. Apt. 204  Austin, TX 78705
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/25/2012    Term Date: 12/31/2012
```

**Multistates Association Inc on Talecris**
**515 King Street Suite 300  Alexandria, VA 22314**

```
Nabers, Mary Scott   (00020633)
901 S. Mopac Expressway Barton Oaks Plaza I; Suite 100 Austin, TX 78746
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 04/10/2012
```

**Municipal Advisory Council of Texas**
**P.O. Box 2177  Austin, TX 78768**

Barrett, Andrew N.  (00035474)
3006 Bee Caves Road Suite D-310 Austin, TX 78746
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/05/2012    Term Date: 12/31/2012

Franks, Terry  (00065431)
3006 Bee Caves Rd., Ste. D-310  Austin, TX 78746
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/06/2012    Term Date: 12/31/2012

**Municipal Justice Bar Association of Texas**
**P.O. Box 13525  Austin, TX 78711**

Pewitt, Bill R.  (00014229)
1015 Gaston Avenue  Austin, TX 78703
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/11/2012    Term Date: 12/31/2012

**Municipal Utility District #50**
**12900 Crosby Lynchburg Road  Crosby, TX 77532**

Hall, John L.  (00022621)
P.O. Box 91463  Austin, TX 78709-1463
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 12/04/2012    Term Date: 12/31/2012

**Municipal Utility District Collectors Association of Texas**
**#5 Oaktree  Friendswood, TX 77546**

Grant, Kathy  (00033418)
1122 Colorado, Ste. 100  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/25/2012    Term Date: 12/31/2012

**MuniServices LLC**
**7735 N Palm Bluffs  Fresno, CA 93711**

Haley, Anthony  (00051002)
301 Congress Avenue Suite 1700 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 07/27/2012    Term Date: 12/31/2012

**MuniServices LLC**
**1400 K. Street  Sacramento, CA 95814**

Kroll, John  (00056952)
301 Congress Ave. Suite 1700 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/09/2012    Term Date: 12/31/2012

**Murphy Exploration & Production Company - USA**
**200 Peach Street  El Dorado, AR 71730**

  Roche, Samuel Jacob   (00068694)
  601 13th Street Suite 720 South Washington, DC 20005
  Type of Compensation: Prospective
  $ 0.00
  Client - Start: 10/11/2012    Term Date: 12/31/2012

**Murphy Oil Corporation**

  Roche, Samuel Jacob   (00068694)
  601 13th Street Suite 720 South Washington, DC 20005
  Type of Compensation: Prospective
  $ 0.00
  Client - Start: 10/11/2012    Term Date: 12/31/2012

**Murphy Oil USA Inc.**
**200 Peach Street  El Dorado, AR 71730**

  Roche, Samuel Jacob   (00068694)
  601 13th Street Suite 720 South Washington, DC 20005
  Type of Compensation: Prospective
  $150,000 - $199,999.99
  Client - Start: 10/11/2012    Term Date: 12/31/2012

**Muscle Activation Techniques**
**5555 DTC Parkway Suite C3300  Greenwood Village, CO 80111**

  Shields, Brad II   (00056074)
  208 West 14th St  Austin, TX 78701
  Type of Compensation: Prospective
  $10,000 - $24,999.99
  Client - Start: 02/02/2012    Term Date: 12/31/2012

**Muscle Activation Techniques**
**5555 DTC Parkway Suite C-3300  Greenwood Villiage, CO 80111**

  Shields, Bradford T.   (00012135)
  P.O. Box 162925  Austin, TX 78716-2925
  Type of Compensation: Prospective
  $25,000 - $49,999.99
  Client - Start: 01/25/2012    Term Date: 12/31/2012

**Musket Corporation**
**10601 North Pennsylvania  Oklahoma City, OK 73120**

  Garcia, Deidra C.   (00067053)
  100 Congress Avenue, Suite 1100  Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/01/2012    Term Date: 12/31/2012

  Nasi, Michael J.   (00056599)
  100 Congress Avenue, Suite 1100  Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/01/2012    Term Date: 12/31/2012

**My Plates LLC**
**Four Points Parke 6911 North FM 620  Austin, TX 78732**

  Koebele, Stephen P.  (00054021)
  1108 Lavaca Street, Suite 110-484  Austin, TX 78701
  Type of Compensation: Prospective
  $25,000 - $49,999.99
  Client - Start: 01/01/2012    Term Date: 12/31/2012

  Posey, C. Jake  (00059916)
  P.O. Box 685076  Austin, TX 78768
  Type of Compensation: Prospective
  $25,000 - $49,999.99
  Client - Start: 01/01/2012    Term Date: 12/31/2012

**My Plates, LLC**
**Four Points Parke 6911 North FM 620  Austin, TX 78732**

  Koebele, Stephen P.  (00054021)
  1108 Lavaca Street, Suite 110-484  Austin, TX 78701
  Type of Compensation: Prospective
  $25,000 - $49,999.99
  Client - Start: 01/01/2012    Term Date: 12/31/2012

  Posey, C. Jake  (00059916)
  P.O. Box 685076  Austin, TX 78768
  Type of Compensation: Prospective
  $25,000 - $49,999.99
  Client - Start: 01/01/2012    Term Date: 12/31/2012

**Myron Steves Insurance Solutions**
**3131 Eastside St. Suite 600  Houston, TX 78701**

  Miller, Scott A.  (00024761)
  1301 Nueces Street Suite 200 Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 10/03/2012    Term Date: 12/31/2012

**NACES Plus Foundation Inc.**
**7600 Burnet Rd., Suite 440  Austin, TX 78757**

  Jordan, Clair B.  (00010117)
  7600 Burnet Rd., Suite 440  Austin, TX 78757
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 02/16/2012    Term Date: 12/31/2012

  Willmann, James H.  (00010116)
  7600 Burnet Rd., Suite 440  Austin, TX 78757
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 02/16/2012    Term Date: 12/31/2012

**NAIFA-Texas**
**515 Congress Ave Ste 1650  Austin, TX**

  Taylor, Des M.  (00013096)
  515 Congress, Suite 1650  Austin, TX 78701
  Type of Compensation: Earned
  $100,000 - $149,999.99
  Client - Start: 02/09/2012    Term Date: 12/31/2012

**Natgun Corporation**
**410 E Trinity Blvd   Grand Prairie, TX 75050**

King, Robert J.   (00014900)
515 Congress Avenue Suite 1510 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/12/2012    Term Date: 12/31/2012

McClellan, Suzi Ray   (00031497)
515 Congress Ave. Ste. 1510  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/12/2012    Term Date: 12/31/2012

**National Alliance on Mental Illness - San Antonio**
**510 Belknap Room 242   San Antonio, TX 78212**

Oliver, Harold   (00055191)
327 Twisted Wood Drive  San Antonio, TX 78216-1627
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 02/06/2012    Term Date: 12/31/2012

**National Association of Chain Drug Stores**
**413 N. Lee Street   Alexandria, VA 22313-1480**

Staples, Mary M.   (00015072)
1560 E. Southlake Blvd. Suite 230 Southlake, TX 76092
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/03/2012    Term Date: 12/31/2012

**National Association of Chain Drug Stores**
**PO Box 162925  Austin, TX 78701**

Shields, Brad II   (00056074)
208 West 14th St  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/02/2012    Term Date: 12/31/2012

Shields, Bradford T.   (00012135)
P.O. Box 162925  Austin, TX 78716-2925
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/04/2012    Term Date: 12/31/2012

**National Association of Industrial and Office Parks of North Texas**
**101 East Park Blvd Suite 105  Plano, TX 75074**

Cain, David H.   (00019792)
P.O. Box 140593  Dallas, TX 75214-0593
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 04/16/2012    Term Date: 12/31/2012

**National Association of Mass Appraisal Inc.**
**9300 Research Blvd., Suite 100  Austin, TX 78759-6520**

Greytok, John   (00053740)
PO Box 30401  Austin, TX 78755
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/14/2012   Term Date: 12/31/2012

**National Association of Mutual Insurance Companies**
**3601 Vincennes Road  Indianapolis, IN 46268**

Martin, Paul Thomas    (00066534)
8900 Amberglen Blvd.  Austin, TX 78750
Type of Compensation: Paid
$50,000 - $99,999.99
Client - Start: 08/02/2012   Term Date: 12/31/2012

**National Association of Professional Employer Organizations**
**707 N. St. Asaph Street  Alexandria, VA 22314**

Brown, Jay P.   (00039172)
1001 Congress Ave. Suite 400 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012   Term Date: 12/31/2012

Gibson, Machree Garrett   (00028312)
1001 Congress Ave. Suite 400 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012   Term Date: 12/31/2012

Graydon, Galt   (00013173)
1001 Congress Ave. Suite 400 Austin, TX 78701
Type of Compensation: Paid
$10,000 - $24,999.99
Client - Start: 01/01/2012   Term Date: 12/31/2012

Propes, Jay W.   (00014474)
1001 Congress Ave. Suite 400 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012   Term Date: 12/31/2012

Swan, Shannon Lea   (00014744)
1001 Congress Ave. Suite 400 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012   Term Date: 12/31/2012

**National Association of Publicly Traded Partnerships**
**1801 K Street, N.W., Suite 500  Washington, DC 20006**

Sander, Lindsay   (00054066)
3110 Norhill Blvd  Houston, TX 77009
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/29/2012   Term Date: 12/31/2012

**National Association of Theatre Owners of Texas Inc.**
**P O Box 200815  Arlington, TX 76006**

  Poinsett, Royce Pabst   (00065096)
  98 San Jacinto Center Suite 1500 Austin, TX 78701
  Type of Compensation: Prospective
  $25,000 - $49,999.99
  Client - Start: 01/01/2012    Term Date: 12/31/2012

**National Association of Theatre Owners of Texas, Inc.**
**P O Box 200815  Arlington, TX 76006**

  Poinsett, Royce Pabst   (00065096)
  98 San Jacinto Center Suite 1500 Austin, TX 78701
  Type of Compensation: Prospective
  $25,000 - $49,999.99
  Client - Start: 12/21/2012    Term Date: 12/31/2012

**National Council on Compensation Insurance Inc.**
**901 Peninsula Corporate Circle  Boca Raton, FL 33487**

  Perkins, Arthur V.   (00013729)
  1000 Louisiana, Suite 3400  Houston, TX 77002-5011
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/19/2012    Term Date: 12/31/2012

  Robinson, Terri   (00068069)
  46714 South Highway 10  Perryville, AR 72126
  Type of Compensation: Prospective
  $25,000 - $49,999.99
  Client - Start: 01/18/2012    Term Date: 12/31/2012

  Vane, Mark   (00037572)
  600 Congress Avenue, Suite 3000  Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/19/2012    Term Date: 12/31/2012

  Yelkin, Kimberly A.   (00013341)
  600 Congress Avenue, Suite 3000  Austin, TX 78701
  Type of Compensation: Prospective
  $25,000 - $49,999.99
  Client - Start: 01/18/2012    Term Date: 12/31/2012

**National Cutting Horse Association**
**260 Bailey Avenue  Fort Worth, TX 76107**

  Short, Jim   (00013921)
  P.O. Box 188  Fulshear, TX 77441
  Type of Compensation: Prospective
  $50,000 - $99,999.99
  Client - Start: 01/19/2012    Term Date: 12/31/2012

**National Employee Benefit Companies Inc. (NEBCO)**
**16 International Way  Warwick, RI 02886**

  Findley, Brett   (00065467)
  816 Congress Avenue, Suite 1120  Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 03/12/2012    Term Date: 12/31/2012

Finley, Trace    (00067692)
816 Congress Avenue, Suite 1120  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 03/12/2012    Term Date: 11/13/2012

Peeler, William Robert Jr.   (00060695)
816 Congress Avenue, Suite 1120  Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 03/12/2012    Term Date: 12/31/2012

Stewart, Michael K.   (00014717)
816 Congress Avenue, Suite 1120  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 03/12/2012    Term Date: 12/31/2012

Urrabazo, John P.   (00053487)
816 Congress Avenue, Suite 1120  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 03/12/2012    Term Date: 12/31/2012

**National Federation of Independent Business**
**400 West 15th Street Suite 840  Austin, TX 78701**

Barber, Kathy Ann   (00065263)
400 W 15th Street Ste. 804 Austin, TX 78701
Type of Compensation: Paid
$100,000 - $149,999.99
Client - Start: 01/09/2012    Term Date: 12/31/2012

**National Heritage Academies**
**3850 Broadmoor Avenue, S.E., Suite 201  Grand Rapids, MI 49512**

Eschberger, Brenda   (00029854)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012

Johnson, Michael J.   (00055885)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
$25,000 - $49,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012

Kelley, Russell T.   (00013737)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
$25,000 - $49,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012

Kemptner, Sara   (00057952)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012

```
McGarah, Carol    (00051437)
919 Congress Avenue, Suite 950   Austin, TX 78701
Type of Compensation: Paid
$25,000 - $49,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012


Waldon, Barbara    (00057030)
919 Congress Avenue, Suite 950   Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012
```

**National Marine Manufacturers Association**
**444 N. Capitol St. NW Suite 645   Washington, DC 20001**

```
Turrieta, Gilbert    (00010261)
1122 Colorado St., Suite 2399   Austin, TX 78701
Type of Compensation: Paid
$10,000 - $24,999.99
Client - Start: 02/10/2012    Term Date: 12/31/2012
```

**National Multiple Sclerosis Society**
**9600 N. MoPAC Expressway Suite 150   Austin, TX 78759**

```
Arnold, Ellen    (00053551)
815A Brazos St., PMB 545   Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 02/24/2012    Term Date: 12/31/2012


Arnold, Jay    (00065253)
815A Brazos St., PMB 545   Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/03/2012    Term Date: 12/31/2012


Arnold, Jim    (00039050)
815A Brazos St., PMB 545   Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 02/24/2012    Term Date: 12/31/2012
```

**National Orthodontix Management PLLC.**
**1620 South Padre Island Drive, Suite 230B   Corpus Christi, TX 78416**

```
Joiner, Caroline M.    (00067415)
919 Congress Suite 1400 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 05/02/2012    Term Date: 12/31/2012
```

**National Orthodontix Management PLLC**
**1620 South Padre Island Drive, Suite 230B   Corpus Christi, TX 78416**

```
Laine, Dale E.    (00053827)
919 Congress Avenue, Suite 1400   Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 05/10/2012    Term Date: 06/11/2012
```

**National PACE Association**
**80 North Fairfax Suite 309   Alexandria, VA 22319**

  Campbell, Ben   (00019797)
  P.O.Box 91294  Austin, TX 78709-1294
  Type of Compensation: Paid
  $25,000 - $49,999.99
  Client - Start: 02/06/2012    Term Date: 12/31/2012

**National Rifle Association of America**
**c/o NRA Office of General Counsel 11250 Waples Mill Rd.  Fairfax, VA 22030-9400**

  Biles, Christopher Lacey   (00067659)
  c/o Office of General Counsel 11250 Waples Mill Road Fairfax, VA 22030
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/01/2012    Term Date: 12/31/2012

  Reilly-Mica, Tara   (00034621)
  c/o Office of General Counsel 11250 Waples Mill Rd. Fairfax, VA 22030
  Type of Compensation: Prospective
  $50,000 - $99,999.99
  Client - Start: 01/01/2012    Term Date: 12/31/2012

**National Safety Commission Inc.**
**814 Hwy A1A North, Suite 300  Ponte Vedra Beach, FL 32082**

  Fisher, Nancy C.   (00011989)
  1005 Congress Avenue, Suite 480  Austin, TX 78701-2463
  Type of Compensation: Prospective
  $10,000 - $24,999.99
  Client - Start: 01/05/2012    Term Date: 12/31/2012

  Walker, Kwame   (00039594)
  1005 Congress Avenue Suite 480 Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/06/2012    Term Date: 12/10/2012

**National Safety Commission Inc**
**814 Hwy A1A North Suite 300  Ponte Vedra Beach, FL 32082**

  Shields, Christopher S.   (00013799)
  1005 Congress Avenue Suite 480 Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/02/2012    Term Date: 12/31/2012

**National Safety Commission, Inc.**
**814 Hwy A1A North, Suite 300  Ponte Vedra Beach, FL 32082**

  Walker, Kwame   (00039594)
  1005 Congress Avenue Suite 480 Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 12/19/2012    Term Date: 12/31/2012

**National Safety Glass Repair Association**
**135 E. Chilton  Chandler, AZ 85225**

Shields, Christopher S.   (00013799)
1005 Congress Avenue Suite 480 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/02/2012    Term Date: 06/08/2012

**National Safety Glass Repair Association**
**822 N. 5th Avenue  Phoenix, AZ 85003**

Fisher, Nancy C.   (00011989)
1005 Congress Avenue, Suite 480  Austin, TX 78701-2463
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/05/2012    Term Date: 11/14/2012

Walker, Kwame   (00039594)
1005 Congress Avenue Suite 480 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/06/2012    Term Date: 12/10/2012

**National Surgical Hospitals**
**30 South Wacker Drive, Suite 2302  Chicago, IL 60606**

Cain, Randy C.   (00025263)
PO Box 5352  Austin, TX 78763-5352
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/17/2012    Term Date: 12/31/2012

**National Vision Inc.**
**296 Grayson Highway  Lawrenceville, GA 30046**

Eschberger, Brenda   (00029854)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 03/12/2012    Term Date: 12/31/2012

Johnson, Michael J.   (00055885)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 03/12/2012    Term Date: 12/31/2012

Kelley, Russell T.   (00013737)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
$25,000 - $49,999.99
Client - Start: 03/12/2012    Term Date: 12/31/2012

Kemptner, Sara   (00057952)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 03/12/2012    Term Date: 12/31/2012

```
McGarah, Carol   (00051437)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
$25,000 - $49,999.99
Client - Start: 04/10/2012    Term Date: 12/31/2012


Waldon, Barbara   (00057030)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 03/12/2012    Term Date: 12/31/2012
```

**National Vision, Inc.**
**296 Grayson Highway  Lawrenceville, GA 30046**

```
Eschberger, Brenda   (00029854)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012


Johnson, Michael J.   (00055885)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012


Kelley, Russell T.   (00013737)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
$25,000 - $49,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012


McGarah, Carol   (00051437)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
$25,000 - $49,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012


Waldon, Barbara   (00057030)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012
```

**National Western  Life Insurance Company**
**850 East Anderson Lane  Austin, TX 78752-1602**

```
Sullivan, Raymond C.   (00053484)
919 Congress Avenue, #1500  Austin, TX 78701
Type of Compensation: Prospective
$100,000 - $149,999.99
Client - Start: 11/06/2012    Term Date: 12/31/2012
```

**National Western Life Insurance Company**
**850 East Anderson Lane  Austin, TX 78752**

```
Koebele, Stephen P.   (00054021)
1108 Lavaca Street, Suite 110-484  Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012
```

**Nationwide Insurance and Nationwide Financial Services**
**One Nationwide Plaza   Columbus, OH 43215**

Erben, Randall H.   (00013689)
807 Brazos Suite 402 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/03/2012    Term Date: 12/31/2012

Hamilton, Jonna Kay   (00013332)
Nationwide 1005 Congress Ave., Suite 960 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012

Hamilton, Melissa R.   (00068604)
Nationwide Insurance 1005 Congress Avenue, Suite 960 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 08/14/2012    Term Date: 10/30/2012

Somerville, Emily   (00066876)
807 Brazos Street Suite 402 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/03/2012    Term Date: 12/31/2012

Yarbrough, Brian G.   (00037475)
807 Brazos, Suite 402  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/03/2012    Term Date: 12/31/2012

**Natural Renewable Energy**
**194 Carmen Hill Lane  Bastrop, TX 78602**

Heckler, Jeffrey E.   (00040150)
1301 Nueces Street Suite 200 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 10/12/2012    Term Date: 12/31/2012

**Natural Renewable Energy**
**1096 HWY 95 South  Smithville, TX 78957**

Gilmore, Scott E.   (00056410)
1301 Nueces Street Suite 200 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 09/13/2012    Term Date: 12/31/2012

**Nau, John**
**Post Office Box 2743  Houston, TX 77252-2743**

Donley, Richard W.   (00013802)
502 West 11th Suite 420 Austin, TX 78701
Type of Compensation: Prospective
$ 0.00
Client - Start: 01/05/2012    Term Date: 12/31/2012

**Navitus**
**2601 W. Beltline Hwy, Ste. 600  Madison, WI 53713**

  Tonn, Larry L.   (00012292)
  401 West 15th Street, Suite 870  Austin, TX 78701
  Type of Compensation: Prospective
  $25,000 - $49,999.99
  Client - Start: 01/01/2012    Term Date: 12/31/2012

**NCDR LLC**
**1090 Northchase Parkway, SE Suite 290  Marietta, GA 30067**

  Joiner, Caroline M.   (00067415)
  919 Congress Suite 1400 Austin, TX 78701
  Type of Compensation: Prospective
  $25,000 - $49,999.99
  Client - Start: 01/04/2012    Term Date: 12/31/2012

  Laine, Dale E.   (00053827)
  919 Congress Avenue, Suite 1400  Austin, TX 78701
  Type of Compensation: Prospective
  $25,000 - $49,999.99
  Client - Start: 01/09/2012    Term Date: 12/31/2012

  McClelland, Terra Gray   (00067635)
  P.O. Box 195851  Dallas, TX 75219
  Type of Compensation: Paid
  $100,000 - $149,999.99
  Client - Start: 01/01/2012    Term Date: 12/31/2012

**Neighbors**
**418 W. Ave. B  San Angelo, TX 76903**

  Neighbors, Phil   (00066729)
  418 W. Avenue B  San Angelo, TX 76903
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/01/2012    Term Date: 12/31/2012

**Neste Oil**
**1800 West Loop South Suite 1700  Houston, TX 77027-3219**

  Oldham, Phillip G.   (00034833)
  111 Congress Avenue Suite 1700 Austin, TX 78701
  Type of Compensation: Prospective
  $10,000 - $24,999.99
  Client - Start: 01/01/2012    Term Date: 12/31/2012

**Nestle Waters North America Inc**
**777 West Putnam  Greenwich, CT 06830**

  Haley, Anthony   (00051002)
  301 Congress Avenue Suite 1700 Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 07/27/2012    Term Date: 12/31/2012

**NETData**
**1110 Enterprise Dr.  Sulphur Springs, TX 75482**

Dow, James W.   (00067150)
401 W. 15th Street Suite 695 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 09/10/2012    Term Date: 12/31/2012

**NetSpend Corporation**
**701 Brazos Street, Suite 1200 PO Box 2136  Austin, TX 78768-2136**

Grace, Jim M. Jr.   (00052773)
910 Louisiana Street One Shell Plaza Houston, TX 77002
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/10/2012    Term Date: 12/31/2012

**NETWC Inc.**
**P.O. Box 1154  Mt. Pleasant, TX 75456**

Wright, Charles Eric   (00043672)
919 Congress Avenue Suite  1100 Austin, TX 78701
Type of Compensation: Prospective
$ 0.00
Client - Start: 01/16/2012    Term Date: 12/31/2012

**Nevada Gold & Casinos Inc.**
**3040 Post Oak Blvd. Suite 675  Houston, TX 77056**

Booth, Brittney   (00067206)
1980 Post Oak Boulevard Suite 1380 Houston, TX 77056
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/03/2012    Term Date: 12/31/2012

Kuhl, P. John Jr.   (00013743)
1980 Post Oak Boulevard Suite 1380 Houston, TX 77056
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/03/2012    Term Date: 12/31/2012

Sanford, Marion   (00013727)
1980 Post Oak Boulevard Suite 1380 Houston, TX 77056
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/03/2012    Term Date: 12/31/2012

**New Benefits Ltd.**
**14240 Proton Road  Dallas, TX 75244**

Graves, Annette   (00068724)
1220 Colorado Street, Suite 100  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 11/13/2012    Term Date: 12/31/2012

McWilliams, Andrea   (00033593)
1220 Colorado Street, Suite 100  Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/30/2012    Term Date: 12/31/2012

**New Braunfels Utilities**
**263 E Main Plaza P O Box 310289   New Braunfels, TX 78131-0289**

Casteel, Carter   (00051154)
254 E. Mill St   New Braunfels, TX 78130
Type of Compensation: Paid
$10,000 - $24,999.99
Client - Start: 03/22/2012    Term Date: 12/31/2012

Roberts, Cary L.   (00033594)
1122 Colorado Street Suite 2103 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 03/29/2012    Term Date: 12/31/2012

**New Process Steel L.P.**
**P.O. Box 55205   Houston, TX 77255**

Keener, Justin C.   (00039218)
3616 Far West Blvd. Suite 117-299 Austin, TX 78731
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/27/2012    Term Date: 12/31/2012

**New Process Steel, L.P.**
**P.O. Box 55205   Houston, TX 77255**

Keener, Justin C.   (00039218)
823 Congress Avenue Suite 630 Austin, TX 78701
Type of Compensation: Paid
$50,000 - $99,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012

**New Process Steel**
**PO Box 55205   Houston, TX 77255**

Heckmann, Kristian   (00041085)
4305 Endcliffe  Austin, TX 78731
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/16/2012    Term Date: 12/31/2012

**Newby Davis PLLC**
**600 West 6th Street Suite 300   Fort Worth, TX 76102**

Foster, Marcy Weldin   (00067315)
600 West 6th Street Suite 300 Fort Worth, TX 76102
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/04/2012    Term Date: 12/06/2012

Newby, Brian C.   (00040269)
600 West 6th Street Suite 300 Fort Worth, TX 76102
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/03/2012    Term Date: 12/06/2012

**Newfield Exploration Company**
**363 N. Sam Houston Parkway E. Suite 100   Houston, TX 77060**

   Hosek, Chris   (00066901)
   1122 Colorado, Suite 102  Austin, TX 78701
   Type of Compensation: Prospective
   $25,000 - $49,999.99
   Client - Start: 01/10/2012    Term Date: 12/31/2012

**Newland Communities**
**10235 W. Little York Rd. Ste. 300   Houston, TX 77040**

   Stout, Robert F.   (00010063)
   2202 Riva Row Ste. 4124  The Woodlands, TX 77380-3145
   Type of Compensation: Prospective
   $25,000 - $49,999.99
   Client - Start: 01/01/2012    Term Date: 12/31/2012

**Nexas Health System LDT**
**One Riverway, Suite 600   Houston, TX 77056**

   Schauer, Timothy S.   (00038732)
   4203 Montrose Blvd. Suite 450 Houston, TX 77006
   Type of Compensation: Prospective
   $50,000 - $99,999.99
   Client - Start: 12/07/2012    Term Date: 12/31/2012

**NextEra Energy Resources LLC**
**700 Universe Blvd   Juno Beach, FL 33408**

   Gregg, C. Michael   (00065411)
   823 Congress Avenue Suite 1330 Austin, TX 78701
   Type of Compensation: Prospective
   $100,000 - $149,999.99
   Client - Start: 01/07/2012    Term Date: 12/31/2012

   Howard, Jay   (00030094)
   823 Congress Suite 900 Austin, TX 78701
   Type of Compensation: Prospective
   Less Than $10,000.00
   Client - Start: 01/11/2012    Term Date: 12/31/2012

   Jones, Neal T. Jr.   (00013745)
   823 Congress Suite 900 Austin, TX 78701
   Type of Compensation: Prospective
   Less Than $10,000.00
   Client - Start: 01/11/2012    Term Date: 12/31/2012

   Pearson, Dan   (00030669)
   823 Congress Suite 900 Austin, TX 78701
   Type of Compensation: Prospective
   $50,000 - $99,999.99
   Client - Start: 01/11/2012    Term Date: 12/31/2012

**NextEra Energy Resources**
**700 Universe Blvd.   Juno Beach, FL 33408**

   Hughes, Christopher   (00056532)
   111 Congress Avenue Suite 1400 Austin, TX 78701-4093
   Type of Compensation: Earned
   Less Than $10,000.00
   Client - Start: 01/09/2012    Term Date: 12/31/2012

**NFL Enterprises LLC dba NFL Network**
**280 Park Avenue 17th Floor   New York, NY 10022**

  Anderson, David D.   (00053708)
  823 Congress Suite 900 Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/11/2012    Term Date: 12/31/2012

  Howard, Jay   (00030094)
  823 Congress Suite 900 Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/11/2012    Term Date: 12/31/2012

  Jones, Neal T. Jr.   (00013745)
  823 Congress Suite 900 Austin, TX 78701
  Type of Compensation: Prospective
  $10,000 - $24,999.99
  Client - Start: 01/11/2012    Term Date: 12/31/2012

  Smith, R. Clint   (00012842)
  823 Congress Suite 900 Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/11/2012    Term Date: 12/31/2012

**NIC Inc.**
**10540 S. Ridgeview Rd   Olathe, KS 66061**

  Mitzner, Carsi   (00068435)
  405 West 14th Street  Austin, TX 78701
  Type of Compensation: Prospective
  $50,000 - $99,999.99
  Client - Start: 04/05/2012    Term Date: 12/31/2012

**NIC Inc**
**10540 S. Ridgeview Rd.  Olathe, KS 66061**

  Zottarelli, Angelo P.   (00010069)
  405 W. 14th St.  Austin, TX 78701
  Type of Compensation: Prospective
  $50,000 - $99,999.99
  Client - Start: 01/16/2012    Term Date: 12/31/2012

**NIC USA**
**301 Congress Ave Suite 400   Austin, TX 78701**

  Toomey, Michael   (00013686)
  919 Congress Avenue, #1500  Austin, TX 78701
  Type of Compensation: Prospective
  $50,000 - $99,999.99
  Client - Start: 01/24/2012    Term Date: 12/31/2012

**Nissan North America Inc.**
**One Nissan Way  Franklin, TN 37067**

  Johnson, Robert E. Jr.   (00012850)
  1122 Colorado Street, Suite 208  Austin, TX 78701
  Type of Compensation: Prospective
  $50,000 - $99,999.99
  Client - Start: 01/27/2012    Term Date: 12/31/2012

**Nix Healthcare System**
**414 Navarro  San Antonio, TX 78205**

Gilbert, Don A.   (00030056)
401 West 15th Street, Suite 870  Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012

**Nixco Partners Ltd.**
**1200 San Bernardo  Laredo, TX 78040**

Neeley, Karen M.   (00013345)
111 Congress Avenue, Suite 2800  Austin, TX 78701-4084
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/06/2012    Term Date: 12/31/2012

**NL Systems LLC dba Encryptics**
**5566 W. Main Street Suite 207  Frisco, TX 75033**

Beard, Amy C.   (00061114)
919 Congress Ave. Suite 1400 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 08/16/2012    Term Date: 12/31/2012

Cammack, Kerry N.   (00022250)
919 Congress Avenue, Suite 1400  Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 08/16/2012    Term Date: 12/31/2012

Griego, Sylvia R.   (00067201)
919 Congress Ave Suite 1400 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 08/16/2012    Term Date: 12/31/2012

**Nomura Securities International Inc.**
**2 World Financial Center Building B  New York, NY 10281-1198**

Nomura Securities International, Inc.   (00067947)
2 World Financial Center Building B New York, NY 10281-1198
Type of Compensation: Prospective
$ 0.00
Client - Start: 01/01/2012    Term Date: 12/31/2012

**Norbord Inc.**
**1 Toronto Street, Suite 600 Toronto, Ontario M5C 2W4  Canada, ZZ 99999-9999**

Poinsett, Royce Pabst   (00065096)
98 San Jacinto Center Suite 1500 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 12/12/2012    Term Date: 12/31/2012

**NorTex Gas Storage Company LLC.**
**5847 San Felipe Suite 3050  Houston, TX 77057**

Saitas, Jeffrey Anthony   (00038798)
1122 Colorado Street Suite 208 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012

**Nortex Gas Storage LLC**
**5847 San Felipe Suite 3050  Houston, TX 77057**

Seales, Terri   (00013667)
1122 Colorado Street Suite 208 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012

**Nortex Gas Storage**
**1201 Louisiana Street Suite 700  Houston, TX 77002**

Mann, James E.   (00013930)
Duggins Wren Mann & Romero, LLP 600 Congress Ave., Suite 1900 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 08/02/2012    Term Date: 12/31/2012

**North Alamo Water Supply**
**420 S. Doolittle Rd  Edinburg, TX 78539**

Lopez, Elvia Caballero   (00050571)
P.O. Box 2670  Austin, TX 78768
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 04/16/2012    Term Date: 12/31/2012

**North American Power Partners**
**308 Harper Drive  Suite 320  Moorestown, NJ 08057**

King, Robert J.   (00014900)
515 Congress Avenue Suite 1510 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/12/2012    Term Date: 12/31/2012

McClellan, Suzi Ray   (00031497)
515 Congress Ave. Ste. 1510  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/12/2012    Term Date: 12/31/2012

**North Atlantic Trading Company**
**257 Park Avenue South  New York, NY 10010**

Hinkle, Ron   (00050593)
P.O. Box 11664  Austin, TX 78711
Type of Compensation: Paid
$50,000 - $99,999.99
Client - Start: 02/02/2012    Term Date: 12/31/2012

**North Austin Municipal Utility District No. 1**
**c/o Armbrust & Brown, PLLC 100 Congress Avenue, Suite 1300  Austin, TX 78701-2744**

  Collins, Sharlene N.    (00012869)
  100 Congress Avenue Suite 1300 Austin, TX 78701
  Type of Compensation: Paid
  Less Than $10,000.00
  Client - Start: 01/01/2012    Term Date: 12/31/2012

**North Cypress Medical Center Operating Company LTD**
**5406 American Beauty Ct  Houston, TX 77041**

  Cain, Randy C.    (00025263)
  PO Box 5352  Austin, TX 78763-5352
  Type of Compensation: Prospective
  $50,000 - $99,999.99
  Client - Start: 01/17/2012    Term Date: 12/31/2012

**North East Texas Regional Mobility Authority**
**Atkins, 909 ESE Loop 323, Suite 360  Tyler, TX 75701**

  Cassidy, Brian    (00035794)
  100 Congress Avenue Suite 300 Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/06/2012    Term Date: 12/31/2012

  Winland, Lori Fixley    (00067261)
  100 Congress Avenue Suite 300 Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/08/2012    Term Date: 12/31/2012

**North Fort Bend County Water Authority**
**c/o Allen Boone Humphries Robinson, LLP 3200 Southwest Freeway, Suite 2600  Houston, TX 77027**

  Allen, Joe B.    (00018015)
  Allen Boone Humphries Robinson LLP 3200 Southwest Freeway, Suite 2600 Houston, TX 77027
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/10/2012    Term Date: 12/31/2012

  Carter, Nancy    (00056973)
  Allen Boone Humphries Robinson LLP 3200 Southwest Freeway, Ste 2600 Houston, TX 77027
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/10/2012    Term Date: 12/31/2012

  Hogan, Kristen    (00061565)
  3200 Southwest Freeway Suite 2600 Houston, TX 77027
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/10/2012    Term Date: 12/31/2012

  Lary, Camm C. III    (00040174)
  Allen Boone Humphries Robinson LLP 3200 Southwest Freeway, Suite 2600 Houston, TX 77027
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/10/2012    Term Date: 12/31/2012

**North Harris County Regional Water Authority**
**3648 FM 1960 West, Ste 110   Houston, TX 77068**

Bresnen, Amy   (00068228)
1801 Lavaca Street #13L Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/26/2012    Term Date: 12/31/2012

Bresnen, Steve   (00033363)
1801 Lavaca St. STE 13L Austin, TX 78701
Type of Compensation: Prospective
$100,000 - $149,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012

Deshields, Glenn   (00067113)
6503 Treadwell Blvd  Austin, TX 78757
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/23/2012    Term Date: 12/31/2012

**North Harris County Water Authority**
**3648 FM 1960 West Suite 110   Houston, TX 77068**

Higgins, Michael W.   (00014253)
P.O. Box 11676  Austin, TX 78711-1676
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/06/2012    Term Date: 12/31/2012

**North Highland**

Shields, Brad II   (00056074)
208 West 14th St  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/02/2012    Term Date: 12/31/2012

**North Plains Groundwater Conservation District**
**P.O. Box 795  Dumas, TX 79029**

Findley, Brett   (00065467)
816 Congress Avenue, Suite 1120  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/01/2012    Term Date: 05/10/2012

Finley, Trace   (00067692)
816 Congress Avenue, Suite 1120  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/01/2012    Term Date: 05/10/2012

Forbes, Thomas A.   (00012695)
816 Congress Avenue, Suite 1120  Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 02/01/2012    Term Date: 12/31/2012

```
Peeler, William Robert Jr.   (00060695)
816 Congress Avenue, Suite 1120  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/31/2012    Term Date: 05/10/2012


Stewart, Michael K.   (00014717)
816 Congress Avenue, Suite 1120  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 03/12/2012    Term Date: 05/10/2012


Urrabazo, John P.   (00053487)
816 Congress Avenue, Suite 1120  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/31/2012    Term Date: 05/10/2012
```

**North Texas Commission**
**8445 Freeport Parkway, Suite 640  DFW Airport, TX 75261**

```
Ellmer, Mindy R.   (00033421)
200 Congress Avenue Unit #11E Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/11/2012    Term Date: 12/31/2012
```

**North Texas Crime Commission**
**1333 West Campbell Road Suite 110   Richardson, TX 75080**

```
DeAnda, Millie   (00068169)
8080 Park Lane Suite 600 Dallas, TX 75231
Type of Compensation: Paid
$ 0.00
Client - Start: 01/27/2012    Term Date: 04/25/2012


Dean, David A.   (00039219)
8080 Park Lane Ste 600  Dallas, TX 75231
Type of Compensation: Paid
$ 0.00
Client - Start: 01/23/2012    Term Date: 12/31/2012


Schaffner, Russell   (00068170)
8080 Park Lane Suite 600 Dallas, TX 75231
Type of Compensation: Paid
$ 0.00
Client - Start: 01/27/2012    Term Date: 12/31/2012
```

**North Texas Groundwater Conservation District**
**114 McKinney St.   Farmersville, TX 75442**

```
Sledge, Brian L.   (00041086)
816 Congress Avenue Suite 1900 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/25/2012    Term Date: 12/31/2012
```

**North Texas Municipal Water District**
**P.O. Box 2408  Wylie, TX 75098**

Embrey, Ty H.   (00056282)
816 Congress Avenue Suite 1900 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/26/2012    Term Date: 12/31/2012

Lewis, Ron E.   (00020172)
919 Congress Avenue Suite 1030 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/26/2012    Term Date: 12/31/2012

Rochelle, Martin C.   (00053106)
816 Congress Avenue Suite 1900 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/06/2012    Term Date: 12/31/2012

Sledge, Brian L.   (00041086)
816 Congress Avenue Suite 1900 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/25/2012    Term Date: 12/31/2012

**North Texas Toll Authority**
**5900 W. Plano Parkway  Plano, TX 75093**

Ramirez, Rene A.   (00067982)
612 Nolana Suite 415 McAllen, TX 78504
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 11/14/2012    Term Date: 12/31/2012

**North Texas Tollway Authority**
**PO Box 260729  Plano, TX 75026**

Cain, Randy C.   (00025263)
PO Box 5352  Austin, TX 78763-5352
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/17/2012    Term Date: 12/31/2012

Eschberger, Brenda   (00029854)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012

Heckmann, Kristian   (00041085)
4305 Endcliffe  Austin, TX 78731
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 11/05/2012    Term Date: 12/31/2012

Johnson, Michael J.   (00055885)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012

```
Kelley, Russell T.   (00013737)
919 Congress Avenue, Suite 950   Austin, TX 78701
Type of Compensation: Paid
$25,000 - $49,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012


Kemptner, Sara   (00057952)
919 Congress Avenue, Suite 950   Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012


McGarah, Carol   (00051437)
919 Congress Avenue, Suite 950   Austin, TX 78701
Type of Compensation: Paid
$25,000 - $49,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012


Waldon, Barbara   (00057030)
919 Congress Avenue, Suite 950   Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012
```

**Northeast Growth Corridor Water Sewer Irrigation and Drainage District No. 1**
**c/o Armbrust & Brown, PLLC 100 Congress Avenue, Suite 1300   Austin, TX 78701-2744**

```
Collins, Sharlene N.   (00012869)
100 Congress Avenue Suite 1300 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012
```

**Northeast Growth Corridor Water Sewer Irrigation and Drainage District No. 2**
**c/o Armbrust & Brown, PLLC 100 Congress Avenue, Suite 1300   Austin, TX 78701-2744**

```
Collins, Sharlene N.   (00012869)
100 Congress Avenue Suite 1300 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012
```

**Northern Texas Trade Association Cooperative**
**2548 Dickerson Parkway, Suite 204   Carrollton, TX 75006**

```
Koebele, Stephen P.   (00054021)
1108 Lavaca Street, Suite 110-484   Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/01/2012    Term Date: 02/10/2012
```

**NorthgateArinso Inc.**
**201 East 4th Street Suite 1500   Cincinnati, OH 45202**

```
Cornyn, Haley   (00065594)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/11/2012    Term Date: 12/31/2012
```

```
Jones, Marsha Malish    (00011722)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/11/2012    Term Date: 12/31/2012
```

**Northhighland**
**P.O. Box 162925  Austin, TX 78716**

```
Shields, Bradford T.    (00012135)
P.O. Box 162925  Austin, TX 78716-2925
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/25/2012    Term Date: 12/31/2012
```

**Northrop Grumman Corp**
**1000 Wilson Blvd. Suite 2300  Arlington, VA 22209**

```
Nabers, Mary Scott    (00020633)
901 S. Mopac Expressway Barton Oaks Plaza I; Suite 100 Austin, TX 78746
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012
```

**Northrop Grumman Corporation**
**1000 Wilson Blvd. Suite 2300  Arlington, VA 22209**

```
Erwin, Gay    (00053324)
901 S. Mopac Expressway Barton Oaks Plaza I; Suite 100 Austin, TX 78746
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012
```

**Northtown Municipal Utility District**
**100 Congress Avenue Suite 1300  Austin, TX 78701**

```
Bartram, John W.    (00054211)
100 Congress Avenue Suite 1300 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012
```

```
Brooks Littlefield, Sue    (00012866)
100 Congress Avenue Suite 1300 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012
```

**Northwood University**
**1114 W. FM 1382  Cedar Hill, TX 75104**

```
Erskine, Candis B.    (00035590)
4304 Green Cliffs  Austin, TX 78746
Type of Compensation: Prospective
$ 0.00
Client - Start: 01/01/2012    Term Date: 12/31/2012
```

```
Erskine, John M. Jr.    (00012969)
111 Congress Avenue, Suite 900  Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012
```

```
Ford, Victoria C.   (00060035)
111 Congress Avenue, Suite 900  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012


Leo, Myra  (00034631)
111 Congress Avenue, Suite 900  Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012


McGinnis, Larry D.   (00013432)
111 Congress Avenue, Suite 900  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012
```

**Norton Jo Betsy**
**6210 E. Highway 290  Austin, TX 78723**

```
Norton, Jo Betsy Spaulding   (00031603)
6210 East Highway 290  Austin, TX 78723
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/09/2012    Term Date: 12/31/2012
```

**NOVA HEALTH SYSTEMS INC.**
**215 WEST OLMOS DRIVE  SAN ANTONIO, TX 78212**

```
Hanna, Mark J.   (00013097)
900 CONGRESS AVENUE SUITE 250 AUSTIN, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 02/06/2012    Term Date: 12/31/2012
```

**Nova Medical Centers**
**5771 Enid Street  Houston, TX 77009**

```
Evans, Richard W.   (00034432)
919 Congress Avenue Suite 450 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/10/2012    Term Date: 12/31/2012


Stewart, Scott   (00068518)
919 Congress Avenue Suite 450 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 05/27/2012    Term Date: 12/31/2012
```

**NovaLash Inc.**
**3019 Kirby  Houston, TX 77098**

```
Tredway, C.J. Parham   (00037708)
1005 Congress Ave. Suite 153 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/04/2012    Term Date: 12/31/2012
```

**NovaLash Inc**
**1200 Southmore Blvd,  Houston, TX 77004**

Bresnen, Amy   (00068228)
1801 Lavaca Street #13L Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/26/2012    Term Date: 12/31/2012

Bresnen, Steve   (00033363)
1801 Lavaca St. STE 13L Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012

**NovaLash**
**1200 Southmore Blvd  Houston, TX 77004**

Deshields, Glenn   (00067113)
6503 Treadwell Blvd  Austin, TX 78757
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/23/2012    Term Date: 12/31/2012

**Novartis Pharmaceutical Corporation**
**6009 Front Royal Drive  Austin, TX 78746**

Cornyn, Haley   (00065594)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/11/2012    Term Date: 11/14/2012

Howard, Jay   (00030094)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/11/2012    Term Date: 12/31/2012

Jones, Marsha Malish   (00011722)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/11/2012    Term Date: 11/14/2012

**Novartis Pharmaceuticals Corporation**
**One Health Plaza  East Hanover, NJ 07936**

Hawkins, Albert III   (00053723)
919 Congress Avenue Suite 1400 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/05/2012    Term Date: 12/31/2012

Stevens, Donald Jr.   (00042907)
7201 Ranch Road 2222 Apt 3427 Austin, TX 78730
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012

**Novartis Vaccines and Diagnostics**
**c/o 2350 Kerner Blvd., Ste. 250  San Rafael, CA 94901**

  Klock, Jonathan   (00068621)
  c/o Nielsen Merksamer, et al. 2350 Kerner Blvd., Ste. 250 San Rafael, CA 94901
  Type of Compensation: Paid
  Less Than $10,000.00
  Client - Start: 09/13/2012   Term Date: 12/31/2012

  Negron, Delis   (00068608)
  c/o Nielsen Merksamer, et al. 2350 Kerner Blvd., Ste. 250 San Rafael, CA 94901
  Type of Compensation: Paid
  $25,000 - $49,999.99
  Client - Start: 09/06/2012   Term Date: 12/31/2012

**Novo Nordisk**
**100 College Rd West  Princeton, NJ 08540**

  Lawlor, Laura S.   (00059606)
  2201 Deleon Ct  Austin, TX 78733-1690
  Type of Compensation: Prospective
  $50,000 - $99,999.99
  Client - Start: 01/05/2012   Term Date: 12/31/2012

**NRG Energy Inc.**
**211 Carnegie Center  Princeton, NJ 08540-6213**

  Eschberger, Brenda   (00029854)
  919 Congress Avenue, Suite 950  Austin, TX 78701
  Type of Compensation: Paid
  Less Than $10,000.00
  Client - Start: 01/09/2012   Term Date: 12/31/2012

  Johnson, Michael J.   (00055885)
  919 Congress Avenue, Suite 950  Austin, TX 78701
  Type of Compensation: Paid
  Less Than $10,000.00
  Client - Start: 01/09/2012   Term Date: 12/31/2012

  Kelley, Russell T.   (00013737)
  919 Congress Avenue, Suite 950  Austin, TX 78701
  Type of Compensation: Paid
  $150,000 - $199,999.99
  Client - Start: 01/09/2012   Term Date: 12/31/2012

  Kemptner, Sara   (00057952)
  919 Congress Avenue, Suite 950  Austin, TX 78701
  Type of Compensation: Paid
  Less Than $10,000.00
  Client - Start: 01/09/2012   Term Date: 12/31/2012

  Koebele, Stephen P.   (00054021)
  1108 Lavaca Street, Suite 110-484  Austin, TX 78701
  Type of Compensation: Prospective
  $25,000 - $49,999.99
  Client - Start: 05/09/2012   Term Date: 12/31/2012

  McGarah, Carol   (00051437)
  919 Congress Avenue, Suite 950  Austin, TX 78701
  Type of Compensation: Paid
  $150,000 - $199,999.99
  Client - Start: 01/09/2012   Term Date: 12/31/2012

Waldon, Barbara    (00057030)
919 Congress Avenue, Suite 950   Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/10/2012    Term Date: 12/31/2012

**NRG Energy Inc**
**211 Carnegie Center   Princeton, NJ 08540-6213**

Bluntzer, Richard C.    (00066043)
1005 Congress Ave Suite 1000 Austin, TX 78701
Type of Compensation: Prospective
$100,000 - $149,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012

Walker, Mark Andrew    (00061078)
1005 Congress Ave. Suite 1000 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012

**NRG Energy, Inc.**
**211 Carnegie Center   Princeton, NJ 08540-6213**

Eschberger, Brenda    (00029854)
919 Congress Avenue, Suite 950   Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012

Johnson, Michael J.    (00055885)
919 Congress Avenue, Suite 950   Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012

Kelley, Russell T.    (00013737)
919 Congress Avenue, Suite 950   Austin, TX 78701
Type of Compensation: Paid
$150,000 - $199,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012

Kemptner, Sara    (00057952)
919 Congress Avenue, Suite 950   Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012

Koebele, Stephen P.    (00054021)
1108 Lavaca Street, Suite 110-484   Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012

McGarah, Carol    (00051437)
919 Congress Avenue, Suite 950   Austin, TX 78701
Type of Compensation: Paid
$150,000 - $199,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012

```
Waldon, Barbara    (00057030)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012
```

**NRP Group**
**5309 Transportation Blvd.  Cleveland, OH 44125-5333**

```
Dunn, Mike    (00050821)
P.O.Box 151962  Austin, TX 78715
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/06/2012    Term Date: 12/31/2012

Perez, Robert J.    (00056105)
600 Navarro Suite 500 San Antonio, TX 78205
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/10/2012    Term Date: 12/31/2012
```

**Nuclear Energy for Texans**
**P.O. Box 160224  Austin, TX 78716-0224**

```
Findley, Brett    (00065467)
816 Congress Avenue, Suite 1120  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/01/2012    Term Date: 05/10/2012

Finley, Trace    (00067692)
816 Congress Avenue, Suite 1120  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/01/2012    Term Date: 05/10/2012

Forbes, Thomas A.    (00012695)
816 Congress Avenue, Suite 1120  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/01/2012    Term Date: 12/31/2012

Peeler, William Robert Jr.    (00060695)
816 Congress Avenue, Suite 1120  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/31/2012    Term Date: 05/10/2012

Scott, William A.    (00056535)
1005 Congress Avenue Suite 880 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012

Stewart, Michael K.    (00014717)
816 Congress Avenue, Suite 1120  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 03/12/2012    Term Date: 05/10/2012
```

```
Urrabazo, John P.    (00053487)
816 Congress Avenue, Suite 1120  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/31/2012    Term Date: 05/10/2012
```

**Nucor Corporation**
**1915 Rexford Rd.  Charlotte, NC 28211**

```
Cubriel, Randy    (00065032)
919 Congress Ave. Suite 1400 Austin, TX 78701
Type of Compensation: Prospective
$100,000 - $149,999.99
Client - Start: 01/06/2012    Term Date: 12/31/2012
```

**Nurse-Family Partnership**
**1900 Grant Street, Suite 400  Denver, CO 80203**

```
Gonzalez, Luis E.    (00058221)
1001 Congress Avenue Suite 100 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 07/27/2012    Term Date: 08/31/2012
```

```
Santos, Frank R.    (00011331)
1001 Congress Avenue Suite 100 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 07/27/2012    Term Date: 12/31/2012
```

```
Sepulveda, Gabriel G.    (00068572)
1001 Congress Avenue Suite 100 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 07/27/2012    Term Date: 12/31/2012
```

```
Zeidman, Cara Rosenthal    (00068459)
1001 Congress Avenue Suite 100 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 07/27/2012    Term Date: 12/31/2012
```

**NuStar Energy**
**2330 North Loop 1604 West  San Antonio, TX 78248**

```
Ellmer, Mindy R.    (00033421)
200 Congress Avenue Unit #11E Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/11/2012    Term Date: 12/31/2012
```

**O'DonnellJr., Peter**
**100 Crescent Court, Suite 1690  Dallas, TX 75201-1884**

```
Eschberger, Brenda   (00029854)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012
```

```
Johnson, Michael J.   (00055885)
919 Congress Avenue, Suite 950   Austin, TX 78701
Type of Compensation: Paid
$25,000 - $49,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012

Kelley, Russell T.   (00013737)
919 Congress Avenue, Suite 950   Austin, TX 78701
Type of Compensation: Paid
$25,000 - $49,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012

Kemptner, Sara   (00057952)
919 Congress Avenue, Suite 950   Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012

McGarah, Carol   (00051437)
919 Congress Avenue, Suite 950   Austin, TX 78701
Type of Compensation: Paid
$25,000 - $49,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012

Waldon, Barbara   (00057030)
919 Congress Avenue, Suite 950   Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012
```

**O'Neal, Tim**
**45 Globe Avenue   Texarkana, TX 71854**

```
Donley, Richard W.   (00013802)
502 West 11th Suite 420 Austin, TX 78701
Type of Compensation: Prospective
$ 0.00
Client - Start: 01/05/2012    Term Date: 12/31/2012
```

**O.E. Investments Ltd.Jr., Othal Brand**
**P.O. Box 4408  McAllen, TX 78502**

```
Lewis, Ron E.   (00020172)
919 Congress Avenue Suite 1030 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 11/07/2012    Term Date: 12/31/2012
```

**Obagi Medical Products Inc. (OMP Inc.)**
**3760 Kilroy Airport Way Suite 500   Long Beach, CA 90806**

```
Jones, Neal T. Jr.   (00013745)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/11/2012    Term Date: 12/31/2012

Miller, William J.   (00033567)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/11/2012    Term Date: 12/31/2012
```

**Occidental International Corporation**
**1717 Pennsylvania Avenue, NW Suite 400   Washington, DC 20006**

   Mathis, James W.   (00030353)
   1122 Colorado Suite 208 Austin, TX 78701
   Type of Compensation: Prospective
   $100,000 - $149,999.99
   Client - Start: 02/24/2012   Term Date: 12/31/2012

**Occidental Petroleum Corporation**
**604 W. 14th  Austin, TX 78701**

   Moore, Julie W.   (00013688)
   604 W. 14th Austin, TX 78701
   Type of Compensation: Paid
   $200,000 - $249,999.99
   Client - Start: 01/10/2012   Term Date: 12/31/2012

**OCI Holdings LLC**
**4300 Sigma Rd #130  Dallas, TX 75244**

   Massingill, Gavin L.   (00063382)
   P.O. Box 1583  Austin, TX 78767
   Type of Compensation: Prospective
   $50,000 - $99,999.99
   Client - Start: 11/14/2012   Term Date: 12/31/2012

**Odfjell Terminals (Houston) Inc.**
**12211 Port Road  Seabrook, TX 77586**

   Saitas, Jeffrey Anthony   (00038798)
   1122 Colorado Street Suite 208 Austin, TX 78701
   Type of Compensation: Prospective
   $25,000 - $49,999.99
   Client - Start: 01/01/2012   Term Date: 12/31/2012

**Odfjells Terminals (Houston) Inc.**
**12211 Port Road  Seabrook, TX 77586**

   Seales, Terri   (00013667)
   1122 Colorado Street Suite 208 Austin, TX 78701
   Type of Compensation: Prospective
   $25,000 - $49,999.99
   Client - Start: 01/01/2012   Term Date: 12/31/2012

**Office Depot Inc.**
**6600 North Military Trail  Boca Raton, FL 33496**

   Graves, Annette   (00068724)
   1220 Colorado Street, Suite 100  Austin, TX 78701
   Type of Compensation: Prospective
   Less Than $10,000.00
   Client - Start: 11/13/2012   Term Date: 12/31/2012

   McWilliams, Andrea   (00033593)
   1220 Colorado Street, Suite 100  Austin, TX 78701
   Type of Compensation: Prospective
   $25,000 - $49,999.99
   Client - Start: 01/30/2012   Term Date: 12/31/2012

```
McWilliams, Dean R.   (00039980)
1220 Colorado Street, Suite 100  Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/30/2012    Term Date: 12/31/2012
```

**Oiltanking Holding Americas Inc.**
**15631 Jacintoport  Houston, TX 77015**

```
Saitas, Jeffrey Anthony   (00038798)
1122 Colorado Street Suite 208 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012
```

**Oiltanking Holdings Americas Inc.**
**15631 Jacintoport  Houston, TX 77015**

```
Seales, Terri   (00013667)
1122 Colorado Street Suite 208 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012
```

**Oiltanking Holdings Americas, Inc.**
**15631 Jacintoport  Houston, TX 77015**

```
Seales, Terri   (00013667)
1122 Colorado Street Suite 208 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 12/27/2012    Term Date: 12/31/2012
```

**Old American County Mutual Fire Insurance Company**
**P.O. Box 793747  Dallas, TX 75379-3747**

```
Burner, Burnie   (00010104)
P.O. Box 2212  Austin, TX 78768-2212
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012

Garcia, Joe A.   (00034532)
919 Congress Avenue Suite 1500 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/05/2012    Term Date: 12/31/2012
```

**Omega Protein**
**2101 CityWest Blvd. Bldg. 3, Suite 500  Houston, TX 77042**

```
Ellmer, Mindy R.   (00033421)
200 Congress Avenue Unit #11E Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/11/2012    Term Date: 12/31/2012
```

**Oncor Electric Delivery Company LLC**
**1616 Woodall Rodgers Freeway   Dallas, TX 75202**

Blanton, Paul M.   (00011042)
1005 Congress Avenue, Suite 700   Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/12/2012   Term Date: 12/31/2012

Cain, David H.   (00019792)
P.O. Box 140593  Dallas, TX 75214-0593
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/10/2012   Term Date: 12/31/2012

Carr, Mindy   (00038842)
Oncor Electric Delivery Company LLC 1005 Congress Avenue, Suite 700 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/05/2012   Term Date: 12/31/2012

Chick, Craig Preston   (00056280)
823 Congress Avenue Suite 1005 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 07/16/2012   Term Date: 12/31/2012

Clevenger, Don J.   (00064924)
Oncor Electric Delivery Company LLC 1616 Woodall Rodgers Freeway Dallas, TX 75202
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/05/2012   Term Date: 12/31/2012

Ellmer, Mindy R.   (00033421)
200 Congress Avenue Unit #11E Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/11/2012   Term Date: 12/31/2012

Govan, Kenneth R.   (00067049)
Oncor Electric Delivery Company LLC 1616 Woodall Rodgers Freeway Dallas, TX 75202
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/05/2012   Term Date: 10/10/2012

Greer, James A.   (00059537)
Oncor Electric Delivery Company LLC 1616 Woodall Rodgers Freeway Dallas, TX 75202
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/09/2012   Term Date: 12/31/2012

Henson, Martha   (00067054)
Oncor Electric Delivery Company LLC 1005 Congress Avenue, Suite 700 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/05/2012   Term Date: 12/31/2012

Jones, Elizabeth B.   (00042187)
Oncor Electric Delivery Company LLC 1005 Congress Avenue, Suite 700 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/05/2012   Term Date: 12/31/2012

```
Jordan, Walter E.   (00026519)
Oncor Electric Delivery Company LLC 1616 Woodall Rodgers Freeway Dallas, TX 75202
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/06/2012   Term Date: 12/31/2012


Laney, James E.   (00019422)
Drawer 900  Hale Center, TX 79041
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/16/2012   Term Date: 12/31/2012


Liendo, Raul G.   (00018038)
Oncor Electric Delivery Company LLC 1005 Congress Avenue, Suite 700 Austin, TX 78701
Type of Compensation: Prospective
$100,000 - $149,999.99
Client - Start: 01/06/2012   Term Date: 12/31/2012


Malone, Mark   (00039471)
823 Congress Avenue, Suite 1200  Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/11/2012   Term Date: 12/31/2012


Martinez, Maria Elena   (00064954)
Oncor Electric Delivery Company LLC 1005 Congress Avenue, Suite 700 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/05/2012   Term Date: 12/31/2012


McKaig, Paul T.   (00053276)
Oncor Electric Delivery Company LLC 1005 Congress Avenue, Suite 700 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/05/2012   Term Date: 12/31/2012


Phenix, William G.   (00050597)
PO Box 684551  Austin, TX 78768-4551
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/13/2012   Term Date: 12/31/2012


Preuninger, Terry   (00041382)
Oncor Electric Delivery Company LLC 1616 Woodall Rodgers Freeway Dallas, TX 75202
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 03/21/2012   Term Date: 12/31/2012


Self, John W.   (00013702)
1616 Woodall Rodgers Freeway  Dallas, TX 75202
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/13/2012   Term Date: 12/31/2012


Sherburne, Jon Michael   (00059673)
Oncor Electric Delivery Company LLC 1616 Woodall Rodgers Freeway Dallas, TX 75202
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/05/2012   Term Date: 12/31/2012
```

```
Southers, Stanley R.   (00065242)
Oncor Electric Delivery Company LLC 1616 Woodall Rodgers Freeway Dallas, TX 75202
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/09/2012    Term Date: 12/31/2012


Swinford, David A.   (00020832)
1005 Congress Avenue Suite 480 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/05/2012    Term Date: 10/17/2012


Ward, Lawrence   (00067048)
Oncor Electric Delivery Company LLC 115 West 7th Street Fort Worth, TX 76102
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/05/2012    Term Date: 10/10/2012


Warren, Autry L.   (00050782)
Oncor Electric Delivery Company LLC 1616 Woodall Rodgers Freeway Dallas, TX 75202
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/05/2012    Term Date: 12/31/2012


White, David M.   (00067061)
919 Congress Avenue Suite 450 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012
```

**Oncor Electric Delivery Company**
**1616 Woodal Rogers Frwy  Dallas, TX 75201**

```
Hinkle, Ron   (00050593)
P.O. Box 11664  Austin, TX 78711
Type of Compensation: Paid
$25,000 - $49,999.99
Client - Start: 02/02/2012    Term Date: 12/31/2012
```

**Oncor**
**1616 Woodall Rodgers Fwy.  Dallas, TX 75202**

```
Thomas, Dennis L.   (00010263)
1210 San Antonio Suite 703 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012
```

**One Call Concepts Inc.**
**7223 Parkway Drive Suite 210  Hanover, MD 21076**

```
Hackney, Clint   (00012890)
PO Box 163164  Austin, TX 78716
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012
```

**One Call Medical Inc.**
**20 Waterview Boulevard  Parsippany, NJ 07054**

McCandless, Patricia L.   (00028479)
BlueCross Clue Shield of Texas 206 West 13th Street Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 04/10/2012    Term Date: 09/10/2012

**ONEOK Inc.**
**1301 S. MoPac Expressway Suite 400  Austin, TX 78746**

Billingsley, Anne   (00068465)
1301 S. MoPac Expressway Suite 400 Austin, TX 78746
Type of Compensation: Paid
$50,000 - $99,999.99
Client - Start: 05/01/2012    Term Date: 12/31/2012

Hackney, Clint   (00012890)
PO Box 163164  Austin, TX 78716
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012

**OneSeventeen Media Inc.**
**3660 Richmond Avenue Suite 166  Houston, TX 77046**

Gonzalez, Luis E.   (00058221)
1001 Congress Avenue Suite 100 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 04/12/2012    Term Date: 08/31/2012

Santos, Frank R.   (00011331)
1001 Congress Avenue Suite 100 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 04/12/2012    Term Date: 12/31/2012

Sepulveda, Gabriel G.   (00068572)
1001 Congress Avenue Suite 100 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 07/06/2012    Term Date: 12/31/2012

Zeidman, Cara Rosenthal   (00068459)
1001 Congress Avenue Suite 100 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 06/15/2012    Term Date: 12/31/2012

**ONtility LLC**
**5306 Hollister St  Houston, TX 77040**

Booth, Brittney   (00067206)
1980 Post Oak Boulevard Suite 1380 Houston, TX 77056
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/03/2012    Term Date: 12/31/2012

```
Kuhl, P. John Jr.     (00013743)
1980 Post Oak Boulevard Suite 1380 Houston, TX 77056
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/03/2012     Term Date: 12/31/2012


Sanford, Marion    (00013727)
1980 Post Oak Boulevard Suite 1380 Houston, TX 77056
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/03/2012     Term Date: 12/31/2012
```

**OPIRA**
**P. O. Box 58451   Webster, TX 77598-8451**

```
Miller, William J.    (00033567)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 04/25/2012     Term Date: 04/25/2012
```

**OPower**
**1515 N. Courthouse Road Suite 610   Arlington, VA 22201**

```
Bollinger, Paul David    (00035213)
823 Congress Suite 1000B Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/10/2012     Term Date: 10/10/2012


Delisi, Thomas    (00064063)
823 Congress Suite 1000B Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/10/2012     Term Date: 10/10/2012
```

**Oracle America Inc.**
**2350 Kerner Blvd., Suite 250   San Rafael, CA 94901**

```
Pewitt, Bill R.    (00014229)
1015 Gaston Avenue  Austin, TX 78703
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/11/2012     Term Date: 12/31/2012
```

**Oracle America Inc**
**2350 Kerner Blvd., Suite 250   San Rafael, CA 94901**

```
Nabers, Mary Scott    (00020633)
901 S. Mopac Expressway Barton Oaks Plaza I; Suite 100 Austin, TX 78746
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/01/2012     Term Date: 12/31/2012
```

**Oracle USA Inc.**
**1910 Oracle Way  Reston, VA 20190**

```
Rodriguez, Marc A.    (00027635)
1122 Colorado St., Suite 2399  Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 03/13/2012     Term Date: 04/16/2012
```

**Orthotic Coalition For Patient And Physician Choice**
**1122 Colorado Street, Suite 111B   Austin, TX 78701**

Laney, J. Pete   (00061561)
1122 Colorado Street, Suite 111B   Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 08/06/2012    Term Date: 12/31/2012

**Oryx Development LLC**
**PO Box 302663   Austin, TX 78703**

Rice, Chuck Jr.   (00013547)
PO BOX 2154   AUSTIN, TX 78768-2154
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/31/2012    Term Date: 12/31/2012

**Osage Environmental Inc.**
**P.O. Box 867   Orange Grove, TX 78372**

Connor, Geoffrey S.   (00031641)
P.O. Box 162846   Austin, TX 78716
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/24/2012    Term Date: 09/10/2012

**Outdoor Advertising Association of Texas**
**919 Congress Avenue, Suite 950   Austin, TX 78701**

Eschberger, Brenda   (00029854)
919 Congress Avenue, Suite 950   Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012

Johnson, Michael J.   (00055885)
919 Congress Avenue, Suite 950   Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012

Kelley, Russell T.   (00013737)
919 Congress Avenue, Suite 950   Austin, TX 78701
Type of Compensation: Paid
$100,000 - $149,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012

Kemptner, Sara   (00057952)
919 Congress Avenue, Suite 950   Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012

McGarah, Carol   (00051437)
919 Congress Avenue, Suite 950   Austin, TX 78701
Type of Compensation: Paid
$50,000 - $99,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012

```
Waldon, Barbara    (00057030)
919 Congress Avenue, Suite 950   Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012
```

**Outreach Health Services**
**1919 South Shiloh Road   Garland, TX 75042**

```
Smith, Todd M.    (00053964)
2204 Hazeltine Lane   Austin, TX 78747-1206
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 10/25/2012    Term Date: 12/31/2012
```

**Overland Property Group LLC**
**2850 SW Mission Woods Dr.   Topeka, KS 66614**

```
Warner, Michael J.    (00050826)
P.O. Box 92167   Austin, TX 78709
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 03/11/2012    Term Date: 12/31/2012
```

**Owens Corning**
**One Owens Corning Parkway   Toledo, OH 43659**

```
Bashur, Reginald G.    (00024923)
1115 San Jacinto Blvd. Suite 275 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/06/2012    Term Date: 03/06/2012
```

**Owens-Illinois Inc.**
**One Michael Owens Way   Perrysburg, OH 43551**

```
Mendez, David    (00030343)
3711 S. Mopac Expwy. Building 1, Suite 300 Austin, TX 78746
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012
```

```
Russell, Claudia    (00060122)
3711 S. Mopac Expwy. Building 1, Suite 300 Austin, TX 78746
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012
```

**Owens-Illinois Inc.**
**1155 21st Street, N.W. Suite 310   Washington, DC 20036**

```
Grace, Jim M. Jr.    (00052773)
910 Louisiana Street One Shell Plaza Houston, TX 77002
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/10/2012    Term Date: 12/31/2012
```

**OZ Systems**
**2001 NE Green Oaks Blvd  Arlington, TX 76006**

Jones, Erin K. Florence   (00050760)
6306 Highland Hills Drive  Austin, TX 78731
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012

**OZ Systems**
**2515 McKinney Avenue Suite 850  Dallas, TX 75201**

Keel, Lara Laneri   (00042780)
919 Congress Avenue #1500  Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/09/2012    Term Date: 12/31/2012

**Pacific Dental Services**
**2860 Michelle Drive  Irvine, CA 92606**

Capelo, Jaime L. Jr.   (00037349)
401 West 15th Street Suite 870 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 05/04/2012    Term Date: 12/31/2012

**Pacific Indio L.P.**
**W. Sam Houston Parkway Suite  Houston, TX 77042**

Cohen, Howard   (00061224)
1300 Post Oak Blvd Suite 1400 Houston, TX 77056
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 03/08/2012    Term Date: 12/31/2012

**Padre Isles Property Owners Association Inc.**
**14015 Fortuna Bay Drive  Corpus Christi, TX 78418-6327**

Koebele, Stephen P.   (00054021)
1108 Lavaca Street, Suite 110-484  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 10/09/2012    Term Date: 12/31/2012

**Padre Isles Property Owners Association, Inc.**
**14015 Fortuna Bay Drive  Corpus Christi, TX 78418-6327**

Koebele, Stephen P.   (00054021)
1108 Lavaca Street, Suite 110-484  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012

**Palmetto Partners Ltd.**
**109 N Post Oak Lane  Houston, TX 77024**

Greytok, John   (00053740)
PO Box 30401 Austin, TX 78755
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/14/2012    Term Date: 12/31/2012

```
Greytok, Marta    (00026791)
PO Box 30401  Austin, TX 78755
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/14/2012    Term Date: 12/31/2012
```

**Paloma Lake Municipal Utility District No. 1**
**100 Congress Ave. Suite 1300  Austin, TX 78701**

```
Bartram, John W.   (00054211)
100 Congress Avenue Suite 1300 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012

Brooks Littlefield, Sue   (00012866)
100 Congress Avenue Suite 1300 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012
```

**Paloma Lake Municipal Utility District No. 2**
**100 Congress Ave. Suite 1300  Austin, TX 78701**

```
Bartram, John W.   (00054211)
100 Congress Avenue Suite 1300 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012

Brooks Littlefield, Sue   (00012866)
100 Congress Avenue Suite 1300 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012
```

**Palone/ Independent Bankers Association of Texas**
**1700 Rio Grande St. Ste 100  Austin, TX 78701**

```
Palone, Mae Beth   (00029950)
1700 Rio Grande St. Ste. 100 Austin, TX 78701
Type of Compensation: Paid
$10,000 - $24,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012
```

**Panhandle-Plains Higher Education Authority Inc.**
**P.O. Box 839  Canyon, TX 79015**

```
Laney, James E.   (00019422)
Drawer 900  Hale Center, TX 79041
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/16/2012    Term Date: 12/31/2012
```

**Pape-Dawson Engineers Inc.**
**555 East Ramsey  San Antonio, TX 78216**

```
Armstrong, Katharine   (00039785)
919 Congress Ave. Suite 1400 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 04/18/2012    Term Date: 12/31/2012
```

**Paris Generation LP**
**919 Congress Avenue, Suite 1300  Austin, TX 78701**

  Mahaffey, Jessica  (00055361)
  919 Congress Avenue Suite 1300 Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/09/2012    Term Date: 12/31/2012

  Scott, Bruce   (00053030)
  1122 Colorado, Suite 222  Austin, TX 78701
  Type of Compensation: Prospective
  $ 0.00
  Client - Start: 01/13/2012    Term Date: 12/31/2012

**Paris Generation LP**
**12 Greenway Plaza Suite 600  Houston, TX 77046**

  Grace, Jim M. Jr.   (00052773)
  910 Louisiana Street One Shell Plaza Houston, TX 77002
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/10/2012    Term Date: 12/31/2012

**Parker College of Chiropractic**
**2500 Walnut Hill Lane  Dallas, TX 75229**

  Ball, John B.   (00068098)
  1220 Colorado Street, Suite 100  Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/30/2012    Term Date: 09/10/2012

  Bingham, Alfred L. Jr.   (00066782)
  1220 Colorado Street, Suite 100  Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/30/2012    Term Date: 12/31/2012

  Graves, Annette   (00068724)
  1220 Colorado Street, Suite 100  Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 11/13/2012    Term Date: 12/31/2012

  Mays, Daniel Brookhart   (00057208)
  1220 Colorado Street, Suite 100  Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/30/2012    Term Date: 12/31/2012

  McWilliams, Andrea   (00033593)
  1220 Colorado Street, Suite 100  Austin, TX 78701
  Type of Compensation: Prospective
  $50,000 - $99,999.99
  Client - Start: 01/30/2012    Term Date: 12/31/2012

  McWilliams, Dean R.   (00039980)
  1220 Colorado Street, Suite 100  Austin, TX 78701
  Type of Compensation: Prospective
  $50,000 - $99,999.99
  Client - Start: 01/30/2012    Term Date: 12/31/2012

**Parker County Emergency Services District No. 3**
**2705 Bee Cave Rd., Suite 200  Austin, TX 78746**

  Carlton, John J.   (00025383)
  2705 Bee Cave Rd., Suite 200  Austin, TX 78746
  Type of Compensation: Prospective
  $ 0.00
  Client - Start: 01/01/2012     Term Date: 12/31/2012

**Parkside at Mayfield Ranch Municipal Utility District**
**100 Congress Avenue Suite 1300  Austin, TX 78701**

  Bartram, John W.   (00054211)
  100 Congress Avenue Suite 1300 Austin, TX 78701
  Type of Compensation: Paid
  Less Than $10,000.00
  Client - Start: 01/01/2012     Term Date: 12/31/2012

  Brooks Littlefield, Sue   (00012866)
  100 Congress Avenue Suite 1300 Austin, TX 78701
  Type of Compensation: Paid
  Less Than $10,000.00
  Client - Start: 01/01/2012     Term Date: 12/31/2012

**Parkside Capital LLC**
**3003 West Alabama  Houston, TX 77098**

  Howard, Jay   (00030094)
  823 Congress Suite 900 Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/11/2012     Term Date: 12/31/2012

  McCartt, J.   (00050674)
  823 Congress Suite 900 Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/11/2012     Term Date: 12/31/2012

**Parkway Chevrolet**
**27909 S.H. 249  Tomball, TX 77375**

  Hinkle, K. Daniel   (00014450)
  3350 Highway 6 Suite 182 Sugar Land, TX 77478
  Type of Compensation: Prospective
  $10,000 - $24,999.99
  Client - Start: 01/25/2012     Term Date: 12/31/2012

  Ramos, Ryland   (00067673)
  807 West 25th St. Apt. 204  Austin, TX 78705
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/25/2012     Term Date: 12/31/2012

**Partners Dewatering Inc.**
**P.O. Box 6870 1375 Creekview Dr.  San Antonio, TX 78209-0870**

  Stephens, Virginia   (00053695)
  1108 Lavaca St., Suite 110-256  Austin, TX 78701
  Type of Compensation: Earned
  $25,000 - $49,999.99
  Client - Start: 04/13/2012     Term Date: 12/31/2012

**Pasadena Independent School District**
**1515 Cherrybrook Ln.   Pasadena, TX 77502**

Borreca, Christopher P.   (00054010)
Thompson & Horton LLP 3200 Southwest Frwy, Suite 2000 Houston, TX 77027
Type of Compensation: Prospective
$ 0.00
Client - Start: 01/01/2012     Term Date: 12/31/2012

Horton, Janet Little   (00062497)
Thompson & Horton LLP 3200 Southwest Frwy. Suite 2000 Houston, TX 77027
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2012     Term Date: 12/31/2012

**Paschall Strategic Communications for America's Natural Gas Alliance**
**2300 Cottondale Lane, Suite 200  Little Rock, AR 72202**

Averitt, Kip   (00019725)
1212  Guadalupe, #301  Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/01/2012     Term Date: 12/31/2012

Delgadillo, Danielle   (00050979)
1212 Guadalupe Suite 301 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/04/2012     Term Date: 12/31/2012

Hadley, Elizabeth Ross   (00068112)
300 West 6th Street, Suite 2050  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2012     Term Date: 10/08/2012

**Paschall Strategic Communications for the Amercian Natural Gas Alliance**
**2300 Cottondale Lane, Suite 200  Little Rock, AR 72202**

Ramos, Ryland   (00067673)
807 West 25th St. Apt. 204  Austin, TX 78705
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/25/2012     Term Date: 12/31/2012

**Paschall Strategic Communications for the America Natural Gas Alliance**
**2300 Cottondale Lane Suite 200  Little Rock, AR 72202**

Hinkle, K. Daniel   (00014450)
3350 Highway 6 Suite 182 Sugar Land, TX 77478
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/25/2012     Term Date: 08/01/2012

**Pathfinder Pediatric Home Care Inc.**
**318 Briar Rock Rd.  The Woodlands, TX 77380**

Knaupe, Gregg W.   (00043033)
919 Congress Avenue, Suite 1100  Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/13/2012     Term Date: 12/31/2012

**Patient Choice Coalition of Texas**
**823 Congress Suite 620  Austin, TX 78701**

Frazier, J. Kyle   (00013170)
823 Congress Suite 620 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/26/2012    Term Date: 12/31/2012

**Patient Support Services**
**4310 McKnight Road  Texarkana, TX 75503**

Graves, Annette   (00068724)
1220 Colorado Street, Suite 100  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 12/10/2012    Term Date: 12/31/2012

McWilliams, Dean R.   (00039980)
1220 Colorado Street, Suite 100  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 12/10/2012    Term Date: 12/31/2012

**Pattern Energy Group LP**
**Pier 1, Bay 3  San Francisco, CA 94111**

Swinford, David A.   (00020832)
1005 Congress Avenue Suite 480 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/05/2012    Term Date: 10/17/2012

**Paxman Coolers Ltd.**
**International House Peniston Road  Huddersfield, UK, HD8 oLE,**

Graves, Annette   (00068724)
1220 Colorado Street, Suite 100  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 11/13/2012    Term Date: 12/31/2012

McWilliams, Andrea   (00033593)
1220 Colorado Street, Suite 100  Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/30/2012    Term Date: 12/31/2012

McWilliams, Dean R.   (00039980)
1220 Colorado Street, Suite 100  Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/30/2012    Term Date: 12/31/2012

**PCMC Inc.**
**3102 Oak Lawn Ave. Suite 200  Dallas, TX 75219**

Brown, Jay P.   (00039172)
1001 Congress Ave. Suite 400 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012

Gibson, Machree Garrett   (00028312)
1001 Congress Ave. Suite 400 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client – Start: 01/01/2012   Term Date: 12/31/2012

Graydon, Galt   (00013173)
1001 Congress Ave. Suite 400 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client – Start: 01/01/2012   Term Date: 12/31/2012

Propes, Jay W.   (00014474)
1001 Congress Ave. Suite 400 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client – Start: 01/01/2012   Term Date: 12/31/2012

Swan, Shannon Lea   (00014744)
1001 Congress Ave. Suite 400 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client – Start: 01/01/2012   Term Date: 12/31/2012

**PCMC, Inc.**
**3102 Oak Lawn Ave. Suite 200  Dallas, TX 75219**

Brown, Jay P.   (00039172)
1001 Congress Ave. Suite 400 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client – Start: 01/01/2012   Term Date: 12/31/2012

Gibson, Machree Garrett   (00028312)
1001 Congress Ave. Suite 400 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client – Start: 01/01/2012   Term Date: 12/31/2012

Graydon, Galt   (00013173)
1001 Congress Ave. Suite 400 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client – Start: 01/01/2012   Term Date: 12/31/2012

Propes, Jay W.   (00014474)
1001 Congress Ave. Suite 400 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client – Start: 01/01/2012   Term Date: 12/31/2012

Swan, Shannon Lea   (00014744)
1001 Congress Ave. Suite 400 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client – Start: 01/01/2012   Term Date: 12/31/2012

**Peabody Energy**
**701 Market Street  St. Louis, MO 63101**

  Blocker, Trey J.  (00055627)
  508 West 14th Street  Austin, TX 78701
  Type of Compensation: Prospective
  $25,000 - $49,999.99
  Client - Start: 01/01/2012    Term Date: 12/09/2012

**Pearland Independent School District**
**1928 N. Main  Pearland, TX 77581**

  Borreca, Christopher P.  (00054010)
  Thompson & Horton LLP 3200 Southwest Frwy, Suite 2000 Houston, TX 77027
  Type of Compensation: Prospective
  $ 0.00
  Client - Start: 01/01/2012    Term Date: 12/31/2012

  Horton, Janet Little  (00062497)
  Thompson & Horton LLP 3200 Southwest Frwy. Suite 2000 Houston, TX 77027
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/01/2012    Term Date: 12/31/2012

**Pearson Education**
**11024 Montgomery NE #299  Albuquerque, NM 87111**

  Aguirre, Valeria  (00065289)
  401  Congress Avenue Suite 2100 Austin, TX 78701
  Type of Compensation: Prospective
  $10,000 - $24,999.99
  Client - Start: 01/30/2012    Term Date: 09/05/2012

  Ashley, S. Price  (00067095)
  401 Congress Avenue Suite 2100 Austin, TX 78701
  Type of Compensation: Prospective
  $10,000 - $24,999.99
  Client - Start: 09/14/2012    Term Date: 12/31/2012

  Carter, Janis L.  (00039065)
  401 Congress Avenue Suite 2100 Austin, TX 78701
  Type of Compensation: Prospective
  $10,000 - $24,999.99
  Client - Start: 01/30/2012    Term Date: 12/31/2012

  Moss, Rebecca G.  (00065258)
  401 Congress Avenue Suite 2100 Austin, TX 78701
  Type of Compensation: Prospective
  $10,000 - $24,999.99
  Client - Start: 01/30/2012    Term Date: 12/31/2012

**Pearson Education**
**1 Lake Street  Upper Saddle River, NJ 07458**

  Bryan, Beth Ann  (00055189)
  300 West 6th Street, Suite 1900  Austin, TX 78701
  Type of Compensation: Prospective
  $10,000 - $24,999.99
  Client - Start: 01/01/2012    Term Date: 12/31/2012

```
Kress, B. Alexander    (00032037)
300 West 6th Street, Suite 1900  Austin, TX 78701
Type of Compensation: Prospective
$100,000 - $149,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012
```

**Pearson Inc.**
**10678 Winterwood  Carmel, IN 46032**

```
Matthews, C. L.    (00042976)
1122 Colorado Suite 200 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 02/06/2012    Term Date: 12/31/2012
```

**Pedcor Investments LLC**
**770 3rd Ave SW  Carmel, IN 46032**

```
Warner, Michael J.    (00050826)
P.O. Box 92167  Austin, TX 78709
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 03/11/2012    Term Date: 12/31/2012
```

**Pediatrix Medical Group Inc.**
**3001 East George Bush Turnpike Suite 250  Richardson, TX 75082**

```
Capelo, Jaime L. Jr.    (00037349)
401 West 15th Street Suite 870 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012
```

**Pepco Energy Services**
**1300 N 17th Street  Ste 1600  Arlington, VA 22209**

```
King, Robert J.    (00014900)
515 Congress Avenue Suite 1510 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/12/2012    Term Date: 12/31/2012

McClellan, Suzi Ray    (00031497)
515 Congress Ave. Ste. 1510  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/12/2012    Term Date: 12/31/2012
```

**PepsiCo Inc.**
**7701 Legacy Drive, MD 2B-111  Plano, TX 75024**

```
Longoria, Jose L.    (00061158)
3229 Red Deer Court  Plano, TX 75093
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/03/2012    Term Date: 12/31/2012
```

**PepsiCo Inc.**
**700 Anderson Hill Road   Purchase, NY 10577**

Calcote, Mary Leslie   (00065141)
504 West 14th Street  Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/25/2012    Term Date: 12/31/2012

McGarry, Mignon   (00012905)
504 West 14th Street  Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/25/2012    Term Date: 12/31/2012

**Perdue Brandon Fielder Collins & Mott L.L.P.**
**1204 Avenue R, Suite 200 P.O. Box 817   Lubbock, TX 79408**

Grant, Kathy   (00033418)
1122 Colorado, Ste. 100  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/25/2012    Term Date: 12/31/2012

**Perdue Brandon Fielder Collins & Mott LLP**
**P. O. Box 817  Lubbock, TX 79408**

Collins, James O.   (00065207)
P. O. Box 817  Lubbock, TX 79408
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/13/2012    Term Date: 12/31/2012

Turrieta, Gilbert   (00010261)
1122 Colorado St., Suite 2399  Austin, TX 78701
Type of Compensation: Paid
$25,000 - $49,999.99
Client - Start: 01/02/2012    Term Date: 12/31/2012

**Perdue Brandon Fielder Collins & Mott**
**P.O. Box 817  Lubbock, TX 79408**

Brown, Sabrina Thomas   (00038968)
1220 Colorado Suite 220 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/05/2012    Term Date: 12/31/2012

Erben, Randall H.   (00013689)
807 Brazos Suite 402 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/03/2012    Term Date: 12/31/2012

Somerville, Emily   (00066876)
807 Brazos Street Suite 402 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/03/2012    Term Date: 12/31/2012

```
Yarbrough, Brian G.   (00037475)
807 Brazos, Suite 402  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/03/2012   Term Date: 12/31/2012
```

**Perdue Brandon Fielder Collins and Mott**
**PO Box 817  Lubbock, TX 79408**

```
Bacarisse, Louis A.   (00013303)
PO Box 633  Austin, TX 78767
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/10/2012   Term Date: 12/31/2012
```

**Performant Financial Corporation**
**333 North Canyons Parkway Suite 100  Livermore, CA 94451**

```
Allbaugh, Joe M.   (00068503)
PO Box 90609  Oak Hill, TX 78709-0609
Type of Compensation: Paid
$100,000 - $149,999.99
Client - Start: 01/01/2012   Term Date: 12/31/2012
```

**Periscope Holdings Inc.**
**211 East 7th Street Suite 1100  Austin, TX 78701**

```
Anderson, David D.   (00053708)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 03/07/2012   Term Date: 12/31/2012

Howard, Jay   (00030094)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 03/07/2012   Term Date: 12/31/2012

Pearson, Dan   (00030669)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 03/07/2012   Term Date: 12/31/2012

Solis, Eddie   (00066960)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 03/07/2012   Term Date: 12/31/2012
```

**Perkins & Will/ CRA LP**
**10100 N Central Expressway #300  Dallas, TX 75231**

```
Nabers, Mary Scott   (00020633)
901 S. Mopac Expressway Barton Oaks Plaza I; Suite 100 Austin, TX 78746
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 12/10/2012   Term Date: 12/31/2012
```

**Permian Basin Petroleum Association**
**PO Box132  Midland, TX 79701**

   Holt, David F.   (00055217)
   PO Box 97  Snyder, TX 79550
   Type of Compensation: Prospective
   $25,000 - $49,999.99
   Client - Start: 06/20/2012     Term Date: 12/31/2012

   Shepperd, Ben   (00061226)
   po box 132  midland, TX 79701
   Type of Compensation: Earned
   Over $500,000 (Exact Amount not provided)
   Client - Start: 02/27/2012     Term Date: 12/31/2012

**Pernix Therapeutics Holdings Inc.**
**10003 Woodloch Forest Drive, Suite 950  The Woodlands, TX 77380**

   Valdez, Gerald A.   (00053423)
   P.O. Box 12031  Austin, TX 78711
   Type of Compensation: Prospective
   $50,000 - $99,999.99
   Client - Start: 01/01/2012     Term Date: 12/31/2012

**Perry Homes LLC**
**P. O. Box 34306  Houston, TX 77234**

   Jones, Neal T. Jr.   (00013745)
   823 Congress Suite 900 Austin, TX 78701
   Type of Compensation: Prospective
   $50,000 - $99,999.99
   Client - Start: 01/11/2012     Term Date: 12/31/2012

**Pershing Square Capital Management L.P.**
**888 Seventh Avenue 42nd Floor  New York, NY 10019**

   Pershing Square Capital Management, L.P.   (00068708)
   888 Seventh Avenue 42nd Floor New York, NY 10019
   Type of Compensation: Prospective
   $ 0.00
   Client - Start: 10/17/2012     Term Date: 12/31/2012

**Pet Industry Joint Advisory Council (PIJAC)**
**1146  19th St, NW Suite 350  Washington, DC 20036**

   Cooper, Kevin   (00059527)
   500 West 13th Street  Austin, TX 78701-1827
   Type of Compensation: Prospective
   $25,000 - $49,999.99
   Client - Start: 12/11/2012     Term Date: 12/31/2012

**Pet Industry Joint Advisory Council**
**1146 19th Street, NW  Washington, DC 20036**

   Ratliff, Robert Thomas   (00031723)
   500 West 13th Street  Austin, TX 78701
   Type of Compensation: Prospective
   $10,000 - $24,999.99
   Client - Start: 12/19/2012     Term Date: 12/31/2012

**Petri Consulting Services Inc.**
**81 Crestwood Circle  Sugar Land, TX 77478-3993**

Petri, Verle A.   (00013122)
81 Crestwood Circle  Sugar Land, TX 77478-3993
Type of Compensation: Paid
$50,000 - $99,999.99
Client - Start: 01/01/2012   Term Date: 12/31/2012

**Petroleum Wholesale L.P.**
**8550 Technology Forest Place  The Woodlands, TX 77381**

Perkins, Arthur V.   (00013729)
1000 Louisiana, Suite 3400  Houston, TX 77002-5011
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/19/2012   Term Date: 04/06/2012

Vane, Mark   (00037572)
600 Congress Avenue, Suite 3000  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/19/2012   Term Date: 04/10/2012

Yelkin, Kimberly A.   (00013341)
600 Congress Avenue, Suite 3000  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/18/2012   Term Date: 04/06/2012

**Petroleum Wholesale, L. P.**
**8550 Technology Forest Place  The Woodlands, TX 77381**

Schlueter, Stan   (00010198)
P. O. Box 2227  Austin, TX 78768
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 12/13/2012   Term Date: 12/31/2012

**Petrolog**
**P.O. Box 162925  Austin, TX 78716**

Shields, Brad II   (00056074)
208 West 14th St  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/02/2012   Term Date: 12/31/2012

Shields, Bradford T.   (00012135)
P.O. Box 162925  Austin, TX 78716-2925
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/25/2012   Term Date: 12/31/2012

**Petrologistics LLC**
**909 Fannin Suite 2630  Houston, TX 77010**

Saitas, Jeffrey Anthony   (00038798)
1122 Colorado Street Suite 208 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/01/2012   Term Date: 12/31/2012

Seales, Terri    (00013667)
1122 Colorado Street Suite 208 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012

**Pfizer Inc.**
**919 Congress Avenue, Suite 535   Austin, TX 78701**

Garcia, Deidra C.    (00067053)
100 Congress Avenue, Suite 1100   Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012

Hutto, Kathy N.    (00013342)
100 Congress Avenue, Suite 1100   Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012

Jones, Neal T. Jr.    (00013745)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/11/2012    Term Date: 12/31/2012

Roberts, Cary L.    (00033594)
1122 Colorado Street Suite 2103 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 04/18/2012    Term Date: 12/31/2012

Solis, Eddie    (00066960)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/11/2012    Term Date: 12/31/2012

**Pfizer Inc.**
**6730 Lenox Center Court   Memphis, TN 38115**

Strama, Keith    (00050591)
400 West 15th Street #1450   Austin, TX 78701-1612
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/04/2012    Term Date: 12/31/2012

**Pfizer Inc.**
**c/o 2350 Kerner Blvd., Suite 250   San Rafael, CA 94901**

Jones, Robert    (00026923)
919 Congress Avenue Suite 1400 Austin, TX 78701
Type of Compensation: Paid
$150,000 - $199,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012

Pearce, Amber    (00056388)
919 Congress Ave Suite 1400 Austin, TX 78701
Type of Compensation: Paid
$100,000 - $149,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012

**Pfizer**
**919 Congress Ave Suite 535   Austin, TX 78701**

Bell, Charles M.D.   (00051045)
3005 South Lamar Blvd. Ste D109 348 Austin, TX 78704-8864
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012

Chatelle, Melody B.   (00013391)
5804 Harrington Cove  Austin, TX 78731
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012

**Pharmaceutical Research & Manufacturers of America (PhRMA)**
**950 F Street, NW, Suite 300   Washington, DC 20004**

Martinez, Pete   (00060123)
630 Lakeland Drive  Baton Rouge, LA 70802
Type of Compensation: Paid
$10,000 - $24,999.99
Client - Start: 01/06/2012    Term Date: 12/31/2012

**Pharmaceutical Research & Manufacturers of America**
**950 F Street Suite 300   Washington, DC 20004**

Cornyn, Haley   (00065594)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/11/2012    Term Date: 12/31/2012

Jones, Marsha Malish   (00011722)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/11/2012    Term Date: 12/31/2012

Jones, Neal T. Jr.   (00013745)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/11/2012    Term Date: 12/31/2012

**Pharmacy Alternatives LLC**
**9901 Linn Station Road   Louisville, KY 40223**

Garcia, Deidra C.   (00067053)
100 Congress Avenue, Suite 1100   Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/30/2012    Term Date: 12/31/2012

Hutto, Kathy N.   (00013342)
100 Congress Avenue, Suite 1100   Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/30/2012    Term Date: 12/31/2012

**Pharmacy Alternatives, LLC**
**9901 Linn Station Road  Louisville, KY 40223**

  Garcia, Deidra C.  (00067053)
  100 Congress Avenue, Suite 1100  Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/01/2012    Term Date: 12/31/2012

  Hutto, Kathy N.  (00013342)
  100 Congress Avenue, Suite 1100  Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/01/2012    Term Date: 12/31/2012

**Pharmacy Buyers Association d/b/a TrueCare Pharmacy**
**1575 North Universal Avenue, Suite 100  Kansas City, MO 74120**

  Culley, Robert D.  (00013616)
  1315 Nueces Street  Austin, TX 78701
  Type of Compensation: Paid
  $25,000 - $49,999.99
  Client - Start: 01/01/2012    Term Date: 12/31/2012

  Haley, James W.  (00020345)
  1315 Nueces Street  Austin, TX 78701
  Type of Compensation: Paid
  Less Than $10,000.00
  Client - Start: 01/01/2012    Term Date: 12/31/2012

  Polan, Kraege  (00013539)
  1315 Nueces Street  Austin, TX 78701
  Type of Compensation: Paid
  $25,000 - $49,999.99
  Client - Start: 01/01/2012    Term Date: 12/31/2012

**Pharmacy Buying Association d/b/a PBA Health and Texas TrueCare**
**6300 Enterprise Rd  Kansas City, MO 64120**

  Heal, John C. Jr.  (00031194)
  500 W. 13th St.  Austin, TX 78701
  Type of Compensation: Prospective
  $25,000 - $49,999.99
  Client - Start: 01/09/2012    Term Date: 12/31/2012

**Phillips 66 Company**
**1776 Eye Street  Washington, DC 20006**

  Midence Steen, Yuniedth  (00050583)
  100 Congress Avenue Suite 300 Austin, TX 78701
  Type of Compensation: Prospective
  $10,000 - $24,999.99
  Client - Start: 10/25/2012    Term Date: 12/31/2012

  Miller, Robert D.  (00029477)
  600 Travis Suite 2800 Houston, TX 77002
  Type of Compensation: Prospective
  $50,000 - $99,999.99
  Client - Start: 10/19/2012    Term Date: 12/31/2012

Pate, Gardner    (00060647)
100 Congress Suite 300 Austin, TX 78701-1042
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 10/22/2012    Term Date: 12/31/2012

**Phillips 66**
**600 N DAIRY ASHFORD   HOUSTON, TX 77079**

Cagnolatti, David A.   (00068689)
450 LAUREL STREET SUITE 1410 BATON ROUGW, LA 70801
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 10/04/2012    Term Date: 12/31/2012

**Phillips/ Independent Bankers Association of Texas**
**1700 Rio Grande St. Ste 100   Austin, TX 78701**

Phillips, H. Shannon Jr.   (00039076)
1700 Rio Grande St. Suite 100 Austin, TX 78701
Type of Compensation: Paid
$10,000 - $24,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012

**Phoenix Solar Inc.**
**2603 Camino Ramon Bishop Ranch 3, Ste 215   San Ramon, CA 94583**

Lustina, Jennifer   (00064996)
P.O. Box 12275  Austin, TX 78711
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/06/2012    Term Date: 09/11/2012

**Phoenix Solar US Inc**
**2603 Camino Ramon Ste 215   San Ramon, CA 94583**

Maguire, S. Jay II   (00053871)
1415 Valleyridge Drive Unit A Austin, TX 78704
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 09/17/2012    Term Date: 12/31/2012

**Physicians Network Association Inc.**
**1622 Mac Davis Lane   Lubbock, TX 79401**

Aguirre, Lionel   (00050764)
10213 Dahlgreen Avenue  Austin, TX 78739
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/10/2012    Term Date: 07/23/2012

**Pinnacle Entertainment Inc.**
**3800 Howard Hughes Parkway  Las Vegas, NV 89109**

Matthews, C. L.   (00042976)
1122 Colorado Suite 200 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 02/06/2012    Term Date: 12/31/2012

**Pinnacle Partners in Medicine**
**13601 Reston Road   Austin, TX**

Howden, Robert S.   (00013306)
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/30/2012      Term Date: 12/31/2012

**Pinnacle Partners in Medicine**
**13601 Preston Rd.   STE 900 W.   Dallas, TX 75240**

Cain, Randy C.   (00025263)
PO Box 5352   Austin, TX 78763-5352
Type of Compensation: Prospective
$ 0.00
Client - Start: 01/17/2012      Term Date: 12/31/2012

**Pinnacle Technical Resources**
**1230 River Bend Drive, Suite 215   Dallas, TX 75247**

Koebele, Stephen P.   (00054021)
1108 Lavaca Street, Suite 110-484   Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/01/2012      Term Date: 12/31/2012

Posey, C. Jake   (00059916)
P.O. Box 685076   Austin, TX 78768
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/01/2012      Term Date: 12/31/2012

**Pioneer Natural Resources Inc.**
**5205 North O'Connor Boulevard, Suite 1400   Irving, TX 75039-3746**

Compton, Gary D.   (00014432)
98 San Jacinto Boulevard, Suite 1900   Austin, TX 78701
Type of Compensation: Prospective
$100,000 - $149,999.99
Client - Start: 02/08/2012      Term Date: 12/31/2012

**Pitney Bowes Inc.**
**1 Elmcroft Rd   Stamford, CT 06926-0700**

Erwin, Gay   (00053324)
901 S. Mopac Expressway Barton Oaks Plaza I; Suite 100 Austin, TX 78746
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/01/2012      Term Date: 12/31/2012

Nabers, Mary Scott   (00020633)
901 S. Mopac Expressway Barton Oaks Plaza I; Suite 100 Austin, TX 78746
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/01/2012      Term Date: 12/31/2012

**Pitsco**
**915 East Jefferson  Pittsburg, KS 66762**

Britton, Chris   (00066022)
1001 Congress Avenue Suite 350 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 04/18/2012    Term Date: 12/31/2012

**PL Propylene LLC**
**9822 La Porte Freeway  Houston, TX 77017**

Jones, Bill   (00033614)
100 Congress Avenue Suite 2000 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/10/2012    Term Date: 12/31/2012

**Plains Cotton Growers**
**4517 West Loop 289  Lubbock, TX 79414**

Oefinger, David   (00067307)
PO Box 1906  Austin, TX 78767-1906
Type of Compensation: Paid
$ 0.00
Client - Start: 01/01/2012    Term Date: 12/31/2012

**Plains Marketing L.P.**
**333 Clay Road Suite 600  Houston, TX 77002**

Richardson, Jody   (00013336)
1108 Lavaca Suite 510 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/10/2012    Term Date: 12/31/2012

**Planned Parenthood Gulf Coast**
**4600 Gulf Freeway  Houston, TX 77023**

Gutierrez, Yvonne   (00068199)
4600 Gulf Freeway  Houston, TX 77023
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/09/2012    Term Date: 12/31/2012

**Planned Parenthood of Houston and SE Texas**
**4600 gulf freeway  Houston, TX 77023**

Fuelberg, Curtis   (00013693)
1122 Colorado #1501 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/18/2012    Term Date: 12/31/2012

**Planned Parenthood of North Texas**
**7424 Greenville Ave  Dallas, TX 75231**

Haverlah, Sandra   (00017632)
1212 Guadalupe Suite 305 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 03/27/2012    Term Date: 12/31/2012

**Planned Parenthood of the Capital Region**
**201 E. Ben White  Austin, TX 78704**

  Kitchen, Ann E.   (00041450)
  2401 Briargrove  Austin, TX 78704
  Type of Compensation: Prospective
  $10,000 - $24,999.99
  Client - Start: 02/20/2012    Term Date: 12/31/2012

**Planned Parenthood of the Texas Capitol Region**
**201 East Ben White  Austin, TX 78704**

  Collins, J. Lawrence   (00053516)
  1105 Angelina  Austin, TX 78702
  Type of Compensation: Prospective
  $25,000 - $49,999.99
  Client - Start: 02/07/2012    Term Date: 04/04/2012

**Plastic Pollution Texas**
**1901 Lexington Street  Houston, TX 77098**

  Grimes, John Michael   (00057963)
  PO Box 13382 Capitol Station Austin, TX 78711
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 02/09/2012    Term Date: 12/31/2012

  Townsend, Thomas T.   (00066761)
  PO Box 13382 Capitol Station Austin, TX 78711
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 02/07/2012    Term Date: 10/26/2012

**Plastic Pollutions Texas**
**1901 Lexington Street  Houston, TX 77098**

  Johnson, Marti R.   (00067009)
  P.O. Box 13382  Austin, TX 78711
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 02/08/2012    Term Date: 12/31/2012

**Plum Creek Conservation District**
**1403 Blackjack # C  Lockhart, TX 78644**

  McCarthy, Edmond R. Jr.   (00014857)
  711 W. 7th Street  Austin, TX 78701-2785
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 06/25/2012    Term Date: 12/31/2012

**Plumbing Manufacturer's Institute**
**1340 Remington Road, Suite A  Schaumberg, IL 60173**

  Ramos, Ryland   (00067673)
  807 West 25th St. Apt. 204  Austin, TX 78705
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/25/2012    Term Date: 02/08/2012

**Plumbing Manufacturer's International**
**1340 Remington Road  Suite A  Schaumburg, IL 60173**

```
Hinkle, K. Daniel   (00014450)
3350 Highway 6 Suite 182 Sugar Land, TX 77478
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/25/2012    Term Date: 11/01/2012
```

**PM Texas LLC d/b/a Let Texans Decide**
**7575 N. Sam Houston Parkway West  Houston, TX 77064**

```
Montford, John T.   (00020489)
One Buckingham Court  San Antonio, TX 78257
Type of Compensation: Prospective
$250,000 - $299,999.99
Client - Start: 10/28/2012    Term Date: 12/31/2012
```

**PM Texas LLC**
**75775 N Sam Houston Parkway. W  Houston, TX**

```
Jones, Tom A.   (00014950)
4605 Greystone Dr/  Austin, TX 78731
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 10/05/2012    Term Date: 12/31/2012
```

```
Montford, John T.   (00020489)
One Buckingham Court  San Antonio, TX 78257
Type of Compensation: Prospective
$250,000 - $299,999.99
Client - Start: 07/10/2012    Term Date: 12/31/2012
```

**PM Texas, LLC d/b/a Let Texans Decide**
**7575 Sam Houston Parkway West  Houston, TX 77064**

```
Richie, Carl S.   (00030415)
11208 Sacahuista Court  Austin, TX 78750
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012
```

```
Siebert, William E.   (00021037)
2014 Via Vineda  san antonio, TX 78258-4519
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 12/24/2012    Term Date: 12/31/2012
```

**PMSI**
**175 Kelsey Lane  Tampa, FL 33619**

```
Castaneda, Tristan Jr.   (00030333)
Baker Botts L.L.P. 98 San Jacinto; Suite 1500 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012
```

```
Grace, Jim M. Jr.   (00052773)
910 Louisiana Street One Shell Plaza Houston, TX 77002
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/10/2012    Term Date: 12/31/2012
```

**PNM Resources**
**Alvarado Square  Albuquerque, NM 87158**

Jackson, Roy Gene   (00060693)
1005 Congress, Suite 550  Austin, TX 78701
Type of Compensation: Earned
$100,000 - $149,999.99
Client - Start: 01/06/2012    Term Date: 12/31/2012

**Pohl Partners**
**801 RR 620 South,, Ste 100-A  Lakeway, TX 78734**

Rice, Chuck Jr.   (00013547)
PO BOX 2154  AUSTIN, TX 78768-2154
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/31/2012    Term Date: 12/31/2012

**Pointserve Inc.**
**110 Wild Basin Road South, Suite 300  Austin, TX 78746**

Ball, John B.   (00068098)
1220 Colorado Street, Suite 100  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/30/2012    Term Date: 09/10/2012

Bingham, Alfred L. Jr.   (00066782)
1220 Colorado Street, Suite 100  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/30/2012    Term Date: 12/31/2012

Graves, Annette   (00068724)
1220 Colorado Street, Suite 100  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 11/13/2012    Term Date: 12/31/2012

Mays, Daniel Brookhart   (00057208)
1220 Colorado Street, Suite 100  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/30/2012    Term Date: 12/31/2012

McWilliams, Andrea   (00033593)
1220 Colorado Street, Suite 100  Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/30/2012    Term Date: 12/31/2012

McWilliams, Dean R.   (00039980)
1220 Colorado Street, Suite 100  Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/30/2012    Term Date: 12/31/2012

**Polan Culley Inc. DBA Polan Culley Advocacy Group**
**1315 Nueces Street   Austin, TX 78701**

Culley, Robert D.   (00013616)
1315 Nueces Street   Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012

Haley, James W.   (00020345)
1315 Nueces Street   Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012

Polan, Kraege   (00013539)
1315 Nueces Street   Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012

**Polaris Industries Inc. (PII)**
**2100 Highway 55   Medina, MN, MN 55340-9770**

Cooper, Kevin   (00059527)
500 West 13th Street   Austin, TX 78701-1827
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 12/11/2012    Term Date: 12/31/2012

**Polaris Industries Inc.**
**2100 Highway 55   Medina, MN 55340-9100**

Ratliff, Robert Thomas   (00031723)
500 West 13th Street   Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 12/19/2012    Term Date: 12/31/2012

**Policy Studies Inc.**
**1875 Lawrence St, Ste. 1500   Denver, CO 80202**

Leal, Roland   (00025018)
431 Logan Ranch   Georgetown, TX 78628
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 03/08/2012    Term Date: 12/31/2012

**Popp Gray & Hutcheson PLLC**
**1301 South MoPac Suite 430   Austin, TX 78746**

Luna, Vilma   (00020272)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/11/2012    Term Date: 12/31/2012

Smith, R. Clint   (00012842)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/11/2012    Term Date: 12/31/2012

**Port of Corpus Christi Authority**
**P. O. Box 1541  Corpus Christi, TX 78403**

Berlanga, Hugo   (00019723)
28 Hewit Drive  Corpus Christi, TX 78404
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/06/2012    Term Date: 12/31/2012

Erben, Randall H.   (00013689)
807 Brazos Suite 402 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/03/2012    Term Date: 12/31/2012

Somerville, Emily   (00066876)
807 Brazos Street Suite 402 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/03/2012    Term Date: 12/31/2012

Yarbrough, Brian G.   (00037475)
807 Brazos, Suite 402  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/03/2012    Term Date: 12/31/2012

**Port of Corpus Christi**
**222 Power Street  Corpus Christi, TX 78401**

Delisi, Deirdre   (00063963)
823 Congress Ave. Ste. 1000B  Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 08/10/2012    Term Date: 12/31/2012

Delisi, Thomas   (00064063)
823 Congress Suite 1000B Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 08/10/2012    Term Date: 12/31/2012

Ramirez, Rene A.   (00067982)
612 Nolana Suite 415 McAllen, TX 78504
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 08/27/2012    Term Date: 12/31/2012

**Port of Houston Authority Texas**
**P.O. Box 2562  Houston, TX 77252-2562**

Brown, J. E. Buster   (00019849)
P.O. Box 426  Austin, TX 78767
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012

**Port of Houston Authority**
**P.O. Box 2562  Houston, TX 77252-2562**

Beggs, April   (00056213)
300 West 6th Street, Suite 2050  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012

Grace, Jim M. Jr.   (00052773)
910 Louisiana Street One Shell Plaza Houston, TX 77002
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/10/2012    Term Date: 12/31/2012

McDaniel, Demetrius   (00013335)
300 West 6th Street, Suite 2050  Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012

Saitas, Jeffrey Anthony   (00038798)
1122 Colorado Street Suite 208 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012

Seales, Terri   (00013667)
1122 Colorado Street Suite 208 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012

Strauser, Robert   (00011294)
1005 Congress Suite 1040 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012

Toomey, Michael   (00013686)
919 Congress Avenue, #1500  Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/24/2012    Term Date: 12/31/2012

**Port San Antonio**
**143 Billy Mitchell Blvd. Suite 6   San Antonio, TX 78226**

Shields, Christopher S.   (00013799)
1005 Congress Avenue Suite 480 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/02/2012    Term Date: 12/31/2012

Shields, Susan Galloway   (00061241)
1005 Congress Avenue Suite 480 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/02/2012    Term Date: 12/31/2012

**Port Terminal Railroad Association**
**8934 Manchester Street   Houston, TX 77012-2149**

McCulley, Hugh L.   (00026986)
2727 Allen Parkway, Suite 1700  Houston, TX 77019-2125
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/04/2012    Term Date: 12/31/2012

**Portavenir LP/Penitas Properties Ltd.**
**1210 East Tyler  Harlingen, TX 78550**

Rice, Chuck Jr.   (00013547)
PO BOX 2154  AUSTIN, TX 78768-2154
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/31/2012    Term Date: 12/31/2012

**Post Oak Savannah GCD**
**P.O. Box 92 310 E. Ave. C  Milano, TX 76556**

Brown, Sabrina Thomas   (00038968)
1220 Colorado Suite 220 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/05/2012    Term Date: 12/31/2012

**Prairielands Groundwater Conservation District**
**205 S. Caddo St.  Cleburne, TX 76033**

Sledge, Brian L.   (00041086)
816 Congress Avenue Suite 1900 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/25/2012    Term Date: 12/31/2012

**Premier Kids Care**
**221 Plaza Drive  Monroe, GA 30655**

Stewart, Leah   (00056556)
400 West 15th Street Suite #1450 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/13/2012    Term Date: 12/31/2012

Strama, Keith   (00050591)
400 West 15th Street #1450  Austin, TX 78701-1612
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/13/2012    Term Date: 12/31/2012

**Prescribed Pediatric Extended Care Inc. d/b/a Pediatric Health Choice**
**4602-C North Armenia Avenue  Tampa, FL 33603**

Fisher, Nancy C.   (00011989)
1005 Congress Avenue, Suite 480  Austin, TX 78701-2463
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 06/04/2012    Term Date: 12/31/2012

Walker, Kwame    (00039594)
1005 Congress Avenue Suite 480 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 05/08/2012    Term Date: 12/10/2012

**Prescribed Pediatric Extended Care Inc. dba Pediatric Health Choice**
**4602-C North Armenia Avenue  Tampa, FL 33603**

Galligher, Duane   (00062285)
1005 Congress Avenue Suite 480 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 10/10/2012    Term Date: 12/31/2012

Shields, Christopher S.   (00013799)
1005 Congress Avenue Suite 480 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 06/08/2012    Term Date: 12/31/2012

**Prescribed Pediatric Extended Care, Inc. d/b/a Pediatric Health Choice**
**4602-C North Armenia Avenue  Tampa, FL 33603**

Walker, Kwame    (00039594)
1005 Congress Avenue Suite 480 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 12/19/2012    Term Date: 12/31/2012

**Prescribed Pediatric Extended Care, Inc. dba Pediatric Health Choice**
**4602-C North Armenia Avenue  Tampa, FL 33603**

Galligher, Duane   (00062285)
1005 Congress Avenue Suite 480 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 12/13/2012    Term Date: 12/31/2012

**Presidential Glen Municipal Utility District**
**c/o Armbrust & Brown, PLLC 100 Congress Avenue, Suite 1300  Austin, TX 78701**

Collins, Sharlene N.   (00012869)
100 Congress Avenue Suite 1300 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012

**PricewaterhouseCoopers**
**2001 Ross Avenue, Suite 1800  Dallas, TX 75201**

Beaird, Nanette K.   (00024924)
600 Congress Avenue, Suite 3000  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/18/2012    Term Date: 12/31/2012

Brackin, Dewey A.   (00056477)
600 Congress Avenue, Suite 3000  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/18/2012    Term Date: 12/31/2012

Perkins, Arthur V.    (00013729)
1000 Louisiana, Suite 3400   Houston, TX 77002-5011
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/19/2012    Term Date: 12/31/2012


Schnarr, Lea Ann    (00060144)
600 Congress Avenue, Suite 3000   Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/18/2012    Term Date: 12/31/2012


Schwartz, Marcus Frank Jr.    (00061164)
600 Congress Avenue, Suite 3000   Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/21/2012    Term Date: 12/31/2012


Vane, Mark    (00037572)
600 Congress Avenue, Suite 3000   Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/19/2012    Term Date: 12/31/2012


Yelkin, Kimberly A.    (00013341)
600 Congress Avenue, Suite 3000   Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/18/2012    Term Date: 12/31/2012

**Primarily Primates Incorporated**
**26099 Dull Knife Trail   San Antonio, TX 78255**

Poinsett, Royce Pabst    (00065096)
98 San Jacinto Center Suite 1500 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 11/16/2012    Term Date: 12/31/2012

**Primarily Primates, Incorporated**
**26099 Dull Knife Trail   San Antonio, TX 78255**

Poinsett, Royce Pabst    (00065096)
98 San Jacinto Center Suite 1500 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 12/21/2012    Term Date: 12/31/2012

**Primerica Financial Services Home Mortgages Inc.**
**3120 Breckinridge Boulevard   Duluth, GA 30099**

Beggs, April    (00056213)
300 West 6th Street, Suite 2050   Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/30/2012    Term Date: 03/12/2012


McDaniel, Demetrius    (00013335)
300 West 6th Street, Suite 2050   Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/30/2012    Term Date: 03/12/2012

**<u>Primerica Financial Services Home Mortgages, Inc.</u>**
**3120 Breckinridge Boulevard   Duluth, GA 30099**

  Beggs, April   (00056213)
  300 West 6th Street, Suite 2050  Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/01/2012    Term Date: 12/31/2012

  McDaniel, Demetrius   (00013335)
  300 West 6th Street, Suite 2050  Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/01/2012    Term Date: 12/31/2012

**<u>Primerica Life Insurance Company</u>**
**3120 Breckinridge Boulevard   Duluth, GA 30099**

  Beggs, April   (00056213)
  300 West 6th Street, Suite 2050  Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/01/2012    Term Date: 12/31/2012

  Bond, Thomas J.   (00013215)
  300 West 6th Street, Suite 2050  Austin, TX 78701
  Type of Compensation: Prospective
  $25,000 - $49,999.99
  Client - Start: 01/01/2012    Term Date: 12/31/2012

  Hadley, Elizabeth Ross   (00068112)
  300 West 6th Street, Suite 2050  Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/01/2012    Term Date: 12/31/2012

  McCandless, Patricia L.   (00028479)
  BlueCross Clue Shield of Texas 206 West 13th Street Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/17/2012    Term Date: 09/10/2012

**<u>Primus Global Services Inc.</u>**
**1431 Greenway Drive, Suite 750  Irving, TX 75038**

  Posey, C. Jake   (00059916)
  P.O. Box 685076  Austin, TX 78768
  Type of Compensation: Prospective
  $10,000 - $24,999.99
  Client - Start: 01/01/2012    Term Date: 12/31/2012

**<u>Primus Global Services, Inc.</u>**
**1431 Greenway Drive, Suite 750  Irving, TX 75038**

  Posey, C. Jake   (00059916)
  P.O. Box 685076  Austin, TX 78768
  Type of Compensation: Prospective
  $10,000 - $24,999.99
  Client - Start: 01/01/2012    Term Date: 12/31/2012

**Priority Power Management LLC**

Brazell, James Z.   (00056657)
100 Congress Avenue, Suite 2000   Austin, TX 78701
Type of Compensation: Earned
$10,000 - $24,999.99
Client - Start: 09/10/2012     Term Date: 12/31/2012

**Prism Gas Systems I L.P.**
**2350 Airport Freeway Suite 505   Bedford, TX 76022**

Mann, James E.   (00013930)
Duggins Wren Mann & Romero, LLP 600 Congress Ave., Suite 1900 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 08/02/2012     Term Date: 12/31/2012

**Prism Gas Systems Inc. LP**
**2350 Airport Frwy. #505   Bedford, TX 76022**

McBeth, Kelly   (00059190)
P.O. Box 5100   Austin, TX 78763
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/10/2012     Term Date: 12/31/2012

**Private Providers Association of Texas**
**8711 Burnet Road, Suite E-53   Austin, TX 78757**

Hooser, Gregory D.   (00012987)
900 Congress Avenue Suite 300 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 03/02/2012     Term Date: 12/31/2012

Smith, Todd M.   (00053964)
2204 Hazeltine Lane  Austin, TX 78747-1206
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 10/25/2012     Term Date: 12/31/2012

**Professional Advocacy Association of Texas**
**P.O. Box 5315  Austin, TX 78763**

Gullahorn, Jack W.   (00013330)
P.O. Box 140045  Austin, TX 78714-0045
Type of Compensation: Paid
$25,000 - $49,999.99
Client - Start: 01/01/2012     Term Date: 12/31/2012

Pair, Laurie Fenstemaker   (00065125)
P.O. Box 5908  Austin, TX 78763
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 02/21/2012     Term Date: 12/31/2012

Small, Allison   (00053672)
5402 Ridge Oak  Austin, TX 78731
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 02/21/2012     Term Date: 12/31/2012

**Professional Bondsmen of Texas Inc.**
**P.O. Box 9128  Austin, TX 78766**

McFarlin, Don   (00011690)
1122 Colorado Street Suite 208 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/19/2012    Term Date: 12/31/2012

**Professional Bondsmen of Texas**
**P.O. Box 9128  Austin, TX 78766**

Valenzuela, Joe D.   (00050742)
1620 Shady Hillside Pass  Round Rock, TX 78665
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 02/10/2012    Term Date: 12/31/2012

**Professional Civil Process of Texas Inc.**
**23610 Pedernales Canyon Trail  Spicewood, TX 78669**

Beard, Amy C.   (00061114)
919 Congress Ave. Suite 1400 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012

Cammack, Kerry N.   (00022250)
919 Congress Avenue, Suite 1400  Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012

Griego, Sylvia R.   (00067201)
919 Congress Ave Suite 1400 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012

**Professional Roofing Standards Council**
**132 Pinto Lane  San Marcos, TX 78666**

Schulle, Gerhardt Jr.   (00010977)
132 Pinto Lane  San Marcos, TX 78666
Type of Compensation: Paid
$25,000 - $49,999.99
Client - Start: 03/06/2012    Term Date: 12/31/2012

**ProgenyHealth Inc**
**1100 East Hector St Suite 470  Conshohoken, PA 19428**

Lawlor, Laura S.   (00059606)
2201 Deleon Ct Austin, TX 78733-1690
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/05/2012    Term Date: 12/31/2012

**Progressive Casualty Insurance Company**
**10929 Disk Drive  Rancho Cordova, CA 95670**

  Spriggs, Scott  (00062904)
  10929 Disk Drive  Rancho Cordova, CA 95670
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/01/2012    Term Date: 12/31/2012

**Progressive County Mutual Insurance Company**
**6300 Wilson Mills Road  Mayfield Village, OH 44143-2182**

  Johnson, Connie L.  (00013302)
  P. O. Box 684248  Austin, TX 78768
  Type of Compensation: Prospective
  $150,000 - $199,999.99
  Client - Start: 02/16/2012    Term Date: 12/31/2012

**Project Control**
**17300 Henderson Pass  San Antonio, TX 78232**

  Heckler, Jeffrey E.  (00040150)
  1301 Nueces Street Suite 200 Austin, TX 78701
  Type of Compensation: Prospective
  $150,000 - $199,999.99
  Client - Start: 10/12/2012    Term Date: 12/31/2012

**Prolacta Bioscience**
**605 E. Huntington Drive, Ste. 101  Monrovia, CA**

  Gilligan, Lillie B.  (00033161)
  11807 Hyacinth Drive  Austin, TX 78758
  Type of Compensation: Paid
  Over $500,000 (Exact Amount not provided)
  Client - Start: 04/28/2012    Term Date: 12/31/2012

**Prolacta Bioscience**
**605 E. Huntington Drive  Monrovia,, CA 91016**

  Gilligan, Lillie B.  (00033161)
  11807 Hyacinth Drive  Austin, TX 78758
  Type of Compensation: Paid
  $25,000 - $49,999.99
  Client - Start: 04/28/2012    Term Date: 12/31/2012

**Promotion Technologies**
**2009 RR 620 N. Suite 150  Austin, TX 78734**

  Garcia, Joe A.  (00034532)
  919 Congress Avenue Suite 1500 Austin, TX 78701
  Type of Compensation: Prospective
  $50,000 - $99,999.99
  Client - Start: 01/05/2012    Term Date: 12/31/2012

**Property Casualty Insurers Association of America**
**700 Lavaca Suite 1400  Austin, TX 78701**

  Fisher, Walter  (00013441)
  919 Congress Suite 1500 Austin, TX 78701
  Type of Compensation: Prospective
  $50,000 - $99,999.99
  Client - Start: 01/20/2012    Term Date: 12/31/2012

```
Koebele, Stephen P.   (00054021)
1108 Lavaca Street, Suite 110-484   Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012
```

**Property Casualty Insurers Association of America**
**2600 South River Road  Des Plaines, IL 60018**

```
Woods, Joe M.   (00029993)
1504 San Antonio St.   Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/03/2012    Term Date: 12/31/2012
```

**Protect**
**P.O. Box 27599  Knoxville, TN 37927**

```
Cooper, Camille   (00068756)
P.O. Box 27599  Knoxville, TN 37927
Type of Compensation:
Less Than $10,000.00
Client - Start: 12/19/2012    Term Date: 12/31/2012
```

**Providence Service Corporation**
**5524 E. Fourth Street  Tucson, AZ 85711**

```
Wright, Charles Eric   (00043672)
919 Congress Avenue Suite  1100 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/16/2012    Term Date: 12/31/2012
```

**Providers Alliance for Community Services of Texas (PACSTX)**
**823 Congress Suite 230  Austin, TX 78701**

```
Bollinger, Paul David   (00035213)
823 Congress Suite 1000B Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/10/2012    Term Date: 12/31/2012

Delisi, Dianne W.   (00021123)
823 Congress Suite 1000B Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/10/2012    Term Date: 12/31/2012

Delisi, Thomas   (00064063)
823 Congress Suite 1000B Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/10/2012    Term Date: 12/31/2012

Vasek, Heather N.   (00035475)
823 Congress Suite 1000B Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/10/2012    Term Date: 12/31/2012
```

**Providers Alliance for Community Services of Texas**
**823 Congress Ave. Suite 230  Austin, TX 78701**

Kelly, Coyle C.   (00012853)
4214 Medical Parkway Suite 300 Austin, TX 78756
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/05/2012    Term Date: 12/31/2012

**Prudential Financial Inc.**
**751 Broad Street  Newark, NJ 07102-3777**

Doughty, Ronald H.   (00025893)
8601 Ranch Road 2222 Building 1, Suite 230 Austin, TX 78730
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/07/2012    Term Date: 12/31/2012

**PTP Inc.**
**1500 Research Forest Drive Suite 200  The Woodlands, TX 77381**

Johnson, Marti R.   (00067009)
P.O. Box 13382  Austin, TX 78711
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/02/2012    Term Date: 12/31/2012

**PTP LP**
**1500 Research Forest Drive Suite 200  The Woodlands, TX 77381**

Grimes, John Michael   (00057963)
PO Box 13382 Capitol Station Austin, TX 78711
Type of Compensation: Prospective
$100,000 - $149,999.99
Client - Start: 01/17/2012    Term Date: 12/31/2012

Haggerty, Patrick B.   (00020333)
2204 enfield #107 austin, TX 78703
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/14/2012    Term Date: 12/31/2012

Hughes, Lisa C.   (00010796)
10303 Nolina Cove  Austin, TX 78759
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/13/2012    Term Date: 12/31/2012

Townsend, Thomas T.   (00066761)
PO Box 13382 Capitol Station Austin, TX 78711
Type of Compensation: Prospective
$100,000 - $149,999.99
Client - Start: 01/11/2012    Term Date: 12/31/2012

**PTP Transportation LLC**
**1500 Research Forest Drive Suite 200  The Woodlands, TX 77381**

Payne, Brinton P.   (00060071)
201 Main Street Suite 600 Fort Worth, TX 76102
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/09/2012    Term Date: 12/31/2012

**Public Consulting Group**
**148 State Street  Boston, MA 02109**

    Leal, Roland    (00025018)
    431 Logan Ranch  Georgetown, TX 78628
    Type of Compensation: Prospective
    $50,000 - $99,999.99
    Client - Start: 03/08/2012    Term Date: 12/31/2012

**Public Financial Management Inc.**
**700 Lavaca, Suite 1500  Austin, TX 78701**

    Bingham, William H.    (00040591)
    600 Congress Avenue, Suite 2100  Austin, TX 78701
    Type of Compensation: Prospective
    $25,000 - $49,999.99
    Client - Start: 01/01/2012    Term Date: 12/31/2012

**Public Power Pool**
**500 W 13th Street  Austin, TX 78701**

    Dahill, John B.    (00067453)
    500 W. 13th Street  Austin, TX 78701
    Type of Compensation: Prospective
    $10,000 - $24,999.99
    Client - Start: 01/01/2012    Term Date: 12/31/2012

    Lee, Donald C.    (00029965)
    500 W. 13th Street  Austin, TX 78701
    Type of Compensation: Prospective
    Less Than $10,000.00
    Client - Start: 01/01/2012    Term Date: 12/31/2012

**Publicdata.com**
**7750 MacArthur Blvd. Ste 120-290  Irving, TX 75063**

    Gilmore, Scott E.    (00056410)
    1301 Nueces Street Suite 200 Austin, TX 78701
    Type of Compensation: Prospective
    $50,000 - $99,999.99
    Client - Start: 09/13/2012    Term Date: 12/31/2012

**Purser, Thomas**
**8590 W. Tidwell  Houston, TX 77040**

    Purser, Thomas Ray    (00053329)
    Type of Compensation: Paid
    $25,000 - $49,999.99
    Client - Start: 01/24/2012    Term Date: 12/31/2012

**Q Investments LP**
**301 Commerce Street, Suite 2975  Fort Worth, TX 76102-4140**

    Millsap, Michael D.    (00050708)
    P.O. Box 684744  Austin, TX 78768
    Type of Compensation: Prospective
    $25,000 - $49,999.99
    Client - Start: 01/01/2012    Term Date: 12/31/2012

**Quadvest L.P.**
**26926 FM 2978  Magnolia, TX 77354**

  Valdez, Gerald A.   (00053423)
  P.O. Box 12031  Austin, TX 78711
  Type of Compensation: Prospective
  $50,000 - $99,999.99
  Client - Start: 01/01/2012    Term Date: 12/31/2012

**Qualico CR L.P.**
**7940 Shoal Creek Blvd., Suite 201  Austin, TX 78757**

  Bartram, John W.   (00054211)
  100 Congress Avenue Suite 1300 Austin, TX 78701
  Type of Compensation: Paid
  Less Than $10,000.00
  Client - Start: 01/01/2012    Term Date: 12/31/2012

  Brooks Littlefield, Sue   (00012866)
  100 Congress Avenue Suite 1300 Austin, TX 78701
  Type of Compensation: Paid
  Less Than $10,000.00
  Client - Start: 01/01/2012    Term Date: 12/31/2012

**Quantex Energy Inc.**
**5 Richard Way SW, Suite 300  Calgary Alberta Canada T3E7M8C,**

  Hackney, Clint   (00012890)
  PO Box 163164  Austin, TX 78716
  Type of Compensation: Prospective
  $50,000 - $99,999.99
  Client - Start: 01/01/2012    Term Date: 12/31/2012

**Quest Software**
**5 Polaris Way  Aliso Vieho, CA 92656**

  Pewitt, Bill R.   (00014229)
  1015 Gaston Avenue  Austin, TX 78703
  Type of Compensation: Paid
  Less Than $10,000.00
  Client - Start: 03/19/2012    Term Date: 12/31/2012

**QVC San Antonio LLC**
**c/o 1200 Wilson Drive Attn:  Legal Department/MC-207  West Chester, PA 19380**

  Erskine, Candis B.   (00035590)
  4304 Green Cliffs  Austin, TX 78746
  Type of Compensation: Prospective
  $ 0.00
  Client - Start: 01/01/2012    Term Date: 12/31/2012

  Erskine, John M. Jr.   (00012969)
  111 Congress Avenue, Suite 900  Austin, TX 78701
  Type of Compensation: Prospective
  $10,000 - $24,999.99
  Client - Start: 01/01/2012    Term Date: 12/31/2012

  Ford, Victoria C.   (00060035)
  111 Congress Avenue, Suite 900  Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/01/2012    Term Date: 12/31/2012

```
Leo, Myra   (00034631)
111 Congress Avenue, Suite 900  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012


McGinnis, Larry D.   (00013432)
111 Congress Avenue, Suite 900  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012


Ohlenforst, Cynthia M.   (00013416)
1717 Main Street, Suite 2800  Dallas, TX 75201
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012
```

**R Street Institute**
**1728 Connecticut Ave, NW  Washington, DC 20009**

```
Drenner, Julie R. H.   (00053572)
3900 Pearce Rd  Austin, TX 78730
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 07/13/2012    Term Date: 12/28/2012
```

**R360 Environmental Solutions**
**16945 Northchase Drive Suite 2200  Houston, TX 77060**

```
Saitas, Jeffrey Anthony   (00038798)
1122 Colorado Street Suite 208 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012


Seales, Terri   (00013667)
1122 Colorado Street Suite 208 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012
```

**Raba Kistner Infrastructure**
**19111 N. Dallas Parkway Suite 115  Dallas, TX 75287**

```
Gilmore, Scott E.   (00056410)
1301 Nueces Street Suite 200 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 09/13/2012    Term Date: 12/31/2012


Heckler, Jeffrey E.   (00040150)
1301 Nueces Street Suite 200 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 10/12/2012    Term Date: 12/31/2012
```

**Raba-Kistner Infrastructure**
**19111 N. Dallas Parkway Suite 115   Dallas, TX 75287**

Cain, David H.   (00019792)
P.O. Box 140593  Dallas, TX 75214-0593
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/10/2012    Term Date: 12/31/2012

**Racing Partners of Texas LLC**
**619 S. Beach   Sunrise Beach, TX 78643**

Butler, Carley   (00067075)
1122 Colorado, Suite 320  Austin, TX 78701
Type of Compensation: Prospective
$ 0.00
Client - Start: 01/01/2012    Term Date: 12/31/2012

Moore, Blanton   (00015058)
1122 Colorado, Suite 320  Austin, TX 78701
Type of Compensation: Prospective
$ 0.00
Client - Start: 01/01/2012    Term Date: 12/31/2012

Shearer, James F.   (00039221)
1122 Colorado Suite 320  Austin, TX 78701
Type of Compensation: Prospective
$ 0.00
Client - Start: 01/01/2012    Term Date: 12/31/2012

Thoman, Esme Elisabeth   (00067347)
1122 Colorado, Suite 320  Austin, TX 78701
Type of Compensation: Prospective
$ 0.00
Client - Start: 01/01/2012    Term Date: 12/31/2012

**Rackspace Hosting**
**5000 Walzem Road   San Antonio, TX 78218**

Montford, John T.   (00020489)
One Buckingham Court  San Antonio, TX 78257
Type of Compensation: Prospective
$150,000 - $199,999.99
Client - Start: 04/06/2012    Term Date: 12/31/2012

**Rackspace Managed Hosting**
**9725 Datapoint Drive  San Antonio, TX 78229**

LeBas, James   (00060128)
400 West 15th Street, Suite 400  Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/18/2012    Term Date: 12/31/2012

**RadioShack**
**300 Radio Shack Circle  Fort Worth, TX 78102**

Jones, Neal T. Jr.   (00013745)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/11/2012    Term Date: 12/31/2012

```
Miller, William J.   (00033567)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 04/25/2012    Term Date: 12/31/2012
```

**RAI Services Company**
**P.O. Box 464  Winston-Salem, NC 27102**

```
Clark, James M.   (00030744)
P.O. Box 5272  Austin, TX 78763
Type of Compensation: Paid
$100,000 - $149,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012

Culley, Robert D.   (00013616)
1315 Nueces Street  Austin, TX 78701
Type of Compensation: Paid
$50,000 - $99,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012

Johnson, Robert E. Jr.   (00012850)
1122 Colorado Street, Suite 208  Austin, TX 78701
Type of Compensation: Prospective
$100,000 - $149,999.99
Client - Start: 08/10/2012    Term Date: 12/31/2012

McFarlin, Don   (00011690)
1122 Colorado Street Suite 208 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/19/2012    Term Date: 12/31/2012

Polan, Kraege   (00013539)
1315 Nueces Street  Austin, TX 78701
Type of Compensation: Paid
$50,000 - $99,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012
```

**Railway Supply Institute Inc.**
**50 F Street, N.W., Suite 7030  Washington, DC 20001**

```
Cates, Phil   (00012852)
P.O. Box 1163  Dripping Springs, TX 78620
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 02/17/2012    Term Date: 12/31/2012
```

**RAISE Texas**
**1811 West 38th Street  Austin, TX 78731**

```
Widrow, Robert   (00065119)
1811 West 38th Street  Austin, TX 78731-6136
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/04/2012    Term Date: 12/31/2012
```

**Raise Your Hand for Public Schools/Raise Your Hand Texas**
**3200 Southwest Freeway Suite 2070  Houston, TX 77027**

    Anderson, David D.   (00053708)
    823 Congress Suite 900 Austin, TX 78701
    Type of Compensation: Prospective
    Less Than $10,000.00
    Client - Start: 01/11/2012    Term Date: 12/31/2012

    Jones, Neal T. Jr.   (00013745)
    823 Congress Suite 900 Austin, TX 78701
    Type of Compensation: Prospective
    Less Than $10,000.00
    Client - Start: 01/11/2012    Term Date: 12/31/2012

    Smith, Michelle   (00067247)
    823 Congress Suite 900 Austin, TX 78701
    Type of Compensation: Prospective
    Less Than $10,000.00
    Client - Start: 01/11/2012    Term Date: 12/31/2012

**Raise Your Hand for Public Schools**
**816 Congress Ave., Suite 990  Austin, TX 78701**

    Grace, Jim M. Jr.   (00052773)
    910 Louisiana Street One Shell Plaza Houston, TX 77002
    Type of Compensation: Prospective
    $25,000 - $49,999.99
    Client - Start: 01/10/2012    Term Date: 12/31/2012

**Raise Your Hand for Public Schools**
**3200 SW Freeway, Suite 2070  Houston, TX 77027**

    Calcote, Mary Leslie   (00065141)
    504 West 14th Street  Austin, TX 78701
    Type of Compensation: Paid
    Less Than $10,000.00
    Client - Start: 01/25/2012    Term Date: 12/31/2012

    Erben, Randall H.   (00013689)
    807 Brazos Suite 402 Austin, TX 78701
    Type of Compensation: Prospective
    $100,000 - $149,999.99
    Client - Start: 01/03/2012    Term Date: 12/31/2012

    Eschberger, Brenda   (00029854)
    919 Congress Avenue, Suite 950  Austin, TX 78701
    Type of Compensation: Paid
    Less Than $10,000.00
    Client - Start: 01/01/2012    Term Date: 12/31/2012

    Johnson, Michael J.   (00055885)
    919 Congress Avenue, Suite 950  Austin, TX 78701
    Type of Compensation: Paid
    $25,000 - $49,999.99
    Client - Start: 01/01/2012    Term Date: 12/31/2012

    Kelley, Russell T.   (00013737)
    919 Congress Avenue, Suite 950  Austin, TX 78701
    Type of Compensation: Paid
    $25,000 - $49,999.99
    Client - Start: 01/01/2012    Term Date: 12/31/2012

Kemptner, Sara   (00057952)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012


McGarah, Carol   (00051437)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
$25,000 - $49,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012


McGarry, Mignon   (00012905)
504 West 14th Street  Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/25/2012    Term Date: 12/31/2012


Somerville, Emily   (00066876)
807 Brazos Street Suite 402 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/03/2012    Term Date: 12/31/2012


Waldon, Barbara   (00057030)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012


Yarbrough, Brian G.   (00037475)
807 Brazos, Suite 402  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/03/2012    Term Date: 12/31/2012


**Raise Your Hand Texas**
**816 Congress Ave., Suite 990  Austin, TX 78701**


Ratliff, William R.   (00020737)
1103 So. Williams  Mt. Pleasant, TX 75455
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/09/2012    Term Date: 12/31/2012


**Ramirez, Marco**
**1815 Fairway Circle  Mission, TX 78572**


Berlanga, Hugo   (00019723)
28 Hewit Drive  Corpus Christi, TX 78404
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 08/24/2012    Term Date: 12/31/2012


**Range Production Company**
**100 Throckmorton, Suite 1200  Fort Worth, TX 76102**


Hosek, Chris   (00066901)
1122 Colorado, Suite 102  Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/10/2012    Term Date: 12/31/2012

**Rangers Baseball LLC**
**1000 Ballpark Way  Arlington, TX 76011**

  Howard, Jay   (00030094)
  823 Congress Suite 900 Austin, TX 78701
  Type of Compensation: Prospective
  $10,000 - $24,999.99
  Client - Start: 01/11/2012     Term Date: 12/31/2012

  Jones, Neal T. Jr.   (00013745)
  823 Congress Suite 900 Austin, TX 78701
  Type of Compensation: Prospective
  $10,000 - $24,999.99
  Client - Start: 01/11/2012     Term Date: 12/31/2012

**RaptorWare**
**P.O. Box 162925  Austin, TX 78716**

  Shields, Brad II   (00056074)
  208 West 14th St  Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 02/02/2012     Term Date: 12/31/2012

  Shields, Bradford T.   (00012135)
  P.O. Box 162925  Austin, TX 78716-2925
  Type of Compensation: Prospective
  $10,000 - $24,999.99
  Client - Start: 01/25/2012     Term Date: 12/31/2012

**Raymond James Financial Inc**
**880 Carillon Parkway  St Petersburg, FL 33716**

  Fisher, Walter   (00013441)
  919 Congress Suite 1500 Austin, TX 78701
  Type of Compensation: Prospective
  $50,000 - $99,999.99
  Client - Start: 01/20/2012     Term Date: 05/08/2012

**Raytheon**
**1100 Wilson Blvd.  Arlington, VT 22209**

  Chiodo, Dana S.   (00013187)
  1122 Colorado, Suite 106  Austin, TX 78701
  Type of Compensation: Prospective
  $25,000 - $49,999.99
  Client - Start: 01/31/2012     Term Date: 12/31/2012

**Read and Succeed LLC**
**8721 Santa Monica Blvd. #838  Los Angeles, CA 90069-4507**

  Delisi, Thomas   (00064063)
  823 Congress Suite 1000B Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/10/2012     Term Date: 07/10/2012

  Love, Jarod Alan   (00065256)
  823 Congress Suite 1000B Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/10/2012     Term Date: 07/10/2012

**Reagan National Advertising Inc.**
**7301 Burleson Rd.  Austin, TX 78744**

  Delisi, Deirdre  (00063963)
  823 Congress Ave. Ste. 1000B  Austin, TX 78701
  Type of Compensation: Prospective
  $10,000 - $24,999.99
  Client - Start: 06/11/2012    Term Date: 12/31/2012

  Delisi, Thomas  (00064063)
  823 Congress Suite 1000B Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 06/11/2012    Term Date: 12/31/2012

**Real Estate Probate and Trust Law Section of the Texas Bar Assn.**
**P.O. Box 12487  Austin, TX 78711**

  Hackney, Clint  (00012890)
  PO Box 163164  Austin, TX 78716
  Type of Compensation: Prospective
  $25,000 - $49,999.99
  Client - Start: 01/01/2012    Term Date: 12/31/2012

**Reckitt Benckiser Pharmaceuticals Inc.**
**10710 Midlothian Turnpike Suite 430  Richmond, VA 23235**

  Hoke, John G.  (00037830)
  23620 Youpon Lake Lane  Spring, TX 77373
  Type of Compensation: Paid
  $100,000 - $149,999.99
  Client - Start: 01/01/2012    Term Date: 12/31/2012

**Reckitt Benckiser Pharmaceuticals**
**23620 youpon Lake Lane  Spring, TX 77373**

  Cornyn, Haley  (00065594)
  823 Congress Suite 900 Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/11/2012    Term Date: 12/31/2012

  Jones, Marsha Malish  (00011722)
  823 Congress Suite 900 Austin, TX 78701
  Type of Compensation: Prospective
  $10,000 - $24,999.99
  Client - Start: 01/11/2012    Term Date: 12/31/2012

**Recording Industry Association of America**
**1025 F Street NW, 10th Floor  Washington, DC 20004**

  Valdez, Gerald A.  (00053423)
  P.O. Box 12031  Austin, TX 78711
  Type of Compensation: Prospective
  $25,000 - $49,999.99
  Client - Start: 01/01/2012    Term Date: 12/31/2012

**Recreational Off-Highway Vehicle Association**
**2 Jenner, Suite 150  Irvine, CA 92618-3806**

  Hardy, Richard G.   (00013463)
  700 Lavaca Street, Suite 1400  Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/31/2012    Term Date: 12/31/2012

**Recycling Council of Texas**
**P.O. Box 2115  Austin, TX 78768-2115**

  Cantella, Richard C.   (00054009)
  PO Box 684801  Austin, TX 78768
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/10/2012    Term Date: 12/31/2012

  Hosek, Chris   (00066901)
  1122 Colorado, Suite 102  Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/10/2012    Term Date: 12/31/2012

**Recycling Council of Texas**
**5785 East Houston Street  San Antonio, TX 78220**

  Pitts, John R.   (00037179)
  1122 Colorado Street, Suite 102  Austin, TX 78701
  Type of Compensation: Prospective
  $25,000 - $49,999.99
  Client - Start: 01/01/2012    Term Date: 12/31/2012

**Red Bluff Water and Power Control District**
**111 West Second Street  Pecos, TX 79772**

  Saunders, Robert Mitchell   (00020843)
  5230 West State Hwy 71  La Grange, TX 78945-5187
  Type of Compensation: Prospective
  $25,000 - $49,999.99
  Client - Start: 02/06/2012    Term Date: 12/31/2012

**Red River Groundwater Conservation District**
**P. O. Box 1214  Sherman, TX 75091-1214**

  Sledge, Brian L.   (00041086)
  816 Congress Avenue Suite 1900 Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/25/2012    Term Date: 12/31/2012

**Red River Redevelopment Authority**
**107 Chapel Lane  New Boston, TX 75570**

  Mays, Daniel Brookhart   (00057208)
  1220 Colorado Street, Suite 100  Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/30/2012    Term Date: 12/31/2012

```
McWilliams, Dean R.   (00039980)
1220 Colorado Street, Suite 100  Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/30/2012    Term Date: 12/31/2012
```

**Red Rock Financial Services**
**7251 Amigo Street Suite 100   Las Vegas, NV 89119**

```
 Brown, Jay P.   (00039172)
 1001 Congress Ave. Suite 400 Austin, TX 78701
 Type of Compensation: Paid
 Less Than $10,000.00
 Client - Start: 01/01/2012    Term Date: 12/31/2012

 Gibson, Machree Garrett   (00028312)
 1001 Congress Ave. Suite 400 Austin, TX 78701
 Type of Compensation: Paid
 Less Than $10,000.00
 Client - Start: 01/01/2012    Term Date: 12/31/2012

 Graydon, Galt   (00013173)
 1001 Congress Ave. Suite 400 Austin, TX 78701
 Type of Compensation: Paid
 Less Than $10,000.00
 Client - Start: 01/01/2012    Term Date: 12/31/2012

 Propes, Jay W.   (00014474)
 1001 Congress Ave. Suite 400 Austin, TX 78701
 Type of Compensation: Paid
 Less Than $10,000.00
 Client - Start: 01/01/2012    Term Date: 12/31/2012

 Swan, Shannon Lea   (00014744)
 1001 Congress Ave. Suite 400 Austin, TX 78701
 Type of Compensation: Paid
 Less Than $10,000.00
 Client - Start: 01/01/2012    Term Date: 12/31/2012
```

**Redflex Traffic Systems Inc.**
**23751 North 23rd Avenue, Suite #150   Phoenix, AZ 85085**

```
 Wied, Lauren A.   (00068693)
 P.O. Box 67  Austin, TX 78767
 Type of Compensation: Prospective
 $25,000 - $49,999.99
 Client - Start: 10/09/2012    Term Date: 12/31/2012

 Woodard, W. Shayne   (00028738)
 P.O. Box 67  Austin, TX 78767
 Type of Compensation: Prospective
 $25,000 - $49,999.99
 Client - Start: 01/05/2012    Term Date: 12/31/2012
```

**Reed Elsevier (Lexis-Nexis)**
**1150 18th Street NW Suite 600   Washington, DC 20036**

```
 Cooper, Kevin   (00059527)
 500 West 13th Street  Austin, TX 78701-1827
 Type of Compensation: Prospective
 $25,000 - $49,999.99
 Client - Start: 03/21/2012    Term Date: 12/31/2012
```

Ratliff, Robert Thomas   (00031723)
500 West 13th Street  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/17/2012    Term Date: 12/31/2012

**Reed Elsevier Inc.**
**1150 18th Street NW, Suite 600  Washington, DC 20036**

Culley, Robert D.   (00013616)
1315 Nueces Street  Austin, TX 78701
Type of Compensation: Paid
$50,000 - $99,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012

Haley, James W.   (00020345)
1315 Nueces Street  Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012

Polan, Kraege   (00013539)
1315 Nueces Street  Austin, TX 78701
Type of Compensation: Paid
$50,000 - $99,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012

**Reed Elsevier PLC**
**1150 18th Street NW, Suite 600  Washington, DC 20036**

Culley, Robert D.   (00013616)
1315 Nueces Street  Austin, TX 78701
Type of Compensation: Paid
$50,000 - $99,999.99
Client - Start: 01/17/2012    Term Date: 12/31/2012

Haley, James W.   (00020345)
1315 Nueces Street  Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012

Polan, Kraege   (00013539)
1315 Nueces Street  Austin, TX 78701
Type of Compensation: Paid
$50,000 - $99,999.99
Client - Start: 01/23/2012    Term Date: 12/31/2012

**Rees-Jones, Janice M.**
**5956 Sherry Lane, Suite 1500  Dallas, TX 75225**

Eschberger, Brenda   (00029854)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012

Johnson, Michael J.   (00055885)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012

Kelley, Russell T.    (00013737)
919 Congress Avenue, Suite 950   Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012


Kemptner, Sara    (00057952)
919 Congress Avenue, Suite 950   Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012


McGarah, Carol    (00051437)
919 Congress Avenue, Suite 950   Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012


Waldon, Barbara    (00057030)
919 Congress Avenue, Suite 950   Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012


**Rees-Jones, Trevor D.**
**5956 Sherry Lane, Suite 1500   Dallas, TX 75225**


Eschberger, Brenda    (00029854)
919 Congress Avenue, Suite 950   Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012


Johnson, Michael J.    (00055885)
919 Congress Avenue, Suite 950   Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012


Kelley, Russell T.    (00013737)
919 Congress Avenue, Suite 950   Austin, TX 78701
Type of Compensation: Paid
$25,000 - $49,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012


Kemptner, Sara    (00057952)
919 Congress Avenue, Suite 950   Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012


McGarah, Carol    (00051437)
919 Congress Avenue, Suite 950   Austin, TX 78701
Type of Compensation: Paid
$50,000 - $99,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012


Waldon, Barbara    (00057030)
919 Congress Avenue, Suite 950   Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012

**Reflective Medical Information Systems Inc.**
**266 Main Street Suite 39  Medfield, MA 02052**

  Schlueter, Stan    (00010198)
P. O. Box 2227  Austin, TX 78768
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/13/2012    Term Date: 12/31/2012

**Reflective Medical Information Systems, Inc.**
**266 Main Street Suite 39  Medfield, MA 02052**

  Schlueter, Stan    (00010198)
P. O. Box 2227  Austin, TX 78768
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 12/13/2012    Term Date: 12/31/2012

**Reflictive Medical Information Systems**
**266 Main  Street Suite 39  Medfield, MA 02052**

  Campbell, Ben    (00019797)
P.O.Box 91294  Austin, TX 78709-1294
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 02/06/2012    Term Date: 12/31/2012

**Refuge of Light**
**P.O. Box 132703  Tyler, TX 75713**

  Waldon, Barbara    (00057030)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012

**Regency Energy Partners**
**2001 Bryan Suite 3700  Dallas, TX 75201**

  Sander, Lindsay    (00054066)
3110 Norhill Blvd  Houston, TX 77009
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/29/2012    Term Date: 12/31/2012

**Regency Nursing & Rehabilitation Centers Inc**
**5605 N. Navarro, Suite 211  Victoria, TX 77904**

  Tonn, Larry L.    (00012292)
401 West 15th Street, Suite 870  Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012

**Regency**
**2001 Bryan Street Suite 3700  Dallas, TX 75201**

  Mann, James E.    (00013930)
Duggins Wren Mann & Romero, LLP 600 Congress Ave., Suite 1900 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 08/02/2012    Term Date: 12/31/2012

**Regent Care Center**
**2302 Post Office Road  Galveston, TX 77550**

  Tonn, Larry L.   (00012292)
  401 West 15th Street, Suite 870  Austin, TX 78701
  Type of Compensation: Prospective
  $25,000 - $49,999.99
  Client - Start: 01/01/2012    Term Date: 12/31/2012

**Regional Care Hospital Partners Inc.**
**103 Continental Place, Suite 200  Brentwood, TN 37027**

  Lewis, Gibson D.   (00013756)
  1504 San Antonio Street  Austin, TX 78701
  Type of Compensation: Paid
  $10,000 - $24,999.99
  Client - Start: 06/11/2012    Term Date: 12/31/2012

**Regional Care Hospital Partners, Inc.**
**103 Continental Place, Suite 200  Brentwood, TN 37027**

  Lewis, Gibson D.   (00013756)
  1504 San Antonio Street  Austin, TX 78701
  Type of Compensation: Paid
  $10,000 - $24,999.99
  Client - Start: 01/01/2012    Term Date: 12/31/2012

**RegionalCare Hospital Partners Inc.**
**103 Continental Place, Ste 200  Brentwood, TN 37027**

  Holzheauser, Steve G.   (00020370)
  1122 Colorado, Suite 220  Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 06/04/2012    Term Date: 12/31/2012

**RegionalCare Hospital Partners Inc**
**103 Continental Place, Ste 200  Brentwood, TN 37027**

  Franke, Wayne T.   (00012876)
  1504 San Antonio  Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 06/01/2012    Term Date: 12/31/2012

**RegionalCare Hospital Partners, Inc**
**103 Continental Place, Ste 200  Brentwood, TN 37027**

  Franke, Wayne T.   (00012876)
  1504 San Antonio  Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 12/28/2012    Term Date: 12/31/2012

**Regnier, Ted**
**3420 Executive Center Drive Suite 301  Austin, TX 78731-1626**

  Schwartz, A. R.   (00010150)
  1122 Colorado St., #2102  Austin, TX 78701
  Type of Compensation: Prospective
  $10,000 - $24,999.99
  Client - Start: 01/09/2012    Term Date: 12/31/2012

**Reinsurance Association of America**
**1445 New York Avenue NW, 7th Floor   Washington, DC 20005**

Perkins, Arthur V.   (00013729)
1000 Louisiana, Suite 3400   Houston, TX 77002-5011
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/19/2012    Term Date: 12/31/2012

Vane, Mark   (00037572)
600 Congress Avenue, Suite 3000   Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/19/2012    Term Date: 12/31/2012

Yelkin, Kimberly A.   (00013341)
600 Congress Avenue, Suite 3000   Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/18/2012    Term Date: 12/31/2012

**Reliant an NRG Company**
**P.O. Box 3765   Houston, TX 77253**

Midence Steen, Yuniedth   (00050583)
100 Congress Avenue Suite 300 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/04/2012    Term Date: 12/31/2012

Miller, Robert D.   (00029477)
600 Travis Suite 2800 Houston, TX 77002
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012

Pate, Gardner   (00060647)
100 Congress Suite 300 Austin, TX 78701-1042
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012

**Reliant Energy Retail Services LLC**
**1005 Congress Suite 1000   Austin, TX 78701**

Bertin, Suzanne L.   (00050817)
1005 Congress Avenue Suite 1000 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012

Corona, Constance Trimble   (00054169)
1005 Congress Avenue Suite 1000 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012

Koebele, Stephen P.   (00054021)
1108 Lavaca Street, Suite 110-484   Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012

Sams, Bryan    (00067094)
1005 Congress Suite 1000 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012

**Reliant Energy Retail Services LLC**
**1201 Fannin  Houston, TX 77002**

  Fisseler, Gene P.    (00035212)
1201 Fannin  Houston, TX 77002
Type of Compensation: Prospective
$150,000 - $199,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012

  Newell, Stephanie M.    (00010206)
1201 Fannin  Houston, TX 77002
Type of Compensation: Prospective
$150,000 - $199,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012

**Reliant Energy**
**P.O. Box 2286  Houston, TX 77252-2280**

  Johnson, John C. Jr.    (00013684)
1115 San Jacinto Blvd. Suite 275 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/05/2012    Term Date: 12/31/2012

**Renegade Swish**
**301 Commerce Street, Suite 3200  Fort Worth, TX 76102**

  Phillips, Thomas R.    (00062346)
98 San Jacinto Blvd. Suite 1500 Austin, TX 78701
Type of Compensation: Prospective
$150,000 - $199,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012

**Rent-A-Center Inc.**
**5501 Headquarters Drive  Plano, TX 75024**

  Perkins, Arthur V.    (00013729)
1000 Louisiana, Suite 3400  Houston, TX 77002-5011
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/19/2012    Term Date: 12/31/2012

  Vane, Mark    (00037572)
600 Congress Avenue, Suite 3000  Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/19/2012    Term Date: 12/31/2012

  Yelkin, Kimberly A.    (00013341)
600 Congress Avenue, Suite 3000  Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/18/2012    Term Date: 12/31/2012

**Republic National Distributing Company**
**1010 Isuzu Parkway   Grand Prairie, TX 75050**

Calcote, Mary Leslie   (00065141)
504 West 14th Street   Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/25/2012    Term Date: 12/31/2012

McGarry, Mignon   (00012905)
504 West 14th Street   Austin, TX 78701
Type of Compensation: Prospective
$150,000 - $199,999.99
Client - Start: 01/25/2012    Term Date: 12/31/2012

**Republic Services Inc.**
**18500 North Allied Way   Phoenix, AZ 85054**

Ing, Leigh   (00052911)
1307 Marshall Lane   Austin, TX 78703
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/03/2012    Term Date: 12/31/2012

**Republic Services Inc.**
**15880 N. Greenway Hayden Loop Suite 100   Scottsdale, AZ 85260**

Bentley, Matthew   (00068309)
1115 San Jacinto Blvd. Suite 275 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 03/15/2012    Term Date: 12/31/2012

Johnson, John C. Jr.   (00013684)
1115 San Jacinto Blvd. Suite 275 Austin, TX 78701
Type of Compensation: Prospective
$100,000 - $149,999.99
Client - Start: 01/05/2012    Term Date: 12/31/2012

**Republic Services**
**3424 FM 973  Del Valle, TX 78617**

Kuhn, Louis   (00065605)
3424 FM 973  Del Valle, TX 78617
Type of Compensation: Earned
Less Than $10,000.00
Client - Start: 01/03/2012    Term Date: 12/31/2012

**Republic Services**
**4542 SE Loop 410   San Antonio, TX 78222**

Rodriguez, Rudy   (00042017)
4310 Little Lane  San Antonio, TX 78229
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012

**Republic Underwriters Insurance Company**
**5525 LBJ Freeway  Dallas, TX 75240**

Lawson, Ronald W.  (00066817)
P. O. Box 809076  Dallas, TX 75380-9076
Type of Compensation: Prospective
$ 0.00
Client - Start: 09/07/2012    Term Date: 12/31/2012

**ResCare Inc.**
**9901 Linn Station Road  Louisville, KY 40223**

Garcia, Deidra C.  (00067053)
100 Congress Avenue, Suite 1100  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/30/2012    Term Date: 12/31/2012

Hutto, Kathy N.  (00013342)
100 Congress Avenue, Suite 1100  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/30/2012    Term Date: 12/31/2012

**ResCare, Inc.**
**9901 Linn Station Road  Louisville, KY 40223**

Garcia, Deidra C.  (00067053)
100 Congress Avenue, Suite 1100  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012

Hutto, Kathy N.  (00013342)
100 Congress Avenue, Suite 1100  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012

**ResCare**
**9901 Linn Station Rd.  Louisville, KY 40223**

Keel, Lara Laneri  (00042780)
919 Congress Avenue #1500  Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/09/2012    Term Date: 12/31/2012

**Rest Assured  LLC**
**2000 Greenbush Street  Lafayette, IN 47903-6449**

Garcia, Deidra C.  (00067053)
100 Congress Avenue, Suite 1100  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/30/2012    Term Date: 12/31/2012

Hutto, Kathy N.  (00013342)
100 Congress Avenue, Suite 1100  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/30/2012    Term Date: 12/31/2012

**Rest Assured, LLC**
**2000 Greenbush Street  Lafayette, IN 47903-6449**

  Garcia, Deidra C.  (00067053)
  100 Congress Avenue, Suite 1100  Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/01/2012    Term Date: 12/31/2012

  Hutto, Kathy N.  (00013342)
  100 Congress Avenue, Suite 1100  Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/01/2012    Term Date: 12/31/2012

**Reynolds American Inc.**
**P.O. Box 2959 401 North Main St.  Winston-Salem, NC 27102**

  McBride, Richard H.  (00055584)
  823 Congress Suite 1030 Austin, TX 78701-2462
  Type of Compensation: Prospective
  $25,000 - $49,999.99
  Client - Start: 01/25/2012    Term Date: 12/31/2012

**Reynolds Smith & Hills Inc.**
**8140 North MoPac Expressway West Park Building 2, Suite 100  Austin, TX 78751**

  McCartt, J.  (00050674)
  823 Congress Suite 900 Austin, TX 78701
  Type of Compensation: Prospective
  $10,000 - $24,999.99
  Client - Start: 04/05/2012    Term Date: 12/31/2012

  Pearson, Dan  (00030669)
  823 Congress Suite 900 Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 04/05/2012    Term Date: 12/31/2012

**Reznick Group**
**7501 Wisconsin Avenue  Bethesda, MD 20814-6583**

  Wright, Charles Eric  (00043672)
  919 Congress Avenue Suite  1100 Austin, TX 78701
  Type of Compensation: Prospective
  $50,000 - $99,999.99
  Client - Start: 02/29/2012    Term Date: 12/31/2012

**Rice University**
**6100 Main St. MS 610  Houston, TX 77005**

  Kennedy, Cory  (00061240)
  6100 Main Steet MS 610 Houston, TX 77005
  Type of Compensation: Paid
  $10,000 - $24,999.99
  Client - Start: 01/05/2012    Term Date: 12/31/2012

**Richard C. Strauss dba RCS Investments**
**8401 North Central Expressway, Suite 350  Dallas, TX 75225**

    Eschberger, Brenda   (00029854)
    919 Congress Avenue, Suite 950  Austin, TX 78701
    Type of Compensation: Paid
    Less Than $10,000.00
    Client - Start: 01/01/2012   Term Date: 12/31/2012

    Johnson, Michael J.   (00055885)
    919 Congress Avenue, Suite 950  Austin, TX 78701
    Type of Compensation: Paid
    Less Than $10,000.00
    Client - Start: 01/01/2012   Term Date: 12/31/2012

    Kelley, Russell T.   (00013737)
    919 Congress Avenue, Suite 950  Austin, TX 78701
    Type of Compensation: Paid
    Less Than $10,000.00
    Client - Start: 01/01/2012   Term Date: 12/31/2012

    Kemptner, Sara   (00057952)
    919 Congress Avenue, Suite 950  Austin, TX 78701
    Type of Compensation: Paid
    Less Than $10,000.00
    Client - Start: 01/01/2012   Term Date: 12/31/2012

    McGarah, Carol   (00051437)
    919 Congress Avenue, Suite 950  Austin, TX 78701
    Type of Compensation: Paid
    Less Than $10,000.00
    Client - Start: 01/01/2012   Term Date: 12/31/2012

    Waldon, Barbara   (00057030)
    919 Congress Avenue, Suite 950  Austin, TX 78701
    Type of Compensation: Paid
    Less Than $10,000.00
    Client - Start: 01/01/2012   Term Date: 12/31/2012

**Richard Milburn Academy Inc.**
**3460 Commission Court, Suite 200  Woodbridge, VA 22192**

    Pitts, John R.   (00037179)
    1122 Colorado Street, Suite 102  Austin, TX 78701
    Type of Compensation: Prospective
    $10,000 - $24,999.99
    Client - Start: 04/10/2012   Term Date: 12/31/2012

**Richard Milburn Academy, Inc.**
**3460 Commission Court, Suite 200  Woodbridge, VA 22192**

    Pitts, John R.   (00037179)
    1122 Colorado Street, Suite 102  Austin, TX 78701
    Type of Compensation: Prospective
    $10,000 - $24,999.99
    Client - Start: 01/01/2012   Term Date: 12/31/2012

**Richardson Stevedoring and Logistics Services Inc.**
**8500 Clinton Drive, Gate # 1   Houston, TX 77029**

  Floyd, Robert A.   (00013261)
  111 Congress Avenue, Suite 500   Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client – Start: 01/01/2012      Term Date: 12/31/2012

  Stewart, Jay B.   (00031234)
  111 Congress Avenue, Suite 500   Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client – Start: 01/01/2012      Term Date: 12/31/2012

**Richie & Gueringer P.C.**
**100 Congress Ave suite 1750   Austin, TX 78701**

  Heckmann, Kristian   (00041085)
  4305 Endcliffe  Austin, TX 78731
  Type of Compensation: Prospective
  $25,000 – $49,999.99
  Client – Start: 01/16/2012      Term Date: 12/31/2012

  Keener, Justin C.   (00039218)
  3616 Far West Blvd. Suite 117-299 Austin, TX 78731
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client – Start: 01/27/2012      Term Date: 12/31/2012

**Richie & Gueringer, P.C.**
**100 Congress Ave Suite 1750   Austin, TX 78701**

  Keener, Justin C.   (00039218)
  823 Congress Avenue Suite 630 Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client – Start: 01/01/2012      Term Date: 12/31/2012

**Ridgecrest Retirement Center**
**9311 San Pedro   San Antonio, TX 78216**

  Tonn, Larry L.   (00012292)
  401 West 15th Street, Suite 870   Austin, TX 78701
  Type of Compensation: Prospective
  $25,000 – $49,999.99
  Client – Start: 01/01/2012      Term Date: 12/31/2012

**Rio Grande Resources Corporation**
**P.O. Box 1000   Hobson, TX 78117**

  Blevins, Chesley N.   (00035894)
  100 Congress Avenue, Suite 1100  Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client – Start: 01/23/2012      Term Date: 12/31/2012

**Rio Grande Valley Development Pharmacy Association**
**1022 E. Griffin Parkway Suite 103  Mission, TX 78572**

  Ramirez, Rene A.   (00067982)
  612 Nolana Suite 415 McAllen, TX 78504
  Type of Compensation: Prospective
  $25,000 - $49,999.99
  Client - Start: 01/31/2012    Term Date: 12/31/2012

**Rio Grande Valley Sugar Growers Inc.**
**P.O. Box 459, 2 1/2 miles West Hwy 107  Santa Rosa, TX 78593-0459**

  Small, Ed   (00013732)
  100 Congress Avenue, Suite 1100  Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/23/2012    Term Date: 12/31/2012

**Rio Grande Valley Sugar Growers, Inc.**
**P.O. Box 459, 2 1/2 miles West Hwy 107  Santa Rosa, TX 78593-0459**

  Small, Ed   (00013732)
  100 Congress Avenue, Suite 1100  Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/01/2012    Term Date: 12/31/2012

**Risk Specialists Companies Insurance Agency Inc.**
**100 Summer Street  Boston, MA 02110**

  Beaird, Nanette K.   (00024924)
  600 Congress Avenue, Suite 3000  Austin, TX 78701
  Type of Compensation: Prospective
  $10,000 - $24,999.99
  Client - Start: 01/18/2012    Term Date: 12/31/2012

  Vane, Mark   (00037572)
  600 Congress Avenue, Suite 3000  Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/19/2012    Term Date: 12/31/2012

  Yelkin, Kimberly A.   (00013341)
  600 Congress Avenue, Suite 3000  Austin, TX 78701
  Type of Compensation: Prospective
  $50,000 - $99,999.99
  Client - Start: 01/18/2012    Term Date: 12/31/2012

**Rite of Passage Inc.**
**2560 Business Pkwy. Ste. A  Minden, NV 89423**

  Cantella, Richard C.   (00054009)
  PO Box 684801  Austin, TX 78768
  Type of Compensation: Prospective
  $25,000 - $49,999.99
  Client - Start: 01/10/2012    Term Date: 12/31/2012

  James, Nick   (00060971)
  1122 Colorado St. Suite 102 Austin, TX 78701-2166
  Type of Compensation: Prospective
  $10,000 - $24,999.99
  Client - Start: 01/30/2012    Term Date: 12/31/2012

Pitts, John R.   (00037179)
1122 Colorado Street, Suite 102   Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/26/2012   Term Date: 12/31/2012

**Rite of Passage, Inc.**
**2560 Business Parkway, Suite A   Minden, NV 89423**

Pitts, John R.   (00037179)
1122 Colorado Street, Suite 102   Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/01/2012   Term Date: 12/31/2012

**Rivada Networks**
**7899 Lexington Drive   Colorado Springs, CO 80920**

Sullivan, Raymond C.   (00053484)
919 Congress Avenue, #1500   Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 09/18/2012   Term Date: 12/31/2012

**Riverstone Holdings LLC**
**1000 Louisiana, Suite 1000   Houston, TX 77002**

Valdez, Gerald A.   (00053423)
P.O. Box 12031   Austin, TX 78711
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2012   Term Date: 12/31/2012

**Robert W. Strauser Consulting**
**1005 Congress Avenue Suite 1040   Austin, TX 78701**

Strauser, Robert   (00011294)
1005 Congress Suite 1040 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/01/2012   Term Date: 12/31/2012

**Roche Diagnostics Corp.**
**9115 Hague Road   Indianapolis, IN 46250**

Cornyn, Haley   (00065594)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/11/2012   Term Date: 10/08/2012

Jones, Marsha Malish   (00011722)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/11/2012   Term Date: 10/08/2012

Samuels, Marc   (00035050)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/11/2012   Term Date: 10/08/2012

**Roche Diagnostics Corporation**
**9115 Hague Road P.O. Box 50457   Indianapolis, IN 46250**

   Irwin, Joyce   (00060737)
   P.O. Box 50457  Indianapolis, IN 46250
   Type of Compensation: Prospective
   Less Than $10,000.00
   Client - Start: 01/01/2012    Term Date: 09/28/2012

**Rock House Support Services Inc.**
**3800 Suncrest Ave  Midland, TX 79707**

   Rudd, Jim D.   (00020739)
   PO Box 684567  Austin, TX 78768-4567
   Type of Compensation: Prospective
   $10,000 - $24,999.99
   Client - Start: 01/06/2012    Term Date: 12/31/2012

   Rudd, Tyler J.   (00050755)
   208 W. 14th St  Austin, TX 78701
   Type of Compensation: Prospective
   $10,000 - $24,999.99
   Client - Start: 01/09/2012    Term Date: 12/31/2012

**RocketBall Ltd.**
**1510 Polk Street  Houston, TX 77002-1099**

   Miller, William J.   (00033567)
   823 Congress Suite 900 Austin, TX 78701
   Type of Compensation: Prospective
   $10,000 - $24,999.99
   Client - Start: 04/25/2012    Term Date: 12/31/2012

**Rodriguez, Marc**
**1122 Colorado, Suite 2399  Austin, TX 78701**

   Courreges, Erin   (00061088)
   1122 Colorado, Suite 2399  Austin, TX 78701
   Type of Compensation: Prospective
   $50,000 - $99,999.99
   Client - Start: 01/05/2012    Term Date: 12/31/2012

**Roland Leal Consulting**
**431 Logan Ranch Road  Georgetown, TX 78628**

   Kenderdine, Marshall   (00052954)
   P.O. Box 12362  Austin, TX 78711
   Type of Compensation: Prospective
   $25,000 - $49,999.99
   Client - Start: 02/07/2012    Term Date: 12/31/2012

**Rolling Plains Groundwater Conservation District**
**P.O. Box 717  Munday, TX 76371**

   Sledge, Brian L.   (00041086)
   816 Congress Avenue Suite 1900 Austin, TX 78701
   Type of Compensation: Prospective
   Less Than $10,000.00
   Client - Start: 01/25/2012    Term Date: 12/31/2012

**Ron Jon GP Inc. and Cherryville GP Inc.**
**10127 Tate Lane  Frisco, TX 75034**

Collins, Sharlene N.   (00012869)
100 Congress Avenue Suite 1300 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012   Term Date: 12/31/2012

**Ron Lewis & Associates**
**919 Congress Avenue Suite 1030  Austin, TX 78701**

DeNike, Sarah   (00067152)
919 Congress Avenue Suite 1030 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/26/2012   Term Date: 12/31/2012

Fickessen, Debbie   (00053629)
919 Congress Avenue Suite 1030 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/26/2012   Term Date: 12/31/2012

**Ron Lewis and Associates**
**919 Congress Ave. Suite 1030  Austin, TX 78701**

Borskey, Mark D.   (00060125)
919 Congress Avenue Suite 1030 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/04/2012   Term Date: 12/31/2012

**Ron Lewis & Associates**
**919 Congress Avenue Suite 1030  Austin, TX 78701**

Fickessen, Jack R.   (00013556)
PO BOX 164341  AUSTIN, TX 78716
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/30/2012   Term Date: 12/31/2012

**Roofing Contractors Association of Texas**
**15901 Central Commerce, Suite 204  Pflugerville, TX 78660**

Koebele, Stephen P.   (00054021)
1108 Lavaca Street, Suite 110-484  Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/01/2012   Term Date: 12/31/2012

Posey, C. Jake   (00059916)
P.O. Box 685076  Austin, TX 78768
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/01/2012   Term Date: 12/31/2012

**Rough Hollow Development Ltd.**
**2101 Lakeway Blvd. Suite 205  Austin, TX 78734**

  Bartram, John W.   (00054211)
  100 Congress Avenue Suite 1300 Austin, TX 78701
  Type of Compensation: Paid
  Less Than $10,000.00
  Client - Start: 01/01/2012    Term Date: 12/31/2012

  Brooks Littlefield, Sue   (00012866)
  100 Congress Avenue Suite 1300 Austin, TX 78701
  Type of Compensation: Paid
  Less Than $10,000.00
  Client - Start: 01/01/2012    Term Date: 12/31/2012

**RPOA Texas Outreach**
**900 NE Loop 410, # 311-D  San Antonio, TX 78209**

  Lewis, Gibson D.   (00013756)
  1504 San Antonio Street  Austin, TX 78701
  Type of Compensation: Paid
  Less Than $10,000.00
  Client - Start: 01/01/2012    Term Date: 12/31/2012

  Mitchell, Deborah B.   (00014904)
  1504 San Antonio Street  Austin, TX 78701
  Type of Compensation: Paid
  Less Than $10,000.00
  Client - Start: 01/17/2012    Term Date: 12/31/2012

**RREEF AMERICAS LLC**
**101 CALIFORNIA STREET   SAN FRANCISCO, CA 94111**

  Wohlleb, Elizabeth   (00067684)
  875 N MICHIGAN AVE 41 ST FLOOR CHICAGO, IL 60611
  Type of Compensation: Paid
  Less Than $10,000.00
  Client - Start: 01/01/2012    Term Date: 12/31/2012

**Runnells, Clive**
**PO Box 22738  Houston, TX 77227**

  Pitts, John R.   (00037179)
  1122 Colorado Street, Suite 102  Austin, TX 78701
  Type of Compensation: Prospective
  $10,000 - $24,999.99
  Client - Start: 01/01/2012    Term Date: 12/31/2012

**Runnels, Clive**
**P.O. Box 22738  Houston, TX 77227**

  Cantella, Richard C.   (00054009)
  PO Box 684801  Austin, TX 78768
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/10/2012    Term Date: 12/31/2012

**Rush Administrative Services Inc.**
**555 IH-35 South, Suite 500   New Braunfels, TX 78130**

Graves, Annette   (00068724)
1220 Colorado Street, Suite 100   Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 11/13/2012    Term Date: 12/31/2012

McWilliams, Andrea   (00033593)
1220 Colorado Street, Suite 100   Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/30/2012    Term Date: 12/31/2012

McWilliams, Dean R.   (00039980)
1220 Colorado Street, Suite 100   Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/30/2012    Term Date: 12/31/2012

**Rusty's Flying Service**
**732 CR 312  DhHanis, TX 78850**

Shields, Christopher S.   (00013799)
1005 Congress Avenue Suite 480 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 07/31/2012    Term Date: 12/31/2012

Shields, Susan Galloway   (00061241)
1005 Congress Avenue Suite 480 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 07/31/2012    Term Date: 12/31/2012

**Ryan Inc.**
**13155 Noel Road, Suite 100   Dallas, TX 75240-5090**

Ball, John B.   (00068098)
1220 Colorado Street, Suite 100   Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/30/2012    Term Date: 09/10/2012

Bingham, Alfred L. Jr.   (00066782)
1220 Colorado Street, Suite 100   Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/30/2012    Term Date: 12/31/2012

Graves, Annette   (00068724)
1220 Colorado Street, Suite 100   Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 11/13/2012    Term Date: 12/31/2012

McWilliams, Andrea   (00033593)
1220 Colorado Street, Suite 100   Austin, TX 78701
Type of Compensation: Prospective
$100,000 - $149,999.99
Client - Start: 01/30/2012    Term Date: 12/31/2012

Shields, Christopher S.    (00013799)
1005 Congress Avenue Suite 480 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/02/2012    Term Date: 12/31/2012

**Ryan LLC**
**13155 Noel Road Suite 100  Dallas, TX 75240**

 Barton, Karey W.   (00057236)
 100 Congress Avenue Suite 1900 Austin, TX 78701
 Type of Compensation: Prospective
 $50,000 - $99,999.99
 Client - Start: 02/02/2012    Term Date: 12/31/2012

 Bittick, Susan Traylor   (00060917)
 100 Congress Avenue Suite 1900 Austin, TX 78701
 Type of Compensation: Prospective
 $50,000 - $99,999.99
 Client - Start: 02/02/2012    Term Date: 12/31/2012

 Christian, Adina Harrell   (00068466)
 100 Congress Avenue Suite 1900 Austin, TX 78701
 Type of Compensation: Prospective
 $50,000 - $99,999.99
 Client - Start: 04/25/2012    Term Date: 12/31/2012

 Eads, James R. Jr.   (00060918)
 100 Congress Avenue Suite 1900 Austin, TX 78701
 Type of Compensation: Prospective
 $50,000 - $99,999.99
 Client - Start: 02/03/2012    Term Date: 12/31/2012

 Gibson, Benjamin Bruce   (00020093)
 100 Congress Avenue Suite 1900 Austin, TX 78701
 Type of Compensation: Prospective
 $50,000 - $99,999.99
 Client - Start: 02/02/2012    Term Date: 12/31/2012

 Ryan, G. Brint   (00059539)
 13155 Noel Road Suite 100 Dallas, TX 75240
 Type of Compensation: Prospective
 $50,000 - $99,999.99
 Client - Start: 02/02/2012    Term Date: 12/31/2012

**Ryan**
**Three Galleria Tower 13155 Noel Road  Dallas, TX 75240-5090**

 Howden, Robert S.   (00013306)
 Type of Compensation: Prospective
 $50,000 - $99,999.99
 Client - Start: 01/30/2012    Term Date: 08/18/2012

**Ryder Services Inc.**
**11690 NW 105th Street  Miami, FL 33178-1103**

 Seales, Terri   (00013667)
 1122 Colorado Street Suite 208 Austin, TX 78701
 Type of Compensation: Prospective
 $10,000 - $24,999.99
 Client - Start: 03/20/2012    Term Date: 12/31/2012

**Ryder Services, Inc.**
**11690 NW 105th Street   Miami, FL 33178-1103**

  Seales, Terri   (00013667)
  1122 Colorado Street Suite 208 Austin, TX 78701
  Type of Compensation: Prospective
  $10,000 - $24,999.99
  Client - Start: 12/27/2012    Term Date: 12/31/2012

**Ryder System Inc.**
**11690 NW 105th Street   Miami, FL 33178-1103**

  Saitas, Jeffrey Anthony   (00038798)
  1122 Colorado Street Suite 208 Austin, TX 78701
  Type of Compensation: Prospective
  $10,000 - $24,999.99
  Client - Start: 03/19/2012    Term Date: 12/31/2012

**S & Shale LLC**
**4623 North Grandview Drive   Peoria Heights, IL 61616**

  Arnold, Jay   (00065253)
  815A Brazos St., PMB 545   Austin, TX 78701
  Type of Compensation: Prospective
  $10,000 - $24,999.99
  Client - Start: 12/10/2012    Term Date: 12/31/2012

  Arnold, Jim   (00039050)
  815A Brazos St., PMB 545   Austin, TX 78701
  Type of Compensation: Prospective
  $10,000 - $24,999.99
  Client - Start: 12/10/2012    Term Date: 12/31/2012

**S. R. Campbell Properties Inc.**
**1210 East Tyler   Harlingen, TX 78550**

  Rice, Chuck Jr.   (00013547)
  PO BOX 2154   AUSTIN, TX 78768-2154
  Type of Compensation: Prospective
  $10,000 - $24,999.99
  Client - Start: 01/31/2012    Term Date: 12/31/2012

**S2A Development Consulting LLC**
**1305 East 6th Suite 12   Austin, TX 78702**

  Warner, Michael J.   (00050826)
  P.O. Box 92167  Austin, TX 78709
  Type of Compensation: Prospective
  $25,000 - $49,999.99
  Client - Start: 03/11/2012    Term Date: 12/31/2012

**S2Tech**
**400 Chesterfield Center Suite 150   Chesterfield, MO 63017**

  Arnold, Gordon D. Jr.   (00013682)
  1122 Colorado Street Suite 220 Austin, TX 78701
  Type of Compensation: Prospective
  $10,000 - $24,999.99
  Client - Start: 01/05/2012    Term Date: 12/31/2012

**Sabine River Authority**
**PO Box 579  Orange, TX 77631**

Booth Ahrens & Werkenthin PC  (00053687)
515 Congress Ave., Ste 1515  Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/09/2012    Term Date: 12/31/2012

Booth, Michael J.  (00017760)
515 Congress Ave.. Ste 1515  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/09/2012    Term Date: 12/31/2012

Fickessen, Jack R.  (00013556)
PO BOX 164341  AUSTIN, TX 78716
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/30/2012    Term Date: 12/31/2012

Galloway, Wil  (00026138)
515 Congress Ave., Ste 1515  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/10/2012    Term Date: 12/31/2012

Lewis, Ron E.  (00020172)
919 Congress Avenue Suite 1030 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/26/2012    Term Date: 12/31/2012

**Safelite AutoGlass**
**2400 Farmers Drive  Columbus, OH 43235**

Meroney, Mike  (00050806)
1402 Nueces Street  Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 02/11/2012    Term Date: 12/31/2012

**SAFT**
**13575 Waterworks Street  Jacksonville, FL 32221-2215**

King, Robert J.  (00014900)
515 Congress Avenue Suite 1510 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/12/2012    Term Date: 12/31/2012

McClellan, Suzi Ray  (00031497)
515 Congress Ave. Ste. 1510  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/12/2012    Term Date: 12/31/2012

**sagebrush solutions**
**15820 Addison Rd  Addison, TX**

Hymel, Ray   (00056767)
PO Box 90561  Austin, TX 78709-0561
Type of Compensation: Prospective
$ 0.00
Client - Start: 06/06/2012    Term Date: 12/31/2012

**sagebrush solutions**
**15820 addison rd.  dallas, TX**

Hymel, Ray   (00056767)
PO Box 90561  Austin, TX 78709-0561
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 06/06/2012    Term Date: 12/31/2012

**Saint Andrew's Episcopal School**
**5901 Southwest Parkway  Austin, TX 78735**

Erben, Randall H.   (00013689)
807 Brazos Suite 402 Austin, TX 78701
Type of Compensation: Prospective
$ 0.00
Client - Start: 12/06/2012    Term Date: 12/31/2012

**Sam Houston Race Park Ltd.**
**7575 N. Sam Houston Parkway W  Houston, TX 77064-3417**

Toomey, Michael   (00013686)
919 Congress Avenue, #1500  Austin, TX 78701
Type of Compensation: Prospective
$100,000 - $149,999.99
Client - Start: 01/24/2012    Term Date: 12/31/2012

**Sam Houston Race Park LTD**
**7575 North Sam Houston Parkway W  Houston, TX 77064**

Oldham, Phillip G.   (00034833)
111 Congress Avenue Suite 1700 Austin, TX 78701
Type of Compensation: Prospective
$100,000 - $149,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012

**Sam Houston Race Park**
**7575 North Sam Houston Parkway West  Houston, TX 77064**

Beggs, April   (00056213)
300 West 6th Street, Suite 2050  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 03/12/2012

Brown, Sabrina Thomas   (00038968)
1220 Colorado Suite 220 Austin, TX 78701
Type of Compensation: Prospective
$100,000 - $149,999.99
Client - Start: 01/05/2012    Term Date: 12/31/2012

```
Martinez, Mario A.  (00013891)
1122 Colorado Street, Suite 208  Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012


McDaniel, Demetrius  (00013335)
300 West 6th Street, Suite 2050  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 03/12/2012


Young, Andrea  (00066262)
7575 N. Sam Houston Pkwy W.  Houston, TX 77064
Type of Compensation: Prospective
$100,000 - $149,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012
```

**Sam Kane Beef Processors Inc.**
**P.O. Box 9254  Corpus Christi, TX 78469**

```
Saitas, Jeffrey Anthony  (00038798)
1122 Colorado Street Suite 208 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012


Seales, Terri  (00013667)
1122 Colorado Street Suite 208 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012
```

**Sam Kane Beef Processors, Inc.**
**P.O. Box 9254  Corpus Christi, TX 78469**

```
Seales, Terri  (00013667)
1122 Colorado Street Suite 208 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 12/27/2012    Term Date: 12/31/2012
```

**San Antonio Board of REALTORS**
**9110 IH 10 West, Suite 1  San Antonio, TX 78230-3112**

```
Locke, Robyn G.  (00054016)
9110 IH 10 West, Suite 1  San Antonio, TX 78230-3112
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 11/23/2012


Weiland, Tyler S.  (00068543)
9110 West IH 10, Suite 1  San Antonio, TX 78230-3112
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 06/19/2012    Term Date: 12/31/2012
```

**San Antonio ISD**
**141 Lavaca   San Antonio, TX 78210**

De Leon, Marty   (00050569)
8604 Melshire Drive  Austin, TX 78757
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012

**San Antonio Mobility Coalition Inc.**
**13526 George Road #107   San Antonio, TX 78230**

Boyer, Victor   (00059189)
13526 George Road #107   San Antonio, TX 78230
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/03/2012    Term Date: 12/31/2012

Shields, Christopher S.   (00013799)
1005 Congress Avenue Suite 480 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/02/2012    Term Date: 12/31/2012

Shields, Susan Galloway   (00061241)
1005 Congress Avenue Suite 480 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/02/2012    Term Date: 12/31/2012

**San Antonio River Authority**
**100 East Guenther Street   San Antonio, TX 78204**

Beinke, Allen Penn Jr.   (00031097)
611 South Congress Avenue, Suite 340   Austin, TX 78704
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012

Leggett, Kimberly   (00066903)
2314 Westoak Drive  Austin, TX 78704
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/01/2012    Term Date: 02/01/2012

McCarthy, Edmond R. Jr.   (00014857)
711 W. 7th Street  Austin, TX 78701-2785
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 06/25/2012    Term Date: 12/31/2012

**San Antonio Sports**
**100 Montana   San Antonio, TX 78283**

Shields, Christopher S.   (00013799)
1005 Congress Avenue Suite 480 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/02/2012    Term Date: 12/31/2012

Shields, Susan Galloway   (00061241)
1005 Congress Avenue Suite 480 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/02/2012   Term Date: 12/31/2012

**San Antonio Water System**
**P.O. Box 2449  San Antonio, TX 78298**

  Brown, J. E. Buster   (00019849)
  P.O. Box 426  Austin, TX 78767
  Type of Compensation: Prospective
  $50,000 - $99,999.99
  Client - Start: 01/01/2012   Term Date: 12/31/2012

**San Antonio Water Systems**
**P. O. Box 2449  San Antonio, TX 78298**

  Rodriguez, Marc A.   (00027635)
  1122 Colorado St., Suite 2399  Austin, TX 78701
  Type of Compensation: Prospective
  $50,000 - $99,999.99
  Client - Start: 01/05/2012   Term Date: 12/31/2012

**San Jacinto River Authority**
**P. O. Box 329  Conroe, TX 77305**

  Howard, Jay   (00030094)
  823 Congress Suite 900 Austin, TX 78701
  Type of Compensation: Prospective
  $25,000 - $49,999.99
  Client - Start: 01/11/2012   Term Date: 12/31/2012

  Pearson, Dan   (00030669)
  823 Congress Suite 900 Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/11/2012   Term Date: 12/31/2012

  Rochelle, Martin C.   (00053106)
  816 Congress Avenue Suite 1900 Austin, TX 78701
  Type of Compensation: Prospective
  $10,000 - $24,999.99
  Client - Start: 01/06/2012   Term Date: 12/31/2012

**San Marcos Texas City of**
**630 East Hopkins Street  San Marcos, TX 78664**

  Aguirre, Valeria   (00065289)
  401  Congress Avenue Suite 2100 Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/30/2012   Term Date: 09/05/2012

  Ashley, S. Price   (00067095)
  401 Congress Avenue Suite 2100 Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 09/14/2012   Term Date: 12/31/2012

```
Carter, Janis L.   (00039065)
401 Congress Avenue Suite 2100 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/30/2012    Term Date: 12/31/2012

Moss, Rebecca G.   (00065258)
401 Congress Avenue Suite 2100 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/30/2012    Term Date: 12/31/2012
```

**Sandata**
**26 Harbor Park Drive  Port Washington, NY 11050**

```
Bollinger, Paul David   (00035213)
823 Congress Suite 1000B Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/10/2012    Term Date: 12/31/2012

Delisi, Dianne W.   (00021123)
823 Congress Suite 1000B Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/10/2012    Term Date: 12/31/2012

Delisi, Thomas   (00064063)
823 Congress Suite 1000B Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/10/2012    Term Date: 12/31/2012

Vasek, Heather N.   (00035475)
823 Congress Suite 1000B Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/10/2012    Term Date: 12/31/2012
```

**Sandie's PACk**
**1212 Guadalupe Suite 305  Austin, TX 78701**

```
Haverlah, Sandra   (00017632)
1212 Guadalupe Suite 305 Austin, TX 78701
Type of Compensation: Prospective
$ 0.00
Client - Start: 03/27/2012    Term Date: 12/31/2012
```

**Sandlot LLC**
**1701 River Run, Suite 201  Fort Worth, TX 76107**

```
Calcote, Mary Leslie   (00065141)
504 West 14th Street  Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/25/2012    Term Date: 02/10/2012

McGarry, Mignon   (00012905)
504 West 14th Street  Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/25/2012    Term Date: 02/10/2012
```

**Sanford Kuhl Hagan Kugle Parker Kahn LLP**
**1980 Post Oak Boulevard Suite 1380  Houston, TX 77056**

  Booth, Brittney  (00067206)
1980 Post Oak Boulevard Suite 1380 Houston, TX 77056
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/03/2012    Term Date: 12/31/2012

  Kuhl, P. John Jr.  (00013743)
1980 Post Oak Boulevard Suite 1380 Houston, TX 77056
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/03/2012    Term Date: 12/31/2012

  Sanford, Marion  (00013727)
1980 Post Oak Boulevard Suite 1380 Houston, TX 77056
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/03/2012    Term Date: 12/31/2012

**sanofi-aventis**
**55 Corporate Drive  Bridgewater, NJ 08807**

  Peeler, William Robert Jr.  (00060695)
816 Congress Avenue, Suite 1120  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/31/2012    Term Date: 12/31/2012

  Urrabazo, John P.  (00053487)
816 Congress Avenue, Suite 1120  Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/31/2012    Term Date: 12/31/2012

  Waldrop, Rebecca  (00053420)
5501 A Balcones Drive #218 Austin, TX 78731
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012

**Santa Fe Automobile Insurnace Company**
**12702 Gamma Road  Dallas, TX 75244**

  Courreges, David Carl  (00061162)
901 S. Mopac Expressway Barton Oaks Plaza V, Suite 230 Austin, TX 78746
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/10/2012    Term Date: 03/15/2012

**Sante Rehabilitation L.P.**
**3010 Gaylord Parkway #240  Frisco, TX 75034**

  Knaupe, Gregg W.  (00043033)
919 Congress Avenue, Suite 1100  Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/13/2012    Term Date: 12/31/2012

**Santos Global Inc**
**1001 Congress Avenue Suite 100  Austin, TX 78701**

Gonzalez, Luis E.   (00058221)
1001 Congress Avenue Suite 100 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 04/05/2012    Term Date: 08/31/2012

Santos, Frank R.   (00011331)
1001 Congress Avenue Suite 100 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 04/05/2012    Term Date: 12/31/2012

Sepulveda, Gabriel G.   (00068572)
1001 Congress Avenue Suite 100 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 07/06/2012    Term Date: 12/31/2012

Zeidman, Cara Rosenthal   (00068459)
1001 Congress Avenue Suite 100 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 06/15/2012    Term Date: 12/31/2012

**SAP America Inc.**
**3999 West Chester Pike  Newton Square, PA 19073**

Beard, Amy C.   (00061114)
919 Congress Ave. Suite 1400 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012

Cammack, Kerry N.   (00022250)
919 Congress Avenue, Suite 1400  Austin, TX 78701
Type of Compensation: Prospective
$150,000 - $199,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012

Griego, Sylvia R.   (00067201)
919 Congress Ave Suite 1400 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012

**SAS Institute Inc.**
**SAS Campus Drive  Cary, NC 27513**

Glenn, Eric   (00038847)
1122 Colorado, Suite 200  Austin, TX 78701
Type of Compensation: Prospective
$ 0.00
Client - Start: 08/02/2012    Term Date: 12/31/2012

Schlueter, Randy   (00035173)
P. O. Box 2227  Austin, TX 78768
Type of Compensation: Prospective
$ 0.00
Client - Start: 08/02/2012    Term Date: 12/31/2012

```
  Schlueter, Stan   (00010198)
  P. O. Box 2227  Austin, TX 78768
  Type of Compensation: Prospective
  $100,000 - $149,999.99
  Client - Start: 08/02/2012    Term Date: 12/31/2012
```

**SAS Institute, Inc.**
**SAS Campus Drive  Cary, NC 27513**

```
  Schlueter, Stan   (00010198)
  P. O. Box 2227  Austin, TX 78768
  Type of Compensation: Prospective
  $100,000 - $149,999.99
  Client - Start: 12/13/2012    Term Date: 12/31/2012
```

**SAS Institute**
**SAS Campus Drive  Cary, NC 27513**

```
  Wright, Charles Eric   (00043672)
  919 Congress Avenue Suite  1100 Austin, TX 78701
  Type of Compensation: Prospective
  $50,000 - $99,999.99
  Client - Start: 01/16/2012    Term Date: 12/31/2012
```

**Sava Senior Care LLC**
**c/o Kent Sullivan (Sutherland Asbill) 701 Brazos Street, Suite 970  Austin, TX 78701**

```
  Britton, Chris   (00066022)
  1001 Congress Avenue Suite 350 Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/25/2012    Term Date: 12/31/2012
```

**SavaSeniorCare LLC**
**One Ravina Drive Suite 1500  Atlanta, GA 30346-2115**

```
  Jones, Neal T. Jr.   (00013745)
  823 Congress Suite 900 Austin, TX 78701
  Type of Compensation: Prospective
  $25,000 - $49,999.99
  Client - Start: 01/11/2012    Term Date: 12/31/2012

  Luna, Vilma   (00020272)
  823 Congress Suite 900 Austin, TX 78701
  Type of Compensation: Prospective
  $50,000 - $99,999.99
  Client - Start: 01/11/2012    Term Date: 12/31/2012
```

**Save Historic Shelby Association**
**9575 FM 389  Fayetteville, TX 78940**

```
  Gilmore, Scott E.   (00056410)
  1301 Nueces Street Suite 200 Austin, TX 78701
  Type of Compensation: Prospective
  $50,000 - $99,999.99
  Client - Start: 09/13/2012    Term Date: 12/31/2012
```

**Save Historic Shelby**
**9575 FM 389  Fayetteville, TX 78940**

```
Heckler, Jeffrey E.   (00040150)
1301 Nueces Street Suite 200 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 10/12/2012    Term Date: 12/31/2012
```

**Schaller Anderson an Aetna Company**
**4645 E. Cotton Center Blvd, Bldg. 1 Suite 200  Phoenix, AZ 85040**

```
Gilbert, Don A.   (00030056)
401 West 15th Street, Suite 870  Austin, TX 78701
Type of Compensation: Prospective
$100,000 - $149,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012
```

**Schering Corporation**
**2000 Galloping Hill Road  Kenilworth, NJ 07033-1310**

```
Strama, Keith   (00050591)
400 West 15th Street #1450  Austin, TX 78701-1612
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/04/2012    Term Date: 12/31/2012
```

**Schertz-Seguin Local Government Corporation**
**PO Box 833  Seguin, TX 78156-0833**

```
Fickessen, Jack R.   (00013556)
PO BOX 164341  AUSTIN, TX 78716
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/30/2012    Term Date: 12/31/2012

Phenix, William G.   (00050597)
PO Box 684551  Austin, TX 78768-4551
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 11/30/2012    Term Date: 12/31/2012
```

**Schmidt, Walker**
**1105 Simmons Avenue  Jourdanton, TX 78026**

```
Berlanga, Hugo   (00019723)
28 Hewit Drive  Corpus Christi, TX 78404
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 09/20/2012    Term Date: 12/31/2012
```

**Schneider Electric Inc.**
**1415 S. Roselle Road  Palatine, IL 60067**

```
Evans, Charles W.   (00012309)
P. O. Box 1864  Austin, TX 78767
Type of Compensation: Paid
$25,000 - $49,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012
```

**Schwertner Farms Inc.**
**P.O. Box 1  Schwertner, TX 76573**

  Johnson, John C. Jr.    (00013684)
  1115 San Jacinto Blvd. Suite 275 Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/05/2012    Term Date: 12/31/2012

**SCI Management Corporation**
**P. O. Box 130548  Houston, TX 77219**

  Bicameral Consultants, Inc.    (00010498)
  11003 Onion Creek Court  Austin, TX 78747
  Type of Compensation: Prospective
  $50,000 - $99,999.99
  Client - Start: 01/01/2012    Term Date: 12/31/2012

**Science Applications International Corporation (SAIC) Inc.**
**1710 SAIC Drive  McLean, VA 22102**

  Erskine, Candis B.    (00035590)
  4304 Green Cliffs  Austin, TX 78746
  Type of Compensation: Prospective
  $ 0.00
  Client - Start: 08/13/2012    Term Date: 12/31/2012

  Erskine, John M. Jr.    (00012969)
  111 Congress Avenue, Suite 900  Austin, TX 78701
  Type of Compensation: Prospective
  $25,000 - $49,999.99
  Client - Start: 08/13/2012    Term Date: 12/31/2012

  Ford, Victoria C.    (00060035)
  111 Congress Avenue, Suite 900  Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 08/13/2012    Term Date: 12/31/2012

  Leo, Myra    (00034631)
  111 Congress Avenue, Suite 900  Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 08/13/2012    Term Date: 12/31/2012

  McGinnis, Larry D.    (00013432)
  111 Congress Avenue, Suite 900  Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 08/13/2012    Term Date: 12/31/2012

**Science Teachers Association of Texas**
**5750 Balcones Dr. Ste. 201  Austin, TX 78759**

  Hempstead, Charles A.    (00018504)
  5750 Balcones Dr., Suite 201  Austin, TX 78731
  Type of Compensation: Paid
  $25,000 - $49,999.99
  Client - Start: 01/02/2012    Term Date: 12/31/2012

**Scientific Applications International Corporation**
**1710 SAIC Drive  McLean, VA 22102**

Eppstein, Bryan P.   (00031012)
4055 International Plaza Suite 600 Fort Worth, TX 76109
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/18/2012   Term Date: 10/10/2012

Keffer, Christopher   (00067116)
408 W 14th St.  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/16/2012   Term Date: 10/10/2012

Marwitz, David A.   (00013860)
408 West 14th Street  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/18/2012   Term Date: 10/10/2012

Paxton, William   (00065252)
4055 International Plaza Suite 600 Fort Worth, TX 76109
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/20/2012   Term Date: 10/10/2012

**Scientific Games International Inc.**
**1500 Bluegrass Lakes Parkway  Alpharetta, GA 30004**

Lewis, Gibson D.   (00013756)
1504 San Antonio Street  Austin, TX 78701
Type of Compensation: Paid
$25,000 - $49,999.99
Client - Start: 01/01/2012   Term Date: 09/10/2012

Mitchell, Deborah B.   (00014904)
1504 San Antonio Street  Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/17/2012   Term Date: 09/10/2012

Saenz, Luis J.   (00060698)
1122 Colorado Suite 2399 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/12/2012   Term Date: 12/31/2012

**Scott & White Healthcare**
**2401 S. 31st Street  Temple, TX 76508**

Averitt, Kip   (00019725)
1212  Guadalupe, #301  Austin, TX 78701
Type of Compensation: Prospective
$150,000 - $199,999.99
Client - Start: 01/01/2012   Term Date: 12/31/2012

Delgadillo, Danielle   (00050979)
1212 Guadalupe Suite 301 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/04/2012   Term Date: 12/31/2012

```
Finley, Marisa    (00059543)
2502 B Kinney Rd  Austin, TX 78704
Type of Compensation: Prospective
$100,000 - $149,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012


Hadley, Elizabeth Ross   (00068112)
300 West 6th Street, Suite 2050  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 10/08/2012


Lucas, Travis    (00067093)
400 West 15th Street Suite 900 Austin, TX 78701
Type of Compensation: Paid
$50,000 - $99,999.99
Client - Start: 08/10/2012    Term Date: 12/31/2012
```

**Scott and White Healthcare**
**401 South 31st Street   Belton, TX 76513**

```
Garcia, Michael    (00061080)
919 Congress Avenue, Suite 1500  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/14/2012    Term Date: 12/31/2012


Messer, Bill    (00013459)
919 Congress Avenue, Ste 1500  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/14/2012    Term Date: 12/31/2012
```

**Scurlock/ Independent Bankers Association of Texas**
**1700 Rio Grande St. Ste 100   Austin, TX 78701**

```
Scurlock, Stephen Y.    (00011266)
1700 Rio Grande St. Ste. 100 Austin, TX 78701
Type of Compensation: Paid
$25,000 - $49,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012
```

**Section 185 Working Group**
**One Shell Plaza 910 Louisiana   Houston, TX 77002**

```
Craft, Zachary L.    (00068266)
One Shell Plaza 910 Louisiana Houston, TX 77002
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 03/09/2012    Term Date: 12/31/2012


Johnson, John C. Jr.    (00013684)
1115 San Jacinto Blvd. Suite 275 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 02/02/2012    Term Date: 12/31/2012


Kuryla, Matthew    (00068267)
One Shell Plaza 910 Louisiana Houston, TX 77002
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 03/09/2012    Term Date: 12/31/2012
```

Pope, Clayton    (00014488)
1115 San Jacinto Blvd. Suite 275 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 02/02/2012    Term Date: 12/31/2012

**Securities Industry and Financial Markets Association**
**120 Broadway 35th Floor  New York, NY 10271**

Evans, Charles W.    (00012309)
P. O. Box 1864  Austin, TX 78767
Type of Compensation: Paid
$10,000 - $24,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012

**Security Finance Corporation**
**P.O. Box 162925  Austin, TX 78716**

Shields, Brad II    (00056074)
208 West 14th St  Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 02/02/2012    Term Date: 12/31/2012

Shields, Bradford T.    (00012135)
P.O. Box 162925  Austin, TX 78716-2925
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/25/2012    Term Date: 12/31/2012

**Security Industries and Financial Markets Association**
**120 Broadway 35th Floor  New York, NY 10271**

Fisher, Walter    (00013441)
919 Congress Suite 1500 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 11/19/2012    Term Date: 12/31/2012

**SEG Strategic Alliances**
**502 W. 13th St.  Austin, TX 78701**

Allen, Robert R.    (00019678)
1102 Forest Trl.  Cedar Park, TX 78613
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/09/2012    Term Date: 12/31/2012

**Select Energy Services LLC**
**1400 Post Oak Blvd., Suite 400  Houston, TX 77056**

Hosek, Chris    (00066901)
1122 Colorado, Suite 102  Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 07/10/2012    Term Date: 12/31/2012

**Select Management Resources LLC**
**3440 Preston Ridge Road, Suite 500  Alpharetta, GA 30005**

Ellmer, Mindy R.   (00033421)
200 Congress Avenue Unit #11E Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/11/2012    Term Date: 12/31/2012

Midence Steen, Yuniedth   (00050583)
100 Congress Avenue Suite 300 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/04/2012    Term Date: 12/31/2012

Miller, Robert D.   (00029477)
600 Travis Suite 2800 Houston, TX 77002
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012

Pate, Gardner   (00060647)
100 Congress Suite 300 Austin, TX 78701-1042
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012

Sellers, Jennifer E.   (00067959)
P.O. Box 684501  Austin, TX 78768
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012

**Select Management Resources**
**3440 Preston Ridge Road  Alpharetta, GA 30005**

Perez Capitaine, Jenny   (00066548)
914 Main Street Apt. 1606 Houston, TX 77002
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/03/2012    Term Date: 12/31/2012

**Select Milk Producers Inc.**
**320 West Hermosa Drive  Artesia, NM 88210**

Terrell, James C.   (00013550)
P.O. Box 92043  Austin, TX 78709
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/10/2012    Term Date: 12/31/2012

**Sellers Dorsey**
**230 South Broad St.  Philadelphia, PA 19102**

Lawlor, Laura S.   (00059606)
2201 Deleon Ct  Austin, TX 78733-1690
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/05/2012    Term Date: 12/31/2012

**Senior Care Centers LTC**
**2828 N. Harwood St. Ste. 1100  Dallas, TX 75201**

  Wright, Charles Eric   (00043672)
  919 Congress Avenue Suite  1100 Austin, TX 78701
  Type of Compensation: Prospective
  $50,000 - $99,999.99
  Client - Start: 01/16/2012    Term Date: 12/31/2012

**Seniorlink Inc.**
**500 Boylston Street, Suite 640  Boston, MA 02116**

  Bollinger, Paul David   (00035213)
  823 Congress Suite 1000B Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 10/10/2012    Term Date: 12/31/2012

  Delisi, Thomas   (00064063)
  823 Congress Suite 1000B Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 10/10/2012    Term Date: 12/31/2012

  Vasek, Heather N.   (00035475)
  823 Congress Suite 1000B Austin, TX 78701
  Type of Compensation: Prospective
  $10,000 - $24,999.99
  Client - Start: 05/09/2012    Term Date: 12/31/2012

**SeptStart Inc.**
**301 Commerce Street, Ste 3200  Fort Worth, TX 76102**

  Lett, Sam   (00059000)
  301 Commerce Street, Suite 3200  Fort Worth, TX 76102
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/01/2012    Term Date: 12/31/2012

  Phillips, Thomas R.   (00062346)
  98 San Jacinto Blvd. Suite 1500 Austin, TX 78701
  Type of Compensation: Prospective
  $50,000 - $99,999.99
  Client - Start: 01/11/2012    Term Date: 12/31/2012

**Service House Inc**
**502 W. 13th Street  Austin, TX 78701**

  Heckler, Jeffrey E.   (00040150)
  1301 Nueces Street Suite 200 Austin, TX 78701
  Type of Compensation: Prospective
  $100,000 - $149,999.99
  Client - Start: 10/12/2012    Term Date: 12/31/2012

**Seton Family of Hospitals**
**1345 Philomena St.  Austin, TX 78723**

  Knaupe, Gregg W.   (00043033)
  919 Congress Avenue, Suite 1100  Austin, TX 78701
  Type of Compensation: Prospective
  $50,000 - $99,999.99
  Client - Start: 01/13/2012    Term Date: 12/31/2012

**ShadowSoft Inc.**
**7750 North MacArthur Blvd. Suite 120-290  Irving, TX 75063**

Allen, Robert R.   (00019678)
1102 Forest Trl.  Cedar Park, TX 78613
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/09/2012    Term Date: 12/31/2012

Gilmore, Scott E.   (00056410)
1301 Nueces Street Suite 200 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 09/13/2012    Term Date: 12/31/2012

Heckler, Jeffrey E.   (00040150)
1301 Nueces Street Suite 200 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 10/12/2012    Term Date: 12/31/2012

**Shannon Medical Center**
**120 East Harris St.  San Angelo, TX 76903-5976**

Gilbert, Don A.   (00030056)
401 West 15th Street, Suite 870  Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012

Tonn, Larry L.   (00012292)
401 West 15th Street, Suite 870  Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012

**Sharps Environmental Services**
**9220 Kirby Drive Suite 500  Houston, TX 77054**

Howard, Jay   (00030094)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/11/2012    Term Date: 12/31/2012

Pearson, Dan   (00030669)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/11/2012    Term Date: 12/31/2012

**Sharyland Utilities L.P.**
**1807 Ross Avenue, Suite 460  Dallas, TX 75201**

Schulze, Paul R.   (00055175)
1900 North Akard Street  Dallas, TX 75201-2300
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 02/23/2012    Term Date: 12/31/2012

**Sharyland Utilities**
**1900 North Akard St. Dallas, TX 75201-2300**

Garcia, Michael (00061080)
919 Congress Avenue, Suite 1500 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/14/2012    Term Date: 12/31/2012

Messer, Bill (00013459)
919 Congress Avenue, Ste 1500 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 02/14/2012    Term Date: 12/31/2012

**Sheldon Independent School District**
**11411 C.E. King Parkway Houston, TX 77044**

Borreca, Christopher P. (00054010)
Thompson & Horton LLP 3200 Southwest Frwy, Suite 2000 Houston, TX 77027
Type of Compensation: Prospective
$ 0.00
Client - Start: 01/01/2012    Term Date: 12/31/2012

Horton, Janet Little (00062497)
Thompson & Horton LLP 3200 Southwest Frwy. Suite 2000 Houston, TX 77027
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012

**Shell Chemical LP**
**5900 Highway 225 Deer Park, TX 77536**

Anderson, Lisa K. (00013691)
1001 Congress #200 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/18/2012    Term Date: 12/31/2012

Golemon, Ronald Kinnan (00013112)
111 Congress Ave Suite 1500 Austin, TX 78701
Type of Compensation: Prospective
$ 0.00
Client - Start: 01/12/2012    Term Date: 12/31/2012

**Shell Deer Park Refining Company**
**5900 Highway 225 Deer Park, TX 77536**

Anderson, Lisa K. (00013691)
1001 Congress #200 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/18/2012    Term Date: 12/31/2012

Golemon, Ronald Kinnan (00013112)
111 Congress Ave Suite 1500 Austin, TX 78701
Type of Compensation: Prospective
$ 0.00
Client - Start: 01/12/2012    Term Date: 12/31/2012

**Shell Oil Company**
**P.O. Box 2463   Houston, TX 77252**

Anderson, Lisa K.   (00013691)
1001 Congress #200 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/18/2012    Term Date: 12/31/2012

Golemon, Ronald Kinnan   (00013112)
111 Congress Ave Suite 1500 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/12/2012    Term Date: 12/31/2012

**Shell Oil Products**
**1100 Louisiana  Houston, TX 77002**

Anderson, Lisa K.   (00013691)
1001 Congress #200 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/18/2012    Term Date: 12/31/2012

Golemon, Ronald Kinnan   (00013112)
111 Congress Ave Suite 1500 Austin, TX 78701
Type of Compensation: Prospective
$ 0.00
Client - Start: 01/12/2012    Term Date: 12/31/2012

**Shell Oil**
**910 Louisiana  Houston, TX 77002**

Cox, Jayme   (00055628)
910 Louisiana Room 4441A Houston, TX 77002
Type of Compensation: Paid
$200,000 - $249,999.99
Client - Start: 01/09/2012    Term Date: 12/31/2012

**Shell Pipeline Company LP**
**1100 Louisiana  Houston, TX 77002**

Anderson, Lisa K.   (00013691)
1001 Congress #200 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/18/2012    Term Date: 12/31/2012

Golemon, Ronald Kinnan   (00013112)
111 Congress Ave Suite 1500 Austin, TX 78701
Type of Compensation: Prospective
$ 0.00
Client - Start: 01/12/2012    Term Date: 12/31/2012

**Shelton Ogle Enterprises**
**2208 West Park Row Drive Suite 100  Arlington, TX 76103-7411**

Anderson, David D.   (00053708)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/11/2012    Term Date: 12/31/2012

```
Jones, Neal T. Jr.   (00013745)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/11/2012    Term Date: 12/31/2012


Smith, Michelle   (00067247)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/11/2012    Term Date: 12/31/2012
```

**<u>Sherry Matthews Advocacy Marketing</u>**
**200 South Congress Avenue  Austin, TX 78704**

```
Garcia, Deidra C.   (00067053)
100 Congress Avenue, Suite 1100  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012


Hutto, Kathy N.   (00013342)
100 Congress Avenue, Suite 1100  Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012


Small, Ed   (00013732)
100 Congress Avenue, Suite 1100  Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012
```

**<u>Sherwin Alumina Company LP</u>**
**4633 Highway 361  Gregory, TX 78359**

```
Saitas, Jeffrey Anthony   (00038798)
1122 Colorado Street Suite 208 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012
```

**<u>Sherwin Alumina</u>**
**P.O. Box 9911  Corpus Christi, TX 78469**

```
Meroney, Mike   (00050806)
1402 Nueces Street  Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 02/11/2012    Term Date: 12/31/2012
```

**<u>Shield Healthcare</u>**
**27911 Franklin Parkway  Valencia, CA 91355**

```
Arnold, Gordon D. Jr.   (00013682)
1122 Colorado Street Suite 220 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/05/2012    Term Date: 12/31/2012
```

```
Schlueter, Stan  (00010198)
P. O. Box 2227  Austin, TX 78768
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/13/2012    Term Date: 12/31/2012
```

**Shipton, Patricia**
**919 Congress Avenue Suite 1030  Austin, TX 78701**

```
  DeNike, Sarah  (00067152)
  919 Congress Avenue Suite 1030 Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/26/2012    Term Date: 08/23/2012
```

**Shire Orphan Therapies**
**300 Patriot Way  Lexington, MA 02421**

```
  Forshey, Jeff  (00068152)
  211 Avenue A  Redondo Beach, CA 90277
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 04/26/2012    Term Date: 12/31/2012
```

**Sibley, Jay**
**1225 North Loop West, Suite 850  Houston, TX 77008**

```
  Del Bosque, Nora  (00029938)
  7704 Chimney Corners  Austin, TX 78731
  Type of Compensation: Prospective
  $25,000 - $49,999.99
  Client - Start: 09/25/2012    Term Date: 12/31/2012
```

**Siena Municipal Utility District No. 1**
**c/o Armbrust & Brown PLLC 100 Congress Avenue, Suite 1300  Austin, TX 78701**

```
  Collins, Sharlene N.  (00012869)
  100 Congress Avenue Suite 1300 Austin, TX 78701
  Type of Compensation: Paid
  Less Than $10,000.00
  Client - Start: 01/01/2012    Term Date: 12/31/2012
```

**Siena Municipal Utility District No. 2**
**c/o Armbrust & Brown PLLC 100 Congress Avenue, Suite 1300  Austin, TX 78701**

```
  Collins, Sharlene N.  (00012869)
  100 Congress Avenue Suite 1300 Austin, TX 78701
  Type of Compensation: Paid
  Less Than $10,000.00
  Client - Start: 01/01/2012    Term Date: 12/31/2012
```

**Siepiela Development Corporation**
**15400 Knoll Trail, Suite 201  Dallas, TX 75248**

```
  Barrett, Andrew N.  (00035474)
  3006 Bee Caves Road Suite D-310 Austin, TX 78746
  Type of Compensation: Prospective
  $25,000 - $49,999.99
  Client - Start: 01/05/2012    Term Date: 12/31/2012
```

```
Franks, Terry    (00065431)
3006 Bee Caves Rd., Ste. D-310  Austin, TX 78746
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/06/2012    Term Date: 12/31/2012
```

**Sierra Club Lone Star Chapter**
**1202 San Antonio  Austin, TX 78751**

```
Reed, Cyrus B.H.    (00052910)
PO BOX 1931  Austin, TX 78767-1931
Type of Compensation: Paid
$50,000 - $99,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012
```

**Sierra Club**
**P. O. Box 1931  Austin, TX 78767-1931**

```
Kramer, Kenneth W.    (00013150)
P. O. Box 1931  Austin, TX 78767-1931
Type of Compensation: Paid
$50,000 - $99,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012
```

**Signal Equities LLC**
**545 North Upper Broadway Street, Suite 403  Corpus Christi, TX 78476-1213**

```
Johnson, Robert E. Jr.    (00012850)
1122 Colorado Street, Suite 208  Austin, TX 78701
Type of Compensation: Prospective
$200,000 - $249,999.99
Client - Start: 01/27/2012    Term Date: 12/31/2012

Martinez, Mario A.    (00013891)
1122 Colorado Street, Suite 208  Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012
```

**Signal Equities LLC**
**111 W San Antonio St. Suite 250  New Braunfels, TX 78130**

```
Saitas, Jeffrey Anthony    (00038798)
1122 Colorado Street Suite 208 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012

Seales, Terri    (00013667)
1122 Colorado Street Suite 208 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012
```

**Silver Creek Materials**
**PO Box 150665  Fort Worth, TX 76108-0665**

```
Rodriguez, Arthuro D. Jr.    (00063033)
1633 Williams Drive Suite 200 Georgetown, TX 78628-3509
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/06/2012    Term Date: 12/31/2012
```

**Silver Eagle Distributors L.P.**
**PO Box 2743  Houston, TX 77252**

  Fisher, Nancy C.   (00011989)
  1005 Congress Avenue, Suite 480  Austin, TX 78701-2463
  Type of Compensation: Prospective
  $25,000 - $49,999.99
  Client - Start: 01/05/2012    Term Date: 02/03/2012

  Miller, Robert D.   (00029477)
  600 Travis Suite 2800 Houston, TX 77002
  Type of Compensation: Prospective
  $100,000 - $149,999.99
  Client - Start: 01/01/2012    Term Date: 12/31/2012

  Pate, Gardner   (00060647)
  100 Congress Suite 300 Austin, TX 78701-1042
  Type of Compensation: Prospective
  $25,000 - $49,999.99
  Client - Start: 01/01/2012    Term Date: 12/31/2012

**Silver Eagle Distributors LP**
**P.O. Box 2743  Houston, TX 77252**

  Midence Steen, Yuniedth   (00050583)
  100 Congress Avenue Suite 300 Austin, TX 78701
  Type of Compensation: Prospective
  $25,000 - $49,999.99
  Client - Start: 01/04/2012    Term Date: 12/31/2012

**Silverback LLC**
**1701 River Run, Suite 205  Fort Worth, TX 76107**

  Calcote, Mary Leslie   (00065141)
  504 West 14th Street  Austin, TX 78701
  Type of Compensation: Paid
  Less Than $10,000.00
  Client - Start: 02/10/2012    Term Date: 12/31/2012

  McGarry, Mignon   (00012905)
  504 West 14th Street  Austin, TX 78701
  Type of Compensation: Prospective
  $50,000 - $99,999.99
  Client - Start: 02/10/2012    Term Date: 12/31/2012

**Silverleaf Resorts Inc.**
**1221 Riverbend Drive  Dallas, TX 75247**

  Brown, Jay P.   (00039172)
  1001 Congress Ave. Suite 400 Austin, TX 78701
  Type of Compensation: Paid
  Less Than $10,000.00
  Client - Start: 10/04/2012    Term Date: 12/31/2012

  Floyd, Robert A.   (00013261)
  111 Congress Avenue, Suite 500  Austin, TX 78701
  Type of Compensation: Prospective
  $25,000 - $49,999.99
  Client - Start: 01/01/2012    Term Date: 12/31/2012

```
Gamble, Phil   (00060135)
111 Congress Avenue, Suite 500  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012


Gibson, Machree Garrett   (00028312)
1001 Congress Ave. Suite 400 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 10/04/2012    Term Date: 12/31/2012


Graydon, Galt   (00013173)
1001 Congress Ave. Suite 400 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 10/04/2012    Term Date: 12/31/2012


Huddleston, Cheri   (00060638)
111 Congress Avenue, Suite 500  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 10/01/2012    Term Date: 12/31/2012


Propes, Jay W.   (00014474)
1001 Congress Ave. Suite 400 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 10/04/2012    Term Date: 12/31/2012


Swan, Shannon Lea   (00014744)
1001 Congress Ave. Suite 400 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 10/04/2012    Term Date: 12/31/2012


Woodward, Michael L.   (00030016)
111 Congress Avenue, Suite 500  Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012
```

**Silverleaf Resorts, Inc.**
**1221 Riverbend Drive  Dallas, TX 75247**

```
Brown, Jay P.   (00039172)
1001 Congress Ave. Suite 400 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012


Gibson, Machree Garrett   (00028312)
1001 Congress Ave. Suite 400 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012


Graydon, Galt   (00013173)
1001 Congress Ave. Suite 400 Austin, TX 78701
Type of Compensation: Paid
$10,000 - $24,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012
```

```
Propes, Jay W.    (00014474)
1001 Congress Ave. Suite 400 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012


Swan, Shannon Lea    (00014744)
1001 Congress Ave. Suite 400 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012
```

**Sinkin, Steven**
**105 West Woodlawn   San Antonio, TX 78212**

```
Goodman, Christie L.    (00050850)
1122 Colorado Street Suite 100 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/13/2012    Term Date: 12/31/2012


Goodman, Toby    (00020220)
1122 Colorado Street Suite 100 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 07/12/2012    Term Date: 12/31/2012
```

**Six Flags Over Texas Inc.**
**P O. Box 901901  Arlington, TX 76004**

```
Goodman, Christie L.    (00050850)
1122 Colorado Street Suite 100 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/13/2012    Term Date: 12/31/2012


Goodman, Toby    (00020220)
1122 Colorado Street Suite 100 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 07/12/2012    Term Date: 12/31/2012
```

**SJW Corp.**
**110 West Taylor Street  San Jose, CA 95110**

```
Armstrong, Katharine    (00039785)
919 Congress Ave. Suite 1400 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/18/2012    Term Date: 12/31/2012


Eschberger, Brenda    (00029854)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012


Johnson, Michael J.    (00055885)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012
```

```
Kelley, Russell T.   (00013737)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
$50,000 - $99,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012


Kemptner, Sara   (00057952)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012


McGarah, Carol   (00051437)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
$50,000 - $99,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012


Waldon, Barbara   (00057030)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012
```

**SJWTX Inc. d/b/a Canyon Lake Water Service Company**
**1399 Sattler Road  Canyon Lake, TX 78132**

```
Armstrong, Katharine   (00039785)
919 Congress Ave. Suite 1400 Austin, TX 78701
Type of Compensation: Prospective
$ 0.00
Client - Start: 01/18/2012    Term Date: 12/31/2012
```

**Skilled Healthcare Group**
**27442 Portola Parkway Suite 200  Foothill Ranch, CA 92618**

```
Chatelle, Melody B.   (00013391)
5804 Harrington Cove  Austin, TX 78731
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012
```

**Smart Start Inc.**
**4850 Plaza Drive  Irving, TX 75063**

```
Coffey, Debra   (00065598)
4850 Plaza Drive  Irving, TX 75063
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/06/2012    Term Date: 12/31/2012
```

**Smile Brands Inc.**
**8105 Irvine Center Drive  Irvine, CA 92618**

```
Shields, Brad II   (00056074)
208 West 14th St  Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 04/18/2012    Term Date: 12/31/2012
```

```
Shields, Bradford T.   (00012135)
P.O. Box 162925  Austin, TX 78716-2925
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 04/18/2012    Term Date: 12/31/2012
```

**Smithers Merchant Builders LP**
**21726 Hardy Oak Boulevard  San Antonio, TX 78258**

```
Blocker, Trey J.   (00055627)
508 West 14th Street  Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/01/2012    Term Date: 12/09/2012
```

**Sneed Vine & Perry P.C.**
**900 Congress Avenue Suite 300  Austin, TX 78701**

```
Hooser, Gregory D.   (00012987)
900 Congress Avenue Suite 300 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 03/02/2012    Term Date: 12/31/2012
```

**Sneed Vine & Perry PC**
**900 Congress Ave., Suite 300  Austin, TX 78701**

```
Rutledge, Thomas A.   (00010967)
900 Congress Avenue Suite 300 Austin, TX 78701
Type of Compensation: Paid
$ 0.00
Client - Start: 08/08/2012    Term Date: 12/31/2012
```

**Snow Oil and Gas Inc.**
**P.O. Box 1277  Andrews, TX 79714**

```
McBeth, Kelly   (00059190)
P.O. Box 5100  Austin, TX 78763
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/10/2012    Term Date: 12/31/2012
```

**SO2 Working Group**
**One Shell Plaza 910 Louisiana  Houston, TX 77002**

```
Craft, Zachary L.   (00068266)
One Shell Plaza 910 Louisiana Houston, TX 77002
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 03/09/2012    Term Date: 12/31/2012
```

```
Kuryla, Matthew   (00068267)
One Shell Plaza 910 Louisiana Houston, TX 77002
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 03/09/2012    Term Date: 12/31/2012
```

**Sodexo Services of Texas LP**
**9801 Washingtonian Blvd  Gaithersburg, MD 20878**

  Holzheauser, Steve G.   (00020370)
  1122 Colorado, Suite 220  Austin, TX 78701
  Type of Compensation: Prospective
  $25,000 - $49,999.99
  Client - Start: 03/14/2012    Term Date: 12/31/2012

**Solar Alliance**
**3939 N. 1st Street  San Jose, CA 95134**

  Hughes, Christopher   (00056532)
  111 Congress Avenue Suite 1400 Austin, TX 78701-4093
  Type of Compensation: Earned
  $25,000 - $49,999.99
  Client - Start: 01/09/2012    Term Date: 12/31/2012

**Solara Healthcare LLP**
**7 Village Circle, Suite 150  Westlake, TX 76262**

  Butler, Carley   (00067075)
  1122 Colorado, Suite 320  Austin, TX 78701
  Type of Compensation: Prospective
  $50,000 - $99,999.99
  Client - Start: 01/01/2012    Term Date: 12/31/2012

  Moore, Blanton   (00015058)
  1122 Colorado, Suite 320  Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/01/2012    Term Date: 12/31/2012

  Shearer, James F.   (00039221)
  1122 Colorado Suite 320  Austin, TX 78701
  Type of Compensation: Prospective
  $50,000 - $99,999.99
  Client - Start: 01/01/2012    Term Date: 12/31/2012

  Thoman, Esme Elisabeth   (00067347)
  1122 Colorado, Suite 320  Austin, TX 78701
  Type of Compensation: Prospective
  $ 0.00
  Client - Start: 01/01/2012    Term Date: 12/31/2012

**SolarBridge Technologies**
**8310 Capitol of Texas Highway North, Suite 295  Austin, TX 78731**

  Ball, John B.   (00068098)
  1220 Colorado Street, Suite 100  Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/30/2012    Term Date: 09/10/2012

  Bingham, Alfred L. Jr.   (00066782)
  1220 Colorado Street, Suite 100  Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/30/2012    Term Date: 12/31/2012

Graves, Annette    (00068724)
1220 Colorado Street, Suite 100  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 11/13/2012    Term Date: 12/31/2012

Mays, Daniel Brookhart    (00057208)
1220 Colorado Street, Suite 100  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/30/2012    Term Date: 12/31/2012

McWilliams, Andrea    (00033593)
1220 Colorado Street, Suite 100  Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/30/2012    Term Date: 12/31/2012

McWilliams, Dean R.    (00039980)
1220 Colorado Street, Suite 100  Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/30/2012    Term Date: 12/31/2012

**Solix Inc.**
**30 Lanidex Plaza West PO Box 685  Parsippany, NJ 07054**

Hinkle, Ron    (00050593)
P.O. Box 11664  Austin, TX 78711
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 02/02/2012    Term Date: 12/31/2012

**Solix Inc.**
**100 South Jefferson Road  Whippany, NJ 07981**

Castaneda, Tristan Jr.    (00030333)
Baker Botts L.L.P. 98 San Jacinto; Suite 1500 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012

Grace, Jim M. Jr.    (00052773)
910 Louisiana Street One Shell Plaza Houston, TX 77002
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/10/2012    Term Date: 12/31/2012

**Some Partnerships**
**C/O Glen Rosenbaum 2300 First City Tower, 1001 Fannin  Houston, TX 77002**

Arnold, Gordon D. Jr.    (00013682)
1122 Colorado Street Suite 220 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/05/2012    Term Date: 12/31/2012

Booth, Brittney    (00067206)
1980 Post Oak Boulevard Suite 1380 Houston, TX 77056
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/03/2012    Term Date: 12/31/2012

```
Kuhl, P. John Jr.    (00013743)
1980 Post Oak Boulevard Suite 1380 Houston, TX 77056
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/03/2012    Term Date: 12/31/2012

Sanford, Marion    (00013727)
1980 Post Oak Boulevard Suite 1380 Houston, TX 77056
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/03/2012    Term Date: 12/31/2012
```

## South Texas Association of Schools
**P.O. Box 4208   Edinburg, TX 78539**

```
Brownson, Amanda    (00065329)
400 W. 15th Street Suite 1410 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/05/2012    Term Date: 12/31/2012

Casey, Daniel T.    (00013900)
400 W. 15th Street Suite 1410 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/05/2012    Term Date: 12/31/2012

Moak, Lynn M.    (00024362)
400 W. 15th Street Suite 1410 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/05/2012    Term Date: 12/31/2012

Popinski, Robert M.    (00065330)
400 W. 15th Street Suite 1410 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/05/2012    Term Date: 12/31/2012

Whitsett, Maria    (00068121)
400 W. 15th Street Suite 1410 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/24/2012    Term Date: 12/31/2012
```

## South Texas Blood & Tissue Center
**6221 IH-10 West   San Antonio, TX 78201**

```
Cantella, Richard C.    (00054009)
PO Box 684801   Austin, TX 78768
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/10/2012    Term Date: 12/31/2012

Hosek, Chris    (00066901)
1122 Colorado, Suite 102   Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/10/2012    Term Date: 12/31/2012
```

```
Pitts, John R.    (00037179)
1122 Colorado Street, Suite 102  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012
```

**South Texas Dental**
**6300 W. Loop S. Ste. 650  Bellaire, TX 77401**

```
Arnold, Ellen   (00053551)
815A Brazos St., PMB 545  Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 02/24/2012    Term Date: 12/31/2012

Arnold, Jay  (00065253)
815A Brazos St., PMB 545  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/03/2012    Term Date: 12/31/2012

Arnold, Jim   (00039050)
815A Brazos St., PMB 545  Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 02/24/2012    Term Date: 12/31/2012
```

**South Texas ISD**
**100 Med High Drive  Mercedes, TX 78570**

```
Brownson, Amanda   (00065329)
400 W. 15th Street Suite 1410 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/05/2012    Term Date: 12/31/2012

Casey, Daniel T.   (00013900)
400 W. 15th Street Suite 1410 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/05/2012    Term Date: 12/31/2012

Moak, Lynn M.   (00024362)
400 W. 15th Street Suite 1410 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/05/2012    Term Date: 12/31/2012

Popinski, Robert M.   (00065330)
400 W. 15th Street Suite 1410 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/05/2012    Term Date: 12/31/2012

Whitsett, Maria  (00068121)
400 W. 15th Street Suite 1410 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/24/2012    Term Date: 12/31/2012
```

**South Texas Merchants Association Cooperative**
**1777 NE Loop 410, Suite 906   San Antonio, TX 78217**

Koebele, Stephen P.   (00054021)
1108 Lavaca Street, Suite 110-484   Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/01/2012     Term Date: 02/10/2012

**South Texas Money Management Ltd.**
**100 W. Olmos Dr. Suite 100   San Antonio, TX 78212**

Ivie Miller, Lisa K.   (00033885)
7615 Creekbluff Drive   Austin, TX 78750
Type of Compensation: Paid
$50,000 - $99,999.99
Client - Start: 01/05/2012     Term Date: 12/31/2012

**South Texas Water Utilities Managers Association**
**1300 Houston Avenue   McAllen, TX 78501**

Lopez, Elvia Caballero   (00050571)
P.O. Box 2670   Austin, TX 78768
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 04/16/2012     Term Date: 12/31/2012

**Southcross**
**1700 Pacific Avenue Suite 2900   Dallas, TX 75201**

Mann, James E.   (00013930)
Duggins Wren Mann & Romero, LLP 600 Congress Ave., Suite 1900 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 08/02/2012     Term Date: 12/31/2012

**Southeast Leon County Emergency Services District No. 1**
**2705 Bee Cave Rd., Suite 200   Austin, TX 78746**

Carlton, John J.   (00025383)
2705 Bee Cave Rd., Suite 200   Austin, TX 78746
Type of Compensation: Prospective
$ 0.00
Client - Start: 01/01/2012     Term Date: 12/31/2012

**Southern County Mutual**
**5525 LBJ Freeway   Dallas, TX 75240**

Bryan, Bradley C.   (00010264)
1122 Colorado St. Suite #301 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/30/2012     Term Date: 12/31/2012

Woods, Lee A.   (00014943)
1122 Colorado, Ste 301   Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/05/2012     Term Date: 12/31/2012

**Southern Crushed Concrete LLC**
**14333 Chrisman Rd.  Houston, TX 77039**

Bosse, Fred M.   (00019791)
13410 Holly Park  Houston, TX 77015
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/03/2012     Term Date: 12/31/2012

**Southern Methodist University**
**P. O. Box 750132  Dallas, TX 75275-0132**

Ward, Paul J.   (00067236)
6425 Boaz Lane Room 130 Dallas, TX 75275-0132
Type of Compensation: Paid
$10,000 - $24,999.99
Client - Start: 01/03/2012     Term Date: 12/31/2012

**Southern Multifoods Inc.**
**101 E. Cherokee  Jacksonville, TX 75766**

Hughey, Gaylord T. Jr.   (00029455)
305 Ferrell Place  Tyler, TX 75702
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/01/2012     Term Date: 12/31/2012

**Southern Power Company**
**600 North 18th Street Suite 15N-8198  Birmingham, AL 35203**

Mann, James E.   (00013930)
Duggins Wren Mann & Romero, LLP 600 Congress Ave., Suite 1900 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 08/02/2012     Term Date: 12/31/2012

**Southwest Airlines Company**
**PO Box 3661  Dallas, TX 75235-1611**

Brown, Jay P.   (00039172)
1001 Congress Ave. Suite 400 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012     Term Date: 12/31/2012

Gibson, Machree Garrett   (00028312)
1001 Congress Ave. Suite 400 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012     Term Date: 12/31/2012

Graydon, Galt   (00013173)
1001 Congress Ave. Suite 400 Austin, TX 78701
Type of Compensation: Paid
$25,000 - $49,999.99
Client - Start: 01/01/2012     Term Date: 12/31/2012

Propes, Jay W.   (00014474)
1001 Congress Ave. Suite 400 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012     Term Date: 12/31/2012

```
Swan, Shannon Lea    (00014744)
1001 Congress Ave. Suite 400 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012
```

**Southwest Airlines**
**P.O. Box 36611  Dallas, TX 75235-1611**

```
Hull, Sherri M.    (00038801)
3208 Rustic River Cove  Austin, TX 78746
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012
```

**Southwest Key Programs**
**6002 Jain Lane  Austin, TX 78721**

```
Pitts, John R.    (00037179)
1122 Colorado Street, Suite 102  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012
```

**Southwest Movers Association**
**700 East 11th Street  Austin, TX 78701**

```
Borskey, Mark D.    (00060125)
919 Congress Avenue Suite 1030 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/04/2012    Term Date: 12/31/2012
```

**Southwest Research Institute**
**6220 Culebra Road  San Antonio, TX 78238**

```
Koebele, Stephen P.    (00054021)
1108 Lavaca Street, Suite 110-484  Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012
```

**Southwest Schools**
**3333 Bering Drive Suite 100  Houston, TX 77057**

```
Anderson, David D.    (00053708)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/11/2012    Term Date: 12/31/2012
```

```
Smith, Michelle    (00067247)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/11/2012    Term Date: 12/31/2012
```

**Southwest Tow Operators**
**811 South Central Expressway Suite 200   Richardson, TX 75080**

Floyd, Robert A.    (00013261)
111 Congress Avenue, Suite 500   Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012

Huddleston, Cheri    (00060638)
111 Congress Avenue, Suite 500   Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012

**SouthWestern Association**
**PO Box 419264   Kansas City, MO 64141-6264**

Brown, Jay P.    (00039172)
1001 Congress Ave. Suite 400 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012

Gibson, Machree Garrett    (00028312)
1001 Congress Ave. Suite 400 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012

Graydon, Galt    (00013173)
1001 Congress Ave. Suite 400 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012

Propes, Jay W.    (00014474)
1001 Congress Ave. Suite 400 Austin, TX 78701
Type of Compensation: Paid
$25,000 - $49,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012

Swan, Shannon Lea    (00014744)
1001 Congress Ave. Suite 400 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012

**Southwestern Electric Power Company**
**400 W. 15th Street, Suite 1500  Austin, TX 78701**

Black, Robert    (00065038)
400 W. 15th Street, Suite 1500  Austin, TX 78701
Type of Compensation: Prospective
$100,000 - $149,999.99
Client - Start: 01/30/2012    Term Date: 12/31/2012

Covey, E. Ray    (00066184)
400 W. 15th Street, Suite 1500  Austin, TX 78701
Type of Compensation: Prospective
$100,000 - $149,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012

```
Gibbs, Gary J.   (00035312)
400 W. 15th Street, Suite 1500  Austin, TX 78701
Type of Compensation: Prospective
$100,000 - $149,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012


Hughes, Gilbert T.   (00065064)
400 W. 15th Street, Suite 1500  Austin, TX 78701
Type of Compensation: Prospective
$100,000 - $149,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012


Tarlton, Patrick R.   (00066185)
400 W. 15th Street, Suite 1500  Austin, TX 78701
Type of Compensation: Prospective
$100,000 - $149,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012
```

**Southwestern Electric Power Company**
**529 North Carancahua  Corpus Christi, TX 78478**

```
Reyes, Julio C.   (00051897)
539 N. Carancahua  Corpus Christi, TX 78478
Type of Compensation: Prospective
$100,000 - $149,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012
```

**Southwestern Medical Foundation**
**2305 Cedar Springs Road, Suite 150  Dallas, TX 75201**

```
Millsap, Michael D.   (00050708)
P.O. Box 684744  Austin, TX 78768
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012
```

**Southwestern Public Service Company**
**P.O. Box 1261  Amarillo, TX 79105**

```
Jackson, Alice K.   (00068163)
P.O. Box 1261  Amarillo, TX 79105
Type of Compensation: Prospective
$ 0.00
Client - Start: 01/20/2012    Term Date: 12/31/2012
```

**Space Exploration Technologies Corp.**
**1 Rocket Road  Hawthorne, CA 90250-6844**

```
Beggs, April   (00056213)
300 West 6th Street, Suite 2050  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012


Dreyer, Lauren   (00068687)
1 Rocket RD  McGregor, TX 76657
Type of Compensation: Paid
$10,000 - $24,999.99
Client - Start: 10/02/2012    Term Date: 12/31/2012
```

```
McDaniel, Demetrius   (00013335)
300 West 6th Street, Suite 2050  Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012
```

**Space Exploration Technologies Corp**
**1 Rocket Rod  Hawthorne, CA 90250-6844**

```
Schenewerk, Caryn B.   (00068650)
1030 15th St NW Suite 220E Washington, DC 20005
Type of Compensation: Paid
$10,000 - $24,999.99
Client - Start: 09/27/2012    Term Date: 12/31/2012
```

**Space Exploration Technologies**
**1 Rocket Road  Hawthorne, CA 90250**

```
Park, Joseph H.   (00055099)
P. O. Box 1206  Austin, TX 78767
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 02/13/2012    Term Date: 12/31/2012
```

**SpeakWrite**
**6011 West Courtyard Drive Suite 450   Austin, TX 78730**

```
Evans, Richard W.   (00034432)
919 Congress Avenue Suite 450 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/10/2012    Term Date: 12/31/2012

Stewart, Scott   (00068518)
919 Congress Avenue Suite 450 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 05/27/2012    Term Date: 12/31/2012

Yarnell, William H.   (00051215)
919 Congress Ave Suite 450 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 05/24/2012    Term Date: 12/31/2012
```

**Spears, Tony**
**301 North St. Joseph Street  Gonzales, TX 78629**

```
Small, Ed   (00013732)
100 Congress Avenue, Suite 1100  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012
```

**Spec's Wines Spirits & Finer Foods**
**2410 Smith Street  Houston, TX 77006**

```
Short, Jim   (00013921)
P.O. Box 188  Fulshear, TX 77441
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/19/2012    Term Date: 12/31/2012
```

**Specialty Vehicle Institute of America**
**2 Jenner Suite 150   Irvine, CA 92618**

Hardy, Richard G.   (00013463)
700 Lavaca Street, Suite 1400  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/31/2012    Term Date: 12/31/2012

**Spectra Energy Gas Transmission**
**5400 Westheimer Court   Houston, TX 77056**

Wied, Lauren A.   (00068693)
P.O. Box 67  Austin, TX 78767
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 10/09/2012    Term Date: 12/31/2012

Woodard, W. Shayne   (00028738)
P.O. Box 67  Austin, TX 78767
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/05/2012    Term Date: 12/31/2012

**Spectrum Association Management LP**
**17319 San Pedro Suite 318   San Antonio, TX 78232**

Brown, Jay P.   (00039172)
1001 Congress Ave. Suite 400 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012

Gibson, Machree Garrett   (00028312)
1001 Congress Ave. Suite 400 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012

Graydon, Galt   (00013173)
1001 Congress Ave. Suite 400 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012

Propes, Jay W.   (00014474)
1001 Congress Ave. Suite 400 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012

Swan, Shannon Lea   (00014744)
1001 Congress Ave. Suite 400 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012

**Spectrum Association Management, LP**
**17319 San Pedro Suite 318   San Antonio, TX 78232**

Brown, Jay P.   (00039172)
1001 Congress Ave. Suite 400 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012

Gibson, Machree Garrett   (00028312)
1001 Congress Ave. Suite 400 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012

Graydon, Galt   (00013173)
1001 Congress Ave. Suite 400 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012

Propes, Jay W.   (00014474)
1001 Congress Ave. Suite 400 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012

Swan, Shannon Lea   (00014744)
1001 Congress Ave. Suite 400 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012

**Speedway Motorsports Inc.**
**5555 Concord Parkway South   Concord, NC 28027**

Jones, Neal T. Jr.   (00013745)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/11/2012    Term Date: 12/31/2012

McCartt, J.   (00050674)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/11/2012    Term Date: 12/31/2012

Smith, R. Clint   (00012842)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/11/2012    Term Date: 12/31/2012

**SpineSmith Partners L.P.**
**93 Red River Street  Austin, TX 78701**

Findley, Brett   (00065467)
816 Congress Avenue, Suite 1120  Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 02/01/2012    Term Date: 12/31/2012

```
Finley, Trace    (00067692)
816 Congress Avenue, Suite 1120  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/01/2012     Term Date: 11/13/2012

Forbes, Thomas A.   (00012695)
816 Congress Avenue, Suite 1120  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/01/2012     Term Date: 08/10/2012

Peeler, William Robert Jr.    (00060695)
816 Congress Avenue, Suite 1120  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/31/2012     Term Date: 12/31/2012

Stewart, Michael K.    (00014717)
816 Congress Avenue, Suite 1120  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 03/12/2012     Term Date: 12/31/2012

Urrabazo, John P.    (00053487)
816 Congress Avenue, Suite 1120  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/31/2012     Term Date: 12/31/2012
```

**Spring Branch Independent School District**
**955 Campbell  Houston, TX 77024**

```
Thompson, John David III    (00035306)
Thompson & Horton LLP 3200 Southwest Frwy, Suite 2000 Houston, TX 77027
Type of Compensation: Prospective
$ 0.00
Client - Start: 01/01/2012     Term Date: 12/31/2012
```

**Spring Independent School District**
**16717 Ella Boulevard  Houston, TX 77090-4299**

```
Borreca, Christopher P.    (00054010)
Thompson & Horton LLP 3200 Southwest Frwy, Suite 2000 Houston, TX 77027
Type of Compensation: Prospective
$ 0.00
Client - Start: 01/01/2012     Term Date: 12/31/2012

Horton, Janet Little    (00062497)
Thompson & Horton LLP 3200 Southwest Frwy. Suite 2000 Houston, TX 77027
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2012     Term Date: 12/31/2012
```

**Springleaf Finance Management Corporation**
**601 NW Second Street  Evansville, IN 47708**

```
Goodell-Polan, Deborah    (00013768)
P.O. Box 50272  Austin, TX 78763
Type of Compensation: Paid
$10,000 - $24,999.99
Client - Start: 01/20/2012     Term Date: 12/31/2012
```

**Sprint**
**6450 Sprint Parkway  Overland Park, KS 66251**

 Castaneda, Tristan Jr.   (00030333)
 Baker Botts L.L.P. 98 San Jacinto; Suite 1500 Austin, TX 78701
 Type of Compensation: Prospective
 $50,000 - $99,999.99
 Client - Start: 01/01/2012    Term Date: 12/31/2012

 Cruz, Velma   (00058675)
 106 E. 6th St. Suite 916 Austin, TX 78701
 Type of Compensation: Earned
 $25,000 - $49,999.99
 Client - Start: 01/05/2012    Term Date: 12/31/2012

**St. Joseph Regional Health Center**
**2801 Franciscan Drive  Bryan, TX 77802**

 Gilbert, Don A.   (00030056)
 401 West 15th Street, Suite 870  Austin, TX 78701
 Type of Compensation: Prospective
 $25,000 - $49,999.99
 Client - Start: 01/01/2012    Term Date: 12/31/2012

**St. Joseph Regional Medical Center**
**2801 Franciscan Drive  Bryan, TX 77802**

 Tonn, Larry L.   (00012292)
 401 West 15th Street, Suite 870  Austin, TX 78701
 Type of Compensation: Prospective
 $25,000 - $49,999.99
 Client - Start: 01/01/2012    Term Date: 12/31/2012

**St. Josephs Medical Center**
**1401 St. Josephs Parkway  Houston, TX 77002**

 Strama, Keith   (00050591)
 400 West 15th Street #1450  Austin, TX 78701-1612
 Type of Compensation: Prospective
 $10,000 - $24,999.99
 Client - Start: 01/04/2012    Term Date: 12/31/2012

**St. Mary's University**
**One Camino Santa Maria  San Antonio, TX 78228**

 Courreges, David Carl   (00061162)
 901 S. Mopac Expressway Barton Oaks Plaza V, Suite 230 Austin, TX 78746
 Type of Compensation: Prospective
 $10,000 - $24,999.99
 Client - Start: 01/10/2012    Term Date: 12/31/2012

**Stadler Bussnang AG**
**Ernst-Stadler-Strasse 1 9565 Bussnang, Switzerland  TX**

 Borskey, Mark D.   (00060125)
 919 Congress Avenue Suite 1030 Austin, TX 78701
 Type of Compensation: Prospective
 Less Than $10,000.00
 Client - Start: 10/29/2012    Term Date: 12/31/2012

**<u>Stafford Municipal School District</u>**
**1625 Staffordshire  Stafford, TX 77477**

Cantella, Richard C.  (00054009)
PO Box 684801  Austin, TX 78768
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/10/2012    Term Date: 12/31/2012

Pitts, John R.  (00037179)
1122 Colorado Street, Suite 102  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012

**<u>Stark Holding Inc.</u>**
**1705 South Capital of Texas Highway, Suite 200  Austin, TX 78746-6554**

Graves, Annette  (00068724)
1220 Colorado Street, Suite 100  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 11/13/2012    Term Date: 12/31/2012

Mays, Daniel Brookhart  (00057208)
1220 Colorado Street, Suite 100  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/30/2012    Term Date: 12/31/2012

McWilliams, Andrea  (00033593)
1220 Colorado Street, Suite 100  Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/30/2012    Term Date: 12/31/2012

McWilliams, Dean R.  (00039980)
1220 Colorado Street, Suite 100  Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/30/2012    Term Date: 12/31/2012

**<u>StarTex Power</u>**
**3200 Southwest Freeway, # 1000  Houston, TX 77027**

Posey, C. Jake  (00059916)
P.O. Box 685076  Austin, TX 78768
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012

**<u>STATE ASSOCIATION OF FIRE AND EMERGENCY DISTRICTS</u>**
**P. O. BOX 676  PFLUGERVILLE, TX 78691**

Campbell, Kenton P.  (00040047)
P. O. Box 26300  Austin, TX 78755-6300
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/09/2012    Term Date: 12/31/2012

**<u>State Bar of Texas</u>**
**1414 Colorado Street  Austin, TX 78701**

  Kelm, Ashley Ann   (00065277)
  1414 Colorado Street  Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/26/2012    Term Date: 12/31/2012

  Laney, KaLyn   (00057302)
  1414 Colorado Street  Austin, TX 78701
  Type of Compensation: Prospective
  $10,000 - $24,999.99
  Client - Start: 01/25/2012    Term Date: 12/31/2012

**<u>State Farm Mutual Automobile Insurance Co.</u>**
**P.O. Box 149300  Austin, TX 78714-9300**

  Garcia, Michael   (00061080)
  919 Congress Avenue, Suite 1500  Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 02/14/2012    Term Date: 12/31/2012

  Messer, Bill   (00013459)
  919 Congress Avenue, Ste 1500  Austin, TX 78701
  Type of Compensation: Prospective
  $100,000 - $149,999.99
  Client - Start: 02/14/2012    Term Date: 12/31/2012

  Scott, Bruce   (00053030)
  1122 Colorado, Suite 222  Austin, TX 78701
  Type of Compensation: Prospective
  $50,000 - $99,999.99
  Client - Start: 01/13/2012    Term Date: 12/31/2012

  Sibley, David   (00021032)
  1122 Colorado Suite 222 Austin, TX 78701
  Type of Compensation: Prospective
  $100,000 - $149,999.99
  Client - Start: 03/10/2012    Term Date: 12/31/2012

**<u>State Farm Mutual Automobile Insurance Co</u>**
**PO Box 149300  Austin, TX 78714-9300**

  Ross, Susan Baumbach   (00035051)
  2703 Benbrook Dr  Austin, TX 78757
  Type of Compensation: Prospective
  $50,000 - $99,999.99
  Client - Start: 01/03/2012    Term Date: 12/31/2012

**<u>State Farm Mutual Automobile Insurance Company</u>**
**P.O. Box  Austin, TX 78714**

  Martin, Paul Thomas   (00066534)
  8900 Amberglen Blvd.  Austin, TX 78750
  Type of Compensation: Prospective
  $ 0.00
  Client - Start: 01/03/2012    Term Date: 08/02/2012

Stuckemeyer, John D.   (00066508)
P.O. Box 149300  Austin, TX 78714-9300
Type of Compensation: Prospective
$ 0.00
Client - Start: 01/03/2012    Term Date: 12/31/2012

**State Firemen's and Fire Marshals' Association of Texas**
**4450 Frontier Trail  Austin, TX 78745**

 Blocker, Trey J.   (00055627)
 508 West 14th Street  Austin, TX 78701
 Type of Compensation: Prospective
 $25,000 - $49,999.99
 Client - Start: 01/01/2012    Term Date: 12/31/2012

**State National Insurance Company Inc.**
**1900 L. Don Dodson Drive  Bedford, TX 76021**

 Eschberger, Brenda   (00029854)
 919 Congress Avenue, Suite 950  Austin, TX 78701
 Type of Compensation: Paid
 Less Than $10,000.00
 Client - Start: 01/09/2012    Term Date: 12/31/2012

 Johnson, Michael J.   (00055885)
 919 Congress Avenue, Suite 950  Austin, TX 78701
 Type of Compensation: Paid
 Less Than $10,000.00
 Client - Start: 01/09/2012    Term Date: 12/31/2012

 Kelley, Russell T.   (00013737)
 919 Congress Avenue, Suite 950  Austin, TX 78701
 Type of Compensation: Paid
 $50,000 - $99,999.99
 Client - Start: 01/09/2012    Term Date: 12/31/2012

 Kemptner, Sara   (00057952)
 919 Congress Avenue, Suite 950  Austin, TX 78701
 Type of Compensation: Paid
 Less Than $10,000.00
 Client - Start: 01/09/2012    Term Date: 12/31/2012

 McGarah, Carol   (00051437)
 919 Congress Avenue, Suite 950  Austin, TX 78701
 Type of Compensation: Paid
 $50,000 - $99,999.99
 Client - Start: 01/09/2012    Term Date: 12/31/2012

 Waldon, Barbara   (00057030)
 919 Congress Avenue, Suite 950  Austin, TX 78701
 Type of Compensation: Paid
 Less Than $10,000.00
 Client - Start: 01/10/2012    Term Date: 12/31/2012

**State National Insurance Company, Inc.**
**1900 L. Don Dodson Drive  Bedford, TX 76021**

 Eschberger, Brenda   (00029854)
 919 Congress Avenue, Suite 950  Austin, TX 78701
 Type of Compensation: Paid
 Less Than $10,000.00
 Client - Start: 01/01/2012    Term Date: 12/31/2012

```
Johnson, Michael J.   (00055885)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012


Kelley, Russell T.   (00013737)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
$50,000 - $99,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012


Kemptner, Sara   (00057952)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012


McGarah, Carol   (00051437)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
$50,000 - $99,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012


Waldon, Barbara   (00057030)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012
```

**State of Vermont**
**Department of Public Service 112 State Street - Drawer 20  Montpelier, VT 05620-2601**

```
Goodell-Polan, Deborah   (00013768)
P.O. Box 50272  Austin, TX 78763
Type of Compensation: Paid
$25,000 - $49,999.99
Client - Start: 01/20/2012    Term Date: 12/31/2012
```

**State Street Bank**
**P.O. Box 1992  Boston, MA 02105**

```
Beard, Amy C.   (00061114)
919 Congress Ave. Suite 1400 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 02/23/2012


Cammack, Kerry N.   (00022250)
919 Congress Avenue, Suite 1400  Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/01/2012    Term Date: 02/23/2012


Griego, Sylvia R.   (00067201)
919 Congress Ave Suite 1400 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 02/23/2012
```

**Stavely, Gerald**
**1622 W. Irving Blvd.   Irving, TX 75061**

    Cates, Phil   (00012852)
    P.O. Box 1163  Dripping Springs, TX 78620
    Type of Compensation: Prospective
    $10,000 - $24,999.99
    Client - Start: 02/17/2012    Term Date: 12/31/2012

**Stebbins Five Companies**
**600 E. Whaley  Longview, TX 75601**

    Kelly, Coyle C.   (00012853)
    4214 Medical Parkway Suite 300 Austin, TX 78756
    Type of Compensation: Prospective
    Less Than $10,000.00
    Client - Start: 01/05/2012    Term Date: 12/31/2012

**Steering Committee of Cities Served by Oncor**
**816 Congress Avenue, Suite 1900  Austin, TX 78701**

    Brocato, Thomas L.   (00067443)
    816 Congress Ave. Suite 1900 Austin, TX 78701
    Type of Compensation: Prospective
    $25,000 - $49,999.99
    Client - Start: 01/05/2012    Term Date: 12/31/2012

    Dyer, Richard   (00065892)
    816 Congress Avenue, Suite 1900  Austin, TX 78701
    Type of Compensation: Prospective
    $50,000 - $99,999.99
    Client - Start: 01/05/2012    Term Date: 12/31/2012

    Gay, Geoffrey M.   (00053659)
    816 Congress Avenue Suite 1900 Austin, TX 78701
    Type of Compensation: Prospective
    $50,000 - $99,999.99
    Client - Start: 01/05/2012    Term Date: 12/31/2012

    Sledge, Brian L.   (00041086)
    816 Congress Avenue Suite 1900 Austin, TX 78701
    Type of Compensation: Prospective
    Less Than $10,000.00
    Client - Start: 01/25/2012    Term Date: 12/31/2012

**Stephanie Rush dba RSK Services**
**P.O. Box 925928  Houston, TX 77292-5928**

    Grant, Kathy   (00033418)
    1122 Colorado, Ste. 100  Austin, TX 78701
    Type of Compensation: Prospective
    Less Than $10,000.00
    Client - Start: 01/25/2012    Term Date: 12/31/2012

**Stericycle Inc.**
**28161 N. Keith Dr.  Lake Forest, IL 60045**

    Evans, Richard W.   (00034432)
    919 Congress Avenue Suite 450 Austin, TX 78701
    Type of Compensation: Prospective
    $25,000 - $49,999.99
    Client - Start: 01/10/2012    Term Date: 12/31/2012

```
Stewart, Scott    (00068518)
919 Congress Avenue Suite 450 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 05/27/2012    Term Date: 12/31/2012
```

**Stevens David**
**P.O. Box 2098  El Paso, TX 79960**

```
Stevens, David    (00039746)
PO Box 982  El Paso, TX 79936
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/18/2012    Term Date: 02/28/2012
```

**Stewart Title Guaranty Company**
**100 Congress Avenue Suite 210  Austin, TX 78701**

```
Herrick, Mary Walden    (00053568)
P.O. Box 1806  Austin, TX 78767-1806
Type of Compensation: Paid
$10,000 - $24,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012

Lee, Randy M.    (00010191)
P.O. Box 1806  Austin, TX 78767
Type of Compensation: Paid
$25,000 - $49,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012
```

**Stewart Title Guaranty Company**
**1980 Post Oak Blvd., Suite 710  Houston, TX 77056**

```
Morris, Malcolm S.    (00013243)
P.O. Box 2029  Houston, TX 77252-2029
Type of Compensation: Paid
$ 0.00
Client - Start: 01/01/2012    Term Date: 12/31/2012

Perryman, James S.    (00055596)
P.O. Box 2029  Houston, TX 77252-2029
Type of Compensation: Paid
$ 0.00
Client - Start: 01/01/2012    Term Date: 12/31/2012
```

**Stewart Title Guaranty Company**
**1777 N. E. Loop 410, Suite 806  San Antonio, TX 78217**

```
Rothermel, John F.    (00039303)
1777 N. E. Loop 410 Suite 806 San Antonio, TX 78217
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012    Term Date: 12/31/2012
```

**Stewart Title Guaranty Title Company**
**1980 Post Oak Blvd., Suite 710  Houston, TX 77056**

```
Gosdin, James L.    (00013010)
P.O. Box 2029  Houston, TX 77252-2029
Type of Compensation: Paid
$ 0.00
Client - Start: 01/01/2012    Term Date: 12/31/2012
```

**<u>Stockton Hicks Laffey</u>**
**7301 Burnet Road, Suite 200   Austin, TX 78757**

```
Ball, John B.   (00068098)
1220 Colorado Street, Suite 100  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/30/2012   Term Date: 09/10/2012

Bingham, Alfred L. Jr.   (00066782)
1220 Colorado Street, Suite 100  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/30/2012   Term Date: 12/31/2012

Graves, Annette   (00068724)
1220 Colorado Street, Suite 100  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 11/13/2012   Term Date: 12/31/2012

Mays, Daniel Brookhart   (00057208)
1220 Colorado Street, Suite 100  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/30/2012   Term Date: 12/31/2012

McWilliams, Andrea   (00033593)
1220 Colorado Street, Suite 100  Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/30/2012   Term Date: 12/31/2012
```

**<u>Stonehenge Capital Company LLC</u>**
**236 Third Street   Baton Rouge, LA**

```
Hinkle, Ron   (00050593)
P.O. Box 11664  Austin, TX 78711
Type of Compensation: Paid
$10,000 - $24,999.99
Client - Start: 02/02/2012   Term Date: 12/31/2012
```

**<u>StoneRiver</u>**
**P.O. Box 17124  Memphis, TN 38187-0124**

```
Castaneda, Tristan Jr.   (00030333)
Baker Botts L.L.P. 98 San Jacinto; Suite 1500 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/01/2012   Term Date: 12/31/2012
```

**<u>Strake Jesuit College Preparatory</u>**
**8900 Bellaire Blvd   Houston, TX 77036**

```
Hinkle, K. Daniel   (00014450)
3350 Highway 6 Suite 182 Sugar Land, TX 77478
Type of Compensation: Prospective
$ 0.00
Client - Start: 01/25/2012   Term Date: 12/31/2012
```

**Strake Jesuit**
**8900 Bellaire Blvd.  Houston, TX 77036-4699**

Ramos, Ryland   (00067673)
807 West 25th St. Apt. 204  Austin, TX 78705
Type of Compensation: Prospective
$ 0.00
Client - Start: 01/25/2012   Term Date: 12/31/2012

**Strategic Materials Inc**
**16365 Park Ten Place, Suite 200  Houston, TX 77084**

Stephens, Virginia   (00053695)
1108 Lavaca St., Suite 110-256  Austin, TX 78701
Type of Compensation: Earned
$25,000 - $49,999.99
Client - Start: 04/13/2012   Term Date: 12/31/2012

**Strategic Partnerships**
**901 South Mopac Expway Suite 200  Austin, TX 78746**

Bell, Charles M.D.   (00051045)
3005 South Lamar Blvd. Ste D109 348 Austin, TX 78704-8864
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2012   Term Date: 12/31/2012

**Stratus Poperties Inc.**
**98 San Jacinto Suite 220  Austin, TX 78701**

Keel, Lara Laneri   (00042780)
919 Congress Avenue #1500  Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 06/28/2012   Term Date: 12/31/2012

**Stratus Properties Inc.**
**98 San Jacinto Suite 220  Austin, TX 78701**

Toomey, Michael   (00013686)
919 Congress Avenue, #1500  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/27/2012   Term Date: 12/31/2012

**Stratus Properties Inc**
**98 San Jacinto Suite 220  Austin, TX 78701**

Phenix, William G.   (00050597)
PO Box 684551  Austin, TX 78768-4551
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/13/2012   Term Date: 12/31/2012

**Stratus Properties Operating Co. L.P.**
**212 Lavaca Street Suite 300  Austin, TX 78701**

Collins, Sharlene N.   (00012869)
100 Congress Avenue Suite 1300 Austin, TX 78701
Type of Compensation: Paid
$100,000 - $149,999.99
Client - Start: 01/01/2012   Term Date: 12/31/2012

**Stream Gas & Electric Ltd.**
**1950 Stemmons Freeway Suite 3061  Dallas, TX 75247**

```
Greytok, Marta   (00026791)
PO Box 30401  Austin, TX 78755
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/14/2012    Term Date: 12/31/2012
```

**StreetCred Software Inc.**
**337 James Lane  Bedford, TX 76022**

```
Goodman, Christie L.   (00050850)
1122 Colorado Street Suite 100 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 10/25/2012    Term Date: 12/31/2012

Goodman, Toby   (00020220)
1122 Colorado Street Suite 100 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 10/25/2012    Term Date: 12/31/2012
```

**Structural Engineers Association of Texas**
**9300 Sandstone  Austin, TX 78737**

```
Woomer, Eric   (00055991)
919 Congress Avenue Suite 1100  Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 07/09/2012    Term Date: 12/31/2012

Wright, Charles Eric   (00043672)
919 Congress Avenue Suite  1100 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 07/03/2012    Term Date: 12/31/2012
```

**Stuart, Barkley**
**14911 Quorum Drive Suite 210  Dallas, TX 75254**

```
Donley, Richard W.   (00013802)
502 West 11th Suite 420 Austin, TX 78701
Type of Compensation: Prospective
$ 0.00
Client - Start: 05/16/2012    Term Date: 12/31/2012
```

**Studsvik Inc.**
**5605 Glenridge Drive, NE, Suite 705  Atlanta, GA 30342**

```
Alcorta, Victor III   (00035415)
303 Vale Street  Austin, TX 78746
Type of Compensation: Prospective
$100,000 - $149,999.99
Client - Start: 01/09/2012    Term Date: 12/31/2012
```

**Suddenlink**
**3015 SSE Loop 323  Tyler, TX 75701**

  Ogle, John M.   (00050683)
  3015 SSE Loop 323  Tyler, TX 75701
  Type of Compensation: Paid
  Less Than $10,000.00
  Client - Start: 02/01/2012    Term Date: 12/31/2012

**Sullivan Interests Inc.**
**P.O. Box 131486  Houston, TX 77219**

  Finley, Trace   (00067692)
  816 Congress Avenue, Suite 1120  Austin, TX 78701
  Type of Compensation: Prospective
  $25,000 - $49,999.99
  Client - Start: 02/01/2012    Term Date: 11/13/2012

  Peeler, William Robert Jr.   (00060695)
  816 Congress Avenue, Suite 1120  Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/31/2012    Term Date: 12/31/2012

**Summit Power Group Inc.**
**701 Winslow Way East, Suite B  Bainbridge Island, WA 98110**

  Ball, John B.   (00068098)
  1220 Colorado Street, Suite 100  Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/30/2012    Term Date: 09/10/2012

  Bingham, Alfred L. Jr.   (00066782)
  1220 Colorado Street, Suite 100  Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/30/2012    Term Date: 12/31/2012

  Graves, Annette   (00068724)
  1220 Colorado Street, Suite 100  Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 11/13/2012    Term Date: 12/31/2012

  McWilliams, Andrea   (00033593)
  1220 Colorado Street, Suite 100  Austin, TX 78701
  Type of Compensation: Prospective
  $50,000 - $99,999.99
  Client - Start: 01/30/2012    Term Date: 12/31/2012

**Sunbelt Rentals Inc.**
**2341 Deerfield Drive  Fort Mill, SC 29715**

  Clark, James M.   (00030744)
  P.O. Box 5272  Austin, TX 78763
  Type of Compensation: Paid
  Less Than $10,000.00
  Client - Start: 01/01/2012    Term Date: 12/31/2012

**Sundance Services Inc.**
**P.O. Box 1737  Eunice, NM 88231**

  Stewart, Jay B.  (00031234)
  111 Congress Avenue, Suite 500  Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/01/2012    Term Date: 12/31/2012

**SunGard Higher Education Inc.**
**4 Country View Road  Malvern, PA 19355**

  Matz, Laura McPartland   (00039254)
  1708 Palma Plaza  Austin, TX 78703
  Type of Compensation: Prospective
  $50,000 - $99,999.99
  Client - Start: 01/24/2012    Term Date: 12/31/2012

**Sunovian Pharmaceuticals Inc.**
**84 Waterford Drive  Marlborough, MA 01752**

  Brown, J. E. Buster   (00019849)
  P.O. Box 426  Austin, TX 78767
  Type of Compensation: Prospective
  $50,000 - $99,999.99
  Client - Start: 01/01/2012    Term Date: 12/31/2012

**Sunovion Pharmaceuticals Inc.**
**84 Waterford Drive  Marlborough, MA 01752**

  Propes, Margaret   (00053153)
  100 Wood Trail  West Lake Hills, TX 78746
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/01/2012    Term Date: 12/31/2012

**SunPower Corporation**
**1414 Harbour Way South  Richmond, CA 94804**

  Bruno, Amy   (00067154)
  PO Box 1583  Austin, TX 78767
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/06/2012    Term Date: 12/31/2012

  Massingill, Gavin L.   (00063382)
  P.O. Box 1583  Austin, TX 78767
  Type of Compensation: Prospective
  $50,000 - $99,999.99
  Client - Start: 01/07/2012    Term Date: 12/31/2012

**SUNRx**
**Six Executive Campus Suite 400  Cherry Hill, NJ 08002**

  Gonzalez, Luis E.   (00058221)
  1001 Congress Avenue Suite 100 Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 04/05/2012    Term Date: 08/31/2012

Santos, Frank R.    (00011331)
1001 Congress Avenue Suite 100 Austin, TX 78701
Type of Compensation: Prospective
$100,000 - $149,999.99
Client - Start: 04/05/2012    Term Date: 12/31/2012

Sepulveda, Gabriel G.    (00068572)
1001 Congress Avenue Suite 100 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 07/06/2012    Term Date: 12/31/2012

Zeidman, Cara Rosenthal    (00068459)
1001 Congress Avenue Suite 100 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 06/15/2012    Term Date: 12/31/2012

**Superior HealthPlan Inc.**
**2100 IH 35 South, Suite 202  Austin, TX 78704**

Glenn, Eric    (00038847)
1122 Colorado, Suite 200  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/03/2012    Term Date: 12/31/2012

Schlueter, Randy    (00035173)
P. O. Box 2227  Austin, TX 78768
Type of Compensation: Prospective
$ 0.00
Client - Start: 07/26/2012    Term Date: 12/31/2012

Schlueter, Stan    (00010198)
P. O. Box 2227  Austin, TX 78768
Type of Compensation: Prospective
$150,000 - $199,999.99
Client - Start: 01/13/2012    Term Date: 12/31/2012

**Superior HealthPlan, Inc.**
**2100 IH 35 South, Suite 202  Austin, TX 78704**

Schlueter, Stan    (00010198)
P. O. Box 2227  Austin, TX 78768
Type of Compensation: Prospective
$150,000 - $199,999.99
Client - Start: 12/13/2012    Term Date: 12/31/2012

**Superior HealthPlan**
**2100 S IH 35 Suite 202  Austin, TX 78704**

Bowers, Christopher D.    (00053148)
2100 S IH 35 Suite 202 Austin, TX 78704
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/23/2012    Term Date: 12/31/2012

Cheng, Karen    (00058071)
2100 S IH 35 Suite 202 Austin, TX 78704
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/23/2012    Term Date: 12/31/2012

Harmon, David   (00065460)
2100 S IH 35 Suite 202 Austin, TX 78704
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/23/2012    Term Date: 12/31/2012

Munin, Holly   (00053147)
2100 S IH 35 Suite 202 Austin, TX 78704
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/23/2012    Term Date: 12/31/2012

Wise, Tom   (00057376)
2100 S IH 35   Austin, TX 78704
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/23/2012    Term Date: 12/31/2012

Wolfe, Jared A.   (00058060)
2100 S IH 35 Suite 202 Austin, TX 78704
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/23/2012    Term Date: 12/31/2012

**Superior HeatlhPlan**
**2100 S IH 35 Suite 202   Austin, TX 78704**

Adams, Cynthia S.   (00065184)
2100 S IH 35 Suite 202 Austin, TX 78704
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/23/2012    Term Date: 12/31/2012

**SVCare Holdings LLC**
**c/o Kent Sullivan (Sutherland Asbill) 701 Brazos Street, Suite 970   Austin, TX 78701**

Britton, Chris   (00066022)
1001 Congress Avenue Suite 350 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/25/2012    Term Date: 12/31/2012

**Swedish Match North America Inc.**
**P.O. Box 13297   Richmond, VA 23225**

Ellmer, Mindy R.   (00033421)
200 Congress Avenue Unit #11E Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/11/2012    Term Date: 12/31/2012

**Swisher International Inc.**
**459 E. 16th Street   Jacksonville, FL 32206**

Borskey, Mark D.   (00060125)
919 Congress Avenue Suite 1030 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/04/2012    Term Date: 12/31/2012

```
Fisher, Walter    (00013441)
919 Congress Suite 1500 Austin, TX 78701
Type of Compensation: Prospective
$100,000 - $149,999.99
Client - Start: 01/20/2012    Term Date: 12/31/2012


Phenix, William G.    (00050597)
PO Box 684551  Austin, TX 78768-4551
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/13/2012    Term Date: 12/31/2012


Shipton, Patricia A.    (00013741)
919 Congress Suite 1030 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/20/2012    Term Date: 08/23/2012
```

**SWWC Utilities Inc./Monarch Utilities Inc.**
**12535 Reed Rd  Sugar Land, TX 77478**

```
Evans, Charles W.    (00012309)
P. O. Box 1864  Austin, TX 78767
Type of Compensation: Paid
$25,000 - $49,999.99
Client - Start: 01/01/2012    Term Date: 12/31/2012
```

**SWWC Utilities Inc.**
**12535 Reed Road  Sugar Land, TX 77478**

```
Beard, Amy C.    (00061114)
919 Congress Ave. Suite 1400 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 08/16/2012    Term Date: 12/31/2012


Cammack, Kerry N.    (00022250)
919 Congress Avenue, Suite 1400  Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 08/16/2012    Term Date: 12/31/2012


Griego, Sylvia R.    (00067201)
919 Congress Ave Suite 1400 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 08/16/2012    Term Date: 12/31/2012
```

**Syngenta Crop Protection**
**410 S Swing Road  Greensboro, NC 27409-2012**

```
Gentsch, C. Denise R.    (00055501)
PO Box 685064  Austin, TX 78768-5064
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/10/2012    Term Date: 12/31/2012
```

**<u>Sysco Food Services</u>**
**1390 Enclave Parkway   Houston, TX 77077**

```
Evans, Richard W.   (00034432)
919 Congress Avenue Suite 450 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 05/20/2012    Term Date: 12/31/2012

Stewart, Scott    (00068518)
919 Congress Avenue Suite 450 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 05/27/2012    Term Date: 12/31/2012
```

Concern List Part I:  0[zero]-C
Concern List Part II: D-L
Concern List Part IV:  T-Z
Lobby Lists & Reports