# TEXAS ETHICS COMMISSION

## 2013 Lobby List with Concerns (Employers and Clients)
## Sorted By Concern Name
## Part III - (M-S) Printed May 1, 2013

**Employer/Client**
   Lobbyist

---

**M & G Polymers USA, LLC**
**450 Gears Road, Suite 240  Houston, TX 77067**

  Delisi, Deirdre   (00063963)
  823 Congress Ave. Ste. 1000B  Austin, TX 78701
  Type of Compensation: Prospective
  $25,000 - $49,999.99
  Client - Start: 01/10/2013      Term Date: 12/31/2013

  Delisi, Thomas   (00064063)
  823 Congress Suite 1000B Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/10/2013      Term Date: 12/31/2013

**M & R Strategic Services, Inc.**
**1901 L Street, NW, Suite 800  Washington, DC 20036-3510**

  Clark, James M.   (00030744)
  P.O. Box 5272  Austin, TX 78763
  Type of Compensation: Paid
  Less Than $10,000.00
  Client - Start: 01/17/2013      Term Date: 12/31/2013

  Hildreth, John   (00013410)
  1801 Lavaca Street, #12C  Austin, TX 78701
  Type of Compensation: Prospective
  $25,000 - $49,999.99
  Client - Start: 02/04/2013      Term Date: 12/31/2013

**M group Strategies**
**823 Congress Avenue, Suite 1200  Austin, TX 78701**

  Malone, Stacey   (00066283)
  823 Congress Avenue, Suite 1200  Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/10/2013      Term Date: 12/31/2013

**M&R Strategic Services, Inc.**
**2120 L Street, NW Suite 600  Washington, DC 20037**

  Foster, Wendy M.   (00056685)
  PO Box 120188  Austin, TX 78703
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/17/2013      Term Date: 12/31/2013

Massingill, Gavin L.   (00063382)
P.O. Box 1583  Austin, TX 78767
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/10/2013    Term Date: 12/31/2013

**M&R Strategic Services**
**1901 L Street NW Suite 800  Washington, DC 20036**

Keener, Justin C.   (00039218)
823 Congress Avenue Suite 630 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/31/2013    Term Date: 12/31/2013

**MacDonald Companies**
**2951 Fall Creek Rd.   Kerrville, TX 78028**

Garcia, Michael   (00061080)
919 Congress Avenue, Suite 1500  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/28/2013    Term Date: 12/31/2013

Messer, Bill   (00013459)
919 Congress Avenue, Ste 1500  Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 02/28/2013    Term Date: 12/31/2013

**MacKay Shields LLC**
**1345 Avenue of the Americas, 42nd FL  New York, NY 10105**

Kashevaroff, Kirk   (00036313)
1345 Avenue of the Americas Floor 42 New York, NY 10105
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/08/2013    Term Date: 12/31/2013

**Macqaurie Energy LLC**
**500 Dallas Street Level 31   Houston, TX 77002**

Priestley, Vanus J.   (00039965)
One Allen Center Level 31 Houston, TX 77002
Type of Compensation: Prospective
$200,000 - $249,999.99
Client - Start: 01/01/2013    Term Date: 12/31/2013

**Macquarie Capital USA**
**125 W. 55th Street  New York, NY 10019**

Sullivan, Raymond C.   (00053484)
919 Congress Avenue, #1500  Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 04/05/2013    Term Date: 12/31/2013

**Madhouse Development Services Inc.**
**6209 Ledge Mountain Drive  Austin, TX 78731**

 Smith, Jason   (00066847)
 504 W. 12th St.  Austin, TX 78701
 Type of Compensation: Prospective
 $25,000 - $49,999.99
 Client - Start: 02/05/2013    Term Date: 12/31/2013

**Madhouse Development Services, Inc.**
**6209 Ledge Mountain Drive  Austin, TX 78731**

 Pitts, John R.   (00037179)
 1122 Colorado Street, Suite 102  Austin, TX 78701
 Type of Compensation: Prospective
 $50,000 - $99,999.99
 Client - Start: 01/25/2013    Term Date: 12/31/2013

**Madison International Realty Holdings, LLC**
**410 Park Avenue, 10th Floor  New York, NY 10022**

 Dickerman, Ronald   (00068792)
 410 Park Avenue, 10th Floor  New York, NY 10022
 Type of Compensation: Prospective
 $25,000 - $49,999.99
 Client - Start: 02/01/2013    Term Date: 12/31/2013

 Silverman, Todd   (00068793)
 410 Park Avenue, 10th Floor  New York, NY 10022
 Type of Compensation: Prospective
 Less Than $10,000.00
 Client - Start: 02/01/2013    Term Date: 12/31/2013

**Magellan Health Services, Inc.**
**55 Nod Road  Avon, CT 06001**

 Beard, Amy C.   (00061114)
 919 Congress Ave. Suite 1400 Austin, TX 78701
 Type of Compensation: Prospective
 $ 0.00
 Client - Start: 01/04/2013    Term Date: 12/31/2013

 Cammack, Kerry N.   (00022250)
 919 Congress Avenue, Suite 1400  Austin, TX 78701
 Type of Compensation: Prospective
 $50,000 - $99,999.99
 Client - Start: 01/04/2013    Term Date: 12/31/2013

**Magill Development Company, LLC**
**6524 San Felipe, Suite 274  Houston, TX 77057**

 Butler, Carley   (00067075)
 1122 Colorado, Suite 320  Austin, TX 78701
 Type of Compensation: Prospective
 Less Than $10,000.00
 Client - Start: 01/01/2013    Term Date: 12/31/2013

Moore, Blanton   (00015058)
1122 Colorado, Suite 320  Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/01/2013     Term Date: 12/31/2013


Shearer, James F.   (00039221)
1122 Colorado Suite 320  Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/01/2013     Term Date: 12/31/2013

Thoman, Esme Elisabeth   (00067347)
1122 Colorado, Suite 320  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2013     Term Date: 12/31/2013

**Majestic Realty Co., a California Corporation**
**13191 Crossroads Parkway North, 6th Floor  City of Industry, CA 91746**

Howard, Jay   (00030094)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/11/2013     Term Date: 12/31/2013

Jones, Neal T. Jr.   (00013745)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/11/2013     Term Date: 12/31/2013

McCartt, J.   (00050674)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/11/2013     Term Date: 12/31/2013

**Mallinckrodt LLC, a subsidiary of Covidien**
**675 McDonnell Boulevard  Hazelwood, MO 63042**

Brown Emerson, Jennifer E.   (00055242)
2620 A Jefferson  Austin, TX 78703
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 03/14/2013     Term Date: 12/31/2013

Brown, J. E. Buster   (00019849)
P.O. Box 426  Austin, TX 78767
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 03/14/2013     Term Date: 12/31/2013

**Managed Care of North America Inc. a Florida corporation dba MCNA Dental**
**200 West Cypress Creek Rd., Suite 500  Fort Lauderdale, FL 33309**

Cantella, Richard C.   (00054009)
PO Box 684801  Austin, TX 78768
Type of Compensation: Prospective

Less Than $10,000.00
Client - Start: 01/11/2013    Term Date: 12/31/2013

**Managed Care of North America, Inc., a Florida Corporation d/b/a MCNA Dental Plans**
**200 West Cypress Creek Road Suite 500  Fort Lauderdale, FL 33309**

Glenn, Eric   (00038847)
1122 Colorado, Suite 200  Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/11/2013    Term Date: 12/31/2013

Schlueter, Stan   (00010198)
P. O. Box 2227  Austin, TX 78768
Type of Compensation: Prospective
$200,000 - $249,999.99
Client - Start: 01/11/2013    Term Date: 12/31/2013

**Managed Care of North America, Inc., a Florida corporation d/b/a MCNA Dental**
**200 West Cypress Creek Road, Suite 500  Fort Lauderdale, FL 33309**

Pitts, John R.   (00037179)
1122 Colorado Street, Suite 102  Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/25/2013    Term Date: 12/31/2013

**Managed Care of North America, Inc., a Florida Corporation dba MCNA Dental Plans**
**200 West Cypress Creed Road Suite 500  Fort Lauderdale, FL 33309**

Hawkins, Albert III   (00053723)
919 Congress Avenue Suite 1400 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/01/2013    Term Date: 12/31/2013

**Management & Training Corp.**
**500 N. Marketplace  Centerville, UT 84014**

Place, Allen   (00020586)
1122 Colorado  Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/02/2013    Term Date: 12/31/2013

**Manor ISD**
**10335 US Hwy 290E  Manor, TX 78653**

De Leon, Marty   (00050569)
8604 Melshire Drive  Austin, TX 78757
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 02/22/2013    Term Date: 12/31/2013

**Manville Water Supply Corp**
**108 N. Commerce St  Coupland, TX**

Schnabel, Charlie Jr.   (00013815)
3704 Pecan St. E  Pflugerville, TX 78660
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 03/06/2013    Term Date: 12/31/2013


**Marathon Oil Corporation**
**5555 San Felipe Street  Houston, TX 77056**

Gutierrez, Hugo A.   (00041913)
5555 San Felipe Street  Houston, TX 77056
Type of Compensation: Paid
$100,000 - $149,999.99
Client - Start: 01/09/2013    Term Date: 12/31/2013

**Marathon Petroleum Company LLC**
**502 10th Street South  Texas City, TX 77590**

Saitas, Jeffrey Anthony   (00038798)
1122 Colorado Street Suite 208 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/09/2013    Term Date: 12/31/2013

**Marathon Petroleum Company LP**
**539 S. Main Street  Findlay, OH 45840-3295**

Kadansky, Richard S.   (00069004)
John Hancock Center 875 North Michigan Ave, Ste. 3100 Chicago, IL 60611-1962
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 03/04/2013    Term Date: 12/31/2013

**Marathon Petroleum Corporation**
**539 South Main Street  Findlay, OH 45840**

Sebree, Benjamin W.   (00011947)
1611 West Avenue Suite 300 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/22/2013    Term Date: 12/31/2013

**March of Dimes**
**11044 Research Blvd. Suite A-210  Austin, TX 78759**

Ball, John B.   (00068098)
1001 Congress Avenue Suite 450 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/25/2013    Term Date: 12/31/2013

Lucas, Shannon   (00065076)
11044 Research Blvd., Suite A-210  Austin, TX 78759
Type of Compensation: Prospective
$50,000 - $99,999.99

Client - Start: 01/11/2013    Term Date: 12/31/2013

Matz, Laura McPartland    (00039254)
1001 Congress Avenue Suite 450 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/25/2013    Term Date: 12/31/2013


**Marine Well Containment Company LLC**
**400 North Sam Houston Parkway Suite #1100   Houston, TX 77060**

 LeBas, James   (00060128)
 823 Congress Ave., Suite 1010   Austin, TX 78701
 Type of Compensation: Prospective
 $10,000 - $24,999.99
 Client - Start: 01/15/2013    Term Date: 12/31/2013

 Strama, Keith   (00050591)
 400 West 15th Street #1450   Austin, TX 78701-1612
 Type of Compensation: Prospective
 $25,000 - $49,999.99
 Client - Start: 01/09/2013    Term Date: 12/31/2013

**Marine Well Containment Company, LLC**
**400 North Sam Houston Parkway Suite 1100   Houston, TX 77060**

 Frazier, J. Kyle   (00013170)
 823 Congress Suite 1010 Austin, TX 78701
 Type of Compensation: Prospective
 Less Than $10,000.00
 Client - Start: 01/15/2013    Term Date: 12/31/2013

 Hayes, Patricia   (00030405)
 P.O. Box 3709   Pflugerville, TX 78691
 Type of Compensation: Prospective
 Less Than $10,000.00
 Client - Start: 02/11/2013    Term Date: 12/31/2013

**MarkWest**
**1515 Arapahoe St, Suite 700   Denver, TX 80202**

 Sander, Lindsay   (00054066)
 3110 Norhill Blvd   Houston, TX 77009
 Type of Compensation: Prospective
 $50,000 - $99,999.99
 Client - Start: 01/29/2013    Term Date: 12/31/2013

**Maroney, Jack**
**1801 Lavaca Apt. 13J   Austin, TX 78701**

 Jones, Bill   (00033614)
 100 Congress Avenue Suite 2000 Austin, TX 78701
 Type of Compensation: Prospective
 $25,000 - $49,999.99

Client – Start: 01/10/2013    Term Date: 12/31/2013

**Martin Operating Partnership, LP**
**P.O. Box 191  Kilgore, TX 75663**

  McBeth, Kelly   (00059190)
  208 W. 14TH Street  Austin, TX 78701
  Type of Compensation: Prospective
  $100,000 – $149,999.99
  Client – Start: 01/07/2013    Term Date: 12/31/2013

**Martin Reserve Management Corp.**
**P.O. Box 191  Kilgore, TX 75663**

  McBeth, Kelly   (00059190)
  208 W. 14TH Street  Austin, TX 78701
  Type of Compensation: Prospective
  $100,000 – $149,999.99
  Client – Start: 01/07/2013    Term Date: 12/31/2013

**Martin, William**
**2929 Buffalo Speedway Unit 1201  Houston, TX 77098**

  Davis, Noelle   (00056281)
  506 W 12th St  Austin, TX 78701
  Type of Compensation: Paid
  Less Than $10,000.00
  Client – Start: 02/21/2013    Term Date: 12/31/2013

**Martinez, Sandra**
**4507 Medical Drive  San Antonio, TX 78229**

  Martinez, Sandra   (00069048)
  4507 Medical Drive  San Antonio, TX 78229
  Type of Compensation: Prospective
  $50,000 – $99,999.99
  Client – Start: 04/25/2013    Term Date: 12/31/2013

**MasterCard International Inc.**
**2000 Purchase Street  Purchase, NY 10577**

  Lewis, Ron E.   (00020172)
  919 Congress Avenue Suite 1030 Austin, TX 78701
  Type of Compensation: Prospective
  $50,000 – $99,999.99
  Client – Start: 01/11/2013    Term Date: 12/31/2013

**Matous  Construction**
**8602 SH 317  Belton, TX 76513**

  Fowler, Perry L.   (00067017)
  1812 Morrow St.  Austin, TX 78757
  Type of Compensation: Prospective
  $10,000 – $24,999.99
  Client – Start: 02/19/2013    Term Date: 12/31/2013

**Matrix Healthcare Services Inc.**
**5706 Benjamin Center Drive Suite 103   Tampa, FL 33634**

  Cornyn, Haley   (00065594)
  823 Congress Suite 900 Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/15/2013    Term Date: 03/01/2013

  Jones, Marsha Malish   (00011722)
  823 Congress Suite 900 Austin, TX 78701
  Type of Compensation: Prospective
  $10,000 - $24,999.99
  Client - Start: 01/11/2013    Term Date: 03/01/2013

**Matthews Holdings Southwest, Inc.**
**1660 S. Stemmons Freeway, Suite 100   Lewisville, TX 75067-6315**

  Cain, David H.   (00019792)
  P.O. Box 140593  Dallas, TX 75214-0593
  Type of Compensation: Prospective
  $25,000 - $49,999.99
  Client - Start: 01/10/2013    Term Date: 12/31/2013

**Maverick Tube Corporation**
**2200 West Loop South Suite 800   Houston, TX 77027**

  Chavez, Rozzane Andrea   (00068854)
  98 San Jacinto Suite 1500 Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/11/2013    Term Date: 12/31/2013

  Poinsett, Royce Pabst   (00065096)
  98 San Jacinto Center Suite 1500 Austin, TX 78701
  Type of Compensation: Prospective
  $50,000 - $99,999.99
  Client - Start: 01/01/2013    Term Date: 12/31/2013

**Maximus, Inc.**
**1356 Beverly Road  McLean, VA 22101**

  Kurio, Frances   (00039180)
  400 West 15th Street, Suite 320  Austin, TX 78701
  Type of Compensation: Paid
  Less Than $10,000.00
  Client - Start: 01/22/2013    Term Date: 12/31/2013

  Olson, Ron M.   (00013307)
  400 West 15th Street, Suite 320  Austin, TX 78701
  Type of Compensation: Paid
  Less Than $10,000.00
  Client - Start: 01/29/2013    Term Date: 12/31/2013

  Roberts, Jack   (00013250)
  400 West 15th Street, Suite 320  Austin, TX 78701

```
Type of Compensation: Paid
$25,000 - $49,999.99
Client - Start: 01/22/2013     Term Date: 12/31/2013
```

**MAXIMUS, Inc.**
**1891 Metro Center Drive   Reston, VA 20190**

```
Beggs, April   (00056213)
300 West 6th Street, Suite 2050  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/22/2013     Term Date: 12/31/2013

Clay, Ryan A.   (00068831)
1122 Colorado Street Suite 102 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/07/2013     Term Date: 12/31/2013




McDaniel, Demetrius   (00013335)
300 West 6th Street, Suite 2050  Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/22/2013     Term Date: 12/31/2013

Suehs, Thomas M.   (00013403)
1800 West 29th Street  Austin, TX 78703
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/07/2013     Term Date: 12/31/2013

Villarreal, Celeste I.   (00060540)
300 West 6th Street, Suite 2050  Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/29/2013     Term Date: 12/31/2013
```

**MAXXAM Inc.**
**1330 Post Oak Blvd., Suite 2000   Houston, TX 77056**

```
Hurwitz, Shawn M.   (00065243)
1330 Post Oak Blvd., Suite 2000  Houston, TX 77056
Type of Compensation: Earned
Less Than $10,000.00
Client - Start: 01/01/2013     Term Date: 12/31/2013
```

**MAXXAM, INC.**
**1330 POST OAK BLVD. SUITE 2000   HOUSTON, TX 77056**

```
Oldham, Phillip G.   (00034833)
111 Congress Avenue Suite 1700 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2013     Term Date: 03/08/2013
```

**McAfee Inc.**
**5000 Headquarters Drive   Plano, TX 75024**

Nabers, Mary Scott    (00020633)
901 S. Mopac Expressway Barton Oaks Plaza I; Suite 100 Austin, TX 78746
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 04/09/2013    Term Date: 12/31/2013

**McAllen Economic Development Corp.**
**6401 S. 33rd Street  McAllen, TX 78503**

Ramirez, Rene A.    (00067982)
612 Nolana Suite 415 McAllen, TX 78504
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/18/2013    Term Date: 12/31/2013

**McCreary Veselka Bragg & Allen, P.C.**
**P.O. Box 1269  Round Rock, TX 78760-1269**

Hodge, Glenna    (00053862)
210 Lee Barton Drive #314  Austin, TX 78611
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/08/2013    Term Date: 12/31/2013

**McCreary, Veselka, Bragg & Allen PC**
**PO Box 1269  Round Rock, TX 78680**

Propes, Jay W.    (00014474)
1001 Congress Ave. Suite 400 Austin, TX 78701
Type of Compensation: Paid
$10,000 - $24,999.99
Client - Start: 01/01/2013    Term Date: 12/31/2013

**McCreary, Veselka, Bragg & Allen, PC**
**P. O. Box 1269  Round Rock, TX 78680**

Scott, Bruce    (00053030)
1122 Colorado, Suite 222  Austin, TX 78701
Type of Compensation: Prospective
$ 0.00
Client - Start: 01/08/2013    Term Date: 12/31/2013

Sibley, David    (00021032)
1122 Colorado Suite 222 Austin, TX 78701
Type of Compensation: Prospective
$100,000 - $149,999.99
Client - Start: 01/07/2013    Term Date: 12/31/2013

**McCreary, Veselka, Bragg, & Allen, PC**
**P.O. Box 1269  Round Rock, TX 78680**

Ross, Susan Baumbach    (00035051)
2703 Benbrook Dr  Austin, TX 78757
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/06/2013    Term Date: 12/31/2013

**McCurley, Orsinger, McCurley, Nelson & Downing, LLP**
**5950 Sherry Lane Suite 800  Dallas, TX 75225**

Goodman, Christie L.   (00050850)
1122 Colorado Street Suite 100 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 04/22/2013   Term Date: 12/31/2013

Goodman, Toby   (00020220)
1122 Colorado Street Suite 100 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 04/22/2013   Term Date: 12/31/2013

**McDonald Public Relations, Inc.**
**300 West 6th St Suite 1370  Austin, TX 78701**

Massingill, Gavin L.   (00063382)
P.O. Box 1583  Austin, TX 78767
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/10/2013   Term Date: 12/31/2013

**McDonald's Corporation**
**2915 Jorie Rd.  Oak Brook, IL 60521**

Garcia, Michael   (00061080)
919 Congress Avenue, Suite 1500  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/08/2013   Term Date: 12/31/2013

Messer, Bill   (00013459)
919 Congress Avenue, Ste 1500  Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/22/2013   Term Date: 12/31/2013

**McGinnis, Lochridge & Kilgore, L.L.P.**
**600 Congress Avenue, Suite 2100  Austin, TX 78701**

Bingham, William H.   (00040591)
600 Congress Avenue, Suite 2100  Austin, TX 78701
Type of Compensation: Prospective
$300,000 - $349,999.99
Client - Start: 01/24/2013   Term Date: 12/31/2013

**McGraw-Hill Companies**
**Two Penn Plaza 21st floor  New York, NY 10121-2298**

Williams, Ellen   (00033592)
1122 Colorado Street, Suite 1803  Austin, TX 78701
Type of Compensation: Paid
$25,000 - $49,999.99
Client - Start: 01/18/2013   Term Date: 04/15/2013

**McGraw-Hill Global Education Holdings, LLC**

**Two Penn Plaza, 12th Floor    New York, NY 10121-2298**

```
Calcote, Mary Leslie   (00065141)
504 West 14th Street  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 04/10/2013    Term Date: 12/31/2013


Kerker, Juliana Cruz   (00068778)
504 West 14th Street  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 04/10/2013    Term Date: 12/31/2013


McGarry, Mignon   (00012905)
504 West 14th Street  Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 04/10/2013    Term Date: 12/31/2013


Williams, Ellen   (00033592)
1122 Colorado Street, Suite 1803   Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 04/15/2013    Term Date: 12/31/2013
```

**McGuireWooods Consulting, LLC**
**1122 Colorado Suite 2399   Austin, TX 78701**

```
Beccue, Jacy   (00068827)
816 Congress Ave Suite 940 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/07/2013    Term Date: 12/31/2013


Deshields, Holly   (00068458)
816 Congress Ave Ste 940 Austin, TX 78701
Type of Compensation: Prospective
$100,000 - $149,999.99
Client - Start: 01/07/2013    Term Date: 12/31/2013


Miner, Mark   (00059442)
816 Congress Ave Ste 940 Austin, TX 78701
Type of Compensation: Prospective
$150,000 - $199,999.99
Client - Start: 01/08/2013    Term Date: 12/31/2013


Saenz, Luis J.   (00060698)
816 Congress Ave Ste 940 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/08/2013    Term Date: 12/31/2013


Shelley Rodriguez, Jennifer   (00039096)
816 Congress Ave Suite 940 Austin, TX 78701
Type of Compensation: Prospective
$150,000 - $199,999.99
```

```
Client - Start: 01/08/2013     Term Date: 12/31/2013

Walker, Kwame    (00039594)
816 Congress Ave Ste 940 Austin, TX 78701
Type of Compensation: Prospective
$100,000 - $149,999.99
Client - Start: 01/08/2013     Term Date: 12/31/2013
```

**MCI Communications Services, Inc.**
**One Verizon Way  Basking Ridge, NJ 07920**

```
Franke, Wayne T.    (00012876)
1504 San Antonio St.  Austin, TX 78701
Type of Compensation: Prospective
$ 0.00
Client - Start: 01/01/2013     Term Date: 12/31/2013

Hines, James R.    (00052407)
701 Brazos, Ste. 600  Austin, TX 78701
Type of Compensation: Paid
$10,000 - $24,999.99
Client - Start: 01/01/2013     Term Date: 12/31/2013

Johnson, John C. Jr.    (00013684)
1115 San Jacinto Blvd. Suite 275 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/11/2013     Term Date: 12/31/2013




Lawson, Richard    (00051011)
701 Brazos St. Suite 600 Austin, TX 78701
Type of Compensation: Paid
$25,000 - $49,999.99
Client - Start: 01/01/2013     Term Date: 12/31/2013
```

**McKesson Corporation**
**One Post Street  San Francisco, CA 94104**

```
Cornyn, Haley    (00065594)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/15/2013     Term Date: 12/31/2013

Jones, Marsha Malish    (00011722)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/11/2013     Term Date: 12/31/2013
```

**McKinney Chamber**
**2150 S. Central Expressway Suite 150  McKinney, TX 75070**

```
Hale, Angela    (00068871)
106 East Sixth St. Suite 900 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/14/2013     Term Date: 12/31/2013
```

5/2/13    Case 6:12-cv-00499-RWS-CMC    Document 716-17    Filed 05/04/13    Page 15 of 240 PageID #:
6210
Directory of Lobbyists by Client/Employer

**McKinstry Essention, LLC**
**5005 Third Avenue S  Seattle, WA 98134**

Jewell, Michael J.   (00037481)
600 Congress Avenue, Suite 1300  Austin, TX 78701-3285
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/22/2013    Term Date: 12/31/2013

**McLane Advanced Technologies, LLC**
**4001 Central Pointe Parkway  Temple, TX 76504**

Messer, Bill   (00013459)
919 Congress Avenue, Ste 1500  Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/22/2013    Term Date: 12/31/2013

Tyroch, Martha A.   (00062317)
719 Paint Brush Lane  Temple, TX 76502
Type of Compensation: Prospective
$ 0.00
Client - Start: 01/22/2013    Term Date: 12/31/2013

**McLane Advanced Technologies**
**4001 Central Pointe Parkway  Temple, TX 76505**

Garcia, Michael   (00061080)
919 Congress Avenue, Suite 1500  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/08/2013    Term Date: 12/31/2013

**McLane Company, Inc.**
**4747 McLane Parkway  Temple, TX 76504**

Brown, Jay P.   (00039172)
1001 Congress Ave. Suite 400 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2013    Term Date: 12/31/2013

Garcia, Neftali J.   (00065326)
4747 McLane Parkway  Temple, TX 76504
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/01/2013    Term Date: 12/31/2013

Gibson, Machree Garrett   (00028312)
1001 Congress Ave. Suite 400 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2013    Term Date: 12/31/2013

Graydon, Galt   (00013173)
1001 Congress Ave. Suite 400 Austin, TX 78701
Type of Compensation: Paid
$10,000 - $24,999.99
Client - Start: 01/01/2013    Term Date: 12/31/2013

```
Hardy, Richard G.   (00013463)
700 Lavaca Street, Suite 1400  Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 03/08/2013    Term Date: 12/31/2013


Maciag, Monica   (00068807)
4747 McLane Parkway  Temple, TX 76504
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2013    Term Date: 12/31/2013


Martin, M. Jack III   (00069113)
3345 Bee Cave Road Suite 105 Austin, TX 78746
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 04/01/2013    Term Date: 12/31/2013


Propes, Jay W.   (00014474)
1001 Congress Ave. Suite 400 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2013    Term Date: 12/31/2013


Reagan, Karen Kenney   (00024922)
1122 Colorado, Ste 102  Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 03/06/2013    Term Date: 12/31/2013


Swan, Shannon Lea   (00014744)
1001 Congress Ave. Suite 400 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2013    Term Date: 12/31/2013
```

**McLane Group**
**4001 Central Pointe Parkway  Temple, TX 76504**

```
Messer, Bill   (00013459)
919 Congress Avenue, Ste 1500  Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/22/2013    Term Date: 12/31/2013


Tyroch, Martha A.   (00062317)
719 Paint Brush Lane  Temple, TX 76502
Type of Compensation: Prospective
$ 0.00
Client - Start: 01/22/2013    Term Date: 12/31/2013
```

**McLane Intelligent Solutions, LLC**
**4001 Central Pointe Parkway  Temple, TX 76504**

```
Messer, Bill   (00013459)
919 Congress Avenue, Ste 1500  Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/22/2013    Term Date: 12/31/2013
```

```
Tyroch, Martha A.    (00062317)
719 Paint Brush Lane   Temple, TX 76502
Type of Compensation: Prospective
$ 0.00
Client - Start: 01/22/2013    Term Date: 12/31/2013
```

**McMullen County, TX**
**P.O. Box 237  Tilden, TX 78072**

```
Holzheauser, J.D.    (00068848)
919 Congress Ave. Ste. 450 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/04/2013    Term Date: 12/31/2013
```

**McMullen County**
**P.O. Box 237  Tilden, TX 78629**

```
Holzheauser, Craig   (00068849)
919 Congress Avenue Suite 450 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/04/2013    Term Date: 12/31/2013
```

```
Holzheauser, Steve G.    (00020370)
919 Congress Avenue Suite 450 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/04/2013    Term Date: 12/31/2013
```

**McTurbine Inc.**
**401 Junior Beck Drive  Corpus Christi, TX 78405**

```
Chase, Brian E.   (00067160)
P.O. Box 482  Fort Worth, TX 76101
Type of Compensation: Paid
$ 0.00
Client - Start: 01/02/2013    Term Date: 12/31/2013
```

```
Posey, C. Jake   (00059916)
208 West 14th Street, Suite 201  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2013    Term Date: 12/31/2013
```

**McWane Inc**
**2900 Hwy 280 Suite 300  Birmingham, AL 35223**

```
Eppstein, Bryan P.   (00031012)
4055 International Plaza Suite 600 Fort Worth, TX 76109
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 04/11/2013    Term Date: 12/31/2013
```

```
Keffer, Christopher   (00067116)
1005 Congress Avenue Suite 800 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 03/19/2013    Term Date: 12/31/2013
```

## McWilliams Governmental Affairs Consultants
**1220 Colorado Street, Suite 100  Austin, TX 78701**

Bingham, Alfred L. Jr.   (00066782)
1220 Colorado Street, Suite 100  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/25/2013    Term Date: 12/31/2013

Graves, Annette   (00068724)
1220 Colorado Street, Suite 100  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/25/2013    Term Date: 12/31/2013

Mays, Daniel Brookhart   (00057208)
1220 Colorado Street, Suite 100  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/25/2013    Term Date: 12/31/2013

McWilliams, Andrea   (00033593)
1220 Colorado Street, Suite 100  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/25/2013    Term Date: 12/31/2013

McWilliams, Dean R.   (00039980)
1220 Colorado Street, Suite 100  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/25/2013    Term Date: 12/31/2013

## MeadWestvaco
**501 S. 5th St.  Richmond, VA 23219**

Christian, George S.   (00010053)
400 West 15th Street Suite 400 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/31/2013    Term Date: 12/31/2013

## Medco Medical Supply, Inc.
**8860 Fallbrook Dr  Houston, TX 77064**

Acevedo, Julianne   (00053651)
P.O. Box 5352  Austin, TX 78763
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/07/2013    Term Date: 12/31/2013

Cain, Randy C.   (00025263)
PO Box 5352  Austin, TX 78763-5352
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/07/2013    Term Date: 12/31/2013

## Media Choice
**3701 Bee Caves Rd Suite 101  Austin, TX 78746**

Calfee, Gary W.   (00013916)

```
     1122 Colorado St. Suite # 301 Austin, TX 78701
     Type of Compensation: Prospective
     $10,000 - $24,999.99
     Client - Start: 02/19/2013    Term Date: 12/31/2013
```

**Medical Advocacy Services for Healthcare, Inc. (MASH)**
**Magnolia Centre, Suite 450 1227 West Magnolia Avenue  Ft. Worth, TX 76104**

```
     Tonn, Larry L.   (00012292)
     401 West 15th Street, Suite 870  Austin, TX 78701
     Type of Compensation: Prospective
     $10,000 - $24,999.99
     Client - Start: 01/02/2013    Term Date: 01/31/2013
```

**Medical Transportation Managment**
**16 Hawk Ridge Drive  Lake St. Louis, MO 63367-1829**

```
     Evans, Richard W.   (00034432)
     919 Congress Avenue Suite 425 Austin, TX 78701
     Type of Compensation: Prospective
     $50,000 - $99,999.99
     Client - Start: 01/08/2013    Term Date: 12/31/2013

     Hendon, Morgan   (00069007)
     919 Congress Ave. Suite 425 Austin, TX 78701
     Type of Compensation: Prospective
     Less Than $10,000.00
     Client - Start: 02/27/2013    Term Date: 12/31/2013

     Stewart, Scott   (00068518)
     919 Congress Avenue Suite 425 Austin, TX 78701
     Type of Compensation: Prospective
     Less Than $10,000.00
     Client - Start: 01/08/2013    Term Date: 12/31/2013
```

**MedImmune Affairs, Inc**
**One MedImmune Way  Gaithersburg, MD 20878**

```
     Gilbert, Don A.   (00030056)
     401 West 15th Street, Suite 870  Austin, TX 78701
     Type of Compensation: Prospective
     $10,000 - $24,999.99
     Client - Start: 01/02/2013    Term Date: 12/31/2013
```

**MedImmune Inc.**
**271 Yacthing Road  Lexington, SC 29072**

```
     Hastings, S. Joel   (00065951)
     3824 Cedar Springs Road #521 Dallas, TX 75219
     Type of Compensation: Paid
     Less Than $10,000.00
     Client - Start: 01/01/2013    Term Date: 12/31/2013
```

**MedRisk, Inc.**
**2701 Renaissance Boulevard  King of Prussia, PA 19406**

```
     Betts, Albert Jr.   (00058077)
     701 Brazos Street Suite 1500 Austin, TX 78701
     Type of Compensation: Prospective
     $10,000 - $24,999.99
```

Client - Start: 04/24/2013      Term Date: 12/31/2013

**Medtronic, Inc.**
**710 Medtronic Parkway  Minneapolis, MN 55432**

Evans, Richard W.   (00034432)
919 Congress Avenue Suite 425 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/08/2013      Term Date: 12/31/2013

Hendon, Morgan   (00069007)
919 Congress Ave. Suite 425 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/27/2013      Term Date: 12/31/2013

Stewart, Scott   (00068518)
919 Congress Avenue Suite 425 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/08/2013      Term Date: 12/31/2013

Thompson, Anna M. MHA    (00068623)
7000 Central Avenue NE RCE 395 Minneapolis, MN 55432
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2013      Term Date: 12/31/2013

**Memorial Compounding Pharmacy**
**2918 San Jacinito Suite 100   Houston, TX 77004**

Campbell, Ben   (00019797)
P.O.Box 91294  Austin, TX 78709-1294
Type of Compensation: Paid
$ 0.00
Client - Start: 01/01/2013      Term Date: 12/31/2013

**Memorial Hermann Health System**
**909 Frostwood Drive Suite 3:506   Houston, TX 77024**

Quinonez, Ashlea   (00068838)
909 Frostwood Drive Suite 3:506 Houston, TX 77024
Type of Compensation: Prospective
$100,000 - $149,999.99
Client - Start: 01/07/2013      Term Date: 12/31/2013

**Mental Health America of Texas**
**1210 San Antonio St., Ste. 200   Austin, TX 78701-1834**

Kamm, Robert R.   (00033587)
1304 Guadalupe  Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/21/2013      Term Date: 12/31/2013

Norton, Kaden Taylor   (00068654)
1304 Guadalupe Street  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/13/2013      Term Date: 12/31/2013

```
Switzer, Gyl Wadge   (00063955)
1210 San Antonio Suite 200 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/04/2013    Term Date: 12/31/2013
```

**Merchants Information Solutions, Inc.**
**P.O. Box 2070  Phoenix, AZ 85001**

```
Gammage, Samuel   (00068789)
600 Congress Avenue, Suite 3000  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/07/2013    Term Date: 12/31/2013

Perkins, Arthur V.   (00013729)
1000 Louisiana, Suite 3400  Houston, TX 77002-5011
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 02/07/2013    Term Date: 12/31/2013

Vane, Mark   (00037572)
600 Congress Avenue, Suite 3000  Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 02/07/2013    Term Date: 12/31/2013

Yelkin, Kimberly A.   (00013341)
600 Congress Avenue, Suite 3000  Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 02/07/2013    Term Date: 12/31/2013
```

**Merck Sharp & Dohme Corp including its affiliates-Schering Corp and Merck Schering-Plough**
**Pharmaceut**
**P.O. Box 4, WP39-306  West Point, PA 19486-0004**

```
Keel, Lara Laneri   (00042780)
919 Congress Avenue #1500  Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/09/2013    Term Date: 12/31/2013
```

```
Toomey, Michael   (00013686)
919 Congress Avenue, #1500  Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/15/2013    Term Date: 12/31/2013
```

**Merck Sharp & Dohme Corp.**
**c/o Nielsen Merksamer, et al. 2350 Kerner Blvd., Suite 250  San Rafael, CA 94901**

```
Turner, Holly Jacques   (00036474)
c/o Nielsen Merksamer, et al. 2350 Kerner Blvd., Ste. 250 San Rafael, CA 94901
```

```
Type of Compensation: Prospective
$100,000 - $149,999.99
Client - Start: 01/01/2013     Term Date: 12/31/2013
```

**Mercury Public Affairs LLC**
**14502 N Dale Mabry Highway Suite 104   Tampa, FL 33618**

```
Bowen, Marshall   (00068818)
1001 Congress Suite 350 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/10/2013     Term Date: 12/31/2013

Britton, Chris   (00066022)
1001 Congress Ave. Suite 350 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/10/2013     Term Date: 12/31/2013

Doerr, Douglas   (00068817)
1001 Congress Suite 350 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/10/2013     Term Date: 12/31/2013
```

**Mesquite Independent School District**
**714 East Davis Street   Mesquite, TX 75454**

```
Borreca, Christopher P.   (00054010)
Thompson & Horton LLP 3200 Southwest Frwy, Suite 2000 Houston, TX 77027
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 03/26/2013     Term Date: 12/31/2013

Horton, Janet Little   (00062497)
Thompson & Horton LLP 3200 Southwest Frwy. Suite 2000 Houston, TX 77027
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 03/26/2013     Term Date: 12/31/2013
```

**MetaMetrics Inc.**
**1000 Park Forty Plaza Suite 120   Durham, NC 27713**

```
Winick, Seth R.   (00024374)
301 Congress Suite 1700 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/28/2013     Term Date: 12/31/2013
```

**Metcalfe Wolff Stuart & Williams, LLP**
**301 Congress Avenue, Suite 1200   Austin, TX 78701**

```
Gammage, Samuel   (00068789)
600 Congress Avenue, Suite 3000  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/28/2013     Term Date: 12/31/2013
```

```
Perkins, Arthur V.   (00013729)
1000 Louisiana, Suite 3400  Houston, TX 77002-5011
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/25/2013    Term Date: 12/31/2013
```

**Methodist Health System of Houston**
**1441 North Beckley Avenue  Dallas, TX 75203**

```
Tonn, Larry L.   (00012292)
401 West 15th Street, Suite 870  Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/02/2013    Term Date: 12/31/2013
```

**Methodist Healthcare Ministries**
**4507 Medical Drive  san antonio, TX 78229**

```
Bujanda, Miryam   (00039946)
4507 Medical Dr.  San Antonio, TX 78229
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/03/2013    Term Date: 12/31/2013
```

**Methodist Medical Center**
**1441 North Beckley Avenue  Dallas, TX 75203**

```
Gilbert, Don A.   (00030056)
401 West 15th Street, Suite 870  Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/02/2013    Term Date: 12/31/2013
```

**MetLife, Inc**
**1095 Avenue of the Americas  New York City, NY 10036**

```
Braziel, Melvin L. Jr.   (00065903)
Type of Compensation: Paid
$10,000 - $24,999.99
Client - Start: 01/03/2013    Term Date: 12/31/2013
```

**Metric Engineering, Inc.**
**13940 Southwest 136th Street, Suite 200  Miami, FL 33186**

```
Castaneda, Tristan Jr.   (00030333)
816 Congress Suite 1120 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/14/2013    Term Date: 12/31/2013
```

```
Findley, Brett   (00065467)
816 Congress Avenue, Suite 1120  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/24/2013    Term Date: 12/31/2013
```

```
Peeler, William Robert Jr.   (00060695)
816 Congress Avenue, Suite 1120  Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/25/2013     Term Date: 12/31/2013


Stewart, Michael K.   (00014717)
816 Congress Avenue, Suite 1120  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/31/2013     Term Date: 12/31/2013


Urrabazo, John P.   (00053487)
816 Congress Avenue, Suite 1120  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/25/2013     Term Date: 12/31/2013
```

**MetroPCS Communications, Inc.**
**2250 Lakeside Boulevard   Richardson, TX 75082**

```
Beggs, April   (00056213)
300 West 6th Street, Suite 2050  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/22/2013     Term Date: 12/31/2013


McDaniel, Demetrius   (00013335)
300 West 6th Street, Suite 2050  Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/22/2013     Term Date: 12/31/2013


Villarreal, Celeste I.   (00060540)
300 West 6th Street, Suite 2050  Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/22/2013     Term Date: 12/31/2013
```

**Metropolitan Transit Authority of Harris County**
**1900 Main Street   Houston, TX 77002**

```
Brown Emerson, Jennifer E.   (00055242)
2620 A Jefferson  Austin, TX 78703
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/16/2013     Term Date: 12/31/2013


Brown, J. E. Buster   (00019849)
P.O. Box 426  Austin, TX 78767
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/16/2013     Term Date: 12/31/2013




Campbell, Grover   (00068684)
1510 Westover Road  Austin, TX 78703
Type of Compensation: Prospective
$10,000 - $24,999.99
```

```
Client - Start: 02/05/2013     Term Date: 12/31/2013


Carter, Darryl B.   (00035757)
1300 Main, Suite300  Houston, TX 77002
Type of Compensation: Paid
$10,000 - $24,999.99
Client - Start: 04/23/2013     Term Date: 12/31/2013


Chick, Craig Preston   (00056280)
823 Congress Avenue Suite 1005 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 02/11/2013     Term Date: 12/31/2013


Harris, Michael R.   (00056284)
1330 Post Oak Blvd. Suite 2550 Houston, TX 77056
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 03/26/2013     Term Date: 12/31/2013


Midence Steen, Yuniedth   (00050583)
600 Congress Avenue Suite 2200 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 02/13/2013     Term Date: 12/31/2013


Richie, Carl S.   (00030415)
1122 Colorado Street, Suite 209  Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/23/2013     Term Date: 12/31/2013


Smith, Jason   (00066847)
504 W. 12th St.  Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 02/05/2013     Term Date: 12/31/2013


Strauser, Robert   (00011294)
1005 Congress Suite 1040 Austin, TX 78701
Type of Compensation: Paid
$ 0.00
Client - Start: 01/01/2013     Term Date: 12/31/2013


Toomey, Michael   (00013686)
919 Congress Avenue, #1500  Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 04/30/2013     Term Date: 12/31/2013


Turrieta, Gilbert   (00010261)
1122 Colorado St., Suite 2399  Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/17/2013     Term Date: 12/31/2013




Yemitan, Olaolu   (00068957)
```

```
P.O. Box 270864  Houston, TX 77277-0864
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 02/05/2013    Term Date: 12/31/2013
```

**Metropolitan Water Company, LP**
**105 East Main street  Brenham, TX 77833**

```
Cortez, Albert   (00065490)
8402 Forest Heights  Austin, TX 78749
Type of Compensation: Earned
$25,000 - $49,999.99
Client - Start: 01/14/2013    Term Date: 12/31/2013
```

**MetroTex Association of Realtors**
**8201 N. Stemmons Freeway  Dallas, TX 75247**

```
Arrieta, Romero   (00068841)
8201 N. Stemmons FWY  Dallas, TX 75247
Type of Compensation: Paid
$50,000 - $99,999.99
Client - Start: 01/07/2013    Term Date: 12/31/2013
```

**Meyersville Independent School District**
**P.O. Box 1, 1897 Meyersville Road  Meyersville, TX 77974**

```
Borreca, Christopher P.   (00054010)
Thompson & Horton LLP 3200 Southwest Frwy, Suite 2000 Houston, TX 77027
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 03/26/2013    Term Date: 12/31/2013
```

```
Horton, Janet Little   (00062497)
Thompson & Horton LLP 3200 Southwest Frwy. Suite 2000 Houston, TX 77027
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 03/26/2013    Term Date: 12/31/2013
```

**MGM Resorts International, Inc.**
**3600 Las Vegas Boulevard South  Las Vegas, NV 89109**

```
Garcia, Deidra C.   (00067053)
100 Congress Avenue, Suite 1100  Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/10/2013    Term Date: 12/31/2013
```

```
Hutto, Kathy N.   (00013342)
100 Congress Avenue, Suite 1100  Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/03/2013    Term Date: 12/31/2013
```

**MGPA (US) LLC**
**The Nemours Building 1007 Orange Street, Suite 1410  Wilmington, DE 19801**

```
Daly, William P.   (00067556)
300 Monroe Avenue  River Edge, NJ 07661-1316
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/03/2013    Term Date: 12/31/2013
```

**MGPA Europe IV GP, LLC**
**The Nemours Building 1007 Orange Street, Suite 1410   Wilmington, DE 19801**

   Daly, William P.   (00067556)
   300 Monroe Avenue  River Edge, NJ 07661-1316
   Type of Compensation: Paid
   Less Than $10,000.00
   Client - Start: 01/03/2013    Term Date: 12/31/2013

**Michael & Susan Dell Foundation**
**PO Box 163867   Austin, TX 78716**

   Christopher, Ian   (00065924)
   PO Box 163867  Austin, TX 78716
   Type of Compensation: Prospective
   $10,000 - $24,999.99
   Client - Start: 01/08/2013    Term Date: 12/31/2013

   Sagebiet, Micah   (00068671)
   PO Box 163867  Austin, TX 78716
   Type of Compensation: Prospective
   $10,000 - $24,999.99
   Client - Start: 01/08/2013    Term Date: 12/31/2013

**Michaels Stores, Inc.**
**8000 Bent Branch Drive   Irving, TX 75063**

   Kroll, John   (00056952)
   301 Congress Ave. Suite 1700 Austin, TX 78701
   Type of Compensation: Prospective
   Less Than $10,000.00
   Client - Start: 01/31/2013    Term Date: 12/31/2013

   Mathews, Miles L.   (00065435)
   301 Congress Ave. Ste. 1700 Austin, TX 78701-2985
   Type of Compensation: Prospective
   Less Than $10,000.00
   Client - Start: 01/22/2013    Term Date: 12/31/2013

   Winick, Seth R.   (00024374)
   301 Congress Suite 1700 Austin, TX 78701
   Type of Compensation: Prospective
   Less Than $10,000.00
   Client - Start: 02/28/2013    Term Date: 12/31/2013

**Micosoft Corporation**
**One Microsoft Way  Redmond, WA 98052**

   Cooper, Kevin   (00059527)
   500 West 13th Street  Austin, TX 78701
   Type of Compensation: Prospective
   Less Than $10,000.00
   Client - Start: 01/22/2013    Term Date: 12/31/2013

**Microsoft Corporation**
**One Microsoft Way  Redmond, WA 98052**

   Ratliff, Robert Thomas   (00031723)
   500 West 13th Street  Austin, TX 78701
   Type of Compensation: Prospective
   $25,000 - $49,999.99
   Client - Start: 01/19/2013    Term Date: 12/31/2013

**Microsoft**
**10900 Stonelake Boulevard Suite 225   Austin, TX 78759**

Jones, Neal T. Jr.   (00013745)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/11/2013    Term Date: 12/31/2013

Sturzl, Frank J.   (00011020)
219 Grant Cannon Lane  Lakeway, TX 78738
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/11/2013    Term Date: 12/31/2013

Wise, Andrew M.   (00034945)
10900 Stonelake Blvd. Suite 225 Austin, TX 78759
Type of Compensation: Paid
$10,000 - $24,999.99
Client - Start: 01/01/2013    Term Date: 12/31/2013

**Midland County Utility District**
**2705 Bee Cave Rd., Suite 200   Austin, TX 78746**

Carlton, John J.   (00025383)
2705 Bee Cave Rd., Suite 200  Austin, TX 78746
Type of Compensation: Prospective
$ 0.00
Client - Start: 01/01/2013    Term Date: 12/31/2013

**Milano Indpendent School District**
**500 North 5th Street   Milano, TX 76556**

Borreca, Christopher P.   (00054010)
Thompson & Horton LLP 3200 Southwest Frwy, Suite 2000 Houston, TX 77027
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 03/26/2013    Term Date: 12/31/2013

Horton, Janet Little   (00062497)
Thompson & Horton LLP 3200 Southwest Frwy. Suite 2000 Houston, TX 77027
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 03/26/2013    Term Date: 12/31/2013

**Millennium Laboratories**
**16981 Via Tazon Suite F   San Diego, CA 92127**

Evans, Richard W.   (00034432)
919 Congress Avenue Suite 425 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/08/2013    Term Date: 12/31/2013

Hendon, Morgan   (00069007)
919 Congress Ave. Suite 425 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/27/2013    Term Date: 12/31/2013

```
Stewart, Scott   (00068518)
919 Congress Avenue Suite 425 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/08/2013    Term Date: 12/31/2013
```

**MillerCoors LLC**
**3000 Internet Blvd., Suite 400  Frisco, TX 76092**

```
Hunt, Robert C.   (00055275)
3000 Internet Blvd Suite 400 Frisco, TX 75034
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2013    Term Date: 12/31/2013
```

**MillerCoors LLC**
**3939 West Highland Boulevard P.O. Box 482  Milwaukee, WI 53201-0482**

```
Johnson, Robert E. Jr.   (00012850)
1122 Colorado Street, Suite 208  Austin, TX 78701
Type of Compensation: Prospective
$100,000 - $149,999.99
Client - Start: 01/30/2013    Term Date: 12/31/2013
```

**Mission Consolidated Independent School District**
**1201 Bryce Drive  Mission, TX 78572**

```
Borreca, Christopher P.   (00054010)
Thompson & Horton LLP 3200 Southwest Frwy, Suite 2000 Houston, TX 77027
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 03/26/2013    Term Date: 12/31/2013
```

```
Horton, Janet Little   (00062497)
Thompson & Horton LLP 3200 Southwest Frwy. Suite 2000 Houston, TX 77027
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 03/26/2013    Term Date: 12/31/2013
```

**Mission del Lago, Ltd.**
**P.O. Box 13223  Austin, TX 78711**

```
Ingersoll, Deborah C.   (00013823)
807 Brazos Street, Suite 302 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 04/22/2013    Term Date: 12/31/2013
```

**Mission del Lago**
**P.O. Box 13223  Austin, TX 78711**

```
Clay, Megan J.   (00068982)
15303 Huebner Rd., Building 15 San Antonio, TX 78248
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/15/2013    Term Date: 12/31/2013
```

```
Earl, David L.   (00060454)
15303 Huebner Rd., Building 15 San Antonio, TX 78248
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/15/2013    Term Date: 12/31/2013
```

**Mission del Lago**
**P.O. Box 13223  San Antonio, TX 78711**

```
Castillo, Francisco   (00069158)
2712 N. Valley  Las Cruces, TX 88007
Type of Compensation: Earned
Exact Amount:  12000.00
Client - Start: 04/16/2013    Term Date: 12/31/2013
```

**Mission dellago, LTd**
**P.O. Box 13223  Austin, TX 78711**

```
Hodge, Gladys E.   (00032165)
7106 Abrams Rd.  Dallas, TX 75231
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 04/24/2013    Term Date: 12/31/2013
```

**Mission Hospital, Inc., d/b/a Mission Regional Medical Center**
**900 S. Bryan Road  Mission, TX 78572**

```
Delgadillo, Danielle   (00050979)
1212 Guadalupe Suite 301 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/08/2013    Term Date: 12/31/2013

Murray, Gertie   (00068847)
1212 Guadalupe Suite 301 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/08/2013    Term Date: 03/15/2013
```

**Mitchell, George**

```
Schwartz, A. R.   (00010150)
1122 Colorado St., #2102  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/11/2013    Term Date: 12/31/2013
```

**Mo-Vac Service Company, Inc.**
**P. O. Box 2677  McAllen, TX 78502**

```
Hughey, Gaylord T. Jr.   (00029455)
305 Ferrell Place  Tyler, TX 75702
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/14/2013    Term Date: 12/31/2013
```

**Moak, Casey & Associates, Inc.**
**400 West 15th Street Suite 1410  Austin, TX 78701**

```
Anderson, David D.   (00053708)
```

5/2/13                Case 6:12-cv-00499-RWS-CMC   Document 716-17   Filed 05/04/13   Page 31 of 240 PageID #:
                                    Registrants sorted by Client alphabetically
                                                                                             6226

823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 04/18/2013    Term Date: 12/31/2013


Jones, Neal T. Jr.   (00013745)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 04/18/2013    Term Date: 12/31/2013


Miller, William J.   (00033567)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 04/18/2013    Term Date: 12/31/2013

**Mobi Corporation**
**110 Wild Basin Road South, Suite 300   Austin, TX 78746**

Bingham, Alfred L. Jr.   (00066782)
1220 Colorado Street, Suite 100   Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/25/2013    Term Date: 12/31/2013


Graves, Annette   (00068724)
1220 Colorado Street, Suite 100   Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/25/2013    Term Date: 12/31/2013


Mays, Daniel Brookhart   (00057208)
1220 Colorado Street, Suite 100   Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/25/2013    Term Date: 12/31/2013


McWilliams, Dean R.   (00039980)
1220 Colorado Street, Suite 100   Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/25/2013    Term Date: 12/31/2013

**Mobile Loaves and Fishes, Inc.**
**903 South Capital of Texas Highway   Austin, TX 78746**

Leo, Myra   (00034631)
111 Congress Avenue, Suite 900   Austin, TX 78701
Type of Compensation: Prospective
$ 0.00
Client - Start: 01/25/2013    Term Date: 12/31/2013

**Modern Medical, Inc.**
**7840 Graphics Way   Lewis Center, OH 43035**

Castaneda, Tristan Jr.   (00030333)

```
816 Congress Suite 1120 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 03/18/2013    Term Date: 12/31/2013


Peeler, William Robert Jr.   (00060695)
816 Congress Avenue, Suite 1120  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 03/04/2013    Term Date: 12/31/2013
```

**Modular Building Institute**
**944 Glenwood Station Lane Suite 204  Charlottesville, VA 22901**

```
Galligher, Duane   (00062285)
1005 Congress Avenue Suite 480 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 04/23/2013    Term Date: 12/31/2013


Shields, Christopher S.   (00013799)
1005 Congress Avenue Suite 480 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 04/23/2013    Term Date: 12/31/2013
```

**Molina Healthcare Inc.**
**300 University Avenue Suite 100  Sacramento, CA 95825**

```
Cornyn, Haley   (00065594)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/15/2013    Term Date: 12/31/2013


Jones, Marsha Malish   (00011722)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/11/2013    Term Date: 12/31/2013


Jones, Neal T. Jr.   (00013745)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/11/2013    Term Date: 12/31/2013
```

**Monsanto Company**
**800 North Lindbergh Boulevard  St. Louis, MO 63167**

```
Blocker, Trey J.   (00055627)
508 West 14th Street  Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/22/2013    Term Date: 12/31/2013
```

**Montauk Energy Holdings, LLC**
**680 Andersen Drive  Pittsburgh, PA 15220**

```
Mays, Daniel Brookhart   (00057208)
1220 Colorado Street, Suite 100  Austin, TX 78701
```

```
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/25/2013     Term Date: 12/31/2013


McWilliams, Andrea   (00033593)
1220 Colorado Street, Suite 100  Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/25/2013     Term Date: 12/31/2013
```

**Montgomery County ESD 6**
**23550 Loop 494  Porter, TX 77365**

```
Katz, Howard L.   (00050996)
820 Gessner Suite 1710 Houston, TX 77024-8261
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/17/2013     Term Date: 12/31/2013
```

**Montgomery County Municipal Utility District No. 126**
**1300 Post Oak Blvd., Suite 1400  Houston, TX 77056**

```
Cohen, Howard   (00061224)
1300 Post Oak Blvd Suite 1400 Houston, TX 77056
Type of Compensation: Earned
$10,000 - $24,999.99
Client - Start: 01/24/2013     Term Date: 12/31/2013
```

**Montgomery County Utility District No. 3**
**1301 McKinney Street, Suite 5100  Houston, TX 77010-3095**

```
Scott, Natalie B.   (00064060)
901 S. Mopac Expressway Bldg. 1, Suite 500 Austin, TX 78746
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 03/19/2013     Term Date: 12/31/2013
```

**Montgomery County Utility District No. 4**
**3 E. Greenway Plaza, Suite 2000  Houston, TX 77046**

```
Scott, Natalie B.   (00064060)
901 S. Mopac Expressway Bldg. 1, Suite 500 Austin, TX 78746
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 03/19/2013     Term Date: 12/31/2013
```

**Montgomery Independent School District**
**13159 Walden Road  Montgomery, TX 77356**

```
Borreca, Christopher P.   (00054010)
Thompson & Horton LLP 3200 Southwest Frwy, Suite 2000 Houston, TX 77027
Type of Compensation: Prospective
$ 0.00
Client - Start: 01/09/2013     Term Date: 03/26/2013


Horton, Janet Little   (00062497)
Thompson & Horton LLP 3200 Southwest Frwy. Suite 2000 Houston, TX 77027
```

Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/09/2013       Term Date: 12/31/2013

**Moore's Crossing Municipal Utility District**
**c/o Armbrust & Brown, PLLC 100 Congress Avenue, Suite 1300  Austin, TX 78701-2744**

Collins, Sharlene N.   (00012869)
100 Congress Avenue Suite 1300 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2013       Term Date: 12/31/2013

**Morgan Stanley**
**1601 Broadway 11th Floor   New York, NY**

Robnett, N. J.   (00013623)
P.O. Box 12336  Austin, TX 78711
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/08/2013       Term Date: 12/31/2013

**MorphoTrak**
**113 South Columbus, Ste. 400  Alexandria, VA 22314**

Leal, Roland   (00025018)
431 Logan Ranch Rd  Georgetown, TX 78628
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/10/2013       Term Date: 12/31/2013

**Morrow Renewables, LLC**
**1908 West Wall Street  Midland, TX 79701**

Mays, Daniel Brookhart   (00057208)
1220 Colorado Street, Suite 100  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/25/2013       Term Date: 12/31/2013

McWilliams, Andrea   (00033593)
1220 Colorado Street, Suite 100  Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/25/2013       Term Date: 12/31/2013

**Mortgage Insurance Companies of America**
**1425 K St., N.W. #210  Washington, DC 20005**

Arnold, Jay   (00065253)
4216 Dos Cabezas  Austin, TX 78749
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/12/2013       Term Date: 12/31/2013

Arnold, Jim   (00039050)
815A Brazos St., PMB 545  Austin, TX 78701
Type of Compensation: Prospective

$25,000 - $49,999.99
Client - Start: 01/12/2013      Term Date: 12/31/2013


Burner, Burnie    (00010104)
P.O. Box 2212  Austin, TX 78768-2212
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2013      Term Date: 12/31/2013

**Morton, Michael**
**2220 South Martin St.  Kilgore, TX 75662**

Cooper, Kevin    (00059527)
500 West 13th Street  Austin, TX 78701
Type of Compensation: Prospective
$ 0.00
Client - Start: 01/22/2013      Term Date: 12/31/2013



Ratliff, Robert Thomas    (00031723)
500 West 13th Street  Austin, TX 78701
Type of Compensation: Prospective
$ 0.00
Client - Start: 01/19/2013      Term Date: 12/31/2013

**Mostyn Law Firm**
**3810 West Alabama Street  Houston, TX 77027**

Ingersoll, Deborah C.    (00013823)
807 Brazos Street, Suite 302  Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 04/10/2013      Term Date: 12/31/2013

**Motion Picture Association of America**
**15301 Ventura Blvd. Building E  Sherman Oaks, CA 91403**

Richardson, Jody    (00013336)
1108 Lavaca Suite 510 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/09/2013      Term Date: 12/31/2013

**Motiva Enterprises**
**1100 Louisiana  Houston, TX 77002**

Anderson, Lisa K.    (00013691)
1001 Congress Suite 200 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/03/2013      Term Date: 12/31/2013

Golemon, Ronald Kinnan    (00013112)
408 West 14th  Austin, TX 78701
Type of Compensation: Prospective
$ 0.00
Client - Start: 01/03/2013      Term Date: 12/31/2013

**Motorcycle Industry Council**
**1235 S. Clark Street Suite 600  Arlington, VA 22202**

```
Hardy, Richard G.   (00013463)
700 Lavaca Street, Suite 1400  Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/09/2013    Term Date: 12/31/2013
```

**Motorcycle Safety Foundation**
**1235 South Clark Street, Suite 600  Arlington, VA 22202**

```
Hardy, Richard G.   (00013463)
700 Lavaca Street, Suite 1400  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/09/2013    Term Date: 12/31/2013
```

**Motorola Solutions Inc.**
**1303 E. Algonquin Road  Schaumburg, IL 60196**

```
Rejda-Ponce, Carmen-Jo   (00069107)
910 Louisiana One Shell Plaza Houston, TX 77002
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 03/27/2013    Term Date: 12/31/2013
```

**Motorola, Solutions Inc.**
**1303 E. Algonquin Road  Schaumburg, IL 60196**

```
Grace, Jim M. Jr.   (00052773)
910 Louisiana Street One Shell Plaza Houston, TX 77002
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/10/2013    Term Date: 12/31/2013
```

**Motorola, Solutions Inc**
**1303 E. Algonquin Road  Schaumburg, IL 60196**

```
Chavez, Rozzane Andrea   (00068854)
98 San Jacinto Suite 1500 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/11/2013    Term Date: 12/31/2013
```

**Motorola**
**1303 East Algonquin Road  Schaumburg, IL 60196**

```
Ellis, Ella M.   (00012824)
919 Congress Avenue Ste. 1100  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 03/06/2013    Term Date: 12/31/2013

Wright, Charles Eric   (00043672)
919 Congress Avenue Suite  1100 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
```

Client – Start: 01/11/2013    Term Date: 12/31/2013

**MRA Northeast # 2, L.P.**
**1021 Main Street, Suite 1400  Houston, TX 77002**

Cohen, Howard   (00061224)
1300 Post Oak Blvd Suite 1400 Houston, TX 77056
Type of Compensation: Earned
$50,000 – $99,999.99
Client – Start: 01/08/2013    Term Date: 12/31/2013

**MSI Advisors, LLC**
**8310 N. Capital of Texas Highway Building 1, Suite 450  Austin, TX 78731**

Jones, Bill   (00033614)
100 Congress Avenue Suite 2000 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client – Start: 01/10/2013    Term Date: 12/31/2013

**Mueller, Inc.**
**1915 Hutchings  Ballinger, TX 76821**

Frazier, J. Kyle   (00013170)
823 Congress Suite 1010 Austin, TX 78701
Type of Compensation: Prospective
$25,000 – $49,999.99
Client – Start: 01/15/2013    Term Date: 12/31/2013

**Multistate Associates Inc. on behalf of American Medical Response**
**43 Essex Rd.  Great Neck, NY 11023**

Keel, Lara Laneri   (00042780)
919 Congress Avenue #1500  Austin, TX 78701
Type of Compensation: Prospective
$25,000 – $49,999.99
Client – Start: 01/09/2013    Term Date: 12/31/2013

**MultiState Associates Inc. on behalf of Check Into Cash**
**515 King Street, Suite 300  Alexandria, VA 22314**

Erskine, Candis B.   (00035590)
4304 Green Cliffs  Austin, TX 78746
Type of Compensation: Prospective
$ 0.00
Client – Start: 01/01/2013    Term Date: 12/31/2013

Erskine, John M. Jr.   (00012969)
111 Congress Avenue, Suite 900  Austin, TX 78701
Type of Compensation: Prospective
$50,000 – $99,999.99
Client – Start: 01/01/2013    Term Date: 12/31/2013

Ford, Victoria C.   (00060035)
111 Congress Avenue, Suite 900  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00

```
Client - Start: 01/01/2013    Term Date: 12/31/2013

Leo, Myra   (00034631)
111 Congress Avenue, Suite 900  Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/01/2013    Term Date: 12/31/2013

McGinnis, Larry D.   (00013432)
111 Congress Avenue, Suite 900  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2013    Term Date: 12/31/2013
```

**MultiState Associates Inc. on behalf of Edwards Lifesciences**
**515 King Street, Suite 300  Alexandria, VA 22314**

```
Erskine, Candis B.   (00035590)
4304 Green Cliffs  Austin, TX 78746
Type of Compensation: Prospective
$ 0.00
Client - Start: 01/01/2013    Term Date: 12/31/2013




Erskine, John M. Jr.   (00012969)
111 Congress Avenue, Suite 900  Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/01/2013    Term Date: 12/31/2013

Ford, Victoria C.   (00060035)
111 Congress Avenue, Suite 900  Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/01/2013    Term Date: 12/31/2013

Leo, Myra   (00034631)
111 Congress Avenue, Suite 900  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2013    Term Date: 12/31/2013

McGinnis, Larry D.   (00013432)
111 Congress Avenue, Suite 900  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2013    Term Date: 12/31/2013
```

**MultiState Associates Inc. on behalf of Financial Services Institute**
**515 King Street, Suite 300  Alexandria, VA 22314**

```
Erskine, Candis B.   (00035590)
4304 Green Cliffs  Austin, TX 78746
Type of Compensation: Prospective
$ 0.00
Client - Start: 02/19/2013    Term Date: 12/31/2013

Erskine, John M. Jr.   (00012969)
111 Congress Avenue, Suite 900  Austin, TX 78701
```

```
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 02/19/2013      Term Date: 12/31/2013


Ford, Victoria C.   (00060035)
111 Congress Avenue, Suite 900  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/19/2013      Term Date: 12/31/2013


Leo, Myra   (00034631)
111 Congress Avenue, Suite 900  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/19/2013      Term Date: 12/31/2013


McGinnis, Larry D.   (00013432)
111 Congress Avenue, Suite 900  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/19/2013      Term Date: 12/31/2013
```

**Multistate Associates, Inc. on behalf of MERS**
**515 King Street Suite 300  Alexandria, VA 22314**

```
Weber, Clarence Andrew   (00067193)
301 Congress Suite 2000 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/11/2013      Term Date: 12/31/2013
```

**MultiState for Goodyear Tire & Rubber**
**515 King Street Suite 313  Alexandria, VA 22314**

```
Chisum, Warren D.   (00019919)
P.O. Box 1512  Pampa, TX 79066-1512
Type of Compensation: Earned
Less Than $10,000.00
Client - Start: 03/01/2013      Term Date: 12/31/2013


Hinkle, K. Daniel   (00014450)
3350 Highway 6 Suite 182 Sugar Land, TX 77478
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/01/2013      Term Date: 12/31/2013
```

**Multistate for Goodyear Tire and Rubber**
**515 King Street Suite 300  Alexandria, VA 22314**

```
Ramos, Ryland   (00067673)
807 West 25th Street, Apt. 204  Austin, TX 78705
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/02/2013      Term Date: 12/31/2013
```

**Municipal Justice Bar Association of Texas**
**P. O. Box 13525  Austin, TX 78711**

Pewitt, Bill R.   (00014229)
1015 Gaston Avenue  Austin, TX 78703
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/08/2013    Term Date: 12/31/2013

**Municipal Utility District #50**
**12900 Crosby Lynchburg Road  Crosby, TX 77532**

Hall, John L.   (00022621)
P.O. Box 91463  Austin, TX 78709-1463
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/21/2013    Term Date: 12/31/2013

**Municipal Utility District Collectors Association of Texas**
**#5 Oaktree  Friendswood, TX 77546**

Grant, Kathy   (00033418)
1122 Colorado Suite 100 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/08/2013    Term Date: 12/31/2013

**MuniServices, LLC**
**1400 K. Street  Sacramento, CA 95814**

Kroll, John   (00056952)
301 Congress Ave. Suite 1700 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/31/2013    Term Date: 12/31/2013

Mathews, Miles L.   (00065435)
301 Congress Ave. Ste. 1700 Austin, TX 78701-2985
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/22/2013    Term Date: 12/31/2013

**MuniServices**
**1400 K. Street  Sacramento, CA 95814**

Winick, Seth R.   (00024374)
301 Congress Suite 1700 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/28/2013    Term Date: 12/31/2013

**Murphy Exploration & Production Company - USA**
**200 Peach Street  El Dorado, AR 71730**

Chick, Craig Preston   (00056280)
823 Congress Avenue Suite 1005 Austin, TX 78701
Type of Compensation: Prospective

$ 0.00
Client - Start: 03/04/2013    Term Date: 12/31/2013

Goldman, Adam    (00056925)
823 Congress Suite 1005 Austin, TX 78701
Type of Compensation: Prospective
$ 0.00
Client - Start: 03/07/2013    Term Date: 12/31/2013

Roche, Samuel Jacob    (00068694)
601 13th Street Suite 720 South Washington, DC 20005
Type of Compensation: Prospective
$ 0.00
Client - Start: 01/10/2013    Term Date: 12/31/2013

**Murphy Oil Corporation**
**200 Peach Street  El Dorado, AR 71730**

Chick, Craig Preston    (00056280)
823 Congress Avenue Suite 1005 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 03/04/2013    Term Date: 12/31/2013

Goldman, Adam    (00056925)
823 Congress Suite 1005 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 03/07/2013    Term Date: 12/31/2013

Hughey, Gaylord T. Jr.    (00029455)
305 Ferrell Place  Tyler, TX 75702
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/14/2013    Term Date: 12/31/2013

Martin, M. Jack III    (00069113)
3345 Bee Cave Road Suite 105 Austin, TX 78746
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 04/09/2013    Term Date: 12/31/2013

Roche, Samuel Jacob    (00068694)
601 13th Street Suite 720 South Washington, DC 20005
Type of Compensation: Prospective
$ 0.00
Client - Start: 01/10/2013    Term Date: 12/31/2013

**Murphy Oil USA, Inc.**

Roche, Samuel Jacob    (00068694)
601 13th Street Suite 720 South Washington, DC 20005
Type of Compensation: Prospective
$150,000 - $199,999.99
Client - Start: 01/10/2013    Term Date: 12/31/2013

**Muscle Activation Techniques**
**5555 DTC Parkway Suite C3300  Greenwood Village, CO 80111**

 Shields, Brad II   (00056074)
 208 West 14th St  Austin, TX 78701
 Type of Compensation: Prospective
 Less Than $10,000.00
 Client - Start: 01/14/2013    Term Date: 12/31/2013

**Muscle Activation Techniques**
**5555 DTC Parkway Suite C-3300  Greenwood Villiage, CO 80111**

 Shields, Bradford T.   (00012135)
 P.O. Box 162925  Austin, TX 78716-2925
 Type of Compensation: Prospective
 Less Than $10,000.00
 Client - Start: 01/17/2013    Term Date: 12/31/2013

**Musket Corporation**
**10601 North Pennsylvania  Oklahoma City, OK 73120**

 Garcia, Deidra C.   (00067053)
 100 Congress Avenue, Suite 1100  Austin, TX 78701
 Type of Compensation: Prospective
 Less Than $10,000.00
 Client - Start: 01/10/2013    Term Date: 12/31/2013

 Nasi, Michael J.   (00056599)
 100 Congress Avenue, Suite 1100  Austin, TX 78701
 Type of Compensation: Prospective
 $50,000 - $99,999.99
 Client - Start: 01/10/2013    Term Date: 12/31/2013

 Small, Ed   (00013732)
 100 Congress Avenue, Suite 1100  Austin, TX 78701
 Type of Compensation: Prospective
 $25,000 - $49,999.99
 Client - Start: 02/14/2013    Term Date: 12/31/2013

**MWH Global**
**7557 Rambler Road Suite 440  Dallas, TX 75231**

 Evans, Richard W.   (00034432)
 919 Congress Avenue Suite 425 Austin, TX 78701
 Type of Compensation: Prospective
 $50,000 - $99,999.99
 Client - Start: 01/22/2013    Term Date: 12/31/2013

 Hendon, Morgan   (00069007)
 919 Congress Ave. Suite 425 Austin, TX 78701
 Type of Compensation: Prospective
 Less Than $10,000.00
 Client - Start: 02/27/2013    Term Date: 12/31/2013

 Stewart, Scott   (00068518)
 919 Congress Avenue Suite 425 Austin, TX 78701
 Type of Compensation: Prospective
 Less Than $10,000.00

Client - Start: 01/22/2013     Term Date: 12/31/2013

Yarnell, William H.    (00051215)
ATTN: Janet Traxler 919 Congress Ave. Suite 450 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 02/06/2013     Term Date: 12/31/2013

**Mwmorial Hermann Health System**
**929 Gessner Suite 2700  Houston, TX 77024**

Warner, Frederic C. Jr.    (00030539)
909 Frostwood Drive Suite 3:506 Houston, TX 77024
Type of Compensation: Paid
$250,000 - $299,999.99
Client - Start: 01/04/2013     Term Date: 12/31/2013

**My Plates, LLC**
**Four Points Parke 6911 North FM 620  Austin, TX 78732**

Posey, C. Jake    (00059916)
208 West 14th Street, Suite 201  Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/01/2013     Term Date: 12/31/2013

**Myron Steves Insurance Solutions**

Miller, Scott A.    (00024761)
1301 Nueces Street Suite 200 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 03/06/2013     Term Date: 12/31/2013

**NACES Plus Foundation, Inc.**
**7600 Burnet Rd., Suite 440  Austin, TX 78757**

Sanders, Ellarene D.    (00068873)
7600 Burnet Rd., Suite 440  Austin, TX 78757
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/11/2013     Term Date: 12/31/2013

Willmann, James H.    (00010116)
7600 Burnet Rd., Suite 440  Austin, TX 78757
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/10/2013     Term Date: 12/31/2013

**NAIFA-Texas**
**515 Congress Ave Ste 1650  Austin, TX**

Taylor, Des M.    (00013096)
515 Congress, Suite 1650  Austin, TX 78701
Type of Compensation: Earned
$100,000 - $149,999.99

Client - Start: 01/09/2013      Term Date: 12/31/2013

**NARAL Pro-Choice Texas**
**P.O. Box 684602   Austin, TX 78768**

Rocap, Blake    (00065142)
P.O. Box 684602  Austin, TX 78768
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/14/2013      Term Date: 12/31/2013

**Nash FM 529, LLC**
**10235 West Little York Suite 300   Houston, TX 77040**

Carter, Nancy    (00056973)
Allen Boone Humphries Robinson LLP 3200 Southwest Freeway, Ste 2600 Houston, TX 77027
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 02/04/2013      Term Date: 12/31/2013

Hogan, Kristen    (00061565)
3200 Southwest Freeway Suite 2600 Houston, TX 77027
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/04/2013      Term Date: 12/31/2013

Lary, Camm C. III    (00040174)
Allen Boone Humphries Robinson LLP 3200 Southwest Freeway, Suite 2600 Houston, TX 77027
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 02/04/2013      Term Date: 12/31/2013

Richardson, Jody    (00013336)
1108 Lavaca Suite 510 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 02/04/2013      Term Date: 12/31/2013

**Natgasoline LLC**
**5470 N. Twin City Hwy.  Nederland, TX 77627**

Eden, Daniel Jay    (00065984)
6820 Vine Street  Austin, TX 78757
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/11/2013      Term Date: 12/31/2013

**Natgasoline, Inc.**

Marquez, Rafael B. P.E.    (00012977)
2906 Victoria Cove  Round Rock, TX 78664
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/08/2013      Term Date: 12/31/2013

**Natgasoline, Inc.**
**P O Box 2008  Nederland, TX 77627**

```
Marquez, Rafael B. P.E.    (00012977)
2906 Victoria Cove  Round Rock, TX 78664
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 04/19/2013    Term Date: 12/31/2013
```

**Nation Motor Club, Inc. d/b/a Nation Safe Drivers**
**800 Yamato Road, Suite 100  Boca Raton, FL 33431**

```
Goodell-Polan, Deborah   (00013768)
P.O. Box 50272  Austin, TX 78763
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 03/19/2013    Term Date: 12/31/2013
```

**National Alliance on Mental Illness - Texas**
**Fountain Park Plaza III 2800 S. IH-35, Ste. 140  Austin, TX 78704**

```
Hampton, Keith S.   (00028266)
1103 Nueces Street  Austin, TX 78701
Type of Compensation: Earned
Less Than $10,000.00
Client - Start: 01/31/2013    Term Date: 12/31/2013
```

**National Association of Bus Crash Families**
**1555 Infinity  Beaumont, TX 77706**

```
Randolph, Ian Michael   (00068891)
1309 Concho St.  Austin, TX 78702-1111
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 03/01/2013    Term Date: 12/31/2013
```

**National Association of Chain Drug Stores**
**1776 Wilson Blvd. Suite 200  Arlington, VA 22209**

```
Staples, Mary M.   (00015072)
1560 E. Southlake Blvd. Suite 230 Southlake, TX 76092
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/02/2013    Term Date: 12/31/2013
```

**National Association of Chain Drug Stores**
**PO Box 162925  Austin, TX 78701**

```
Shields, Brad II   (00056074)
208 West 14th St  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/14/2013    Term Date: 12/31/2013
```

```
Shields, Bradford T.   (00012135)
P.O. Box 162925  Austin, TX 78716-2925
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/17/2013    Term Date: 12/31/2013
```

**National Association of Industrial and Office Parks of North Texas**
**1301 W. Justin Rd Suite 201-498  Lewisville, TX 75077**

```
Laborde, Blanca   (00056533)
1122 Colorado Suite 106 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/14/2013    Term Date: 12/31/2013
```

**National Association of Industrial and Office Parks of North Texas**
**101 East Park Blvd Suite 105   Plano, TX 75074**

```
Cain, David H.   (00019792)
P.O. Box 140593  Dallas, TX 75214-0593
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/10/2013    Term Date: 12/31/2013
```

**National Association of Mass Appraisal, Inc.**
**9300 Research Blvd., Suite 100   Austin, TX 78759-6520**

```
Greytok, John   (00053740)
PO Box 30401  Austin, TX 78755
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/23/2013    Term Date: 12/31/2013
```

**National Association of Mutual Insurance Companies (NAMIC)**
**3601 Vincennes Road  Indianapolis, IN 46268**

```
Martin, Paul Thomas   (00066534)
8905 Marybank Drive  Austin, TX 78750
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/01/2013    Term Date: 12/31/2013
```

**National Association of Professional Employer Organizations**
**707 N. St. Asaph Street   Alexandria, VA 22314**

```
Brown, Jay P.   (00039172)
1001 Congress Ave. Suite 400 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2013    Term Date: 12/31/2013
```

```
Gibson, Machree Garrett   (00028312)
1001 Congress Ave. Suite 400 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2013    Term Date: 12/31/2013
```

```
Graydon, Galt   (00013173)
1001 Congress Ave. Suite 400 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2013    Term Date: 12/31/2013
```

```
Propes, Jay W.   (00014474)
1001 Congress Ave. Suite 400 Austin, TX 78701
Type of Compensation: Paid
```

Less Than $10,000.00
Client - Start: 01/01/2013      Term Date: 12/31/2013


Swan, Shannon Lea    (00014744)
1001 Congress Ave. Suite 400 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2013      Term Date: 12/31/2013

**National Association of Publicly Traded Partnerships**
**1801 K Street, N.W., Suite 500  Washington, DC 20006**

Sander, Lindsay    (00054066)
3110 Norhill Blvd  Houston, TX 77009
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/29/2013      Term Date: 12/31/2013

**National Association of Theatre Owners of Texas, Inc.**
**P O Box 200815  Arlington, TX 76006**

Poinsett, Royce Pabst    (00065096)
98 San Jacinto Center Suite 1500 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/01/2013      Term Date: 12/31/2013

**National Association of Theatre Owners of Texas, Inc**
**PO Box 200815  Arlington, TX 76006**

Chavez, Rozzane Andrea    (00068854)
98 San Jacinto Suite 1500 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/11/2013      Term Date: 12/31/2013

**National Campus & Community Development Corporation**
**327 Congress Ave.  Austin, TX 78701-4058**

De Leon, Marty    (00050569)
8604 Melshire Drive  Austin, TX 78757
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 02/22/2013      Term Date: 12/31/2013




**National Council of La Raza**
**1126 16th Street NW Suite 600  Washington, DC 20036**

Ibarra, Jose A.    (00068966)
110 Broadway Street Suite 190 San Antonio, TX 78205
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 02/11/2013      Term Date: 12/31/2013


Troche, Sonia    (00068947)
110 Broadway Street Suite 190 San Antonio, TX 78205
Type of Compensation: Prospective

```
$10,000 - $24,999.99
Client - Start: 02/11/2013     Term Date: 12/31/2013
```

**National Council on Compensation Insurance, Inc.**
**901 Peninsula Corporate Circle  Boca Raton, FL 33487**

```
Gammage, Samuel   (00068789)
600 Congress Avenue, Suite 3000  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/22/2013     Term Date: 12/31/2013

Perkins, Arthur V.   (00013729)
1000 Louisiana, Suite 3400  Houston, TX 77002-5011
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/25/2013     Term Date: 12/31/2013

Ritchie Robnett, Leslie   (00068942)
600 Congress Avenue, Suite 3000  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/08/2013     Term Date: 12/31/2013

Robinson, Terri   (00068069)
46714 South Highway 10  Perryville, AR 72126
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/31/2013     Term Date: 12/31/2013

Vane, Mark   (00037572)
600 Congress Avenue, Suite 3000  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/22/2013     Term Date: 12/31/2013

Yelkin, Kimberly A.   (00013341)
600 Congress Avenue, Suite 3000  Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/22/2013     Term Date: 12/31/2013
```

**National Cutting Horse Association**
**260 Bailey Avenue  Fort Worth, TX 76107**

```
Short, Jim   (00013921)
P.O. Box 188  Fulshear, TX 77441
Type of Compensation: Prospective
$150,000 - $199,999.99
Client - Start: 01/28/2013     Term Date: 12/31/2013
```

**National Federation of Independent Business**
**400 West 15th Street Suite 840  Austin, TX 78701**

```
Barber, Kathy Ann   (00065263)
400 W 15th Street Ste. 804 Austin, TX 78701
Type of Compensation: Paid
$100,000 - $149,999.99
Client - Start: 01/01/2013     Term Date: 12/31/2013

Newton, William R. Jr   (00037322)
```

400 West 15th Street Suite 804 Austin, TX 78701
Type of Compensation: Paid
$25,000 - $49,999.99
Client - Start: 01/29/2013    Term Date: 12/31/2013

**National Geographic / Cengage Learning**
**1 Lower Ragsdale Dr., Building 1, Suite 200  Monterey, CA 93940**

    Romero, Jesse   (00054551)
2434 W Mulberry  San Antonio, TX 78228
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/10/2013    Term Date: 12/31/2013

**National Heritage Academies**
**3850 Broadmoor Avenue, S.E., Suite 201  Grand Rapids, MI 49512**

    Eschberger, Brenda   (00029854)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/16/2013    Term Date: 12/31/2013

    Johnson, Michael J.   (00055885)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
$10,000 - $24,999.99
Client - Start: 01/16/2013    Term Date: 12/31/2013

    Kelley, Russell T.   (00013737)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
$10,000 - $24,999.99
Client - Start: 01/16/2013    Term Date: 12/31/2013

    Kemptner, Sara   (00057952)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/16/2013    Term Date: 12/31/2013

    McGarah, Carol   (00051437)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
$10,000 - $24,999.99
Client - Start: 01/16/2013    Term Date: 12/31/2013

    Waldon, Barbara   (00057030)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/16/2013    Term Date: 12/31/2013

**National Instruments Corporation**
**11500 North MoPac Expressway  Austin, TX 78759**

    Laine, Dale E.   (00053827)
919 Congress Avenue, Suite 1400  Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99

Client - Start: 01/17/2013     Term Date: 12/31/2013

**National Instruments**
**11500 North MoPac Expressway  Austin, TX 78759**

Joiner, Caroline M.   (00067415)
919 Congress Suite 1400 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/10/2013     Term Date: 12/31/2013

**National Media Corp.**
**3701 Bee Caves Road Suite 101  Austin, TX 78746**

Townsend, Thomas T.   (00066761)
PO Box 13382 Capitol Station Austin, TX 78711
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/18/2013     Term Date: 12/31/2013

**National Media Corporation**
**3701 Bee Caves Road, Suite 101  Austin, TX 78746**

Dailey, Jenna   (00068773)
P.O. Box 13382  Austin, TX 78711
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/21/2013     Term Date: 12/31/2013

Grimes, John Michael   (00057963)
PO Box 13382 Capitol Station Austin, TX 78711
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/15/2013     Term Date: 12/31/2013

Johnson, Marti R.   (00067009)
P.O. Box 13382  Austin, TX 78711
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/15/2013     Term Date: 12/31/2013

Wied, Lauren A.   (00068693)
P.O. Box 67  Austin, TX 78767
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 03/04/2013     Term Date: 12/31/2013

Woodard, W. Shayne   (00028738)
P.O. Box 67  Austin, TX 78767
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 03/04/2013     Term Date: 12/31/2013

**National Motor Club Holdings, Inc.**
**130 East John Carpenter Freeway  Irving, TX 75062**

Goodell-Polan, Deborah   (00013768)
P.O. Box 50272  Austin, TX 78763

```
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 04/03/2013    Term Date: 12/31/2013
```

**National Multiple Sclerosis Society**
**9600 N. MoPAC Expressway Suite 150  Austin, TX 78759**

```
Arnold, Ellen   (00053551)
815A Brazos St., PMB 545  Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/12/2013    Term Date: 12/31/2013

Arnold, Jay  (00065253)
4216 Dos Cabezas  Austin, TX 78749
Type of Compensation: Prospective
$ 0.00
Client - Start: 01/12/2013    Term Date: 12/31/2013

Arnold, Jim   (00039050)
815A Brazos St., PMB 545  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/12/2013    Term Date: 12/31/2013

Nichols-Segers, Simone   (00068974)
9600 N Mopac Ste 150 Austin, TX 78759
Type of Compensation: Paid
$10,000 - $24,999.99
Client - Start: 02/14/2013    Term Date: 12/31/2013
```

**National PACE Association**
**80 North Fairfax Suite 309  Alexandria, VA 22319**

```
Campbell, Ben   (00019797)
P.O.Box 91294  Austin, TX 78709-1294
Type of Compensation: Paid
$25,000 - $49,999.99
Client - Start: 01/01/2013    Term Date: 12/31/2013

Isett, Carl H.   (00034445)
1122 Colorado Suite 200 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/14/2013    Term Date: 12/31/2013
```

**National Public Finance Guarantee Corporation**
**113 King Street  Armonk, NY 10504**

```
Glenn, Eric   (00038847)
1122 Colorado, Suite 200  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 04/25/2013    Term Date: 12/31/2013




Schlueter, Stan   (00010198)
P. O. Box 2227  Austin, TX 78768
```

Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 04/25/2013      Term Date: 12/31/2013

**National Rifle Association of America**
**c/o Office of General Counsel 11250 Waples Mill Road  Fairfax, VA 22030**

Biles, Christopher Lacey   (00067659)
c/o Office of General Counsel 11250 Waples Mill Road Fairfax, VA 22030
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2013      Term Date: 12/31/2013

Reilly-Mica, Tara   (00034621)
c/o Office of General Counsel 11250 Waples Mill Rd. Fairfax, VA 22030
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/01/2013      Term Date: 12/31/2013

**National Safety Council**
**1121 Spring Lake Dr.  Itasca, IL 60143-3201**

Shannon, Fred   (00050599)
919 Congress Ave Suite 450 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 03/13/2013      Term Date: 12/31/2013

**National Surgical Hospitals**
**30 South Wacker Drive, Suite 2302  Chicago, IL 60606**

Acevedo, Julianne   (00053651)
P.O. Box 5352  Austin, TX 78763
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/07/2013      Term Date: 12/31/2013

Cain, Randy C.   (00025263)
PO Box 5352  Austin, TX 78763-5352
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/07/2013      Term Date: 12/31/2013

**National Vision, Inc.**
**296 Grayson Highway  Lawrenceville, GA 30046**

Eschberger, Brenda   (00029854)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/16/2013      Term Date: 12/31/2013

Johnson, Michael J.   (00055885)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/16/2013      Term Date: 12/31/2013

Kelley, Russell T.　(00013737)
919 Congress Avenue, Suite 950　Austin, TX 78701
Type of Compensation: Paid
$10,000 - $24,999.99
Client - Start: 01/16/2013　Term Date: 12/31/2013

Kemptner, Sara　(00057952)
919 Congress Avenue, Suite 950　Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/16/2013　Term Date: 12/31/2013

McGarah, Carol　(00051437)
919 Congress Avenue, Suite 950　Austin, TX 78701
Type of Compensation: Paid
$10,000 - $24,999.99
Client - Start: 01/16/2013　Term Date: 12/31/2013

Waldon, Barbara　(00057030)
919 Congress Avenue, Suite 950　Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/16/2013　Term Date: 12/31/2013

**National Western  Life Insurance Company**
**850 East Anderson Lane  Austin, TX 78752-1602**

Sullivan, Raymond C.　(00053484)
919 Congress Avenue, #1500　Austin, TX 78701
Type of Compensation: Prospective
$100,000 - $149,999.99
Client - Start: 01/01/2013　Term Date: 12/31/2013

**National Western Life Insurance Company**
**850 East Anderson Lane  Austin, TX 78752**

Koebele, Stephen P.　(00054021)
1108 Lavaca Street, Suite 110-484　Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/01/2013　Term Date: 12/31/2013

**National Wildlife Federation**
**11100 Wildlife Center Drive  Reston, VA 20190-5362**

Hess, Myron J.　(00029172)
44 East Avenue Suite 200 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/22/2013　Term Date: 12/31/2013

**Nationwide Insurance and Nationwide Financial Services**
**One Nationwide Plaza  Columbus, OH 43215**

Erben, Randall H.　(00013689)
807 Brazos Suite 402 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/04/2013　Term Date: 12/31/2013

```
Hamilton, Jonna Kay   (00013332)
Nationwide 1005 Congress Ave., Suite 960 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/01/2013    Term Date: 12/31/2013


Somerville, Emily   (00066876)
807 Brazos Street Suite 402 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/04/2013    Term Date: 12/31/2013


Yarbrough, Brian G.   (00037475)
807 Brazos, Suite 402  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/04/2013    Term Date: 12/31/2013
```

**Natural Renewable Energy**
**194 Carmen Hill Lane  Bastrop, TX 78602**

```
Heckler, Jeffrey E.   (00040150)
1301 Nueces Street Suite 200 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/09/2013    Term Date: 12/31/2013
```

**Natural Renewable Energy**
**1096 HWY 95 South  Smithville, TX 78957**

```
Gilmore, Scott E.   (00056410)
1301 Nueces Street Suite 200 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/15/2013    Term Date: 12/31/2013
```

**Natural Resources Solutions, L.C.**
**919 Congress Avenue Suite 1400  Austin, TX 78701**

```
Armstrong, Katharine   (00039785)
919 Congress Ave. Suite 1400 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/04/2013    Term Date: 12/31/2013
```

**Nau, John**
**Post Office Box 2743  Houston, TX 77252-2743**

```
Donley, Richard W.   (00013802)
502 West 11th Suite 420 Austin, TX 78701
Type of Compensation: Prospective
$ 0.00
Client - Start: 01/01/2013    Term Date: 12/31/2013
```

**Navasota Indpendent School District**
**P.O. Box 511  Navasota, TX 77868**

```
Borreca, Christopher P.   (00054010)
Thompson & Horton LLP 3200 Southwest Frwy, Suite 2000 Houston, TX 77027
Type of Compensation: Prospective
Less Than $10,000.00
```

Client - Start: 03/26/2013     Term Date: 12/31/2013


Horton, Janet Little   (00062497)
Thompson & Horton LLP 3200 Southwest Frwy. Suite 2000 Houston, TX 77027
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 03/26/2013     Term Date: 12/31/2013

**Navitus**
**2601 W. Beltline Hwy, Ste. 600  Madison, WI 53713**

Tonn, Larry L.   (00012292)
401 West 15th Street, Suite 870  Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/02/2013     Term Date: 12/31/2013

**NCDR LLC**
**1090 Northchase Parkway, Suite 290  Marietta, GA 30067**

Laine, Dale E.   (00053827)
919 Congress Avenue, Suite 1400  Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/17/2013     Term Date: 12/31/2013

**NCDR, LLC**
**1090 Northchase Parkway Suite 290  Marietta, GA 30067**

Joiner, Caroline M.   (00067415)
919 Congress Suite 1400 Austin, TX 78701
Type of Compensation: Paid
$25,000 - $49,999.99
Client - Start: 01/10/2013     Term Date: 12/31/2013

McClelland, Terra Gray   (00067635)
P.O. BOX 195851  Dallas, TX 75219
Type of Compensation: Prospective
$100,000 - $149,999.99
Client - Start: 01/09/2013     Term Date: 12/31/2013

**Needville Independent School District**
**P.O. Box 412  Needville, TX 77461**

Borreca, Christopher P.   (00054010)
Thompson & Horton LLP 3200 Southwest Frwy, Suite 2000 Houston, TX 77027
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 03/26/2013     Term Date: 12/31/2013

Horton, Janet Little   (00062497)
Thompson & Horton LLP 3200 Southwest Frwy. Suite 2000 Houston, TX 77027
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 03/26/2013     Term Date: 12/31/2013

**Neighbors**
**418 W. Ave. B  San Angelo, TX 76903**

Neighbors, Phil   (00066729)

418 W. Avenue B  San Angelo, TX 76903
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2013    Term Date: 12/31/2013


**NESTE OIL**
**1800 WEST LOOP SOUT SUITE 1700   HOUSTON, TX 77027-3219**

Oldham, Phillip G.   (00034833)
111 Congress Avenue Suite 1700 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/01/2013    Term Date: 12/31/2013

**NET Data**
**1110 Enterprise Drive  Sulphur Springs, TX 75482**

Dow, James W.  (00067150)
401 W. 15th Street Suite 695 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 04/11/2013    Term Date: 12/31/2013

**NETData**
**TX**

Dow, James W.  (00067150)
401 W. 15th St. Ste. 695  Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 03/27/2013    Term Date: 12/31/2013

**NETData**
**1110 Enterprise Dr. Suite 695  Sulpher Springs, TX 75482**

Smith, Jason   (00066847)
504 W. 12th St.  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/05/2013    Term Date: 12/31/2013

**NETData**
**1100 Enterprise Dr  Sulphur Springs, TX 75482**

Homer, Mark S.   (00037071)
504 W. 12th St.  Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 02/11/2013    Term Date: 12/31/2013

**NETWC, Inc.**
**P.O. Box 1154  Mt. Pleasant, TX 75456**

Ellis, Ella M.   (00012824)
919 Congress Avenue Ste. 1100  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 03/06/2013    Term Date: 12/31/2013

Wright, Charles Eric   (00043672)
919 Congress Avenue Suite  1100 Austin, TX 78701

Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/28/2013    Term Date: 12/31/2013


**Network of Texas Organizations, Inc.**
**1511 Saltillo  San Antonio, TX 78207**

Davis, Kathleen L.   (00069144)
1301 South IH 35 Ste 315 Austin, TX 78741-1169
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 04/11/2013    Term Date: 12/31/2013

**Nevada Gold & Casinos, Inc.**
**3040 Post Oak Blvd. Suite 675  Houston, TX 77056**

Booth, Brittney   (00067206)
1980 Post Oak Boulevard Suite 1380 Houston, TX 77056
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2013    Term Date: 12/31/2013

Kuhl, P. John Jr.   (00013743)
1980 Post Oak Boulevard Suite 1380 Houston, TX 77056
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2013    Term Date: 12/31/2013

Sanford, Marion   (00013727)
1980 Post Oak Boulevard Suite 1380 Houston, TX 77056
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2013    Term Date: 12/31/2013

**New Benefits, Ltd.**
**14240 Proton Road  Dallas, TX 75244**

Graves, Annette   (00068724)
1220 Colorado Street, Suite 100  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/25/2013    Term Date: 12/31/2013

Mays, Daniel Brookhart   (00057208)
1220 Colorado Street, Suite 100  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/25/2013    Term Date: 12/31/2013

McWilliams, Andrea   (00033593)
1220 Colorado Street, Suite 100  Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/25/2013    Term Date: 12/31/2013

**New Braunfels Utilities**
**263 E. Main  New Braunfels, TX 78130**

```
Casteel, Carter   (00051154)
254 e. Mill  New Braunfels, TX 78130
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 03/13/2013    Term Date: 12/31/2013
```

```
Roberts, Cary L.   (00033594)
1122 Colorado Street Suite 2103 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/08/2013    Term Date: 12/31/2013
```

**New Car Dealers of West Texas, Inc.**
**P.O. Box 6933  Lubbock, TX 79493-6933**

```
Wilkes, Morris E.   (00012983)
P.O. Box 6933  Lubbock, TX 79493-6933
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/01/2013    Term Date: 12/31/2013
```

**New Process Steel, L.P.**
**P.O. Box 55205  Houston, TX 77255**

```
Keener, Justin C.   (00039218)
823 Congress Avenue Suite 630 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/31/2013    Term Date: 12/31/2013
```

**New Process Steel**
**PO Box 55205  Houston, TX 77255**

```
Heckmann, Kristian   (00041085)
823 Congress Ave suite 630 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/02/2013    Term Date: 12/31/2013
```

**New Rodeo 288, Ltd**
**1616 Voss Suite 618  Houston, TX 77057**

```
Carter, Nancy   (00056973)
Allen Boone Humphries Robinson LLP 3200 Southwest Freeway, Ste 2600 Houston, TX 77027
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/04/2013    Term Date: 12/31/2013
```

```
Hogan, Kristen   (00061565)
3200 Southwest Freeway Suite 2600 Houston, TX 77027
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/04/2013    Term Date: 12/31/2013
```

```
Lary, Camm C. III   (00040174)
Allen Boone Humphries Robinson LLP 3200 Southwest Freeway, Suite 2600 Houston, TX 77027
Type of Compensation: Prospective
```

$10,000 - $24,999.99
Client - Start: 02/04/2013      Term Date: 12/31/2013


Richardson, Jody   (00013336)
1108 Lavaca Suite 510 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 02/04/2013      Term Date: 12/31/2013


**Newfield Exploration Company**
**363 N. Sam Houston Parkway E. Suite 100   Houston, TX 77060**

Hosek, Chris   (00066901)
1122 Colorado, Suite 102  Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/13/2013      Term Date: 12/31/2013

**Newland Communities**
**10235 W. Little York Rd. Ste. 300   Houston, TX 77040**

Stout, Robert F.   (00010063)
2202 Riva Row Ste. 4124   The Woodlands, TX 77380-3145
Type of Compensation: Paid
$25,000 - $49,999.99
Client - Start: 01/01/2013      Term Date: 12/31/2013

**Newland Real Estate Group, LLC**
**10235 West Little York Suite 300   Houston, TX 77040**

Carter, Nancy   (00056973)
Allen Boone Humphries Robinson LLP 3200 Southwest Freeway, Ste 2600 Houston, TX 77027
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 02/04/2013      Term Date: 12/31/2013

Hogan, Kristen   (00061565)
3200 Southwest Freeway Suite 2600 Houston, TX 77027
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/04/2013      Term Date: 12/31/2013

Lary, Camm C. III   (00040174)
Allen Boone Humphries Robinson LLP 3200 Southwest Freeway, Suite 2600 Houston, TX 77027
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 02/04/2013      Term Date: 12/31/2013

Richardson, Jody   (00013336)
1108 Lavaca Suite 510 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 02/04/2013      Term Date: 12/31/2013

**Newpark Resources, Inc.**
**2700 Research Forest Dr., Suite 100  The Woodlands, TX 773814252**

```
Floyd, Robert A.    (00013261)
111 Congress Avenue, Suite 500  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2013    Term Date: 12/31/2013


Huddleston, Cheri   (00060638)
111 Congress Avenue, Suite 500  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2013    Term Date: 12/31/2013




Woodward, Michael L.   (00030016)
111 Congress Avenue, Suite 500  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2013    Term Date: 12/31/2013
```

**Nexas Health System, LDT**
**One Riverway, Suite 600  Houston, TX 77056**

```
Schauer, Timothy S.   (00038732)
4203 Montrose Blvd. Suite 450 Houston, TX 77006
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/07/2013    Term Date: 12/31/2013
```

**NextEra Energy Resources LLC**
**700 Universe Blvd  Juno Beach, FL 33408**

```
Gregg, C. Michael   (00065411)
823 Congress Avenue Suite 1330 Austin, TX 78701
Type of Compensation: Prospective
$100,000 - $149,999.99
Client - Start: 01/01/2013    Term Date: 12/31/2013


Howard, Jay   (00030094)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/11/2013    Term Date: 12/31/2013


Jones, Neal T. Jr.   (00013745)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/11/2013    Term Date: 12/31/2013


Pearson, Dan   (00030669)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/11/2013    Term Date: 12/31/2013
```

**NextEra Energy Resources**
**700 Universe Blvd.  Juno Beach, FL 33408**

```
Hughes, Christopher   (00056532)
```

111 Congress Avenue Suite 1400 Austin, TX 78701-4093
Type of Compensation: Earned
Less Than $10,000.00
Client - Start: 01/04/2013    Term Date: 12/31/2013

**NIC USA**
**301 Congress Ave Suite 400  Austin, TX 78701**

Toomey, Michael    (00013686)
919 Congress Avenue, #1500  Austin, TX 78701
Type of Compensation: Prospective
$100,000 - $149,999.99
Client - Start: 01/15/2013    Term Date: 12/31/2013

**NIC, Inc.**
**10540 S. Ridgeview Rd  Olathe, KS 66061**

Mitzner, Carsi   (00068435)
405 West 14th Street  Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/04/2013    Term Date: 12/31/2013

Zottarelli, Angelo P.   (00010069)
405 W. 14th St.  Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/04/2013    Term Date: 12/31/2013

**Nissan North America, Inc.**
**One Nissan Way  Franklin, TN 37067**

Johnson, Robert E. Jr.    (00012850)
1122 Colorado Street, Suite 208  Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/30/2013    Term Date: 12/31/2013

**Nix Healthcare System**
**414 Navarro  San Antonio, TX 78205**

Gilbert, Don A.   (00030056)
401 West 15th Street, Suite 870  Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/02/2013    Term Date: 12/31/2013

**NL Systems, LLC dba Encryptics**
**5566 W. Main Street Suite 207  Frisco, TX 75033**

Beard, Amy C.   (00061114)
919 Congress Ave. Suite 1400 Austin, TX 78701
Type of Compensation: Prospective
$ 0.00
Client - Start: 01/04/2013    Term Date: 12/31/2013

Cammack, Kerry N.   (00022250)

```
919 Congress Avenue, Suite 1400  Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/04/2013   Term Date: 12/31/2013
```

**NNA Services, LLC, a Delaware Limited Liability Company**
**9350 De Soto Avenue  Chatsworth, CA 91311-4926**

```
Forbes, Thomas A.   (00012695)
111 Congress Avenue, Suite 1800  Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 03/01/2013   Term Date: 12/31/2013
```

```
Neeley, Karen M.   (00013345)
111 Congress Avenue, Suite 1800  Austin, TX 78701-4068
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/09/2013   Term Date: 12/31/2013
```

**NOCS West Gulf**
**3411 Jourdan Road  New Orleans, LA 70186**

```
Erskine, Candis B.   (00035590)
4304 Green Cliffs  Austin, TX 78746
Type of Compensation: Prospective
$ 0.00
Client - Start: 01/18/2013   Term Date: 12/31/2013
```

```
Erskine, John M. Jr.   (00012969)
111 Congress Avenue, Suite 900  Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/18/2013   Term Date: 12/31/2013
```

```
Ford, Victoria C.   (00060035)
111 Congress Avenue, Suite 900  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/18/2013   Term Date: 12/31/2013
```

```
Leo, Myra   (00034631)
111 Congress Avenue, Suite 900  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/25/2013   Term Date: 12/31/2013
```

```
McGinnis, Larry D.   (00013432)
111 Congress Avenue, Suite 900  Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/18/2013   Term Date: 12/31/2013
```

**Nomura Securities International, Inc.**
**2 World Financial Center Building B  New York, NY 10281**

```
Nomura Securities International, Inc.   (00067947)
2 World Financial Center Building B New York, NY 10281-1198
Type of Compensation: Paid
$ 0.00
Client - Start: 01/01/2013   Term Date: 12/31/2013
```

**Norbord Inc.**
**1 Toronto Street, Suite 600 Toronto, Ontario M5C 2W4  Canada, ZZ 99999-9999**

  Poinsett, Royce Pabst    (00065096)
  98 San Jacinto Center Suite 1500 Austin, TX 78701
  Type of Compensation: Prospective
  $25,000 - $49,999.99
  Client - Start: 01/01/2013    Term Date: 12/31/2013

**Norbord Inc.**
**1 Toronto Street Suite 600, Toronto, Ontario M5C 2W4  Canda, ZZ 99999-9999**

  Chavez, Rozzane Andrea    (00068854)
  98 San Jacinto Suite 1500 Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/11/2013    Term Date: 12/31/2013

**NorTex Gas Storage Company, LLC.**
**5847 San Felipe Suite 3050  Houston, TX 77057**

  Saitas, Jeffrey Anthony    (00038798)
  1122 Colorado Street Suite 208 Austin, TX 78701
  Type of Compensation: Prospective
  $25,000 - $49,999.99
  Client - Start: 01/09/2013    Term Date: 12/31/2013

**Nortex Gas Storage LLC**
**1201 Louisiana Suite 700  Houston, TX 77001**

  Seales, Terri    (00013667)
  1122 Colorado Street Suite 208 Austin, TX 78701
  Type of Compensation: Prospective
  $25,000 - $49,999.99
  Client - Start: 01/01/2013    Term Date: 12/31/2013

**Nortex Gas Storage**
**1201 Louisiana Street Suite 700  Houston, TX 77002**

  Mann, James E.    (00013930)
  Duggins Wren Mann & Romero, LLP 600 Congress Ave., Suite 1900 Austin, TX 78701
  Type of Compensation: Prospective
  $10,000 - $24,999.99
  Client - Start: 01/04/2013    Term Date: 12/31/2013

**North Alamo Water Supply**
**420 S. Doolittle Rd  Edinburg, TX 78539**

  Lopez, Elvia Caballero    (00050571)
  P.O. Box 2670  Austin, TX 78768
  Type of Compensation: Prospective
  $25,000 - $49,999.99
  Client - Start: 01/01/2013    Term Date: 12/31/2013

**North American Power Partners**
**308 Harper Drive  Suite 320  Moorestown, NJ 08057**

```
King, Robert J.   (00014900)
515 Congress Avenue Suite 1510 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/03/2013    Term Date: 12/31/2013


McClellan, Suzi Ray   (00031497)
515 Congress Ave. Ste. 1510  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/03/2013    Term Date: 12/31/2013
```

**North Atlantic Trading Company**
**257 Park Avenue South  New York, NY 10010**

```
Hinkle, Ron   (00050593)
P.O. Box 11664  Austin, TX 78711
Type of Compensation: Paid
$25,000 - $49,999.99
Client - Start: 01/25/2013    Term Date: 12/31/2013
```

**North Austin Municipal Utility District No. 1**
**c/o Armbrust & Brown, PLLC 100 Congress Avenue, Suite 1300  Austin, TX 78701-2744**

```
Collins, Sharlene N.   (00012869)
100 Congress Avenue Suite 1300 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2013    Term Date: 12/31/2013
```

**North Cypress Medical Center Operating Company LTD**
**5406 American Beauty Ct  Houston, TX 77041**

```
Acevedo, Julianne   (00053651)
P.O. Box 5352  Austin, TX 78763
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/07/2013    Term Date: 12/31/2013


Cain, Randy C.   (00025263)
PO Box 5352  Austin, TX 78763-5352
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/07/2013    Term Date: 12/31/2013
```

**North East Texas Regional Mobility Authority**
**Atkins, 909 ESE Loop 323, Suite 360  Tyler, TX 75701**

```
Cassidy, Brian   (00035794)
100 Congress Avenue Suite 300 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/01/2013    Term Date: 12/31/2013


O'Reilly, Brian   (00067074)
100 Congress Avenue Suite 300 Austin, TX 78701
Type of Compensation: Prospective
```

$10,000 - $24,999.99
Client - Start: 01/01/2013      Term Date: 12/31/2013


Winland, Lori Fixley    (00067261)
100 Congress Avenue Suite 300 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/03/2013      Term Date: 12/31/2013

**North Fort Bend County Water Authority**
**3200 Southwest Freeway Suite 2600   Houston, TX 77027**

Carter, Nancy    (00056973)
Allen Boone Humphries Robinson LLP 3200 Southwest Freeway, Ste 2600 Houston, TX 77027
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/09/2013      Term Date: 12/31/2013


Hogan, Kristen    (00061565)
3200 Southwest Freeway Suite 2600 Houston, TX 77027
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/09/2013      Term Date: 12/31/2013


Lary, Camm C. III    (00040174)
Allen Boone Humphries Robinson LLP 3200 Southwest Freeway, Suite 2600 Houston, TX 77027
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/09/2013      Term Date: 12/31/2013


Richardson, Jody    (00013336)
1108 Lavaca Suite 510 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/09/2013      Term Date: 12/31/2013

**North Harris County Regional Water Authority**
**3648 FM 1960 West, Ste 110   Houston, TX 77068**

Bresnen, Steve    (00033363)
1801 Lavaca St. STE 13L Austin, TX 78701
Type of Compensation: Prospective
$100,000 - $149,999.99
Client - Start: 01/07/2013      Term Date: 12/31/2013


Deshields, Glenn    (00067113)
6503 Treadwell Blvd  Austin, TX 78757
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/08/2013      Term Date: 12/31/2013

**North Highland**


Shields, Brad II    (00056074)
208 West 14th St  Austin, TX 78701
Type of Compensation: Prospective

Less Than $10,000.00
Client - Start: 01/14/2013    Term Date: 12/31/2013

**North Plains Groundwater Conservation District**
**P.O. Box 795  Dumas, TX 79029**

  Forbes, Thomas A.   (00012695)
  111 Congress Avenue, Suite 1800  Austin, TX 78701
  Type of Compensation: Prospective
  $50,000 - $99,999.99
  Client - Start: 02/07/2013    Term Date: 12/31/2013

**North Texas Commission**
**8445 Freeport Parkway, Suite 640  DFW Airport, TX 75261**

  Ellmer, Mindy R.   (00033421)
  200 Congress Avenue, Unit #11E  Austin, TX 78701
  Type of Compensation: Prospective
  $25,000 - $49,999.99
  Client - Start: 01/14/2013    Term Date: 12/31/2013

**North Texas Crime Commission**
**1601 Elm Street Suite 2350  Dallas, TX 75201**

  Scott, Rider   (00035064)
  13355 Noel Road One Galleria Tower Dallas, TX 75240
  Type of Compensation: Prospective
  $ 0.00
  Client - Start: 01/07/2013    Term Date: 12/31/2013

**North Texas Crime Commission**
**1333 West Campbell Road Suite 110  Richardson, TX 75080**

  Dean, David A.   (00039219)
  8080 Park Lane Suite 600 Dallas, TX 75231
  Type of Compensation: Paid
  $ 0.00
  Client - Start: 01/09/2013    Term Date: 12/31/2013

  Schaffner, Russell   (00068170)
  8080 Park Lane Suite 600 Dallas, TX 75231
  Type of Compensation: Paid
  $ 0.00
  Client - Start: 01/09/2013    Term Date: 12/31/2013

**North Texas Groundwater Conservation District**
**114 McKinney St.  Farmersville, TX 75442**

  Crimmins, Adriane   (00068887)
  816 Congress Avenue Suite 1900 Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/15/2013    Term Date: 12/31/2013

  Sledge, Brian L.   (00041086)
  816 Congress Avenue Suite 1900 Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/15/2013    Term Date: 12/31/2013

**North Texas Municipal Water District**

**P.O. Box 2408  Wylie, TX 75098**

Crimmins, Adriane  (00068887)
816 Congress Avenue Suite 1900 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/15/2013    Term Date: 12/31/2013

Embrey, Ty H.  (00056282)
816 Congress Avenue Suite 1900 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/15/2013    Term Date: 12/31/2013

Lewis, Ron E.  (00020172)
919 Congress Avenue Suite 1030 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/11/2013    Term Date: 12/31/2013

Rochelle, Martin C.  (00053106)
816 Congress Avenue Suite 1900 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/03/2013    Term Date: 12/31/2013

Sledge, Brian L.  (00041086)
816 Congress Avenue Suite 1900 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/15/2013    Term Date: 12/31/2013


**North Texas Toll Authority**
**5900 W. Plano Parkway  Plano, TX 75093**

Ramirez, Rene A.  (00067982)
612 Nolana Suite 415 McAllen, TX 78504
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/18/2013    Term Date: 12/31/2013

**North Texas Tollway Authority**
**5900 W. Plano Parkway  Dallas, TX 75093**

Stevenson, Frank E. II  (00066805)
2200 Ross Avenue Suite 2200 Dallas, TX 75201
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 04/26/2013    Term Date: 12/31/2013

**North Texas Tollway Authority**
**Post Office Box 260729  Plano, TX 75026**

Eschberger, Brenda  (00029854)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/16/2013    Term Date: 12/31/2013

Heckmann, Kristian  (00041085)

823 Congress Ave suite 630 Austin, TX 78701
Type of Compensation: Prospective
$100,000 - $149,999.99
Client - Start: 01/02/2013     Term Date: 12/31/2013


Johnson, Michael J.   (00055885)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/16/2013     Term Date: 12/31/2013


Kelley, Russell T.   (00013737)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
$10,000 - $24,999.99
Client - Start: 01/16/2013     Term Date: 12/31/2013


Kemptner, Sara   (00057952)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/16/2013     Term Date: 12/31/2013


McGarah, Carol   (00051437)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
$10,000 - $24,999.99
Client - Start: 01/16/2013     Term Date: 12/31/2013


Waldon, Barbara   (00057030)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/16/2013     Term Date: 12/31/2013



**North Zulch Indpendent School District**
**P.O. Box 158  North Zulch, TX 77872**


Borreca, Christopher P.   (00054010)
Thompson & Horton LLP 3200 Southwest Frwy, Suite 2000 Houston, TX 77027
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 03/26/2013     Term Date: 12/31/2013


Horton, Janet Little   (00062497)
Thompson & Horton LLP 3200 Southwest Frwy. Suite 2000 Houston, TX 77027
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 03/26/2013     Term Date: 12/31/2013


**Northeast Growth Corridor Water, Sewer, Irrigation and Drainage District No. 1**
**c/o Armbrust & Brown, PLLC 100 Congress Avenue, Suite 1300  Austin, TX 78701-2744**


Collins, Sharlene N.   (00012869)
100 Congress Avenue Suite 1300 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2013     Term Date: 12/31/2013


**Northeast Growth Corridor Water, Sewer, Irrigation and Drainage District No. 2**
**c/o Armbrust & Brown, PLLC 100 Congress Avenue, Suite 1300  Austin, TX 78701-2744**

```
Collins, Sharlene N.   (00012869)
100 Congress Avenue Suite 1300 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2013    Term Date: 12/31/2013
```

**NorthgateArinso Inc.**
**201 East 4th Street Suite 1500  Cincinnati, OH 45202**

```
Cornyn, Haley   (00065594)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/15/2013    Term Date: 12/31/2013


Jones, Marsha Malish   (00011722)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/11/2013    Term Date: 12/31/2013
```

**Northhighland**
**P.O. Box 162925  Austin, TX 78716**

```
Shields, Bradford T.   (00012135)
P.O. Box 162925  Austin, TX 78716-2925
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/17/2013    Term Date: 12/31/2013
```

**Northrop Grumman Corp**
**1000 Wilson Blvd. Suite 2300  Arlington, VA 22209**

```
Nabers, Mary Scott   (00020633)
901 S. Mopac Expressway Barton Oaks Plaza I; Suite 100 Austin, TX 78746
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/01/2013    Term Date: 12/31/2013
```

**Northrop Grumman Corporation**
**1000 Wilson Blvd. Suite 2300  Arlington, VA 22209**

```
Erwin, Gay   (00053324)
901 S. Mopac Expressway Barton Oaks Plaza I; Suite 100 Austin, TX 78746
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/01/2013    Term Date: 12/31/2013
```

**Northtown Municipal Utility District**
**100 Congress Avenue Suite 1300  Austin, TX 78701**

```
Bartram, John W.   (00054211)
Type of Compensation: Paid
```

```
Less Than $10,000.00
Client - Start: 01/01/2013    Term Date: 12/31/2013


Brooks Littlefield, Sue    (00012866)
100 Congress Avenue Suite 1300 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2013    Term Date: 12/31/2013
```

**Northwood University**
**1114 W. FM 1382  Cedar Hill, TX 75104**

```
Erskine, Candis B.    (00035590)
4304 Green Cliffs  Austin, TX 78746
Type of Compensation: Prospective
$ 0.00
Client - Start: 01/01/2013    Term Date: 12/31/2013


Erskine, John M. Jr.    (00012969)
111 Congress Avenue, Suite 900  Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/01/2013    Term Date: 12/31/2013


Ford, Victoria C.    (00060035)
111 Congress Avenue, Suite 900  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2013    Term Date: 12/31/2013


Leo, Myra    (00034631)
111 Congress Avenue, Suite 900  Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/01/2013    Term Date: 12/31/2013




McGinnis, Larry D.    (00013432)
111 Congress Avenue, Suite 900  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2013    Term Date: 12/31/2013
```

**NOVA HEALTH SYSTEMS, INC.**
**215 WEST OLMOS DRIVE  SAN ANTONIO, TX 78212**

```
Hanna, Mark J.    (00013097)
900 CONGRESS AVENUE SUITE 250 AUSTIN, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/04/2013    Term Date: 12/31/2013
```

**Nova Medical Centers**
**5771 Enid Street  Houston, TX 77009**

```
Evans, Richard W.    (00034432)
919 Congress Avenue Suite 425 Austin, TX 78701
Type of Compensation: Prospective
```

$50,000 - $99,999.99
Client - Start: 01/08/2013      Term Date: 12/31/2013


Hendon, Morgan    (00069007)
919 Congress Ave. Suite 425 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/27/2013      Term Date: 12/31/2013


Stewart, Scott    (00068518)
919 Congress Avenue Suite 425 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/08/2013      Term Date: 12/31/2013

**Novartis Pharmaceutical Corporation**
**6009 Front Royal Drive  Austin, TX 78746**


Howard, Jay    (00030094)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/11/2013      Term Date: 12/31/2013

**Novartis Pharmaceuticals Corporation**
**One Health Plaza  East Hanover, NJ 07936**


Hawkins, Albert III    (00053723)
919 Congress Avenue Suite 1400 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/01/2013      Term Date: 12/31/2013


Stevens, Donald Jr.    (00042907)
7201 Ranch Road 2222 Apt 3427 Austin, TX 78730
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/01/2013      Term Date: 12/31/2013




**Novartis Vaccines and Diagnostics**
**c/o Nielsen Merksamer, et al. 2350 Kerner Blvd., Ste. 250  San Rafael, CA 94901**


Barnard, Alan    (00068986)
c/o Nielsen Merksamer, et al. 2350 Kerner Blvd., Ste. 250 San Rafael, CA 94901
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 02/22/2013      Term Date: 12/31/2013


Gay, Jonathan    (00068977)
c/o Nielsen Merksamer, et al. 2350 Kerner Blvd., Ste. 250 San Rafael, CA 94901
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 02/22/2013      Term Date: 12/31/2013


Klock, Jonathan    (00068621)
c/o Nielsen Merksamer, et al. 2350 Kerner Blvd., Ste. 250 San Rafael, CA 94901
Type of Compensation: Paid

```
Less Than $10,000.00
Client - Start: 01/01/2013    Term Date: 12/31/2013


Negron, Delis   (00068608)
c/o Nielsen Merksamer, et al. 2350 Kerner Blvd., Ste. 250 San Rafael, CA 94901
Type of Compensation: Paid
$25,000 - $49,999.99
Client - Start: 01/01/2013    Term Date: 12/31/2013
```

**Novo Nordisk**
**100 College Rd West  Princeton, NJ 08540**

```
Lawlor, Laura S.   (00059606)
2201 Deleon Ct  Austin, TX 78733-1690
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/08/2013    Term Date: 12/31/2013
```

**NRG Energy, Inc.**
**211 Carnegie Center  Princeton, NJ 08540-6213**

```
Eschberger, Brenda   (00029854)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/16/2013    Term Date: 12/31/2013


Johnson, Michael J.   (00055885)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/16/2013    Term Date: 12/31/2013


Kelley, Russell T.   (00013737)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
$25,000 - $49,999.99
Client - Start: 01/16/2013    Term Date: 12/31/2013


Kemptner, Sara   (00057952)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/16/2013    Term Date: 12/31/2013




Koebele, Stephen P.   (00054021)
1108 Lavaca Street, Suite 110-484  Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/01/2013    Term Date: 12/31/2013


McGarah, Carol   (00051437)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
$25,000 - $49,999.99
Client - Start: 01/16/2013    Term Date: 12/31/2013


Waldon, Barbara   (00057030)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
```

Client - Start: 01/16/2013   Term Date: 12/31/2013

**NRG**
**211 Carnegie Center  Princeton, NJ 08540-6213**

Bluntzer, Richard C.  (00066043)
1901 Capital Parkway  Austin, TX 78746
Type of Compensation: Prospective
$100,000 - $149,999.99
Client - Start: 01/01/2013   Term Date: 02/07/2013

McCollough, J. Parker  (00013628)
1005 Congress Suite 1000 Austin, TX 78701
Type of Compensation: Prospective
$100,000 - $149,999.99
Client - Start: 04/19/2013   Term Date: 12/31/2013

Walker, Mark Andrew  (00061078)
1005 Congress Ave. Suite 1000 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/01/2013   Term Date: 12/31/2013

**NRP Group**
**5309 Transportation Blvd.  Cleveland, OH 44125-5333**

Dunn, Mike  (00050821)
P.O.Box 151962  Austin, TX 78715
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/03/2013   Term Date: 12/31/2013

Perez, Robert J.  (00056105)
600 Navarro Street Suite 500 San Antonio, TX 78205
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/10/2013   Term Date: 12/31/2013

**Nuclear Energy for Texans**
**P.O. Box 160224  Austin, TX 78716-0224**

Forbes, Thomas A.  (00012695)
111 Congress Avenue, Suite 1800  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/07/2013   Term Date: 04/10/2013

Scott, William A.  (00056535)
1005 Congress Avenue Suite 880 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2013   Term Date: 12/31/2013

**Nucor Corp.**
**1915 Rexford Rd.  Charlotte, NC 28211**

Cubriel, Randy  (00065032)
919 Congress Ave. Suite 1400 Austin, TX 78701
Type of Compensation: Prospective
$150,000 - $199,999.99

Client - Start: 01/02/2013      Term Date: 12/31/2013

**Nurse-Family Partnership**
**1900 Grant Street, Suite 400  Denver, CO 80203**

   Santos, Frank R.   (00011331)
   1001 Congress Avenue Suite 100 Austin, TX 78701
   Type of Compensation: Prospective
   $25,000 - $49,999.99
   Client - Start: 01/17/2013      Term Date: 12/31/2013

   Sepulveda, Gabriel G.   (00068572)
   1001 Congress Avenue Suite 100 Austin, TX 78701
   Type of Compensation: Prospective
   Less Than $10,000.00
   Client - Start: 01/17/2013      Term Date: 12/31/2013

**NuStar Energy**
**2330 North Loop 1604 West  San Antonio, TX 78248**

   Ellmer, Mindy R.   (00033421)
   200 Congress Avenue, Unit #11E  Austin, TX 78701
   Type of Compensation: Prospective
   $50,000 - $99,999.99
   Client - Start: 01/14/2013      Term Date: 12/31/2013

**NVT, LLC dba SunEdison, LLC**
**600 Clipper Avenue  Belmont, CA 94002**

   Eschberger, Brenda   (00029854)
   919 Congress Avenue, Suite 950  Austin, TX 78701
   Type of Compensation: Paid
   Less Than $10,000.00
   Client - Start: 01/28/2013      Term Date: 12/31/2013

   Johnson, Michael J.   (00055885)
   919 Congress Avenue, Suite 950  Austin, TX 78701
   Type of Compensation: Paid
   Less Than $10,000.00
   Client - Start: 01/28/2013      Term Date: 12/31/2013

   Kelley, Russell T.   (00013737)
   919 Congress Avenue, Suite 950  Austin, TX 78701
   Type of Compensation: Paid
   Less Than $10,000.00
   Client - Start: 01/28/2013      Term Date: 12/31/2013

   Kemptner, Sara   (00057952)
   919 Congress Avenue, Suite 950  Austin, TX 78701
   Type of Compensation: Paid
   Less Than $10,000.00
   Client - Start: 01/28/2013      Term Date: 12/31/2013

   McGarah, Carol   (00051437)
   919 Congress Avenue, Suite 950  Austin, TX 78701
   Type of Compensation: Paid
   Less Than $10,000.00
   Client - Start: 01/28/2013      Term Date: 12/31/2013

```
Waldon, Barbara   (00057030)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/28/2013    Term Date: 12/31/2013
```

**O'DonnellJr., Peter**
**100 Crescent Court, Suite 1690  Dallas, TX 75201-1884**

```
Eschberger, Brenda   (00029854)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/16/2013    Term Date: 12/31/2013

Johnson, Michael J.   (00055885)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/16/2013    Term Date: 12/31/2013

Kelley, Russell T.   (00013737)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/16/2013    Term Date: 12/31/2013

Kemptner, Sara   (00057952)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/16/2013    Term Date: 12/31/2013

McGarah, Carol   (00051437)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/16/2013    Term Date: 12/31/2013

Waldon, Barbara   (00057030)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/16/2013    Term Date: 12/31/2013
```

**O'Hanlon, McCollum & Demearth**
**808 West Avenue  Austin, TX 78701**

```
Anderson, David D.   (00053708)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 04/18/2013    Term Date: 12/31/2013
```

```
Jones, Neal T. Jr.   (00013745)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 04/18/2013    Term Date: 12/31/2013


Miller, William J.   (00033567)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 04/18/2013    Term Date: 12/31/2013
```

**O'Neal, Tim**
**45 Globe Avenue   Texarkana, TX 71854**

```
Donley, Richard W.   (00013802)
502 West 11th Suite 420 Austin, TX 78701
Type of Compensation: Prospective
$ 0.00
Client - Start: 01/01/2013    Term Date: 12/31/2013
```

**O. E. Investments Ltd., Othal Brand Jr.**
**P.O. Box 4408  McAllen, TX 78502**

```
Lewis, Ron E.   (00020172)
919 Congress Avenue Suite 1030 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/11/2013    Term Date: 12/31/2013
```

**Obagi Medical Products Inc. (OMP Inc.)**
**3760 Kilroy Airport Way Suite 500   Long Beach, CA 90806**

```
Jones, Neal T. Jr.   (00013745)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/11/2013    Term Date: 12/31/2013


Miller, William J.   (00033567)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/11/2013    Term Date: 12/31/2013


Zavala, Mary Teresia   (00069080)
P.O. Box 80872  Austin, TX 78708
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 03/19/2013    Term Date: 12/31/2013
```

**Occidental International Corporation**
**1717 Pennsylvania Avenue, NW Suite 400   Washington, DC 20006**

```
Mathis, James W.   (00030353)
1122 Colorado Suite 208 Austin, TX 78701
Type of Compensation: Prospective
```

$100,000 - $149,999.99
Client - Start: 01/23/2013　　Term Date: 12/31/2013

**Occidental Petroleum Corporation**
**604 W. 14th  Austin, TX 78701**

　Moore, Julie W.  (00013688)
　604 W. 14th  Austin, TX 78701
　Type of Compensation: Paid
　$300,000 - $349,999.99
　Client - Start: 01/08/2013　　Term Date: 12/31/2013

**OCI Beaumont**
**5470 N. Twin City Hwy.  Nederland, TX 77627**

　Eden, Daniel Jay  (00065984)
　6820 Vine Street  Austin, TX 78757
　Type of Compensation: Prospective
　$10,000 - $24,999.99
　Client - Start: 04/19/2013　　Term Date: 12/31/2013

　Marquez, Rafael B. P.E.  (00012977)
　2906 Victoria Cove  Round Rock, TX 78664
　Type of Compensation: Prospective
　$50,000 - $99,999.99
　Client - Start: 04/19/2013　　Term Date: 12/31/2013

**OCI Holdings LLC dba Care Options for Kids**
**4300 Sigma Rd #130  Dallas, TX 75244**

　Foster, Wendy M.  (00056685)
　PO Box 120188  Austin, TX 78703
　Type of Compensation: Prospective
　Less Than $10,000.00
　Client - Start: 01/17/2013　　Term Date: 12/31/2013

　Massingill, Gavin L.  (00063382)
　P.O. Box 1583  Austin, TX 78767
　Type of Compensation: Prospective
　$50,000 - $99,999.99
　Client - Start: 01/10/2013　　Term Date: 12/31/2013

**Odebrecht SA**
**5100 Westheimer Road, Suite 585  Houston, TX 77056**

　Castaneda, Tristan Jr.  (00030333)
　816 Congress Suite 1120 Austin, TX 78701
　Type of Compensation: Prospective
　Less Than $10,000.00
　Client - Start: 03/18/2013　　Term Date: 12/31/2013

　Findley, Brett  (00065467)
　816 Congress Avenue, Suite 1120  Austin, TX 78701
　Type of Compensation: Prospective
　$100,000 - $149,999.99
　Client - Start: 02/25/2013　　Term Date: 12/31/2013

　Peeler, William Robert Jr.  (00060695)
　816 Congress Avenue, Suite 1120  Austin, TX 78701
　Type of Compensation: Prospective

```
Less Than $10,000.00
Client - Start: 03/04/2013    Term Date: 12/31/2013


Stewart, Michael K.    (00014717)
816 Congress Avenue, Suite 1120  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 03/10/2013    Term Date: 12/31/2013


Urrabazo, John P.    (00053487)
816 Congress Avenue, Suite 1120  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/26/2013    Term Date: 12/31/2013
```

**Odfjell Terminals (Houston) Inc.**
**12211 Port Road  Seabrook, TX 77586**

```
Saitas, Jeffrey Anthony    (00038798)
1122 Colorado Street Suite 208 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/09/2013    Term Date: 12/31/2013
```

**Odfjells Terminals (Houston) Inc.**
**12211 Port Road  Seabrook, TX 77586**

```
Seales, Terri    (00013667)
1122 Colorado Street Suite 208 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/01/2013    Term Date: 12/31/2013
```

**Office Depot, Inc.**
**6600 North Military Trail  Boca Raton, FL 33496**

```
Bingham, Alfred L. Jr.    (00066782)
1220 Colorado Street, Suite 100  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/25/2013    Term Date: 12/31/2013


Graves, Annette    (00068724)
1220 Colorado Street, Suite 100  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/25/2013    Term Date: 12/31/2013


Mays, Daniel Brookhart    (00057208)
1220 Colorado Street, Suite 100  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/25/2013    Term Date: 12/31/2013


McWilliams, Andrea    (00033593)
1220 Colorado Street, Suite 100  Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/25/2013    Term Date: 12/31/2013
```

**Office Max**

**3502 Regency Crest Dr.  Garland, TX 75041**

Nabers, Mary Scott   (00020633)
901 S. Mopac Expressway Barton Oaks Plaza I; Suite 100 Austin, TX 78746
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 04/09/2013   Term Date: 12/31/2013

**Oiltanking Holding Americas, Inc.**
**15631 Jacintoport  Houston, TX 77015**

Saitas, Jeffrey Anthony   (00038798)
1122 Colorado Street Suite 208 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/09/2013   Term Date: 12/31/2013

**Oiltanking Holdings Americas, Inc.**
**15631 Jacintoport  Houston, TX 77015**

Seales, Terri   (00013667)
1122 Colorado Street Suite 208 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/01/2013   Term Date: 12/31/2013

**Old American County Mutual Fire Insurance Company**
**17210 Campbell Rd. Suite 200 W.  Dallas, TX 75252**

Garcia, Joe A.   (00034532)
919 Congress Avenue Suite 1500 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/02/2013   Term Date: 12/31/2013

**Old Celina Limited**
**12400 Preston Road, Suite 100  Frisco, TX 75033**

Hamilton, P. Wayne   (00055560)
815-A Brazos #681  Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/09/2013   Term Date: 12/31/2013

**Olshan Foundation Repair, LLC**
**5902 W. 34th St  Houston, TX 77092**

Chavez, Rozzane Andrea   (00068854)
98 San Jacinto Suite 1500 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 03/22/2013   Term Date: 12/31/2013

Poinsett, Royce Pabst   (00065096)
98 San Jacinto Center Suite 1500 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 03/22/2013   Term Date: 12/31/2013

**Omega Protein**
**2101 City West Blvd. Bldg. 3, Ste. 500   Houston, TX 77042**

  Ellmer, Mindy R.   (00033421)
  200 Congress Avenue, Unit #11E  Austin, TX 78701
  Type of Compensation: Prospective
  $10,000 - $24,999.99
  Client - Start: 01/14/2013    Term Date: 12/31/2013

**Omni Water Solutions, Inc.**
**4007 Commercial Center Drive, Ste 700   Austin, TX 78744**

  Rice, Chuck Jr.   (00013547)
  PO BOX 2154  AUSTIN, TX 78768-2154
  Type of Compensation: Prospective
  $25,000 - $49,999.99
  Client - Start: 01/13/2013    Term Date: 12/31/2013

**Oncor Cities Steering Committee**
**816 Congress Avenue    Suite 1900   Austin, TX 78701**

  Solomons, Burt   (00026786)
  405 West 14th Street  Austin, TX 78701
  Type of Compensation: Prospective
  $10,000 - $24,999.99
  Client - Start: 01/17/2013    Term Date: 12/31/2013

**Oncor Electric Delivery Company LLC**
**1616 Woodall Rodgers Freeway  Dallas, TX 75202**

  Blanton, Paul M.   (00011042)
  1005 Congress Avenue, Suite 700  Austin, TX 78701
  Type of Compensation: Prospective
  $50,000 - $99,999.99
  Client - Start: 01/10/2013    Term Date: 12/31/2013

  Carr, Mindy   (00038842)
  Oncor Electric Delivery Company LLC 1005 Congress Avenue, Suite 700 Austin, TX 78701
  Type of Compensation: Prospective
  $50,000 - $99,999.99
  Client - Start: 01/10/2013    Term Date: 12/31/2013

  Chick, Craig Preston   (00056280)
  823 Congress Avenue Suite 1005 Austin, TX 78701
  Type of Compensation: Prospective
  $50,000 - $99,999.99
  Client - Start: 01/11/2013    Term Date: 12/31/2013

  Clevenger, Don J.   (00064924)
  Oncor Electric Delivery Company LLC 1616 Woodall Rodgers Freeway Dallas, TX 75202
  Type of Compensation: Prospective
  $25,000 - $49,999.99
  Client - Start: 01/10/2013    Term Date: 12/31/2013

  Ellmer, Mindy R.   (00033421)
  200 Congress Avenue, Unit #11E  Austin, TX 78701
  Type of Compensation: Prospective
  $50,000 - $99,999.99
  Client - Start: 01/14/2013    Term Date: 12/31/2013

Garrett, Stephanie    (00068798)
Oncor Electric Delivery Company LLC 115 West 7th Street Fort Worth, TX 76102
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/08/2013    Term Date: 12/31/2013

Greer, James A.    (00059537)
Oncor Electric Delivery Company LLC 1616 Woodall Rodgers Freeway Dallas, TX 75202
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/08/2013    Term Date: 12/31/2013

Henson, Martha    (00067054)
Oncor Electric Delivery Company LLC 1005 Congress Avenue, Suite 700 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/08/2013    Term Date: 12/31/2013

Jones, Elizabeth B.    (00042187)
Oncor Electric Delivery Company LLC 1005 Congress Avenue, Suite 700 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/08/2013    Term Date: 12/31/2013

Jordan, Walter E.    (00026519)
Oncor Electric Delivery Company LLC 1616 Woodall Rodgers Freeway Dallas, TX 75202
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/16/2013    Term Date: 12/31/2013

Kinsey, Kenneth W.    (00068794)
Oncor Electric Delivery Company LLC 115 West 7th Street Fort Worth, TX 76102
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/24/2013    Term Date: 12/31/2013

Laney, James E.    (00019422)
Drawer 900  Hale Center, TX 79041
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/16/2013    Term Date: 12/31/2013

Liendo, Raul G.    (00018038)
Oncor Electric Delivery Company LLC 1005 Congress Avenue, Suite 700 Austin, TX 78701
Type of Compensation: Prospective
$100,000 - $149,999.99
Client - Start: 01/10/2013    Term Date: 12/31/2013

Malone, Mark    (00039471)
823 Congress Avenue, Suite 1200  Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/12/2013    Term Date: 12/31/2013

Martinez, Maria Elena    (00064954)
Oncor Electric Delivery Company LLC 1005 Congress Avenue, Suite 700 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/10/2013    Term Date: 12/31/2013

McKaig, Paul T.   (00053276)
Oncor Electric Delivery Company LLC 1005 Congress Avenue, Suite 700 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/08/2013   Term Date: 12/31/2013

Nye, Erle Allen Jr.   (00068898)
Oncor Electric Delivery Company LLC 1616 Woodall Rodgers Freeway Dallas, TX 75202
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 02/26/2013   Term Date: 12/31/2013

Phenix, William G.   (00050597)
PO Box 684551  Austin, TX 78768-4551
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/10/2013   Term Date: 12/31/2013

Preuninger, Terry   (00041382)
Oncor Electric Delivery Company LLC 1616 Woodall Rodgers Freeway Dallas, TX 75202
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/08/2013   Term Date: 12/31/2013

Self, John W.   (00013702)
1616 Woodall Rodgers Freeway  Dallas, TX 75202
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/10/2013   Term Date: 12/31/2013

Sherburne, Jon Michael   (00059673)
Oncor Electric Delivery Company LLC 1616 Woodall Rodgers Freeway Dallas, TX 75202
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/08/2013   Term Date: 12/31/2013

Southers, Stanley R.   (00065242)
Oncor Electric Delivery Company LLC 1616 Woodall Rodgers Freeway Dallas, TX 75202
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/10/2013   Term Date: 12/31/2013

Warren, Autry L.   (00050782)
Oncor Electric Delivery Company LLC 1616 Woodall Rodgers Freeway Dallas, TX 75202
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/08/2013   Term Date: 12/31/2013

White, David M.   (00067061)
919 Congress Avenue Suite 450 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/08/2013   Term Date: 12/31/2013

**Oncor Electric Delivery Company, LLC**
**1601 Bryan Street, 23rd Floor  Dallas, TX 75201**

```
Cain, David H.   (00019792)
P.O. Box 140593  Dallas, TX 75214-0593
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/10/2013     Term Date: 12/31/2013
```

**Oncor Electric Delivery Company**
**1616 Woodal Rogers Frwy  Dallas, TX 75201**

```
Hinkle, Ron   (00050593)
P.O. Box 11664  Austin, TX 78711
Type of Compensation: Paid
$25,000 - $49,999.99
Client - Start: 01/25/2013     Term Date: 12/31/2013
```

**Oncor**
**1616 Woodall Rodgers Fwy.  Dallas, TX 75202**

```
Thomas, Dennis L.   (00010263)
1210 San Antonio Suite 703 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/01/2013     Term Date: 12/31/2013
```

**One Call Concepts, Inc.**
**7223 Parkway Drive Suite 210  Hanover, MD 21076**

```
Hackney, Clint   (00012890)
PO Box 163164  Austin, TX 78716
Type of Compensation: Prospective
$100,000 - $149,999.99
Client - Start: 01/14/2013     Term Date: 12/31/2013
```

**One-Call Board of Texas**
**PO Box 9764  Austin, TX 78766-9764**

```
Ward, Donald M.   (00010107)
PO Box 9128  Austin, TX 78766-9128
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/22/2013     Term Date: 12/31/2013
```

**ONEOK Inc.**
**1301 South Mopac Expressway Suite 400  Austin, TX 78746**

```
Billingsley, Anne   (00068465)
1301 S. MoPac Expressway Suite 400 Austin, TX 78746
Type of Compensation: Paid
$50,000 - $99,999.99
Client - Start: 01/01/2013     Term Date: 12/31/2013
```

**ONEOK, Inc.**
**1301 South Mopac Expressway Suite 400  Austin, TX 78746**

```
Billingsley, Anne   (00068465)
1301 S. MoPac Expressway Suite 400 Austin, TX 78746
Type of Compensation: Paid
$50,000 - $99,999.99
Client - Start: 01/01/2013     Term Date: 12/31/2013
```

```
Hackney, Clint   (00012890)
PO Box 163164  Austin, TX 78716
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/14/2013    Term Date: 12/31/2013
```

**Onion Associates Ltd.**
**2110-A Boca Raton Dr., Ste. 205  Austin, TX 78747**

```
 Bartram, John W.  (00054211)
 Type of Compensation: Paid
 Less Than $10,000.00
 Client - Start: 01/01/2013    Term Date: 12/31/2013

 Brooks Littlefield, Sue  (00012866)
 100 Congress Avenue Suite 1300 Austin, TX 78701
 Type of Compensation: Paid
 Less Than $10,000.00
 Client - Start: 01/01/2013    Term Date: 12/31/2013
```

**Online Lenders Alliance**
**P.O. Box 15480 SE Station  Washington, DC 20003**

```
 Eppstein, Bryan P.  (00031012)
 4055 International Plaza Suite 600 Fort Worth, TX 76109
 Type of Compensation: Prospective
 $10,000 - $24,999.99
 Client - Start: 03/25/2013    Term Date: 12/31/2013

 Paxton, William  (00065252)
 4055 International Plaza Suite 600 Fort Worth, TX 76109
 Type of Compensation: Prospective
 $10,000 - $24,999.99
 Client - Start: 03/25/2013    Term Date: 12/31/2013

 Reeves, Timothy J.  (00060126)
 1005 Congress Avenue Suite 800 Austin, TX 78701
 Type of Compensation: Prospective
 $10,000 - $24,999.99
 Client - Start: 03/25/2013    Term Date: 12/31/2013
```

**ONtility LLC**
**5306 Hollister St  Houston, TX 77040**

```
 Booth, Brittney  (00067206)
 1980 Post Oak Boulevard Suite 1380 Houston, TX 77056
 Type of Compensation: Prospective
 Less Than $10,000.00
 Client - Start: 01/01/2013    Term Date: 12/31/2013

 Kuhl, P. John Jr.  (00013743)
 1980 Post Oak Boulevard Suite 1380 Houston, TX 77056
 Type of Compensation: Prospective
 Less Than $10,000.00
 Client - Start: 01/01/2013    Term Date: 12/31/2013

 Sanford, Marion  (00013727)
 1980 Post Oak Boulevard Suite 1380 Houston, TX 77056
```

Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2013     Term Date: 12/31/2013

**Open Text Corporation**
**275 Frank Tompa Drive Waterloo, Ontario   Canada N2L   0A1,**

 Leal, Roland    (00025018)
 431 Logan Ranch Rd  Georgetown, TX 78628
 Type of Compensation: Prospective
 $50,000 - $99,999.99
 Client - Start: 01/10/2013     Term Date: 12/31/2013

**Open Text IOS Group**
**10537 Gulfdale Drive   San Antonio, TX 78216**

 Leal, Roland    (00025018)
 431 Logan Ranch Rd  Georgetown, TX 78628
 Type of Compensation: Prospective
 $25,000 - $49,999.99
 Client - Start: 01/10/2013     Term Date: 12/31/2013

**Open The Taps**
**15702 Brookvilla Dr.   Houston, TX 77059**

 Essalin, Tony    (00068318)
 4203 Montrose Blvd. Suite 450 Houston, TX 77006
 Type of Compensation: Prospective
 $10,000 - $24,999.99
 Client - Start: 01/17/2013     Term Date: 12/31/2013

 Schauer, Timothy S.    (00038732)
 4203 Montrose Blvd. Suite 450 Houston, TX 77006
 Type of Compensation: Prospective
 $10,000 - $24,999.99
 Client - Start: 01/07/2013     Term Date: 12/31/2013

**OPIRA**
**5317 North McColl Road  McAllen, TX 78504-2204**

 Miller, William J.    (00033567)
 823 Congress Suite 900 Austin, TX 78701
 Type of Compensation: Prospective
 $25,000 - $49,999.99
 Client - Start: 01/11/2013     Term Date: 12/31/2013

 Zavala, Mary Teresia    (00069080)
 P.O. Box 80872  Austin, TX 78708
 Type of Compensation: Prospective
 Less Than $10,000.00
 Client - Start: 03/19/2013     Term Date: 12/31/2013

**Optim Energy**

8403 Colesville Road Suite 915  Silver Spring, MD 20910

Del Bosque, Nora    (00029938)
7704 Chimney Corners  Austin, TX 78731
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/11/2013    Term Date: 12/31/2013


**Optinuity Alliance Resources Corporation**
**113 King Street  Armonk, NY 10504**

Glenn, Eric    (00038847)
1122 Colorado, Suite 200  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 04/25/2013    Term Date: 12/31/2013

Schlueter, Stan    (00010198)
P. O. Box 2227  Austin, TX 78768
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 04/25/2013    Term Date: 12/31/2013

**Oracle America Inc.**
**2350 Kerner Blvd., Suite 250  San Rafael, CA 94901**

Pewitt, Bill R.    (00014229)
1015 Gaston Avenue  Austin, TX 78703
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/08/2013    Term Date: 12/31/2013

**Oracle America, Inc**
**2350 Kerner Blvd., Suite 250  San Rafael, CA 94901**

Nabers, Mary Scott    (00020633)
901 S. Mopac Expressway Barton Oaks Plaza I; Suite 100 Austin, TX 78746
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/01/2013    Term Date: 12/31/2013

**Orthotic Coalition For Patient And Physician Choice**
**1122 Colorado Street, Suite 111B  Austin, TX 78701**

Laney, J. Pete    (00061561)
1122 Colorado Street, Suite 111B  Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/18/2013    Term Date: 12/31/2013

**Oryx Development LLC**
**PO Box 302663  Austin, TX 78703**

Rice, Chuck Jr.    (00013547)
PO BOX 2154  AUSTIN, TX 78768-2154

Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/07/2013    Term Date: 12/31/2013

**Otsuka America Pharmaceutical, Inc.**
**2440 Research Boulevard  Rockville, MD 20850**

Carter, Hilary  (00055882)
PO Box 300833  Austin, TX 78703
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2013    Term Date: 12/31/2013

Rattan, Audrey  (00068750)
3726 Redstone Drive  Arlington, TX 76001
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2013    Term Date: 12/31/2013

**Outdoor Advertising Association of Texas**
**919 Congress Avenue, Suite 950  Austin, TX 78701**

Eschberger, Brenda  (00029854)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/16/2013    Term Date: 12/31/2013

Johnson, Michael J.  (00055885)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/16/2013    Term Date: 12/31/2013

Kelley, Russell T.  (00013737)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
$25,000 - $49,999.99
Client - Start: 01/16/2013    Term Date: 12/31/2013

Kemptner, Sara  (00057952)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/16/2013    Term Date: 12/31/2013

McGarah, Carol  (00051437)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
$10,000 - $24,999.99
Client - Start: 01/16/2013    Term Date: 12/31/2013

Propes, Jay W.  (00014474)
1001 Congress Ave. Suite 400 Austin, TX 78701
Type of Compensation: Paid
$50,000 - $99,999.99
Client - Start: 01/22/2013    Term Date: 12/31/2013

```
Vela, William L.   (00068920)
Clear Channel Outdoor 12852 Westheimer Houston, TX 77077
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/27/2013    Term Date: 12/31/2013


Waldon, Barbara   (00057030)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/16/2013    Term Date: 12/31/2013
```

**Outdoor Amusement Business Association**
**1035 South Semoran Blvd. Suite 1045A  Winter Park, FL 32792**

```
Rudd, Jim D.   (00020739)
PO Box 684567  Austin, TX 78768-4567
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 03/26/2013    Term Date: 12/31/2013
```

**Outreach Health Services**
**1919 South Shiloh Road  Garland, TX 75042**

```
Smith, Todd M.   (00053964)
2204 Hazeltine Lane  Austin, TX 78747-1206
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 03/12/2013    Term Date: 12/31/2013
```

**Ovation Financial Services LLC**
**805 Las Cimas Pkwy. Ste. 230  Austin, TX 78746**

```
Kercheval, Todd R.   (00067161)
1005 Congress Ave. Suite 520 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 04/15/2013    Term Date: 12/31/2013
```

**Ovation Financial Services LP**
**805 Las Cimas Suite 230  Austin, TX 78746**

```
Lewis, Ron E.   (00020172)
919 Congress Avenue Suite 1030 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 03/05/2013    Term Date: 12/31/2013
```

**Overland Property Group, LLC**
**2850 SW Mission Woods Dr.  Topeka, KS 66614**

```
Warner, Michael J.   (00050826)
P.O. Box 92167  Austin, TX 78709
Type of Compensation: Prospective
```

$25,000 - $49,999.99
Client - Start: 02/04/2013      Term Date: 12/31/2013

**Owens-Illinois, Inc.**
**One Michael Owens Way   Perrysburg, OH 43551**

Mendez, David    (00030343)
3711 S. Mopac Expwy. Building 1, Suite 300 Austin, TX 78746
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/01/2013      Term Date: 12/31/2013

Russell, Claudia    (00060122)
3711 S. Mopac Expwy. Building 1, Suite 300 Austin, TX 78746
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/01/2013      Term Date: 12/31/2013

**OZ Systems**
**2001 NE Green Oaks Blvd   Arlington, TX 76006**

Jones, Erin K. Florence    (00050760)
6306 Highland Hills Drive   Austin, TX 78731
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/02/2013      Term Date: 12/31/2013

**OZ Systems**
**2515 McKinney Avenue Suite 850   Dallas, TX 75201**

Keel, Lara Laneri    (00042780)
919 Congress Avenue #1500   Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/09/2013      Term Date: 12/31/2013

**Pacific Dental Services**
**2860 Michelle Drive   Irvine, CA 92606**

Capelo, Jaime L. Jr.    (00037349)
401 West 15th Street Suite 870 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/03/2013      Term Date: 12/31/2013

Herzog, Greg    (00038332)
401 W. 15th St., Ste. 870   Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 02/26/2013      Term Date: 12/31/2013

Woods, Andrew L.    (00068908)
1050 K Street, NW Suite 315   Washington, DC 20001
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/23/2013      Term Date: 12/31/2013

**Pacific Indio Properties, LP**
**7500 San Felipe St., Suite 400  Houston, TX 77056**

```
Cohen, Howard   (00061224)
1300 Post Oak Blvd Suite 1400 Houston, TX 77056
Type of Compensation: Earned
$10,000 - $24,999.99
Client - Start: 01/08/2013    Term Date: 12/31/2013
```

**Padre Isles Property Owners Association, Inc.**
**14015 Fortuna Bay Drive  Corpus Christi, TX 78418-6327**

```
Koebele, Stephen P.   (00054021)
1108 Lavaca Street, Suite 110-484  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2013    Term Date: 12/31/2013
```

**Padres Isles Property Owners Association**
**14015 Fortuna Bay  Corpus Christi, TX 78418**

```
Calderon, William R.   (00065557)
PO 77227-2167  Houston, TX 77055-2167
Type of Compensation: Paid
$25,000 - $49,999.99
Client - Start: 01/01/2013    Term Date: 12/31/2013
```

**Palmetto Partners, Ltd.**
**109 N post Oak Lane  Houston, TX 77024**

```
Greytok, John   (00053740)
PO Box 30401  Austin, TX 78755
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/23/2013    Term Date: 12/31/2013

Greytok, Marta   (00026791)
PO Box 30401  Austin, TX 78755
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/23/2013    Term Date: 12/31/2013
```

**Paloma Lake Municipal Utility District No. 1**
**100 Congress Ave. Suite 1300  Austin, TX 78701**

```
Bartram, John W.   (00054211)
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2013    Term Date: 12/31/2013

Brooks Littlefield, Sue   (00012866)
100 Congress Avenue Suite 1300 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2013    Term Date: 12/31/2013
```

**Paloma Lake Municipal Utility District No. 2**
**100 Congress Ave. Suite 1300  Austin, TX 78701**

  Bartram, John W.   (00054211)
  Type of Compensation: Paid
  Less Than $10,000.00
  Client - Start: 01/01/2013     Term Date: 12/31/2013


  Brooks Littlefield, Sue   (00012866)
  100 Congress Avenue Suite 1300 Austin, TX 78701
  Type of Compensation: Paid
  Less Than $10,000.00
  Client - Start: 01/01/2013     Term Date: 12/31/2013

**Palone/ Independent Bankers Association of Texas**
**1700 Rio Grande St. Ste 100  Austin, TX 78701**

  Palone, Mae Beth   (00029950)
  1700 Rio Grande St. Ste. 100 Austin, TX 78701
  Type of Compensation: Paid
  $10,000 - $24,999.99
  Client - Start: 01/01/2013     Term Date: 12/31/2013




**Panhandle Groundwater Conservation District**
**201 W. Third St.  White Deer, TX 79097**

  Brown, Sabrina Thomas   (00038968)
  1220 Colorado Suite 220 Austin, TX 78701
  Type of Compensation: Prospective
  $10,000 - $24,999.99
  Client - Start: 01/09/2013     Term Date: 12/31/2013


  Henry, Kate Howard   (00053528)
  715 Meriden Lane  Austin, TX 78703
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/10/2013     Term Date: 12/31/2013


  McCauley, Cindy A.   (00042611)
  101 Duck Creek Lane  Georgetown, TX 78633
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/09/2013     Term Date: 12/31/2013

**Panhandle Telecommunication Systems, Inc. d/b/a PTCI**
**P.O. 1188  Guymon, OK 73942**

  Gammage, Samuel   (00068789)
  600 Congress Avenue, Suite 3000  Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 03/19/2013     Term Date: 12/31/2013


  Vane, Mark   (00037572)
  600 Congress Avenue, Suite 3000  Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00

Client - Start: 03/19/2013     Term Date: 12/31/2013

Webking, Catherine J.   (00061039)
600 Congress Avenue, Suite 3000  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 03/13/2013     Term Date: 12/31/2013

**Pape-Dawson Engineers Inc.**
**555 East Ramsey  San Antonio, TX 78216**

Armstrong, Katharine   (00039785)
919 Congress Ave. Suite 1400 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/01/2013     Term Date: 12/31/2013

**Pape-Dawson Engineers, Inc.**
**555 East Ramsey  San Antonio, TX 78216**

Armstrong, Katharine   (00039785)
919 Congress Ave. Suite 1400 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/04/2013     Term Date: 12/31/2013

**Paris Generation LP**
**919 Congress Avenue, Suite 1300  Austin, TX 78701**

Scott, Bruce   (00053030)
1122 Colorado, Suite 222  Austin, TX 78701
Type of Compensation: Prospective
$ 0.00
Client - Start: 01/08/2013     Term Date: 12/31/2013

**Paris Generation LP**
**12 Greenway Plaza Suite 250  Houston, TX 77046**

Mahaffey, Jessica   (00055361)
12 Greenway Plaza Suite 250 Houston, TX 77046
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/14/2013     Term Date: 12/31/2013

**Parker County Emergency Services District No. 3**
**2705 Bee Cave Rd., Suite 200  Austin, TX 78746**

Carlton, John J.   (00025383)
2705 Bee Cave Rd., Suite 200  Austin, TX 78746
Type of Compensation: Prospective
$ 0.00
Client - Start: 01/01/2013     Term Date: 12/31/2013

**Parker University**
**2500 Walnut Hill Lane  Dallas, TX 75229**

Bingham, Alfred L. Jr.   (00066782)
1220 Colorado Street, Suite 100  Austin, TX 78701

```
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/25/2013    Term Date: 12/31/2013


Graves, Annette   (00068724)
1220 Colorado Street, Suite 100  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/25/2013    Term Date: 12/31/2013


Mays, Daniel Brookhart   (00057208)
1220 Colorado Street, Suite 100  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/25/2013    Term Date: 12/31/2013


McWilliams, Andrea   (00033593)
1220 Colorado Street, Suite 100  Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/25/2013    Term Date: 12/31/2013


McWilliams, Dean R.   (00039980)
1220 Colorado Street, Suite 100  Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/25/2013    Term Date: 12/31/2013
```

**Parkside at Mayfield Ranch Municipal Utility District**
**100 Congress Ave. Suite 1300  Austin, TX 78701**

```
Bartram, John W.   (00054211)
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2013    Term Date: 12/31/2013


Brooks Littlefield, Sue   (00012866)
100 Congress Avenue Suite 1300 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2013    Term Date: 12/31/2013
```

**Parkway Chevrolet**
**27909 S.H. 249  Tomball, TX 77375**

```
Hinkle, K. Daniel   (00014450)
3350 Highway 6 Suite 182 Sugar Land, TX 77478
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/01/2013    Term Date: 12/31/2013


Ramos, Ryland   (00067673)
807 West 25th Street, Apt. 204  Austin, TX 78705
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/02/2013    Term Date: 12/31/2013
```

**Partners Dewatering International**
**1375 Creekview Dr.  San Antonio, TX 78209**

```
Garcia, Hector Steven   (00061153)
919 Congress Avenue #1100  Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/17/2013    Term Date: 12/31/2013
```

**Partners Dewatering, Inc.**
**P.O. Box 6870 1375 Creekview Dr.  San Antonio, TX 78209-0870**

```
Stephens, Virginia   (00053695)
1108 Lavaca St., Suite 110-256  Austin, TX 78701
Type of Compensation: Earned
$25,000 - $49,999.99
Client - Start: 01/07/2013    Term Date: 12/31/2013
```

**Pasadena Independent School District**
**1515 Cherrybrook Ln.  Pasadena, TX 77502**

```
Borreca, Christopher P.   (00054010)
Thompson & Horton LLP 3200 Southwest Frwy, Suite 2000 Houston, TX 77027
Type of Compensation: Prospective
$ 0.00
Client - Start: 01/09/2013    Term Date: 03/26/2013
```

```
Horton, Janet Little   (00062497)
Thompson & Horton LLP 3200 Southwest Frwy. Suite 2000 Houston, TX 77027
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/09/2013    Term Date: 12/31/2013
```

**Paschall Strategic Communications for America's Natural Gas Alliance**
**2300 Cottondale Lane, Suite 200  Little Rock, AR 72202**

```
Averitt, Kip   (00019725)
1212  Guadalupe, #301  Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/08/2013    Term Date: 12/31/2013
```

```
Delgadillo, Danielle   (00050979)
1212 Guadalupe Suite 301 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/08/2013    Term Date: 03/15/2013
```

```
Murray, Gertie   (00068847)
1212 Guadalupe Suite 301 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/08/2013    Term Date: 12/31/2013
```

**Pastor, Behling & Wheeler, LLC**
**2201 Double Creek Drive Suite 4004  Round Rock, TX 78664**

```
Morriss, James C. III   (00035341)
98 San Jacinto Blvd., Ste. 1900  Austin, TX 78701
Type of Compensation: Prospective
```

Less Than $10,000.00
Client - Start: 04/08/2013     Term Date: 12/31/2013


Phillips, Ashley T. K.    (00069141)
98 San Jacinto Boulevard Suite 1900 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 04/09/2013     Term Date: 12/31/2013

**Pathfinder Pediatric Home Care, Inc.**
**318 Briar Rock Rd.  The Woodlands, TX 77380**

Ellis, Ella M.  (00012824)
919 Congress Avenue Ste. 1100  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 03/06/2013     Term Date: 12/31/2013


Knaupe, Gregg W.    (00043033)
919 Congress Avenue, Suite 1100  Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/15/2013     Term Date: 12/31/2013

**Patient Choice Coalition of Texas**
**823 Congress Suite 1010  Austin, TX 78701**

Frazier, J. Kyle    (00013170)
823 Congress Suite 1010 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/15/2013     Term Date: 12/31/2013




**Patient Support Services**
**4310 McKnight Road  Texarkana, TX 75503**

Graves, Annette   (00068724)
1220 Colorado Street, Suite 100  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/25/2013     Term Date: 12/31/2013


McWilliams, Dean R.   (00039980)
1220 Colorado Street, Suite 100  Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/25/2013     Term Date: 12/31/2013

**Paxman Coolers Ltd.**
**International House Penistone Road  Huddersfield, UK, HD8 oLE,**

Graves, Annette   (00068724)
1220 Colorado Street, Suite 100  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/25/2013     Term Date: 12/31/2013

```
Mays, Daniel Brookhart     (00057208)
1220 Colorado Street, Suite 100  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/25/2013    Term Date: 12/31/2013


McWilliams, Andrea   (00033593)
1220 Colorado Street, Suite 100  Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/25/2013    Term Date: 12/31/2013


McWilliams, Dean R.   (00039980)
1220 Colorado Street, Suite 100  Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/25/2013    Term Date: 12/31/2013
```

**Pearland Economic Development Corporation**
**1200 Pearland Parkway Suite 200  Pearland, TX 77581**

```
Carter, Nancy   (00056973)
Allen Boone Humphries Robinson LLP 3200 Southwest Freeway, Ste 2600 Houston, TX 77027
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/09/2013    Term Date: 12/31/2013


Hogan, Kristen   (00061565)
3200 Southwest Freeway Suite 2600 Houston, TX 77027
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/09/2013    Term Date: 12/31/2013


Lary, Camm C. III   (00040174)
Allen Boone Humphries Robinson LLP 3200 Southwest Freeway, Suite 2600 Houston, TX 77027
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/09/2013    Term Date: 12/31/2013




Richardson, Jody   (00013336)
1108 Lavaca Suite 510 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/09/2013    Term Date: 12/31/2013
```

**Pearland Independent School District**
**1928 N. Main  Pearland, TX 77581**

```
Borreca, Christopher P.   (00054010)
Thompson & Horton LLP 3200 Southwest Frwy, Suite 2000 Houston, TX 77027
Type of Compensation: Prospective
$ 0.00
Client - Start: 01/09/2013    Term Date: 03/26/2013
```

**Pearland Indpendent School District**
**1928 N. Main  Pearland, TX 77581**

```
Borreca, Christopher P.   (00054010)
Thompson & Horton LLP 3200 Southwest Frwy, Suite 2000 Houston, TX 77027
Type of Compensation: Prospective
Less Than $10,000.00
```

Client - Start: 03/26/2013     Term Date: 12/31/2013

Horton, Janet Little    (00062497)
Thompson & Horton LLP 3200 Southwest Frwy. Suite 2000 Houston, TX 77027
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 03/26/2013     Term Date: 12/31/2013

**Pearson Education**
**11024 Montgomery NE #299  Albuquerque, NM 87111**

Ashley, S. Price    (00067095)
401 Congress Avenue Suite 2100 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/15/2013     Term Date: 12/31/2013

Carter, Janis L.    (00039065)
401 Congress Avenue Suite 2100 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/15/2013     Term Date: 12/31/2013

**Pearson Education**
**1 Lake Street  Upper Saddle River, NJ 07458**

Adams, Bryce    (00065347)
300 West 6th Street, Suite 1900  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/08/2013     Term Date: 02/13/2013

Bryan, Beth Ann    (00055189)
300 West 6th Street, Suite 1900  Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/08/2013     Term Date: 12/31/2013

Kress, B. Alexander    (00032037)
300 West 6th Street, Suite 1900  Austin, TX 78701
Type of Compensation: Prospective
$100,000 - $149,999.99
Client - Start: 01/07/2013     Term Date: 12/31/2013

**Pearson Inc.**
**10678 Winterwood  Carmel, IN 46032**

Eissler, W. Robert    (00051538)
1122 Colorado, Suite 200 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 02/11/2013     Term Date: 12/31/2013

Matthews, C. L.    (00042976)
919 Congress Suite 1500 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99

Client - Start: 01/11/2013    Term Date: 12/31/2013

**Pecan Valley Groundwater Conservation District**
**1129 N Esplanade, Cuero Plaza Mall Suite 1129  Cuero, TX 77954**

Allison, James P.  (00050989)
402 W 12th St  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/11/2013    Term Date: 12/31/2013

**Pedcor Investments, LLC**
**770 3rd Ave SW  Carmel, IN 46032**

Warner, Michael J.  (00050826)
P.O. Box 92167  Austin, TX 78709
Type of Compensation: Prospective
$ 0.00
Client - Start: 02/04/2013    Term Date: 12/31/2013

**Pedernales Electric Cooperative**
**P.O. Box 1  Johnson City, TX 78636**

Davis, Mark C.  (00035471)
1005 Congress Ave Ste 950  Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 04/03/2013    Term Date: 12/31/2013

Nease, Nelson H.  (00034577)
1005 Congress Ave Ste 950  Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 04/03/2013    Term Date: 12/31/2013

**Pediatrix Medical Group, Inc.**
**3001 East George Bush Turnpike Suite 250  Richardson, TX 75082**

Capelo, Jaime L. Jr.  (00037349)
401 West 15th Street Suite 870 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/03/2013    Term Date: 12/31/2013

Herzog, Greg  (00038332)
401 W. 15th St., Ste. 870  Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 02/26/2013    Term Date: 12/31/2013

**Peloton Therapeutics, Inc.**
**2330 Inwood Road Suite 226  Dallas, TX 75235-7323**

Cabrales, David  (00052758)
2200 Ross Avenue Suite 2200 Dallas, TX 75201
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 04/04/2013    Term Date: 12/31/2013

**Peninsula at Westlake, Inc.**

```
Borgelt, Roger   (00067419)
614 S. Capital of Texas Highway  Austin, TX 78746
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 04/29/2013   Term Date: 12/31/2013
```

**Pepco Energy Services**
**1300 N 17th Street  Ste 1600  Arlington, VA 22209**

```
King, Robert J.   (00014900)
515 Congress Avenue Suite 1510 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/03/2013   Term Date: 12/31/2013


McClellan, Suzi Ray   (00031497)
515 Congress Ave. Ste. 1510  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/03/2013   Term Date: 12/31/2013
```

**Pepper Lawson Waterworks, L.P.**
**3701 Kirby Drive Suite 1133  Houston, TX 77098**

```
Fowler, Perry L.   (00067017)
1812 Morrow St.  Austin, TX 78757
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 02/19/2013   Term Date: 12/31/2013
```

**PepsiCo, Inc.**
**700 Anderson Hill Road  Purchase, NY 10577**

```
Calcote, Mary Leslie   (00065141)
504 West 14th Street  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/15/2013   Term Date: 12/31/2013


Kerker, Juliana Cruz   (00068778)
504 West 14th Street  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/15/2013   Term Date: 12/31/2013



McGarry, Mignon   (00012905)
504 West 14th Street  Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/15/2013   Term Date: 12/31/2013
```

**Perdue, Brandon, Fielder, Collins & Mott LLP**
**P. O. Box 817  Lubbock, TX 79408**

```
Collins, James O.   (00065207)
P. O. Box 817  Lubbock, TX 79408
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/18/2013   Term Date: 12/31/2013
```

**<u>Perdue, Brandon, Fielder, Collins & Mott, L.L.P.</u>**
**1204 Avenue R, Suite 200, P. O. Box 817   Lubbock, TX 79408**

```
Grant, Kathy   (00033418)
1122 Colorado Suite 100 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/08/2013   Term Date: 12/31/2013
```

**<u>Perdue, Brandon, Fielder, Collins & Mott, LLP</u>**
**P. O. Box 817   Lubbock, TX 79408-0817**

```
Turrieta, Gilbert   (00010261)
1122 Colorado St., Suite 2399  Austin, TX 78701
Type of Compensation: Paid
$10,000 - $24,999.99
Client - Start: 01/02/2013   Term Date: 12/31/2013
```

**<u>Perdue, Brandon, Fielder, Collins & Mott</u>**
**P.O. Box 817   Lubbock, TX 79408**

```
Alexander, Clyde H.   (00019665)
828 Ivy Lane  San Antonio, TX 78209
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 03/12/2013   Term Date: 12/31/2013

Brown, Sabrina Thomas   (00038968)
1220 Colorado Suite 220 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/09/2013   Term Date: 12/31/2013

Henry, Kate Howard   (00053528)
715 Meriden Lane  Austin, TX 78703
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/10/2013   Term Date: 12/31/2013

McCauley, Cindy A.   (00042611)
101 Duck Creek Lane  Georgetown, TX 78633
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/09/2013   Term Date: 12/31/2013
```

**<u>Perdue, Brandon, Fielder, Collins and Mott</u>**
**PO Box 817   Lubbock, TX 79408**

```
Bacarisse, Louis A.   (00013303)
PO Box 633  Austin, TX 78767
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/02/2013   Term Date: 12/31/2013
```

**<u>Perdue, Brandon, Fielder, Collins, & Mott</u>**
**P.O. Box 817   Lubbock, TX 79408**

Erben, Randall H.    (00013689)
807 Brazos Suite 402 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/04/2013    Term Date: 12/31/2013

Somerville, Emily    (00066876)
807 Brazos Street Suite 402 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/04/2013    Term Date: 12/31/2013

Yarbrough, Brian G.    (00037475)
807 Brazos, Suite 402  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/04/2013    Term Date: 12/31/2013

**Periscope Holdings Inc.**
**211 East 7th Street Suite 1100  Austin, TX 78701**

Anderson, David D.    (00053708)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/11/2013    Term Date: 12/31/2013

Howard, Jay    (00030094)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/11/2013    Term Date: 12/31/2013

Solis, Eddie    (00066960)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/11/2013    Term Date: 12/31/2013

**PerkinElmer Health Sciences Inc.**
**940 Winter Street  Witham, MA 02451**

Keel, Lara Laneri    (00042780)
919 Congress Avenue #1500  Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/09/2013    Term Date: 12/31/2013

**Perkins & Will/ CRA LP**
**10100 N Central Expressway #300  Dallas, TX 75231**

Nabers, Mary Scott    (00020633)
901 S. Mopac Expressway Barton Oaks Plaza I; Suite 100 Austin, TX 78746
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/01/2013    Term Date: 12/31/2013

**Permian Basin Petroleum Association**
**PO Box 132   Midland, TX 79702**

Holt, David F.   (00055217)
PO Box 97  Snyder, TX 79550
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/08/2013     Term Date: 12/31/2013

Shepperd, Ben   (00061226)
po box 132  midland, TX 79702
Type of Compensation: Prospective
$100,000 - $149,999.99
Client - Start: 01/21/2013     Term Date: 12/31/2013

Tintera, John J.   (00065390)
1611 West Ave Ste 300 Austin, TX 78701
Type of Compensation: Paid
$25,000 - $49,999.99
Client - Start: 02/05/2013     Term Date: 12/31/2013

**Pernix Pharmacy**
**P.O. Box 12031   Austin, TX 78711**

Capelo, Jaime L. Jr.   (00037349)
401 West 15th Street Suite 870 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 02/26/2013     Term Date: 12/31/2013

Herzog, Greg   (00038332)
401 W. 15th St., Ste. 870  Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/08/2013     Term Date: 12/31/2013

**Pernix Therapeutics Holdings, Inc.**
**10003 Woodloch Forest Drive, Suite 950   The Woodlands, TX 77380**

Valdez, Gerald A.   (00053423)
P.O. Box 12031 Austin, TX 78711
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/01/2013     Term Date: 12/31/2013

**Perry Homes, LLC**
**P. O. Box 34306   Houston, TX 77234**

Jones, Neal T. Jr.   (00013745)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/11/2013     Term Date: 12/31/2013

Scott, Bruce   (00053030)
1122 Colorado, Suite 222  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 03/26/2013     Term Date: 12/31/2013

Smith, R. Clint   (00012842)

823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/11/2013    Term Date: 12/31/2013

**Pershing Square Capital Management, L.P.**
**888 Seventh Avenue, 42nd Floor  New York, NY 10019**

Pershing Square Capital Management, L.P.  (00068708)
888 Seventh Avenue 42nd Floor New York, NY 10019
Type of Compensation: Prospective
$ 0.00
Client - Start: 01/01/2013    Term Date: 12/31/2013

**Pet Industry Joint Advisory Council**
**1146 19th St, NW Suite 350  Washington, DC 20036**

Cooper, Kevin  (00059527)
500 West 13th Street  Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/22/2013    Term Date: 12/31/2013

Ratliff, Robert Thomas  (00031723)
500 West 13th Street  Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/19/2013    Term Date: 12/31/2013

**Petri Consulting, Inc.**
**81 Crestwood Circle  Sugar Land, TX 77478-3993**

Petri, Verle A.  (00013122)
81 Crestwood Circle  Sugar Land, TX 77478-3993
Type of Compensation: Paid
$50,000 - $99,999.99
Client - Start: 01/01/2013    Term Date: 12/31/2013

**Petroleum Wholesale L. P.**
**8550 Technology Forest Place  The Woodlands, TX 77381**

Eissler, W. Robert  (00051538)
1122 Colorado, Suite 200  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/15/2013    Term Date: 12/31/2013

**Petroleum Wholesale, L. P.**
**8550 Technology Forest Place  The Woodlands, TX 77381**

Schlueter, Stan  (00010198)
P. O. Box 2227  Austin, TX 78768
Type of Compensation: Prospective
$100,000 - $149,999.99
Client - Start: 01/11/2013    Term Date: 12/31/2013

**Petrolog**
**P.O. Box 162925  Austin, TX 78716**

Shields, Brad II  (00056074)

208 West 14th St   Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/14/2013    Term Date: 12/31/2013


Shields, Bradford T.   (00012135)
P.O. Box 162925   Austin, TX 78716-2925
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/17/2013    Term Date: 12/31/2013

**Petrologistics LLC**
**909 Fannin Suite 2630   Houston, TX 77010**

Saitas, Jeffrey Anthony   (00038798)
1122 Colorado Street Suite 208 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/09/2013    Term Date: 12/31/2013


Seales, Terri   (00013667)
1122 Colorado Street Suite 208 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/01/2013    Term Date: 12/31/2013

**petry, roosevelt**
**po box 847   port arthur, TX 77641-0847**

Miller, Sidney C.   (00042143)
6407 highway 377   stephenville, TX 76401
Type of Compensation: Earned
$10,000 - $24,999.99
Client - Start: 02/22/2013    Term Date: 12/31/2013

**Pewitt, Bill**
**1122 Colorado Suite 2001   Austin, TX 78701**

Averitt, Kip   (00019725)
1212  Guadalupe, #301  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/06/2013    Term Date: 03/15/2013


Delgadillo, Danielle   (00050979)
1212 Guadalupe Suite 301 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 02/06/2013    Term Date: 12/31/2013


Murray, Gertie   (00068847)
1212 Guadalupe Suite 301 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/06/2013    Term Date: 03/15/2013

**Pfizer Inc.**
**919 Congress Avenue, Suite 535   Austin, TX 78701**

```
Garcia, Deidra C.   (00067053)
100 Congress Avenue, Suite 1100  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/10/2013    Term Date: 12/31/2013


Hutto, Kathy N.   (00013342)
100 Congress Avenue, Suite 1100  Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/03/2013    Term Date: 12/31/2013


Jones, Neal T. Jr.   (00013745)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/11/2013    Term Date: 12/31/2013


Roberts, Cary L.   (00033594)
1122 Colorado Street Suite 2103 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/08/2013    Term Date: 12/31/2013


Solis, Eddie   (00066960)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/11/2013    Term Date: 12/31/2013
```

**Pfizer Inc.**
**c/o 2350 Kerner Blvd., Suite 250  San Rafael, CA 94901**

```
Jones, Robert   (00026923)
919 Congress Avenue Suite 1400 Austin, TX 78701
Type of Compensation: Paid
$150,000 - $199,999.99
Client - Start: 01/01/2013    Term Date: 12/31/2013


Pearce, Amber   (00056388)
919 Congress Ave Suite 1400 Austin, TX 78701
Type of Compensation: Paid
$100,000 - $149,999.99
Client - Start: 01/01/2013    Term Date: 12/31/2013
```

**Pfizer, Inc.**
**6730 Lenox Center Court Tax Dept  Memphis, TN 38115**

```
Strama, Keith   (00050591)
400 West 15th Street #1450  Austin, TX 78701-1612
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/09/2013    Term Date: 12/31/2013
```

**Pfizer**
**919 Congress Avenue Suite 535　Austin, TX 78701**

　Chatelle, Melody B.　(00013391)
　4545 Golf Vista Drive　Austin, TX 78730
　Type of Compensation: Paid
　$50,000 – $99,999.99
　Client – Start: 01/01/2013　Term Date: 12/31/2013

**Pharmaceutical Research & Manufacturers of America (PhRMA)**
**950 F Street, NW Suite 300　Washington, DC 20004**

　Martinez, Pete　(00060123)
　630 Lakeland Drive　Baton Rouge, LA, LA 70802
　Type of Compensation: Paid
　$10,000 – $24,999.99
　Client – Start: 01/10/2013　Term Date: 12/31/2013

**Pharmaceutical Research & Manufacturers of America**
**950 F Street Suite 300　Washington, DC 20004**

　Cornyn, Haley　(00065594)
　823 Congress Suite 900 Austin, TX 78701
　Type of Compensation: Prospective
　Less Than $10,000.00
　Client – Start: 01/15/2013　Term Date: 12/31/2013

　Jones, Marsha Malish　(00011722)
　823 Congress Suite 900 Austin, TX 78701
　Type of Compensation: Prospective
　$25,000 – $49,999.99
　Client – Start: 01/11/2013　Term Date: 12/31/2013

　Jones, Neal T. Jr.　(00013745)
　823 Congress Suite 900 Austin, TX 78701
　Type of Compensation: Prospective
　$25,000 – $49,999.99
　Client – Start: 01/11/2013　Term Date: 12/31/2013

**Pharmacy Alternatives, LLC**
**9901 Linn Station Road　Louisville, KY 40223**

　Garcia, Deidra C.　(00067053)
　100 Congress Avenue, Suite 1100　Austin, TX 78701
　Type of Compensation: Prospective
　Less Than $10,000.00
　Client – Start: 01/10/2013　Term Date: 12/31/2013

　Hutto, Kathy N.　(00013342)
　100 Congress Avenue, Suite 1100　Austin, TX 78701
　Type of Compensation: Prospective
　Less Than $10,000.00
　Client – Start: 01/03/2013　Term Date: 12/31/2013

**Pharmacy Buyers Association d/b/a TrueCare Pharmacy**
**1575 North Universal Avenue, Suite 100　Kansas City, MO 74120**

　Culley, Robert D.　(00013616)
　1315 Nueces Street　Austin, TX 78701
　Type of Compensation: Paid
　Less Than $10,000.00
　Client – Start: 01/25/2013　Term Date: 12/31/2013

```
Haley, James W.   (00020345)
400 West 14th Street, Suite 100  Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/25/2013     Term Date: 12/31/2013


Polan, Kraege   (00013539)
1315 Nueces Street  Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/25/2013     Term Date: 12/31/2013
```

**Pharmacy Buying Association d/b/a PBA Health and Texas TrueCare**
**6300 Enterprise Rd  Kansas City, MO 64120**

```
Heal, John C. Jr.   (00031194)
500 W. 13th St.  Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/08/2013     Term Date: 12/31/2013
```

**Pharr City Commission**
**118 S. Cage Street 4th Floor   Pharr, TX 78577**

```
Perez, Robert J.   (00056105)
600 Navarro Street Suite 500 San Antonio, TX 78205
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/10/2013     Term Date: 12/31/2013
```

**Phillips 66 Company**
**3010 Briarpark Drive  Houston, TX 77210**

```
Adair, Bobby Glenn   (00066481)
PO Box 4428 PWC 1330-04 Houston, TX 77210
Type of Compensation: Prospective
$ 0.00
Client - Start: 01/08/2013     Term Date: 12/31/2013
```

**Phillips 66 Company**
**1776 Eye Street  Washington, DC 20006**

```
Midence Steen, Yuniedth   (00050583)
600 Congress Avenue Suite 2200 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/08/2013     Term Date: 12/31/2013


Miller, Robert D.   (00029477)
600 Travis Suite 2800 Houston, TX 77002
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/01/2013     Term Date: 12/31/2013


Pate, Gardner   (00060647)
600 Congress Suite 2200 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/03/2013     Term Date: 12/31/2013
```

```
Smith, Walter B. Jr.   (00060692)
600 Congress Suite 2200 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/03/2013    Term Date: 12/31/2013
```

**Phillips 66**
**3010 Briarpark Drive   Houston, TX 77042**

```
Cagnolatti, David A.   (00068689)
450 LAUREL STREET SUITE 1410 BATON ROUGE, LA 70801
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/04/2013    Term Date: 12/31/2013
```

**Phillips/ Independent Bankers Association of Texas**
**1700 Rio Grande St. Ste 100   Austin, TX 78701**

```
Phillips, H. Shannon Jr.   (00039076)
1700 Rio Grande St. Suite 100 Austin, TX 78701
Type of Compensation: Paid
$10,000 - $24,999.99
Client - Start: 01/01/2013    Term Date: 12/31/2013
```

**Phoenix Solar US, Inc**
**2603 Camino Ramon Ste 215   San Ramon, CA 94583**

```
Maguire, S. Jay II   (00053871)
1415 Valleyridge Drive Unit A Austin, TX 78704
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 03/01/2013    Term Date: 12/31/2013
```

**Pilot Knob Municipal Utility District No. 1**
**100 Congress Ave., Ste. 1300   Austin, TX 78701**

```
Bartram, John W.   (00054211)
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2013    Term Date: 12/31/2013

Brooks Littlefield, Sue   (00012866)
100 Congress Avenue Suite 1300 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2013    Term Date: 12/31/2013
```

**Pilot Knob Municipal Utility District No. 2**
**100 Congress Ave., Ste. 1300   Austin, TX 78701**

```
Bartram, John W.   (00054211)
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2013    Term Date: 12/31/2013

Brooks Littlefield, Sue   (00012866)
100 Congress Avenue Suite 1300 Austin, TX 78701
Type of Compensation: Paid
```

Less Than $10,000.00
Client - Start: 01/01/2013      Term Date: 12/31/2013

**Pilot Knob Municipal Utility District No. 3**
**100 Congress Ave., Ste. 1300  Austin, TX 78701**

Bartram, John W.  (00054211)
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2013      Term Date: 12/31/2013

Brooks Littlefield, Sue  (00012866)
100 Congress Avenue Suite 1300 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2013      Term Date: 12/31/2013

**Pilot Knob Municipal Utility District No. 4**
**100 Congress Ave., Ste. 1300  Austin, TX 78701**

Bartram, John W.  (00054211)
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2013      Term Date: 12/31/2013

Brooks Littlefield, Sue  (00012866)
100 Congress Avenue Suite 1300 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2013      Term Date: 12/31/2013

**Pilot Knob Municipal Utility District No. 5**
**100 Congress Ave., Ste. 1300  Austin, TX 78701**

Bartram, John W.  (00054211)
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2013      Term Date: 12/31/2013

Brooks Littlefield, Sue  (00012866)
100 Congress Avenue Suite 1300 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2013      Term Date: 12/31/2013

**Pilot Travel Centers LLC**
**5508 Lonas Drive  Knoxville, TN 37909**

Garcia, Deidra C.  (00067053)
100 Congress Avenue, Suite 1100  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 04/02/2013      Term Date: 12/31/2013

Nasi, Michael J.  (00056599)
100 Congress Avenue, Suite 1100  Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99

Client - Start: 04/02/2013    Term Date: 12/31/2013

**Pinnacle Entertainment, Inc.**
**8918 Spanish Ridge Ave.  Las Vegas, NV 89148**

  Brown, Bryan P.  (00069132)
  16230 Hidden View  San Antonio, TX 78232
  Type of Compensation: Paid
  $50,000 - $99,999.99
  Client - Start: 04/05/2013    Term Date: 12/31/2013

  Matthews, C. L.  (00042976)
  919 Congress Suite 1500 Austin, TX 78701
  Type of Compensation: Prospective
  $50,000 - $99,999.99
  Client - Start: 01/11/2013    Term Date: 12/31/2013

**Pinnacle Partners in Medicine**
**13601 Reston Road  Austin, TX**

  Howden, Robert S.  (00013306)
  Type of Compensation: Prospective
  $25,000 - $49,999.99
  Client - Start: 01/08/2013    Term Date: 12/31/2013

**Pinnacle Partners in Medicine**
**13601 Preston Rd.  STE 900 W.  Dallas, TX 75240**

  Acevedo, Julianne  (00053651)
  P.O. Box 5352  Austin, TX 78763
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/07/2013    Term Date: 12/31/2013

  Cain, Randy C.  (00025263)
  PO Box 5352  Austin, TX 78763-5352
  Type of Compensation: Prospective
  $ 0.00
  Client - Start: 01/07/2013    Term Date: 12/31/2013

**Pinnacle Technical Resources**
**1230 River Bend Drive, Suite 215  Dallas, TX 75247**

  Posey, C. Jake  (00059916)
  208 West 14th Street, Suite 201  Austin, TX 78701
  Type of Compensation: Prospective
  $25,000 - $49,999.99
  Client - Start: 01/01/2013    Term Date: 12/31/2013

**Pioneer Natural Resources Company**
**5205 N. O'Connor Blvd. Suite 200  Irving, TX 75039**

  Compton, Gary D.  (00014432)
  98 San Jacinto Suite 1900 Austin, TX 78701
  Type of Compensation: Prospective

$100,000 - $149,999.99
Client - Start: 02/13/2013      Term Date: 12/31/2013

**Pioneer Natural Resources Inc.**
**5205 North O'Connor Boulevard Suite 1400  Irving, TX 75039-3746**

Morriss, James C. III    (00035341)
98 San Jacinto Blvd., Ste. 1900  Austin, TX 78701
Type of Compensation: Prospective
$ 0.00
Client - Start: 04/09/2013      Term Date: 12/31/2013

**Pioneer Natural Resources**
**5205 North O'Connor Boulevard #200  Irving, TX 75039**

Dow, James W.   (00067150)
401 W. 15th Street Suite 695 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/07/2013      Term Date: 12/31/2013

Owens, Thaddeus   (00068958)
5205 N O'Connor Blvd. Suite 200 Irving, TX 75039
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 02/18/2013      Term Date: 12/31/2013

**Pitney Bowes, Inc.**
**1 Elmcroft Rd  Stamford, CT 06926-0700**

Erwin, Gay   (00053324)
901 S. Mopac Expressway Barton Oaks Plaza I; Suite 100 Austin, TX 78746
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/01/2013      Term Date: 12/31/2013

Nabers, Mary Scott   (00020633)
901 S. Mopac Expressway Barton Oaks Plaza I; Suite 100 Austin, TX 78746
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/01/2013      Term Date: 12/31/2013

**Pitsco**
**915 East Jefferson  Pittburg, KS 66762**

Hamilton, P. Wayne   (00055560)
815-A Brazos #681  Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 02/24/2013      Term Date: 12/31/2013

**Pitsco**
**915 East Jefferson  Pittsburg, KS 66762**

```
Bowen, Marshall   (00068818)
1001 Congress Suite 350 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/10/2013    Term Date: 12/31/2013


Britton, Chris   (00066022)
1001 Congress Ave. Suite 350 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/10/2013    Term Date: 12/31/2013




Doerr, Douglas   (00068817)
1001 Congress Suite 350 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/10/2013    Term Date: 12/31/2013
```

**Plains Cotton Growers**
**4517 West Loop 289   Lubbock, TX 79414**

```
Oefinger, David   (00067307)
PO Box 1906  Austin, TX 78767-1906
Type of Compensation: Paid
$ 0.00
Client - Start: 01/01/2013    Term Date: 12/31/2013
```

**Plains Marketing LP**
**333 Clay Road Suite 600   Houston, TX 77002**

```
Richardson, Jody   (00013336)
1108 Lavaca Suite 510 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/23/2013    Term Date: 12/31/2013
```

**Planned Parenthood Gulf Coast**
**4600 Gulf Freeway  Houston, TX 77023**

```
Gutierrez, Yvonne   (00068199)
4600 Gulf Freeway  Houston, TX 77023
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/04/2013    Term Date: 12/31/2013
```

**Planned Parenthood of Greater Texas**
**7424 Greenville Ave.  Dallas, TX 75231**

```
Haverlah, Sandra   (00017632)
1212 Guadalupe Suite 305 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/27/2013    Term Date: 12/31/2013
```

**Planned Parenthood of Houston and SE Texas**
**4600 gulf freeway  Houston, TX 77023**

```
Fuelberg, Curtis   (00013693)
1122 Colorado #1501 Austin, TX 78701
Type of Compensation: Prospective
```

$25,000 - $49,999.99
Client - Start: 01/18/2013      Term Date: 12/31/2013

**Plum Creek Conservation District**
**1403 Blackjack # C  Lockhart, TX 78644**

McCarthy, Edmond R. Jr.   (00014857)
711 W. 7th Street  Austin, TX 78701-2785
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/21/2013      Term Date: 12/31/2013

**PM Texas LLC d/b/a Let Texans Decide**
**7575 N. Sam Houston Parkway W.  Houston, TX 77064**

Young, Andrea   (00066262)
7575 N. Sam Houston Pkwy W.  Houston, TX 77064
Type of Compensation: Prospective
$ 0.00
Client - Start: 01/01/2013      Term Date: 12/31/2013

**PM Texas, LLC d/b/a Let Texans Decide**

Jones, Tom A.   (00014950)
4605 Greystone Dr/  Austin, TX 78731
Type of Compensation: Prospective
$100,000 - $149,999.99
Client - Start: 01/01/2013      Term Date: 12/31/2013

**PM Texas, LLC d/b/a Let Texans Decide**
**7575 Sam Houston Parkway West  Houston, TX 77064**

Cavazos, Eddie   (00019871)
P.O. Box 684977  Austin, TX 78768
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/07/2013      Term Date: 12/31/2013

Montford, John T.   (00020489)
One Buckingham Court  San Antonio, TX 78257
Type of Compensation: Prospective
$250,000 - $299,999.99
Client - Start: 01/08/2013      Term Date: 12/31/2013

Oldham, Phillip G.   (00034833)
111 Congress Avenue Suite 1700 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 03/08/2013      Term Date: 12/31/2013

Richie, Carl S.   (00030415)
1122 Colorado Street, Suite 209  Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/14/2013      Term Date: 12/31/2013

```
Siebert, William E.   (00021037)
2014 Via Vineda  san antonio, TX 78258-4519
Type of Compensation: Prospective
$100,000 - $149,999.99
Client - Start: 01/07/2013     Term Date: 12/31/2013


Toomey, Michael   (00013686)
919 Congress Avenue, #1500  Austin, TX 78701
Type of Compensation: Prospective
$100,000 - $149,999.99
Client - Start: 01/15/2013     Term Date: 12/31/2013
```

**PM Texas, LLC d/b/a Let Texas Decide**
**7575 Sam Houston Parkway West   Houston, TX 77064**

```
Keel, Lara Laneri   (00042780)
919 Congress Avenue #1500  Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/09/2013     Term Date: 12/31/2013
```

**PM Texas, LLC d/ba/ Let Texans Decide**
**7575 Sam Houston Parkway West   Houston, TX 77064**

```
Gibson, Stephanie   (00055941)
208 West 14th Street  Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/22/2013     Term Date: 12/31/2013
```

**PM Texas, LLC dba Let Texans Decide**
**7575 N. Sam Houston Pkwy. W  Houston, TX 77064**

```
Brown, Sabrina Thomas   (00038968)
1220 Colorado Suite 220 Austin, TX 78701
Type of Compensation: Prospective
$100,000 - $149,999.99
Client - Start: 01/09/2013     Term Date: 12/31/2013


Campbell, Byron Andrew   (00069003)
PO Box 195892  Dallas, TX 75207
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 03/14/2013     Term Date: 12/31/2013


Campbell, James Andrew   (00035512)
PO Box 195892  Dallas, TX 75219
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/28/2013     Term Date: 12/31/2013


Henry, Kate Howard   (00053528)
715 Meriden Lane  Austin, TX 78703
Type of Compensation: Prospective
Less Than $10,000.00
```

McCauley, Cindy A.   (00042611)
101 Duck Creek Lane   Georgetown, TX 78633
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/09/2013    Term Date: 12/31/2013

**PMSI**
**175 Kelsey Lane   Tampa, FL 33619**

Castaneda, Tristan Jr.   (00030333)
816 Congress Suite 1120 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/01/2013    Term Date: 12/31/2013

Peeler, William Robert Jr.   (00060695)
816 Congress Avenue, Suite 1120   Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 03/04/2013    Term Date: 12/31/2013

**Pohl Partners**
**801 RR 620 South,, Ste 100-A   Lakeway, TX 78734**

Rice, Chuck Jr.   (00013547)
PO BOX 2154   AUSTIN, TX 78768-2154
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/07/2013    Term Date: 12/31/2013

**Polan Culley Inc. DBA Polan Culley Advocacy Group**
**1315 Nueces Street   Austin, TX 78701**

Culley, Robert D.   (00013616)
1315 Nueces Street   Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/25/2013    Term Date: 12/31/2013

Haley, James W.   (00020345)
400 West 14th Street, Suite 100   Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/25/2013    Term Date: 12/31/2013

Polan, Kraege   (00013539)
1315 Nueces Street   Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/25/2013    Term Date: 12/31/2013

**Polaris Industries Inc.**
**2100 Highway 55   Medina, MN 55340-9100**

Ratliff, Robert Thomas   (00031723)

500 West 13th Street  Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/19/2013    Term Date: 12/31/2013

**Polaris Industries, Inc.**
**2100 Highway 55  Medina, MN 55340-9770**

Cooper, Kevin   (00059527)
500 West 13th Street  Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/22/2013    Term Date: 12/31/2013

**Popp Gray & Hutcheson PLLC**
**1301 South MoPac Suite 430   Austin, TX 78746**

Luna, Vilma   (00020272)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/11/2013    Term Date: 12/31/2013


Smith, R. Clint   (00012842)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/11/2013    Term Date: 12/31/2013

**Port Arthur ISD**
**P. O. Box 1388  Port Arthur, TX 77641**

Anderson, David D.   (00053708)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 04/18/2013    Term Date: 12/31/2013

Jones, Neal T. Jr.   (00013745)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 04/18/2013    Term Date: 12/31/2013

Miller, William J.   (00033567)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 04/18/2013    Term Date: 12/31/2013

**Port Freeport**
**200 W 2nd Street 3rd Floor   Freeport, TX 77541**

Bruno, Stephen W.   (00068845)
P.O. Box 650044  Austin, TX 78765
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 02/25/2013    Term Date: 12/31/2013

**Port O'Connor MUD**
**P. O. Box 375  Port O'Connor, TX 77982**

```
Carter, Nancy    (00056973)
Allen Boone Humphries Robinson LLP 3200 Southwest Freeway, Ste 2600 Houston, TX 77027
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/23/2013      Term Date: 12/31/2013


Hogan, Kristen    (00061565)
3200 Southwest Freeway Suite 2600 Houston, TX 77027
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/23/2013      Term Date: 12/31/2013


Lary, Camm C. III    (00040174)
Allen Boone Humphries Robinson LLP 3200 Southwest Freeway, Suite 2600 Houston, TX 77027
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/23/2013      Term Date: 12/31/2013


Richardson, Jody    (00013336)
1108 Lavaca Suite 510 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/23/2013      Term Date: 12/31/2013
```

**Port of Corpus Christi Authority**
**P. O. Box 1541  Corpus Christi, TX 78403**

```
Berlanga, Hugo    (00019723)
28 Hewit Drive  Corpus Christi, TX 78404
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/08/2013      Term Date: 12/31/2013


Erben, Randall H.    (00013689)
807 Brazos Suite 402 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/04/2013      Term Date: 12/31/2013


Somerville, Emily    (00066876)
807 Brazos Street Suite 402 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/04/2013      Term Date: 12/31/2013


Yarbrough, Brian G.    (00037475)
807 Brazos, Suite 402  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/04/2013      Term Date: 12/31/2013
```

**Port of Corpus Christi**
**222 Power Street  Corpus Christi, TX 78401**

```
Delisi, Deirdre    (00063963)
823 Congress Ave. Ste. 1000B  Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/10/2013      Term Date: 12/31/2013
```

```
Delisi, Thomas    (00064063)
823 Congress Suite 1000B Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/10/2013     Term Date: 12/31/2013


Lauderdale, Leigh Anne    (00069021)
823 Congress Ave., Ste. 1000B  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 03/19/2013     Term Date: 12/31/2013


Ramirez, Rene A.    (00067982)
612 Nolana Suite 415 McAllen, TX 78504
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/18/2013     Term Date: 12/31/2013
```

**Port of Harlingen Authority**
**P.O. Box 2646  Harlingen, TX**

```
Younger, Kevin    (00060537)
1708 University Club Dr.  Austin, TX 78732-2441
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/11/2013     Term Date: 12/31/2013
```

**Port of Houston Authority, Texas**
**P.O. Box 2562  Houston, TX 77252-2562**

```
Brown Emerson, Jennifer E.    (00055242)
2620 A Jefferson  Austin, TX 78703
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/03/2013     Term Date: 12/31/2013


Brown, J. E. Buster    (00019849)
P.O. Box 426  Austin, TX 78767
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/03/2013     Term Date: 12/31/2013
```

**Port of Houston Authority**
**P.O. Box 2562  Houston, TX 77252-2562**

```
Beggs, April    (00056213)
300 West 6th Street, Suite 2050  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/22/2013     Term Date: 12/31/2013


Chavez, Rozzane Andrea    (00068854)
98 San Jacinto Suite 1500 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/11/2013     Term Date: 02/22/2013


Grace, Jim M. Jr.    (00052773)
910 Louisiana Street One Shell Plaza Houston, TX 77002
Type of Compensation: Prospective
```

$50,000 - $99,999.99
Client - Start: 01/10/2013      Term Date: 02/22/2013

Luna, Albert III    (00020264)
3000 Weslayan Suite 330 Houston, TX 77027
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/25/2013      Term Date: 12/31/2013

McDaniel, Demetrius    (00013335)
300 West 6th Street, Suite 2050  Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/22/2013      Term Date: 12/31/2013

Saitas, Jeffrey Anthony    (00038798)
1122 Colorado Street Suite 208 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/09/2013      Term Date: 12/31/2013

Seales, Terri    (00013667)
1122 Colorado Street Suite 208 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2013      Term Date: 12/31/2013

Strauser, Robert    (00011294)
1005 Congress Suite 1040 Austin, TX 78701
Type of Compensation: Paid
$ 0.00
Client - Start: 01/01/2013      Term Date: 12/31/2013

Toomey, Michael    (00013686)
919 Congress Avenue, #1500  Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 02/11/2013      Term Date: 12/31/2013

**Port of Victoria**
**1934 FM 1432  Victoria, TX 77905**

Sizemore, Michael A.    (00060972)
110 Queenswood Trail  Victoria, TX 77901
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 03/04/2013      Term Date: 12/31/2013

**Port San Antonio**
**143 Billy Mitchell Blvd. Suite 6  San Antonio, TX 78226**

Shields, Christopher S.    (00013799)
1005 Congress Avenue Suite 480 Austin, TX 78701
Type of Compensation: Prospective
$100,000 - $149,999.99
Client - Start: 01/12/2013      Term Date: 12/31/2013

Shields, Susan Galloway　(00061241)
1005 Congress Avenue Suite 480 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/12/2013　　Term Date: 12/31/2013

**Port Terminal Railroad Association**
**8934 Manchester Street　Houston, TX 77012-2149**

McCulley, Hugh L.　(00026986)
2727 Allen Parkway, Suite 1700　Houston, TX 77019-2125
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/02/2013　　Term Date: 12/31/2013

**Port Transportation Corridor Coalition**
**PO Box 162925　Austin, TX 78716**

Shields, Brad II　(00056074)
208 West 14th St　Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/14/2013　　Term Date: 12/31/2013

**Portavenir, LP/Penitas Properties, Ltd.**
**1210 East Tyler　Harlingen, TX 78550**

Rice, Chuck Jr.　(00013547)
PO BOX 2154　AUSTIN, TX 78768-2154
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/07/2013　　Term Date: 12/31/2013

**Post Oak Savannah GCD**
**P.O. Box 92 310 E. Ave. C　Milano, TX 76556**

Brown, Sabrina Thomas　(00038968)
1220 Colorado Suite 220 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/09/2013　　Term Date: 12/31/2013

Henry, Kate Howard　(00053528)
715 Meriden Lane　Austin, TX 78703
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/10/2013　　Term Date: 12/31/2013

McCauley, Cindy A.　(00042611)
101 Duck Creek Lane　Georgetown, TX 78633
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/09/2013　　Term Date: 12/31/2013

**Prairielands Groundwater Conservation District**
**205 S. Caddo St. P. O. Box 3128　Cleburne, TX 76033**

Crimmins, Adriane　(00068887)
816 Congress Avenue Suite 1900 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00

Client - Start: 01/15/2013      Term Date: 12/31/2013

Embrey, Ty H.   (00056282)
816 Congress Avenue Suite 1900 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/15/2013      Term Date: 12/31/2013

Sledge, Brian L.   (00041086)
816 Congress Avenue Suite 1900 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/15/2013      Term Date: 12/31/2013

**Praxair, Inc.**
**39 Old Ridgebury Road   Danbury, CT 06810**

Galligher, Duane   (00062285)
1005 Congress Avenue Suite 480 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/24/2013      Term Date: 12/31/2013

Shields, Christopher S.   (00013799)
1005 Congress Avenue Suite 480 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/12/2013      Term Date: 12/31/2013

**Preferred Care Partners Management Group**
**5420 W Plano Parkway   Plano, TX 75093**

Raines, Stephen   (00063796)
5420 Plano Parkway   Plano, TX 75093
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/11/2013      Term Date: 12/31/2013

**Preludesys**
**5 Corporate Park Suite 140   Irvine, CA 92606**

Bowen, Marshall   (00068818)
1001 Congress Suite 350 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 03/14/2013      Term Date: 12/31/2013

Britton, Chris   (00066022)
1001 Congress Ave. Suite 350 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 03/14/2013      Term Date: 12/31/2013

Doerr, Douglas   (00068817)

1001 Congress Suite 350 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 03/14/2013     Term Date: 12/31/2013

**Premier Communities Management Company**
**3102 Oak Lawn Ave. Suite 202   Dallas, TX 75219**

  Brown, Jay P.   (00039172)
  1001 Congress Ave. Suite 400 Austin, TX 78701
  Type of Compensation: Paid
  Less Than $10,000.00
  Client - Start: 01/01/2013     Term Date: 12/31/2013

  Gibson, Machree Garrett   (00028312)
  1001 Congress Ave. Suite 400 Austin, TX 78701
  Type of Compensation: Paid
  Less Than $10,000.00
  Client - Start: 01/01/2013     Term Date: 12/31/2013

  Graydon, Galt   (00013173)
  1001 Congress Ave. Suite 400 Austin, TX 78701
  Type of Compensation: Paid
  Less Than $10,000.00
  Client - Start: 01/01/2013     Term Date: 12/31/2013

  Propes, Jay W.   (00014474)
  1001 Congress Ave. Suite 400 Austin, TX 78701
  Type of Compensation: Paid
  Less Than $10,000.00
  Client - Start: 01/01/2013     Term Date: 12/31/2013

  Swan, Shannon Lea   (00014744)
  1001 Congress Ave. Suite 400 Austin, TX 78701
  Type of Compensation: Paid
  Less Than $10,000.00
  Client - Start: 01/01/2013     Term Date: 12/31/2013


**Premier Kids Care, Inc.**
**4480 Atlanta Highway   Loganville, GA 30052-7313**

  Strama, Keith   (00050591)
  400 West 15th Street #1450  Austin, TX 78701-1612
  Type of Compensation: Prospective
  $10,000 - $24,999.99
  Client - Start: 01/09/2013     Term Date: 12/31/2013

**Premier Kids Care, Inc.**
**221 Plaza Drive  Monroe, GA 30655**

  Stewart, Leah   (00056556)
  400 West 15th Street Suite #1450 Austin, TX 78701
  Type of Compensation: Prospective
  $10,000 - $24,999.99
  Client - Start: 01/10/2013     Term Date: 12/31/2013

**Prescribed Pediatric Extended Care, Inc. dba Pediatric Health Choice**
**4602-C North Armenia Avenue   Tampa, FL 33603**

  Galligher, Duane   (00062285)
  1005 Congress Avenue Suite 480 Austin, TX 78701

```
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/24/2013     Term Date: 12/31/2013


Shields, Christopher S.   (00013799)
1005 Congress Avenue Suite 480 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/12/2013     Term Date: 12/31/2013
```

**Presidential Glen Municipal Utility District**
**c/o Armbrust & Brown, PLLC 100 Congress Avenue, Suite 1300  Austin, TX 78701**

```
Collins, Sharlene N.   (00012869)
100 Congress Avenue Suite 1300 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2013     Term Date: 12/31/2013
```

**PricewaterhouseCoopers**
**2001 Ross Avenue, Suite 1800  Dallas, TX 75201**

```
Beaird, Nanette K.   (00024924)
600 Congress Avenue, Suite 3000  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/22/2013     Term Date: 12/31/2013


Brackin, Dewey A.   (00056477)
600 Congress Avenue, Suite 3000  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/22/2013     Term Date: 12/31/2013


Gammage, Samuel   (00068789)
600 Congress Avenue, Suite 3000  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/22/2013     Term Date: 12/31/2013




Perkins, Arthur V.   (00013729)
1000 Louisiana, Suite 3400  Houston, TX 77002-5011
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/25/2013     Term Date: 12/31/2013


Ritchie Robnett, Leslie   (00068942)
600 Congress Avenue, Suite 3000  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/08/2013     Term Date: 12/31/2013


Schnarr, Lea Ann   (00060144)
600 Congress Avenue, Suite 3000  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/22/2013     Term Date: 12/31/2013


Schwartz, Marcus Frank Jr.   (00061164)
600 Congress Avenue, Suite 3000  Austin, TX 78701
```

Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/22/2013    Term Date: 12/31/2013


Vane, Mark    (00037572)
600 Congress Avenue, Suite 3000   Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/22/2013    Term Date: 12/31/2013


Yelkin, Kimberly A.    (00013341)
600 Congress Avenue, Suite 3000   Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/22/2013    Term Date: 12/31/2013

**Primarily Primates, Incorporated**
**26099 Dull Knife Trail   San Antonio, TX 78255**


Chavez, Rozzane Andrea    (00068854)
98 San Jacinto Suite 1500 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/11/2013    Term Date: 12/31/2013


Poinsett, Royce Pabst    (00065096)
98 San Jacinto Center Suite 1500 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/01/2013    Term Date: 12/31/2013

**Prime Therapeutics LLC**
**1305 Corporate Center Drive   Eagan, MN 55121**


Davis, Denise    (00062366)
508 West 14th St.   Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 02/19/2013    Term Date: 12/31/2013




Root, David G.    (00062365)
212 Spring Branch Road   Waverly, VA 23890
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/17/2013    Term Date: 12/31/2013

**Primerica Life Insurance Company**
**3120 Breckinridge Boulevard   Duluth, GA 30099**


Beggs, April    (00056213)
300 West 6th Street, Suite 2050  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/22/2013    Term Date: 12/31/2013


Bond, Thomas J.    (00013215)
300 West 6th Street, Suite 2050  Austin, TX 78701
Type of Compensation: Prospective

```
$25,000 - $49,999.99
Client - Start: 01/22/2013     Term Date: 12/31/2013


 Hadley, Elizabeth Ross    (00068112)
 300 West 6th Street, Suite 2050  Austin, TX 78701
 Type of Compensation: Prospective
 Less Than $10,000.00
 Client - Start: 01/07/2013     Term Date: 12/31/2013
```

**Primus Global Services, Inc.**
**1431 Greenway Drive, Suite 750  Irving, TX 75038**

```
 Posey, C. Jake    (00059916)
 208 West 14th Street, Suite 201  Austin, TX 78701
 Type of Compensation: Prospective
 $10,000 - $24,999.99
 Client - Start: 01/01/2013     Term Date: 12/31/2013
```

**Prism Gas Systems Inc., LP**
**2350 Airport Frwy. #505  Bedford, TX 76022**

```
 McBeth, Kelly    (00059190)
 208 W. 14TH Street  Austin, TX 78701
 Type of Compensation: Prospective
 $10,000 - $24,999.99
 Client - Start: 01/07/2013     Term Date: 12/31/2013
```

**Prism Gas Systems, I, LP**
**2350 Airport Freeway, Suite 505  Bedford, TX 76022**

```
 Romero, Celina    (00065634)
 600 Congress Suite 1900 Austin, TX 78701
 Type of Compensation: Prospective
 $ 0.00
 Client - Start: 01/03/2013     Term Date: 12/31/2013
```

**Private Ambulance Providers Association**
**P.O. Box 6767  McAllen, TX 78502**

```
 Flores, Robert C.    (00065298)
 230 Larkwood Drive  San Antonio, TX 78209
 Type of Compensation: Prospective
 Less Than $10,000.00
 Client - Start: 02/10/2013     Term Date: 12/31/2013
```

**Private Providers Association of Texas**
**8711 Burnet Road, Suite E-53  Austin, TX 78757**

```
 Cantella, Richard C.    (00054009)
 PO Box 684801  Austin, TX 78768
 Type of Compensation: Prospective
 $10,000 - $24,999.99
 Client - Start: 01/24/2013     Term Date: 12/31/2013


 Carlson, Matthew Cody    (00068933)
 3417 Foothill Terrace  Austin, TX 78731
 Type of Compensation: Prospective
 Less Than $10,000.00
 Client - Start: 02/11/2013     Term Date: 12/31/2013
```

```
Pitts, John R.    (00037179)
1122 Colorado Street, Suite 102  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/25/2013    Term Date: 12/31/2013


Smith, Todd M.    (00053964)
2204 Hazeltine Lane  Austin, TX 78747-1206
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 03/12/2013    Term Date: 12/31/2013
```

**Professional Advocacy Association of Texas**
**P.O. Box 5315  Austin, TX 78763**

```
Gullahorn, Jack W.   (00013330)
P.O. Box 140045  Austin, TX 78714-0045
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/12/2013    Term Date: 12/31/2013


Pair, Laurie Fenstemaker   (00065125)
P.O. Box 5908  Austin, TX 78763
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/30/2013    Term Date: 12/31/2013


Small, Allison   (00053672)
5402 Ridge Oak  Austin, TX 78731
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 02/06/2013    Term Date: 12/31/2013
```

**Professional Bondsmen of Texas, Inc.**
**P.O. Box 9128  Austin, TX 78766**

```
McFarlin, Don   (00011690)
1122 Colorado Street Suite 208 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/10/2013    Term Date: 12/31/2013
```

**Professional Bondsmen of Texas**
**P.O. Box 9128  Austin, TX 78766**

```
Valenzuela, Joe D.   (00050742)
1620 Shady Hillside Pass  Round Rock, TX 78665
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/19/2013    Term Date: 12/31/2013
```

**Professional Civil Process of Texas, Inc.**
**23610 Pedernales Canyon Trail  Spicewood, TX 78669**

```
Beard, Amy C.   (00061114)
```

919 Congress Ave. Suite 1400 Austin, TX 78701
Type of Compensation: Prospective
$ 0.00
Client - Start: 01/04/2013    Term Date: 12/31/2013


Cammack, Kerry N.   (00022250)
919 Congress Avenue, Suite 1400  Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/04/2013    Term Date: 12/31/2013

**Professional Roofing Standards Council**
**132 Pinto Lane  San Marcos, TX 78666**


Schulle, Gerhardt Jr.   (00010977)
132 Pinto Lane  San Marcos, TX 78666
Type of Compensation: Paid
$25,000 - $49,999.99
Client - Start: 01/14/2013    Term Date: 12/31/2013

**Progressive Casualty Insurance Company**
**10929 Disk Drive  Rancho Cordova, CA 95670**


Spriggs, Scott   (00062904)
10929 Disk Drive  Rancho Cordova, CA 95670
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/11/2013    Term Date: 12/31/2013

**Progressive County Mutual Insurance Company**
**6300 Wilson Mills Road  Mayfield Village, OH 44143-2182**


Johnson, Connie L.   (00013302)
P. O. Box 684248  Austin, TX 78768
Type of Compensation: Prospective
$150,000 - $199,999.99
Client - Start: 01/08/2013    Term Date: 12/31/2013

**Progressive Waste Solutions of TX, Inc.**
**2301 Eagle Parkway Suite 200  Fort Worth, TX 76177**


Howard, Jay   (00030094)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/11/2013    Term Date: 12/31/2013




Jones, Neal T. Jr.   (00013745)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/11/2013    Term Date: 12/31/2013


Pearson, Dan   (00030669)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99

Client – Start: 01/11/2013     Term Date: 12/31/2013

**Project Control**
**17300 Henderson Pass   San Antonio, TX 78232**

Heckler, Jeffrey E.   (00040150)
1301 Nueces Street Suite 200 Austin, TX 78701
Type of Compensation: Prospective
$50,000 – $99,999.99
Client – Start: 01/09/2013     Term Date: 12/31/2013

**Prolacta Bioscience**
**605 E. Huntington drive, Ste. 101   Monrovia, CA 91016**

Gilligan, Lillie B.   (00033161)
11807 Hyacinth Drive  Austin, TX 78758
Type of Compensation: Paid
$10,000 – $24,999.99
Client – Start: 01/01/2013     Term Date: 12/31/2013

**Promotion Technologies**
**2009 RR 620 N. Suite 150   Austin, TX 78734**

Garcia, Joe A.   (00034532)
919 Congress Avenue Suite 1500 Austin, TX 78701
Type of Compensation: Prospective
$50,000 – $99,999.99
Client – Start: 01/02/2013     Term Date: 12/31/2013

**Propel Financial Services**
**3111 Camino Del Rio North Suite 1300   San Diego, CA 92108**

Morgan, Thomas Todd   (00053479)
400 West 15th St. Suite 1400 Austin, TX 78701
Type of Compensation: Prospective
$50,000 – $99,999.99
Client – Start: 04/04/2013     Term Date: 12/31/2013

**Property Casualty Insurers Association of America**
**700 Lavaca Suite 1400   Austin, TX 78701**

Fisher, Walter   (00013441)
919 Congress Suite 1500 Austin, TX 78701
Type of Compensation: Prospective
$100,000 – $149,999.99
Client – Start: 01/10/2013     Term Date: 12/31/2013

Koebele, Stephen P.   (00054021)
1108 Lavaca Street, Suite 110-484  Austin, TX 78701
Type of Compensation: Prospective
$50,000 – $99,999.99
Client – Start: 01/01/2013     Term Date: 12/31/2013

**Property Casualty Insurers Association of America**
**8700 West Bryn Mawr, Suite 1200 S  Chicago, IL 60631**

Koebele, Stephen P.   (00054021)
1108 Lavaca Street, Suite 110-484  Austin, TX 78701
Type of Compensation: Prospective
$50,000 – $99,999.99
Client – Start: 01/10/2013     Term Date: 12/31/2013

```
Woods, Joe M.    (00029993)
1504 San Antonio St.  Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/01/2013    Term Date: 12/31/2013
```

**Protect My Texas Property**
**815A Brazos PMB 545  Austin, TX 78701**

```
Arnold, Jim    (00039050)
815A Brazos St., PMB 545  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 03/01/2013    Term Date: 12/31/2013
```

**Protect**
**P.O. Box 27599  Knoxville, TN 37927**

```
Cooper, Camille    (00068756)
P.O. Box 27599  Knoxville, TN 37927
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/08/2013    Term Date: 12/31/2013
```

**Providence Service Corporation**
**5524 E. Fourth Street  Tucson, AZ 85711**

```
Ellis, Ella M.    (00012824)
919 Congress Avenue Ste. 1100  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 03/06/2013    Term Date: 12/31/2013
```

```
Wright, Charles Eric    (00043672)
919 Congress Avenue Suite  1100 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/11/2013    Term Date: 12/31/2013
```

**Providers Alliance for Community Services of Texas (PACSTX)**
**823 Congress Suite 230  Austin, TX 78701**

```
Bollinger, Paul David    (00035213)
823 Congress Suite 1000B Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/10/2013    Term Date: 12/31/2013
```

```
Delisi, Thomas    (00064063)
823 Congress Suite 1000B Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/10/2013    Term Date: 12/31/2013
```

```
Vasek, Heather N.    (00035475)
823 Congress Suite 1000B Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/10/2013    Term Date: 12/31/2013
```

**Providers Alliance for Community Services of Texas**
**823 Congress Avenue Suite 230  Austin, TX 78701**

  Frizzell, Sandra   (00068953)
  823 Congress Avenue Suite 230 Austin, TX 78701
  Type of Compensation: Prospective
  $25,000 - $49,999.99
  Client - Start: 02/05/2013    Term Date: 12/31/2013

  Kelly, Coyle C.   (00012853)
  4214 Medical Parkway Suite 300 Austin, TX 78756
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/01/2013    Term Date: 12/31/2013

**Prudential Financial, Inc.**
**751 Broad Street  Newark, NJ 07102-3777**

  Doughty, Ronald H.   (00025893)
  8601 Ranch Road 2222 Building 1, Suite 230 Austin, TX 78730
  Type of Compensation: Prospective
  $50,000 - $99,999.99
  Client - Start: 02/01/2013    Term Date: 12/31/2013

**PTP LP**
**1500 Research Forest Drive Suite 200  The Woodlands, TX 77381**

  Grimes, John Michael   (00057963)
  PO Box 13382 Capitol Station Austin, TX 78711
  Type of Compensation: Prospective
  $100,000 - $149,999.99
  Client - Start: 01/07/2013    Term Date: 12/31/2013

  Townsend, Thomas T.   (00066761)
  PO Box 13382 Capitol Station Austin, TX 78711
  Type of Compensation: Prospective
  $100,000 - $149,999.99
  Client - Start: 01/07/2013    Term Date: 12/31/2013

**PTP, Inc.**
**1500 Research Forest Drive Suite 200  The Woodlands, TX 77381**

  Dailey, Jenna   (00068773)
  P.O. Box 13382  Austin, TX 78711
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/07/2013    Term Date: 12/31/2013

  Johnson, Marti R.   (00067009)
  P.O. Box 13382  Austin, TX 78711
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/07/2013    Term Date: 12/31/2013

**Public Citizen Inc.**
**1303 San Antonio St  Austin, TX 78701**

Wickersham, Theodore S. Jr.　(00053664)
401 Congress Ave., Suite 1540　Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/14/2013　　Term Date: 12/31/2013

**Public Citizen**
**1303 San Antonio St.　Austin, TX 78701**

Beving & Associates　(00068931)
Attn: Rita Beving 13214 Glad Acres Dr. Farmers Branch, TX 75234
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/25/2013　　Term Date: 12/31/2013

**Public Consulting Group**
**148 State Street, 10th Floor　Boston, MA**

Leal, Roland　(00025018)
431 Logan Ranch Rd　Georgetown, TX 78628
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/10/2013　　Term Date: 12/31/2013

**Public Financial Management, Inc.**
**700 Lavaca, Suite 1500　Austin, TX 78701**

Bingham, William H.　(00040591)
600 Congress Avenue, Suite 2100　Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/24/2013　　Term Date: 12/31/2013

**Publicdata.com**
**7750 MacArthur Blvd. Ste 120-290　Irving, TX 75063**

Gilmore, Scott E.　(00056410)
1301 Nueces Street Suite 200 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 02/15/2013　　Term Date: 12/31/2013

**PURGIT**
**3100 Edloe St. Suite 350　Houston, TX 77027**

Essalin, Tony　(00068318)
4203 Montrose Blvd. Suite 450 Houston, TX 77006
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/17/2013　　Term Date: 12/31/2013

**PVH Consulting Group LLC**
**P.O. Box 3709　Pflugerville, TX 78691**

Hayes, Patricia　(00030405)
P.O. Box 3709　Pflugerville, TX 78691
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/11/2013　　Term Date: 12/31/2013

**O Investments, LP**
**301 Commerce Street, Suite 2975  Fort Worth, TX 76102-4140**

Millsap, Michael D.   (00050708)
P.O. Box 684744  Austin, TX 78768
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/02/2013    Term Date: 12/31/2013

**Quadvest L.P.**
**26926 FM 2978  Magnolia, TX 77354**

Valdez, Gerald A.   (00053423)
P.O. Box 12031  Austin, TX 78711
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/01/2013    Term Date: 12/31/2013

**Quantex Energy, Inc.**
**5 Richard Way SW, Suite 300  Calgary Alberta Canada T3E7M8C,**

Hackney, Clint   (00012890)
PO Box 163164  Austin, TX 78716
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/14/2013    Term Date: 12/31/2013

**Quantum Resources Management, LLC**
**5 Houston Center, 1401 McKinney Street Suite 2400  Houston, TX 77010**

Morriss, James C. III   (00035341)
98 San Jacinto Blvd., Ste. 1900  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 04/08/2013    Term Date: 12/31/2013

Phillips, Ashley T. K.   (00069141)
98 San Jacinto Boulevard Suite 1900 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 04/09/2013    Term Date: 12/31/2013

**Questcare Medical Services P.A.**
**12221 Merit Drive Ste. 1610  Dallas, TX 75251**

Townsend, Thomas T.   (00066761)
PO Box 13382 Capitol Station Austin, TX 78711
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/07/2013    Term Date: 12/31/2013

**Questcare Medical Services, P.A.**
**12221 Merit Drive, Ste. 1610  Dallas, TX 75251**

Dailey, Jenna   (00068773)
P.O. Box 13382  Austin, TX 78711
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/07/2013    Term Date: 12/31/2013

```
Grimes, John Michael   (00057963)
PO Box 13382 Capitol Station Austin, TX 78711
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/07/2013    Term Date: 12/31/2013


Johnson, Marti R.   (00067009)
P.O. Box 13382  Austin, TX 78711
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/07/2013    Term Date: 12/31/2013
```

**QVC San Antonio, LLC**
**c/o 1200 Wilson Drive Attn:  Legal Department/MC-207  West Chester, PA 19380**

```
Erskine, Candis B.   (00035590)
4304 Green Cliffs  Austin, TX 78746
Type of Compensation: Prospective
$ 0.00
Client - Start: 01/01/2013    Term Date: 12/31/2013


Erskine, John M. Jr.   (00012969)
111 Congress Avenue, Suite 900  Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/01/2013    Term Date: 12/31/2013


Ford, Victoria C.   (00060035)
111 Congress Avenue, Suite 900  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2013    Term Date: 12/31/2013


Leo, Myra   (00034631)
111 Congress Avenue, Suite 900  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2013    Term Date: 12/31/2013


McGinnis, Larry D.   (00013432)
111 Congress Avenue, Suite 900  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2013    Term Date: 12/31/2013


Ohlenforst, Cynthia M.   (00013416)
1717 Main Street, Suite 2800  Dallas, TX 75201
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2013    Term Date: 12/31/2013
```

**R Street Institute**
**1728 Connecticut Ave, NW  Washington, DC 20009**

```
Drenner, Julie R. H.   (00053572)
3900 Pearce Rd  Austin, TX 78730
Type of Compensation: Prospective
$ 0.00
Client - Start: 01/01/2013    Term Date: 12/31/2013
```

**R&R Limousine & Bus**
**P.O. BOX 341805  Austin, TX 78734**

Garcia, Joe A.   (00034532)
919 Congress Avenue Suite 1500 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 02/07/2013    Term Date: 12/31/2013

**R360 Environmental Solutions**
**16945 Northchase Drive Suite 2200  Houston, TX 77060**

Saitas, Jeffrey Anthony   (00038798)
1122 Colorado Street Suite 208 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/09/2013    Term Date: 12/31/2013

Seales, Terri   (00013667)
1122 Colorado Street Suite 208 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/01/2013    Term Date: 12/31/2013

**Raba Kistner Infrastructure**
**19111 N. Dallas Parkway Suite 115  Dallas, TX 75287**

Gilmore, Scott E.   (00056410)
1301 Nueces Street Suite 200 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 02/15/2013    Term Date: 12/31/2013

Heckler, Jeffrey E.   (00040150)
1301 Nueces Street Suite 200 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/09/2013    Term Date: 12/31/2013

**Racing Partners of Texas, LLC**
**619 S. Beach  Sunrise Beach, TX 78643**

Butler, Carley   (00067075)
1122 Colorado, Suite 320  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2013    Term Date: 12/31/2013

Moore, Blanton   (00015058)
1122 Colorado, Suite 320  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2013    Term Date: 12/31/2013

Shearer, James F.   (00039221)
1122 Colorado Suite 320  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2013    Term Date: 12/31/2013

```
Thoman, Esme Elisabeth   (00067347)
1122 Colorado, Suite 320  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2013    Term Date: 12/31/2013
```

**Rackspace Hosting**
**5000 Walzem Road  San Antonio, TX 78218**

```
Montford, John T.   (00020489)
One Buckingham Court  San Antonio, TX 78257
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/08/2013    Term Date: 12/31/2013
```

**Rackspace Managed Hosting**
**9725 Datapoint Drive  San Antonio, TX 78229**

```
LeBas, James   (00060128)
823 Congress Ave., Suite 1010  Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/09/2013    Term Date: 12/31/2013
```

**Radiant RFID**
**12912 Hill Country Blvd. Ste F-245  Austin, TX 78738**

```
Shannon, Fred   (00050599)
919 Congress Ave Suite 450 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/24/2013    Term Date: 12/31/2013
```

**RadioShack**
**300 Radio Shack Circle  Fort Worth, TX 78102**

```
Jones, Neal T. Jr.   (00013745)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/11/2013    Term Date: 12/31/2013

Miller, William J.   (00033567)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/11/2013    Term Date: 12/31/2013
```

**RAI Services Company**
**P.O. Box 464  Winston Salem, NC 27102**

```
Ramirez, Rene A.   (00067982)
612 Nolana Suite 415 McAllen, TX 78504
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 03/06/2013    Term Date: 12/31/2013
```

**RAI Services Company**
**P.O. Box 464   Winston-Salem, NC 27102**

Clark, James M.    (00030744)
P.O. Box 5272   Austin, TX 78763
Type of Compensation: Paid
$25,000 - $49,999.99
Client - Start: 01/17/2013    Term Date: 12/31/2013

Culley, Robert D.    (00013616)
1315 Nueces Street   Austin, TX 78701
Type of Compensation: Paid
$10,000 - $24,999.99
Client - Start: 01/25/2013    Term Date: 12/31/2013

Johnson, Robert E. Jr.    (00012850)
1122 Colorado Street, Suite 208   Austin, TX 78701
Type of Compensation: Prospective
$100,000 - $149,999.99
Client - Start: 01/30/2013    Term Date: 12/31/2013

McFarlin, Don    (00011690)
1122 Colorado Street Suite 208 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/10/2013    Term Date: 12/31/2013

Polan, Kraege    (00013539)
1315 Nueces Street   Austin, TX 78701
Type of Compensation: Paid
$10,000 - $24,999.99
Client - Start: 01/25/2013    Term Date: 12/31/2013

**Railway Supply Institute, Inc.**
**50 F Street, N.W., Suite 7030   Washington, DC 20001**

Cates, Phil    (00012852)
P.O. Box 1163   Dripping Springs, TX 78620
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/20/2013    Term Date: 12/31/2013

**Rains County**
**167 E. Quitman Street   Emory, TX 75440**

Kroll, John    (00056952)
301 Congress Ave. Suite 1700 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/31/2013    Term Date: 12/31/2013

**RAISE Texas**
**1811 West 38th Street   Austin, TX 78731-6136**

```
Widrow, Robert    (00065119)
1811 West 38th Street  Austin, TX 78731-6136
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/03/2013    Term Date: 12/31/2013
```

**Raise Your Hand for Public Schools/Raise Your Hand Texas**
**3200 Southwest Freeway Suite 2070  Houston, TX 77027**

```
Anderson, David D.   (00053708)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/11/2013    Term Date: 12/31/2013

Erben, Randall H.   (00013689)
807 Brazos Suite 402 Austin, TX 78701
Type of Compensation: Prospective
$150,000 - $199,999.99
Client - Start: 01/04/2013    Term Date: 12/31/2013

Jones, Neal T. Jr.   (00013745)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/11/2013    Term Date: 12/31/2013

Smith, Michelle   (00067247)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/11/2013    Term Date: 12/31/2013

Somerville, Emily   (00066876)
807 Brazos Street Suite 402 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/04/2013    Term Date: 12/31/2013

Yarbrough, Brian G.   (00037475)
807 Brazos, Suite 402  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/04/2013    Term Date: 12/31/2013
```

**Raise Your Hand for Public Schools**
**816 Congress Ave Suite 900  Austin, TX 78701**

```
Chavez, Rozzane Andrea   (00068854)
98 San Jacinto Suite 1500 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/11/2013    Term Date: 12/31/2013

Grace, Jim M. Jr.   (00052773)
910 Louisiana Street One Shell Plaza Houston, TX 77002
Type of Compensation: Prospective
```

$100,000 - $149,999.99
Client - Start: 01/10/2013    Term Date: 12/31/2013


Rejda-Ponce, Carmen-Jo    (00069107)
910 Louisiana One Shell Plaza Houston, TX 77002
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 03/27/2013    Term Date: 12/31/2013




**Raise Your Hand for Public Schools**
**3200 SW Freeway, Suite 2070  Houston, TX 77027**

Calcote, Mary Leslie    (00065141)
504 West 14th Street  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/15/2013    Term Date: 12/31/2013


Eschberger, Brenda    (00029854)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/16/2013    Term Date: 12/31/2013


Johnson, Michael J.    (00055885)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
$10,000 - $24,999.99
Client - Start: 01/16/2013    Term Date: 12/31/2013


Kelley, Russell T.    (00013737)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
$10,000 - $24,999.99
Client - Start: 01/16/2013    Term Date: 12/31/2013


Kemptner, Sara    (00057952)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/16/2013    Term Date: 12/31/2013


Kerker, Juliana Cruz    (00068778)
504 West 14th Street  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/15/2013    Term Date: 12/31/2013


McGarah, Carol    (00051437)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
$10,000 - $24,999.99
Client - Start: 01/16/2013    Term Date: 12/31/2013


McGarry, Mignon    (00012905)
504 West 14th Street  Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99

Client – Start: 01/15/2013    Term Date: 12/31/2013

Waldon, Barbara   (00057030)
919 Congress Avenue, Suite 950   Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client – Start: 01/16/2013    Term Date: 12/31/2013

**Raise Your Hand Texas**
**3200 Southwest Freeway Suite 2070   Houston, TX 77027**

Nicchio, M.J.   (00029890)
P.O. Box 90939  Austin, TX 78709-0939
Type of Compensation: Earned
$10,000 – $24,999.99
Client – Start: 02/04/2013    Term Date: 12/31/2013

Ratliff, William R.   (00020737)
1103 So. Williams  Mt. Pleasant, TX 75455
Type of Compensation: Prospective
$10,000 – $24,999.99
Client – Start: 01/03/2013    Term Date: 12/31/2013

**Rancho Garza Ltd**
**17830 Serene Hills Pass   Austin, TX 78738**

Kelly, Michael   (00023610)
4806 Timberline Drive  Austin, TX 78746
Type of Compensation: Paid
$50,000 – $99,999.99
Client – Start: 02/11/2013    Term Date: 12/31/2013

**Rancho Viejo Waste Management, LLC**
**1116 Calle del Norte   Laredo, TX 78041**

Connor, Geoffrey S.   (00031641)
P.O. Box 27195  Austin, TX 78755
Type of Compensation: Prospective
$100,000 – $149,999.99
Client – Start: 02/27/2013    Term Date: 12/31/2013

**Randolph Field Indpendent School District**
**PO Box 2217  Universal City, TX 78148**

Borreca, Christopher P.   (00054010)
Thompson & Horton LLP 3200 Southwest Frwy, Suite 2000 Houston, TX 77027
Type of Compensation: Prospective
Less Than $10,000.00
Client – Start: 03/26/2013    Term Date: 12/31/2013

Horton, Janet Little   (00062497)
Thompson & Horton LLP 3200 Southwest Frwy. Suite 2000 Houston, TX 77027
Type of Compensation: Prospective
Less Than $10,000.00

Client - Start: 03/26/2013       Term Date: 12/31/2013

**Range Production Company**
**100 Throckmorton, Suite 1200  Fort Worth, TX 76102**

Hosek, Chris    (00066901)
1122 Colorado, Suite 102   Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/13/2013     Term Date: 12/31/2013

**Ranger College**
**1100 College Circle   Ranger, TX 76470**

Mendez, David    (00030343)
3711 S. Mopac Expwy. Building 1, Suite 300 Austin, TX 78746
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 03/07/2013     Term Date: 12/31/2013

Russell, Claudia    (00060122)
3711 S. Mopac Expwy. Building 1, Suite 300 Austin, TX 78746
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 03/05/2013     Term Date: 12/31/2013

**Rangers Baseball LLC**
**1000 Ballpark Way   Arlington, TX 76011**

Howard, Jay    (00030094)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/11/2013     Term Date: 12/31/2013

Jones, Neal T. Jr.    (00013745)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/11/2013     Term Date: 12/31/2013

**RaptorWare**
**P.O. Box 162925  Austin, TX 78716**

Shields, Brad II    (00056074)
208 West 14th St  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/14/2013     Term Date: 12/31/2013

Shields, Bradford T.    (00012135)
P.O. Box 162925  Austin, TX 78716-2925
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/17/2013     Term Date: 12/31/2013

**Raytheon**
**1100 Wilson Blvd.  Arlington, VT 22209**

    Chiodo, Dana S.   (00013187)
    1122 Colorado, Suite 106  Austin, TX 78701
    Type of Compensation: Prospective
    $25,000 - $49,999.99
    Client - Start: 01/14/2013    Term Date: 12/31/2013

**Rea Ventures Group, LLC**
**2964 Peachtree Road NW, Ste 640  Atlanta, GA 30305**

    Rice, Chuck Jr.   (00013547)
    PO BOX 2154  AUSTIN, TX 78768-2154
    Type of Compensation: Prospective
    $10,000 - $24,999.99
    Client - Start: 01/28/2013    Term Date: 12/31/2013

**Reagan National Advertising, Inc.**
**7301 Burleson Rd.  Austin, TX 78744**

    Delisi, Deirdre   (00063963)
    823 Congress Ave. Ste. 1000B  Austin, TX 78701
    Type of Compensation: Prospective
    $25,000 - $49,999.99
    Client - Start: 01/10/2013    Term Date: 12/31/2013

    Delisi, Thomas   (00064063)
    823 Congress Suite 1000B Austin, TX 78701
    Type of Compensation: Prospective
    $10,000 - $24,999.99
    Client - Start: 01/10/2013    Term Date: 12/31/2013

**Real Estate Council of Dallas**
**Three Lincoln Center 5430 LBJ Freeway Suite 100  Dallas, TX 75240**

    Laborde, Blanca   (00056533)
    1122 Colorado Suite 106 Austin, TX 78701
    Type of Compensation: Prospective
    $25,000 - $49,999.99
    Client - Start: 01/14/2013    Term Date: 12/31/2013

**Real Estate, Probate, and Trust Law Section of the Texas Bar Assn.**
**P.O. Box 12487  Austin, TX 78711**

    Hackney, Clint   (00012890)
    PO Box 163164  Austin, TX 78716
    Type of Compensation: Prospective
    $25,000 - $49,999.99
    Client - Start: 01/14/2013    Term Date: 12/31/2013

**Reaud & Associates, PC**
**801 Laurel St.  Beaumont, TX 77701**

    Alexander, Clyde H.   (00019665)
    828 Ivy Lane  San Antonio, TX 78209
    Type of Compensation: Prospective
    $25,000 - $49,999.99
    Client - Start: 04/15/2013    Term Date: 12/31/2013

**Reckitt Benckiser Pharmaceuticals Inc.**
**10710 Midlothian Turnpike, Suite 430  Richmond, VA 23235**

  Hoke, John G.   (00037830)
  23620 Youpon Lake Lane  Spring, TX 77373
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/01/2013    Term Date: 12/31/2013


**Reckitt Benckiser Pharmaceuticals**
**23620 youpon Lake Lane  Spring, TX 77373**

  Cornyn, Haley   (00065594)
  823 Congress Suite 900 Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/15/2013    Term Date: 12/31/2013




  Jones, Marsha Malish   (00011722)
  823 Congress Suite 900 Austin, TX 78701
  Type of Compensation: Prospective
  $25,000 - $49,999.99
  Client - Start: 01/11/2013    Term Date: 12/31/2013

**Recording Industry Association of America**
**1025 F Street NW, 10th Floor  Washington, DC 20004**

  Valdez, Gerald A.   (00053423)
  P.O. Box 12031  Austin, TX 78711
  Type of Compensation: Prospective
  $25,000 - $49,999.99
  Client - Start: 01/01/2013    Term Date: 12/31/2013

**Recreational Off-Highway Vehicle Association**
**2 Jenner, Suite 150  Irvine, CA 92618-3806**

  Hardy, Richard G.   (00013463)
  700 Lavaca Street, Suite 1400  Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/09/2013    Term Date: 12/31/2013

**Recycling Council of Texas**
**P.O. Box 2115  Austin, TX 78768-2115**

  Cantella, Richard C.   (00054009)
  PO Box 684801  Austin, TX 78768
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/11/2013    Term Date: 12/31/2013

  Hosek, Chris   (00066901)
  1122 Colorado, Suite 102  Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/13/2013    Term Date: 12/31/2013

**Recycling Council of Texas**
**5785 East Houston Street  San Antonio, TX 78220**

    Pitts, John R.   (00037179)
    1122 Colorado Street, Suite 102  Austin, TX 78701
    Type of Compensation: Prospective
    $100,000 - $149,999.99
    Client - Start: 01/25/2013    Term Date: 12/31/2013

**Red Bluff Water and Power Control District**
**111 West Second Street  Pecos, TX 79772**

    Saunders, Robert Mitchell   (00020843)
    222 E. Riverside #119  Austin, TX 78704
    Type of Compensation: Prospective
    $25,000 - $49,999.99
    Client - Start: 01/03/2013    Term Date: 12/31/2013

**Red River Authority**
**P. O. Box 240  Wichita Falls, TX 76307**

    Mendez, David   (00030343)
    3711 S. Mopac Expwy. Building 1, Suite 300 Austin, TX 78746
    Type of Compensation: Prospective
    Less Than $10,000.00
    Client - Start: 01/01/2013    Term Date: 12/31/2013

    Russell, Claudia   (00060122)
    3711 S. Mopac Expwy. Building 1, Suite 300 Austin, TX 78746
    Type of Compensation: Prospective
    Less Than $10,000.00
    Client - Start: 01/01/2013    Term Date: 12/31/2013

**Red Rock Financial Services**
**7251 Amigo Street Suite 100  Las Vegas, NV 89119**

    Brown, Jay P.   (00039172)
    1001 Congress Ave. Suite 400 Austin, TX 78701
    Type of Compensation: Paid
    Less Than $10,000.00
    Client - Start: 01/01/2013    Term Date: 12/31/2013

    Gibson, Machree Garrett   (00028312)
    1001 Congress Ave. Suite 400 Austin, TX 78701
    Type of Compensation: Paid
    Less Than $10,000.00
    Client - Start: 01/01/2013    Term Date: 12/31/2013

    Graydon, Galt   (00013173)
    1001 Congress Ave. Suite 400 Austin, TX 78701
    Type of Compensation: Paid
    Less Than $10,000.00
    Client - Start: 01/01/2013    Term Date: 12/31/2013

Propes, Jay W.    (00014474)
1001 Congress Ave. Suite 400 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2013    Term Date: 12/31/2013


Swan, Shannon Lea    (00014744)
1001 Congress Ave. Suite 400 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2013    Term Date: 12/31/2013

**Redflex Traffic Systems, Inc.**
**23751 North 23rd Avenue, Suite #150  Phoenix, AZ 85085**

Wied, Lauren A.    (00068693)
P.O. Box 67  Austin, TX 78767
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/03/2013    Term Date: 12/31/2013


Woodard, W. Shayne    (00028738)
P.O. Box 67  Austin, TX 78767
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/03/2013    Term Date: 12/31/2013


**RediClinic LLC**
**9 E. Greenway Plaza, Suite 2950  Houston, TX 77046**

Midence Steen, Yuniedth    (00050583)
600 Congress Avenue Suite 2200 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/08/2013    Term Date: 12/31/2013


Miller, Robert D.    (00029477)
600 Travis Suite 2800 Houston, TX 77002
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/01/2013    Term Date: 12/31/2013


Pate, Gardner    (00060647)
600 Congress Suite 2200 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/03/2013    Term Date: 12/31/2013


Smith, Walter B. Jr.    (00060692)
600 Congress Suite 2200 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/03/2013    Term Date: 12/31/2013

**Reed Elsevier Inc.**
**1150 18th Street NW Suite 600  Washington, DC 20036**

Cooper, Kevin    (00059527)
500 West 13th Street  Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99

Client - Start: 01/25/2013　Term Date: 12/31/2013

Culley, Robert D.　(00013616)
1315 Nueces Street　Austin, TX 78701
Type of Compensation: Paid
$10,000 - $24,999.99
Client - Start: 01/25/2013　Term Date: 12/31/2013

Foy, David　(00067200)
1150 18th Street, NW Suite 600 Washington, DC 20036
Type of Compensation: Paid
$25,000 - $49,999.99
Client - Start: 01/14/2013　Term Date: 12/31/2013

Haley, James W.　(00020345)
400 West 14th Street, Suite 100　Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/25/2013　Term Date: 12/31/2013

Polan, Kraege　(00013539)
1315 Nueces Street　Austin, TX 78701
Type of Compensation: Paid
$10,000 - $24,999.99
Client - Start: 01/25/2013　Term Date: 12/31/2013

**Reeves County, Texas**
**100 East 4th Suite 207　Pecos, TX 79772**

Mendez, David　(00030343)
3711 S. Mopac Expwy. Building 1, Suite 300 Austin, TX 78746
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2013　Term Date: 12/31/2013

Russell, Claudia　(00060122)
3711 S. Mopac Expwy. Building 1, Suite 300 Austin, TX 78746
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2013　Term Date: 12/31/2013

**Reflictive Medical Information Systems**
**266 Main　Street Suite 39　Medfield, MA 02052**

Campbell, Ben　(00019797)
P.O.Box 91294　Austin, TX 78709-1294
Type of Compensation: Paid
$ 0.00
Client - Start: 01/01/2013　Term Date: 12/31/2013

**Refuge of Light**
**P.O. Box 132703　Tyler, TX 75713**

Waldon, Barbara　(00057030)
919 Congress Avenue, Suite 950　Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00

Client - Start: 01/16/2013      Term Date: 12/31/2013

**Refugio County Groundwater Conservation District**
**604 Commerce St P.O. Box 116  Refugio, TX 78377**

Allison, James P.   (00050989)
402 W 12th St  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/11/2013      Term Date: 12/31/2013

**Regency Energy Partners, L. P.**
**2001 Bryan Street Suite 3700  Dallas, TX 75201**

Ruckel, K. Grant   (00063562)
400 West 15th Street Suite 720 Austin, TX 78701
Type of Compensation: Prospective
$ 0.00
Client - Start: 01/04/2013      Term Date: 12/31/2013

**Regency Energy Partners, L.P.**
**2001 Bryan Street Sutie 3700  Dallas, TX 75201**

Lewis, Ron E.   (00020172)
919 Congress Avenue Suite 1030 Austin, TX 78701
Type of Compensation: Prospective
$ 0.00
Client - Start: 01/11/2013      Term Date: 12/31/2013

**Regency Nursing & Rehabilitation Centers, Inc**
**5605 N. Navarro, Suite 211  Victoria, TX 77904**

Tonn, Larry L.   (00012292)
401 West 15th Street, Suite 870  Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/02/2013      Term Date: 12/31/2013

**Regency**
**2001 Bryan Street Suite 3700  Dallas, TX 75201**

Mann, James E.   (00013930)
Duggins Wren Mann & Romero, LLP 600 Congress Ave., Suite 1900 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/04/2013      Term Date: 12/31/2013

**Regent Care Center**
**2302 Post Office Road  Galveston, TX 77550**

Tonn, Larry L.   (00012292)
401 West 15th Street, Suite 870  Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/02/2013      Term Date: 12/31/2013

**RegionalCare Hospital Partners, Inc.**
**103 Continental Place, Ste 200  Brentwood, TN 37027**

5/2/13    Case 6:12-cv-00499-RWS-CMC   Document 1736-17   Filed 05/04/13   Page 147 of 240 PageID #:
6342
List of Lobbyist by Client/Employer

```
Holzheauser, Craig   (00068849)
919 Congress Avenue Suite 450 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/08/2013    Term Date: 12/31/2013

Holzheauser, J.D.   (00068848)
919 Congress Ave. Ste. 450 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/08/2013    Term Date: 12/31/2013

Holzheauser, Steve G.   (00020370)
919 Congress Avenue Suite 450 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/08/2013    Term Date: 12/31/2013
```

**RegionalCare Hospital Partners, Inc**
**103 Continental Place, Ste 200  Brentwood, TN 37027**

```
Franke, Wayne T.   (00012876)
1504 San Antonio St.  Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/01/2013    Term Date: 12/31/2013
```

**Regnier, Ted**

```
Schwartz, A. R.   (00010150)
1122 Colorado St., #2102  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/11/2013    Term Date: 12/31/2013
```

**Reinsurance Association of America**
**1445 New York Ave, NW 7TH Floor  Washington, DC 20005**

```
Campbell, James Andrew   (00035512)
PO Box 195892  Dallas, TX 75219
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 04/17/2013    Term Date: 12/31/2013

Gammage, Samuel   (00068789)
600 Congress Avenue, Suite 3000  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/22/2013    Term Date: 12/31/2013

Perkins, Arthur V.   (00013729)
1000 Louisiana, Suite 3400  Houston, TX 77002-5011
```

```
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/25/2013     Term Date: 12/31/2013


Ritchie Robnett, Leslie    (00068942)
600 Congress Avenue, Suite 3000  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/08/2013     Term Date: 12/31/2013


Vane, Mark    (00037572)
600 Congress Avenue, Suite 3000  Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/22/2013     Term Date: 12/31/2013


Yelkin, Kimberly A.    (00013341)
600 Congress Avenue, Suite 3000  Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/22/2013     Term Date: 12/31/2013
```

**Rekerdres & Sons Insurance Agency, Inc.**
**13760 Noel Road Suite 860  Dallas, TX 75240**

```
Bittick, Susan Traylor    (00060917)
100 Congress Avenue Suite 1900 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 02/07/2013     Term Date: 12/31/2013


Christian, Adina Harrell    (00068466)
100 Congress Avenue Suite 1900 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 02/07/2013     Term Date: 12/31/2013




Evans, Gwendolyn S.    (00068896)
13155 Noel Road Suite 100 Dallas, TX 75240
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 02/07/2013     Term Date: 12/31/2013


Grabner, Matthew    (00068828)
100 Congress Avenue Suite 1900 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 02/07/2013     Term Date: 12/31/2013
```

**Reliant Energy Retail Services LLC**
**1005 Congress Avenue, Suite 1000  Austin, TX 78701**

```
Koebele, Stephen P.    (00054021)
1108 Lavaca Street, Suite 110-484  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2013     Term Date: 12/31/2013
```

**Reliant Energy Retail Services, LLC**
**1005 Congress Suite 1000  Austin, TX 78701**

```
Bertin, Suzanne L.   (00050817)
4604 Placid Pl  Austin, TX 78731
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/01/2013    Term Date: 02/22/2013


Corona, Constance Trimble   (00054169)
1005 Congress Avenue Suite 1000 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/01/2013    Term Date: 12/31/2013


Sams, Bryan   (00067094)
1005 Congress Suite 1000 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2013    Term Date: 12/31/2013
```

**Reliant Energy Retail Services, LLC**
**1201 Fannin  Houston, TX 77002**

```
Fisseler, Gene P.   (00035212)
1201 Fannin  Houston, TX 77002
Type of Compensation: Prospective
$150,000 - $199,999.99
Client - Start: 01/01/2013    Term Date: 12/31/2013


Newell, Stephanie M.   (00010206)
1201 Fannin  Houston, TX 77002
Type of Compensation: Prospective
$150,000 - $199,999.99
Client - Start: 01/01/2013    Term Date: 12/31/2013


Partida, Neftali   (00065245)
3502 Crescent Drive  Pearland, TX 77584
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/10/2013    Term Date: 12/31/2013
```

**Reliant Energy**
**P.O. Box 2286  Houston, TX 77252-2280**

```
Johnson, John C. Jr.   (00013684)
1115 San Jacinto Blvd. Suite 275 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/11/2013    Term Date: 12/31/2013
```

**Reliant, an NRG Company**
**P.O. Box 3765  Houston, TX 77253**

```
Midence Steen, Yuniedth   (00050583)
600 Congress Avenue Suite 2200 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/08/2013    Term Date: 12/31/2013


Miller, Robert D.   (00029477)
600 Travis Suite 2800 Houston, TX 77002
Type of Compensation: Prospective
```

$25,000 - $49,999.99
Client - Start: 01/01/2013     Term Date: 12/31/2013


Pate, Gardner   (00060647)
600 Congress Suite 2200 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/03/2013     Term Date: 12/31/2013


Smith, Walter B. Jr.   (00060692)
600 Congress Suite 2200 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/03/2013     Term Date: 12/31/2013

**Remington College**
**500 International Parkway, Suite 200  Heathrow, FL 32746**

Hoskins, Marc M.   (00057102)
P.O. Box 14040  Austin, TX 78761
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 02/27/2013     Term Date: 12/31/2013


Midence Steen, Yuniedth   (00050583)
600 Congress Avenue Suite 2200 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 02/25/2013     Term Date: 12/31/2013


Miller, Robert D.   (00029477)
600 Travis Suite 2800 Houston, TX 77002
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 02/22/2013     Term Date: 12/31/2013


Pate, Gardner   (00060647)
600 Congress Suite 2200 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 02/22/2013     Term Date: 12/31/2013


Smith, Walter B. Jr.   (00060692)
600 Congress Suite 2200 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 02/22/2013     Term Date: 12/31/2013

**Remington Outdoor Company, Inc.**
**870 Remington Drive P.O. Box 1776  Madison, NC 27025-1776**

Cabrales, David   (00052758)
2200 Ross Avenue Suite 2200 Dallas, TX 75201
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 03/15/2013     Term Date: 12/31/2013

**Renaissance Learning**
**2911 Peach Street  Wisconsin Rapids, WI 54495**

Scott, Robert P.   (00055723)

400 West 15th Street Suite 1450 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 04/23/2013    Term Date: 12/31/2013

**Rent-A-Center, Inc.**
**5501 Headquarters Drive   Plano, TX 75024**

  Gammage, Samuel   (00068789)
  600 Congress Avenue, Suite 3000   Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/22/2013    Term Date: 12/31/2013

  Perkins, Arthur V.   (00013729)
  1000 Louisiana, Suite 3400   Houston, TX 77002-5011
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/25/2013    Term Date: 12/31/2013

  Ritchie Robnett, Leslie   (00068942)
  600 Congress Avenue, Suite 3000   Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 02/08/2013    Term Date: 12/31/2013

  Vane, Mark   (00037572)
  600 Congress Avenue, Suite 3000   Austin, TX 78701
  Type of Compensation: Prospective
  $50,000 - $99,999.99
  Client - Start: 01/22/2013    Term Date: 12/31/2013

  Yelkin, Kimberly A.   (00013341)
  600 Congress Avenue, Suite 3000   Austin, TX 78701
  Type of Compensation: Prospective
  $50,000 - $99,999.99
  Client - Start: 01/22/2013    Term Date: 12/31/2013

**Republic National Distributing Company**
**1010 Isuzu Parkway   Grand Prairie, TX 75050**

  Calcote, Mary Leslie   (00065141)
  504 West 14th Street   Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/15/2013    Term Date: 12/31/2013

  Kerker, Juliana Cruz   (00068778)
  504 West 14th Street   Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/15/2013    Term Date: 12/31/2013

  McGarry, Mignon   (00012905)

504 West 14th Street  Austin, TX 78701
Type of Compensation: Prospective
$150,000 - $199,999.99
Client - Start: 01/15/2013    Term Date: 12/31/2013

**Republic Property Group, Ltd.**
**8401 North Central Expressway, Suite 350  Dallas, TX 75225**

Eschberger, Brenda   (00029854)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 04/01/2013    Term Date: 12/31/2013

Johnson, Michael J.   (00055885)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 04/01/2013    Term Date: 12/31/2013

Kelley, Russell T.   (00013737)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 04/01/2013    Term Date: 12/31/2013

Kemptner, Sara   (00057952)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 04/01/2013    Term Date: 12/31/2013

McGarah, Carol   (00051437)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 04/01/2013    Term Date: 12/31/2013

Waldon, Barbara   (00057030)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 04/01/2013    Term Date: 12/31/2013

**Republic Services Inc.**
**15880 N. Greenway Hayden Loop Suite 100   Scottsdale, AZ 85260**

Bentley, Matthew   (00068309)
1115 San Jacinto Blvd. Suite 275 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/14/2013    Term Date: 12/31/2013

Johnson, John C. Jr.   (00013684)
1115 San Jacinto Blvd. Suite 275 Austin, TX 78701
Type of Compensation: Prospective
$100,000 - $149,999.99
Client - Start: 01/11/2013    Term Date: 12/31/2013

**Republic Services, Inc.**
**18500 North Allied Way   Phoenix, AZ 85054**

  Ing, Leigh   (00052911)
  1307 Marshall Lane   Austin, TX 78703
  Type of Compensation: Prospective
  $50,000 - $99,999.99
  Client - Start: 01/01/2013     Term Date: 12/31/2013

**Republic Services**
**4542 SE Loop 410   San Antonio, TX 78222**

  Rodriguez, Rudy   (00042017)
  4310 Little Lane   San Antonio, TX 78229
  Type of Compensation: Paid
  $ 0.00
  Client - Start: 01/04/2013     Term Date: 12/31/2013

**Republic Underwriters Insurance Company**
**5525 LBJ FWY   Dallas, TX 75240**

  Lawson, Ronald W.   (00066817)
  P. O. Box 809076   Dallas, TX 75380-9076
  Type of Compensation: Prospective
  $ 0.00
  Client - Start: 01/16/2013     Term Date: 12/31/2013

**ResCare, Inc.**
**9901 Linn Station Road   Louisville, KY 40223**

  Garcia, Deidra C.   (00067053)
  100 Congress Avenue, Suite 1100   Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/10/2013     Term Date: 12/31/2013

  Hutto, Kathy N.   (00013342)
  100 Congress Avenue, Suite 1100   Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/03/2013     Term Date: 12/31/2013

**ResCare**
**9901 Linn Station Rd.   Louisville, KY 40223**

  Keel, Lara Laneri   (00042780)
  919 Congress Avenue #1500   Austin, TX 78701
  Type of Compensation: Prospective
  $50,000 - $99,999.99
  Client - Start: 01/09/2013     Term Date: 12/31/2013

**Responsive Education Solutions**
**P.O. Box 292730   Lewisville, TX 75029**

Lambert Alley, Noell    (00056568)
12113 Kilmartin  Austin, TX 78754
Type of Compensation: Earned
$10,000 - $24,999.99
Client - Start: 02/25/2013    Term Date: 12/31/2013


Smith, Kentsey    (00068969)
1307 KINNEY AVENUE #128 AUSTIN, TX 78704
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/18/2013    Term Date: 12/31/2013


**ResponsiveEd**
**P. O. Box 292730  Lewisville, TX 75029**


Webster, Richard Todd    (00068851)
1122 Colorado Suite 102 Ausitn, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/11/2013    Term Date: 12/31/2013


**Rest Assured,  LLC**
**2000 Greenbush Street  Lafayette, IN 47903-6449**


Garcia, Deidra C.    (00067053)
100 Congress Avenue, Suite 1100  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/10/2013    Term Date: 12/31/2013


Hutto, Kathy N.    (00013342)
100 Congress Avenue, Suite 1100  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/03/2013    Term Date: 12/31/2013


**Retired, Senior and Visiting Judges**
**P.O. Box 7829  Dallas, TX 75209**


Mitchell, Hank    (00053707)
P.O. Box 4955  Horseshoe Bay, TX 78657
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 02/12/2013    Term Date: 12/31/2013


**Reynolds American Inc.**
**P.O. Box 2959 401 North Main St.  Winston-Salem, NC 27102**


McBride, Richard H.    (00055584)
823 Congress Suite 1030 Austin, TX 78701-2462
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/08/2013    Term Date: 12/31/2013

**Reynolds Smith & Hills Inc.**
**8140 North MoPac Expressway West Park Building 2, Suite 100  Austin, TX 78751**

McCartt, J.   (00050674)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/11/2013     Term Date: 12/31/2013

Pearson, Dan   (00030669)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/11/2013     Term Date: 12/31/2013

**RFD & Associates, Inc.**
**401 Camp Craft Rd.  Austin, TX 78746**

Nabers, Mary Scott   (00020633)
901 S. Mopac Expressway Barton Oaks Plaza I; Suite 100 Austin, TX 78746
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 02/22/2013     Term Date: 12/31/2013

**RH of Texas Limited Partnership**
**5353 West Sam Houston Parkway North Suite 100  Houston, TX 77041**

Carter, Nancy   (00056973)
Allen Boone Humphries Robinson LLP 3200 Southwest Freeway, Ste 2600 Houston, TX 77027
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/23/2013     Term Date: 12/31/2013

Hogan, Kristen   (00061565)
3200 Southwest Freeway Suite 2600 Houston, TX 77027
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/23/2013     Term Date: 12/31/2013

Lary, Camm C. III   (00040174)
Allen Boone Humphries Robinson LLP 3200 Southwest Freeway, Suite 2600 Houston, TX 77027
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/23/2013     Term Date: 12/31/2013

Richardson, Jody   (00013336)
1108 Lavaca Suite 510 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/23/2013     Term Date: 12/31/2013

**Rice University**
**6100 Main St.  Houston, TX 77005**

Essalin, Tony   (00068318)
4203 Montrose Blvd. Suite 450 Houston, TX 77006
Type of Compensation: Prospective

```
Less Than $10,000.00
Client - Start: 01/17/2013       Term Date: 12/31/2013


Kennedy, Cory   (00061240)
6100 Main Street MS 610 Houston, TX 77005
Type of Compensation: Earned
$10,000 - $24,999.99
Client - Start: 02/12/2013       Term Date: 12/31/2013
```

**Richard C. Strauss dba RCS Investments**
**8401 North Central Expressway, Suite 350  Dallas, TX 75225**

```
Eschberger, Brenda   (00029854)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/16/2013       Term Date: 12/31/2013


Johnson, Michael J.   (00055885)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/16/2013       Term Date: 12/31/2013


Kelley, Russell T.   (00013737)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/16/2013       Term Date: 12/31/2013


Kemptner, Sara   (00057952)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/16/2013       Term Date: 12/31/2013


McGarah, Carol   (00051437)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/16/2013       Term Date: 12/31/2013


Waldon, Barbara   (00057030)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/16/2013       Term Date: 12/31/2013
```

**Richard Milburn Academy, Inc.**
**3460 Commission Court, Suite 200  Woodbridge, VA 22192**

```
Pitts, John R.   (00037179)
1122 Colorado Street, Suite 102  Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/25/2013       Term Date: 12/31/2013
```

**Richards Independent School District**
**P.O. Box 308  Richards, TX 77873**

```
Borreca, Christopher P.   (00054010)
```

Thompson & Horton LLP 3200 Southwest Frwy. Suite 2000 Houston, TX 77027
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 03/26/2013    Term Date: 12/31/2013


Horton, Janet Little   (00062497)
Thompson & Horton LLP 3200 Southwest Frwy. Suite 2000 Houston, TX 77027
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 03/26/2013    Term Date: 12/31/2013

**Richardson Stevedoring and Logistics Services, Inc.**
**8500 Clinton Drive, Gate # 1  Houston, TX 77029**

Floyd, Robert A.   (00013261)
111 Congress Avenue, Suite 500  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2013    Term Date: 12/31/2013


Stewart, Jay B.   (00031234)
111 Congress Avenue, Suite 500  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2013    Term Date: 12/31/2013

**Richie & Gueringer, P.C.**
**100 Congress Ave suite 1750  Austin, TX 78701**

Heckmann, Kristian   (00041085)
823 Congress Ave suite 630 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/02/2013    Term Date: 02/15/2013

**Richie's Pharmacy and Medical Supply LLC**
**12820 Highway 105 West  Conroe, TX 77304**

Chick, Craig Preston   (00056280)
823 Congress Avenue Suite 1005 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/11/2013    Term Date: 12/31/2013


Goldman, Adam   (00056925)
823 Congress Suite 1005 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 02/08/2013    Term Date: 12/31/2013

**Richie's Specialty Pharmacy**
**12820 Highway 105 West  Conroe, TX**

Marwitz, David A.   (00013860)
408 West 14th St  Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/25/2013    Term Date: 12/31/2013



**Rick Sheldon Management One LLC**

**601 Sonterra Boulevard  San Antonio, TX 78258**

```
Johnson, Robert E. Jr.   (00012850)
1122 Colorado Street, Suite 208  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/30/2013    Term Date: 12/31/2013


McBride, Richard H.   (00055584)
823 Congress Suite 1030 Austin, TX 78701-2462
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/31/2013    Term Date: 12/31/2013
```

**Rick Sheldon Management One, LLC**
**601 Sonterra Blvd.  San Antonio, TX 78258**

```
Heckmann, Kristian   (00041085)
823 Congress Ave suite 630 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/30/2013    Term Date: 12/31/2013
```

**Ridgecrest Retirement Center**
**9311 San Pedro  San Antonio, TX 78216**

```
Tonn, Larry L.   (00012292)
401 West 15th Street, Suite 870  Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/02/2013    Term Date: 12/31/2013
```

**Rio Grande Mining Company**
**97423 US Hwy 67  Shafter, TX 79843**

```
McCarthy, Edmond R. Jr.   (00014857)
711 W. 7th Street  Austin, TX 78701-2785
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 02/21/2013    Term Date: 12/31/2013
```

**Rio Grande Resources Corporation**
**P.O. Box 1000  Hobson, TX 78117**

```
Blevins, Chesley N.   (00035894)
100 Congress Avenue, Suite 1100  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/03/2013    Term Date: 12/31/2013
```

**Rio Grande Valley Sugar Growers, Inc.**
**P.O. Box 459, 2 1/2 miles West Hwy 107  Santa Rosa, TX 78593-0459**

```
Small, Ed   (00013732)
100 Congress Avenue, Suite 1100  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2013    Term Date: 12/31/2013
```

**Risk Specialists Companies Insurance Agency, Inc.**
**100 Summer Street  Boston, MA 02110**

Beaird, Nanette K.  (00024924)
600 Congress Avenue, Suite 3000  Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/22/2013    Term Date: 12/31/2013

Gammage, Samuel  (00068789)
600 Congress Avenue, Suite 3000  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/22/2013    Term Date: 12/31/2013

Ritchie Robnett, Leslie  (00068942)
600 Congress Avenue, Suite 3000  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/08/2013    Term Date: 12/31/2013

Vane, Mark  (00037572)
600 Congress Avenue, Suite 3000  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/22/2013    Term Date: 12/31/2013

Yelkin, Kimberly A.  (00013341)
600 Congress Avenue, Suite 3000  Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/22/2013    Term Date: 12/31/2013

**Rite of Passage, Inc.**
**2560 Business Pkwy. Ste. A  Minden, NV 89423**

Cantella, Richard C.  (00054009)
PO Box 684801  Austin, TX 78768
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/11/2013    Term Date: 12/31/2013

Pitts, John R.  (00037179)
1122 Colorado Street, Suite 102  Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/25/2013    Term Date: 12/31/2013

**Rite of Passsage**
**2560 Business Parkway  Minden, NV 89423**

James, Nick  (00060971)
1122 Colorado St, Suite #102  Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/22/2013    Term Date: 12/31/2013

**Rivada Networks**
**7899 Lexington Drive   Colorado Springs, CO 80920**

   Sullivan, Raymond C.   (00053484)
   919 Congress Avenue, #1500   Austin, TX 78701
   Type of Compensation: Prospective
   $10,000 - $24,999.99
   Client - Start: 01/01/2013    Term Date: 12/31/2013


**Riverbend H2O Rsc. Dist.**


   Dow, James W.   (00067150)
   401 W. 15th St. Ste. 695   Austin, TX 78701
   Type of Compensation: Prospective
   $10,000 - $24,999.99
   Client - Start: 03/27/2013    Term Date: 12/31/2013


**Riverbend Water Resources District**
**PO Box 608   New Boston, TX 75570**

   Homer, Mark S.   (00037071)
   504 W. 12th St.   Austin, TX 78701
   Type of Compensation: Prospective
   $25,000 - $49,999.99
   Client - Start: 04/03/2013    Term Date: 12/31/2013

   Smith, Jason   (00066847)
   504 W. 12th St.   Austin, TX 78701
   Type of Compensation: Prospective
   $25,000 - $49,999.99
   Client - Start: 04/03/2013    Term Date: 12/31/2013


**Riverbend Water Resources District**
**808 Olive St.   Texarkana, TX 75501-5206**

   Dow, James W.   (00067150)
   401 W. 15th Street Suite 695 Austin, TX 78701
   Type of Compensation: Prospective
   $10,000 - $24,999.99
   Client - Start: 04/11/2013    Term Date: 12/31/2013


**Riverstone Holdings, LLC**
**1000 Louisiana, Suite 1000   Houston, TX 77002**

   Valdez, Gerald A.   (00053423)
   P.O. Box 12031   Austin, TX 78711
   Type of Compensation: Prospective
   Less Than $10,000.00
   Client - Start: 01/01/2013    Term Date: 12/31/2013


**RKY Ltd**
**902 Furman St   San Marcos, TX 78666**

   McElvaney, Jason   (00068422)
   P.O. Box 5695   Austin, TX 78763
   Type of Compensation: Prospective
   $25,000 - $49,999.99
   Client - Start: 02/14/2013    Term Date: 12/31/2013

**Robbins, Susan**
**1605 California Street  Austin, TX 77006**

  Davis, Noelle  (00056281)
  506 W 12th St  Austin, TX 78701
  Type of Compensation: Paid
  Less Than $10,000.00
  Client - Start: 02/21/2013    Term Date: 12/31/2013

**Robert W. Strauser Consulting**
**1005 Congress Avenue Suite 1040  Austin, TX 78701**

  Strauser, Robert  (00011294)
  1005 Congress Suite 1040 Austin, TX 78701
  Type of Compensation: Paid
  $ 0.00
  Client - Start: 01/01/2013    Term Date: 12/31/2013

**Robison, G. Alan**
**101 Piney Woods  Houston, TX 77077**

  Davis, Noelle  (00056281)
  506 W 12th St  Austin, TX 78701
  Type of Compensation: Paid
  Less Than $10,000.00
  Client - Start: 02/21/2013    Term Date: 12/31/2013

**Roche Diagnostic Corp.**
**9115 Hague Rd.  Indianapolis, IN 46250**

  Lawlor, Laura S.  (00059606)
  2201 Deleon Ct  Austin, TX 78733-1690
  Type of Compensation: Prospective
  $10,000 - $24,999.99
  Client - Start: 03/03/2013    Term Date: 12/31/2013

**Rockdale Independent School District**
**520 Davilla  Rockdale, TX 76567**

  Borreca, Christopher P.  (00054010)
  Thompson & Horton LLP 3200 Southwest Frwy, Suite 2000 Houston, TX 77027
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 03/26/2013    Term Date: 12/31/2013

  Horton, Janet Little  (00062497)
  Thompson & Horton LLP 3200 Southwest Frwy. Suite 2000 Houston, TX 77027
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 03/26/2013    Term Date: 12/31/2013

**RocketBall Ltd.**
**1510 Polk Street  Houston, TX 77002-1099**

  Miller, William J.  (00033567)
  823 Congress Suite 900 Austin, TX 78701
  Type of Compensation: Prospective

$10,000 - $24,999.99
Client - Start: 01/11/2013      Term Date: 12/31/2013

**Rocky Mountain Burgers Inc. dba Telephone Management**
**6805 North Capitol of Texas Highway Suite 240  Austin, TX 78731**

  Miller, William J.   (00033567)
  823 Congress Suite 900 Austin, TX 78701
  Type of Compensation: Prospective
  $25,000 - $49,999.99
  Client - Start: 01/17/2013      Term Date: 12/31/2013

**Rodgers, Brian**
**1112 W 9th St  Austin, TX 78703**

  Davis, Noelle   (00056281)
  506 W 12th St  Austin, TX 78701
  Type of Compensation: Earned
  Less Than $10,000.00
  Client - Start: 02/21/2013      Term Date: 12/31/2013

**Rodriquez, Marc**
**1122 Colorado, Suite 2399  Austin, TX 78701**

  Courreges, Erin   (00061088)
  1122 Colorado, Suite 2399  Austin, TX 78701
  Type of Compensation: Prospective
  $50,000 - $99,999.99
  Client - Start: 01/02/2013      Term Date: 12/31/2013

**Rolling Plains Groundwater Conservation District**
**P.O. Box 717  Munday, TX 76371**

  Crimmins, Adriane   (00068887)
  816 Congress Avenue Suite 1900 Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/15/2013      Term Date: 12/31/2013

  Sledge, Brian L.   (00041086)
  816 Congress Avenue Suite 1900 Austin, TX 78701
  Type of Compensation: Prospective
  $10,000 - $24,999.99
  Client - Start: 01/15/2013      Term Date: 12/31/2013

**Ron Jon GP, Inc. and Cherryville GP, Inc.**
**10127 Tate Lane  Frisco, TX 75034**

  Collins, Sharlene N.   (00012869)
  100 Congress Avenue Suite 1300 Austin, TX 78701
  Type of Compensation: Paid
  Less Than $10,000.00
  Client - Start: 01/01/2013      Term Date: 12/31/2013

**Ron Lewis & Associates**
**919 Congress Avenue Suite 1030  Austin, TX 78701**

  DeNike, Sarah   (00067152)

919 Congress Avenue Suite 1030 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/11/2013    Term Date: 12/31/2013

Fickessen, Debbie   (00053629)
919 Congress Avenue Suite 1030 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/11/2013    Term Date: 12/31/2013

**Ron Lewis and Associates**
**919 Congress Ave. Suite 1030  Austin, TX 78701**

Borskey, Mark D.   (00060125)
919 Congress Avenue Suite 1030 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/04/2013    Term Date: 12/31/2013

**Roofing Contractors Association of Texas**
**15901 Central Commerce, Suite 204  Pflugerville, TX 78660**

Koebele, Stephen P.   (00054021)
1108 Lavaca Street, Suite 110-484  Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/01/2013    Term Date: 12/31/2013

Posey, C. Jake   (00059916)
208 West 14th Street, Suite 201  Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/01/2013    Term Date: 12/31/2013

**Roosters MGC LLC**
**500 Heather Street  Round Rock, TX 78664**

Gibson, Stephanie   (00055941)
208 West 14th Street  Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/22/2013    Term Date: 12/31/2013

Shields, Brad II   (00056074)
208 West 14th St  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/31/2013    Term Date: 12/31/2013

Shields, Bradford T.   (00012135)
P.O. Box 162925  Austin, TX 78716-2925
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/17/2013    Term Date: 12/31/2013

**Roscoe ISD**

**P. O. Box 10   Roscoe, TX 79545**

Anderson, David D.   (00053708)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 04/18/2013     Term Date: 12/31/2013

Jones, Neal T. Jr.   (00013745)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 04/18/2013     Term Date: 12/31/2013

Miller, William J.   (00033567)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 04/18/2013     Term Date: 12/31/2013

**Ross Milloy**
**P.O. Box 1618   San Marcos, TX 78667-1618**

Milloy, Ross E.   (00065130)
P.O. Box 1618   San Marcos, TX 78667-1618
Type of Compensation: Prospective
$ 0.00
Client - Start: 01/03/2013     Term Date: 12/31/2013

**RPOA Texas Outreach**
**900 NE Loop 410, # 311-D   San Antonio, TX 78209**

Lewis, Gibson D.   (00013756)
1504 San Antonio Street   Austin, TX 78701
Type of Compensation: Paid
$10,000 - $24,999.99
Client - Start: 01/14/2013     Term Date: 12/31/2013

**RREEF AMERICA LLC**
**101 CALIFORNIA STREET   San Francisco, CA 94111**

Wohlleb, Elizabeth   (00067684)
875 N MICHIGAN AVE 41ST FLOOR Chicago, IL 60611
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2013     Term Date: 12/31/2013

**Runnells, Clive**
**PO Box 22738   Houston, TX 77227**

Pitts, John R.   (00037179)
1122 Colorado Street, Suite 102   Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/25/2013     Term Date: 12/31/2013

**Runnels, Clive**
**P.O. Box 22738   Houston, TX 77227**

Cantella, Richard C.   (00054009)
PO Box 684801  Austin, TX 78768
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/11/2013     Term Date: 12/31/2013


**Rush Administrative Services, Inc.**
**555 IH-35 South, Suite 500  New Braunfels, TX 78130**

Bingham, Alfred L. Jr.   (00066782)
1220 Colorado Street, Suite 100  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/25/2013     Term Date: 12/31/2013

Graves, Annette   (00068724)
1220 Colorado Street, Suite 100  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/25/2013     Term Date: 12/31/2013

Mays, Daniel Brookhart   (00057208)
1220 Colorado Street, Suite 100  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/25/2013     Term Date: 12/31/2013

McWilliams, Andrea   (00033593)
1220 Colorado Street, Suite 100  Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/25/2013     Term Date: 12/31/2013

McWilliams, Dean R.   (00039980)
1220 Colorado Street, Suite 100  Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/25/2013     Term Date: 12/31/2013

**RVOS Farm Mutual Insurance Company**
**2301 South 37th Street  Temple, TX 76504**

Castaneda, Tristan Jr.   (00030333)
816 Congress Suite 1120 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 03/18/2013     Term Date: 12/31/2013

Peeler, William Robert Jr.   (00060695)
816 Congress Avenue, Suite 1120  Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 03/18/2013     Term Date: 12/31/2013

**Ryan Inc.**
**13155 Noel Road Suite 100   Dallas, TX 75240**

  Shields, Christopher S.   (00013799)
  1005 Congress Avenue Suite 480 Austin, TX 78701
  Type of Compensation: Prospective
  $50,000 - $99,999.99
  Client - Start: 01/12/2013    Term Date: 04/23/2013

  Shields, Susan Galloway   (00061241)
  1005 Congress Avenue Suite 480 Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/12/2013    Term Date: 04/23/2013


**Ryan LLC**
**100 Congress Ave Suite 1900   Austin, TX 78701**

  Eppstein, Bryan P.   (00031012)
  4055 International Plaza Suite 600 Fort Worth, TX 76109
  Type of Compensation: Prospective
  $25,000 - $49,999.99
  Client - Start: 02/05/2013    Term Date: 12/31/2013

  Paxton, William   (00065252)
  4055 International Plaza Suite 600 Fort Worth, TX 76109
  Type of Compensation: Prospective
  $10,000 - $24,999.99
  Client - Start: 02/05/2013    Term Date: 12/31/2013

  Reeves, Timothy J.   (00060126)
  1005 Congress Avenue Suite 800 Austin, TX 78701
  Type of Compensation: Prospective
  $10,000 - $24,999.99
  Client - Start: 02/05/2013    Term Date: 12/31/2013

**Ryan LLC**
**100 Congress Ave Suite 1900   Dallas, TX 78701**

  Keffer, Christopher   (00067116)
  1005 Congress Avenue Suite 800 Austin, TX 78701
  Type of Compensation: Prospective
  $10,000 - $24,999.99
  Client - Start: 02/05/2013    Term Date: 12/31/2013

**Ryan, Inc.**
**13155 Noel Road, Suite 100   Dallas, TX 75240-5090**

  Graves, Annette   (00068724)
  1220 Colorado Street, Suite 100  Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/25/2013    Term Date: 12/31/2013

  Mays, Daniel Brookhart   (00057208)
  1220 Colorado Street, Suite 100  Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/25/2013    Term Date: 12/31/2013

McWilliams, Andrea   (00033593)
1220 Colorado Street, Suite 100   Austin, TX 78701
Type of Compensation: Prospective
$100,000 - $149,999.99
Client - Start: 01/25/2013    Term Date: 12/31/2013

**Ryan, LLC**
**100 Congress Avenue, Suite 100   Austin, TX 78701**

Gibson, Stephanie   (00055941)
208 West 14th Street   Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 02/06/2013    Term Date: 12/31/2013

**Ryan, LLC**
**13155 Noel Road, Suite 100   Dallas, TX 75240**

Averitt, Kip   (00019725)
1212   Guadalupe, #301   Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 02/06/2013    Term Date: 12/31/2013

Bittick, Susan Traylor   (00060917)
100 Congress Avenue Suite 1900 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/15/2013    Term Date: 12/31/2013

Christian, Adina Harrell   (00068466)
100 Congress Avenue Suite 1900 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/15/2013    Term Date: 12/31/2013

Delgadillo, Danielle   (00050979)
1212 Guadalupe Suite 301 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/06/2013    Term Date: 03/15/2013

Evans, Gwendolyn S.   (00068896)
13155 Noel Road Suite 100 Dallas, TX 75240
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/17/2013    Term Date: 12/31/2013

Gibson, Benjamin Bruce   (00020093)
100 Congress Avenue Suite 1900 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/15/2013    Term Date: 12/31/2013

Grabner, Matthew   (00068828)
100 Congress Avenue Suite 1900 Austin, TX 78701
Type of Compensation: Prospective

```
$50,000 - $99,999.99
Client - Start: 01/15/2013     Term Date: 12/31/2013


Murray, Gertie   (00068847)
1212 Guadalupe Suite 301 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/06/2013     Term Date: 12/31/2013


Ryan, G. Brint   (00059539)
13155 Noel Road Suite 100 Dallas, TX 75240
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/15/2013     Term Date: 12/31/2013
```

**Ryan**
**13155 Noel Rd. Suite 100   Dallas, TX 75240**

```
Eppstein, Bryan P.   (00031012)
4055 International Plaza Suite 600 Fort Worth, TX 76109
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/25/2013     Term Date: 12/31/2013


Keffer, Christopher   (00067116)
1005 Congress Avenue Suite 800 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/25/2013     Term Date: 12/31/2013


Paxton, William   (00065252)
4055 International Plaza Suite 600 Fort Worth, TX 76109
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/25/2013     Term Date: 12/31/2013


Reeves, Timothy J.   (00060126)
1005 Congress Avenue Suite 800 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/25/2013     Term Date: 12/31/2013
```

**Ryder Services, Inc.**
**11690 NW 105th Street   Miami, FL 33178-1103**

```
Seales, Terri   (00013667)
1122 Colorado Street Suite 208 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/01/2013     Term Date: 12/31/2013
```

**Ryder System, Inc.**
**11690 NW 105th Street   Miami, FL 33178-1103**

```
Saitas, Jeffrey Anthony   (00038798)
```

1122 Colorado Street Suite 208 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/09/2013    Term Date: 12/31/2013

**S & S Shale, LLC**
**4623 North Grandview Drive   Peoria Heights, IL 61616**

Arnold, Jay   (00065253)
4216 Dos Cabezas  Austin, TX 78749
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/12/2013    Term Date: 12/31/2013

Arnold, Jim   (00039050)
815A Brazos St., PMB 545  Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 03/01/2013    Term Date: 12/31/2013

**S & Shale, LLC**
**4623 North Grandview Drive   Peoria Heights, IL 61616**

Arnold, Jim   (00039050)
815A Brazos St., PMB 545  Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/12/2013    Term Date: 12/31/2013

**S&B Infrastructure, Ltd.**
**5408 N. 10th St.   McAllen, TX 78504**

Bollinger, Paul David   (00035213)
823 Congress Suite 1000B Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 02/26/2013    Term Date: 12/31/2013

Delisi, Deirdre   (00063963)
823 Congress Ave. Ste. 1000B  Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 02/26/2013    Term Date: 12/31/2013

Delisi, Thomas   (00064063)
823 Congress Suite 1000B Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/26/2013    Term Date: 12/31/2013

Lauderdale, Leigh Anne   (00069021)
823 Congress Ave., Ste. 1000B  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 03/19/2013    Term Date: 12/31/2013

Ramirez, Rene A.   (00067982)

612 Nolana Suite 415 McAllen, TX 78504
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 02/20/2013    Term Date: 12/31/2013

**S'Kool Smartz, Inc.**
**102 E. Grove Street   Terrell, TX 75160**

Brown, Sabrina Thomas   (00038968)
1220 Colorado Suite 220 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 04/05/2013    Term Date: 12/31/2013

Henry, Kate Howard   (00053528)
715 Meriden Lane  Austin, TX 78703
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 04/05/2013    Term Date: 12/31/2013

McCauley, Cindy A.   (00042611)
101 Duck Creek Lane  Georgetown, TX 78633
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 04/05/2013    Term Date: 12/31/2013


**S. R. Campbell Properties, Inc.**
**1210 East Tyler  Harlingen, TX 78550**

Rice, Chuck Jr.   (00013547)
PO BOX 2154  AUSTIN, TX 78768-2154
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/07/2013    Term Date: 12/31/2013

**S2A Development Consulting, LLC**
**1305 East 6th Suite 12  Austin, TX 78702**

Warner, Michael J.   (00050826)
P.O. Box 92167  Austin, TX 78709
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 02/04/2013    Term Date: 12/31/2013

**S2Tech**
**400 Chesterfield Center Suite 150  Chesterfield, MO 63017**

Arnold, Gordon D. Jr.   (00013682)
1122 Colorado Street Suite 220 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/09/2013    Term Date: 12/31/2013

**Sabine Neches Navigation District**
**P. O. Box 778  Nederland, TX 77627**

Parker, Carl A.   (00019421)
1 Plaza Square  Port Arthur, TX 77642
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/01/2013    Term Date: 12/31/2013

**Sabine River Authority**
**PO Box 579   Orange, TX 77631**

    Booth Ahrens & Werkenthin PC   (00053687)
    515 Congress Ave., Ste 1515  Austin, TX 78701
    Type of Compensation: Prospective
    $50,000 - $99,999.99
    Client - Start: 01/10/2013    Term Date: 12/31/2013

    Booth, Michael J.   (00017760)
    515 Congress Ave.. Ste 1515  Austin, TX 78701
    Type of Compensation: Prospective
    Less Than $10,000.00
    Client - Start: 01/10/2013    Term Date: 12/31/2013

    Fickessen, Jack R.   (00013556)
    P.O. Box 164341  Austin, TX 78716-4341
    Type of Compensation: Prospective
    $10,000 - $24,999.99
    Client - Start: 01/10/2013    Term Date: 12/31/2013

    Galloway, Wil   (00026138)
    515 Congress Ave., Ste 1515  Austin, TX 78701
    Type of Compensation: Prospective
    Less Than $10,000.00
    Client - Start: 01/10/2013    Term Date: 12/31/2013

    Lewis, Ron E.   (00020172)
    919 Congress Avenue Suite 1030 Austin, TX 78701
    Type of Compensation: Prospective
    $50,000 - $99,999.99
    Client - Start: 01/11/2013    Term Date: 12/31/2013

**Sabine-Neches Navigation District**
**2348 Highway 69 North  Nederland, TX 77627**

    Frazier, J. Kyle   (00013170)
    823 Congress Suite 1010 Austin, TX 78701
    Type of Compensation: Prospective
    Less Than $10,000.00
    Client - Start: 01/15/2013    Term Date: 12/31/2013

    Hayes, Patricia   (00030405)
    P.O. Box 3709  Pflugerville, TX 78691
    Type of Compensation: Prospective
    Less Than $10,000.00
    Client - Start: 02/11/2013    Term Date: 12/31/2013

    LeBas, James   (00060128)
    823 Congress Ave., Suite 1010  Austin, TX 78701
    Type of Compensation: Prospective
    Less Than $10,000.00
    Client - Start: 01/15/2013    Term Date: 12/31/2013

    Mabry, Milam D.   (00065144)
    4432 CRESTWAY DRIVE  AUSTIN, TX 78731-5122
    Type of Compensation: Prospective
    $50,000 - $99,999.99
    Client - Start: 01/14/2013    Term Date: 12/31/2013

```
Strama, Keith   (00050591)
400 West 15th Street #1450  Austin, TX 78701-1612
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/09/2013    Term Date: 12/31/2013
```

**Saddle Brook Jockey Club**
**4332 SW 45th Street   Amarillo, TX**

```
Hooper, Charles Jeffrey   (00069031)
777 Main Street, Suite 1900  Fort Worth, TX 76102
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 03/11/2013    Term Date: 12/31/2013
```

**Safelite AutoGlass**
**2400 Farmers Drive  Columbus, OH 43235**

```
Meroney, Mike   (00050806)
1402 Nueces Street  Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/07/2013    Term Date: 12/31/2013
```

**SafeRide Motor Club, Inc.**
**14135 Midway Road, Suite 150  Addison, TX 75001**

```
Goodell-Polan, Deborah   (00013768)
P.O. Box 50272  Austin, TX 78763
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 03/19/2013    Term Date: 12/31/2013
```

**sagebrush solutions**
**15820 Addison Rd  Addison, TX**

```
Hymel, Ray   (00056767)
PO Box 90561  Austin, TX 78709-0561
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 02/19/2013    Term Date: 12/31/2013
```

**sagebrush solutions**
**15820 addison rd.  dallas, TX**

```
Hymel, Ray   (00056767)
PO Box 90561  Austin, TX 78709-0561
Type of Compensation: Prospective
$ 0.00
Client - Start: 02/19/2013    Term Date: 12/31/2013
```

**Saint Andrew's Episcopal School**
**5901 Southwest Parkway  Austin, TX 78735**

Erben, Randall H.   (00013689)
807 Brazos Suite 402 Austin, TX 78701
Type of Compensation: Prospective
$ 0.00
Client - Start: 01/04/2013    Term Date: 12/31/2013

Somerville, Emily   (00066876)
807 Brazos Street Suite 402 Austin, TX 78701
Type of Compensation: Prospective
$ 0.00
Client - Start: 04/19/2013    Term Date: 12/31/2013

Yarbrough, Brian G.   (00037475)
807 Brazos, Suite 402  Austin, TX 78701
Type of Compensation: Prospective
$ 0.00
Client - Start: 04/19/2013    Term Date: 12/31/2013

**SAM HOUSTON RACE PARK LTD**
**7575 NORTH SAM HOUSTON PARKWAY W  HOUSTON, TX 77064**

Oldham, Phillip G.   (00034833)
111 Congress Avenue Suite 1700 Austin, TX 78701
Type of Compensation: Prospective
$100,000 - $149,999.99
Client - Start: 01/01/2013    Term Date: 12/31/2013

**Sam Houston Race Park**
**7575 North Sam Houston Parkway W.  Houston, TX 77064**

Young, Andrea   (00066262)
7575 N. Sam Houston Pkwy W.  Houston, TX 77064
Type of Compensation: Prospective
$ 0.00
Client - Start: 01/01/2013    Term Date: 12/31/2013

**Sam Kane Beef Processors, Inc.**
**P.O. Box 9254  Corpus Christi, TX 78469**

Saitas, Jeffrey Anthony   (00038798)
1122 Colorado Street Suite 208 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/09/2013    Term Date: 12/31/2013

Seales, Terri   (00013667)
1122 Colorado Street Suite 208 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/01/2013    Term Date: 12/31/2013

**San Antonio Community Development Council**
**303 El Paso #208  San Antonio, TX 78207**

Flores, Robert C.   (00065298)
230 Larkwood Drive   San Antonio, TX 78209
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/11/2013    Term Date: 12/31/2013

**San Antonio Indpendent School District**
**141 Lavaca St.   San Antonio, TX 78210**

Borreca, Christopher P.   (00054010)
Thompson & Horton LLP 3200 Southwest Frwy, Suite 2000 Houston, TX 77027
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 03/26/2013    Term Date: 12/31/2013

Horton, Janet Little   (00062497)
Thompson & Horton LLP 3200 Southwest Frwy. Suite 2000 Houston, TX 77027
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 03/26/2013    Term Date: 12/31/2013

**San Antonio ISD**
**141 Lavaca   San Antonio, TX 78210**

De Leon, Marty   (00050569)
8604 Melshire Drive   Austin, TX 78757
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/03/2013    Term Date: 12/31/2013

**San Antonio Mobililty Coalition, Inc.**
**13526 George Rd. #107   San Antonio, TX 78230**

Boyer, Victor   (00059189)
13526 George Road #107   San Antonio, TX 78230
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/02/2013    Term Date: 12/31/2013

**San Antonio Mobility Coalition, Inc.**
**13526 George Road Suite 107   San Antonio, TX 78230**

Shields, Christopher S.   (00013799)
1005 Congress Avenue Suite 480 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/12/2013    Term Date: 12/31/2013

Shields, Susan Galloway   (00061241)
1005 Congress Avenue Suite 480 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/12/2013    Term Date: 12/31/2013

**San Antonio Professional Firefighter Association**

**8925 West IH-10   San Antonio, TX**

DeLanghe, Wayne   (00056509)
272 country meadow   lakehills, TX 78063
Type of Compensation: Prospective
$ 0.00
Client - Start: 02/12/2013     Term Date: 12/31/2013

**San Antonio River Authority**
**100 East Guenther Street   San Antonio, TX 78204**

Beinke, Allen Penn Jr.   (00031097)
611 South Congress Avenue, Suite 340   Austin, TX 78704
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/14/2013     Term Date: 12/31/2013

McCarthy, Edmond R. Jr.   (00014857)
711 W. 7th Street   Austin, TX 78701-2785
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/21/2013     Term Date: 12/31/2013

Tuggey, Timothy N.   (00061227)
611 South Congress Avenue, Suite 340   Austin, TX 78704
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/14/2013     Term Date: 12/31/2013

**San Antonio Sports**
**100 Montana   San Antonio, TX 78283**

Shields, Christopher S.   (00013799)
1005 Congress Avenue Suite 480 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/12/2013     Term Date: 12/31/2013

Shields, Susan Galloway   (00061241)
1005 Congress Avenue Suite 480 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/12/2013     Term Date: 12/31/2013

**San Antonio Water System**
**P.O. Box 2449   San Antonio, TX 78298**

Brown Emerson, Jennifer E.   (00055242)
2620 A Jefferson   Austin, TX 78703
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/03/2013     Term Date: 12/31/2013

Brown, J. E. Buster   (00019849)
P.O. Box 426   Austin, TX 78767
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/03/2013     Term Date: 12/31/2013

**San Antonio Water Systems**

**P. O. Box 2449   San Antonio, TX 78298**

Rodriguez, Marc A.   (00027635)
1122 Colorado St., Suite 2399   Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/02/2013     Term Date: 12/31/2013

**<u>San Jacinto River Authority</u>**
**P. O. Box 329   Conroe, TX 77305**

Howard, Jay   (00030094)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/11/2013     Term Date: 12/31/2013

Pearson, Dan   (00030669)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/11/2013     Term Date: 12/31/2013

Rochelle, Martin C.   (00053106)
816 Congress Avenue Suite 1900 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/03/2013     Term Date: 12/31/2013

**<u>San Marcos, Texas, City of</u>**
**630 East Hopkins Street   San Marcos, TX 78664**

Ashley, S. Price   (00067095)
401 Congress Avenue Suite 2100 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/15/2013     Term Date: 12/31/2013

Carter, Janis L.   (00039065)
401 Congress Avenue Suite 2100 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/15/2013     Term Date: 12/31/2013

**<u>Sandata</u>**
**26 Harbor Park Drive   Port Washington, NY 11050**

Delisi, Thomas   (00064063)
823 Congress Suite 1000B Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/10/2013     Term Date: 12/31/2013

Vasek, Heather N.   (00035475)
823 Congress Suite 1000B Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/10/2013     Term Date: 12/31/2013

**Sanford Kuhl Hagan Kugle Parker Kahn LLP**
**1980 Post Oak Boulevard Suite 1380   Houston, TX 77056**

Booth, Brittney   (00067206)
1980 Post Oak Boulevard Suite 1380 Houston, TX 77056
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/01/2013    Term Date: 12/31/2013

Gammage, Samuel   (00068789)
600 Congress Avenue, Suite 3000  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/28/2013    Term Date: 12/31/2013

Kuhl, P. John Jr.   (00013743)
1980 Post Oak Boulevard Suite 1380 Houston, TX 77056
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/01/2013    Term Date: 12/31/2013

LaRue, Ryan E.   (00068830)
1980 Post Oak Blvd Suite 1380 Houston, TX 77056
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/30/2013    Term Date: 12/31/2013

Perkins, Arthur V.   (00013729)
1000 Louisiana, Suite 3400  Houston, TX 77002-5011
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/25/2013    Term Date: 12/31/2013

Sanford, Marion   (00013727)
1980 Post Oak Boulevard Suite 1380 Houston, TX 77056
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/01/2013    Term Date: 12/31/2013

**sanofi-aventis**
**55 Corporate Drive   Bridgewater, NJ 08807**

Castaneda, Tristan Jr.   (00030333)
816 Congress Suite 1120 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/14/2013    Term Date: 12/31/2013

Peeler, William Robert Jr.   (00060695)
816 Congress Avenue, Suite 1120  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/25/2013    Term Date: 12/31/2013

Urrabazo, John P.   (00053487)
816 Congress Avenue, Suite 1120  Austin, TX 78701

```
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/25/2013     Term Date: 12/31/2013


Waldrop, Rebecca   (00053420)
5501 A Balcones Drive #218 Austin, TX 78731
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/01/2013     Term Date: 12/31/2013
```

**Santa Rosa Telephone Cooperative, Inc.**
**P.O. Box 2128   Vernon, TX 76385**

```
Gammage, Samuel   (00068789)
600 Congress Avenue, Suite 3000  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 03/19/2013     Term Date: 12/31/2013


Vane, Mark   (00037572)
600 Congress Avenue, Suite 3000  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 03/19/2013     Term Date: 12/31/2013


Webking, Catherine J.   (00061039)
600 Congress Avenue, Suite 3000  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 03/13/2013     Term Date: 12/31/2013
```

**Santos Global, Inc**
**1001 Congress Avenue Suite 100   Austin, TX 78701**

```
Santos, Frank R.   (00011331)
1001 Congress Avenue Suite 100 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/17/2013     Term Date: 12/31/2013


Sepulveda, Gabriel G.   (00068572)
1001 Congress Avenue Suite 100 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/17/2013     Term Date: 12/31/2013
```

**SAP America, Inc.**
**3999 West Chester Pike   Newton Square, PA 19073**

```
Beard, Amy C.   (00061114)
919 Congress Ave. Suite 1400 Austin, TX 78701
Type of Compensation: Prospective
$ 0.00
Client - Start: 01/04/2013     Term Date: 12/31/2013


Cammack, Kerry N.   (00022250)
919 Congress Avenue, Suite 1400  Austin, TX 78701
Type of Compensation: Prospective
$150,000 - $199,999.99
Client - Start: 01/04/2013     Term Date: 12/31/2013
```

**Sargas Texas LLC**
**1613 South Capital of Texas Highway, Suite 202  Austin, TX 78746**

Garcia, Deidra C.   (00067053)
100 Congress Avenue, Suite 1100  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/10/2013    Term Date: 12/31/2013

Nasi, Michael J.   (00056599)
100 Congress Avenue, Suite 1100  Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/10/2013    Term Date: 12/31/2013

**SAS Institute, Inc.**
**SAS Campus Drive  Cary, NC 27513**

Eissler, W. Robert   (00051538)
1122 Colorado, Suite 200  Austin, TX 78701
Type of Compensation: Prospective
$ 0.00
Client - Start: 03/18/2013    Term Date: 12/31/2013

Glenn, Eric   (00038847)
1122 Colorado, Suite 200  Austin, TX 78701
Type of Compensation: Prospective
$ 0.00
Client - Start: 01/11/2013    Term Date: 12/31/2013

Schlueter, Stan   (00010198)
P. O. Box 2227  Austin, TX 78768
Type of Compensation: Prospective
$100,000 - $149,999.99
Client - Start: 01/11/2013    Term Date: 12/31/2013

**SAS Institute**
**SAS Campus Drive  Cary, NC 27513**

Ellis, Ella M.   (00012824)
919 Congress Avenue Ste. 1100  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 03/06/2013    Term Date: 12/31/2013

Wright, Charles Eric   (00043672)
919 Congress Avenue Suite 1100 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/11/2013    Term Date: 12/31/2013

**Satellite Broadcasting and Communications Association, Inc.**
**1100 17th Street NW, Suite 1150  Washington, DC 20036**

Castaneda, Tristan Jr.   (00030333)
816 Congress Suite 1120 Austin, TX 78701
Type of Compensation: Prospective

Less Than $10,000.00
Client - Start: 04/19/2013      Term Date: 12/31/2013


Culley, Robert D.    (00013616)
1315 Nueces Street  Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 04/01/2013      Term Date: 12/31/2013


Findley, Brett    (00065467)
816 Congress Avenue, Suite 1120  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 04/17/2013      Term Date: 12/31/2013


Haley, James W.    (00020345)
400 West 14th Street, Suite 100  Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 04/02/2013      Term Date: 12/31/2013


McDaniel, Demetrius    (00013335)
300 West 6th Street, Suite 2050  Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 04/01/2013      Term Date: 12/31/2013


Peeler, William Robert Jr.    (00060695)
816 Congress Avenue, Suite 1120  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 04/18/2013      Term Date: 12/31/2013


Polan, Kraege    (00013539)
1315 Nueces Street  Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 04/02/2013      Term Date: 12/31/2013


Stewart, Michael K.    (00014717)
816 Congress Avenue, Suite 1120  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 04/09/2013      Term Date: 12/31/2013


Urrabazo, John P.    (00053487)
816 Congress Avenue, Suite 1120  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 04/17/2013      Term Date: 12/31/2013




Villarreal, Celeste I.    (00060540)
300 West 6th Street, Suite 2050  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 04/01/2013      Term Date: 12/31/2013


**Sava Senior Care LLC**
c/o Kent Sullivan (Sutherland Asbill) 600 Congress Ave Suite 2000  Austin, TX 78701


Britton, Chris    (00066022)

1001 Congress Ave. Suite 350 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/10/2013    Term Date: 12/31/2013

**Savannah Joint Venture**
**3200 Southwest Freeway Suite 3000   Houston, TX 77027**

Carter, Nancy   (00056973)
Allen Boone Humphries Robinson LLP 3200 Southwest Freeway, Ste 2600 Houston, TX 77027
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/23/2013    Term Date: 12/31/2013

Hogan, Kristen   (00061565)
3200 Southwest Freeway Suite 2600 Houston, TX 77027
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/23/2013    Term Date: 12/31/2013

Lary, Camm C. III   (00040174)
Allen Boone Humphries Robinson LLP 3200 Southwest Freeway, Suite 2600 Houston, TX 77027
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/23/2013    Term Date: 12/31/2013

Richardson, Jody   (00013336)
1108 Lavaca Suite 510 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/23/2013    Term Date: 12/31/2013

**SavaSeniorCare LLC**
**One Ravina Drive Suite 1500   Atlanta, GA 30346-2115**

Jones, Neal T. Jr.   (00013745)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/11/2013    Term Date: 12/31/2013

Luna, Vilma   (00020272)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/11/2013    Term Date: 12/31/2013

**Save Historic Shelby Association**
**9575 FM 389   Fayetteville, TX 78940**

Gilmore, Scott E.   (00056410)
1301 Nueces Street Suite 200 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99

Client - Start: 02/15/2013     Term Date: 12/31/2013

**Save Historic Shelby**
**9575 FM 389  Fayetteville, TX 78940**

Heckler, Jeffrey E.  (00040150)
1301 Nueces Street Suite 200 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/09/2013     Term Date: 12/31/2013

**Scenic Texas**
**3015 Richmond Avenue, Suite 220  Houston, TX 77098**

Midence Steen, Yuniedth  (00050583)
600 Congress Avenue Suite 2200 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 03/28/2013     Term Date: 12/31/2013

**Schaller Anderson an Aetna Company**
**4645 E. Cotton Center Blvd, Bldg. 1 Suite 200  Phoenix, AZ 85040**

Gilbert, Don A.  (00030056)
401 West 15th Street, Suite 870  Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/02/2013     Term Date: 12/31/2013

**Schertz-Seguin Local Government Corporation**
**PO Box 833  Seguin, TX 78156**

Phenix, William G.  (00050597)
PO Box 684551  Austin, TX 78768-4551
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/10/2013     Term Date: 12/31/2013

**Schlueter, Stan**
**P. O. Box 2227  Austin, TX 78768**

Schlueter, Randy  (00035173)
P. O. Box 2227  Austin, TX 78768
Type of Compensation: Prospective
$ 0.00
Client - Start: 01/25/2013     Term Date: 12/31/2013

**Schmidt, Walker**
**1105 Simmons Avenue  Jourdanton, TX 78026**

Berlanga, Hugo  (00019723)
28 Hewit Drive  Corpus Christi, TX 78404
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/08/2013     Term Date: 12/31/2013

**Schneider Electric**
**1650 West Crosby Road  Carrollton, TX 75006**

Evans, Richard W.  (00034432)
919 Congress Avenue Suite 425 Austin, TX 78701

Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 04/17/2013     Term Date: 12/31/2013


 Hendon, Morgan   (00069007)
 919 Congress Ave. Suite 425 Austin, TX 78701
 Type of Compensation: Prospective
 Less Than $10,000.00
 Client - Start: 04/17/2013     Term Date: 12/31/2013


 Stewart, Scott   (00068518)
 919 Congress Avenue Suite 425 Austin, TX 78701
 Type of Compensation: Prospective
 Less Than $10,000.00
 Client - Start: 04/17/2013     Term Date: 12/31/2013


**Schumacher Group**
**200 Corporate Blvd.  Lafayette, LA 70508**

 Dailey, Jenna   (00068773)
 P.O. Box 13382  Austin, TX 78711
 Type of Compensation: Prospective
 Less Than $10,000.00
 Client - Start: 01/07/2013     Term Date: 12/31/2013


 Grimes, John Michael   (00057963)
 PO Box 13382 Capitol Station Austin, TX 78711
 Type of Compensation: Prospective
 Less Than $10,000.00
 Client - Start: 01/07/2013     Term Date: 12/31/2013


 Johnson, Marti R.   (00067009)
 P.O. Box 13382  Austin, TX 78711
 Type of Compensation: Prospective
 Less Than $10,000.00
 Client - Start: 01/07/2013     Term Date: 12/31/2013


 Townsend, Thomas T.   (00066761)
 PO Box 13382 Capitol Station Austin, TX 78711
 Type of Compensation: Prospective
 Less Than $10,000.00
 Client - Start: 01/07/2013     Term Date: 12/31/2013


**SCI Management Corporation**
**P. O. Box 130548  Houston, TX 77219**

 Bicameral Consultants, Inc.   (00010498)
 11003 Onion Creek Court  Austin, TX 78747
 Type of Compensation: Prospective
 $50,000 - $99,999.99
 Client - Start: 01/01/2013     Term Date: 12/31/2013


**Science Applications International Corporation (SAIC), Inc.**
**1710 SAIC Drive  McLean, VA 22102**

```
Erskine, Candis B.   (00035590)
4304 Green Cliffs  Austin, TX 78746
Type of Compensation: Prospective
$ 0.00
Client - Start: 01/01/2013    Term Date: 12/31/2013

Erskine, John M. Jr.   (00012969)
111 Congress Avenue, Suite 900  Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/01/2013    Term Date: 12/31/2013

Ford, Victoria C.   (00060035)
111 Congress Avenue, Suite 900  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2013    Term Date: 12/31/2013

Leo, Myra   (00034631)
111 Congress Avenue, Suite 900  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2013    Term Date: 12/31/2013

McGinnis, Larry D.   (00013432)
111 Congress Avenue, Suite 900  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2013    Term Date: 12/31/2013
```

**Science Teachers Association of Texas**
**5750 Balcones Dr. Ste. 201  Austin, TX 78731**

```
Hempstead, Charles A.   (00018504)
5750 Balcones Dr Ste 201  Austin, TX 78731
Type of Compensation: Paid
$25,000 - $49,999.99
Client - Start: 01/07/2013    Term Date: 12/31/2013
```

**Scientific Games International Inc.**
**1500 Bluegrass Lakes Parkway  Alpharetta, GA 30004**

```
Saenz, Luis J.   (00060698)
816 Congress Ave Ste 940 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/08/2013    Term Date: 12/31/2013
```

**Scott & White Healthcare**
**2401 S. 31st Street  Temple, TX 76508**

```
Averitt, Kip   (00019725)
1212  Guadalupe, #301  Austin, TX 78701
Type of Compensation: Prospective
$150,000 - $199,999.99
Client - Start: 01/08/2013    Term Date: 12/31/2013
```

```
Delgadillo, Danielle    (00050979)
1212 Guadalupe Suite 301 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/08/2013    Term Date: 03/15/2013


Finley, Marisa    (00059543)
919 Congress Ste 540  Austin, TX 78701
Type of Compensation: Prospective
$100,000 - $149,999.99
Client - Start: 01/02/2013    Term Date: 12/31/2013


Lucas, Travis    (00067093)
400 West 15th Street Suite 900 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/07/2013    Term Date: 12/31/2013


Murray, Gertie    (00068847)
1212 Guadalupe Suite 301 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/08/2013    Term Date: 12/31/2013
```

**Scott and White Healthcare**
**401 South 31st Street  Belton, TX 76513**

```
Garcia, Michael    (00061080)
919 Congress Avenue, Suite 1500  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/08/2013    Term Date: 12/31/2013


Messer, Bill    (00013459)
919 Congress Avenue, Ste 1500  Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/22/2013    Term Date: 12/31/2013
```

**Scurlock / Independent Bankers Association of Texas**
**1700 Rio Grande St. Ste 100  Austin, TX 78701**

```
Scurlock, Stephen Y.    (00011266)
1700 Rio Grande St. Ste. 100 Austin, TX 78701
Type of Compensation: Paid
$25,000 - $49,999.99
Client - Start: 01/01/2013    Term Date: 12/31/2013
```

**Sealy Indpendent School District**
**939 Tiger Lane  Sealy, TX 77474**

```
Borreca, Christopher P.    (00054010)
Thompson & Horton LLP 3200 Southwest Frwy, Suite 2000 Houston, TX 77027
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 03/26/2013    Term Date: 12/31/2013


Horton, Janet Little    (00062497)
Thompson & Horton LLP 3200 Southwest Frwy. Suite 2000 Houston, TX 77027
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 03/26/2013    Term Date: 12/31/2013
```

**Section 185 Working Group**
**c/o Baker Botts L.L.P. One Shell Plaza, 910 Louisiana Street  Houston, TX 77002**

Bentley, Matthew   (00068309)
1115 San Jacinto Blvd. Suite 275 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/14/2013    Term Date: 12/31/2013

Craft, Zachary L.  (00068266)
One Shell Plaza 910 Louisiana Houston, TX 77002
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2013    Term Date: 12/31/2013

Johnson, John C. Jr.  (00013684)
1115 San Jacinto Blvd. Suite 275 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/11/2013    Term Date: 12/31/2013

Kuryla, Matthew  (00068267)
One Shell Plaza 910 Louisiana Houston, TX 77002
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/01/2013    Term Date: 12/31/2013

Pope, Clayton  (00014488)
1115 San Jacinto Blvd. Suite 275 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/11/2013    Term Date: 12/31/2013

**Securities Industry and Financial Markets Association**
**120 Broadway 35th Floor  New York, NY 10271**

Fisher, Walter   (00013441)
919 Congress Suite 1500 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/15/2013    Term Date: 12/31/2013

**Security Finance Corporation**
**P.O. Box 162925  Austin, TX 78716**

Shields, Brad II   (00056074)
208 West 14th St  Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/14/2013    Term Date: 12/31/2013

Shields, Bradford T.  (00012135)
P.O. Box 162925  Austin, TX 78716-2925
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/17/2013    Term Date: 12/31/2013

**Security Industries and Financial Markets Association**
**120 Broadway 35th Floor   New York, NY 10271**

  Fisher, Walter   (00013441)
  919 Congress Suite 1500 Austin, TX 78701
  Type of Compensation: Prospective
  $25,000 - $49,999.99
  Client - Start: 01/10/2013   Term Date: 12/31/2013

  Phenix, William G.   (00050597)
  PO Box 684551  Austin, TX 78768-4551
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/10/2013   Term Date: 12/31/2013

**SEG Strategic Alliances**
**1301 Nueces Suite 200   Austin, TX 78701**

  Allen, Robert R.   (00019678)
  1102 Forest Trl.  Cedar Park, TX 78613
  Type of Compensation: Prospective
  $10,000 - $24,999.99
  Client - Start: 01/01/2013   Term Date: 12/31/2013

**Select Energy Services, LLC**
**1400 Post Oak Blvd., Suite 400   Houston, TX 77056**

  Hosek, Chris   (00066901)
  1122 Colorado, Suite 102  Austin, TX 78701
  Type of Compensation: Prospective
  $50,000 - $99,999.99
  Client - Start: 01/13/2013   Term Date: 12/31/2013

**Select Management Resources LLC**
**3440 Preston Ridge Road Suite 500   Alpharetta, GA 30005**

  Campbell, Byron Andrew   (00069003)
  PO Box 195892  Dallas, TX 75207
  Type of Compensation: Prospective
  $10,000 - $24,999.99
  Client - Start: 03/14/2013   Term Date: 12/31/2013

  Campbell, James Andrew   (00035512)
  PO Box 195892  Dallas, TX 75219
  Type of Compensation: Prospective
  $10,000 - $24,999.99
  Client - Start: 01/01/2013   Term Date: 12/31/2013

**Select Management Resources, LLC**
**3440 Preston Ridge Road, Suite 500   Alpharetta, GA 30005**

  Alexander, Clyde H.   (00019665)
  828 Ivy Lane  San Antonio, TX 78209
  Type of Compensation: Prospective
  $25,000 - $49,999.99
  Client - Start: 01/18/2013   Term Date: 12/31/2013

  Midence Steen, Yuniedth   (00050583)

```
600 Congress Avenue Suite 2200 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/08/2013    Term Date: 12/31/2013




Miller, Robert D.   (00029477)
600 Travis Suite 2800 Houston, TX 77002
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/01/2013    Term Date: 12/31/2013


Partida, Neftali   (00065245)
3502 Crescent Drive  Pearland, TX 77584
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/10/2013    Term Date: 12/31/2013


Pate, Gardner   (00060647)
600 Congress Suite 2200 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/03/2013    Term Date: 12/31/2013


Sellers, Jennifer E.   (00067959)
P.O. Box 684501  Austin, TX 78768
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/24/2013    Term Date: 12/31/2013


Smith, Walter B. Jr.   (00060692)
600 Congress Suite 2200 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/03/2013    Term Date: 12/31/2013
```

**Select Managment Resources**
**3440 Preston ridge road #500  Alpharetta, GA 30005**

```
Perez Capitaine, Jenny   (00066548)
1005 S. Shepherd Drive Apartment 202  houston, TX 77019
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/01/2013    Term Date: 12/31/2013
```

**Select Milk Producers, Inc.**
**320 West Hermosa Drive  Artesia, NM 88210**

```
Terrell, James C.   (00013550)
P.O. Box 92043  Austin, TX 78709
Type of Compensation: Prospective
$100,000 - $149,999.99
Client - Start: 03/18/2013    Term Date: 12/31/2013
```

**Sellers Dorsey**
**230 South Broad St.  Philadelphia, PA 19102**

```
Lawlor, Laura S.   (00059606)
2201 Deleon Ct  Austin, TX 78733-1690
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/08/2013    Term Date: 12/31/2013
```

**Semprasafe LLC**
**5605 Glenridge Drive NE Suite 705   Atlanta, GA 30342**

  Jones, Neal T. Jr.   (00013745)
  823 Congress Suite 900 Austin, TX 78701
  Type of Compensation: Prospective
  $25,000 - $49,999.99
  Client - Start: 03/26/2013    Term Date: 12/31/2013

**Senior Care Centers LTC**
**2828 N. Harwood St. Ste. 1100   Dallas, TX 75201**

  Ellis, Ella M.   (00012824)
  919 Congress Avenue Ste. 1100  Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 03/06/2013    Term Date: 12/31/2013

  Wright, Charles Eric   (00043672)
  919 Congress Avenue Suite  1100 Austin, TX 78701
  Type of Compensation: Prospective
  $50,000 - $99,999.99
  Client - Start: 01/11/2013    Term Date: 12/31/2013

**Seniorlink, Inc.**
**500 Boylston Street, Suite 640   Boston, MA 02116**

  Delisi, Thomas   (00064063)
  823 Congress Suite 1000B Austin, TX 78701
  Type of Compensation: Prospective
  $25,000 - $49,999.99
  Client - Start: 01/10/2013    Term Date: 12/31/2013

  Vasek, Heather N.   (00035475)
  823 Congress Suite 1000B Austin, TX 78701
  Type of Compensation: Prospective
  $25,000 - $49,999.99
  Client - Start: 01/10/2013    Term Date: 12/31/2013

**SeptStart Inc.**
**301 Commerce Street, Ste 3200   Fort Worth, TX 76102**

  Lett, Sam   (00059000)
  301 Commerce Street, Suite 3200  Fort Worth, TX 76102
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/01/2013    Term Date: 12/31/2013

  Phillips, Thomas R.   (00062346)
  98 San Jacinto Blvd. Suite 1500 Austin, TX 78701
  Type of Compensation: Prospective
  $50,000 - $99,999.99
  Client - Start: 01/01/2013    Term Date: 12/31/2013

**SeptStart, Inc.**
**301 Commerce Street, ste 3200  Fort Worth, TX 76102**

  Holm, Nelson   (00069024)
  301 Commerce Street, Ste 3200   Fort Worth, TX 76102
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 03/07/2013    Term Date: 12/31/2013

  Millsap, Michael D.   (00050708)
  P.O. Box 684744  Austin, TX 78768
  Type of Compensation: Prospective
  $25,000 - $49,999.99
  Client - Start: 02/11/2013    Term Date: 12/31/2013

  Teague, Brandon   (00069023)
  301 Commerce Street, Ste 3200  Fort Worth, TX 76102
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 03/06/2013    Term Date: 12/31/2013

**Service House Inc**
**502 W. 13th Street  Austin, TX 78701**

  Heckler, Jeffrey E.   (00040150)
  1301 Nueces Street Suite 200 Austin, TX 78701
  Type of Compensation: Prospective
  $100,000 - $149,999.99
  Client - Start: 01/09/2013    Term Date: 12/31/2013

**Seton Family of Hospitals**
**1345 Philomena St.  Austin, TX 78723**

  Ellis, Ella M.   (00012824)
  919 Congress Avenue Ste. 1100  Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 03/06/2013    Term Date: 12/31/2013

  Knaupe, Gregg W.   (00043033)
  919 Congress Avenue, Suite 1100  Austin, TX 78701
  Type of Compensation: Prospective
  $50,000 - $99,999.99
  Client - Start: 01/15/2013    Term Date: 12/31/2013

**ShadowSoft Inc.**
**7750 North MacArthur Blvd. Suite 120-290  Irving, TX 75063**

  Allen, Robert R.   (00019678)
  1102 Forest Trl.  Cedar Park, TX 78613
  Type of Compensation: Prospective
  $50,000 - $99,999.99
  Client - Start: 01/01/2013    Term Date: 12/31/2013

  Heckler, Jeffrey E.   (00040150)
  1301 Nueces Street Suite 200 Austin, TX 78701
  Type of Compensation: Prospective
  $50,000 - $99,999.99
  Client - Start: 01/09/2013    Term Date: 12/31/2013

**ShadowSoft, Inc.**
**7750 North MacArthur Blvd. Suite 120-290  Irving, TX 75063**

```
Allen, Robert R.   (00019678)
1102 Forest Trl.  Cedar Park, TX 78613
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 05/01/2013    Term Date: 12/31/2013


Gilmore, Scott E.   (00056410)
1301 Nueces Street Suite 200 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 02/15/2013    Term Date: 12/31/2013
```

**Shale Gas Services, LLC**
**1901 Napa Valley Drive, Suite 201 B  Little Rock, AR 72212**

```
Garcia, Deidra C.   (00067053)
100 Congress Avenue, Suite 1100  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/19/2013    Term Date: 12/31/2013


Nasi, Michael J.   (00056599)
100 Congress Avenue, Suite 1100  Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 02/19/2013    Term Date: 12/31/2013
```

**Shannon Medical Center**
**120 East Harris St.  San Angelo, TX 76903-5976**

```
Gilbert, Don A.   (00030056)
401 West 15th Street, Suite 870  Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/02/2013    Term Date: 12/31/2013


Tonn, Larry L.   (00012292)
401 West 15th Street, Suite 870  Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/02/2013    Term Date: 12/31/2013
```

**Sharps Environmental Services**
**9220 Kirby Drive Suite 500  Houston, TX 77054**

```
Howard, Jay   (00030094)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/11/2013    Term Date: 12/31/2013


Pearson, Dan   (00030669)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
```

Less Than $10,000.00
Client - Start: 01/11/2013    Term Date: 12/31/2013

**Sharyland Utilities, L.P.**
**1807 Ross Avenue, Suite 460  Dallas, TX 75201**

Schulze, Paul R.   (00055175)
1900 North Akard Street  Dallas, TX 75201-2300
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/28/2013    Term Date: 12/31/2013

**Sharyland Utilities**
**1900 North Akard St.   Dallas, TX 75201-2300**

Garcia, Michael   (00061080)
919 Congress Avenue, Suite 1500  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/08/2013    Term Date: 12/31/2013

Messer, Bill   (00013459)
919 Congress Avenue, Ste 1500  Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/22/2013    Term Date: 12/31/2013

**Sheldon Independent School District**
**11411 C.E. King Parkway  Houston, TX 77044**

Borreca, Christopher P.   (00054010)
Thompson & Horton LLP 3200 Southwest Frwy, Suite 2000 Houston, TX 77027
Type of Compensation: Prospective
$ 0.00
Client - Start: 01/09/2013    Term Date: 03/26/2013

Horton, Janet Little   (00062497)
Thompson & Horton LLP 3200 Southwest Frwy. Suite 2000 Houston, TX 77027
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/09/2013    Term Date: 12/31/2013

**Shell Chemical LP**
**5900 Highway 225  Deer Park, TX 77536**

Anderson, Lisa K.   (00013691)
1001 Congress Suite 200 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/03/2013    Term Date: 12/31/2013

Golemon, Ronald Kinnan   (00013112)
408 West 14th  Austin, TX 78701
Type of Compensation: Prospective
$ 0.00
Client - Start: 01/03/2013    Term Date: 12/31/2013

**Shell Deer Park Refining Company**

**5900 Highway 225  Deer Park, TX 77536**

Anderson, Lisa K.   (00013691)
1001 Congress Suite 200 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/03/2013    Term Date: 12/31/2013

Golemon, Ronald Kinnan   (00013112)
408 West 14th  Austin, TX 78701
Type of Compensation: Prospective
$ 0.00
Client - Start: 01/03/2013    Term Date: 12/31/2013

**Shell Oil Company**
**P.O. Box 2463  Houston, TX 77252**

Anderson, Lisa K.   (00013691)
1001 Congress Suite 200 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/03/2013    Term Date: 12/31/2013

Golemon, Ronald Kinnan   (00013112)
408 West 14th  Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/03/2013    Term Date: 12/31/2013

**Shell Oil Products**
**1100 Louisiana  Houston, TX 77002**

Anderson, Lisa K.   (00013691)
1001 Congress Suite 200 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/03/2013    Term Date: 12/31/2013

Golemon, Ronald Kinnan   (00013112)
408 West 14th  Austin, TX 78701
Type of Compensation: Prospective
$ 0.00
Client - Start: 01/03/2013    Term Date: 12/31/2013

**Shell Oil**
**910 Louisiana Room 4441A  Houston, TN 77002**

Cox, Jayme  (00055628)
910 Louisiana Room 4441A Houston, TX 77002
Type of Compensation: Paid
$250,000 - $299,999.99
Client - Start: 01/18/2013    Term Date: 12/31/2013

**Shell Pipeline Company LP**
**1100 Louisiana  Houston, TX 77002**

Anderson, Lisa K.    (00013691)

```
1001 Congress Suite 200 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/03/2013    Term Date: 12/31/2013


Golemon, Ronald Kinnan    (00013112)
408 West 14th  Austin, TX 78701
Type of Compensation: Prospective
$ 0.00
Client - Start: 01/03/2013    Term Date: 12/31/2013
```

**Shelton Ogle Enterprises**
**2208 West Park Row Drive Suite 100  Arlington, TX 76103-7411**

```
Anderson, David D.   (00053708)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/11/2013    Term Date: 12/31/2013




Jones, Neal T. Jr.   (00013745)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/11/2013    Term Date: 12/31/2013

Smith, Michelle   (00067247)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/11/2013    Term Date: 12/31/2013
```

**Sherry Matthews Advocacy Marketing**
**200 South Congress Avenue  Austin, TX 78704**

```
Garcia, Deidra C.   (00067053)
100 Congress Avenue, Suite 1100  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/10/2013    Term Date: 12/31/2013

Hutto, Kathy N.   (00013342)
100 Congress Avenue, Suite 1100  Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/03/2013    Term Date: 12/31/2013

Small, Ed   (00013732)
100 Congress Avenue, Suite 1100  Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/01/2013    Term Date: 12/31/2013
```

**Sherwin Alumina Company LP**
**4633 Highway 361  Gregory, TX 78359**

```
Saitas, Jeffrey Anthony   (00038798)
1122 Colorado Street Suite 208 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/09/2013    Term Date: 12/31/2013
```

**Sherwin Alumina**
**P.O. Box 9911  Corpus Christi, TX 78469**

  Meroney, Mike  (00050806)
  1402 Nueces Street  Austin, TX 78701
  Type of Compensation: Prospective
  $50,000 - $99,999.99
  Client - Start: 01/07/2013    Term Date: 12/31/2013

**SHI Government Solutions**
**1301 S Mopac Suite 375  Austin, TX 78746**

  Giles, Deborah J.  (00068819)
  7413 Turnbuoy Drive  Austin, TX 78730-4333
  Type of Compensation: Prospective
  $10,000 - $24,999.99
  Client - Start: 02/25/2013    Term Date: 12/31/2013

**SHI International, Inc**
**290 Davidson Avenue  Somerset, NJ 08873**

  Giles, Deborah J.  (00068819)
  7413 Turnbuoy Drive  Austin, TX 78730-4333
  Type of Compensation: Prospective
  $10,000 - $24,999.99
  Client - Start: 02/25/2013    Term Date: 12/31/2013

**Shield Healthcare**
**27911 Franklin Parkway  Valencia, CA 91355**

  Arnold, Gordon D. Jr.  (00013682)
  1122 Colorado Street Suite 220 Austin, TX 78701
  Type of Compensation: Prospective
  $25,000 - $49,999.99
  Client - Start: 01/09/2013    Term Date: 12/31/2013

  Schlueter, Stan  (00010198)
  P. O. Box 2227  Austin, TX 78768
  Type of Compensation: Prospective
  $50,000 - $99,999.99
  Client - Start: 01/11/2013    Term Date: 12/31/2013

**Shire Human Genetic Therapies**
**300 Patriot Way  Lexington, MA 02421**

  Forshey, Jeff  (00068152)
  211 Avenue A  Redondo Beach, CA 90277
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/01/2013    Term Date: 12/31/2013

**Shire Regenerative Medicine, Inc.**
**11095 Torreyana Road  San Diego, CA 92191**

  Ball, John B.  (00068098)
  1001 Congress Avenue Suite 450 Austin, TX 78701

```
   Type of Compensation: Prospective
   Less Than $10,000.00
   Client - Start: 01/30/2013     Term Date: 12/31/2013


   Matz, Laura McPartland   (00039254)
   1001 Congress Avenue Suite 450 Austin, TX 78701
   Type of Compensation: Prospective
   $25,000 - $49,999.99
   Client - Start: 01/30/2013     Term Date: 12/31/2013
```

**Shire Regenerative Medicine**
**11095 Torreyana Road  San Diego, CA 92121**

```
   Hickox, Justin Scott   (00060124)
   7750 North Macarthur Blvd. #120-183 Irving, TX 75063
   Type of Compensation: Prospective
   $25,000 - $49,999.99
   Client - Start: 01/29/2013     Term Date: 12/31/2013
```

**Short, Jim**
**P.O. Box 188  Fulshear, TX 77441**

```
   DeLeon, Maricela   (00068844)
   1500 Riverside Dr. #815  Austin, TX 78741
   Type of Compensation: Prospective
   $50,000 - $99,999.99
   Client - Start: 01/10/2013     Term Date: 12/31/2013
```

**Sibley, Jay**
**1225 North Loop West Suite 850  Housotn, TX 77008**

```
   Del Bosque, Nora   (00029938)
   7704 Chimney Corners  Austin, TX 78731
   Type of Compensation: Prospective
   Less Than $10,000.00
   Client - Start: 01/11/2013     Term Date: 12/31/2013
```

**Siena Municipal Utility District No. 1**
**c/o Armbrust & Brown PLLC 100 Congress Avenue, Suite 1300  Austin, TX 78701**

```
   Collins, Sharlene N.   (00012869)
   100 Congress Avenue Suite 1300 Austin, TX 78701
   Type of Compensation: Paid
   Less Than $10,000.00
   Client - Start: 01/01/2013     Term Date: 12/31/2013
```

**Siena Municipal Utility District No. 2**
**c/o Armbrust & Brown PLLC 100 Congress Avenue, Suite 1300  Austin, TX 78701**

```
   Collins, Sharlene N.   (00012869)
   100 Congress Avenue Suite 1300 Austin, TX 78701
   Type of Compensation: Paid
   Less Than $10,000.00
   Client - Start: 01/01/2013     Term Date: 12/31/2013
```

**Siepiela Development Corporation**
**15400 Knoll Trail, Suite 201  Dallas, TX 75248**

Barrett, Andrew N.   (00035474)
3006 Bee Caves Road Suite D-310 Austin, TX 78746
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/04/2013     Term Date: 12/31/2013

**Sierra Club, Lone Star Chapter**
**1202 San Antonio Street  Austin, TX 78701**

Reed, Cyrus B.H.   (00052910)
PO BOX 1931  Austin, TX 78767-1931
Type of Compensation: Paid
$50,000 - $99,999.99
Client - Start: 01/10/2013     Term Date: 12/31/2013

**Sierra Health Group**
**25411 Westridge Road  Golden, CO 80403**

Brown, Jay P.   (00039172)
1001 Congress Ave. Suite 400 Austin, TX 78701
Type of Compensation: Paid
$ 0.00
Client - Start: 01/21/2013     Term Date: 12/31/2013

Gibson, Machree Garrett   (00028312)
1001 Congress Ave. Suite 400 Austin, TX 78701
Type of Compensation: Paid
$ 0.00
Client - Start: 01/21/2013     Term Date: 12/31/2013

Graydon, Galt   (00013173)
1001 Congress Ave. Suite 400 Austin, TX 78701
Type of Compensation: Paid
$ 0.00
Client - Start: 01/21/2013     Term Date: 12/31/2013

Propes, Jay W.   (00014474)
1001 Congress Ave. Suite 400 Austin, TX 78701
Type of Compensation: Paid
$ 0.00
Client - Start: 01/21/2013     Term Date: 12/31/2013

Swan, Shannon Lea   (00014744)
1001 Congress Ave. Suite 400 Austin, TX 78701
Type of Compensation: Paid
$ 0.00
Client - Start: 01/21/2013     Term Date: 12/31/2013

**Signal Equities LLC**
**545 North Upper Broadway Street, Suite 403  Corpus Christi, TX 78476-1213**

Johnson, Robert E. Jr.   (00012850)
1122 Colorado Street, Suite 208  Austin, TX 78701
Type of Compensation: Prospective
$200,000 - $249,999.99
Client - Start: 01/30/2013     Term Date: 12/31/2013

Martinez, Mario A.   (00013891)
1122 Colorado Street, Suite 208  Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/03/2013     Term Date: 12/31/2013

**Signal Equities LLC**
**111 W. San Antonio Street Suite 250   New Braunfels, TX 78130**

Seales, Terri   (00013667)
1122 Colorado Street Suite 208 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/01/2013     Term Date: 12/31/2013

**Signal Equities, LLC**
**111 W San Antonio St. Suite 250   New Braunfels, TX 78130**

Saitas, Jeffrey Anthony   (00038798)
1122 Colorado Street Suite 208 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/09/2013     Term Date: 12/31/2013

**Silco, Inc.**
**1215 Gessner  Houston, TX 77055**

Scott, Natalie B.   (00064060)
901 S. Mopac Expressway Bldg. 1, Suite 500 Austin, TX 78746
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 04/22/2013     Term Date: 12/31/2013

**Silver Creek Materials**
**PO Box 150665  Fort Worth, TX 761080665**

Rodriguez, Arthuro D. Jr.   (00063033)
1633 Williams Drive Suite 200 Georgetown, TX 78628-3509
Type of Compensation: Prospective
$ 0.00
Client - Start: 01/04/2013     Term Date: 12/31/2013

**Silver Eagle Distributors, L.P.**
**P.O. Box 2743  Houston, TX 77252**

Miller, Robert D.   (00029477)
600 Travis Suite 2800 Houston, TX 77002
Type of Compensation: Prospective
$100,000 - $149,999.99
Client - Start: 01/01/2013     Term Date: 12/31/2013

Pate, Gardner   (00060647)
600 Congress Suite 2200 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99

Smith, Walter B. Jr.   (00060692)
600 Congress Suite 2200 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/03/2013    Term Date: 12/31/2013

**Silver Eagle Distributors, LP**
**P.O. Box 2743  Houston, TX 77252**

Midence Steen, Yuniedth   (00050583)
600 Congress Avenue Suite 2200 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/08/2013    Term Date: 12/31/2013

**Silver Eargle Distributors, L.P.**
**P.O. Box 2743  Houston, TX 77252**

Partida, Neftali   (00065245)
3502 Crescent Drive  Pearland, TX 77584
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/10/2013    Term Date: 12/31/2013

**Silverback, LLC**
**1701 River Run, Suite 205  Fort Worth, TX 76107**

Calcote, Mary Leslie   (00065141)
504 West 14th Street  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/15/2013    Term Date: 12/31/2013

Kerker, Juliana Cruz   (00068778)
504 West 14th Street  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/15/2013    Term Date: 12/31/2013

McGarry, Mignon   (00012905)
504 West 14th Street  Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/15/2013    Term Date: 12/31/2013

**Silverleaf Resorts, Inc.**
**1221 Riverbend Drive  Dallas, TX 75247**

Brown, Jay P.   (00039172)
1001 Congress Ave. Suite 400 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00

Client - Start: 01/01/2013    Term Date: 12/31/2013

Floyd, Robert A.    (00013261)
111 Congress Avenue, Suite 500  Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/01/2013    Term Date: 12/31/2013

Gibson, Machree Garrett    (00028312)
1001 Congress Ave. Suite 400 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2013    Term Date: 12/31/2013

Graydon, Galt    (00013173)
1001 Congress Ave. Suite 400 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2013    Term Date: 12/31/2013

Huddleston, Cheri    (00060638)
111 Congress Avenue, Suite 500  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2013    Term Date: 12/31/2013

Propes, Jay W.    (00014474)
1001 Congress Ave. Suite 400 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2013    Term Date: 12/31/2013

Swan, Shannon Lea    (00014744)
1001 Congress Ave. Suite 400 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2013    Term Date: 12/31/2013

Woodward, Michael L.    (00030016)
111 Congress Avenue, Suite 500  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2013    Term Date: 12/31/2013

**Six Flags Over Texas Inc.**
**P O. Box 901901  Arlington, TX 76004**

Goodman, Christie L.    (00050850)
1122 Colorado Street Suite 100 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/08/2013    Term Date: 12/31/2013

Goodman, Toby    (00020220)
1122 Colorado Street Suite 100 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/08/2013    Term Date: 12/31/2013

**SJW Corp.**
**110 West Taylor Street   San Jose, CA 95110**

Armstrong, Katharine   (00039785)
919 Congress Ave. Suite 1400 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2013   Term Date: 12/31/2013

Eschberger, Brenda   (00029854)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/16/2013   Term Date: 12/31/2013

Johnson, Michael J.   (00055885)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/16/2013   Term Date: 12/31/2013

Kelley, Russell T.   (00013737)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
$25,000 - $49,999.99
Client - Start: 01/16/2013   Term Date: 12/31/2013

Kemptner, Sara   (00057952)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/16/2013   Term Date: 12/31/2013

McGarah, Carol   (00051437)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
$25,000 - $49,999.99
Client - Start: 01/16/2013   Term Date: 12/31/2013

Waldon, Barbara   (00057030)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/16/2013   Term Date: 12/31/2013

**SJWTX Inc. d/b/a Canyon Lake Water Service Company**
**1399 Sattler Road  Canyon Lake, TX 78132**

Armstrong, Katharine   (00039785)
919 Congress Ave. Suite 1400 Austin, TX 78701
Type of Compensation: Prospective
$ 0.00
Client - Start: 01/01/2013   Term Date: 12/31/2013

**SJWTX, Inc. d/b/a Canyon Lake Water Service Company**
**1399 Sattler Road  Canyon Lake, TX 78132**

```
Armstrong, Katharine   (00039785)
919 Congress Ave. Suite 1400 Austin, TX 78701
Type of Compensation: Prospective
$ 0.00
Client - Start: 01/04/2013    Term Date: 12/31/2013
```

**Skilled Healthcare Group**
**27442 Portola Parkway Suite 200  Foothill Ranch, CA 92618**

```
Chatelle, Melody B.   (00013391)
4545 Golf Vista Drive  Austin, TX 78730
Type of Compensation: Paid
$50,000 - $99,999.99
Client - Start: 01/01/2013    Term Date: 12/31/2013
```

**Small Company USF Coalition**
**1717 West Sixth Street, Suite 370  Austin, TX**

```
Knaggs, Helen Soto   (00012886)
4707 Sinclair Avenue  Austin, TX 78756
Type of Compensation: Earned
Less Than $10,000.00
Client - Start: 02/07/2013    Term Date: 12/31/2013
```

**Smart Start, Inc.**
**4850 Plaza Drive  Irving, TX 75063**

```
Coffey, Debra   (00065598)
4850 Plaza Drive  Irving, TX 75063
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/17/2013    Term Date: 12/31/2013
```

**Smile Brands Inc.**
**8105 Irvine Center Drive  Irvine, CA 92618**

```
Shields, Brad II   (00056074)
208 West 14th St  Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/14/2013    Term Date: 12/31/2013
```

```
Shields, Bradford T.   (00012135)
P.O. Box 162925  Austin, TX 78716-2925
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/17/2013    Term Date: 12/31/2013
```

**Smile Brands**
**8105 Irvine Center Drive, Suite 1500  Irvine, CA 92618**

```
Woods, Andrew L.   (00068908)
1050 K Street, NW Suite 315  Washington, DC 20001
Type of Compensation: Prospective
```

Less Than $10,000.00
Client - Start: 01/23/2013      Term Date: 12/31/2013

**Smile Texas Outreach, PC**
**5430 LBJ Freeway, Suite 1200   Dallas, TX 76240**

Garcia, Deidra C.   (00067053)
100 Congress Avenue, Suite 1100   Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 03/01/2013      Term Date: 12/31/2013

Hutto, Kathy N.   (00013342)
100 Congress Avenue, Suite 1100   Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 02/25/2013      Term Date: 12/31/2013

Leal, Roland   (00025018)
431 Logan Ranch Rd   Georgetown, TX 78628
Type of Compensation: Paid
$50,000 - $99,999.99
Client - Start: 02/27/2013      Term Date: 12/31/2013

**Smith Public Affiars**
**301 East San Antonio STE B201A   El Paso, TX 79901**

Armendariz, Ricardo   (00065437)
301 East San Antonio AVE STE B201`   El Paso, TX 79901
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 03/05/2013      Term Date: 12/31/2013

**snap trends, inc**
**8601 ranch road 2222 bldg 2 #150   austin, TX 78738**

Miller, Sidney C.   (00042143)
6407 highway 377   stephenville, TX 76401
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 02/22/2013      Term Date: 12/31/2013

**Snook Indpendent School District**
**P.O. Box 87   Snook, TX 77878**

Borreca, Christopher P.   (00054010)
Thompson & Horton LLP 3200 Southwest Frwy, Suite 2000 Houston, TX 77027
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 03/26/2013      Term Date: 12/31/2013

Horton, Janet Little   (00062497)
Thompson & Horton LLP 3200 Southwest Frwy. Suite 2000 Houston, TX 77027
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 03/26/2013      Term Date: 12/31/2013

**Snow Oil and Gas, Inc.**
**P.O. Box 1277   Andrews, TX 79714**

McBeth, Kelly   (00059190)
208 W. 14TH Street  Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/07/2013    Term Date: 12/31/2013

**SO2 Working Group**
**One Shell Plaza 910 Louisiana  Houston, TX 77002**

Craft, Zachary L.   (00068266)
One Shell Plaza 910 Louisiana Houston, TX 77002
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2013    Term Date: 12/31/2013

Kuryla, Matthew   (00068267)
One Shell Plaza 910 Louisiana Houston, TX 77002
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2013    Term Date: 12/31/2013

**Social Solutions**
**425 Williams Ct. Ste 100  Baltimore, MD 21220**

Bowen, Marshall   (00068818)
1001 Congress Suite 350 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 03/14/2013    Term Date: 12/31/2013

Britton, Chris   (00066022)
1001 Congress Ave. Suite 350 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 03/14/2013    Term Date: 12/31/2013

Doerr, Douglas   (00068817)
1001 Congress Suite 350 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 03/14/2013    Term Date: 12/31/2013

**Society for Heart Attack Prevention & Eradication**
**710 North Post Oak Road, Ste 400  Houston, TX 77024**

Rice, Chuck Jr.   (00013547)
PO BOX 2154  AUSTIN, TX 78768-2154
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/07/2013    Term Date: 12/31/2013

**Solar Energy Industries Association (SEIA) f/k/a The Solar Alliance**
**505 9th Street N.W. Suite 800  Washington, DC 20004**

Hughes, Christopher   (00056532)
111 Congress Avenue Suite 1400 Austin, TX 78701-4093
Type of Compensation: Earned
$25,000 - $49,999.99

**Solara Healthcare, LLP**
**7 Village Circle, Suite 150   Westlake, TX 76262**

Butler, Carley   (00067075)
1122 Colorado, Suite 320   Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2013    Term Date: 12/31/2013

Moore, Blanton   (00015058)
1122 Colorado, Suite 320   Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2013    Term Date: 12/31/2013

Shearer, James F.   (00039221)
1122 Colorado Suite 320   Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/01/2013    Term Date: 12/31/2013

Thoman, Esme Elisabeth   (00067347)
1122 Colorado, Suite 320   Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2013    Term Date: 12/31/2013

**SolarBridge Technologies**
**8310 Capitol of Texas Highway North, Suite 295   Austin, TX 78731**

Bingham, Alfred L. Jr.   (00066782)
1220 Colorado Street, Suite 100   Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/25/2013    Term Date: 12/31/2013

Graves, Annette   (00068724)
1220 Colorado Street, Suite 100   Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/25/2013    Term Date: 12/31/2013

Mays, Daniel Brookhart   (00057208)
1220 Colorado Street, Suite 100   Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/25/2013    Term Date: 12/31/2013

McWilliams, Andrea   (00033593)
1220 Colorado Street, Suite 100   Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/25/2013    Term Date: 12/31/2013

McWilliams, Dean R.   (00039980)

```
1220 Colorado Street, Suite 100  Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/25/2013    Term Date: 12/31/2013
```

**Solix, Inc.**
**30 Lanidex Plaza West PO Box 685  Parsippany, NJ 07054**

```
Hinkle, Ron   (00050593)
P.O. Box 11664  Austin, TX 78711
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/25/2013    Term Date: 12/31/2013
```

**Solix, Inc.**
**100 South Jefferson Road  Whippany, NJ 07981**

```
Castaneda, Tristan Jr.   (00030333)
816 Congress Suite 1120 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/01/2013    Term Date: 12/31/2013

Peeler, William Robert Jr.   (00060695)
816 Congress Avenue, Suite 1120  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 03/04/2013    Term Date: 12/31/2013
```

**Some Partnerships**
**C/O Glen Rosenbaum 2300 First City Tower, 1001 Fannin  Houston, TX 77002**

```
Arnold, Gordon D. Jr.   (00013682)
1122 Colorado Street Suite 220 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/09/2013    Term Date: 12/31/2013

Booth, Brittney   (00067206)
1980 Post Oak Boulevard Suite 1380 Houston, TX 77056
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2013    Term Date: 12/31/2013

Kuhl, P. John Jr.   (00013743)
1980 Post Oak Boulevard Suite 1380 Houston, TX 77056
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2013    Term Date: 12/31/2013

Sanford, Marion   (00013727)
1980 Post Oak Boulevard Suite 1380 Houston, TX 77056
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/01/2013    Term Date: 12/31/2013
```

**Somerville Indpendent School District**
**P.O. Box 997  Somerville, TX 77879**

```
Borreca, Christopher P.   (00054010)
Thompson & Horton LLP 3200 Southwest Frwy, Suite 2000 Houston, TX 77027
```

Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 03/26/2013    Term Date: 12/31/2013


Horton, Janet Little   (00062497)
Thompson & Horton LLP 3200 Southwest Frwy. Suite 2000 Houston, TX 77027
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 03/26/2013    Term Date: 12/31/2013

**Source Strategies, Inc.**
**)O Box 120055  San Antonio, TX 78212**

Siebert, William E.   (00021037)
2014 Via Vineda  san antonio, TX 78258-4519
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 04/05/2013    Term Date: 12/31/2013

**South Texas Association of Schools**
**213 Mesquite  Laguna Vista, TX 78578**

Brownson, Amanda   (00065329)
400 W. 15th Street Suite 1410 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/08/2013    Term Date: 12/31/2013

Casey, Daniel T.   (00013900)
400 W. 15th Street Suite 1410 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/08/2013    Term Date: 12/31/2013

Culwell, L. Curtis   (00066702)
400 W. 15th Street Suite 1410 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/08/2013    Term Date: 12/31/2013

Moak, Lynn M.   (00024362)
400 W. 15th Street Suite 1410 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/08/2013    Term Date: 12/31/2013

Popinski, Robert M.   (00065330)
400 W. 15th Street Suite 1410 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/08/2013    Term Date: 12/31/2013


Whitsett, Maria   (00068121)
400 W. 15th Street Suite 1410 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/08/2013    Term Date: 12/31/2013

**South Texas Blood & Tissue Center**
**6221 IH-10 West  San Antonio, TX 78201**

```
Cantella, Richard C.   (00054009)
PO Box 684801  Austin, TX 78768
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/11/2013     Term Date: 12/31/2013


Hosek, Chris   (00066901)
1122 Colorado, Suite 102  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/13/2013     Term Date: 12/31/2013


Pitts, John R.   (00037179)
1122 Colorado Street, Suite 102  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/25/2013     Term Date: 12/31/2013
```

**South Texas Dental**
**6300 W. Loop S. Ste. 650  Bellaire, TX 77401**

```
Arnold, Ellen   (00053551)
815A Brazos St., PMB 545  Austin, TX 78701
Type of Compensation: Prospective
$ 0.00
Client - Start: 01/12/2013     Term Date: 12/31/2013


Arnold, Jay   (00065253)
4216 Dos Cabezas  Austin, TX 78749
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/12/2013     Term Date: 12/31/2013


Arnold, Jim   (00039050)
815A Brazos St., PMB 545  Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/12/2013     Term Date: 12/31/2013
```

**South Texas ISD**
**100 Med High Drive  Mercedes, TX 78570**

```
Brownson, Amanda   (00065329)
400 W. 15th Street Suite 1410 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/08/2013     Term Date: 12/31/2013


Casey, Daniel T.   (00013900)
400 W. 15th Street Suite 1410 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/08/2013     Term Date: 12/31/2013



Culwell, L. Curtis   (00066702)
400 W. 15th Street Suite 1410 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/08/2013     Term Date: 12/31/2013
```

```
Moak, Lynn M.    (00024362)
400 W. 15th Street Suite 1410 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/08/2013    Term Date: 12/31/2013


Popinski, Robert M.    (00065330)
400 W. 15th Street Suite 1410 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/08/2013    Term Date: 12/31/2013


Whitsett, Maria    (00068121)
400 W. 15th Street Suite 1410 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/08/2013    Term Date: 12/31/2013
```

**South Texas Money Management, Ltd.**
**100 W. Olmos Dr. Suite 100  San Antonio, TX 78212**

```
Ivie Miller, Lisa K.    (00033885)
7615 Creekbluff Drive  Austin, TX 78750
Type of Compensation: Paid
$50,000 - $99,999.99
Client - Start: 01/01/2013    Term Date: 12/31/2013
```

**South Texas Water Utilities Managers Association**
**1300 Houston Avenue  McAllen, TX 78501**

```
Lopez, Elvia Caballero    (00050571)
P.O. Box 2670  Austin, TX 78768
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/01/2013    Term Date: 12/31/2013
```

**Southcross**
**1700 Pacific Avenue Suite 2900  Dallas, TX 75201**

```
Mann, James E.    (00013930)
Duggins Wren Mann & Romero, LLP 600 Congress Ave., Suite 1900 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/04/2013    Term Date: 12/31/2013
```

**Southeast Leon County Emergency Services District No. 1**
**2705 Bee Cave Rd., Suite 200  Austin, TX 78746**

```
Carlton, John J.    (00025383)
2705 Bee Cave Rd., Suite 200  Austin, TX 78746
Type of Compensation: Prospective
$ 0.00
Client - Start: 01/01/2013    Term Date: 12/31/2013
```

**Southeast Travis County Municipal Utility District No. 1**
**100 Congress Ave., Ste. 1300  Austin, TX 78701**

```
Bartram, John W.   (00054211)
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2013    Term Date: 12/31/2013


Brooks Littlefield, Sue   (00012866)
100 Congress Avenue Suite 1300 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2013    Term Date: 12/31/2013
```

**Southeast Travis County Municipal Utility District No. 2**
**100 Congress Ave., Ste. 1300  Austin, TX 78701**

```
Bartram, John W.   (00054211)
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2013    Term Date: 12/31/2013


Brooks Littlefield, Sue   (00012866)
100 Congress Avenue Suite 1300 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2013    Term Date: 12/31/2013
```

**Southeast Travis County Municipal Utility District No. 3**
**100 Congress Ave., Ste. 1300  Austin, TX 78701**

```
Bartram, John W.   (00054211)
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2013    Term Date: 12/31/2013


Brooks Littlefield, Sue   (00012866)
100 Congress Avenue Suite 1300 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2013    Term Date: 12/31/2013
```

**Southeast Travis County Municipal Utility District No. 4**
**100 Congress Ave., Ste. 1300  Austin, TX 78701**

```
Bartram, John W.   (00054211)
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2013    Term Date: 12/31/2013


Brooks Littlefield, Sue   (00012866)
100 Congress Avenue Suite 1300 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2013    Term Date: 12/31/2013
```

**Southern County Mutual**

**5525 LBJ Freeway  Dallas, TX 75240**

Bryan, Bradley C.   (00010264)
1122 Colorado St. Suite #301 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/10/2013    Term Date: 12/31/2013


Engram, Max B.   (00068968)
1122 Colorado, Ste 301  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/19/2013    Term Date: 12/31/2013


Woods, Lee A.   (00014943)
1122 Colorado, Ste 301  Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/03/2013    Term Date: 12/31/2013


**Southern Crushed Concrete, LLC**
**9303 New Trails Dr., Suite 250  The Woodlands, TX 77381**

Bosse, Fred M.   (00019791)
13410 Holly Park  Houston, TX 77015
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/02/2013    Term Date: 12/31/2013


**Southern Energy Solution Group, LLC**
**2336 South East Ocean Boulevard, #204  Stuart, FL 34996**

Mays, Daniel Brookhart   (00057208)
1220 Colorado Street, Suite 100  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/25/2013    Term Date: 12/31/2013


McWilliams, Andrea   (00033593)
1220 Colorado Street, Suite 100  Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/25/2013    Term Date: 02/20/2013


**Southern Energy, LLC**
**1700 Pacific Ave., Suite 2900  Dallas, TX 75201**

Romero, Celina   (00065634)
600 Congress Suite 1900 Austin, TX 78701
Type of Compensation: Prospective
$ 0.00
Client - Start: 01/03/2013    Term Date: 12/31/2013


**Southern Methodist University**
**P. O. Box 750132  Dallas, TX 75275-0132**

Ward, Paul J.   (00067236)
P. O. Box 750132  Dallas, TX 75275-0132
Type of Compensation: Paid
$10,000 - $24,999.99
Client - Start: 01/08/2013    Term Date: 12/31/2013

**Southern Multifoods, Inc.**
**101 E. Cherokee  Jacksonville, TX 75766**

Hughey, Gaylord T. Jr.   (00029455)
305 Ferrell Place  Tyler, TX 75702
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/14/2013    Term Date: 12/31/2013

**Southern Power Company**
**600 North 18th Street Suite 15N-8198  Birmingham, AL 35203**

Mann, James E.   (00013930)
Duggins Wren Mann & Romero, LLP 600 Congress Ave., Suite 1900 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/04/2013    Term Date: 12/31/2013

Romero, Celina   (00065634)
600 Congress Suite 1900 Austin, TX 78701
Type of Compensation: Prospective
$ 0.00
Client - Start: 01/03/2013    Term Date: 12/31/2013

**Southwest Airlines Company**
**PO Box 3661  Dallas, TX 75235-1611**

Brown, Jay P.   (00039172)
1001 Congress Ave. Suite 400 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2013    Term Date: 12/31/2013

Gibson, Machree Garrett   (00028312)
1001 Congress Ave. Suite 400 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2013    Term Date: 12/31/2013

Graydon, Galt   (00013173)
1001 Congress Ave. Suite 400 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2013    Term Date: 12/31/2013

Propes, Jay W.   (00014474)
1001 Congress Ave. Suite 400 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2013    Term Date: 12/31/2013

Swan, Shannon Lea   (00014744)
1001 Congress Ave. Suite 400 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2013    Term Date: 12/31/2013

**Southwest Airlines**
**P.O. Box 36611  Dallas, TX 75235-1611**

  Hull, Sherri M.   (00038801)
  3208 Rustic River Cove  Austin, TX 78746
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/01/2013    Term Date: 12/31/2013

**Southwest Key Programs**
**6002 Jain Lane  Austin, TX 78721**

  Pitts, John R.   (00037179)
  1122 Colorado Street, Suite 102  Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/25/2013    Term Date: 12/31/2013

  Reyes, Nellie   (00068975)
  1122 Colorado Suite 100 Austin, TX 78701
  Type of Compensation: Prospective
  $50,000 - $99,999.99
  Client - Start: 02/14/2013    Term Date: 12/31/2013

**Southwest Movers Association**
**700 East 11th Street  Austin, TX 78701**

  Borskey, Mark D.   (00060125)
  919 Congress Avenue Suite 1030 Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/04/2013    Term Date: 12/31/2013

**Southwest Pipe Trades Association**
**3630 Belgium Lane  San Antonio, TX 78219**

  Aguilar, Leonard   (00069190)
  3630 belgium Lane  San Antonio, TX 78219
  Type of Compensation: Earned
  $10,000 - $24,999.99
  Client - Start: 04/26/2013    Term Date: 12/31/2013

**Southwest Research Institute**
**6220 Culebra Road  San Antonio, TX 78238**

  Koebele, Stephen P.   (00054021)
  1108 Lavaca Street, Suite 110-484  Austin, TX 78701
  Type of Compensation: Prospective
  $10,000 - $24,999.99
  Client - Start: 01/01/2013    Term Date: 12/31/2013

**Southwest Securities, Inc.**
**701 Brazos, Suite 400  Austin, TX 78701**

  Salinas, Derlis III   (00043040)
  1221 S Mopac Expwy, Suite 365  Austin, TX 78746
  Type of Compensation: Prospective
  $25,000 - $49,999.99
  Client - Start: 04/09/2013    Term Date: 12/31/2013

**Southwest Tow Operators**
**811 South Central Expressway Suite 200  Richardson, TX 75080**

    Floyd, Robert A.   (00013261)
    111 Congress Avenue, Suite 500  Austin, TX 78701
    Type of Compensation: Prospective
    $10,000 - $24,999.99
    Client - Start: 01/01/2013    Term Date: 12/31/2013

    Huddleston, Cheri   (00060638)
    111 Congress Avenue, Suite 500  Austin, TX 78701
    Type of Compensation: Prospective
    $10,000 - $24,999.99
    Client - Start: 01/01/2013    Term Date: 12/31/2013

**SouthWestern Association**
**PO Box 419264  Kansas City, MO 64141-6264**

    Brown, Jay P.   (00039172)
    1001 Congress Ave. Suite 400 Austin, TX 78701
    Type of Compensation: Paid
    Less Than $10,000.00
    Client - Start: 01/01/2013    Term Date: 12/31/2013

    Gibson, Machree Garrett   (00028312)
    1001 Congress Ave. Suite 400 Austin, TX 78701
    Type of Compensation: Paid
    Less Than $10,000.00
    Client - Start: 01/01/2013    Term Date: 12/31/2013

    Graydon, Galt   (00013173)
    1001 Congress Ave. Suite 400 Austin, TX 78701
    Type of Compensation: Paid
    Less Than $10,000.00
    Client - Start: 01/01/2013    Term Date: 12/31/2013

    Propes, Jay W.   (00014474)
    1001 Congress Ave. Suite 400 Austin, TX 78701
    Type of Compensation: Paid
    Less Than $10,000.00
    Client - Start: 01/01/2013    Term Date: 12/31/2013

    Swan, Shannon Lea   (00014744)
    1001 Congress Ave. Suite 400 Austin, TX 78701
    Type of Compensation: Paid
    Less Than $10,000.00
    Client - Start: 01/01/2013    Term Date: 12/31/2013

**Southwestern Electric Power Company**
**400 W. 15th Street, Suite 1500  Austin, TX 78701**

    Black, Robert   (00065038)
    400 W. 15th Street, Suite 1500  Austin, TX 78701
    Type of Compensation: Prospective
    $100,000 - $149,999.99
    Client - Start: 01/01/2013    Term Date: 12/31/2013

```
Covey, E. Ray   (00066184)
400 W. 15th Street, Suite 1500  Austin, TX 78701
Type of Compensation: Prospective
$100,000 - $149,999.99
Client - Start: 01/01/2013    Term Date: 12/31/2013




Gibbs, Gary J.   (00035312)
400 W. 15th Street, Suite 1500  Austin, TX 78701
Type of Compensation: Prospective
$100,000 - $149,999.99
Client - Start: 01/01/2013    Term Date: 12/31/2013

Hughes, Gilbert T.   (00065064)
400 W. 15th Street, Suite 1500  Austin, TX 78701
Type of Compensation: Prospective
$100,000 - $149,999.99
Client - Start: 01/01/2013    Term Date: 12/31/2013

Tarlton, Patrick R.   (00066185)
400 W. 15th Street, Suite 1500  Austin, TX 78701
Type of Compensation: Prospective
$100,000 - $149,999.99
Client - Start: 01/01/2013    Term Date: 12/31/2013
```

**Southwestern Electric Power Company**
**539 North Carancahua  Corpus Christi, TX 78401**

```
Reyes, Julio C.   (00051897)
539 N. Carancahua  Corpus Christi, TX 78401
Type of Compensation: Prospective
$100,000 - $149,999.99
Client - Start: 01/01/2013    Term Date: 12/31/2013
```

**Southwestern Medical Foundation**
**2305 Cedar Springs Road, Suite 150  Dallas, TX 75201**

```
Millsap, Michael D.   (00050708)
P.O. Box 684744  Austin, TX 78768
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/02/2013    Term Date: 12/31/2013
```

**Southwestern Public Service Company**
**P. O. Box 1261  Amarillo, TX 79105**

```
Jackson, Alice K.   (00068163)
P.O. Box 1261  Amarillo, TX 79105
Type of Compensation: Prospective
$ 0.00
Client - Start: 01/02/2013    Term Date: 12/31/2013
```

**Sowell Wallisville Partners, L.P.**
**1601 Elm St., Suite 300  Dallas, TX 75201**

```
Scott, Natalie B.   (00064060)
901 S. Mopac Expressway Bldg. 1, Suite 500 Austin, TX 78746
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 02/11/2013    Term Date: 12/31/2013
```

**Space Exploration Technologies Corp.**
**1 Rocket Road  Hawthorne, CA 90250-6844**

Beggs, April   (00056213)
300 West 6th Street, Suite 2050  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/22/2013   Term Date: 12/31/2013


Dreyer, Lauren   (00068687)
1 Rocket RD  McGregor, TX 76657
Type of Compensation: Paid
$10,000 - $24,999.99
Client - Start: 01/10/2013   Term Date: 12/31/2013

McDaniel, Demetrius   (00013335)
300 West 6th Street, Suite 2050  Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/22/2013   Term Date: 12/31/2013

Schenewerk, Caryn B.   (00068650)
1030 15th St NW Suite 220E Washington, DC 20005
Type of Compensation: Paid
$10,000 - $24,999.99
Client - Start: 01/10/2013   Term Date: 12/31/2013

Villarreal, Celeste I.   (00060540)
300 West 6th Street, Suite 2050  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/22/2013   Term Date: 12/31/2013

**Space Exploration Technologies**
**1 Rocket Road  Hawthorne, CA 90250**

Park, Joseph H.   (00055099)
P. O. Box 1206  Austin, TX 78767
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/21/2013   Term Date: 12/31/2013

**SpeakWrite**
**6011 West Courtyard Drive Suite 450  Austin, TX 78730**

Evans, Richard W.   (00034432)
919 Congress Avenue Suite 425 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/08/2013   Term Date: 12/31/2013

Hendon, Morgan   (00069007)
919 Congress Ave. Suite 425 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/27/2013   Term Date: 12/31/2013

Stewart, Scott   (00068518)
919 Congress Avenue Suite 425 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00

Client - Start: 01/08/2013    Term Date: 12/31/2013


Yarnell, William H.   (00051215)
ATTN: Janet Traxler 919 Congress Ave. Suite 450 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/10/2013    Term Date: 12/31/2013


**Spec's Wines, Spirits & Finer Foods**
**2410 Smith Street  Houston, TX 77006**

  Short, Jim  (00013921)
  P.O. Box 188  Fulshear, TX 77441
  Type of Compensation: Prospective
  $50,000 - $99,999.99
  Client - Start: 01/28/2013    Term Date: 12/31/2013


**Specialty Vehicle Institute of America**
**2 Jenner Suite 150  Irvine, CA 92618-3806**

  Hardy, Richard G.   (00013463)
  700 Lavaca Street, Suite 1400  Austin, TX 78701
  Type of Compensation: Prospective
  Less Than $10,000.00
  Client - Start: 01/09/2013    Term Date: 12/31/2013


**Spectra Energy Gas Transmission**
**5400 Westheimer Court  Houston, TX 77056**

  Wied, Lauren A.   (00068693)
  P.O. Box 67  Austin, TX 78767
  Type of Compensation: Prospective
  $25,000 - $49,999.99
  Client - Start: 01/03/2013    Term Date: 12/31/2013


  Woodard, W. Shayne   (00028738)
  P.O. Box 67  Austin, TX 78767
  Type of Compensation: Prospective
  $25,000 - $49,999.99
  Client - Start: 01/03/2013    Term Date: 12/31/2013


**Spectrum Association Management, LP**
**17319 San Pedro Suite 318  San Antonio, TX 78232**

  Brown, Jay P.   (00039172)
  1001 Congress Ave. Suite 400 Austin, TX 78701
  Type of Compensation: Paid
  Less Than $10,000.00
  Client - Start: 01/01/2013    Term Date: 12/31/2013


  Gibson, Machree Garrett   (00028312)
  1001 Congress Ave. Suite 400 Austin, TX 78701
  Type of Compensation: Paid
  Less Than $10,000.00
  Client - Start: 01/01/2013    Term Date: 12/31/2013


  Graydon, Galt   (00013173)

```
1001 Congress Ave. Suite 400 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2013     Term Date: 12/31/2013


Propes, Jay W.   (00014474)
1001 Congress Ave. Suite 400 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2013     Term Date: 12/31/2013




Swan, Shannon Lea   (00014744)
1001 Congress Ave. Suite 400 Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/01/2013     Term Date: 12/31/2013
```

**Speedway Motorsports Inc.**
**5555 Concord Parkway South   Concord, NC 28027**

```
Jones, Neal T. Jr.   (00013745)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/11/2013     Term Date: 12/31/2013

McCartt, J.   (00050674)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/11/2013     Term Date: 12/31/2013

Smith, R. Clint   (00012842)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/11/2013     Term Date: 12/31/2013
```

**Speedy Cash Intermediate Holdings Corp.**
**3527 North Ridge Road   Wichita, KS 67205**

```
Castaneda, Tristan Jr.   (00030333)
816 Congress Suite 1120 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 02/14/2013     Term Date: 12/31/2013

Findley, Brett   (00065467)
816 Congress Avenue, Suite 1120  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/24/2013     Term Date: 12/31/2013

Peeler, William Robert Jr.   (00060695)
816 Congress Avenue, Suite 1120  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/25/2013     Term Date: 12/31/2013
```

```
Stewart, Michael K.    (00014717)
816 Congress Avenue, Suite 1120  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/31/2013     Term Date: 12/31/2013

Urrabazo, John P.    (00053487)
816 Congress Avenue, Suite 1120  Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/25/2013     Term Date: 12/31/2013
```

**Sphere 3 Environmental, Inc.**
**1501 Bill Owens Parkway  Longview, TX 75604**

```
Compton, Gary D.    (00014432)
98 San Jacinto Suite 1900 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/13/2013     Term Date: 12/31/2013

Morriss, James C. III    (00035341)
98 San Jacinto Blvd., Ste. 1900  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/20/2013     Term Date: 12/31/2013

Phillips, Ashley T. K.    (00069141)
98 San Jacinto Boulevard Suite 1900 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 04/09/2013     Term Date: 12/31/2013
```

**SpineSmith Partners, L.P.**
**93 Red River Street  Austin, TX 78701**

```
Castaneda, Tristan Jr.    (00030333)
816 Congress Suite 1120 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/14/2013     Term Date: 12/31/2013

Findley, Brett    (00065467)
816 Congress Avenue, Suite 1120  Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/24/2013     Term Date: 12/31/2013

Peeler, William Robert Jr.    (00060695)
816 Congress Avenue, Suite 1120  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/25/2013     Term Date: 12/31/2013

Stewart, Michael K.    (00014717)
816 Congress Avenue, Suite 1120  Austin, TX 78701
```

```
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/31/2013    Term Date: 12/31/2013


Urrabazo, John P.   (00053487)
816 Congress Avenue, Suite 1120  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/25/2013    Term Date: 12/31/2013
```

**Splendora Independent School District**
**23419 FM 2090  Splendora, TX 77372**

```
Borreca, Christopher P.   (00054010)
Thompson & Horton LLP 3200 Southwest Frwy, Suite 2000 Houston, TX 77027
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 03/26/2013    Term Date: 12/31/2013




Horton, Janet Little   (00062497)
Thompson & Horton LLP 3200 Southwest Frwy. Suite 2000 Houston, TX 77027
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 03/26/2013    Term Date: 12/31/2013
```

**Spring Branch Independent School District**
**955 Campbell Road  Houston, TX 77224**

```
Webster, Richard Todd   (00068851)
1122 Colorado Suite 102 Ausitn, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/11/2013    Term Date: 12/31/2013
```

**Spring Branch Indpendent School District**
**955 Campbell Road  Houston, TX 77024**

```
Borreca, Christopher P.   (00054010)
Thompson & Horton LLP 3200 Southwest Frwy, Suite 2000 Houston, TX 77027
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 03/26/2013    Term Date: 12/31/2013


Horton, Janet Little   (00062497)
Thompson & Horton LLP 3200 Southwest Frwy. Suite 2000 Houston, TX 77027
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 03/26/2013    Term Date: 12/31/2013
```

**Spring Independent School District**
**16717 Ella Boulevard  Houston, TX 77090-4299**

```
Borreca, Christopher P.   (00054010)
Thompson & Horton LLP 3200 Southwest Frwy, Suite 2000 Houston, TX 77027
Type of Compensation: Prospective
$ 0.00
Client - Start: 01/09/2013    Term Date: 03/26/2013


Horton, Janet Little   (00062497)
Thompson & Horton LLP 3200 Southwest Frwy. Suite 2000 Houston, TX 77027
Type of Compensation: Prospective
```

Less Than $10,000.00
Client - Start: 01/09/2013        Term Date: 12/31/2013

**Springleaf Finance Management Corporation**
**601 NW Second Street   Evansville, IN 47708**

Culley, Robert D.   (00013616)
1315 Nueces Street  Austin, TX 78701
Type of Compensation: Paid
$10,000 - $24,999.99
Client - Start: 02/28/2013        Term Date: 12/31/2013

Goodell-Polan, Deborah   (00013768)
P.O. Box 50272  Austin, TX 78763
Type of Compensation: Paid
$25,000 - $49,999.99
Client - Start: 01/21/2013        Term Date: 12/31/2013

Polan, Kraege   (00013539)
1315 Nueces Street  Austin, TX 78701
Type of Compensation: Paid
$10,000 - $24,999.99
Client - Start: 02/28/2013        Term Date: 12/31/2013

**SPRINT COMMUNICATIONS COMPANY L.P.**
**6391 SPRINT PKWY   OVERLAND PARK, KS 66251**

Casey, Robin A.   (00035851)
PO BOX 97  HARPSWELL, ME 00479
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 03/27/2013        Term Date: 12/31/2013

**Sprint Nextel**
**919 Congress Avenue Suite 550   Austin, TX 78701**

Morgan, Thomas Todd   (00053479)
400 West 15th St. Suite 1400 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 04/04/2013        Term Date: 12/31/2013

**Sprint**
**6450 SPRINT PKWY   Overland Park, KS 66251**

Cruz, Velma   (00058675)
106 E. 6th St. Suite 916 Austin, TX 78701
Type of Compensation: Earned
$25,000 - $49,999.99
Client - Start: 01/04/2013        Term Date: 12/31/2013

**St. Joseph Regional Health Center**
**2801 Franciscan Drive   Bryan, TX 77802**

Gilbert, Don A.   (00030056)
401 West 15th Street, Suite 870  Austin, TX 78701
Type of Compensation: Prospective

```
$10,000 - $24,999.99
Client - Start: 01/02/2013      Term Date: 12/31/2013
```

**St. Joseph Regional Medical Center**
**2801 Franciscan Drive  Bryan, TX 77802**

```
Tonn, Larry L.   (00012292)
401 West 15th Street, Suite 870  Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/02/2013      Term Date: 12/31/2013
```

**St. Mary's University**
**One Camino Santa Maria  San Antonio, TX 78228**

```
Courreges, David Carl   (00061162)
P.O. Box 92648  Austin, TX 78709-2648
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/22/2013      Term Date: 12/31/2013
```

**Stadler Bussnang AG**
**Ernst-Stadler-Strasse 1 9565 Bussnang, Switzerland   TX**

```
Borskey, Mark D.   (00060125)
919 Congress Avenue Suite 1030 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/04/2013      Term Date: 12/31/2013
```

**Stadler US**
**231 N. Avenue W #112   Westfield, NJ 07090-1482**

```
Bird, Brandi   (00068452)
6101 Long Prairie Road Ste. 744-240 Flowermound, TX 75025
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/10/2013      Term Date: 12/31/2013
```

**Stafford Municipal School District**
**1625 Staffordshire Rd  Stafford, TX 77477**

```
Borreca, Christopher P.   (00054010)
Thompson & Horton LLP 3200 Southwest Frwy, Suite 2000 Houston, TX 77027
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 03/26/2013      Term Date: 12/31/2013

Cantella, Richard C.   (00054009)
PO Box 684801  Austin, TX 78768
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/11/2013      Term Date: 12/31/2013

Horton, Janet Little   (00062497)
Thompson & Horton LLP 3200 Southwest Frwy. Suite 2000 Houston, TX 77027
Type of Compensation: Prospective
Less Than $10,000.00
```

```
Client - Start: 03/26/2013    Term Date: 12/31/2013


Pitts, John R.   (00037179)
1122 Colorado Street, Suite 102  Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/25/2013    Term Date: 12/31/2013
```

**Stand For Children Texas**
**1524 S. IH 35 Suite 310  Austin, TX 78704**

```
Frazier, J. Kyle   (00013170)
823 Congress Suite 1010 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/11/2013    Term Date: 12/31/2013


Hayes, Patricia   (00030405)
P.O. Box 3709  Pflugerville, TX 78691
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 02/11/2013    Term Date: 12/31/2013




LeBas, James   (00060128)
823 Congress Ave., Suite 1010  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/11/2013    Term Date: 12/31/2013
```

**Stand For Children, Inc**
**1732 NW Quimby St STE 200   Portland, OR 97209**

```
Aquino-Garza, Priscilla   (00068970)
701 Brazos Street, Suite 500  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/12/2013    Term Date: 04/19/2013


Booker, Robert Jerel   (00067324)
1732 NW Quimby Suite 200 Portland, OR 97209
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/10/2013    Term Date: 12/31/2013
```

**Stark Holding Inc.**
**1705 South Capital of Texas Highway, Suite 200  Austin, TX 78746-6554**

```
Bingham, Alfred L. Jr.   (00066782)
1220 Colorado Street, Suite 100  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/25/2013    Term Date: 12/31/2013


Graves, Annette   (00068724)
1220 Colorado Street, Suite 100  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
```

Client - Start: 01/25/2013    Term Date: 12/31/2013

Mays, Daniel Brookhart    (00057208)
1220 Colorado Street, Suite 100  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/25/2013    Term Date: 12/31/2013

McWilliams, Andrea    (00033593)
1220 Colorado Street, Suite 100  Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/25/2013    Term Date: 12/31/2013

McWilliams, Dean R.    (00039980)
1220 Colorado Street, Suite 100  Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/25/2013    Term Date: 12/31/2013

**StarTex Power**
**3200 Southwest Freeway, # 1000  Houston, TX 77027**

Posey, C. Jake    (00059916)
208 West 14th Street, Suite 201  Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/01/2013    Term Date: 12/31/2013

**State Assoc. of Fire and Emergency Districts**
**P.O. Box 676  Pflugerville, TX 78691**

Katz, Howard L.    (00050996)
820 Gessner Suite 1710 Houston, TX 77024-8261
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/17/2013    Term Date: 12/31/2013

**State Association of Fire and Emergency Districts**
**P.O. Box 676  Pflugerville, TX 78691**

Campbell, Kenton P.    (00040047)
P. O. Box 26300  Austin, TX 78755-6300
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2013    Term Date: 12/31/2013

**State Bar of Texas**
**1414 Colorado Street  Austin, TX 78701**

Kelm, Ashley Ann    (00065277)
1414 Colorado Street  Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/10/2013    Term Date: 12/31/2013

Laney, KaLyn    (00057302)
1414 Colorado Street  Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/10/2013    Term Date: 12/31/2013

**State Farm Mutual Automobile Insurance Co.**
**P.O. Box 149300  Austin, TX 78714-9300**

```
Garcia, Michael   (00061080)
919 Congress Avenue, Suite 1500  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/08/2013   Term Date: 12/31/2013

Messer, Bill   (00013459)
919 Congress Avenue, Ste 1500  Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/22/2013   Term Date: 12/31/2013

Scott, Bruce   (00053030)
1122 Colorado, Suite 222  Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/08/2013   Term Date: 12/31/2013

Sibley, David   (00021032)
1122 Colorado Suite 222 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/07/2013   Term Date: 12/31/2013
```

**State Farm Mutual Automobile Insurance Co**
**PO Box 149300  Austin, TX 78714-9300**

```
Ross, Susan Baumbach   (00035051)
2703 Benbrook Dr  Austin, TX 78757
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/06/2013   Term Date: 12/31/2013
```

**State Farm Mutual Automobile Insurance Company**
**6034 West Courtyard Drive Suite 200  Austin, TX 78730**

```
Stuckemeyer, John D.   (00066508)
6034 West Courtyard Drive Suite 200 Austin, TX 78730
Type of Compensation: Prospective
$ 0.00
Client - Start: 01/08/2013   Term Date: 12/31/2013
```

**State Firemen's and Fire Marshals' Association of Texas**
**4450 Frontier Trail  Austin, TX 78745**

```
Blocker, Trey J.   (00055627)
508 West 14th Street  Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/22/2013   Term Date: 12/31/2013
```

**State National Insurance Company, Inc.**
**1900 L. Don Dodson Drive  Bedford, TX 76021**

```
Eschberger, Brenda   (00029854)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/16/2013    Term Date: 12/31/2013


Johnson, Michael J.   (00055885)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/16/2013    Term Date: 12/31/2013


Kelley, Russell T.   (00013737)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
$10,000 - $24,999.99
Client - Start: 01/16/2013    Term Date: 12/31/2013


Kemptner, Sara   (00057952)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/16/2013    Term Date: 12/31/2013


McGarah, Carol   (00051437)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
$10,000 - $24,999.99
Client - Start: 01/16/2013    Term Date: 12/31/2013




Waldon, Barbara   (00057030)
919 Congress Avenue, Suite 950  Austin, TX 78701
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/16/2013    Term Date: 12/31/2013
```

**State of Vermont**
**Department of Public Service 112 State Street - Drawer 20  Montpelier, VT 05620-2601**

```
Goodell-Polan, Deborah   (00013768)
P.O. Box 50272  Austin, TX 78763
Type of Compensation: Paid
Less Than $10,000.00
Client - Start: 01/21/2013    Term Date: 12/31/2013
```

**State Street Bank and Trust Company**
**100 Huntington Avenue, Tower 2, Floor 4  Boston, MA 02116**

```
Erskine, Candis B.   (00035590)
4304 Green Cliffs  Austin, TX 78746
Type of Compensation: Prospective
$ 0.00
Client - Start: 01/01/2013    Term Date: 12/31/2013


Erskine, John M. Jr.   (00012969)
111 Congress Avenue, Suite 900  Austin, TX 78701
Type of Compensation: Prospective
```

```
$50,000 - $99,999.99
Client - Start: 01/01/2013     Term Date: 12/31/2013


 Ford, Victoria C.   (00060035)
 111 Congress Avenue, Suite 900  Austin, TX 78701
 Type of Compensation: Prospective
 Less Than $10,000.00
 Client - Start: 01/01/2013     Term Date: 12/31/2013


 Leo, Myra   (00034631)
 111 Congress Avenue, Suite 900  Austin, TX 78701
 Type of Compensation: Prospective
 Less Than $10,000.00
 Client - Start: 01/01/2013     Term Date: 12/31/2013


 McGinnis, Larry D.   (00013432)
 111 Congress Avenue, Suite 900  Austin, TX 78701
 Type of Compensation: Prospective
 Less Than $10,000.00
 Client - Start: 01/01/2013     Term Date: 12/31/2013
```

**Stavely, Gerald**
**1622 W. Irving Blvd.  Irving, TX 75061**

```
 Cates, Phil   (00012852)
 P.O. Box 1163  Dripping Springs, TX 78620
 Type of Compensation: Prospective
 $10,000 - $24,999.99
 Client - Start: 01/20/2013     Term Date: 12/31/2013
```

**Stebbins Five Companies**
**600 E Whaley  Longview, TX 75601**

```
 Kelly, Coyle C.   (00012853)
 4214 Medical Parkway Suite 300 Austin, TX 78756
 Type of Compensation: Prospective
 Less Than $10,000.00
 Client - Start: 01/01/2013     Term Date: 12/31/2013
```

**Steering Committee of Cities Served by Oncor**
**816 Congress Avenue, Suite 1900  Austin, TX 78701**

```
 Brocato, Thomas L.   (00067443)
 816 Congress Ave. Suite 1900 Austin, TX 78701
 Type of Compensation: Prospective
 $25,000 - $49,999.99
 Client - Start: 01/07/2013     Term Date: 12/31/2013


 Crimmins, Adriane   (00068887)
 816 Congress Avenue Suite 1900 Austin, TX 78701
 Type of Compensation: Prospective
 $10,000 - $24,999.99
 Client - Start: 01/15/2013     Term Date: 12/31/2013
```

Dyer, Richard    (00065892)
816 Congress Avenue, Suite 1900   Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/07/2013     Term Date: 12/31/2013


Gay, Geoffrey M.    (00053659)
816 Congress Avenue Suite 1900 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/07/2013     Term Date: 12/31/2013


Ross, Susan Baumbach    (00035051)
2703 Benbrook Dr  Austin, TX 78757
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/06/2013     Term Date: 12/31/2013


Shelley, Dan    (00021009)
305 West 13th Street  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/11/2013     Term Date: 12/31/2013


Sledge, Brian L.    (00041086)
816 Congress Avenue Suite 1900 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/15/2013     Term Date: 12/31/2013

**Stephanie Rush dba RSK Services**
**P. O. Box 925928  Houston, TX 77292-5928**


Grant, Kathy    (00033418)
1122 Colorado Suite 100 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/08/2013     Term Date: 12/31/2013




**Stericycle, Inc.**
**28161 N. Keith Dr.  Lake Forest, IL 60045**


Evans, Richard W.    (00034432)
919 Congress Avenue Suite 425 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/08/2013     Term Date: 12/31/2013


Hendon, Morgan    (00069007)
919 Congress Ave. Suite 425 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/27/2013     Term Date: 12/31/2013


Stewart, Scott    (00068518)
919 Congress Avenue Suite 425 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/08/2013     Term Date: 12/31/2013

**Sterling Construction Company, Inc.**

**20810 Fernbush Lane   Houston, TX 77073**

Erskine, Candis B.   (00035590)
4304 Green Cliffs   Austin, TX 78746
Type of Compensation: Prospective
$ 0.00
Client - Start: 03/15/2013    Term Date: 12/31/2013

Erskine, John M. Jr.   (00012969)
111 Congress Avenue, Suite 900   Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 03/15/2013    Term Date: 12/31/2013

Ford, Victoria C.   (00060035)
111 Congress Avenue, Suite 900   Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 03/15/2013    Term Date: 12/31/2013

Leo, Myra   (00034631)
111 Congress Avenue, Suite 900   Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 03/15/2013    Term Date: 12/31/2013

McGinnis, Larry D.   (00013432)
111 Congress Avenue, Suite 900   Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 03/15/2013    Term Date: 12/31/2013

**Stewart Title Guaranty Company**
**100 Congress Avenue Suite 210   Austin, TX 78701**

Herrick, Mary Walden   (00053568)
P.O. Box 1806   Austin, TX 78767-1806
Type of Compensation: Paid
$ 0.00
Client - Start: 01/01/2013    Term Date: 12/31/2013

Lee, Randy M.   (00010191)
P.O. Box 1806   Austin, TX 78767
Type of Compensation: Paid
$ 0.00
Client - Start: 01/01/2013    Term Date: 12/31/2013

**Stewart Title Guaranty Company**
**1980 Post Oak Boulevard Suite 710   Houston, TX 77056**

Gosdin, James L.   (00013010)
P.O. Box 2029   Houston, TX 77252-2029
Type of Compensation: Paid
$ 0.00
Client - Start: 01/01/2013    Term Date: 12/31/2013

**Stewart Title Guaranty Company**
**1777 N.E. Loop 410 Suite 806   San Antonio, TX 78217**

Rothermel, John F.   (00039303)

1777 N. E. Loop 410 Suite 806 San Antonio, TX 78217
Type of Compensation: Paid
$ 0.00
Client - Start: 01/01/2013    Term Date: 12/31/2013

**Stockton Hicks Laffey**
**7301 Burnet Road, Suite 200  Austin, TX 78757**

Graves, Annette  (00068724)
1220 Colorado Street, Suite 100  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/25/2013    Term Date: 12/31/2013

Mays, Daniel Brookhart  (00057208)
1220 Colorado Street, Suite 100  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/25/2013    Term Date: 12/31/2013

McWilliams, Andrea  (00033593)
1220 Colorado Street, Suite 100  Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/25/2013    Term Date: 12/31/2013

**Stonehenge Capital Company, LLC**
**236 Third Street  Baton Rouge, LA**

Hinkle, Ron  (00050593)
P.O. Box 11664  Austin, TX 78711
Type of Compensation: Paid
$10,000 - $24,999.99
Client - Start: 01/25/2013    Term Date: 12/31/2013

**Stonehenge Capital**
**236 Third Street  Baton Rouge, LA 70808**

Delisi, Thomas  (00064063)
823 Congress Suite 1000B Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 05/01/2013    Term Date: 12/31/2013

Richmond, Travis  (00068743)
823 Congress Ave, Ste 1000B  Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 05/01/2013    Term Date: 12/31/2013

**Stonehenge Capital**
**236 Third Street  Baton Routge, LA 70808**

Ramirez, Rene A.  (00067982)
612 Nolana Suite 415 McAllen, TX 78504
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 05/01/2013    Term Date: 12/31/2013

**StoneRiver**
**P.O. Box 17124  Memphis, TN 38187-0124**

```
Castaneda, Tristan Jr.   (00030333)
816 Congress Suite 1120 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/01/2013    Term Date: 12/31/2013


Peeler, William Robert Jr.   (00060695)
816 Congress Avenue, Suite 1120  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 03/04/2013    Term Date: 12/31/2013
```

**Strake Jesuit College Preparatory**
**8900 Bellaire Blvd  Houston, TX 77036**

```
Hinkle, K. Daniel   (00014450)
3350 Highway 6 Suite 182 Sugar Land, TX 77478
Type of Compensation: Prospective
$ 0.00
Client - Start: 01/01/2013    Term Date: 12/31/2013


Ramos, Ryland   (00067673)
807 West 25th Street, Apt. 204  Austin, TX 78705
Type of Compensation: Prospective
$ 0.00
Client - Start: 01/02/2013    Term Date: 12/31/2013
```

**Strategic Materials, Inc**
**16365 Park Ten Place, Suite 200  Houston, TX 77084**

```
Stephens, Virginia   (00053695)
1108 Lavaca St., Suite 110-256  Austin, TX 78701
Type of Compensation: Earned
$10,000 - $24,999.99
Client - Start: 01/07/2013    Term Date: 12/31/2013
```

**Strategic Partnerships, Inc.**
**Barton Oaks Plaza One, Suite 100 901 S. Mopac Expressway  Austin, TX 78746**

```
Clay, Ryan A.   (00068831)
1122 Colorado Street Suite 102 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/18/2013    Term Date: 12/31/2013




Suehs, Thomas M.   (00013403)
1800 West 29th Street  Austin, TX 78703
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 02/18/2013    Term Date: 12/31/2013
```

**Stratus Properties Inc**
**98 San Jacinto Suite 220  Austin, TX 78701**

```
Phenix, William G.   (00050597)
PO Box 684551  Austin, TX 78768-4551
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/10/2013    Term Date: 12/31/2013
```

**Stratus Properties Operating Co., L.P.**
**212 Lavaca Street Suite 300  Austin, TX 78701**

Collins, Sharlene N.   (00012869)
100 Congress Avenue Suite 1300 Austin, TX 78701
Type of Compensation: Paid
$10,000 - $24,999.99
Client - Start: 01/01/2013    Term Date: 12/31/2013

**Stratus Properties, Inc.**
**212 Lavaca Suite 300  Austin, TX 78701**

Erben, Randall H.   (00013689)
807 Brazos Suite 402 Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/04/2013    Term Date: 12/31/2013

Somerville, Emily   (00066876)
807 Brazos Street Suite 402 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/04/2013    Term Date: 12/31/2013

Yarbrough, Brian G.   (00037475)
807 Brazos, Suite 402  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/04/2013    Term Date: 12/31/2013

**StreetCred Software, Inc.**
**337 James Lane  Bedford, TX 76022**

Goodman, Christie L.   (00050850)
1122 Colorado Street Suite 100 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/08/2013    Term Date: 12/31/2013

Goodman, Toby   (00020220)
1122 Colorado Street Suite 100 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/08/2013    Term Date: 12/31/2013

**Structural Engineers Association of Texas**
**9300 Sandstone  Austin, TX 78737**

Ellis, Ella M.   (00012824)
919 Congress Avenue Ste. 1100  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 03/06/2013    Term Date: 12/31/2013

Woomer, Eric   (00055991)
919 Congress Avenue, Suite 1100  Austin, TX 78701
Type of Compensation: Prospective

$25,000 - $49,999.99
Client - Start: 01/21/2013      Term Date: 12/31/2013


Wright, Charles Eric    (00043672)
919 Congress Avenue Suite  1100 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/11/2013      Term Date: 12/31/2013

**Studsvik Inc.**
**5605 Glenridge Drive, NE, Suite 705  Atlanta, GA 30342**

 Alcorta, Victor III    (00035415)
303 Vale Street  Austin, TX 78746
Type of Compensation: Prospective
$150,000 - $199,999.99
Client - Start: 01/10/2013      Term Date: 12/31/2013

**Suddenlink**
**3015 SSE Loop 323  Tyler, TX 75701**

 Ogle, John M.    (00050683)
3015 SSE Loop 323  Tyler, TX 75701
Type of Compensation: Paid
$ 0.00
Client - Start: 01/07/2013      Term Date: 12/31/2013

**Sueba 350 LP**
**1800 W. Loop South Suite 1300  Houston, TX 77027**

 Carter, Nancy    (00056973)
Allen Boone Humphries Robinson LLP 3200 Southwest Freeway, Ste 2600 Houston, TX 77027
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/09/2013      Term Date: 12/31/2013

 Hogan, Kristen    (00061565)
3200 Southwest Freeway Suite 2600 Houston, TX 77027
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/09/2013      Term Date: 12/31/2013

 Lary, Camm C. III    (00040174)
Allen Boone Humphries Robinson LLP 3200 Southwest Freeway, Suite 2600 Houston, TX 77027
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/09/2013      Term Date: 12/31/2013




 Richardson, Jody    (00013336)
1108 Lavaca Suite 510 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/09/2013      Term Date: 12/31/2013

**Sullo & Sullo LLP**
**2020 Southwest Freeway Suite 300  Houston, TX 77098**

```
Meachum, Kurt    (00065426)
P.O. Box 13506, Capitol Station   Austin, TX 78711
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 03/08/2013    Term Date: 12/31/2013
```

**Summit Dental Center, LP**
**5225 Katy Freeway, Suite 104   Houston, TX 77007-2264**

```
LaCroix, Damian    (00067056)
416 Westheimer Rd  Houston, TX 77006-3030
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 02/14/2013    Term Date: 12/31/2013
```

**Summit Power Group, Inc.**
**701 Winslow Way East, Suite B  Bainbridge Island, WA 98110**

```
Graves, Annette    (00068724)
1220 Colorado Street, Suite 100   Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/25/2013    Term Date: 12/31/2013

Mays, Daniel Brookhart    (00057208)
1220 Colorado Street, Suite 100   Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/25/2013    Term Date: 12/31/2013

McWilliams, Andrea    (00033593)
1220 Colorado Street, Suite 100   Austin, TX 78701
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/25/2013    Term Date: 12/31/2013
```

**sun partners capitol.lp**
**84 villa road   greenville, SC 29615**

```
Miller, Sidney C.    (00042143)
6407 highway 377  stephenville, TX 76401
Type of Compensation: Earned
$25,000 - $49,999.99
Client - Start: 03/01/2013    Term Date: 12/31/2013
```

**Sundance Services, Inc.**
**P.O. Box 1737  Eunice, NM 88231**

```
Stewart, Jay B.    (00031234)
111 Congress Avenue, Suite 500  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2013    Term Date: 12/31/2013
```

**Sunoco Logistics Partners, L. P.**
**1 Fluor Daniel Drive  Sugarland, TX 77478**

```
Ruckel, K. Grant    (00063562)
400 West 15th Street Suite 720 Austin, TX 78701
Type of Compensation: Prospective
$ 0.00
```

Client - Start: 01/04/2013   Term Date: 12/31/2013

**Sunoco Logistics Partners, L..P.**
**1 Fluor Daniel Drive  Sugarland, TX 77478**

Lewis, Ron E.   (00020172)
919 Congress Avenue Suite 1030 Austin, TX 78701
Type of Compensation: Prospective
$ 0.00
Client - Start: 01/11/2013   Term Date: 12/31/2013

**Sunovian Pharmaceuticals, Inc.**
**84 Waterford Drive  Marlborough, MA 01752**

Brown Emerson, Jennifer E.   (00055242)
2620 A Jefferson  Austin, TX 78703
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/20/2013   Term Date: 12/31/2013

Brown, J. E. Buster   (00019849)
P.O. Box 426  Austin, TX 78767
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/03/2013   Term Date: 12/31/2013

**Sunovion Pharmaceuticals Inc.**
**84 Waterford Drive  Marlborough, MA 01752**

Propes, Margaret   (00053153)
100 Wood Trail  West Lake Hills, TX 78746
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/01/2013   Term Date: 12/31/2013

**SunPower Corporation**
**1414 Harbour Way South  Richmond, CA 94804**

Foster, Wendy M.   (00056685)
PO Box 120188  Austin, TX 78703
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/17/2013   Term Date: 12/31/2013

Massingill, Gavin L.   (00063382)
P.O. Box 1583  Austin, TX 78767
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/10/2013   Term Date: 12/31/2013

**Sunrise Partners Inc.**
**1017 FM Rd 5  Aledo, TX 76008**

Valdez, Gerald A.   (00053423)

P.O. Box 12031  Austin, TX 78711
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/01/2013    Term Date: 12/31/2013

**SUNRx**
**Six Executive Campus Suite 400  Cherry Hill, NJ 08002**

Santos, Frank R.   (00011331)
1001 Congress Avenue Suite 100 Austin, TX 78701
Type of Compensation: Prospective
$100,000 - $149,999.99
Client - Start: 01/17/2013    Term Date: 12/31/2013

Sepulveda, Gabriel G.   (00068572)
1001 Congress Avenue Suite 100 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/17/2013    Term Date: 12/31/2013

**Superior HealthPlan, Inc.**
**2100 IH 35 South, Suite 202  Austin, TX 78704**

Glenn, Eric   (00038847)
1122 Colorado, Suite 200  Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/11/2013    Term Date: 12/31/2013

Schlueter, Stan   (00010198)
P. O. Box 2227  Austin, TX 78768
Type of Compensation: Prospective
$200,000 - $249,999.99
Client - Start: 01/11/2013    Term Date: 12/31/2013

**Superior HealthPlan, Inc**
**2100  S IH 35 Suite 202  Austin, TX 78704**

Munin, Holly   (00053147)
2100 S IH 35 Suite 202 Austin, TX 78704
Type of Compensation: Prospective
$100,000 - $149,999.99
Client - Start: 01/03/2013    Term Date: 12/31/2013

**Superior HealthPlan**
**2100 S IH 35 Ste 202  Austin, TX 78704**

Cheng, Karen   (00058071)
2100 S IH 35 Suite 202 Austin, TX 78704
Type of Compensation: Prospective
$100,000 - $149,999.99
Client - Start: 01/03/2013    Term Date: 12/31/2013

McKinney, Michael D. M.D.   (00025498)
2100 S IH 35 Ste. 200 Austin, TX 78704
Type of Compensation: Prospective
$100,000 - $149,999.99
Client - Start: 02/15/2013    Term Date: 12/31/2013

Wise, Tom   (00057376)
2100 S IH 35  Austin, TX 78704

Type of Compensation: Prospective
$100,000 - $149,999.99
Client - Start: 01/03/2013     Term Date: 12/31/2013


Wolfe, Jared A.   (00058060)
2100 S IH 35 Suite 202 Austin, TX 78704
Type of Compensation: Prospective
$100,000 - $149,999.99
Client - Start: 01/03/2013     Term Date: 12/31/2013

**Surface Equities Environmental, LLC**
**P. O. Box 1119  Mathis, TX 78368**


Berlanga, Hugo   (00019723)
28 Hewit Drive  Corpus Christi, TX 78404
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 04/09/2013     Term Date: 12/31/2013


**Susser Holdings Corporation**
**4525 Ayers St.  Corpus Christi, TX 78415**


Ramirez, Rene A.   (00067982)
612 Nolana Suite 415 McAllen, TX 78504
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 03/19/2013     Term Date: 12/31/2013


**Sustainable Energy and Economic Development (SEED) Coalition**
**1303 San Antonio St. Suite 100  Austin, TX 78701**


Hadden, Karen   (00054020)
1303 San Antonio St. Suite 100 Austin, TX 78701
Type of Compensation: Earned
$ 0.00
Client - Start: 01/01/2013     Term Date: 12/31/2013


**Sutron - MeteoStar**
**2111 Sam Bass Road  Round Rock, TX 78681**


Marquez, Rafael B. P.E.   (00012977)
2906 Victoria Cove  Round Rock, TX 78664
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/08/2013     Term Date: 12/31/2013


**SVCare Holdings LLC**
**c/o Kent Sullivan (Sutherland Asbill) 600 Congress Ave Suite 2000  Austin, TX 78701**


Britton, Chris   (00066022)
1001 Congress Ave. Suite 350 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/10/2013     Term Date: 12/31/2013

**SWAF, Inc. dba Aqualogic**
**5123 Blanco Rd.  San Antonio, TX 78216**

Castillo, Francisco   (00069158)
2712 N. Valley  Las Cruces, TX 88007
Type of Compensation: Earned
Less Than $10,000.00
Client - Start: 04/16/2013    Term Date: 12/31/2013

Clay, Megan J.   (00068982)
15303 Huebner Rd., Building 15 San Antonio, TX 78248
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/15/2013    Term Date: 12/31/2013

Earl, David L.   (00060454)
15303 Huebner Rd., Building 15 San Antonio, TX 78248
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/15/2013    Term Date: 12/31/2013

**Swedish Match North America, Inc.**
**P.O. Box 13297  Richmond, VA 23225**

Ellmer, Mindy R.   (00033421)
200 Congress Avenue, Unit #11E  Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/14/2013    Term Date: 12/31/2013

**Sweeney ISD**
**1310 North Elm Street  Sweeny, TX 77480**

Anderson, David D.   (00053708)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 04/18/2013    Term Date: 12/31/2013

Jones, Neal T. Jr.   (00013745)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 04/18/2013    Term Date: 12/31/2013

Miller, William J.   (00033567)
823 Congress Suite 900 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 04/18/2013    Term Date: 12/31/2013

**Swisher International, Inc.**
**459 E. 16th Street  Jacksonville, FL 32206**

Borskey, Mark D.   (00060125)
919 Congress Avenue Suite 1030 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/04/2013    Term Date: 12/31/2013

```
Fisher, Walter   (00013441)
919 Congress Suite 1500 Austin, TX 78701
Type of Compensation: Prospective
$100,000 - $149,999.99
Client - Start: 01/10/2013    Term Date: 12/31/2013


Munoz, Mario   (00035019)
919 Congress Ave. Suite 450 Austin, TX 78701
Type of Compensation: Prospective
$25,000 - $49,999.99
Client - Start: 01/09/2013    Term Date: 12/31/2013


Phenix, William G.   (00050597)
PO Box 684551  Austin, TX 78768-4551
Type of Compensation: Prospective
$50,000 - $99,999.99
Client - Start: 01/10/2013    Term Date: 12/31/2013
```

**SWWC Utilities, Inc.**
**12535 Reed Road  Sugar Land, TX 77478**

```
Beard, Amy C.   (00061114)
919 Congress Ave. Suite 1400 Austin, TX 78701
Type of Compensation: Prospective
$ 0.00
Client - Start: 01/04/2013    Term Date: 12/31/2013


Cammack, Kerry N.   (00022250)
919 Congress Avenue, Suite 1400  Austin, TX 78701
Type of Compensation: Prospective
$150,000 - $199,999.99
Client - Start: 01/04/2013    Term Date: 12/31/2013
```

**Syngenta Crop Protection**
**410 S Swing Road  Greensboro, NC 27409-2012**

```
Gentsch, C. Denise R.   (00055501)
PO Box 685064  Austin, TX 78768-5064
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/07/2013    Term Date: 12/31/2013
```

**Sysco Corporation**
**1390 Enclave Pkwy.  Houston, TX 77077-2099**

```
Essalin, Tony   (00068318)
4203 Montrose Blvd. Suite 450 Houston, TX 77006
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/17/2013    Term Date: 12/31/2013
```

**Sysco Food Services**
**1390 Enclave Parkway  Houston, TX 77077**

```
Evans, Richard W.   (00034432)
919 Congress Avenue Suite 425 Austin, TX 78701
Type of Compensation: Prospective
$10,000 - $24,999.99
Client - Start: 01/08/2013    Term Date: 12/31/2013
```

```
Hendon, Morgan   (00069007)
919 Congress Ave. Suite 425 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 02/27/2013    Term Date: 12/31/2013

Stewart, Scott   (00068518)
919 Congress Avenue Suite 425 Austin, TX 78701
Type of Compensation: Prospective
Less Than $10,000.00
Client - Start: 01/08/2013    Term Date: 12/31/2013
```

Concern List Part I:  0[zero]-C
Concern List Part II: D-L
Concern List Part IV:  T-Z
Lobby Lists & Reports