

HOME |   WHO WE ARE |   PRODUCTS |   MULTI-BIOMETRICS |   NEWS & EVENTS |   CAREERS |   CONTACT US

SAFRAN Group website | Group sites

Who we are
# Company Profile



**MorphoTrak is the world leader in multibiometric technologies for fingerprint, iris and facial recognition, and an acknowledged expert in identification systems. Its solutions meet a wide range of security needs for people, companies and governments worldwide, including identity management, personal rights for residents and travelers, physical access to airports or other high-value sites, and logical access, either online or via secure terminals.**



MorphoTrak provides biometric and identity management solutions to the U.S. and Canadian markets. Formed in April 2009 from the merger of Sagem Morpho, Inc and Motorola's biometric division, Printrak, MorphoTrak employs over 450 persons. MorphoTrak headquarters are located near Washington D.C., with major corporate facilities in Anaheim, CA and Federal Way, WA, and regional facilities throughout the U.S.



MorphoTrak's combined U.S. customer base includes over 50% of the law enforcement biometric identification systems at the state and local level. Key references at the Federal level include Morpho algorithms at the core of the current FBI Integrated Automatic Fingerprint Identification System (IAFIS), and Printrak fingerprint identification systems currently used by a number of national security and defense programs. Morpho and Printrak also provide civil identification products and services to several state and local government agencies in the U.S.



MorphoTrak and its global parent -- Morpho -- are leading innovators in large fingerprint identification systems, facial and iris recognition, as well as identification technologies such as smart cards, secure travel documents, e-passports, and drivers' licenses.  With world-class biometric and identity management products and services, MorphoTrak serves commercial and government customers in the markets of law enforcement, border management, civil identification, facility/IT security and access control.

**Our Products and Services**

- Airport and Transportation Security Systems
- Biometric System Integration
- Law Enforcement AFIS-type Systems and Services
- Mobile ID for Border Management, Law Enforcement, and Commercial Applications
- Multi-modal Biometric Systems – fingerprint, face, iris, palm, latent prints
- New Collection Devices, Services and Concepts
- Personal Identity Products and Services, including Identity Cards, Smart Cards
- Physical and Logical Access Control Products and Services
- Security Automation Processes

MorphoTrak reports to its global parent Morpho (formerly Sagem Securite),
an international company with offices worldwide. For more information, contact
info@MorphoTrak.com

Case 6:12-cv-00499-RWS-CMC   Document 716-18   Filed 05/04/13   Page 2 of 2 PageID #: 6437

**MorphoTrak Headquarters**

113 South Columbus Street| 4th Floor | Alexandria, Virginia | USA 22314
Toll-Free: (800) 601.6790
Tel: (703) 797.2600
Fax: (703) 706.9549

**Anaheim Facility**

1250 N Tustin Ave | Anaheim, CA | USA 92807
Tel. Americas (714) 238-2000
Fax:  (714) 238-2049
Tel. Europe, Middle East and Africa: +43 1 79709 2222

**Federal Way Facility**

33405 8th Ave. South | Federal Way, WA U.S.A. 98003
Toll-Free: (800) 346.2674
Tel: (253) 383.3617
Fax: (253) 591.8856

Copyright © 2009 MorphoTrak All rights reserved. Terms of Use | Privacy Statement