## CITY OF EL PASO, TEXAS
## AGENDA ITEM DEPARTMENT HEAD'S SUMMARY FORM

DEPARTMENT:   POLICE

AGENDA DATE:   July 28, 2009
CONTACT PERSON/PHONE:   Assistant Chief Eric Shelton / 564-7357

Terrence Freiburg, Purchasing Manager, 541-4313

DISTRICT(S) AFFECTED: ALL

### SUBJECT:
To approve Morphotrak, Inc. (Option B) as the selected vendor to acquire the Mobile Two-Finger Fast ID System for the amount of $617,830.00. The selection of this vendor was based on bids submitted to the Purchasing Department and consideration of the needs of the El Paso Police Department. This is a best value procurement. Up to 100 units will be purchased.

### BACKGROUND / DISCUSSION:
The Mobile Two-Finger fast ID System will be purchased with grant funds. The system will allow for the identification of people by police officers without officers having to leave the field or use valuable time to travel to headquarters for fingerprinting., saving time and gas. The system will connect to the current EPPD fingerprint database. Future plans are to connect to the fingerprint databases of DPS and RISC (the federal database). The system will ensure that people without identification are positively identified, increasing the effectiveness of police operations. This is particularly important at this time of budget cuts, hiring freezes, and the associated realignment / reduction of police services to the public.

### PRIOR COUNCIL ACTION:
No prior council action has been taken.

### AMOUNT AND SOURCE OF FUNDING:
The funding source is BSET Grant Border Security Equipment Technology grant funding under account number 21150002 – 21000 – G210833 – 05445 – 508010.

### BOARD / COMMISSION ACTION:
N/A

---

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*REQUIRED AUTHORIZATION\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

LEGAL: (if required) _____   FINANCE: (if required) _____

DEPARTMENT HEAD: _____
(Example:   if RCA is initiated by Purchasing, client department should sign also)
*Information copy to appropriate Deputy City Manager*

APPROVED FOR AGENDA:

CITY MANAGER: _____   DATE: _____

## PROJECT FORM

DATE: JULY 15, 2009

PROJECT: MOBILE TWO FINGER FAST I.D. SYSTEMS
RFP NO: 2009-241R   DEPARTMENT: POLICE
BUDGET NO: 21150002-508010-05445-G210833
FUNDING SOURCE: BORDER SECURITY EQUIPMENT TECHNOLOGY GRANT (BSET)
REPRESENTATIVE DISTRICT(S): ALL
*********************************************************************************

RECOMMENDATION:   Vendor:                    Morphotrak, Inc.
                                             Tacoma, WA
                  Total First Year Cost:     $343,830.00 (Option B)
                  Total Cost (Years 2-5):    $274,000.00

The Departments of Financial Services, Purchasing Division and Police Departments recommend award as indicated. The review committee based on evaluation factors established for this procurement, recommend award to the highest ranked proposer as indicated.

Vendor offers the City the option to extend the term of the contract at the same unit price for an additional one (1) year period from the date of award. No prompt payment discount is offered.

DataWorks Plus, LLC, Greenville, SC was deemed non-responsive per legal because they took an exception to any costs associated with interfacing with Sagem Morpho, which was a requirement of the bid.

RFPs SOLICITED         03
RFPs RECEIVED          05
"NO RFPs" RECEIVED     00

CURRENT TAXED PAID     _____
OUT-OF-TOWN--          _____

TOTAL RECOMMENDED AWARD:   $617,830.00
                           Estimated total 5-year cost

*********************************************************************************
COUNCIL APPROVED ☐   REJECTED ☐   MUNICIPAL CLERK _____
*********************************************************************************
APPROVED:                              COUNCIL:
                                       MEETING DATE: JULY 28, 2009

*[signature]*
Terrence Freiburg
Purchasing Manager



*Dedicated to Outstanding Customer Service for a Better Community*

**SERVICE   SOLUTIONS   SUCCESS**

TO: Deniese Baisley, Purchasing

FROM: A/AC Michelle Gardner, Police Dept.

DATE: July 13, 2009

RE: Bid # 2009-241R Mobile Two Finger Fast ID Systems

All vendor proposals for bid # 2009-241R were reviewed, evaluated, and scored as indicated on the attached committee score sheet. The recommended bidder is Morphotrak, Inc. (Option B) who received the highest score in this best value bid.

The anticipated amount is $617,830.00 and up to 100 mobile units will be purchased.

In considering all factors, Morphotrak, Inc. (Option B) received the highest score. The factors considered were cost, compliance with the detailed functionality requirements of the RFP, reputation of the bidder and bidder's goods and services, the system demonstration, and the future long-term costs.

This purchase affects all districts. The funding source is BSET Grant Border Security Equipment Technology account number 21150002 – 21000 – G210833 – 05445 – 508010.

If there are any further questions, please contact me at 564-7270.

**Mayor**
John F. Cook

**City Council**

District 1
Ann Morgan Lilly

District 2
Susannah M. Byrd

District 3
Emma Acosta

District 4
Carl L. Robinson

District 5
Rachel Quintana

District 6
Eddie Holguin Jr.

District 7
Steve Ortega

District 8
Beto O'Rourke

**City Manager**
Joyce A. Wilson

**Chief of Police**
Gregory K. Allen



911 N. Raynor - El Paso, Texas 79903 - (915) 564-7000 – www.eppd.org



*Dedicated to Outstanding Customer Service for a Better Community*

**SERVICE   SOLUTIONS   SUCCESS**

TO: File / Bid #2009-241R / Mobile Two-Finger Fast ID Systems
FROM: A/AC M. Gardner /s/ M Gardner
DATE: July 23, 2009
RE: Cost Benefit Analysis

The pending purchase of the mobile two-finger fast ID systems will provide numerous cost-saving benefits resulting in a positive return on the investment. The system will be used to assist in positively identifying subjects through fingerprints by officers while in the field without having to leave the scene to transport the subject to a regional command or HQ for fingerprinting. The ability to perform this function while remaining in the field presents the below benefits.

The purchase will be made with grant funds awarded specifically for purchase of this system. Failure to utilize the grant funds potentially results in negative consequences for future grant fund awarding opportunities.

| Area | Direct Benefits | Indirect Benefits |
|---|---|---|
| Police Department | <ul><li>Immediate information return</li><li>Immediate verification of ID of subjects believed to be lying without officers leaving the street</li><li>Faster information processing</li><li>Increased access to accurate information</li><li>Fewer identification errors</li></ul> | <ul><li>Officers have more time on the street</li><li>Reduced "negative contact" time with subjects leads to fewer opportunities for complaints or incidents</li><li>Less "in custody" time</li><li>Officer does not need to leave the street leading to improved public service</li></ul> |

Mayor
John F. Cook

City Council

District 1
Ann Morgan Lilly

District 2
Susannah M. Byrd

District 3
Emma Acosta

District 4
Carl L. Robinson

District 5
Rachel Quintana

District 6
Eddie Holguin Jr.

District 7
Steve Ortega

District 8
Beto O'Rourke

City Manager
Joyce A. Wilson

Chief of Police
Gregory K. Allen



911 N. Raynor - El Paso, Texas 79903 - (915) 564-7000 – www.eppd.org

| | | |
|---|---|---|
| Police Department continued | <ul><li>Reduced time to fingerprint / process subjects who are arrested</li><li>Increased opportunity to cite and release at scene as opposed to handcuffing and transporting the subject to a regional command</li><li>Reduction in data entry through elimination of full fingerprint processing</li><li>Increased accuracy and efficiency of enforcement actions</li></ul> | <ul><li>Savings in time to process / identify a subject</li><li>Savings in costs for travel to regional command / HQ for identification</li><li>Enhanced agency reputation through quicker call handling</li><li>Enhanced perception of agency through quicker release of subjects</li><li>Elimination of handcuffing and transporting when ID is needed</li><li>Reduced opportunity for lawsuits and corrective actions and the costs and time associated with them</li></ul> |
| Information Services | <ul><li>Integration with existing system</li><li>Expandability options in integration in future to include access to DPS and federal databases and warrant lists</li></ul> | <ul><li>End User Satisfaction</li><li>Increase in available data access</li></ul> |



911 N. Raynor - El Paso, Texas 79903 - (915) 564-7000 - www.eppd.org

| Cost / Efficiency | • Reduced labor / vehicle / gas costs | • Cost savings |
|---|---|---|
| Admin. | • Reduction in time spent to positively ID subjects<br>• Reduction in time officers spend away from the street<br>• Reduction in manual effort<br>• Potentially can reduce jail costs through streamlining of booking process | • Streamlined process<br>• Less processing time by officers leading to efficiency |

# COMMITTEE SCORE SHEET

RFP NO.: 2009-241R

RFP TITLE: MOBILE TWO FINGER FAST I.D. SYSTEMS
POLICE DEPARTMENT

| | COGENT, INC. PASADENA, CA | IDENTIX, INC. (L-1 BIOMETRICS DIVISION) BLOOMINGTON, MN | MORPHOTRAK, INC. - OPTION A TACOMA, WA | MORPHOTRAK, INC. - OPTION B TACOMA, WA |
|---|---|---|---|---|
| Cost (# points/percent max) 35 (As submitted on RFP) | 35.00 $438,702.00 | 24.05 $638,522.00 | 23.18 $662,380.00 + monthly data package | 24.85 $617,830.00 |
| Compliance with the detailed functionally requirements of the RFP (# points/percent max) 10 | 1.60 | 8.00 | 10.00 | 9.60 |
| Reputation of the Bidder and Bidder's goods and services (# points/percent max) 5 | 2.60 | 3.00 | 4.80 | 4.80 |
| System Demonstration (# points/percent max) 35 | 8.40 | 9.80 | 33.60 | 33.60 |
| Future Long Term Costs (# points/percent max) 15 | 4.80 | 9.00 | 9.60 | 9.60 |
| GRAND TOTAL 100 (100 points/percent max) | 52.40 | 53.85 | 81.18 | 82.45 |

| CITY OF EL PASO REQUEST FOR PROPOSAL (RFP) ||
|---|---|
| TITLE: MOBILE TWO FINGER FAST I.D. SYSTEM<br>DATE: JUNE 24, 2009 | RFP #: 2009-241R<br>DEPARTMENT: POLICE |
| CROSS MATCH TECHNOLOGIES | PALM BEACH GARDENS, FL |
| IDENTIX INCORPORATED (L-1 BIOMETRICS DIVISION) | BLOOMINGTON, MN |
| DATAWORKS PLUS, LLC | GREENVILLE, SC |
| COGENT, INC. | PASADENA, CA |
| MORPHOTRAK, INC. | TACOMA, WA |

RFP'S SOLICITED: 3    RFP'S RECEIVED: 5    RFP'S LOCAL: 0    NO RFP'S:

APPROVED: _Venessa Baisley_
DATE: 6/24/09

| MORPHOTRAC | L-1 IDENTITY SOLUTIONS | Cross Match Technologies |
|---|---|---|
| PHIL MOORE | GORDON ENOS | Attn: Andrea L. Thompson |
| SE BUSINESS GROUP | 5705 WEST OLD SHAKOPEE ROAD | RFP Writer |
| 5301 RIATA PARK COURT | SUITE 100 | 3950 RCA Blvd, Suite 5001 |
| BUILDING D, SUITE 100 | BLOOMINGTON, MN  55437-3107 | Palm Beach Gardens, FL 33410 |
| AUSTIN, TX  78727 | | |

2009-241R MOBILE TWO FINGER FAST I.D. SYSTEMS                                                    PAGE 1