# CITY OF EL PASO, TEXAS
## AGENDA ITEM DEPARTMENT HEAD'S SUMMARY FORM

**GRANT FUNDS**

**DEPARTMENT:** El Paso Police Department

**AGENDA DATE:** August 11, 2009

**CONTACT PERSON/PHONE:** Terrence Freiburg Purchasing Manager 541-4313/ Police Chief Gregory Allen 564-7000

**DISTRICT(S) AFFECTED:** All

**SUBJECT:**
Request of City Council approval to upgrade capability to our current AFIS (Automated Fingerprint Identification Software) system to be able to accept the full hand palm records. MorphoTrak is the sole source provider of all software components specific to our current MetaMorpho AFIS system.

**BACKGROUND / DISCUSSION:**
The El Paso Police Department needs to upgrade current AFIS system. This upgrade will accommodate the recent change in Texas DPS AFIS submission policy. Allowing present AFIS to electronically receive and store full-hand palm print and palm print data to the Morpho proprietary data and communicate directly and seamlessly with the MetaMorpho AFIS system. Since this is a customization to an existing subsystem and not a complete technology replacement, no other manufacturer can supply the software, customization and knowledge needed to integrate into the EPPD AFIS system. The current AFIS was purchased and installed a year ago; to purchase the latest version of AFIS, capable of accepting full hand palm records, would cost approximately $1 million.

**PRIOR COUNCIL ACTION:**
The funds were identified for this purpose as part of Justice Assistance Grant from the Office of Justice Programs.

**AMOUNT AND SOURCE OF FUNDING:**
This purchase will be funded out of this grant JAG Technology & Program Assistance G210719 for the amount of $81,000 through Fund 05401; Dept. ID 21150010; Acct 508010; Class 21000

**BOARD / COMMISSION ACTION:**
N/A

*******************REQUIRED AUTHORIZATION*******************

**LEGAL:** (if required)                          **FINANCE:** (if required)

**DEPARTMENT HEAD:** *[signed] Gregory K. Allen*

**APPROVED FOR AGENDA:**

**CITY MANAGER:**                                 **DATE:**

## PURCHASING DEPARTMENT

DATE:     July 28, 2009

TO:       Municipal Clerk

FROM:     Terrence Freiburg, Purchasing Manager        Deniese Baisley
          Purchasing Manager, ext. 4313                 Procurement Analyst, ext. 4263

*******************************************************************************************

Please place the following item on the CONSENT Agenda of **August 11, 2009**

Item should read as follows:

Request that the Purchasing Manager, Financial Services, Purchasing Division, be authorized to issue a Purchase Order to MorphoTrak, the sole source provider for MetaMorpho Automated Fingerprint Identification System (AFIS) and software components, for the upgrade of Police Headquarters' (AFIS) system to be able to accept the full hand palm records. Total estimated amount is $81,000.00.

Department:   Police
Total Amount: $81,000.00
Account No:   508010-05401-21150010-G210719
Funding Sources: Justice Assistance Grant (JAG) from the Office of Justice Programs
District(s): All

*******************************************************************************************

SPECIAL INSTRUCTIONS: _____
-----------------------------------------------------------------

Municipal Clerk's Use              ITEM NO._____



JOHN COOK
MAYOR

JOYCE WILSON
City Manager

TERRY FREIBURG
PURCHASING MANAGER

CITY COUNCIL
ANN MORGAN LILLY, DISTRICT 1
SUSANNAH M. BYRD, DISTRICT 2
EMMA ACOSTA, DISTRICT 3
CARL L. ROBINSON, DISTRICT 4
RACHEL QUINTANA, DISTRICT 5
EDDIE HOLGUIN JR., DISTRICT 6
STEVE ORTEGA, DISTRICT 7
BETO O'ROURKE, DISTRICT 8

---

To: Terrence Freiburg, Purchasing Manager
DENIESE BAISLEY, PROCUREMENT ANALYST

From: Gregory Allen

Authorized Signature A/C R. Freidman FOR CHIEF Allen

Date: July 22, 2009

Re: Purchasing of customized software to upgrade the EPPD MetaMorpho Automated Fingerprint Identification System to electronically receive and store full-hand palm records submitted from live-scan units, and to accommodate the recent change in Texas DPS AFIS submission policies.

---

The Police Department recommends utilizing MorphoTrak, Inc. as the sole vendor to build, install and maintain this software upgrade to the existing AFIS System located at Police Headquarters. It is further recommended a purchase order in the amount of $81,000.00 be issued to MorphoTrak, Inc. This expenditure will come from an existing JAG grant. The following are the factors used to evaluate the use of this procurement program as the best approach:

1. Is there an urgent need for the product/service? In other words, is time of the essence?

Yes. When we updated to our present AFIS system it did not have the capability to accept the full hand print. Up until last month the State of Texas did not require palm prints, thus the live scans at the jail were only designed to record and transmit the fingers, which we were able to accept. The State of Texas has now changed their requirements and has modified their live scans to record and transmit the full handprint. Since our AFIS will not accept full hand impressions a large number of electronically submitted records are being lost, as they cannot be processed.

2. Does the purchase through the Program promote the standardization of equipment?

Yes. All areas of finger and palm print identification within The El Paso Police Department are either MorphoTrak products or maintained by MorphoTrak technicians. Our existing maintenance contract with MorphoTrak will absorb this upgrade.

3. Does the purchase through the Program support local business? If not, is there a comparable product/service available locally?

No. Since this is a customization to an existing subsystem and not a complete technology replacement no other manufacturer can supply the software, customization and knowledge needed to integrate into the EPPD AFIS system. This necessitates that installation, configuration and support for the system is provided by specially trained MorphoTrak Customer Service Engineers on a hardware platform certified and tested to match the primary AFIS. As such, MorphoTrak is the only vendor capable of providing maintenance services.

GRANT FUNDS

4. Do the available vendors have prior work experience and/or familiarity with the City?

Yes. MorphoTrak has had a long and very successful partnership with the City of El Paso since installing the department's first AFIS System in 1991, followed by an upgrade in 1999 and the MetaMorpho AFIS System in 2007. MorphoTrak over the last 18 years has worked diligently to provide outstanding technology, service and value to the El Paso Police Department.

5. Is the pricing reasonable as compared to other similar products/work performed for the City of El Paso in the past or as quoted from other companies?

Yes. Even though this is a "sole source procurement", MorphoTrak has proven itself throughout the years regarding price reasonableness, including prior purchases of software, maintenance agreement purchases, and being awarded contracts after a competitive bidding. MorphoTrak's philosophy has always been one of innovation and partnership with the El Paso Police Department and has continually provided pricing and expertise toward that goal.



## FINANCIAL SERVICES
## PURCHASING

### SOLE SOURCE AFFIDAVIT

**THIS IS AN OFFICIAL PURCHASING DOCUMENT – RETAIN WITH PURCHASE ORDER FILE**

Before me, the undersigned official, on this day, personally appeared _Phillip Moore_, a person known to me to be the person whose signature appears below, whom after being duly sworn upon his/her oath deposed and said:

1. My name is _Phillip Moore_. I am over the age of 18, have never been convicted of a crime and am competent to make this affidavit.

2. I am an authorized representative of the following company or firm: _MorphoTrak_

3. The above named company or firm is the sole source of the following item(s), product(s) or service(s):
   _Full Hand upgrade to Conform to Texas DPS Changes._

4. Competition in providing the above named item(s) product(s), service(s) is precluded by the existence of a patent, copyright, secret process or monopoly as stated under Section 252.022, Subchapter A of the Local Governmental Code 7A or as provided for under 7B-F of the same section. Also, attached hereto is a sole source letter, which sets forth the reasons why this bidder is a sole source provider (dated and signed).

5. There is/are no other like item(s) or product(s) available for purchase that would serve the same purpose or function.

6. Note: This bidder understands that by providing false information on this Sole Source Affidavit, it may be considered a non-responsible bidder on this and future solicitations and may result in discontinuation of any/all business with the City of El Paso.

_Philly Moore_
Signature

SUBSCRIBED AND SWORN to before me on this _24th_ day of _July_, _2009_.

_Gina J. Boone_
NOTARY PUBLIC

_Gina J. Boone_
PRINT NAME

MY COMMISSION EXPIRES _2-15-2010_

COMPANY: _MorphoTrak_
ADDRESS: _1145 Broadway Plaza Suite 200_
CITY, STATE, ZIP CODE: _Tacoma Washington 98402_
PHONE NUMBER: _253-383-3617_
FAX NUMBER: _253-591-8856_
CONTACT NAME: _Phillip Moore_
WEB ADDRESS: _www.morpho.com_
EMAIL: _Phil-Moore @ morphotrak.com_
FEDERAL TAX ID NUMBER: _33-0154789_
TEXAS SALES TAX NUMBER: _13301547892_

GINA J. BOONE
MY COMMISSION EXPIRES
February 15, 2010



**MorphoTrak**
SAFRAN Group

5301 Riata Park Court
Building "D", Suite 100
Austin, Texas 78727
Tel: (512) 339-1154
Fax: (512) 339-1274

July 22, 2009

Lt. Jorge Valenzuela
Criminalistics Supervisor
El Paso Police Department
911 N. Raynor
El Paso, Texas 79903

Re: <u>Technology Options for Automated Fingerprint Identification System</u>

Lt. Valenzuela,

This letter is to confirm that MorphoTrak, Inc. is the sole source provider of all software components specific to your MetaMorpho Automated Fingerprint Identification System (AFIS) and is pleased to provide this proposal for upgrading your present AFIS system to accept submissions of full-hand palm records. This upgrade will accommodate the recent change in Texas DPS AFIS submission policy, and allow your present AFIS to electronically receive and store full-hand palm records submitted from any live scan device. This upgrade consists of complex hardware and software components specific to your existing AFIS system.

The MetaMorpho AFIS System uses a proprietary data format, and proprietary encoding and matching algorithms to produce a high degree of accuracy that fall beyond the expertise of other software vendors. This includes the functionality to convert the NIST standard format palm print and palm print data to the Morpho proprietary data to communicate directly and seamlessly with the MetaMorpho AFIS system, which no other vendor can supply.

Further, since this is a customization to an existing subsystem and not a complete technology replacement no other manufacturer can supply the software, customization and knowledge needed to integrate into the EPPD AFIS system. This necessitates that installation, configuration and support for the system is provided by specially trained MorphoTrak Customer Service Engineers on a hardware platform certified and tested to match the primary AFIS. As such, MorphoTrak is the only vendor capable of providing maintenance services.

CORPORATE HEADQUARTERS
113 South Columbus Street, Suite 400
Alexandria, Virginia 22314

Tel: (703) 797-2600
Fax: (703) 706-9549
www.morphotrak.com



5301 Riata Park Court
Building "D", Suite 100
Austin, Texas 78727
Tel: (512) 339-1154
Fax:(512) 339-1274

In view of the above, please be advised that Sagem Morpho, Inc. is the sole provider for the installation and maintenance of hardware, and/or software components necessary to upgrade or customize the MetaMorpho AFIS System in El Paso.

Please feel free to contact me should you have further questions regarding this matter.

Sincerely,

Phillip Moore
Account Manager
Phone: 512-681-7207
Email: philm@morphotrak.com

CORPORATE HEADQUARTERS
113 South Columbus Street, Suite 400
Alexandria, Virginia 22314

Tel: (703) 797-2600
Fax: (703) 706-9549
www.morphotrak.com

*Dedicated to Outstanding Customer Service for a Better Community*

**SERVICE   SOLUTIONS   SUCCESS**



TO: Lt. Valenzuela
FROM: Bruce Orndorf
DATE: 07/23/2009
RE: AFIS upgrade

As you know when we updated to our present AFIS system it did not have the capability to accept the full hand print, only the cropped portion or lower palm area. While our live-scans are capable of capturing the full hand, they are presently programmed to only submit that cropped portion of the hand that AFIS can receive and store. Up until last month the State of Texas did not require palm prints, thus the live scans at the jail were only designed to record and transmit the fingers, which we were able to accept. The State of Texas has now changed their requirements and has modified their live scans to record and transmit the full hand print. Since our AFIS will not accept full hand impressions a large number of electronically submitted records are being lost as they cannot be processed through the FDR.

MorphoTrak, our AFIS vendor, has since developed technology that will allow us to receive and store the full handprint. We are submitting the following documents for your review, as we understand there is grant funding available that will allow our department to purchase this technology and upgrade our AFI System, to finally allow for the receiving and storing of the full handprint.

1. Pricing proposal dated July 6, 2009 from MorphoTrak
2. Sole Source Justification letter dated July 22, 2009 from MorphoTrak
3. Sole Source Affidavit
4. Technology Purchase Request
5. Five Factors Questionnaire
6. Requisition Form

Respectfully Submitted,

Bruce Orndorf, C.L.P.E.
Senior Latent Print Examiner
Latent Print Section
915-564-7211





Mayor
John F. Cook

City Council

District 1
Ann Morgan Lilly

District 2
Susannah M. Byrd

District 3
Emma Acosta

District 4
Carl L. Robinson

District 5
Rachel Quintana

District 6
Eddie Holguin Jr.

District 7
Steve Ortega

District 8
Beto O'Rourke

City Manager
Joyce A. Wilson

Chief of Police
Gregory K. Allen



911 N. Raynor - El Paso, Texas 79903 - (915) 564-7000 – www.eppd.org


**MorphoTrak**
SAFRAN Group

5301 Riata Park Court
Building "D", Suite 100
Austin, Texas 78727
Tel: (512) 339-1154
Fax: (512) 339-1274

EL PASO POLICE DEPARTMENT
_____

SOLUTION PRICING (REVISED)

| | |
|---|---|
| Modify EPPD AFIS to accept full-hand palm submissions. | $81,000.00 |
| TOTAL PRICE | $81,000.00 |

SOLUTION DETAILS

1. Modify FDR to accept full-hand palm records.
2. Route full-hand palm records to QC for manual review.

| El Paso Police Department | MorphoTrak |
|---|---|
| Name_____ | Name_____ |
| Title_____ | Title_____ |
| Date_____ | Date_____ |
| Signed_____ | Signed_____ |

CORPORATE HEADQUARTERS
113 South Columbus Street, Suite 400
Alexandria, Virginia 22314

Tel: (703) 797-2600
Fax: (703) 706-9549
www.morphotrak.com



5301 Riata Park Court
Building "D", Suite 100
Austin, Texas 78727
Tel: (512) 339-1154
Fax: (512) 339-1274

July 6, 2009

El Paso Police Department
Attn: Mr. Bruce Orndorf
911 N. Raynor
El Paso, TX 79903

Dear Bruce,

MorphoTrak is pleased to provide this revised proposal for modifying the AFIS to accept submissions of full-hand palm records. This modification will accommodate the recent change in Texas DPS AFIS submission policy. Currently the FDR will not allow processing of live scan full hand images. The planned modification will allow the FDR to process full hand records as if they were segmented palm records and as we have discussed, this will result in all palm records being routed to QDC for segmentation review. The functional search area of the palm print will remain the same, the segmented lower palm area only, this modification will not provide any additional functionality other than the ability to accept and store the full hand image.

Also note that the additional size of these records will accelerate the need for additional storage. Your system is still well below the design storage space, but the additional size of these records does represent an accelerated use of storage.

If you would like to proceed with making this change, please sign and return the attached proposal and return. Your signature constitutes your agency's acceptance of this change and authorizes Sagem Morpho, Inc. to perform this work and work will be scheduled upon receipt of the signed proposal.

Please do not hesitate to contact me if you have any questions. I can be reached in the Austin office at (877)499-8174 or by email at phil.moore@morphotrak.com.

Sincerely,

Phillip Moore
Account Manager

CORPORATE HEADQUARTERS
113 South Columbus Street, Suite 400
Alexandria, Virginia 22314

Tel: (703) 797-2600
Fax: (703) 706-9549
www.morphotrak.com

# REQUISITION FORM FY09 — GRANT FUNDS

**8a-11a**

GRANT / PROJECT NAME : **AFIS upgrade**

| # | Field | Value | # | Field | Value | # | Field | Value |
|---|---|---|---|---|---|---|---|---|
| 1 | Dept / Sect : | Criminalistics | 8 | POC : | Bruce Orndorf | 12 | Dept ID : | 21150010  PO# |
| 2 | Date : | 7/22/2009 | 9 | Phone : | 564-7211 | 13 | Account : | 508010 |
| 3 | Vendor & ID | MorphoTrak, Inc. | | | | 14 | Fund : | 05401 |
| 4 | Sales Add | 5301 Riata Park Ct., Bldg "D", Suite 100 | | | | 15 | Class : | 21000  RQ# |
| 5 | Billing Add | Same                  Austin, TX 78727 | | | | | GRANT : | G210719  JAG |
| 6 | Quoted by : | Phillip Moore | 10 | Quoted on : | 6-Jul-2009 | 16 | | |
| 7 | Phone : | (877) 499-8174 | 11 | Fax : | (512)-215-0691 | 17 | PROJECT : | |

Budget & Finance Approval :

| 18 Line Number / Item Description | 19 Qty | Unit | Unit Cost | Total Cost |
|---|---|---|---|---|
| 1  Modification upgrade to AFIS System | 1 | EA | 81,000.00 | 81,000.00 |
| | | | | 0.00 |
| | | | | 0.00 |
| | | | | 0.00 |
| | | | | 0.00 |
| | | | | 0.00 |
| | | | | 0.00 |
| | | | | 0.00 |

20  Does Vendor Accept PO's ?    YES

21  Shipping and Handling / Express Fee: _____    S/H  $  0.00

22  Sole Source Vendor MUST provide Sole Source Letter with RQ.    Total  $  81,000.00

24  Quote # 2    Vendor / Address / Phone :

26  IT Approval / Communications Approval - Print Name:

APPROVAL ATTACHED

Quoted by / Date:
Phone / Fax:                                Total:

Signature:                           Date:

25  Quote # 3    Vendor / Address / Phone :

27  Section Approval - Print Name:    Bruce Orndorf

Quoted by / Date:
Phone / Fax:                                Total:

Signature:                           Date: 05/06/2009

JUL-28-2009 TUE 02:27 PM    INFORMATION TECHNOLOGY    FAX No. 9155414017    P. 001
JUL/28/2009/TUE 03:28 AM                                                    P. 002

**GRANT FUNDS**

## Technology Purchase Request

*Complete this form and forward to Information Technology Department - Attention the Information Technology Director.*

**Department: Police**
**Point of Contact: Bruce Orndorf**

**Division: Criminalistics**
**Telephone #: 915-564-7211**
**Fax #: 915-564-7224**

**Describe in detail the Equipment/Software/Services to be purchased:** Modification software to the existing Automated Fingerprint Identification system (AFIS) to receive and store electronically, the full hand image. This modification will accommodate recent changes to the State AFIS submission.

**Detail the intended use of the equipment/software/services described above:** Our present AFIS system only accepts the cropped portion of an electronically submitted palm print impression from live-scans. Up until this month the State of Texas did not require palm prints and thus the live scans at the jail, owned by the State, were only designed to record the fingers. Those live-scans have now been modified to record and transmit the full palm impressions of all arrestees. Since our AFIS will not accept full palm impressions we are unable to receive and store those particular records.

**Is the intended use:** Enhancement

**Estimated cost of the equipment/software/services described above:** $81,000

**Quantify the benefit that will be derived through the purchase of the described equipment/software/services:** This will allow the EPPD A.F.I. System to accept electronically and store the full hand impressions of all individuals arrested and processed throughout the County of El Paso. These submissions will vastly increase the present AFIS database of finger and palm print records, which will ultimately assist in reducing crime by identifying those subjects involved.

**Funding: JAG GRANT**
**Date Submitted: 07/09/2009**

☑ Approved   ☐ Disapproved   _____
                              Department Head
Date Approved: 07-28-09

☑ Approved   ☐ Disapproved   _____
                              Gary Gordier, CIO & IT Director
Date Approved: 7-29-09        Information Technology Department