North America locations ES Search ok The Group's websites

Homepage > Safran USA > Products and services

# PRODUCTS AND SERVICES

**Core Safran capabilities for the U.S. market include a broad range of advanced products and services that span the aerospace, defense and security sectors.**

- A trusted partner
- Products and services
- Aerospace
- Defense
- Security
- Locations
- News
- Contacts



Safran's core capabilities for the U.S. market include offerings in three primary fields: aerospace, defense and security – all of which benefit from the global organization's continued emphasis on innovation and complete customer satisfaction.

As a top-level supplier and service provider in the U.S., Safran supports an expanding American customer base that includes government agencies, military services, law enforcement, private sector companies and more.

The company's aerospace offerings include the production and support of propulsion systems for aviation and space; as well as such aircraft equipment as landing gear, onboard information systems and wiring solutions.

For the U.S. defense sector, Safran provides a wide range of advanced technologies that support and enhance American military operations – including turbine turboshaft engines; landing systems for fixed- and rotary-wing aircraft; avionics systems and observation/location solutions.

Safran security solutions – which are provided to government and civilian customers across several markets – consist of multi-biometric technologies for fingerprint, iris and facial recognition; detection systems for explosives, narcotics and chemical, biological, radiological and nuclear material, and more.

## SEE MORE


**Aerospace**
As a key supplier for the U.S. aerospace sector, Safran provides solutions in the areas of aircraft equipment, propulsion and related services.
More


**Defense**
The U.S. military is meeting its airlift, refueling, support and training missions equipped with products manufactured and supported by Safran.
More


**Security**
Safran's broad range of security solutions for the U.S. includes products and services related to identification, secure documents and detection.
More


SEE MORE

**PRESS RELEASES**

2013.04.26 | Innovative Europe in action: TECH800 demonstration for future helicopter turboshaft engine
2013.04.23 | Safran enters into a definitive agreement for the purchase of the Rolls-Royce share of the joint RTM322 helicopter engine programme
2013.04.23 | Safran reports 9.5% revenue growth in first-quarter 2013 driven by strong civil aviation business
All the press releases

**VIDEO**



**HISTORY**
Read about Safran's history in North America
More


CFM56  Identification solutions  Our partners
Drones
Space Engines  Landing systems  Engine Nacelles
Helicopter engines

**SITE MAP**

| AEROSPACE | DEFENCE | SECURITY | GROUP | COMMITMENTS | INNOVATION | PRESS & EVENTS | TALENTS |
|---|---|---|---|---|---|---|---|
| Aerospace | Naval defence | Business sectors | Corporate | Environmental | Safran's Research | Press releases | Your career to the |

| | | Safran Products and services | | | |
|---|---|---|---|---|---|
| propulsion | Land defence | Governance | Impact | & Technology policy | Local news |
| Aircraft equipment | Air defence | Group organization | Health, Safety, Environment risks | Partnerships | Safran Magazine |
| Aerospace applications | | Key figures | Hazardous substances | Major research programs | |
| | | Safran Worldwide | Human Resources | | |
| | | Safran group core values | | | |
| | | Ethical guidelines | | | |

power of Safran
Your integration in the Group
Your kind of job
Human Resources
Politics in North America

**SAFRAN USA**
A trusted partner
Products and services
Locations
News
Contacts

**SAFRAN CANADA**

**SAFRAN MEXICO**

Contacts | Site Map | RSS feed | © 2010 - 2013 Safran