UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC,<br><br>　　*Plaintiff*,<br><br>v.<br><br>Texas Instruments, Inc., et al.,<br><br>　　*Defendants*. | § § § § § § § § § § | CASE NO. 6:12-cv-499 MHS<br><br>LEAD CASE<br><br>Jury Trial Demanded |
| Blue Spike, LLC,<br><br>　　*Plaintiff*,<br><br>v.<br><br>MorphoTrak, Inc. and<br>Safran USA, Inc.,<br><br>　　*Defendants*. | § § § § § § § § § § | CASE NO. 6:13-cv-89 MHS<br><br>CONSOLIDATED CASE<br><br>Jury Trial Demanded |

**ORDER DENYING DEFENDANT'S MOTION TO TRANSFER**

On this day came for consideration MorphoTrak, Inc.'s and Safran USA, Inc.'s ("Defendants'") Motion to Transfer Plaintiff Blue Spike, LLC's Complaint in the above-captioned proceeding pursuant to 28 U.S.C. § 1404(a). Having considered both Defendants' motion and supporting papers and Blue Spike, LLC's opposition and supporting papers, the Court is of the opinion that said motion should be DENIED.

IT IS HEREBY ORDERED that Defendants' Motion to Transfer is hereby denied on the grounds that the Central District of California is not clearly more convenient than the Eastern District of Texas.

IT IS SO ORDERED.