UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> Texas Instruments, Inc., et al., <br><br> *Defendants*. | § § § § § § § § § | CASE NO. 6:12-cv-499 MHS <br><br> LEAD CASE <br><br> Jury Trial Demanded |
| Blue Spike, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> Antheus Technology, Inc., <br><br> *Defendant*. | § § § § § § § § § | CASE NO. 6:12-cv-686 MHS <br><br> CONSOLIDATED CASE <br><br> Jury Trial Demanded |

## AGREED MOTION TO DISMISS

Plaintiff Blue Spike, LLC ("Blue Spike") and Defendant Antheus Technology, Inc. ("Antheus") file this Agreed Motion to Dismiss under Fed. R. Civ. P. 41(a)(1)(A)(ii). Blue Spike and Yahoo! agree that:

1. Blue Spike consents to dismissal without prejudice of all of its claims against Antheus in this suit.

2. Antheus consents to dismissal without prejudice of all of its claims against Blue Spike in this suit.

3. Blue Spike and Antheus shall each bear their own attorney fees and costs incurred in connection with this action.

Respectfully submitted,

/s/ Randall T. Garteiser
Randall T. Garteiser
Texas Bar No. 24038912
rgarteiser@ghiplaw.com
Christopher A. Honea
Texas Bar No. 24059967
chonea@ghiplaw.com
Christopher S. Johns
Texas Bar No. 24044849
cjohns@ghiplaw.com
Kirk J. Anderson
California Bar No. 289043
Peter S. Brasher
California Bar No. 283992
GARTEISER HONEA, P.C.
44 North San Pedro Road
San Rafael, California 94903
Telephone:  (415) 785-3762
Facsimile:  (415) 785-3805

***ATTORNEYS FOR BLUE SPIKE, LLC***

/s/ David Makman
Robert C. Matz (California State Bar No. 217822)
David Makman
Makman & Matz LLP
655 Mariner's Island Blvd., Suite 306
San Mateo, CA 94404
Telephone: 650-242-1560
Facsimile: (650) 242-1547
Email: robert@makmanmatz.com
         david@makmanmatz.com

***ATTORNEYS FOR ANTHEUS TECHNOLOGY, INC.***

## CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on February 28, 2013.

                                                                         /s/ Randall T. Garteiser

## CERTIFICATE OF CONFERENCE

      I certify that on behalf of Blue Spike, LLC, I have met and conferred with counsel for Defendant on May 3, 2013 regarding the relief requested herein. Counsel for Defendant has agreed to this motion.

                                                                         /s/ Christopher A. Honea