UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, <br> *Plaintiff,* <br> v. <br> TEXAS INSTRUMENTS, INC., et al., <br> *Defendants.* | § § § § § § § § § § | CASE NO. 6:12-cv-499 MHS <br> LEAD CASE <br> Jury Trial Demanded |
| Blue Spike, LLC, <br> *Plaintiff,* <br> v. <br> SOUNDMOUSE LTD., <br> *Defendants.* | § § § § § § § § § § | CASE NO. 6:12-cv-598 MHS <br> CONSOLIDATED CASE <br> Jury Trial Demanded |

**ORDER GRANTING UNOPPOSED MOTION
FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT
SOUNDMOUSE LTD.'S MOTION TO DISMISS**

BEFORE THE COURT is Plaintiff Blue Spike, LLC ("Blue Spike") Unopposed Motion for Extension of Time to Respond to Soundmouse Ltd.s ("Soundmouse") motion to dismiss for insufficient process ("Motion re Service") (Dkt. No. 644) and its motion to dismiss for lack of jurisdiction, or alternatively transfer ("Motion re Personal Jurisdiction or Transfer") (Dkt. No. 648). The Court, having noted that the relief requested in unopposed, is of the opinion that the Motion should be granted.

IT IS ORDERED that Plaintiff Blue Spike, LLC shall have until May 13, 2013 to respond to Defendant's Motion re Service (Dkt. No. 644) and May 16, 2013 to respond to Defendant's Motion re Personal Jurisdiction or Transfer (Dkt No. 648).