# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **BLUE SPIKE, LLC** | § | |
| | § | |
| **v.** | § | |
| | § | **CASE NO. 6:12-cv-499** |
| **TEXAS INSTRUMENTS, INC.** | § | |
| | § | |
| | § | |

--------------------------------------------------------------------------------

| | | |
|---|---|---|
| **BLUE SPIKE, LLC** | § | |
| | § | |
| **v.** | § | |
| | § | **CASE NO. 6:12-cv-651** |
| **GRIAULE TECHNOLOGY LLC** | § | |
| | § | |
| | § | |

--------------------------------------------------------------------------------

## ORDER REGARDING CONSOLIDATION

The Court previously consolidated *Blue Spike, LLC v. Griaule Technology LLC*, 6:12-cv-651, along with all other related cases into lead case *Blue Spike v. Texas Instruments, Inc.*, 6:12-cv-499. Consistent with the Court's previous orders, the Clerk shall close case number 6:12-cv-651. Any future motions are to be filed in the Lead Case.

**It is SO ORDERED.**

**SIGNED this 7th day of May, 2013.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE