UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>Texas Instruments, Inc., et al.,<br><br>*Defendants*. | § § § § § § § § § § | CASE NO. 6:12-cv-499 MHS<br><br>LEAD CASE<br><br>Jury Trial Demanded |
| Blue Spike, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>SMART MEDIA INNOVATIONS, LLC and SMART MEDIA INNOVATIONS LTD.,<br><br>*Defendants*. | § § § § § § § § § § § | CASE NO. 6:13-cv-110 MHS<br><br>CONSOLIDATED CASE<br><br>Jury Trial Demanded |

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS SMART MEDIA INNOVATIONS, LLC AND SMART MEDIA INNOVATIONS LTD. WITHOUT PREJUDICE UNDER RULE 41(a)(1)(A)(i) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

**PLEASE TAKE NOTICE THAT** Plaintiff Blue Spike, LLC hereby voluntarily dismisses its Complaint against Defendants Smart Media Innovations, LLC and Smart Media Innovations Ltd. ("Defendants") without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. In accordance with Rule 41(a)(1)(A)(i), Plaintiff states that this Notice has been filed prior to service by Defendants of an answer or of a motion for summary judgment.

1

2

        Respectfully submitted,

        /s/ Randall T. Garteiser
        Randall T. Garteiser
        Lead Attorney
        Texas Bar No. 24038912
        rgarteiser@ghiplaw.com
        Christopher A. Honea
        Texas Bar No. 24059967
        chonea@ghiplaw.com
        Christopher S. Johns
        Texas Bar No. 24044849
        cjohns@ghiplaw.com
        Kirk J. Anderson
        California Bar No. 289043
        kanderson@ghiplaw.com
        Peter Brasher
        California Bar No. 283992
        pbrasher@ghiplaw.com
        **GARTEISER HONEA, P.C.**
        44 North San Pedro Road
        San Rafael, California 94903
        (415) 785-3762
        (415) 785-3805 fax

        ***Counsel for Blue Spike, LLC***

#### CERTIFICATE OF SERVICE

I, Randall T. Garteiser, am the ECF User whose ID and password are being used to file this document.  I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this day.  Pursuant to Federal Rule of Civil Procedure 5, this document was served via U.S. Mail and electronic means to counsel for Defendant that are not receiving this document via CM/ECF.

/s/ Randall T. Garteiser
Randall T. Garteiser

'