# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, *Plaintiff*, v. Texas Instruments, Inc., et al., *Defendants*. | § § § § § § § § § | CASE NO. 6:12-cv-499 MHS<br>LEAD CASE<br>Jury Trial Demanded |
| Blue Spike, LLC, *Plaintiff*, v. SMART MEDIA INNOVATIONS, LLC and SMART MEDIA INNOVATIONS LTD., *Defendants*. | § § § § § § § § § § § | CASE NO. 6:13-cv-110 MHS<br>CONSOLIDATED CASE<br>Jury Trial Demanded |

### ORDER ON VOLUNTARY DISMISSAL OF DEFENDANTS SMART MEDIA INNOVATIONS, LLC AND SMART MEDIA INNOVATIONS LTD. WITHOUT PREJUDICE UNDER RULE 41(a)(1)(A)(i) OF THE FEDERAL RULES OF CIVIL PROCEDURE

The Court is in receipt of Plaintiff Blue Spike LLC's Notice of Voluntary Dismissal of Defendants Smart Media Innovations, LLC and Smart Media Innovations Ltd. ("Defendants") without prejudice under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure ("the Notice"). At the time of filing of the Notice, Defendants have not yet answered the Complaint and have not yet moved for summary judgment.

1

It is therefore ORDERED, that the Complaint is dismissed without prejudice against Defendants Smart Media Innovations, LLC and Smart Media Innovations Ltd.