UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **Blue Spike, LLC,**<br>*Plaintiff*,<br>v.<br>**Texas Instruments, Inc., et al.,**<br>*Defendants*. | § § § § § § § § | CASE NO. 6:12-cv-499 MHS<br>LEAD CASE<br>Jury Trial Demanded |
| **Blue Spike, LLC,**<br>*Plaintiff*,<br>v.<br>**SecuGen Corporation,**<br>*Defendant*. | § § § § § § § § § | CASE NO. 6:12-cv-607 MHS<br>CONSOLIDATED CASE<br>Jury Trial Demanded |

### ORDER OF DISMISSAL OF SECUGEN CORPORATION

In light of the Agreed Motion to Dismiss filed by Plaintiff Blue Spike, LLC ("Blue Spike") and SecuGen Corporation ("SecuGen") the Court HEREBY ORDERS as follows:

1. Blue Spike's claims against SecuGen are hereby dismissed without prejudice.

2. SecuGen's claims against Blue Spike are hereby dismissed without prejudice.

3. Blue Spike and SecuGen shall each bear their own attorney fees and costs incurred in connection with this action.

**SIGNED this 8th day of May, 2013.**

*[signature]*
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE