# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| **Blue Spike, LLC,** | § | |
| *Plaintiff,* | § | **CASE NO. 6:12-cv-499 MHS** |
| | § | |
| **v.** | § | **LEAD CASE** |
| | § | |
| **Texas Instruments, Inc., et al.,** | § | **Jury Trial Demanded** |
| *Defendants.* | § | |

| | | |
|---|---|---|
| **Blue Spike, LLC,** | § | |
| *Plaintiff,* | § | **CASE NO. 6:12-cv-686 MHS** |
| | § | |
| **v.** | § | **CONSOLIDATED CASE** |
| | § | |
| **Antheus Technology, Inc.,** | § | **Jury Trial Demanded** |
| *Defendant.* | § | |

## ORDER OF DISMISSAL OF ANTHEUS TECHNOLOGY, INC.

In light of the Agreed Motion to Dismiss filed by Plaintiff Blue Spike, LLC ("Blue Spike") and Antheus Technology, Inc. ("Antheus") the Court HEREBY ORDERS as follows:

1.  Blue Spike's claims against Antheus are hereby dismissed without prejudice.

2.  Antheus' claims against Blue Spike are hereby dismissed without prejudice.

3.  Blue Spike and Antheus shall each bear their own attorney fees and costs incurred in connection with this action.

**SIGNED this 8th day of May, 2013.**

_____

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE