IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC,<br>　　　　Plaintiff,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC.,<br>　　　　Defendant. | § § § § § § § § § | Case No. 6:12-cv-499 LED |
| BLUE SPIKE, LLC,<br>　　　　Plaintiff,<br><br>v.<br><br>AXXONSOFT US, INC and<br>AXXONSOFT LTD.,<br>　　　　Defendants. | § § § § § § § § § | Case No. 6:13-cv-106 MHS<br>[Consolidated with<br>Case No. 6:12-cv-499 LED] |

**SUPPLEMENTAL DECLARATION OF JOEL MOSS IN SUPPORT OF AXXONSOFT US INC. AND AXXONSOFT LTD.'S MOTION TO DISMISS BLUE SPIKE, LLC'S COMPLAINT FOR PATENT INFRINGEMENT**

I, Joel Moss, declare:

1. I am over 18 years of age and a citizen of the Commonwealth of Virginia. I make this supplemental declaration in support of AxxonSoft US Inc. ("AxxonSoft US") and AxxonSoft Ltd.'s motion to dismiss Blue Spike, LLC's ("Blue Spike") Complaint for Patent Infringement. I have personal knowledge of the facts contained within this declaration, and if called as a witness, could testify competently to the matters contained herein.

2. In 2011, READEV, Inc. ("READEV") purchased AxxonSoft's "Face Intellect facial recognition module" (the "Accused Product") and AxxonSoft Intellect.

3. The software associated with these products is delivered over the internet via software license keys.

4. READEV installed AxxonSoft Intellect in Colorado.

5. READEV never installed the Accused Product.

6. Following these sales, my contact at READEV informed me that READEV was no longer interested in the security industry and that it had uninstalled the AxxonSoft Intellect product.

7. To my knowledge, READEV has never resold any AxxonSoft product, including the Accused Product, outside of Colorado.

8. Since 2011, AxxonSoft US has not received any further requests for any AxxonSoft product, including the Accused Product, from READEV.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 8 in Great Falls, Virginia.

_____
Joel Moss