IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC,<br>  Plaintiff,<br>v.<br>TEXAS INSTRUMENTS, INC.,<br>  Defendant. | § § § § § § § § | Case No. 6:12-cv-499 LED |
| BLUE SPIKE, LLC,<br>  Plaintiff,<br>v.<br>AXXONSOFT US, INC and<br>AXXONSOFT LTD.,<br>  Defendants. | § § § § § § § § § | Case No. 6:13-cv-106 MHS<br>[Consolidated with<br>Case No. 6:12-cv-499 LED] |

**DECLARATION OF STEPHEN C. CRENSHAW IN SUPPORT OF
AXXONSOFT US INC. AND AXXONSOFT LTD.'S MOTION TO DISMISS
BLUE SPIKE, LLC'S COMPLAINT FOR PATENT INFRINGEMENT**

I, Stephen Crenshaw, hereby declare and state as follows:

1. I am an associate with Cooley LLP, counsel of record for AxxonSoft US, Inc. and AxxonSoft Ltd. ("AxxonSoft"). This declaration is based on my own personal knowledge. If called upon to testify, I could and would testify competently thereto.

2. Submitted herewith as Exhibit A is a true and correct copy of an Order from *Garnet Digital, LLC v. Apple, Inc.*, Case No. 6:11-cv-647 in the Eastern District of Texas dated September 27, 2012

3. Submitted herewith as Exhibit B is a true and correct copy of press release from AxxonSoft's website dated March 29, 2012, last accessed by me on May 9, 2013 at http://www.axxonsoft.com/company/pressroom/news/45663/.

4. Submitted herewith as Exhibit C is a true and correct copy of a Report and Recommendation of United States Magistrate Judge from *MacroSolve, Inc. v. United Airlines*, Case No. 6:11-cv-694-LED in the Eastern District of Texas dated July 30, 2012.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 9, 2013 in Reston, Virginia.

_____
Stephen C. Crenshaw