# EXHIBIT B



Login... | Where to Buy | Training | Contact Us

 English

WHY IP?  PRODUCTS  INTEGRATION  VERTICAL SOLUTIONS  CASE STUDIES  PARTNERS  SUPPORT  COMPANY

# AXXONSOFT NEWS

Home > Company > Pressroom > News

- Pressroom
  - News
  - Upcoming Events
  - Axxon in Press
  - Video
- Management
- Industry Awards
- Careers
- International Offices

## AxxonSoft Becomes Samsung Techwin Platinum Partner

03/29/2012



AxxonSoft and Samsung Techwin signed a partnership agreement which gives AxxonSoft the status of a Samsung Techwin Platinum Partner.

The two companies have a long partnership history. Samsung Techwin's first IP camera was integrated with AxxonSoft back in 2007. As of this day, the software supports an entire IP camera series by Samsung Techwin. In February 2012 the two companies agreed to strenghthen their products' integration. For that purpose Samsung Techwin provided its extended SDK to AxxonSoft which will help ensure fuller support for some of the IP cameras' functions, such as private zones masking, restriction of PTZ cameras control angle, movement detection, and remote camera setup.

In addition, as a Samsung Techwin Platinum Partner AxxonSoft can obtain information about new products development, get equipment for tests and demonstration, test integrated solutions together with Samsung Techwin, access the SDK, technical documentation and support as well as organize joint marketing and training programs.

"Samsung is a leading world company in IT and electronic industry. Security industry demands advanced IT and network technologies to provide the best possible quality to customers and earn their trust. Samsung has always strived to reach new innovation frontiers and be a role model of pioneer spirit. Today, Russia's security industry has a greater demand for an outstanding service than any other country and every international company recognizes that Russia will soon become a leading market in terms of service and product technology. Therefore, building a strategic partnership between Axxon and Samsung is a very meaningful and important step for us. Through close cooperation we intend to provide high-quality products and service to customers to meet the market demand. Samsung appreciates Axxon's advanced software technology and particularly their pioneer spirit to explore new boundaries. We shall expand this partnership not only in Russia but also globally,

*said Hansoo Jung, Vice President, Samsung Techwin.*

"We are very happy to have such a close cooperation with Samsung Techwin, one of the global technology leaders in our industry. We as a company always strive to make sure our customers have access to the full potential of IP cameras integrated with our software. This is why the integration of all capabilities of state-of-the-art cameras which now do more and more of what centralized equipment used to be responsible for is a priority for us. In our cooperation we also pay particular attention to integrating camera built-in video analytics. Using Samsung Techwin IP cameras we are about to launch several unique features which we are sure our partners worldwide will appreciate."

*said Murat Altuev, AxxonSoft President.*

### About Samsung Techwin

**Samsung Techwin**, part of Samsung Corporation, was founded in 1977 and is now one of the world's leaders in supplying equipment both to individuals, professionals, and industries. The company boasts an annual turnover of more than 2.1 billion euros and employs over 7,000 people all over the world. Samsung Techwin is a leader in equipment manufacture for security guard and security systems, surface mounting, aviation, and the defense industry.

### About AxxonSoft

Founded in 2003, **AxxonSoft** is now Russia's leading software developer for security and video surveillance systems. The company employs over 250 people, runs 29 branch offices in Russia and abroad and has over 2,000 partner installation and integration companies. In addition, AxxonSoft cooperates with major Russian and international security equipment manufacturers. The company's products serve as the platform for integrated security systems in a variety of industries as well as for solutions in road and railway cargo traffic safety, retail loss reduction, security of ATM networks and fueling stations, and many other areas.

  0  | Like 0

WHY IP?  PRODUCTS  INTEGRATION  VERTICAL SOLUTIONS  CASE STUDIES  PARTNERS  SUPPORT  COMPANY

    

© Copyright 2003 - 2013 | **+7 (495) 775-2929 Other branches**