UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> TEXAS INSTRUMENTS, INC., et al., <br><br> *Defendants.* | § § § § § § § § § § § § § | CASE NO. 6:12-cv-499 MHS <br><br> LEAD CASE <br><br> Jury Trial Demanded |
| Blue Spike, LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> COGNITEC SYSTEMS CORPORATION AND COGNITEC SYSTEMS GMBH, <br><br> *Defendants.* | § § § § § § § § § § § § § | CASE NO. 6:13-cv-124 MHS <br><br> CONSOLIDATED CASE <br><br> Jury Trial Demanded |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF
TIME TO RESPOND TO COGNITEC SYSTEMS CORPORATION AND
COGNITEC SYSTEMS GMBH'S MOTION TO DISMISS**

BEFORE THE COURT is Plaintiff Blue Spike, LLC ("Blue Spike") Unopposed Motion for Extension of Time to Respond to Cognitec Systems Corporation's Motion to Dismiss or Transfer (Dkt. No. 625) and Cognitec Systems GmbH's Motion to Dismiss (Dkt. No. 626) ("Motions to Dismiss"). The Court, having noted that the relief requested in unopposed, is of the opinion that the Motion should be granted.

IT IS ORDERED that Plaintiff Blue Spike, LLC shall have until May 9, 2013 to respond to the Motions to Dismiss (Dkt Nos. 625 and 626).