UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § § § § | |
| *Plaintiff*, | § § | CASE NO. 6:12-cv-499 MHS |
| v. | § § | LEAD CASE |
| Texas Instruments, Inc., et al., | § § § | Jury Trial Demanded |
| *Defendants*. | § § § | |
| | § § | |
| Blue Spike, LLC, | § § § | |
| *Plaintiff*, | § § | CASE NO. 6:13-cv-124 MHS |
| v. | § § | CONSOLIDATED CASE |
| Cognitec Systems Corporation and Cognitec Systems GmbH, | § § § § | Jury Trial Demanded |
| *Defendants*. | § § | |

### ORDER DENYING COGITEC SYSTEMS CORPORATION'S MOTION TO DISMISS OR TRANSFER

On this day came for consideration Defendant Cognitec Systems Corporation's Motion to Dismiss or Transfer Plaintiff Blue Spike, LLC's Complaint in the above-captioned proceeding for lack of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2). Having considered both Cognitec Systems Corporation's motion and supporting papers and Blue Spike, LLC's opposition and supporting papers, the Court is of the opinion that said motion should be DENIED.

IT IS HEREBY ORDERED that Cognitec Systems Corporation's Motion to Dismiss is hereby denied on the grounds that Cognitec Systems Corporation has had the requisite "minimum contacts" within the State of Texas to permit this Court to exercise

1

2

personal jurisdiction over Cognitec Systems Corporation pursuant to Fed. R. Civ. P. 12(b)(2). Cognitec Systems Corporation's Motion to Transfer is hereby denied because Cognitec Systems Corporation has failed to establish another forum as being clearly more convenient. The Eastern District of Texas is the proper venue for this lawsuit.

    IT IS SO ORDERED.