# Exhibit 3





Cognitec develops market-leading face recognition technologies and applications for enterprise and government customers around the world. In various independent evaluation tests, our FaceVACS® software has proven to be the premier technology available on the market.

Cognitec's portfolio includes products for facial database search, video screening and analytics, border control, ICAO compliant photo capturing and facial image quality assessment.

We offer innovative, easy-to-use, and customizable software products and ensure straightforward integration and deployment, mainly through "open-system" architecture and unparalleled technical support.

Around the globe, other companies have developed and continue to create new solutions using our technology—a resounding testament to the technical proficiency and customer-friendliness of our products.

Moreover, Cognitec's best-in-class biometric recognition accuracy and speed continue to solidify our already robust technical prowess and worldwide customer satisfaction.

**News**

May 3, 2013
**Cognitec Brings Anonymous Face Recognition Technology to Digital Signage Market**
Visitors to the 2013 Digital Signage Expo in Las Vegas showed great interest in the newly released version of FaceVACS-VideoScan
**[full story]**

**Product Releases**

02-12, 2013: **FaceVACS-VideoScan 5.0** released
**read more**

**Shows & Conferences**

**IAI Pacific Northwest Conference** · May 14–16 · Tacoma, WA · **more information**

**Digital ID World/Cards and Payments Middle East** · May 14–15 · Dubai · **more information**

**FBI Annual Executive Train**ing · May 19–22 · Louisville, KY · **more information**

**Security Document World** · May 22–23 · London, UK · **more information**

**Biometrics Institute Asia-Pacific Conference** · May 30 · Sydney, Australia · **more information**

**Open Jobs**

Follow @cognitec

---

Impressum | © Copyright 2013 Cognitec Systems GmbH          Print page