# Exhibit 4



**The Free Library**
21,263,054 articles and books

○ Periodicals  ○ Literature
[ Search ]
● Keyword  ○ Title  ○ Author  ○ Topic

**Member login**
User name
Password
[ Login ]  ☐ Remember me
Join us  Forgot password?

Like 5.2k  398

The Free Library > Business and Industry > Business > Business Wire > September 11, 2008
The Free Library > Business and Industry > Business, international > Business Wire > September 11, 2008
The Free Library > Date > 2008 > September > 11 > Business Wire

# Frost & Sullivan Lauds Cognitec for its Highly Successful Product Line Strategy in the Face Recognition Biometrics Market.

## Article Details

Printer friendly  Cite/link  Email  Feedback

Publication: **Business Wire**
Article Type: Company overview
Date: **Sep 11, 2008**
Words: 915
Previous Article: **Improving Total Service Experience, Fraud Prevention Focus of Service World 2008.**
Next Article: **Virage Logic Strengthens Management Team With Key Appointments.**
Topics: **Biometry**
**Software**

**Law Office Software** www.abacuslaw.com
Complete law firm case management, time, billing and accounting



AdChoices

Like  0      0

Link to this page

PALO ALTO, Calif. -- Based on its recent analysis of the face recognition biometrics market, Frost & Sullivan presents Cognitec Systems with the 2008 Global Frost & Sullivan Award for Product Line Strategy of the Year for its FaceVACS[R] multiplatform kit. The award recognizes the company's outstanding performance and ability to introduce a wide range of products that benefit end-users in the market.

Cognitec's strength lies in the extensive knowledge pool of its scientists and software engineers, who have each worked with the company for more than twelve years. Through continuous improvement of its patented FaceVACS technology, the company has targeted a large number of applications. Its product line strategy has enabled it to offer the most appropriate solutions at an affordable price.

Cognitec has gained a strong foothold in the market through partners such as system integrators and solution providers, who supply components that easily integrate into end-user solutions. Some of its key partnerships include those with Lockheed Martin, Digimarc, Siemens, Unisys, Cryptometrics, and Daon.

"Cognitec's solutions products are available worldwide and have gained significant acceptance in applications such as document issuance, law enforcement, surveillance, border control and physical access control," states Frost & Sullivan Research Analyst Neelima Sagar. "It has played an important role in large scale deployments that include drivers' license issuing authorities (DMVs) in the United States; passport and visa issuing authorities in Australia, Europe, and South-East Asia; law enforcement agencies in the United States, Europe, South-East Asia, and Australia; border control authorities in Australia and Europe; and Internet service providers in the United States and Europe."

Cognitec's image database search product provides a unique throughput performance by comparing a given facial image against one million faces per second. The company's product portfolio includes FaceVACS-DBScan, FaceVACS-Alert, FaceVACS-Pass, FaceVACS-Acquisition, FaceVACS-SDK, and FaceVACS-Sentry



## Related Articles

Handing it to biometrics.

Fewer Regulatory Issues Favour the Emergence of the Asia Pacific Biometrics Market.

Fingerprint Recognition Expected to Remain Dominant Technology in the World Financial Biometrics Markets.

Integrated Smart Cards and Biometrics Market - The Next Level of Security.

Smart Cards Integrated with Biometrics to Provide Cost-effective and Secure Solutions across All Applications.

Biometrics Ushering in the Next Age of Security in APAC.

Strong Growth for Biometrics in Financial Institutions Expected Globally.

Greater Reliability and Convenience Make a Case for RFID and Biometric Security Solutions.

Technological Innovations and Government Regulations Drive Use of Biometrics in Border Control Applications.

FaceVACS-Pass, FaceVACS-Acquisition, FaceVACS-SDK, and FaceVACS-Sentry.

While FaceVACS- DBScan allows for facial search in large databases, identifying duplicates and preventing fraudulent activities relating to drivers' license, passport/visa, and law enforcement applications, FaceVACS-Alert scans incoming video streams and in real-time notifies the operator in case faces match a watch list of persons. It can be used in airports and railway stations, sports stadiums, shopping malls, and schools, and also for identification of high-ranking customers to offer them special services.

FaceVACS-Pass helps increase border security by verifying that passengers are presenting their own travel documents and at the same time, checking photo databases in the background to identify known criminals or terrorists. FaceVACS-Acquisition delivers facial images of high quality for ID documents and can be used by passport issuance officers, while the FaceVACS-Sentry allows customers to easily install a "ready to use" access control system that verifies faces of persons entering high-security areas. Finally, FaceVACS-SDK is being used by systems integrators and software companies to develop new products based on face recognition technology, using functionality like enrollment, verification, identification, face finding, and tracking.

Cognitec's increasing R&D investments, global expansion initiatives, and innovative product offerings have given them an undue advantage over their competitors. The company has a strong customer base because it has demonstrated vertical domain experience and strict adherence to stringent quality and security standards. It meets the perceived needs of its customers by providing them with dedicated support engineers who are involved in the entire integration process.

"More importantly, the company's open architecture platform, scalability, reliability and flexibility have elevated the value of its product to its existing and potential clients," notes Sager. "The 'open architecture approach' has enabled it to cater to disparate end-user groups by offering them solutions that complement their operations and offer superior client value."

This combination of factors has led to the company's rapid growth and makes it the worthy recipient of the 2008 Frost & Sullivan Product Line Strategy Award in the world face recognition biometrics market.

Each year, Frost & Sullivan presents this award to the company that has demonstrated the most insight into the needs and product demands of its customers. The recipient company has optimized its product line by leveraging products with the various price, performance, and feature points required by one or more market segments.

Frost & Sullivan Best Practices Awards recognize companies in a variety of regional and global markets for demonstrating outstanding achievement and superior performance in areas such as leadership, technological innovation, customer service, and strategic product development. Industry analysts compare market participants and measure performance through in-depth interviews, analysis, and extensive secondary research in order to identify best practices in the industry.

About Cognitec Systems

Cognitec Systems, with headquarters in Dresden, Germany, and offices in Herndon, VA; Miami, FL; Rio de Janeiro, Brazil; and Hong Kong, China, develops and markets the well established and world-leading FaceVACS[R] face recognition software. Cognitec's software experts have been developing face recognition technology since 1995. In various independent evaluation tests including the Face Recognition Vendor Tests 2002 and 2006, FaceVACS[R] has proven to be the leading technology available on the market.

info@cognitec.com www.cognitec.com

Cognitec Systems GmbH

Grossenhainer Str. 101 D-01127 Dresden, Germany

Contact:

Juergen Pampus

pampus@cognitec.com

Phone: +49-351-862-9212

About Frost & Sullivan

Frost & Sullivan, the Growth Partnership Company, partners with clients to accelerate

Frost & Sullivan Awards Identica Holdings for Development of a Next-Generation Biometrics Identification System.



5/8/13 Frost & Sullivan Lauds Cognitec for its Highly Successful Product Line Strategy in the Face Recognition Biometrics Market. a| — Free Online Library

Case 6:12-cv-00499-RWS-CMC Document 737-7 Filed 05/09/13 Page 4 of 5 PageID #: 6636

their growth. The company's TEAM Research, Growth Consulting and Growth Team Membership[TM] empower clients to create a growth-focused culture that generates, evaluates and implements effective growth strategies. Frost & Sullivan employs over 45 years of experience in partnering with Global 1000 companies, emerging businesses and the investment community from more than 30 offices on six continents. For more information about Frost & Sullivan's Growth Partnership Services, visit http://www.awards.frost.com.

COPYRIGHT 2008 Business Wire
No portion of this article can be reproduced without the express written permission from the copyright holder.
Copyright 2008 Gale, Cengage Learning. All rights reserved.

**Please bookmark with social media, your votes are noticed and appreciated:**



Reader ratings: ☆☆☆☆☆ 0 [0 vote(s)] You can rate this article by selecting 1 to 5 stars on the left.

| **Reader Opinion** |
|---|
| Title: |
| Comment: |
| Submit |

---

The Free Library > Business and Industry > Business > Business Wire > September 11, 2008
The Free Library > Business and Industry > Business, international > Business Wire > September 11, 2008
The Free Library > Date > 2008 > September > 11 > Business Wire

---

| Publications by Name | Publications by Date | Authors | Literature |
|---|---|---|---|
| A-D  E-O  P-T  U-Z | before 1995  1995-1999<br>2000-2004  2005-2009  2010- | A B C D E F G H I J K L M<br>N O P Q R S T U V W X Y Z | A B C D E F G H I J K L M<br>N O P Q R S T U V W X Y Z |

Terms of use | Copyright © 2013 Farlex, Inc. | Feedback | For webmasters | Submit articles

5/8/13 Frost & Sullivan Lauds Cognitec for its Highly Successful Product Line Strategy in the Face Recognition Biometrics Market. - Free Online Library

Case 6:12-cv-00499-RWS-CMC Document 737-7 Filed 05/09/13 Page 5 of 5 PageID #: 6637