# Exhibit 5




search



**Customers**

## Customers

Some of our partners are listed here. If you would like to get in contact with one of them, please send a request to sales[at]cognitec.com.

Note: The following links exit the Cognitec website and take you to external sites for whose content Cognitec is not responsible.

  

  

  

  

  

  

  


























Impressum | © Copyright 2013 Cognitec Systems GmbH          Print page