# Exhibit 6

Search `Keywords, part numbers, etc` 

**3M** All 3M Products   Innovation   Explore 3M

United States [  Change ]

# Company Information

About Us | Corporate Profile | Resources

Contact Us

United States > Our Company > Company Information > Locations

**Company Information**
**Resources**
  History
  News
  Locations

### Resources
## Locations



**Culture of Innovation**
(English, PDF 2.5MB)

**Download Brochure**

**Corporate Headquarters**
3M Center
St. Paul, MN 55144

3M Center Google Map

### 3M Corporate Headquarters
 St. Paul, Minnesota

### Alabama
 Decatur
 Guin

### Alaska
 Anchorage

### Arkansas
 Little Rock

### California
 Canoga Park
 Corona
 Irvine
 Monrovia
 Northridge
 Oak Hills
 Ontario

### Connecticut
 Enfield
 Meriden
 Stafford Springs
 Wallingford

### Delaware
 Newark

### District of Columbia
 Washington

### Georgia
 Atlanta
 Alpharetta

### Iowa
 Ames
 Forest City
 Knoxville

### Kentucky
 Cynthiana

### Maryland
 Silver Spring

### Massachusetts
 Chelmsford
 Haverhill
 Lexington
 Methuen
 Southbridge

### Michigan
 Detroit
 Livonia
 Midland

### Minnesota
 Alexandria
 Cottage Grove
 Eagan
 Fairmont
 Hutchinson
 New Ulm
 Oakdale
 Staples
 St. Paul

### Missouri
 Columbia
 Nevada
 Springfield

### New York
 Tonawanda

### North Carolina
 Concord
 Conover
 Pittsboro
 Sanford

### Ohio
 Brookville
 Cincinnati
 Elyria
 Medina

### Oklahoma
 Ardmore

### South Carolina
 Greenville

### South Dakota
 Aberdeen
 Brookings

### Texas
 Angleton
 Austin
 Brownwood

### Utah
 Murray

### Wisconsin
 Cumberland
 Menomonie
 Oconomowoc
 Prairie du Chien
 Wausau

| | | |
|---|---|---|
| **Hawaii** | **Nebraska** | Wausau |
| Honolulu | Valley | |
| **Illinois** | **New Hampshire** | |
| Cordova | Tilton | |
| DeKalb | | |
| **Indiana** | **New Jersey** | |
| Hartford City | Flemington | |
| Indianapolis | Whippany | |
| Plymouth | | |

**3M:** News | Careers | Investor Relations | MSDS Search | Transport Information Search | A-Z Product Index | Contact 3M

Legal Information | Privacy Policy     © 3M 2013. All Rights Reserved.

