# Exhibit 10

LOGIN | SIGNUP

# FORLOCATIONS
### THE WORLD'S BEST FOR BUSINESS LOCATIONS & HOURS.

Search Business Locations & Hours | City, State or Zip | FIND

All Stores > Unisys Locations & Hours > All Unisys Locations > All Unisys Locations - Texas

## All Unisys Locations - Texas

- Carrollton

Terms of Service   Privacy Policy   Contribution Program   Contact Us

International:  

© 2012 ForLocations.com All rights reserved.