# Exhibit 12





search

# The face recognition company



| Applications | Products | Technology | Customers | News | Customer Service | Company |

FaceVACS-DBScan with Examiner

FaceVACS-PortraitAcquisition

FaceVACS-VideoScan

FaceVACS-SDK

How to Buy

## How to Buy

In order to purchase our products, you should get in touch with our sales team. We also offer product evaluation licenses free of charge on request. Cognitec's FaceVACS-Sentry is currently only available in Asia.

Click here to contact the sales team or send an email with your contact details and requirements to sales(at)cognitec.com.