# Exhibit 13



### Contact

About

Team

Office Locations

Contact

Jobs

Legal Statements

Salutation: Please Select

First Name*:

Last Name*:

Title:

Company*:

Email*:

Phone:

Address*:

City*:

State/Province:

Zip*:

Country*:

Industry:

Project/Use Case: Which face recognition applications are you interested in?*

Submit Query

Impressum | © Copyright 2013 Cognitec Systems GmbH      Print page