Exhibit 15

# The Promise of

Home          About          Archive          Press          Contact

Search

## Archive:

To listen to a show press play below

If you would like to download a program for your portable audio player,
right click and save each half hour of the program to your device



Join My Mailing List

Email: [          ]  [Go]

Privacy by ☑ SafeSubscribe℠
For Email Marketing you can trust

### Take the Studio Tour

### Take The Oxford Quiz

**#205**
**April 29, 2013**

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

**FIRST HALF HOUR**

Dr. Aydogan Ozcan, bio and nano photonics
professor at UCLA, and keynote speaker at the
IEEE Global Humanitarian Technology
conference in San Jose October 21-23, 2013

Remarkable use of iPhones in the field to
perform diagnostics as good and reliably as
using cumbersome lab bench equipment

tinytechjobs

A visit to the den of strangers (wisdom of
philosopher John Gray)
------------------------------------------------

**SECOND HALF HOUR**

Answers from the Fountain of Youth-less
Information

Dr. Aydogan Ozcan, bio and nano photonics
professor at UCLA, and keynote speaker at the
IEEE Global Humanitarian Technology
conference in San Jose October 21-23, 2013

By the next decade it will be common for us to
live over 100 years and use iPhone type
diagnostic tools at home to control our health
needs

Dr. Ray Baughman, Dir. Nanotechnology Inst,
University of Texas�Dallas

Update on his pioneering work in the field of
artificial muscles

The Voice of Reason (Sheila Kerr, CEO
Windstream Power, Vermont)

January 10, 2011:
Science talk-show host wins distinguished literary
award
Producers of the Promise of Tomorrow radio
program are notified host is winner of coveted...



Colonel accepts IEEE-USA literary award Mar. 5,
2011



**#204**
**April 22, 2013**

TO HEAR THIS EPISODE
PRESS PLAY

**FIRST HALF HOUR**

Kristina Tanasichuk, CEO, Government
Technology & Services Coalition

Joining IEEE as a media partner in producing the
Homeland Security Technology conference in

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

Boston, how the GTSC offers market solutions-bringing private sector technology forward to government needs

Riley Swenson and David Toledo, co-inventors of PowerPot

Another Kickstarter success story, generating electricity from heat

tinytechjobs

A visit to the den of strangers (wisdom of philosopher Reinhold Niebuhr)
----------------------------------------

### SECOND HALF HOUR

Answers from the Fountain of Youth-less Information

Riley Swenson and David Toledo, co-inventors of PowerPot

Bringing light to remote areas of the world by generating electricity from heat; a look at the future

Dr. Ray Baughman, Dir. Nanotechnology Inst, University of Texas-Dallas

Working without fanfare on a method of generating a lot of electricity from heat

The Voice of Reason (Jack Cazazza, Author)









#### #203
#### April 15, 2013

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

### FIRST HALF HOUR

Prof. Deb Newberry, author The Next Big Thing is Really Small, Dakota State Technical College, Rosemont, MN

There are now more jobs in nanotechnology than people to fill them. Lots of high paying technical jobs with just two years degree level of college skill, and 40% of her students go on to complete 4 years of college. At no cost to schools [paid for by the National Science Foundation] she will send nanotech kits to teachers with everything they need to do nanotechnology experiments

tinytechjobs

A visit to the den of strangers (wisdom of Bill Paley)
----------------------------------------

### SECOND HALF HOUR

Answers from the Fountain of Youth-less Information

Prof. Deb Newberry, author The Next Big Thing is Really Small, Dakota State Technical College, Rosemont, MN

At no cost to schools, nanotech kits to teachers for nanotechnology experiments. How the bankruptcy of NanoInk is affecting her Nano Professor program. Working on her next book.

The Voice of Reason (Nobel Laureate Harry Kroto of nanotechnology fame)









Sample of Organizations Interviewed:
Global Educational Outreach for Science
Engineering and Technology
Accelrys
Genomatica
NanoInk
nanotxUSA
tinytechjobs
Zyvex Labs
Applied Nanotech
Tekna Plasma Systems
Hockmeyer
Core Technology Group
NanoFocus
Lambda Solutions
Matheson Tri-Gas
MSSTC Program, IC2, Univ. of Texas, Austin
Dallas Logistics Hub
Kinloch USA
Nanotech Inst., Univ. Of Texas, Dallas
University of Texas S.W. Medical Center
MEMtronics
Zapmaterials
talkradioadvocate.com
Net–Centric Design Professionals (NDP), LLC

#### #202
#### April 1, 2013

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

### FIRST HALF HOUR

Walking Tour of the ScienceNews Radio Network production studio

Sound tour of the inner workings of the radio broadcast

Tom Levesque, reporting on the just completed Pittcon conference in Philly

Part Two DOWNLOAD (right click)

Impressions of this year's conference

tinytechjobs

A visit to the den of strangers (wisdom of FDR, the "four Freedoms")
_____

SECOND HALF HOUR

Answers from the Fountain of Youth-less Information

Tom Levesque, reporting on the just completed Pittcon conference in Philly

Impressions of this year's conference

Ian Taylor, Chairman Alamo Area Council of Governments' coming electric NGV Summit April 17

How the conference was conceived, what to expect

The Voice of Reason (Dr. Da Hsuan Feng, VP National Tsing Hua U., Taiwan)

eSpace: The Center for Space Entrepreneurship
NANO–SAFETY.info
International Conference on Nanotechnology
The Vega Science Trust Videos
Global Educational Outreach for Science
Engineering and Technology (GEOSET) at
Florida State University
The Center for Space Entrepreneurship Blog
The Texas Renewable Energy Industries
Association
World Climate Report
CATO Institute
AZoNano.com
Lab-on-a-Chip.com
nanotechnology.net
TechBites.com
LOTI.org
Constructal Theory Web Portal

**ScienceNews Network**

Originating in Dallas/Fort Worth. 86% of radio listeners are over the age of 35 and 22% of listeners are business owners

The Promise of Tomorrow Radio Show
Moderator: Veteran talk-radio host,
**Colonel Mason**

Each week comments left @ **(214)329-4949** will be selected for airing on future programs.

Previous shows available for download on this site via the show archive

#201
March 25, 2013

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

FIRST HALF HOUR

Ben Amaba, IBM Software Group Worldwide Sales Executive, Complex Systems Engineering Program

Licensing exam for professional computer engineers beginning in April

Phillip A. Laplante, Prof. software engineering, Penn State U

More on licensing exam for professional computer engineers beginning in April, and the contributions of IEEE to the program

tinytechjobs

A visit to the den of strangers (wisdom of John Gray)
_____

SECOND HALF HOUR

Answers from the Fountain of Youth-less Information

Phillip A. Laplante, Prof. Software Engineering, Penn State

Why the licensing exam for professional computer engineers is important; the contributions of IEEE to the program

The Voice of Reason (Nobel Laureate Sir Harry Kroto)

*nanotxUSA Conference and Expo*

"To increase international awareness of nanotechnology on both sides of the globe, International Nanotechnology Week™ has joined with nano tech Japan as a global partner. nanotxUSA'08 exhibited at nano tech 2008 Japan in February to promote American interests at the event. nano tech Japan has gained world renown over the years as the largest nanotechnology event in the world.

**tinytechjobs**

Tiny tech jobs is a unique global career web site focused on jobs in nanotechnology, MEMS, microtechnology, biotechnology, and information technology. In addition to news, company information, and education and research information, the site provides free services and resources to job seekers and effective targeted advertising opportunities for employers.

#200
March 18, 2013

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

FIRST HALF HOUR

Tim O'Conner, chairman of Lockheed's MetroCon

Highlights of this year's conference in Arlington, TX, its 26th year in production

tinytechjobs

A visit to the den of strangers (wisdom of George Santayana)
_____

SECOND HALF HOUR

Answers from the Fountain of Youth-less Information

You can reach **Colonel Mason** at **(214)329-4949**, or colonel@prfirm1.com

© 2008, 2009 - All Rights Reserved
Hosted by Commcenter Net Services

Tim O'Conner, chairman of Fred's MetroCon

Student volunteers at this year's conference in Arlington, TX, its 26th year in production

Catherine Leslie, executive director of Engineers Without Borders, sponsor of the IEEE Global Humanitarian Technology conference in San Jose

History of EWB USA, predicting the future, must "change the status quo"

The Voice of Reason (Gertjan van Stam, CEO LinkNet, Zambia)

---

## #199
## March 4, 2013

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

*FIRST HALF HOUR*

Keith Moore, Chairman, 2013 IEEE Global Humanitarian Technology conference

Why conference was moved from Seattle to San Jose this year, humanitarian relief around the world, what is new this year, Power Infrastructure/Off-grid Power/Renewable and Sustainable Energy; Applying Science, Engineering and Technology for Environmental Sustainability; Health, Medical Technology, Telemedicine; Disaster Warning, Avoidance, and Response; Water Planning, Availability and Quality; Sanitation; Connectivity and Communications Technologies (data/voice) for Remote Locations; Educational Technologies; Agricultural Technologies

tinytechjobs

A visit to the den of strangers (wisdom of Sir Winston Churchill)

----------------------------------------

*SECOND HALF HOUR*

Answers from the Fountain of Youth-less Information

Keith Moore, Chairman, 2013 IEEE Global Humanitarian Technology conference

Why conference this year is so special

Bill Wattenburg, famous scientist at Lawrence Livermore Labs

Inexpensive and safe way of dropping food to the starving in remote areas; why the IEEE Global Humanitarian Technology conference is different from others that just give lip service to the world's problems

The US House Republican Caucus Band (as they do a number on us, they can do a number for us)

Playing: Stall the Stars & Stripes Forever

The Voice of Reason (Jim Fruchterman, CEO Benetech)

---

## #198
## February 25, 2013

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

*FIRST HALF HOUR*

Melissa May, Sr. Dir for strategic planning, NetBio

Rapid DNA analysis for law enforcement, relative identification, and homeland security

tinytechjobs

A visit to the den of strangers (minimum wage views of Pres. Woodrow Wilson)

----------------------------------------

*SECOND HALF HOUR*

Answers from the Fountain of Youth-less
Information

Mark Showalter, Sr. research scientist at the Carl
Sagan Center of the SETI Inst., Mountain View,
CA

Naming the moons of Pluto; size of those moons,
is Pluto a real planet?

Bill Wattenburg, scientist at Lawrence Livermore
Labs

Inexpensive way of stopping hijacked and
runaway tanker trucks before extensive damage
is caused, clearing mine fields safely

The Voice of Reason (Robin Gamble, CEO
Persistent Telecom)

## #197
## February 18, 2013

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

### FIRST HALF HOUR

Michael Payne, CEO & Chief Technology Officer,
Vislink

Vislink 50 year anniversary; beginnings in
television transmission; rapid diversification to
surveillance; solutions for airborne, covert,
overt, mobile and urban surveillance

tinytechiobs

A visit to the den of strangers (the wisdom of Leo
Tolstoy)
------------------------------------------------

### SECOND HALF HOUR

Answers from the Fountain of Youth-less
Information

Michael Payne, CEO & Chief Technology Officer,
Vislink

New solutions for airborne video downlinks &
UAV's; new solutions for portable SATCOM

The Voice of Reason (Melissa May, Sr. Dir.
Strategic Planning, NetBio)

## #196
## January 14, 2013

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

### FIRST HALF HOUR

Andrea C. Marsh, Senior Market Manager,
Battelle's Joint and Interagency Market Group

Critical infrastructure/preparedness;
Transportation security; CBRNE defense; funding
for Battelle's national Security Global Business
Division

tinytechiobs

A visit to the den of strangers (the wisdom of
George Santayana)
------------------------------------------------

### SECOND HALF HOUR

Answers from the Fountain of Youth-less
Information

Janae Lee, Sr. VP of File Systems and Archive
Products, Quantum Corporation

Wide area data storage critical to homeland
security, Gnome research, etc.; critical and rapid
data retrieval developments

The Voice of Reason (Ben Amaba, IBM Software
Group)

## #195
## December 17, 2012

### FIRST HALF HOUR

December 17, 2012

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

Ben Amaba, IBM Software Group Worldwide
Sales Executive, Complex Systems Engineering
Program

Using nanotechnology in developing cyber
security solutions in new software

tinytechjobs

A visit to the den of strangers (the wisdom of
George Washington)
---------------------------------------------------

*SECOND HALF HOUR*

Answers from the Fountain of Youth-less
Information

Ben Amaba, IBM Software Group Worldwide
Sales Executive, Complex Systems Engineering
Program

Top three errors developers face in protecting
against software threats in cyber security

Nick Nascimento, chief geek at AGeek2Go, San
Diego, CA

Scary malware threats and how to defend them,
the insidious MS Removal tool and the terrible
things it does to your computer, Urgent Alert
page at www.ageek2go.com

The Voice of Reason (John Casti comments on
Fiscal Cliff fears)

---

#194
November 5, 2012

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

*FIRST HALF HOUR*

Reminder of address by Patricia Hoffman, DoE
Asst. Sec. of power delivery and reliability,
coming to the IEEE Homeland Security
Technology conference in Boston,
http://www.ieee-hst.org

Jack Casazza, internationally honored engineer,
author of Superpower, once said of him
"American consumers owe him more than any
other person for the development of the electric
power grid."

History of the American power grid, and
highlights of his new book Superpower

tinytechjobs

A visit to the den of strangers (clip of Sen. John
F. Kennedy running for president in 1960)
---------------------------------------------------

*SECOND HALF HOUR*

Answers from the Fountain of Youth-less
Information

Jack Casazza, internationally honored engineer,
author of Superpower

Future of the American power grid, and highlights
of his new book Superpower

The Voice of Reason (Dr. Raymond Guillette,
National Graduate School)

---

#193
October 29, 2012

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

*FIRST HALF HOUR*

Reminder of the IEEE Homeland Security
Technology conference in Boston,
http://www.ieee-hst.org

Dr. Raymond Guillette, Dean of Academic Affairs
& Student Services, National Graduate School,
Falmouth, MA

Bright future career demands in fields of
homeland security, many opportunities for

Part Two DOWNLOAD (right click)

students to acquire such education online from experts operating in the field for many years

Louis Guillabaud, nuclear technology manager, L3 Systems

Security and scanning containers entering the US for nuclear and other threats

tinytechjobs

A visit to the den of strangers (clip of Dwight Eisenhower accepting GOP presidential nomination in 1952)
——————————————————

*SECOND HALF HOUR*

Answers from the Fountain of Youth-less Information

Louis Guillabaud, nuclear technology manager, L3 Systems

Security and using nanotechnology for scanning containers entering the US for nuclear and other threats

The Voice of Reason (David McIntyre, National Graduate School)

---

**#192**
**October 12, 2012**

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

*FIRST HALF HOUR*

Reminder of the IEEE Homeland Security Technology conference in Boston, http://www.ieee-hst.org

Steve Shoap, inventor Neighborhood Protection system, speaker at IEEE Homeland Security Technology conference

Saving neighborhoods from the ravages of wildfires

tinytechjobs

A visit to the den of strangers (clips from debate of Dewy/Truman in 1948)
——————————————————

*SECOND HALF HOUR*

Answers from the Fountain of Youth-less Information

Christophe Ramstein, President & CEO Strategic Polymers

Explains haptic technology in electro/mechanical polymer actuators

The Voice of Reason (Steve Shoap, inventor on obtaining patents)

---

**#191**
**October 8, 2012**

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

*FIRST HALF HOUR*

Pittcon Exposition reminder (Mar. 17-22, 2013)

Bob McDowall, instructor at Pittcon, specialist on analytical systems, columnist for LC-GC Europe and Spectroscopy magazines

Entertaining introductions to special courses he will teach at Pittcon: Designing and Implementing the Electronic Laboratory, Writing Testable and Verifiable User Requirements for Computerized Laboratory Systems, Integrated Analytical Instrument Qualifications (AIQ) and Computerized Systems Validation (CSV).

tinytechjobs

A visit to the den of strangers (wisdom of Franklin D. Roosevelt)

*SECOND HALF HOUR*

Answers from the Fountain of Youth-less
Information

Bob McDowall, instructor at Pittcon, specialist on
analytical systems, columnist for LC-GC Europe
and Spectroscopy magazines

Entertaining introductions to special courses he
will teach at Pittcon

Stewart Jones, Sure Chill international business
development director for True Energy Ltd.

Explains unique cooling technology for
humanitarian needs in developing countries

The Voice of Reason (Mike Nickolaus, Ground
Water Protection Council)

---

## #190
## October 1, 2012

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

*FIRST HALF HOUR*

IEEE Global Humanitarian Technology
conference reminder

Adam Wells, senior business manager and
producer in Australia, creator of Earthquake
Buddy mobile app

Alerting rescuers for people caught in
earthquakes; what Earthquake Buddy mobile app
is and how it works

David Gadsden, program lead for Esri's Nonprofit
Organization Program

The beginnings of the Environment Systems
Research Institute (Esri)

tinytechjobs

A visit to the den of strangers (wisdom of Harry
Truman 1948)
------------------------------------------------

*SECOND HALF HOUR*

Answers from the Fountain of Youth-less
Information

David Gadsden, program lead for Esri's Nonprofit
Organization Program

The beginnings of the Environment Systems
Research Institute (Esri); empowering nonprofits
and NGOs around the globe with geographic
information systems (GIS) technology

The Voice of Reason (Matt Feighner, Regional VP
Clean Energy Fuels)

---

## #189
## September 24, 2012

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

*FIRST HALF HOUR*

IEEE Global Humanitarian Technology
conference reminder

Simon Winter, Sr. VP Development, TechnoServe

Developing entrepreneurs, building businesses
and industries in developing countries for
humanitarian relief

tinytechjobs

A visit to the den of strangers (wisdom of Andrew
Carnegie)
------------------------------------------------

*SECOND HALF HOUR*

Answers from the Fountain of Youth-less

Answers from the Fountain of Youth-less
Information

Simon Winter, Sr. VP Development, TechnoServe

How ANDE operates, developing entrepreneurs,
building businesses and industries in developing
countries for humanitarian relief

Andras Paszternak, nanotechnology scientist
speaking by SKYPE from Israel

Online social networking community for
nanoscientists

The Voice of Reason (Christophe Ramstein)

---

**#188**
**September 17, 2012**

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

*FIRST HALF HOUR*

IEEE Global Humanitarian Technology
conference reminder

Robert A. Freling, Executive Director, Solar
Electric Light fund (SELF) and keynote speaker
at the IEEE Global Humanitarian Technology
conference

Making electric energy available for all mankind
is a moral imperative. Believes power has
become a basic human right

IEEE Life Sciences Grand Challenges
Conference October 4 - 5 in Washington DC
Reminder

tinytechjobs

A visit to the den of strangers (wisdom of
Friedrich Nietzsche)
------------------------------------------------

*SECOND HALF HOUR*

Answers from the Fountain of Youth-less
Information

Sheila Kerr, co-owner Windstream Power,
Vermont

Solving the developing world's electrical needs
in remote areas where wind and solar are
sporadic and power is needed to be reliable, by
using small, portable pedal power generators for
12V applications.

The Voice of Reason (Simon Winter,
TechnoServe)

---

**#187**
**September 10, 2012**

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

*FIRST HALF HOUR*

Pittcon Exposition reminder (Mar. 17-22, 2013)

Sir Harold (Harry) Kroto, Nobel Laureate
�chemistry, nanotechnology pioneer�C60,
Keynote speaker at Pittcon conference Mar. 17,
2013

A preview of his presentation to come at Pittcon,
exameter objects relating to nanometer;
research in nanoscience and cluster chemistry;
new Internet approaches for STEM (Science,
Technology, Engineering, Mathematics)
education

tinytechjobs

A visit to the den of strangers (wisdom of Da
Hsuan Feng, Taiwan)
------------------------------------------------

*SECOND HALF HOUR*

Answers from the Fountain of Youth-less
Information

Joel Sparks, aerospace engineer, co-founder of
ArduSat open-source satellite space project

Do-it-yourself space programs, an accessible
and public-available satellite platform to
stimulate STEM education

The Voice of Reason (Kimo Storke, Austin,
Texas)

## #186
## September 3, 2012

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

*FIRST HALF HOUR*

IEEE Global Humanitarian Technology
conference reminder

Jim Fruchterman, CEO Benetech, keynote
speaker IEEE Humanitarian Technology
conference

New technology for those with disabilities,
Benetech's work in human rights and
environmental movements; Martus software for
tracking human rights violations; Miradi tools for
conservationists; predicts a revolution in
technology-enabled education within a few years

tinytechjobs

A visit to the den of strangers (wisdom of
Thucydides)
_____

*SECOND HALF HOUR*

Answers from the Fountain of Youth-less
Information

The late Dr. Stephen Schneider, Nobel Laureate,
Stanford University

Climate change: Special classic encore re-
broadcast of interview with the famous scientist
recorded spring of 2010 just a few months before
his death, on his book published by National
Geographic, Science as a Contact Sport

The Voice of Reason (Dr. Tracy Farrell, Sr. Dir.
Freshwater Initiative)

## #185
## August 27, 2012

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

*FIRST HALF HOUR*

IEEE Global Humanitarian Technology
conference reminder

Dr. Gordon Day, IEEE 2012 President and
Opening Plenary Keynote at IEEE Global
Humanitarian Technology conference

Predicts strong progress in humanitarian relief in
developing countries through energy solutions

Gertjan van Stam, CEO LinkNet, Zambia

Speaking by Skype from Nelson Mandela
University in Port Elizabeth, South Africa, on his
coming remarks to be presented at IEEE Global
Humanitarian Technology conference, where he
will say belief that technology will solve the
world's social challenges is a myth

tinytechjobs

A visit to the den of strangers (wisdom of Fred
Malek)
_____

*SECOND HALF HOUR*

Answers from the Fountain of Youth-less
Information

Gertjan van Stam, CEO LinkNet, Zambia

Speaking by Skype from Nelson Mandela

   

Speaking by Skype from Nelson Mandela University in Port Elizabeth, South Africa, on his coming remarks to be presented at IEEE Global Humanitarian Technology conference, where he will say belief that technology will solve the world's social challenges is a myth

The Voice of Reason (Dr. Tracy Farrell, Sr. Dir. Freshwater Initiative)

---

**#184**
**August 20, 2012**

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

*FIRST HALF HOUR*

Covering the dangers and history of West Nile virus with a spokesman for US Homeland Security and Mark Fisher, a medical epidemiologist of the Centers for Disease Control

Dr. David McIntyre, VP Homeland Security programs at the National Graduate School, nationally recognized strategist, analyst and teacher in national and homeland security

Totally new thoughts on how corruption is crossing our southern border, paralyzing local governments and law enforcement agencies

tinytechjobs

A visit to the den of strangers (wisdom of O� Henry)
-----------------------------------------------------

*SECOND HALF HOUR*

Answers from the Fountain of Youth-less Information

Dr. David McIntyre, VP Homeland Security programs at the National Graduate School, nationally recognized strategist, analyst and teacher in national and homeland security

How lawlessness and corruption spread through to the gangs of the US

The Voice of Reason (Richard Moro, Raytheon)

---

**#183**
**August 13, 2012**

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

*FIRST HALF HOUR*

Dr. David McIntyre, VP Homeland Security programs at the National Graduate School, nationally recognized strategist, analyst and teacher in national and homeland security

Totally new concept on how to fix the Internet for security purposes

Byron Reese, Chief Innovation Officer, Demand Media, Austin, Texas

Highlights of his keynote presentation to the IEEE Global Humanitarian Conference in Seattle, WA, Oct. 21-24, "Big Data and the coming Golden Age of Humanity;" everything we do or know will be recorded and accessed for the world's wisdom bank

tinytechjobs

A visit to the den of strangers (wisdom of Edgar Wallace)
-----------------------------------------------------

*SECOND HALF HOUR*

Answers from the Fountain of Youth-less Information

Byron Reese, Chief Innovation Officer, Demand Media, Austin, Texas

World wars will end sooner rather than later; some place in the future everything we do or know will be logged, recorded, indexed, and

accessed

The Voice of Reason (Harry Arnold, Goodrich corp.)

---

## #182
## July 23, 2012

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

### FIRST HALF HOUR

Reminder of the IEEE Global Humanitarian conference in Seattle, http://www.ieeeghtc.org

Visit to the newsroom for Science News Headlines

John Casti, complexity scientist and systems theorist, founder of the X-Center in Vienna

Author of X-EVENTS, The Collapse of Everything; forecasting the next presidential election; "What does happen to our standard of living when our seductive music of technology stops?"; Digital darkness; loss of food supply; our electronics go out widely.

tinytechiobs

A visit to the den of strangers (wisdom of Samuel Barclay Beckett)
———————————————————

### SECOND HALF HOUR

Answers from the Fountain of Youth-less Information

John Casti, complexity scientist and systems theorist, founder of the X-Center in Vienna

Author of X-EVENTS, The Collapse of Everything; More warnings of extreme events possible: physics and chemistry going wrong, nuclear wars, Oil depletion, pandemics and plagues, draughts, robot rebellions, world-wide economic collapse

The Voice of Reason (Michael Kelly, Prof. Technology, University of Cambridge, UK)

---

## #181
## July 16, 2012

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

### FIRST HALF HOUR

Reminder of the IEEE Global Humanitarian conference in Seattle, http://www.ieeeghtc.org

Visit to the newsroom for Science News Headlines

Kimo Storke, Principal KAS Consulting, Austin, Texas

Financing renewable energy sources.

tinytechiobs

A visit to the den of strangers (wisdom of Plato, ancient Greek philosopher)
———————————————————

### SECOND HALF HOUR

Answers from the Fountain of Youth-less Information

Kimo Storke, Principal KAS Consulting, Austin, Texas

Financing renewable energy sources; why financing for third-world or developing countries has not been attractive; prediction for a bright future of renewable energy sources.

The Voice of Reason (Skip Rung, Oregon Nanoscience and Microtechnologies Institute)

## #180

### July 9, 2012

TO HEAR THIS EPISODE PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

*FIRST HALF HOUR*

Reminder of the IEEE Global Humanitarian conference in Seattle, http://www.ieeeghtc.org

Science News Headlines

Paul Benda, Director, Homeland Security Advanced Research Projects agency

What DHS is looking for in homeland security technology solutions; plans for DHS to release bacillus subtilis microbes into the Boston subway system as a terrorist test during July; other ways DHS is protecting the US against various terrorist schemes.

tinytechjobs

A visit to the den of strangers (wisdom of William Butler Yeats, Irish poet philosopher)

————————————————

*SECOND HALF HOUR*

Answers from the Fountain of Youth-less Information

Paul Benda, Director, Homeland Security Advanced Research Projects agency

What DHS is looking for in homeland security technology solutions

News & Commentary:

� DHS plans to release bacillus subtilis microbes into the Boston subway system as a terrorist test during July more fully explained

� Comments on the recent discovery of the so-called God-particle

� The cost of solar energy in Germany raising electric costs for all there

The Voice of Reason (Justin Manley, Teledyne Bentos)

## #179
### May 21, 2012

TO HEAR THIS EPISODE PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

*FIRST HALF HOUR*

Reminder of the IEEE Global Humanitarian conference in Seattle, http://www.ieeeghtc.org

Science News Headlines

Robin Gamble, CEO, Persistent Telecom

Why a mobile phone network with a satellite backbone is vital to national security and most useful in humanitarian and developing countries; predicts a future attack on communications networks in the USA

Carl Bloomfield, Intertek global director of

business services for lighting

Why lighting is so important for energy conservation

tinytechjobs

A visit to the den of strangers (wisdom of John Stuart Mills, British philosopher)

————————————————

*SECOND HALF HOUR*

Answers from the Fountain of Youth-less Information

Carl Bloomfield, Intertek global director of business services for lighting

CFLs, LEDs, organic lighting

The Voice of Reason (Gerhard Klimeck, Dir. of Network for Computational Nanotechnology)

## #178
## May 7, 2012

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

*FIRST HALF HOUR*

Reminder of the IEEE Global Humanitarian conference in Seattle, http://www.ieeeghtc.org

Science News Headlines

Keith Moore, senior engineer at the US Army Information Systems Engineering Command, Fort Huachuca, AZ

Details on the IEEE Global Humanitarian conference in Seattle

tinytechjobs

A visit to the den of strangers (wisdom of Sir Winston Churchill)
————————————————————————

*SECOND HALF HOUR*

Answers from the Fountain of Youth-less Information

Peter Jenniskens, lead scientist of SETI

NASA's official search for fragments from a very rare type of meteor that is most likely to be related to molecules that could indicate extraterrestrial life exists.

The Voice of Reason (Steve Winterfeld, TERANet research labs)

## #177
## April 16, 2012

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

*FIRST HALF HOUR*

Reminder of the IEEE energy conference in Tulsa, http://www.ieeegreentech.org

Shveta Miglani, Atmel's university program manager, robot competition

The merging of technology and education at Atmel in San Jose, CA

Dan Arthur, member Ground Water Protection Council; expert on hydraulic fracturing [fracking] and former staff at EPA

Why fracking is safe and how fly-by-night operations are regulated too

tinytechjobs

A visit to the den of strangers (wisdom of Clarence Darrow)
————————————————————————

*SECOND HALF HOUR*

Answers from the Fountain of Youth-less Information

Dan Arthur, member Ground Water Protection Council; expert on hydraulic fracturing [fracking] and former staff at EPA

How financial interests in alternative energy may be the source of bogus fracking danger stories in an attempt to stymie development of natural gas and protect investments in wind and solar

The Voice of Reason (Skip Rung, Oregon Nanoscience and Microtechnologies Institute)

## #176
## April 2, 2012

*FIRST HALF HOUR*

**April 2, 2012**

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

Reminder of the IEEE energy conference in Tulsa, http://www.ieeegreentech.org

A visit to our world newsroom for breaking science stories

Mike Paque, Ex. Dir. Ground Water Protection Council; and Mike Nickolaus, Geologist, special projects director for GWPC

What is GWPC, how does fracking work

tinytechjobs

A visit to the den of strangers (wisdom of Ted Williams)

——————————————————————

*SECOND HALF HOUR*

Answers from the Fountain of Youth-less Information

Mike Paque, Ex. Dir. Ground Water Protection Council; and Mike Nickolaus, Geologist, special projects director for GWPC

Liquids pumped into ground with fracking, why fracking is safe with no danger to ground water nor earthquakes

The Voice of Reason (Mark MacCracken, board chair, US Green Building Council)

---

**#175**
**March 26, 2012**

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

*FIRST HALF HOUR*

Reminder of the IEEE energy conference in Tulsa, http://www.ieeegreentech.org

A visit to our world newsroom for breaking science stories

Dr. Apan Qasem and co-author, professors in computer science at Texas State University, San Marco

Improving application performance and reducing power consumption on both current and next generation computer systems

tinytechjobs

A visit to the den of strangers (wisdom of Stephen Weinberg, University of Texas physicist and Nobel Laureate)

——————————————————————

*SECOND HALF HOUR*

Answers from the Fountain of Youth-less Information

Tom Sewell, CEO Tulsa GasTech

Optimizing natural gas use by business and consumers

The Voice of Reason (Ray Rapuano, Cisco Systems)

---

**#174**
**March 19, 2012**

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

*FIRST HALF HOUR*

Reminder of the IEEE energy conference in Tulsa, http://www.ieeegreentech.org

Paul Frenger, MD and conservationist, Houston, Texas

Refrigerant free air conditioning using Vortex tubes

tinytechjobs

A visit to the den of strangers (Johann Wolfgang

A visit to the den of strangers (Johann Wolfgang von Goethe)
_____

*SECOND HALF HOUR*

Answers from the Fountain of Youth-less Information

Paul Frenger, MD and conservationist, Houston, Texas

Refrigerant free air conditioning using Vortex tubes A visit to our world newsroom for breaking science stories

The Voice of Reason (Dewey F. Bartlett Jr., mayor of Tulsa, OK)

---

#173
March 12, 2012

TO HEAR THIS EPISODE PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

*FIRST HALF HOUR*

Reminder of the IEEE energy conference in Tulsa, http://www.ieeegreentech.org

Paul Frenger, MD and conservationist, Houston, Texas

Thorium-cycle nuclear power generators to replace uranium in nuclear power plants, claims it can't be made to make nuclear bombs and so may solve Iran's nuclear bomb fears

Dr. Edward Morse, nuclear scientist at UC Berkeley department of nuclear engineering

Gives views on Thorium-cycle nuclear power generators, contends with claims it can't be used to make nuclear bombs
tinytechjobs

A visit to the den of strangers (Actual recording of the voice of Theodore Roosevelt, his square deal)
_____

*SECOND HALF HOUR*

Answers from the Fountain of Youth-less Information

Paul Frenger, MD and conservationist, Houston, Texas

Refrigerant-Free Air Conditioning and Edible Organic Semiconductors

The Voice of Reason (Dr. Edward Morse, views on Iran's nuclear bomb fears)

---

#172
March 5, 2012

TO HEAR THIS EPISODE PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

*FIRST HALF HOUR*

Reminder of the IEEE energy conference in Tulsa, http://www.ieeegreentech.org

Science News Headlines

Dewey F. Bartlett Jr., mayor of Tulsa, OK

Tulsa's 2nd Century Energy Initiative, new city codes demanding buildings be capable to recharge electric and CNG vehicles, why fracking to extract natural gas is safe

tinytechjobs

A visit to the den of strangers (Actual recording of the voice of William Jennings Bryan's Cross of Gold speech)
_____

*SECOND HALF HOUR*

Answers from the Fountain of Youth-less Information

Dewey F. Bartlett Jr., mayor of Tulsa, OK

More on Tulsa's 2nd Century Energy Initiative and why fracking to extract natural gas is safe

Nadia Smith, doctorate student University of Arkansas

Testing the thermoelectric effect

The Voice of Reason (Don Smith, Oklahoma City)

## #171
## February 27, 2012

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

*FIRST HALF HOUR*

Science News Headlines

Answers from the Fountain of Youth-less Information

Ethan Wyble, mechanical engineering student, University of Louisiana at Lafayette

Biomass conversion to coal-like fuels through process called Torrefaction

tinytechjobs

A visit to the den of strangers (wisdom of Abraham Lincoln)

The Voice of Reason (Lawrence Friedl. NASA)

## #170
## February 20, 2012

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

*FIRST HALF HOUR*

Science News Headlines

Yoosef Peymani, Master of Science Petroleum Engineering, University of Louisiana at Lafayette

Generating electricity through paddlewheels on barges in rivers to offset building new dams

Kelly Guiberteau, Masters student of Mechanical Engineering, University of Louisiana at Lafayette

Saving 25 companies $6.8 Million by assessing wasted energy at plants

tinytechjobs

A visit to the den of strangers (wisdom of George Washington)
_____

*SECOND HALF HOUR*

Answers from the Fountain of Youth-less Information

Kelly Guiberteau, Masters student of Mechanical Engineering, University of Louisiana at Lafayette

More on saving by assessing wasted energy at plants, generating electricity with ocean wave movement

Jeremiah Pastor, senior student of Mechanical Engineering, University of Louisiana at Lafayette

Testing the generating of electricity with ocean wave movement using his wave flume tank

The Voice of Reason (Ken Reed, VP & CTO, Cerion Enterprises, Inc.)

## #169
## February 6, 2012

TO HEAR THIS EPISODE

*FIRST HALF HOUR*

Science News Headlines

Rusty Brockman, Director of Greenbelt Coalition, central Texas I-35 corridor

The Promise of Tomorrow Radio Show

PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

Response to threats of power companies inabilities to meet demand and more rolling blackouts

tinytechjobs

A visit to the den of strangers (wisdom of George Jacques Danton of the French Revolution)

_____

### SECOND HALF HOUR

Answers from the Fountain of Youth-less Information

Rusty Brockman, Director of Greenbelt Coalition, central Texas I-35 corridor

Response to threats of power companies inabilities to meet demand and more rolling blackouts

Laura Benold, Executive Director, Clean Texas Foundation

On organizing the Clean Energy Corridor along the NAFTA Highway

The Voice of Reason (Molly Brown, NASA)

## #168
## January 30, 2012

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

### FIRST HALF HOUR

Chuck Korstad, VP Global Quality & Reliability, Applied Materials

Highlights of his upcoming presentation at the 2012 IEEE Green Technologies Conference, April 19-20, Tulsa, with heavy emphasis on solar Meditation Chamber

Chuck Korstad gives a prediction of the future

The Republican Primary Election Candidates Band performs Stars & Stripes Forever

tinytechjobs

A visit to the den of strangers (wisdom of John F. Kennedy, the difficulty of going from being a senator to president)

_____

### SECOND HALF HOUR

Answers from the Fountain of Youth-less Information

Jim Heath, nanotechnology pioneer and Professor of Chemistry at UCLA

Part of the five man team that discovered C60 in 1985 at Rice University which led to a Nobel Prize and brought in the modern era of nanotechnology. In this riveting conversation Jim gives an intimate view of the team leader, Rick Smalley, and the other team members.

The Voice of Reason (Dr. Tony Marjoram, UNESCO)

## #167
## January 16, 2012

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

### FIRST HALF HOUR

Matt Feighner, Regional VP for National Accounts, Clean Energy Fuels, Dallas, Texas

Natural Gas transportation, opening 150 alternative fuel stations soon to supply fleets and shippers to bring natural gas transportation within their supply chains. Comparing the costs of energy from oil vs. natural gas

tinytechjobs

A visit to the den of strangers (wisdom of Al Smith, how prohibition of the 1920s is a parallel to the Drug Wars of today)

_____

*SECOND HALF HOUR*

Answers from the Fountain of Youth-less Information

Matt Feighner, Regional VP, National Accounts, Clean Energy Fuels, Dallas, Texas

Showing the dramatic difference in costs per energy unit from oil to natural gas, explaining the fallacy of the dangers of fracking to ground water or earthquakes

Meditation Chamber

Matt Feighner gives a prediction of the future

The Voice of Reason (Dr. Fahmida Chowdhury, National Science Foundation)

## #166
## January 2, 2012

TO HEAR THIS EPISODE PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

*FIRST HALF HOUR*

Don Van Pelt Smith, Founder & CEO of OmegaBeef, Oklahoma City, OK

Developing heart-healthy beef, meat from cattle fed algae cultivated with carbon emissions from power plants are loaded with omega 3 fatty acids like fish, but without any mercury risks

tinytechjobs

A visit to the den of strangers (wisdom of Andrew Carnegie)
_____

*SECOND HALF HOUR*

Answers from the Fountain of Youth-less Information

Don Van Pelt Smith, Founder & CEO of OmegaBeef, Oklahoma City, OK

Bringing to market meat from cattle fed algae cultivated with carbon emissions from power plants

Meditation Chamber

Don Smith gives a prediction of the future, that another energy crisis is coming that will cause citizens to rise up and demand political leaders adopt a sound energy policy

The Voice of Reason (Mark Borkowski, US Customs & Border Protection)

## #165

## November 14, 2011

TO HEAR THIS EPISODE PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

*FIRST HALF HOUR*

Greg Donahue, marketing program manager, and Tom Roberts, solutions marketing manager, Mercury Computers

How Mercury builds sophisticated computing systems for homeland security and weapons systems

Meditation Chamber

Greg Donahue and Tom Roberts give a prediction of the future

tinytechjobs

A visit to the den of strangers (wisdom of Plutarch)
_____

*SECOND HALF HOUR*

Answers from the Fountain of Youth-less Information

Ed English, CEO of ELERTS Corporation

Creating emergency notification systems for smartphones

Meditation Chamber

Ed English gives a prediction of the future, that CMAS is old technology and will never be adopted

The Voice of Reason (Molly Brown, NASA)

## #164
## November 7, 2011

TO HEAR THIS EPISODE PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

*FIRST HALF HOUR*

Gordon Kesting, VP for Command & Control Systems and Homeland Security, Elbit Systems of America

Elbit's headquarters is in Israel and shows the close relationship between the US and that country in developing border security systems; Elbit pioneered unmanned aerial vehicles (UAVs) and that led to the deployment of Predator Drones on the southern border of the US; other security systems Elbit has developed

tinytechjobs

A visit to the den of strangers (wisdom of Thomas Paine)
------------------------------------------------

*SECOND HALF HOUR*

Answers from the Fountain of Youth-less Information

Mark Borkowski, assistant commissioner for

technology innovation and acquisition, US Customs & Border Protection

Border challenges and the role of science and technology in meeting these challenges; using Predator Drones in US border airspace; border concerns with Canada; adopting Mexico at the 51st US state

Meditation Chamber

Mark Borkowski enters the chamber and gives a prediction of the future

The Voice of Reason (Ed English, ELERTS Systems, Braintree, MA)

## #163
## October 31, 2011

TO HEAR THIS EPISODE PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

*FIRST HALF HOUR*

Harry Arnold, VP Technology, Goodrich Corp., Fort Worth, Texas

History of Goodrich from the B. F. Goodrich beginnings, now as a global supplier of systems and services to aircraft, aircraft engines, airlines, and defense forces around the world; multi-spectral imaging and short wave infrared optics; searching to hire at many different positions

tinytechjobs

A visit to the den of strangers (wisdom of Teddy Roosevelt)
------------------------------------------------

*SECOND HALF HOUR*

The Promise of Tomorrow Show Archive

Answers from the Fountain of Youth-less Information

Harry Arnold, VP Technology, Goodrich Corp., Fort Worth, Texas

Wireless controls replacing hard wires on aircraft to save on weight, other advances coming

Rick Mahoney, VP Business Development for the Innovation Access Network

Explains the open innovation aspects of the IAN and how it will work closely with the US Department of Homeland Security and attract innovators from around the world

The Voice of Reason (Da Hsuan Feng, VP National Tsing Hua U., Taiwan)

---

## #162
## October 24, 2011

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

*FIRST HALF HOUR*

Lawrence Friedl, Director, NASA Earth Science Division's Applied Sciences program

Preview of his coming presentation at the IEEE Global Humanitarian Technology conference in Seattle Oct. 30 – Nov. 1, anecdotes on space shuttle flight missions

tinytechjobs

A visit to the den of strangers (wisdom of Mahatma Gandhi)
_____

*SECOND HALF HOUR*

Answers from the Fountain of Youth-less Information

Lawrence Friedl, Director, NASA Earth Science Division's Applied Sciences program

More anecdotes on space shuttle flight missions, why all the toilets at the Space Center were flushed at the same time during shuttle missions

Maj. Gen. Joseph C. Carter, adjutant general, Massachusetts national guard

Previews his presentation at the coming IEEE conference on homeland security technology sponsored by Raytheon Nov. 15 � 17, 2011

The Voice of Reason (Steve Winterfeld, TERANet research labs)

---

## #161
## October 17, 2011

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

*FIRST HALF HOUR*

Richard Moro, Sr. Program Manager, Homeland Solutions, Raytheon IDS Advanced Technology Program Office

Raytheon's activity in homeland security, papers being presented at IEEE 2011 conference on homeland security technologies in Boston, Nov. 15 -17, 2011 of which Raytheon is major a sponsor

tinytechjobs

A visit to the den of strangers (wisdom of H. L. Menken)
_____

*SECOND HALF HOUR*

Answers from the Fountain of Youth-less Information

Richard Moro, Sr. Program Manager, Homeland Solutions, Raytheon IDS Advanced Technology

Program Office

More on papers being presented at IEEE 2011
conference on homeland security technologies

in Boston, Nov. 15 -17, 2011 of which Raytheon
is major a sponsor

Dr. Patrick Ball, VP of Human Rights programs,
Benetech

Truth commissions, discovering truths in human
rights abuses and massacres, his presentation
at the IEEE global humanitarian technology
conference in Seattle Oct. 30 - Nov.1, 2011

The Voice of Reason (Dennis Treece, Boston,
MA)

---

#160
October 3, 2011

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

*FIRST HALF HOUR*

Science News Headlines
Reports of particles moving faster than the speed
of light

Prof. Robert Leland, Oral Roberts University
school of engineering, Tulsa, OK

Highlights of engineering school at ORU;
progress on the IEEE Fourth Annual Green
Technologies conference in Tulsa scheduled for
April 19-20, 2012

Dr. Tony Marjoram, recently head of engineering
sciences at UNESCO

Life in Johanna on the Pacific Ocean in Victoria,
Australia

tinytechjobs

A visit to the den of strangers (wisdom of
Thomas Jefferson)
--------------------------------------------------

*SECOND HALF HOUR*

Answers from the Fountain of Youth-less
Information

Lowlights of a Chevron commercial

Dr. Tony Marjoram, recently head of engineering
sciences at UNESCO

How the world can attract students into the field
of engineering and remarks he will deliver at the
IEEE Global Humanitarian Technology
Conference in Seattle, WA, Oct. 30 � Nov. 1 this
year

The Voice of Reason (Dr. James Morris, Portland,
OR)

---

#159
September 26, 2011

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

*FIRST HALF HOUR*

Science News Headlines

Andrew Hoog, co-founder of viaForensics, author
of Android Forensics and co-author of iPhone
and iOS Forensics

Definition of forensics; history of Android; growth
of cyber criminal organizations; Android
security; how data can be exfiltrated; seven
different strategies for circumventing a
password; jailbreaking and unlocking an iPhone

tinytechjobs

A visit to the den of strangers (wisdom of Daniel
Patrick Moynihan)
--------------------------------------------------

The Promise of Tomorrow Radio Show

*SECOND HALF HOUR*

Answers from the Fountain of Youth-less Information

Andrew Hoog, co-founder of viaForensics, author of Android Forensics and co-author of iPhone and iOS Forensics

Forensic imaging; analysis techniques; tools and a table on each tool; how forensics can be used to protect from cyber warfare

Richard King, Dir. Of the Solar Decathlon, Department of Energy, Washington, D. C.

What the Solar Decathlon is and its history

The Voice of Reason (Dr. Sadiye Guler, IntuVision, Woburn, MA)

---

## #158
## September 19, 2011

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

*FIRST HALF HOUR*

Science News Headlines

Keith Raderschadt, Sr. Sales Mgr., Cognitec Systems

Face recognition technology has become as reliable as fingerprinting for law enforcement; the Face VACS-DBScan with Examiner and other tools; Recent NIST FR testing results; Cognitec VAR partners

Dr. Molly Brown, NASA Goddard Space Flight Center

Expanding satellite remote sensing observations

tinytechjobs

A visit to the den of strangers (wisdom of Arthur Schopenhauer)

_____

*SECOND HALF HOUR*

Answers from the Fountain of Youth-less Information

Dr. Molly Brown, NASA Goddard Space Flight Center

Expanding satellite remote sensing observations; famines are caused by dysfunctional governments or the total lack thereof

Dr. Tracy Farrell, Sr. Dir. Freshwater Initiative

Challenges facing the world in ensuring the availability of fresh water to the growing populations; what to expect at the IEEE Global Humanitarian conference Oct. 30 � Nov. 1, 2011

The Voice of Reason (Da Hsuan Feng, VP National Tsing Hua U., Taiwan)

---

## #157
## September 12, 2011

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

*FIRST HALF HOUR*

Science News Headlines

Deb Newberry, author The Next Big Thing is Really Small, Dakota State Technical College, Rosemont, MN

Progress report on using the NanoInk NanoProfessor curriculum in teaching high school students in addition to her college classes

tinytechjobs

A visit to the den of strangers (wisdom of Albert Einstein)

Promise of Tomorrow Radio Show

*SECOND HALF HOUR*

Answers from the Fountain of Youth-less Information

Deb Newberry, author The Next Big Thing is Really Small, Dakota State Technical College, Rosemont, MN

Updates on her written papers on nanotechnology

Dr. Andras G. Lacko, Prof. in Department of Molecular Biology/Immunology, University of North Texas Health Science Center

Using the body�s own good cholesterol (HDL) to destroy cancer tumor cells with nanotechnology

The Voice of Reason (Alexander Balandin, Riverside, CA)

---

## #156
## August 29, 2011

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

*FIRST HALF HOUR*

Science News Headlines

Dr. Da Hsuan Feng, VP National Tsing Hua University, Taiwan

Exciting 100 year history of relations between two top national universities, Tsing Hua University in Taiwan and Tsinghua University in Beijing, mainland China; economic powerhouse of ten Asia-Pacific countries adding China, and then Japan & South Korea

tinytechjobs

A visit to the den of strangers (words of Patrick Henry)

---

*SECOND HALF HOUR*

Answers from the Fountain of Youth-less Information

Dr. Da Hsuan Feng, VP National Tsing Hua University, Taiwan

Where is North Korea in the economic powerhouse of ten Asia-Pacific countries adding China, and then Japan & South Korea?; Typhoon hitting Taiwan as Irene hurricane mauls US east coast; USA will remain great so long as not isolationist.

The Voice of Reason (Charles McGovern, Manchester, UK)

---

## #155
## August 15, 2011

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

*FIRST HALF HOUR*

Science News Headlines

Dr. Karen Kashmanian Oates, Prof. and Peterson Family Dean of Arts & Sciences, Worcester Polytechnic Institute Cyber security and classes at the school, scholarship programs, solving security problems of the Internet

Steve Winterfeld, co-author Cyber Warfare, TASC Technical Lead for Cybersecurity and manager of their TERANet research labs Overview of book content

tinytechjobs

A visit to the den of strangers (wisdom of John Foster Dulles)

---

*Listen Here - Tomorrow Technology Show*

*SECOND HALF HOUR*

Answers from the Fountain of Youth-less Information

Steve Winterfeld, co-author Cyber Warfare, TASC Technical Lead for Cybersecurity and manager of their TERANet research labs Why the Internet does not have to be scrapped and rebuilt, punishing Internet abusers

The Voice of Reason (William Kassebaum, Indianapolis, IN)

---

## #154
## August 8, 2011

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

*FIRST HALF HOUR*

Science News Headlines

Dr. Robert Sienkiewicz, Acting Deputy Director TIP, Nat. Inst. Standards & Technology, Washington, DC

Funding for high-risk/high-reward technology research; participating in the IEEE 11th annual conference on nanotechnology

Matt Smith, Director of Sales & Marketing, Olympus America, Inc. scientific group

History of Olympus; the role of optical instrumentation in nano-level research

tinytechjobs

A visit to the den of strangers (wisdom of Sir Winston Churchill)

-----------------------------------------------

*SECOND HALF HOUR*

Answers from the Fountain of Youth-less Information

Matt Smith, Director of Sales & Marketing, Olympus America, Inc. scientific group

Optical instrumentation in nano-level research; compound microscopes; high speed video; stereomicroscopes; some instruments wafer based, some not wafer based; stream software, laser confocal and 3-D scanning systems, etc.

The Voice of Reason (Richard Lowenthal, Campbell, CA)

---

## #153
## August 1, 2011

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

*FIRST HALF HOUR*

Science News Headlines

Charles McGovern, co-founder of INSCX nano materials exchange, Manchester, UK

How the exchange operates, why the exchange is needed, recognizing the importance of the Nanotox merger with Assured Nano, regulation of nano materials

tinytechjobs

A visit to the den of strangers (wisdom of Harry Truman)

-----------------------------------------------

*SECOND HALF HOUR*

Answers from the Fountain of Youth-less Information

Charles McGovern, co-founder of INSCX nano materials exchange, Manchester, UK

Regulation of nano materials, more on the

business of dealing in nanotechnology materials

The Voice of Reason (Nick Touran, Bellevue, WA)

---

## #152
## July 25, 2011

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

*FIRST HALF HOUR*

Science News Headlines

Dennis Treece, Director of Corporate Security, Mass. Port Authority

Update on Logan airport as a test area for a new surveillance cameras that can pick out fine detail at 100 meters; security by sea in Boston Harbor

tinvtechiobs

A visit to the den of strangers (wisdom of Voltaire)

----------------------------------

*SECOND HALF HOUR*

Answers from the Fountain of Youth-less Information

Dennis Treece, Director of Corporate Security, Mass. Port Authority

A bold and stark view of cyber security, calls for a complete re-build of the internet which he call a "very dangerous place"

The Voice of Reason (Mayer Sasson, Con Edison)

---

## #151
## July 18, 2011

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

*FIRST HALF HOUR*

Science News Headlines

Justin Manley, Senior Director Business Development, Teledyne Benthos

Platforms, sensors and systems necessary to

observe and monitor the oceans, unmanned undersea gliders, communicating underwater without radio waves

tinvtechiobs

A visit to the den of strangers (wisdom of Lord Salisbury)

----------------------------------

*SECOND HALF HOUR*

Answers from the Fountain of Youth-less Information

Justin Manley, Senior Director Business Development, Teledyne Benthos When unmanned undersea gliders are lost, communicating underwater, the IEEE Homeland Security conference

The Voice of Reason (Dave McIntire)

---

## #150
## July 4, 2011

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

*FIRST HALF HOUR*

Science News Headlines

Dr. Clayton Teague, retired director of the NNCO

Says investors in nanotechnology need to be patient in their expectations from conception to full commercialization

Science News Headlines

Brian Miller, founder-President of NanoLab Technologies, Portland, OR

Leaving FEI and getting his business started 16 years ago

tinytechjobs

A visit to the den of strangers (wisdom of Arthur Clarke)

----------------------------------------------

*SECOND HALF HOUR*

Answers from the Fountain of Youth-less Information

Brian Miller, founder-President of NanoLab Technologies, Portland, OR

Omniprobe Technologies, Bruker AXS, XEI Scientific, Nanophoton & Left Coast Instruments

News and comment on the drug war

The Voice of Reason (Brian MacCleery, Austin, TX)

---

## #149
## June 27, 2011

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

*FIRST HALF HOUR*

Science News Headlines

Dr. Paul Kostek, principal of Air Direct Solutions, Seattle, WA

Gives an overview of the IEEE 2011 Global Humanitarian Technology Conference in Seattle of which he is chairman

tinytechjobs

A visit to the den of strangers (wisdom of Socrates)

----------------------------------------------

*SECOND HALF HOUR*

Answers from the Fountain of Youth-less Information

Keith Moore, senior engineer at the US Army Information Systems Engineering Command, Fort Huachuca, AZ

Gives a deeper view of the IEEE 2011 Global Humanitarian Technology Conference in Seattle of which he is technical program chair

The Voice of Reason (Dr. Pratul Ajmera, Louisiana State University, Baton Rouge, LA)

---

## #148
## June 20, 2011

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

*FIRST HALF HOUR*

Science News Headlines

Dr. Sadiye Guler, founding CTO/President, IntuVision, Woburn, MA

Real-time video event detection and forensic video investigation technologies

tinytechjobs

A visit to the den of strangers (wisdom of Rudyard Kipling)

----------------------------------------------

*SECOND HALF HOUR*

Answers from the Fountain of Youth-less Information

Real-time video used in education strengthening teaching techniques

Dr. Gerhard Klimeck, Prof. of Electrical and

Dr. Gerhard Klimeck, Prof. of Electrical and Computer Engineering, Director of Network for Computational Nanotechnology, Perdue University, West Lafayette, IN

Using the website, www.nanoHUB.org, for online simulations, tutorials, seminars, complete classes in nanotechnology, how it work and protects IT property

The Voice of Reason (Karl Rabagio, Austin Energy)

## #147
## June 13, 2011

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

*FIRST HALF HOUR*

Science News Headlines

Prof. Michael J. Kelly, Prince Phillip Professor of Technology, Center for Advanced Photonics and Electronics, Department of Engineering, University of Cambridge, UK

Controversial view that nanoscale structures below a certain size inherently cannot be fabricated en masse to acceptable yield and quality; angry at "ridiculous claims that cryogenic temperatures" is going to be the next big thing after silicon CMOS; believes that all journals having nanotechnology in the title should publish papers about nanotechnology, not nanoscience

tinytechjobs

A visit to the den of strangers (wisdom of H. L. Menken)

——————————————————————

*SECOND HALF HOUR*

Answers from the Fountain of Youth-less Information

Prof. Michael J. Kelly, Prince Phillip Professor of Technology, Center for Advanced Photonics and Electronics, Department of Engineering, University of Cambridge, UK

Controversial view that silicon will never be replaced by nano particles in the manufacture of microchips; says Moore�s Law is nothing current, has been with us all through history and will play itself out in computers too eventually

Dr. Gerhard Klimeck, Prof. of Electrical and Computer Engineering, Director of Network for Computational Nanotechnology, Perdue University, West Lafayette, IN

Using the website, www.nanoHUB.org, for online simulations, tutorials, seminars, complete classes in nanotechnology

The Voice of Reason (James Morris, Portland State University, Oregon)

## #146
## June 6, 2011

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

*FIRST HALF HOUR*

Science News Headlines

Update on the National Nanotechnology Coordination Office

Dr. Clayton Teague, retired director of the NNCO

The reasons for leaving the agency, high compliments for the people working at NNCO, the need for improved communications at NNCO

tinytechjobs

A visit to the den of strangers (wisdom of John Fletcher Moulton)

——————————————————————

*SECOND HALF HOUR*

Answers from the Fountain of Youth-less Information

Robert D."Skip" Rung, President and Executive Director Oregon Nanoscience and Microtechnologies Institute

Nanotechnology commercialization, the 11th Annual IEEE Nanotechnology Conference scheduled for Portland Aug. 15 - 18

The Voice of Reason (Bill McMahon, founder, president & CEO of CoaLogix)

---

#145
May 30, 2011

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

*FIRST HALF HOUR*

Science News Headlines

Geoff Holdridge, Chief of Staff, National Nanotechnology Coordination Office

The state of NNCO after the sudden resignation of agency pioneer and icon Dr. Clayton Teague

Dr. James Morris, Prof. Electrical and Computer Engineering, Portland State University, Oregon

Organizing and producing the 11th annual IEEE International Conference on Nanotechnology

tinytechjobs

A visit to the den of strangers (wisdom of Pericles)
_____

*SECOND HALF HOUR*

Answers from the Fountain of Youth-less Information

Dr. James Morris, Prof. Electrical and Computer Engineering, Portland State University, Oregon

Organizing and producing the 11th annual IEEE

International Conference on Nanotechnology, Mt. St Helens and the surrounding area attracting many scientists attending the conference

The Voice of Reason (Donald Hillebrand, Argonne Nat. Labs)

---

#144
May 23, 2011

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

*FIRST HALF HOUR*

Science News Headlines

Dr. Alexander A. Balandin, Chair of Materials Science & Engineering - leads the Nano-Device Lab, University of California, Riverside

Discovered unusual thermal properties of graphene; phonon effects in semiconductor nanostructures; thermal interface materials [TIMS] and how only 5% graphene can increase thermal conductivity of TIMS tenfold

tinytechjobs

A visit to the den of strangers (wisdom of Pete Seeger)
_____

*SECOND HALF HOUR*

Answers from the Fountain of Youth-less Information

Dr. Kenneth J. Reed, VP & CTO, Cerion Enterprises, Inc.

Uses discarded pioneering technology from

Kodak and developed smallest particle known, only 2.5 nanometers, to increase fuel economy by 9%, drug delivery chemistries for treatment of diseases such as Parkinson's, Multiple Sclerosis, Stroke, etc., and lithium ion battery & solid oxide fuel cells

The Voice of Reason (Marty Bradley, Boeing)

---

## #143
## March 28, 2011

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

### *FIRST HALF HOUR*

Science News Headlines

Dr. Yucheng Liu, assistant professor, Dept. Mechanical Engineering, University of Louisiana at Lafayette

High performance wind generation in Louisiana

tinytechjobs

A visit to the den of strangers (wisdom of Albert Einstein)

------------------------------------------------

### *SECOND HALF HOUR*

Answers from the Fountain of Youth-less Information

Dr. Yucheng Liu, assistant professor, Dept. Mechanical Engineering, University of Louisiana at Lafayette

Comparing wind generation in Texas with that in Louisiana

Dr. Hayrettin Bora Karayaka, assistant professor, power systems lead, mechanical engineering science & technology

Generating electricity from ocean wave energy

The Voice of Reason (Vanessa Gemmell, Boeing)

---

## #142
## March 21, 2011

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

### *FIRST HALF HOUR*

Science News Headlines

Ray Rapuano, Manager Smart + Connected Real Estate, Cisco Systems

High performance buildings, their secure networks, energy and cost savings

tinytechjobs

A visit to the den of strangers (wisdom of James Patterson)

------------------------------------------------

### *SECOND HALF HOUR*

Answers from the Fountain of Youth-less Information

Ray Rapuano, Manager Smart + Connected Real Estate, Cisco Systems

High performance buildings, energy and cost savings; examples from Missouri and Duke Energy; on presentation Rapuano will make at the IEEE Green Tech conference in mid-April, Baton Rouge, LA

The Voice of Reason (Rajeev Ram, MIT)

---

## #141
## March 14, 2011

TO HEAR THIS EPISODE

### *FIRST HALF HOUR*

Science News Headlines

William R. Kassebaum, CEO, Stellarwind Bio

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

Energy, Indianapolis, IN

Major proprietary advances in algae farming to
replace fossil fuels; high-end test fuels, aviation
and jet drop-in fuels; aseptic monocultural
growth methods for high productivity at low cost;

2000 acre enclosed pilot facility in Indiana

tinytechjobs

A visit to the den of strangers (wisdom of
Aristotle)
———————————————————————

### SECOND HALF HOUR

Answers from the Fountain of Youth-less
Information

William R. Kassebaum, CEO, Stellarwind Bio
Energy, Indianapolis, IN

How advances in algae farming work

Dr. Ying Wang, Dept. Mechanical Engineering,
Louisiana State University

Nanomaterials synthesis for applications in
lithium-ion batteries

The Voice of Reason (Dr. Claudette H. Reichel,
Baton Rouge)

---

## #140
## March 7, 2011

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

### FIRST HALF HOUR

Science News Headlines

Janet Marsden, COTELCO research fellow,
Syracuse University, NY

Doing away with the antiquated power grid in
delivering electricity, instead using its RF
capabilities for power companies to operate our
electric supply that will be self contained in our
homes and businesses

tinytechjobs

A visit to the den of strangers (wisdom of
Abraham Lincoln)
———————————————————————

### SECOND HALF HOUR

Answers from the Fountain of Youth-less
Information

Dr. Krishna Shenai, Prof. electrical engineering
and computer science, University of Toledo,
Ohio

The DC Microgrid, inefficient DC to DC
connections reasons why our computers and
mobile phones operate so hot, wasting energy,
and how we will solve that

The Voice of Reason (Dr. Gary Hill, McDonald
Observatory, Austin, Texas)

---

## #139
## February 28, 2011

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

### FIRST HALF HOUR

Science News Headlines

Chris Ashcraft reports on regional meeting about
electric auto re-charging stations along NAFTA
corridor

Richard Lowenthal, co-founder Coulomb
Technologies, Campbell, CA

Bringing electric auto re-charging stations to
market; sponsoring IEEE Energy in Motion in
Austin Texas

Brian MacCleery, Principal Product Mgr. for Clean Energy Technology, National Instruments, Austin, Texas

Deployment of advanced embedded systems technologies to make clean energy less expensive and more abundant than fossil fuels, National Instruments grant program

tinytechjobs

A visit to the den of strangers (wisdom of Charles R. Swindoll)
————————————————————

*SECOND HALF HOUR*

Answers from the Fountain of Youth-less Information

Brian MacCleery, Principal Product Mgr. for Clean Energy Technology, National Instruments, Austin, Texas

Airborne wind electric generators 1000 to 2000 feet in the air tethered to the ground; making clean energy less expensive and more abundant than fossil fuels

The Voice of Reason (John Casti, Vienna, Austria)

## #138
## February 21, 2011

TO HEAR THIS EPISODE PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

*FIRST HALF HOUR*

Science News Headlines

Karl R. Rabago, VP Distributed Energy Services, Austin Energy

Smart Grid technology; Seminar Feb. 22; why electric vehicles won't 'just replace gasoline with coal'; program initiatives

tinytechjobs

A visit to the den of strangers (wisdom of Mark Twain)
————————————————————

*SECOND HALF HOUR*

Answers from the Fountain of Youth-less Information

Karl R. Rabago, VP Distributed Energy Services, Austin Energy

Electric vehicle program initiatives; future of Austin Energy; IEEE-USA Energy in Motion conference in Austin

The Voice of Reason (Da Hsuan Feng, Cheng Kung U, Taiwan)

## #137
## February 14, 2011

TO HEAR THIS EPISODE PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

*FIRST HALF HOUR*

Science News Headlines

Donald Hillebrand, Director of Transportation Research, Argonne National Laboratory

New gas and diesel car emissions cleaner than air in Chicago; the merits of electric vehicles and existing roadblocks to production; advances in battery technology

tinytechjobs

A visit to the den of strangers (wisdom of Armand Hammer)
————————————————————

*SECOND HALF HOUR*

Answers from the Fountain of Youth-less Information

Donald Hillebrand, Director of Transportation Research, Argonne National Laboratory

Advances in battery means almost zero waste; plug-in hybrids offer big solutions

The Voice of Reason (Janet Marsden, Syracuse University)

---

**#136**
**January 31, 2011**

TO HEAR THIS EPISODE PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

*FIRST HALF HOUR*

Science News Headlines

Dr. Pratul Ajmera, Louisiana State University, Baton Rouge, LA

Update on progress of IEEE Green Technologies conference scheduled for April 14 -15, 2011, in that city

Kathy Doyle Thomas, co-founder Half Price Books, Dallas,

The pros and headaches of pioneering by that firm of installing electric automobile charging stations

tinytechjobs

A visit to the den of strangers (wisdom of Robert Muller)
————————————————

*SECOND HALF HOUR*

Answers from the Fountain of Youth-less Information

David Oberlander, Commercial Electrical Estimator, Dallas, Texas

Converting a '72 Porsche 914 to be a totally electric car at half the price of a Chevy Volt

The Voice of Reason (Trudy Lehner, Schenectady, NY)

---

**#135**
**January 24, 2011**

TO HEAR THIS EPISODE PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

*FIRST HALF HOUR*

Science News Headlines

Dr. Mayer Sasson, Con Edison, chairs IEEE-USA energy policy committee, New York, NY

Electrical power grid safe from terrorists attacks through secret methods used by power companies.

Annie Hairsine, MPhil, MA Cantab, OTM Associate Director & Team Leader

EPNanoNet summit conference in Houston working with oil companies to develop a roadmap for applying nanotechnology in the oil and gas industry

tinytechjobs

A visit to the den of strangers (wisdom of Harold Wilson, former British Prime Minister)
————————————————

*SECOND HALF HOUR*

Answers from the Fountain of Youth-less Information

Annie Hairsine, MPhil, MA Cantab, OTM Associate Director & Team Leader

Listen: Promise of Tomorrow Radio Show

Nanotechnology in the chemical industry can prevent oil spill disasters

Fausto Molinet, founder Matrix International, Boston, MA

Producing the IEEE Homeland Security conference, Boston, November, 2011

Lee Goldberg, Leader of the Green Power Community at TechBites.com; author of Green Electronics, Green Bottom Line—A practical guide to environmentally-responsible engineering

How the Smart-power grid works

The Voice of Reason (Prof. David Dornfeld, U.C. Berkeley)

## #134
## January 17, 2011

TO HEAR THIS EPISODE PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

### FIRST HALF HOUR

Science News Headlines

Dr. Nick Touran, nuclear scientist, TerraPower, Bellevue, WA

TerraPower's traveling wave reactor offers a path to zero-emission, proliferation-resistant energy that produces significantly smaller amounts of nuclear waste than conventional nuclear reactors

tinytechjobs

A visit to the den of strangers (wisdom of Father Theodore Hesburgh, Notre Dame)

### SECOND HALF HOUR

Answers from the Fountain of Youth-less Information

Dr. Nick Touran, nuclear scientist, TerraPower, Bellevue, WA

Traveling wave reactor will not need enriched uranium so to avoid weapons development in countries like Iran

Dr. Mayer Sasson, Con Edison, chairs IEEE-USA energy policy committee, New York, NY

Energy recommendations for government and industry

The Voice of Reason (Tom Beckwith, Largo, FL)

## #133
## January 3, 2011

TO HEAR THIS EPISODE PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

### FIRST HALF HOUR

Science News Headlines

The late Dr. Stephen Schneider, renowned climate scientist, Stanford University

Why Cap N' Trade or a carbon tax is needed

Congressman Michael Burgess, (R) Texas

EPA has overstepped its authority

Luke Popovich, National Mining Association

Energy costs will go up

Lucy Nashed, spokesman for the Texas governor's office

Texas is suing the EPA, Texas has cut pollution, EPA threatens hundreds of thousands of Texas jobs and imposes increased living costs on families

Congressman Michael Burgess, (R) Texas

Energy costs will go up, why hurt Texas, co2 is not a pollutant

Luke Popovich, National Mining Association

Coal accounts for about half of the US electrical needs

Bill McMahon, former nuclear engineer now coal advocate

Actions such as the EPA are endangering America

Luke Popovich, National Mining Association

Will regulators allow time to develop clean coal before crippling America?

tinytechjobs

A visit to the den of strangers (wisdom of Da Hsuan Feng, Cheng Kung U., Taiwan)
-------------------------------------------

*SECOND HALF HOUR*

Answers from the Fountain of Youth-less Information

Luke Popovich, National Mining Association

How the NMA plans to combat the EPA; even if coal were totally done away with in the US it would make no difference in world co2 levels because China and other developing countries are using increased amounts of coal, so the only hope is to make coal cleaner

Congressman Michael Burgess, (R) Texas

Congress will work to amend the Clean Air Act, and limit EPA power by cutting its budget

The Voice of Reason (Mark Scher, Pres. CG Power)

## #132
## December 20, 2010

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

*FIRST HALF HOUR*

Science News Headlines

Dr. Marty Bradley, Boeing principal investigator for research and technology for SUGAR,

Pioneering the battery driven jetliner, N+3 Subsonic Ultra Green Aircraft with NASA; how jet engines work; the limitations in battery development; can a jetliner's skin be made a solar collector

tinytechjobs

A visit to the den of strangers (wisdom of Henry Mitchell, Washington Post, on Gen. George C. Marshall)
-------------------------------------------

*SECOND HALF HOUR*

Answers from the Fountain of Youth-less Information

Bill McMahon, founder, president & CEO of CoaLogix

More on clean coal; the energy challenges facing the US

The Voice of Reason (Roger Faulkner, Pres. Electric Pipeline Corp., Cambridge, NY)

## #131

*FIRST HALF HOUR*

Custom Issue of Tomorrow Radio Show

#131
December 13, 2010

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

FIRST HALF HOUR

Science News Headlines

Dr. Vanessa Gemmell, Director of Technology
Development for the Environment, Boeing

New environmental designs for aircraft,
emissions and community noise reductions,
hazardous materials, the prototype
ecoDemonstrator aircraft

tinytechiobs

A visit to the den of strangers (wisdom of Harry
Truman)

_____

SECOND HALF HOUR

Answers from the Fountain of Youth-less
Information

Dr. Vanessa Gemmell, Director of Technology
Development for the Environment, Boeing

More on the prototype ecoDemonstrator aircraft,
biofuels/fuel cells, airplane operational
efficiency, nanotech coatings, reducing fuel burn

by 70%,

The Voice of Reason (Bill McMahon, Charlotte,
NC)

#130
December 6, 2010

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

FIRST HALF HOUR

Science News Headlines

Dr. Fahmida Chowdhury, National Science
Foundation program director

On her coming presentation at the IEEE Green
Tech conference in Baton Rouge April 14-15,
2011. Tips on funding of science projects
through the NSF

tinytechiobs

A visit to the den of strangers (wisdom of Robert
Lewis Stevenson)

_____

SECOND HALF HOUR

Answers from the Fountain of Youth-less
Information

Dr. Claudette H. Reichel, professor and housing
specialist with Louisiana State University

The La House resource center, new building
techniques for sustainable and 'green' housing,
greening up existing homes, roofs, termites

The Voice of Reason (Art Kazanjian,
Schenectady, NY)

#129
November 8, 2010

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

FIRST HALF HOUR

Science News Headlines

Dr. Patrick Moriarty and Dr. Damon Honnery,
Authors, Monash University, Australia

On release of new book The Rise and Fall of the
Carbon Civilisation (sic) (Springer); the problems
we face; Earth's resources are finite; global
resource problems; renewable energy, too little
too late; the problems with nuclear energy and
the dangers from its waste

tinytechiobs

A visit to the den of strangers (wisdom of Dwight

Eisenhower)
--------------------------------------------

*SECOND HALF HOUR*

Answers from the Fountain of Youth-less Information

Patrick Moriarty and Damon Honnery, Authors, Monash University, Australia

Nuclear waste untenable; engineering for greater energy efficiency; sequestration of carbon won't work safely; geo-engineering; the new economy

The Voice of Reason (Jurgen Huffler, Nanosys)

---

## #128
## October 31, 2010

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

*FIRST HALF HOUR*

Science News Headlines

Dr. Da Hsuan Feng, Senior Executive Vice President, National Cheng Kung University, Taiwan

It is obvious that intellectual excellence is moving in the direction of Asia; higher education in Asia can truly make it the intellectual leader; Taiwan now has close ties with mainland China and the Taiwanese identify with being Chinese; mainland students now study in Taiwan's universities

tinytechjobs

A visit to the den of strangers (wisdom of Confucius)
--------------------------------------------

*SECOND HALF HOUR*

Answers from the Fountain of Youth-less Information

Dr. Da Hsuan Feng, Senior Executive VP, National Cheng Kung University, Taiwan

Updates on Dr. Feng's recent visit to Viet Nam; Confucianism

Simon Pitts, Director of Northeastern University's Gordon Engineering Leadership Program and Prof. of Practice in Engineering Leadership

The state of the US engineers in practice; need to develop engineers with cross functional abilities; developing 'green' engineers; the engineering programs at Northeastern U; Leadership Labs; being part of IEEE Homeland Security Conf.; getting the US back to engineering greatness

The Voice of Reason (Simon Pitts, Northeastern U.)

---

## #127
## October 25, 2010

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

*FIRST HALF HOUR*

Science News Headlines

Hon. Carlos Marron, Mexican Investment and

Trade Commissioner for the southwestern US, Dallas, Texas

The economic health of Mexico at this time; solid outlook for increased trade opportunities with the US, Mexico currently the largest importer of goods from Texas; border security, the safety of attending the UN Climate Change Conference coming to Cancun Nov. 29 � Dec. 10

tinytechjobs

A visit to the den of strangers (anonymous wisdom)

### SECOND HALF HOUR

Answers from the Fountain of Youth-less Information

Hon. Carlos Marron, Mexican Investment and Trade Commissioner for the southwestern US, Dallas, Texas

Border security, when will the Mexican government finally quell the cutthroats who seem to be in control of Mexico's northern border? Do these border thugs indicate that Mexico is really in a sort of revolution?

Dr. David McIntyre, VP Homeland Security programs at the National Graduate School, nationally recognized strategist, analyst and teacher in national and homeland security

Border security with Mexico; The gangs responsible for the violence in northern Mexico want to ultimately control the Mexican government; despite the seemingly porous border with Mexico, the US has more to fear from terrorist infiltration from its border with Canada

The Voice of Reason (Carlos Marron, Pro-Mexico)

## #126
## October 18, 2010

TO HEAR THIS EPISODE PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

### FIRST HALF HOUR

Science News Headlines

Dr. David McIntyre, VP Homeland Security programs at the National Graduate School, nationally recognized strategist, analyst and teacher in national and homeland security

The Iran cyber worm attack, how likely was it that Israel and US were responsible; what is taught at the National Graduate School curriculum on Homeland Security; how our experts overlooked the possibility of the 9/11 airliner attacks

tinytechjobs

A visit to the den of strangers (wisdom of Greg Easterbrook)

―――――――――――――――――――

### SECOND HALF HOUR

Answers from the Fountain of Youth-less Information

Dr. David McIntyre, VP Homeland Security programs at the National Graduate School, nationally recognized strategist, analyst and teacher in national and homeland security

More on how our experts overlooked the possibility of the 9/11 airliner attacks; the vulnerability of the US power grid to terrorist attacks; WMD and how we failed in Iraq; with 30,000 people listening on phone conversation, what do we expect of law enforcement, preempt or respond?

The Voice of Reason (Adrian Bejan, Duke University)

## #125
## October 11, 2010

TO HEAR THIS EPISODE PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

### FIRST HALF HOUR

Science News Headlines

Tomas Vagoun, Technical Coordinator for the Cyber Security and Information Assurance (CSIA) Interagency Working Group at the National Coordination Office (NCO) for the Federal Networking and Information Technology Research and Development (NITRD) Program.

The Promise of Tomorrow Radio Show

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

And Karen Krause-Bencal, Sr. Program Manager, US Raytheon and Marketing Chair, IEEE Homeland Security Conference

Special session on Federal Cybersecurity Research priorities immediately following the IEEE conference on homeland security. Views on the purported computer worm infection alleged by Iran.

tinytechjobs

A visit to the den of strangers (wisdom of Andy Rooney)
------------------------------------------------

### SECOND HALF HOUR

Answers from the Fountain of Youth-less Information

Krause-Bencal, Sr. Program Manager, US Raytheon and Marketing Chair, IEEE Homeland Security Conference; and Tomas Vagoun, Technical Coordinator for the Cyber Security and Information Assurance (CSIA) Interagency Working Group at the National Coordination Office (NCO) for the Federal Networking and Information Technology Research and Development (NITRD) Program.

More views on the purported computer worm infection alleged by Iran; update on IEEE Homeland Security conference

Da Hsuan Feng, Senior Executive Vice President, National Cheng Kung University, Taiwan

It is obvious that intellectual excellence is moving in the direction of Asia

The Voice of Reason (Fausto Molinet, founder Matrix International, Boston, MA)

---

## #124
## September 27, 2010

TO HEAR THIS EPISODE PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

### FIRST HALF HOUR

Science News Headlines

Dennis Treece, Director of Corporate Security, Mass. Port Authority

Massport has spent $250M on security since 2011 after Treece came on as security director, and has a current annual budget of $65M. Logan airport has been a test area for a new surveillance camera that can pick out great detail at long distances

tinytechjobs

A visit to the den of strangers (wisdom of Aleksandr Solzhenitsyn)
------------------------------------------------

### SECOND HALF HOUR

Answers from the Fountain of Youth-less Information

Dennis Treece, Director of Corporate Security, Mass. Port Authority

How Massport has contended with complaints on the cameras that essentially strip-search passengers boarding airplanes. How he will be looking for new technologies at the IEEE conference on homeland security in November.

The Voice of Reason (Dennis Treece, Massport, Boston, MA)

---

## #123
## September 20, 2010

### FIRST HALF HOUR

September 20, 2010

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

Science News Headlines

Exclusive story and breaking news, huge
breakthrough in battery capacity using
nanotechnology

Jurgen Hofler, VP Engineering & Operations,
Nanosys, Palo Alto, CA

Explains the 40% capacity ion battery
breakthrough developed with nanotechnology

Tom Beckwith, CEO Beckwith Engineering,
Largo, FL

His electronic controls prevents massive
amounts of energy loss in delivery of electricity

Peter Ruben, Chairman, MR Technologies, Inc.,
Calgary, Alberta

The revolutionary thermally driven refrigeration
cycle, harvesting energy directly from waste
heat without first converting to electricity

tinytechjobs

A visit to the den of strangers (wisdom of Alan
Loy McGinnis)
---------------------------------------------------

SECOND HALF HOUR

Answers from the Fountain of Youth-less
Information

Peter Ruben, Chairman, MR Technologies, Inc.,
Calgary, Alberta

The revolutionary thermally driven refrigeration
cycle, harvesting energy directly from waste
heat without first converting to electricity

The Voice of Reason (Jack McCall, American
Superconductor Corp.)

#122
September 13, 2010

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

FIRST HALF HOUR

Science News Headlines

Sidney Johnston, physicist, patent attorney

Utility scale solar systems, how the electrical
demands of the entire US can be supplied by
solar-hydro units using only a hundred square
mile footprint in the Southwest

tinytechjobs

A visit to the den of strangers (wisdom of Sir
Laurence Olivier)
---------------------------------------------------

SECOND HALF HOUR

Answers from the Fountain of Youth-less
Information

Mike Scher, president of CG Power Solutions

How he took his firm with only a $10,000

investment to have installed 9,000 MW of wind
energy, 23% of installed wind capacity in the US;
now moving into the solar market

Ulli Hammer, Hanover Fairs

The history of Hanover Fairs and its expos world-
wide

The Voice of Reason (John Magee, research
scientist, Boston University)

## #121
## September 6, 2010

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

*FIRST HALF HOUR*

Science News Headlines

Breaking science news, electricity storage
capability taking massive leap, Trudy Lehner of
Superpower reports

The late Dr. Stephen H. Schneider, Woods
Institute for the Environment, Stanford University,
as we mourn the shock of losing him

Never before aired comments; on Paul Ehrlich;
public skepticism on climate change

Fausto Molinet, founder Matrix International,
Boston, MA

Producing the IEEE Homeland Security
conference, Boston, April 8 � 10, 2010

Rich Anderson, VP Security & Surveillance,
DeTect, Inc.

Sophisticated new radar systems

tinytechjobs

A visit to the den of strangers (wisdom of Irvern
Ball)
----------------------------------------------------

*SECOND HALF HOUR*

Answers from the Fountain of Youth-less
Information

Rich Anderson, VP Security & Surveillance,
DeTect, Inc.

SCADA interface which can shut down turbines
and reduce the risk of bird strikes at wind farms,
and early warning to reduce risks of bird strikes
during aircraft take offs and landings; more on
sophisticated new radar systems; participation
in IEEE Homeland Security conference Nov. 8 �
10, 2010

The Voice of Reason (The late Dr. Stephen
Schneider, Stanford U.)

## #120
## August 31, 2010

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

*FIRST HALF HOUR*

Science News Headlines

Breaking science news, electricity storage
capability taking massive leap, Trudy Lehner of
Superpower reports

Superconducting magnetic coil technology to
solve electricity storage problems, leaving
battery advances in the dust

Roger Faulkner, President Electric Pipeline
Corp., Cambridge, NY

Elpipes, polymer-insulated HVDC conductors
based on low cost extruded metal conductors

tinytechjobs

A visit to the den of strangers (wisdom of Jan de
Hartog)
----------------------------------------------------

*SECOND HALF HOUR*

Answers from the Fountain of Youth-less
Information

Roger Faulkner, President Electric Pipeline
Corp., Cambridge, NY

More on Elpipes, polymer-insulated HVDC
conductors based on low cost extruded metal
conductors; IEEE energy conference in Boston

conductors, IEEE energy conference in Boston September 27 -29, 2010

Dr. Rajeev Ram, Program Director of DoE Advanced Research Project Agency ◆ Energy; Research Lab of Electronics ay MIT

Comments on underground electrical cables and other questions facing the US Department of Energy

The Voice of Reason (Joseph Minervini, MIT, Boston)

---

## #119
## August 23, 2010

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

### FIRST HALF HOUR

Science News Headlines

Jack McCall, American Superconductor Corp., Business Development Director of High Temperature Superconductors (HTS) Transmission and Distribution (T&D) Systems, Devens, MA Challenges and safety on the power grid; how superconductors solve the problems; how superconductors can be both a super conductor AND a super resister when overloaded

tinytechiobs

A visit to the den of strangers (wisdom of William H. Walton)
--------------------------------------------

### SECOND HALF HOUR

Answers from the Fountain of Youth-less Information

Jack McCall, American Superconductor Corp., Business Development Director of High Temperature Superconductors (HTS) Transmission and Distribution (T&D) Systems, Devens, MA

More on superconducting cables; the Tres Amigas SuperStation -- for the first time a single spot in New Mexico will soon connect America's three power grids from east to west; South Korea plans to be the first country to convert its electricity network into smart grids; IEEE energy conference in Boston September 27 -29, 2010

The Voice of Reason (Chris McMurrough, UT Arlington, Texas)

---

## #118
## August 16, 2010

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

### FIRST HALF HOUR

Science News Headlines

Traute F. Lehner, Sr. Director; and Arthur P. Kazanjian, General Manager; SuperPower, Schenectady, NY

Superconducting wire can carry 100 times the current of copper

tinytechiobs

A visit to the den of strangers (wisdom of the Marquis de la Grange)
--------------------------------------------

### SECOND HALF HOUR

Answers from the Fountain of Youth-less Information

Traute F. Lehner, Sr. Director; and Arthur P. Kazanjian, General Manager; SuperPower, Schenectady, NY

Superconducting wire, costs and implementation, partner in Houston, IEEE energy conference in Boston September 27 -29

The Voice of Reason (Jeff Chapman, London, UK)

## #117
## August 9, 2010

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

### FIRST HALF HOUR

Science News Headlines

John Magee, research scientist, Boston University

The future for all-electric vehicles in doubt until remote charging stations questions are solved; development of human/computer interaction with only head or eye gestures and motions

Lee Goldberg, Leader of the Green Power Community at TechBites.com; author of Green Electronics, Green Bottom Line-a practical guide to environmentally-responsible engineering

Development of the Smart-power grid

tinytechjobs

A visit to the den of strangers (the wisdom of Jeffry A. Timmons)

_____

### SECOND HALF HOUR

Answers from the Fountain of Youth-less Information

Michael Magelakis, Environmentalist, Member Victorian Mfg. & Engineering Skills Advisory Board, works with Australian Defense suppliers, Melbourne, Australia

The prospects of Cap N' Trade or a carbon tax in Australia

Pam Bailey, tinytechjobs

Where are the R&D jobs?

The Voice of Reason (Joe Meppelink, University of Houston)

## #116
## August 2, 2010

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

### FIRST HALF HOUR

Science News Headlines

Joseph Minervini, Department of Electrical Engineering, MIT, Boston

Copper loss in DC vs. AC

Paul Lunch, Her Majesty's Consul General

Iran nuclear threat and Britain's energy views

Leo F. Casey, VP of Engineering and CTO, Satcon, Boston, MA

Satcon's High megawatt Inverter program

tinytechjobs

A visit to the den of strangers (The wisdom of Brian Bowling)
_____

### SECOND HALF HOUR

Answers from the Fountain of Youth-less Information

Leo F. Casey, VP of Engineering and CTO, Satcon, Boston, MA

Renewable energy has four requirements to satisfy: Cost, Controllability, Intermittency, Integration of resources; storing electricity in batteries and flywheels

Custom Use of Tomorrow Reno Show

Batteries and flywheels

The Voice of Reason (Ray Baughman, University of Texas Dallas)

---

## #115
## July, 26 2010

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

### *FIRST HALF HOUR*

Science News Headlines

Joseph Minervini, Department of Electrical Engineering, MIT, Boston

The future of plasma science and nuclear fusion. MIT is recognized among the leading research labs in the physics and engineering aspects of magnetic and inertial fusion

tinytechjobs

A visit to the den of strangers (The wisdom of S�ren Kierkegaard)

--------------------------------------------

### *SECOND HALF HOUR*

Answers from the Fountain of Youth-less Information

Joseph Minervini, Department of Electrical Engineering, MIT, Boston

Why the nation's electrical grid will someday be converted from alternating current to DC; update on the IEEE Energy conference September 27-29 in Boston; preview of his presentation titled: Superconducting DC Electric Distribution for Large Scale Data and Telecommunications Centers

The Voice of Reason (Deb Newberry, Dakota Technical College, MN)

---

## #114
## July, 19 2010

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

### *FIRST HALF HOUR*

Science News Headlines

Professor David Dornfeld, Department of Mechanical Engineering, University of California, Berkeley

On his coming new book Green Manufacturing; lessons to his students; when choosing a technology all costs must be figured in and many are hidden; manufacturing must prepare for change, either because of coming economic demands or government mandates

tinytechjobs

A visit to the den of strangers (The wisdom of Mark Twain)

--------------------------------------------

### *SECOND HALF HOUR*

Answers from the Fountain of Youth-less Information

Professor David Dornfeld, Department of Mechanical Engineering, University of California, Berkeley

Green Manufacturing; more lessons choosing a technology and finding real costs; batteries and nuclear hidden costs; manufacturing must prepare for change, either because of coming economic demands or government mandates

The Voice of Reason (Victor Sapirstein, Lambda Solutions)

---

## #113

### *FIRST HALF HOUR*

Listen to the Promise of Tomorrow Radio Show

#110
July, 12 2010

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

Science News Headlines

Dr. John Casti, futurist, co-founder of the Kenos Circle (Vienna-based society for exploration of the future), author of Mood Matters

Contending that all social events are biased by the attitudes a society holds for the future; societies act en mass over long periods of time, going from being very positive to very negative, then slowly going back to positive again, and events don't matter.

tinytechjobs

A visit to the den of strangers (wise thought, anonymous)
_____

*SECOND HALF HOUR*

Answers from the Fountain of Youth-less Information

Dr. John Casti, futurist, co-founder of the Kenos Circle (Vienna-based society for exploration of the future), author of Mood Matters

Predicting and preparing for the future; the Kenos

Circle; personal views on global warming

Paul Lynch, Her Majesty's Consul General, Houston, Texas

Will the British oil companies such as BP adopt algae and other alternatives to oil?

The Voice of Reason (Tom Levesque, GM for the Americas. Nonolnk, Chicago)

---

#112
July, 5 2010

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

*FIRST HALF HOUR*

Science News Headlines

Dr. Adrian Bejan, Prof. Pratt School of Engineering, Duke University

Report on the Design Nature Conference in Pisa, Italy; Watersheds and streams, trees, all of nature in vascular motion is model for our airports, trains, and modern living;

tinytechjobs

A visit to the den of strangers (wisdom of Richard Bach)
_____

*SECOND HALF HOUR*

Answers from the Fountain of Youth-less Information

Dr. Adrian Bejan, Prof. Pratt School of Engineering, Duke University

Vascularized smart non-organic materials with healing-like self-repair capabilities; High density electronics; Construal design in engineering technology, city living

The Voice of Reason (Dr. Wade Adams, Rice University)

---

#111
June 28, 2010

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

*FIRST HALF HOUR*

Dr. Adrian Bejan, Prof. Pratt School of Engineering, Duke University

The view from Cape Town; Construal Law; how biology influenced engineering; constructal law of physics; nature invented the wheel; how

animals are like wheels

tinytechjobs

A visit to the den of strangers (wisdom of Louis L'Amour)

─────────────────────────────────────

*SECOND HALF HOUR*

Answers from the Fountain of Youth-less Information

Dr. Adrian Bejan, Prof. Pratt School of Engineering, Duke University

Animal locomotion is just falling forward; his books; education is a very stable global flow system; American universities are the envy of the world

The Voice of Reason (Dr. Stephen Schneider, Stanford University)

## #110
## June 21, 2010

TO HEAR THIS EPISODE PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

*FIRST HALF HOUR*

Dr. Gary Hill, Sr. research scientist and chief astronomer, McDonald Observatory, Austin, Texas

Dark Energy vs. Dark Matter, new way of looking at the universe

tinytechjobs

A visit to the den of strangers (wisdom of Imogene Fey)

─────────────────────────────────────

*SECOND HALF HOUR*

Answers from the Fountain of Youth-less Information

Dr. Gary Hill, Sr. research scientist and chief astronomer, McDonald Observatory, Austin, Texas

VIRUS; gamma rays; Big-Bang, Creation, science vs. religion

The Voice of Reason (German Nunez, President; Net-Centric Design Professionals, Boulder, CO)

## #109
## June 7, 2010

TO HEAR THIS EPISODE PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

*FIRST HALF HOUR*

Headline science news

Fausto Molinet, founder Matrix International, Boston, MA

Bringing your new ideas to market; getting funding; angel investors, how market research is done; why many new ideas don't succeed, selling to government vs. commercial; your sales prospect just 'doing nothing' must be considered as a competitor

tinytechjobs

A visit to the den of strangers (wisdom of Doug Larson)

─────────────────────────────────────

*SECOND HALF HOUR*

Answers from the Fountain of Youth-less Information

Fausto Molinet, founder Matrix International, Boston, MA

Merging your new ideas with other's; selling to governments; Boston Entrepreneur Network; exit strategies�time to sell; timing can be vital; IEEE

Last the Voice of Tomorrow Radio Show

Homeland Security Conference)

**The Voice of Reason** (Scott Tibbitts, Exec. Director eSpace,)

---

## #108
## May 31, 2010

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

*FIRST HALF HOUR*

Headline science news

**Victor Sapirstein, co-founder Lambda Solutions, Waltham, MA**

Nanotechnology in the alternative energy industries; spectrograph design; Raman techniques used with patented signal fiber arrays for noise recognition on thin films, detecting contamination and defects; sampling optics for liquids analysis; Yongwu Yang, Ph.D., Chief Scientific Officer for LSI; graphene; carbon nanotubes on silicon films; microscopy will revolutionize nanoelectronics

tinvtechjobs

A visit to the den of strangers (anonymous wisdom in rhyme)
—————————————————————

*SECOND HALF HOUR*

Answers from the Fountain of Youth-less Information

**Victor Sapirstein, co-founder Lambda Solutions, Waltham** Silicon Valley will need to change its name to Carbon Valley as carbon replaces silicon; nanotechnology in the alternative energy industries; revolutions in solar need to bring ten to 100 times current yields, but advances coming so fast it will happen within ten years, in part because of exciting work by Ray Baughman at UT Dallas; government needs to finance and lead;

The Voice of Reason (Jon Shapiro, Texas Institute)

---

## #107
## May 24, 2010

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

*FIRST HALF HOUR*

Headline science news

**Tom Levesque, GM for the Americas. NonoInk, Chicago**

Slum children in Columbia are learning nanotechnology, updates on the state of nanotechnology education in the USA

tinvtechjobs

A visit to the den of strangers (wisdom of Seneca)
—————————————————————

*SECOND HALF HOUR*

Answers from the Fountain of Youth-less Information

**Prof. Deb Newberry, Dakota College, Minneapolis; Author—The Next Big Thing is Really Small**

How NanoInk's NanoProfessor equipment and curriculum is being implemented at the college and how it will make nano study affordable at high schools and colleges to supply enough nanotechnology workers as needed

Listener email response from last week's program

The Voice of Reason (Dr. Edward Morse, Nuclear engineering education)

(engineering education)

## #106
## May 17, 2010

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

### *FIRST HALF HOUR*

Dr. Jeff Chapman, Chief Executive, Carbon Capture & Storage Association (CCSA), London, UK

Clean coal, what is it, is it possible? How do we capture co2 and store it?

tinytechjobs

A visit to the den of strangers (wisdom of O. A. Battista)

----------------------------------------

### *SECOND HALF HOUR*

Answers from the Fountain of Youth-less Information

Dr. Wade Adams, Director of Nanoscience and Technology at the Smalley Inst., Rice University, Houston, Texas

Rice University celebrates the 25th anniversary year of the discovery of the Buckyball that launched the modern nanotechnology era; update in the LANCER project with Lockheed Martin

The Voice of Reason (Dr. Robert Cormia, Foothill College, Palo Alto, CA)

## #105
## May 10, 2010

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

### *FIRST HALF HOUR*

Dr. Edward C. Morse, University of California at Berkeley, Department of Nuclear Engineering

30 more nuclear power plants can be in service in just a few years if done right; "Clean coal doesn't exist"; one million gallons of nuclear waste leaked into the desert at Hanford, Washington; nuclear waste is the kind of problem that goes away the longer you ignore it; breeder reactors; GE; old nuclear weapons can be used to generate electricity

tinytechjobs

A visit to the den of strangers (wisdom of Bill Shakespeare)

----------------------------------------

### *SECOND HALF HOUR*

Answers from the Fountain of Youth-less Information

Dr. Edward C. Morse, University of California at Berkeley, Department of Nuclear Engineering

Terrorists and nuclear waste; Yucca Mountain vs. New Mexico; fusion; hydrogen from nuclear

Dr. Jeff Chapman, Chief Executive, Carbon Capture & Storage Association (CCSA), London, UK

About CCSA; shipping and storing co2, "we must store co2 and are doing it today"

The Voice of Reason (Dr. Valerian Miranda, Texas A&M University)

## #104
## April 30, 2010

TO HEAR THIS EPISODE
PRESS PLAY

### *FIRST HALF HOUR*

News alert, Houston University says storing CO2 as a solution to global warming is not doable

Dr. Stephen H. Schneider, Woods Institute for the Environment, Stanford University

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

Reviewing Dr. Schneider's new book, Science as a Contact Sport published by National Geographic; how he got beat up in Copenhagen; Climategate; IPCC saying the Himalayan glaciers gone by 2035 was an "egregious mistake," but scientists are human and humans make mistakes; climate models and why they work

tinvtechiobs

A visit to the den of strangers (wisdom of James Alexander Thom)

------------------------------------------------

*SECOND HALF HOUR*

Answers from the Fountain of Youth-less Information

Dr. Stephen H. Schneider, Woods Institute for the Environment, Stanford University

Bayesian inference on predictions of the future; Cap N' Trade; carbon tax; fired from NASA because of letter to NY Times and Penthouse's Bob Guccione; Jim Hansen; Al Gore, "you can't make tomorrow safe for grandfather's line of work," more on new book, Science as a Contact Sport.

The Voice of Reason (Dr. Gerald North, Texas A&M University)

---

## #103
## April 20, 2010

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

*FIRST HALF HOUR*

Dr. Ray Baughman, Director of the Alan G. MacDiarmid Nanotech Institute at the University of Texas Dallas; and Dr. Renchong Hu, visiting scholar from Xi'an Jiaotong University, China

Their breakthrough in development of new thermocells using nanotube electrodes are yielding a threefold increase in energy conversion efficiency over conventional electrodes. These will bring a dramatic increase in harvesting thermal energy currently wasted in industrial plants and along pipelines, and in solar cell collectors which generate a huge amount of heat.

tinvtechiobs

A visit to the den of strangers (wisdom of John Steinbeck)

------------------------------------------------

*SECOND HALF HOUR*

Science News Headlines with Marisa Vitols

Answers from the Fountain of Youth-less Information

Dr. Ray Baughman, Director of the Alan G. MacDiarmid Nanotech Institute at the University of Texas Dallas; and Dr. Renchong Hu, visiting scholar from Xi'an Jiaotong University, China

Bringing to various markets new thermocells using nanotube electrodes; the importance of solving the energy challenges; the inspiration of Richard Smalley and Alan MacDiarmid (two Nobel Laureates)

The Voice of Reason (Adriana Vela, Founder and Chair, NanoTecNexas)

---

## #102
## April 8, 2010

TO HEAR THIS EPISODE
PRESS PLAY

*FIRST HALF HOUR*

Updates on the IEEE Green Technology Conference scheduled for April 15-16, 2010 at the Gaylord Texan Resort Convention Center in Grapevine, Texas between Dallas and Fort

PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

Worth.

Jim Greer, Oncor Senior VP, Dallas, Texas

Greer oversees asset management and engineering for the largest electricity distribution and transmission system in Texas, to about three million homes and businesses, operating some 117,000 miles of transmission lines. Talks about Oncor's new smart meters, Take a Load Off Texas and Smart Texas Mobile Experience Center exhibits at IEEE Green Technology Conference April 15-16, 2010; bringing wind power from West Texas to metro areas, the Competitive Renewable Energy Zone, etc.

tinytechjobs

A visit to the den of strangers (wisdom of Eden Phillpotts)
——————————————————————

## SECOND HALF HOUR

Science News Headlines with Marisa Vitols

Updates on the IEEE Green Technology Conference scheduled for April 15-16, 2010 at the Gaylord Texan Resort Convention Center in Grapevine, Texas between Dallas and Fort Worth.

Jim Greer, Oncor Senior VP, Dallas, Texas

New transmission lines; high electric costs during peak hours coming; nuclear power; conservation of power; Greer's keynote address and importance of involvement in IEEE for young engineers, education.

Dr. Valerian Miranda, Director CRS Center for Leadership and Management in Design and Construction at Texas A&M University

Can large buildings ever operate independently from the power grid and when?

The Voice of Reason (Jon Hagar, houses from recycled tire bales)

---

## #101

## April 1, 2010

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

## FIRST HALF HOUR

Updates on the IEEE Green Technology Conference scheduled for April 15-16, 2010 at the Gaylord Texan Resort Convention Center in Grapevine, Texas between Dallas and Fort Worth.

Jonathan Shapiro, Founder & CEO Texas Institute for Sustainable Technology Research, Dallas, Texas

Non-profit energy research institute bringing together the brain power of academic researchers, government and industry. Attracting new jobs to North Texas. Technology and the Smart Grid.

tinytechjobs

A visit to the den of strangers (wisdom of Charlie Chaplin)
——————————————————————

## SECOND HALF HOUR

Science News Headlines with Marisa Vitols

Updates on the IEEE Green Technology Conference scheduled for April 15-16, 2010 at the Gaylord Texan Resort Convention Center in Grapevine, Texas between Dallas and Fort Worth.

Jonathan Shapiro, Founder & CEO Texas

Institute for Sustainable Energy Research, Dallas, Texas

Technology and the Smart Grid cont'd.

Terry Hadley, Texas Utility Commission spokesman, Austin, Texas

The ERCOT Grid (Electric Reliability Council of Texas); The Competitive Renewable Energy Zone (CREZ); Wind power to bring 18,000 megawatts by 2013

The Voice of Reason (Jim Greer, VP Oncor)

## #100
## March 27, 2010

TO HEAR THIS EPISODE PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

### FIRST HALF HOUR

Updates on the IEEE Green Technology Conference scheduled for April 15-16, 2010 at the Gaylord Texan Resort Convention Center in Grapevine, Texas between Dallas and Fort Worth.

Dr. Gerald R. North, Distinguished Professor of Atmospheric Sciences and Oceanography, Texas A&M University

On his talk at the IEEE Green Tech conference, "The Greenhouse Effect for Engineers and Scientists." Dr. North cautions moving too fast

and shaking up the economy of the world by trying to limit the emissions of greenhouse gasses to prevent so-called Global Warming. He states it would be a catastrophe if we were to overturn the whole economy. "We should prepare for drastic things, but maybe not do them for a short time until we really are more certain. It is so hard to move anything like this (Cap N' Trade, Carbon Tax) through our political system, or most of the political systems of the world, that adaptation (to Global Warming) may be the final answer."

tinytechjobs

A visit to the den of strangers (wisdom of Horace W. Busby)

_____

### SECOND HALF HOUR

Science News Headlines with Marisa Vitols

Updates on the IEEE Green Technology Conference scheduled for April 15-16, 2010 at the Gaylord Texan Resort Convention Center in Grapevine, Texas between Dallas and Fort Worth.

Dr. Joseph Meppelink, Adjunct Assistant Professor & Director of Applied Research, University of Houston, Gerald D. Hines College of Architecture

The engineering and manufacturing of Adaptive Containers, large enough to accommodate people and with self contained power, portable-- to be dropped anywhere in the world where power is limited or catastrophe has occurred

The Voice of Reason (Dr. Harry Kroto, Nobel Laureate, Chemistry)

## #99
## March 21, 2010

TO HEAR THIS EPISODE PRESS PLAY

PLAY

### FIRST HALF HOUR

Updates on the IEEE Green Technology Conference scheduled for April 15-16, 2010 at the Gaylord Texan Resort Convention Center in Grapevine, Texas between Dallas and Fort Worth.

Justin Henriques, Executive Director and Co-founder LOTI, working in East Africa, Latin

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

America, Caribbean

Biogas Digester, producing methane gas for cooking and other uses from animal wastes in developing countries where people are dying from air pollution using less clean fuels.

tinytechjobs

A visit to the den of strangers (wisdom of

Sherman G. Finesilver)

_____

*SECOND HALF HOUR*

Science News Headlines with Marisa Vitols

Updates on the IEEE Green Technology Conference scheduled for April 15-16, 2010 at the Gaylord Texan Resort Convention Center in Grapevine, Texas between Dallas and Fort Worth.

Justin Henriques, Executive Director and Co-founder LOTI, working in East Africa, Latin America, Caribbean

Biogas Digester, how it works

Ron Boley, mathematics teacher, McLean Middle School, Fort Worth; and Trung Nguyen, engineer at Lockheed Martin

The mission of the National Engineers Week Future Cities Competition

The Voice of Reason (Kristen Kulinowski, Rice University)

### #98
### March 16, 2010

TO HEAR THIS EPISODE PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

*FIRST HALF HOUR*

Updates on the IEEE Green Technology Conference scheduled for April 15-16, 2010 at the Gaylord Texan Resort Convention Center in Grapevine, Texas between Dallas and Fort Worth.

Lee Goldberg, Community Leader of the Green Power Community at TechBites.com; author of Green Electronics, Green Bottom Line–A practical guide to environmentally-responsible engineering

What is TechBites, compelling reasons for energy conservation, what to expect at the coming IEEE Green Technologies conference

tinytechjobs

A visit to the den of strangers (wisdom of George Burns)

_____

*SECOND HALF HOUR*

Science News Headlines with Marisa Vitols

Updates on the IEEE Green Technology Conference scheduled for April 15-16, 2010 at the Gaylord Texan Resort Convention Center in Grapevine, Texas between Dallas and Fort Worth.

Lee Goldberg, Community Leader of the Green Power Community at TechBites.com; author of Green Electronics, Green Bottom Line�A practical guide to environmentally-responsible engineering

What is and is not Green Power, advances in nanotechnology in energy conservation

The Voice of Reason (Chris Franz, Space Awareness Systems)

**#97**
**February 25, 2010**

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

*FIRST HALF HOUR*

Updates on the IEEE Green Technology Conference scheduled for April 15-16, 2010 at the Gaylord Texan Resort Convention Center in Grapevine, Texas between Dallas and Fort Worth.

Chris McMurrough, University of Texas Arlington Automation & Robotics Research Institute

The remarkable tasks mobile robots can now do without remote control. How, along with Matthew Middleton, they are organizing the robotics competition at the IEEE Green Technology Conference sponsored by Oncor in April

tinytechjobs

A visit to the den of strangers (wisdom of Andrew Tobias)
_____

*SECOND HALF HOUR*

Science News Headlines with Marisa Vitols

Updates on the IEEE Green Technology Conference scheduled for April 15-16, 2010 at the Gaylord Texan Resort Convention Center in Grapevine, Texas between Dallas and Fort Worth.

Chris McMurrough, University of Texas Arlington Automation & Robotics Research Institute

The future of robots; robots in space exploration; how, along with Matthew Middleton, they are organizing the robotics competition at the IEEE Green Technology Conference sponsored by Oncor in April

David Welch, Founder of Optisense

The development of remarkable new sensors on the power grid infrastructure to alert power companies of pending trouble

The Voice of Reason (Michael Megelakis, Melbourne, Australia)

**#96**
**February 8, 2010**

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

*FIRST HALF HOUR*

Updates on the IEEE Green Technology Conference scheduled for April 15-16, 2010 at the Gaylord Texan Resort Convention Center in Grapevine, Texas between Dallas and Fort Worth.

Jon D. Hagar, Engineer, Lockheed Martin, independent "green" house builder

How he and his wife Laura are constructing a house 8,000 feet up in the mountains out of recycled rubber tires with a goal of attaining a zero load on the electrical grid

tinytechjobs

A visit to the den of strangers (wisdom of Anita Loos)
_____

*SECOND HALF HOUR*

Science News Headlines with Marisa Vitols

Updates on the IEEE Green Technology Conference scheduled for April 15-16, 2010 at the Gaylord Texan Resort Convention Center in Grapevine, Texas between Dallas and Fort Worth.

The Promise of Tomorrow w/ Brown/Williams

Jon D. Hagar, Engineer, Grid Logic Martin, independent "green" house builder

How he and his wife Laura are constructing a house 8,000 feet up in the mountains out of recycled rubber tires with a goal of attaining a zero load on the electrical grid

Dr. Stephen Schneider, Stanford University, member UN IPCC

Why remedies for climate change must be implemented very slowly

The Voice of Reason (Jim Heath, UC Berkeley)

---

## #95
## December 20, 2009

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

*FIRST HALF HOUR*

Updates on the IEEE Green Technology Conference scheduled for April 16-16, 2010 at the Gaylord Texan Resort Convention Center in Grapevine, Texas between Dallas and Fort Worth.

Dr. Gro Harlem Brundtland, former Prime Minister of Norway

Decrying that something meaningful isn't coming out of the UN Conference on Climate Change

Paul Lunch, Her Majesty's Consul General

Views on UN Conference on Climate Change at Copenhagen

tinytechjobs

A visit to the den of strangers (wisdom of Dr. Karl Menninger)

_____

*SECOND HALF HOUR*

Science News Headlines with Marisa Vitols

Updates on the IEEE Green Technology Conference scheduled for April 15-16, 2010 at the Gaylord Texan Resort Convention Center in Grapevine, Texas between Dallas and Fort Worth.

Paul Lunch, Her Majesty's Consul General Views on UN Conference on Climate Change at Copenhagen, more arguments on Cap N' Trade, Texas Sen. Kay Bailey Hutchison EPA's move on emissions, what she and the Congress may do about it

The Voice of Reason (Pat Michaels, CATO Inst.)

---

## #94
## December 13, 2009

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

*FIRST HALF HOUR*

Updates on the IEEE Green Technology Conference scheduled for April 15-16, 2010 at the Gaylord Texan Resort Convention Center in Grapevine, Texas between Dallas and Fort Worth.

News from UN Conference on Climate Change at Copenhagen

Climategate (we first exposed scandal on this program Oct. 27, scooping everyone, scroll to archive); Fraud in Cap N' Trade in the EU; EPA stamps CO2 harmful to health; Danish Text uproar; India

tinytechjobs

A visit to the den of strangers (wisdom of Dr. Samuel Smiles)

_____

*SECOND HALF HOUR*

Listen Archive of Tomorrow Radio Shows

Science News Headlines with Marisa Vitols

Updates on the IEEE Green Technology Conference scheduled for April 15-16, 2010 at the Gaylord Texan Resort Convention Center in Grapevine, Texas between Dallas and Fort Worth.

More on Climategate, the scandal with the missing UN data, now hacked and made public.

Penn State investigation of Michael Mann and his Hockey Stick graph used in Gore book and movie now discredited; more arguments against Cap N' Trade, Dr. Steve Schneider attacked; Sen. Hutchison on EPA move

The Voice of Reason (Luke Popovich, IMA)

## #93
## December 6, 2009

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

### FIRST HALF HOUR

Updates on the IEEE Green Technology Conference scheduled for April 15-16, 2010 at the Gaylord Texan Resort Convention Center in Grapevine, Texas between Dallas and Fort Worth.

Preview of what to expect from UN Conference on Climate Change at Copenhagen Andreas Calgren, Sweden�s Environmental Minister

Copenhagen Conference on Climate Change, wants commitments

tinytechiobs

A visit to the den of strangers (wisdom of Dr. Samuel Smiles)

————————————————————

### SECOND HALF HOUR

Science News Headlines with Marisa Vitols

Updates on the IEEE Green Technology Conference scheduled for April 15-16, 2010 at the Gaylord Texan Resort Convention Center in Grapevine, Texas between Dallas and Fort Worth.

More on the scandal with the missing UN data, now hacked and made public.

James Hansen, NASA Goddard Institute for Space Studies

Hopes Copenhagen Conference fails

The Voice of Reason (Mike Sulek, Dir, Business Dev., Net-Centric Design)

## #92
## November 29, 2009

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

### FIRST HALF HOUR

Updates on the IEEE Green Technology Conference scheduled for April 15-16, 2010 at the Gaylord Texan Resort Convention Center in Grapevine, Texas between Dallas and Fort Worth.

Paul Lynch, Her Majesty's Consul General, Houston, Texas

Copenhagen Conference on Climate Change, politically binding agreements, missing UN data, CO2 not only problem, reparations, Cap N' Trade-Carbon Pricing

tinytechiobs

A visit to the den of strangers (wisdom of Dr. Joyce Brothers)

————————————————————

*SECOND HALF HOUR*

Science News Headlines with Marisa Vitols

Updates on the IEEE Green Technology Conference scheduled for April 15-16, 2010 at the Gaylord Texan Resort Convention Center in Grapevine, Texas between Dallas and Fort Worth.

Paul Lynch, Her Majesty's Consul General, Houston, Texas

China, "Green" jobs, wind, fraud in carbon off-sets markets, Iran's nuclear programs

The Voice of Reason (Kevin Maloney, Pres. & CEO Quantum Sphere)

## #91
## November 22, 2009

TO HEAR THIS EPISODE PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

*FIRST HALF HOUR*

Updates on the IEEE Green Technology Conference scheduled for April 15-16, 2010 at the Gaylord Texan Resort Convention Center in Grapevine, Texas between Dallas and Fort Worth.

Scott Tibbitts and Diane Dimeff, Exec. Director and Director respectively, eSpace, The Center for Space Entrepreneurship, Boulder, CO,

NASA Rocket crashing on moon, Commercialization of space "lots going on," Micro meteorites, "Green" rocket fuels, Unmaned Avionics Devices, Commercial astronauts will replace governnment when shuttle flights stop

tinytechjobs

A visit to the den of strangers (wisdom of Frank A. Clark)
------------------------------------------------

*SECOND HALF HOUR*

Science News Headlines with Marisa Vitols

Updates on the IEEE Green Technology Conference scheduled for April 15-16, 2010 at the Gaylord Texan Resort Convention Center in Grapevine, Texas between Dallas and Fort Worth.

Scott Tibbitts and Diane Dimeff, Exec. Director and Director respectively, eSpace, The Center for Space Entrepreneurship, Boulder, CO,

Review progress on past eSpace entrepreneurs, future developments, investor money for space entrepreneurs available and how to apply.

Jeff Taebel, Director, Community and Environmental Planning, Houston-Galveston Area Council

�Green� and LEEDS buildings in Houston

The Voice of Reason (Ed Morse, nuclear Scientist at UC Berkeley, on Critical Thinking)

## #90
## November 8, 2009

TO HEAR THIS EPISODE PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

*FIRST HALF HOUR*

Michael Magelakis, Environmentalist, Member Victorian Mfg. & Engineering Skills Advisory Board, works with Australian Defense suppliers, Melbourne, Australia

Nanotechnology with renewable energy, water shortages,

tinytechjobs

A visit to the den of strangers (wisdom of Harry Lloyd)

Lloyd)
_____

### SECOND HALF HOUR

Science News Headlines with Marisa Vitols

Michael Magelakis, Environmentalist, Member
Victorian Mfg. & Engineering Skills Advisory
Board, works with Australian Defense suppliers,
Melbourne, Australia

Young people's demands to address Climate
Change with renewable energy challenging

Updates on the IEEE Green Technology
Conference scheduled for April 15-16, 2010 at
the Gaylord Texan Resort Convention Center in
Grapevine, Texas between Dallas and Fort
Worth.

The Voice of Reason (Michael Weinstein, co-
founder Zybek Advanced Products, Boulder, CO)

---

## #89
## November 1, 2009

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

### FIRST HALF HOUR

Michael Magelakis, Environmentalist, Member
Victorian Mfg. & Engineering Skills Advisory
Board, works with Australian Defense suppliers,
Melbourne, Australia

Nanotechnology with renewable energy, water
shortages,

tinytechjobs

A visit to the den of strangers (wisdom of Harry
Lloyd)
_____

### SECOND HALF HOUR

Science News Headlines with Marisa Vitols

Michael Magelakis, Environmentalist, Member
Victorian Mfg. & Engineering Skills Advisory
Board, works with Australian Defense suppliers,
Melbourne, Australia

Young people's demands to address Climate
Change with renewable energy challenging

Updates on the IEEE Green Technology
Conference scheduled for April 15-16, 2010 at
the Gaylord Texan Resort Convention Center in
Grapevine, Texas between Dallas and Fort
Worth.

The Voice of Reason (Michael Weinstein, co-
founder Zybek Advanced Products, Boulder, CO)

---

## #88
## October 25, 2009

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

### FIRST HALF HOUR

Adriana Vela, Founder and Chair, NanoTecNexus

The bigger picture on bringing nano to market

Dr. Valerian Miranda, Director CRS Center for
Leadership and Management in Design and
Construction at Texas A&M University

Stand-alone and self-contained energy efficient
buildings; how nanotechnology is making glass
both instantly alter light transfer and heat/cold
conducting

Updates on the IEEE Green Technology
Conference scheduled for April 15-16, 2010 at
the Gaylord Texan Resort Convention Center in
Grapevine, Texas between Dallas and Fort
Worth.

tinytechjobs

A visit to the den of strangers (wisdom of Anne

Morrow Lindbergh)
---------------------------------------

*SECOND HALF HOUR*

Science News Headlines with Marisa Vitols

Dr. Valerian Miranda, Director CRS Center for
Leadership and Management in Design and
Construction at Texas A&M University

More on stand-alone and self-contained energy
efficient buildings

The Voice of Reason (Diane Dimeff, Director
eSpace, The Center for Space Entrepreneurship,
Boulder, CO)

---

**#87**
**October 18, 2009**

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

*FIRST HALF HOUR*

On the heels of the Global Warming series,
Renewal Energy and Updates on the IEEE Green
Technology Conference scheduled for April 15-
16, 2010 at the Gaylord Texan Resort Convention
Center in Grapevine, Texas between Dallas and
Fort Worth.

Kevin Maloney, Pres. & CEO Quantum Sphere,
Inc., Santa Ana, CA

Renewable Energy, Algae, etc.

Adriana Vela, Founder and Chair, NanoBioNexas

Open Innovation and bringing nano to market

tinytechjobs

A visit to the den of strangers (wisdom of Robert
Benne)
---------------------------------------

*SECOND HALF HOUR*

Science News Headlines with Marisa Vitols

Adriana Vela, Founder and Chair, NanoTecNexus

Open Innovation and bringing nano to market

The Voice of Reason (Christophe Shilling, CEO,
President, Co-founder Genomatica)

---

**#86**
**October 11, 2009**

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

*FIRST HALF HOUR*

Global Warming, LAST in a Four hour series,
dangers of Cap 'n Trade. C&T not working in the
EU, Carbon off-sets attracting crooks, C&T
solving acid rain fallacy, jobs with Climate
Change, More dangers of C&T, Panel of experts
include (in sequence of appearance):

Robert Cormia, Foothill College, CA

Pat Michaels, The Cato Institute

Stephen Schneider, Stanford Unv., member UN
International Panel on Climate Change (IPCC)

Benny Peiser, Liverpool John Moores Unv., UK

Sophia Grene, Financial Times, London, UK

Luke Popovich, IMA (mining), New York, NY

Robert Cormia, Foothill College, CA

tinytechjobs

A visit to the den of strangers (wisdom of Jane
Fonda)
---------------------------------------

SECOND HALF HOUR

SECOND HALF HOUR

Science News Headlines with Marisa Vitols

Global Warming, More dangers of C&T, C&T bill won�t pass US Senate, Copenhagen, China-India, technology will solve problems if we stay rich, algae, conclusions, fear more than �Global Warming.� Panel of experts include (in sequence of appearance):

Luke Popovich, Benny Peiser, Luke Popovich, Robert Cormia, Steve Schneider, Pat Michaels, Steve Schneider, Benny Peiser, Pat Michaels, Steve Schneider, Pat Michaels, Harry Kroto, Robert Cormia, Steve Schneider, Pat Michaels

HOST�S SUMMATION

Steve Schneider

The Voice of Reason (George Allen, former US senator and Gov. of Virginia., inspired comments)

---

#85
October 4, 2009

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

FIRST HALF HOUR

Global Warming, THIRD in a Four hour series, if Climate Change is real, is there anything we can or should do about it? Carbon Off-sets, EU Cap 'n Trade, on the trail of Al Gore. Panel of experts include (in sequence of appearance):

Pat Michaels, The Cato Institute

Stephen Schneider, Stanford Unv., member UN International Panel on Climate Change (IPCC)

Pat Michaels, The Cato Institute

Bill Streever, Author 'Cold'

Robert Cormia, Foothill College, CA

Harry Kroto, Nobel Laureate, Florida State Unv.

Pat Michaels, The Cato Institute

Robert Cormia, Foothill College, CA

Pat Michaels, The Cato Institute

tinytechjobs

A visit to the den of strangers (wisdom of William Blake, English Poet, 1757-1827)
_____

SECOND HALF HOUR

Science News Headlines with Marisa Vitols

Global Warming, if Climate Change is real is there anything we can or should do about it? More on Al Gore. Panel of experts include (in sequence of appearance):

Sophia Grene, reporter Financial Times, London, UK

(networking through Gore organization)

Richard Campbell, Press Officer for Generation Investment Management (Gore organization)

Stephen Schneider

Robert Cormia

The Voice of Reason (Frank Brown, CSO Accelrys., inspired comments)

---

#84

FIRST HALF HOUR

Custom Tailored Tomorrow Radio Show

## September 27, 2009

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

Global Warming, SECOND in four hour series, scandal brewing in UN Weather records lost or hidden. Panel of experts include (in sequence of appearance):

Pat Michaels, The Cato Institute

Benny Peiser, Liverpool John Moores Unv., UK

Edward Morse, UC Berkeley, CA

Robert Cormia, Foothill College, CA

Pat Michaels, The Cato Institute

Stephen Schneider, Stanford Unv., member UN International Panel on Climate Change (IPCC)

Pat Michaels, The Cato Institute

tinytechjobs

A visit to the den of strangers (wisdom of Brittany Mason, Miss USA World)
------------------------------------------

### SECOND HALF HOUR

Science News Headlines with Marisa Vitols

Global Warming; if it is real, what is mankind�s role in causing it? Panel of experts include (in sequence of appearance):

Stephen Schneider

Pat Michaels

Stephen Schneider

Edward Morse

Benny Peiser

Stephen Schneider

Pat Michaels

The Voice of Reason (Christine Peterson, Foresight Inst., inspired comments)

## #83
## September 20, 2009

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

### FIRST HALF HOUR

Global Warming, is it real or the same old earth climate cycles we have always had? Big surprise at end of hour. Panel of experts include (in sequence of appearance):

Stephen Schneider, Stanford Unv., member UN International Panel on Climate Change (IPCC)

Pat Michaels, The Cato Institute

Benny Peiser, Liverpool John Moores Unv., UK

Jim Heath, UC Berkeley, CA

Robert Cormia, Foothill College, CA

tinytechjobs

A visit to the den of strangers (wisdom of H.L. Mencken)
------------------------------------------

### SECOND HALF HOUR

Science News Headlines with Marisa Vitols

Global Warming, is it real or the same old earth climate cycles we have always had? Big surprise at end of this segment. Panel of experts include (in sequence of appearance):

Robert Correia, Foothill College, CA

Edward Morse, Nuclear Eng. Dept. and sun studies, UC Berkeley, CA

Bill Streever, author of Cold, works in Arctic and with Eskimos, talks of sea ice

Edward Morse, UC Berkeley, on sea ice

Stephen Schneider, IPCC

Harry Kroto, Florida State Unv. and Nobel Laureate

Stephen Schneider, conclusions and questions

Pat Michaels, emerging UN scandal

The Voice of Reason (Scott Tibbitts, eSpace, inspired comments)

## #82
## September 13, 2009

TO HEAR THIS EPISODE PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

### FIRST HALF HOUR

Harry Kroto, Nanotechnology Pioneer, Nobel Laureate, Faculty Florida State University, Tallahassee

Catching up with Harry; Using the Web as a learning tool and for teachers to download information contributed from universities in Japan, New Zealand, Australia, UK and USA; Concentrating work on four areas: 1) Research in nanoscience, 2) merging art-Science, 3) Society-Science interface, 4) How Internet can improve learning; talks on the contributions of science on the humanitarian level

tinytechjobs

A visit to the den of strangers (wisdom of Marie Curie)
——————————————————————

### SECOND HALF HOUR

Science News Headlines with Marisa Vitols

Harry Kroto, Nanotechnology Pioneer, Nobel Laureate, Faculty Florida State University, Tallahassee

Global Warming, Analyzing scientific data

Chris Franz, Co-Founder, Space Awareness Services, Boulder, CO

Tracking satellites for industry; space junk and managing it, rogue satellites and hostilities in space

The Voice of Reason (Dr. Benny Peiser, Liverpool John Moores University, UK)

## #81
## September 6, 2009

TO HEAR THIS EPISODE PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

### FIRST HALF HOUR

Walt Trybula, Director of the Nanotechnology Application Center, Texas State University, San Marcos, Texas

Along with

Dr. Kristin Kulinowski, Rice University, Exec. Director for Policy for the Center for Biological and Environmental Nanotechnology, and Director for of the International Council on Nanotechnology

Explains more deeply on deaths in China and nanotechnology, and SAFETY-NANO activities

tinytechjobs

A visit to the den of strangers (wisdom of Walt

Whitman, Harry Kroto does voice)

_____

*SECOND HALF HOUR*

Science News Headlines with Marisa Vitols

Walt Trybula, Director of the Nanotechnology Application Center, Texas State University, San Marcos, Texas

Along with

Dr. Kristin Kulinowski, Rice University, Exec. Director for Policy for the Center for Biological and Environmental Nanotechnology, and Director for of the International Council on Nanotechnology

New careers coming in nanotech Safety Engineers and Technicians

The Voice of Reason (Harry Kroto�s rule of 4 out of 5)

## #80
## August 30, 2009

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

*FIRST HALF HOUR*

The OXFORD Quiz

Can you hold your own with these college kids? Match your knowledge with the brains at Oxford, Yale, and Princeton, etc. In these days of specialization it helps to have knowledge in many things, not just your field of study. Try this Cultural Olympics and see how you stack up. We know you are smart or you wouldn�t be listening to this radio program and visiting this site, but are you broadly informed? Now you can match wits with these college brains and discover how wide, rather than just deep, is your knowledge. Get pencil and paper handy.

tinytechjobs

A visit to the den of strangers (wisdom of scientist Stephen Schneider)

_____

*SECOND HALF HOUR*

Science News Headlines with Marisa Vitols

The OXFORD Quiz

Answers

Dr. Kristin Kulinowski, Rice University, Exec. Director for Policy for the Center for Biological and Environmental Nanotechnology, and Director for of the International Council on Nanotechnology

Deaths in China from nanotechnology particles and how to protect workers.

tinytechjobs

The Voice of Reason (Pat Michaels, Senior Fellow in Environmental Studies, the Cato Institute)

## #79
## August 23, 2009

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

*FIRST HALF HOUR*

German Nunez, President; Mike Sulek, Dir, Business Dev., Net-Centric Design Professionals, Boulder, CO

Space technology communications; DTN and delayed networking; commercial earth for use new software with no need to refresh; when networks are stressed this tool secures data;

Part One DOWNLOAD (right click)                    space entrepreneurs; speaker is

Part Two DOWNLOAD (right click)                    tinytechjobs

                                                   A visit to the den of strangers (the wisdom of Dag
                                                   Hammarskjold)
                                                   ————————————————————

                                                   *SECOND HALF HOUR*

                                                   Science News Headlines with Marisa Vitols

                                                   Chris Franz, Co-Founder, Space Awareness
                                                   Services, Boulder, CO

                                                   For the first time in history this year two
                                                   spacecraft unexpectedly collided, destroying
                                                   both and creating thousands of new pieces of
                                                   space junk. Tracking the space junk and
                                                   managing it. New jobs opening in the growing
                                                   field of space exploration: operating satellites,
                                                   tracking space junk, working communications
                                                   networks

                                                   tinytechjobs

                                                   The Voice of Reason (Dr, Stephen Schneider,
                                                   Stanford U, inspired comments)

**#78**
**August 16, 2009**                                *FIRST HALF HOUR*

                                                   Jim Heath, nanotechnology pioneer and
TO HEAR THIS EPISODE                               Professor of Chemistry at Caltech, L.A.,
PRESS PLAY                                          California

PLAY                                               Catching up, what Heath is doing at Caltech;
                                                   Cancer is many diseases; new chips and other
Part One DOWNLOAD (right click)                    simple things are curing cancer in astounding
                                                   ways
Part Two DOWNLOAD (right click)
                                                   tinytechjobs

                                                   A visit to the den of strangers (the wisdom of
                                                   Margaret Meade)
                                                   ————————————————————

                                                   *SECOND HALF HOUR*

                                                   Science News Headlines with Marisa Vitols

                                                   Jim Heath, nanotechnology pioneer and
                                                   Professor of Chemistry at Caltech, L.A.,
                                                   California

                                                   Revolutionary nanotechnology cures for cancer
                                                   and how soon available; career since leaving
                                                   Rice years ago; personal insights in working
                                                   closely with nanotech legend Rick Smalley and
                                                   enjoying his wild side.

                                                   tinytechjobs

                                                   The Voice of Reason (nanotech pioneer Sean
                                                   O'Brien, inspired comments)

**#77**
**August 9, 2009**                                 *FIRST HALF HOUR*

                                                   Scott Tibbitts, Exec. Director, eSpace, The
TO HEAR THIS EPISODE                               Center for Space Entrepreneurship, Boulder, CO
PRESS PLAY
                                                   How moon rocks are different from earth
PLAY
                                                   Michael Weinstein, co-founder Zybek Advanced
Part One DOWNLOAD (right click)                    Products, Boulder, CO

Part Two DOWNLOAD (right click)                    Moon's surface is 1/3rd Glass; how Zybek melts
                                                   rock at 20K degrees C to simulate moon rock;
                                                   thermo generation of nanoscale particulates

                                                   tinytechjobs

                                                   A visit to the den of strangers (the wisdom of
                                                   George Orwell)

George Orwell)

_____

*SECOND HALF HOUR*

Science News Headlines with Marisa Vitols

Michael Weinstein, co-founder Zybek Advanced Products, Boulder, CO

Science in Boulder, Colorado; once thought we'd sink in moon dust but now know moon's surface

is very hard and jagged; will build structures on the moon from surface already there

tinytechjobs

The Voice of Reason (Gov. George Allen, inspired comments)

---

## #76
## August 2, 2009

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

*FIRST HALF HOUR*

Scott Tibbitts and Diane Dimeff, Exec. Director and Director respectively, eSpace, The Center for Space Entrepreneurship, Boulder, CO

The business of space exploration; What is eSpace?; Incubators; Funding new technologies

tinytechjobs

A visit to the den of strangers (the wisdom of Oliver Wendell Holmes)

_____

*SECOND HALF HOUR*

Science News Headlines with Marisa Vitols

Scott Tibbitts and Diane Dimeff, Exec. Director and Director respectively, eSpace, The Center for Space Entrepreneurship, Boulder, CO

The availability of Stimulus Funds from D.C.; Types of firms making profits in space exploration; Space traffic controllers; Information direct to us from spacecraft in realtime; Melting rocks; Moon rocks different from earth; Amazing opportunities in space industry

Prologue

Update on Russian nanotechnology; Program note on global warming

tinytechjobs

The Voice of Reason (Robert Cormia, inspired comments)

---

## #75
## July 26, 2009

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

*FIRST HALF HOUR*

Christine Peterson, coiner of the term 'Open Source Software,' VP Foresight Inst., Palo Alto, CA

Coordinating the Open Source Sensing Initiative; cheap and widely used sensors such as in cell phones can turn our worlds of privacy and civil rights upside down

tinytechjobs

A visit to the den of strangers (the wisdom of Susan Stewart)

_____

*SECOND HALF HOUR*

Science News Headlines with Marisa Vitols

Christine Peterson, VP Foresight Inst.

Laws will be needed to keep cheap and widely used sensors from destroying our privacy and civil rights

Kevin Maloney, Pres. & CEO Quantum Sphere, Inc., Santa Ana, CA

Ammonia synthesis catalysts

tinytechjobs

The Voice of Reason (Terry Hadley, inspired comments)

## #74
## July 19, 2009

TO HEAR THIS EPISODE PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

### FIRST HALF HOUR

Science News Headlines with Marisa Vitols

Sean O'Brien, member of the original team that discovered the Buckyball, scientist with Memtronics, Dallas, Texas

Catching up with old friend; Memtronics and their membrane switch; weapons detectors, smart bandages; DARPA conference

tinytechjobs

A visit to the den of strangers (the wisdom of Robert E. Pollack, Prof. Emeritus Nuclear Physics)
——————————————————

### SECOND HALF HOUR

Sean O'Brien, member of the original team that discovered the Buckyball, scientist with Memtronics, Dallas, Texas

Transmission lines, superconductors; applications for membrane switch; cell phones; lack of funding for nanotech projects; notes on Bob Curl, Jim Heath, Harry Kroto; remembering days in Brussels working for TI.

tinytechjobs

The Voice of Reason (Sasha Gimpleson, inspired comments)

## #73
## July 12, 2009

TO HEAR THIS EPISODE PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

### FIRST HALF HOUR

Science News Headlines with Marisa Vitols

John Lewis, Professor Emeritus of English, Southern Methodist University, Dallas, TX

Linguistics is a science

Kevin Maloney, Pres. & CEO Quantum Sphere, Inc., Santa Ana, CA

Nanoscale metals; catalysts; increase in battery output by 320%

tinytechjobs

A visit to the den of strangers (the wisdom of Adlai Stevenson)
——————————————————

### SECOND HALF HOUR

Kevin Maloney, Pres. & CEO Quantum Sphere, Inc., Santa Ana, CA

The Promise of Tomorrow with Brown Nanotech Show

Large lithium batteries in three to five years; new periodic table at nanoscale; fuel cell blades; natural gas fuel cells; methanol fuel cells; conductive inks and pastes; ammonia synthesis catalysts; hydrogen generation; thin film solar cells (CIGS); Algae to bio-fuels; nano enhanced electrodes

tinytechjobs

The Voice of Reason (John Lewis, inspired comments)

---

## #72
## July 5, 2009

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

*FIRST HALF HOUR*

Science News Headlines with Marisa Vitols

George Allen, former governor and senator of Virginia, Board Member nanoTox

Safety in nanotechnology; 21st Century Nanotechnology Research & Development Act; Signing in Oval Office along with Pres. Bush, Rick Smalley and Jim Von Ehr; Nanotech Caucus; Don Evans

tinytechjobs

A visit to the den of strangers (the wisdom of Patricia Neal)
_____

*SECOND HALF HOUR*

George Allen, former governor and senator of Virginia, Board Member nanoTox

More on Don Evans; Nanotechnology and Energy committees; Sen. Kay Bailey Hutchison; Foreign Relations and dealing with Europe on universal standards; Ignorance causes fear; Value of nanoTox as an organization

tinytechjobs

The Voice of Reason (Jonathan Tucker, inspired comments)

---

## #71
## June 28, 2009

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

*FIRST HALF HOUR*

Science News Headlines with Marisa Vitols

Pamela Bailey, co-founder tinytechjobs, Alameda, CA

Careers, a comprehensive overview on the tiny tech job market. Defines nanotechnology, MEMS/NEMS; nanotech is interdisciplinary; where are the nanotech jobs in materials, manufacturing, chemical-biological-radiological-explosive detection; nanoscale instrumentation; nano-electronics-photonics-magnetics, healthcare-therapeutics-diagnostics, energy, robotics, environment

tinytechjobs

A visit to the den of strangers (the wisdom of Alan Greenspan)
_____

*SECOND HALF HOUR*

Pamela Bailey, co-founder tinytechjobs, Alameda, CA

R&D jobs; types of education need to work in nanotech; real jobs in demand right now

tinytechjobs

The Voice of Reason (Larry Lehr, inspired comments)

---

#70
June 21, 2009

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

### FIRST HALF HOUR

Science News Headlines with Marisa Vitols

Dr. Ray Baughman, Dir. Nanotech Inst., Unv. Of Texas, Dallas

Robots as companions; more on artificial muscles; thermo energy harvesting and storage with carbon nanotube yarn

tinytechjobs

A visit to the den of strangers (the wisdom of Nathanial Hawthorne)
_____

### SECOND HALF HOUR

Dr. Ray Baughman, Dir. Nanotech Inst., Unv. Of Texas, Dallas

Soon our clothing will collect and store energy, then function intelligently in many kinds of ways

Jon Cross, Director of Marketing, The Allen Group

How the Dallas Logistics Hub is using a Drayage Calculator to show how firms can save $Millions

Linda Rings, sister to the late Dr. Richard Smalley (Nobel Laureate and father of modern day nanotechnology)

Inspirational: what is was like growing up with a kid brother who hated school but destined to win the Nobel Prize in Chemistry

tinytechjobs

The Voice of Reason (Jonathon Tucker, Jim Hussey)

---

#69
June 14, 2009

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

### FIRST HALF HOUR

Science News Headlines with Marisa Vitols

Alexander Gimpelson, Analyst—News Correspondent, Nanotechnology News Network

Brief history on Russian science, trouble In Republic of Georgia, Scientists avoid politics, "Russian science cannot be separated from Soviet Union yet."

tinytechjobs

A visit to the den of strangers (the wisdom of Mahatma Gandhi)
_____

### SECOND HALF HOUR

Alexander Gimpelson, Analyst—News Correspondent, Nanotechnology News Network

Enclave of Russian cities to be productive; high danger of chemical and radioactivity in many Russian hot spots; born in Leningrad; career highlights

Christophe Schilling, CEO, President, Co-founder

The Promise of Tomorrow Radio Show

Christophe Shilling, CEO, President, Co-founder Genomatica

When will he be bringing to market butanediol from bio sources? Where will plant be built?

tinytechjobs

The Voice of Reason (Jonathon Tucker, Jim Hussey)

---

## #68
## June 7, 2009

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

### FIRST HALF HOUR

Science News Headlines with Marisa Vitols

Alexander Gimpelson, Analyst—News Correspondent, Nanotechnology News Network, Russia

What is NNN

Frank Brown, CSO Accelrys, San Diego, CA

"Lunch table" approach to solving uncommon problems

Christophe Shilling, CEO, President, Co-founder Genomatica

Transformation of the chemical industry through sustainable bio-manufacturring, Butanediol from bio sources

tinytechjobs

A visit to the den of strangers (the wisdom of Robert Townsend)
————————————————————————

### SECOND HALF HOUR

Christophe Shilling, CEO, President, Co-founder Genomatica

Reducing costs of bio-fuels, bringing to market butanediol from bio sources

tinytechjobs

The Voice of Reason (Jonathon Tucker, inspired comments)

---

## #67
## May 31, 2009

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

### FIRST HALF HOUR

Study now available free on how to bring goods and services to market in the US

Science News Headlines with Marisa Vitols

Frank Brown, CSO Accelrys, San Diego, CA

Software and AFMs; Scientific Business Intelligence; solving signal-to-noise ratio in diagnostics, fuel cells, etc.

tinytechjobs

A visit to the den of strangers (the wisdom of Thomas Jefferson)
————————————————————————

### SECOND HALF HOUR

Frank Brown, CSO Accelrys, San Diego, CA

Modeling new materials; defects in nanotubes can make them sensors; surviving the economic downturn; Biologic Registration; melding edges on the nanoscale; Service Oriented Architecture

tinytechjobs

The Voice of Reason (Deb Newberry, inspired comments)

---

**#66**
**May 24, 2009**

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

*FIRST HALF HOUR*

Study now available free on how to bring goods and services to market in the US

Science News Headlines with Marisa Vitols

Larry Lehr, Founder-CEO, Environmental Quality Management Asso., Waco, Texas

Update on marketing methods for farm and industrial waste converted to ethanol

Audio of film clip telling how Russia is serious about nanotechnology

Anatoly Chubais, Director-General of Rusnano, Russian Corporation of Nanotechnologies, Former Chief of Staff to Boris Yeltsin

"negative-interest" investment loans for high-tech firms willing to locate manufacturing in Russia

tinytechjobs

A visit to the den of strangers (the wisdom of Sir Arthur Conan Doyle)

-----------------------------------------------

*SECOND HALF HOUR*

Anatoly Chubais, Director-General of Rusnano, Russian Corporation of Nanotechnologies, Former Chief of Staff to Boris Yeltsin

Working with Israel on seawater desalinization; protection of intellectual property; they are non-political and may deal with a business in any country; more on "negative-interest" investment loans for high-tech firms willing to locate manufacturing in Russia; nano economy is environmentally sustainable

tinytechjobs

The Voice of Reason (David Clifton inspired comments)

---

**#65**
**May 17, 2009**

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

*FIRST HALF HOUR*

Study now available free on how to bring goods and services to market in the US

Science News Headlines with Marisa Vitols

Todd Keefe, Information Officer for NSTI, Boston, MA

Report on numbers at the TechConnect World conference produced by NSTI in Houston

Larry Lehr, Founder-CEO, Environmental Quality Management Asso., Waco, Texas

Farm and industrial waste now successfully converted to ethanol on a practical scale

tinytechjobs

A visit to the den of strangers (the wisdom of Alfred North Whitehead)
-----------------------------------------------

*SECOND HALF HOUR*

Larry Lehr, Founder-CEO, Environmental Quality Management Asso., Waco, Texas

Farm waste to ethanol creates its own energy to enable it to produce more energy; can solve poultry manure run-off pollution to create energy; Funded through the Emerging Technology Fund and the North Texas RCIC; results of latest tests.

tinytechjobs

The Voice of Reason (Jeff Moseley inspired comments)

---

## #64
## May 10, 2009

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

*FIRST HALF HOUR*

First Report of the TechConnect World conference produced by NSTI in Houston last week

Dr. Ray Baughman, Dir. Nanotech Inst., Unv. Of Texas, Dallas

Versatile Time-Temp indicators for vaccines; Conducting Polymers and Dr. Alan MacDiarmid

tinytechjobs

A visit to the den of strangers
-----------------------------------------

*SECOND HALF HOUR*

Dr. Ray Baughman, Dir. Nanotech Inst., Unv. Of Texas, Dallas

Conge gated materials in polymer chains and carbon nanotubes; secret work for DARPA, Air Force, Navy; Nano Energetics; New artificial muscles are very fast and strong, based on carbon nanotubes can withstand temperature extremes near absolute zero to those that would melt steel

tinytechjobs

The Voice of Reason (inspired comments)

---

## #63
## May 3, 2009

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

*FIRST HALF HOUR*

Study now available free on how to bring goods and services to market in the US

Science News Headlines with Marisa Vitols

Andy Stanfield, G.M Smartcool Systems USA, Houston, Texas

Solutions in the global energy crisis as both electricity demand and pricing increase

tinytechjobs

A visit to the den of strangers
-----------------------------------------

*SECOND HALF HOUR*

Andy Stanfield, G.M Smartcool Systems USA, Houston, Texas

What to expect at the Clean Technology Summit during the NSTI conference in Houston

James M. Hussey, CEO NanoInk Inc., Skokie, IL

Nanofabrication Systems and misconceptions in

The Promise of Tomorrow Radio Show

Stem Cell Research

tinytechjobs

The Voice of Reason (listener comments)

---

## #62
## April 26, 2009

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

### *FIRST HALF HOUR*

Study now available free on how to bring goods and services to market in the US

Science News Headlines with Marisa Vitols

Jonathan Tucker, Chairman, Standards Committee, IEEE Nanotechnology Council

The incredibly pressing difficulties of establishing standards in nanotechnology-based electronics

tinytechjobs

A visit to the den of strangers

_____

### *SECOND HALF HOUR*

Jonathan Tucker, Chairman, Standards Committee, IEEE nanotechnology Council

Establishing standards in nanotechnology-based devices, systems, and materials. What he will be presenting at the NSTI Tech-Connect conference in Houston

tinytechjobs

The Voice of Reason (listener comments)

---

## #61
## April 19, 2009

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

### *FIRST HALF HOUR*

Science News Headlines with Marisa Vitols

Jeff Moseley, President & CEO Greater Houston Partnership, Houston, Texas

NSTI, Nano Science and Technology Institute conference in Houston; how Houston is suited to be a nanotechnology center

A visit to The Den of Strangers

tinytechjobs

_____

### *SECOND HALF HOUR*

Jeff Moseley, President & CEO Greater Houston Partnership, Houston, Texas

More on NSTI and Houston as a nanotechnology center

Tom Levesque; VP Nano Fabrication Systems, NanoInk; Skokie, IL

What NanoInk will be demonstrating at NSTI, the NanoProfessor

Dr. Wade Adams, Director of Nanoscience and Technology at the Smalley Inst., Rice University, Houston, Texas

How the oil interests are adapting to nanotechnology

Report from Japan on technology legend Dr. Tadashi Sakaki

tinytechjobs

The Voice of Reason (listener comments)

---

## #60
## April 12, 2009

TO HEAR THIS EPISODE

### *FIRST HALF HOUR*

Science News Headlines with Marisa Vitols

Prof. Deb Newberry, Author◊

The Next Big Thing is Really Small

NanoInk's NanoProfessor making nano study now affordable at high schools and colleges to supply enough nanotechnology workers as needed

A visit to The Den of Strangers

tinytechjobs

_____

## SECOND HALF HOUR

Prof. Deb Newberry, Author◻The Next Big Thing is Really Small

Introducing NanoInk's NanoProfessor at her college.

Dr. Walt Trybula, Dir. Nanomaterials Application Center, Texas State University

Report on his just released and thorough study of the Texas Emerging Technology Fund, what it is and how it is working, calls for some reforms and updating

tinytechjobs

The Voice of Reason (listener comments)

PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

## #59
## April 5, 2009

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

## FIRST HALF HOUR

Science News Headlines with Marisa Vitols

James M. Hussey, CEO NanoInk Inc., Skokie, IL

Explains Dip Pen Nanolithography; Now we can "write" on cells, imprint on pharmaceuticals

tinytechjobs

_____

## SECOND HALF HOUR

James M. Hussey, CEO NanoInk Inc., Skokie, IL

This country shortly needs millions of nanotech workers; How we will train them, introducing the NanoProfessor, Stem Cell Research and NanoBio discovery, Nanofabrication Systems

A visit to The Den of Strangers

tinytechjobs

The Voice of Reason (listener comments)

## #58
## March 29, 2009

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

## FIRST HALF HOUR

Science News Headlines with Marisa Vitols

Leslie Jutzi, Director of Government Affairs and Community Relations, The Allen Group

Explains why delay with the Dallas Logistics Hub caused by city councilman John Wiley Price is wrongheaded

tinytechjobs

_____

## SECOND HALF HOUR

Leslie Jutzi, Director of Government Affairs and Community Relations, The Allen Group

Addresses economic concerns in developing the Dallas Logistics Hub

John Cross, Director of Marketing, The Allen Group

How the Dallas Logistics Hub is being marketed and why Dallas is the best location in North America for such a vast facility

tinytechjobs

The Voice of Reason (listener comments)

---

## #57
## March 22, 2009

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

### FIRST HALF HOUR

Science News Headlines with Marisa Vitols

Marlene Bourne, Founder & President of Bourne Research, author Nanotechnology in cosmetics and food, her podcasts

Dan McAuliffe, Dallas Logistics Hub
Re-visit why the hub is great for Dallas and world trade

tinytechjobs

_____

### SECOND HALF HOUR

Christopher J. Gintz, Co-Founder and CTO of NanoHoldings LLC, Rowayton, CT

Longrange look at nanotechnology, look back at �smart guys at IBM�

Report on US Rep. Michael Honda's open letter to the Mercury News

tinytechjobs

The Voice of Reason (listener comments)

---

## #56
## March 15, 2009

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

### FIRST HALF HOUR

Science News Headlines with Marisa Vitols

Da Hsuan Feng, Senior Executive Vice President, National Cheng Kung University, Taiwan Science in Singapore; high-speed rail in Asia

tinytechjobs

_____

### SECOND HALF HOUR

Da Hsuan Feng, Senior Executive Vice President, National Cheng Kung University, Taiwan

High-speed rail would bring great economic advances in the U.S., especially Texas

James Wylde, Treasurer of MANCEF The progress of nanotechnology as an �industry�

John Collins, Learning Officer for Agil TCP

The medical profession and need for staffs to be well trained in latest technologies

tinytechjobs

The Voice of Reason (listener comments)

---

## #55
## March 8, 2009

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

### FIRST HALF HOUR

Science News Headlines with Marisa Vitols

Jerry Merryman, developer of the electronic hand-held calculator while at Texas Instruments, how it was done, insights on Nobel Prize winner Jack Kilby,

tinytechjobs

_____

### SECOND HALF HOUR

Jerry Merryman, more insights on the great Nobel Laureate Jack Kilby while at Texas Instruments

tinytechjobs

The Voice of Reason (listener comments)

---

## #54
## March 1, 2009

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

*FIRST HALF HOUR*

**Science News Headlines with Marisa Vitols**

**Robert D. Cormia (continued interview), scientist, faculty Foothill College, Palo Alto, CA; teaches bioinformatics and nanotechnology**

**Continues to talk of the need for a Big Hairy Audacious Goal, an Apollo-like crash program to be totally free of burning carbon in 20 years**

**tinytechjobs**

---------------------------------------------

*SECOND HALF HOUR*

**Robert D. Cormia, scientist, faculty Foothill College, Palo Alto, CA; teaches bioinformatics and nanotechnology**

**Lays out steps to get the BHAG done, and challenges listeners to urgently do our part**

**tinytechjobs**

**The Voice of Reason (listener comments)**

---

## #53
## February 22, 2009

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

*FIRST HALF HOUR*

**Science News Headlines with Marisa Vitols**

**Robert D. Cormia, scientist, faculty Foothill College, Palo Alto, CA; teaches bioinformatics and nanotechnology**

**We must start an Apollo-like crash program to be totally free of burning carbon in 20 years; Says the program is a BHAG and explains what that is**

**tinytechjobs**

---------------------------------------------

*SECOND HALF HOUR*

**Robert D. Cormia, scientist, faculty Foothill College, Palo Alto, CA; teaches bioinformatics and nanotechnology**

**We must start an Apollo-like crash program to be totally free of burning carbon in 20 years; Says the program is a BHAG and explains what that is.**

**tinytechjobs**

**The Voice of Reason (listener comments)**

---

## #52
## February 15, 2009

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

*FIRST HALF HOUR*

**Science News Headlines with Marisa Vitols**

**Debra Wawro, CEO and Chief Scientist, Resonant Sensors, Inc. Arlington, Texas**

**Making pharmaceuticals faster and cheaper; how she started the business**

**tinytechjobs**

---------------------------------------------

*SECOND HALF HOUR*

**Robert D. Cormia, scientist, faculty Foothill College, Palo Alto, CA; teaches bioinformatics and nanotechnology**

Listen to Promise of Tomorrow Radio Show

**Mankind is undeniably the cause of our modern day global warming. We must be totally free of burning carbon in 20 years, but admits it will probably take 50 years seven if we start a crash movement today**

tinytechjobs

**The Voice of Reason (listener comments)**

---

## #51
## February 8, 2009

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

### FIRST HALF HOUR

**Science News Headlines with Marisa Vitols**

**Garry Golden, Futurist, Editor of The EnergyRoadmap.com**

**Solar power, replace our power grid, molecular assemblers in our future**

**Dr. Faruq Marikar, Managing Partner, Nanobiz, LLC;**

**Clean energy**

tinytechjobs

_____

### SECOND HALF HOUR

**Dr. Faruq Marikar, Managing Partner, Nanobiz, LLC;**

**Clean energy, Does our government have the guts to solve our energy problems? (surprise answer)**

tinytechjobs

**The Voice of Reason (listener comments)**

---

## #50
## February 1, 2009

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

### FIRST HALF HOUR

**Science News Headlines with Marisa Vitols**

**Lorraine McCord, Director, International Trade Center, Small Business Develpoment**

**What they do, how to do business out of the country, government training programs, trading partners Mexico-Canada, license to export questions**

tinytechjobs

_____

### SECOND HALF HOUR

**Lorraine McCord, Director, International Trade Center, Small Business Develpoment**

**Seminars on license requirements and encryption, how to contact**

**James Wylde, Treasurer for MANCEF**

**Nanotechnology and MANCEF**

tinytechjobs

**The Voice of Reason (listener comments)**

---

## #49
## January 25, 2009

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

### FIRST HALF HOUR

**Science News Headlines with Marisa Vitols**

**Julian Ross, Founder & CEO, OxySure, Frisco, TX**

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

New way to deliver emergency oxygen, how it works, why it is important, all the markets and how to reach them

tinytechjobs

------------------------------------------

*SECOND HALF HOUR*

Julian Ross, Founder & CEO, OxySure, Frisco, TX

Emergency oxygen should be mandatory for

athletic departments in schools, how his firm is funded from humble beginnings in his garage

tinytechjobs

The Voice of Reason (listener comments)

---

**#48**
**January 18, 2009**

TO HEAR THIS EPISODE PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

*FIRST HALF HOUR*

Science News Headlines with Marisa Vitols

James Wylde, Treasurer for MANCEF

How MANCEF got started, MANCEF conferences, created $2Billion for new firms

tinytechjobs

------------------------------------------

*SECOND HALF HOUR*

James Wylde, Treasurer for MANCEF

Nanotechnology in medicine, the future for nanotechnology, new nanotech markets, world scope of MANCEF

tinytechjobs

The Voice of Reason (listener comments)

---

**#47**
**January 11, 2009**

TO HEAR THIS EPISODE PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

*FIRST HALF HOUR*

Science News Headlines with Marisa Vitols

Marlene Bourne, Founder & President of Bourne Research, author

How she got involved in nanotechnology, Lab-on-a-Chip, other nanotechnology insights

tinytechjobs

------------------------------------------

*SECOND HALF HOUR*

Marlene Bourne, Founder & President of Bourne Research, author

Her company and what it does; books & SmallTimes Magazine; nanotechnology in medicine, clothing, cosmetics

tinytechjobs

The Voice of Reason (comments from a Nobel Laureate)

---

**#46**
**January 4, 2009**

*FIRST HALF HOUR*

**January 4, 2009**

TO HEAR THIS EPISODE
PRESS PLAY

PLAY

Part One DOWNLOAD (right click)

Part Two DOWNLOAD (right click)

Science News Headlines with Marisa Vitols

Dan McAuliffe, Dallas Logistics Hub

Mexican connection to Dallas Logistics Hub,
important to the growth of US high tech and
Pacific Rim

Dr. Lawrence Tamarkin, Founder CytImmune,
Rockville, MD

How he got started targeting cancer tumors with
nanotechnology and colloidal gold

James A. Greer, Founder, Pres., CTO; PVD
Products; Wilmington, MA

Depositing thin films in nanotechnology
important to US defense

tinytechjobs

_____

*SECOND HALF HOUR*

Garry Golden, Futurist, Editor of The
EnergyRoadmap.com

Government hasn't had the reasons to resolve
an energy policy

tinytechjobs

The Voice of Reason (listener comments)