# Exhibit 20

Cognitec Systems and Daon announce partnership in face recognition applications

- **Newsroom**
  Press Releases
  Press Contacts

Cognitec.com

**Washington, DC/Dresden, Germany, June 21st, 2004** - Cognitec Systems, leading vendor of face recognition technology, today announced details of a partnership with Daon, a leading provider of biometric identity management software.

The partnership covers the integration of Cognitec's face recognition software into Daon's multi-modal identity management platform designed for mission-critical government and commercial solutions. Daon has developed applications using Cognitec's face recognition capability, including physical access and border control solutions. Daon supports one to many identification, from small to extremely large populations, and integrates with multiple IT systems and applications and multiple authentication mechanisms including face, finger and iris biometrics, smartcards, tokens and RFIDs.

"We are very pleased to announce this promising partnership with Daon," comments Alfredo Herrera, Managing Director of Cognitec Systems. "Daon is widely recognised as the leading provider of biometric identity management software, and we see this co-operation as another opportunity to enhance both companies' market offering. The partnership is part of Cognitec's strategy to provide its world-leading face recognition technology to partners providing best-of-breed biometric platforms and applications."

"Daon is delighted to strengthen our partnership with Cognitec," says Conor White, CTO, Daon. "Cognitec have established themselves as a leading provider of facial recognition technology worldwide. Based on our internal DaonLabs research and independent 3rd party assessment, as well as, marketplace validation through strategic wins, Cognitec technology has been proven to perform extremely well. Both the Daon and Cognitec technologies have a good strategic fit and offer us the ability to provide customers with a highly secure, reliable and scalable solution in mission critical environments."

**About Cognitec**

Cognitec Systems, with headquarters in Dresden, Germany,

and offices in Herndon, VA and Miami, FL, develops and markets the well-established and world-leading FaceVACS� face recognition software. Cognitec's software experts have been developing face recognition technology since 1995. In various independent evaluation tests including the Face Recognition Vendor Test 2002, FaceVACS� has proven to be the leading technology available on the market. www.cognitec.com.

**About Daon**

Daon delivers a *population-centric identity management*� platform focused on meeting the requirements of governments and commercial organizations worldwide. Daon supports customers and system integrators in building enterprise solutions requiring the highest level of security, performance, scalability, reliability and privacy. Daon's multi-modal biometric platform, supports one-to-many identification, integrates seamlessly with IT platforms and applications, manages the identity life-cycle of diverse populations and delivers a clear return-on-investment. Privately held, Daon's offices are located in Washington, London and Dublin. For further information please visit www.daon.com.

---

Sitemap | Privacy Policy | Legal Statement
© 2004 Daon