# Exhibit 21



# Media Release

## Cognitec's face recognition technology successfully deployed in several video surveillance systems developed by AxxonSoft

*Partners highlight ongoing successful partnership*

Dresden/Moscow, January 10 2008. Cognitec Systems, Dresden and AxxonSoft, Moscow would like to underline the fruition of their successful partnership that has developed over the last two years. Since first supplying video surveillance products using Cognitec's FaceVACS face recognition software, AxxonSoft has already compiled a respectable list of satisfied customers all over Europe.

Face recognition technology can be added to conventional video surveillance systems in order to identify persons in a watch list, by comparing faces in real-time video images against stored photographs. Cognitec's technology has proven to be one of the most reliable and best performing on the market.

Some of the most important AxxonSoft installations include, for example, a Cash & Carry Superstore in Kemerovo, Russia. The objective there was to install a face recognition assisted video surveillance system in order to identify shop lifters. Already during the testing period, this system provided the basis for tracking and arresting criminals in a very efficient way.

Another system is in place at a gaming club in Kemerovo, Russia. The general purpose there was to monitor a four storey building complex with a large quantity of rooms all catering for different purposes such as billiard rooms, bar with cash desk, offices, warehouse, and rooms for security staff as well as the stairs, entrances and parking area.

A project at the subway in Novosibirsk, Russia has also proved successful. Station "Ploshad' Lenina" was supplied with "Face-Axxon", developed by AxxonSoft, consisting of four facial capturing and one facial recognition module. High definition color cameras are being used for the face capturing process. This installation was started in 2004 by the Main Internal Affairs Directorate. The reason then was the increasing threat by terrorist attacks. It was the first project of this kind in Russia.

"We are very pleased with the successful deployments of various video surveillance systems by AxxonSoft that include our face recognition technology," commented Alfredo Herrera, Cognitec's Managing Director. "We think that video surveillance is one of the major applications for face recognition, and we keep investing into research and development in order to keep our technological leadership position."

**About Cognitec**

Cognitec Systems, with headquarters in Dresden, Germany, and offices or subsidiaries in Herndon, VA; Miami, FL; Rio de Janeiro, Brazil; and Hong Kong, develops, markets and deploys the well-established and market-leading FaceVACS[®] face recognition software to global customers and government agencies. Cognitec's software experts have been developing face recognition technology since 1995. In various independent evaluation tests, including the Face Recognition Vendor Test 2006, FaceVACS[®] has repeatedly attained a market-leading technology position.

For more information, please contact: **info@cognitec.com   www.cognitec.com**

Cognitec Systems GmbH
Grossenhainer Str. 101, 01127, Dresden, Germany
Jürgen Pampus, VP Sales & Marketing
**pampus@cognitec.com** - Phone: +49-351-862-9212



# Media Release

**About AxxonSoft**

AxxonSoft is a leading software developer that combines IP-based physical security management, intelligent video surveillance, and an enterprise-wide platform into fully integrated vertical and horizontal solutions. Our solutions help governments, institutions, and commercial enterprises protect their people and facilities, prevent asset loss and damage, and improve business efficiency, all at the same time. Axxon Enterprise is an IP-based physical security management platform that combines intelligent video analytics, universal IP connectivity and event-driven automation capabilities in a single security environment. At AxxonSoft, our partners are everything. Through our unique partner-focused business model and our state-of-the-art integrated platform, we help our partners build a profitable business and take advantage of the growth opportunities that exist at the convergence of security and business management technologies.

For more information, please contact: **info@axxonsoft.com    www.axxonsoft.com**

AxxonSoft Inc
144 Front street West, Suite 725,
Toronto, Ontario M5J 2L7, Canada
Tel./Fax: 1-416-410-40-59 (ext 322)