UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, <br>    *Plaintiff,* <br> v. <br> Texas Instruments, Inc., et al., <br>    *Defendants.* | § § § § § § § § § § | CASE NO. 6:12-cv-499 MHS <br> LEAD CASE <br> Jury Trial Demanded |
| Blue Spike, LLC, <br>    *Plaintiff,* <br> v. <br> Cognitec Systems Corporation and Cognitec Systems GmbH, <br>    *Defendants.* | § § § § § § § § § § | CASE NO. 6:13-cv-124 MHS <br> CONSOLIDATED CASE <br> Jury Trial Demanded |

**ORDER DENYING COGNITEC SYSTEMS GmbH'S MOTION TO DISMISS**

On this day came for consideration Defendant Cognitec Systems GmbH's Motion to Dismiss Plaintiff Blue Spike, LLC's Complaint in the above-captioned proceeding for lack of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2). Having considered both Cognitec Systems GmbH's motion and supporting papers and Blue Spike, LLC's opposition and supporting papers, the Court is of the opinion that said motion should be DENIED.

IT IS HEREBY ORDERED that Cognitec Systems GmbH's Motion to Dismiss is hereby denied on the grounds that Cognitec Systems GmbH has had the requisite "minimum contacts" within the State of Texas to permit this Court to exercise personal

1

jurisdiction over Cognitec Systems GmbH pursuant to Fed. R. Civ. P. 12(b)(2). The Eastern District of Texas is the proper venue for this lawsuit.

    IT IS SO ORDERED.