# Exhibit 6



All 3M Products   Innovation   Explore 3M

Search [Keywords, part numbers, etc] 

United States [  Change ]

## Company Information

About Us | Corporate Profile | Resources

Contact Us

United States > Our Company > Company Information > Locations

**Company Information**
**Resources**
- History
- News
- Locations

### Resources
# Locations

**3M Corporate Headquarters**
St. Paul, Minnesota

**Alabama**
Decatur
Guin

**Alaska**
Anchorage

**Arkansas**
Little Rock

**California**
Canoga Park
Corona
Irvine
Monrovia
Northridge
Oak Hills
Ontario

**Connecticut**
Enfield
Meriden
Stafford Springs
Wallingford

**Delaware**
Newark

**District of Columbia**
Washington

**Georgia**
Atlanta
Alpharetta

**Iowa**
Ames
Forest City
Knoxville

**Kentucky**
Cynthiana

**Maryland**
Silver Spring

**Massachusetts**
Chelmsford
Haverhill
Lexington
Methuen
Southbridge

**Michigan**
Detroit
Livonia
Midland

**Minnesota**
Alexandria
Cottage Grove
Eagan
Fairmont
Hutchinson
New Ulm
Oakdale
Staples
St. Paul

**Missouri**
Columbia
Nevada
Springfield

**New York**
Tonawanda

**North Carolina**
Concord
Conover
Pittsboro
Sanford

**Ohio**
Brookville
Cincinnati
Elyria
Medina

**Oklahoma**
Ardmore

**South Carolina**
Greenville

**South Dakota**
Aberdeen
Brookings

**Texas**
Angleton
Austin
Brownwood

**Utah**
Murray

**Wisconsin**
Cumberland
Menomonie
Oconomowoc
Prairie du Chien
Wausau

**Culture of Innovation**
(English, PDF 2.5MB)

Download Brochure

**Corporate Headquarters**
3M Center
St. Paul, MN 55144

3M Center Google Map

**Hawaii**

Honolulu

**Illinois**

Cordova

DeKalb

**Indiana**

Hartford City

Indianapolis

Plymouth

Wausau

**Nebraska**

Valley

**New Hampshire**

Tilton

**New Jersey**

Flemington

Whippany

---

**3M:** News | Careers | Investor Relations | MSDS Search | Transport Information Search | A-Z Product Index | Contact 3M

Legal Information | Privacy Policy

© 3M 2013. All Rights Reserved.

