# Exhibit 7




INVESTORS    MEDIA    SUPPLIERS    EMPLOYEES

WHO WE ARE    WHAT WE DO    NEWS & EVENTS    MULTIMEDIA    CAREERS

Home    Aeronautics    About Aeronautics

### AERONAUTICS

About Aeronautics
  Locations
    Pinellas
    Johnstown - Lockheed Martin AeroParts, Inc.
    Greenville
  Environment, Safety & Health
  "A Word From" Slideshows

Media Center

Community Relations

Skunk Works®

Modification, Maintenance, Repair and Overhaul (MMRO)

Supply Chain Management

Demonstration Centers

Laboratories

Enterprise Operations Center

## Locations

Like  2    Tweet  0
       0    Share  0



Employing nearly 30,000 people around the globe, Lockheed Martin Aeronautics Company has nine locations across the United States and several international offices around the world.

**Fort Worth, Texas**
Officially designated as Air Force Plant 4, Fort Worth is the headquarters of Lockheed Martin Aeronautics Company and home of the F-16 Fighting Falcon and the F-35 Lightning II. Manufacturing activities include F-35 Lightning II and F-16 Fighting Falcon final assembly. Portions of the Japan F-2 fighter are also produced here.

**Marietta, Georgia**
The company's site in Marietta, Ga., is home to assembly of the C-130 Hercules transport and the F-22 Raptor air dominance fighter. The Marietta site is also responsible for the avionics and engine modernization programs for the C-5 Galaxy strategic transport, P-3 Orion program operations, including the new wing production line, and the center wing assembly for all three variants of the F-35 Lightning II.

**Palmdale, California**
The Palmdale, Calif., site is headquarters of the Advanced Development Programs (ADP), also known as Skunk Works®, and home to the U-2 Dragon Lady high-altitude reconnaissance aircraft and the C-130 special missions aircraft. The Palmdale site also upgrades and makes enhancements to the F-117 Nighthawk stealth attack aircraft, and produces leading edges, radomes and antennas for the F-22 and F-35 aircraft.

**San Antonio, Texas**
Kelly Aviation Center, L.P. (KAC), a joint venture between Lockheed Martin and Rolls-Royce, provides engine maintenance, repair and overhaul for military and commercial customers through a unique set of partnerships at the facility in San Antonio, Texas. Among the aircraft that KAC supports are the C-5 Galaxy, P-3 Orion, C-130 Hercules, F-16 Fighting Falcon, U-2 Dragon Lady and the F-15K. KAC also supports commercial aircraft, including the 777, 747, DC-10, 737, Airbus 300s and Airbus 320s.

**Greenville, South Carolina**
In the Greenville, S.C., facility, Lockheed Martin Aeronautics Global Sustainment offers "nose-to-tail" aircraft maintenance, modifications and state-of-the-art upgrades for products built by Lockheed Martin and other manufacturers. The site also provides Original Equipment Manufacturer (OEM) sustainment services and engineering support and parts management and logistics services.

**Pinellas Park, Florida**
Located in Pinellas Park, Fla., in the Tampa Bay area, this modern 200,000-square-foot facility specializes in metal forming, fabrication and assembly of components for

many of the company's major programs. The Pinellas team works on the F-35, F-16 C-130, P-3 and U-2.

**Meridian, Mississippi**
The facility in Meridian, Miss., produces 50 percent of the C-130J fuselage, including the cargo floor, cargo door, aft side panels, aft top panel, side panels, center wing, and key flight control components. The site also fabricates the C130J ramp floor panels, which are assembled in Clarksburg, and the C-130J cargo floor assembled in Meridian

**Johnstown, Pennsylvania**
Located in Johnstown, Pa., Lockheed Martin AeroParts, Inc. (LMAPI), is a wholly owned subsidiary of the Lockheed Martin Corporation. Recognized for its high-quality focus on safety, this facility manufactures aircraft details, assemblies, and ground support equipment, and overhauls and repairs aircraft components and structural parts. The site supplies new production parts to other Lockheed Martin facilities for the F-16, C-130, U-2, and F-22 aircraft. LMAPI is also is a direct prime contractor to the U.S. Department of Defense for spares fabrication for aircraft and is a supplier to commercial customers.

**Clarksburg, West Virginia**
The plant in Clarksburg, W. Va., produces major C-130 assemblies, such as the main landing gear doors, outer wing leading edges, ramp, wing flap track former, and forward fuselage skin assembly. Currently, 8 percent of each C-130J aircraft is produced at this facility.

Stock Price: [ 101.80 ]   Contact Us   Site Map   Privacy   Terms of Use   © 2013 Lockheed Martin Corporation