# Exhibit 8

Home **|** About NEC Corporation of America **|** Contact **|** NEC Careers

| Products | Showcase | Media Center | Promotions | Sales & Support | Reseller Support & Training | Partners |

[Home](#) > Contact Us

### Contact NEC Corporation of America

NEC Corporation of America is a leading provider of innovative IT, network and communications solutions including software, applications, development tools, hardware and services serving multiple vertical industries, such as healthcare, government, education and hospitality.

**For Customers and End Users:**
Phone: 1-800-240-0632 (800-2400-NEC)
Fax: 1-888-318-7932

**For Authorized Associates and Resellers:**
Phone: 1-800-752-6275
Fax: 214-262-5566

**Mailing Address**
NEC Corporation of America
6535 N. State Highway 161
Irving, TX 75039-2402

**Locate an NEC Dealer**
NEC has sales partners throughout North and South America. Visit our Dealer Locator to find an authorized dealer near you.

Additional NEC Corporation of America solutions and services can be found at www.necam.com.

---

**NEC Financial Services**
NEC Financial Services, LLC, a business unit of NEC Corporation of America, has delivered flexible leasing and financial solutions to NEC customers nationwide since 1986. For more information, please visit their web site at http://www.neclease.com, or contact NEC Financial Services by phone at 800.451.5361 or by email at info@neclease.com.

---

**NEC Users Group**
Owners of NEC communication systems are able to join with hundreds of other NEC users who share interests in telecommunications and the NEC family of products. For more information, please visit http://www.necusersgroup.com.



LOG IN | Terms of Use & Privacy    Blog      NEC  --Select New Destination--  

Contact NEC Corporation of America
Products | Case Studies | News & Events | Sales | Customer Support | Reseller Support & Training | Partners
Services | Communication Solutions | Industry Solutions