# Exhibit 9

# SIEMENS

> Home   > About Siemens   > Locations

## Locations in the USA

Enter a state, sector or division to find a Siemens office location in the USA. You also get directions to an explicit location.

State:
[ TX (Texas)          ▼ ]

Sector:
[ All sectors         ▼ ]

Division:
[ All divisions       ▼ ]

**Google Maps**



**Locations**

**1) Siemens Government Services Inc.**

250 East Arapaho Road, Richardson, TX 75081-2302 United States
phone: 1-800-SIEMENS (7436367)
usa.800siemens.us@siemens.com
http://www.siemensgovt.com

**2) Siemens Energy, Inc.**

10730 Telge Road, Houston, TX 77095 United States
phone: 1-800-SIEMENS (7436367)
usa.800siemens.us@siemens.com
http://www.powergeneration.siemens.com

**3) Siemens Energy, Inc.**

5730 Clinton Drive, Houston, TX 77020 United States
phone: 1-800-SIEMENS (7436367)
usa.800siemens.us@siemens.com
http://www.usa.siemens.com

**4) Siemens Energy, Inc.**

10777 Westheimer Road, Suite 140, Houston, TX 77042 United States
phone: 1-800-SIEMENS (7436367)
usa.800siemens.us@siemens.com
http://www.usa.siemens.com

**5) Siemens Energy, Inc., TurboCare**

3100 South Sam Houston Parkway East, Houston, TX 77047 United States
phone: 1-800-SIEMENS (7436367)
usa.800siemens.us@siemens.com
http://www.usa.siemens.com

**6) Siemens Energy, Inc.**

16530 Peninsula Street, Building 3, Houston, TX 77015 United States
phone: 1-800-SIEMENS (7436367)
usa.800siemens.us@siemens.com
http://www.usa.siemens.com

**7) Siemens Energy, Inc.**

4615 S.W. Freeway, Suite 900, Houston, TX 77027 United States
phone: 1-800-SIEMENS (7436367)
usa.800siemens.us@siemens.com
http://www.usa.siemens.com

**8) Siemens Energy, Inc.**

14521 Old Katy Road, Suite 100, Houston, TX 77079 United States
phone: 1-800-SIEMENS (7436367)
usa.800siemens.us@siemens.com
http://www.usa.siemens.com

**9) Siemens Energy, Inc.**

4687 World Houston Parkway, Suite 200, Houston, TX 77032 United States
phone: 1-800-SIEMENS (7436367)
usa.800siemens.us@siemens.com
http://www.usa.siemens.com

**10) Siemens Healthcare**

15600 John F. Kennedy Boulevard, Suite 450, Houston, TX 77032 United States
phone: 1-800-SIEMENS (7436367)
usa.800siemens.us@siemens.com
http://www.usa.siemens.com

## 11) Siemens Healthcare

5800 Granite Parkway, Suite 600, Plano, TX 75024 United States
phone: 1-800-SIEMENS (7436367)
usa.800siemens.us@siemens.com
http://www.usa.siemens.com

## 12) Siemens Industry Inc.

1415 Louisiana Street, Suite 3550, Houston, TX 77002 United States
phone: 1-800-241-4453
helpline.sii@siemens.com
http://www.usa.siemens.com

## 13) Siemens Industry Inc.

5800 Granite Parkway, Plano, TX 75024 United States
phone: 1-800-SIEMENS (7436367)
usa.800siemens.us@siemens.com
http://www.plm.automation.siemens.com

## 14) Siemens Infrastructure & Cities

8004 Cameron Road, Austin, TX 78754-3899 United States
phone: 1-800-SIEMENS (7436367)
usa.800siemens.us@siemens.com
http://www.mobility.siemens.com

## 15) Siemens Infrastructure & Cities

2700 Esters Boulevard, Dallas, Fort Worth International Airport, TX 75261 United States
phone: 1-800-SIEMENS (7436367)
usa.800siemens.us@siemens.com
http://www.mobility.siemens.com

## 16) Siemens Infrastructure & Cities

1835B Kramer Lane, Suite 180, Austin, TX 78758 United States
phone: 1-800-SIEMENS (7436367)
usa.800siemens.us@siemens.com
http://www.usa.siemens.com

## 17) Siemens Infrastructure & Cities

2800 Finfeather, Bryan, TX 77801 United States
phone: 1-800-SIEMENS (7436367)
usa.800siemens.us@siemens.com
http://www.usa.siemens.com

## 18) Siemens Infrastructure & Cities

8850 Fallbrook Road, Houston, TX 77064 United States
phone: 1-800-SIEMENS (7436367)
usa.800siemens.us@siemens.com
http://www.usa.siemens.com

## 19) Siemens Infrastructure & Cities

8600 North Royal Lane, Suite 100, Irving , TX 75063 United States
phone: 1-800-SIEMENS (7436367)
usa.800siemens.us@siemens.com
http://www.usa.siemens.com

### 20) Siemens Infrastructure & Cities

12001 Network Boulevard, Suite 318, San Antonio, TX 78249 United States
phone: 1-800-SIEMENS (7436367)
usa.800siemens.us@siemens.com
http://www.usa.siemens.com

### 21) OSRAM SYLVANIA

15302 Marsha Street, Austin, TX 78728 United States
phone: 1-800-SIEMENS (7436367)
usa.800siemens.us@siemens.com
http://www.usa.siemens.com

### 22) Siemens Industry Inc.

1835B Kramer Lane, Suite 180, Austin, TX 78758 United States
phone: 1-800-241-4453
helpline.sii@siemens.com
http://www.usa.siemens.com

### 23) Siemens Water Technologies

209 Industrial Boulevard, Cedar Park, TX 78613 United States
phone: 1-800-SIEMENS (7436367)
usa.800siemens.us@siemens.com
http://www.usa.siemens.com

### 24) OSRAM SYLVANIA

3717 Saturn, Corpus Christi, TX 78413 United States
phone: 1-800-SIEMENS (7436367)
usa.800siemens.us@siemens.com
http://www.usa.siemens.com

### 25) OSRAM SYLVANIA

1302 Avenue R, Grand Prairie, TX 75050 United States
phone: 1-800-SIEMENS (7436367)
usa.800siemens.us@siemens.com
http://www.usa.siemens.com

### 26) Siemens Industry Inc.

501 Fountain Parkway, Grand Prairie, TX 75050 United States
phone: 1-800-241-4453
helpline.sii@siemens.com
http://www.usa.siemens.com

### 27) OSRAM SYLVANIA

1807 North 25th Street, Harlingen, TX 78550 United States
phone: 1-800-SIEMENS (7436367)
usa.800siemens.us@siemens.com
http://www.usa.siemens.com

### 28) Siemens Water Technologies

14950 Heathrow Forest Parkway, Suite 195, Houston, TX 77032 United States
phone: 1-800-SIEMENS (7436367)
usa.800siemens.us@siemens.com
http://www.usa.siemens.com

### 29) Siemens Water Technologies

5175 World Houston Parkway, Houston, TX 77032 United States
phone: 1-800-SIEMENS (7436367)
usa.800siemens.us@siemens.com
http://www.usa.siemens.com

### 30) OSRAM SYLVANIA

8101 Pinemont Drive, Houston, TX 77040 United States
phone: 1-800-SIEMENS (7436367)
usa.800siemens.us@siemens.com
http://www.usa.siemens.com

### 31) Siemens Industry Inc.

8850 Fallbrook Drive, Houston, TX 77074 United States
phone: 1-800-241-4453
helpline.sii@siemens.com
http://www.usa.siemens.com

### 32) Siemens Industry Inc.

5800 Granite Parkway, Suite 600, Plano, TX 75024 United States
phone: 1-800-SIEMENS (7436367)
usa.800siemens.us@siemens.com
http://www.usa.siemens.com

### 33) OSRAM SYLVANIA

15241 Tradesman Street, San Antonio, TX 78249 United States
phone: 1-800-SIEMENS (7436367)
usa.800siemens.us@siemens.com
http://www.usa.siemens.com

### 34) Siemens Industry Inc.

613 N.W. Loop 410, Suite 360, San Antonio, TX 78216 United States
phone: 1-800-241-4453
helpline.sii@siemens.com
http://www.usa.siemens.com

### 35) OSRAM SYLVANIA

207 Otis Avenue, Unit 1, Waco, TX 76712 United States
phone: 1-800-SIEMENS (7436367)
usa.800siemens.us@siemens.com
http://www.usa.siemens.com

### 36) Siemens Industry, Inc.

734 West North Carrier Parkway, Grand Prairie, TX 75050 United States
phone: 1-800-241-4453
helpline.sii@siemens.com
http://www.usa.siemens.com

### 37) Siemens Industry, Inc.

10730 Telge Road, Houston, TX 77095 United States
phone: 1-800-241-4453
helpline.sii@siemens.com
http://www.usa.siemens.com

### 38) Siemens Industry, Inc.

7101 Hollister Road, Houston, TX 77040 United States
phone: 1-800-241-4453
helpline.sii@siemens.com
http://www.usa.siemens.com

### 39) Siemens Industry, Inc.

1400 Henry Brennan Drive, El Paso, TX 79936-6805 United States
phone: 1-800-241-4453
helpline.sii@siemens.com
http://www.usa.siemens.com

### 40) Siemens Water Technologies

10875 Kempwood Drive, Suite 1, Houston, TX 77043 United States
phone: 1-800-SIEMENS (7436367)
usa.800siemens.us@siemens.com
http://www.usa.siemens.com

### 41) Siemens Water Technologies

12901 Valley Branch Lane, Dallas, TX 75234 United States
phone: 972 241-3859
usa.800siemens.us@siemens.com
http://www.usa.siemens.com

### 42) Siemens Water Technologies

11501 Rojas Drive Units 15-16, El Paso, TX 79936 United States
phone: 915 595-1509
usa.800siemens.us@siemens.com
http://www.usa.siemens.com

### 43) Siemens Water Technologies

13740 Immanuel Road, Pflugerville, TX 78660 United States
phone: 512 252-4540
usa.800siemens.us@siemens.com
http://www.usa.siemens.com

### 44) Siemens Water Technologies

5413 Bandera Road Suite 405, San Antonio, TX 78238 United States
phone: 210 681.1214
usa.800siemens.us@siemens.com
http://www.usa.siemens.com

### 45) Mobility and Logistics Division

2725 114th Street, Grand Prairie, TX 75050 United States
phone: 1-800-SIEMENS (7436367)
usa.800siemens.us@siemens.com
http://www.usa.siemens.com

### 46) Mobility and Logistics Division

16560 Air Center Boulevard, Houston, TX 77032 United States
phone: 1-800-SIEMENS (7436367)
usa.800siemens.us@siemens.com
http://www.usa.siemens.com

**47) Siemens Infrastructure & Cities**

7004 Bee Caves Road, Building 2, Suite 200, Austin, TX 78746 United States
phone: 1-800-SIEMENS (7436367)
usa.800siemens.us@siemens.com
http://www.usa.siemens.com

**48) Siemens Energy, Inc.**

6510 Bourgeois Road, Houston, TX 77066 United States
phone: 1-800-SIEMENS (7436367)
usa.800siemens.us@siemens.com
http://www.usa.siemens.com

**49) Siemens Infrastructure & Cities**

4920 Westway Park Boulevard, Suite 150, Houston, TX 77041-2008 United States
phone: 1-800-SIEMENS (7436367)
usa.800siemens.us@siemens.com
http://www.energy.siemens.com

## Quick Links

- Siemens Worldwide

- Answers for America Brochure

For any changes to the Locations in the USA

- email.us@siemens.com

Close Layer