# Exhibit 12

5/8/13
Case 6:12-cv-00499-RWS-CMC   Document 738-14   Filed 05/09/13   Page 2 of 2 PageID #: 6916
Cognitec - The Face Recognition Company - b - How to Buy - b





**FaceVACS-DBScan with Examiner**

**FaceVACS-PortraitAcquisition**

**FaceVACS-VideoScan**

**FaceVACS-SDK**

**How to Buy**

## How to Buy

In order to purchase our products, you should get in touch with our sales team. We also offer product evaluation licenses free of charge on request. Cognitec's FaceVACS-Sentry is currently only available in Asia.

Click here to contact the sales team or send an email with your contact details and requirements to sales(at)cognitec.com.

Impressum | © Copyright 2013 Cognitec Systems GmbH            Print page