# Exhibit 13

Cognitec | The Face Recognition Company :: Contact



search

- About
- Team
- Office Locations
- Contact
- Jobs
- Legal Statements

## Contact

Salutation: [Please Select]
First Name*:
Last Name*:
Title:
Company*:
Email*:
Phone:
Address*:
City*:
State/Province:
Zip*:
Country*:
Industry:
Project/Use Case: Which face recognition applications are you interested in?*

[Submit Query]

Impressum | © Copyright 2013 Cognitec Systems GmbH          Print page