# Exhibit 14

Case 6:12-cv-00499-RWS-CMC Document 738-16 Filed 05/09/13 Page 2 of 4 PageID #: 6920

# Examiner.com

## Reliable accuracy in face identity proven

FACE RECOGNITION | SEPTEMBER 19, 2011 | BY: COLONEL MASON |



Keith Raderschadt, Sr. Sales Mgr. for Cognitec Systems Corp., says face recognition systems have been developed that can identify a person with the accuracy of fingerprinting.
**Credits:** Cognitec file photo

**RELATED TOPICS**

- Colonel Mason (http://www.examiner.com/topic/colonel-mason/articles)
- Homeland Security (http://www.examiner.com/topic/homeland-security)
- IEEE (http://www.examiner.com/topic/ieee/articles)

**RELATED ADS ( HTTP://WWW.GOOGLE.COM/URL?CT=ABG&Q=HTTPS://WWW.GOOGLE.COM/ADSENSE/SUPPORT/BIN/REQUEST.PY%3FCONTACT%3DABG_AFC%26URL%3DHTTP://WWW.EXAMINER.COM/ARTICLE/RELIABLE-ACCURACY-FACE-IDENTITY-PROVEN%26GL%3DUS%26HL%3DEN%26CLIENT%3DC**

Face recognition (http://www.examiner.com/topic/face-recognition/articles) systems as reliable and accurate as fingerprinting will be featured at homeland security (http://www.examiner.com/topic/homeland-security) conference in November

DALLAS (Sept. 19, 2011) – With sophisticated cameras able to pick out fine detail at long range, face recognition systems have been developed that can identify a person with the accuracy of fingerprinting. The system will be featured when the Institute of Electrical and Electronics Engineers (IEEE (http://www.examiner.com/topic/ieee/articles) ) opens its homeland security conference November 15 – 17, in Boston.

A-PUB-7479725245717969%26AI0%3DCRFXN0UYIUD4JH66RAC_RGJAC8LZQUGOWX9ZFQ9UK9F0IEAEGRYHOA1CZ5PZGBGDJ9VIGYKOGGCGBAAGDAAOEIQFP0AMCAKQXZFQ39JLRAMHDIW-Z7QNSTIZCVZUCDQOWTWVQNO6OU9OSVH0DX2UUGMA7V3VYRB-3FHXMO66HQMVJNCW6R7UT63YMNOLNBD3RO-YYUSNTGIVZUKZBQZ1KBWK7Q097OODX2XFO9MIK3LYSKMOX32K7WNLOZBNH8IO992DHQNKXT7ZPB4AHQNZ0FW&USG=AFQJCNFGTGCLUEY0G5PWY88AWQ8ELNPNRQ)

- **Baby Pictures** (http://www.examiner.com/related-ads?google_kw=Baby+Pictures&google_rt=ChBRiEzRAAFs4QoqKU7JAGeDEg1CYWJ5IFBpY3R1cmVzGghQhN_V1bqZMCgBUhMIntCAseCCtwIVB9cqCh3PNQAi&channel_id=6727461905&google_page_url=http%3A%2F%2Fwww.examiner.com%2Farticle%2Freliable-accuracy-face-identity-proven)
- **Security Systems CCTV** (http://www.examiner.com/related-ads?google_kw=Security+Systems+CCTV&google_rt=ChBRiEzRAAFs8QoqKU7JAGeDEhVTZWN1cml0eSBTeXN0ZW1zIENDVFYaCG5b18RQzZ3QKAFSEwie0ICx4IK3AhUH1yoKHc81ACI&channel_id=6727461905&google_page_url=http%3A%2F%2Fwww.examiner.com%2Farticle%2Freliable-accuracy-face-identity-proven)
- **Face Recognition Photo** (http://www.examiner.com/related-ads?google_kw=Face+Recognition+Photo&google_rt=ChBRiEzRAAFs9goqKU7JAGeDEhZGYWNlIFJlY29nbml0aW9uIFBob3RvGgikgXOy21vLSCgBMAJSEwie0ICx4IK3AhUH1yoKHc81ACI&channel_id=6727461905&google_page_url=http%3A%2F%2Fwww.examiner.com%2Farticle%2Freliable-accuracy-face-identity-proven)
- **Fingerprinting** (http://www.examiner.com/related-ads?google_kw=Fingerprinting&google_rt=ChBRiEzRAAFs_QoqKU7JAGeDEg5GaW5nZXJwcmludGluZ

The excitement surrounds a method perfected by Cognitec Systems Corporation from Germany. Now even fuzzy images looking away from the camera can be cleaned up and made 3D so a frontal shot can be compared to police mug shots. "The product that is newest and the most innovative is the Face VACS-DBScan with Examiner," says Keith Raderschadt, senior sales manager for Cognitec, "We're seeing just some unbelievably difficult image enhancement, very promising for what law enforcement can do with this product."

Raderschadt is a pioneer in biometric identification systems, a specialist in automated fingerprint identification and live-scan fingerprinting systems. "I was around in the early days of automated fingerprint identification systems," says Raderschadt, "and the implementation of those systems, and the impact it has had on law enforcement and other industries can now be duplicated with facial recognition because we're now getting facial recognition accuracy to a level where we're confident we can do it as the same manner with fingerprint identification."

Raderschadt made his comments by phone from his office in Elkhorn, WI, on the *ScienceNews* Radio Network program, the **Promise of Tomorrow with Colonel Mason** (http://www.promiseoftomorrow.biz/). The broadcast originates in Dallas, Texas, and can now be heard at the website, archived and webcast for its world audience.

The **2011 IEEE International Conference on Technologies for Homeland Security** (http://www.ieee-hst.org/) November 15 – 17, in Boston, is sponsored by Raytheon. The public is urged to attend by registering at the website.

xolZHebnCaZ378oATACUhMlntCAseCCtwIVB9cqCh3PNQAi&channel_id=6727461905&google_page_url=http%3A%2F%2Fwww.examiner.com%2Farticle%2Freliable-accuracy-face-identity-proven)

**RELATED ARTICLES:** Baby Pictures   Security Systems CCTV   Face Recognition Photo   Fingerprinting

## You May Like

by Taboola


Police discover 1-year old twins tied up in


25 photos of the curviest women in Hollywood


Amanda Bynes: Actress is now unrecognizable


Miley Cyrus' Shorts Are So Short You Can See


Gwyneth Paltrow exposes breast at


Billionaire Tells Americans to Prepare


WWE fans stunned by Steve Austin comments


Economist: Take Your Money Out Of Everything


**Colonel Mason,** Dallas County Environmental News Examiner

Career Journalist; Knight of the Nanotech Institute, University of Texas at Dallas; Speaker; Author; Writer; Producer; National ScienceNews Radio Network Host/Producer. ...