# Exhibit 16

# The Promise of

| Home | About | Archive | Press | Contact |

Search

### The Future, and Nanotechnology

Nanotechnology will completely restructure industries and economies, recognized as technology disruptive to every field. Entire business segments will disappear while new, exciting segments will be created.

**Hear the latest on this explosive field from the experts who know, each Sunday on The Promise of Tomorrow Radio Show.**

Express your opinions about Emerging and Nano Technologies on our Voice of Reason segment, phone (214)329-4949 and record your message. Each week comments will be selected for airing on a future program. Please identify who you are and where you are from.



| Join My Mailing List |
| Email: [        ] Go |


For Email Marketing you can trust

## Take the Studio Tour

## Take The Oxford Quiz

**March 5, 2010:**
Energy Independent Buildings Major Focus at IEEE 'Green' Technologies Conference for 2010
...advances in renewable energy and power conservation in buildings attracting intense...

The Promise of Tomorrow
Radio Show Sundays 7pm to 8pm,

ScienceNews Network
1360AM Dallas/Ft. Worth, TX

Moderator: Veteran talk-radio host,
**Colonel Mason**

You can reach **Colonel Mason** at
**(214)329-4949**, or **colonel@prfirm1.com**

Each week comments left @
**(214)329-4949** will be selected for
airing on future programs.

Previous shows available for
download on this site via the
**show archive**

The Promise of Tomorrow DVD

Inspiring award winning DVD documentary on the lives of two great Nobel Laureates, the late Jack Kilby and Richard Smalley. Not available in stores or anywhere else
...Learn More

----------------------------

Conference/Trade Expo

Highlights advances in nanoscience, explains how nanotechnology is being used today and how it will impact a broad range of industries tomorrow.
...Learn More



Colonel accepts IEEE-USA literary award Mar. 5, 2011



















**Sample of Organizations Interviewed:**
Global Educational Outreach for Science Engineering and Technology
Accelrys
Genomatica
NanoInk
nanotxUSA
tinytechjobs
Zyvex Labs
Applied Nanotech
Tekna Plasma Systems
Hockmeyer
Core Technology Group
NanoFocus
Lambda Solutionss
Matheson Tri-Gas
MSSTC Program, IC2, Univ. of Texas, Austin
Dallas Logistics Hub
Kinloch USA
Nanotech Inst., Univ. Of Texas, Dallas
University of Texas S.W. Medical Center
MEMtronics
Zapmaterials
talkradioadvocate.com
Net–Centric Design Professionals (NDP), LLC

eSpace: The Center for Space Entrepreneurship
NANO–SAFETY.info
International Conference on Nanotechnology
The Vega Science Trust Videos
Global Educational Outreach for Science Engineering and Technology (GEOSET) at Florida State University
The Center for Space Entrepreneurship Blog
The Texas Renewable Energy Industries Association
World Climate Report
CATO Institute
AZoNano.com
Lab-on-a-Chip.com
nanotechnology.net
TechBites.com
LOTI.org
Constructal Theory Web Portal

**ScienceNews Network**

Originating in Dallas/Fort Worth. 86% of radio listeners are over the age of 35 and 22% of listeners are business owners

The Promise of Tomorrow Radio Show Moderator: Veteran talk-radio host, **Colonel Mason**

Each week comments left @ **(214)329-4949** will be selected for airing on future programs.

Previous shows available for download on this site via the
show archive

*nanotxUSA Conference and Expo*

"To increase international awareness of nanotechnology on both sides of the globe, International Nanotechnology Week™ has joined with nano tech Japan as a global partner. nanotxUSA'08 exhibited at nano tech 2008 Japan in February to promote American interests at the event. nano tech Japan has gained world renown over the years as the largest nanotechnology event in the world.

**tinytechjobs**

Tiny tech jobs is a unique global career web site focused on jobs in nanotechnology, MEMS, microtechnology, biotechnology, and information technology. In addition to news, company information, and education and research information, the site provides free services and resources to job seekers and effective targeted advertising opportunities for employers.

You can reach **Colonel Mason** at **(214)329-4949**, or **colonel@prfirm1.com**

© 2008, 2009 - All Rights Reserved
Hosted by Commcenter Net Services