UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § § § | |
| *Plaintiff*, | § § | CASE NO. 6:12-cv-499 MHS |
| v. | § § § | LEAD CASE |
| TEXAS INSTRUMENTS, INC., et al., | § § § § | Jury Trial Demanded |
| *Defendants*. | § § § | |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COGNITEC SYSTEMS CORPORATION AND COGNITEC SYSTEMS GMBH'S MOTION TO DISMISS**

BEFORE THE COURT is Plaintiff Blue Spike, LLC ("Blue Spike") Unopposed Motion for Extension of Time to Respond to Cognitec Systems Corporation's Motion to Dismiss or Transfer (Dkt. No. 625) and Cognitec Systems GmbH's Motion to Dismiss (Dkt. No. 626) ("Motions to Dismiss"). The Court, having noted that the relief requested in unopposed, is of the opinion that the Motion should be granted.

IT IS ORDERED that Plaintiff Blue Spike, LLC shall have until May 9, 2013 to respond to the Motions to Dismiss (Dkt Nos. 625 and 626).

**It is SO ORDERED.**

**SIGNED this 10th day of May, 2013.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE