UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Blue Spike, LLC, | § |
|     *Plaintiff*, | § CASE NO. 6:12-cv-499 MHS |
| v. | § LEAD CASE |
| TEXAS INSTRUMENTS, INC., et al., | § Jury Trial Demanded |
|     *Defendants*. | § |

**ORDER GRANTING UNOPPOSED MOTION
FOR EXTENSION OF TIME TO FILE A SUR-REPLY TO ENTROPIC
COMMUNICATIONS INC.'S MOTION TO DISMISS**

BEFORE THE COURT is Plaintiff Blue Spike, LLC ("Blue Spike") Unopposed Motion for Extension of Time to File Sur-Reply to Entropic Communications Inc.'s Motion To Dismiss (Dkt. No. 533) ("Motion to Dismiss"). The Court, having noted that the relief requested in unopposed, is of the opinion that the Motion should be granted.

IT IS ORDERED that Plaintiff Blue Spike, LLC shall have until May 13, 2013 to respond to the Motion to Dismiss (Dkt No. 533).