UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> TEXAS INSTRUMENTS, INC., et al., <br><br> *Defendants*. | § § § § § § § § § § § | CASE NO. 6:12-cv-499 MHS <br><br> LEAD CASE <br><br> Jury Trial Demanded |

**UNOPPOSED MOTION FOR EXTENSION
OF TIME TO RESPOND TO DEFENDANT IRIS ID SYSTEMS INC.'S
MOTION TO CHANGE VENUE**

Plaintiff Blue Spike, LLC ("Blue Spike") respectfully moves the Court for an extension of time within which to file a response to Iris ID Systems Inc.'s Motion to Change Venue (Dkt. No. 663) ("Motion to Change Venue").

Blue Spike's current deadline to respond to the Motions to Dismiss is May 5, 2013.

Blue Spike requests an extension of time of until May 13, 2013 to respond to the Motion to Change Venue. Counsel for Blue Spike has conferred with counsel for Defendant and Defendant is unopposed to this request for extension of time.

Respectfully submitted,

/s/ Christopher A. Honea
Randall T. Garteiser
Texas Bar No. 24038912
rgarteiser@ghiplaw.com

1

2

Christopher A. Honea
Texas Bar No. 24059967
chonea@ghiplaw.com
Christopher S. Johns
Texas Bar No. 24044849
cjohns@ghiplaw.com
Kirk J. Anderson
California Bar No. 289043
Peter S. Brasher
California Bar No. 283992
**GARTEISER HONEA, P.C.**
44 North San Pedro Road
San Rafael, California 94903
Telephone:  (415) 785-3762
Facsimile:  (415) 785-3805

*Counsel for Blue Spike LLC*

## Certificate of Service

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email.

    /s/ Christopher A. Honea

## CERTIFICATE OF CONFERENCE

I certify that on behalf of Blue Spike, LLC, I have met and conferred with counsel for Defendant on April 30, 2013 regarding the relief requested herein. Counsel for Defendant has indicated that they are unopposed to the extension being granted.

    /s/ Christopher A. Honea