UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Blue Spike, LLC, <br>  *Plaintiff,* <br> v. <br> TEXAS INSTRUMENTS, INC., et al., <br>  *Defendants.* | CASE NO. 6:12-cv-499 MHS <br> LEAD CASE <br> Jury Trial Demanded |

**ORDER GRANTING UNOPPOSED MOTION
FOR EXTENSION OF TIME TO RESPOND TO IRIS ID SYSTEMS
INC.'S MOTION TO CHANGE VENUE**

 BEFORE THE COURT is Plaintiff Blue Spike, LLC ("Blue Spike") Unopposed Motion for Extension of Time to Respond to Iris ID Systems Inc.'s Motion To Change Venue (Dkt. No. 663) ("Motion to Change Venue"). The Court, having noted that the relief requested in unopposed, is of the opinion that the Motion should be granted.

 IT IS ORDERED that Plaintiff Blue Spike, LLC shall have until May 13, 2013 to respond to the Motion to Change Venue (Dkt No. 663).