UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § § § | |
| v. | § § § | CASE NO. 6:12-cv-499 MHS |
| TEXAS INSTRUMENTS, INC., et al., | § § § § | LEAD CASE<br><br>Jury Trial Demanded |

ORDER GRANTING UNOPPOSED
MOTION FOR LEAVE TO SERVE WRITTEN JURISDICTIONAL
DISCOVERY ON DEFENDANT LAST.FM LTD. AND FOR EXTENSION OF
TIME TO RESPOND TO MOTION TO DISMISS

BEFORE THE COURT is Plaintiff Blue Spike, LLC ("Blue Spike") Unopposed Motion for Leave to Serve Written Jurisdictional Discovery on Last.fm Ltd. ("Last.fm") before the Rule 26(f) conference and prior to responding to CBS Corp. and Last.fm's MOTION TO DISMISS (Dkt. No. 520) ("Motion to Dismiss"). The Court, having noted that the relief requested in unopposed, is of the opinion that the Motion (Doc. No. 736) should be granted.

IT IS ORDERED that Plaintiff Blue Spike shall have leave to serve written jurisdictional discovery before the Rule 26(f) conference and prior to responding to the Motion to Dismiss (Dkt. No. 520). Blue Spike is further granted an extension of time to respond to the Motion to Dismiss (Dkt. No. 520) until after the jurisdictional discovery is taken.

**SIGNED this 13th day of May, 2013.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE