UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § § § | |
| *Plaintiff*, | § § | CASE NO. 6:12-cv-499 MHS |
| v. | § § § | LEAD CASE |
| Texas Instruments, Inc., et al., | § § § | Jury Trial Demanded |
| *Defendants*. | § § § § | |

**Declaration of Scott Moskowitz in Support of Blue Spike's Opposition to Iris ID Systems' Motion to Transfer Venue [Dkt. 663]**

I, Scott Moskowitz, declare as follows:

1. I am the Chief Executive Officer of Blue Spike LLC, a Texas limited liability company.

2. I am one of the inventors of all four patents-in-suit.

3. I am domiciled at 433 S. Chilton Avenue, Unit 3, Tyler, Texas 75702. I also own a condominium in Florida, where I live part time in order to receive medical treatments that I cannot receive elsewhere. These medical treatments are an alternative to the use of addictive opiates for pain management.

4. Blue Spike has its headquarters and principal place of business at 1820 Shiloh Road, Suite 1201C, Tyler, Texas 75703. Tyler, Texas has been Blue Spike's headquarters, principal place of business, and sole operational location since May 2012.

5. Blue Spike, LLC was founded and formed in Tyler in May 2012. Its sole office is in Tyler. Blue Spike houses all its servers in Tyler, maintains all company documents in Tyler, and has its sources of proof in Tyler. Blue

Spike is a member of the Tyler Chamber of Commerce, and its CEO is a member of the Greater East Texas IT Professionals. Blue Spike has also sponsored the Tyler Mini Maker Faire.

6. Blue Spike plans to call witnesses from Texas, including me, who will testify about the accused products in this lawsuit.

7. Blue Spike has no offices, no employees, no customers, and no other meaningful contacts in the District of New Jersey—and never has.

8. Litigating this action in the New Jersey would be very difficult for me due to my medical condition and my limited ability to fly long distances.

9. Litigating this action in the District of New Jersey would be extremely inconvenient, expensive, and burdensome for Blue Spike.

10. A transfer would dramatically increase the costs of litigation for Blue Spike, would increase the amount of time that Blue Spike's witnesses and employees would have to spend litigating the case, and would cause serious hardship for me personally, as I suffer from a medical condition that makes it very painful to travel long distances.

11. I have never traveled to New Jersey for business or to meet with members of Blue Spike's legal team, which has offices in the San Francisco Bay Area and Texas. The only meetings related to this litigation that Blue Spike employees and I have attended have all taken place in Tyler, Texas.

I declare, on May 13, 2013, in Miami, Florida, and under penalty of perjury under the laws of the United States and Texas, that the statements made in this declaration are true and correct.

*/s/* Scott Moskowitz
Scott Moskowitz

## ATTESTATION

I, Randall Garteiser, am the ECF user filing this document with the permission of the signer above, Scott Moskowitz.  A true and correct copy of this signed document is being maintained at the law firm of Garteiser Honea, P.C.

                                               /s/ Randall Garteiser
                                              Randall Garteiser