UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § § § | |
| *Plaintiff*, | § § | CASE NO. 6:12-cv-499 MHS |
| v. | § § | LEAD CASE |
| Texas Instruments, Inc., et al., | § § | Jury Trial Demanded |
| *Defendants*. | § § § | |

**Declaration of Randall Garteiser in Support of Plaintiff Blue Spike LLC's Opposition to Defendant Iris ID Systems' Motion to Transfer Venue [Dkt. 663]**

I, Randall Garteiser, declare as follows:

     1.     I, Randall T. Garteiser, am a partner in the law firm of Garteiser Honea, P.C. We represent Plaintiff Blue Spike LLC in this lawsuit. I have personal knowledge of the information contained in this declaration and can testify to the truth of these statements.

     2.     Attached hereto as Exhibit 1 is a true and correct copy of the Court's Consolidation Order filed March 26, 2013, as Dkt No. 530.

     3.     Attached hereto as Exhibit 2 is a true and correct copy of a Memorandum Opinion and Order of United States District Judge Love filed May 8, 2013 in *Net Stragent, LLC, et al. v. Pioneer Electronics (USA), Inc. et al.*, Case No. 6:11-cv-00278 as Docket No. 379.

     4.     Attached hereto as Exhibit 3 is a true and correct copy of a Report and Recommendation of United States Magistrate Judge Mazzant filed August 27, 2012 in *Net Navigation Systems, LLC v. Alcatel-Lucent USA, Inc.*, Case No. 4:11-cv-00663 as Docket No. 92.

     5.     Attached hereto as Exhibit 4 is a true and correct copy of an Order signed by United States Magistrate Judge Mazzant filed August 21, 2012 in *Oasis Research, LLC v. Pro Softnet Corp.*, Case No. 4:12-cv-00531 as Docket No. 4.

6. Attached hereto as Exhibit 5 is a true and correct copy of an Order signed by United States District Judge Davis and filed September 27, 2012 in *Mosaid Technologies, Inc. v. Freescale Semiconductor, Inc. et al.* in Case No. 6:11-cv-00173 as Docket No. 197.

7. Attached hereto as Exhibit 6 is a true and correct copy of a Memorandum Opinion and Order of United States District Judge Love filed January 14, 2013 in *Geotag, Inc. v. Aromatique, Inc. et al.*, Case No. 2:10-cv-00570 as Docket No. 585.

8. Attached hereto as Exhibit 7 is a true and correct copy of a Memorandum Order of United States Magistrate Judge Payne filed March 26, 2013 in *Advanced Processor Technologies, LLC v. Atmel Corp.*, Case No. 2:12-cv-00152 as Docket No. 93.

9. Attached hereto as Exhibit 8 is a true and correct copy of a Memorandum Opinion and Order of United States District Judge Love filed April 29, 2013 in *Cell and Network Selection, LLC v. AT&T Mobility, LLC, et al.*, Case No. 6:11-cv-00706 as Docket No. 85.

10. Attached hereto as Exhibit 9 is a true and correct copy of an Order signed by United States District Judge Folsom and filed on May 3, 2011 in *GHJ Holdings, Inc. v. Mag Instrument, Inc.* in Case No. 5:10-cv-00230 as Docket No. 30.

I declare on May 13, 2013, in Marin County, California under penalty of perjury under the laws of the United States that the statements made in this declaration are true and correct.

*/s/* Randall Garteiser
Randall Garteiser