IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 6:12-CV-499 LED |
| TEXAS INSTRUMENTS, INC., | § § § | **JURY TRIAL DEMANDED** |
| Defendant. | § § | |
| BLUE SPIKE, LLC | § § § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. 6:12-CV-686 LED |
| ANTHEUS TECHNOLOGY, INC., | § § § | **JURY TRIAL DEMANDED** |
| Defendant. | § § | |

## **REQUEST FOR TERMINATION OF ELECTRONIC NOTICES**

Now comes Robert C. Matz, of Makman & Matz LLP, and pursuant to Rule CV-11(f), hereby requests that the Clerk of the Court remove his name from the list of persons authorized to receive electronic notices in this case.

Dated:  May 14, 2013   Respectfully submitted,

*/s/ Robert C. Matz*

Robert C. Matz (California State Bar No. 217822)
Makman & Matz LLP
655 Mariner's Island Blvd., Suite 306
San Mateo, CA 94404
Telephone:  650-242-1560
Facsimile: (650) 242-1547
Email:  robert@makmanmatz.com

*Counsel for Defendant Antheus Tecnology, Inc.*

1

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2013, I electronically filed the foregoing:

**REQUEST FOR TERMINATION OF ELECTRONIC NOTICES**

with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record and allow them to access the document.

*/s/ Robert C. Matz*

Robert C. Matz