UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § § § | |
| *Plaintiff*, | § § | CASE NO. 6:12-cv-499 MHS |
| v. | § § | LEAD CASE |
| Texas Instruments, Inc., et al., | § § § | Jury Trial Demanded |
| *Defendants*. | § § § | |

**Declaration of Scott Moskowitz in Support of Plaintiff Blue Spike LLC's Opposition to Defendants' Motion to Dismiss or Transfer Venue [Dkt. 648]**

I, Scott Moskowitz, declare as follows:

 1. I am the Chief Executive Officer of Blue Spike LLC, a Texas limited liability company.

 2. I am one of the inventors of all four patents-in-suit.

 3. I am domiciled at 433 S. Chilton Avenue, Unit 3, Tyler, Texas 75702. I also own a condominium in Florida, where I live part time in order to receive medical treatments that I cannot receive elsewhere.

 4. Blue Spike has its headquarters and principal place of business at 1820 Shiloh Road, Suite 1201C, Tyler, Texas 75703. Blue Spike was formed over one year ago.

 5. Blue Spike's computer servers, and sources of proof are located in Tyler, Texas.

 6. Blue Spike plans to call witnesses from Texas, including me.

 7. Blue Spike has no offices, no employees, no customers, and no other meaningful contacts in New York.

1

8.  Litigating this action in the Southern District of New York would be very difficult for me due to my medical condition.

9.  Litigating this action in the New York would be extremely inconvenient, expensive, and burdensome for Blue Spike.

10. A transfer would dramatically increase the costs of litigation for Blue Spike, would increase the amount of time that Blue Spike's witnesses and employees would have to spend litigating the case.

11. Transfer would cause serious hardship for me personally, as I suffer from a medical condition caused by a hernia that makes it very painful to travel long distances. My condition requires monthly medical treatments.

12. I have not traveled to the New York since at least 2005.

I declare, on May 16, 2013, in Tyler, Texas and under penalty of perjury under the laws of the United States and Texas, that the statements made in this declaration are true and correct.

*/s/ Scott Moskowitz*
Scott Moskowitz

## ATTESTATION

I, Randall Garteiser, am the ECF user filing this document with the permission of the signer above, Scott Moskowitz.  A true and correct copy of this signed document is being maintained at the law firm of Garteiser Honea, P.C.

>    /s/ Randall Garteiser
>   Randall Garteiser