UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § | |
| *Plaintiff*, | § | CASE NO. 6:12-cv-499 MHS |
| | § | |
| v. | § | LEAD CASE |
| | § | |
| Texas Instruments, Inc., et al., | § | Jury Trial Demanded |
| | § | |
| *Defendants*. | § | |

## ORDER DENYING SOUNDMOUSE'S MOTION TO DISMISS OR TRANSFER VENUE [Dkt. 648]

On this day came for consideration Soundmouse, Ltd.'s ("Defendant's") Motion Dismiss for lack of Personal Jurisdiction or, in the alternative, to Transfer Venue on Plaintiff Blue Spike, LLC's Complaint in the above-captioned proceeding pursuant to Federal Rule of Civil Procedure 12(b)(2) and 28 U.S.C. § 1404(a). Having considered both Defendants' motion and supporting papers and Blue Spike, LLC's opposition and supporting papers, the Court is of the opinion that said motion should be DENIED.

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss or Transfer is hereby denied on the grounds that Soundmouse has sufficient minimum contacts to establish personal jurisdiction and the Southern District of New York is not clearly more convenient than the Eastern District of Texas.

IT IS SO ORDERED.