# Exhibit 1

Home | Digital Mags | Podcasts | WIN Prizes | Subscribe | Advertise | About SOS | Help

Have an account?  **Log in**  or **Register for free**

Tue 23 Apr 2013

**SOS** Sound On Sound : Est. 1985

Search  News  Articles  Forum  SOS TV  Subscribe  Shop  Directory  Readers' Adverts  Information  Blog

The government's UK copyright law site outlines the **IPO and Copyright, Designs and Patents Act 1988**, the principal legislation covering intellectual property rights in the United Kingdom and the work to which it applies.

Today's Active Topics · FORUM INDEX · Search Forum · Who's Online? · FAQs/Help · Calendar

**Main Forums** >> **Music Business**      ◀ Previous   ▲ Topics   ▶ Next   Threaded

Print Thread

Pages: 1

---

**sonicparticle**
Joined: 05/09/06
Posts: 33
Loc: London, UK

📖 **Music for sponsorships and Intertitials using Soundmouse**
#897241 - 25/02/11 06:41 PM

Edit | Reply | Quote

Hello all

I recently did some music for quite a few of 7" to 10" sponsorships and interstitials for a UK broadcaster. I found out that all cue sheets are handled by Soundmouse. What is a composer expecting to fiscally received out of these? (They have aired for quite a few times). Does a composer register with Soundmouse similarly to PRS?

Post Extras:                                                                    Back to top

---

**Soundmouse**
Joined: 28/02/11
Posts: 1

📖 **Re: Music for sponsorships and Intertitials using Soundmouse** [NEW] [Re: sonicparticle]
#897741 - 28/02/11 12:36 PM

Edit | Reply | Quote

Hi Nemo Sonics,

My name is Mark Vermaat. I work for Soundmouse in the UK.

Soundmouse is used by broadcasters (such as ITV, Channel4, BSkyB in the UK) to report music cue sheets to PRS for Music and PPL. You don't need to register with Soundmouse, although we do advise composers to send us their music. Soundmouse use audio recognition to automatically detect a piece of music and create the cue sheet. The cue sheet will then be reported to collection societies in the UK or abroad. Soundmouse works for 450 networks and channels in the US, UK and most of Europe, so it's definitely worth the trouble to send us your music. Send me a private message and we will follow up with you.

Whether you will be paid performance revenues by PRS depends on many factors. For examples: Is it a large or small broadcaster, How is the broadcaster licenced (sample days or 24/7 reporting), Number of performances, etc. Follow this link for more information: http://www.prsformusic.com/creators/membership/PRSforMusicroyalties/prsroyaltysources/Pages/prsroyalty.aspx.

I hope this helps.

Kind regards,
Mark Vermaat

--------------------
www.soundmouse.com

Post Extras:                                                                    Back to top

---

**emptybe**
new member
Joined: 02/05/02
Posts: 120

📖 **Re: Music for sponsorships and Intertitials using Soundmouse** [NEW] [Re: sonicparticle]
#900228 - 11/03/11 03:29 PM

Edit | Reply | Quote

I saw this via a PCAM newsletter. I'm curious if any other writers here have had any experience using Soundmouse? Anyone, anyone...?

Post Extras:                                                                    Back to top

---

**feline1**
active member
Joined: 23/06/03
Posts: 3638
Loc: Brighton, UK

📖 **Re: Music for sponsorships and Intertitials using Soundmouse** [NEW] [Re: sonicparticle]
#900230 - 11/03/11 03:36 PM

Edit | Reply | Quote

I'm always slightly unsettled by reading about these audio fingerprinting services (PPL mentioned recently that they'd be taking data from Soundmouse, and PRS in the past have announced they take data from Neilson)...

...the reason being that, as a liddle unsigned guy, Soundmouse and Neilson don't have my tunes, and so would never be able to match them.

The more PRS & PPL use fingerprinting services, the less chance indies have of ever getting paid - ironic, as the whole point is to increase reporting & distrubtion accuracy.

I did look on Soundmouse's website but there's no clear mention of how to get your tunes fingerprinted.

None of the digital aggregators I use currently submit to any fingerprinting services - seems to me it would be highly useful if



Rate this thread [1 star] [Submit rating]     [◀ Previous] [▲ Topics] [▶ Next] [✎ Reply to thread] [Threaded]

Jump to [Music Business] [Jump]

**Extra Information**

2 registered and 10 anonymous users are browsing this forum.

Moderator: David Etheridge, James Perrett, zenguitar, Martin Walker, Forum Admin, Hugh Robjohns, Zukan, Frank Eleveld, Will Betts,

**Forum Permissions**
You cannot start new topics
You cannot reply to topics
HTML is disabled
UBBCode is enabled

**Rating:**
Thread views: 5707

Home | Search | News | Current Issue | Digital Editions | Articles | Forum | Subscribe | Shop | Readers Ads
Advertise | Information | Links | Privacy Policy | Support





**April 2013**
On sale now at main newsagents and bookstores (or buy direct from the SOS Web Shop)



Click image for April 2013
**Other recent issues:**
- March 2013
- February 2013
- January 2013
- December 2012
- November 2012

\>\> Access All Issues

**DAW Tips from SOS**
100s of great articles!
**Cubase**
**Digital Performer**
**Live**
**Logic**
**Pro Tools**
**Reaper**
**Reason**
**Sonar**

Email: Contact SOS
Telephone: +44 (0)1954 789888
Fax: +44 (0)1954 789895

**Registered Office**: Media House, Trafalgar Way, Bar Hill, Cambridge, CB23 8SQ, United Kingdom.

Sound On Sound Ltd is registered in England and Wales.
Company number: 3015516 VAT number: GB 638 5307 26

**Current Magazine**
eSub Edition
Buy PDF articles
Magazine Feedback

**Digital Editions**
UK edition
USA digital edition

**Podcasts**

**Competitions**

**Subscribe**
Subscribe Now
eSub FAQs

**Home**

**News**

**Search**
New Search
Forum Search
Search Tips

**Articles**
Reviews
Technique
Sound Advice
People
Glossary
SoundBank

**Help + Support**

**Forum**
Today's Hot Topics
Forum Channel List
Forum Search
My Forum Home
My Forum Settings
My Private Messages
Forum Rules & Etiquette

**SOS TV**
Watch exhibition videos, tutorials, interviews, masterclasses

**Readers Classifieds**
Submit New Adverts
View My Adverts

**SOS Directory**

**My SOS**
Change Password
Change My Email
Change My Address
My Subscription
My eNewsletters
My Downloads

**Information**
About SOS
Contact SOS Staff
Advertising
Licensing Enquiries
Magazine On-sale Dates
SOS Logos & Graphics
SOS Site Analytics
Privacy Policy

All contents copyright © SOS Publications Group and/or its licensors, 1985-2013. All rights reserved.
The contents of this article are subject to worldwide copyright protection and reproduction in whole or part, whether mechanical or electronic, is expressly forbidden without the prior written consent of the Publishers. Great care has been taken to ensure accuracy in the preparation of this article but neither Sound On Sound Limited nor the publishers can be held responsible for its contents. The views expressed are those of the contributors and not necessarily those of the publishers.

Web site designed & maintained by PB Associates | SOS | Relative Media