# Exhibit 3

[< back to log in](#)

- Who We Are
- Cue Sheets
- Reports
- Music Asset Module

## Who We Are

Soundmouse is the broadcast industry standard for the management of music usage data for Networks, Producers, Performing Rights and other Music Copyright Organisations.

We provide a range of technologies to address our clients' music reporting demands including Cue Sheet Management, Music Asset Management and Programme Rights Management.

Soundmouse provides a dedicated team of metadata processing specialists, who are available to process legacy and ongoing metadata as our clients require.

Soundmouse provides services to over 450 networks for the world's leading media organisations.

For more information please email us at info@soundmouse.com

## Cue Sheets

Soundmouse's cue sheet platform is the broadcast industry standard for the collection, management and distribution of cue sheets.

Our managed service integrates seamlessly with Broadcast Management and Playout systems, and provides access to sources of truth of metadata to promote accurate, comprehensive and timely reporting of music usage.



## Reports

Soundmouse reports on behalf of music copyright organisations throughout the world in their individual required reporting file formats. For example: PRS, PPL, GEMA, SIAE, ASCAP, BMI, SESAC, STIM etc.

Management reports of music usage are provided via data mining tools to enable in depth analysis of music activity.



## Music Asset Module

For some of its clients Soundmouse has developed a





bespoke Music Asset Module that works alongside its metadata solutions. The extensive permissioning and playlisting functionalities enable a client to maintain full control over their producers' music usage.

The Music Asset Module's functions include the ability to search their audio tracks, create playlists, add licenses and limit usages per producer user.

info@soundmouse.com

[< back to log in](#)