# Exhibit 4

Zoom Information

FAQ    Register    Sign In

| Search | Products | Customers | Resources | About | Free Access |

# Soundmouse

www.soundmouse.com

**soundmouse**

---

Company Background & Description

---

**Company Description:** Soundmouse is the broadcast industry standard for the management of music usage data for Networks, Producers, Performing Rights and other Music Copyright Organisations. We provide a range of technologies to address our clients' music reporting demands including Music & Audio Recognition, Cue Sheet Management, Music Asset Management and Programme Rights Management. Soundmouse provides a dedicated team of metadata processing specialists, who are available to process legacy and ongoing metadata as our clients require. Soundmouse provides services to over 450 networks for the world's leading media organisations including ABC, Discovery Communications, FOX News, FOX Sports, Disney ABC ESPN Television, NBC Universal, Sony Pictures Television, ITV, BSkyB, Channel 4, Living, Viasat and Sveriges Television.

People    All 15 people verified
Set Alert

**Management Level**
C-Level (1)
Director (1)
Manager (2)
Non-Manager (3)

**Job Function**
Engineering & Technical (6)
Finance (6)
Operations (6)
Sales (12)

**FIND PEOPLE & COMPANIES**

**WHAT IS ZOOMINFO?**

ZoomInfo Database
Privacy Center

**RESOURCES**

ZoomInfo Blog
Newsletter
Webinars
White papers
Claim Your ZoomInfo Profile

**WHO USES ZOOMINFO?**

Individuals
Sales Professionals

Case 6:12-cv-00499-RWS-CMC   Document 759-7   Filed 05/16/13   Page 3 of 3 PageID #:  7294

Recruiters
Marketers
Market Researchers
Media, Bloggers and Analysts
Enterprise-class Teams

**PRODUCTS**

ZoomInfo® Directory
ZoomInfo® Community Edition
ZoomInfo® Professional Edition
ZoomInfo® CRM
ZoomInfo® Data-On-Demand
ZoomInfo® Enterprise

**PARTNERS**

**ABOUT ZOOMINFO**

Careers
Privacy
Terms & Conditions
Contact Us
Concept Map

**CUSTOMER SUPPORT**

Customer Support Center
My Account
Register
Subscribe
Am I in ZoomInfo?

Copyright © 2013 Zoom Information, Inc. All rights reserved