# Exhibit 6

Account Type: Basic | Upgrade

Peter Brasher Add Connections

Home Profile Contacts Groups Jobs Inbox Companies News More People Search... Advanced

Do you know what the cloud is? 51% believe the weather can affect cloud computing.

More

- All Companies
- Bank of America (10208)
- AT&T (7186)
- American Airlines (7096)
- Texas Instruments (7072)
- Lockheed Martin (6872)
- [x] Broadcast Music, Inc.... (15)

Show more...

Enter company name

- [x] All LinkedIn Members
- 1st Connections (0)
- 2nd Connections (0)
- Group Members (0)
- 3rd + Everyone Else (15)

- All Locations
- United States (832)
- Greater Nashville Area (331)
- Greater New York City... (138)
- United Kingdom (114)
- Greater Los Angeles Area (73)
- [x] Dallas/Fort Worth Area (15)

Show more...

Enter location name

**Industry**
**Past Company**
**School**
**Profile Language**
**Groups**
**Years of Experience**
**Function** *BETA*
**Seniority Level** *BETA*
**Interested In**
**Company Size**
**Fortune 1000**
**Recently Joined**

Hide Premium Filters

**Broadcast Music, Inc. (BMI)** **Dallas/Fort Worth Area** Reset

**15** results Sort by: Relevance View: Basic Save Search

LaJohn "Smooth D" M. 3rd
Entertainer/Executive/Entrepreneur
Dallas/Fort Worth Area · Music
Similar
**Send InMail**

LinkedIn Member
Owner, The New Noiss Network, LLC
Dallas/Fort Worth Area · Entertainment
**Send InMail**

Christin C. 3rd
Marketing, Songwriting & Film Professional
Dallas/Fort Worth Area · Marketing and Advertising
Similar
**Send InMail**

LinkedIn Member
Vice President at **BMI**
Dallas/Fort Worth Area · Computer Hardware
**Send InMail**

LinkedIn Member
Tech Geek & Songwriter
Dallas/Fort Worth Area · Music
**Send InMail**

LinkedIn Member
PC-TECHINICAN at **BMI**
Dallas/Fort Worth Area · Music
**Send InMail**

LinkedIn Member
Songwriter at **Broadcast Music**, **Inc**.
Dallas/Fort Worth Area · Music
**Send InMail**

LinkedIn Member
property manager at **BMI**
Dallas/Fort Worth Area · Music
**Send InMail**

LinkedIn Member
Singer,Songwriter at **BMI**
Dallas/Fort Worth Area · Music
**Send InMail**

LinkedIn Member
Regional Licensing Executive at **BMI**
Dallas/Fort Worth Area · Music
**Send InMail**

1 2 next »

Saved Searches »
Reference Search »

**Premium Search**

**Find the right people in half the time**

**Premium Search Tools:**

- Premium filters
- Automatic search alerts
- Full profile access

**Upgrade**

or Learn more

**Search Like a Pro**

Find key people in half the time with Premium Filters.

Learn more

**Ads by LinkedIn Members**

Are You A Lawyer?
Apply to Worldwide Who's Who and expand your

Amazing iPad Webinar 5/22
Must-know tips for lawyers. Fmr ABA Techshow

Account Type: Basic I Upgrade

Peter Brasher Add Connections

Home Profile Contacts Groups Jobs Inbox Companies News More

People Search... Advanced

Do you know what the cloud is? 51% believe the weather can affect cloud computing.

More

- All Companies
- Bank of America (10208)
- AT&T (7186)
- American Airlines (7096)
- Texas Instruments (7072)
- Lockheed Martin (6872)
- [x] Broadcast Music, Inc.... (15)

Show more...

Enter company name

- [x] All LinkedIn Members
- 1st Connections (0)
- 2nd Connections (0)
- Group Members (0)
- 3rd + Everyone Else (15)

- All Locations
- United States (832)
- Greater Nashville Area (331)
- Greater New York City... (138)
- United Kingdom (114)
- Greater Los Angeles Area (73)
- [x] Dallas/Fort Worth Area (15)

Show more...

Enter location name

**Industry**
**Past Company**
**School**
**Profile Language**
**Groups**
**Years of Experience**
**Function** *BETA*
**Seniority Level** *BETA*
**Interested In**
**Company Size**
**Fortune 1000**
**Recently Joined**

Hide Premium Filters

**Search Like a Pro**

Find key people in half the time with Premium Filters.

Learn more

**Broadcast Music, Inc. (BMI)** **Dallas/Fort Worth Area** Reset

**15** results Sort by: Relevance View: Basic Save Search

LinkedIn Member
Payroll at **Bmi**
Dallas/Fort Worth Area · Automotive
Send InMail

LinkedIn Member
CEO at **BMI** and Owner, Healthcare Consulting
Dallas/Fort Worth Area · Insurance
Send InMail

LinkedIn Member
Admin at **Broadcast Music, Inc**. (**BMI**)
Dallas/Fort Worth Area · Music
Send InMail

LinkedIn Member
Artist at **Broadcast Music, Inc**.
Dallas/Fort Worth Area · Music
Send InMail

LinkedIn Member
Song Writer
Dallas/Fort Worth Area · Music
Send InMail

« previous 1 2

Saved Searches »
Reference Search »

**Premium Search**

**Find the right people in half the time**

**Premium Search Tools:**

- Premium filters
- Automatic search alerts
- Full profile access

Upgrade

or Learn more

**Ads by LinkedIn Members**

Are You A Lawyer?
Apply to Worldwide Who's Who and expand your

Amazing iPad Webinar 5/22
Must-know tips for lawyers. Fmr ABA Techshow

Attn: Divorce Attorneys - We Have Consumers in Your Area Looking to Talk to an Attorney. Get 10 Free!

broadcast music inc
More

- All Companies
- Examiner.com (3)
- NBCUniversal, Inc. (2)
- NASA (2)
- Clear Channel Radio (2)
- Radio One (2)
- [x] Broadcast Music, Inc.... (2)

Show more...

Enter company name

- [x] All LinkedIn Members
- 1st Connections (0)
- 2nd Connections (0)
- Group Members (0)
- 3rd + Everyone Else (2)

- All Locations
- United States (459)
- Greater Nashville Area (230)
- Greater New York City... (75)
- Greater Los Angeles Area (31)
- Greater Atlanta Area (14)
- Greater Chicago Area (10)
- United Kingdom (4)
- Dallas/Fort Worth Area (4)
- Las Vegas, Nevada Area (4)
- Orlando, Florida Area (4)
- [x] Houston, Texas Area (2)

Show less...

Enter location name

**Industry**
**Past Company**
**School**
**Profile Language**
**Groups**
**Years of Experience**
**Function** *BETA*
**Seniority Level** *BETA*
**Interested In**
**Company Size**
**Fortune 1000**
**Recently Joined**

Hide Premium Filters

**Search Like a Pro**
Find key people in half the time with Premium Filters.

**Broadcast Music, Inc. (BMI)** **Houston, Texas Area** Reset

2 results Sort by: Relevance View: Basic Save Search

LinkedIn Member
Singer/ Songwriter/ Vocal Arranger
Houston, Texas Area · Music
Send InMail

LinkedIn Member
Executive Program Director at 1VoiceRadio.com
Houston, Texas Area · Philanthropy
Send InMail

Saved Searches »
Reference Search »

**Premium Search**
**Find the right people in half the time**

**Premium Search Tools:**
- Premium filters
- Automatic search alerts
- Full profile access

Upgrade

or Learn more

Ads by LinkedIn Members

**Attorney Wanted**
We need attorneys to help our legal clients. Free trial to view cases.

**PI Lawyers Needed!**
Get more injury leads to grow your practice! Exclusive to your market!

**Northeastern University**
Earn an accredited MBA online, at Northeastern. 8 Specializations. No GMAT!

Account Type: Basic I Upgrade

Peter Brasher Add Connections

Home Profile Contacts Groups Jobs Inbox Companies News More

People Search... Advanced

Attorney Wanted - We need attorneys to help our legal clients. Free trial to view cases.

More

- All Companies
- Bank of America (10998)
- Hewlett-Packard (9329)
- AT&T (8970)
- JPMorgan Chase (7811)
- Texas Instruments (7665)
- ☑ **ASCAP** (11)

Show more...

Enter company name

- ☑ **All LinkedIn Members**
- 1st Connections (0)
- 2nd Connections (0)
- Group Members (0)
- 3rd + Everyone Else (11)

- All Locations
- United States (597)
- Greater New York City... (287)
- Greater Los Angeles Area (75)
- Greater Nashville Area (55)
- Greater Atlanta Area (36)
- ☑ **Dallas/Fort Worth Area** (7)
- Greater Philadelphia Area (7)
- United Kingdom (6)
- Washington D.C. Metro... (6)
- London, United Kingdom (5)
- ☑ **Houston, Texas Area** (4)

Show less...

Enter location name

**Industry**
**Past Company**
**School**
**Profile Language**
**Groups**
**Years of Experience**
**Function** *BETA*
**Seniority Level** *BETA*
**Interested In**
**Company Size**
**Fortune 1000**
**Recently Joined**

Hide Premium Filters

**Search Like a Pro**

Find key people in half the time with Premium Filters.

**ASCAP** **Dallas/Fort Worth Area** **Houston, Texas Area** Reset

**11** results Sort by: Relevance View: Basic Save Search

Kimberly Penz 3rd
Your # 1 source for ! Folding cartons,Glass, Plastic,Cosmetic packaging, Spirits, NECK HANGERS !
Dallas/Fort Worth Area · Packaging and Containers
Similar
**Connect**

LinkedIn Member
Project Leader
Dallas/Fort Worth Area · Information Technology and Services
**Send InMail**

LinkedIn Member
Consultant
Dallas/Fort Worth Area · Management Consulting
**Send InMail**

LinkedIn Member
Territory Manager at **ASCAP**
Houston, Texas Area · Music
**Send InMail**

LinkedIn Member
Owner - Cosmic Citizen
Dallas/Fort Worth Area · Music
**Send InMail**

LinkedIn Member
I.Am.Picaso
Houston, Texas Area · Music
**Send InMail**

LinkedIn Member
Training Director at **ASCAP**
Dallas/Fort Worth Area · Music
**Send InMail**

Chad F. 3rd
Area Licensing Manager at **ASCAP**
Dallas/Fort Worth Area · Music
Similar
**Send InMail**

LinkedIn Member
Area Licensing Manager at **ASCAP**
Dallas/Fort Worth Area · Music
**Send InMail**

LinkedIn Member
Songwriter at **ASCAP**
Houston, Texas Area · Music
**Send InMail**

1 2 next »

Saved Searches »
Reference Search »

**Premium Search**

**Find the right people in half the time**

**Premium Search Tools:**

- Premium filters
- Automatic search alerts
- Full profile access

**Upgrade**

or Learn more

Account Type: Basic I Upgrade

Peter Brasher Add Connections

Home Profile Contacts Groups Jobs Inbox Companies News More

People Search... Advanced

Attorney Wanted - We need attorneys to help our legal clients. Free trial to view cases.

More

- All Companies
- Bank of America (10998)
- Hewlett-Packard (9329)
- AT&T (8970)
- JPMorgan Chase (7811)
- Texas Instruments (7665)
- ASCAP (11)

Show more...

Enter company name

- All LinkedIn Members
- 1st Connections (0)
- 2nd Connections (0)
- Group Members (0)
- 3rd + Everyone Else (11)

- All Locations
- United States (597)
- Greater New York City... (287)
- Greater Los Angeles Area (75)
- Greater Nashville Area (55)
- Greater Atlanta Area (36)
- Dallas/Fort Worth Area (7)
- Greater Philadelphia Area (7)
- United Kingdom (6)
- Washington D.C. Metro... (6)
- London, United Kingdom (5)
- Houston, Texas Area (4)

Show less...

Enter location name

**Industry**

**Past Company**

**School**

**Profile Language**

**Groups**

**Years of Experience**

**Function** *BETA*

**Seniority Level** *BETA*

**Interested In**

**Company Size**

**Fortune 1000**

**Recently Joined**

Hide Premium Filters

**Search Like a Pro**

Find key people in half the time with Premium Filters.

**ASCAP** **Dallas/Fort Worth Area** **Houston, Texas Area** Reset

**11** results Sort by: Relevance View: Basic Save Search

LinkedIn Member
Managing Director Of Licensing/ **ASCAP**
Houston, Texas Area · Music

Send InMail

« previous 1 2

Saved Searches »
Reference Search »

**Premium Search**

**Find the right people in half the time**

**Premium Search Tools:**

- Premium filters
- Automatic search alerts
- Full profile access

Upgrade

or Learn more

Account Type: Basic | Upgrade

Peter Brasher Add Connections

Home Profile Contacts Groups Jobs Inbox Companies News More

People Search... Advanced

Are You A Lawyer? - Apply to Worldwide Who's Who and expand your online networking.

Check out the **SESAC** Company Profile.

**Keywords:**

**First Name:**

**Last Name:**

**Title:**

Current or past

**Company:**

SESAC

Current or past

**School:**

**Location:**

Anywhere

Search

Less

- [x] All LinkedIn Members
- [ ] 1st Connections (0)
- [ ] 2nd Connections (0)
- [ ] Group Members (0)
- [ ] 3rd + Everyone Else (9)

- [ ] All Locations
- [ ] United States (394)
- [ ] Greater Nashville Area (133)
- [ ] Greater New York City... (60)
- [ ] Greater Atlanta Area (55)
- [ ] Greater Los Angeles Area (51)
- [ ] Colombia (19)
- [ ] Miami/Fort Lauderdale... (8)
- [ ] United Kingdom (6)
- [ ] Greater Philadelphia Area (6)
- [x] Dallas/Fort Worth Area (5)
- [x] Houston, Texas Area (4)

Show less...

Enter location name

- [x] All Industries
- [ ] Music (4)
- [ ] Entertainment (2)
- [ ] Law Practice (1)
- [ ] Information Technology... (1)
- [ ] Media Production (1)

Enter industry name

**Dallas/Fort Worth Area** **Houston, Texas Area** Reset

**9** results Sort by: Relevance View: Basic Save Search

Kasino B. 3rd
Label Executive/Songwriter/Music Producer/Recording Artist/DJ/Tech Guru
Houston, Texas Area · Entertainment
Similar
Send InMail

Jeremy S. 3rd
Consultant at Note Makers Entertainment Consulting
Houston, Texas Area · Music
Similar
Send InMail

Lance Keith E. 3rd
Sr. Licensing Consultant with **SESAC**
Dallas/Fort Worth Area · Music
Similar
Send InMail

Danny J. 3rd
Creative Media/Marketing
Dallas/Fort Worth Area · Media Production
Similar
Send InMail

LinkedIn Member
Songwriter
Houston, Texas Area · Music
Send InMail

Jon-John R. 3rd
Songwriter at Sony/ATV
Dallas/Fort Worth Area · Music
Similar
Send InMail

LinkedIn Member
Executive Producer at Painted Down Productions
Dallas/Fort Worth Area · Entertainment
Send InMail

Ollachi Enzé H. 3rd
Licensing Consultant at **SESAC**
Houston, Texas Area · Law Practice
Similar
Send InMail

LinkedIn Member
Licensing Consultant at **SESAC**
Dallas/Fort Worth Area · Information Technology and Services
Send InMail

Saved Searches »
Reference Search »

**Premium Search**

**Find the right people in half the time**

**Premium Search Tools:**

- Premium filters
- Automatic search alerts
- Full profile access

Upgrade

or Learn more











