# Exhibit 9

Return to the Login Page.



## New User Request

Please ensure that you complete this form in full, providing additional information where required. Failure to do so may result in a delay in getting your login request approved.

We aim to respond to all login requests within one business day. If you have an urgent request, please complete the form and email our helpdesk at info@soundmouse.com, requesting that your login request be treated as a priority.

---

* Indicates mandatory field.

### Personal Details

| | |
|---|---|
| * First Name: | [                    ] |
| * Last Name: | [                    ] |
| * Contact Telephone: | [                    ] (please include international dial code) |
| * User Territory: | [ Select ▼ ] (where you operate) |
| * Email Address: | [                    ] |
| * Confirm Email: | [                    ] |

---

### Company Details

| | |
|---|---|
| * Company Name: | [                    ] |
| * Company Telephone: | [                    ] (please include international dial code) |
| * Address Line 1: | [                    ] |
| Address Line 2: | [                    ] |
| Town / City: | [                    ] |
| County / State / Province: | [                    ] |
| * Country: | [                    ] |
| * Post / Zip Code: | [          ] |

---

### Registration Details

* Type of user:

○ Completing cue sheets for commissioned programmes (if applicable, please supply Broadcaster Name and Programme Details below - series name, number of episodes and production/contract number)

○ Completing PACs including the cue sheet for commissioned programmes (Broadcaster name and Programme details - series name, number of episodes and production/contract number - must be supplied below)

○ Completing cue sheets for Promos/Continuity Links or other Interstitial Items

○ Downloading cue sheets for acquired programmes

○ Other (please explain below)

---

Please include any other notes here:

Case 6:12-cv-00499-RWS-CMC   Document 759-12   Filed 05/16/13   Page 3 of 3 PageID #:
7315

**Soundmouse and Silvermouse Help Desk**

Email: info@soundmouse.com