# Exhibit 10

Case 6:12-cv-00499-RWS-CMC   Document 759-13   Filed 05/16/13   Page 2 of 2 PageID #: 7317

Username:

Password:

Login

**About Us   New User**

**Production Music Libraries**
if you want to make your track metadata available to Soundmouse users please **click here**