# Exhibit 11

This page intentionally left blank.