UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § | |
| *Plaintiff*, | § | CASE NO. 6:12-cv-499 MHS |
| v. | § | LEAD CASE |
| TEXAS INSTRUMENTS, INC., et al., | § | Jury Trial Demanded |
| *Defendants*. | § | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT GOOGLE, INC.'S MOTION TO TRANSFER**

Plaintiff Blue Spike, LLC ("Blue Spike") respectfully moves the Court for an extension of time within which to respond to Google, Inc.'s Motion to Transfer (Dkt. No. 678) ("Motion to Transfer").

Blue Spike's current deadline to file respond to the Motion to Transfer is May 9, 2013.

Blue Spike requests an extension of time of until May 20, 2013 to respond to the Motion to Transfer. Counsel for Blue Spike has conferred with counsel for Defendant and Defendant is unopposed to this request for extension of time.

Respectfully submitted,

/s/ Christopher A. Honea
Randall T. Garteiser
Texas Bar No. 24038912
rgarteiser@ghiplaw.com
Christopher A. Honea

1

2

        Texas Bar No. 24059967
        chonea@ghiplaw.com
        Christopher S. Johns
        Texas Bar No. 24044849
        cjohns@ghiplaw.com
        Kirk J. Anderson
        California Bar No. 289043
        Peter S. Brasher
        California Bar No. 283992
        **GARTEISER HONEA, P.C.**
        44 North San Pedro Road
        San Rafael, California 94903
        Telephone:  (415) 785-3762
        Facsimile:  (415) 785-3805

        *Counsel for Blue Spike LLC*

## Certificate of Service

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email.

    /s/ Christopher A. Honea

## CERTIFICATE OF CONFERENCE

I certify that on behalf of Blue Spike, LLC, I have met and conferred with counsel for Defendant on April 30, 2013 regarding the relief requested herein. Counsel for Defendant has indicated that they are unopposed to the extension being granted.

    /s/ Christopher A. Honea