UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § § § | |
| *Plaintiff*, | § § § | Case No. 6:12-cv-499-MHS |
| v. | § § § | Lead Case |
| Texas Instruments, Inc., et al., | § § § | Jury Trial Demanded |
| *Defendants*. | § § § | |

### ORDER DENYING GOOGLE'S MOTION TO TRANSFER VENUE [DKT. 678]

IT IS HEREBY ORDERED that Google's transfer motion [Dkt. 678] is DENIED. It fails for at least three separate and independent reasons:

(1) paramount considerations of judicial efficiency heavily weigh against transfer, since the case against Google is deeply intertwined with others in this District, including Audible Magic;

(2) the serious health condition of Blue Spike's CEO and inventor—an essential witness in the case—defeats transfer; and

(3) Google has not shown that the other public and private interests make the Northern District of California "clearly more convenient" than this District.

The Eastern District of Texas is the proper venue for this lawsuit.

IT IS SO ORDERED.

Case 6:12-cv-00499-RWS-CMC   Document 766-1   Filed 05/20/13   Page 2 of 2 PageID #: 7443