# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC<br>    *Plaintiff,*<br><br>v.<br><br>TEXAS INSTRUMENTS, INC.<br>    *Defendant.*<br>_____ | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 6:12-cv-499<br>(Lead Case)<br><br>JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC<br>    *Plaintiff,*<br><br>v.<br><br>ACCU-TIME SYSTEMS, INC.<br>    *Defendant.*<br>_____ | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 6:13-cv-037<br>(Consolidated with 6:12-cv-499)<br><br>JURY TRIAL DEMANDED |

## ORDER GRANTING DEFENDANT ACCU-TIME SYSTEMS, INC.'S MOTION TO STRIKE PLAINTIFF'S SURREPLY

Having read and considered the briefs and arguments submitted both in support of and in opposition to Defendant Accu-Time Systems, Inc.'s Motion to Strike Plaintiff's Surreply ("ATS's Motion"), and good cause appearing therefor:

IT IS HEREBY ORDERED that ATS's Motion is granted and Blue Spike's Surreply is hereby struck.

2348462-1