IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC<br>　　*Plaintiff,*<br><br>v.<br><br>TEXAS INSTRUMENTS, INC.<br>　　*Defendant.*<br>_____ | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 6:12-cv-499<br>(Lead Case)<br><br>JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC<br>　　*Plaintiff,*<br><br>v.<br><br>AMANO CINCINNATI, INC.<br>　　*Defendant.*<br>_____ | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 6:13-cv-109<br>(Consolidated with 6:12-cv-499)<br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING DEFENDANT AMANO CINCINNATI, INC.'S MOTION TO STRIKE PLAINTIFF'S SURREPLY**

Having read and considered the briefs and arguments submitted both in support of and in opposition to Defendant Amano Cincinnati, Inc.'s Motion to Strike Plaintiff's Surreply ("ACI's Motion"), and good cause appearing therefor:

IT IS HEREBY ORDERED that ACI's Motion is granted and Blue Spike's Surreply is hereby struck.

2348490-1