IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC<br>*Plaintiff*,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC.<br>*Defendants* | § Civil Action No. 6:12-CV-499 MHS<br>§<br>§ LEAD CASE<br>§<br>§<br>§<br>§<br>§<br>§ |
| BLUE SPIKE, LLC,<br>*Plaintiff*,<br>v.<br>AUDIBLE MAGIC CORPORATION, FACEBOOK, INC., MYSPACE, LLC, SPECIFIC MEDIA, LLC, PHOTOBUCKET.COM, INC., DAILYMOTION, INC., DAILYMOTION S.A., SOUNDCLOUD, INC., SOUNDCLOUD LTD., MYXER, INC., QLIPSO, INC., QLIPSO MEDIA NETWORKS LTD., YAP.TV, INC., GOMISO, INC., IMESH, INC., METACAFE, INC., BOODABEE TECHNOLOGIES, INC., TUNECORE, INC., ZEDGE HOLDINGS, INC., BRIGHTCOVE INC., COINCIDENT.TV, INC., ACCEDO BROADBAND NORTH AMERICA, INC., ACCEDO BROADBAND AB, AND MEDIAFIRE, LLC<br>*Defendants*. | § Civil Action No. 6:12-CV-576 MHS<br>§<br>§ CONSOLIDATED CASE |
| BLUE SPIKE, LLC,<br>*Plaintiff*,<br>v.<br><br>WIOFFER, LLC<br>*Defendant*. | § Civil Action No. 6:12-CV-570 MHS<br>§<br>§ CONSOLIDATED CASE |

**DECLARATION OF JEREMY JORDAN IN SUPPORT OF DEFENDANT
AUDIBLE MAGIC CORPORATION'S AND ITS CUSTOMERS' MOTION TO
TRANSFER VENUE
TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF CALIFORNIA UNDER 28 U.S.C. § 1404(a)**

I, Jeremy Jordan, declare under penalty of perjury that the following is true and correct:

1. I am Jeremy Jordan. I have personal knowledge of the facts set forth in this declaration, or access to Facebook, Inc.'s ("Facebook") corporate information and records allowing me to confirm these facts. If called as a witness, I could testify competently to these facts under oath.

2. Facebook is a Delaware corporation with its headquarters and principal place of business in Menlo Park, California. Facebook moved to Palo Alto, California in June 2004, just months after its initial launch in February 2004. From June 2004 to its move to Menlo Park in 2011, Facebook's headquarters and principal place of business were in Palo Alto. Both Menlo Park and Palo Alto are within the Northern District of California.

3. Facebook has no offices, facilities, or employees working in the Eastern District of Texas. I am aware of no relevant documents located in the Eastern District of Texas.

4. Facebook is accused in the complaint in the above-referenced action based on Audible Magic's technology.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct based on my own personal knowledge.

Executed on May 17, 2013 in Menlo Park, California.

_____
Jeremy Jordan