**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| BLUE SPIKE, LLC<br>　　*Plaintiff,* | § § § | Civil Action No. 6:12-CV-499 MHS |
| | § § | LEAD CASE |
| v. | § § | |
| TEXAS INSTRUMENTS, INC.<br>　　*Defendants* | § § § § | |

| | | |
|---|---|---|
| BLUE SPIKE, LLC,<br>　　*Plaintiff,* | § § | Civil Action No. 6:12-CV-576 MHS |
| v.<br>AUDIBLE MAGIC CORPORATION,<br>FACEBOOK, INC., MYSPACE, LLC,<br>SPECIFIC MEDIA, LLC,<br>PHOTOBUCKET.COM, INC.,<br>DAILYMOTION, INC.,<br>DAILYMOTION S.A., SOUNDCLOUD,<br>INC., SOUNDCLOUD LTD., MYXER,<br>INC., QLIPSO, INC., QLIPSO MEDIA<br>NETWORKS LTD., YAP.TV, INC.,<br>GOMISO, INC., IMESH, INC.,<br>METACAFE, INC., BOODABEE<br>TECHNOLOGIES, INC., TUNECORE,<br>INC., ZEDGE HOLDINGS, INC.,<br>BRIGHTCOVE INC.,<br>COINCIDENT.TV, INC., ACCEDO<br>BROADBAND NORTH AMERICA,<br>INC., ACCEDO BROADBAND AB,<br>AND MEDIAFIRE, LLC<br>　　*Defendants.* | § § § § § § § § § § § § § § § § § § § § § | CONSOLIDATED CASE |

| | | |
|---|---|---|
| BLUE SPIKE, LLC,<br>　　*Plaintiff,* | § § | Civil Action No. 6:12-CV-570 MHS |
| v. | § § | CONSOLIDATED CASE |
| WIOFFER, LLC<br>　　*Defendant.* | § § § § | |

**DECLARATION OF SEAN AREND IN SUPPORT OF DEFENDANT AUDIBLE**
**MAGIC CORPORATION'S AND ITS CUSTOMERS' MOTION TO TRANSFER**
**VENUE TO THE UNITED STATES DISTRICT COURT FOR**
**THE NORTHERN DISTRICT OF CALIFORNIA UNDER 28 U.S.C. § 1404(a)**

I, Sean Arend, declare under penalty of perjury that the following is true and correct:

1.      I am President of Metacafe, Inc.  I have personal knowledge of the facts set forth in this declaration, or access to Metacafe, Inc.'s corporate information and records allowing me to confirm these facts.  If called as a witness, I could testify competently to these facts under oath.

2.      At the time this suit was initiated, Metacafe, Inc. ("Metacafe") was headquartered in San Francisco, California.

3.      Metacafe never based any operations, employed any personnel, or owned or occupied any property in Texas.

4.      The Metacafe products accused in the complaint in the above-referenced action incorporated Audible Magic technology accused in the complaint.

5.      Metacafe entered into an agreement with Audible Magic, located in Los Gatos, California, permitting Metacafe to integrate Audible Magic's Content Identification Services into Metacafe's websites. This is the technology accused by Blue Spike in the instant action. The Content Identification Services provided to Metacafe were, at all times, managed by Audible Magic on its computer servers and in its network operations center in Los Gatos, California and San Jose, California.

6.      Metacafe interacted with Audible Magic technical and business personnel in Los Gatos, California to obtain the agreement with Audible Magic and with regard to technical aspects of the Audible Magic technology. Metacafe employees that were responsible for entering into the agreement with Audible Magic are located in San Francisco, California.

7.      As part of its agreement with Audible Magic, Metacafe utilized or accessed servers, databases, and software located in and/or originating from Audible Magic in Los Gatos, California.

8.      Metacafe never had any access to, or ability to alter, Audible Magic's proprietary source code used to run Audible Magic's Content Identification Services.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct based on my own personal knowledge.

Executed on May 6, 2013 in Denver, Colorado.

_____

Sean Arend