


Attorney Docket No.: 031838.0001

# DECLARATION AND POWER OF ATTORNEY FOR PATENT APPLICATION

As the below named inventor, I hereby declare that:

My residence, post office address and citizenship is as stated below next to my name;

I believe that I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled:

## METHOD AND DEVICE FOR MONITORING AND ANALYZING SIGNALS

the specification of which: ☐   is attached hereto.
☒   was filed on:   <u>September 7, 2000</u>
as Application No.:   <u>09/657,181</u>
and was amended on   _____ (if applicable).

I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment referred to above. I acknowledge the duty to disclose information which is material to patentability as defined in 37 C.F.R. § 1.56.

### Prior Foreign Application(s)

I hereby claim foreign priority benefits under Title 35, United States Code, § 119(a)-(d) or § 365(b) of any foreign application(s) for patent or inventor's certificate, or § 365(a) of any PCT international application which designated at least one country other than the United States of America, listed below and have also identified below any foreign application(s) for patent or inventor's certificate having a filing date before that of the application on which priority is claimed:

| Country | Application Number | Date of Filing (day, month, year) | Date of Issue (day, month, year) | Priority Claimed | |
|---|---|---|---|---|---|
| | | | | Yes ☐ | No ☐ |
| | | | | Yes ☐ | No ☐ |
| | | | | Yes ☐ | No ☐ |

### Prior Provisional Application(s)

I hereby claim the benefit under Title 35, United States Code § 119(e) of any United States provisional application(s) listed below:

| Application Number | Date of Filing (day, month, year) |
|---|---|
| | |
| | |
| | |

### Prior United States Application(s)

I hereby claim the benefit under Title 35, United States Code, § 120 of any United States application(s), or § 365(c) of any PCT international application designating the United States of America, listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, § 112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, § 1.56(a) which occurred between the filing date of the prior application and the national or PCT international filing date of this application:

| Application Number | Date of Filing (day, month, year) | Status - Patented, Pending, Abandoned |
|---|---|---|
| | | |
| | | |

And I hereby appoint, both jointly and severally, as my attorneys with full power of substitution and revocation, to prosecute this application and to transact all business in the Patent and Trademark Office connected herewith the following attorneys, their registration numbers being listed after their names:

Rodger L. Tate, Registration No. 27,399; Anthony W. Shaw, Registration No. 30,104; James Remenick, Registration No. 36,902; Michael J. Songer, Reg. No. 39,841; Cono A. Carrano, Registration No. 39,623; Laurence H. Posorske, Registration No. 34,698; Floyd B. Chapman, Registration No. 40,555; David J. Kulik, Registration No. 36,576; Robert A. King, Registration No. 42,738; and Trevor Q. Coddington, Registration No. 46,633.

All correspondence and telephone communications should be addressed to: **Intellectual Property Department; Brobeck, Phleger & Harrison LLP; 1333 H Street, N.W.; Suite 800; Washington, DC 20005**, telephone number (202) 220-6000; facsimile number (202) 220-5200, which is also the address, telephone and facsimile numbers of each of the above listed attorneys.

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine and imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon.

Signature _____   Date _11-20-00_

Full Name of
First Inventor:   MOSKOWITZ            Scott                    A.
                  (Family Name)        (First Given Name)       (Second Given Name)

Citizenship:      United States of America

Residence:        16711 Collins Avenue, #2505, Miami, Florida  33160  USA

Post Office
Address:          Same as above


Signature _____   Date _____

Full Name of
Second Inventor:  BERRY                Michael                  W.
                  (Family Name)        (First Given Name)       (Second Given Name)

Citizenship:      United States of America

Residence:        12401 Princess Jeanne, Albuquerque, New Mexico,  87112  USA

Post Office
Address:          Same as above

BROBECK, PHLEGER & HARRISON, LLP
1333 H Street, N.W.
Suite 800
Washington, D.C. 20005
(202) 220-6000 (telephone); (202) 220-5200 (facsimile)

Signature _____     Date _____

Full Name of
First Inventor:     MOSKOWITZ                    Scott                      A.
                    (Family Name)                (First Given Name)         (Second Given Name)

Citizenship:        United States of America

Residence:          16711 Collins Avenue, #2505, Miami, Florida  33160  USA

Post Office
Address:            Same as above


Signature _____     Date   11/26/00

Full Name of
Second Inventor:    BERRY                        Michael                    W.
                    (Family Name)                (First Given Name)         (Second Given Name)

Citizenship:        United States of America

Residence:          12401 Princess Jeanne, Albuquerque, New Mexico,  87112  USA

Post Office
Address:            Same as above

BROBECK, PHLEGER & HARRISON, LLP
1333 H Street, N.W.
Suite 800
Washington, D.C. 20005
(202) 220-6000 (telephone); (202) 220-5200 (facsimile)



Page 1 of 2

| VERIFIED STATEMENT (DECLARATION) CLAIMING SMALL ENTITY STATUS (37 CFR 1.9(f) AND 1.27(c)) - SMALL BUSINESS CONCERN | Docket No. 066112.1032 |
|---|---|

| Application No. 09/657,181 | Filing Date September 7, 2000 | Patent No. | Issue Date |
|---|---|---|---|

**Applicant/Patentee:**   Scott A. MOSKOWITZ et al.

**Invention:**   Method and Device For Monitoring and Analyzing Signals

I hereby declare that I am:

☐   the owner of the small business concern identified below:

☒   an official of the small business concern empowered to act on behalf of the concern identified below:

NAME OF CONCERN:   **Blue Spike, Inc.**

ADDRESS OF CONCERN:   **16711 Collins Avenue, #2505, Miami, Florida 33160 USA**

I hereby declare that the above-identified small business concern qualifies as a small business concern as defined in 13 CFR 121.3-18, and reproduced in 37 CFR 1.9(d), for purposes of paying reduced fees under Sections 41(a) and (b) of Title 35, United States Code, in that the number of employees of the concern, including those of its affiliates, does not exceed 500 persons. For purposes of this statement, (1) the number of employees of the business concern is the average over the previous fiscal year of the concern of the persons employed on a full-time, part-time or temporary basis during each of the pay periods of the fiscal year, and (2) concerns are affiliates of each other when either, directly or indirectly, one concern controls or has the power to control the other, or a third party or parties controls or has the power to control both.

I hereby declare that rights under contract or law have been conveyed to and remain with the small business concern identified above with regard to the above-identified invention described in:

☐   the specification filed herewith with title as listed above.

☒   the application identified above.

☐   the patent identified above.

If the rights held by the above-identified small business concern are not exclusive, each individual, concern or organization having rights to the invention is listed below and no rights to the invention are held by any person, other than the inventor, who could not qualify as an independent inventor under 37 CFR 1.9(c) or by any concern which would not qualify as a small business concern under 37 CFR 1.9(d) or a nonprofit organization under 37 CFR 1.9(e).

WASLIB1\FC78127570.01(4%79%01!.DOC)



Page 2 of 2

Each person, concern or organization to which I have assigned, granted, conveyed or licensed or am under an obligation under contract or law to assign, grant, convey or license any rights in the invention is listed below:

☐   No such person, concern or organization exists.

☐   Each such person, concern or organization is listed below.

FULL NAME _____

ADDRESS _____

☐  Individual          ☐  Small Business Concern          ☐  Nonprofit Organization

FULL NAME _____

ADDRESS _____

☐  Individual          ☐  Small Business Concern          ☐  Nonprofit Organization

FULL NAME _____

ADDRESS _____

☐  Individual          ☐  Small Business Concern          ☐  Nonprofit Organization

FULL NAME _____

ADDRESS _____

☐  Individual          ☐  Small Business Concern          ☐  Nonprofit Organization

Separate verified statements are required from each named person, concern or organization having rights to the invention averring to their status as small entities.  (37 CFR 1.27)

I acknowledge the duty to file, in this application or patent, notification of any change in status resulting in loss of entitlement to small entity status prior to paying, or at the time of paying, the earliest of the issue fee or any maintenance fee due after the date on which status as a small entity is no longer appropriate.  (37 CFR 1.28(b))

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application, any patent issuing thereon, or any patent to which this verified statement is directed.

NAME OF PERSON SIGNING:   **Scott A. Moskowitz** _____

TITLE OF PERSON SIGNING
OTHER THAN OWNER:   **President** _____

ADDRESS OF PERSON SIGNING:   **16711 Collins Avenue, #2505**
**Miami, FL  33160**
**USA**

SIGNATURE: _~signature~_          DATE: _11-20-00_

 

Page 1 of 2

| VERIFIED STATEMENT (DECLARATION) CLAIMING SMALL ENTITY STATUS (37 CFR 1.9(f) AND 1.27(b)) - INDEPENDENT INVENTOR | Docket No. 066112.0132 |
|---|---|

| Application No. 09/657,181 | Filing Date September 7, 2000 | Patent No. | Issue Date |
|---|---|---|---|

| Applicant/ Patentee: | **Scott A. MOSKOWITZ et al.** |
|---|---|

| Invention: | **Method and Device for Monitoring and Analyzing Signals** |
|---|---|

As a below named inventor, I hereby declare that I qualify as an independent inventor as defined in 37 CFR 1.9(c) for purposes of paying reduced fees under Sections 41(a) and (b) of Title 35, United States Code, to the Patent and Trademark Office with regard to the invention entitled above and described in:

☐ the specification to be filed herewith.

☒ the application identified above.

☐ the patent identified above.

I have not assigned, granted, conveyed or licensed and am under no obligation under contract or law to assign, grant, convey or license, any rights in the invention to any person who could not be classified as an independent inventor under 37 CFR 1.9(c) if that person had made the invention, or to any concern which would not qualify as a small business concern under 37 CFR 1.9(d) or a nonprofit organization under 37 CFR 1.9(e).

Each person, concern or organization to which I have assigned, granted, conveyed, or licensed or am under an obligation under contract or law to assign, grant, convey, or license any rights in the invention is listed below:

☐ No such person, concern or organization exists.

☒ Each such person, concern or organization is listed below.

*NOTE: Separate verified statements are required from each named person, concern or organization having rights to the invention averring to their status as small entities. (37 CFR 1.27)

FULL NAME    **Blue Spike, Inc.**

ADDRESS    **16711 Collins Avenue, #2505, Miami, Florida  33160  USA**

☐ Individual    ☒ Small Business Concern    ☐ Nonprofit Organization

FULL NAME    _____

ADDRESS    _____

☐ Individual    ☐ Small Business Concern    ☐ Nonprofit Organization

FULL NAME    _____

ADDRESS    _____

☐ Individual    ☐ Small Business Concern    ☐ Nonprofit Organization

FULL NAME    _____

ADDRESS    _____

☐ Individual    ☐ Small Business Concern    ☐ Nonprofit Organization

 

Page 2 of 2

I acknowledge the duty to file, in this application or patent, notification of any change in status resulting in loss of entitlement to small entity status prior to paying, or at the time of paying, the earliest of the issue fee or any maintenance fee due after the date on which status as a small entity is no longer appropriate. (37 CFR 1.28(b))

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application, any patent issuing thereon, or any patent to which this verified statement is directed.

NAME OF INVENTOR _____ Scott A. Moskowitz _____

SIGNATURE OF INVENTOR _____ DATE: 11-20-00 _____

NAME OF INVENTOR _____ **Michael W. Berry** _____

SIGNATURE OF INVENTOR _____ DATE: _____

NAME OF INVENTOR _____

SIGNATURE OF INVENTOR _____ DATE: _____

NAME OF INVENTOR _____

SIGNATURE OF INVENTOR _____ DATE: _____

NAME OF INVENTOR _____

SIGNATURE OF INVENTOR _____ DATE: _____

NAME OF INVENTOR _____

SIGNATURE OF INVENTOR _____ DATE: _____

NAME OF INVENTOR _____

SIGNATURE OF INVENTOR _____ DATE: _____

NAME OF INVENTOR _____

SIGNATURE OF INVENTOR _____ DATE: _____

NAME OF INVENTOR _____

SIGNATURE OF INVENTOR _____ DATE: _____

WASLIB1\FC7\8127562.01(4%79M01!.DOC)

 

Page 2 of 2

I acknowledge the duty to file, in this application or patent, notification of any change in status resulting in loss of entitlement to small entity status prior to paying, or at the time of paying, the earliest of the issue fee or any maintenance fee due after the date on which status as a small entity is no longer appropriate. (37 CFR 1.28(b))

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application, any patent issuing thereon, or any patent to which this verified statement is directed.

NAME OF INVENTOR        **Scott A. Moskowitz**

SIGNATURE OF INVENTOR _____   DATE: _____

NAME OF INVENTOR        **Michael W. Berry**

SIGNATURE OF INVENTOR _____   DATE: 11/20/00

NAME OF INVENTOR _____

SIGNATURE OF INVENTOR _____   DATE: _____

NAME OF INVENTOR _____

SIGNATURE OF INVENTOR _____   DATE: _____

NAME OF INVENTOR _____

SIGNATURE OF INVENTOR _____   DATE: _____

NAME OF INVENTOR _____

SIGNATURE OF INVENTOR _____   DATE: _____

NAME OF INVENTOR _____

SIGNATURE OF INVENTOR _____   DATE: _____

NAME OF INVENTOR _____

SIGNATURE OF INVENTOR _____   DATE: _____

NAME OF INVENTOR _____

SIGNATURE OF INVENTOR _____   DATE: _____