# FLORIDA DEPARTMENT OF STATE
# DIVISION OF CORPORATIONS

www.sunbiz.org

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

**No Events**   **No Name History**

Return to Search Results

Entity Name Search [Search]

## Detail by Entity Name

### Florida Profit Corporation

WISTARIA TRADING INC.

### Filing Information

| | |
|---|---|
| Document Number | S78965 |
| FEI/EIN Number | 650283796 |
| Date Filed | 09/09/1991 |
| State or Country | FL |
| Status | ACTIVE |

### Principal Address

16711 COLLINS AVE
SUITE 2505
SUNNY ISLES BEACH, FL 33160

Changed: 03/07/2007

### Mailing Address

16711 COLLINS AVE
SUITE 2505
SUNNY ISLES BEACH, FL 33160

Changed: 03/07/2007

### Registered Agent Name & Address

ROGERS, SCOTT
5415 COLLINS AVENUE
#505
MIAMI BEACH, FL 33140

Name Changed: 01/27/1998

Address Changed: 03/24/2009

### Officer/Director Detail

**Name & Address**

Title P

MOSKOWITZ, SCOTT
16711 COLLINS AVE, #2505

SUNNY ISLES BEACH, FL 33160

## Annual Reports

| Report Year | Filed Date |
|---|---|
| 2011 | 01/07/2011 |
| 2012 | 02/08/2012 |
| 2013 | 01/20/2013 |

## Document Images

| Document | |
|---|---|
| 01/20/2013 -- ANNUAL REPORT | View image in PDF format |
| 02/08/2012 -- ANNUAL REPORT | View image in PDF format |
| 01/07/2011 -- ANNUAL REPORT | View image in PDF format |
| 02/21/2010 -- ANNUAL REPORT | View image in PDF format |
| 03/24/2009 -- ANNUAL REPORT | View image in PDF format |
| 03/10/2008 -- ANNUAL REPORT | View image in PDF format |
| 03/07/2007 -- ANNUAL REPORT | View image in PDF format |
| 04/12/2006 -- ANNUAL REPORT | View image in PDF format |
| 04/05/2005 -- ANNUAL REPORT | View image in PDF format |
| 03/19/2004 -- ANNUAL REPORT | View image in PDF format |
| 04/02/2003 -- ANNUAL REPORT | View image in PDF format |
| 04/16/2002 -- ANNUAL REPORT | View image in PDF format |
| 02/01/2001 -- ANNUAL REPORT | View image in PDF format |
| 01/25/2000 -- ANNUAL REPORT | View image in PDF format |
| 02/18/1999 -- ANNUAL REPORT | View image in PDF format |
| 01/27/1998 -- ANNUAL REPORT | View image in PDF format |
| 05/07/1997 -- ANNUAL REPORT | View image in PDF format |
| 06/26/1996 -- ANNUAL REPORT | View image in PDF format |
| 01/27/1995 -- ANNUAL REPORT | View image in PDF format |

No Events    No Name History

Entity Name Search

Search

Return to Search Results

Home | Contact us | Document Searches | E-Filing Services | Forms | Help |

Copyright © and Privacy Policies
State of Florida, Department of State

search.sunbiz.org/Inquiry/CorporationSearch/SearchResultDetail/EntityName/domp-s78965-20e24186-7ff9-426b-8978-1876ef185123/wistaria/Page1    2/2