**FLORIDA DEPARTMENT OF STATE**
**DIVISION OF CORPORATIONS**
www.Sunbiz.org

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

Events  No Name History

Entity Name Search

Search

Return to Search Results

## Detail by Entity Name

### Florida Limited Liability Company
CANOPUS MEDICAL, LLC

### Filing Information

| | |
|---|---|
| **Document Number** | L01000022703 |
| **FEI/EIN Number** | N/A |
| **Date Filed** | 12/28/2001 |
| **State or Country** | FL |
| **Status** | INACTIVE |
| **Last Event** | VOLUNTARY DISSOLUTION |
| **Event Date Filed** | 04/14/2003 |
| **Event Effective Date** | NONE |

### Principal Address

16711 COLLINS AVENUE
#2505
SUNNY ISLES BEACH, FL 33160

### Mailing Address

16711 COLLINS AVENUE
#2505
SUNNY ISLES BEACH, FL 33160

### Registered Agent Name & Address

MOSKOWITZ AND COHEN, P.A.
909 NORTH MIAMI BEACH BLVD
SUITE 302
NORTH MIAMI BEACH, FL 33162

### Manager/Member Detail

**Name & Address**

Title MGRM

MOSKOWITZ, SCOTT A
16711 COLLINS AVENUE #2505
SUNNY ISLES BEACH, FL 33160

### Annual Reports

| Report Year | Filed Date |
|---|---|
| 2002 | 09/23/2002 |

## Document Images

| | |
|---|---|
| 04/14/2003 -- Voluntary Dissolution | View image in PDF format |
| 09/23/2002 -- ANNUAL REPORT | View image in PDF format |
| 12/28/2001 -- Florida Limited Liabilities | View image in PDF format |

Events  **No Name History**

Return to Search Results

Entity Name Search

Search

Home | Contact us | Document Searches | E-Filing Services | Forms | Help |

Copyright © and Privacy Policies
State of Florida, Department of State