17                                                                    Alyssa Caridis    **Add Connections**

Account Type: Basic | Upgrade

**Home** | Profile | Contacts | Groups | Jobs | Inbox | Companies | News | More        [People ▾] [Search...]   Advanced

**Paralegal Cert In 14 Week** - Get your Paralegal Certificate Online from Boston U CPE in only 14 Weeks!

# Scott Moskowitz                                         3rd
Entrepreneur with moxie

Miami/Fort Lauderdale Area | Computer Software

Current    Blue Spike, Inc., Wistaria Trading, Inc.
Previous   Sony Corporation, Tokyo, Japan
Education  University of Pennsylvania

[Connect]   [Send InMail ▾]                              **355**
                                                         connections

www.linkedin.com/in/smoskowitz                           Contact Info

**People You May Know**

**De Lano G. Hull** 2nd
Office Services Manager at Fox Rothschild …
Connect •        5

### Background

#### Summary

A hi-tech Executive fluent in Japanese and experienced in new business creation, sales/marketing, strategic planning, start-ups, import/export and people management and development. Operationally skilled, creative, technically savvy, team oriented senior manager who delivers form and substance (and maybe a few run-on sentences).

Specialties: An open mind.

Intellectual property (particularly, patents & copyrights), new business development & execution, mechanics of standards-setting bodies & licensing efforts, Japanese market & distribution channel strategy, identity & recognition management, hard equity & mortgage lending practice.

#### Experience

**Founder & CEO**
Blue Spike, Inc.
November 1997 – Present (15 years 7 months)

The idea for Blue Spike came about while still an undergraduate following his experience at Sony Corporation in Japan. Mr. Moskowitz sought to better define a means for protecting digital media content such as music, video and images. He coined the term "digital watermark" as a means for securely creating "responsibility for digital copies," which led to the writing, filing and receipt of over 70 U.S. and International patents, with several dozen pending. Successfully produced a DoD/SBA "SBIR" submission based on software deployments and public sector communications. Mr. Moskowitz has been active in promoting intellectual property protection and has been an invited speaker at "RSA", "ANSI", "CFP", "ACSAC", "DDMI", Museum of Modern Art ("MOMA"), U.S. Library of Congress, and other forums worldwide. Mr. Moskowitz penned the Introduction to the groundbreaking resource on digital rights management ("DRM"): Multimedia Security Technologies for Digital Rights Management.

▾ 5 recommendations, including:

  **Cyrus Shaoul**
Post-Doctoral Fellow at Universität Tübi…
Scott is one of the smartest people I know. He is usually thinking of things about 5 to 10 years ahead of everybody else. We... View

  **ERIC ALEXANDRAKIS**
Composer/Musician at Minoan Music [...]
Some may not know this, but digital watermarking started with Scott. I met Scott over 10 years ago when he offered to test... View

                                                        3 more recommendations

**Founder & CEO**
Wistaria Trading, Inc.

**People Also Viewed**

 **Brett Fasullo**
Vice President of Sales at Falcon IP/Complete

 **Randall Garteiser**
Partner at Garteiser Honea, P.C.

 **Stacey Schrager**
President at Stacey Schrager & Associates

 **Jared Goldstein**
Student at University of Miami

 **Michael Gruber**
Company Builder, Investor, and Board Member

 **Tom Paddock**
CEO at Sound Research Corporation

 **Jim Barber**
Audio DSP, Software and Product Design

 **Alice Abatzis Nasi**
Senior Counsel at CBS Interactive

 **Graz Maldonado**
Principal at Global Management Company

 **Kalman Rubinson**
Adjunct Associate Professor of Biological Science at SUNY College Of Optometry

September 1991 – Present (21 years 9 months)

Sales & marketing consultancy and agent for US and European exports to Japan. Exemplary projects: developer of the "hearts on fire" diamond brand (yes, that "hearts on fire" campaign); agent for US microbrewers successfully creating the 17th largest seller; largest importer of pre-recorded compact discs over 10 mil+ units per year; fishing supplier deployment of Japan-specific direct marketing campaign and in-country sales support; and, initiated Japan-wide expansion of several niche products with specialized distribution channel marketing and direct sales requirements.

Stateside: represented Japanese vendors in negotiations, management and maintenance of US-based partners. Specific market experience available on request.

### Apprentice/Intern

Sony Corporation, Tokyo, Japan

June 1990 – August 1990 (3 months)

First undergraduate Intern for Sony Corporation in Japan. Formulated and designed a strategy to enter U.S. high-definition TV market. Created business plan for improving monitor device top & bottom line performance. Needless to say, these plans were the subject of intense scrutiny concerning internationalization and specific target market strategy.

## Languages

**Japanese**

## Projects

### Jared Dylan - In Panic EP

2010 – Present

http://www.youtube.com/watch?v=TVz2B8RTG1w&feature=plcp

http://www.youtube.com/watch?v=isWiY7iNHQ&feature=context-chv

▸ 6 team members, including:

 **Scott Moskowitz**
Entrepreneur with moxie

 **Jared Goldstein**
Student at University of Miami

 **Jerry D. Goldstein**
Attorney At Law

 Anthony J. Resta

## Skills & Expertise

Most endorsed for...

| | | |
|---|---|---|
| 10 | Start-ups | |
| 8 | Entrepreneurship | |
| 5 | New Business Development | |
| 3 | Business Planning | |
| 3 | E-commerce | |
| 2 | Digital Media | |
| 1 | Multimedia | |
| 1 | Licensing | |
| 1 | Product Development | |



**How You're Connected**

 You

 Mark Wine

 Norton Townsley

 Gianna Provenzano

2 more connections can introduce you to someone who knows Scott
Get introduced ▸



 Scott Moskowitz

**Scott's Network**      Company ▾

● Google (3)



**In Common with Scott**



Skill or Expertise

**People You May Know**



**De Lano G. Hull**  2nd
Office Services Manager at Fox Rothschild …
**Connect**  •  5

| 1 | Strategic Planning |

Scott also knows about...

| 1 | Public Speaking | | 1 | Venture Capital | Open Mind | Entrepreneur |

| Intellectual Property | Writing | Product Management | Product Marketing |

| Business Strategy | Marketing Strategy | Social Media | Mobile | Research |

| Online Marketing | SEO | See 11+ |

## Education

### University of Pennsylvania
Baccalavrei Artivm, Political Science, Oriental Studies - Japanese
1986 – 1991

### University of Pennsylvania - The Wharton School
BSE/BA, Finance, Political Science & Japanese
1986 – 1991

Activities and Societies: ZBT

### International Christian University
1989 – 1990

### Obirin College, Machida, Japan
Japanese Business &amp; Society Program
1988 – 1988

Activities and Societies: Introduction to Japanese Society and homestay.

## Additional Info

### Interests

Space & time (yours & mine) ... see my photographs on Flickr at >
http://www.flickr.com/photos/digitalshaman/ ... become a fan of "Terra the Blue Marble" on Facebook

### Advice for Contacting Scott

e-mail is best with some specifics of the reason for your inquiry.

## Honors & Awards

Series 7 & 63 (1987)
Mortgage Broker License (FL) (2006-2010)
Mortgage Brokerage Business License (FL) (2009-2010)

## Organizations

Senior Member - IEEE, ACM, SPIE

ADS BY LINKEDIN MEMBERS


**Master of Laws Degree**
Earn a Master of Laws in One of Seven Concentrations. Apply Today!


**Attn: Attorneys**
UC Irvine EMBA Program; RSVP for an info session or admissions lunch today!


**Earn an LL.M. in Advocacy**
Retool your legal career with practical litigation training. Apply now!

**Recommendations**                                                     Received (5) ▼      Given (4)

### Founder & CEO
Blue Spike, Inc.


**Cyrus Shaoul**
Post-Doctoral Fellow at Universität Tübingen

" Scott is one of the smartest people I know. He is usually thinking of things about 5 to 10 years ahead of everybody else. We used to hang out a lot in Tokyo, and I was always impressed by his motorcycle skills. Rock on, Scott

April 7, 2008, Cyrus was with another company when working with Scott at Blue Spike, Inc.


**ERIC ALEXANDRAKIS**
Composer/Musician at Minoan Music [music for all media]

" Some may not know this, but digital watermarking started with Scott. I met Scott over 10 years ago when he offered to test his new digital watermarking technology on an album I was producing as a graduate student, at the University of Miami. He'd already been extremely successful with his distribution company in Japan, and was now looking to expand on his new great ... **more**

September 6, 2007, ERIC worked directly with Scott at Blue Spike, Inc.


**Jarret Adams**
V.P., Communications at AREVA

" Scott is a leading thinker and entrepreneur in the technology field and is dedicated to achieving excellence.

August 1, 2006, Jarret was a consultant or contractor to Scott at Blue Spike, Inc.


**Norman Hurwitz**
President at NJH Financial Corp

" I know Scott for a number of years and find him to be one of the brightest and most creative people I know.

June 23, 2006, Norman was a consultant or contractor to Scott at Blue Spike, Inc.


**Michael Gruber**
Company Builder, Investor, and Board Member

" Scott is a passionate entrepreneur and business person with great analytics.

June 23, 2006, Michael worked directly with Scott at Blue Spike, Inc.

**Groups**

                  
**ACM Members**           **ACM SIGGRAPH**          **Audio Engineering So…**  **EIU Opinion Leaders' …**
Join                      Join                      Join                       Join

          
**Greater East Texas I…** **ICU, Mitaka, Japan**    **Information Security …**
Join                      Join                      Join                       See 8 more

**Following**

| | |
|---|---|
| **Computer Software** | **Blue Spike, Inc.** |
| 367,235 followers | Computer & Network Security |
| Follow | Follow |

Help Center | About | Press | Blog | Careers | Advertising | Talent Solutions | Tools | Mobile | Developers | Publishers | Language | Upgrade Your Account

LinkedIn Corporation © 2013 | User Agreement | Privacy Policy | Community Guidelines | Cookie Policy | Copyright Policy | Send Feedback