# Talent.me

  Like  143k

## Scott Moskowitz

Founder & CEO at Blue Spike, Inc. | Computer & Network Security | Fort Lauderdale, FL, USA

talent.me/Scott-Moskowitz

**CONNECT**



Profile Data from LinkedIn®

**View Scott Moskowitz's Profile to:**
- Endorse Scott Moskowitz
- Connect with Scott Moskowitz
- Tap into Scott Moskowitz's network

**VIEW FULL PROFILE**

### About Me

A hi-tech Executive fluent in Japanese and experienced in new business creation, sales/marketing, strategic planning, start-ups, import/export and people management and development. Operationally skilled, creative, technically savvy, team oriented senior manager who delivers form and substance (and maybe a few run-on sentences).

### Professional Experience

**Blue Spike, Inc.**                                                                                                Nov 1997 - Present
Founder & CEO | Computer & Network Security

The idea for Blue Spike came about while still an undergraduate following his experience at Sony Corporation in Japan. Mr. Moskowitz sought to better define a means for protecting digital media content such as music, video and images. He coined the term "digital watermark" as a means for securely creating "responsibility for digital copies," which led to the writing, filing and receipt of over 60 U.S. and International patents, with several dozen pending. Successfully produced a DoD/SBA "SBIR" submission based on software deployments and public sector communications. Mr. Moskowitz has been active in promoting intellectiual property protection and has been an invited speaker at "RSA", "ANSI", "CFP", "ACSAC", "DDMI", Museum of Modern Art ("MOMA"), U.S. Library of Congress, and other forums worldwide. Mr. Moskowitz penned the Introduction to the groundbreaking resource on digital rights management ("DRM"): Multimedia Security Technologies for Digital Rights Management.

**Wistaria Trading, Inc.**                                                                                       Sep 1991 - Present
Founder & CEO | Import and Export

Sales & marketing consultancy and agent for US and European exports to Japan. Exemplary projects: developer of the "hearts on fire" diamond brand (yes, that "hearts on fire" campaign); agent for US microbrewers successfully creating the 17th largest seller; largest importer of pre-recorded compact discs over 10 mil+ units per year; fishing supplier deployment of Japan-specific direct marketing campaign and in-country sales support; and, initiated Japan-wide expansion of several niche products with specialized distribution channel marketing and direct sales requirements. Stateside: represented Japanese vendors in negotiations, management and maintenance of US-based partners. Specific market experience available on request.

**Sony Corporation, Tokyo, Japan**                                                                 Jun 1990 - Aug 1990
Apprentice/Intern | Consumer Electronics

First undergraduate Intern for Sony Corporation in Japan. Formulated and designed a strategy to enter U.S. high-definition TV market. Created business plan for improving monitor device top & bottom line performance. Needless to say, these plans were the subject of intense scrutiny concerning internationalization and specific target market strategy.

### Education

**Baccalavrei Artivm, University of Pennsylvania**
Political Science, Oriental Studies - Japanese | Class of 1991

**BSE/BA, University of Pennsylvania - The Wharton School**
Finance, Political Science & Japanese | Class of 1991

**国際基督教大学**
Class of 1990

**Obirin College, Machida, Japan**
Japanese Business & Society Program | Class of 1988

### What is Talent.me?
Talent.me is a safe, smart and social way to advance your career

**Top 3 reasons to join Talent.me**
- Claim your Professional Identity Online
- Get Endorsed For Your Talents
- Use Your Friend Network To Grow Your Career

**Claim Your Professional Identity Online! Join Talent.me**
As a Talent.me member, you will be able to tap into a network of over 800 millon people who can help you advance your career.

**SIGN UP or LOG-IN**

