

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State. The criminal record data in this product or service may include records that have been expunged, sealed, or otherwise have become inaccessible to the public since the date on which the data was last updated or collected.

Accurint does not constitute a "consumer report" as that term is defined in the federal Fair Credit Reporting Act, 15 USC 1681 et seq. (FCRA). Accordingly, Accurint may not be used in whole or in part as a factor in determining eligibility for credit, insurance, employment or another permissible purpose under the FCRA.

**Your DPPA Permissible Use:** Civil, Criminal, Administrative, or Arbitral Proceedings
**Your GLBA Permissible Use:** Fraud Prevention or Detection

## Comprehensive Report

**Date:** 04/06/13

**Report processed by:**
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
650-614-7400 Main Phone
650-614-7401 Fax

**Report Legend:**
 - Shared Address
 - Deceased
✔ - Probable Current Address

**Subject Information**
**(Best Information for Subject)**
Name: SCOTT ANDREW MOSKOWITZ

Date of Birth: **1/xx/1969**
Age: **44**
SSN: 
between **1/1/1977** and **12/31/1977**
View All SSN Sources

**Indicators**

Bankruptcy: **No**
Property: **Yes**
Corporate Affiliations: **Yes**





**Address Summary:**   View All Address Variation Sources

✔ 411 N NEW RIVER DR E APT 2204N, FORT LAUDERDALE FL 33301-3176, BROWARD COUNTY (Feb 2012 - Apr 2013)
✔ 16711 COLLINS AVE APT 250, SUNNY ISLES BEACH FL 33160-4256, MIAMI-DADE COUNTY (Dec 1996 - Apr 2013)
✔ 16711 COLLINS AVE APT 2505, SUNNY ISLES BEACH FL 33160-4262, MIAMI-DADE COUNTY (Nov 1996 - Jan 2013)
✔ 16711 COLLINS AVE APT 2501, SUNNY ISLES BEACH FL 33160-4262, MIAMI-DADE COUNTY (Oct 2010 - Jan 2012)
✔ 20191 E COUNTRY CLUB DR APT TH4-E, MIAMI  FL 33180-3012, MIAMI-DADE COUNTY (Sep 1991 - Nov 2012)
   16711 COLLINS AVE, MIAMI  FL 33160-4255, MIAMI-DADE COUNTY (Nov 2005 - Mar 2008)
   16211 COLLINS AVE APT 2505, SUNNY ISLES BEACH FL 33160-4507, MIAMI-DADE COUNTY (Nov 2007 - Mar 2008)
   MIAMI, FL 33160 (Nov 2000 - Dec 2001)
   20191 CC DR E, AVENTURA  FL 33160, MIAMI-DADE COUNTY (Jul 1998)
   2019 COUNTRY CLUB DR E APT, NORTH MIAMI BEACH FL 33180, MIAMI-DADE COUNTY (May 1996)
   1800 NE 114TH ST APT 503, MIAMI  FL 33181-3416, MIAMI-DADE COUNTY (Sep 1987 - Dec 1990)
   3900 CHESTNUT ST APT 625, PHILADELPHIA  PA 19104-3113, PHILADELPHIA COUNTY (Nov 1990)
   1725 SPRUCE ST APT, PHILADELPHIA  PA 19103-6149, PHILADELPHIA COUNTY (Mar 1989)
   650 NE 176TH ST, MIAMI  FL 33162-2030, MIAMI-DADE COUNTY (Sep 1987 - Oct 1988)
   235 S 39TH ST APT, PHILADELPHIA  PA 19104-3704, PHILADELPHIA COUNTY (Nov 1987)
   PO BOX 85, PHILADELPHIA  PA 19105-0085, PHILADELPHIA COUNTY (Oct 1987)
   3300 NE 192ND ST APT, MIAMI  FL 33180-2427, MIAMI-DADE COUNTY

**Bankruptcies:**

   [None Found]


**UCC Filings:**
   [None Found]

**Phones Plus(s):**
   **Phones Plus 1**
      Name: SCOTT MOSKOWITZ

     Name: SCOTT MOSKOWITZ
     Address: 16711 COLLINS AVE APT 2505, SUNNY ISLES BEACH  FL 33160-4262
        Phone Number: 305-794-1126 - EDT
        Phone Type: Mobile
        Carrier: NEW CINGULAR WRL GA - (MIAMI, FL)

     **Phones Plus 2**
     Name: SCOTT MOSKOWITZ
     Address: 411 NEW RIVER DR E N APT 2204, FORT LAUDERDALE  FL 33301
        Phone Number: 305-794-1126 - EDT
        Phone Type: Mobile
        Carrier: NEW CINGULAR WRL GA - (MIAMI, FL)

     **Phones Plus 3**
     Name: SCOTT MOSKOWITZ
     Address: 16711 COLLINS AVE APT 2505, SUNNY ISLES BEACH  FL 33160-4262
        Phone Number: 305-956-9041 - EDT
        Phone Type: Residential
        Carrier: BELLSOUTH SO BELL - (NORTH DADE, FL)

### People at Work:
***Maximum 50 People at Work records returned***

     Name: SCOTT MOSKOWITZ
     Title: PRESIDENT
     SSN: [REDACTED]
     Company: SPIKE BLUE
     Address: SUNNY ISLES BEACH, FL
     Phone:
     FEIN:
     Dates: Jul 4, 2003 -  Sep 18, 2012

     Name: SCOTT MOSKOWITZ
     SSN: [REDACTED]
     Company: BLUE SPIKE, INC.
     Address: 16711 COLLINS AVE APT 2505, SUNNY ISLES BEACH  FL 33160-4262
     Phone: 800-381-8344
     FEIN:
     Dates: May 31, 2012 -  Aug 14, 2012

     Name: SCOTT A MOSKOWITZ
     Title: MEMBER MANAGER
     SSN: [REDACTED]
     Company: CANOPUS MEDICAL, LLC
     Phone:
     FEIN:
     Dates: Mar 31, 2008 -  Jul 20, 2012

     Name: SCOTT MOSKOWITZ
     Title: PRESIDENT
     SSN: [REDACTED]
     Company: WISTARIA TRADING INC.
     Address: 16711 COLLINS AVE APT 2505, SUNNY ISLES BEACH  FL 33160-4262
     Phone:
     FEIN: 65-0283796
     Dates: Sep 16, 2001 -  Jul 20, 2012

     Name: SCOTT MOSKOWITZ
     Title: PRESIDENT
     SSN: [REDACTED]
     Company: BLUE SPIKE, INC.
     Address: 16711 COLLINS AVE APT 2505, SUNNY ISLES BEACH  FL 33160-4262
     Phone: 800-381-8344

FEIN: 65-0798557
Dates: Dec 11, 2000 - Jul 20, 2012

Name: SCOTT MOSKOWITZ
Title: FOUNDER, PRESIDENT AND CHIEF EXECUT
SSN:
Company: BLUE SPIKE INC
Address: 16711 COLLINS AVE APT 2505, SUNNY ISLES BEACH FL 33160-4262
Phone: 800-381-8344
FEIN:
Dates: Mar 12, 2007 - Aug 18, 2011

Name: MOSKOWITZ ANDREW
Title: VP
SSN:
Company: U.S. RECRUITING, INC.
Address: 6919 W BROWARD BLVD, PLANTATION  FL 33317-2902
Phone: 954-563-3230
FEIN: 65-0858131
Dates: Nov 4, 2009

Name: SCOTT MOSKOWITZ
Title: PD
SSN:
Company: BLUE SPIKE, INC.
Address: 16711 COLLINS AVE APT 2505, SUNNY ISLES BEACH FL 33160-4262
Phone: 800-381-8344
FEIN: 65-0798557
Dates: Dec 11, 2000 - Jul 17, 2009

Name: SCOTT MOSKOWITZ
SSN:
Company: AZURE MORTGAGE
Address: 16711 COLLINS AVE APT 2505, SUNNY ISLES BEACH FL 33160-4262
Phone:
FEIN:
Dates: Feb 12, 2009

Name: SCOTT MOSKOWITZ
SSN:
Company: AZURE MORTGAGE
Address: 16711 COLLINS AVE APT 2505, SUNNY ISLES BEACH FL 33160-4262
Phone:
FEIN:
Dates: Feb 12, 2009

Name: SCOTT MOSKOWITZ
SSN:
Company: AZURE MORTGAGE
Address: 16711 COLLINS AVE APT 2505, SUNNY ISLES BEACH FL 33160-4262
Phone:
FEIN:
Dates: Feb 12, 2009

Name: SCOTT MOSKOWITZ
Title: OWNER
SSN:
Company: AZURE MORTGAGE
Address: 16711 COLLINS AVE APT 2505, SUNNY ISLES BEACH FL 33160-4262
Phone:
FEIN:
Dates: Feb 12, 2009

Name: SCOTT MOSKOWITZ
Title: FOUNDER
SSN:
Company: BLUE SPIKE, INC.
Address: 16711 COLLINS AVE APT 2505, SUNNY ISLES BEACH FL 33160-4262
Phone: 800-381-8344 - EDT
FEIN:
Dates: Jun 12, 2007 - Jun 9, 2008

Name: SCOTT MOSKOWITZ
Title: FOUNDER , PRESIDENT AND CHIEF EXECU
SSN:                x
Company: BLUE SPIKE INC
Address: 16711 COLLINS AVE APT 2505, SUNNY ISLES BEACH FL 33160-4262
Phone: 800-381-8344
FEIN:
Dates: Nov 2, 2006 - May 27, 2008

Name: SCOTT A MOSKOWITZ
Title: MEMBER MANAGER
SSN:
Company: CANOPUS MEDICAL, LLC
Address: 16711 COLLINS AVE APT 2505, SUNNY ISLES BEACH FL 33160-4262
Phone:
FEIN:
Dates: Apr 14, 2003 - May 4, 2007

Name: SCOTT MOSKOWITZ
Title: CHIEF EXECUTIVE OFFICER
SSN:
Company: BLUE SPIKE INC
Address: 16711 COLLINS AVE APT 2505, SUNNY ISLES BEACH FL 33160-4262
Phone: 800-381-8344
FEIN:
Dates: Mar 12, 2007

Name: SCOTT A MOSKOWITZ
SSN:
Company: CANOPUS MEDICAL, LLC
Address: 16711 COLLINS AVE APT 2505, SUNNY ISLES BEACH FL 33160-4262
Phone:
FEIN:
Dates: Apr 14, 2003

Name: SCOTT MOSKOWITZ
Title: DOMAIN ADMINISTRATIVE CONTACT
SSN:
Company: WISTARIA TRADING INC.
Address: 20191 E COUNTRY CLUB DR APT TH4, MIAMI  FL 33180-3015
Phone:
FEIN:
Dates: Apr 1, 2002 - Oct 16, 2002

Name: SCOTT MOSKOWITZ
SSN:
Company: BLUE SPIKE, INC.
Address: 16711 COLLINS AVE APT 2505, SUNNY ISLES BEACH FL 33160-4262
Phone: 800-381-8344 - EDT
FEIN:
Dates: Oct 8, 2002

    Name: SCOTT MOSKOWITZ
    Title: DOMAIN ADMINISTRATIVE CONTACT
    SSN:
    Company: SCOTT MOSKOWITZ
    Address: 16711 COLLINS AVE APT 2505, SUNNY ISLES BEACH FL 33160-4262
    Phone:
    FEIN:
    Dates: Apr 1, 2002 -  Sep 27, 2002

    Name: SCOTT A MOSKOWITZ
    Title: MANAGER
    SSN:
    Company: CANOPUS MEDICAL LLC
    Address: 16711 COLLINS AVE APT 2505, SUNNY ISLES BEACH FL 33160-4262
    Phone:
    FEIN:
    Dates: Dec 28, 2001 -  Jan 1, 2002

    Name: SCOTT ANDREW MOSKOWITZ
    Title: OWNER
    SSN:
    Company: WISTERIA TRADING INC
    Phone:  - EDT
    FEIN:
    Dates:

    Name: SCOTT MOSKOWITZ
    SSN:
    Company: BLUE SPIKE INC
    Address: 16711 COLLINS AVE APT 2505, SUNNY ISLES BEACH FL 33160-4262
    Phone: 800-381-8344
    FEIN:
    Dates:


**Driver's License Information:**
    Name: SCOTT ANDREW MOSKOWITZ
    DL Number: xxxx-xxx-xx-xxx-x
    State: Florida
    License Address: 16711 COLLINS AVE APT 2505, SUNNY ISLES BEACH  FL 33160-4262, MIAMI-DADE COUNTY
    DOB: 01/xx/1969
    Potential SSN : x
    Gender: Male
    Ethnicity: WHITE
    Expiration Date: 01/03/2020
    Issue Date: 11/29/2011
    License Type: RENEWAL
    License Class: Non-Commercial - Regular Operator License
    Height: 6'02
    Data Source: Governmental
    Restrictions:  Corrective Lenses

    Name: SCOTT ANDREW MOSKOWITZ
    DL Number: xxxx-xxx-xx-xxx-x
    State: Florida
    License Address: 20191 E COUNTRY CLUB DR #TH 4, MIAMI  FL 33180-3015, MIAMI-DADE COUNTY
    DOB: 01/xx/1969
    Potential SSN :
    Gender: Male
    Ethnicity: WHITE
    Expiration Date: 01/03/2012
    Issue Date: 12/26/2005
    License Type: RENEWAL

License Type: RENEWAL
License Class: Non-Commercial - Regular Operator License
Height: 6'02
Data Source: Governmental
Restrictions: Corrective Lenses

Name: SCOTT ANDREW MOSKOWITZ
DL Number: xxxx-xxx-xx-xxx-x
State: Florida
License Address: 20191 E COUNTRY CLUB DR #TH 4, MIAMI FL 33180-3015, MIAMI-DADE COUNTY
DOB: 01/xx/1969
Potential SSN : 2
Gender: Male
Ethnicity: WHITE
Expiration Date: 01/03/2006
Issue Date: 11/18/1999
License Class: Non-Commercial - Regular Operator License
Height: 6'02
Data Source: Governmental
Restrictions: Corrective Lenses

Name: SCOTT A MOSKOWITZ
DL Number: xxxx-xxx-xx-xxx-x
State: Florida
License Address: 3300 NE 192ND ST, MIAMI FL 33180-2427, MIAMI-DADE COUNTY
DOB: 01/xx/1969
Potential SSN :
Data Source: Non-Governmental

**Active Address(es):**   View All Address Variation Sources

411 N NEW RIVER DR E APT 2204N, FORT LAUDERDALE FL 33301-3176, BROWARD COUNTY (Feb 2012 - Apr 2013)
  **Name Associated with Address:**
    SCOTT A MOSKOWITZ
  **Property Ownership Information for this Address**
    **Property:**
      Parcel Number - 50-42-10-AR-0030
      Book - 46765
      Page - 1106
      Owner Name: JOHN DANGELO
      Property Address: - 411 N NEW RIVER DR E, FORT LAUDERDALE FL 33301-3176, BROWARD COUNTY
      Owner Address: 411 N NEW RIVER DR E APT 3206, FORT LAUDERDALE FL 33301-3183, BROWARD COUNTY
      Sale Price - $2,500
      Land Usage - PROFESSIONAL BLDG (LEGAL, INSURANCE, REAL ESTATE)
      Subdivision Name - LAS OLAS GRAND COMM CONDO
      Total Market Value - $3,710
      Land Value - $370
      Improvement Value - $3,340
      Year Built - 2005
      Legal Description - LAS OLAS GRAND COMM CONDO UNIT CU-3 BLDG 1
      Data Source - B
  **Neighborhood Profile (2010 Census)**
    Average Age: 36
    Median Household Income: $88,625
    Median Owner Occupied Home Value: $436,420
    Average Years of Education: 14

16711 COLLINS AVE APT 250, SUNNY ISLES BEACH FL 33160-4256, MIAMI-DADE COUNTY (Dec 1996 - Apr 2013)
  **Name Associated with Address:**

　　　　License Address: 16711 COLLINS AVE APT 2503, SUNNY ISLES BEACH  FL 33160-4262, MIAMI-DADE COUNTY
　　　　License State: Florida
　　　　License Number: MB 0668319
　　　　License Type: MORTGAGE BROKER - INDIVIDUAL
　　　　Profession/Board: SEC BROKERS
　　　　Issue Date: Jun 12, 2006

**Voter Registration:**
　　　　Name: SCOTT ANDREW MOSKOWITZ
　　　　Address: 20191 E COUNTRY CLUB DR APT TH4, AVENTURA FL 33180-3015
　　　　DOB: 1/xx/1969
　　　　Gender: Male
　　　　Ethnicity: WHITE
　　　　Last Vote Date: 11/6/2012
　　　　Political Party: DEMOCRAT
　　　　State of Registration: Florida
　　　　Status: ACTIVE

**Hunting/Fishing Permit:**
　　　　[None Found]

**Concealed Weapons Permit:**
　　　　[None Found]

**Possible Associates:**