PTO/SB/96 (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# STATEMENT UNDER 37 CFR 3.73(b)

Applicant/Patent Owner: __Blue Spike, Inc.__

Application No./Patent No.: __12/005,229__                Filed/Issue Date: __December 26, 2007__

Titled: __Method and Device for Monitoring and Analyzing Signals__

__Blue Spike, Inc.__                , a  __Corporation__
(Name of Assignee)                                 (Type of Assignee, e.g., corporation, partnership, university, government agency, etc.)

states that it is:

1. [X] the assignee of the entire right, title, and interest in;

2. [ ] an assignee of less than the entire right, title, and interest in
(The extent (by percentage) of its ownership interest is _____ %); or

3. [ ] the assignee of an undivided interest in the entirety of (a complete assignment from one of the joint inventors was made)

the patent application/patent identified above, by virtue of either:

A. [X] An assignment from the inventor(s) of the patent application/patent identified above. The assignment was recorded in the United States Patent and Trademark Office at Reel __020338__, Frame __0343__, or for which a copy therefore is attached.

OR

B. [ ] A chain of title from the inventor(s), of the patent application/patent identified above, to the current assignee as follows:

1. From: _____  To: _____

    The document was recorded in the United States Patent and Trademark Office at

    Reel _____, Frame _____, or for which a copy thereof is attached.

2. From: _____  To: _____

    The document was recorded in the United States Patent and Trademark Office at

    Reel _____, Frame _____, or for which a copy thereof is attached.

3. From: _____  To: _____

    The document was recorded in the United States Patent and Trademark Office at

    Reel _____, Frame _____, or for which a copy thereof is attached.

[ ] Additional documents in the chain of title are listed on a supplemental sheet(s).

[X] As required by 37 CFR 3.73(b)(1)(i), the documentary evidence of the chain of title from the original owner to the assignee was, or concurrently is being, submitted for recordation pursuant to 37 CFR 3.11.

[NOTE: A separate copy (i.e., a true copy of the original assignment document(s)) must be submitted to Assignment Division in accordance with 37 CFR Part 3, to record the assignment in the records of the USPTO. See MPEP 302.08]

The undersigned (whose title is supplied below) is authorized to act on behalf of the assignee.

_/Scott Moskowitz/_                                              _September 10, 2009_
Signature                                                                 Date

__Scott A. MOSKOWITZ__                                     __President__
Printed or Typed Name                                           Title

This collection of information is required by 37 CFR 3.73(b). The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

# ASSIGNMENT FOR PATENT APPLICATION

WHEREAS, WE, **SCOTT A. MOSKOWITZ**, having a postal address of 16711 Collins Avenue, #2505, Miami, FL 33160, and **MIKE W. BERRY**, having a postal address of 4400 Monmouth Castle Road, Virginia Beach, Virginia 23455, have invented a new and useful invention and improvements to the subject matter of:

**Method and Device for Monitoring and Analyzing Signals**

described in a United States patent application filed on **December 26, 2007**, this application has not yet been accorded a U.S. Patent Application No. (hereinafter, the "Identified United States Application");

AND, WE hereby authorize the insertion hereon of the serial number and filing date when known, and which information may be necessary or desirable for recordation of this document;

AND, WHEREAS, **BLUE SPIKE, INC.**, a corporation organized under the laws of the State of Florida, having a place of business located at 16711 Collins Avenue, #2505, Miami, FL 33160 (hereinafter "ASSIGNEE"), is desirous of acquiring certain rights to said invention and under the Identified United States Application;

NOW, THEREFORE, in consideration of the sum of One Dollar ($1.00) or the equivalent thereof, and other good and valuable consideration, receipt of which is hereby acknowledged, we do hereby sell, assign and transfer unto said ASSIGNEE, its successors, assigns and legal representatives, our entire right, title and interest in all countries throughout the world, in and to the following: A) said invention and improvements; B) the Identified United States Application; C) any other United States applications (including provisional, divisional, renewal, substitute, continuation, reexamination and reissue applications) based in whole or in part on the Identified United States Application, or in whole or in part on said invention and improvements; D) any foreign applications (including international and regional applications) based in whole or in part on any of the aforesaid applications, or in whole or in part on said invention and improvements; and E) in and to any and all Letters Patent, including extensions thereof, which have been or may be granted on any of the aforesaid applications, or on said invention and improvements or any parts thereof;

AND WE hereby agree for ourselves and our heirs, executors and administrators to execute without further consideration any further documents and instruments which may be necessary, lawful and proper in the prosecution of said above-referenced applications or in the preparation or prosecution of any continuing, substitute, divisional, renewal, reexamination or reissue application or in any amendments, extensions or interference proceedings, that may be necessary to secure to ASSIGNEE its interest and title in and to said invention or any parts thereof, and in and to said several patents or any of them;

AND WE hereby covenant for ourselves and our legal representatives, and agree with said ASSIGNEE, its successors and assigns, that we have granted no right or license to

make, use, sell or offer to sell said invention in conflict with this Assignment, and that we will not execute any instrument in conflict therewith;

AND WE do hereby authorize and request the United States Commissioner for Patents to issue any and all Letters Patent that may be granted upon said above-referenced applications, or upon said invention or any parts thereof when granted, to said ASSIGNEE.

IN WITNESS WHEREOF, we have hereunto set our hands and seals.

12/26/2007
Date

_____
Scott A. MOSKOWITZ

_____
Date

_____
Mike W. BERRY

County of _____ )
State of _____ )

On this _____ day of _____, 2006, before me a Notary Public in and for the County and State aforesaid, personally appeared SCOTT A. MOSKOWITZ, who is personally known to me or who produced _____ as identification, and who signed and sealed the foregoing instrument, and acknowledged the same to be of his free act and deed.

(Seal)

Notary Public:_____
My Commission Expires:_____

County of _____ )
State of _____ )

On this _____ day of _____, 2006, before me a Notary Public in and for the County and State aforesaid, personally appeared MIKE W. BERRY, who is personally known to me or who produced _____ as identification, and who signed and sealed the foregoing instrument, and acknowledged the same to be of his free act and deed.

(Seal)

Notary Public:_____
My Commission Expires:_____

# ASSIGNMENT FOR PATENT APPLICATION

WHEREAS, WE, **SCOTT A. MOSKOWITZ**, having a postal address of 16711 Collins Avenue, #2505, Miami, FL 33160, and **MIKE W. BERRY**, having a postal address of 4400 Monmouth Castle Road, Virginia Beach, Virginia 23455, have invented a new and useful invention and improvements to the subject matter of:

**Method and Device for Monitoring and Analyzing Signals**

described in a United States patent application filed on **December 26, 2007,** this application has not yet been accorded a U.S. Patent Application No. (hereinafter, the "Identified United States Application");

AND, WE hereby authorize the insertion hereon of the serial number and filing date when known, and which information may be necessary or desirable for recordation of this document;

AND, WHEREAS, **BLUE SPIKE, INC.**, a corporation organized under the laws of the State of Florida, having a place of business located at 16711 Collins Avenue, #2505, Miami, FL 33160 (hereinafter "ASSIGNEE"), is desirous of acquiring certain rights to said invention and under the Identified United States Application;

NOW, THEREFORE, in consideration of the sum of One Dollar ($1.00) or the equivalent thereof, and other good and valuable consideration, receipt of which is hereby acknowledged, we do hereby sell, assign and transfer unto said ASSIGNEE, its successors, assigns and legal representatives our entire right, title and interest in all countries throughout the world, in and to the following: A) said invention and improvements; B) the Identified United States Application; C) any other United States applications (including provisional, divisional, renewal, substitute, continuation, reexamination and reissue applications) based in whole or in part on the Identified United States Application, or in whole or in part on said invention and improvements; D) any foreign applications (including international and regional applications) based in whole or in part on any of the aforesaid applications, or in whole or in part on said invention and improvements; and E) in and to any and all Letters Patent, including extensions thereof, which have been or may be granted on any of the aforesaid applications, or on said invention and improvements or any parts thereof;

AND WE hereby agree for ourselves and our heirs, executors and administrators to execute without further consideration any further documents and instruments which may be necessary, lawful and proper in the prosecution of said above-referenced applications or in the preparation or prosecution of any continuing, substitute, divisional, renewal, reexamination or reissue application or in any amendments, extensions or interference proceedings, that may be necessary to secure to ASSIGNEE its interest and title in and to said invention or any parts thereof, and in and to said several patents or any of them;

AND WE hereby covenant for ourselves and our legal representatives, and agree with said ASSIGNEE, its successors and assigns, that we have granted no right or license to

make, use, sell or offer to sell said invention in conflict with this Assignment, and that we will not execute any instrument in conflict therewith;

AND WE do hereby authorize and request the United States Commissioner for Patents to issue any and all Letters Patent that may be granted upon said above-referenced applications, or upon said invention or any parts thereof when granted, to said ASSIGNEE.

IN WITNESS WHEREOF, we have hereunto set our hands and seals.

_____  
Date

_12/20/2007_  
Date

_____  
Scott A. MOSKOWITZ

_[signature]_  
Mike W. BERRY

County of _____ )  
State of _____ )

On this _____ day of _____, 2006, before me a Notary Public in and for the County and State aforesaid, personally appeared SCOTT A. MOSKOWITZ, who is personally known to me or who produced _____ as identification, and who signed and sealed the foregoing instrument, and acknowledged the same to be of his free act and deed.

(Seal)

Notary Public:_____  
My Commission Expires:_____

County of _Va. Beach_ )  
State of _Virginia_ )

On this _20th_ day of _Dec_, 2007, before me a Notary Public in and for the County and State aforesaid, personally appeared MIKE W. BERRY, who is personally known to me or who produced _A Virginia Drivers License_ as identification, and who signed and sealed the foregoing instrument, and acknowledged the same to be of his free act and deed.

(Seal)

[Notary seal: GLORIA W. HOLLOMAN, Notary Public, Commonwealth of Virginia, 195797, My Commission Expires Sep 30, 2011]

Notary Public: _Gloria W. Holloman_  
My Commission Expires: _Sept. 30, 2011_

Page 2 of 2