PATENT
Docket No.: 066112.0132CONTA2

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re application of: | |
| Scott A. MOSKOWITZ | Art Unit: NA |
| Appl. No.: N/A | Examiner: NA |
| Filed: Herewith | |

**MAIL STOP**
Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22314-1450

Sir:

### Request to Proceed on Behalf of a Sole Assignee Under CFR § 3.73 (b)

Blue Spike, Inc., a Florida corporation, certifies that it is the sole assignee of the entire right, title, and interest in the above-identified patent application by virtue of a chain of title from the inventors of the above-identified patent, to the current assignee as follows:

The undersigned has reviewed all of the documents in the chain of title of the patent application identified above and, to the best of the undersigned's knowledge and belief, title is in the assignee identified above. Each of the co-inventors has assigned all of his respective interests to Blue Spike, Inc. Blue Spike, Inc. continues to be the sole owner of all rights in the application. The undersigned (whose title is supplied below) is empowered to sign this certificate on behalf of the assignee.

I hereby declare that all statements made herein of my own knowledge are true, and that all statements made on information and belief are believed to be true; and further that these statements are made with the knowledge that willful false statements, and the like so made, are punishable by fine or imprisonment, or both, under Section 1001, Title 18 of the United States

1

PATENT
Docket No.: 066112.0132CONTA2

Code, and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon.

Respectfully submitted,

**BLUE SPIKE, INC.**

Date: December 22, 2009

By: _____
Scott Moskowitz
Title: President