



**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

### Assignments on the Web > Patent Query

## Patent Assignment Details
### NOTE: Results display only for issued patents and published applications. For pending or abandoned applications please consult USPTO staff.

| | |
|---|---|
| **Reel/Frame:** 028725/0058 | **Pages:** 8 |
| **Recorded:** 08/05/2012 | |
| **Attorney Dkt #:** SCOT0001 | |
| **Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | |

**Total properties: 5**

1  **Patent #:** 7346472    **Issue Dt:** 03/18/2008    **Application #:** 09657181    **Filing Dt:** 09/07/2000
   **Title:** METHOD AND DEVICE FOR MONITORING AND ANALYZING SIGNALS

2  **Patent #:** 7660700    **Issue Dt:** 02/09/2010    **Application #:** 12005229    **Filing Dt:** 12/26/2007
   **Publication #:** US20080109417    **Pub Dt:** 05/08/2008
   **Title:** METHOD AND DEVICE FOR MONITORING AND ANALYZING SIGNALS

3  **Patent #:** 7949494    **Issue Dt:** 05/24/2011    **Application #:** 12655357    **Filing Dt:** 12/22/2009
   **Publication #:** US20100106736    **Pub Dt:** 04/29/2010
   **Title:** METHOD AND DEVICE FOR MONITORING AND ANALYZING SIGNALS

4  **Patent #:** 8214175    **Issue Dt:** 07/03/2012    **Application #:** 13035964    **Filing Dt:** 02/26/2011
   **Publication #:** US20110179069    **Pub Dt:** 07/21/2011
   **Title:** METHOD AND DEVICE FOR MONITORING AND ANALYZING SIGNALS

5  **Patent #:** NONE    **Issue Dt:**    **Application #:** 13487119    **Filing Dt:** 06/01/2012
   **Publication #:** US20120239686    **Pub Dt:** 09/20/2012
   **Title:** Method and device for monitoring and analyzing signals

**Assignor**
1  BLUE SPIKE, INC.    **Exec Dt:** 08/04/2012

**Assignee**
1  BLUE SPIKE LLC
   1820 SHILOH ROAD, STE 1201C
   TYLER, TEXAS 75703

**Correspondence name and address**
   BRUCE T. MARGULIES
   4813-B EISENHOWER AVE.
   ALEXANDRIA, VA 22304

Search Results as of: 05/10/2013 07:23 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.3.2
Web interface last modified: July 10, 2012 v.2.3.2

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT