IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRCT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § | |
| Plaintiff, | § § § | |
| vs. | § § § | Cause No. 6:12-cv-499 |
| Texas Instruments Incorporated, | § § § | |
| Defendant. | § | |

## DECLARATION OF MILIND BORKAR

I, Milind Borkar, under penalty of perjury, declare as follows:

1. I am DSP Marketing Manager for Texas Instruments Incorporated ("TI"). I have personal knowledge of the facts set forth below or have access to corporate information, employees, or records allowing me to confirm them. Accordingly, the statements herein reflect my present personal belief based on reasonable investigation and information presently known to me. If called as a witness, I could competently testify about these statements. I am over 18 years of age.

2. TI is a Delaware corporation with its current principal place of business located at 12500 TI Boulevard, Dallas, Texas 75243. It is a global semiconductor design and manufacturing company primarily focused on analog integrated circuits and embedded processors. In 2012, TI had $12.8 billion in revenue.

3. As DSP Marketing Manager, I am responsible for product management and marketing for a variety of end applications in the Digital Signal Processors ("DSP") business, including the TMS320C5515 Fingerprint Development Kits.

4. The TMS320C5515 Fingerprint Development Kits were developed in 2010 to demonstrate to TI customers the fingerprint/pattern recognition functionality of TI's C5515 low power DSP.

5. The TMS320C5515 Fingerprint Development Kits have only about $30,000 in total world-wide sales since its introduction in 2010. TI does not anticipate that the TMS320C5515 Fingerprint Development Kits will ever generate significant revenue.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signed in Dallas, Texas on May 23, 2013.

_____
Milind Borkar