## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **Blue Spike, LLC** | § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 6:12-cv-499 |
| **Texas Instruments, Inc.** | § § | |
| *Defendant* | § § | |

---

| | | |
|---|---|---|
| **Blue Spike, LLC** | § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 6:12-cv-00598 |
| **Soundmouse, Ltd.** | § § | |
| Defendant. | § § | |

### DEFENDANT SOUNDMOUSE LTD.'S UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO FILE A REPLY IN SUPPORT OF ITS MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION OR, IN THE ALTERNATIVE, MOTION TO TRANSFER

Defendant Soundmouse Ltd. ("Soundmouse") files this unopposed motion for an extension of time in which to file a *Reply in Support of its Motion to Dismiss Complaint for Lack of Personal Jurisdiction or, in the Alternative, Motion to Transfer*:

1. The date by which Soundmouse is currently required to file a reply is May 28, 2013. Soundmouse hereby moves for an extension of time through and including June 3, 2013.

1

2. Soundmouse respectfully submits that good cause exists and seeks the requested extension in order to adequately and properly respond to Plaintiff's response.

3. Wherefore, Soundmouse moves for an extension of time to and including June 3, 2013 in file its reply.

DATED: May 24, 2013

                                Respectfully submitted,

                                /s/ Ryan T. Beard_____
Eric B. Meyertons
  Texas State Bar No. 14004400
  emeyertons@intprop.com
Ryan T. Beard
  Texas State Bar No. 24012264
  rbeard@intprop.com

MEYERTONS, HOOD, KIVLIN, KOWERT & GOETZEL, P.C.
1120 South Capital of Texas HWY
Building 2, Suite 300
Austin, Texas 78746
(512) 853-8800 (telephone)
(512) 853-8801 (facsimile)

ATTORNEYS FOR SOUNDMOUSE

### CERTIFICATE OF CONFERENCE

I hereby certify that on May 24, 2013 I conferred with counsel for Plaintiff, Chris Honea, who stated that Plaintiff is not opposed to this motion.

                              /s/ Ryan T. Beard_____
                              Ryan T. Beard

## CERTIFICATE OF SERVICE

      I hereby certify that on May 24, 2012 I electronically filed the foregoing pleading with the clerk of court for the U.S. District Court, Eastern District of Texas, using the electronic case filing system of the court.

                                                /s/ Ryan T. Beard
                                                Ryan T. Beard