# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **Blue Spike, LLC** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Case No. 6:12-cv-499** |
| | § | |
| **Texas Instruments, Inc.** | § | |
| | § | |
| *Defendant* | § | |

----------------------------------------------------------------------------------------------------------------

| | | |
|---|---|---|
| **Blue Spike, LLC** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **Case No. 6:12-cv-00598** |
| **Soundmouse, Ltd.** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER

Before the Court is Defendant Soundmouse Ltd.'s ("Soundmouse") unopposed motion for an extension of time in which to file a *Reply in Support of its Motion to Dismiss Complaint for Lack of Personal Jurisdiction or, in the Alternative, Motion to Transfer*.

The Court hereby orders that Soundmouse shall have to and including June 3, 2013 in which to file its reply.

IT IS SO ORDERED.