IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRCT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Cause No.  6:12-cv-499 |
| | § | |
| vs. | § | |
| | § | |
| Texas Instruments Incorporated, | § | |
| | § | |
| Defendant. | § | |

ORDER GRANTING DEFENDANT TEXAS INSTRUMENTS INCORPORATED'S
MOTION TO SEVER AND TO REQUEST A STATUS CONFERENCE

The Court, having considered Defendant, Texas Instruments Incorporated's ("TI") Motion to Sever and to Request a Status Conference, is of the opinion that Defendant's Motion to Sever should be **GRANTED**.

IT IS THEREFORE ORDERED that the above motion is GRANTED, and the action against TI is hereby severed.

IT IS FURTHER ORDERED that a status conference in the severed action is set for _____, 2013.