UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § § § | |
| *Plaintiff*, | § § | CASE NO. 6:12-cv-499 MHS |
| v. | § § § | LEAD CASE |
| Texas Instruments, Inc., et al., | § § § | Jury Trial Demanded |
| *Defendants*. | § § § | |

**ORDER DENYING AGNITIO'S MOTION TO DISMISS**

On this day came for consideration Agnitio Corp.'s ("Defendant's") Motion to Dismiss Plaintiff Blue Spike, LLC's Complaint in the above-captioned proceeding pursuant to Federal Rule of Civil Procedure 12(b)(2). Having considered both Defendants' motion and supporting papers and Blue Spike, LLC's opposition and supporting papers, the Court is of the opinion that said motion should be DENIED. Agnitio has sufficient contacts with the Eastern District of Texas to support exercising personal jurisdiction.

IT IS SO ORDERED.

1