# Exhibit 1

CHOOSE YOUR LANGUAGE: ESPAÑOL | ENGLISH

OUR PRODUCTS: 



**ABOUT AGNITIO**
**OUR CUSTOMERS**
**PARTNERS**
**FAQS**
**NEWS**
**CONTACT**

**SECURE VOICE BIOMETRICS VERIFICATION**
  KIVOX 4.0
  KIVOX APP (BETA)

**DEFENSE AND INTELLIGENCE**
**LAW ENFORCEMENT AND FORENSICS**

**BATSCHOOL**



How to use KIVOX App
Installation Process

📄 Kivox Mobile Brochure
📄 KIVOX App Installation Guide

## KIVOX App-Try it out today!

Wouldn't it be nice to be able to teach your phone to recognize your voice, and only your voice, so that you could conduct mobile transactions in a completely secure manner, as well as unlock your phone so that nobody except you could use it? With the KIVOX App, this dream is now a reality. Using the most advanced voice biometrics technology available in the market today, KIVOX App makes your Smartphone smarter.

## How to get started?

It´s very easy, you just need to follow these 3 steps:

1 - Download the app from here: You can install KIVOX App in your Android system connecting to this link through your smartphone.

2 - Install it on your smartphone. Follow the steps on that link. If you want to install from your PC or want more detail explanation on the installation process, you can find it here (Link al document manual de instalacion)

3 - Start using it!

Now you have KIVOX app up and running on your smartphone. You can select your own passphrase, in any language. You can teach your phone to recognize multiple passphrases and you can try with your family and friends to be sure your phone only recognizes you. The phone will be learning during the first attempts, improving performance if it fails. Give your phone the right feedback and it will learn as you use it. Nothing can fail during the learning process. Until you do not authorize a security App to use your voice, no one can use it. You can change, erase and create a new phrase as many times as you want. When you are happy with your phone ability to recognize you, download your security App and let it use your passphrase.

KIVOX has two modes of operations, secure and easy. The first one is used in high security operations. The second is used for fast and easy access to information. Feel free to try both.

For more information on how to use your Kivox App see here

Terms of use© 2001 - 2013 Agnitio S.L.