# Exhibit 2

Agnitio - Voice Biometrics                                                http://agnitio-corp.com/producto.php?id_section=15&id_produ...

CHOOSE YOUR LANGUAGE: ESPAÑOL | ENGLISH

OUR PRODUCTS: 





ABOUT AGNITIO
OUR CUSTOMERS
PARTNERS
FAQS
NEWS
CONTACT

SECURE VOICE
BIOMETRICS
VERIFICATION

KIVOX 4.0
KIVOX APP (BETA)

DEFENSE AND
INTELLIGENCE

LAW ENFORCEMENT AND
FORENSICS

BATSCHOOL



How to use KIVOX App

Installation Process

📄 Kivox Mobile Brochure

📄 KIVOX App Installation Guide

## KIVOX App download page

This instructions will only work if you are connected from your Android Smartphone. If you have problems or want to do the installation from your PC, please read the Installation manual

**App requirements:**

- Android version: 2.3.4 and later

- Installation space: 35MB

- Memory: 150MiB

- Processor: Any Implementation of ARM Cortex-A9 except Nvidia Tegra

- Sample devices: Samsung Galaxy S1, Samsung Galaxy S2, Samsung Nexus S, HTC Desire, Nexus One

Currently, KIVOX app is in Beta stage and can only be loaded by invitation. If you do not have an invitation please contact us to request one. A sales representative will contact you.

1.   First make sure that your phone allows installing applications from a location other than Google Play.

    a.   Open the Applications menu of your phone and select the option Settings → Applications.

    b.   Check the first option, Unknown Sources. A warning message about the phone being vulnerable to attack will be displayed. Select Ok to continue. You can change this setting back after the installation is completed.



2.   Download the apk file by clicking on the Download button at the end of this page. After entering the username and password, The Download window will show up.

Case 6:12-cv-00499-RWS-CMC   Document 779-4   Filed 05/24/13   Page 3 of 3 PageID #:  7904



3.  Once the download process is finished, click on the file.

4.  The following screen will be shown. To install the application, click on Install.



5.  Once the installation is completed you can choose to immediately run the application by clicking on the Open button.

If you would like to get access to KIVOX App please contact us and a sales representative will contact you.

## Known Issues

We have identified some minor issues on the subsequent version of the KIVOX App (beta), please take into account these are being investigated at Agnitio and will be solved in future versions of the product:

**v. 0.9.9**

Issue title: Error when attempting to record very short audio utterances.

Issue Description: At practice, teach and learning, when attempting to record a very short utterance (tapping twice and not containing any valuable voice in the utterance) the application stops the current action (practice, teach, learning) and goes to home screen with no notification.