# Exhibit 3

