# Exhibit 4




Contact Us   Locations   En Español

Personal Banking | Small Business Banking | Commercial Banking | Wealth Management | **About BBVA Compass** | Customer Service | Search

About BBVA Compass

# About BBVA Compass

**About BBVA Compass**
- Careers
- Privacy & Security
- Press Room
- Publications
- BBVA Corporate
- BBVA Economic Research
- Corporate Responsibility and Reputation
- Social Media
- Supply Chain Management

BBVA Compass is a leading U.S. banking franchise with operations throughout the Sunbelt Region and ranks among the top 20 largest U.S. commercial banks based on deposit market share. We operate 716 branches in Alabama, Arizona, California, Colorado, Florida, New Mexico and Texas. BBVA Compass ranks among the largest banks in Alabama (3rd), Texas (4th) and Arizona (5th). In addition, BBVA Compass has been recognized as one of the nation's leading Small Business Administration (SBA) lenders, earning 'Lender of the Year' honors in 2009 and 2010.

Through three major business units – Corporate Banking, Retail Banking, and Wealth Management – BBVA Compass offers customers unique and industry-leading products and services with a focus on providing customers with financial solutions to fit their lives. These products and services include commercial and wholesale banking, treasury management, Small Business Administration loans, international services, merchant processing, retail banking services, consumer loans, mortgages, home equity lines and loans, credit cards, personalized Visa® Check Cards, securities brokerage, mutual funds and annuities, financial counseling, wealth management, pension plan management and insurance.

BBVA Compass is a subsidiary of Compass Bancshares, Inc., a wholly owned subsidiary of BBVA (NYSE: BBVA) (MAD: BBVA). BBVA is a financial services group with more than $740 billion in total assets, 47 million clients, 7,400 branches and approximately 107,000 employees in more than 30 countries. BBVA ranks among the top 20 largest financial institutions in the world based on market capitalization and 21st in Global Finance magazine's list of the "World's 50 Safest Banks" for 2010. BBVA provides its customers around the world with a full range of financial services, including commercial and wholesale banking, retail banking services, consumer loans, mortgages, credit cards, securities brokerage, wealth management, pension plan management and insurance. The BBVA Group maintains a leadership position in Spain, Mexico, Latin America and the Sunbelt Region of the United States, as well as operations in China, France, Germany, Hong Kong, Italy, Japan, Singapore, Switzerland, Turkey, and the United Kingdom.

Like 78k | Follow @bbvacompass 4,412 followers    banking built for you.

Privacy and Security   Locations   Contact Us   Site Map    ©2013 BBVA Compass Bancshares, Inc. Compass Bank is a Member FDIC and an Equal Housing Lender. BBVA Compass is a trade name of Compass Bank, a member of the BBVA Group.