# Exhibit 5

# BBVA Compass

Contact Us  Locations  En Español

| Personal Banking | Small Business Banking | Commercial Banking | Wealth Management | About BBVA Compass | Customer Service | Search |

## Banking locations near Tyler

We found 3 locations near **"Tyler"**. (displaying 1-3)

[Map showing Tyler, TX area with 3 numbered location markers]

| Location | Address | ATM Services | Lobby | Drive-Thru |
|---|---|---|---|---|
| **1 Tyler** Branch & ATM - 1.65 mi. | 1909 S Broadway Ave Tyler, TX 75701 (903) 597-2091 driving directions | Exterior, drive up Deposits - No 24-hr. access - Yes | M-Th 9:00 - 5:00 Fri  9:00 - 5:00 Sat  [ Closed ] | M-Th 9:00 - 6:00 Fri  9:00 - 6:00 Sat  [ Closed ] |
| **2 Tyler Loop 323** Branch & ATM - 3.52 mi. | 215 W Southwest Loop 323 Tyler, TX 75701 (903) 534-1510 driving directions | Exterior, drive up Deposits - Yes (no envelope) 24-hr. access - Yes | M-Th 9:00 - 5:00 Fri  9:00 - 6:00 Sat  9:00 - 1:00 | M-Th 7:30 - 6:00 Fri  7:30 - 6:00 Sat  9:00 - 1:00 |
| **3 Tyler South** Branch & ATM - 5.50 mi. | 6910 S Broadway Ave Tyler, TX 75703 (903) 534-8001 driving directions | Exterior, drive up Deposits - No 24-hr. access - No | M-Th 9:00 - 3:00 Fri  9:00 - 3:00 Sat  [ Closed ] | M-Th 9:00 - 3:00 Fri  9:00 - 3:00 Sat  [ Closed ] |

*BBVA Compass ATMs are available in English and Spanish, with audio assistance.

Like 78k   Follow @bbvacompass 4,412 followers

**banking built for you.**