# Exhibit 6



## Our Partners

  

  

  

  

  

If you are interested in a partnership with AGNITIO, please, let us know. We are constantly on the lookout for new partnerships with system integrators, managed service providers and technology vendors that want to include voice biometrics in their offering. We look forward to hearing from you.

Terms of use© 2001 - 2013 Agnitio S.L.