# Exhibit 7

CHOOSE YOUR LANGUAGE: ESPAÑOL | ENGLISH

OUR PRODUCTS:  |  |  |  | 





**ABOUT AGNITIO**
**OUR CUSTOMERS**
**PARTNERS**
**FAQS**
**NEWS**
**CONTACT**

**SECURE VOICE BIOMETRICS VERIFICATION**
   KIVOX 4.0
   KIVOX APP (BETA)

**DEFENSE AND INTELLIGENCE**

**LAW ENFORCEMENT AND FORENSICS**

**BATSCHOOL**

KIVOX Mobile

KIVOX Passive Detection

KIVOX Self Service

📄 KIVOX 4.0 The power of voice



**Discover the full potential of Voice Biometrics Technology**

*A family of products for secure remote Authentication.*

Over the past 7 years, Agnitio has worked on developing the most effective Voice Biometrics technology in the market today. Tested and proven under the most rigorous conditions, this technology has been a valuable tool for law enforcement and intelligence agencies in the fight against terrorism and organized crime.

Due to the high level of accuracy that was demanded of Agnitio's technology during its development and improvement stages, we have been able create a technology that far surpasses anything else currently available in the market today.  Being called-upon to provide excellent results year after year to extremely discerning clients has enabled us bring together all of that knowledge and experience and create something never seen before:  **KIVOX 4.0**.

**KIVOX 4.0** brings our partners the full potential of real voice biometrics technology by providing applications with capabilities that are far superior to those currently available in the market and that will also be useful and appealing to end users. KIVOX 4.0 is designed to enable security solutions and applications with the best of Speaker ID engines.

Explore the three products o the family: Self Service, Passive Detection and Mobile, and discover why **KIVOX 4.0** is different.

Terms of use© 2001 - 2013 Agnitio S.L.