# Exhibit 9



Location: United States ▾    Language: English ▾    Sign in

# Careers

Home    Meet Microsoft ▾    Find Your Fit    Apply Now    Students & Graduates    Retail Store Jobs

Life@Microsoft ▾    Our Businesses    Our Office Locations

| Job Search | Enter Keywords | All Job Categories Selected ▾ | United States ▾ | Search |

Home > Meet Microsoft > Our Office Locations > Dallas

## Dallas



**Ready for Awesome?**
Install Microsoft Silverlight for a better experience on this site.

It's easy and only takes 30 seconds.

**Install Silverlight**

No thanks, give me the boring version.

Microsoft® Silverlight

## Even the technology's bigger here

We're drawn to the Dallas/Fort Worth area for many reasons. Among them are its moderate weather and abundant recreation, including top-tier golf courses and hundreds of public parks, lakes, and reservoirs. Then there are its six major professional sports teams, the country's largest urban arts scene, world-class museums, and numerous performance venues. And there's its unrivaled shopping. All this, for a cost of living below the national average and way below that of major east and west coast cities.

Dallas/Fort Worth is second only to Silicon Valley in the number of U.S. technology companies that call it home. Among those is Microsoft, whose 32-acre Las Colinas campus is located just 12 miles from downtown Dallas. Las Colinas houses a major customer service and support center, with many of our 1,700+ employees working in technical support, sales, and consulting.

Across our campus, you'll find many works from Microsoft's renowned art collection, which features emerging and mid-career artists from around the world. We also demonstrate a strong commitment to our communities: Since 2003, we've donated $85 million in cash, curricula, and software—including matching employee gifts—to the state of Texas.



"Our organization should understand and reflect the diversity of our customers and partners. I'm convinced diverse teams make better decisions, are more creative, and deliver better business results."

**Marlena Werder**
*VP, Commercial Technical Support*

→

### Dallas jobs

### Las Colinas Campus



View Larger Map

### Luis



*CTS LATAM Director, Customer Service and Support*

"Although we are working on different areas or teams, we have similar positions and roles in the campus; it is very easy to get different point of views on how to accomplish the task I am working on. Collaboration is key; there is an open-door policy that helps you learn from others."

Share this page





Microsoft

Contact Us    Terms of Use    Trademarks    Privacy Statement    Microsoft Supports EEO & Diversity    © 2013 Microsoft