# Exhibit 10





Case 6:12-cv-00499-RWS-CMC Document 779-12 Filed 05/24/13 Page 2 of 3 PageID #: 7920

Account Type: Basic | Upgrade

Peter Brasher Add Connections

Home Profile Contacts Groups Jobs Inbox Companies News More

People Search... Advanced

Attorney Wanted - We need attorneys to help our legal clients. Free trial to view cases.

More

- All Companies
- Dell (17554)
- Bank of America (11420)
- Hewlett-Packard (10495)
- The University of... (10362)
- AT&T (10139)
- [x] **Schneider Electric** (577)

Show more...

Enter company name

- [x] **All LinkedIn Members**
- 1st Connections (0)
- 2nd Connections (0)
- Group Members (0)
- 3rd + Everyone Else (577)

- All Locations
- United States (7091)
- France (4622)
- India (3538)
- Bengaluru Area, India (1499)
- Brazil (1460)
- China (1450)
- Australia (1241)
- Spain (1193)
- Canada (1096)
- Lyon Area, France (1075)
- [x] **Dallas/Fort Worth Area** (347)
- [x] **Houston, Texas Area** (163)
- [x] **Austin, Texas Area** (63)
- [x] **Tyler, Texas Area** (3)
- [x] **Longview, Texas Area** (1)

Show less...

Enter location name

**Industry**

**Past Company**

**School**

**Profile Language**

**Groups**

**Years of Experience**

**Function** *BETA*

**Seniority Level** *BETA*

**Interested In**

**Company Size**

**Fortune 1000**

**Recently Joined**

Hide Premium Filters

**Schneider Electric** **Dallas/Fort Worth Area** **Houston, Texas Area** **Austin, Texas Area** Reset

**Tyler, Texas Area** **Longview, Texas Area**

577 results Sort by: Relevance View: Basic Save Search

Gladys V. 3rd
Talent Acquisition & Mobility at **Schneider Electric**
Dallas/Fort Worth Area · Utilities
Similar
Send InMail

Jay T. 3rd
Director Global Standards, Codes and Environment
Austin, Texas Area · Information Technology and Services
Similar
Send InMail

Chris T. 3rd
Energy Management Services - Client Development at **Schneider Electric** - Professional Services
Dallas/Fort Worth Area · Oil & Energy
Similar
Send InMail

Brandi M. 3rd
Senior Vice President Content and Communities at **Schneider Electric**
Dallas/Fort Worth Area · Construction
Similar
Send InMail

Ray A. 3rd
Product Manager at **Schneider Electric**
Houston, Texas Area · Computer Software
Similar
Send InMail

James D. 3rd
Director Security Sales at **Schneider Electric**
Dallas/Fort Worth Area · Sports
Similar
Send InMail

Sean G. 3rd
Manager, US Healthcare Solutions at **Schneider Electric**
Houston, Texas Area · Hospital & Health Care
Similar
Send InMail

Al R. 3rd
VP Sales, Supplier Solutions at **Schneider Electric**
Houston, Texas Area · Information Technology and Services
Similar
View Profile

PAVAN V. 3rd
Supply Chain Consultant at **Schneider Electric**
Houston, Texas Area · Management Consulting
Similar
Send InMail

Jenna R. 3rd
Employer Branding Specialist
Houston, Texas Area · Electrical/Electronic Manufacturing
Similar
Send InMail

1 2 3 4 5 6 7 8 9 10 next »

Saved Searches »
Reference Search »

**Premium Search**

**Find the right people in half the time**

**Premium Search Tools:**

- Premium filters
- Automatic search alerts
- Full profile access

Upgrade

or Learn more

Case 6:12-cv-00499-RWS-CMC    Document 779-12    Filed 05/24/13    Page 3 of 3 PageID #: 7921

Account Type: Basic | Upgrade                                                          Peter Brasher    Add Connections

Home   Profile   Contacts   Groups   Jobs   Inbox   Companies   News   More          People [                    ] 🔍   Advanced

Filters.

Learn more

                                                                    Ads by LinkedIn Members

UC Davis MBA Sacramento                    Are You an Attorney?
Top 6% Part-time MBA Programs in US         We need more attorneys in your area.
95% of Graduates Earned Salary              Apply now for membership.
Increase

Help Center   |   About   |   Press   |   Blog   |   Careers   |   Advertising   |   Talent Solutions   |   Tools   |   Mobile   |   Developers   |   Publishers   |   Language   |   Upgrade Your Account
LinkedIn Corporation © 2013   |   User Agreement   |   Privacy Policy   |   Community Guidelines   |   Cookie Policy   |   Copyright Policy   |   Send Feedback