# Exhibit 11

CHOOSE YOUR LANGUAGE: ESPAÑOL | **ENGLISH**



**OUR PRODUCTS:** ASIS | KIVOX | BS3 | BATVOX |

# AGNITIO

# VOICE BIOMETRICS

- ABOUT AGNITIO
- OUR CUSTOMERS
- PARTNERS
- FAQS
- NEWS
- CONTACT

- SECURE VOICE BIOMETRICS VERIFICATION
- DEFENSE AND INTELLIGENCE
- LAW ENFORCEMENT AND FORENSICS

- BATSCHOOL

## AGNITIO: Your Voice Biometrics Partner

At AGNITIO we are committed and passionate to working closely with our partners and customers worldwide to help them protect citizens in the fight against identity fraud, terrorism and criminal activity.

We aim at providing the most unique and advanced **voice biometrics technology** that allows identification, surveillance and precise ID verification using the voice.

Discover how voice biometrics can be used for:

- **Secure Remote authentication.** AGNITIO has been able to apply the most advanced and robust technology developed for military and forensic application into user friendly authentication process using your voice as your unique password. Discover how the new family of products **KIVOX 4.0** offers developers and integrators the best engine for Speaker ID. You will also explore how to teach your phone to recognize your voice with **KIVOX mobile and KIVOX App**
- **Forensics and law enforcement applications.** AGNITIO has focused on this area since its inception creating innovative solutions for old problems, that today are the standards in the field
- **Monitoring and surveillance** AGNITIO has launched the most advanced product family for Speaker Spotting for Military and Intelligence operations.

Welcome to the present and future of Voice Biometrics

### News



"Batvox, the software that brought down Cahuzac" by O1Net
More information this link.



Voice Biometrics Conference — presented by opusresearch
May 8-9 2013 San Francisco

Agnitio sponsors 2013 Voice Biometrics Conference San Francisco on May 8th-9th
More information this link.

Subscribe in a reader

Terms of use © 2001 - 2013 Agnitio S.L.