# Exhibit 12



April 03, 2012 04:00 PM Eastern Daylight Time

## AGNITIO Announces KIVOX mobile

*A new product for secure authentication in mobile devices*

NEW YORK--(BUSINESS WIRE)--Today AGNITIO announced the launching of KIVOX mobile, a new product for **secure authentication in mobile devices** using a person's voice. During the Voice Biometric Conference held in New York, AGNITIO showed the capabilities of the new software that is able to perform a **voice authentication** on Android Smartphones or tablets without being connected to a network.

"KIVOX mobile will bring voice authentication closer to the user," said Emilio Martinez, CEO of AGNITIO. "You will teach your device to recognize your voice, whenever you want and at the pace you want. The device *will improve its recognition capabilities over time*, and you will be able to test how it works in multiple situations." Mr. Martinez continued, "AGNITIO technology is used around the world to identify persons of interest to fight terrorism and improve homeland security. Reducing the size of our engine so that it can run locally in a consumer mobile device is truly unique."

> "AGNITIO's KIVOX mobile has connected the dots between spoken words, strong user authentication and the personalization of mobile devices, applications and services."

"Smartphones have already morphed into highly-personalized tools for everyday commerce, often housing all contact information, appointment calendars and banking information, in addition to Angry Birds Space," said Dan Miller from Opus Research and organizer of the Voice Biometrics Conference. "AGNITIO's KIVOX mobile has connected the dots between spoken words, strong user authentication and the personalization of mobile devices, applications and services."

KIVOX mobile will be available for developers and users by the end of May, first for Android platforms and later on for iOS. This initial version will enable users to create their own identification phrase and then use it later for verification. During the conference, AGNITIO also demonstrated the ability of its technology to conduct streaming free speech voice identification in a mobile Android device with no connection to a network. Such a product is currently available for government customers and will be released for use in commercial devices by the end of the year.

**About AGNITIO**.- Agnitio is the worldwide leader in voice biometrics technology for law enforcement, intelligence and authentication solutions. The company's technology is currently deployed in over 30 countries.

With its ability to perform text independent voice verification in any language and across different voice channels, AGNITIO provides the most advanced voice biometric technology currently available for the government and corporate sectors.

## Contacts

AGNITIO
Javier Cano, 703-505-4398
press@agnitio.es



