# Exhibit 14



**AGNITIO**

- ABOUT AGNITIO
- OUR CUSTOMERS
- PARTNERS
- FAQS
- NEWS
- CONTACT

- SECURE VOICE BIOMETRICS VERIFICATION
- DEFENSE AND INTELLIGENCE
- LAW ENFORCEMENT AND FORENSICS
- BATSCHOOL

## News

/ Google joins FIDO Alliance

/ "Batvox, the software that brought down Cahuzac" by O1Net

/ Agnitio sponsors 2013 Voice Biometrics Conference San Francisco on May 8th-9th

/ AGNITIO brings Voice Biometrics to FIDO, Open Industry Alliance to Revolutionize Online Authentication

/ Agnitio Corp. Named Best in Class in Speech Technology Magazine's Industry Awards

/ AGNITIO announces KIVOX mobile.

/ Agnitio sponsors 2012 Voice Biometrics Conference New York on April 3rd-4th

/ AGNITIO wins the world final of the Global Security Challenge

/ Agnitio wins the European Regional Final of the Global Security Challenge (GSC)

/ AGNITIO provides support for the National Center for Media Forensics

/ AGNITIO appoints two new Board Members

/ Agnitio Announces The Opening Of The BATVOX Advanced School

/ AGNITIO participates in Project MARTA

/ Watch Agnitio's User Club 2010 Video

/ French Gendarmerie and Scientific Police are using BATVOX in their laboratories. (Le Figaro)

/ Agnitio Appoints Philippe Vinci as EVP Marketing & Sales

/ AGNITIO Selected as Eurecan European Venture Contest Finalist in Barcelona – Dec 14-15th, 2009

/ AGNITIO's Voice Biometrics Product KIVOX for Speaker Verification to be used in T-Mobile's Contact Centres



**AGNITIO appoints two new Board Members**
06/27/2011

 Tweet 0      Share  +1  2

ARLINGTON, Virginia—June 27, 2011— AGNITIO Corporation today announced that Dr. Francis J. Harvey has been appointed to its Board of Directors. Dr. Harvey will serve as an independent Director on the AGNITIO Corp. board. This appointment is being done simultaneously with the appointment of Mr. Albert E. Sisto as a member of the Board of AGNITIO S.L., the European Parent Company, replacing Mr. M. Rafart.

"The addition of these two new directors will provide AGNITIO with critical industry and government expertise that will guide the company in its current expansion in the US markets", said Emilio Martinez, AGNITIO's CEO. "This is just another important step to reinforce US leadership and expertise of AGNITIO. We welcome the new directors and look forward to their active contribution "

"I have been very impressed with Agnito's technology and capabilities", said Dr. Harvey." I strongly believe this is the kind of smart technology we need for asymmetric warfare and in our fight against crime and terrorism. This technology also has significant potential in the commercial marketplace".

"Secure authentication has always needed the nothing to lose or forget remote out of band biometric technology that AGNITIO is offering", said Albert Sisto. "Using a voice print as a unique identifier not only helps with non-collaborative surveillance, but can save millions of dollars for corporations through a secure, easy to use and implement remote authentication product."



**Dr. Francis J. Harvey** has spent the majority of his career with corporations that provided products and services to the federal government, particularly the United States Department of Defense.

From November 2004 to March 2007, Dr. Harvey served as the 19th Secretary of the Army. Dr. Harvey was responsible for the Department of the Army's annual budget and supplemental of over $200 billion. He led a work force of over one million active duty, Army National Guard, and Army Reserve Soldiers and 240,000 Department of the Army civilian employees.

Just prior to becoming the Secretary, Dr. Harvey served on several corporate boards including three portfolio companies of the Carlyle Group where he was the vice chairman of the board for two of these companies. Between 1997 and 2004, he served on total of ten different corporate and non-corporate boards. At the present time, he is on six corporate boards and ten advisory boards.

From 1969 to 1997, Dr. Harvey held various professional, management and executive positions within the Westinghouse Corporation, including President of the Electronics Systems Group, President of the Government and Environmental Services Company, and Chief Operating Officer of the multi billion dollar Industries and Technology Group.

/ AGNITIO Selected as Global Security Challenge Competition (2009) Finalist for Best Security SME

/ AGNITIO Successfully Participates in International Biometric Group's (IBG) Groundbreaking 1: N Voice Biometric Technology Assessment

/ AGNITIO Selected as Global Security Challenge Competition (2009) Regional Finalists for Best Security SME

/ SIMAH to deliver enhanced security with voice biometrics

/ Agnitio Announces Updated Release of its Biometric Speaker Spotting System (BS3) Product – Addressing Massive Interception and Intelligence Systems

/ Agnitio to Sponsor and Participate at Intelligence Support Systems ISS World Europe Conference in Prague, June 3- 5, 2009

/ AGNITIO secures € 5.5 million in second round of funding

/ Expansion: Elaia & Nauta Capital invest 5.5 millon Euros in Agnitio

/ Onondaga County DSS awards Home Health Verification contract to Medical Management Technology Group, Inc. of Troy NY. MMTG

/ International Conference on Biometrics in Sardinia, June 2009

/ Agnitio to Sponsor and Participate at Intelligence Support Systems ISS World Americas Conference in Washington, DC December 9- 11, 2008

/ Agnitio Launches 2nd Generation Automatic Speaker Identification System (ASIS) Product – Addressing Homeland Security (HLS) Requirements

/ Agnitio to participate at the 2nd International Homeland Security Fair held in Madrid, Dec. 1st to Dec. 4th 2008

/ Bankinter deploys AGNITIO's KIVOX product for Automated Password Reset



**Albert E. Sisto** has over 35 years of experience in the high-tech industry and is currently a Venture Partner with Nauta Capital and a General Partner of Sixth Bridge L. P. where he serves as an investor and business advisor to private companies. Al is also currently Chairman of Acctuall, Inc. a SaaS financial services and analytics company and Executive Chairman of CertiVox, Ltd., a SaaS cloud security provider. Prior to Nauta, Al was Chairman and CEO of Hifn from November 2006 until its merger with Exar Corporation in April 2009. He also was Chairman, President and CEO of Phoenix Technologies and Chief Operating Officer RSA Data Security, Inc. Al has also held executive positions at PixelCraft, Inc., MIPS Technologies, Ingres, Intel and Honeywell. Al earned a Bachelor of Science in Engineering from the Stevens Institute of Technology.

**About AGNITIO**

AGNITIO Corp is a fully own subsidiary of AGNITIO SL, a privately owned company with venture capital funding from Nauta Capital (Spain) and Elaia Partners (France). It is the worldwide leader in voice biometrics technology for surveillance and authentication Solutions. AGNITIO's portfolio of products addresses a wide range of government and corporate applications. The company's technology was initially co-developed with some of the world's most reputable police organizations and is currently deployed in over 25 countries.

With its capability of performing text independent voice verification in any language and across different voice channels, AGNITIO provides the most advanced voice biometric technology currently available for the government and corporate sectors.

Contact Information: Steve Hodges

press@agnitio.us

http://www.webwire.com/ViewPressRel.asp?aId=140238

Terms of use© 2001 - 2013 Agnitio S.L.