# Exhibit 15



May 14, 2012 02:00 AM Eastern Daylight Time

## Agnitio Corp. Awarded Contract by the United States Government's TSWG

*This contract will provide enhanced security for mobile devices*

ARLINGTON, Va.--(BUSINESS WIRE)--Agnitio Corp announced that the Advanced Analytic Capabilities Subgroup of the Technical Support Working Group (TSWG – www.tswg.gov) has awarded the company a research and development contract. This award accelerates development and delivers improved voice biometrics- based mobile phone security capabilities. Through this contract Agnitio will integrate and evaluate its mobile voice authentication technology into multiple devices and operating systems. This technology will allow secure remote authentication and allow mobile devices to be used in field tactical operations to identify persons of interest.

"Voice biometrics identification is user friendly but very powerful," said Emilio Martinez, CEO of Agnitio. "In mobile device authentication, enrolling an approved user takes less than one minute and subsequent authentications can be done in as little as 3 seconds with very high selectivity and very low false rejection rates. It is an inexpensive but very accurate and fast way to secure mobile devices." Mr. Martinez continued, "Agnitio technology is used around the world to identify persons of interest and improve homeland security. Putting this capability in a mobile device is truly unique."

> **"Voice biometrics identification is user friendly but very powerful"**

**About AGNITIO** - Agnitio is the worldwide leader in voice biometrics technology for law enforcement, intelligence and authentication solutions. The company's technology is currently deployed in over 30 countries.

With its capability of performing text independent voice verification in any language and across different voice channels, AGNITIO provides the most advanced voice biometric technology currently available for the government and corporate sectors

## Contacts

Steve Hodges, 571-384-7908
press@agnitio.us



