# Exhibit 16

Search all CTTSO Programs: [    ] Search

Home > About TSWG

## About TSWG

### Organization

TSWG operates as a program element under the Combating Terrorism Technical Support Office (CTTSO).

- Home
- About TSWG
- Advanced Analytic Capabilities
- Chemical, Biological, Radiological, and Nuclear Countermeasures
- Explosives Detection
- Improvised Device Defeat
- Investigative Support & Forensics
- Personnel Protection
- Physical Security
- Surveillance, Collection, and Operations Support
- Tactical Operations Support
- Technology Transition
- Training Technology Development

**New 2012 CTTSO Review Book (eBook)**

**2012 CTTSO Review Book (PDF)**

**Locating Products, Technologies, or Publications**

Each subgroup maintains an extensive online repository of products, technologies, and publications that are available to Federal, State, and local government agencies and the first responder community.



### Subgroups

Each subgroup addresses a technical specialty to meet requirements across the four pillars of combating terrorism: antiterrorism, counterterrorism, intelligence support, and consequence management. External Federal agencies appoint senior technical experts to participate as chair persons for the subgroup.

Select the subgroup and focus area of interest to review the products.

### Interagency—Multi-User

TSWG mission success is due in large part to its interagency multi-user configuration. Government agencies across several departments participate in the business cycle, but this participation is not limited just to the Federal Government. TSWG actively seeks input from first responders and other representatives from State and local governments as well as international agencies. By participating in one or more subgroups these entities work together to generate requirements, fund projects, and lend technical expertise to monitor program development.

### Funding Sources

The bulk of TSWG core funding is provided by the Department of Defense. Additional funding is supplied by the Department of State, while other government departments and agencies share the costs of selected projects. Core funding is apportioned across subgroups to provide the resources necessary to fund projects that satisfy combating terrorism requirements.

### Product Transition Goal

Rapid prototyping is the primary focus at the TSWG, but the ultimate goal is to transition products to end users.

To review product lists for individual subgroups select the Products link in the focus area. For more information about product transition and commercialization visit the Technology Transition page at the CTTSO website.

Website and Security Notices | Privacy Policy | FOIA | USA.gov