# Exhibit 17

The solution to mobile fraud and identity theft is as simple as speaking…

WELCOME TO THE NEW AGE OF MOBILE IDENTITY VERIFICATION-SPEAKER RECOGNITION

WELCOME TO THE NEW AGE OF VOICE-SECURE MOBILE TRANSACTIONS

## WELCOME TO

### KIVOX
mobile

The US Federal Trade Commission estimates that as many as 9 million Americans have their identities stolen each year.  In fact, you or someone you know may have experienced some form of identity theft.

Identity theft and fraud has become an increasing problem, especially for those using mobile devices.  Unlike transactions conducted through other channels which can be secured using traditional security measures, mobile devices are still extremely vulnerable and can be easily hacked by man in the browser, malware, or various other attacks which enable sensitive data and information to be stolen.

KIVOX is a ground-breaking technology which is capable of identifying a speaker's voice in such a precise manner that it has been used extensively over the past 15 years by homeland security, forensics, military, and law enforcement agencies around the world as an invaluable tool to fight and prevent crime.

KIVOX is extremely adaptable, as it can be used in any language and also has the distinctive advantage of being able to accurately identify a person who is speaking freely, without requiring them to repeat a specific word or phrase.









# INTRODUCING: KIVOX MOBILE

All of the features and technologies of KIVOX have now been brought together to create KIVOX Mobile. KIVOX Mobile is a Software Development Kit (SDK) which enables on-device speaker verification on any mobile application. KIVOX Mobile is the ONLY SDK available in the market today which can perform speaker verification on device. No network connection or voice transmission is needed using this new, secure method of mobile authentication. Since no enrollment process is necessary with the KIVOX Mobile SDK, everything is made much easier. Users will select and test their own pass phrase for verification using KIVOX App. Your application will only need to handle the verification methods of the KIVOX Mobile SDK. With KIVOX Mobile, users can conduct transactions when and where they want to in a completely secure manner. Whether it's on a smart phone, tablet, laptop, game console, or even in a car, KIVOX Mobile offers a secure, easy, and convenient new way to conduct mobile transactions, anywhere in the world.

## USES OF KIVOX MOBILE

KIVOX Mobile can be used for:
- Voice log-in
- Unlocking mobile devices
- Voice OTP (one time password) to secure transactions
- Secure authentication
- Protecting private documents
- Everyday activities, such as starting your car engine and much more!

## THE TWO SHADES OF KIVOX MOBILE

Since everyone likes to have options, the KIVOX Mobile SDK offers two preferences which are equally secure, but which offer you a choice with regards to how you would like the verification process to occur.

VERIFICATION ON DEVICE enables users to verify their identity on their mobile device without the need for an internet connection. A voice print is securely stored on a person's own device using any language or phrase. The appeal of this option is that a person can literally be on an airplane and they will still be able to unlock their phone or protected files, simply by using their voice.

VERIFICATION ON SERVER (Client-Server architecture) is the second option in which biometric data is collected on the mobile device, quality measures are then checked on the device, and finally, encrypted biometric data is sent over a network for on-server verification. In this preference, no voice print is stored locally.

## THE KIVOX MOBILE ADVANTAGE

With the KIVOX Mobile SDK:
- Customers will no longer need passwords or pin numbers
- Tokens, additional hardware, bank key cards, and time-consuming security questions will not be necessary
- Users will not have to worry about man in the browser or other attacks as their mobile transactions will be completely secure
- Your application will not require an enrollment process. Users will enroll on their own using the KIVOX App
- Set-up is easy for users and can be done by simply selecting a phrase and registering on a device- without the need for any calls
- Transactions can be signed on a person's mobile device before data is submitted
- Customers will eventually have the added advantage of being able to identify themselves by speaking freely, instead of having to select a particular word or phrase