IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>TEXAS INSTRUMENTS, INC.,<br><br>　　　　　Defendant. | Civil Action No. 6:12-cv-499-MHS<br>(Consolidated From 6:12-cv-540)<br><br>**JURY TRIAL DEMANDED** |

### NOTICE OF APPEARANCE OF KRISTEN L. REICHENBACH

Notice is hereby given that the undersigned attorney, Kristen L. Reichenbach, of the law firm Klarquist Sparkman, LLP, enters her appearance in this matter as counsel for Defendant Attributor Corporation for the purpose of receiving notices and orders from the Court.

　　　　　Respectfully submitted,

　　　　　KLARQUIST SPARKMAN, LLP

　　By:　　s/Kristen L. Reichenbach
　　　　　Kristin L. Cleveland (OR State Bar No. 001318)
　　　　　kristin.cleveland@klarquist.com
　　　　　Kristen L. Reichenbach (OR State Bar No. 115858)
　　　　　kristen.reichenbach@klarquist.com
　　　　　John D. Vandenberg (OR State Bar No. 893755)
　　　　　121 SW Salmon Street, Suite 1600
　　　　　Portland, OR 97204
　　　　　Telephone:  (503) 595-5300
　　　　　Facsimile:  (503) 595-5301

　　　　　ATTORNEYS FOR DEFENDANT
　　　　　ATTRIBUTOR CORPORATION

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 28, 2013, a true and correct copy of the above and foregoing document has been served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

s/Kristen L. Reichenbach
Kristen L. Reichenbach
