UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § § | |
| *Plaintiff*, | § § | CASE NO. 6:12-cv-499 MHS |
| v. | § § | LEAD CASE |
| Texas Instruments, Inc., et al., | § § | Jury Trial Demanded |
| *Defendants*. | § § § | |

## AGREED MOTION TO DISMISS WITH PREJUDICE DEFENDANT TV INTERACTIVE SYSTEMS, INC.

Plaintiff Blue Spike, LLC ("Blue Spike") and Defendant TV Interactive Systems, Inc., now known as Cognitive Networks, Inc. ("TV Interactive"), file this Agreed Motion to Dismiss under Fed. R. Civ. P. 41(a)(1)(A)(ii). Blue Spike and TV Interactive agree that:

1. Blue Spike consents to dismissal with prejudice of all of its claims against TV Interactive in this suit.

2. Blue Spike and TV Interactive shall each bear their own attorney fees and costs incurred in connection with this action.

Respectfully submitted,

/s/ Randall T. Garteiser
Randall T. Garteiser
Texas Bar No. 24038912
rgarteiser@ghiplaw.com
Christopher A. Honea
Texas Bar No. 24059967
chonea@ghiplaw.com
Christopher S. Johns
Texas Bar No. 24044849
cjohns@ghiplaw.com
**GARTEISER HONEA, P.C.**
218 N. College Ave.
Tyler, Texas 75702
Telephone:  (903) 705-0828
Facsimile:  (903) 526-5477

Kirk J. Anderson
California Bar No. 289043
Peter S. Brasher
California Bar No. 283992
**GARTEISER HONEA, P.C.**
44 North San Pedro Road
San Rafael, California 94903
Telephone:  (415) 785-3762
Facsimile:  (415) 785-3805

***ATTORNEYS FOR BLUE SPIKE, LLC***

/s/ Christopher Kao (with permission)
Christopher Kao (CA State Bar No. 237716)
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: (650) 838-4406
Facsimile: (650) 838-4606
Email: ckao@perkinscoie.com

***ATTORNEYS FOR TV INTERACTIVE SYSTEMS, INC.***

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email.

    /s/ Randall T. Garteiser

## CERTIFICATE OF CONFERENCE

I certify that on behalf of Blue Spike, LLC, I have met and conferred with counsel for Defendant on May 28, 2013 regarding the relief requested herein. Counsel for Defendant has agreed to this motion.

    /s/ Randall T. Garteiser