UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **Blue Spike, LLC,** | § | |
| *Plaintiff*, | § § § | CASE NO. 6:12-cv-499 MHS |
| v. | § § | LEAD CASE |
| **Texas Instruments, Inc., et al.,** | § § | Jury Trial Demanded |
| *Defendants*. | § § § | |

### ORDER OF DISMISSAL OF TV INTERACTIVE SYSTEMS, INC.

In light of the Agreed Motion to Dismiss filed by Plaintiff Blue Spike, LLC ("Blue Spike") and TV Interactive Systems, Inc., now known as Cognitive Networks, Inc., ("TV Interactive") the Court HEREBY ORDERS as follows:

1. Blue Spike's claims against TV Interactive are hereby dismissed with prejudice.

2. Blue Spike and TV Interactive shall each bear their own attorney fees and costs incurred in connection with this action.