UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § | |
| *Plaintiff*, | § | CASE NO. 6:12-cv-499 MHS |
| v. | § | LEAD CASE |
| TEXAS INSTRUMENTS, INC., et al., | § | Jury Trial Demanded |
| *Defendants*. | § | |

**UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE SUR-REPLY TO DEFENDANT
SOUNDMOUSE, LTD.'S MOTION TO DISMISS**

Plaintiff Blue Spike, LLC ("Blue Spike") respectfully moves the Court for an extension of time within which to file a sur-reply to Defendant Soundmouse Ltd.'s Motion To Dismiss (Dkt. No. 644) ("Motion to Dismiss").

Blue Spike's current deadline file a sur-reply to the Motion to Dismiss is May 28, 2013.

Blue Spike requests an extension of time of until June 3, 2013 to file a sur-reply to the Motion to Dismiss. Counsel for Blue Spike has conferred with counsel for Defendant and Defendant is unopposed to this request for extension of time.

Respectfully submitted,

/s/ Christopher A. Honea
Randall T. Garteiser
 Lead Attorney
 Texas Bar No. 24038912
 rgarteiser@ghiplaw.com

1

2

          Christopher A. Honea
            Texas Bar No. 24059967
            chonea@ghiplaw.com
          Christopher S. Johns
            Texas Bar No. 24044849
            cjohns@ghiplaw.com
          GARTEISER HONEA, P.C.
          218 N. College Avenue
          Tyler, Texas 75702
          (903) 705-0828
          (903) 526-5477 fax

          Kirk J. Anderson
            California Bar No. 289043
          Peter S. Brasher
            California Bar No. 283992
          GARTEISER HONEA, P.C.
          44 North San Pedro Road
          San Rafael, California 94903
          (415) 785-3762
          (415) 785-3805 fax

          ***Counsel for Blue Spike LLC***

## Certificate of Service

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email.

    /s/ Christopher A. Honea

## CERTIFICATE OF CONFERENCE

I certify that on behalf of Blue Spike, LLC, I have met and conferred with counsel for Defendants on May 24, 2013 regarding the relief requested herein. Counsel for Defendants has indicated that they are unopposed to the extension being granted.

    /s/ Christopher A. Honea