UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Blue Spike, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> Texas Instruments, Inc., et al., <br><br> *Defendants*. | CASE NO. 6:12-cv-499 MHS <br><br> LEAD CASE <br><br> Jury Trial Demanded |

**Declaration of Randall Garteiser in Support of Plaintiff Blue Spike LLC's Surreply to Defendant Cognitec System GmbH's Motion to Dismiss**

I, Randall Garteiser, declare as follows:

1. I, Randall T. Garteiser, am a partner in the law firm of Garteiser Honea, P.C.  We represent Plaintiff Blue Spike LLC in this lawsuit.  I have personal knowledge of the information contained in this declaration and can testify to the truth of these statements.

2. Attached hereto as Exhibit 1 is a true and correct copy of printout from Lockheed Martin's website showing Lockheed Martin's U.S. locations and identifying Bethesda, MD as its company headquarters.

I declare on May 30, 2013, in Marin County under penalty of perjury under the laws of the United States that the statements made in this declaration are true and correct.

*/s/* Randall Garteiser
Randall Garteiser

1