# Exhibit 1

# Lockheed Martin Location Map

## Major Business Area Represented in Each Location

**Corporate Headquarters**
*Bethesda, MD*

**IS&GS**
*Rockville, MD*

**IS&GS**
*Gaithersburg, MD*

**MST, IS&GS**
*Baltimore, MD*

**IS&GS**
*Hanover, MD*

**Aero**
*Naval Air Station Patuxent River, MD*

**EO, IS&GS**
*Washington, D.C. Metro Area*

**IS&GS**
*Herndon, VA*

**MST**
*Manassas, VA*

**IS&GS**
*Arlington, VA*

**IS&GS**
*Merrifield, VA*

**IS&GS**
*Ashburn, VA*

**MFC**
*Centreville, VA*

**Aero, MFC, MST, IS&GS**
*Suffolk, VA*

☆ Lockheed Martin Headquarters
**EO** Enterprise Operations
**Aero** Aeronautics
**MFC** Missiles and Fire Control
**MST** Mission Systems and Training
**IS&GS** Information Systems & Global Solutions
**SSC** Space Systems Company

04-11-2013

VC116

