UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § § § | |
| *Plaintiff,* | § § | CASE NO. 6:12-cv-499 MHS |
| v. | § § | LEAD CASE |
| Texas Instruments, Inc., et al., | § § | Jury Trial Demanded |
| *Defendants.* | § § § | |

**Declaration of Randall Garteiser in Support of Plaintiff Blue Spike LLC's Surreply to Defendant Cognitec System Corporation's Motion to Dismiss or Transfer**

I, Randall Garteiser, declare as follows:

1. I, Randall T. Garteiser, am a partner in the law firm of Garteiser Honea, P.C. We represent Plaintiff Blue Spike LLC in this lawsuit. I have personal knowledge of the information contained in this declaration and can testify to the truth of these statements.

2. Attached hereto as Exhibit 1 is a true and correct copy of an article titled "Upending the Uncanny Valley," detailing the use of Defendant's infringing products used at the University of Texas.

I declare on May 30, 2013, in Marin County under penalty of perjury under the laws of the United States that the statements made in this declaration are true and correct.

*/s/* Randall Garteiser
Randall Garteiser

1