UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § | |
| *Plaintiff*, | § § § | CASE NO. 6:12-cv-499 MHS |
| v. | § § | LEAD CASE |
| TEXAS INSTRUMENTS, INC., et al., | § § § | Jury Trial Demanded |
| *Defendants*. | § § | |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A SUR-REPLY TO DEFENDANTS MORPHOTRAK, INC.'S AND SAFRAN USA, INC.'S MOTION TO TRANSFER**

BEFORE THE COURT is Plaintiff Blue Spike, LLC ("Blue Spike") Unopposed Motion for Extension of Time to File a Sur-Reply to Defendants MorphoTrak, Inc.'s and Safran USA, Inc.'s Motion To Transfer (Dkt. No. 611) ("Motion to Transfer"). The Court, having noted that the relief requested in unopposed, is of the opinion that the Motion should be granted.

IT IS ORDERED that Plaintiff Blue Spike, LLC shall have until May 31, 2013 to file a sur-reply to the Motion to Transfer (Dkt No. 611).