UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § | |
| *Plaintiff,* | § | CASE NO. 6:12-cv-499 MHS |
| v. | § | LEAD CASE |
| Texas Instruments, Inc., et al., | § | Jury Trial Demanded |
| *Defendants.* | § | |

**Declaration of Randall Garteiser in Support of Plaintiff Blue Spike LLC's Surreply to Defendants MorphoTrak, Inc.'s and Safran USA, Inc.'s Motion to Transfer**

I, Randall Garteiser, declare as follows:

1. I, Randall T. Garteiser, am a partner in the law firm of Garteiser Honea, P.C. We represent Plaintiff Blue Spike LLC in this lawsuit. I have personal knowledge of the information contained in this declaration and can testify to the truth of these statements.

2. Attached hereto as Exhibit 1 is a true and correct copy of a press release announcing a partnership between MorphoTrak, Inc. and Amano Cincinnati, Inc.

3. Attached hereto as Exhibit 2 is a true and correct copy of a website article describing the relationships between MorphoTrust, MorphoTrak, and Safran.

4. Attached hereto as Exhibit 3 is a true and correct copy of a website printout listing registered attendees of the Biometric Consortium Conference and Technology Expo beginning September 17, 2013. MorphoTrak is listed along with other named defendants in this consolidated action.

I declare on May 31, 2013, in Marin County under penalty of perjury under the laws of the United States that the statements made in this declaration are true and correct.

                                                                                                   */s/* Randall Garteiser
                                                                                                   Randall Garteiser