# Exhibit 1

          

**FOR IMMEDIATE RELEASE:**

Amano Cincinnati, Inc.                                    MorphoTrak
140 Harrison Avenue                                       113 South Columbus St, 4th Floor
Roseland, NJ  07068                                      Alexandria, VA 22314
Toll free: 800-526-2559                                  Toll free: 800-601-6790
Fax: 973-364-1091                                        Fax: 703-706-9549
Email: access@amano.com                                  Email : info@morphotrak.com

Amano Announces Platinum Partner Status with Biometrics Leader MorphoTrak

**Roseland, NJ – May 21, 2010 –**The Time and Security Division of Amano Cincinnati, Inc. today announced the conclusion of an agreement with MorphoTrak (Safran group) to become a Certified Platinum Partner in promoting MorphoTrak's biometric solutions.  Partnering with MorphoTrak, a subsidiary of Sagem Sécurité (Safran Group) and multi-biometric leader, establishes Amano as the only provider of biometric-enabled and integrated Time and Security solutions.  The integration of MorphoTrak's advanced technologies with Amano's software expands the flexibility of our one-stop solution.

After several years experience with keyless entry systems, including hand-geometry solutions, Amano believes the introduction of MorphoTrak technology will meet the stringent requirements of mid to large-sized organizations requiring an enterprise-wide solution.  Amano is now able to provide a single platform that allows businesses and government enterprises to integrate fingerprint identification and authentication with time and attendance, payroll, access control, asset protection and job costing applications.

*"This Platinum Partner relationship will allow Amano's dealers to compete aggressively in markets where biometrics has not delivered the required performance,"* stated Alan Poulton, President of Amano's Time and Security Division. *"Amano will provide assistance of its extensive sales; marketing, engineering and customer support team to help organizations achieve optimum people and asset protection results."*

 *"Amano's commitment to fully integrated biometric solutions meets the demands of the market for fingerprint-based technology as an integral part of multiple applications within a business.  Amano's Dealer Network has both the experience and track record for delivering excellent installations and support,"* said Gary Jones, MorphoTrak's Partner Channel Executive.  *"MorphoTrak is excited about investing in the growth of this important relationship. There is strong synergy in MorphoTrak and Amano's brand reputation."*

The full range of Sagem Sécurité readers carried by MorphoTrak includes MorphoSmart Optic enrollment stations and MorphoAccess fixed readers for Time and Access Control.  Additional features include Wi-Fi, IP65 waterproof devices, and a range of portable biometric readers for 'roaming' time and attendance applications.

MorphoTrak has over thirty-five years experience in fingerprint technology and pioneered Automated Fingerprint Identification systems (AFIS).  Since then MorphoTrak has continued to innovate and excel, successfully deploying fingerprint technology to manage over 2.5 Billion fingerprints in over forty countries.

**ABOUT AMANO CINCINNATI, INC:**

Amano Cincinnati, Inc., a world-class manufacturer with more than 100 years of experience in Time & Attendance Solutions manufactures and distributes an array of time recorders, biometrics and time & attendance tracking systems.

Amano Cincinnati, Inc. delivers cutting-edge security products ranging from single door to multi-site enterprise access control and video management systems.  Our security solutions can perform as a stand-alone system or seamlessly integrate with Amano's Time & Attendance and most payroll applications.

For more information about our innovative Time & Security products, please contact us at 1-800-526-2559 or visit us at www.amano.com.


### ###


**About MorphoTrak Inc.**

MorphoTrak Inc., a subsidiary of Safran USA, provides biometric and identity management solutions to the U.S. and Canadian markets. Formed in April 2009 from the merger of Sagem Morpho Inc. and Motorola's biometric division, Printrak, MorphoTrak's markets include law enforcement, border control, civil identification, facility/IT security and access control. MorphoTrak and its global parent Sagem Sécurité - part of the Safran group - are leading innovators in large fingerprint identification systems, facial and iris recognition, as well as identity credentials. MorphoTrak employs over 450 persons in the U.S., with headquarters near Washington D.C., major corporate facilities in Anaheim, CA and Tacoma, WA, and regional facilities throughout the U.S.

For more information, please contact us at 1-800-601-6790 or visit us at www.morphotrak.com