# Exhibit 2

 We make it easier.

 In Partnership with:

**Browse Company Record**
Fact Sheet
Overview
History
People
Products & Operations
Subsidiaries & Affiliates
Competitors
Financials

**Tools**
 Print this page

# MorphoTrust USA, Inc.

| | |
|---|---|
| 296 Concord Rd. | **Phone:** 978-215-2400 |
| **Billerica, MA** | **Fax:** 978-215-2500 |
| 01821 | |
| **United States** | Map This Company |
| http://www.morphotrust.com | Hoover's coverage by Adam Anderson |

## Overview

MorphoTrust has five facilities located in Minnesota, Massachusetts, New Jersey, Tennessee, and Virginia.

Prior to its acquisition, the company had struggled to grow its secure credentialing and biometrics portfolio as well as its global market presence. Recognizing the benefits of a deep-pocket parent, it joined French conglomerate SAFRAN's security business MorphoTrak and changed its name to MorphoTrust. SAFRAN gained the company's operating and holding company, which includes its Solutions (biometrics, secure credentialing, and enterprise access) and Enrollment Services divisions. Off the sale block, MorphoTrust's government consulting services were purchased in early 2011 by BAE Systems' subsidiary BAE Systems Information Solutions for almost $300 million. The deal included its intelligence services group, comprising SpecTal, Advanced Concepts, and McClendon.

In the meantime, MorphoTrust's acquisitions over the years have helped fuel an annual increase in cash flow from operations, enabling the company to compete for a larger share of the rising demand for tools to counter terrorism, crime, and identity theft. In spring 2010 the company acquired Retica Systems, including inventory, software, and intellectual property assets, for an undisclosed amount. Retica's lineup touted a portable camera, branded Mobile Eyes, that captures both irises, simultaneously, and Eagle Eyes, a surveillance system that identifies individuals in crowds. The products complemented MorphoTrust's existing iris recognition technologies as well as opened the door to commercial identity applications. Prospective markets included the health care and gaming industries, which exact a lower cost, yet accurate security management tool.

Continue To History

Search the site  [SEARCH]
(Company name or ticker or symbol)

Copyright © 2013, Hoover's Inc., All Rights Reserved.