# Exhibit 3



May 22, 2013

| Welcome | Who to Contact | Conference | Technology Expo | Floor Plan | Exhibitor List | Sponsorship | Consortium Home |

Exhibitor List >

## Exhibitor List Index

A  B  C  D  E  F  G  H  I  J  K  L  M  N  O  P  Q  R  S  T  U  V  W  X  Y  Z  Others  All

### Exhibitor List

| MY EXPO PLAN | COMPANY NAME | BOOTH# | FEATURED EXHIBITOR |
|---|---|---|---|
| ☐ | 3dMD | 619 | - |
| ☐ | 3M Cogent, Inc. | 501 | - |
| ☐ | AFCEA International | 513 | - |
| ☐ | AFIS and Biometrics Consulting Inc. | 219 | - |
| ☐ | Aware, Inc. | 312 | - |
| ☐ | Biomorf Lone Indonesia | 101 | - |
| ☐ | Center for Identification Technology Research (CITeR) | 118 | - |
| ☐ | CGI | 507 | - |
| ☐ | Cognitec Systems Corporation | 421 | - |
| ☐ | ColorID, LLC | 528 | - |
| ☐ | Cross Match Technologies, Inc. | 201 | - |
| ☐ | Daon, Inc. | 429 | - |
| ☐ | DigitalPersona, Inc. | 618 | - |
| ☐ | EyeVerify | 607 | - |
| ☐ | Fujitsu Frontech North America | 318 | - |
| ☐ | HOLD | 411 | - |
| ☐ | i3 - Identification International, Inc. | 518 | - |
| ☐ | Ideal Innovations, Inc. | 335 | - |
| ☐ | Identification Technology Partners, Inc. | 419 | - |
| ☐ | IEEE Certified Biometrics Professional (CBP) Program | 319 | - |
| ☐ | IntegenX Inc. | 320 | - |
| ☐ | International Biometric Group (IBG) | 213 | - |
| ☐ | Iris ID Systems, Inc. | 418 | - |
| ☐ | IriTech, Inc. | 223 | - |
| ☐ | Lumidigm, Inc. | 329 | - |
| Previous | 1 2 | | Next |

Update My Expo Plan



May 22, 2013

| Welcome | Who to Contact | Conference | Technology Expo | Floor Plan | Exhibitor List | Sponsorship | Consortium Home |

Exhibitor List >

# Exhibitor List Index

A  B  C  D  E  F  G  H  I  J  K  L  M  N  O  P  Q  R  S  T  U  V  W  X  Y  Z  Others  All

## Exhibitor List

| MY EXPO PLAN | COMPANY NAME | BOOTH# | FEATURED EXHIBITOR |
|---|---|---|---|
| ☐ | Mentalix | 606 | - |
| ☐ | MorphoTrak | 301 | - |
| ☐ | MorphoTrust USA | 629 | - |
| ☐ | National Forensic Science Technology Center (NFSTC) | 323 | - |
| ☐ | NEC Corporation | 401 | - |
| ☐ | NexID Biometrics | 310 | - |
| ☐ | Northrop Grumman | 328 | - |
| ☐ | Northstar Recruiting, Inc. | 523 | - |
| ☐ | NVLAP | 112 | - |
| ☐ | Ron Smith and Associates | 228 | - |
| ☐ | SAIC | 209 | - |
| ☐ | SecuGen Corporation | 519 | - |
| ☐ | Smart Sensors, Ltd. | 435 | - |
| ☐ | Sotera Defense Solutions, Inc. | 608 | - |
| ☐ | SRI International Sarnoff | 113 | - |
| ☐ | Unisys Corporation | 308 | - |
| ☐ | Vocord Company | 600 | - |
| ☐ | West Virginia Biometrics Initiative | 529 | - |
| Previous | | 1 2 | Next |

Update My Expo Plan

▲TOP

Copyright ##year## © a2z, Inc. All rights reserved.
powered by
a2zShow