IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § § § § § § § § § § § | |
| *Plaintiff*, | | CASE NO. 6:12-cv-499 MHS |
| v. | | LEAD CASE |
| Texas Instruments, Inc., et al., | | Jury Trial Demanded |
| *Defendants*. | | |

**PLAINTIFF BLUE SPIKE'S REPLY IN RESPONSE TO
DEFENDANT ENSWERS, INC.'S COUNTERCLAIMS**

Plaintiff Blue Spike, LLC ("Blue Spike") files this Reply to the Counterclaims of Defendant Enswers, Inc. ("Enswers" or "Defendant") (Case No. 6:12-cv-499, Dkt. No. 792) as follows. All allegations not expressly admitted or responded to by Blue Spike are denied.

**PARTIES**

1. Blue Spike admits the allegations of Paragraph 1, upon information and belief.

2. Blue Spike admits the allegations of Paragraph 2.

**JURISDICTION AND VENUE**

3. Blue Spike admits the allegations of Paragraph 3.

4. Blue Spike admits the allegations of Paragraph 4.

5. Blue Spike admits the allegations of Paragraph 5.

**EXISTENCE OF ACTUAL CONTROVERSY**

6. Blue Spike admits the allegations of Paragraph 6.

7. Blue Spike admits the allegations of Paragraph 7.

8. Blue Spike admits the allegations of Paragraph 8.

### FIRST COUNTERCLAIM: DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF THE '175 PATENT

9. Plaintiff repeats and incorporates by reference its responses to the allegations contained in Paragraphs 1 through 8 above.

10. Blue Spike denies the allegations of Paragraph 10.

11. Blue Spike admits that Defendant's denial of its allegations of infringement have created an actual controversy, but denies the remaining allegations of Paragraph 11, to the extent they are allegations and not a prayer for relief.

### SECOND COUNTERCLAIM: DECLARATORY JUDGMENT OF INVALIDITY OF THE '175 PATENT

12. Plaintiff repeats and incorporates by reference its responses to the allegations contained in Paragraphs 1 through 11 above.

13. Blue Spike denies the allegations of Paragraph 13.

14. Blue Spike admits that Defendant's denial of its allegations of infringement have created an actual controversy, but denies the remaining allegations of Paragraph 14, to the extent they are allegations and not a prayer for relief.

### THIRD COUNTERCLAIM: DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF THE '494 PATENT

15. Plaintiff repeats and incorporates by reference its responses to the allegations contained in Paragraphs 1 through 14 above.

16. Blue Spike denies the allegations of Paragraph 16.

17. Blue Spike admits that Defendant's denial of its allegations of infringement have created an actual controversy, but denies the remaining allegations of Paragraph 17, to the extent they are allegations and not a prayer for relief.

## FOURTH COUNTERCLAIM: DECLARATORY JUDGMENT OF INVALIDITY OF THE '494 PATENT

18. Plaintiff repeats and incorporates by reference its responses to the allegations contained in Paragraphs 1 through 17 above.

19. Blue Spike denies the allegations of Paragraph 19.

20. Blue Spike admits that Defendant's denial of its allegations of infringement have created an actual controversy, but denies the remaining allegations of Paragraph 20, to the extent they are allegations and not a prayer for relief.

## FIFTH COUNTERCLAIM: DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF THE '700 PATENT

21. Plaintiff repeats and incorporates by reference its responses to the allegations contained in Paragraphs 1 through 20 above.

22. Blue Spike denies the allegations of Paragraph 22.

23. Blue Spike admits that Defendant's denial of its allegations of infringement have created an actual controversy, but denies the remaining allegations of Paragraph 23, to the extent they are allegations and not a prayer for relief.

## SIXTH COUNTERCLAIM: DECLARATORY JUDGMENT OF INVALIDITY OF THE '700 PATENT

24. Plaintiff repeats and incorporates by reference its responses to the allegations contained in Paragraphs 1 through 23 above.

25. Blue Spike denies the allegations of Paragraph 25.

26. Blue Spike admits that Defendant's denial of its allegations of infringement have created an actual controversy, but denies the remaining allegations of Paragraph 26, to the extent they are allegations and not a prayer for relief.

### SEVENTH COUNTERCLAIM: DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF THE '472 PATENT

27. Plaintiff repeats and incorporates by reference its responses to the allegations contained in Paragraphs 1 through 26 above.

28. Blue Spike denies the allegations of Paragraph 28.

29. Blue Spike admits that Defendant's denial of its allegations of infringement have created an actual controversy, but denies the remaining allegations of Paragraph 29, to the extent they are allegations and not a prayer for relief.

### EIGHTH COUNTERCLAIM: DECLARATORY JUDGMENT OF INVALIDITY OF THE '472 PATENT

30. Plaintiff repeats and incorporates by reference its responses to the allegations contained in Paragraphs 1 through 29 above.

31. Blue Spike denies the allegations of Paragraph 31.

32. Blue Spike admits that Defendant's denial of its allegations of infringement have created an actual controversy, but denies the remaining allegations of Paragraph 32, to the extent they are allegations and not a prayer for relief.

### PRAYER FOR RELIEF

Blue Spike denies that Defendant is entitled to any of the relief it requests.

### PLAINTIFF'S PRAYER FOR RELIEF

In addition to the relief requested in its Original Complaint, Blue Spike respectfully requests a judgment against Defendant as follows:

    (a)    That Defendant take nothing by its Counterclaims;

(b) That the Court award Blue Spike its costs and attorneys' fees incurred in defending against these Counterclaims; and

(c) Any and all further relief for Blue Spike as the Court may deem just and proper.

Respectfully submitted,

  /s/ Randall T. Garteiser
Randall T. Garteiser
  Lead Attorney
  Texas Bar No. 24038912
  rgarteiser@ghiplaw.com
Christopher A. Honea
  Texas Bar No. 24059967
  chonea@ghiplaw.com
Christopher S. Johns
  Texas Bar No. 24044849
  cjohns@ghiplaw.com
**GARTEISER HONEA, P.C.**
218 North College Avenue
Tyler, Texas 75702
(903) 705-0828
(903) 526-5477 fax

Kirk J. Anderson
  California Bar No. 289043
Peter S. Brasher
  California Bar No. 283992
**GARTEISER HONEA, P.C.**
44 North San Pedro Road
San Rafael, California 94903
(415) 785-3762
(415) 785-3805 fax

***Counsel for Blue Spike, LLC***

## CERTIFICATE OF SERVICE

      I, Randall T. Garteiser, am the ECF User whose ID and password are being used to file this document.  I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this day.  Pursuant to Federal Rule of Civil Procedure 5, this document was served via U.S. Mail and electronic means to counsel for Defendant that are not receiving this document via CM/ECF.

      /s/ Randall T. Garteiser
      Randall T. Garteiser