IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC | § § | CIVIL ACTION NO. 6:12-CV-499-LED |
| VS. | § § § § | (LEAD CASE) |
| TEXAS INSTRUMENTS, INC., ET AL | § | |

| | | |
|---|---|---|
| BLUE SPIKE, LLC | § § | CIVIL ACTION NO. 6:12-CV-576-LED |
| VS. | § § § | (CONSOLIDATED CASE) |
| AUDIBLE MAGIC CORPORATION, ET AL | § | |

**DEFENDANT TUNECORE, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO FILE ANY RESPONSE TO DEFENDANT AUDIBLE MAGIC CORPORATION'S AND ITS CUSTOMERS' MOTION TO TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA UNDER 28 U.S.C. § 1404(A) [D.E. 771]**

Defendant TuneCore, Inc. files this unopposed motion for an extension of time in which to file any response to Defendant Audible Magic Corporation's and its Customers' Motion to Transfer Venue to the United States District Court for the Northern District of California under 28 U.S.C. § 1404(a) [D.E. 771].

1. The date by which TuneCore is currently required to file any response is June 10, 2013. TuneCore hereby moves for an extension of time through and including June 24, 2013.

2. TuneCore respectfully submits that good cause exists and seeks the requested extension in order to adequately and properly respond to Audible Magic's motion.

3. Wherefore, TuneCore moves for an extension of time to and including June 24, 2013

to file any response.

Dated:  June 10, 2013

                                  Respectfully submitted,

                                   /S/ MELISSA R. SMITH
Melissa R. Smith
Lead Attorney
Texas Bar No. 24001351
melissa@gillamsmithlaw.com
GILLAM & SMITH
303 S. Washington Avenue
Marshall, TX 75670
Telephone:    (903) 934-8450
Facsimile:     (903) 934-9257

Kenneth L. Nissly
California Bar No. 77589
knissly@omm.com
Susan van Keulen (*pro hac vice pending*)
California Bar No. 136060
svankeulen@omm.com
Susan Roeder *(pro hac vice pending)*
California Bar No. 160897
sroeder@omm.com
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California  94025
Telephone:    (650) 473-2600
Facsimile:     (650) 473-2601

***Counsel for Defendant TuneCore, Inc***.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of Defendant TuneCore, Inc.'s Motion for an Extension of Time in Which to File any Response to Defendant Audible Magic Corporation's and its Customers' Motion to Transfer Venue to the United States District Court for the Northern District of California under 28 U.S.C. § 1404(a) [D.E. 771], via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 10th day of June, 2013.

　　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Melissa R. Smith