**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| BLUE SPIKE, LLC | § § | CIVIL ACTION NO. 6:12-CV-499-LED |
| VS. | § § § § | (LEAD CASE) |
| TEXAS INSTRUMENTS, INC., ET AL | § | |

| | | |
|---|---|---|
| BLUE SPIKE, LLC | § § | CIVIL ACTION NO. 6:12-CV-576-LED |
| VS. | § § § | (CONSOLIDATED CASE) |
| AUDIBLE MAGIC CORPORATION, ET AL | § | |

**ORDER**

Before the Court is Defendant TuneCore, Inc.'s ("TuneCore") unopposed Motion for an Extension of Time in Which to File Any Response to Defendant Audible Magic Corporation's and its Customers' Motion to Transfer Venue to the United States District Court for the Northern District of California under 28 U.S.C. § 1404(a) [D.E. 771].

The Court hereby orders that TuneCore shall have to and including June 24, 2013 in which to file its reply.

IT IS SO ORDERED.