IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>    Plaintiff,<br>v.<br><br>TEXAS INSTRUMENTS, INC., *et al.*,<br><br>    Defendant. | Civil Action No. 6:12-cv-499-LED<br><br>LEAD CASE |
| BLUE SPIKE, LLC,<br><br>    Plaintiff,<br>v.<br><br>SMART MEDIA INNOVATIONS, LLC, *et al.*,<br><br>    Defendants. | Civil Action No. 6:13-cv-110-MHS<br><br>CONSOLIDATED CASE |

## REQUEST FOR TERMINATION OF ELECTRONIC NOTICES

Kenneth M. Motolenich-Salas of the law firm of Weiss & Moy, P.C., pursuant to Rule CV-11(f), requests that the Clerk of this Court remove his name from the list of persons authorized to receive electronic notices in this case.

Respectfully submitted this 10th day of June, 2013.     WEISS & MOY, P.C.

                                          By: /s/ Kenneth M. Motolenich-Salas
                                              Kenneth M. Motolenich-Salas
                                              4204 N Brown Avenue
                                              Scottsdale, AZ 85251
                                              Tel.: (480) 994-8888
                                              Fax: (480) 947-2663
                                              Email: kmotolenich@weissiplaw.com

                                              Attorney for Smart Media Innovations, LLC
                                              and Smart Media Innovations, Ltd.

**CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

Dated: June 10, 2013                                                     */s/ Kenneth M. Motolenich-Salas*
                                                                               Kenneth M. Motolenich-Salas