UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § § § | |
| *Plaintiff,* | § § | Case No. 6:12-cv-499-MHS |
| v. | § § | Lead Case |
| Texas Instruments, Inc. *et al.,* | § § | Jury Trial Demanded |
| *Defendants.* | § § § | |

**ORDER DENYING DEFENDANT AMANO CINCINNATI, INC'S MOTION TO STRIKE [DKT. 769]**

Defendant Amano Cincinnati, Inc. ("Amano") has asked the Court to strike Blue Spike's surreply (Dkt. 742) on the basis that it purportedly expands the complaint. *See* Dkt. 768. Reviewing the moving papers, the Court denies Amano's motion.

Amano did not seek leave to file its motion as required by Local Rule CV-7(f). Additionally, Amano does not cite any law that supports striking Blue Spike's surreply. Accordingly, Amano has not met its burden.

THEREFORE, the Court hereby DENIES Amano's motion to strike (Dkt. 769).

**IT IS SO ORDERED.**