## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>        Plaintiff<br><br>vs.<br><br>TEXAS INSTRUMENTS, INC., et al.,<br><br>        Defendant. | Civil Action No. 6:12-cv-00499-MHS)<br><br>LEAD CASE |
| BLUE SPIKE, LLC,<br><br>        Plaintiff<br><br>vs.<br><br>TV INTERACTIVE SYSTEMS, INC.,<br><br>        Defendant. | Civil Action No. 6:12-cv-00684-LED<br><br>CONSOLIDATED CASE |

**DEFENDANT TV INTERACTIVE SYSTEMS, INC.'S
REQUEST FOR TERMINATION OF ELECTRONIC NOTICES**

Christopher Kao of the law firm of Perkins Coie LLP, pursuant to Rule CV-11(f), requests that the Clerk of this Court remove his name from the list of persons authorized to receive electronic notices in this case.

Dated: June 10, 2013

PERKINS COIE LLP

      /s/ Christopher Kao
Christopher Kao (CA State Bar No. 237716)
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: (650) 838-4406
Facsimile: (650) 838-4606
Email: ckao@perkinscoie.com

Attorneys for Defendant
TV Interactive Systems, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 10th day of June, 2013, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                                           */s/ Christopher Kao*
                                                                                 Christopher Kao