IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
| Plaintiff, | § | CASE NO. 6:12-CV-499 MHS |
| v. | § | LEAD CASE |
| TEXAS INSTRUMENTS, INC., ET AL. | § | |
| Defendants. | § | |
| BLUE SPIKE, LLC, | § | |
| Plaintiff, | § | |
| v. | § | CASE NO. 6:13-CV-38-MHS |
| ANIMETRICS, INC., | § | CONSOLIDATED CASE |
| Defendant. | § | |

**ORDER DENYING PLAINTIFF'S MOTION
TO AUTHORIZE JURISDICTIONAL DISCOVERY**

After considering Plaintiff Blue Spike, LLC's Motion to Authorize Jurisdictional Discovery, Defendant Animetrics, Inc.'s response thereto, and any reply or oral argument presented by the parties, the Court is of the opinion that the Motion to Authorize Jurisdictional Discovery should be DENIED.

IT IS THEREFORE ORDERED that Plaintiff Blue Spike, LLC's Motion to Authorize Jurisdictional Discovery is DENIED.

4694856.1