IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | |
|---|---|
| Blue Spike, LLC,<br>  *Plaintiff*,<br><br>v.<br><br>Texas Instruments, Inc., et al.,<br>  *Defendants*. | Civil Action No. 6:12-cv-00499<br><br>JURY TRIAL DEMANDED |

### ORDER DENYING ENSEQUENCE, INC.'S MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE

On this day came for consideration Defendant Ensequence, Inc.'s Motion to Dismiss Plaintiff Blue Spike, LLC's Complaint in the above-captioned proceeding for lack of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2) and improper venue pursuant to Fed. R. Civ. P. 12(b)(3). Having considered both Ensequence, Inc.'s motion and supporting papers and Blue Spike, LLC's opposition and supporting papers, the Court is of the opinion that said motion should be DENIED.

IT IS HEREBY ORDERED that Ensequence, Inc.'s Motion to Dismiss is hereby denied on the grounds that Ensequence, Inc. has had the requisite "minimum contacts" within the State of Texas or the Eastern District of Texas to permit this Court to exercise personal jurisdiction over Ensequence, Inc. Fed. R. Civ. P. 12(b)(2). The Eastern District of Texas is the proper venue for this lawsuit.

IT IS SO ORDERED.