# Exhibit 1

Why Interactive Television  Programmers  Service Providers  Advertisers  Clients  About Ensequence



# Clients

: Clients

## Programmers

  

  

  

  

  

  




## Service Providers











## iTV Advertising Campaigns Created by Ensequence




















©2012 Ensequence