# Exhibit 2

11/2/12 iTV Manager Programmer Edition | The leader in the iTV companion interactive and social TV advertising.

Case 6:12-cv-00499-RWS-CMC Document 809-4 Filed 06/13/13 Page 2 of 4 PageID #: 8284



Why Interactive Television   Programmers   Service Providers   Advertisers   Clients   About Ensequence

# iTV Manager Programmer Edition
Home : Programmers : iTV Manager Programmer Edition

The Ensequence iTV Manager® Programmer Edition enables you to broadly deploy interactive television experiences to increase advertising effectiveness and programming ratings through measurable, higher engagement levels with your content. iTV Manager lets you create, manage and deploy interactivity across unlimited interactive programs and sponsorships.

A lifecycle and workflow management platform, iTV Manager significantly reduces the complexity of iTV development and deployment, making it possible to implement interactive experiences at the velocity and quality required by your viewers and your advertisers. From template creation and re-versioning, to scheduling and playout, iTV Manager is a simple, powerful platform that delivers highly immersive programming.

The iTV Manager Programmer Edition elegantly scales the volume of interactive experiences through a robust, intuitive web interface. A modular system, its components can be readily integrated into existing Ad Sales and broadcast infrastructures. Components consist of the iTV Manager Core Platform, and several modules that you can add to create the perfect iTV infrastructure for your programming and ads.

iTV Manager products can be licensed individually, in groups, or as a Managed Service.

**BENEFITS**

- Simplify the challenges of iTV experience creation, certification and deployment.
- Use a simple, familiar interface to manage, monitor and change your iTV experiences.
- Create iTV experiences from design to deployment.
- Ensure your interactive content is always up to date and in sync with your programs and ads.
- Always be informed about the effectiveness of your interactive content.

*Customize your iTV Manager edition based on the options below:*



| iTV Manager Core Platform |
|---|

The core platform is included for all system components and connect modules. The core platform contains:

- **Scalable content repository.** Facilitates the management of iTV experiences throughout all stages of their lifecycle. All application templates, their workflows, versions, assets and system configurations and metadata are stored here.

11/2/12 iTV Manager Programmer Edition - The world's leading company in interactive and social TV, and...

Case 6:12-cv-00499-RWS-CMC Document 809-4 Filed 06/13/13 Page 3 of 4 PageID #: 8285

- **Browser-based client.** Provides easy access to the iTV Manager Programmer Edition from Windows and Mac computers.
- **Real-time interactive TV rendering engine.** Provides preview of iTV applications and instant feedback to all workflow actions via dynamic thumbnail generation.
- **User administration console.** Allows access to iTV Manager's secure, multi-enterprise system of roles, privileges and security levels.
- **Standards-based architecture.** Supports industry standards, including ETV-BIF I04, SCTE 130, CoDF, CIP, SaFi and others.
- **Program management interface.** Easily schedule complex interactive enhancements against your programs' schedules.
- **Rules-based scheduling.** A robust scheduling system that allows easy reconciliation of network, series, program and interstitial interactivity within a programmer's schedule.
- **Centralized management interface.** Access your management console from any web browser.

Click here to view a screen shot of the iTV Manager

## Master Template

The iTV Manager Master Template Module lets you easily define new application types from authored ETV-BIF applications.

Use the Master Template Module for:

- Importing new interactive applications created in Ensequence's Create ETV-BIF authoring environment.
- Creating template workflows for virtually any aspect of an authored ETV-BIF application.
- Defining global child-templates to enable easy productization of interactive advertising templates.

Click here to view a screen shot of the Master Template Module

## Versioning

The iTV Manager Versioning Module template-based re-versioning makes the versioning and re-versioning process powerful, flexible and simple.

Use the Versioning Module for:

- Accessing and updating content via an intuitive browser-based user interface and programmatic versioning API.
- Managing varying levels of access for individual users in multiple enterrprises who are located in different geographical locations.
- Scheduling of workflow and review due dates.
- Re-versioning and reviewing of application templates based on a pre-defined template workflow.
- Ensuring that only approved applications can be released for broadcast.
- Enforcing re-versioning rules so that all changes are compliant with the certified application.

## Playout

The iTV Manager Playout Module provides "Late Bind" functionality to enable real-time insertion of interactivity into the program stream. The Playout Module employs an extensible architecture that is integrated with commercially available and proprietary streamers, including Softel MediaSphere™ and S&T TSBroadcaster™ (requires connect licenses).

Use the Playout Module for:

- Application signal management.
- Application scheduling and interactive insertion.
- Carousel generation.
- Application playout monitoring.

Click here to view a screen shot of the iTV Manager Playout Module

11/2/12 iTV Manager Programmer Edition | The world's leading company in interactive and social TV — ava...

Case 6:12-cv-00499-RWS-CMC Document 809-4 Filed 06/13/13 Page 4 of 4. PageID #: 8286

### Live Event

The iTV Manager Live Event Module is optimized for management of interactivity during live programming events.

Use the Live Event Module for:

- Dynamic management of pre-defined graphics and text resources.
- "Preview" and "Live" monitors.
- Pushing graphics and text on-demand to EBIF applications running on a set-top box.

### Dynamic Data

The iTV Manager Dynamic Data Module makes use of external data sources such as RSS or other XML feeds for enhanced content delivery.

Use the Dynamic Data Module for an easy-to-use toolset to create and manage dynamic, data-driven interactivity such as weather and sports applications.

Click here to view a screen shot of the iTV Manager Dynamic Data Module

### Response

The iTV Manager Response Module manages and fulfills responses to interactive TV experiences such as voting and RFI fulfillment.

Use the Response Module for:

- Managing customer responses and aggregation with service providers' systems.
- Tallying voting and polling results for up-to-the-moment results.
- Aggregating results from multiple sources, such as web or phone results, and including them in the iTV results.
- Integrating with service providers' customer databases to associate responses with customers for on-line or off-line fulfillment.
- Securely authenticating data sources.

### Metrics

The iTV Manager Metrics Module provides an automated reporting system for interactive ad and programming reporting.

Use the Metrics Module for:

- Reporting the key metrics required for interactive ads and programming.
- Online access to standard reports.
- Scheduled and on-demand reports.

Click here to view a screen shot of the iTV Manager Metrics Report

©2012 Ensequence