# Exhibit 3

# enseQuence

Why Interactive Television    Programmers    Service Providers    Advertisers    Clients    About Ensequence



## About Ensequence

Home : About Ensequence

Ensequence gives you the reach and branding power of television with the accountability and engagement of digital media. We work with the world's leading advertisers, programmers and service providers to create the most dynamic social and interactive television experiences in the industry.

**Ensequence: The smartest way to build an interactive TV business.**

Ensequence software and services enable you to build a scalable interactive TV business, which dramatically increases viewer engagement and advertising revenue. With Ensequence, you can develop and deploy a high volume of interactive TV experiences quickly and affordably. An experience that used to take several months to develop can, in many instances, now be created in a matter of weeks and updated in as little as a few hours—making it not just faster but more affordable. And only Ensequence can deliver these experiences across every platform—cable, satellite, telco, smartphones, tablets and connected TVs.

**Powerful software.**

Our industry-leading software gives you the ability to create, distribute and measure the results of your interactive TV content. It combines technical power with a highly visual and easy to use environment and gives you the flexibility to build and deploy a wide range of interactive TV experiences—from the simplest to the most advanced.

**Award-winning creative services.**

Our award-winning Creative Services team guides you through the breadth of interactive television possibilities and helps you determine the most effective and creative ways to engage viewers. Our extensive knowledge of each platform's capabilities makes it possible for us to build the most powerful and innovative experience once and deliver it consistently across every platform.

**Turnkey solution.**

When you're looking for the easiest way to bring groundbreaking viewing experiences to life, Ensequence offers a full range of professional services. Our team can manage any step of the process. We can produce the experience, manage the deployment, and integrate seamlessly with your existing billing, transactional and fulfillment systems. We fully test each interactive television experience before it goes to air and we provide world-class support around the clock.

**Web-like performance metrics.**

Our software offers web-like performance metrics and provides customized and standardized reports, enabling you to measure viewer engagement and maximize your return on investment. Viewer behavior metrics allow you to refine your content for even greater effectiveness.

**Innovator in interactive television.**

Ensequence has been credited with a number of 'firsts' in the industry including the first live interactive television application to be deployed across multiple platforms and the first interactive TV advertising campaign in the United States to enable consumers to make a purchase with their remote control. And we continue to win television's most prestigious awards including a 2008 Emmy for the MLB.TV Mosaic and a 2010 Emmy plaque for the Showtime Sports Interactive experience.

**Ensequence. TV is new again.**

©2012 Ensequence