# Exhibit 4

| Shop | Support | My Account | xfinity.com | Watch TV | Connect | Location: 75702 Sign In / Register | Business Class |

Products    Bundles & Deals    Programming    Customers

# Deals on Comcast Services in Tyler, TX
# Internet, Cable, HD, and Phone

## Great Comcast Deals for Tyler

XFINITY Triple Play      XFINITY Double Play      XFINITY T



*Dexter®* available with SHOWTIME® on XFINITY TV app

*Smash* available on xfinity.com/TV

**ONLINE EXCLUS**
**Save big**
Get Cable, Intern



See more offers

### Tyler Triple Play: TV, Internet, and Phone Bundle

With the XFINITY Triple Play from Comcast you'll get Tyler's best entertainment package – XFINITY TV, Internet, and Voice – all for a great value. Bundle digital TV, high-speed Internet, and home phone service from Comcast and save!

- Watch hit movies and TV shows anytime, anywhere with XFINITY On Demand. Plus, add HD and DVR service to enhance the experience.
- XFINITY is your home for the most live sports, so you can keep up with your favorite Tyler teams.
- With our lightning-fast high-speed Internet, you get the speed you need to connect all of your devices – so you can do more of what you love in less time.
- With XFINITY Voice you get unlimited talk and text – all from the home phone service with the best call clarity. Plus, stay in touch with family and friends abroad when you add one of our International Carefree Minutes plans to your XFINITY Triple Play.

### Comcast Customer Guarantee
Our customer guarantee is our promise to Tyler.
Learn more about the Comcast Customer Guarantee

Limited time offers. Pricing and service offerings displayed on this site are for residential Comcast customers of participating Comcast systems only. Not available in all areas. Equipment, installation, taxes, franchise fees, the Regulatory Recovery Fee and other applicable charges (e.g., per-call or international charges) extra. TV: Not all programming available in all areas. Basic Service subscription required to receive other levels of service. Internet: Many factors affect speed. Actual speeds vary and are not guaranteed. Voice: Service (including 911/emergency services) may not function after an extended power outage. For availability details and restrictions visit "check availability".

**Follow us for exclusive deals**  **Find tutorials and demos**  **Connect on Facebook** Like 3.2m

| Shop | | My Account | My Services | Support | | Info |
|---|---|---|---|---|---|---|
| Bundles & Promotions | Why XFINITY? | Pay Bill | Watch TV Online | Support Home | Find a Service Center | Sitemap |
| TV | Customer Guarantee | Manage My Account | Check TV Listings | Bill & Payments | Contact Us | About Comcast |
| Internet | Compare the Competition | Manage Users & Alerts | Manage My DVR | TV | Support Forums | Corporate Blog |
| Voice | | Move Your Services | Check Email | Internet | Signature Support | Press Room |
| Home | | Constant Guard | Check Voicemail | Voice | | Careers |
| Signature Support | | Customer Agreement Policy | | Home | | Privacy Statement |
| | | | | | | Visitor Agreement |

© Comcast 2012   Website Feedback