# Exhibit 5

Sign In or Sign Up

Advertise With Us    Program Schedule    CW33 Newsletter    Work With Us    Contact Us

  

75° F

HOME    **NEWS**    WEATHER    ENTERTAINMENT    HEALTH    LIFE    DFW JOBS    PICS    VIDS    TECH    CONTESTS & EVENTS    SHOWS

Consumer Safety    DFW Closeup    EYE OPENER    Nation & World    Politics    Road Patrol    Thanksgiving    Shama

**HOT TRENDS** | Hurricane Sandy Retrospective | Fat Guy Fitness | Jobs Report | Thanksgiving! | Viral Videos | Campaign Trail Video    [ Search ]



Home > The CW33 News at 5pm & 9pm and Eye Opener 5-8am

# MTV in North Texas Casting for New Show

Ads by Google
**Modeling in San Jose**
You can model for print, runway & more. Ages 7 & up. Start Now!
www.YouModelandAct.com/sanjose

✉ 🖨    Comments   0     75     [ 0 ]    Tweet 11    Recommend 12





Ads by Google



## Video gallery



**Related**



Doug Magditch



Like Doug Magditch

Doug Magditch
doug.magditch@cw33.com
*4:36 p.m. CST, January 25, 2012*

FORT WORTH—

**MTV** is looking for north Texans to be on its new show. It's basically a reality show to help college students achieve their dreams.

"I've always wanted to be involved with MTV in some way. So, when I heard about it, I jumped at the chance," said Tim Dow, waiting to audition.

About two dozen Tarrant County College students showed up at the TCC South Campus to get a shot at a spot.

MTV producer Nathan Johnson is visiting each TCC campus, one per day, looking for a student with a dream. The idea behind the show is to help students get what they want to achieve.

"The main dream is to be an entrepreneur and a businessman," said Down.

Those at TCC South say the auditions came as a surprise.



Follow Doug Magditch

**Topics**

- Students
- MTV (tv network)
- Teaching and Learning

See more topics »

Ads by Google



*confections from another cocoasphere*

yes, please >

*Recchiuti*
CONFECTIONS

"My cousin, she tweeted me this morning and was like 'MTV's gonna be at your school.' i was like, you're lying!'" said Symone Porche, waiting for her turn to audition.

"I definitely didn't expect them [MTV] to be on a campus, far less TCC," said Rachel Strange.

Johnson will be also conducting interviews at TCU and UNT next week. It's all in the hopes of finding some north Texans who need a jump-start on their career.

"The way I see it, if MTV made can help me get my foot in the door with their entrepreneur in business-ship, then it also opens the door for other opportunities such as acting, books, things like that that i want to do," said Dow.

MTV picked north Texas for its diversity, so many students have so many different stories to tell.

Now's their chance to tell it, alongside Beavis and **Snooki**.

Copyright © 2012, **KDAF-TV**

☆☆☆☆☆

✉ 🖨    Comments   0      75    0    Tweet 11    Recommend 12

Ads by Google

**Dropbox™ 1TB Storage**
1TB shared Storage for 5 Users plus 200GB for every additional User ! Dropbox.com/1TB-for-Teams

**Biometric Gun Safes Sale**
Quick Access Biometric Gun Safes 50% Off, Free Shipping www.ShopBarska.com

**Acting/Modeling Auditions**
TV, Movies, Magazines & More. Start Your Acting Career Today! www.SFBaySearch.com/Auditions

### Featured Stories



**Secret Service Agent Under Investigation Kills Him...**



**Consumer Confidence Up? What does it all mean?**



**Early voting numbers down in Dallas County**



**TRANSIT UPDATE: Gov. Cuomo Announces New**

**TRANSIT UPDATE: Gov. Cuomo Announces New Commuter Rails Restored, More Subway Service, Holland Tunnel Opened For Buses**

**Sandy's Human Toll Mounts; At Least 88 Dead in U.S.**

**How The iPad Mini Stacks Up To The iPad, iPhone**

**Kristen Bell and Dax Shepard are expecting their first child**

**"Terminator 2" Actor Edward Furlong Arrested at LAX**

## Comments (0)

Add comments | Discussion FAQ

Currently there are no comments. Be the first to **comment!**

## DON'T MISS...

### MUST CLICK PICS


**Pictures: Know your pumpkins (and squash)**


**Tattoos: What Were They Thinking?**


**21 classic Thanksgiving TV episodes and specials**


**Tattoos of the stars**


**Pictures: Controversial magazine covers**


**Faces of Meth**


**PICTURE GALLERY: Just Plain Ugly!**


**Vicente Fernandez: Farewell Tour Photos**


**People Who Look Way Too Happy in Their Mug Shot**

### MOST VIEWED


**Danielle Vollmar**


**Does it Work? Orgreenic Pan**


**Secret Service Agent Under Investigation Kills Himself**


**How The iPad Mini Stacks Up To The iPad, iPhone**


**Tattoos: What Were They Thinking?**


**Dallas Cowboys' Charlotte Jones Anderson: Jerry has a star player -- and she wears high heels**


**Does it Work? - Magic Tap**


**Dallas Parents Recorded Spanking Kids**


**Bikini Car Wash**


**Nerissa Knight**

AdChoices ▷



**A Unique Look At The History Of Political Ads**



**Mila and Ashton Expecting a Baby?**



**Man Escapes Horrendous Truck Crash Unharmed**



**Zombie Drive Thru Prank: Happy Halloween!**



**Kate Upton Shares Racy Photo**



**Viral Video: Boston Terrier Lies in Bed of Treats, Won't Eat!**



## Home

CW33 on Twitter
CW33 on Facebook
Viral Video of the Day
Mobile Media
Antenna TV
ThisTV
Program Schedule
Alerts
Contact Us
Advertise With Us

## News

Campus iView
Consumer Safety
DFW Closeup
Nation & World
Personal Finance
PluggedIN
Politics
Road Patrol
Shama

## Entertainment

Antenna TV
12/21/2012
ThisTV
Cheers for Cheerleaders
Movies
Music
Photo Galleries
Time Wasters
Up All Night

## Lifestyle

Consumer Safety
Eye On The Law
Fashion
Food
Find Gas Prices
HEALTH
Jobs & Careers
Pets
Tattoos
Travel

## Sports

College Sports
Auto Racing
Lingerie Football
Cheers for Cheerleaders
Super Bowl

## Shows

90210
ANTM
DFW Closeup
Gossip Girl
Hart of Dixie
L.A. Complex
Lifechangers
Nikita
Supernatural
Vampire Diaries

PARTNERS: | Chicago Tribune | Baltimore Sun | Los Angeles Times | Hartford Courant | Orlando Sentinel | Sun Sentinel

Copyright © 2011 cw33.com. All rights reserved.
The CW33-KDAF-TV, 8001 John Carpenter Freeway, Dallas TX 75247
By visiting this site, you are agreeing to our Privacy Policy, Updated: 10/19/2011 & Terms of Service.

**About Our Ads**

*A Tribune Broadcasting website*