# Exhibit 6

ESPN.COM |

Search Now   Application Process   Applicant Login

About ESPN Jobs > Texas Jobs

SEARCH



# Jobs at ESPN

## Texas Jobs Jobs

ESPN currently has the following openings in Texas. Texas jobs vary from time to time based on our current openings. Please check back often for new Texas job openings to find a career that is right for you. Thank you for considering a career in Texas at ESPN.

Search Jobs…

Show Advanced Search

**Sign up here for job alerts and ESPN communications.**

Email Address



It's a series of defining moments. An opportunity to experience greatness with every project, every meeting, every time you walk through the door. It's a continuous challenge that can only be overcome by those with the drive to be successful. At ESPN, you have to want it, because others rely on you. The reward? Well, come see for yourself. Explore the culture, the careers and the meaning of achievement at ESPN.

| Promotions Assistant (Temp\Seasonal) | Irving, TX | 10/29/2012 |
| --- | --- | --- |
| Part Time Remote Technician | Irving, TX | 10/10/2012 |

- Heroes Work Here
- Disney Careers
- Application Tips
- Technology Careers at ESPN
- Diversity at ESPN
- ABC Careers
- Disney Internships
- ESPN's Corporate Blog

### Promotions Assistant (Temp\Seasonal) - Irving, TX
Description: This posting represents 1 temporary/seasonal opening.The Promotions Assistant will assist the Promotions Director in the execution of Station events and promotions. Some responsibilities of a Promotions Assistant include: Interaction with event attendees, hanging banners at station sponsored events, setting up and running basic sound system equipment, handing out prizes, tent and stage set up and break down, driving stati...
Reference Code: 71930BR

### Part Time Remote Technician - Irving, TX
Description: ESPN Dallas is searching for a Part Time Remote Technician to assist the Program Director & Chief Engineer. This position will perform site checks for remote broadcast locations. Set up all audio equipment and produce programming from remote locations. In addition, the position will be responsible, as assigned, for operating a control board and maintaining station logs, and must adhere to FCC and company policies.ESPN, In...
Reference Code: 67030BR

Careers Home | About Us | Working Here | Career Areas | Campus | Search Jobs | Event Calendar | Site Map | Privacy      ©2011 ESPN, Inc. All Rights Reserved

ESPN, Inc., is an Equal Opportunity/Affirmative Action Employer. Our goal is to create an inclusive workplace for all.

jobs.espncareers.com/texas-jobs 1/1