# Exhibit 7



Search 

Shop for Products & Services

Explore & Create

Support & Drivers

# HP Office locations

**HP offices worldwide**

### WW Corporate Headquarters

Hewlett-Packard Company
3000 Hanover Street
Palo Alto, CA 94304-1185 USA

**Phone:** (650) 857-1501
**Fax:** (650) 857-5518

Open between 8:00 a.m. and 5:00 p.m. Pacific Time, Monday - Friday.

Hewlett-Packard Latin America
Waterford Building, 9th Floor
5200 Blue Lagoon Drive
Miami, Florida 33126
USA

**Phone:** (305) 267-4220
**Fax:** (305) 265-5550

Open between 8:00 a.m. and 6:00 p.m. local time, Monday - Friday.

Hewlett-Packard
20555 SH 249
Houston, TX 77070
USA

**Phone:** (281) 370-0670

**Fax:** (281) 514-1740

Open between 7:00 a.m. and 6:00 p.m. Central Time, Monday - Friday.



United States

Home | About HP | Resources | HP Partners | Customer Support
Support & Drivers | HP Labs | Jobs | Investor Relations | Site Map
Recalls & Replacements | Ad Choices | Privacy Statement | Terms of Use | © 2012 Hewlett-Packard Development Company, L.P.

Computers | Laptops | Desktops | Tablet | Workstations | Calculators | Computer Monitors
Printer | Toner | Scanners | Ink Cartridges | Cloud Computing | Enterprise Security
Software | Services | Networking | Servers | Storage | Application Lifecycle Management

open in browser PRO version    Are you a developer? Try out the HTML to PDF API    pdfcrowd.com