# Exhibit 8

# enseQuence

Why Interactive Television    Programmers    Service Providers    Advertisers    Clients    About Ensequence

## Advertisers

Home : Advertisers

**Start a two-way conversation with your target consumers.**
Advertisers today are capturing consumers' attention, maximizing advertising spend and demonstrating results with interactive TV advertising. They're pushing the limits of the television advertising experience and optimizing campaigns in fresh and compelling ways. Dynamic targeting, combined with instant metrics and reporting enable advertisers to measure ROI and fine-tune campaigns on the fly.

Consumers are accessing detailed product information, exploring 3D demos and instantly requesting digital vouchers. They're training with and competing against their favorite athletes, and then learning where to buy their gear. Today's viewers are even purchasing products directly using their remote controls.

**Ready to get started?**
Ensequence develops and stewards interactive campaigns and services on national cable networks across multiple cable and satellite operators — we are focused on solutions that will quickly bring interactivity to the market on a national scale. Ensequence works with individual networks or families of networks to customize what they do with interactivity—in other words, to give them complete creative freedom to deploy uniquely branded ITV experiences that are specifically tailored to their content, messaging and viewers.

Contact us to get started today.

©2012 Ensequence