# Exhibit 9

# enseQuence

Why Interactive Television | Programmers | Service Providers | Advertisers | Clients | About Ensequence

## Contact Ensequence

Home : About Ensequence

**New York**
420 Lexington Ave
Suite 408
New York, NY 10170
212 358 8995

**Portland**
111 SW 5th Avenue, Suite 1400
Portland, OR 97204
503 416 3800

**Dayton**
520 East 1st Street
Dayton, OH 45204

**For PR Inquiries**
Carole Shander
Carole Shander Public Relations
917 750 2496

**Name:** *

**Company:**

**Title:**

**E-mail:** *

**Your location:**
[ North America ]

**Phone number:**

**Industry:**
[ Advertiser ]

**How did you find us?:**
[ Search engine ]

**What is your interest in interactive television?:**
[ – None – ]

**Additional Comments:**

**Subscribe:**
☐ Interactive Television Trends newsletter

[ Send ]

©2012 Ensequence