# Exhibit 12

# ensequence

| Why Interactive Television | Programmers | Service Providers | Advertisers | Clients | About Ensequence |

# Ensequence Updates ITV Manager Interactive Platform, Enabling Synchronized Interactivity Between TVs, Tablets and Smartphones

Home : About Ensequence : Press Releases

*Programmers and advertisers can now drive consumer engagement across as many platforms as they choose while increasing their revenue*

**NEW YORK CITY – December 5, 2011** – Ensequence today announced that the company's award-winning, cloud-based iTV Manager® interactive platform has been updated to include audio detection capabilities that enable programmers, advertising agencies and brands to engage consumers across multiple platforms. These enhanced content experiences provide a more immersive viewing experience, which help increase tune-in, ratings and advertising effectiveness.

Nearly two-thirds of Americans surf the Internet and watch TV at the same time and forty percent of tablet and smartphone owners use their devices daily while watching TV, according to Nielsen research. Using Ensequence's cloud-based software, content owners can more deeply engage with today's multi-tasking media consumer by incorporating automatic content recognition (ACR) capabilities into their uniquely branded iOS and Android apps. These apps detect the TV content and advertisements being consumed in today's digital living rooms and instantaneously serve up related content on tablets and smartphones.

"We know that consumers aren't always engaged with content that is directly related to shows and commercials when they are on their tablets and smartphones – they are on e-mail, surfing for unrelated content and on social networking sites," said Peter Low, Ensequence President and CEO. "With the latest update to our interactive platform, we're synchronizing all of the best elements of TV content on viewers' televisions with their tablets and smartphones to deliver deeply engaging show and advertising-related content."

The Ensequence iTV Manager Programmer Edition is designed to make it simple for programmers and advertisers to drive consumer engagement across as many digital platforms and as many networks, shows and ads as they choose while increasing their revenue. iTV Manager enables the rapid creation, management and deployment of a high volume of uniquely branded, video-rich experiences quickly, affordably and dependably across cable, satellite, telco, and connected devices, including tablets and smartphones. The rapid scale that Ensequence provides helps programmers and advertisers generate incremental revenue and manage their businesses more effectively and efficiently.

open in browser PRO version    Are you a developer? Try out the HTML to PDF API    pdfcrowd.com

Ensequence has integrated with several ACR providers, including Zeitera and Civolution, and will work with any ACR provider that its customers select. Ensequence is demonstrating the company's interactive platform enhancements today (December 5, 2011) at 11:05 a.m. at the company's workshop titled "Devising a Truly Multi-platform Strategy" at the second annual TVOT NYC Intensive at 730 Third Avenue in Midtown Manhattan.

# # #

**About Ensequence**

Ensequence enables programmers, service providers and advertisers to increase programming ratings, advertising effectiveness and merchandise sales by making their shows and commercials more powerful and engaging with interactivity. The Ensequence iTV Manager® interactive platform solves the technical complexities associated with creating and deploying a high volume of uniquely branded interactive television experiences across cable, satellite, telco and connected devices. Ensequence's customers include the largest and most innovative programmers and service providers in the media industry: NBCUniversal, MTV Networks, Showtime Networks, Turner Broadcasting, HBO, QVC, WE tv, MSG, Fuse, Comcast, Time Warner Cable, Canoe Ventures, DISH Network and Verizon. In addition, Ensequence is deployed on multiple connected device platforms. To learn more, visit www.ensequence.com, follow Ensequence on Twitter and visit our YouTube channel.

**Media Contacts:**

Ensequence Contact:

Jessie Dawes

Director of Marketing

Tel: (212) 358-8994

E-mail: jessie.dawes@ensequence.com

Press Contact:

Carole Shander

Carole Shander Public Relations

Tel: (917) 733-3812

open in browser PRO version    Are you a developer? Try out the HTML to PDF API    pdfcrowd.com

E-mail: csprcable@verizon.net

open in browser PRO version    Are you a developer? Try out the HTML to PDF API    pdfcrowd.com