# Exhibit 13



# Ensequence Updates iTV Manager Interactive Platform, Enabling Synchronized Interactivity Between TVs, Tablets and Smartphones

Programmers and Advertisers Can Now Drive Consumer Engagement Across as Many Platforms as They Choose While Increasing Their Revenue

**Press Release**: Ensequence – Mon, Dec 5, 2011 9:01 AM EST

## TOP STORIES »



**Has Obama Been Good for Millionaires?** CNBC
The United States added more than 1,000 millionaires a day under the Obama administration.

- U.S. Judge Tosses Apple vs. Google Lawsuit Over Patents  Reuters
- Election and Housing: Is Your Home's Value Better Off?  CNBC
- A Look at Netflix Since Much-Hated Price Hike  AP
- Abbott Pharma Spinoff Completes $14.7 Billion Debt Sale  Reuters

NEW YORK, NY--(Marketwire -12/05/11)- Ensequence today announced that the company's award-winning, cloud-based iTV Manager® interactive platform has been updated to include audio detection capabilities that enable programmers, advertising agencies and brands to engage consumers across multiple platforms. These enhanced content experiences provide a more immersive viewing experience, which help increase tune-in, ratings and advertising effectiveness.



open in browser  PRO version   Are you a developer? Try out the HTML to PDF API   pdfcrowd.com



Nearly two-thirds of Americans surf the Internet and watch TV at the same time and forty percent of tablet and smartphone owners use their devices daily while watching TV, according to Nielsen research. Using Ensequence's cloud-based software, content owners can more deeply engage with today's multi-tasking media consumer by incorporating automatic content recognition (ACR) capabilities into their uniquely branded iOS and Android apps. These apps detect the TV content and advertisements being consumed in today's digital living rooms and instantaneously serve up related content on tablets and smartphones.

"We know that consumers aren't always engaged with content that is directly related to shows and commercials when they are on their tablets and smartphones -- they are on e-mail, surfing for unrelated content and on social networking sites," said Peter Low, Ensequence President and CEO. "With the latest update to our interactive platform, we're synchronizing all of the best elements of TV content on viewers' televisions with their tablets and smartphones to deliver deeply engaging show and advertising-related content."

The Ensequence iTV Manager Programmer Edition is designed to make it simple for programmers and advertisers to drive consumer engagement across as many digital platforms and as many networks, shows and ads as they choose while increasing their revenue. iTV Manager enables the rapid creation, management and deployment of a high volume of uniquely branded, video-rich experiences quickly, affordably and dependably across cable, satellite, telco, and connected devices, including tablets and smartphones. The rapid scale that Ensequence provides helps programmers and advertisers generate incremental revenue and manage their businesses more effectively and efficiently.

Ensequence has integrated with several ACR providers, including Zeitera and Civolution, and will work with any ACR provider that its customers select. Ensequence is demonstrating the company's interactive platform enhancements today (December 5, 2011) at 11:05 a.m. at the company's workshop titled "Devising a Truly Multi-platform Strategy" at the second annual TVOT NYC Intensive at 730 Third Avenue in Midtown Manhattan.

## About Ensequence

Ensequence enables programmers, service providers and advertisers to increase programming

## FEATURED CONTENT

### 'Atrocious' Earnings Stir Caution on Wall Street
Daily Ticker - 7 hours ago

### Is Facebook Making You Fat?
The Exchange - 15 hours ago

### Nothing Lasts Forever: Apple Is Showing Its Age
Breakout - 8 hours ago

### Economic Shock From Fiscal Cliff Will Last Over a Decade
Breakout - Fri, Nov 2, 2012 2:16 PM EDT

## TRADING CENTER

Ensequence enables programmers, service providers and advertisers increase the success of audience ratings, advertising effectiveness and merchandise sales by making their shows and commercials more powerful and engaging with interactivity. The Ensequence iTV Manager® interactive platform solves the technical complexities associated with creating and deploying a high volume of uniquely branded interactive television experiences across cable, satellite, telco and connected devices. Ensequence's customers include the largest and most innovative programmers and service providers in the media industry: NBCUniversal, MTV Networks, Showtime Networks, Turner Broadcasting, HBO, QVC, WE tv, MSG, Fuse, Comcast, Time Warner Cable, Canoe Ventures, DISH Network and Verizon. In addition, Ensequence is deployed on multiple connected device platforms. To learn more, visit www.ensequence.com, follow Ensequence on Twitter and visit our YouTube channel.

**Contact:**

**Media**
**Ensequence**
Jessie Dawes
Director of Marketing
Tel: (212) 358-8994
E-mail: Email Contact

**Press**
Carole Shander
Carole Shander Public Relations
Tel: (917) 733-3812
E-mail: Email Contact

@yahoofinance on Twitter, become a fan on **Facebook**



**RELATED CONTENT**

- As paid content booms, will ad opportunities shrink?
- What earnings reports have revealed about ads
- Time Warner Cable misses on falling demand
- 10 Shopping Tips for the Mobile Consumer
- BeIN Sport to air on Time Warner, Bright House
- Content Owners Change Channels
- Google unveils first 10-inch Nexus tablet

- Time Warner Cable misses 3Q expectations
- TWC Posts Mixed Numbers
- Phone apps keep health benefits within reach
- A look at cable, satellite TV earnings reports
- Rovi expands Advanced TV advertising footprint in Europe
- Time Warner Launches SaaS Services
- Comcast to Expand Xcaliber Service

 Halle Berry caught in fashion faceoff

 Confident star wagers his scholarship


**Woman is 53 But Looks 27**
Newark: Mom publishes thrifty facelift secret that has angered doctors...

**YAHOO! FINANCE ON FACEBOOK**

**@YAHOOFINANCE ON TWITTER**



### Recent Quotes | Portfolios

| Symbol | Price | Change | % Chg | Chart | Recent Quotes News |
|---|---|---|---|---|---|

Your most recently viewed tickers will automatically show up here if you type a ticker in the "Enter symbol/company" at the bottom of this module.

Enter Symbol   **Get Quotes**

open in browser PRO version    Are you a developer? Try out the HTML to PDF API    pdfcrowd.com

## Related Searches

1. Best Dividend Stocks
2. High CD Rates
3. Top ETF Investments
4. Retirement Calculators
5. 10 Best Retirement Plans
6. Fixed Income Investments
7. Work from Home Jobs
8. Top Stocks to Buy
9. Top Penny Stocks
10. Day Trading Penny Stocks
11. Best Stock Picks
12. High Yield Bonds

ads by Yahoo!



### POLL

**How will a perceived slow recovery effort, gas and power problems and the fact many are still seeking shelter after Sandy impact the election?**

○ The President will benefit from his strong leadership
○ Romney will benefit from the slow pace of recovery
○ The storm won't impact the vote

[Vote]   See Results

21 hours remaining

AdChoices

## There are no comments yet

**Leave a comment...**   Comment Guidelines

[Post As]

open in browser PRO version   Are you a developer? Try out the HTML to PDF API   pdfcrowd.com

## ON THIS SITE

HOME
INVESTING
NEWS
PERSONAL FINANCE

MY PORTFOLIOS
EXCLUSIVES
ELECTION 2012

## ALSO ON YAHOO!

| | | |
|---|---|---|
| Autos | Movies | Travel |
| Finance | Music | TV |
| Games | omg! | Y! News RSS |
| Groups | Shine | Y! News Alert |
| Health | Shopping | |
| Maps | Sports | |

All Yahoo! »

## TRENDING NOW

1. Shaq buys $235K house
2. Jim Durham dies
3. Killed for eyeing boy
4. N.J. earthquake
5. iPad
6. Katy Perry skintight ballot
7. Netflix hostile takeover bid
8. Early voting results
9. Chelation
10. Amanda Peet

## YAHOO! FINANCE WORLDWIDE

Argentina  Australia  Brazil  Canada  China  Chinese  France  French Canada  Germany
Hong Kong  India  Italy  Japan  Korea  Mexico  New Zealand  Singapore  Spain  Spanish  Taiwan  UK & Ireland



Copyright © 2011 Marketwire. All rights reserved. All the news releases provided by Marketwire are copyrighted. Any forms of copying other than an individual user's personal reference without express written permission is prohibited. Further distribution of these materials is strictly forbidden, including but not limited to, posting, emailing, faxing, archiving in a public database, redistributing via a computer network or in a printed form.

Copyright © 2012 Yahoo! Inc. All rights reserved.   Help / Suggestions   Privacy Policy   About Our Ads   Terms of Service   Copyright/IP Policy

Quotes are real-time for NASDAQ, NYSE, and NYSEAmex when available. See also delay times for other exchanges. Quotes and other information supplied by independent providers identified on the Yahoo! Finance partner page. Quotes are updated automatically, but will be turned off after 25 minutes of inactivity. Quotes are delayed at least 15 minutes. All information provided "as is" for informational purposes only, not intended for trading purposes or advice. Neither Yahoo! nor any of independent providers is liable for any informational errors, incompleteness, or delays, or for any actions taken in reliance on information contained herein. By accessing the Yahoo! site, you agree not to redistribute the information found therein.

open in browser   PRO version   Are you a developer? Try out the HTML to PDF API                                                                                                                                               pdfcrowd.com

Fundamental company data provided by Capital IQ. Historical chart data and daily updates provided by Commodity Systems, Inc. (CSI). International historical chart data and daily updates provided by Morningstar, Inc.

Yahoo! - ABC News Network

open in browser PRO version    Are you a developer? Try out the HTML to PDF API    pdfcrowd.com