IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
| *Plaintiff*, | § | Civil Action No. 6:12-CV-499 |
| v. | § | |
| TEXAS INSTRUMENTS, INC., *et al.*, | § | JURY TRIAL DEMANDED |
| *Defendants*. | § | |

**NOTICE OF VOLUNTARY DISMISSAL OF
DEFENDANT INGERSOLL-RAND COMPANY WITHOUT PREJUDICE**

**PLEASE TAKE NOTICE THAT** Plaintiff Blue Spike, LLC hereby voluntarily dismisses its Complaint against Defendant Ingersoll-Rand Company ("Defendant") without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. In accordance with Rule 41(a)(1)(A)(i), Plaintiff states that this Notice has been filed prior to service by Defendant of an answer or of a motion for summary judgment.

Respectfully submitted,

  /s/ Randall T. Garteiser
Randall T. Garteiser
  Lead Attorney
  Texas Bar No. 24038912
  rgarteiser@ghiplaw.com
Christopher A. Honea
  Texas Bar No. 24059967
  chonea@ghiplaw.com
Christopher S. Johns
  Texas Bar No. 24044849
  cjohns@ghiplaw.com
GARTEISER HONEA, P.C.
218 North College Avenue
Tyler, Texas 75702

(903) 705-0828
(903) 526-5477 fax

Kirk J. Anderson
  California Bar No. 289043
Peter S. Brasher
  California Bar No. 283992
GARTEISER HONEA, P.C.
44 North San Pedro Road
San Rafael, California 94903
(415) 785-3762
(415) 785-3805 fax

*Counsel for Blue Spike LLC*

## CERTIFICATE OF SERVICE

     The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email.

                      __/s/ Randall T. Garteiser_