IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
| *Plaintiff*, | § § | Civil Action No. 6:12-CV-499 |
| v. | § § | JURY TRIAL DEMANDED |
| TEXAS INSTRUMENTS, INC., *et al.*, | § § | |
| *Defendants*. | § § | |

ORDER ON VOLUNTARY DISMISSAL OF
DEFENDANT INGERSOLL-RAND COMPANY WITHOUT PREJUDICE

The Court is in receipt of Plaintiff Blue Spike, LLC's Notice of Voluntary Dismissal of Defendant Ingersoll-Rand Company ("Ingersoll-Rand") without prejudice under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure ("the Notice"). At the time of filing of the Notice, Ingersoll-Rand has not yet answered and has not yet moved for summary judgment.

It is therefore ORDERED, that Defendant Ingersoll-Rand Company is dismissed without prejudice.