UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § | |
| *Plaintiff*, | § | CASE NO. 6:12-cv-499 MHS |
| v. | § | LEAD CASE |
| Texas Instruments, Inc., et al., | § | Jury Trial Demanded |
| *Defendants*. | § | |

### ORDER OF DISMISSAL OF SUPREMA, INC.

Pursuant to Fed. R. Civ. P. 41(a), recognizing the Notice of Dismissal filed by plaintiff Blue Spike, LLC it is ordered as follows:

ORDERED that the claims asserted herein by plaintiff Blue Spike, LLC against defendant Suprema, Inc. be, and hereby are, dismissed with prejudice.