UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **Blue Spike, LLC,** | § | |
| | § | |
| *Plaintiff,* | § | **CASE NO. 6:12-cv-499 MHS** |
| | § | |
| **v.** | § | **LEAD CASE** |
| | § | |
| **Texas Instruments, Inc., et al.,** | § | **Jury Trial Demanded** |
| | § | |
| *Defendants.* | § | |
| | § | |
| | § | |

## ORDER OF DISMISSAL OF SUPREMA, INC.

Pursuant to Fed. R. Civ. P. 41(a), recognizing the Notice of Dismissal filed by plaintiff Blue Spike, LLC it is ordered as follows:

ORDERED that the claims asserted herein by plaintiff Blue Spike, LLC against defendant Suprema, Inc. be, and hereby are, dismissed with prejudice.

1