UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Blue Spike, LLC, | § |
|     *Plaintiff*, | § CASE NO. 6:12-cv-499 MHS |
| v. | § LEAD CASE |
| Texas Instruments, Inc., et al., | § Jury Trial Demanded |
|     *Defendants*. | § |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), recognizing the Agreed Motion to Dismiss filed by plaintiff Blue Spike, LLC and defendant Enswers, Inc. pursuant to a settlement of the above-captioned litigation between the parties, it is ordered as follows:

ORDERED that the claims asserted herein by plaintiff Blue Spike, LLC against defendant Enswers, Inc. be, and hereby are, dismissed with prejudice;

ORDERED that the counterclaims and defenses asserted herein by defendant Enswers, Inc. against plaintiff Blue Spike, LLC be, and hereby are, dismissed with prejudice; and

ORDERED that the parties shall bear their own attorneys' fees, expenses and costs.