IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC,<br><br>PLAINTIFF,<br><br>V.<br><br>TEXAS INSTRUMENTS, INC., ET AL.,<br><br>DEFENDANTS. | § § § § § § § § § § § | Civil Action No.: 6:12-cv-00499-MHS<br><br>JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC,<br><br>PLAINTIFF,<br><br>V.<br><br>FUTRONIC TECHNOLOGY CO., LTD., ET AL.,<br><br>DEFENDANTS. | § § § § § § § § § § § | 6:13-cv-00054-MHS<br>(Consolidated with 6:12-cv-499-MHS and closed)<br><br>JURY TRIAL DEMANDED |

**FUTRONIC TECHNOLOGY CO., LTD'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant Futronic Technology Co., Ltd. ("Futronic") hereby makes the following disclosures:

1. Futronic is a privately held Company.

2. Futronic has no parent company.

3. There is no publicly held corporation that owns 10% or more of Futronic.

/

/

Dated: June 18, 2013

By:                          */s/ Eric H. Findlay*

                               Eric H. Findlay (State Bar No. 00789886)
                               Brian Craft (State Bar No. 04972020)
                               Walter W. Lackey, Jr. (State Bar No. 24050901)
                               FINDLAY CRAFT LLP
                               6760 Old Jacksonville Highway
                               Suite 101
                               Tyler, TX 75703
                               Phone: 903 571 696
                               efindlay@findlaycraft.com
                               bcraft@findlaycraft.com
                               wlackey@findlaycraft.com

                               **Attorneys for Defendant**
                               **Futronic Technology Co., Ltd.**

## CERTIFICATE OF SERVICE

       I certify that a true and correct copy of the foregoing document has been served on all counsel of record *via* the Court's Case Management/Electronic Case Filing system and/or electronic mail on June 18, 2013.

                               */s/ Eric H. Findlay*
                               Eric H. Findlay