IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC,<br><br>    PLAINTIFF,<br><br>V.<br><br>TEXAS INSTRUMENTS, INC., ET AL.,<br><br>    DEFENDANTS. | § § § § § § § § § § § | Civil Action No.: 6:12-cv-00499-MHS<br><br>JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC,<br><br>    PLAINTIFF,<br><br>V.<br><br>FUTRONIC TECHNOLOGY CO., LTD.,<br>ET AL.,<br><br>    DEFENDANTS. | § § § § § § § § § § § § § § | 6:13-cv-00054-MHS<br>(Consolidated with 6:12-cv-499-MHS<br>and closed)<br><br>JURY TRIAL DEMANDED |

**DEFENDANT FUTRONIC TECHNOLOGY CO., LTD'S DEMAND FOR JURY TRIAL**

Pursuant to Fed. R. Civ. P. 38(b), and in compliance with Local Rule CV-38(a), Defendant Futronic Technology Co., Ltd. ("Futronic") hereby asserts its right to a trial by jury on all issues so triable.

/

/

/

/

Dated:  June 18, 2013

By:                            */s/ Eric H. Findlay*

                                 Eric H. Findlay (State Bar No. 00789886)
                                 Brian Craft (State Bar No. 04972020)
                                 Walter W. Lackey, Jr. (State Bar No. 24050901)
                                 FINDLAY CRAFT LLP
                                 6760 Old Jacksonville Highway
                                 Suite 101
                                 Tyler, TX 75703
                                 Phone:  903 571 696
                                 efindlay@findlaycraft.com
                                 bcraft@findlaycraft.com
                                 wlackey@findlaycraft.com

                                 **Attorneys for Defendant**
                                 **Futronic Technology Co., Ltd.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 18, 2013, a true and correct copy of the above and foregoing document has been served on all counsel of record who are deemed to have consented to electronic service *via* the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                 */s/ Eric H. Findlay*
                                 Eric H. Findlay