## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** | § | |
| *Plaintiff,* | § | **Civil Action No. 6:12-CV-499** |
| | § | |
| **v.** | § | **JURY TRIAL DEMANDED** |
| | § | |
| **TEXAS INSTRUMENTS, INC.,** *et al.,* | § | |
| *Defendants.* | § | |

## ORDER ON VOLUNTARY DISMISSAL OF
## DEFENDANT INGERSOLL-RAND COMPANY WITHOUT PREJUDICE

The Court is in receipt of Plaintiff Blue Spike, LLC's Notice of Voluntary Dismissal of Defendant Ingersoll-Rand Company ("Ingersoll-Rand") without prejudice under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure ("the Notice"). At the time of filing of the Notice, Ingersoll-Rand has not yet answered and has not yet moved for summary judgment.

It is therefore ORDERED, that Defendant Ingersoll-Rand Company is dismissed without prejudice.

**It is SO ORDERED.**

**SIGNED this 18th day of June, 2013.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE

1