UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Blue Spike, LLC, | § |
| *Plaintiff*, | § CASE NO. 6:12-cv-499 MHS |
| v. | § LEAD CASE |
| Texas Instruments, Inc., et al., | § Jury Trial Demanded |
| *Defendants*. | § |

### ORDER OF DISMISSAL OF SUPREMA, INC.

Pursuant to Fed. R. Civ. P. 41(a), recognizing the Notice of Dismissal filed by plaintiff Blue Spike, LLC it is ordered as follows:

ORDERED that the claims asserted herein by plaintiff Blue Spike, LLC against defendant Suprema, Inc. be, and hereby are, dismissed with prejudice.

It is SO ORDERED.

SIGNED this 18th day of June, 2013.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE