IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>     Plaintiff,<br>v.<br><br>TEXAS INSTRUMENTS, INC., *et al.*,<br><br>     Defendant. | Civil Action No. 6:12-cv-499-LED<br><br>LEAD CASE |
| BLUE SPIKE, LLC,<br><br>     Plaintiff,<br>v.<br><br>SMART MEDIA INNOVATIONS, LLC, *et al.*,<br><br>     Defendants. | Civil Action No. 6:13-cv-110-MHS<br><br>CONSOLIDATED CASE |

## REQUEST FOR TERMINATION OF ELECTRONIC NOTICES

Pursuant to the Order on Voluntary Dismissal of Defendants Smart Media Innovations, LLC and Smart Media Innovations, Ltd. (Doc. No. 803), Kenneth M. Motolenich-Salas of the law firm of Weiss & Moy, P.C., pursuant to Rule CV-11(f), requests that the Clerk of this Court remove his name from the list of persons authorized to receive electronic notices in this case.

Respectfully submitted this 19th day of June, 2013.      WEISS & MOY, P.C.

                                                  By: /s/ Kenneth M. Motolenich-Salas
                                                      Kenneth M. Motolenich-Salas
                                                      4204 N Brown Avenue
                                                      Scottsdale, AZ 85251
                                                      Tel.: (480) 994-8888
                                                      Fax: (480) 947-2663
                                                      Email: kmotolenich@weissiplaw.com

                                                      Attorney for Smart Media Innovations, LLC
                                                      and Smart Media Innovations, Ltd.

## **CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

Dated: June 19, 2013                                                    */s/ Kenneth M. Motolenich-Salas*
                                                                                        Kenneth M. Motolenich-Salas