UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **Blue Spike, LLC,** | § | |
| *Plaintiff*, | § § | CASE NO. 6:12-cv-499 MHS |
| v. | § § | LEAD CASE |
| **Texas Instruments, Inc., et al.,** | § § | Jury Trial Demanded |
| *Defendants*. | § § § | |

**AGREED MOTION TO DISMISS WITH PREJUDICE
DEFENDANTS ROVI COPRORATION AND ROVI GUIDES, INC.**

Plaintiff Blue Spike, LLC, on the one hand, and defendants Rovi Corporation and Rovi Guides, Inc., on the other, have reached a settlement of the above-captioned matter and have agreed to dismiss all claims, counterclaims, and causes of action between them.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Blue Spike, LLC stipulates to the dismissal with prejudice of all claims and causes of action asserted in this case against defendants defendants Rovi Corporation and Rovi Guides, Inc., and defendants Rovi Corporation and Rovi Guides, Inc. stipulate to the dismissal with prejudice of all counterclaims and defenses asserted in this case against Blue Spike, LLC. The parties shall bear their own attorneys' fees, expenses and costs.

Respectfully submitted,

  /s/ Christopher A. Honea  
Randall T. Garteiser
  Lead Attorney
  Texas Bar No. 24038912
  rgarteiser@ghiplaw.com
Christopher A. Honea
  Texas Bar No. 24059967
  chonea@ghiplaw.com
Christopher S. Johns
  Texas Bar No. 24044849
  cjohns@ghiplaw.com
GARTEISER HONEA, P.C.
218 North College Avenue
Tyler, Texas 75702
(903) 705-0828
(903) 526-5477 fax

Kirk J. Anderson
  California Bar No. 289043
Peter S. Brasher
  California Bar No. 283992
GARTEISER HONEA, P.C.
44 North San Pedro Road
San Rafael, California 94903
(415) 785-3762
(415) 785-3805 fax

*Attorneys for Plaintiff Blue Spike LLC*

/s/ Andrew Leibnitz
Roderick M. Thompson, CA Bar No. 96192
(admitted pro hac vice) Lead Attorney
Andrew Leibnitz, CA Bar No. 184723
(admitted pro hac vice)
Daniel C. Callaway, CA Bar No. 262675
Christina R. Hollander, CA Bar No. 267292
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor San Francisco, CA 94104
(415) 954-4400

Deron R. Dacus, Bar No. 00790553
The Dacus Firm, PC
821 Ese Loop 323, Suite 430
Tyler, TX 75701
(903) 705-1117

*Attorneys for Defendants Rovi Corporation and Rovi Guides, Inc.*

**Certificate of Service**

       The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email.

                                                                                             /s/ Christopher A. Honea

**Certificate of Conference**

       I certify that on behalf of Blue Spike, LLC, I have met and conferred with counsel for Defendants on June 18, 2013 regarding the relief requested herein. Counsel for Defendants has agreed to this motion.

                                                                                            /s/ Christopher A. Honea