IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC.,<br><br>　　　　Defendant. | Cause No. 6:12-cv-00499-MHS<br>LEAD CASE |
| BLUE SPIKE, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SUPREMA, INC. and FULCRUM BIOMETRICS, LLC,<br><br>　　　　Defendants. | Cause No. 6:13-cv-00057-LED<br>CONSOLIDATED CASE |

**DEFENDANT SUPREMA, INC.'S REQUEST FOR TERMINATION OF ELECTRONIC NOTICES**

Pursuant to Local Rule CV-11(f), D. James Pak and W. Barton Rankin, of the law firm of Baker & McKenzie LLP, request that the Clerk of this Court remove their names from the list of persons authorized to receive electronic notices in this case.

1

2

Date: June 20, 2013                                  Respectfully submitted,

  /s/ *W. Barton Rankin*
W. Barton Rankin
Texas State Bar No. 24037333
E-Mail: bart.rankin@bakermckenzie.com
BAKER & MCKENZIE LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099

D. James Pak (admitted *Pro Hac Vice*)
California State Bar No. 194331
E-Mail: d.james.pak@bakermckenzie.com
BAKER & MCKENZIE LLP
Two Embarcadero Center, 11th Floor
San Francisco, California 94111
Telephone: (415) 576-3000
Facsimile: (415) 576-3099

**ATTORNEYS FOR DEFENDANT SUPREMA, INC.**

## CERTIFICATE OF SERVICE

       I hereby certify that on June 20, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

                                                    /s/ *W. Barton Rankin*
                                                    W. Barton Rankin