IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> GRIAULE TECHNOLOGY LLC, <br><br> Defendant. | Civil Action No. 6:12-CV-651 <br><br> **JURY TRIAL DEMANDED** <br><br> CONSOLIDATED WITH <br> 6:12CV499 |

## ORDER ON MOTION TO WITHDRAW AS COUNSEL

On this date came to be considered Willie C. Briscoe, Herbert T. Patty, and Mark Punzalan's ("Movants") Motion to Withdraw as Counsel of record for Defendant Griaule Technology LLC (the "Motion") and the Court, having considered the Motion and arguments of counsel, if any, is of the opinion that the motion has merit and should in all things be granted. It is, therefore,

ORDERED, ADJUDGED and DECREED that Willie C. Briscoe, Herbert T. Patty, and Mark Punzalan are withdrawn as counsel of record for Defendant Griaule Technology LLC.

**SIGNED this 20th day of June, 2013.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE