UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **Blue Spike, LLC,**  *Plaintiff,*  v.  **Texas Instruments, Inc., et al.,**  *Defendants.* | CASE NO. 6:12-cv-499 MHS  LEAD CASE  Jury Trial Demanded |

### ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), recognizing the Agreed Motion To Dismiss filed by plaintiff Blue Spike, LLC and defendants Rovi Corporation and Rovi Guides, Inc. pursuant to a settlement of the above-captioned litigation between the parties, it is ordered as follows:

ORDERED that the claims asserted herein by plaintiff Blue Spike, LLC against defendants Rovi Corporation and Rovi Guides, Inc. be, and hereby are, dismissed with prejudice;

ORDERED that the counterclaims and defenses asserted herein by defendants Rovi Corporation and Rovi Guides, Inc. against plaintiff Blue Spike, LLC be, and hereby are, dismissed with prejudice; and

ORDERED that the parties shall bear their own attorneys' fees, expenses and costs.

It is SO ORDERED.

SIGNED this 20th day of June, 2013.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE