UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Blue Spike, LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>Texas Instruments, Inc., et al.,<br><br>    *Defendants*. | CASE NO. 6:12-cv-499 MHS<br><br>LEAD CASE<br><br>Jury Trial Demanded |

**AGREED MOTION TO DISMISS AWARE, INC. WITH PREJUDICE**

Plaintiff Blue Spike, LLC ("Blue Spike") and Defendant Aware, Inc. ("Aware") have reached a settlement of the above-captioned matter and file this Agreed Motion to Dismiss under Fed. R. Civ. P. 41(a)(1)(A)(ii). Blue Spike and Aware agree that:

1. Blue Spike consents to dismissal with prejudice of all of its claims against Aware in this suit.

2. Blue Spike and Aware shall each bear their own attorney fees and costs incurred in connection with this action.

Respectfully submitted,

/s/ Christopher A. Honea
Randall T. Garteiser
  Lead Attorney
  Texas Bar No. 24038912
  rgarteiser@ghiplaw.com
Christopher A. Honea
  Texas Bar No. 24059967
  chonea@ghiplaw.com
Christopher S. Johns
  Texas Bar No. 24044849
  cjohns@ghiplaw.com
GARTEISER HONEA, P.C.
218 North College Avenue
Tyler, Texas 75702
(903) 705-0828
(903) 526-5477 fax

Kirk J. Anderson
  California Bar No. 289043
Peter S. Brasher
  California Bar No. 283992
GARTEISER HONEA, P.C.
44 North San Pedro Road
San Rafael, California 94903
(415) 785-3762
(415) 785-3805 fax

***ATTORNEYS FOR BLUE SPIKE, LLC***

/s/ Wasif_Qureshi__
Lawrence K. Kolodney
Admitted Pro Hac Vice
Fish & Richardson PC
One Marina Park Drive
Boston, MA 02210
Phone: 617-542-5070
Fax: 617-542-8906
kolodney@fr.com

Wasif Qureshi
Texas Bar No. 24048155
Fish & Richardson PC
1221 McKinney Street, Suite 2800
Houston, TX 77010
Phone: 713-654-5300
qureshi@fr.com

***ATTORNEYS FOR AWARE, INC.***

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email.

    /s/ Christopher A. Honea

## CERTIFICATE OF CONFERENCE

I certify that on behalf of Blue Spike, LLC, I have met and conferred with counsel for Defendant on June 20, 2013 regarding the relief requested herein. Counsel for Defendant has agreed to this motion.

    /s/ Christopher A. Honea