UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Blue Spike, LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>Texas Instruments, Inc., et al.,<br><br>    *Defendants*. | CASE NO. 6:12-cv-499 MHS<br><br>LEAD CASE<br><br>Jury Trial Demanded |

**ORDER OF DISMISSAL WITH PREJUDICE OF AWARE, INC.**

In light of the Agreed Motion to Dismiss filed by Plaintiff Blue Spike, LLC ("Blue Spike") and Aware, Inc. ("Aware") pursuant to a settlement of the above-captioned litigation between the parties, the Court HEREBY ORDERS as follows:

1. Blue Spike's claims against Aware are hereby dismissed with prejudice.

2. Blue Spike and Aware shall each bear their own attorney fees and costs incurred in connection with this action.