UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § § § | |
| *Plaintiff*, | § § | CASE NO. 6:12-cv-499 MHS |
| v. | § § | LEAD CASE |
| Texas Instruments, Inc., et al., | § § | Jury Trial Demanded |
| *Defendants*. | § § § | |

**Supplemental Declaration of Randall Garteiser in Support of Plaintiff Blue Spike LLC's Surreply Opposing Agnitio Corporations's Motion to Dismiss [Dkt. 679]**

I, Randall Garteiser, declare as follows:

1. I, Randall T. Garteiser, am a partner in the law firm of Garteiser Honea, P.C. We represent Plaintiff Blue Spike LLC in this lawsuit. I have personal knowledge of the information contained in this declaration and can testify to the truth of these statements.

2. Attached hereto as Exhibit 19 is a true and correct copy of a page from USASpending.gov website showing a purchase of Agnitio products by the Drug Enforcement Administration in 2011, accessed June 20, 2013.

3. Attached hereto as Exhibit 20 is a true and correct copy of an announcement made by the Federal Bureau of Investigations on the site www.FedBizOpps.gov, accessed June 20, 2013.

4. Attached hereto as Exhibit 21 is a true and correct copy of a page from the Drug Enforcement Administration's website describing the DEA's collaboration with state and local law enforcement, accessed June 20, 2013.

5. Attached hereto as Exhibit 22 is a true and correct copy of a map from the Drug Enforcement Administration's website indicating the "High Intensity Drug Trafficking Areas Program Counties" from 2011, accessed June 20, 2013.

2

      6.      Attached hereto as Exhibit 23 is a true and correct copy of a page from the Federal Bureau of Investigations website indicating different office locations throughout Texas and surrounding areas, accessed June 20, 2013.

      7.      Attached hereto as Exhibit 24 is a true and correct copy of a page from Agnitio's website titled "About Agnitio", accessed June 20, 2013.

      I declare on June 20, 2013 in Marin County under penalty of perjury under the laws of the United States and California that the statements made in this declaration are true and correct.

                                                        */s/* Randall Garteiser
                                                         Randall Garteiser