# Exhibit 21



U.S. DEPARTMENT of JUSTICE    CONTACT US    A-Z INDEX    Search

# DEA
## UNITED STATES Drug Enforcement Administration
### TOUGH WORK, VITAL MISSION

HOME | ABOUT | CAREERS | OPERATIONS | DRUG INFO | PREVENTION | PRESS ROOM | ESPAÑOL

Operations » Programs » HIDTA



DEA PROGRAMS:
High Intensity Drug Trafficking Areas (HIDTAs)

The High Intensity Drug Trafficking Areas (HIDTA) program, created by Congress with the Anti-Drug Abuse Act of 1988, provides assistance to Federal, state, local, and tribal law enforcement agencies operating in areas determined to be critical drug-trafficking regions of the United States. This grant program is administered by the Office of National Drug Control Policy (ONDCP). There are currently 28 HIDTAs, which include approximately 16 percent of all counties in the United States and 60 percent of the U.S. population. HIDTA-designated counties are located in 46 states, as well as in Puerto Rico, the U.S. Virgin Islands, and the District of Columbia. The DEA plays a very active role and has 589 authorized special agent positions dedicated to the program. At the local level, the HIDTAs are directed and guided by Executive Boards composed of an equal number of regional Federal and non-Federal (state, local, and tribal) law enforcement leaders. The 2012 HIDTA annual budget is $238 million.

The purpose of the HIDTA program is to reduce drug trafficking and production in the United States by:

• Facilitating cooperation among Federal, state, local, and tribal law enforcement agencies to share information and implement coordinated enforcement activities;
• Enhancing law enforcement intelligence sharing among Federal, state, local, and tribal law enforcement agencies;
• Providing reliable law enforcement intelligence to law enforcement agencies to facilitate the design of effective enforcement strategies and operations; and
• Supporting coordinated law enforcement strategies that make the most of available resources to reduce the supply of illegal drugs in designated areas of the United States and in the Nation as a whole.

High Intensity Drug Trafficking Areas Program Counties 2011
with Intelligence and Information Sharing Initiative Locations




**Drug Facts for Today's Teens**
JustThinkTwice.com

**A DEA Resource for Parents**
GetSmartAboutDrugs.com

**DEA Warns Public of Extortion Scams**

### RESOURCE CENTER 

Controlled Substances Act
DEA Museum and Visitors Center
Doing Business with DEA
Drug Disposal
Employee Assistance Program
Extortion Scam Alert
For Victims of Crime
How do I...?
National Clandestine Laboratory Register
Registration – for Practitioners
Statistics & Facts
Submit a Tip

**STAY CONNECTED**

Sign up for E-Mail Updates