# Exhibit 22



High Intensity Drug Trafficking Areas Program Counties 2011 with Intelligence and Information Sharing Initiative Locations