# Exhibit 23



Local FBI Offices

Home • Contact Us • Local FBI Offices



## Our local FBI offices are all about protecting your communities.

The FBI has 56 field offices (also called divisions) centrally located in major metropolitan areas across the U.S. and Puerto Rico. They are the places where we carry out investigations, assess local and regional crime threats, and work closely with partners on cases and operations. Each field office is overseen by a special agent in charge, except our offices in Los Angeles, New York City, and Washington, D.C., which are headed by an assistant director in charge due to their large size. Within these field offices are a total of about 380 resident agencies located in smaller cities and towns. Resident agencies are managed by supervisory special agents.

To find which field office serves a particular area or to get basic contact information, use one of the following:

Alphabetical list of field offices by state: **Search by State**

Alphabetical list of field offices by city: **Select City**

Check the states and counties served by each field office: **Check States and Counties**

Use your ZIP Code: **Use your ZIP Code**

