# Exhibit 24




**OUR PRODUCTS:** ASIS | KIVOX | BS³ | BATVOX |

**VOICE BIOMETRICS**

- **ABOUT AGNITIO**
- OUR CUSTOMERS
- PARTNERS
- FAQS
- NEWS
- CONTACT

- SECURE VOICE BIOMETRICS VERIFICATION
- DEFENSE AND INTELLIGENCE
- LAW ENFORCEMENT AND FORENSICS

- BATSCHOOL

## About Agnitio

### COMPANY PROFILE

**Worldwide market leaders in voice biometrics for the government sector**

AGNITIO S. L. headquartered in Madrid, Spain is a worldwide market leader in the government sector for forensic and intelligence voice biometrics solutions. AGNITIO has an extensive customer base including leading police, Intelligence, military and other government organizations in over 25 countries.

Agnitio Corp., based in Washington DC area, is the US subsidiary of Agnitio, leading the business development in USA and Canada.




**Privately Funded**

AGNITIO is a privately funded company backed by leading venture capitalists. Nauta Capital (Barcelona) and Elaia Partners (Paris) are the two Investors of reference.

Nauta has offices in Barcelona and Boston and invests in companies in the Technology and Telecommunications sectors. Nauta's target companies for investment are in their very early stage of development (Seed Capital) and until more advanced stages of development (series A and series B financing rounds). Nauta actively invests in Western Europe and the US. For more information, please visit www.nautacapital.com

Elaia Partners is a French independent venture capital firm focused on digital technologies. It has over € 65M under direct management and by delegation. The company works closely with the companies in its portfolio at all stages of development. For more information, please visit www.elaia.com

**Solutions**

AGNITIO S.L. was founded in 2004, initially as a spin-off from a leading University research group doing voice biometrics research since 1994. AGNITIO has worked very closely with key police organizations worldwide with the first technology renditions being co-developments with some of the world's most reputable police forces.

AGNITIO's BATVOX was the first voice biometric tool for forensic applications implemented in real life police laboratories. Agnitio was the first company to deploy a 1-to-many identification system (ASIS) for police investigation, and today has been deployed in many countries of Europe and America.

The Biometric Speaker Spotting System family (BS³) is the first and most comprehensive product family for voice surveillance used by Military and Intelligence organizations. Agnitio's proprietary technology and products are protected by a family of patents that grows every year.

Agnitio´s strong background in government forensics has paved the way for the company to launch KIVOX, voice biometrics technology targeted at the corporate sector. Financial services, telecoms, utilities and other sectors are implementing a new layer of security based on voice biometrics. KIVOX is ideally positioned in this market with inherited qualities developed in the most stringent of environments when it comes to voice-based identification and verification, namely Agnitio´s forensic identification capabilities.