UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **Blue Spike, LLC,** | § |
| *Plaintiff*, | § |
| v. | § CASE NO. 6:12-cv-499 MHS |
| | § LEAD CASE |
| **Texas Instruments, Inc., et al.,** | § Jury Trial Demanded |
| *Defendants*. | § |

### ORDER OF DISMISSAL WITH PREJUDICE OF AWARE, INC.

In light of the Agreed Motion to Dismiss (Doc. No. 831) filed by Plaintiff Blue Spike, LLC and Aware, Inc. pursuant to a settlement of the above-captioned litigation between the parties, the Court HEREBY ORDERS as follows:

1. Blue Spike's claims against Aware are hereby dismissed with prejudice.

2. Blue Spike and Aware shall each bear their own attorney fees and costs incurred in connection with this action.

**It is SO ORDERED.**

SIGNED this 24th day of June, 2013.

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE