IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC<br>*Plaintiff,*<br><br>v.<br><br>TEXAS INSTRUMENTS, INC.<br>*Defendant.* | § § § § § § § § § | Civil Action No. 6:12-CV-499 MHS<br><br>LEAD CASE |

| | | |
|---|---|---|
| BLUE SPIKE, LLC,<br>*Plaintiff,*<br><br>v.<br><br>CBS INTERACTIVE, INC.<br>*Defendant.* | § § § § § § § § § § | Civil Action No. 6:13-CV-60 MHS<br><br>CONSOLIDATED CASE |

**DECLARATION OF JONATHAN MANTELL IN SUPPORT OF DEFENDANT AUDIBLE MAGIC CORPORATION'S AND ITS CUSTOMERS' MOTION TO TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA UNDER 28 U.S.C. § 1404(a)**

I, Jonathan Mantell, declare under penalty of perjury that the following is true and correct:

1. I am a Vice President, Digital Products and Video for CBS Interactive Inc. ("CBSi"). I have personal knowledge of the facts set forth in this declaration, or access to CBSi's corporate information and records allowing me to confirm these facts. If called as a witness, I could testify competently to these facts under oath.

2. CBSi is headquartered in San Francisco, California.

3. CBSi has no offices, facilities, or employees working in the Eastern District of Texas and I am aware of no relevant documents located in the Eastern District of Texas.

4. It is my understanding that CBSi is accused in the complaint in the above-referenced action based on Audible Magic Corp.'s ("Audible Magic's") content identification services and technology used in connection with the "CBS Sync" product accused in the complaint.

5. CBSi has no access to, and no ability to alter, the source code used to run Audible Magic's content identification services.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct based on my own personal knowledge.

Executed on June 10, 2013 in Los Angeles, California.

Jonathan Mantell

## **CERTIFICATE OF SERVICE**

I hereby certify on this 24th day of June, 2013 that a copy of the foregoing was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel of record who have consented to electronic service through the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3).

*/s/Andrew L. Perito*
Andrew L. Perito