IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC<br>    *Plaintiff*,<br>v.<br>TEXAS INSTRUMENTS, INC.<br>    *Defendant.* | §§§§§§§§ | Civil Action No. 6:12-CV-499 MHS<br><br>LEAD CASE |
| BLUE SPIKE, LLC,<br>    *Plaintiff*,<br>v.<br>CBS INTERACTIVE INC.<br>    *Defendant*. | §§§§§§§§§§ | Civil Action No. 6:13-CV-60 MHS<br><br>CONSOLIDATED CASE |

## ORDER

Before the Court is Defendant Audible Magic Corporation's and its Customers' Motion to Transfer Venue to the United States District Court for the Northern District of California under to 28 U.S.C. § 1404(a) ("Motion to Transfer") [Dkt. 771] and CBS Interactive Inc.'s joinder in that Motion to Transfer. Having considered the parties' written submissions and arguments, the Court GRANTS CBS Interactive Inc.'s motion and TRANSFERS the case to the Northern District of California.

**So ORDERED and SIGNED this ___ day of June, 2013**