UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § § § | |
| *Plaintiff*, | § § § | CASE NO. 6:12-cv-499 MHS |
| v. | § § § | LEAD CASE |
| Texas Instruments, Inc., et al., | § § § | Jury Trial Demanded |
| *Defendants*. | § § § | |

### ORDER DENYING AUDIBLE MAGIC DEFENDANTS' MOTION TO TRANSFER VENUE [DKT. 771]

On this day came for consideration Audible Magic Defendants' ("Defendants'") Motion to Transfer Plaintiff Blue Spike, LLC's Complaint in the above-captioned proceeding pursuant to 28 U.S.C. § 1404(a) to the Northern District of California. Having considered Defendants' motion and supporting papers and Blue Spike, LLC's opposition and supporting papers, the Court is of the opinion that said motion should be DENIED.

IT IS HEREBY ORDERED that Defendants' Motion to Transfer is hereby denied on the grounds that the Northern District of California is not clearly more convenient than the Eastern District of Texas.

IT IS SO ORDERED.

1