UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, § <br> *Plaintiff*, § <br> v. § <br> Texas Instruments, Inc., et al., § <br> *Defendants*. § | | CASE NO. 6:12-cv-499 MHS <br><br> LEAD CASE <br><br> Jury Trial Demanded |

**Declaration of Randall Garteiser in Support of Plaintiff Blue Spike, LLC's Opposition to the Audible Magic Defendants' Motion to Transfer Venue [Dkt. 771]**

I, Randall Garteiser, declare as follows:

    1.    I, Randall T. Garteiser, am a partner in the law firm of Garteiser Honea, P.C. We represent Plaintiff Blue Spike, LLC in this lawsuit. I have personal knowledge of the information contained in this declaration and can testify to the truth of these statements.

    2.    Attached hereto as Exhibit 1 is a true and correct copy of the Court's Consolidation Order signed by United States District Judge Davis dated October 9, 2012, as Dkt. No. 16.

    3.    Attached hereto as Exhibit 2 is a true and correct copy of the Court's second Consolidation Order signed by United States District Judge Schneider dated March 25, 2013 as Dkt. No. 530.

    4.    Attached hereto as Exhibit 3 is a true and correct copy of a Report and Recommendation of the United States Magistrate Judge Mazzant dated August, 24, 2012 in *Net Navigation Systems, LLC v. Alcatel-Lucent USA, Inc.*, Case No. 4:11-CV-663.

    5.    Attached hereto as Exhibit 4 is a true and correct copy of an Order signed by United States Magistrate Judge Mazzant dated August 21, 2012 in *Oasis Research, LLC v. Pro Softnet Corp.*, Case No. 4:12-cv-00531.

6. Attached hereto as Exhibit 5 is a true and correct copy of an Order signed by United States District Judge Davis on September 27, 2012 in *Mosaid Technologies, Inc. v. Freescale Semiconductor, Inc.*, Case No. 6:11-cv-00173.

7. Attached hereto as Exhibit 6 is a true and correct copy of an Order signed by United States District Judge Schneider dated January 14, 2013 in *Geotag, Inc, v. Aromatique, Inc, et al.*, Case No. 2:10-cv-00570.

8. Attached hereto as Exhibit 7 is a true and correct copy of an Order signed by United States District Magistrate Judge Payne dated March 26, 2013 in *Advanced Processor Technologies, LLC, v. Atmel Corp.*, Case No. 2:12-cv-00152.

9. Attached hereto as Exhibit 8 is a true and correct copy of an Order signed by United States Magistrate Judge Love dated April 29, 2013 in *Cell and Network Selection, LLC, v. AT&T Mobility, LLC, et al.*, Case No. 6:11-cv-0076.

///

I declare on June 24, 2013, in Marin County under penalty of perjury under the laws of the United States and California that the statements made in this declaration are true and correct.

*/s/* Randall Garteiser
Randall Garteiser