UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **Blue Spike, LLC,** | § | |
| *Plaintiff,* | § § § | CASE NO. 6:12-cv-499 MHS |
| v. | § § | LEAD CASE |
| **Texas Instruments, Inc., et al.,** | § § | Jury Trial Demanded |
| *Defendants.* | § § § | |

### ORDER OF DISMISSAL OF UMAMI CO.

In light of the Agreed Motion to Dismiss filed by Plaintiff Blue Spike, LLC ("Blue Spike") and Umami Co. ("Umami") the Court HEREBY ORDERS as follows:

WHEREFORE, the consent of the parties, it is hereby ORDERED, ADJUDGED and DECREED that:

1. The Court has jurisdiction over the parties and the subject matter of this action.

2. All claims in this Civil Action brought by Blue Spike against Umami are hereby dismissed with prejudice.

3. The Court shall enter the Consent Judgment and Injunction as to Umami Co.  This dismissal is specifically subject to the terms of the Consent Judgment and Injunction.

4. Each party shall bear its own costs and attorneys' fees.
   **It is SO ORDERED.**

   SIGNED this 25th day of June, 2013.

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE