UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § § § | |
| *Plaintiff*, | § § | CASE NO. 6:12-cv-499 MHS |
| v. | § § | LEAD CASE |
| Texas Instruments, Inc., et al., | § § § | Jury Trial Demanded |
| *Defendants*. | § § § § | |

### CLERK'S ENTRY OF DEFAULT AS TO DERMALOG SYSTEMS, GMBH

Plaintiff Blue Spike, LLC has requested the entry of default of Defendant Dermalog Systems, GmbH ("Dermalog") pursuant to Federal Rule of Civil Procedure 55(a). From the affidavit of Christopher A. Honea submitted in support of Plaintiff's Request and the Court's record in this action, the Clerk finds that Defendant Dermalog has failed to appear, plead, or otherwise defend as provided by the Federal Rules of Civil Procedure. Therefore, the DEFAULT of Defendant Dermalog is hereby entered.



DAVID J. MALAND, CLERK
United States District Clerk
Eastern District of Texas

By: _____
Deputy Clerk