UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § | |
| *Plaintiff*, | § | CASE NO. 6:12-cv-499 MHS |
| v. | § | LEAD CASE |
| Texas Instruments, Inc., et al., | § | Jury Trial Demanded |
| *Defendants*. | § | |

**CLERK'S ENTRY OF DEFAULT AS TO SONDA TECHNOLOGIES, LTD.**

Plaintiff Blue Spike, LLC has requested the entry of default of Defendant Sonda Technologies, Ltd. ("Sonda") pursuant to Federal Rule of Civil Procedure 55(a). From the affidavit of Christopher A. Honea submitted in support of Plaintiff's Request and the Court's record in this action, the Clerk finds that Defendant Sonda has failed to appear, plead, or otherwise defend as provided by the Federal Rules of Civil Procedure. Therefore, the DEFAULTS of Defendant Sonda is hereby entered.



DAVID J. MALAND, CLERK
United States District Clerk
Eastern District of Texas

By:_____
Deputy Clerk