IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>TEXAS INSTRUMENTS, INC., *et al.*,<br><br>*Defendants.* | Civil Action No. 6:12-CV-499<br><br>Consolidated<br><br>**JURY TRIAL DEMANDED** |
| BLUE SPIKE, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>AWARE, INC.,<br><br>**Defendant.** | Civil Action No. 6:12-CV-687<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF REQUEST FOR TERMINATION OF ELECTRONIC NOTICES**

Pursuant to Local Rule CV-11(f), Lawrence Kolodney and Wasif Qureshi, counsel for now-dismissed defendant Aware, Inc., respectfully request termination of electronic notices in the above-entitled and numbered civil actions. The Order of Dismissal was granted on June 24, 2013 (Dkt. No. 835).

1

Dated: June 26, 2013

Respectfully submitted,

By: */s/ Wasif Qureshi*

Lawrence K. Kolodney
*Admitted Pro Hac Vice*
**Fish & Richardson PC**
One Marina Park Drive
Boston, MA 02210
Phone: 617-542-5070
Fax: 617-542-8906
kolodney@fr.com

Wasif Qureshi
Texas Bar No. 24048155
**Fish & Richardson PC**
1221 McKinney Street, Suite 2800
Houston, TX 77010
Phone: 713-654-5300
qureshi@fr.com

***Counsel for Defendant Aware, Inc.***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 26, 2013 a true and correct copy of the above and foregoing document has been served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Wasif Qureshi*
Wasif Qureshi