IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> TEXAS INSTRUMENTS, INC., <br><br> Defendant. | Cause No.  6:12-CV-00499-MHS <br> LEAD CASE |
| BLUE SPIKE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ROVI CORPORATION AND ROVI GUIDES, INC., <br><br> Defendants. | Cause No.  6:12-CV-00057-MHS <br> CONSOLIDATED CASE |

**DEFENDANTS ROVI CORPORATION AND ROVI GUIDES, INC.'S REQUEST FOR TERMINATION OF ELECTRONIC NOTICES**

Defendants Rovi Corporation and Rovi Guides, Inc. were dismissed with prejudice on June 20, 2013.  *See* Dkt. No. 830.  Pursuant to Local Rule CV-11(f), Roderick Thompson and Andrew Leibnitz, of Farella Braun + Martel LLP, request that the Clerk of this Court remove their names from the list of persons authorized to receive electronic notices in this matter.

[signature block on next page]

- 0 -

Dated: June 26, 2013

    /s/ Andrew Leibnitz
Roderick M. Thompson, Bar No. 96192
Andrew Leibnitz, Bar No. 184723
Daniel C. Callaway, Bar No. 262675
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

ATTORNEYS FOR DEFENDANTS
ROVI CORPORATION AND ROVI
GUIDES, INC.