UNITED STATES DISTRICT COURT
FOR THE EASTER DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **Blue Spike, LLC** | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 6:12-cv-499 |
| **Texas Instruments, Inc.** | § § § | |
| Defendants | § | |

-------------------------------------------------------------------------------------------------------------

| | | |
|---|---|---|
| **Blue Spike, LLC** | § § § | |
| Plaintiff, | § § § | |
| v. | § § | Case No. 6:13-cv-00124 |
| **Cognitec Systems Corporation** | § | |
| **Cognitec Systems GmbH** | § § § | |
| Defendants | § | |

## ORDER

On this day came on for consideration the Plaintiff's motion for jurisdictional discovery. After considering the argument and authorities presented by the parties, the Court is of the opinion that Plaintiff's motion should be denied.

IT IS THEREFORE ORDERED that Plaintiff's motion for jurisdictional discovery be in all things DENIED. It is so ordered.