# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

# TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC, | Civil Action No. 6:12-CV-499 MHS |
| Plaintiff, | LEAD CASE |
| v. | |
| TEXAS INSTRUMENTS, INC., *et al.* | |
| Defendant. | |

| | |
|---|---|
| BLUE SPIKE, LLC, | Civil Action No. 6:13-CV-84-MHS |
| Plaintiff, | CONSOLIDATED CASE |
| v. | |
| TYGART TECHNOLOGIES, INC., | |
| Defendant. | |

## ORDER

AND NOW, this _____ day of _____, 2013, upon Plaintiff's Motion to Allow Jurisdictional Discovery and Tygart Technologies, Inc.'s Response in Opposition, it is hereby ORDERED, ADJUDGED, and DECREED that Plaintiff's Motion is DENIED.