UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § | |
|     *Plaintiff*, | § § § | Civil Action No. 6:12-cv-00499 |
| v. | § § | JURY TRIAL DEMANDED |
| Texas Instruments, Inc., et al., | § § | |
|     *Defendants*. | § | |

**Order Denying Defendants L-1 Identity Solutions, Inc. and MorphoTrust USA, Inc.'s Motion to Transfer Venue [Dkt. 588]**

Good cause appearing, the Court denies Defendants L-1 Identity Solutions, Inc.'s and MorphoTrust USA, Inc.'s motion to transfer to New Jersey given its contacts with Texas.