# Exhibit 1

Search site...

FIND

- Worldwide (English)
  Worldwide (English)
  Worldwide (French)
  China
  Brazil

-
-
-
- 
- 

- **Press Releases**

| Technicolor: | | |
|---|---|---|
| All Press Releases | | SUBSCRIBE |
| - J'aime (528) | | |
| Corporate Press Releases | | SUBSCRIBE |
| The page has been saved to your personalise menu | | |
| The page has already been saved to your personalise menu | | |
| Trade Press Releases Click icon to save this page to your personalise menu | | SUBSCRIBE |
| - Home Financial Press Releases  >  About Technicolor | | SUBSCRIBE |

### 3D ➕ ➖

### Animation & VFX ➕ ➖

### Theatrical ➕ ➖

### Broadcast ➕ ➖

### Media Management ➕ ➖

### Home Entertainment ➕ ➖

### Digital Home ➕ ➖

### Business Broadband & VoIP ➕ ➖

**Advertising**

**Global Logistics**

**Technology**

**About Technicolor**

ility

a

**News & Events**

**Personalize**

**CONTACT & SUPPORT**

## About Technicolor

Technicolor, a worldwide technology leader in the media and entertainment sector, is at the forefront of digital innovation. Our world class research and innovation laboratories enable us to lead the market in delivering advanced video services to content creators and distributors. We also benefit from an extensive intellectual property portfolio focused on imaging and sound technologies, based on a thriving licensing business.

Our commitment: supporting the delivery of exciting new experiences for consumers in theaters, homes and on the go.



SHOW
Browse Site
© 2007-2012 Technicolor. All Rights Reserved
Technicolor News & Events | Investor Center | Press Center | Careers | Legal | Credits | Sitemap

- 
- 
- 
-