# Exhibit 2

Ex. 2:

