# Exhibit 3

Ex. 3:

