# Exhibit 4

Ex. 4:

