# Exhibit 6

Ex. 6:

