# Exhibit 7

Language: English



- PRODUCTS
- TECHNOLOGY
- IN THE NEWS
- COMPANY
- CONTACT

Japanese  Clients  Social
News

- News|
- Press Releases|
- Events

Vobile Partners with Technicolor to Offer Content Identification Services to Filmmakers    Vobile Partners with Technicolor to Offer Content Identification Services to Filmmakers

**VDNA Fingerprinting Technology Integrated into Technicolor's Post-Production Workflow**

**SANTA CLARA, Calif. – September 22, 2008 –** Vobile, a leading provider of video content identification and management products and services, today announced a partnership with Technicolor to offer content identification services to all filmmakers. Technicolor is integrating Vobile VDNA fingerprinting technology into its post-production workflows. The partnership offers all filmmakers, from major film studios to independent production companies, a comprehensive solution to enable new media rights management and monetization. It signifies a new milestone in the evolution of the digital video supply chain.

In today's digital distribution business, the ability to accurately and rapidly identify video content is essential. This solution combines the industry's leading video content identification and management services with the post-production component of Technicolor to generate unique VDNA identifiers for movies prior to public release. The integrated workflow at the post-production stage dramatically reduces the complexity of video fingerprinting operations and enables filmmakers to better track their content for purposes of copyright management, business intelligence and monetization. Now feature films can have the benefit of VDNA protection from the very beginning of its theatrical release time window, when protection and monetization is of critical importance.

"The solution we developed with Vobile will enable content owners to further automate the management and control of media as a part of their everyday production and business processes," said Aaron Markham, Vice President of Security Services at Technicolor. "Technicolor believes that it is

essential to include the digital fingerprinting process in post-production workflows, and we are pleased to be a leader in our adoption of such technologies."

"Video fingerprinting is becoming a standard practice for major film studios. Many of the hot movies released during this summer enjoyed the benefit of our VDNA protection. We are very pleased that Technicolor has selected our video fingerprinting technology for integration into its workflow." said Yangbin Wang, founder and CEO of Vobile, Inc. "Now the best video fingerprinting and post-production services are offered to all filmmakers in a single pass, with no additional operational complexity. Any valuable video production, certainly all feature films, should have the VDNA protection to maximize its revenue potential."

**About Vobile**
Vobile® is a leading provider of video content identification and management products and services. Its core VDNA technology enables fully automated identification, tracking and management of any video and audio content with high performance, accuracy and scalability. Vobile operates a large-scale database of VDNA for content identification and video search services. Founded in 2005, the company is headquartered in Santa Clara, California. For more information, visit the Vobile Web site at www.vobileinc.com.

###

© 2012, Vobile, Inc.

- Home|
- Products|
- Technology|
- In the News|
- Company|
- Contact|
- Sitemap