# Exhibit 8

Search site...

FIND

Worldwide (English)

[Worldwide (English)](#)
[Worldwide (French)](#)
[China](#)
[Brazil](#)

- 
- 
- 
- ![g]
- 

- **Press Releases**

[Technicolor](#)
All Press Releases
SUBSCRIBE

- [J'aime (253)](#)
- Corporate Press Releases
SUBSCRIBE

The page has been saved to your personalise menu
The page has already been saved to your personalise menu
Trade Press Releases
Click icon to save this page to your personalise menu
SUBSCRIBE

- [Home](#)
- Financial Press Releases
- > [Media Management](#)
SUBSCRIBE

### [3D](#) ➕ ➖

### [Animation & VFX](#) ➕ ➖

### [Theatrical](#) ➕ ➖

### [Broadcast](#) ➕ ➖

### [Media Management](#) ➕ ➖

- [Home Entertainment](#)
- [Digital Home](#)
- [Business Broadband & VoIP](#)
- [Advertising](#)
- [Global Logistics](#)
- [Technology](#)
- [About Technicolor](#)
- [News & Events](#)
- [Personalize](#)
- [CONTACT & SUPPORT](#)

# Media Management



Case 6:12-cv-00499-RWS-CMC   Document 858-10   Filed 06/29/13   Page 4 of 7 PageID #: 8951

*Technicolor enables content owners and content distributors to monetize their assets, providing a broad range of services to help create, manage and deliver content anywhere in the world*

- What We Do
- Contact

Media Services provide broadcasters with solutions to produce a high-quality broadcast anywhere in the world.

# Technicolor Services include

- Archiving & Element Tracking
- Compression & Authoring
- Disaster Recovery
- Hosting
- Media Management
- Preparation & Enhancement

Top


## DUTCH FILMWORKS SIGNS UP TO MEDIAFFINITY

Technicolor announced an exclusive contract with distributor Dutch FilmWorks to provide media services through MediAffinity

READ MORE


## BLU-RAY & DVD REPLICATION

Technicolor specializes in high-volume capabilities

READ MORE

## AWARDED BEST GATEWAY

Technicolor Awarded "Best Interconnected Device or CPE" at Connected Home Global Summit

READ MORE



# CORPORATE SOCIAL RESPONSIBILITY

READ MORE

HIDE
Browse Site

**3D**

- 3D Excellence Program
- Certifi3D
- Comprehensive 3D Portfolio

**ANIMATION & VFX**

- Animation
- VFX
- Game Sound

**THEATRICAL**

- Visual Post Production
- Sound Post Production
- Digital Cinema Services
- 3D in the Theatre
- Cinema Distribution
- Film Print Distribution

**BROADCAST**

- Sound Post Production
- Broadcast Post Production
- Broadcast Production Studio
- Broadcast Playout

**MEDIA MANAGEMENT**

- Digital Content Services

Case 6:12-cv-00499-RWS-CMC   Document 858-10   Filed 06/29/13   Page 6 of 7 PageID #: 8953

- MediaEcho
- Compression & Authoring

**HOME ENTERTAINMENT**

- Packaged Media (Blu-ray & DVD)
- Supply Chain Solutions

**DIGITAL HOME**

- Vision
- MediaNavi - Content Platform
- MediaEncore - Media Gateway
- MediaAccess - Modems & Gateways
- MediaPlay - Set-top Boxes
- MediaTouch - Tablets
- IP DECT Solutions
- Software Suite
- Partners Alliance - Applications
- Professional Services

**BUSINESS BROADBAND & VOIP**

- Business Solutions
- Network Service Providers Solutions – Cirpack

**ADVERTISING**

- Commercials

**GLOBAL LOGISTICS**

**TECHNOLOGY**

- Research & Innovation
- Research Publications
- Security & Content Protection Labs
- Technology Licensing
- Intellectual Property & Licensing
- Research and Innovation Centers

**ABOUT TECHNICOLOR**

- Technicolor at a Glance

- Corporate Social Responsibility
- Our Supply Chain
- Technicolor Foundation
- Investor Center
- Press Center
- Careers
- Technicolor on Social Media

**NEWS & EVENTS**

- Technicolor News
- Technicolor Events

**PERSONALIZE**

- You have not saved any pages

© 2007-2012 Technicolor. All Rights Reserved

Technicolor News & Events | Investor Center | Press Center | Careers | Legal | Credits | Sitemap

-   
-   
-   
-