# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
| | § | |
| *Plaintiff*, | § | CASE NO. 6:12-cv-499 MHS |
| | § | |
| v. | § | LEAD CASE |
| | § | |
| TEXAS INSTRUMENTS, INC., et al., | § | Jury Trial Demanded |
| | § | |
| *Defendants*. | § | |

---

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF PLAINTIFF'S MOTION TO AUTHORIZE JURISDICTIONAL DISCOVERY FROM DEFENDANT COGNITEC SYSTEMS CORP. AND COGNITEC SYSTEMS GMBH

BEFORE THE COURT is Plaintiff Blue Spike, LLC ("Blue Spike") Unopposed Motion for Extension of Time to File a Reply in Support of Blue Spike's Motion Authorize Jurisdictional Discovery from Defendants Cognitec Systems Corp. and Cognitec Systems GmbH (Doc. No. 807) ("Motion for Jurisdictional Discovery"). The Court, having noted that the relief requested is unopposed, is of the opinion that the Motion (Doc. No. 863) should be GRANTED.

IT IS ORDERED that Plaintiff Blue Spike, LLC shall have until July 12, 2013, to file a reply in support of the Motion for Jurisdictional Discovery.

**SIGNED this 10th day of July, 2013.**


_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE