AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| Audible Magic Corporation (Counterclaim Plaintiff) *Plaintiff(s)* v. Blue Spike LLC, Blue Spike Inc. and Scott A. Moskowitz (Counterclaim Defendants) *Defendant(s)* | Civil Action No. 6:12-cv-499 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Blue Spike, Inc.
16711 Collins Ave. #3606
Sunny Isles Beach, FL 33160

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eric H. Findlay
FINDLAY CRAFT, LLP
6760 Old Jacksonville Hwy, Suite 101
Tyler, TX 75703

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 7/16/13

David Maland

*Signature of Clerk or Deputy Clerk*