IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:12-cv-499 LED |
| | § | |
| **TEXAS INSTRUMENTS, INC.,** | § | |
| Defendant. | § | |
| | § | |

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** | § | |
| Plaintiff, | § | |
| | § | Case No. 6:13-cv-106 MHS |
| v. | § | [Consolidated with |
| | § | Case No. 6:12-cv-499 LED] |
| **AXXONSOFT US, INC. and** | § | |
| **AXXONSOFT LTD.,** | § | |
| Defendants. | § | |

**UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE SUR-REPLY IN OPPOSITION TO BLUE SPIKE'S MOTION FOR JURISDICTIONAL DISCOVERY**

Defendants AxxonSoft US, Inc. and AxxonSoft Ltd. (collectively, "AxxonSoft), with agreement of Plaintiff Blue Spike, LLC ("Blue Spike"), file this motion to extend the deadline to file a sur-rpely in opposition to Blue Spike's Motion to Authorize Jurisdictional Discovery from AxxonSoft (D.I. 812). AxxonSoft has requested, and Blue Spike has agreed, to extend that deadline to July 26, 2013.

There is good cause for the requested extension due to previous professional commitments and heavy work travel schedules of the counsel primarily responsible for preparing the opposition brief as well as the work and travel schedules of two of the principal declarants.

2

Dated: July 18, 2013

Respectfully submitted,

By: */s/ Erik B. Milch*
COOLEY LLP
Erik B. Milch
emilch@cooley.com
One Freedom Square
Reston Town Center
11951 Freedom Drive
Reston, Virginia 20190-5656
Tel:  703 456-8000
Fax:  703 456-8100

*Attorneys for Defendants AxxonSoft US, Inc. and AxxonSoft Ltd.*

## CERTIFICATE OF SERVICE

I, Erik B. Milch, do hereby certify that on this 18th day of July, 2013, I caused a true and correct copy of the foregoing **UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE SUR-REPLY IN OPPOSITION TO BLUE SPIKE'S MOTION FOR JURISDICTIONAL DISCOVERY** to be electronically filed with Clerk of the Court using CM/ECF which will send notification to all registered attorneys of record.

                                                           */s/ Erik B. Milch*

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel for AxxonSoft has conferred with counsel for Blue Spike, and that they do not oppose the motion.

Dated:   July 18, 2013                                    */s/  Erik B. Milch*
                                                               COOLEY LLP
                                                               Erik B. Milch
                                                               emilch@cooley.com
                                                               One Freedom Square
                                                               Reston Town Center
                                                               11951 Freedom Drive
                                                               Reston, Virginia 20190-5656
                                                               Tel:  703 456-8000
                                                               Fax:  703 456-8100