IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:12-cv-499 LED |
| | § | |
| **TEXAS INSTRUMENTS, INC.,** | § | |
| Defendant. | § | |

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:13-cv-106 MHS |
| | § | |
| **AXXONSOFT US, INC and** | § | [Consolidated with |
| **AXXONSOFT LTD.,** | § | Case No. 6:12-cv-499 LED] |
| Defendants. | § | |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE SUR-REPLY IN OPPOSITION TO BLUE SPIKE'S MOTION FOR JURISDICTIONAL DISCOVERY**

Before the Court is the Unopposed Motion of Defendants AxxonSoft US, Inc. and AxxonSoft Ltd. (collectively "AxxonSoft") to extend the deadline to file the sur-reply in opposition to Plaintiff Blue Spike, LLC's ("Blue Spike") Motion to Authorize Jurisdictional Discovery from AxxonSoft (D.I. 812).

It is hereby ORDERED that the motion is GRANTED.  The sur-reply in opposition to Blue Spike's Motion to Authorize Jurisdictional Discovery from AxxonSoft is to be filed on or before July 26, 2013.