UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
| | § | |
| *Plaintiff,* | § | CASE NO. 6:12-cv-499 MHS |
| | § | |
| v. | § | LEAD CASE |
| | § | |
| TEXAS INSTRUMENTS, INC., et al., | § | Jury Trial Demanded |
| | § | |
| *Defendants.* | § | |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE A REPLY IN RESPONSE TO DEFENDANT AUDIBLE MAGIC CORP.'S AND ITS CUSTOMERS' AMENDED COUNTERCLAIMS**

BEFORE THE COURT is Plaintiff Blue Spike, LLC ("Blue Spike") Unopposed Motion for Extension of Time to File a reply in response to Audible Magic Corp.'s and its customers' Amended Counterclaims (Dkt. Nos. 868-92) ("Counterclaims"). The Court, having noted that the relief requested in unopposed, is of the opinion that the Motion should be granted.

IT IS ORDERED that Plaintiff Blue Spike, LLC shall have until September 20, 2013 to respond to the Counterclaims (Dkt. Nos. 868-92).