IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC | § § | |
| VS. | § § | CASE NO. 6:12-cv-499 MHS |
| TEXAS INSTRUMENTS, INC., ET AL | § | |

| | | |
|---|---|---|
| BLUE SPIKE, LLC | § § | CASE NO. 6:12-CV-690 LED |
| VS. | § § | |
| NEC CORPORATION OF AMERICA AND NEC CORPORATION | § § § | CONSOLIDATED CASE JURY TRIAL DEMANDED |

**REQUEST FOR TERMINATION OF**
**ELECTRONIC NOTICES**

Now come Louise Stoupe, Tim Doyle, and Malcolm Dort of the law firm Morrison & Foerster LLP, and pursuant to Rule CV-11(f) request that the Clerk of this Court remove their names from the list of persons authorized to receive electronic notices in this case.

Respectfully submitted,

BY: /s/ Louise Stoupe
    Louise Stoupe
    MORRISON & FOERSTER LLP
    Shin-Marunouchi Building, 29th Floor
    5-1, Marunouchi 1-chome
    Chiyoda-ku, Tokyo, Japan 100-6529
    Tel: +81-3-3214-6522
    Fax: +81-3-3214-6512

ATTORNEYS FOR DEFENDANTS
NEC CORPORATIONOF AMERICA and
NEC CORPORATION

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on July 31, 2013.

/s/ Louise Stoupe