IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>   Plaintiff,<br><br> v.<br><br>TEXAS INSTRUMENTS, INC.,<br><br>   Defendant. | Civil Action No. 6:12-CV-499-MHS<br><br>LEAD CASE<br><br>Jury Trial Demanded |
| BLUE SPIKE, LLC,<br><br>   Plaintiff,<br><br> v.<br><br>ADOBE SYSTEMS INC.,<br><br>   Defendant. | Civil Action No. 6:12-CV-564-MHS<br><br>CONSOLIDATED CASE<br><br>ORAL ARGUMENT REQUESTED<br><br>Jury Trial Demanded |

**ORDER GRANTING DEFENDANT ADOBE SYSTEMS INCORPORATED'S MOTION TO TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA UNDER 28 U.S.C. § 1404(a)**

The motion of Defendant Adobe Systems Inc. to transfer venue pursuant to 28 U.S.C. § 1404(a) has been submitted to the Court for decision. The Court, having considered all papers submitted in connection therewith, is of the opinion that the motion is well taken and should be GRANTED.

IT IS THEREFORE ORDERED that the above captioned case against Adobe Systems Inc. shall be transferred to the United States District Court for the Northern District of California.