PTO/SB/08A (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Substitute for form 1449/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT
(Use as many sheets as necessary)

| Complete if Known | |
|---|---|
| Application Number | 09/657,181 |
| Filing Date | September 7, 2000 |
| First Named Inventor | Scott A. MOSKOWITZ et al. |
| Art Unit | 2857 |
| Examiner Name | NA |
| Attorney Docket Number | 80408.0012 |

Sheet | 1 | of | 12

## U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number — Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | US-4,939,515 | 07/03/1990 | Adelson | |
| | | US-5,161,210 | 11/03/1992 | Druyvesteyn,et.al. | |
| | | US-5,450,490 | 09/12/1995 | Jensen et.al. | |
| | | US-5,530,751 | 06/25/1996 | Morris | |
| | | US-5,579,124 | 11/26/1996 | Aijala et.al | |
| | | US-5,721,788 | 02/24/1998 | Powell et.al. | |
| | | US-5,828,325 | 10/27/1998 | Wolose Wicz et.al. | |
| | | US-5,912,972 | 06/15/1999 | Barton | |
| | | US-5,930,377 | 07/27/1999 | Powell et.al. | |
| | | US-5,583,488 | 12/10/1996 | Sala et.al. | |
| | | US-5,748,783 | 05/05/1998 | Rhoads | |
| | | US-6,330,672 | 12/11/2001 | Shur | |
| | | US-5,243,423 | 09/07/1993 | DeJean et.al. | |
| | | US-5,319,735 | 06/07/1994 | Preuss et.al | |
| | | US-5,113,437 | 05/12/1992 | Best et.al. | |
| | | US-4,876,617 | 10/24/1989 | Best et.al. | |
| | | US-5,379,345 | 01/03/1995 | Greenberg | |
| | | US-5,646,997 | 07/08/1997 | Barton | |
| | | US-4,672,605 | 06/09/1987 | Hustig et.al | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3] Number[4] Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages Or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | | European Patent No. EP0565947A1 | 10/20/1993 | Kuusama, Juha | | |
| | | WO 95/14289 | 05/26/1995 | Rhoads, Geoffrey | | |
| | | European Patent No. 0581317A2 | 02/02/1994 | Powell, Robert et.al. | | |
| | | European Patent No. 0372601A1 | 06/13/1990 | Druyvesteyn, Wm. et.al. | | |
| | | W098/37513 | 08/27/1998 | Biggar, Michael et.al. | | |
| | | European Patent No. 0651554A | 05/03/1995 | Eastman Kodak Co. | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.
If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.

PTO/SB/08A (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| | |
|---|---|
| Substitute for form 1449/PTO | **Complete if Known** |

**INFORMATION DISCLOSURE STATEMENT BY APPLICANT**
*(Use as many sheets as necessary)*

| | | |
|---|---|---|
| Application Number | 09/657,181 |
| Filing Date | September 7, 2000 |
| First Named Inventor | Scott A. MOSKOWITZ et al. |
| Art Unit | 2857 |
| Examiner Name | NA |
| Attorney Docket Number | 80408.0012 |

Sheet 2 of 12

## U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.¹ | Document Number — Number-Kind Code² (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | US-4,748,668 | 05/31/1998 | Shamir, et.al. | |
| | | US-4,789,928 | 12/06/1988 | Fujisaki | |
| | | US-4,908,873 | 03/13/1990 | Philibert, et.al. | |
| | | US-4,980,782 | 12/25/1990 | Ginkel | |
| | | US-5,073,925 | 12/17/1991 | Nagata, et.al. | |
| | | US-5,243,515 | 09/07/1993 | Lee | |
| | | US-5,287,407 | 02/15/1994 | Holmes | |
| | | US-5,428,606 | 06/27/1995 | Moskowitz | |
| | | US-5,365,586 | 11/15/1994 | Indeck, et.al. | |
| | | US-5,394,324 | 02/28/1995 | Clearwater | |
| | | US-5,408,505 | 04/18/1995 | Indeck, et.al | |
| | | US-5,412,718 | 05/02/1995 | Narasimhalv, et.al | |
| | | US-5,487,168 | 01/23/1996 | Geiner, et.al. | |
| | | US-5,493,677 | 02/20/1996 | Balogh, et.al | |
| | | US-5,530,759 | 06/25/1996 | Braudaway, et.al | |
| | | US-5,606,609 | 02/25/1997 | Houser, et.al. | |
| | | US-5,613,004 | 03/18/1997 | Cooperman, et.al. | |
| | | US-5,617,119 | 04/01/1997 | Briggs, et.al | |
| | | US- | | | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.¹ | Foreign Patent Document Country³ Number⁴ Kind Code⁵ (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages Or Relevant Figures Appear | T⁶ |
|---|---|---|---|---|---|---|
| | | WO 99/62044 | 12/02/1999 | Handel, Theodore et.al | | |
| | | WIPO 96/29795 | 09/26/1996 | Micali | | |
| | | WIPO 97/24833 | 07/10/1997 | Micali | | |
| | | EP 0649261 | 04/19/1995 | Enari | | |
| | | NL 100523 | 09/1998 | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. ¹Applicant's unique citation designation number (optional). ²See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. ³Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). ⁴For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. ⁵Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. ⁶Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

PTO/SB/08A (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| | Application Number | 09/657,181 |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | Filing Date | September 7, 2000 |
| | First Named Inventor | Scott A. MOSKOWITZ et al. |
| | Art Unit | 2857 |
| | Examiner Name | NA |
| Sheet 3 of 72 | Attorney Docket Number | 80408.0012 |

**U. S. PATENT DOCUMENTS**

| Examiner Initials* | Cite No.[1] | Document Number — Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | US-4,528,588 | 07/09/1985 | Lofberg | |
| | | US-5,832,119 | 11/03/1998 | Rhoads | |
| | | US-5,859,920 | 01/12/1999 | Daly et.al | |
| | | US-4,979,210 | 12/18/1990 | Nagata et.al | |
| | | US-5,774,452 | 06/30/1998 | Wolosewicz | |
| | | US-4,405,829 | 09/20/1983 | Rivest et.al | |
| | | US-6,330,335 | 12/11/2001 | Rhoads | |
| | | US-3,986,624 | 10/19/1976 | Cates Jr. et.al | |
| | | US-5,363,448 | 11/08/1994 | Koopman et.al | |
| | | US-5,568,570 | 10/22/1996 | Rabbani | |
| | | US-5,636,292 | 06/03/1997 | *Rhoads* | |
| | | US-4,972,471 | 11/20/1990 | Gross et.al | |
| | | US-5,893,067 | 04/06/1999 | Bender et.al | |
| | | US-5,689,587 | 11/18/1997 | Bender et.al | |
| | | US-3,984,624 | 10/05/1976 | Waggener | |
| | | US-4,038,596 | 07/26/1977 | Lee | |
| | | US-4,200,770 | 04/29/1980 | Hellman, et.al. | |
| | | US-4,218,582 | 08/19/1980 | Hellman, et.al. | |
| | | US-4,424,414 | 01/03/1984 | Hellman, et.al. | |

**FOREIGN PATENT DOCUMENTS**

| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3] "Number[4] "Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages Or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | | WO 9744736 | 11/27/1997 | Wehrenberg | | |
| | | WO 9952271 | 10/14/1999 | Moskowitz | | |
| | | WO 9963443 | 12/09/1999 | Ho,Anthony Tung Shuen | | |
| | | | | | | |
| | | | | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

PTO/SB/08A (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Substitute for form 1449/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

*(Use as many sheets as necessary)*

| | |
|---|---|
| **Complete if Known** | |
| Application Number | 09/657,181 |
| Filing Date | September 7, 2000 |
| First Named Inventor | Scott A. MOSKOWITZ et al. |
| Art Unit | 2857 |
| Examiner Name | NA |
| Attorney Docket Number | 80408.0012 |

Sheet  4  of  12

## U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.¹ | Document Number — Number-Kind Code² (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | US-5,640,569 | 06/17/1997 | Miller, et.al. | |
| | | US-5,659,726 | 08/19/1997 | Sandford,II, et.al | |
| | | US-5,664,018 | 09/02/1997 | Leighton | |
| | | US-5,687,236 | 11/11/1997 | Moskowitz, et.al. | |
| | | US-5,734,752 | 03/31/1998 | Knox | |
| | | US-5,745,569 | 04/28/1998 | Moskowitz, et.al | |
| | | US-5,506,795 | 04/09/1996 | Yamakawa | |
| | | US-5,680,462 | 10/21/1997 | Miller, et.al. | |
| | | US-5,696,828 | 12/09/1997 | Koopman, Jr. | |
| | | US-5,740,244 | 04/14/1998 | Indeck, et.al. | |
| | | US-5,751,811 | 05/12/1998 | Koopman, Jr. | |
| | | US-5,757,923 | 05/26/1998 | Koopman, Jr. | |
| | | US-5,889,868 | 03/30/1999 | Moskowitz, et.al. | |
| | | US-6,208,745 | 03/27/2001 | Florenio, et.al. | |
| | | US-6,285,775 | 09/04/2001 | Wu, et.al. | |
| | | US-6,385,329 | 05/07/2002 | Sharma, et.al | |
| | | US-6,530,021 | 03/04/2003 | Epstein, et.al. | |
| | | US-6,425,081 | 07/23/2002 | Iwamura | |
| | | US- | | | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.¹ | Foreign Patent Document — Country Code³ ¨Number⁴ ¨Kind Code⁵ (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages Or Relevant Figures Appear | T⁶ |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. ¹ Applicant's unique citation designation number (optional). ² See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. ³ Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). ⁴ For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. ⁵Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. ⁸ Applicant is to place a check mark here if English language Translation is attached.

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

PTO/SB/08A (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Substitute for form 1449/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

*(Use as many sheets as necessary)*

| Sheet | 5 | of | 12 |

| Complete if Known | |
|---|---|
| Application Number | 09/657,181 |
| Filing Date | September 7, 2000 |
| First Named Inventor | Scott A. MOSKOWITZ et al. |
| Art Unit | 2857 |
| Examiner Name | NA |
| Attorney Docket Number | 80408.0012 |

## U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number — Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | US-6,522,769 | 02/18/2003 | Rhoads, et.al. | |
| | | US-2005/0160271 | 07/21/2005 | Brundage, et.al | |
| | | US-6,665,489 | 12/16/2003 | Collart | |
| | | US-2004/0128514 | 07/01/2004 | Rhoads | |
| | | US-2004/0037449 | 02/26/2004 | Davis, et.al. | |
| | | US-6,823,455 | 11/23/2004 | Macy, et.al. | |
| | | US-2003/0133702 | 07/17/2003 | Collart | |
| | | US-6,668,246 | 12/23/2003 | Yeung, et.al. | |
| | | US-6,405,203 | 06/11/2002 | Collart | |
| | | US-6,141,754 | 10/31/2000 | Choy | |
| | | US-6,493,457 | 12/10/2002 | Quackenbush | |
| | | US-5,629,980 | 05/13/1997 | Stefik, et.al. | |
| | | US-5,943,422 | 08/24/1999 | Van Wie, et.al. | |
| | | US-5,636,276 | 06/03/1997 | Brugger | |
| | | US-5,341,429 | 08/23/1994 | Stringer, et.al. | |
| | | US-6,754,822 | 06/22/2004 | Zhao | |
| | | US-6,131,162 | 10/10/2000 | Yoshiura et.al. | |
| | | US-7,058,570 | 06/06/2006 | Yu, et.al. | |
| | | US- | | | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document — Country Code[3] "Number[4] "Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Where Relevant Passages Or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

PTO/SB/08A (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | Complete if Known | |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | Application Number | 09/657,181 | |
| | Filing Date | September 7, 2000 | |
| | First Named Inventor | Scott A. MOSKOWITZ et al. | |
| | Art Unit | 2857 | |
| | Examiner Name | NA | |
| Sheet __6__ of __12__ | Attorney Docket Number | 80408.0012 | |

## U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | US-5,930,369 | 07/27/1999 | Cox, et.al. | |
| | | US-6,415,041 | 07/02/2002 | Oami, et.al. | |
| | | US-6,141,753 | 10/31/2000 | Zhao, et.al. | |
| | | US-2002/0097873 | 07/25/2002 | Petrovic | |
| | | US-6,785,815 | 08/31/2004 | Serret-Avila, et.al. | |
| | | US-6,523,113 | 02/18/2003 | Wehrenberg | |
| | | US-6,233,347 | 05/15/2001 | Chen, et.al. | |
| | | US-6,233,684 | 05/15/2001 | Stefik, et.al. | |
| | | US-2006/0013395 | 01/19/2006 | Brundage, et.al. | |
| | | US-7,043,050 | 05/09/2006 | Yuval | |
| | | US-5,809,160 | 09/15/1998 | Powell, et.al. | |
| | | US-6,272,634 | 08/07/2001 | Tewfik, et.al. | |
| | | US-6,282,650 | 08/28/2001 | Davis | |
| | | US-6,557,103 | 04/29/2003 | Boncelet, Jr., et.al. | |
| | | US-2003/0126445 | 07/03/2003 | Wehrenberg | |
| | | US-6,978,370 | 12/20/2005 | Kocher | |
| | | US-2006/0005029 | 01/05/2006 | Petrovic, et.al. | |
| | | US-6,278,791 | 08/21/2001 | Honsinger, et.al. | |
| | | US- | | | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3] Number[4] Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages Or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

PTO/SB/08A (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| | Complete if Known |
|---|---|
| Substitute for form 1449/PTO | |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | Application Number: 09/657,181 |
| | Filing Date: September 7, 2000 |
| | First Named Inventor: Scott A. MOSKOWITZ et al. |
| | Art Unit: 2857 |
| | Examiner Name: NA |
| Sheet: 7 of 12 | Attorney Docket Number: 80408.0012 |

### U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number — Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | US-6,061,793 | 05/09/2000 | Tewfik, et.al. | |
| | | US-5,809,139 | 09/15/1998 | Grirod, et.al. | |
| | | US-5,848,155 | 12/08/1998 | Cox | |
| | | US-5,915,027 | 06/22/1999 | Cox, et.cl | |
| | | US-5,940,134 | 08/17/1999 | Wirtz | |
| | | US-5,991,426 | 11/23/1999 | Cox, et.al. | |
| | | US-6,069,914 | 05/30/2000 | Cox | |
| | | US-5,943,422 | 08/24/1999 | Van Wie, et.al. | |
| | | US-6,539,475 | 03/25/2003 | Cox, et.al. | |
| | | US-6,310,962 | 10/30/2001 | chung, et.al. | |
| | | US-6,154,571 | 11/28/2000 | *Cox, et.al.* | |
| | | US-4,969,204 | 11/06/1990 | Jones, et.al. | |
| | | US-6,687,683 | 02/03/2004 | Harada, et.al. | |
| | | US-6,373,892 | 04/16/2002 | chien, et.al. | |
| | | US-5,870,474 | 02/09/1999 | Wasilewski, et.al. | |
| | | US-5,418,713 | 05/23/1995 | Allen | |
| | | US-6,078,664 | 06/20/2000 | Moskowitz, et.al. | |
| | | US-6,009,176 | 12/28/1999 | Gennaro, et.al. | |
| | | US-6,081,587 | 06/27/2000 | Hoffstein, et.al. | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3] -Number[4] -Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages Or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

PTO/SB/08A (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Substitute for form 1449/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

*(Use as many sheets as necessary)*

Sheet **8** of **12**

**Complete if Known**

| | |
|---|---|
| Application Number | 09/657,181 |
| Filing Date | September 7, 2000 |
| First Named Inventor | Scott A. MOSKOWITZ et al. |
| Art Unit | 2857 |
| Examiner Name | NA |
| Attorney Docket Number | 80408.0012 |

## U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.1 | Document Number — Number-Kind Code2 (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | US-6,598,162 | 07/22/2003 | Moskowitz | |
| | | US-6,275,988 | 08/14/2001 | Nagashima, et al. | |
| | | US-6,051,029 | 04/18/2000 | Paterson, et al. | |
| | | US-5,917,915 | 06/29/1999 | Hirose | |
| | | US-6,775,772 | 08/10/2004 | Binding, et al. | |
| | | US-6,668,246 | 12/23/2003 | Yeung, et al. | |
| | | US-6,351,765 | 02/26/2002 | Pietropaolo, et al. | |
| | | US-6,049,838 | 04/11/2000 | Miller, et al. | |
| | | US-5,398,285 | 03/14/1995 | Borgelt, et al. | |
| | | US-5,737,733 | 04/07/1998 | Eller | |
| | | US-2002/0103883 | 08/01/2002 | Haverstock, et al. | |
| | | US-5,673,316 | 09/30/1997 | Auerbach, et al. | |
| | | US-6,647,424 | 11/11/2003 | Pearson, et al. | |
| | | US-6,977,894 | 12/20/2005 | Achilles, et al. | |
| | | US-6,453,252 | 09/17/2002 | Laroche | |
| | | US-5,077,665 | 12/31/1991 | Silverman, et al. | |
| | | US-5,136,581 | 08/04/1992 | Muehrcke | |
| | | US-5,341,477 | 08/23/1994 | Pitkin, et al. | |
| | | US-5,581,703 | 12/03/1996 | Baugher, et al. | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.1 | Foreign Patent Document — Country Code3 Number4 Kind Code5 (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages Or Relevant Figures Appear | T6 |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1Applicant's unique citation designation number (optional). 2See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.
If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.

PTO/SB/08A (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Substitute for form 1449/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT
*(Use as many sheets as necessary)*

Sheet ___9___ of ___12___

**Complete if Known**

| | |
|---|---|
| Application Number | 09/657,181 |
| Filing Date | September 7, 2000 |
| First Named Inventor | Scott A. MOSKOWITZ et al. |
| Art Unit | 2857 |
| Examiner Name | NA |
| Attorney Docket Number | 80408.0012 |

## U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number — Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines; Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | US-5,548,579 | 08/20/1996 | Lebrun, et al. | |
| | | US-5,905,975 | 05/18/1999 | Ausubel | |
| | | US-6,457,058 | 09/24/2002 | Ullum et al. | |
| | | US-6,381,618 | 04/30/2002 | Jones et al. | |
| | | US-2002/0026343 | 02/28/2002 | Duenke | |
| | | US-6,230,268 | 05/08/2001 | Miwa et al. | |
| | | US-6,199,058 | 03/06/2001 | Wong et al. | |
| | | US-5,920,900 | 07/06/1999 | Poole et al. | |
| | | US-5,884,033 | 03/16/1999 | Duvall et al. | |
| | | US-5,478,990 | 12/26/1995 | Montanari et al. | |
| | | US-6,430,302 | 08/06/2002 | *Rhoads* | |
| | | US-6,725,372 | 04/20/2004 | Lewis et al. | |
| | | US-6,606,393 | 08/12/2003 | Xie et al. | |
| | | US-6,584,125 | 06/24/2003 | Katto | |
| | | US-6,442,283 | 08/27/2002 | Tewfik et al. | |
| | | US-6,377,625 | 04/23/2002 | Kim | |
| | | US-6,282,300 | 08/28/2001 | Bloom et al. | |
| | | US-6,205,249 | 03/20/2001 | Moskowitz | |
| | | US-6,029,126 | 02/22/2000 | Malvar | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3]–Number[4]–Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages Or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | |
|---|---|---|
| Examiner Signature | | Date Considered |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

PTO/SB/08A (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Substitute for form 1449/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

(Use as many sheets as necessary)

| | | |
|---|---|---|
| Sheet | 10 | of | 12 |

**Complete if Known**

| | |
|---|---|
| Application Number | 09/657,181 |
| Filing Date | September 7, 2000 |
| First Named Inventor | Scott A. MOSKOWITZ et al. |
| Art Unit | 2857 |
| Examiner Name | NA |
| Attorney Docket Number | 80408.0012 |

## U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number — Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | US-5,754,697 | 05/19/1998 | Fu et al. | |
| | | US-5,479,210 | 12/26/1995 | Cawley et al. | |
| | | US-3,947,825 | 03/30/1976 | Cassada | |
| | | US-5,903,721 | 05/11/1999 | Sixtus | |
| | | US-5,790,677 | 08/04/1998 | Fox et al. | |
| | | US-5,243,515 | 09/07/1993 | Clearwater | |
| | | US-4,339,134 | 07/13/1982 | Macheel | |
| | | US-4,827,508 | 05/02/1989 | Shear | |
| | | US-4,896,275 | 01/23/1990 | Jackson | |
| | | US-4,977,594 | 12/11/1990 | Shear | |
| | | US-5,050,213 | 09/17/1991 | Shear | |
| | | US-5,369,707 | 11/29/1994 | Follendore, III | |
| | | US-5,406,627 | 04/11/1995 | Thompson et al. | |
| | | US-5,410,598 | 04/25/1995 | Shear | |
| | | US-5,469,536 | 11/21/1995 | Blank | |
| | | US-5,497,419 | 03/05/1996 | Hill | |
| | | US-5,513,261 | 04/30/1996 | Maher | |
| | | US-5,530,739 | 06/25/1996 | Okada | |
| | | US-5,598,470 | 01/28/1997 | Cooper et al. | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document — Country Code[3] — Number[4] — Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages Or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | | |
|---|---|---|---|
| Examiner Signature | | Date Considered | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: **Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

PTO/SB/08A (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Substitute for form 1449/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT
*(Use as many sheets as necessary)*

| Complete if Known | |
|---|---|
| Application Number | 09/657,181 |
| Filing Date | September 7, 2000 |
| First Named Inventor | Scott A. MOSKOWITZ et al. |
| Art Unit | 2857 |
| Examiner Name | NA |
| Attorney Docket Number | 80408.0012 |

Sheet 11 of 12

## U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.¹ | Document Number Number-Kind Code² (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | US-5,625,690 | 04/29/1997 | Michel et al. | |
| | | US-5,633,932 | 05/27/1997 | Davis et al. | |
| | | US-5,719,937 | 02/17/1998 | Warren et al. | |
| | | US-5,737,416 | 04/07/1998 | Cooper et al. | |
| | | US-5,765,152 | 06/09/1998 | Erickson | |
| | | US-5,799,083 | 08/25/1998 | Brothers et al. | |
| | | US-5,973,731 | 10/26/1999 | Schwab | |
| | | US-5,894,521 | 04/13/1999 | Conley | |
| | | US-5,905,800 | 05/18/1999 | Moskowitz et al. | |
| | | US-5,963,909 | 10/05/1999 | Warren et al. | |
| | | US-5,974,141 | 10/26/1999 | Saito | |
| | | US-5,999,217 | 12/07/1999 | Berners-Lee | |
| | | US-6,041,316 | 03/21/2000 | Allen | |
| | | US-6,081,251 | 06/27/2000 | Sakai et al. | |
| | | US-6,278,780 | 08/21/2001 | Shimada | |
| | | US-6,301,663 | 10/09/2001 | Kato et al. | |
| | | US-6,240,121 | 05/29/2001 | Senoh | |
| | | US- | | | |
| | | US- | | | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.¹ | Foreign Patent Document Country Code³ ˮNumber⁴ ˮKind Code⁵ (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages Or Relevant Figures Appear | T⁶ |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. ¹Applicant's unique citation designation number (optional). ²See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. ³Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). ⁴For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. ⁵Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. ⁶Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

PTO/SB/08A (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | **Complete if Known** | |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | Application Number | 09/657,181 | |
| | Filing Date | September 7, 2000 | |
| | First Named Inventor | Scott A. MOSKOWITZ et al. | |
| | Art Unit | 2857 | |
| | Examiner Name | NA | |
| Sheet 12 of 12 | Attorney Docket Number | 80408.0012 | |

### U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number — Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | US- 6,088,455 | 07/11/2000 | Logan et al. | |
| | | US- 5,634,040 | 05/27/1997 | Her et al. | |
| | | US- 6,381,747 | 04/30/2002 | Wonfor et al. | |
| | | US- 4,969,204 | 11/06/1990 | Melnychuck et al. | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document — Country Code[3]-Number[4]-Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages Or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*