

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

Previous on List   .   Next on List   .   Return To List

No Events   .   No Name History

Entity Name Search

Submit

## Detail by Entity Name

### Florida Profit Corporation

WISTARIA TRADING INC.

**This detail screen does not contain information about the 2013 Annual Report.**

**Click the 'Search Now' button to determine if the 2013 Annual Report has been filed.**

Search Now

### Filing Information

**Document Number** S78965
**FEI/EIN Number** 650283796
**Date Filed** 09/09/1991
**State** FL
**Status** ACTIVE

### Principal Address

16711 COLLINS AVE
SUITE 2505
SUNNY ISLES BEACH FL 33160 US

Changed 03/07/2007

### Mailing Address

16711 COLLINS AVE
SUITE 2505
SUNNY ISLES BEACH FL 33160 US

Changed 03/07/2007

### Registered Agent Name & Address

ROGERS, SCOTT
5415 COLLINS AVENUE
#505
MIAMI BEACH FL 33140 US

Name Changed: 01/27/1998

Address Changed: 03/24/2009

### Officer/Director Detail

**Name & Address**

Title P

MOSKOWITZ, SCOTT
16711 COLLINS AVE, #2505
SUNNY ISLES BEACH FL 33160

## Annual Reports

**Report Year Filed Date**

| Report Year | Filed Date |
|---|---|
| 2010 | 02/21/2010 |
| 2011 | 01/07/2011 |
| 2012 | 02/08/2012 |

## Document Images

| | |
|---|---|
| 02/08/2012 -- ANNUAL REPORT | View image in PDF format |
| 01/07/2011 -- ANNUAL REPORT | View image in PDF format |
| 02/21/2010 -- ANNUAL REPORT | View image in PDF format |
| 03/24/2009 -- ANNUAL REPORT | View image in PDF format |
| 03/10/2008 -- ANNUAL REPORT | View image in PDF format |
| 03/07/2007 -- ANNUAL REPORT | View image in PDF format |
| 04/12/2006 -- ANNUAL REPORT | View image in PDF format |
| 04/05/2005 -- ANNUAL REPORT | View image in PDF format |
| 03/19/2004 -- ANNUAL REPORT | View image in PDF format |
| 04/02/2003 -- ANNUAL REPORT | View image in PDF format |
| 04/16/2002 -- ANNUAL REPORT | View image in PDF format |
| 02/01/2001 -- ANNUAL REPORT | View image in PDF format |
| 01/25/2000 -- ANNUAL REPORT | View image in PDF format |
| 02/18/1999 -- ANNUAL REPORT | View image in PDF format |
| 01/27/1998 -- ANNUAL REPORT | View image in PDF format |
| 05/07/1997 -- ANNUAL REPORT | View image in PDF format |
| 06/26/1996 -- ANNUAL REPORT | View image in PDF format |
| 01/27/1995 -- ANNUAL REPORT | View image in PDF format |

**Note:** This is not official record. See documents if question or conflict.

Previous on List    Next on List    Return To List

No Events    No Name History

Entity Name Search

Submit

| Home | Contact us | Document Searches | E-Filing Services | Forms | Help |

Copyright © and Privacy Policies
State of Florida, Department of State