**FLORIDA DEPARTMENT OF STATE
DIVISION OF CORPORATIONS**
www.sunbiz.org

Events    No Name History

Officer/RA Name Search
Search

## Detail by Officer/Registered Agent Name

### Florida Limited Liability Company
CANOPUS MEDICAL, LLC

### Filing Information

| | |
|---|---|
| Document Number | L01000022703 |
| FEI/EIN Number | NONE |
| Date Filed | 12/28/2001 |
| State or Country | FL |
| Status | INACTIVE |
| Last Event | VOLUNTARY DISSOLUTION |
| Event Date Filed | 04/14/2003 |
| Event Effective Date | NONE |

### Principal Address
16711 COLLINS AVENUE
#2505
SUNNY ISLES BEACH, FL 33160

### Mailing Address
16711 COLLINS AVENUE
#2505
SUNNY ISLES BEACH, FL 33160

### Registered Agent Name & Address
MOSKOWITZ AND COHEN, P.A.
909 NORTH MIAMI BEACH BLVD
SUITE 302
NORTH MIAMI BEACH, FL 33162

### Manager/Member Detail
**Name & Address**

Title MGRM

MOSKOWITZ, SCOTT A
16711 COLLINS AVENUE #2505

Home | Contact us | Document Searches | E-Filing Services | Forms | Help |

Copyright © and Privacy Policies
State of Florida, Department of State

| Report Year | Filed Date |
|---|---|
| 2002 | 09/23/2002 |

## Document Images

| | |
|---|---|
| 04/14/2003 -- Voluntary Dissolution | View image in PDF format |
| 09/23/2002 -- ANNUAL REPORT | View image in PDF format |
| 12/28/2001 -- Florida Limited Liabilities | View image in PDF format |

Events    No Name History

Officer/RA Name Search
Search