Case 6:12-cv-00499-RWS-CMC   Document 905-21   Filed 08/05/13   Page 1 of 2 PageID #:
10059



- Careers
- News
- Philanthropy

- Home
- About
- Attorneys
- Practice Areas
- Testimonials
- Victories
- Contact Us

# Contact Us

## San Francisco

 220 Montgomery Street, Suite 1850
San Francisco, California 94104

**(415) 568-0553**
**(415) 785-3805** fax

## Marin County

 44 North San Pedro Road
San Rafael, California 94903

**(415) 785-3762**
**(415) 785-3805** fax

Case 6:12-cv-00499-RWS-CMC   Document 905-21   Filed 08/05/13   Page 2 of 2 PageID #: 10060



# Who We Are

Garteiser Honea is a litigation boutique dedicated to winning high-stakes trials and appeals in courts across the country. We handle complex intellectual-property and business disputes as lead counsel. And given our experience and familiarity with federal and state courts in Northern California, we often entertain requests to serve as local counsel [...]

# Recent News

### Blue Spike Settles with Yahoo! and NEC.

March 13th, 2013

### Garteiser Honea Wins Battle to Hold Russian Patent Infringer Accountable – In Texas.

January 14th, 2013

# Recent Tweets

## Twitter: garteiserhonea

- Blue Spike reaches favorable settlement with Yahoo!. about 3 weeks ago
- Blue Spike reaches favorable settlement with NEC. about 3 weeks ago
- Garteiser Honea wins another motion opposite law firm Perkins Coie. Award confirmed. about 3 weeks ago



© 2013. All Rights Reserved. Website designed by NeONBRAND

- Sitemap
- Legal Disclaimer
- Contact Us