

**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



**Assignments on the Web > Patent Query**

# Patent Assignment Details

**NOTE: Results display only for issued patents and published applications. For pending or abandoned applications please consult USPTO staff.**

| | |
|---|---|
| **Reel/Frame:** 028725/0058 | **Pages:** 8 |
| **Recorded:** 08/05/2012 | |
| **Attorney Dkt #:** SCOT0001 | |
| **Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | |

**Total properties: 5**

1  **Patent #:** 7346472   **Issue Dt:** 03/18/2008   **Application #:** 09657181   **Filing Dt:** 09/07/2000
   **Title:** METHOD AND DEVICE FOR MONITORING AND ANALYZING SIGNALS

2  **Patent #:** 7660700   **Issue Dt:** 02/09/2010   **Application #:** 12005229   **Filing Dt:** 12/26/2007
   **Publication #:** US20080109417   **Pub Dt:** 05/08/2008
   **Title:** METHOD AND DEVICE FOR MONITORING AND ANALYZING SIGNALS

3  **Patent #:** 7949494   **Issue Dt:** 05/24/2011   **Application #:** 12655357   **Filing Dt:** 12/22/2009
   **Publication #:** US20100106736   **Pub Dt:** 04/29/2010
   **Title:** METHOD AND DEVICE FOR MONITORING AND ANALYZING SIGNALS

4  **Patent #:** 8214175   **Issue Dt:** 07/03/2012   **Application #:** 13035964   **Filing Dt:** 02/26/2011
   **Publication #:** US20110179069   **Pub Dt:** 07/21/2011
   **Title:** METHOD AND DEVICE FOR MONITORING AND ANALYZING SIGNALS

5  **Patent #:** NONE   **Issue Dt:**    **Application #:** 13487119   **Filing Dt:** 06/01/2012
   **Publication #:** US20120239686   **Pub Dt:** 09/20/2012
   **Title:** Method and device for monitoring and analyzing signals

**Assignor**
1  BLUE SPIKE, INC.                                      **Exec Dt:** 08/04/2012

**Assignee**
1  BLUE SPIKE LLC
   1820 SHILOH ROAD, STE 1201C
   TYLER, TEXAS 75703

**Correspondence name and address**
   BRUCE T. MARGULIES
   4813-B EISENHOWER AVE.
   ALEXANDRIA, VA 22304

Search Results as of: 02/12/2013 05:09 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.3.2
Web interface last modified: July 10, 2012 v.2.3.2

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT |