Table C-7.
U.S. District Courts—Intellectual Property Cases, Securities/Commodities/Exchanges Cases, and Bankruptcy Appeals Filed, Terminated, and Pending During the 12-Month Period Ending September 30, 2012

| Circuit and District | Copyright | Patent | Trademark | SCE [1] | Bankruptcy Appeals |
|---|---|---|---|---|---|
| **TOTALS** | | | | | |
| Filed | 3,074 | 5,189 | 3,403 | 1,432 | 2,168 |
| Terminated | 2,428 | 4,069 | 3,544 | 1,611 | 2,191 |
| Pending | 2,613 | 5,399 | 2,639 | 2,243 | 1,214 |
| **DISTRICT OF COLUMBIA** | | | | | |
| Filed | 65 | 18 | 20 | 19 | 14 |
| Terminated | 30 | 41 | 16 | 17 | 19 |
| Pending | 54 | 35 | 21 | 17 | 8 |
| **FIRST CIRCUIT** | | | | | |
| Filed | 103 | 121 | 89 | 36 | 70 |
| Terminated | 65 | 108 | 92 | 27 | 70 |
| Pending | 97 | 137 | 70 | 60 | 42 |
| **MAINE** | | | | | |
| Filed | 5 | 5 | 8 | 0 | 4 |
| Terminated | 4 | 0 | 5 | 0 | 3 |
| Pending | 5 | 6 | 4 | 1 | 2 |
| **MASSACHUSETTS** | | | | | |
| Filed | 86 | 100 | 65 | 28 | 34 |
| Terminated | 41 | 92 | 57 | 22 | 41 |
| Pending | 77 | 115 | 50 | 47 | 20 |
| **NEW HAMPSHIRE** | | | | | |
| Filed | 4 | 7 | 5 | 2 | 4 |
| Terminated | 7 | 8 | 9 | 1 | 4 |
| Pending | 2 | 7 | 4 | 3 | 1 |
| **RHODE ISLAND** | | | | | |
| Filed | 3 | 2 | 5 | 0 | 6 |
| Terminated | 1 | 5 | 8 | 0 | 2 |
| Pending | 3 | 2 | 5 | 1 | 5 |

## Table C-7. (September 30, 2012—Continued)

| Circuit and District | Copyright | Patent | Trademark | SCE [1] | Bankruptcy Appeals |
|---|---|---|---|---|---|
| **TEXAS EASTERN** | | | | | |
| Filed | 17 | 1061 | 18 | 4 | 26 |
| Terminated | 13 | 579 | 18 | 9 | 26 |
| Pending | 20 | 1087 | 18 | 4 | 15 |
| **TEXAS SOUTHERN** | | | | | |
| Filed | 71 | 47 | 86 | 36 | 87 |
| Terminated | 55 | 39 | 93 | 33 | 114 |
| Pending | 62 | 58 | 59 | 44 | 47 |
| **TEXAS WESTERN** | | | | | |
| Filed | 29 | 62 | 53 | 17 | 44 |
| Terminated | 35 | 35 | 52 | 15 | 45 |
| Pending | 18 | 65 | 39 | 21 | 23 |
| **SIXTH CIRCUIT** | | | | | |
| Filed | 154 | 199 | 246 | 56 | 126 |
| Terminated | 152 | 197 | 280 | 66 | 138 |
| Pending | 155 | 201 | 192 | 104 | 66 |
| **KENTUCKY EASTERN** | | | | | |
| Filed | 2 | 4 | 7 | 5 | 7 |
| Terminated | 2 | 5 | 10 | 3 | 14 |
| Pending | 2 | 3 | 7 | 4 | 1 |
| **KENTUCKY WESTERN** | | | | | |
| Filed | 12 | 7 | 10 | 1 | 10 |
| Terminated | 19 | 3 | 17 | 4 | 9 |
| Pending | 10 | 10 | 8 | 2 | 6 |
| **MICHIGAN EASTERN** | | | | | |
| Filed | 54 | 55 | 101 | 16 | 57 |
| Terminated | 33 | 71 | 102 | 24 | 57 |
| Pending | 51 | 59 | 80 | 21 | 33 |
| **MICHIGAN WESTERN** | | | | | |
| Filed | 18 | 8 | 21 | 0 | 8 |
| Terminated | 7 | 13 | 18 | 3 | 13 |
| Pending | 20 | 12 | 20 | 1 | 2 |

## Table C-7. (September 30, 2012—Continued)

| Circuit and District | Copyright | Patent | Trademark | SCE [1] | Bankruptcy Appeals |
|---|---|---|---|---|---|
| **NINTH CIRCUIT** | | | | | |
| Filed | 990 | 1,059 | 995 | 397 | 425 |
| Terminated | 781 | 857 | 1,013 | 431 | 440 |
| Pending | 875 | 1,066 | 724 | 390 | 255 |
| **ALASKA** | | | | | |
| Filed | 3 | 0 | 1 | 0 | 3 |
| Terminated | 2 | 0 | 0 | 0 | 4 |
| Pending | 3 | 0 | 2 | 0 | 0 |
| **ARIZONA** | | | | | |
| Filed | 38 | 42 | 78 | 8 | 53 |
| Terminated | 44 | 37 | 89 | 16 | 52 |
| Pending | 22 | 39 | 48 | 17 | 23 |
| **CALIFORNIA NORTHERN** | | | | | |
| Filed | 139 | 265 | 139 | 96 | 42 |
| Terminated | 140 | 224 | 147 | 65 | 53 |
| Pending | 126 | 302 | 96 | 112 | 24 |
| **CALIFORNIA EASTERN** | | | | | |
| Filed | 71 | 21 | 43 | 2 | 33 |
| Terminated | 18 | 11 | 39 | 4 | 33 |
| Pending | 66 | 27 | 40 | 7 | 25 |
| **CALIFORNIA CENTRAL** | | | | | |
| Filed | 608 | 453 | 518 | 175 | 160 |
| Terminated | 401 | 345 | 526 | 182 | 166 |
| Pending | 511 | 390 | 359 | 148 | 99 |
| **CALIFORNIA SOUTHERN** | | | | | |
| Filed | 62 | 137 | 58 | 23 | 18 |
| Terminated | 40 | 85 | 58 | 53 | 30 |
| Pending | 64 | 157 | 51 | 34 | 11 |
| **HAWAII** | | | | | |
| Filed | 9 | 15 | 3 | 1 | 5 |
| Terminated | 14 | 14 | 7 | 5 | 7 |
| Pending | 8 | 4 | 4 | 1 | 3 |