**Project Manager MBA - Earn your Project Management MBA Degree Online at Norwich U. Free Brochure**

## Scott Moskowitz
Entrepreneur with moxie
Miami/Fort Lauderdale Area | Computer Software

- Current: Blue Spike, Inc., Wistaria Trading, Inc.
- Previous: Sony Corporation, Tokyo, Japan
- Education: University of Pennsylvania

Send InMail

354 connections

www.linkedin.com/in/smoskowitz	Contact Info



### BACKGROUND

#### SUMMARY

A hi-tech Executive fluent in Japanese and experienced in new business creation, sales/marketing, strategic planning, start-ups, import/export and people management and development. Operationally skilled, creative, technically savvy, team oriented senior manager who delivers form and substance (and maybe a few run-on sentences).

Specialties: An open mind.

Intellectual property (particularly, patents & copyrights), new business development & execution, mechanics of standards-setting bodies & licensing efforts, Japanese market & distribution channel strategy, identity & recognition management, hard equity & mortgage lending practice.

### EXPERIENCE

**Founder & CEO**
Blue Spike, Inc.
November 1997 – Present (15 years 5 months)

The idea for Blue Spike came about while still an undergraduate following his experience at Sony Corporation in Japan. Mr. Moskowitz sought to better define a means for protecting digital media content such as music, video and images. He coined the term "digital watermark" as a means for securely creating "responsibility for digital copies," which led to the writing, filing and receipt of over 70 U.S. and International patents, with several dozen pending. Successfully produced a DoD/SBA "SBIR" submission based on software deployments and public sector communications. Mr. Moskowitz has been active in promoting intellectiual property protection and has been an invited speaker at "RSA", "ANSI", "CFP", "ACSAC", "DDMI", Museum of Modern Art ("MOMA"), U.S. Library of Congress, and other forums worldwide. Mr. Moskowitz penned the Introduction to the groundbreaking resource on digital rights management ("DRM"): Multimedia Security Technologies for Digital Rights Management.

▼ 5 recommendations, including:

| Cyrus Shaoul<br>Post-Doctoral Fellow at Universität Tübi...<br>View | ERIC ALEXANDRAKIS<br>Composer/Musician at Minoan Music [m...<br>View |

3 more recommendations

**Founder & CEO**
Wistaria Trading, Inc.
September 1991 – Present (21 years 7 months)

Sales & marketing consultancy and agent for US and European exports to Japan. Exemplary projects: developer of the "hearts on fire" diamond brand (yes, that "hearts on fire" campaign); agent for US

### PEOPLE ALSO VIEWED

 **Randall Garteiser**
Partner at Garteiser Honea, P.C.

 **Brett Fasullo**
Vice President of Sales at Falcon IP/Complete

 **Michael Gruber**
Company Builder, Investor, and Board Member

 **Jared Goldstein**
Student at University of Miami

 **Marc Cooperman, CFA**
Managing Partner, Wildwood Holdings, LLC

 **Paul Sandelin**
Pres. at P&L Marine Service Inc. Arneson Specialist

 **Durin Gleaves**
Product Owner - Professional Audio Tools at Adobe Systems, Inc

 **Norman Hardy**
Computer & Network Security Consultant and Contractor

 **Michalene Casey**
Graphic Design Professional

 **Robert Liu**
Entrepreneur in PRC

Account Type: Basic | Upgrade 1 Eli Totz Add Connections

Home Profile Contacts Groups Jobs Inbox Companies News More People Advanced

Stateside: represented Japanese vendors in negotiations, management and maintenance of US-based partners. Specific market experience available on request.

### Apprentice/Intern

SONY

Sony Corporation, Tokyo, Japan
June 1990 – August 1990 (3 months)

First undergraduate Intern for Sony Corporation in Japan. Formulated and designed a strategy to enter U.S. high-definition TV market. Created business plan for improving monitor device top & bottom line performance. Needless to say, these plans were the subject of intense scrutiny concerning internationalization and specific target market strategy.

## LANGUAGES

### Japanese

## PROJECTS

### Jared Dylan - In Panic EP

2010 – Present

http://www.youtube.com/watch?v=TVz2B8RTG1w&feature=plcp

http://www.youtube.com/watch?v=isvWiY7iNHQ&feature=context-chv

6 team members, including:

- Scott Moskowitz — Entrepreneur with moxie
- Jared Goldstein — Student at University of Miami
- Jerry D. Goldstein — Goldstein Vespi, LLC
- Anthony J. Resta

## SKILLS & EXPERTISE

Most endorsed for...

| | |
|---|---|
| 9 | Start-ups |
| 6 | Entrepreneurship |
| 5 | New Business Development |
| 2 | Digital Media |
| 2 | Business Planning |
| 2 | E-commerce |
| 1 | Multimedia |
| 1 | Licensing |
| 1 | Product Development |
| 1 | Strategic Planning |

Scott also knows about...

Architecture Certification by practitoners.

Master's Engineer Mgmt.
Are You An Engineer?
Transition into Management w/ Ohio Univ's Online Master in Engineering Mgmt

IT Disaster Recovery
Are you prepared? Keep your business up and running. Take a tour now.



Account Type: Basic | Upgrade    1                    Eli Totz   Add Connections

Home | Profile | Contacts | Groups | Jobs | Inbox | Companies | News | More
Social Media   Mobile   Research   Online Marketing   SEO   Negotiation

See 11+

People [search]   Advanced

# EDUCATION

**University of Pennsylvania**
Baccalavrei Artivm, Political Science, Oriental Studies - Japanese
1986 – 1991

**University of Pennsylvania - The Wharton School**
BSE/BA, Finance, Political Science & Japanese
1986 – 1991
Activities and Societies: ZBT

**International Christian University**
1989 – 1990

**Obirin College, Machida, Japan**
Japanese Business &amp; Society Program
1988 – 1988
Activities and Societies: Introduction to Japanese Society and homestay.

# ADDITIONAL INFO

**Interests**
Space & time (yours & mine) ... see my photographs on Flickr at > http://www.flickr.com/photos/digitalshaman/ ... become a fan of "Terra the Blue Marble" on Facebook

**Advice for Contacting Scott**
e-mail is best with some specifics of the reason for your inquiry.

# HONORS & AWARDS

Series 7 & 63 (1987)
Mortgage Broker License (FL) (2006-2010)
Mortgage Brokerage Business License (FL) (2009-2010)

# ORGANIZATIONS

Senior Member - IEEE, ACM, SPIE

# RECOMMENDATIONS                                             Given (4)

