

**Real-Time Motor Vehicle Registration Search Results**    Records: 1 to 1 of 1

**Search Terms Used -  First Name: SCOTT; Last Name: MOSKOWITZ; Street: 16711 COLLINS AVE; City: SUNNY ISLES BEACH; State: FL; Zip: 33160;**

| | Vehicle Information | | Reports |
|---|---|---|---|
| 1. | Description: **2011 PORSCHE 911 CARRERA2S/4S/GTS - COUPE** | VIN: **WP0AB2A90BS720252** | Motor Vehicle Report |
| | Registrant(s): | | |
| | Name: **SCOTT A MOSKOWITZ** | Issue State: **FLORIDA** | |
| | Address: **16711 COLLINS AVE APT 2505, MIAMI  FL 33160-4262** | Latest Registration Date: **11/28/2012** | |
| | | Record Type: | |

Records: 1 to 1 of 1

Your DPPA Permissible Use: Civil, Criminal, Administrative or Arbitral Proceedings

Your GLBA Permissible Use: Legal Compliance

**About LexisNexis** | **Terms & Conditions**
**Copyright ©** 2013 LexisNexis Risk Solutions. All rights reserved.