Like and Follow Us

Log in / Sign up



| FLIGHTS | AIRPORTS | AIRLINES | DELAYS | MOBILE | MY FLIGHTSTATS |

(DFW) Dallas/Fort Worth International Airport Departures    Share                CHANGE AIRPORT

Overview   **Departures**   Arrivals   Terminal Info   Weather   Rating   Tracker   Ground Transport   Delays

**DFW Departures: Fri Jun-14-2013 from All day**

Choose Destination
(SFO) San Francisco, CA, US
○ Show Codeshares
● Hide Codeshares
What is a Codeshare?

Choose Airline
-- All Airlines --

[Update]    For details, click on Airport Code, Flight Number or On-time Rating




| Destination | Flight | On-time Rating | Airline | Departure Sched | Departure Actual | Term Gate | Status | Equip | Track |
|---|---|---|---|---|---|---|---|---|---|
| SFO San Francisco | OO 5509 | | SkyWest Airlines | 6:05 AM | 5:59 AM | T-E E4 | Landed On-time | CR7 | |
| SFO San Francisco | VX 713 | | Virgin America | 7:00 AM | 7:02 AM | T-E E34 | Landed On-time | 319 | |
| SFO San Francisco | AA 451 | | American Airlines | 7:20 AM | 7:35 AM | T-A A24 | Landed On-time | 763 | |
| SFO San Francisco | AA 2297 | | American Airlines | 9:05 AM | 9:45 AM | T-C C2 | En Route 260 min | 757 | |
| SFO San Francisco | AA 1677 | | American Airlines | 10:35 AM | 10:32 AM | T-C C6 | En Route On-time | 738 | |
| SFO San Francisco | AA 1267 | | American Airlines | 11:55 AM | 12:04 PM | T-A A10 | En Route On-time | 738 | |
| SFO San Francisco | AA 1441 | | American Airlines | 1:05 PM | | T-C C14 | Scheduled | 738 | |
| SFO San Francisco | OO 5585 | | SkyWest Airlines | 1:34 PM | 2:30 PM ~ | T-E E6 | Scheduled 56 min | CR7 | |
| SFO San Francisco | VX 715 | | Virgin America | 1:35 PM | 1:49 PM ~ | T-E E33 | Scheduled On-time | 320 | |
| SFO San Francisco | AA 1491 | | American Airlines | 2:35 PM | | T-A A8 | Scheduled | 738 | |
| SFO San Francisco | OO 5618 | | SkyWest Airlines | 2:42 PM | 2:42 PM ~ | T-E E4 | Scheduled On-time | CR7 | |
| SFO San Francisco | AA 399 | | American Airlines | 3:45 PM | | T-D D21 | Scheduled | 738 | |
| SFO San Francisco | AA 1477 | | American Airlines | 5:00 PM | | T-C C11 | Scheduled | 738 | |
| SFO San Francisco | AA 1355 | | American Airlines | 6:50 PM | | T-C C4 | Scheduled | 738 | |
| SFO San Francisco | VX 717 | | Virgin America | 6:55 PM | 7:06 PM ~ | T-E E33 | Scheduled On-time | 320 | |
| SFO San Francisco | OO 6220 | | SkyWest Airlines | 7:10 PM | 7:24 PM ~ | T-E | Scheduled On-time | CR7 | |
| SFO San Francisco | AA 881 | | American Airlines | 8:20 PM | | T-C C29 | Scheduled | 738 | |
| SFO San Francisco | AA 1427 | | American Airlines | 9:35 PM | | T-A A10 | Scheduled | 738 | |



Save up to $15.00
on select Sonicare Toothbrushes
(Discount at checkout)

**Airport User Ratings for DFW**

| Overall Rating | More Airport Ratings |
|---|---|
| Rate this Airport  View All Ratings | Highest Rated  Lowest Rated  Most Rated |
| **5.0 of 5**  Overall Excellent. | Review by balatn |

Case 6:12-cv-00499-RWS-CMC   Document 905-30   Filed 08/05/13   Page 2 of 4 PageID #: 10093

**5.0 of 5**    Review by flysometimes
No comment.

**2.0 of 5**    Review by RicoBallBoy
Yes, because this is American's hub, it has a lot to offer. Many restaurants, shops and services. Bu...



| Developer Center | Downloads | Mobile Apps | Link to Us | Contact | Corporate Website |
| Terms of Use | Advertise With Us | Privacy | Sitemap | Support/FAQs | Travel Directory |

© 2012-2013 FlightStats, Inc. - All Rights Reserved

Like and Follow Us

Log in / Sign up

**FLIGHTS** | AIRPORTS | AIRLINES | DELAYS | MOBILE | MY FLIGHTSTATS

(DFW) Dallas/Fort Worth International Airport Arrivals      Share      CHANGE AIRPORT

Overview   Departures   **Arrivals**   Terminal Info   Weather   Rating   Tracker   Ground Transport   Delays

**DFW Arrivals: Fri Jun-14-2013 from All day**

Choose Origin
(SFO) San Francisco, CA, US

☐ Show Codeshares
☑ Hide Codeshares
What is a Codeshare?

Choose Airline
-- All Airlines --

Update

For details, click on Airport Code, Flight Number or On-time Rating

| Origin | Flight | On-time Rating | Airline | Arrival Sched | Arrival Actual | Term Gate | Status | Equip | Track |
|---|---|---|---|---|---|---|---|---|---|
| SFO San Francisco | OO 5586 | | SkyWest Airlines | 12:44 AM | 12:44 AM | T-E E6 | Landed On-time | CR7 | |
| SFO San Francisco | AA 554 | | American Airlines | 5:30 AM | 5:25 AM | T-C C28 | Landed On-time | 738 | |
| SFO San Francisco | AA 2278 | | American Airlines | 11:25 AM | 11:09 AM | T-A A13 | Landed On-time | 738 | |
| SFO San Francisco | AA 1655 | | American Airlines | 12:35 PM | 12:23 PM | T-D D29 | Landed On-time | 738 | |
| SFO San Francisco | VX 710 | | Virgin America | 12:45 PM | 12:33 PM | T-E E33 | Landed On-time | 320 | |
| SFO San Francisco | AA 1544 | | American Airlines | 1:40 PM | 1:29 PM ~ | T-A A28 | En Route On-time | 738 | 📱 ✈ |
| SFO San Francisco | OO 6198 | | SkyWest Airlines | 1:57 PM | 2:00 PM ~ | T-E E4 | En Route On-time | CR7 | 📱 ✈ |
| SFO San Francisco | AA 1486 | | American Airlines | 2:35 PM | 2:23 PM ~ | T-C C16 | En Route On-time | 738 | 📱 ✈ |
| SFO San Francisco | AA 2298 | | American Airlines | 3:15 PM | 3:10 PM ~ | T-D D22 | En Route On-time | 763 | 📱 ✈ |
| SFO San Francisco | UA 294 | | United Airlines | 4:20 PM | 4:18 PM ~ | T-E E5 | Scheduled On-time | 319 | 📱 ✈ |
| SFO San Francisco | AA 1524 | | American Airlines | 5:10 PM | 8:35 PM ~ | T-A A34 | Scheduled 205 min | 757 | 📱 ✈ |
| SFO San Francisco | VX 714 | | Virgin America | 6:05 PM | 6:03 PM ~ | T-E E33 | Scheduled On-time | 320 | 📱 ✈ |
| SFO San Francisco | AA 1432 | | American Airlines | 6:50 PM | | T-C C24 | Scheduled | 738 | 📱 ✈ |
| SFO San Francisco | AA 432 | | American Airlines | 8:10 PM | | T-A A29 | Scheduled | 738 | 📱 ✈ |
| SFO San Francisco | AA 2030 | | American Airlines | 8:55 PM | | T-C C35 | Scheduled | 738 | 📱 ✈ |
| SFO San Francisco | OO 6389 | | SkyWest Airlines | 8:56 PM | 8:35 PM ~ | T-E | Scheduled On-time | CR7 | 📱 ✈ |
| SFO San Francisco | AA 1784 | | American Airlines | 10:20 PM | | T-A A9 | Scheduled | 738 | 📱 ✈ |
| SFO San Francisco | VX 720 | | Virgin America | 11:30 PM | 11:14 PM ~ | T-E E34 | Scheduled On-time | 319 | 📱 ✈ |



**Airport User Ratings for DFW**

**Overall Rating**
Rate this Airport
View All Ratings

**More Airport Ratings**
Highest Rated
Lowest Rated
Most Rated

5.0 of 5            Review by balatn
Overall Excellent.

Case 6:12-cv-00499-RWS-CMC   Document 905-30   Filed 08/05/13   Page 4 of 4 PageID #: 10095

|  | 5.0 of 5 | Review by flysometimes |
|---|---|---|
| No comment. | | |
| | 2.0 of 5 | Review by RicoBallBoy |
| Yes, because this is American's hub, it has a lot to offer. Many restaurants, shops and services. Bu... | | |



| Developer Center | Downloads | Mobile Apps | Link to Us | Contact | Corporate Website |
| Terms of Use | Advertise With Us | Privacy | Sitemap | Support/FAQs | Travel Directory |

© 2012-2013 FlightStats, Inc. - All Rights Reserved