**AmericanAirlines**

[CLOSE WINDOW]

[PRINT PAGE]

**Round-Trip Search by Schedule**

| Your Request: | | |
|---|---|---|
| Wed, Jul 17 | 5:00 PM | DFW - Dallas Fort Worth International |
| | | SFO - San Francisco International |
| Thu, Aug 8 | 4:00 AM | SFO - San Francisco International |
| | | DFW - Dallas Fort Worth International |
| Service Preference: Economy | | |

Select a flight number to view Flight Performance Information. If you choose to pay using a U.K.-billed credit card or U.K.-billed PayPal account, a processing fee of £4.50 per ticket may apply. Payments with debit cards are exempt from this fee.

**Departing**

| Carrier | Flight # | Departing City | Departing Date & Time | Arriving City | Arriving Date & Time | Aircraft Type | Cabin | Flight Miles | Meals | Travel Time |
|---|---|---|---|---|---|---|---|---|---|---|
| AMERICAN AIRLINES | 1477 | DFW Dallas/ Fort Worth | Jul 17, 2013 05:00 PM | SFO San Francisco | Jul 17, 2013 06:35 PM | 738 | Economy | 1464 | Food For Purchase | **3 hr 35 min** |
| AMERICAN AIRLINES | 399 | DFW Dallas/ Fort Worth | Jul 17, 2013 03:45 PM | SFO San Francisco | Jul 17, 2013 05:20 PM | 738 | Economy | 1464 | Food For Purchase | 3 hr 35 min |
| AMERICAN AIRLINES | 1355 | DFW Dallas/ Fort Worth | Jul 17, 2013 06:50 PM | SFO San Francisco | Jul 17, 2013 08:25 PM | 738 | Economy | 1464 | Food For Purchase | 3 hr 35 min |
| AMERICAN AIRLINES | 1491 | DFW Dallas/ Fort Worth | Jul 17, 2013 02:35 PM | SFO San Francisco | Jul 17, 2013 04:10 PM | 738 | Economy | 1464 | Food For Purchase | 3 hr 35 min |
| AMERICAN AIRLINES | 881 | DFW Dallas/ Fort Worth | Jul 17, 2013 08:20 PM | SFO San Francisco | Jul 17, 2013 09:55 PM | 738 | Economy | 1464 | Food For Purchase | 3 hr 35 min |
| AMERICAN AIRLINES | 1441 | DFW Dallas/ Fort Worth | Jul 17, 2013 01:05 PM | SFO San Francisco | Jul 17, 2013 02:40 PM | 738 | Economy | 1464 | Food For Purchase | 3 hr 35 min |
| AMERICAN AIRLINES | 1427 | DFW Dallas/ Fort Worth | Jul 17, 2013 09:35 PM | SFO San Francisco | Jul 17, 2013 11:10 PM | 738 | Economy | 1464 | Food For Purchase | 3 hr 35 min |
| AMERICAN AIRLINES | 1267 | DFW Dallas/ Fort Worth | Jul 17, 2013 11:55 AM | SFO San Francisco | Jul 17, 2013 01:30 PM | 738 | Economy | 1464 | Food For Purchase | 3 hr 35 min |
| AMERICAN AIRLINES | 1677 | DFW Dallas/ Fort Worth | Jul 17, 2013 10:35 AM | SFO San Francisco | Jul 17, 2013 12:10 PM | 738 | Economy | 1464 | Food For Purchase | 3 hr 35 min |
| AMERICAN AIRLINES | 2297 | DFW Dallas/ Fort Worth | Jul 17, 2013 09:05 AM | SFO San Francisco | Jul 17, 2013 10:35 AM | 757 | Economy | 1464 | Food For Purchase | 3 hr 30 min |

**Returning**

| Carrier | Flight # | Departing City | Departing Date & Time | Arriving City | Arriving Date & Time | Aircraft Type | Cabin | Flight Miles | Meals | Travel Time |
|---|---|---|---|---|---|---|---|---|---|---|

Reservations - Book Flights - Select Flights - Results    Page 2 of 2
Case 6:12-cv-00499-RWS-CMC   Document 905-31   Filed 08/05/13   Page 2 of 2 PageID #: 10097

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AMERICAN AIRLINES | 2278 | SFO San Francisco | Aug 08, 2013 06:00 AM | DFW Dallas/ Fort Worth | Aug 08, 2013 11:25 AM | 738 | Economy | 1464 | Food For Purchase | 3 hr 25 min |
| AMERICAN AIRLINES | 1655 | SFO San Francisco | Aug 08, 2013 07:10 AM | DFW Dallas/ Fort Worth | Aug 08, 2013 12:35 PM | 738 | Economy | 1464 | Food For Purchase | 3 hr 25 min |
| AMERICAN AIRLINES | 554 | SFO San Francisco | Aug 08, 2013 12:15 AM | DFW Dallas/ Fort Worth | Aug 08, 2013 05:30 AM | 738 | Economy | 1464 | Food For Purchase | 3 hr 15 min |
| **Alert:** Overnight flight or connection. | | | | | | | | | | |
| AMERICAN AIRLINES | 1544 | SFO San Francisco | Aug 08, 2013 08:10 AM | DFW Dallas/ Fort Worth | Aug 08, 2013 01:40 PM | 738 | Economy | 1464 | Food For Purchase | 3 hr 30 min |
| AMERICAN AIRLINES | 1486 | SFO San Francisco | Aug 08, 2013 09:05 AM | DFW Dallas/ Fort Worth | Aug 08, 2013 02:35 PM | 738 | Economy | 1464 | Food For Purchase | 3 hr 30 min |
| AMERICAN AIRLINES | 2298 | SFO San Francisco | Aug 08, 2013 09:50 AM | DFW Dallas/ Fort Worth | Aug 08, 2013 03:15 PM | 763 | Economy | 1464 | Food For Purchase | 3 hr 25 min |
| AMERICAN AIRLINES | 1524 | SFO San Francisco | Aug 08, 2013 11:40 AM | DFW Dallas/ Fort Worth | Aug 08, 2013 05:10 PM | 757 | Economy | 1464 | Food For Purchase | 3 hr 30 min |
| AMERICAN AIRLINES | 1432 | SFO San Francisco | Aug 08, 2013 01:15 PM | DFW Dallas/ Fort Worth | Aug 08, 2013 06:50 PM | 738 | Economy | 1464 | Food For Purchase | 3 hr 35 min |
| AMERICAN AIRLINES | 432 | SFO San Francisco | Aug 08, 2013 02:35 PM | DFW Dallas/ Fort Worth | Aug 08, 2013 08:10 PM | 738 | Economy | 1464 | Food For Purchase | 3 hr 35 min |
| AMERICAN AIRLINES | 2030 | SFO San Francisco | Aug 08, 2013 03:25 PM | DFW Dallas/ Fort Worth | Aug 08, 2013 08:55 PM | 738 | Economy | 1464 | Food For Purchase | 3 hr 30 min |

**CLOSE WINDOW**