Like and Follow Us

Log in / Sign up



**FLIGHTS**  AIRPORTS  AIRLINES  DELAYS  MOBILE  MY FLIGHTSTATS

(DFW) Dallas/Fort Worth International Airport Departures  Share  CHANGE AIRPORT

Overview  **Departures**  Arrivals  Terminal Info  Weather  Rating  Tracker  Ground Transport  Delays

**DFW Departures: Fri Jun-14-2013 from All day**



For details, click on Airport Code, Flight Number or On-time Rating

| Destination | Flight | On-time Rating | Airline | Departure Sched | Departure Actual | Term Gate | Status | Equip | Track |
|---|---|---|---|---|---|---|---|---|---|
| FLL Fort Lauderdale | NK 972 | | Spirit Airlines | 6:00 AM | 7:53 AM | T-E E28 | Landed 118 min | 319 | |
| FLL Fort Lauderdale | AA 1394 | | American Airlines | 7:30 AM | 8:49 AM | T-A A29 | Landed 77 min | 738 | |
| FLL Fort Lauderdale | AA 1948 | | American Airlines | 10:25 AM | 10:31 AM | T-A A11 | En Route On-time | 738 | 📱✈ |
| FLL Fort Lauderdale | AA 1998 | | American Airlines | 12:05 PM | 12:01 PM | T-A A37 | En Route On-time | 738 | 📱✈ |
| FLL Fort Lauderdale | AA 1514 | | American Airlines | 2:15 PM | 2:16 PM ~ | T-D D21 | Scheduled On-time | 738 | 📱✈ |
| FLL Fort Lauderdale | AA 582 | | American Airlines | 4:55 PM | | T-A A36 | Scheduled | 738 | 📱✈ |
| FLL Fort Lauderdale | NK 470 | | Spirit Airlines | 5:00 PM | 5:00 PM ~ | T-E E26 | Scheduled On-time | 319 | 📱✈ |
| FLL Fort Lauderdale | AA 1630 | | American Airlines | 7:35 PM | | T-A A33 | Scheduled | 738 | 📱✈ |





**Airport User Ratings for DFW**

| Overall Rating | More Airport Ratings |
|---|---|
| Rate this Airport  View All Ratings | Highest Rated  Lowest Rated  Most Rated |

5.0 of 5   Review by balatn
Overall Excellent.



Case 6:12-cv-00499-RWS-CMC   Document 905-32   Filed 08/05/13   Page 2 of 4 PageID #: 10099

| | 5.0 of 5 | Review by flysometimes |
|---|---|---|
| No comment. | | |
| | 2.0 of 5 | Review by RicoBallBoy |
| Yes, because this is American's hub, it has a lot to offer. Many restaurants, shops and services. Bu... | | |



| Developer Center | Downloads | Mobile Apps | Link to Us | Contact | Corporate Website |
|---|---|---|---|---|---|
| Terms of Use | Advertise With Us | Privacy | Sitemap | Support/FAQs | Travel Directory |

© 2012-2013 FlightStats, Inc. - All Rights Reserved

Like and Follow Us                                                                                                   Log in / Sign up



**FLIGHTS**  AIRPORTS  AIRLINES  DELAYS  MOBILE  MY FLIGHTSTATS

(DFW) Dallas/Fort Worth International Airport Arrivals   Share                                CHANGE AIRPORT

Overview   Departures   **Arrivals**   Terminal Info   Weather   Rating   Tracker   Ground Transport   Delays

**DFW Arrivals: Fri Jun-14-2013 from All day**



| Origin | Flight | On-time Rating | Airline | Arrival Sched | Arrival Actual | Term Gate | Status | Equip | Track |
|---|---|---|---|---|---|---|---|---|---|
| FLL Fort Lauderdale | AA 493 | | American Airlines | 9:45 AM | 9:37 AM | T-A A8 | Landed On-time | 738 | |
| FLL Fort Lauderdale | NK 469 | | Spirit Airlines | 9:48 AM | 9:41 AM | T-E E26 | Landed On-time | 319 | |
| FLL Fort Lauderdale | AA 693 | | American Airlines | 11:40 AM | 11:27 AM | T-D D36 | Landed On-time | 738 | |
| FLL Fort Lauderdale | AA 877 | | American Airlines | 2:05 PM | 3:04 PM ~ | T-D D34 | En Route 59 min | 738 | 📱 ➤ |
| FLL Fort Lauderdale | AA 649 | | American Airlines | 5:05 PM | | T-D D37 | Scheduled | 738 | 📱 ➤ |
| FLL Fort Lauderdale | AA 559 | | American Airlines | 6:45 PM | | T-A A33 | Scheduled | 738 | 📱 ➤ |
| FLL Fort Lauderdale | AA 1747 | | American Airlines | 8:45 PM | | T-C C29 | Scheduled | 738 | 📱 ➤ |
| FLL Fort Lauderdale | NK 971 | | Spirit Airlines | 10:17 PM | 10:17 PM ~ | T-E E22 | Scheduled On-time | 319 | 📱 ➤ |



**Airport User Ratings for DFW**

| **Overall Rating** | **More Airport Ratings** |
|---|---|
| Rate this Airport<br>View All Ratings | Highest Rated<br>Lowest Rated<br>Most Rated |
| **5.0 of 5**<br>Overall Excellent. | Review by balatn |



Case 6:12-cv-00499-RWS-CMC   Document 905-32   Filed 08/05/13   Page 4 of 4 PageID #: 10101

| | 5.0 of 5 | Review by flysometimes |
|---|---|---|
| No comment. | | |
| | 2.0 of 5 | Review by RicoBallBoy |
| Yes, because this is American's hub, it has a lot to offer. Many restaurants, shops and services. Bu... | | |

| Developer Center | Downloads | Mobile Apps | Link to Us | Contact | Corporate Website |
|---|---|---|---|---|---|
| Terms of Use | Advertise With Us | Privacy | Sitemap | Support/FAQs | Travel Directory |

© 2012-2013 FlightStats, Inc. - All Rights Reserved