**AmericanAirlines**

[CLOSE WINDOW]

[PRINT PAGE]

**Round-Trip Search by Schedule**

| Your Request: | | |
|---|---|---|
| Wed, Jul 17 | 5:00 PM | DFW - Dallas Fort Worth International |
| | | FLL - Fort Lauderdale International |
| Thu, Aug 8 | 4:00 AM | FLL - Fort Lauderdale International |
| | | DFW - Dallas Fort Worth International |
| Service Preference: Economy | | |

Select a flight number to view Flight Performance Information. If you choose to pay using a U.K.-billed credit card or U.K.-billed PayPal account, a processing fee of £4.50 per ticket may apply. Payments with debit cards are exempt from this fee.

**Departing**

| Carrier | Flight # | Departing City | Departing Date & Time | Arriving City | Arriving Date & Time | Aircraft Type | Cabin | Flight Miles | Meals | Travel Time |
|---|---|---|---|---|---|---|---|---|---|---|
| AMERICAN AIRLINES | 582 | DFW Dallas/ Fort Worth | Jul 17, 2013 04:55 PM | FLL Fort Lauderdale | Jul 17, 2013 08:40 PM | 738 | Economy | 1119 | Food For Purchase | 2 hr 45 min |
| AMERICAN AIRLINES | 1630 | DFW Dallas/ Fort Worth | Jul 17, 2013 07:35 PM | FLL Fort Lauderdale | Jul 17, 2013 11:20 PM | 738 | Economy | 1119 | Food For Purchase | 2 hr 45 min |
| AMERICAN AIRLINES | 1514 | DFW Dallas/ Fort Worth | Jul 17, 2013 02:15 PM | FLL Fort Lauderdale | Jul 17, 2013 06:05 PM | 738 | Economy | 1119 | Food For Purchase | 2 hr 50 min |
| AMERICAN AIRLINES | 1998 | DFW Dallas/ Fort Worth | Jul 17, 2013 12:05 PM | FLL Fort Lauderdale | Jul 17, 2013 03:55 PM | 738 | Economy | 1119 | Food For Purchase | 2 hr 50 min |
| AMERICAN AIRLINES | 1948 | DFW Dallas/ Fort Worth | Jul 17, 2013 10:25 AM | FLL Fort Lauderdale | Jul 17, 2013 02:10 PM | 738 | Economy | 1119 | Food For Purchase | 2 hr 45 min |
| AMERICAN AIRLINES | 1394 | DFW Dallas/ Fort Worth | Jul 17, 2013 07:30 AM | FLL Fort Lauderdale | Jul 17, 2013 11:15 AM | 738 | Economy | 1119 | Food For Purchase | 2 hr 45 min |

**Returning**

| Carrier | Flight # | Departing City | Departing Date & Time | Arriving City | Arriving Date & Time | Aircraft Type | Cabin | Flight Miles | Meals | Travel Time |
|---|---|---|---|---|---|---|---|---|---|---|
| AMERICAN AIRLINES | 493 | FLL Fort Lauderdale | Aug 08, 2013 07:45 AM | DFW Dallas/ Fort Worth | Aug 08, 2013 09:45 AM | 738 | Economy | 1119 | Food For Purchase | 3 hr 0 min |
| AMERICAN AIRLINES | 693 | FLL Fort Lauderdale | Aug 08, 2013 09:40 AM | DFW Dallas/ Fort Worth | Aug 08, 2013 11:40 AM | 738 | Economy | 1119 | Food For Purchase | 3 hr 0 min |
| AMERICAN AIRLINES | 877 | FLL Fort Lauderdale | Aug 08, 2013 12:00 PM | DFW Dallas/ Fort Worth | Aug 08, 2013 02:05 PM | 738 | Economy | 1119 | Food For Purchase | 3 hr 5 min |
| AMERICAN AIRLINES | 649 | FLL Fort Lauderdale | Aug 08, 2013 03:00 PM | DFW Dallas/ Fort Worth | Aug 08, 2013 05:05 PM | 738 | Economy | 1119 | Food For Purchase | 3 hr 5 min |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| AMERICAN AIRLINES | 559 | FLL Fort Lauderdale | Aug 08, 2013 04:40 PM | DFW Dallas/ Fort Worth | Aug 08, 2013 06:45 PM | 738 | Economy | 1119 | Food For Purchase | 3 hr 5 min |
| AMERICAN AIRLINES | 1747 | FLL Fort Lauderdale | Aug 08, 2013 06:50 PM | DFW Dallas/ Fort Worth | Aug 08, 2013 08:45 PM | 738 | Economy | 1119 | Food For Purchase | 2 hr 55 min |

CLOSE WINDOW