

Home Login English Search aa.com

American Airlines

Sodq Wudyho WudyhoIqirup dwlrq DDgydqwdjh

Ilqg Idjkw Fkrrvh Idjkw Wudyhdhu Wulsl R swlrqv Uhylhz ) Sd| Ilqlvk

## 51Fkrrvh Idjkw

Choose Your
## Departure Flight

| WED | THU | FRI | SATURDAY | SUN | MON | TUE |
|---|---|---|---|---|---|---|
| Sep 11 | Sep 12 | Sep 13 | September 14 | Sep 15 | Sep 16 | Sep 17 |
| $128 | $139 | $148 | from $128 | $148 | $139 | $139 |

SEA to DFW
Saturday September 14, 2013

Shopping Cart

\rxuR qhz d| Frw
$0 USD
Baggage and Optional Service Charges

Lowest Fare from $128 | Refundable from $545 | Business / First from $395

| Flights | Departure | Arrival | Choice | Choice Essential | Choice Plus | First |
|---|---|---|---|---|---|---|
| Sort Options | | | | | | |
| 1018 | 12:35 pm SEA | 06:25 pm DFW | $148 1 Seat left | $182 1 Seat left | $192 1 Seat left | $744 1 Seat left |
| View Available Seats Aircraft: 738 Flight Miles: 1659 Total Travel Time: 3 hr 50 min | Meals: Advance Purchase: Booking Code: Cabin: | | Snack $ 21 Days N Economy | Snack $ 21 Days N Economy | Snack $ 21 Days N Economy | Lunch 0 Days A First |
| 1314 | 11:05 am SEA | 04:55 pm DFW | $196 | $230 | $240 | $395 |
| 538 | 01:55 pm SEA | 07:45 pm DFW | $128 | $162 | $172 | $395 |
| 1326 | 09:25 am SEA | 03:20 pm DFW | $196 | $230 | $240 | $395 |
| 1200 | 03:45 pm SEA | 09:30 pm DFW | $196 | $230 | $240 | $395 |
| 578 | 07:50 am SEA | 01:40 pm DFW | $196 | $230 | $240 | $395 |
| 1648 | 06:15 am SEA | 12:05 pm DFW | $196 | $230 | $240 | $395 |
| 1152 | 12:00 pm SEA | 05:55 pm ORD | $237 1 Seat left | $271 1 Seat left | $281 1 Seat left | $458 2 Seats left |
| 2351 | 07:10 pm ORD | 09:35 pm DFW | | | | |
| 1152 | 12:00 pm SEA | 05:55 pm ORD | $277 | $311 | $321 | $498 2 Seats left |
| 2353 | 08:15 pm ORD | 10:40 pm DFW | | | | |
| 1238 | 09:05 am SEA | 03:05 pm ORD | $207 2 Seats left | $241 2 Seats left | $251 2 Seats left | $428 |
| 2339 | 04:30 pm ORD | 06:55 pm DFW | | | | |

<< < Page 1 of 4 > >> Results per page: 10

P ruh DerxwDp hulfdq Surgxfw) Vhuylfhv Fxwrp huVhuylfh

About Us | Travel Insurance | Contact American
Corporate Information | Email Subscriptions | FAQs
Investor Relations | Enhance Your Travel | Refunds

| Corporate Responsibility | Low Price Guarantee | Agency Reference |
| Join Us | Group & Meeting Travel | American Travel Centers |
| Environmental Footprint | Business Programs | Baggage & Optional Service Charges |
| Diversity & Inclusion | Cargo | Customer Service Plan & Flight Irregularities |
| Newsroom | American Airlines Credit Card | Privacy Policy |
| Airline Museum | Gift Cards | Legal |
| Careers | DealFinder | Copyright |
| | RSS | Site Map |
| | Five Star Service | Browser Compatibility |
| | Timetables & Downloads | |
| | Last Minute Packages | |

  FEEDBACK [+]