

## Select Departing Flight



| | | | |
|---|---|---|---|
| **Nonstop** from **$238** | **With Stops** from **$291** | **Flexible Fare** from **$796** | **First Cabin** from **$596** |

**Round Trip** (Start New Search)
Depart **Seattle, WA (SEA)**
Arrive **San Francisco, CA (SFO)**
Date **Sat., Sep. 14, 2013**   Time **Anytime**
Cabin **Economy**   Travelers **1**

**Buy Now** — limited tickets at our lowest price

United's **FareLock** service allows you to hold your itinerary and fare for 72 hours or seven days, for a fee, and is available on select flights. So go ahead and book your flight while you complete and confirm your travel plans. Our FareLock service will guarantee an available seat and the fare you were quoted at the time you booked your reservation.

Fares listed are for the entire trip per person and include taxes and fees. Additional bag charges may apply.
The fare displayed is the lowest available for the dates requested; however some flights may not be in the cabin you requested.
United flights include those operated by our Express partners.

| Price | Departing | Arriving | Travel Time | Distance* | |
|---|---|---|---|---|---|
| **Nonstop flights from $238** | | | | | |
| from **$238** | Depart: 5:36 a.m. Sat., Sep. 14, 2013 Seattle, WA (SEA) | Arrive: 7:45 a.m. Sat., Sep. 14, 2013 San Francisco, CA (SFO) | Travel Time: **2 hr 9 mn** | Distance: **678 miles** | Flight: **UA294** Aircraft: **Airbus A319** Fare Class: **United Economy (L)** Meal: **None** See On-Time Performance View Seats |
| from **$238** | Depart: 7:14 a.m. Sat., Sep. 14, 2013 Seattle, WA (SEA) | Arrive: 9:28 a.m. Sat., Sep. 14, 2013 San Francisco, CA (SFO) | Travel Time: **2 hr 14 mn** | Distance: **678 miles** | Flight: **UA1155** Aircraft: **Boeing 737-800** Fare Class: **United Economy (L)** Meal: **None** See On-Time Performance View Seats |
| from **$238** | Depart: 8:24 a.m. Sat., Sep. 14, 2013 Seattle, WA (SEA) | Arrive: 10:37 a.m. Sat., Sep. 14, 2013 San Francisco, CA (SFO) | Travel Time: **2 hr 13 mn** | Distance: **678 miles** | Flight: **UA5203** Operated by SKYWEST DBA UNITED EXPRESS. Aircraft: **Canadair Regional Jet 700** Fare Class: **United Economy (L)** Meal: **None** See On-Time Performance View Seats |
| | Depart: | Arrive: | Travel | Distance: | Flight: **UA1172** |

| from $238 Select LOWEST FARE FARE LOCK | 9:28 a.m. Sat., Sep. 14, 2013 Seattle, WA (SEA) | 11:42 a.m. Sat., Sep. 14, 2013 San Francisco, CA (SFO) | Time: 2 hr 14 mn | 678 miles | Aircraft: **Boeing 737-700** Fare Class: **United Economy (L)** Meal: **None** See On-Time Performance View Seats |
|---|---|---|---|---|---|
| from $238 Select LOWEST FARE FARE LOCK | Depart: 11:38 a.m. Sat., Sep. 14, 2013 Seattle, WA (SEA) | Arrive: 1:53 p.m. Sat., Sep. 14, 2013 San Francisco, CA (SFO) | Travel Time: 2 hr 15 mn | Distance: 678 miles | Flight: **UA842** Aircraft: **Airbus A319** Fare Class: **United Economy (L)** Meal: **None** See On-Time Performance View Seats |
| from $238 Select LOWEST FARE FARE LOCK | Depart: 2:05 p.m. Sat., Sep. 14, 2013 Seattle, WA (SEA) | Arrive: 4:12 p.m. Sat., Sep. 14, 2013 San Francisco, CA (SFO) | Travel Time: 2 hr 7 mn | Distance: 678 miles | Flight: **UA816** Aircraft: **Airbus A320** Fare Class: **United Economy (L)** Meal: **None** See On-Time Performance View Seats |
| from $238 Select LOWEST FARE FARE LOCK | Depart: 5:55 p.m. Sat., Sep. 14, 2013 Seattle, WA (SEA) | Arrive: 8:01 p.m. Sat., Sep. 14, 2013 San Francisco, CA (SFO) | Travel Time: 2 hr 6 mn | Distance: 678 miles | Flight: **UA1636** Aircraft: **Boeing 737-800** Fare Class: **United Economy (L)** Meal: **None** See On-Time Performance View Seats |
| from $238 Select LOWEST FARE FARE LOCK | Depart: 6:40 p.m. Sat., Sep. 14, 2013 Seattle, WA (SEA) | Arrive: 8:47 p.m. Sat., Sep. 14, 2013 San Francisco, CA (SFO) | Travel Time: 2 hr 7 mn | Distance: 678 miles | Flight: **UA780** Aircraft: **Airbus A319** Fare Class: **United Economy (L)** Meal: **None** See On-Time Performance View Seats |

**United Flights with stops from $291**

| from $291 Select FARE LOCK | Depart: 10:40 a.m. Sat., Sep. 14, 2013 Seattle, WA (SEA) | Arrive: 11:31 a.m. Sat., Sep. 14, 2013 Portland, OR (PDX) | Flight Time: 51 mn | Distance: 129 miles | Flight: **UA5325** Operated by SKYWEST DBA UNITED EXPRESS. Aircraft: **Embraer 120 Brasilia** Fare Class: **United Economy (W)** Meal: **None** See On-Time Performance View Seats |
|---|---|---|---|---|---|
| | **Change Planes.** Connect time in Portland, OR (PDX) is 34 minutes. | | | | |
| | Depart: 12:05 p.m. Sat., Sep. 14, 2013 Portland, OR (PDX) | Arrive: 1:58 p.m. Sat., Sep. 14, 2013 San Francisco, CA (SFO) | Flight Time: 1 hr 53 mn  Travel Time: 3 hr 18 mn | Distance: 550 miles Total Distance: **679 miles** | Flight: **UA353** Aircraft: **Airbus A319** Fare Class: **United Economy (G)** Meal: **None** See On-Time Performance View Seats |
| | Note: Flight 5325 is serviced by a non-jet equipment type. | | | | |





| | | | | | |
|---|---|---|---|---|---|
| from **$291** Select FARELOCK | Depart: **9:29 a.m.** **Sat., Sep. 14, 2013** Seattle, WA (SEA) | Arrive: **10:20 a.m.** **Sat., Sep. 14, 2013** Portland, OR (PDX) | Flight Time: 51 mn | Distance: **129 miles** | Flight: **UA5305** Operated by SKYWEST DBA UNITED EXPRESS. Aircraft: **Embraer 120 Brasilia** Fare Class: **United Economy (W)** Meal: **None** See On-Time Performance View Seats |
| | **Change Planes.** Connect time in Portland, OR (PDX) is 40 minutes. | | | | |
| | Depart: **11:00 a.m.** **Sat., Sep. 14, 2013** Portland, OR (PDX) | Arrive: **12:55 p.m.** **Sat., Sep. 14, 2013** San Francisco, CA (SFO) | Flight Time: 1 hr 55 mn Travel Time: **3 hr 26 mn** | Distance: 550 miles Total Distance: **679 miles** | Flight: **UA5659** Operated by SKYWEST DBA UNITED EXPRESS. Aircraft: **Canadair Regional Jet 200** Fare Class: **United Economy (G)** Meal: **None** See On-Time Performance View Seats |
| | Note: Flight 5305 is serviced by a non-jet equipment type. | | | | |
| from **$291** 2 tickets at this price Select FARELOCK | Depart: **3:13 p.m.** **Sat., Sep. 14, 2013** Seattle, WA (SEA) | Arrive: **4:02 p.m.** **Sat., Sep. 14, 2013** Portland, OR (PDX) | Flight Time: 49 mn | Distance: **129 miles** | Flight: **UA5417** Operated by SKYWEST DBA UNITED EXPRESS. Aircraft: **Embraer 120 Brasilia** Fare Class: **United Economy (W)** Meal: **None** See On-Time Performance View Seats |
| | **Change Planes.** Connect time in Portland, OR (PDX) is 58 minutes. | | | | |
| | Depart: **5:00 p.m.** **Sat., Sep. 14, 2013** Portland, OR (PDX) | Arrive: **6:49 p.m.** **Sat., Sep. 14, 2013** San Francisco, CA (SFO) | Flight Time: 1 hr 49 mn Travel Time: **3 hr 36 mn** | Distance: 550 miles Total Distance: **679 miles** | Flight: **UA5553** Operated by SKYWEST DBA UNITED EXPRESS. Aircraft: **Canadair Regional Jet 200** Fare Class: **United Economy (G)** Meal: **None** See On-Time Performance View Seats |
| | Note: Flight 5417 is serviced by a non-jet equipment type. | | | | |
| from **$291** Select FARELOCK | Depart: **9:29 a.m.** **Sat., Sep. 14, 2013** Seattle, WA (SEA) | Arrive: **10:20 a.m.** **Sat., Sep. 14, 2013** Portland, OR (PDX) | Flight Time: 51 mn | Distance: **129 miles** | Flight: **UA5305** Operated by SKYWEST DBA UNITED EXPRESS. Aircraft: **Embraer 120 Brasilia** Fare Class: **United Economy (W)** Meal: **None** See On-Time Performance View Seats |
| | **Change Planes.** Connect time in Portland, OR (PDX) is 1 hour 45 minutes. | | | | |
| | Depart: **12:05 p.m.** **Sat., Sep. 14, 2013** Portland, OR (PDX) | Arrive: **1:58 p.m.** **Sat., Sep. 14, 2013** San Francisco, CA (SFO) | Flight Time: 1 hr 53 mn Travel Time: **4 hr 29 mn** | Distance: 550 miles Total Distance: **679 miles** | Flight: **UA353** Aircraft: **Airbus A319** Fare Class: **United Economy (G)** Meal: **None** See On-Time Performance View Seats |
| | Note: Flight 5305 is serviced by a non-jet equipment type. | | | | |

**Start New Search:**

From: Seattle, WA (S
To: San Franciscc
Search Nearby Airports

Search Specific Dates   My Dates are Flexible
Depart Date: 9/14/2013   Time: Anytime
Return Date: 9/20/2013   Time: Anytime
Search for Lower Fares +/- 3 Days

Traveler Total: 1
Change Travelers
Cabin: Economy

Search By: Price   Schedule   Award

Nonstop Flights Only

**Advanced Search**

Travel

**Search**

*Miles shown are the actual miles flown for this segment. Fare class, Premier qualifying miles and other promotional bonuses are not included in the total miles shown. The award miles accrued on codeshare flights are based on the operating carrier and their equivalent fare class. This could result in differences between the purchased booking class and the booking class flown, which determines the number of base and Premier qualifying miles and Premier qualifying segments earned. MileagePlus award miles are not awarded for travel on airlines that are not MileagePlus partners. Miles indicated for non-partner flights or flight segments will not be awarded. MileagePlus award miles earned will vary depending on the Premier status of the customer.

Find United on: 

Business Services | Cargo | Careers | unitedcontinentalholdings.com | United Hub
Contract of Carriage | Lengthy Tarmac Delay Plan | Our United Customer Commitment | Legal Information | Privacy Policy | Site Map | Search united.com | Travel Agents

Copyright © 2013 United Airlines, Inc.
All rights reserved.