IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC.,<br><br>　　　　Defendant. | § § § § § § § § § § § § | Civil Action No.: 6:12-cv-00499<br><br><br>**JURY TRIAL DEMANDED** |
| BLUE SPIKE, LLC,<br><br>　　　　PLAINTIFF,<br>v.<br><br>DERMALOG IDENTIFICATION SYSTEMS, GMGH, ET AL,<br><br>　　　　DEFENDANT. | § § § § § § § § § § § § § | Case No. 6:13-cv-00053<br>(Consolidated with 6:12-cv-499<br>and closed)<br><br><br>**JURY TRIAL DEMANDED** |

## ORDER

Before the Court is DERMALOG Identification Systems GmbH's ("DERMALOG") Unopposed Motion to Vacate Entry of Default and Return of Service (Doc. No. 904). After careful consideration, the Court is of the opinion that the Motion should be GRANTED, it is therefore,

ORDERED, ADJUDGED and DECREED that the Unopposed Motion to Vacate Entry of Default and Return of Service be granted and that, Clerk's Entry of Default as to DERMALOG, entered on June 26, 2013, Dkt. No. 850, be vacated.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Return of Service, executed as to DERMALOG, filed on March 4, 2013 (Dkt. No. 16 in Case No. 6:13-cv-00053) be vacated.

**It is SO ORDERED.**

**SIGNED this 5th day of August, 2013.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE