IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § § | |
| *Plaintiff* | § § | Civil Action No. 6:12-cv-499 MHS |
| v. | § § | |
| TEXAS INSTRUMENTS, INC., *et al.* | § § | JURY TRIAL DEMANDED |
| *Defendants.* | § § § | |

### AGREED MOTION TO DISMISS DEFENDANT ANVIS GLOBAL, INC.

Plaintiff Blue Spike, LLC and Defendant, Anvis Global, Inc. have reached a settlement of the above-captioned matter and have agreed to dismiss the claims and causes of action between them.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Blue Spike stipulates to the dismissal without prejudice of all claims and causes of action asserted in this case against defendant Anvis Global, Inc. and defendant Anvis Global, Inc. stipulates to the dismissal without prejudice of all defenses asserted in this case against Blue Spike, LLC.

The parties shall bear their own attorneys' fees, expenses, and costs.

Respectfully submitted,

/s/ Christopher A. Honea
Randall T. Garteiser
 Lead Attorney
 Texas Bar No. 24038912
 rgarteiser@ghiplaw.com
Christopher A. Honea
 Texas Bar No. 24059967
 chonea@ghiplaw.com
Christopher S. Johns
 Texas Bar No. 24044849

cjohns@ghiplaw.com
GARTEISER HONEA, P.C.
218 North College Avenue
Tyler, Texas 75702
(903) 705-0828
(903) 526-5477 fax

Kirk J. Anderson
  California Bar No. 289043
Peter S. Brasher
  California Bar No. 283992
GARTEISER HONEA, P.C.
44 North San Pedro Road
San Rafael, California 94903
(415) 785-3762
(415) 785-3805 fax

*Counsel for Blue Spike LLC*


/s/ Dale Morgado
Dale James Morgado, Esq.
FL Bar No. 00064015
**FELDMAN MORGADO, P.A.**
100 N. Biscayne Boulevard
29th Floor, Suite 2902
Miami, Florida 33132
Telephone: (305)-222-7850
Facsimilie: (305) 384-4676
Email: dmorgado@ffmlawgroup.com

*Counsel for Anvis Global, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by e-mail.

 /s/ Christopher A. Honea

## CERTIFICATE OF CONFERENCE

I certify that on behalf of Blue Spike, LLC, I have met and conferred with counsel for Defendant on August 5, 2013 regarding the relief requested herein. Counsel for Defendant has agreed to this motion.

 /s/ Christopher A. Honea