IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
| | § | |
| *Plaintiff* | § | Civil Action No. 6:12-cv-499 MHS |
| v. | § | |
| | § | |
| TEXAS INSTRUMENTS, INC., *et al.* | § | JURY TRIAL DEMANDED |
| | § | |
| *Defendants.* | § | |
| | § | |

### ORDER OF DISMISSAL WITHOUT PREJUDICE
### OF DEFENDANT ANVIS GLOBAL, INC.

Pursuant to Fed. R. Civ. P. 41(a), recognizing the Agreed Motion to Dismiss Without Prejudice filed by plaintiff Blue Spike, LLC and defendant Anvis Global, Inc. pursuant to a settlement of the above-captioned litigation between the parties, it is ordered as follows:

ORDERED that the claims asserted herein by plaintiff Blue Spike, LLC against defendant Anvis Global, Inc. be, and hereby are, dismissed without prejudice;

ORDERED that the defenses asserted herein by defendant Anvis Global, Inc. against plaintiff Blue Spike, LLC be, and hereby are, dismissed without prejudice; and

ORDERED that the parties shall bear their own attorneys' fees, expenses and costs.