IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC,<br>    *Plaintiff*,<br>v.<br>TEXAS INSTRUMENTS, INC.<br>    *Defendants*.<br>_____ | § § § § § § § § § § § | Civil Action No. 6:12-CV-499-LED<br><br>(LEAD CASE)<br><br>JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC,<br>    *Plaintiff*,<br>v.<br>AUDIBLE MAGIC CORPORATION, ET AL.<br>    *Defendants*.<br>_____ | § § § § § § § § § § § § | Civil Action No. 6:12-CV-576-LED<br><br>(Consolidated with 6:12-cv-499-MHS and closed)<br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE OF COUNSEL

Defendant Myxer, Inc. ("Myxer"), files this Notice of Appearance, and hereby notifies the Court that Walter W. Lackey, Jr., of the law firm Findlay Craft, LLP, 6760 Old Jacksonville Hwy, Suite 101, Tyler, TX  75703, Telephone (903) 534-1100, Fax (903) 534-1137, E-mail: wlackey@findlaycraft.com has entered this action as counsel for Myxer. In connection with this notice, Mr. Lackey requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on him at the above address and contact information.

Dated: August 7, 2013

Respectfully submitted,

By: */s/ Walter W. Lackey, Jr.*
Walter W. Lackey, Jr.
Texas Bar No. 24050901
FINDLAY CRAFT, LLP

2

                                                6760 Old Jacksonville Hwy  
                                                Suite 101  
                                                Tyler, TX 75703  
                                                Telephone: (903) 534-1100  
                                                Facsimile: (903) 534-1137  
                                                wlackey@findlaycraft.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2013, I electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing *via* electronic mail to all counsel of record.

                                                /s/ *Walter W. Lackey, Jr.*  
                                                Walter W. Lackey, Jr.