# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
| *Plaintiff*, | § | Civil Action No. 6:12-CV-499-LED |
| v. | § | |
| TEXAS INSTRUMENTS, INC. | § | (LEAD CASE) |
| *Defendants*. | § | JURY TRIAL DEMANDED |
| ─────────────────────── | § | |
| BLUE SPIKE, LLC, | § | |
| *Plaintiff*, | § | |
| v. | § | Civil Action No. 6:12-CV-576-LED |
| AUDIBLE MAGIC CORPORATION, ET AL. | § | (Consolidated with 6:12-cv-499-MHS and closed) |
| *Defendants*. | § | JURY TRIAL DEMANDED |
| ─────────────────────── | § | |

## NOTICE OF APPEARANCE OF COUNSEL

Defendant Myxer, Inc. ("Myxer"), files this Notice of Appearance, and hereby notifies the Court that Gabriel M. Ramsey, of the law firm Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, CA 94025, Telephone 650-614-7400, Fax 650-614-7401, E-mail: gramsey@orrick.com has entered this action as counsel for Myxer. In connection with this notice, Mr. Ramsey requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on him at the above address and contact information.

Dated: August 7, 2013

Respectfully Submitted,

By: */s/ Gabriel M. Ramsey*
Gabriel M. Ramsey
Orrick Herrington & Sutcliffe, LLP
1000 Marsh Road

Menlo Park, CA 94025  
650/614-7400  
Fax: 650/614-7401  
Email: gramsey@orrick.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2013, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Gabriel M. Ramsey*  
Gabriel M. Ramsey

2