# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> TEXAS INSTRUMENTS, INC. <br><br> *Defendants*. <br><br> _____ <br><br> BLUE SPIKE, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> AUDIBLE MAGIC CORPORATION, ET AL. <br><br> *Defendants*. <br><br> _____ | § § § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 6:12-CV-499-LED <br><br> (LEAD CASE) <br><br> JURY TRIAL DEMANDED <br><br><br><br> Civil Action No. 6:12-CV-576-LED <br><br> (Consolidated with 6:12-cv-499-MHS and closed) <br><br> JURY TRIAL DEMANDED |

## **NOTICE OF APPEARANCE OF COUNSEL**

Defendant Myxer, Inc. ("Myxer"), files this Notice of Appearance, and hereby notifies the Court that Bas de Blank, of the law firm Orrick, Herrington, & Sutcliffe, LLP, 1000 Marsh Road, Menlo Park, CA 94025, Telephone (650) 614-7400, Fax (650) 614-7401, E-mail: basdeblank@orrick.com has entered this action as counsel for Myxer. In connection with this notice, Mr. de Blank requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on him at the above address and contact information.

Dated: August 7, 2013

Respectfully submitted,

By: */s/ Bas de Blank*
Bas de Blank

Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA 94025
(650) 614-7400
(650) 614-7401 FAX
basdeblank@orrick.com

## CERTIFICATE OF SERVICE

I hereby certify that August 7, 2013, I electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing *via* electronic mail to all counsel of record.

/s/ *Bas de Blank*
Bas de Blank