# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
|     *Plaintiff*, | § | Civil Action No. 6:12-CV-499-LED |
| v. | § | |
| | § | (LEAD CASE) |
| TEXAS INSTRUMENTS, INC. | § | |
| | § | JURY TRIAL DEMANDED |
|     *Defendants*. | § | |
| _____ | § | |
| BLUE SPIKE, LLC, | § | Civil Action No. 6:12-CV-576-LED |
|     *Plaintiff*, | § | |
| v. | § | (Consolidated with 6:12-cv-499-MHS and closed) |
| AUDIBLE MAGIC CORPORATION, ET AL. | § | |
| | § | JURY TRIAL DEMANDED |
|     *Defendants*. | § | |
| _____ | § | |

## **NOTICE OF APPEARANCE OF COUNSEL**

Defendant Myxer, Inc. ("Myxer"), files this Notice of Appearance, and hereby notifies the Court that Alyssa Caridis, of the law firm Orrick, Herrington, & Sutcliffe, LLP, 777 South Figueroa Street, Suite 3200, Los Angeles, CA 90017, Telephone (213) 612-2372, Fax (213) 612-2499, E-mail: acaridis@orrick.com has entered this action as counsel for Myxer. In connection with this notice, Ms. Caridis requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on him at the above address and contact information.

Dated: August 7, 2013                                                    Respectfully submitted,

                                                                            By: */s/ Alyssa Caridis*

2

        Alyssa Caridis
Orrick, Herrington & Sutcliffe, LLP
777 South Figueroa Street
Suite 3200
Los Angeles, CA 90017-5855
(213) 612-2372
(213) 612-2499 FAX
acaridis@orrick.com

## CERTIFICATE OF SERVICE

      I hereby certify that on August 7, 2013, I electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing *via* electronic mail to all counsel of record.

      /s/ *Alyssa Caridis*
      Alyssa Caridis