# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC.<br><br>    *Defendants*.<br>_____<br><br>BLUE SPIKE, LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>AUDIBLE MAGIC CORPORATION, ET AL.<br><br>    *Defendants*.<br>_____ | Civil Action No. 6:12-CV-499-LED<br><br>(LEAD CASE)<br><br>JURY TRIAL DEMANDED<br><br><br><br>Civil Action No. 6:12-CV-576-LED<br><br>(Consolidated with 6:12-cv-499-MHS and closed)<br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE OF COUNSEL

Defendant Myxer, Inc. ("Myxer"), files this Notice of Appearance, and hereby notifies the Court that Christopher J. Higgins, of the law firm Orrick, Herrington & Sutcliffe LLP, 1152 1152 15th Street, NW, Washington, DC 20005-1706, Telephone (202) 339-8400, Fax (202) 339-8500, E-mail: chiggins@orrick.com has entered this action as counsel for Myxer. In connection with this notice, Mr. Higgins requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on him at the above address and contact information.

Dated: August 7, 2013                                                   Respectfully submitted,

                                                                                                By: /s/ *Christopher J. Higgins*
                                                                                                Christopher J. Higgins
                                                                                                1152 15th Street, NW
                                                                                                Washington, DC 20005-1706
                                                                                                202/339-8400

Fax: 202/339-8500
Email: chiggins@orrick.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2013, I electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing *via* electronic mail to all counsel of record.

*/s/ Christopher J. Higgins*
Christopher J. Higgins