**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| BLUE SPIKE, LLC, <br>     *Plaintiff*, <br> v. <br> TEXAS INSTRUMENTS, INC. <br>     *Defendants*. <br> _____ <br> BLUE SPIKE, LLC, <br>     *Plaintiff*, <br> v. <br> AUDIBLE MAGIC CORPORATION, ET AL. <br>     *Defendants*. <br> _____ | Civil Action No. 6:12-CV-499-LED <br><br> (LEAD CASE) <br><br> JURY TRIAL DEMANDED <br><br><br> Civil Action No. 6:12-CV-576-LED <br><br> (Consolidated with 6:12-cv-499-MHS and closed) <br><br> JURY TRIAL DEMANDED |

**<u>NOTICE OF APPEARANCE OF COUNSEL</u>**

Defendant Myxer, Inc. ("Myxer"), files this Notice of Appearance, and hereby notifies the Court that Chris R. Ottenweller, of the law firm Orrick, Herrington, & Sutcliffe, LLP, 1000 Marsh Road, Menlo Park, CA 94025, Telephone (650) 614-7400, Fax (650) 614-7401, E-mail: cottenweller@orrick.com has entered this action as counsel for Myxer. In connection with this notice, Mr. Ottenweller requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on him at the above address and contact information.

Dated: August 7, 2013                                    Respectfully submitted,

                                                               By: */s/ Chris R. Ottenweller*

Chris R. Ottenweller<br>
CA Bar No. 73649<br>
Orrick, Herrington & Sutcliffe, LLP<br>
1000 Marsh Road<br>
Menlo Park, CA 94025<br>
(650) 614-7400<br>
(650) 614-7401 FAX<br>
cottenweller@orrick.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2013, I electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing *via* electronic mail to all counsel of record.

/s/ *Chris R. Ottenweller*
Chris R. Ottenweller