# EXHIBIT 4

Attorney Docket No.: 031838.0001

# DECLARATION AND POWER OF ATTORNEY FOR PATENT APPLICATION

As the below named inventor, I hereby declare that:

My residence, post office address and citizenship is as stated below next to my name;

I believe that I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled:

## METHOD AND DEVICE FOR MONITORING AND ANALYZING SIGNALS

the specification of which: ☐ is attached hereto.
was filed on: **September 7, 2000**
as Application No.: **09/657,181**
and was amended on _____ (if applicable).

I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment referred to above. I acknowledge the duty to disclose information which is material to patentability as defined in 37 C.F.R. § 1.56.

### Prior Foreign Application(s)

I hereby claim foreign priority benefits under Title 35, United States Code, § 119(a)-(d) or § 365(b) of any foreign application(s) for patent or inventor's certificate, or § 365(a) of any PCT international application which designated at least one country other than the United States of America, listed below and have also identified below any foreign application(s) for patent or inventor's certificate having a filing date before that of the application on which priority is claimed:

| Country | Application Number | Date of Filing (day, month, year) | Date of Issue (day, month, year) | Priority Claimed | |
|---|---|---|---|---|---|
| | | | | Yes ■ | No ☐ |
| | | | | Yes ■ | No ☐ |
| | | | | Yes ☐ | No ☐ |

### Prior Provisional Application(s)

I hereby claim the benefit under Title 35, United States Code § 119(e) of any United States provisional application(s) listed below:

| Application Number | Date of Filing (day, month, year) |
|---|---|
| | |
| | |
| | |

## Prior United States Application(s)

I hereby claim the benefit under Title 35, United States Code, § 120 of any United States application(s), or § 365(c) of any PCT international application designating the United States of America, listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35 United qtPtas mrIP, § 117, I nr.knnwlarigP the duty to disclose material information as defined in Title 37, Code of Federal Regulations, § 1.56(a) which occurred between the filing date of the prior application and the national or PCT international filing date of this application:

| Application Number | Date of Filing (day, month, year) | Status - Patented, Pending, Abandoned |
|---|---|---|
|  |  |  |
|  |  |  |

And I hereby appoint, both jointly and severally, as my attorneys with full power of substitution and revocation, to prosecute this application and to transact all business in the Patent and Trademark Office connected herewith the following attorneys, their registration numbers being listed after their names:

Rodger L. Tate, Registration No. 27,399; Anthony W. Shaw, Registration No. 30,104; James Remenick, Registration No. 36,902; Michael J. Songer, Reg. No. 39,841; Cono A. Carrano, Registration No. 39,623; Laurence H. Posorske, Registration No. 34,698; Floyd B. Chapman, Registration No. 40,555; David J. Kulik, Registration No. 36,576; Robert A. King, Registration No. 42,738; and Trevor Q. Coddington, Registration No. 46,633.

---

All correspondence and telephone communications should be addressed to: **Intellectual Property Department; Brobeck, Phleger & Harrison LLP; 1333 H Street, N.W.; Suite 800; Washington, DC 20005,** telephone number (202) 220-6000; facsimile number (202) 220-5200, which is also the address, telephone and facsimile numbers of each of the above listed attorneys.

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine and imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon.

Signature *[signed: Scott A. Moskowitz]*     Date  //-2€7.--4U

Full Name of
First Inventor:   MOSKOWITZ              Scott                          A.
                  (Family Name)          (First Given Name)             (Second Given Name)

'Citizenship:     United States of America

Residence:        16711 Collins Avenue, #2505, Miami, Florida 33160 USA

Post Office
Address:          Same as above


Signature _____     Date _____

Full Name of
Second Inventor: BERRY                   Michael                        W.
                 (Family Name)           (First Given Name)             (Second Given Name)

Citizenship:     United States of America

Residence:       1 2401 Princess Jeanne, Albuquerque, New Mexico, 87112 USA

Post Office
Address:         Same as above

BROBECK, PHLEGER & HARRISON, LLP
1333 H Street, N.W.
Suite 800
Washington, D.C. 20005
1202) 220-6000 (telephone); 1202) 220-5200 (facsimile)

| | | | |
|---|---|---|---|
| Signature | _____ | Date | _____ |

| Full Name of First Inventor: | MOSKOWITZ | Scott | A. |
|---|---|---|---|
| | (Family Name) | (First Given Name) | (Second Given Name) |

Citizenship:   United States of America

Residence:    16711 Collins Avenue, #2505, Miami, Florida 33160 USA

Post Office Address:    Same as above

| | | | |
|---|---|---|---|
| Signature | *[signature]* | Date | 11/20/00 |

| Full Name of Second Inventor: | BERRY | Michael | W. |
|---|---|---|---|
| | (Family Name) | (First Given Name) | (Second Given Name) |

Citizenship:   United States of America

Residence:    12401 Princess Jeanne, Albuquerque, New Mexico, 87112 USA

Post Office Address:    Same as above