# EXHIBIT 5

*MAR 3 1 2005*

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Appl. No. | : | 09/657,181 |
| Applicant | : | Scott A. MOSKOWITZ and Michael BERRY |
| Filed | : | September 7, 2000 |
| TC/A.U. | : | 2857 |
| Examiner | : | Carol S W TSAI |
| Docket No. | : | 80408.0012 (066112.0132) |

Confirmation No. 1907

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

### REVOCATION OF POWER OF ATTORNEY

I, Scott A. Moskowitz, residing at 16711 Collins Avenue, No. 2505, Miami, Florida 33160, being one of the two co-inventors in the above-identified patent application, and being the president of Blue Spike, Inc., the owner of the entire right, title and interest in the above-identified patent application, hereby revoke all powers of attorney previously given in connection with U.S. Application No. 09/657,181 (including without limitation the powers of attorney previously granted to the attorneys of Wiley Rein & Fielding).

Please update the correspondence address as follows:

Scott A. Moskowitz
16711 Collins Avenue, #2505
Miami, FL 33160

Telephone/Facsimile: 305-956-9041

Date: March 25, 2005

*/Scott Moskowitz/*

Scott A. Moskowitz, Individually, and as President of Blue Spike, Inc.