# EXHIBIT 7



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | ISSUE DATE | PATENT NO. | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 12/005,229 | 02/09/2010 | 7660700 | 066112.0132CONT | 2556 |

7590       01/20/2010

Scott A. Moskowitz
#2505
16711 Collins Avenue
Sunny Isles Beach, FL 33160

# ISSUE NOTIFICATION

The projected patent number and issue date are specified above.

### Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
(application filed on or after May 29, 2000)

The Patent Term Adjustment is 0 day(s). Any patent to issue from the above-identified application will include an indication of the adjustment on the front page.

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) WEB site (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Application Assistance Unit (AAU) of the Office of Data Management (ODM) at (571)-272-4200.

APPLICANT(s) (Please see PAIR WEB site http://pair.uspto.gov for additional applicants):

Scott A. Moskowitz, Sunny Isles Beach, FL;
Michael W. Berry, Virginia Beach, VA;

IR103 (Rev. 10/09)

# PART B - FEE(S) TRANSMITTAL

Complete and send this form, together with applicable fee(s), to: **Mail** Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450
or **Fax** (571)-273-2885

[DEC 22 2009 stamp]

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

7590  11/20/2009

Scott A. Moskowitz
#2505
16711 Collins Avenue
Sunny Isles Beach, FL 33160

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

Scott A. Moskowitz (Depositor's name)
[signature] (Signature)
December 22, 2009 (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 12/005,229 | 12/26/2007 | Scott A. Moskowitz | 066112.0132CONT | 2556 |

TITLE OF INVENTION: METHOD AND DEVICE FOR MONITORING AND ANALYZING SIGNALS

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | YES | $755 | $300 | $0 | $1055 | 02/22/2010 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| TSAI, CAROL S W | 2857 | 702-182000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).
   ☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.
   ☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. Use of a Customer Number is required.

2. For printing on the patent front page, list
   (1) the names of up to 3 registered patent attorneys or agents OR, alternatively,
   (2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

   1 _____
   2 _____
   3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)
   PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

   (A) NAME OF ASSIGNEE
   BLUE SPIKE, INC.

   (B) RESIDENCE: (CITY and STATE OR COUNTRY)
   SUNNY ISLES BEACH, FL

Please check the appropriate assignee category or categories (will not be printed on the patent): ☐ Individual ☑ Corporation or other private group entity ☐ Government

4a. The following fee(s) are submitted:
    ☑ Issue Fee
    ☑ Publication Fee (No small entity discount permitted)
    ☑ Advance Order - # of Copies "3"

4b. Payment of Fee(s): (Please first reapply any previously paid issue fee shown above)
    ☐ A check is enclosed.
    ☑ Payment by credit card. Form PTO-2038 is attached.
    ☐ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

5. Change in Entity Status (from status indicated above)
   ☑ a. Applicant claims SMALL ENTITY status. See 37 CFR 1.27.   ☐ b. Applicant is no longer claiming SMALL ENTITY status. See 37 CFR 1.27(g)(2).

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

Authorized Signature [signature]   Date DECEMBER 22, 2009
Typed or printed name  Scott Moskowitz   Registration No. _____

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTOL-85 (Rev. 08/07) Approved for use through 08/31/2010.   OMB 0651-0033   U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

| | |
|---|---|
| 7590   11/20/2009 | |
| Scott A. Moskowitz #2505 16711 Collins Avenue Sunny Isles Beach, FL 33160 | |

| EXAMINER |
|---|
| TSAI, CAROL S W |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2857 | |

DATE MAILED: 11/20/2009

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 12/005,229 | 12/26/2007 | Scott A. Moskowitz | 066112.0132CONT | 2556 |

TITLE OF INVENTION: METHOD AND DEVICE FOR MONITORING AND ANALYZING SIGNALS

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | YES | $755 | $300 | $0 | $1055 | 02/22/2010 |

THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. **PROSECUTION ON THE MERITS IS CLOSED.** THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.

THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN **THREE MONTHS** FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. **THIS STATUTORY PERIOD CANNOT BE EXTENDED.** SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION. IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.

**HOW TO REPLY TO THIS NOTICE:**

I. Review the SMALL ENTITY status shown above.

If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

A. If the status is the same, pay the TOTAL FEE(S) DUE shown above.

B. If the status above is to be removed, check box 5b on Part B - Fee(s) Transmittal and pay the PUBLICATION FEE (if required) and twice the amount of the ISSUE FEE shown above, or

If the SMALL ENTITY is shown as NO:

A. Pay TOTAL FEE(S) DUE shown above, or

B. If applicant claimed SMALL ENTITY status before, or is now claiming SMALL ENTITY status, check box 5a on Part B - Fee(s) Transmittal and pay the PUBLICATION FEE (if required) and 1/2 the ISSUE FEE shown above.

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

Page 1 of 3

PTOL-85 (Rev. 08/07) Approved for use through 08/31/2010.



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 12/005,229 | 12/26/2007 | Scott A. Moskowitz | 066112.0132CONT | 2556 |

7590  09/11/2009
Scott A. Moskowitz
#2505
16711 Collins Avenue
Sunny Isles Beach, FL 33160

| EXAMINER |
|---|
| TSAI, CAROL S W |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2857 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 09/11/2009 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A (Rev. 04/07)



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 12/005,229 | 12/26/2007 | Scott A. Moskowitz | 066112.0132CONT | 2556 |

7590    08/20/2009
Scott A. Moskowitz
#2505
16711 Collins Avenue
Sunny Isles Beach, FL 33160

| EXAMINER |
|---|
| TSAI, CAROL S W |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2857 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 08/20/2009 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A (Rev. 04/07)



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 12/005,229 | 12/26/2007 | Scott A. Moskowitz | 066112.0132CONT | 2556 |

7590    03/05/2009

Scott A. Moskowitz
#2505
16711 Collins Avenue
Sunny Isles Beach, FL 33160

| EXAMINER |
|---|
| TSAI, CAROL S W |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2857 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 03/05/2009 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A (Rev. 04/07)



# UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 12/005,229 | 12/26/2007 | Scott A. Moskowitz | 066112.0132CONT | 2556 |

7590    05/30/2008

Scott A. Moskowitz
#2505
16711 Collins Avenue
Sunny Isles Beach, FL 33160

| EXAMINER |
|---|
| TSAI, CAROL S W |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2857 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 05/30/2008 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A (Rev. 04/07)



### UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 12/005,229 | 12/26/2007 | 2857 | 840 | 066112.0132CONT | 33 | 3 |

**CONFIRMATION NO. 2556**

Scott A. Moskowitz
#2505
16711 Collins Avenue
Sunny Isles Beach, FL 33160

**FILING RECEIPT**

*OC000000027945816*

Date Mailed: 01/30/2008

Receipt is acknowledged of this non-provisional patent application. The application will be taken up for examination in due course. Applicant will be notified as to the results of the examination. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. **If an error is noted on this Filing Receipt, please write to the Office of Initial Patent Examination's Filing Receipt Corrections. Please provide a copy of this Filing Receipt with the changes noted thereon. If you received a "Notice to File Missing Parts" for this application, please submit any corrections to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections**

**Applicant(s)**
            Scott A. Moskowitz, Sunny Isles Beach, FL;
            Michael W. Berry, Virginia Beach, VA;
**Assignment For Published Patent Application**
            Blue Spike, Inc.
**Power of Attorney:**
Rodger Tate--27399            Cono Carrano--39623
Anthony Shaw--30104           Michael Songer--39841
Laurence Posorske--34698      Floyd Chapman--40555
David Kulik--36576            Robert King--42738
James Remenick--36902         Trevor Coddington--46633

**Domestic Priority data as claimed by applicant**
            This application is a CON of 09/657,181 09/07/2000

**Foreign Applications**


**If Required, Foreign Filing License Granted:** 01/26/2008
The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 12/005,229**
**Projected Publication Date:** 05/08/2008
**Non-Publication Request:** No
**Early Publication Request:** No
**\*\* SMALL ENTITY \*\***

U.S. PTO
12/005229
12/26/2007

PTO/SB/05 (07-07)
Approved for use through 06/30/2010. OMB 0651-0032
U.S. Patent and Trademark Office. U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# UTILITY PATENT APPLICATION TRANSMITTAL

(Only for new nonprovisional applications under 37 CFR 1.53(b))

| | |
|---|---|
| Attorney Docket No. | 066112.0132CONT |
| First Inventor | Scott A. MOSKOWITZ |
| Title | Method and Device for Monitoring and Analyzing Signals |
| Express Mail Label No. | |

**APPLICATION ELEMENTS**
See MPEP chapter 600 concerning utility patent application contents.

**ADDRESS TO:** Commissioner for Patents
P.O. Box 1450
Alexandria VA 22313-1450

1. [✓] Fee Transmittal Form (e.g., PTO/SB/17)
   (Submit an original and a duplicate for fee processing)
2. [✓] Applicant claims small entity status.
   See 37 CFR 1.27.
3. [✓] Specification [Total Pages ____]
   Both the claims and abstract must start on a new page
   (For information on the preferred arrangement, see MPEP 608.01(a))
4. [ ] Drawing(s) (35 U.S.C. 113) [Total Sheets ____]
5. Oath or Declaration [Total Sheets ____]
   a. [✓] Newly executed (original or copy)
   b. [✓] A copy from a prior application (37 CFR 1.63(d))
      (for continuation/divisional with Box 18 completed)
      i. [ ] DELETION OF INVENTOR(S)
         Signed statement attached deleting inventor(s) name in the prior application, see 37 CFR 1.63(d)(2) and 1.33(b).
6. [✓] Application Data Sheet. See 37 CFR 1.76
7. [ ] CD-ROM or CD-R in duplicate, large table or Computer Program (Appendix)
   [ ] Landscape Table on CD
8. Nucleotide and/or Amino Acid Sequence Submission
   (if applicable, items a. – c. are required)
   a. [ ] Computer Readable Form (CRF)
   b. Specification Sequence Listing on:
      i. [ ] CD-ROM or CD-R (2 copies); or
      ii. [ ] Paper
   c. [ ] Statements verifying identity of above copies

**ACCOMPANYING APPLICATION PARTS**

9. [✓] Assignment Papers (cover sheet & document(s))
   Name of Assignee  Blue Spike, Inc.
10. [✓] 37 CFR 3.73(b) Statement    [ ] Power of Attorney
    (when there is an assignee)
11. [ ] English Translation Document (if applicable)
12. [ ] Information Disclosure Statement (PTO/SB/08 or PTO-1449)
    [ ] Copies of citations attached
13. [✓] Preliminary Amendment
14. [✓] Return Receipt Postcard (MPEP 503)
    (Should be specifically itemized)
15. [ ] Certified Copy of Priority Document(s)
    (if foreign priority is claimed)
16. [ ] Nonpublication Request under 35 U.S.C. 122(b)(2)(B)(i).
    Applicant must attach form PTO/SB/35 or equivalent.
17. [✓] Other: Recordation Form Cover Sheet PTO 1595

18. If a CONTINUING APPLICATION, check appropriate box, and supply the requisite information below and in the first sentence of the specification following the title, or in an Application Data Sheet under 37 CFR 1.76:

[✓] Continuation    [ ] Divisional    [ ] Continuation-in-part (CIP)    of prior application No.:

Prior application information:   Examiner  Carol S. W. TSAI                Art Unit: 2857

**19. CORRESPONDENCE ADDRESS**

[ ] The address associated with Customer Number:  ____   OR   [ ] Correspondence address below

| | |
|---|---|
| Name | Scott A. MOSKOWITZ |
| Address | 16711 Collins Avenue, #2505 |
| City | Sunny Isles Beach |
| State | FL |
| Zip Code | 33160 |
| Country | USA |
| Telephone | 305 956 9041 |
| Email | |

| | |
|---|---|
| Signature | /Scott Moskowitz/ |
| Name (Print/Type) | Scott A. MOSKOWITZ |
| Date | December 26, 2007 |
| Registration No. (Attorney/Agent) | |

This collection of information is required by 37 CFR 1.53(b). The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.