# EXHIBIT 13

# FLORIDA DEPARTMENT OF STATE
# DIVISION OF CORPORATIONS

www.sunbiz.org

## Detail by Entity Name

### Florida Limited Liability Company
CANOPUS MEDICAL, LLC

### Filing Information

| | |
|---|---|
| **Document Number** | L01000022703 |
| **FEI/EIN Number** | N/A |
| **Date Filed** | 12/28/2001 |
| **State** | FL |
| **Status** | INACTIVE |
| **Last Event** | VOLUNTARY DISSOLUTION |
| **Event Date Filed** | 04/14/2003 |
| **Event Effective Date** | NONE |

### Principal Address

16711 COLLINS AVENUE #2505
SUNNY ISLES BEACH, FL 33160

### Mailing Address

16711 COLLINS AVENUE #2505
SUNNY ISLES BEACH, FL 33160

### Registered Agent Name & Address

MOSKOWITZ AND COHEN, P.A.
909 NORTH MIAMI BEACH BLVD
SUITE 302
NORTH MIAMI BEACH, FL 33162

### Manager/Member Detail

**Name & Address**

Title MGRM

MOSKOWITZ, SCOTT A
16711 COLLINS AVENUE #2505
SUNNY ISLES BEACH, FL 33160

### Annual Reports

| Report Year | Filed Date |
|---|---|

2002            09/23/2002

**Document Images**

| | |
|---|---|
| 04/14/2003 -- Voluntary Dissolution | View image in PDF format |
| 09/23/2002 -- ANNUAL REPORT | View image in PDF format |
| 12/28/2001 -- Florida Limited Liabilities | View image in PDF format |