# EXHIBIT 16

Scott Moskowitz | LinkedIn



Home | Profile | Network | Jobs | Interests     Premium Solutions | Upgrade

# Scott Moskowitz
Entrepreneur with moxie

Miami/Fort Lauderdale Area | Computer Software



| | |
|---|---|
| Current | Blue Spike, Inc., Wistaria Trading, Inc. |
| Previous | Sony Corporation, Tokyo, Japan |
| Education | University of Pennsylvania |

**Send InMail**

**396** connections

www.linkedin.com/in/smoskowitz         Contact Info

## Background

 **Summary**

A hi-tech Executive fluent in Japanese and experienced in new business creation, sales/marketing, strategic planning, start-ups, import/export and people management and development. Operationally skilled, creative, technically savvy, team oriented senior manager who delivers form and substance (and maybe a few run-on sentences).

Specialties:An open mind.

Intellectual property (particularly, patents & copyrights), new business development & execution, mechanics of standards-setting bodies & licensing efforts, Japanese market & distribution channel strategy, identity & recognition management, hard equity & mortgage lending practice.

 **Experience**

### Founder & CEO
**Blue Spike, Inc.**
November 1997 – Present (15 years 10 months)

The idea for Blue Spike came about while still an undergraduate following his experience at Sony Corporation in Japan. Mr. Moskowitz sought to better define a means for protecting digital media content such as music, video and images. He coined the term "digital watermark" as a means for securely creating "responsibility for digital copies," which led to the writing, filing and receipt of over 75 U.S. and International patents, with several dozen pending. Mr. Moskowitz also invented "signal abstracts" for signal analysis. identification, and monitoring as well as "packet watermarks" for streams of packets or packet flow and "trusted transactions" for enabling peered, secure transactional activities over networks and between parties. Successfully produced a DoD/SBA "SBIR" submission based on software deployments and public sector communications. Mr. Moskowitz has been active in promoting intellectiual property protection and has been an invited speaker at "RSA", "ANSI", "CFP", "ACSAC", "DDMI", Museum of Modern Art ("MOMA"), U.S. Library of Congress, and other forums worldwide. Mr. Moskowitz penned the Introduction to the groundbreaking resource on digital rights management ("DRM"): Multimedia Security Technologies for Digital Rights Management.

▼ 5 recommendations, including:

---

**People Similar to Scott**



**Cheyenne Ehrlich**
Founder/CEO at Perceptual Networks
**Connect**

Join OPEN Forum from American Express



You          OPEN Forum

Exchange advice. Make smart decisions.

**Join OPEN Forum**

**People Also Viewed**


**Chris Law**
Startup Junkie


**Kevin Marks**
Vice President of Open Cloud Standards at Salesforce.com


**Matthew Mahoney**
Entrepreneur, Education Hacker.


**David Cullinan**
Domestic Engineer


**Owen Davis**
Social Entrepreneur


**Clyde Unno**
Swingby2020 CEO


**Bob Nebrig**
Entrepreneur


**Steve Mezak**
CEO of Accelerance, Inc. and author of Software without Borders


**Ken White**

 **Cyrus Shaoul**
Post-Doctoral Fellow at Universität Tübi…
View ↓

 **ERIC ALEXANDRAKIS**
Composer/Musician at Minoan Music [m…
View ↓

3 more recommendations ↓

 Associate Director at Post Carbon Institute

 **Karen Marcelo**
Director at dorkbotSF

## People Similar to Scott

  

**Cheyenne Ehrlich**
Founder/CEO at Perceptual Networks
**Connect**

# Founder & CEO
Wistaria Trading, Inc.
September 1991 – Present (22 years)

Sales & marketing consultancy and agent for US and European exports to Japan. Exemplary projects: developer of the "hearts on fire" diamond brand (yes, that "hearts on fire" campaign); agent for US microbrewers successfully creating the 17th largest seller; largest importer of pre-recorded compact discs over 10 mil+ units per year; fishing supplier deployment of Japan-specific direct marketing campaign and in-country sales support; and, initiated Japan-wide expansion of several niche products with specialized distribution channel marketing and direct sales requirements.

Stateside: represented Japanese vendors in negotiations, management and maintenance of US-based partners. Specific market experience available on request.

# Apprentice/Intern
Sony Corporation, Tokyo, Japan
June 1990 – August 1990 (3 months)



First undergraduate Intern for Sony Corporation in Japan. Formulated and designed a strategy to enter U.S. high-definition TV market. Created business plan for improving monitor device top & bottom line performance. Needless to say, these plans were the subject of intense scrutiny concerning internationalization and specific target market strategy.

ADS BY LINKEDIN MEMBERS

 **Technical Communication**
Learn about online and classroom courses. Info session Aug. 21 in Berkeley.

 **Detect Financial Fraud**
Learn to analyze financial evidence. Study Online. Register Today.

 **Attention Female Lawyers**
Apply to the Worldwide Who's Who network for Successful Women.

 # Languages

**Japanese**

 # Projects

## Jared Dylan - In Panic EP →
2010 – Present

http://www.youtube.com/watch?v=TVz2B8RTG1w&feature=plcp

http://www.youtube.com/watch?v=isvWiY7iNHQ&feature=context-chv

▸ 6 team members, including:

 **Scott Moskowitz**
Entrepreneur with moxie

 **Jared Goldstein**
Student at University of Miami

 **Jerry D. Goldstein**
Attorney At Law

 Anthony J. Resta

 # Skills & Expertise

Most endorsed for...

| | | |
|---|---|---|
| 17 | Start-ups | |
| 12 | Entrepreneurship | |
| 9 | Strategy | |
| 6 | Digital Media | |
| 5 | New Business Development | |
| 4 | Business Planning | |
| 4 | Strategic Planning | |
| 3 | E-commerce | |
| 3 | Business Development | |
| 2 | Venture Capital | |



Scott also knows about...

| | | | | | |
|---|---|---|---|---|---|
| 2 | Management | 2 | Mobile Applications | 2 | Public Relations |
| 1 | Product Management | 1 | Public Speaking | 1 | Multimedia |
| 1 | Licensing | | | | |
| 1 | Product Marketing | 1 | Product Development | 1 | Online Marketing |
| 1 | Negotiation | 1 | Telecommunications | 1 | Angel Investing |
| | Open Mind | | | | |
| | Entrepreneur | | See 16+ ▶ | | |

---

 Education

### University of Pennsylvania
Baccalavrei Artivm, Political Science, Oriental Studies - Japanese
1986 – 1991

### University of Pennsylvania - The Wharton School
BSE/BA, Finance, Political Science & Japanese
1986 – 1991

Activities and Societies: ZBT

### International Christian University
1989 – 1990

### Obirin College, Machida, Japan
Japanese Business &amp; Society Program
1988 – 1988

Activities and Societies: Introduction to Japanese Society and homestay.

---

 Additional Info

### Interests

Check out my photography under "digitalshaman" at Flickr http://www.flickr.com/photos/digitalshaman/
Please become a fan of "Blue Marble Terra" on Facebook or follow tweets @bluemarbleterra

### Advice for Contacting Scott

e-mail is best with some specifics of the reason for your inquiry.

---



## Honors & Awards

Series 7 & 63 (1987)
Mortgage Broker License (FL) (2006-2010)
Mortgage Brokerage Business License (FL) (2009-2010)

---



## Organizations

Senior Member - IEEE, ACM, SPIE

---

**Recommendations**

Given (4)



**Lynn Heatherton**
Senior Director, Corporate Development

" Lynn has a powerful understanding of the dynamics of both the media business and business development in general. Her international experience is a compliment to her solid analytics.

August 3, 2006, Scott was with another company when working with Lynn at Bertelsmann



**Jarret Adams**
Technology Writer

" Jarret writes with an emphasis on balanced and persuasive arguments common to great communicators.

August 2, 2006, Scott was Jarret's client



**Cyrus Shaoul**
CEO

" Having known Cyrus since our days in Japan, it is difficult to put in words the depth and breadth of creativity and effectiveness he exerts in every endeavor. Any project involving Cyrus will be immensely benefited by his input.

July 12, 2006, Scott was with another company when working with Cyrus at Tomigaia Inc

**Brett Fasullo**
Owner

Case 6:12-cv-00499-RWS-CMC    Document 916-24    Filed 08/07/13    Page 6 of 6 PageID #: 10283



" A highly motivated and energetic team builder, creative project leader and all-around solid business development professional. I always enjoy working with Brett!

July 6, 2006, Scott was with another company when working with Brett at Surreal Records Multimedia

∨ See More ∨

## Groups



**ACM Members**
+ Join

**ACM SIGGRAPH**
+ Join

**Audio Engineering...**
+ Join

**EIU Opinion Lead...**
+ Join

**Greater East Texa...**
+ Join

**ICU, Mitaka, Japan**
+ Join

**Information Secur...**
+ Join

See 8 more ›

## Following





**Computer Software**
403,281 followers
✓ Following



**Blue Spike, Inc.**
Computer & Network Security
+ Follow

[Help Center](#) | [About](#) | [Press](#) | [Blog](#) | [Careers](#) | [Advertising](#) | [Talent Solutions](#) | [Tools](#) | [Mobile](#) | [Developers](#) | [Publishers](#) | [Language](#)

[Upgrade Your Account](#)

LinkedIn Corporation © 2013 | [User Agreement](#) | [Privacy Policy](#) | [Community Guidelines](#) | [Cookie Policy](#) | [Copyright Policy](#) | [Send Feedback](#)