# EXHIBIT 17



**Real-Time Motor Vehicle Registration Search Results**

Records: 1 to 1 of 1

# Search Terms Used -  First Name: SCOTT; Last Name: MOSKOWITZ; State: FL; VIN Number: WP0AB2A90BS720252;

| Vehicle Information | Reports |
|---|---|

**1.**   Description: **2011 PORSCHE 911 4S / S - COUPE**   VIN: **WP0AB2A90BS720252**

State of Origin: **FLORIDA**

**Registrant(s):**

Name: **SCOTT ANDREW MOSKOWITZ**
Address:  **16711 COLLINS AVE APT 2505, SUNNY ISLES BEACH  FL 33160-4262**

Tag Number: **178JLY**
Issue State: **FLORIDA**
Latest Registration
Date: **11/28/2012**
Record Type:

Records: 1 to 1 of 1

**Your DPPA Permissible Use: Civil, Criminal, Administrative or Arbitral Proceedings**

**Your GLBA Permissible Use: Legal Compliance**

Copyright © 2013 LexisNexis. All rights Reserved.  Terms & Conditions | Privacy & Security