# EXHIBIT 18

### Voter Registration Record

#### Source Information

| | |
|---|---|
| State: | FLORIDA |
| File Acquired: | 05/02/2013 |
| Update Frequency: | ANNUAL |
| Current Date: | 08/01/2013 |

#### Name and Personal Information

| | |
|---|---|
| Name: | SCOTT ANDREW MOSKOWITZ |
| Address: | 20191 E COUNTRY CLUB DR #TH4 |
| | AVENTURA, FL 33180 |

#### Registration Information

| | |
|---|---|
| Voter Identification Number: | 109319005 |
| Registration Date: | 07/29/1988 |

#### Voter History

| | |
|---|---|
| Primary 2006 | VOTED |
| General 2006 | VOTED |
| General 2012 | VOTED |
| Special1 2011 | VOTED |
| Special2 2011 | VOTED |
| Primary 2010 | VOTED |
| General 2010 | VOTED |
| Primary 2008 | VOTED |
| Other 2008 | VOTED |
| Pres Primary 2008 | VOTED |
| Last Date Voted: | 11/06/2012 |

#### Demographic Information

| | |
|---|---|
| Date of Birth: | 01/XX/1969 |
| Age: | 35-44 |
| Gender: | MALE |
| Political Party: | DEMOCRAT |

© 2013 Thomson Reuters. No Claim to Orig. US Gov. Works.

END OF DOCUMENT

© 2013 Thomson Reuters. No Claim to Orig. US Gov. Works.