# EXHIBIT 20

# CHILTON GRAND
## A Bed and Breakfast Establishment



*Accommodations*  *Pet Portraits*

*Rates*  *Meet the Pets*

*Directions*  *Policies*

*About the House*  *Area Attractions*

*Meet the Innkeepers*  *Recipes*

*Guest Comments*

## Elegant Lodging
## Gracious Hospitality

433 S. Chilton Avenue
Tyler, TX 75702 USA
903-595-3270

**Jerry and Carole Glazebrook**
***Proprietors***