# EXHIBIT 23



# United States Patent and Trademark Office

**Home** | **Site Index** | **Search** | **Guides** | **Contacts** | **eBusiness** | **eBiz alerts** | **News** | **Help**

## Assignments on the Web > Patent Query

## Patent Assignment Details

**NOTE: Results display only for issued patents and published applications. For pending or abandoned applications please consult USPTO staff.**

| | | |
|---|---|---|
| **Reel/Frame:** 028725/0058 | | **Pages:** 8 |
| | **Recorded:** 08/05/2012 | |
| **Attorney Dkt #:** SCOT0001 | | |
| **Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | | |

**Total properties: 5**

| # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | **Patent #:** 7346472 | **Issue Dt:** 03/18/2008 | **Application #:** 09657181 | **Filing Dt:** 09/07/2000 |
| | **Title:** METHOD AND DEVICE FOR MONITORING AND ANALYZING SIGNALS | | | |
| 2 | **Patent #:** 7660700 | **Issue Dt:** 02/09/2010 | **Application #:** 12005229 | **Filing Dt:** 12/26/2007 |
| | **Publication #:** US20080109417 | **Pub Dt:** 05/08/2008 | | |
| | **Title:** METHOD AND DEVICE FOR MONITORING AND ANALYZING SIGNALS | | | |
| 3 | **Patent #:** 7949494 | **Issue Dt:** 05/24/2011 | **Application #:** 12655357 | **Filing Dt:** 12/22/2009 |
| | **Publication #:** US20100106736 | **Pub Dt:** 04/29/2010 | | |
| | **Title:** METHOD AND DEVICE FOR MONITORING AND ANALYZING SIGNALS | | | |
| 4 | **Patent #:** 8214175 | **Issue Dt:** 07/03/2012 | **Application #:** 13035964 | **Filing Dt:** 02/26/2011 |
| | **Publication #:** US20110179069 | **Pub Dt:** 07/21/2011 | | |
| | **Title:** METHOD AND DEVICE FOR MONITORING AND ANALYZING SIGNALS | | | |
| 5 | **Patent #:** NONE | **Issue Dt:** | **Application #:** 13487119 | **Filing Dt:** 06/01/2012 |
| | **Publication #:** US20120239686 | **Pub Dt:** 09/20/2012 | | |
| | **Title:** Method and device for monitoring and analyzing signals | | | |

**Assignor**

| 1 | BLUE SPIKE, INC. | **Exec Dt:** 08/04/2012 |
|---|---|---|

**Assignee**

1  BLUE SPIKE LLC
   1820 SHILOH ROAD, STE 1201C
   TYLER, TEXAS 75703

**Correspondence name and address**

BRUCE T. MARGULIES
4813-B EISENHOWER AVE.
ALEXANDRIA, VA 22304

Search Results as of: 08/02/2013 01:48 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.3.4
Web interface last modified: Jul 8, 2013 v.2.3.4

| **HOME** | **INDEX** | **SEARCH** | **eBUSINESS** | **CONTACT US** | **PRIVACY STATEMENT**