# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC,<br><br>　　Plaintiff,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC.,<br><br>　　Defendant. | § § § § § § § § § § § § | Civil Action No. 6:12-CV-499 LED<br><br><br>**JURY TRIAL DEMANDED** |
| BLUE SPIKE, LLC,<br><br>　　Plaintiff,<br><br>v.<br><br>SOUNDHOUND, INC.<br><br>　　Defendant. | § § § § § § § § § § § § | Civil Action No. 6:12-CV-537 LED<br><br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING DEFENDANT SOUNDHOUND, INC.'S MOTION TO TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA UNDER 28 U.S.C. § 1404(a)**

The motion of Defendant SoundHound, Inc. to transfer venue pursuant to 28 U.S.C. § 1404(a) has been submitted to the Court for decision. The Court, having considered all papers submitted in connection therewith, is of the opinion that the motion is well taken and should be GRANTED.

IT IS THEREFORE ORDERED that the above captioned case against SoundHound, Inc. shall be transferred to the United States District Court for the Northern District of California.