IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
| | § | |
| *Plaintiff* | § | Civil Action No. 6:12-cv-499 MHS |
| v. | § | |
| | § | |
| TEXAS INSTRUMENTS, INC., *et al.* | § | JURY TRIAL DEMANDED |
| | § | |
| *Defendants.* | § | |
| | § | |

### ORDER OF DISMISSAL WITHOUT PREJUDICE
### OF DEFENDANT ANVIS GLOBAL, INC.

Pursuant to Fed. R. Civ. P. 41(a), recognizing the Agreed Motion to Dismiss Without Prejudice [Dkt. No. ___] filed by plaintiff Blue Spike, LLC and defendant Anvis Global, Inc. pursuant to a settlement of the above-captioned litigation between the parties, it is ordered as follows:

ORDERED that the claims asserted herein by plaintiff Blue Spike, LLC against defendant Anvis Global, Inc. be, and hereby are, dismissed without prejudice;

ORDERED that the defenses asserted herein by defendant Anvis Global, Inc. against plaintiff Blue Spike, LLC be, and hereby are, dismissed without prejudice; and

ORDERED that the parties shall bear their own attorneys' fees, expenses and costs.

**It is SO ORDERED.**

**SIGNED this 8th day of August, 2013.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE