# Exhibit 2

ImageWare Systems Awarded $2.2 Million Contract to Expand Biometric Identity Management Services for the U.S. Dept. of Veteran Affairs	8/13/13 12:23 PM

Case 6:12-cv-00499-RWS-CMC   Document 919-2   Filed 08/13/13   Page 2 of 4 PageID #: 10525



Sign In    Register    Français    Marketwired Blog    Careers    Contact Marketwired

News | Site    Search News...

PRODUCTS AND SERVICES | NEWS ROOM | KNOWLEDGE SHARING | MEDIA AND CHANNEL PARTNERS

News Room

    Email    Print Friendly    Share

**Additional Links and Tags**

Website:

http://www.iwsinc.com

Technorati Keywords:

Multimodal Biometric identity management  secure credentials   law enforcement   national IDs

**SOURCE: ImageWare Systems, Inc.**



August 07, 2013 08:30 ET

# ImageWare Systems Awarded $2.2 Million Contract to Expand Biometric Identity Management Services for the U.S. Dept. of Veteran Affairs

**Solution Enables Broader Adoption of Personal Identity Verification Credentialing Capabilities**

SAN DIEGO, CA--(Marketwired - Aug 7, 2013) - ImageWare Systems, Inc. (OTCQB: IWSY) (ImageWare), a leader in cloud-based, multi-modal biometric identity management solutions, has been awarded a $2.2 million contract by the U.S. Department of Veteran Affairs (VA) to expand its personal identity verification (PIV) credentialing capabilities.

Under the terms of the agreement, ImageWare will deliver software licenses during the third quarter of 2013, whereby the company will receive approximately $1.5 million in revenue. Additionally, ImageWare will receive service revenue valued at approximately $650,000 that will be recognized proportionally over the next year.

ImageWare's biometric identity management solution was first installed with the VA in 2007. The solution provides large-scale, agency-wide biometric identity and credential management capabilities, such as biometrically enabled PIV credentials that are in compliance with U.S. government standards. As part of the system expansion, the VA will also be adopting ImageWare's patented, hardware and algorithm independent Biometric Engine® 2.0, enabling the enrollment and management of unlimited population sizes.

"The U.S. Government has confirmed multi-modal biometric identity management as the *only* way to move forward as it offers a greater level of security and reliability," said Jim Miller, chairman and CEO of ImageWare. "ImageWare's proven track record of government experience executing best-of-breed patented, fully compliant biometric solutions will drive the standards for commercial adoption. We are honored to continue working with the VA and expand our services in support of their mission. As we look forward, I am confident we will introduce similar solutions to our global enterprise customers and solution provider partners."

The Biometric Engine 2.0, ImageWare's patented, backend database for CloudID™, delivers revolutionary capabilities:

- Enrollment, identity and verification management of unlimited population sizes
- Hardware and algorithm independent processing
- Compatibility with all biometric products
- Future-proof, plug-and-play flexibility

- Product modules that can be implemented together or individually
- License and/or subscription service offering
- Software development kits

**About ImageWare Systems, Inc.**

ImageWare Systems, Inc. (OTCQB: IWSY) is a leading developer of cloud-based identity management and mobile solutions, providing biometric, secure credential and law enforcement technologies. Scalable for worldwide deployment, ImageWare's biometric product line includes a multi-biometric engine that is hardware and algorithm independent, enabling the enrollment and management of unlimited population sizes. ImageWare's identification products are used to manage and issue secure credentials, including national IDs, passports, driver's licenses, smart cards and access control credentials. ImageWare's digital booking products provide law enforcement with integrated mug shot, fingerprint livescan and investigative capabilities. ImageWare is headquartered in San Diego, CA, with offices in Portland, OR, Washington, D.C., and Ottawa, Ontario. For more information on ImageWare Systems, Inc., visit www.iwsinc.com.

**Forward Looking Statements**

Any statements contained in this document that are not historical facts are forward-looking statements as defined in the U.S. Private Securities Litigation Reform Act of 1995. Words such as "anticipate," "believe," "estimate," "expect," "forecast," "intend," "may," "plan," "project," "predict," "if", "should" and "will" and similar expressions as they relate to ImageWare Systems, Inc. ("ImageWare") are intended to identify such forward-looking statements. ImageWare may from time to time update these publicly announced projections, but it is not obligated to do so. Any projections of future results of operations should not be construed in any manner as a guarantee that such results will in fact occur. These projections are subject to change and could differ materially from final reported results. For a discussion of such risks and uncertainties, see "Risk Factors" in ImageWare's Annual Report on Form 10-K for the fiscal year ended December 31, 2012, its quarterly reports on Form 10-Q for the quarter ended March 31 and its other reports filed with the Securities and Exchange Commission under the Securities 3 Exchange Act of 1934, as amended. Readers are cautioned not to place undue reliance on these forward-looking statements, which speak only as of the dates on which they are made.

### Contact Information

**ImageWare Investor Relations Contact:**
Liolios Group, Inc.
Cody Slach
1-949-574-3860
Email Contact

**ImageWare Media Contact:**
Tony Fisch
Tony Fisch Consulting
1-323-461-7878
Email Contact

   Email    Print Friendly    Share

News Room

### View Related News

| About this company | ImageWare Systems, Inc. |
| From this industry | Computers and Software |

ImageWare Systems Awarded $2.2 Million Contract to Expand Biometric Identity Management Services for the U.S. Dept. of Veteran Affairs 8/13/13 12:23 PM

Case 6:12-cv-00499-RWS-CMC   Document 919-2   Filed 08/13/13   Page 4 of 4 PageID #:
 10527

| | |
|---|---|
| From this sub-industry | Government Software |
| | Security (law enforcement, homeland etc) |

See all RSS Newsfeeds

About Marketwired    US: 1.800.774.9473    Follow Marketwired

Site Map    Canada: 1.888.299.0338

Privacy    UK: +44.20.7220.4500



© 2013 Marketwire, Incorporated. All rights reserved.