UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **Blue Spike, LLC** | § § | |
| **Plaintiff,** | § § | |
| v. | § § | Case No. 6:12-cv-499 |
| **Texas Instruments, Inc.** | § § | |
| *Defendant* | § § | |

---

| | | |
|---|---|---|
| **Blue Spike, LLC** | § § | |
| **Plaintiff,** | § § | |
| v. | § § | Case No. 6:12-cv-00598 |
| **Soundmouse, Ltd.** | § § | |
| **Defendant.** | § § | |

## ORDER

After full consideration of the arguments and authorities presented with respect to *Plaintiff's Opposed Motion To Authorize Jurisdictional Discovery From Defendant*, the Court hereby denies the motion.

IT IS SO ORDERED.