IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § | |
|     *Plaintiff,* | § | Civil Action No. 6:12-CV-499-MHS |
| V. | § | Lead Case |
| Texas Instruments, Inc. et al., | § | Jury Trial Demanded |
|     *Defendants.* | § | |

**AGREED MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING**

Plaintiff Blue Spike, LLC and Defendants Audible Magic Corp. and its customers[1] ("Audible Magic and its Customers") file this Agreed Motion for Leave to File Supplemental Briefing, asking the Court to allow briefing on whether the Defendants' assertion of new counterclaims against new parties has any impact on the transfer analysis, as follows:

    1.    Briefing on Audible Magic and its Customers' Motion to Change Venue (Dkt. No. 771) was completed on July 15, 2013. That same day, after Blue Spike, LLC had already filed its surreply opposing the transfer motion, Audible Magic and its Customers filed amended answers and counterclaims, in which they asserted third-party claims against Blue Spike, Inc. and Scott Moskowitz.

---

[1] Audible Magic Corp.'s customers that joined its Motion to Change Venue include Facebook, Inc., MySpace LLC, Specific Media LLC, Photobucket.com, Inc., DailyMotion, Inc., DailyMotion S.A., SoundCloud, Inc., SoundCloud Ltd., Myxer, Inc., Qlipso, Inc., Qlipso Media Networks, Ltd., Yap.tv, Inc., GoMiso, Inc., iMesh, Inc., Metacafe, Inc., Boodabee Technologies, Inc., Zedge Holdings, Inc., Brightcove Inc., Coincident.TV, Inc., Accedo Broadband North America, Inc., Accedo Broadband AB, MediaFire, LLC, WiOffer LLC, and Harmonix Music Systems, Inc.

2. In light of the third-party claims against Blue Spike, Inc. and Scott Moskowitz, the movants ask the Court's leave to sumbit supplemental briefing on the transfer motion to adress the impact, if any, that the new third-party claims and the addition of new parties have on the transfer analysis.

3. The movants propose the following briefing schedule:

- that upon an order granting this agreed motion, Blue Spike, LLC would be permitted to file a supplemental opposition (not to exceed five pages) to the transfer motion;

- that Audible Magic and its Customers would be permitted to file a supplemental reply of no more than five pages within three court days after Blue Spike files its supplemental opposition; and

- that Blue Spike would be allowed to file a supplemental surreply of no more than three pages within two court days after Audible Magic and its Customers file their supplemental reply.

For these reasons, the movants ask the Court to grant this agreed motion.

Respectfully submitted,

/s/ Randall T. Garteiser
Randall T. Garteiser
  Lead Attorney
  Texas Bar No. 24038912
  rgarteiser@ghiplaw.com
Christopher A. Honea
  Texas Bar No. 24059967
  chonea@ghiplaw.com
Christopher S. Johns
  Texas Bar No. 24044849
  cjohns@ghiplaw.com
GARTEISER HONEA, P.C.
218 North College Avenue
Tyler, Texas 75702
(903) 705-0828
(903) 526-5477 fax

Kirk J. Anderson
  California Bar No. 289043
Peter S. Brasher
  California Bar No. 283992
GARTEISER HONEA, P.C.
44 North San Pedro Road
San Rafael, California 94903
(415) 785-3762
(415) 785-3805 fax

*Counsel for Blue Spike, LLC*

  /s/ Eric H. Findlay
Eric H. Findlay
  Texas Bar No. 00789886
Walter W. Lackey, Jr.
  Texas Bar No. 24050901
FINDLAY CRAFT, LLP
6760 Old Jacksonville Highway, Suite 101
Tyler, Texas 75703
(903) 534-1100
(903) 534-1137 fax
efindlay@findlaycraft.com
wlackey@findlaycraft.com

I. Neel Chatterjee
  Lead Attorney
Gabriel M. Ramsey
ORRICK, HERRINGTON & SUTCLIFFE, LLP
1000 Marsh Road
Menlo Park, California 94025
(650) 614-7400
(650) 614-7401 fax
gramsey@orrick.com
nchatterjee@orrick.com

Alyssa M. Caridis
ORRICK, HERRINGTON & SUTCLIFFE, LLP
777 S. Figueroa Street, Suite 3200
Los Angeles, California 90017
(213) 629-2020
(213) 612-2499 fax
acaridis@orrick.com

*Attorneys for Defendants Audible Magic, Corp., Facebook, Inc., MySpace LLC, Specific Media LLC, Photobucket.com, Inc., DailyMotion, Inc., DailyMotion S.A., SoundCloud, Inc., SoundCloud Ltd., Myxer, Inc., Qlipso, Inc., Qlipso Media Networks, Ltd., Yap.tv, Inc., GoMiso, Inc., iMesh, Inc., Metacafe, Inc., Boodabee Technologies, Inc., Zedge Holdings, Inc., Brightcove Inc., Coincident.TV, Inc., Accedo Broadband North America, Inc., Accedo Broadband AB, MediaFire, LLC, WiOffer LLC, and Harmonix Music Systems, Inc.*

CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Plaintiff Blue Spike, LLC complied with the meet and confer requirement in Local Rule CV-7(h) and that Plaintiff Blue Spike, LLC and Defendants Audible Magic and its Customers that joined the transfer motion have all agreed to this Agreed Motion for Supplemental Briefing and Schedule.

    /s/ Randall T. Garteiser

CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

    /s/ Randall T. Garteiser