IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § | |
| *Plaintiff,* | § § § | Civil Action No. 6:12-CV-499-MHS |
| V. | § § | Lead Case |
| Texas Instruments, Inc. et al., | § § § | Jury Trial Demanded |
| *Defendants.* | § | |

**ORDER GRANTING AGREED MOTION
FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING**

Before this Court is Plaintiff Blue Spike, LLC's and Defendants Audible Magic Corp. and its customers'[1] ("Audible Magic and its Customers") Agreed Motion for Leave to File Supplemental Briefing in regards to Briefing for Audible Magic and its Customers' Motion to Change Venue (Dkt. No. 771) ("Motion to Change Venue). After consideration of same, the Court is of the opinion that it should be GRANTED.

IT IS THEREFORE ORDERED that the movmants file supplemental briefing with respect to the Motion to Change Venue as follows:

- that upon this Order, Blue Spike, LLC is permitted to file a supplemental opposition (not to exceed five pages) to the Motion to Change Venue;

---

[1] Audible Magic Corp.'s customers that joined its Motion to Change Venue include Facebook, Inc., MySpace LLC, Specific Media LLC, Photobucket.com, Inc., DailyMotion, Inc., DailyMotion S.A., SoundCloud, Inc., SoundCloud Ltd., Myxer, Inc., Qlipso, Inc., Qlipso Media Networks, Ltd., Yap.tv, Inc., GoMiso, Inc., iMesh, Inc., Metacafe, Inc., Boodabee Technologies, Inc., Zedge Holdings, Inc., Brightcove Inc., Coincident.TV, Inc., Accedo Broadband North America, Inc., Accedo Broadband AB, MediaFire, LLC, WiOffer LLC, and Harmonix Music Systems, Inc.

- that Audible Magic and its Customers are permitted to file a supplemental reply of no more than five pages within three court days after Blue Spike files its supplemental opposition; and

- that Blue Spike is permitted to file a supplemental surreply of no more than three pages within two court days after Audible Magic and its Customers file their supplemental reply.