IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Blue Spike, LLC,<br><br>    *Plaintiff*,<br><br>V.<br><br>Texas Instruments, Inc. et al.,<br><br>    *Defendants*. | Civil Action No. 6:12-CV-499-MHS<br><br>Lead Case<br><br>Jury Trial Demanded |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT ADOBE SYSTEMS INC.'S MOTION TO TRANSFER VENUE**

Plaintiff Blue Spike, LLC ("Blue Spike") respectfully moves the Court for an extension of time within which to respond to Adobe Systems Inc.'s Motion to Transfer Venue (Dkt. No. 905) ("Motion to Transfer").

Blue Spike's current deadline to file respond to the Motion to Transfer is August 22, 2013.

Blue Spike requests an extension of time of until September 3, 2013 to respond to the Motion to Transfer. Counsel for Blue Spike has conferred with counsel for Defendant and Defendant is unopposed to this request for extension of time.

                                              Respectfully submitted,

                                              /s/ Christopher A. Honea
                                              Randall T. Garteiser
                                                Lead Attorney
                                                Texas Bar No. 24038912
                                                rgarteiser@ghiplaw.com
                                              Christopher A. Honea
                                                Texas Bar No. 24059967
                                                chonea@ghiplaw.com

2

Christopher S. Johns
  Texas Bar No. 24044849
  cjohns@ghiplaw.com
GARTEISER HONEA, P.C.
218 North College Avenue
Tyler, Texas 75702
(903) 705-0828
(903) 526-5477 fax

Kirk J. Anderson
  California Bar No. 289043
Peter S. Brasher
  California Bar No. 283992
GARTEISER HONEA, P.C.
44 North San Pedro Road
San Rafael, California 94903
(415) 785-3762
(415) 785-3805 fax

*Counsel for Blue Spike, LLC*

**Certificate of Service**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email.

/s/ Christopher A. Honea

**Certificate of Conference**

I certify that on behalf of Blue Spike, LLC, I have met and conferred with counsel for Defendant on August 22, 2013 regarding the relief requested herein. Counsel for Defendant has indicated that they are unopposed to the extension being granted.

/s/ Christopher A. Honea