# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC § | | |
|     *Plaintiff,* § | | Civil Action No. 6:12-cv-499 |
| § | | (Lead Case) |
| v. § | | |
| § | | JURY TRIAL DEMANDED |
| TEXAS INSTRUMENTS, INC. § | | |
|     *Defendant.* § | | |
| § | | |
| _____ § | | |
| BLUE SPIKE, LLC § | | |
|     *Plaintiff,* § | | Civil Action No. 6:13-cv-109 |
| § | | (Consolidated with 6:12-CV-499) |
| v. § | | |
| § | | JURY TRIAL DEMANDED |
| AMANO CINCINNATI, INC. § | | |
|     *Defendant.* § | | |
| § | | |
| _____ § | | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT

Defendant Accu-Time Systems, Inc. ("Accu-Time") respectfully moves the Court for an extension of time within which to answer or otherwise respond to Blue Spike, LLC's First Amended Complaint for Patent Infringement Against Accu-Time Systems, Inc. (Dkt. No. 920) (the "Amended Complaint")

On March 29, 2013, Accu-Time filed a Motion to Dismiss Plaintiff's Original Complaint (Dkt. No. 576) (the "Motion"). The Motion has been fully briefed but has not yet been ruled on by the Court. On August 13, 2013, Plaintiff filed the Amended Complaint. The parties have discussed the Amended Complaint and Plaintiff has indicated that it does not oppose Accu-Time's request that it be given until September 30, 2013, to answer or otherwise respond to the

Amended Complaint. Accordingly, Accu-Time requests an extension of time of until September 30, 2013, to answer or otherwise respond to the Amended Complaint.

Respectfully submitted,

By: */s/ Scott Crocker*
Scott Crocker (TX State Bar No. 00790532)
SPRINKLE IP LAW GROUP
1301 W. 25th Street, Suite 408
Austin, Texas 78705
Phone: (512) 366-7308
Fax: (512) 371-9088
scrocker@sprinklelaw.com

Anthony S. Volpe (pro hac vice pending, PA 24,733)
Ryan W. O'Donnell (pro hac vice pending, PA 89775)
Aneesh A. Mehta (pro hac vice pending, PA 205878)
VOLPE AND KOENIG, P.C.
United Plaza, 30 S. 17th Street
Philadelphia, PA 19103
Phone: (215) 568-6400
Fax: (215) 568-6499
Avolpe@vklaw.com
RODonnell@vklaw.com
Amehta@vklaw.com

*Attorneys for Defendant,*
*Accu-Time, Systems, Inc.*

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of **Defendant Accu-Time Systems, Inc.'s Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's First Amended Complaint** is being served on all counsel of record via the Court's CM/ECF system on this 26th day of August 2013.

                                                       */s/ Scott Crocker*
                                                       Scott Crocker

**CERTIFICATE OF CONFERENCE**

I certify that counsel for Accu-Time Systems, Inc. met and conferred with counsel for Plaintiff on August 22, 2013, regarding the relief requested herein. On August 23, 2013, counsel for Plaintiff indicated that Plaintiff was unopposed to the extension being requested.

                                                       */s/ Scott Crocker*
                                                       Scott Crocker