IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC.,<br><br>    *Defendant*. | Civil Action No. 6:12-cv-499<br>(Lead Case)<br><br>JURY TRIAL DEMANDED |

### ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT

BEFORE THE COURT is Defendant Accu-Time Systems, Inc.'s Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Blue Spike, LLC's First Amended Complaint (Doc. No. 934) for Patent Infringement Against Accu-Time Systems, Inc. (the "Amended Complaint").  The Court, having noted that the relief requested is unopposed, is of the opinion that the Motion should be granted.

IT IS ORDERED that Defendant Accu-Time Systems, Inc. shall have until September 30, 2013, to answer or otherwise respond to the Amended Complaint.

**It is SO ORDERED.**

**SIGNED this 28th day of August, 2013.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE