IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>　　　Plaintiff,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC., ET AL.,<br><br>　　　Defendants. | Civil Action No. 6:12-cv-499-MHS<br>(Lead case for Consolidation Issues)<br><br>JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC,<br><br>　　　Plaintiff,<br><br>v.<br><br>ENTROPIC COMMUNICATIONS, INC.,<br><br>　　　Defendant. | Civil Action No. 6:13-CV-00125-MHS<br><br>JURY TRIAL DEMANDED |

**DECLARATION OF ALAN H. BLANKENHEIMER IN SUPPORT OF
ENTROPIC COMMUNICATIONS, INC.'S MOTION TO DISMISS
BLUE SPIKE, LLC'S FIRST AMENDED COMPLAINT FOR INDIRECT
AND WILLFUL PATENT INFRINGEMENT FOR FAILURE
<u>TO STATE A CLAIM ON WHICH RELIEF CAN BE GRANTED</u>**

I, Alan H. Blankenheimer, declare as follows:

　　1.　　I am a Partner with Covington & Burling LLP, counsel for Defendant Entropic Communications, Inc. ("Entropic") in the above-captioned matter. I am a member in good standing of the Bar of the State of California, and I am admitted to practice before various courts, including the Eastern District of Texas. I make this declaration based on my own personal knowledge, and if called as a witness, I could and would competently testify to the matters set forth herein.

　　2.　　Attached hereto as **Exhibit A** is a true and correct copy of a document titled "Report and Recommendation of United States Magistrate Judge" filed on February 7, 2013 in

1

*U.S. Ethernet Innovations, LLC v. Cirrus Logic, Inc., et al.*, Case No. 6:12-cv-366 MHS-JDL in the United States District Court for the Eastern District of Texas (Dkt. No. 69).

3.  Attached hereto as **Exhibit B** is a true and correct copy of an Order filed on September 10, 2012 in *Klausner Technologies, Inc. v. Oracle Corporation, et. al.*, Case No. 6:11-cv-556 in the United States District Court for the Eastern District of Texas (Dkt. No. 55).

4.  Attached hereto as **Exhibit C** is a true and correct copy of a document titled "Report and Recommendation of United States Magistrate Judge" filed on July 30, 2013 in *MacroSolve, Inc. v. United Air Lines, Inc.,* Case No. 6:11-cv-694-LED-JDL in the United States District Court for the Eastern District of Texas (Dkt. No. 42).

5.  Attached hereto as **Exhibit D** is a true and correct copy of an Order Adopting Report and Recommendation of Magistrate Judge filed on August 22, 2012 in *MacroSolve, Inc. v. United Air Lines, Inc.,* Case No. 6:11-cv-694-LED-JDL in the United States District Court for the Eastern District of Texas (Dkt. No. 48).

6.  Attached hereto as **Exhibit E** is a true and correct copy of an Order on Motion to Dismiss filed on March 27, 2013 in *Touchscreen Gestures LLC v. Research in Motion Limited and Research in Motion Corporation*, Case No. 6:12-cv-263-MHS in the United States District Court for the Eastern District of Texas (Dkt. No. 22).

7.  I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 30th day August, 2013, in San Diego, California.

> COVINGTON & BURLING LLP
>
> By */s/ Alan H. Blankenheimer*
> Alan H. Blankenheimer
> Jo Dale Carothers
> 9191 Towne Centre Drive, 6th Floor
> San Diego, CA 92122-1225

Telephone: (858) 678-1800
Facsimile:  (858) 678-1600

Attorneys for Defendant,
Entropic Communications, Inc.