IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC., ET AL.,<br><br>  Defendants. | Civil Action No. 6:12-cv-499-MHS<br>(Lead case for Consolidation Issues)<br><br>JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC<br><br>  Plaintiff,<br><br>v.<br><br>ENTROPIC COMMUNICATIONS, INC.<br><br>  Defendant. | Civil Action No. 6:13-CV-00125-MHS<br><br>JURY TRIAL DEMANDED |

**[PROPOSED] ORDER GRANTING ENTROPIC COMMUNICATIONS, INC.'S MOTION TO DISMISS BLUE SPIKE, LLC'S FIRST AMENDED COMPLAINT FOR INDIRECT AND WILLFUL PATENT INFRINGEMENT FOR FAILURE TO STATE A CLAIM ON WHICH RELIEF CAN BE GRANTED**

Before the Court is Defendant's Motion To Dismiss Blue Spike, LLC's First Amended Complaint For Indirect And Willful Patent Infringement For Failure To State A Claim On Which Relief Can Be Granted.

After consideration, it is hereby ORDERED that Defendant Entropic Communications, Inc.'s motion is granted and Plaintiff Blue Spike, LLC's First Amended Complaint as to indirect and willful infringement is hereby dismissed with leave to amend.  Plaintiff shall file an amended complaint within 14 days of this Order, if desired.

1