UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **Blue Spike, LLC,** | § § § § § § § | **CASE NO. 6:12-cv-499 MHS** |
| *Plaintiff*, | | **LEAD CASE** |
| v. | | |
| **Texas Instruments, Inc., et al.,** | § § § § § | **Jury Trial Demanded** |
| *Defendants*. | | |
| **Blue Spike, LLC,** | § § § § § § § § § § | **CASE NO. 6:13-cv-39 MHS** |
| *Plaintiff* | | **CONSOLIDATED CASE** |
| v. | | **Jury Trial Demanded** |
| **Texas Instruments, Inc.,** | | |
| *Defendants* | | |

**REQUEST FOR TERMINATION OF ELECTRONIC NOTICES**

Pursuant to Rule CV 11(f), Dale J. Morgado of the law firm of Feldman Morgado, P.A. requests that the Clerk of this Court remove their names from the list of persons authorized to receive electronic notices in this case.

                          Respectfully submitted,

                          /s/ Dale J. Morgado
                          Dale J. Morgado, Esquire
                          FL Bar No. 0064015
                          FELDMAN MORGADO, PA
                          100 North Biscayne Boulevard,
                          29th Floor, Suite 2902
                          Miami, Florida 33132
                          T: 305-222-7850
                          F: 305-384-4676
                          E: dmorgado@ffmlawgroup.com

                          **Counsel for Anviz Global, Inc.**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email.

/s/ Dale J. Morgado