# Exhibit 1



**ASIS INTERNATIONAL**
56TH ANNUAL SEMINAR AND EXHIBITS
OCTOBER 12-15, 2010 | DALLAS, TEXAS

About Us | Contact Us | FAQs | ASIS Home

- Accolades:
- Search by Product/Company

ONE EVENT ONE DESTINATION ONE FOCUS
SECURITY

Seminar Home

### InSight VM 2 Meter Iris Recognition System

*Company name:* AOptix Technologies, Inc.
*Product name:* InSight VM 2 Meter Iris Recognition System
*Booth number:* 654
*Innovative features/key benefits:* The InSight VM has taken biometric authentication, often complicated and confusing, and made it fast, simple, conclusive, and repeatable. This results in decreased authentication transaction times, more consistent matching results, and reduced administrative overhead – the combination of which allow for increased usage of strong authentication in secure environments.
*Synopsis:* AOptix Technologies introduces the latest member of our advanced biometrics family of products. The InSight VM 2 Meter Iris Recognition System couples sophisticate industrial design with leading edge ease of use, speed and accuracy.
*Launch Date:* Monday, August 16, 2010
*URL to product info or demo:* http://www.aoptix.com/iris-recognition
*Email for sales inquiries:* brhea@aoptix.com



- VMOver Shoulder.JPG (433.8 kB)
- VMFront.JPG (118.4 kB)
- VMSide Shot.JPG (249.2 kB)
- VMRight Side.JPG (107.0 kB)
- InsightVM Datasheet.pdf (936.8 kB)

<< Previous Application | Next Application >>