# Exhibit 2





**Latest Posts**  UK finally gets some 4G competition  29 August 2013 | 2:35 pm



## AOptix Technologies Inc.

AOptix Technologies Inc. is keeping people safe and connected with its wireless communications and identity verification solutions. The company delivers wireless communications technology and equipment that provide carrier grade availability and long-range, ultra-high bandwidth to solve mobile backhaul congestion and other communication challenges for network operators, enterprises and government agencies. AOptix also delivers highly intuitive and accurate biometric identity verification solutions for a wide range of mobile and high throughput applications. AOptix products are derived from the company's patented optical technologies originally developed for scientific research and advanced defense applications. AOptix is a privately held company headquartered in Campbell, CA. http://www.aoptix.com

« Go back

### Contact Information

http://www.aoptix.com





