UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § § § | |
| *Plaintiff*, | § § | Consolidated Civil Action No. 6:12-cv-00499-LED |
| v. | § § § | |
| Texas Instruments, Inc., *et al.*, | § § | Jury Trial Demanded |
| *Defendant*. | § § | |

### MOTION TO APPOINT INTERNATIONAL PROCESS SERVER

Plaintiff Blue Spike, LLC ("Blue Spike") respectfully requests this Court to appoint Crowe Foreign Services, 1020 SW Taylor Street, Suite 240, Portland, Oregon 97205 as International Process Server for the purpose of serving process according to the Hague Convention for Foreign service of process on defendants Dermalog Identification Systems GmbH ("Dermalog") in Germany by serving of the summons, complaint, and any amended complaints to an officer, a managing agent or general agent, or to any other agent authorized according to the protocol established by the Hague Convention for service of a Germany entity or applicable laws and statutes.

Respectfully Submitted,

/s/ Randall T. Garteiser
Randall T. Garteiser
  Texas Bar No. 24038912
  rgarteiser@ghiplaw.com
Christopher A. Honea
  Texas Bar No. 24059967
  chonea@ghiplaw.com
Christopher S. Johns
  Texas Bar No. 24044849
  cjohns@ghiplaw.com

**GARTEISER HONEA, P.C.**
218 N. College Ave.
Tyler, Texas 75702
Telephone:  (903) 705-0828
Facsimile:  (903) 526-5477

Kirk J. Anderson
  California Bar No. 289043
Peter S. Brasher
  California Bar No. 283992
**GARTEISER HONEA, P.C.**
44 North San Pedro Road
San Rafael, California 94903
Telephone:  (415) 785-3762
Facsimile:  (415) 785-3805

*Counsel for Blue Spike LLC*

**CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email.

/s/ Randall T. Garteiser
Randall T. Garteiser

CERTIFICATE OF CONFERENCE

      Dermalog Identification Systems, GmbH has not made an appearance in this action. As such, Blue Spike is unable to meet and confer with Dermalog.

                                                                                       /s/ Randall T. Garteiser