**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:12-cv-499 LED |
| | § | |
| **TEXAS INSTRUMENTS, INC.,** | § | |
| Defendant. | § | |
| | § | |

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** | § | |
| Plaintiff, | § | |
| | § | Case No. 6:13-cv-106 MHS |
| v. | § | [Consolidated with |
| | § | Case No. 6:12-cv-499 LED] |
| **AXXONSOFT US, INC. and** | § | |
| **AXXONSOFT LTD.,** | § | |
| Defendants. | § | |

**UNOPPOSED MOTION TO EXTEND DEADLINE TO ANSWER OR OTHERWISE**
**RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendants AxxonSoft US, Inc. and AxxonSoft Ltd. (collectively, "AxxonSoft"), with agreement of Plaintiff Blue Spike, LLC ("Blue Spike"), file this motion to extend the deadline to Answer or otherwise respond to Plaintiff's Amended Complaint (Dkt No. 922).

The parties have discussed the Amended Complaint and Plaintiff has indicated that it does not oppose AxxonSoft's request that it be given until October 7, 2013, to answer or otherwise respond to the Amended Complaint. Accordingly, AxxonSoft requests an extension of time until October 7, 2013, to answer or otherwise respond to the Amended Complaint.

1

Dated: September 4, 2013          Respectfully submitted,

By: */s/ Erik B. Milch*                   

      COOLEY LLP
      Erik B. Milch
      emilch@cooley.com
      One Freedom Square
      Reston Town Center
      11951 Freedom Drive
      Reston, Virginia 20190-5656
      Tel:  703 456-8000
      Fax:  703 456-8100

*Attorneys for Defendants AxxonSoft US, Inc. and AxxonSoft Ltd.*

## CERTIFICATE OF SERVICE

I, Erik B. Milch, do hereby certify that on this 4th day of September, 2013, I caused a true and correct copy of the foregoing **UNOPPOSED MOTION TO EXTEND DEADLINE TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** to be electronically filed with Clerk of the Court using CM/ECF which will send notification to all registered attorneys of record.

*/s/ Erik B. Milch*

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel for AxxonSoft has conferred with counsel for Blue Spike, and that they do not oppose the motion.

Dated:   September 4, 2013

*/s/  Erik B. Milch*
COOLEY LLP
Erik B. Milch
emilch@cooley.com
One Freedom Square
Reston Town Center
11951 Freedom Drive
Reston, Virginia 20190-5656
Tel:  703 456-8000
Fax:  703 456-8100