# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:12-cv-499 LED |
| | § | |
| **TEXAS INSTRUMENTS, INC.,** | § | |
| Defendant. | § | |

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:13-cv-106 MHS |
| | § | |
| **AXXONSOFT US, INC and** | § | [Consolidated with |
| **AXXONSOFT LTD.,** | § | Case No. 6:12-cv-499 LED] |
| Defendants. | § | |

## [PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT

Before the Court is the Unopposed Motion of Defendants AxxonSoft US, Inc. and AxxonSoft Ltd. (collectively "AxxonSoft") to extend the deadline to answer or otherwise respond to Plaintiff Blue Spike, LLC's ("Blue Spike") Amended Complaint (D.I. 922).

It is hereby ORDERED that the motion is GRANTED. AxxonSoft will answer or otherwise respond to Plaintiff's Amended Complaint on or before October 7, 2013.