# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC, | Civil Action No. 6:12-CV-499-MHS |
| Plaintiff, | LEAD CASE |
| v. | |
| TEXAS INSTRUMENTS, INC., | Jury Trial Demanded |
| Defendant. | |
| BLUE SPIKE, LLC, | Civil Action No. 6:12-CV-537-MHS |
| Plaintiff, | CONSOLIDATED CASE |
| v. | |
| SOUNDHOUND, INC., | ORAL ARGUMENT REQUESTED |
| Defendant. | Jury Trial Demanded |

### AGREED MOTION TO EXTEND THE BRIEFING SCHEDULE FOR SOUNDHOUND, INC.'S MOTION TO TRANSFER VENUE UNDER 28 U.S.C. § 1404(a)

Defendant SoundHound, Inc. ("SoundHound") and Plaintiff Blue Spike, Inc. ("Blue Spike") respectfully move the Court for an extension of one week for SoundHound to file a reply to Blue Spike's Opposition to SoundHound's Motion to Transfer Venue (Dkt. No. 931) ("Opposition"). Accordingly, the parties request that present deadline of September 6, 2013 for SoundHound to file a reply be extended to September 13, 2013. The parties also respectfully move the Court to extend the the deadline for Blue Spike to file a sur-reply by seven (7) days.

Dated: September 4, 2013　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Bryan A. Kohm*

　　　　　　　　　　　　　　　　　　　　Teresa M. Corbin, CA Bar No. 132360
　　　　　　　　　　　　　　　　　　　　(Admitted E.D. Texas)
　　　　　　　　　　　　　　　　　　　　Bryan A. Kohm, CA Bar No. 233276
　　　　　　　　　　　　　　　　　　　　(Admitted E.D. Texas)
　　　　　　　　　　　　　　　　　　　　David Lacy Kusters, CA Bar No. 241335
　　　　　　　　　　　　　　　　　　　　(Admitted E.D. Texas)
　　　　　　　　　　　　　　　　　　　　FENWICK &WEST LLP
　　　　　　　　　　　　　　　　　　　　555 California Street, 12th Floor
　　　　　　　　　　　　　　　　　　　　San Francisco, California 94104
　　　　　　　　　　　　　　　　　　　　Telephone: (415) 874-2300
　　　　　　　　　　　　　　　　　　　　Facsimile: (415) 281-1350

　　　　　　　　　　　　　　　　　　　　Darren E. Donnelly, CA Bar No. 194335
　　　　　　　　　　　　　　　　　　　　(Admitted E.D. Texas)
　　　　　　　　　　　　　　　　　　　　FENWICK &WEST LLP
　　　　　　　　　　　　　　　　　　　　Silicon Valley Center
　　　　　　　　　　　　　　　　　　　　801 California Street
　　　　　　　　　　　　　　　　　　　　Mountain View, California 94041
　　　　　　　　　　　　　　　　　　　　Telephone: (650) 955-8500
　　　　　　　　　　　　　　　　　　　　Facsimile: (650) 983-5200
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　SOUNDHOUND, INC.

　　　　　　　　　　　　　　　　　　　　*/s/* Christopher A. Honea

　　　　　　　　　　　　　　　　　　　　Randall T. Garteiser
　　　　　　　　　　　　　　　　　　　　Lead Attorney
　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24038912
　　　　　　　　　　　　　　　　　　　　rgarteiser@ghiplaw.com
　　　　　　　　　　　　　　　　　　　　Christopher A. Honea
　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24059967
　　　　　　　　　　　　　　　　　　　　chonea@ghiplaw.com
　　　　　　　　　　　　　　　　　　　　Christopher S. Johns
　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24044849
　　　　　　　　　　　　　　　　　　　　cjohns@ghiplaw.com
　　　　　　　　　　　　　　　　　　　　GARTEISER HONEA, P.C.
　　　　　　　　　　　　　　　　　　　　218 North College Avenue
　　　　　　　　　　　　　　　　　　　　Tyler, Texas 75702
　　　　　　　　　　　　　　　　　　　　(903) 705-0828
　　　　　　　　　　　　　　　　　　　　(903) 526-5477 fax

Kirk J. Anderson<br>
California Bar No. 289043<br>
Peter S. Brasher<br>
California Bar No. 283992<br>
GARTEISER HONEA, P.C.<br>
44 North San Pedro Road<br>
San Rafael, California 94903<br>
(415) 785-3762<br>
(415) 785-3805 fax<br>
Counsel for BLUE SPIKE, LLC

## CERTIFICATE OF SERVICE

    I hereby certify that, on August 30, 2013, all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's ECF system. Local Rule CV-5(a)(3).

                            /s/ *Bryan A. Kohm*
                            Bryan A. Kohm

## CERTIFICATE OF CONFERENCE

    I hereby certify that I have met and conferred with counsel for Defendant on August 30, 2013 regarding the relief requested herein. Counsel for Plaintiff Blue Spike, Inc. has indicated that they are unopposed to the extension being granted.

                            /s/ *Bryan A. Kohm*
                            Bryan A. Kohm