# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § § § | |
| Plaintiff, | § | Civil Action No. 6:12-CV-499 LED |
| v. | § § § | |
| TEXAS INSTRUMENTS, INC., | § § | **JURY TRIAL DEMANDED** |
| Defendant. | § § § § | |
| BLUE SPIKE, LLC, | § § | |
| Plaintiff, | § § | Civil Action No. 6:12-CV-537 LED |
| v. | § § § | |
| SOUNDHOUND, INC. | § § | **JURY TRIAL DEMANDED** |
| Defendant. | § § § | |

**ORDER GRANTING AGREED MOTION TO EXTEND THE
BRIEFING SCHEDULE FOR SOUNDHOUND, INC.'S MOTION
TO TRANSFER VENUE UNDER 28 U.S.C. § 1404(a)**

The agreed motion of to amend briefing schedule for SoundHound, Inc.s motion to transfer venue pursuant to 28 U.S.C. § 1404(a) has been submitted to the Court for decision. The motion is GRANTED.

IT IS THEREFORE ORDERED that the briefing schedule for SoundHound, Inc.'s Motion to Transfer Venue to the United States Court for the Northern District of California under 28 U.S.C. § 1404(a) (Dkt. No. 916) be amended as follows: SoundHound, Inc.'s deadline to file a reply to Blue Spike's Opposition to SoundHound's Motion to Transfer Venue (Dkt. No.

2

931) is extended to September 13, 2013, and Blue Spike's deadline to file a sur-reply is extended by seven days.