IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>     Plaintiff,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC.,<br><br>     Defendant. | Civil Action No. 6:12-CV-499-MHS<br><br>LEAD CASE<br><br>Jury Trial Demanded |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF ADOBE SYSTEMS INC.'S MOTION TO TRANSFER VENUE**

Defendant Adobe Systems Inc. ("Adobe"), with agreement of Plaintiff Blue Spike, LLC ("Blue Spike"), files this motion to extend the deadline to file a reply in support of Adobe's Motion to Transfer Venue (D.I. 905) ("Motion to Transfer").

Adobe's current deadline to file a reply in support of the Motion to Transfer is September 13, 2013.

Adobe requests an extension of time of until September 20, 2013 to reply in support of the Motion to Transfer. Counsel for Adobe has conferred with counsel for Blue Spike and counsel for Blue Spike is unopposed to this request for extension of time.

Dated:  September 9, 2013              Respectfully submitted,

                                       /s/ *Deron Dacus*
                                       Deron R. Dacus
                                       Bar No. 00790553
                                       The Dacus Firm, PC
                                       821 ESE Loop 323, Suite 430
                                       Tyler, TX 75701
                                       (903) 705-1117

        Jeffrey M. Fisher (CA SBN 155284)
        jfisher@fbm.com
        Eugene Y. Mar (CA SBN 227071)
        emar@fbm.com
        Farella Braun + Martel LLP
        235 Montgomery Street, 17th Floor
        San Francisco, CA 94104
        Telephone: (415) 954-4400
        Facsimile: (415) 954-4480


        ATTORNEYS FOR DEFENDANT
        ADOBE SYSTEMS INC.

## CERTIFICATE OF SERVICE

     I hereby certify that, on September 9, 2013, all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's ECF system. Local Rule CV-5(a)(3).

        /s/ *Deron Dacus*
        Deron Dacus

## CERTIFICATE OF CONFERENCE

     I certify that on behalf of Adobe Systems, Inc that I have met and conferred with counsel for Blue Spike, LLC on August 22, 2013 regarding the relief requested herein. Counsel for Blue Spike, LLC has indicated that they are unopposed to the extension being granted.

        /s/ *Deron Dacus*
        Deron Dacus