IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Blue Spike, LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>Texas Instruments, Inc., et al.,<br><br>    *Defendants*. | CASE NO. 6:12-cv-499 MHS<br><br>LEAD CASE<br><br>Jury Trial Demanded |

**NOTICE OF MOOTNESS OF DEFENDANT IMAGEWARE'S
PENDING MOTION TO DISMISS (DKT. 539)**

Plaintiff Blue Spike, LLC hereby provides notice to the Court that Defendant ImageWare Systems, Inc.'s Motion to Dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(6) (Dkt. 327; re-filed as 539) is moot in light of Blue Spike filing a First Amended Complaint (Dkt. 919) against the Defendant.

    Respectfully submitted,

    /s/ Randall T. Garteiser
    Randall T. Garteiser
     Lead Attorney
     Texas Bar No. 24038912
     rgarteiser@ghiplaw.com
    Christopher A. Honea
     Texas Bar No. 24059967
     chonea@ghiplaw.com
    Christopher S. Johns
     Texas Bar No. 24044849
     cjohns@ghiplaw.com
    GARTEISER HONEA, P.C.
    218 North College Avenue
    Tyler, Texas 75702
    (903) 705-0828
    (903) 526-5477 fax

Kirk J. Anderson
 California Bar No. 289043
Peter S. Brasher
 California Bar No. 283992
GARTEISER HONEA, P.C.
44 North San Pedro Road
San Rafael, California 94903
(415) 785-3762
(415) 785-3805 fax

*Counsel for Blue Spike, LLC.*

**CERTIFICATE OF SERVICE**

       The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this day.

                                                          /s/ Randall T. Garteiser  
                                                          Randall T. Garteiser