# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § | |
| | § | Civil Action No. 6:12-cv-499-MHS |
| | § | **(Lead case for Consolidation Issues)** |
| v. | § | Jury Trial Demanded |
| | § | |
| Texas Instruments, Inc. | § | |
| Blue Spike, LLC, | § | |
| | § | Civil Action No. 6:12-cv-500 |
| | § | |
| v. | § | Jury Trial Demanded |
| | § | |
| Shazam Entertainment Ltd. | § | |

## JURY DEMAND OF DEFENDANT
## SHAZAM ENTERTAINMENT LTD.

Pursuant to General Order 13-11, and the amendments to Local Rule CV-38(a) therein, and as previously demanded in its Answer [Dkt. #050], Defendant Shazam Entertainment Ltd. respectfully demands a jury trial on all issues so triable.

Dated: September 10, 2013          Respectfully submitted,

/s/ Michael E. Jones
Benjamin Hershkowitz
NY Bar No. 2600559
bhershkowitz@gibsondunn.com
GIBSON DUNN & CRUTCHER
200 Park Ave., 48th Floor
New York, NY 10166-0193
Phone: 212-351-2410
Fax: 212-351-6210

{ACT/09260/0001/W1081264.1 }

>Michael E. Jones
>Texas Bar No. 10969400
>mikejones@potterminton.com
>POTTER MINTON
>A Professional Corporation
>110 N. College Avenue, Suite 500
>Tyler, Texas 75702
>Telephone: 903-597-8311
>Facsimile:  903-593-0846
>
>**ATTORNEYS FOR SHAZAM ENTERTAINMENT LTD.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 10, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by U.S. first class mail.

>*/s/ Michael E. Jones*
>Michael E. Jones