IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC, | |
| Plaintiff, | Lead Case No.:  6:12-cv-499-LED |
| vs. | Civil Action No. 6:12-cv-688-LED |
| IMAGEWARE SYSTEMS, INC., | |
| Defendant. | JURY TRIAL DEMANDED |

### DEFENDANT IMAGEWARE SYSTEMS, INC.'S NOTICE IN RESPONSE TO PLAINTIFF BLUE SPIKE, LLC'S NOTICE (DKT. #951)

Defendant ImageWare Systems, Inc. ("ImageWare") hereby responds to the Notice filed by Plaintiff Blue Spike, LLC [DKT #951] and would show the Court as follows:

ImageWare originally filed its Motion to Dismiss Plaintiff's Original Complaint on December 10, 2012 at DKT #327.  Briefing on that motion was completed on January 17, 2013 [DKT #464].

Pursuant to the Court's Order of March 26, 2013 [DKT #530], ImageWare re-filed its Motion to Dismiss Plaintiff's Original Complaint on March 27, 2013 [DKT #539].

On August 13, 2013, Plaintiff filed its First Amended Complaint against ImageWare without leave of Court [DKT #919].  In response to the Amended Complaint, on August 30, 2013, ImageWare filed its Motion to Dismiss as to the Amended Complaint [DKT #940].

Accordingly, ImageWare's Motion to Dismiss the Amended Complaint under Fed. R. Civ. P. 12(b)(6) [DKT #940] remains ImageWare's operative responsive pleading in this case and remains pending before the Court.

DATED:  September 10, 2013	Respectfully submitted,

        By: */s/ Michael E. Jones*
          Michael Jones
          SBN: 10929400
          POTTER MINTON
          110 N. College, Suite 500
          Tyler, TX 75703
          Phone:  903-597-8311
          mikejones@potterminton.com

          James V. Fazio, III (Admitted Pro Hac Vice)
          SAN DIEGO IP LAW GROUP LLP
          12526 High Bluff Drive, Suite 300
          San Diego, CA 92130
          Phone:  858-792-3446
          jamesfazio@sandiegoiplaw.com

          Attorneys for Defendant
          IMAGEWARE SYSTEMS, INC.

## **CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 10, 2013.

                                    */s/ Michael E. Jones*