# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § | |
| | § | Civil Action No. 6:12-cv-499-MHS |
| | § | **(Lead case for Consolidation Issues)** |
| v. | § | Jury Trial Demanded |
| | § | |
| Texas Instruments, Inc. | § | |
| Blue Spike, LLC, | § | |
| | § | Civil Action No. 6:12-cv-582 |
| | § | |
| v. | § | Jury Trial Demanded |
| | § | |
| ACTV8, INC. | § | |

## JURY DEMAND OF DEFENDANT ACTV8, INC.

Pursuant to General Order 13-11, and the amendments to Local Rule CV-38(a) therein, and as previously demanded in its Answer in 2:12cv499 [Dkt. #324], Defendant ACTV8, Inc. respectfully demands a jury trial on all issues so triable.

Dated: September 11, 2013          Respectfully submitted,

*/s/ Michael E. Jones*
David R. Yohannan – LEAD ATTORNEY
dyohannan@kelleydrye.com
KELLEY DRYE & WARREN LLP
The Washington Harbor
3050 K. Street, N.W., Suite 400
Washington, D.C. 20007
Telephone:  (202) 342-8616

{ACT/09260/0001/W1081288.1 }

          Myra C. Mormile
          mmormile@kelleydyre.com
          KELLEY DRYE & WARREN LLP
          333 W. Wacker Drive, Suite 2600
          Chicago, IL 60606
          Telephone: (312) 857-2501

          Michael E. Jones
          Texas Bar No. 10969400
          mikejones@potterminton.com
          POTTER MINTON
          A Professional Corporation
          110 N. College Avenue, Suite 500
          Tyler, Texas 75702
          Telephone: 903-597-8311
          Facsimile:  903-593-0846


         **ATTORNEYS FOR ACTV8, INC..**


## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 11, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by U.S. first class mail.

          */s/ Michael E. Jones*
          Michael E. Jones