# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § | |
| | § | Civil Action No. 6:12-cv-499-MHS |
| | § | **(Lead case for Consolidation Issues)** |
| v. | § | Jury Trial Demanded |
| | § | |
| Texas Instruments, Inc. | § | |
| Blue Spike, LLC, | § | |
| | § | Civil Action No. 6:12-cv-759 |
| | § | |
| v. | § | Jury Trial Demanded |
| | § | |
| DIGITALPERSONA, INC. | § | |

## JURY DEMAND OF DEFENDANT DIGITALPERSONA, INC.

Pursuant to General Order 13-11, and the amendments to Local Rule CV-38(a) therein, and as previously demanded in its Answer and Counterclaims in 2:12cv759  [Dkt. #016], Defendant DIGITALPERSONA, INC. respectfully demands a jury trial on all issues so triable.

Dated:  September 11, 2013          Respectfully submitted,

By: */s/ Michael E. Jones*
Anne M. Rogaski
arogaski@kilpatricktownsend.com
KILPATRICK TOWNSEND & STOCKTON LLP
1080 Marsh Road
Menlo Park, CA 94025
Telephone: 650-326-2400
Facsimile:  650-3262422

{ACT/09260/0001/W1081860.1 }

Michael E. Jones
Texas Bar No. 10969400
mikejones@potterminton.com
POTTER MINTON
A Professional Corporation
110 N. College Avenue, Suite 500
Tyler, Texas 75702
Telephone: 903-597-8311
Facsimile:  903-593-0846

**ATTORNEYS FOR DIGITALPERSONA, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 11, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by U.S. first class mail.

*/s/ Michael E. Jones*
Michael E. Jones