**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | Civil Action No. 6:12-CV-499 MHS |
| *Plaintiff*, | §§§ | LEAD CASE |
| v. | §§§ | |
| TEXAS INSTRUMENTS, INC., | § | |
| *Defendant*. | | |

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | Civil Action No. 6:13-CV-00125 MHS |
| *Plaintiff*, | §§§ | CONSOLIDATED CASE |
| v. | §§§ | |
| ENTROPIC COMMUNICATIONS, INC., | §§§ | |
| *Defendant*. | § | |

**DECLARATION OF BRUCE GREENHAUS IN SUPPORT OF DEFENDANT
AUDIBLE MAGIC CORPORATION'S AND ITS CUSTOMERS' MOTION TO
TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT FOR THE
<u>NORTHERN DISTRICT OF CALIFORNIA UNDER 28 U.S.C. § 1404(a)</u>**

I, Bruce W. Greenhaus, declare under penalty of perjury that the following is true and correct:

1. I am Vice-President, Chief Patent Counsel, for Entropic Communications, Inc. ("Entropic"). I have personal knowledge of the facts set forth in this declaration, or access to Entropic's corporate information and records allowing me to confirm these facts. If called as a witness, I could testify competently to these facts under oath.

2. Entropic is headquartered in San Diego, California.

3. Entropic has no offices, facilities, or employees working in the Eastern District of Texas and I am aware of no relevant documents located in the Eastern District of Texas.

4. Entropic has design and sales facility at 2560 North 1st Street #200, San Jose, CA 95131, located in the Northern District of California.

5. It is my understanding that Entropic is accused in the complaint in the above-referenced action based on Audible Magic Corp.'s ("Audible Magic") content identification services and technology used in connection with Entropic's "set-top box system-on-a-chip platform software, systems, and technology enabled with automatic content recognition."

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct based on my own personal knowledge.

Executed on September 10, 2013 in San Diego, California.

_____
Bruce W. Greenhaus

2