# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | Civil Action No. 6:12-CV-499 MHS |
| *Plaintiff*, | § § | LEAD CASE |
| v. | § § | |
| TEXAS INSTRUMENTS, INC., | § § | |
| *Defendant.* | § | |

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | Civil Action No. 6:13-CV-000125 MHS |
| *Plaintiff*, | § § | CONSOLIDATED CASE |
| v. | § § | |
| ENTROPIC COMMUNICATIONS, INC., | § § | |
| *Defendant*. | § § | |

## ORDER

Before the Court is Defendant Audible Magic Corporation's and its Customers' Motion to Transfer Venue to the United States District Court for the Northern District of California under to 28 U.S.C. § 1404(a) ("Motion to Transfer") [Dkt. 771] and Entropic Communications, Inc.'s joinder in that Motion to Transfer. Having considered the parties' written submissions and arguments, the Court GRANTS Entropic Communications, Inc.'s motion and TRANSFERS the case to the Northern District of California.

1