IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br>        Plaintiff,<br><br>    v.<br><br>TEXAS INSTRUMENTS, INC.,<br>        Defendant. | 6:12-cv-00499-MHS<br>LEAD CASE |
| BLUE SPIKE, LLC,<br>        Plaintiff,<br><br>    v.<br><br>AGNITIO CORP.,<br>        Defendant. | 6:13-cv-00129-MHS<br>CONSOLIDATED CASE |

**DEFENDANT AGNITIO CORP.'S UNOPPOSED MOTION FOR LEAVE TO FILE
EXHIBITS UNDER SEAL PURSUANT TO LOCAL RULE CV-5(a)(7)**

Pursuant to Local Rule CV-5(a)(7), Defendant Agnitio Corp. ("Agnitio") files this Unopposed Motion for Leave to File Exhibits Under Seal, and would show the Court as follows:

1.      Concurrent with this Motion, Defendant Agnitio Corp. is filing its Opposition to Plaintiff Blue Spike, LLC's ("Blue Spike") Motion to Authorize Jurisdictional Discovery (Dkt. 936). In support of its Response, Agnitio is including interrogatory responses that contain confidential and proprietary business information, and/or trade secrets, the public dissemination and disclosure of which could severely injure or damage Agnitio and place it at a competitive disadvantage. *See* Decl. D. Hwang at ¶ 2.

2.      Good cause exists for granting Agnitio's Motion.  Because this case remains in the early stages of litigation, the parties have not yet negotiated, and this Court has not yet

entered a Protective Order that permits Agnitio to file its responses under seal without leave of Court.

3.      To adequately ensure that Agnitio's confidential and proprietary business information is not publicly disseminated, Agnitio seeks leave to file the Exhibits in Support of its Opposition to Plaintiff's Motion to Authorize Further Jurisdictional Discovery under seal.  *See* Decl. D. Hwang at ¶ 2.

4.      Counsel for Agnitio conferred with counsel for Blue Spike, and Blue Spike does not oppose this Motion or the relief requested in it.

Agnitio therefore respectfully requests the Court to grant it leave to file its Exhibits to Plaintiff's Opposed Motion to Authorize Further Jurisdictional Discovery under seal.

Dated: September 13, 2013

Respectfully submitted,

/s/ *Michael T. Murphy*
Steven G. Schortgen, *Lead Attorney*
  Texas State Bar No. 00794603
steve.schortgen@klgates.com
Jennifer Klein Ayers
  Texas State Bar No. 24069322
jennifer.ayers@klgates.com
**K&L Gates LLP**
1717 Main St.
Suite 2800
Dallas, TX  75201
214.939.5500
214.939.5849 *Facsimile*

Michael T. Murphy, *pro hac vice*
  michael.murphy@klgates.com
**K&L Gates LLP**
1601 K Street, NW
Washington, DC  20006-1600
202.778.9176
202.778.9176 *Facsimile*

**ATTORNEYS FOR
DEFENDANT AGNITIO CORP.**

## CERTIFICATE OF CONFERENCE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-7(h) and CV-7(i), I certify that on September 13, 2013, counsel for Defendant Agnitio Corp., Jennifer Klein Ayers, conferred with lead counsel of record for Plaintiff Blue Spike, LLC, Christopher Honea, regarding the relief requested in this Motion.  Plaintiff Blue Spike, LLC, does not oppose the Motion.

Dated: September 13, 2013                         /s/ *Michael T. Murphy*
                                                             Michael T. Murphy

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and the Local Rules of this Court, I certify that on September 13, 2013, I served a copy of the forgoing on all counsel of record who have appeared in this Action via the Court's ECF/CM system.

Dated: September 13, 2013                         /s/ *Michael T. Murphy*
                                                             Michael T. Murphy