IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC.,<br><br>Defendant. | 6:12-cv-00499-MHS<br>LEAD CASE |
| BLUE SPIKE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>AGNITIO CORP.,<br><br>Defendant. | 6:13-cv-00129-MHS<br>CONSOLIDATED CASE |

## DECLARATION OF DANIEL HWANG

In accordance with 28 U.S.C. § 1746, I, Daniel Hwang, hereby declare as follows:

1. I am an associate at K&L Gates LLP, and I am a counsel for Defendant Agnitio Corp. I submit this declaration in support of the Defendant Agnitio's Unopposed Motion for Leave to File Exhibits Under Seal.

2. Agnitio's Opposition to Plaintiff's Opposed Motion to Authorize Jurisdictional Discovery on Defendant Agnitio Corp. includes interrogatory responses that contain confidential and proprietary business information, and/or trade secrets, the public dissemination and disclosure of which could severely injure or damage Agnitio and place it at a competitive disadvantage.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed in Chicago, Illinois.

Dated: September 13, 2013

_____
Daniel In Hwang