IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **BLUE SPIKE, LLC,**<br>　　　Plaintiff,<br><br>v.<br><br>**TEXAS INSTRUMENTS, INC.,**<br>　　　Defendant. | **6:12-cv-00499-MHS**<br>**LEAD CASE** |
| **BLUE SPIKE, LLC,**<br>　　　Plaintiff,<br><br>v.<br><br>**AGNITIO CORP.,**<br>　　　Defendant. | **6:13-cv-00129-MHS**<br>**CONSOLIDATED CASE** |

**[PROPOSED] ORDER GRANTING DEFENDANT AGNITIO CORP.'S UNOPPOSED MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL**

　　　Having considered Defendant Agnitio Corp.'s Unopposed Motion for Leave to File Exhibits Under Seal Pursuant to Local Rule CV-5(a)(7), the Court, finding that good cause exists, hereby **GRANTS** the Motion.  Defendant Agnitio Corp. may file its Exhibits to Plaintiff Blue Spike LLC's Opposed Motion to Authorize Jurisdictional Discovery on Defendant Agnitio Corp. under seal.