IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC.,<br><br>Defendant. | 6:12-cv-00499-MHS<br>LEAD CASE |
| BLUE SPIKE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>AGNITIO CORP.,<br><br>Defendant. | 6:13-cv-00129-MHS<br>CONSOLIDATED CASE |

## DECLARATION OF DANIEL HWANG

In accordance with 28 U.S.C. § 1746, I, Daniel Hwang, hereby declare as follows:

1. I am an associate at K&L Gates LLP, and I am a counsel for Defendant Agnitio Corp. I submit this declaration in support of the Defendant Agnitio's Opposition to Plaintiff Blue Spike's Motion to Authorize Jurisdictional Discovery on Defendant Agnitio Corp. (Dkt 936).

2. Defendant Agnitio Corp. agreed to answer Blue Spike's jurisdictional interrogatories by July 3, 2013.

3. In exchange, Plaintiff agreed to forego its request for a 30(b)(6) deposition.

4. Attached as Exhibit A is a true and correct copy of correspondence between the parties confirming the agreement.

5.  On July 3, 2013, Agnitio served its objections and answers to Plaintiff's jurisdictional interrogatories, attached hereto as Exhibit B, on Plaintiff Blue Spike via first class mail with courtesy copy sent via email to Blue Spike's counsel.

6.  On August 26, 2013, Agnitio agreed to serve supplemental answers to Plaintiff's jurisdictional interrogatories by August 30, 2013.

7.  On August 27, 2013, Plaintiff filed its Motion to Authorize Jurisdictional Discovery on Defendant Agnitio Corp. (Dkt 936).

8.  On August 30, 2013, as agreed, Agnitio served its objections and supplemental answers to Plaintiff's jurisdictional interrogatories, attached hereto as Exhibit C, on Plaintiff Blue Spike via first class mail with courtesy copy sent via email to Blue Spike's counsel.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed in Chicago, Illinois.

Dated: September 13, 2013

_____
Daniel In Hwang