IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **BLUE SPIKE, LLC,**<br><br>    Plaintiff,<br><br>v.<br><br>**TEXAS INSTRUMENTS, INC.,**<br><br>    Defendant. | 6:12-cv-00499-MHS<br>LEAD CASE |
| **BLUE SPIKE, LLC,**<br><br>    Plaintiff,<br><br>v.<br><br>**AGNITIO CORP.,**<br><br>    Defendant. | 6:13-cv-00129-MHS<br>CONSOLIDATED CASE |

**ORDER DENYING PLAINTIFF'S MOTION TO AUTHORIZE
JURISDICTIONAL DISCOVERY FROM DEFENDANT AGNITIO CORP.**

After consideration of Plaintiff Blue Spike, LLC's Motion to Authorize Jurisdictional Discovery from Defendant Agnitio Corp., Defendant's Opposition to the Motion, any subsequent responses or replies, and all supporting papers and arguments presented by the parties, the Court **DENIES** said motion.  The Court finds Defendant's Opposition is in all respects meritorious.

**IT IS ORDERED** that Plaintiff Blue Spike, LLC's Motion to Authorize Jurisdictional Discovery from Defendant Agnitio Corp. is DENIED.