# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC.,<br><br>　　　　　Defendant. | Civil Action No. 6:12-CV-499-MHS<br><br>LEAD CASE<br><br>Jury Trial Demanded |

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF ADOBE SYSTEMS INC.'S MOTION TO TRANSFER VENUE

BEFORE THE COURT is Defendant Adobe Systems Inc.'s Unopposed Motion for Extension of Time to Respond in support of its Motion to Transfer (Dkt. No. 905).  The Court, having noted that the relief requested in unopposed, is of the opinion that the Motion should be granted.

IT IS ORDERED that Defendant Adobe Systems Inc. shall have until September 20, 2013 to respond to the Motion to Transfer (Dkt No. 905).

**It is SO ORDERED.**

 SIGNED this 13th day of September, 2013.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE