# Exhibit 5

ï»¿

Chinese | English

**17,808,626,283**   Transactions

Contact Us

HOME    SOLUTIONS    PRODUCTS    TECHNOLOGY    CUSTOMERS    DEVELOPERS    COMPANY

# Technology Overview

### TECHNOLOGY

Overview
White Papers
Patents

With over 150 customers, Audible Magic is the industry's leading provider of content identification technology, enabling you to monetize, measure, verify and protect digital assets in all their forms, including radio and television broadcasts, cable & satellite tranmissions, online video streams, stored digital files, on consumer devices and via network file transfers.

## Robust SmartID and CopySense® Technology

Audible Magic's patented SmartID and CopySense automated content recognition (ACR) uses "digital fingerprint-based" technology to accurately identify content using audio signals. Identification is based on the perceptual characteristics of the audio itself which allows it to accurately identify content across file formats, codecs, bitrates, and compression techniques. This approach is highly accurate and requires no dependence on metadata, watermarks or file hashes. It is also immune to many typical transformations.

Identification is possible with audio clips as short as 10 seconds. Identification rates are in excess of 99% with zero false positives. Transaction requests can achieve sub-second response time, enabling massive scaling, even with reference databases in excess of 1 million hours of content.

The CopySense technology massively scales as demonstrated by the billions of content identification lookup transactions handled by Audible Magic each year.

## Global Rights Registry™ Database

For copyright detection applications, Audible Magic leverages its Global Rights Registry Database that covers more than 12 million copyrighted songs, movies, and television shows. Record labels, artists, movie and television studios from around the world register content directly with Audible Magic for content they want protected. A full complement of metadata and business usage rules are provided on lookup matches.

## Multiple Integration Methods

Audible Magic offers several applications for its CopySense content identification. These include:

· **SDK/API**: A simple command-line interface that enables quick scripting or API calls that enable integrating the CopySense technology into your applications.

· **CopySense Network Appliance**: An appliance that can be easily installed on public and private networks to faciliate detection of copyrighted works over peer-to-peer networks and via cloud storage services ("cyberlockers").

· **Replicheck**®: A Microsoft Windows-based software application that scans files to detection copyrighted works. Replicheck is frequently used by CD/DVD Replicators and anti-piracy solution providers. Both the Record Industry Association of America (RIAA) and the Content Delivery and Storage Association (CDSA) formally recognize the service as the industry standard.

Case 6:12-cv-00499-RWS-CMC   Document 966-5   Filed 09/16/13   Page 3 of 3 PageID #: 11292

· **Content Registration**: A simple command-line interface makes it easy to automate the registration of content into either the Global Rights Registry or a custom content database. Also offered is an easy-to-use GUI-based software application as well as MyRightsView, a web-based application.

Home | Solutions | Products | Technology | Customers | Support | Company | Contact

©2013 Audible Magic Corporation, All Rights Reserved

*Audible Magic, CopySense, Replicheck, Global Rights Registry, SmartID, SmartSync, and SongID are all trademarks or registered trademarks of the Audible Magic Corporation.*