# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § § § | |
| Plaintiff, | § § | Civil Action No. 6:12-cv-499 |
| v. | § § | LEAD CASE |
| TEXAS INSTRUMENTS, INC., *et al.*, | § § § | |
| Defendants. | § § § § § | |
| | § | |
| BLUE SPIKE, LLC, | § § § | |
| Plaintiff, | § § | Civil Action Case No. 6:13-cv-40 |
| v. | § § | CONSOLIDATED CASE |
| AOPTIX TECHNOLOGIES, INC., | § § § | |
| Defendant. | § § § § | |

**[PROPOSED] ORDER GRANTING
DEFENDANT AOPTIX TECHNOLOGIES, INC.'S MOTION TO STRIKE BLUE
SPIKE'S IMPROPERLY-FILED SUPPLEMENTAL COMPLAINT AND TO DISMISS
THE ACTION FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE**

This Court, having considered the arguments of counsel and the papers submitted in support of and in opposition to Defendant AOptix Technologies, Inc.'s Motion to Strike Blue Spike's Improperly-Filed Supplemental Complaint and to Dismiss the Action for Lack of Personal Jurisdiction and Improper Venue (the "Motion"), and Good Cause appearing, HEREBY ORDERS that Defendant's Motion is GRANTED, and Blue Spike's Supplemental Complaint is stricken and the action against AOptix is DISMISSED.

**IT IS SO ORDERED**.