IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** | § § § § § § § § § § | Civil Action No.:  6:12-CV-499<br>(*Consolidated from 6:12-CV-564*) |
| Plaintiff, | | |
| v. | | |
| **TEXAS INSTRUMENTS, INC.,** | | |
| Defendant. | | |

### DECLARATION OF JEREMY HELFAND IN SUPPORT OF DEFENDANT ADOBE SYSTEMS INCORPORATED'S REPLY IN SUPPORT OF ITS MOTION TO TRANSFER VENUE

Pursuant to 28 U.S.C. § 1746, and under penalty of perjury under the laws of the United States of America, I declare that the following statements are true to the best of my knowledge, formed after reasonable inquiry under the circumstances:

1. I began working at Adobe in October, 2011, and am currently Adobe's Vice President of Advertising Technology for Adobe Systems Incorporated ("Adobe"). Adobe is a Delaware corporation with its headquarters and principal place of business in San Jose, California.

2. I reaffirm my earlier declaration of August 5, 2013 in this case.

3. Lily Teng was Auditude Inc.'s Vice President of Finance and Administration. In that capacity, Ms. Teng was responsible for the financial and administration organization of Auditude and is knowledgeable about Auditude's historical profits, revenue, and costs. To the best of my knowledge, she currently lives in the San Francisco Bay Area in California.

4.     Mark Gaffney was Auditude Inc.'s Chief Revenue Officer. In that capacity, Mr. Gaffney was responsible for growing Auditude's customer base and advertising partners, and he is knowledgeable about Auditude's historical sales and marketing efforts. Mr. Gaffney currently resides in Orange County, California.

5.     Sergiy Bilobrov was Auditude Inc.'s Chief Scientist. In that capacity, Mr. Bilobrov developed the algorithms used in Auditude's digital fingerprinting technology and as a result, is knowledgeable about the technical aspects and development of that technology. To the best of my knowledge, Mr. Bilobrov currently lives in the San Francisco Bay Area in California.

6.     To clarify the statements in my prior declaration [Dkt. 905-2], my statements concerning Adam Cahan, the former CEO of Auditude, concerning his current position with Yahoo! and residence in the San Francisco Bay Area are based on my personal knowledge.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 20 day of sept , 2013, in los angeles , CA.

*[signature]*
Digitally signed by jhelfand
DN: o=Adobe Systems Incorporated, ou=Device Authentication, ou=jhelfand-MacBookAir (2/26/2013 4:30:51 PM), cn=jhelfand
Date: 2013.09.20 13:36:17 -05'00'

JEREMY HELFAND