**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| BLUE SPIKE, LLC | § | |
| | § | |
| v. | § | Case No. 6:12-cv-499 |
| | § | |
| TEXAS INSTRUMENTS, INC. | § | |

## ORDER DENYING MOTIONS AS MOOT

Now before the Court is Defendant Bio-metrica LLC's motions to dismiss or lack of personal jurisdiction (Doc. Nos. 375, 542). But Plaintiff voluntarily dismissed its claims against Bio-metrica LLC (Doc. Nos. 620, 633). Accordingly, Bio-metrica LLC's motions to dismiss or lack of personal jurisdiction (Doc. Nos. 375, 542) are DENIED as moot.

**It is SO ORDERED.**

**SIGNED this 25th day of September, 2013.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE