IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC | § | |
| | § | |
| v. | § | Case No. 6:12-cv-499 |
| | § | |
| TEXAS INSTRUMENTS, INC. | § | |

### ORDER DENYING MOTION AS MOOT

Now before the Court is Defendant Yahoo! Inc.'s motion to dismiss Plaintiff's indirect infringement and willfulness claims (Doc. No. 335). But Plaintiff and Yahoo! have voluntarily dismissed the claims between them (Doc. Nos. 505, 512). Accordingly, Yahoo! Inc.'s motion to dismiss Plaintiff's indirect infringement and willfulness claims (Doc. No. 335) is DENIED as moot.

**It is SO ORDERED.**

**SIGNED this 25th day of September, 2013.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE