IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC | § | |
| | § | |
| v. | § | Case No. 6:12-cv-499 |
| | § | |
| TEXAS INSTRUMENTS, INC. | § | |

## ORDER DENYING MOTION AS MOOT

Now before the Court is Plaintiff's motion for jurisdictional discovery from Defendant Vobile, Inc. (Doc. No. 502). The motion seeks discovery related to Vobile's motion to dismiss for lack of jurisdiction. But Vobile did not reurge its motion to dismiss for lack of personal jurisdiction as ordered by the Court in its Order of Consolidation (Doc. No. 530). Thus, the matter is no longer before the Court. Accordingly, Plaintiff's motion for jurisdictional discovery from Defendant Vobile, Inc. (Doc. No. 502) is DENIED as moot.

It is SO ORDERED.

SIGNED this 25th day of September, 2013.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE