IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC | § | |
| | § | |
| v. | § | Case No. 6:12-cv-499 |
| | § | |
| TEXAS INSTRUMENTS, INC. | § | |

### ORDER DENYING MOTION AS MOOT

Now before the Court is Defendant Innovatrics s.r.o.'s motion to dismiss ((Doc. No. 439). But Plaintiff voluntarily dismissed its claims against Innovatrics s.r.o. (Doc. Nos. 698, 706). Accordingly, Innovatrics s.r.o.'s motion to dismiss ((Doc. No. 439) is DENIED as moot.

It is SO ORDERED.

SIGNED this 25th day of September, 2013.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE