UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Blue Spike, LLC,<br><br>   *Plaintiff*,<br><br>v.<br><br>Texas Instruments, Inc., *et al.*,<br><br>   *Defendant*. | Case No. 6:12-cv-499 MHS<br><br>Jury Trial Demanded |

**Order Denying Motion to Transfer Venue**

Good cause appearing, the Court denies Defendant's motion to transfer to Southern District of California.

1