IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC.,<br><br>*Defendant*. | Civil Action No. 6:12-cv-499<br>(Lead Case)<br><br>JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>ACCU-TIME SYSTEMS, INC.,<br><br>*Defendant*. | Civil Action No. 6:13-cv-037-MHS<br>(Consolidated Case)<br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING DEFENDANT ACCU-TIME SYSTEMS, INC.'S MOTION TO DISMISS THE COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**

Having read and considered the briefs and arguments submitted both in support of and in opposition to Defendant Accu-Time Systems, Inc.'s ("ATS") Motion to Dismiss Blue Spike, LLC's "First Original Complaint" Pursuant to Fed. R. Civ. P. 12(b)(6) for Failure to State a Claim upon Which Relief Can be Granted, and good cause appearing therefore:

IT IS HEREBY ORDERED that ATS's Motion is granted and Blue Spike's Complaint is hereby dismissed.