UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC, | |
| *Plaintiff*, | CASE NO. 6:12-cv-499 MHS |
| v. | LEAD CASE |
| TEXAS INSTRUMENTS, INC., et al., | Jury Trial Demanded |
| *Defendants*. | |

**ORDER DENYING DEFENDANT ENTROPIC COMMUNICATIONS, INC.'S MOTION TO JOIN IN AUDIBLE MAGIC'S TRANSFER MOTION [DKT. 960]**

On this day came for consideration Defendant Entropic Communications, Inc.'s Motion to Join in Audible Magic's Transfer Motion. Having considered Entropic Communications, Inc.'s motion and supporting papers and Blue Spike's opposition and supporting papers, the Court is of the opinion that said motion should be DENIED.

IT IS HEREBY ORDERED that Entropic Communications, Inc.'s Motion to Join in Audible Magic's Transfer Motion is hereby denied. Entropic Communications, Inc. has failed to establish that the suit against it might have been brought in the Northern District of California in the first place. Also, joinder with Audible Magic is inappropriate considering that the claims against Entropic Communications, Inc. are not entirely based on its use of Audible Magic's technology. Further, Entropic Communications, Inc.'s joinder has no meaningful effect on Audible Magic's motion to transfer because post-filing consent to jurisdiction in the transferee forum is irrelevant to the transfer analysis.

IT IS SO ORDERED.