# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC.,<br><br>*Defendant*. | Civil Action No. 6:12-cv-499<br>(Lead Case)<br><br>JURY TRIAL DEMANDED |

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>AMANO CINCINNATI, INC.,<br><br>*Defendant*. | Civil Action No. 6:13-cv-109<br>(Consolidated Case)<br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING DEFENDANT AMANO CINCINNATI, INC.'S MOTION TO DISMISS THE COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**

Having read and considered the briefs and arguments submitted both in support of and in opposition to Defendant Amano Cincinnati, Inc.'s ("Amano") Motion to Dismiss Blue Spike, LLC's Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) for Failure to State a Claim upon Which Relief Can be Granted, and good cause appearing therefore:

IT IS HEREBY ORDERED that Amano's Motion is granted and Blue Spike's Complaint is hereby dismissed.

2680865-1