UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **Blue Spike, LLC,** | § | |
| *Plaintiff*, | § | CASE NO. 6:12-cv-499 MHS |
| v. | § | LEAD CASE |
| **Texas Instruments, Inc., et al.,** | § | Jury Trial Demanded |
| *Defendants*. | § | |

**AGREED MOTION TO DISMISS DEFENDANT VISIBLE WORLD, INC.**

Plaintiff Blue Spike, LLC, on the one hand, and defendant Visible World, Inc., on the other, have agreed to dismiss all claims, counterclaims, and causes of action between them.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Blue Spike, LLC stipulates to the dismissal without prejudice of all claims and causes of action asserted in this case against defendant Visible World, Inc., and defendant Visible World, Inc. stipulate to the dismissal without prejudice of all counterclaims and defenses asserted in this case against Blue Spike, LLC. The parties shall bear their own attorneys' fees, expenses and costs.

Respectfully submitted,

| | |
|---|---|
| /s/ Randall T. Garteiser<br>Randall T. Garteiser<br>  Lead Attorney<br>  Texas Bar No. 24038912<br>  rgarteiser@ghiplaw.com<br>Christopher A. Honea<br>  Texas Bar No. 24059967<br>  chonea@ghiplaw.com<br>Christopher S. Johns<br>  Texas Bar No. 24044849<br>  cjohns@ghiplaw.com<br>GARTEISER HONEA, P.C.<br>218 North College Avenue<br>Tyler, Texas 75702<br>(903) 705-0828<br>(903) 526-5477 fax<br><br>Kirk J. Anderson<br>  California Bar No. 289043<br>Peter S. Brasher<br>  California Bar No. 283992<br>GARTEISER HONEA, P.C.<br>44 North San Pedro Road<br>San Rafael, California 94903<br>(415) 785-3762<br>(415) 785-3805 fax<br><br>*Attorneys for Plaintiff Blue Spike LLC* | /s/ J. Mark Mann<br>ANDY TINDEL<br>State Bar No. 20054500<br>MANN, TINDEL & THOMPSON -<br>ATTORNEYS AT LAW<br>112 East Line Street, Suite 304<br>Tyler, Texas 75702<br>Tel: (903) 596-0900<br>Fax: (903) 596-0909<br>Email: atindel@andytindel.com<br><br>J. MARK MANN<br>State Bar No. 12926150<br>G. BLAKE THOMPSON<br>State Bar No. 24042033<br>MANN, TINDEL & THOMPSON –<br>ATTORNEYS AT LAW<br>300 West Main Street<br>Henderson, Texas 75652<br>Tel: (903) 657-8540<br>Fax: (903) 657-6003<br>Email: mark@themannfirm.com<br>Email: blake@themannfirm.com<br><br>*Attorneys for Defendant Visible World, Inc.* |

**Certificate of Service**

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email.

                                                                              /s/ Randall T. Garteiser

**Certificate of Conference**

      I certify that on behalf of Blue Spike, LLC, I have met and conferred with counsel for Defendants on October 1, 2013 regarding the relief requested herein. Counsel for Defendants has agreed to this motion.

                                                                          /s/ Christopher A. Honea