UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **Blue Spike, LLC,** | § | |
| *Plaintiff*, | § | **CASE NO. 6:12-cv-499 MHS** |
| v. | § | **LEAD CASE** |
| **Texas Instruments, Inc., et al.,** | § | **Jury Trial Demanded** |
| *Defendants.* | § | |

**ORDER OF DISMISSAL OF DEFENDANT VISIBLE WORLD, INC.**

Pursuant to Fed. R. Civ. P. 41(a), recognizing the Agreed Motion to Dismiss filed by plaintiff Blue Spike, LLC and defendant Visible World, Inc., it is hereby ORDERED as follows:

the claims asserted in this action by plaintiff Blue Spike, LLC against defendant Visible World, Inc. are dismissed without prejudice;

the counterclaims and defenses asserted in this action by defendant Visible World, Inc. against plaintiff Blue Spike, LLC are dismissed without prejudice; and

the parties shall bear their own attorneys' fees, expenses, and costs.