# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **Blue Spike, LLC,** | |
| *Plaintiff,* | CASE NO. 6:12-cv-499 MHS |
| v. | LEAD CASE |
| **Texas Instruments, Inc., et al.,** | Jury Trial Demanded |
| *Defendants.* | |

## ORDER OF DISMISSAL OF DEFENDANT VISIBLE WORLD, INC.

Pursuant to Fed. R. Civ. P. 41(a), recognizing the Agreed Motion to Dismiss filed by plaintiff Blue Spike, LLC and defendant Visible World, Inc., it is hereby ORDERED as follows:

the claims asserted in this action by plaintiff Blue Spike, LLC against defendant Visible World, Inc. are dismissed without prejudice;

the counterclaims and defenses asserted in this action by defendant Visible World, Inc. against plaintiff Blue Spike, LLC are dismissed without prejudice; and

the parties shall bear their own attorneys' fees, expenses, and costs.

**It is SO ORDERED.**

**SIGNED this 7th day of October, 2013.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE