IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § § | |
|    *Plaintiff,* | § § | Civil Action No. 6:12-CV-00499-MHS |
| v. | § § | (Lead Case) |
| TEXAS INSTRUMENTS, INC., | § § | |
|    *Defendant.* | § | |

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § § | |
|    *Plaintiff,* | § § | |
| v. | § § | Civil Action No. 6:13-cv-126-MHS |
| | § § | (Consolidated with 6:120cv0499-LED |
| VISIBLE WORLD INC., | § § | and closed) |
|    *Defendant* | § | |

## REQUEST FOR TERMINATION OF ELECTRONIC NOTICES

TO THE HONORABLE COURT:

    Pursuant to CV-11(f), J. Mark Mann and G. Blake Thompson request that the Clerk of this Court remove their names from the list of persons authorized to receive electronic notices in this matter.

Respectfully submitted,

**MANN | TINDEL | THOMPSON**
300 West Main Street
Henderson, Texas 75652
(903) 657-8540
(903) 657-6003 (fax)

By: _____/s/ J. Mark Mann_____
**J. Mark Mann**
State Bar No. 12926150
**G. Blake Thompson**
State Bar No. 24042033

**ATTORNEYS FOR DEFENDANT VISIBLE WORLD INC.**

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE]- Document Filing System, to all counsel of record, on this 7th day of October, 2013.

_____/s/ J. Mark Mann_____
**J. Mark Mann**