# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:12-cv-499 LED |
| | § | |
| **TEXAS INSTRUMENTS, INC.,** | § | |
| Defendant. | § | |
| | § | |

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** | § | |
| Plaintiff, | § | |
| | § | Case No. 6:13-cv-106 MHS |
| v. | § | [Consolidated with |
| | § | Case No. 6:12-cv-499 LED] |
| **AXXONSOFT US, INC and** | § | |
| **AXXONSOFT LTD.,** | § | |
| Defendants. | § | |

### DECLARATION OF STEPHEN C. CRENSHAW IN SUPPORT OF AXXONSOFT US INC. AND AXXONSOFT LTD.'S MOTION TO DISMISS BLUE SPIKE, LLC'S FIRST AMENDED COMPLAINT

I, Stephen C. Crenshaw, declare:

1. I am an attorney with Cooley LLP, counsel in this action for Defendants AxxonSoft US Inc. and AxxonSoft Ltd. I make this declaration in support of AxxonSoft US Inc. and AxxonSoft Ltd.'s Motion to Dismiss. I have personal knowledge of the facts contained within this declaration, and if called as a witness, could testify competently to the matters contained herein.

2. Attached as Exhibit A is a redline of the original Complaint filed by Blue Spike on January 29, 2013 and the First Amended Complaint filed by Blue Spike on August 13, 2013.

3. Attached as Exhibit B is AxxonSoft US Inc. and AxxonSoft Ltd.'s Motion to Dismiss Blue Spike, LLC's Complaint for Patent Infringement filed on April 12, 2013 (D.I. 645).

4. Attached as Exhibit C is the Declaration of Joel Moss in support of AxxonSoft US Inc. and AxxonSoft Ltd.'s Motion to Dismiss Blue Spike, LLC's Complaint for Patent Infringement filed on April 12, 2013 (D.I. 645-1).

5. Attached as Exhibit D is the Declaration of Murat Altuev in support of AxxonSoft US Inc. and AxxonSoft Ltd.'s Motion to Dismiss Blue Spike, LLC's Complaint for Patent Infringement filed on April 12, 2013 (D.I. 645-2).

6. Attached as Exhibit E is a slip opinion from *Blue Spike, LLC v. Zeitera, LLC*, Case No. 6:12-cv-568 (E.D. Tex. Sep. 27, 2013).

7. Attached as Exhibit F is a slip opinion from *Blue Spike, LLC v. Texas Instruments, Inc.*, Case No. 6:12-cv-499 (E.D. Tex. Sep. 27, 2013).

8. Attached as Exhibit G is a paper titled "Understanding the Link between Patent Value and Citations: Creative Destruction or Defensive Disruption," by D. Abrams dated April 8, 2013.

9. I declare under penalty of perjury that the foregoing is true and correct. Executed on October 7, 2013 in Reston, Virginia.

*/s/ Stephen C. Crenshaw*
Stephen C. Crenshaw