

| Art | Science | Technology | Company | Contact Us |

### Blue Spike®: Innovations in Copyright Management & Applied Security

With over 76 patents ranging from forensic watermarking, signal abstracting, data security, software watermarks, product license keys, deep packet inspection to bandwidth securitization, Blue Spike has established itself as the leading provider of content management and applied security solutions.

| About | Patents | Management | Partners | Investor Relations | Career Opportunities |

### What is Digital Watermarking?

Digital watermarking is a process of encoding information into a data stream, so as not to impact the overall composition; but, enables identifying, verifying and tracking distribution of the watermarked stream preferably without exposing the original unmarked data stream, an advantage over competing systems. Watermarks can act as receipts enabling traceability in information commerce.

| Theory | FAQ | Links |

### News

- Shazam Has Hit a Spike in the Road . . .
- "Shazam" may have graduated from startup to verb, but Blue Spike patents threaten to make it past tense.
- Blue Spike products and services on-line has launched (pardon the construction)
- Blue Spike LLC 1820 Shiloh Road, Suite 1201C, Tyler, Texas 75703. We are happy to have found Tyler, the Rose Capital of the World!
- Blue Spike founder pens introduction to groundbreaking DRM Book
- Blue Spike speaks before US copyright office on amendments to copyright laws and "DMCA".

### Giovanni® Digital Watermarking Suite

With Giovanni, digital information can be securely labeled, audited, and even used to animate automated marketing and consumer interaction under a wide number of deployments.

| Overview | Process | Specs | FAQ |

### Trusted Transaction Server™ (TTS™) in Action

With Blue Spike's Trusted Transaction Server (TTS) you can deliver your entire catalogue of media content (including images, audio, video, even multimedia) online without exposing your valuable media assets to piracy. With the TTS, black-market operators will never be able to match the breadth of your online offerings, your consumer-focused services or the fidelity and quality of your content.

| Forensic Watermark | Secure Channel | Scenarios | Models |

Case 6:12-cv-00499-RWS-CMC   Document 1020-3   Filed 10/07/13   Page 2 of 2 PageID #: 12021

Copyright © 1997-2013 Blue Spike, Inc. Giovanni, Scrambler, the Blue Spike logo, and the Giovanni logo are trademarks of Blue Spike, Inc. "Didya Use Protection," "Digi Use Protection" and "recognition, recognition, recognition" are also trademarks of Blue Spike, Inc. "Blue Spike" and "Giovanni" are registered trademarks. All other trademarks are the property of their respective owners. The Company reserves the right to make alterations or amendments to the information in this document and/or product specifications at its discretion. No freedom to use patents or other intellectual property rights is implied by the publication of materials on this Web site or to off-site documents to which it directs readers. Send comments and suggestions to webmaster@bluespike.com .