**+You**   **Search**   **Images**   **Maps**   **Play**   **YouTube**   **News**   **Gmail**   **Drive**   **Calendar**   **More** ▾

| | blue spike "first to create" | | Chris Higgins |

**Web**   Images   Maps   Shopping   More ▾   Search tools

About 34,200,000 results (0.42 seconds)

### "Shazam" may have graduated from startup to verb, but **Blue Spike** ...
bluespike.com/news/shazam-infringes-**blue**-**spike**-patents ▾
The question is, was Shazam **first to create** this technology? One company, **Blue Spike**, LLC, answers "No." **Blue Spike**, LLC is a Texas-based software company **...**
You've visited this page 3 times. Last visit: 9/27/13

### Audible Magic Amended Answer - Counterclaims Against **Blue Spike**
www.scribd.com/.../Audible-Magic-Amended-Answer-Counterclaims-Ag... ▾
Jul 15, 2013 - On the www.bluespike.com website, **Blue Spike**, Inc., **Blue Spike** and Moskowitz state that Moskowitz and **Blue Spike** was the "**first to create**" ...

### FULL Walkthrough - User Generated Guides - Guacamelee ...
www.primagames.com › Games › Guacamelee! › User Generated Guides ▾
Apr 17, 2013 - When her hair **spikes**-up, get ready to jump: **spikes** will form on the bottom floor and will threat injury **....** Take a deep breath: this is the move that destroys the **blue** blocks! **....** Go south **first to create** a shortcut for the level below.

### Working Titile: Avalon Chapter 3: Don't forget the rules of Yin and ...
www.fictionpress.com › Fiction › Fantasy
"Who will be **first to create** a living, breathing person with a mind of their own?" **...** White-**blue spikes** broke the surface like crystals, followed by silver eyes, and **...**

### Tutorial - The Evil Speculator | The Evil Speculator
evilspeculator.com/?page_id=20365 ▾
What you may however encounter more often are **blue** histogram **spikes** above **....** you will need to sign up for the Zero here **first to create** your login credentials.

### ASICS Shoes | Eastbay - Eastbay.com
www.eastbay.com/ASICS/_-_/N-z3 ▾
The company was also one of the **first to create** a running shoe that became popular to wear casually **...** ASICS® Gel - Kayano 19 - Women's - Purple / Light **Blue**

### Fertilizer - Wikipedia, the free encyclopedia
en.wikipedia.org/wiki/Fertilizer ▾
6.1.1 Eutrophication; 6.1.2 **Blue** baby syndrome; 6.1.3 Soil acidification; 6.1.4 **...** with sulphuric acid, and thus was the **first to create** the artificial manure industry. In the **...** Polymer coating of fertilizer ingredients gives tablets and **spikes** a 'true **...**

### Learning numbers - Brain Gym Books
www.braingym.com.au/Learning-numbers-scp19557.html ▾
The child can use the counters **first to create** a sum:-. for example, 4 green counters then on the next **spike** 2 **blue** counters then count these up and put the equal **...**

### How to build an atomic bomb (using the patent literature) - AmberBlog
www.ambercite.com/index.php/amber/entry/patenting-the-atomic-bomb ▾
May 28, 2013 - Fermi famously was the **first to create** a self-sustaining nuclear **...** Wigner (green patents), UK Atomic Energy Authourity (**blue** patents), US **...**

### Walkthrough by The_Quadrapod - GameFAQs
www.gamefaqs.com/pc/944518-bunny-must-die-chelsea.../51486 ▾
Feb 11, 2008 - Say Yes (button furthest left) to the **first to create** a config file. **....** Avoid the arcs of **blue** fire she will send Bunny's way by staying about half a **....** Break the **spikes** below by attacking from above (hold down and left to attack **...**

**1**   2   3   4   5   6   7   8   9   10   **Next**

Advanced search   Search Help   Send feedback

Google Home   Advertising Programs   Business Solutions   Privacy & Terms   About Google