### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC<br>*Plaintiff*, | § <br> § <br> § | Civil Action No. 6:12-CV-499 MHS<br><br>LEAD CASE |
| v. | § <br> § | |
| TEXAS INSTRUMENTS, INC.<br>*Defendants* | § <br> § | |

---

| | | |
|---|---|---|
| BLUE SPIKE, LLC,<br>*Plaintiff*, | § <br> § | Civil Action No. 6:12-CV-576 MHS |
| v. | § | CONSOLIDATED CASE |
| AUDIBLE MAGIC CORPORATION,<br>FACEBOOK, INC., MYSPACE, LLC,<br>SPECIFIC MEDIA, LLC,<br>PHOTOBUCKET.COM, INC.,<br>DAILYMOTION, INC.,<br>DAILYMOTION S.A., SOUNDCLOUD,<br>INC., SOUNDCLOUD LTD., MYXER,<br>INC., QLIPSO, INC., QLIPSO MEDIA<br>NETWORKS LTD., YAP.TV, INC.,<br>GOMISO, INC., IMESH, INC.,<br>METACAFE, INC., BOODABEE<br>TECHNOLOGIES, INC., TUNECORE,<br>INC., ZEDGE HOLDINGS, INC.,<br>BRIGHTCOVE INC.,<br>COINCIDENT.TV, INC., ACCEDO<br>BROADBAND NORTH AMERICA,<br>INC., ACCEDO BROADBAND AB,<br>AND MEDIAFIRE, LLC<br>*Defendants*. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | |

### DECLARATION OF CHRISTOPHER HIGGINS IN SUPPORT OF AUDIBLE MAGIC CORPORATION'S OPPOSITION TO SCOTT MOSKOWITZ'S MOTION TO DISMISS AUDIBLE MAGIC CORPORATION'S COUNTERCLAIMS

I, Christopher Higgins, declare under penalty of perjury that the following is true and correct:

1.      I am an attorney at the law firm Orrick, Herrington & Sutcliffe, LLP, counsel of record for defendant Audible Magic Corp. ("Audible Magic").  I have personal knowledge of the facts set forth in this declaration, or access to information and records allowing me to confirm these facts.  If called as a witness, I could testify competently to these facts under oath.

2.      Attached hereto as **<u>Exhibit A</u>** is a true and correct copy of a screenshot of the website http://www.bluespike.com, accessed on September 27, 2013.

3.      Attached hereto as **<u>Exhibit B</u>** is a true and correct copy of a screenshot of the Google search results for the search phrase "blue spike 'first to create'", accessed on September 27, 2013.

4.      Attached hereto as **<u>Exhibit C</u>** is a true and correct copy of a screenshot of the website http://bluespike.com/news/shazam-infringes-blue-spike-patents, accessed on September 27, 2013.


I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct based on my own personal knowledge.

Executed on October 7, 2013 in Washington, DC.


_____

Christopher Higgins