# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 6:12-cv-499-MHS |
| § | |
| TEXAS INSTRUMENTS, INC., § | |
| § | |
| Defendant. § | |

## CONSOLIDATED WITH

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 6:13-cv-126-MHS |
| § | |
| VISIBLE WORLD INC., § | |
| § | |
| Defendant. § | |

## REQUEST FOR TERMINATION OF ELECTRONIC NOTICES

Andy Tindel, counsel for Defendant Visible World Inc., no longer desires to receive electronic notifications of filings made in the above referenced civil action through the Court's CM/ECF system and, pursuant to E. D. Tex. Loc. Ct. R. 11 (f), hereby requests the Clerk of the Court to remove his name and email address from the list of counsel authorized to receive efilings as Defendant Visible World Inc. has been dismissed from this action.

Dated:  October 8, 2013

        Respectfully submitted,

        __/s/ Andy Tindel_____

        ANDY TINDEL
        State Bar No. 20054500

        MT$^2$ LAW GROUP
        MANN | TINDEL | THOMPSON
        112 East Line Street, Suite 304
        Tyler, Texas 75702
        Tel:    (903) 596-0900
        Fax:    (903) 596-0909
        Email:  atindel@andytindel.com

        ATTORNEYS FOR DEFENDANT
        VISIBLE WORLD INC.

## CERTIFICATE OF SERVICE

This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per E. Dist. Tex. Loc. Ct. R. CV-5(a)(3) on the 8th day of October, 2013. Any other counsel of record will be served via facsimile transmission.

__/s/ Andy Tindel_____

Andy Tindel