IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC,<br>　　*Plaintiff*, | §<br>§<br>§ | Civil Action No. 6:12-cv-00499 |
| v. | §<br>§ | Jury Trial Demanded |
| Texas Instruments, Inc. et al.,<br>　　*Defendants*. | §<br>§<br>§ | |

## **ORDER**

Before the Court is Plaintiff Blue Spike's Motion for Reconsideration (Dkt. 1004), which asks the Court to reconsider its order granting Defendant Ensequence, Inc.'s Motion to Dismiss Plaintiff Blue Spike, LLC's Complaint (Dkt. 558). Having considered the parties' arguments, the jurisdictional evidence, and the applicable law, the Court concludes that the Motion for Reconsideration should be GRANTED.

The Court hereby GRANTS Plaintiff's Motion for Reconsideration (Dkt. 1004).

The Court DENIES Defendant's Motion to Dismiss (Dkt. 558).

It is SO ORDERED.