**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| **Blue Spike, LLC,**            *Plaintiff*, <br><br> v. <br><br> **Texas Instruments, Inc., et al.,**            *Defendants*. | § § § § § § § § § § § **CASE NO. 6:12-cv-499 MHS** <br><br> **LEAD CASE** <br><br> **Jury Trial Demanded** |

### ORDER OF DISMISSAL WITH PREJUDICE OF DIGITALPERSONA, INC.

Pursuant to Fed. R. Civ. P. 41(a), recognizing the Agreed Motion to Dismiss DigitalPersona, Inc. filed by plaintiff Blue Spike, LLC and defendant DigitalPersona, Inc. pursuant to a settlement of the above-captioned litigation between the parties, it is ordered as follows:

ORDERED that the claims asserted herein by plaintiff Blue Spike, LLC against defendant DigitalPersona, Inc. be, and hereby are, dismissed with prejudice;

ORDERED that the counterclaims and defenses asserted herein by defendant DigitalPersona, Inc. against plaintiff Blue Spike, LLC be, and hereby are, dismissed with prejudice; and

ORDERED that the parties shall bear their own attorneys' fees, expenses and costs.