# Exhibit 4



CONTACT US | SUPPORT | PARTNER LOGIN | CHOOSE LANGUAGE

HOME | ABOUT US | PRODUCTS | INTEGRATION SOLUTIONS | RESOURCES | SERVICES | NEWSROOM | FEEDBACK

OUR GOAL IS TO PROVIDE YOU WITH THE RIGHT TOOLS FOR THE JOB.

- FLEXPOINT
- PEOPLEPOINT
- SMARTPOINT
- ACCUTOUCH USB
- PAYMATE

CLICK BELOW TO RECEIVE OUR WORKFORCE TECH JOURNAL




universalseries
powerful workforce management

# AccuTouch<sub>USB</sub>

With AccuTouch<sub>USB</sub> technology at your fingertips you can explore great new possibilities - biometric authentication is now as easy as a finger touch.

We designed AccuTouch<sub>USB</sub> to:

- Simplify biometric enrollment of employees
- Speed up the enrollment process
- Train employees on proper biometric usage
- Avoid buddy punching in PC timeclocks or webclocks
- Convenient enrollment station for other biometric devices



A fast, reliable, highly accurate biometric finger scanner with USB connection, AccuTouch<sub>USB</sub> utilizes a unique multispectral technology that is up to 20% more reliable than conventional methods. Multispectral imaging reads the capillary structure under the skin as well as certain data points found on the fingerprint. It then weaves those two data sets into a single highly accurate template that represents the user. Each time the user places their finger on the AccuTouch<sub>USB</sub> it is immediately compared accurately to their stored template.

### ADVANTAGES OF ACCUTOUCH<sub>USB</sub>:

- AccuTouch<sub>USB</sub> works with desktops, laptops, tablets, point-of-sale equipment, and other devices with a USB connection.
- It can act as a biometric reader for your PC-based time & attendance application or access control system.
- Convenient enrollment station for other biometric devices.
- Ask our sales team how deploying AccuTouch<sub>USB</sub> will add value to your software application.

    **DOWNLOAD PDF**

SITEMAP | CAREERS | LEGAL NOTICE