# Exhibit 5



## MAXIMUS

Our Maximus™ time and attendance terminal for workforce management features rugged aluminum construction and flexible customization options.

Due to its compact design, Maximus is selected by well-respected companies throughout the world. Founded on a Linux operating system, Maximus has the flexibility to meet a wide array of needs, including Java programmability, Web services, open standards, XML, and keypad and function customization.

The Maximus terminal supports a variety of features, such as GSM/GPRS, Ethernet, and serial connectivity, as well as barcode, magnetic, and proximity readers.

To eliminate buddy punching, Maximus terminals can be equipped with capacitive and multispectral optical fingerprint biometric readers.

ATS products reliably support third-party software and the needs of our resellers and customers for human capital management, payroll data collection, and workforce tracking.

**FEATURES INCLUDE:**
- Eight programmable function keys
- On-board and remote diagnostics
- Field-upgradeable - prevents obsolescence
- Biometric options eliminates costly buddy-punching
- Ethernet connectivity
- USB connectivity
- Optional proximity badge connectivity
- Optional Java programmable
- Optional power-over-Ethernet module
- Optional color LCD
- Optional RS232 serial connectivity
- Optional GSM/GPRS modem

DOWNLOAD PDF