# Exhibit 6



CONTACT US  |  SUPPORT  |  PARTNER LOGIN  |  CHOOSE LANGUAGE         SEARCH

HOME  |  ABOUT US  |  PRODUCTS  |  INTEGRATION SOLUTIONS  |  RESOURCES  |  SERVICES  |  NEWSROOM  |  FEEDBACK

**OUR GOAL IS TO PROVIDE YOU WITH THE RIGHT TOOLS FOR THE JOB.**

- MAXIMUS
- MAXIMUS SEVERE DUTY
- OPTIMUS 2
- PRODIGY

CLICK BELOW TO RECEIVE OUR WORKFORCE TECH JOURNAL





# OPTIMUS$_2$

OPTIMUS$_2$ time and attendance terminals have an available large, color touchscreen and are designed to streamline workforce management through employee self-service.

On the outside, OPTIMUS$_2$ boasts a large, easy-to-read display and familiar ATM- or kiosk-style interface. On the inside, OPTIMUS$_2$ provides functionality far beyond old fashioned time clock, punch clock, attendance, and payroll terminals.

The OPTIMUS$_2$ station is a sophisticated, self-service terminal that allows for both the input and output of information to help HR professionals manage their businesses. Founded on a Linux operating system, OPTIMUS$_2$ includes Java™ programmability, Web services, support for open standards, XML, and keypad and function customization. These terminals support a variety of features, such as included USB and Ethernet connectivity, optional GSM/GPRS and serial connectivity, as well as available barcode, magnetic, and proximity readers. To eliminate buddy punching, these terminals can be equipped with fingerprint biometric readers. ATS Global Series time clock terminals can be connected with ATS or other physical access and door controllers.

Our products reliably support third-party software and the needs of our resellers and customers for human capital management, payroll data collection, and workforce tracking.



**FEATURES INCLUDE:**
- Large, easy-to-read color display
- USB and Ethernet connectivity
- Low profile rugged keypad
- On-board and remote diagnostics
- Familiar ATM-style interface – self-service functionality
- Biometric options for increased personal security
- Modular, field-upgradeable readers
- WAN and LAN connectivity
- Optional proximity badge connectivity
- Optional RS232 serial connectivity
- Optional GSM/GPRS modem
- Optional Java programmable
- Optional color touchscreen
- Optional power-over-Ethernet module

DOWNLOAD PDF