# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC.<br><br>    *Defendant*. | § § § § § § § § § § | Lead Case No. 6:12-cv-499-LED<br><br>(LEAD CASE)<br>JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>SHAZAM ENTERTAINMENT LTD.,<br><br>    *Defendant*. | § § § § § § § § § § § | Civil Action No. 6:12-CV-500-LED<br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE AS COUNSEL

Defendant Shazam Entertainment Ltd. files this Notice of Appearance as Counsel and hereby notifies the Court that Daniel A. Noteware, Jr. of the law firm Potter Minton, P.C., 110 N. College Ave., Suite 500, Tyler, Texas 75702 is appearing as counsel for Defendant Shazam Entertainment Ltd. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated: October 18, 2013

                                              Respectfully submitted,

                                              */s/ Daniel A. Noteware, Jr.*
                                              DANIEL A. NOTEWARE, JR.
                                              State Bar No. 24051123
                                              POTTER MINTON, PC
                                              dannynoteware@potterminton.com
                                              110 N. College Ave., Suite 500

Tyler, Texas 75702
Telephone: 903.597.8311
Fax: 903.593.0846

**ATTORNEYS FOR DEFENDANTS
SHAZAM ENTERTAINMENT LTD.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on October 18, 2013. Any other counsel of record will be served by First Class U.S. mail on this same date.

*/s/ Daniel A. Noteware, Jr.*