# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § | |
| | § | Civil Action No. 6:12-cv-499 [LED] |
| | § | **LEAD CASE** |
| v. | § | Jury Trial Demanded |
| | § | |
| Texas Instruments, Inc. | § | |
| Blue Spike, LLC, | § | |
| | § | Civil Action No. 6:12-cv-582 |
| v. | § | |
| | § | Jury Trial Demanded |
| ACTV8, Inc. | § | |
| | § | |
| | § | |

## NOTICE OF APPEARANCE AS COUNSEL

Defendant ACTV8, Inc. files this Notice of Appearance as Counsel and hereby notifies the Court that Daniel A. Noteware, Jr. of the law firm Potter Minton, P.C., 110 N. College Ave., Suite 500, Tyler, Texas 75702 is appearing as counsel for Defendant ACTV8, Inc. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated: October 18, 2013

Respectfully submitted,

*/s/ Daniel A. Noteware, Jr.*
DANIEL A. NOTEWARE, JR.
State Bar No. 24051123
POTTER MINTON, PC
dannynoteware@potterminton.com
110 N. College Ave., Suite 500
Tyler, Texas 75702
Telephone: 903.597.8311
Fax: 903.593.0846

**ATTORNEYS FOR DEFENDANTS ACTV8, INC.**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on October 18, 2013.  Any other counsel of record will be served by First Class U.S. mail on this same date.

*/s/ Daniel A. Noteware, Jr.*