# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § | |
| | § | Civil Action No. 6:12-cv-499-MHS |
| | § | **(Lead case for Consolidation Issues)** |
| v. | § | Jury Trial Demanded |
| | § | |
| Texas Instruments, Inc., | § | |

---

| | | |
|---|---|---|
| Blue Spike, LLC, | § | |
| | § | Civil Action No. 6:13-cv-125-MHS |
| v. | § | |
| | § | |
| Entropic Communications, Inc. | § | |

## NOTICE OF APPEARANCE AS COUNSEL

Defendant Entropic Communications, Inc. files this Notice of Appearance as Counsel and hereby notifies the Court that Daniel A. Noteware, Jr. of the law firm Potter Minton, P.C., 110 N. College Ave., Suite 500, Tyler, Texas 75702 is appearing as counsel for Defendant Entropic Communications, Inc. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated: October 18, 2013

                                                                                     Respectfully submitted,

                                                                                     */s/ Daniel A. Noteware, Jr.*
                                                                                     DANIEL A. NOTEWARE, JR.
                                                                                     State Bar No. 24051123
                                                                                     POTTER MINTON, PC
                                                                                     dannynoteware@potterminton.com
                                                                                     110 N. College Ave., Suite 500

{CLC/INFO/DOCS/W1095188.1 }

                                      Tyler, Texas  75702
                                      Telephone:  903.597.8311
                                      Fax:  903.593.0846

**ATTORNEYS FOR DEFENDANTS
ENTROPIC COMMUNICATIONS, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on October 18, 2013.  Any other counsel of record will be served by First Class U.S. mail on this same date.

                                      */s/ Daniel A. Noteware, Jr.*