# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, <br> *Plaintiff*, <br> v. <br> TEXAS INSTRUMENTS, INC. <br> *Defendant*. | § § § § § § § § § § | Lead Case No. 6:12-cv-499-LED <br><br> (LEAD CASE) <br> JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC, <br> *Plaintiff*, <br> v. <br> IMAGEWARE SYSTEMS, INC., <br> *Defendant*. | § § § § § § § § § § § | Civil Action No. 6:12-CV-688-LED <br><br> JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE AS COUNSEL

Defendant Imageware Systems, Inc. files this Notice of Appearance as Counsel and hereby notifies the Court that Daniel A. Noteware, Jr. of the law firm Potter Minton, P.C., 110 N. College Ave., Suite 500, Tyler, Texas 75702 is appearing as counsel for Defendant Imageware Systems, Inc.  All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated: October 18, 2013

                Respectfully submitted,

                */s/ Daniel A. Noteware, Jr.*
                DANIEL A. NOTEWARE, JR.
                State Bar No. 24051123
                POTTER MINTON, PC
                dannynoteware@potterminton.com
                110 N. College Ave., Suite 500

Tyler, Texas 75702  
Telephone: 903.597.8311  
Fax: 903.593.0846  

**ATTORNEYS FOR DEFENDANTS**  
**IMAGEWARE SYSTEMS, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on October 18, 2013. Any other counsel of record will be served by First Class U.S. mail on this same date.

*/s/ Daniel A. Noteware, Jr.*