IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> TEXAS INSTRUMENTS, INC., *et al.*, <br><br> Defendants. | § § § § § § § § § § § § § | Civil Action No. 6:12-cv-499 <br><br> LEAD CASE |
| BLUE SPIKE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> AOPTIX TECHNOLOGIES, INC., <br><br> Defendant. | § § § § § § § § § § § § § | Civil Action Case No. 6:13-cv-40 <br><br> CONSOLIDATED CASE |

**SUPPLEMENTAL DECLARATION OF THOMAS RAINWATER IN SUPPORT OF DEFENDANT'S MOTION TO STRIKE BLUE SPIKE'S IMPROPERLY-FILED SUPPLEMENTAL COMPLAINT AND TO DISMISS THE ACTION FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE**

I, Thomas Rainwater, declare as follows:

1. I am the Contracts and Security Manager of AOptix Technologies, Inc. ("AOptix"). I have personal knowledge of the facts set forth herein and could and would testify competently thereto if called as a witness. I make this Declaration in support of Defendant AOptix's Motion to Strike Blue Spike's Improperly-Filed Supplemental Complaint and to Dismiss the Action for Lack of Personal Jurisdiction and Improper Venue.

1

2. No partner or distributor of AOptix has sold any AOptix products to customers in Texas.

3. To AOptix's knowledge, no partner or distributor has solicited customers for AOptix's products in Texas.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 18th day of October, 2013 at Campbell, California.

_____
Thomas Rainwater

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

October 18, 2013

/s/ Bryan A. Kohm  
Bryan A. Kohm
