UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **Blue Spike, LLC,**<br><br>  *Plaintiff*,<br><br>v.<br><br>**Texas Instruments, Inc., et al.,**<br><br>  *Defendants*. | **CASE NO. 6:12-cv-499 MHS**<br><br>**LEAD CASE**<br><br>**Jury Trial Demanded** |

**ORDER OF DISMISSAL WITH PREJUDICE OF FREE STREAM MEDIA CORP.**

Pursuant to Fed. R. Civ. P. 41(a), recognizing the Agreed Motion to Dismiss Free Stream Media Corporation filed by plaintiff Blue Spike, LLC and defendant Free Stream Media Corporation pursuant to a settlement of the above-captioned litigation between the parties, it is ordered as follows:

ORDERED that the claims asserted herein by plaintiff Blue Spike, LLC against defendant Free Stream Media Corporation be, and hereby are, dismissed with prejudice;

ORDERED that the counterclaims and defenses asserted herein by defendant Free Stream Media Corporation against plaintiff Blue Spike, LLC be, and hereby are, dismissed with prejudice; and

ORDERED that the parties shall bear their own attorneys' fees, expenses and costs.

**It is SO ORDERED.**

SIGNED this 22nd day of October, 2013.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE