UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **Blue Spike, LLC,** | § | |
| *Plaintiff*, | § | **CASE NO. 6:12-cv-499 MHS** |
| v. | § | **LEAD CASE** |
| **Texas Instruments, Inc., et al.,** | § | **Jury Trial Demanded** |
| *Defendants*. | § | |

**ORDER OF DISMISSAL WITH PREJUDICE OF DIGITALPERSONA, INC.**

Pursuant to Fed. R. Civ. P. 41(a), recognizing the Agreed Motion to Dismiss DigitalPersona, Inc. filed by plaintiff Blue Spike, LLC and defendant DigitalPersona, Inc. pursuant to a settlement of the above-captioned litigation between the parties, it is ordered as follows:

ORDERED that the claims asserted herein by plaintiff Blue Spike, LLC against defendant DigitalPersona, Inc. be, and hereby are, dismissed with prejudice;

ORDERED that the counterclaims and defenses asserted herein by defendant DigitalPersona, Inc. against plaintiff Blue Spike, LLC be, and hereby are, dismissed with prejudice; and

ORDERED that the parties shall bear their own attorneys' fees, expenses and costs.

It is SO ORDERED.

SIGNED this 22nd day of October, 2013.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE