UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> TEXAS INSTRUMENTS, INC., et al., <br><br> *Defendants*. | § § § § § § § § § § § | CASE NO. 6:12-cv-499 MHS <br><br> LEAD CASE <br><br> Jury Trial Demanded |
| BLUE SPIKE, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> FUJITSU AMERICA, INC., FUJITSU SEMICONDUCTOR AMERICA, INC., FUJITSU COMPUTER PRODUCTS OF AMERICA, INC. and FUJITSU FRONTECH NORTH AMERICA, INC., <br><br> *Defendants*. | § § § § § § § § § § § § § § § § | CASE NO. 6:12-cv-616 MHS <br><br> CONSOLIDATED CASE <br><br> Jury Trial Demanded |

## AGREED MOTION TO DISMISS

Plaintiff Blue Spike, LLC, on the one hand, and defendants Fujitsu America, Inc., Fujitsu Semiconductor America, Inc., formerly known as Fujitsu Microelectronics America, Inc., Fujitsu Computer Products of America, Inc. and Fujitsu Frontech North America, Inc., on the other, have reached a settlement of the above-captioned matter and have agreed to dismiss all claims, counterclaims, and causes of action between them.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Blue Spike, LLC stipulates to the dismissal with prejudice of all claims and

causes of action asserted in this case against defendants Fujitsu America, Inc., Fujitsu Semiconductor America, Inc., formerly known as Fujitsu Microelectronics America, Inc., Fujitsu Computer Products of America, Inc. and Fujitsu Frontech North America, Inc., and defendants Fujitsu America, Inc., Fujitsu Semiconductor America, Inc., formerly known as Fujitsu Microelectronics America, Inc., Fujitsu Computer Products of America, Inc. and Fujitsu Frontech North America, Inc. stipulate to the dismissal with prejudice of all counterclaims and defenses asserted in this case against Blue Spike, LLC. The parties shall bear their own attorneys' fees, expenses and costs.

Respectfully submitted,

/s/ Randall T. Garteiser
Randall T. Garteiser
  Lead Attorney
  Texas Bar No. 24038912
  rgarteiser@ghiplaw.com
Christopher A. Honea
  Texas Bar No. 24059967
  chonea@ghiplaw.com
Christopher S. Johns
  Texas Bar No. 24044849
  cjohns@ghiplaw.com
GARTEISER HONEA, P.C.
218 North College Avenue
Tyler, Texas 75702
(903) 705-0828
(903) 526-5477 fax

Kirk J. Anderson
  California Bar No. 289043
Peter S. Brasher
  California Bar No. 283992

/s/ Robert F. Kramer
Robert F. Kramer
DENTONS US, LLP
1530 Page Mill Road, Suite 200
Palo Alto, CA 94304-1125
United States
D +1 650 798 0300
robert.kramer@dentons.com

ATTORNEYS FOR DEFENDANTS
Fujitsu America, Inc., Fujitsu Semiconductor America, Inc., formerly known as Fujitsu Microelectronics America, Inc., Fujitsu Computer Products of America, Inc. and Fujitsu Frontech North America, Inc.

GARTEISER HONEA, P.C.
44 North San Pedro Road
San Rafael, California 94903
(415) 785-3762
(415) 785-3805 fax

*ATTORNEYS FOR BLUE SPIKE, LLC*

## CERTIFICATE OF SERVICE

 The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email.

                  /s/ Randall T. Garteiser

## CERTIFICATE OF CONFERENCE

 I certify that on behalf of Blue Spike, LLC, I have met and conferred with counsel for Defendant on October 23, 2013 regarding the relief requested herein. Counsel for Defendant has agreed to this motion.

                  /s/ Christopher A. Honea