UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC., et al.,<br><br>*Defendants*. | § § § § § § § § § § § | CASE NO. 6:12-cv-499 MHS<br><br>LEAD CASE<br><br>Jury Trial Demanded |
| BLUE SPIKE, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>FUJITSU AMERICA, INC., FUJITSU SEMICONDUCTOR AMERICA, INC., FUJITSU COMPUTER PRODUCTS OF AMERICA, INC. and FUJITSU FRONTECH NORTH AMERICA, INC.,<br><br>*Defendants*. | § § § § § § § § § § § § § § § | CASE NO. 6:12-cv-616 MHS<br><br>CONSOLIDATED CASE<br><br>Jury Trial Demanded |

## **ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a), recognizing the Agreed Motion to Dismiss filed by plaintiff Blue Spike, LLC and defendants Fujitsu America, Inc., Fujitsu Semiconductor America, Inc., formerly known as Fujitsu Microelectronics America, Inc., Fujitsu Computer Products of America, Inc. and Fujitsu Frontech North America, Inc. pursuant to a settlement of the above-captioned litigation between the parties, it is ordered as follows:

ORDERED that the claims asserted herein by plaintiff Blue Spike, LLC against defendants Fujitsu America, Inc., Fujitsu Semiconductor America, Inc.,

formerly known as Fujitsu Microelectronics America, Inc., Fujitsu Computer Products of America, Inc. and Fujitsu Frontech North America, Inc. be, and hereby are, dismissed with prejudice;

ORDERED that the counterclaims and defenses asserted herein by defendants Fujitsu America, Inc., Fujitsu Semiconductor America, Inc., formerly known as Fujitsu Microelectronics America, Inc., Fujitsu Computer Products of America, Inc. and Fujitsu Frontech North America, Inc. against plaintiff Blue Spike, LLC be, and hereby are, dismissed with prejudice; and

ORDERED that the parties shall bear their own attorneys' fees, expenses and costs.