UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § § | |
| *Plaintiff,* | § § | Case No. 6:12-cv-499 MHS |
| v. | § § | Lead Case |
| Texas Instruments, Inc. et al., | § § | Jury Trial Demanded |
| *Defendants.* | § § § | |

**ORDER DENYING AXXONSOFT'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

On this day came for consideration Defendants AxxonSoft, Inc. and AxxonSoft, Ltd.'s ("AxxonSoft's") motion to dismiss Plaintiff Blue Spike, LLC's first amended complaint (Dkt. 1019). Having considered both AxxonSoft's motion and supporting papers and Blue Spike, LLC's opposition and supporting papers, the Court is of the opinion that said motion should be DENIED.

IT IS SO ORDERED.