# Exhibit 1



HOME > IDENTITY SOLUTIONS > SMART MOBILE IDENTITY > PRODUCTS > STRATUS APP FOR IOS

# Stratus App for iOS

The AOptix Stratus App follows Apple iOS design standards with a simple and intuitive interface. The App guides the user through seamless workflows, triggering automated capture of each of four biometric modalities: iris, face, fingerprint and voice. Real-time feedback guides the user through capture and review of each modality record, and secure storage and transmission of unified multi-biometric files. The AOptix Stratus App may be used in conjunction with AOptix Stratus MX for iris, face, fingerprint, and voice biometric capture. In addition, it may be used independently on the iPhone for face and voice capture.



See AOptix Stratus in Action - Watch Video:

**Resources**

AOptix Stratus App for iOS Datasheet





Identity Solutions | Communications | Partners | News & Events | About Us | Contact | Blog
© 2013 AOptix Technologies, Inc.