# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC ) | |
| ) | |
| Plaintiff, ) | Case No. 6:12-CV-00499 MHS |
| ) | (Lead Case) |
| vs. ) | |
| ) | |
| TEXAS INSTRUMENTS, INC., ) | |
| ) | |
| BLUE SPIKE, LLC ) | |
| ) | |
| Plaintiff, ) | Case No. 6:12-CV-00572 MHS |
| ) | (Member Case) |
| vs. ) | |
| ) | |
| TECHNICOLOR USA, INC. and ) | **JURY TRIAL DEMANDED** |
| TECHNICOLOR S.A., ) | |
| ) | |
| Defendants. ) | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to FED. R.CIV. P. 7.1, Defendant Technicolor S.A., Inc. files its Corporate Disclosure Statement and states that there is no parent corporation, and 10% or more of its stock is held by Vector TCH (Lux) 1, S.a.r.l.

Date: November 1, 2013

Respectfully submitted,

 /s/ R. Trevor Carter
R. Trevor Carter
**FAEGRE BAKER DANIELS LLP**
300 North Meridian St., Suite 2700
Indianapolis, IN  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
Email:      trevor.carter@faegrebd.com

dms.us.52951173.01

        Wesley Hill
**WARD & SMITH LAW FIRM**
1127 Judson Rd., Suite 220
Longview, TX 75601
Telephone: (903) 757-6400
Facsimile: (903) 212-3937
Email: wh@wsfirm.com

*Counsel for Defendant Technicolor S.A., Inc.*

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on November 1, 2013. As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

      /s/ R. Trevor Carter
R. Trevor Carter
**FAEGRE BAKER DANIELS LLP**