# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC | ) |
|       Plaintiff, | ) Case No. 6:12-CV-00499 MHS |
|     vs. | ) (Lead Case) |
| TEXAS INSTRUMENTS, INC., | ) |
| BLUE SPIKE, LLC | ) |
|       Plaintiff, | ) Case No. 6:12-CV-00572 MHS |
|     vs. | ) (Member Case) |
| TECHNICOLOR USA, INC. and TECHNICOLOR S.A., | ) **JURY TRIAL DEMANDED** |
|       Defendants. | ) |

## **CORPORATE DISCLOSURE STATEMENT**

Pursuant to FED. R.CIV. P. 7.1, Defendant Technicolor USA, Inc. files its Corporate Disclosure Statement stating that it is a wholly owned subsidiary of Technicolor S.A., a publicly traded French company.

Date:   November 1, 2013            Respectfully submitted,

                                                */s/ R. Trevor Carter*
                                                R. Trevor Carter
                                                **FAEGRE BAKER DANIELS LLP**
                                                300 North Meridian St., Suite 2700
                                                Indianapolis, IN  46204
                                                Telephone:   (317) 237-0300
                                                Facsimile:    (317) 237-1000
                                                Email:         trevor.carter@faegrebd.com

        Wesley Hill
**WARD & SMITH LAW FIRM**
1127 Judson Rd., Suite 220
Longview, TX  75601
Telephone:   (903) 757-6400
Facsimile:    (903) 212-3937
Email:          wh@wsfirm.com

*Counsel for Defendant Technicolor USA, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on November 1, 2013.  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).

      /s/ R. Trevor Carter
R. Trevor Carter
**FAEGRE BAKER DANIELS LLP**

dms.us.51231819.01