IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
| | § | |
| Plaintiff, | § | CONSOLIDATED CIVIL ACTION |
| v. | § | NO. **6:12-cv-00499**-LED |
| | § | |
| TEXAS INSTRUMENTS, INC. *et al.*, | § | |
| | § | JURY TRIAL DEMANDED |
| Defendant. | § | |

**NOTICE OF REQUEST FOR TERMINATION OF
<u>ELECTRONIC NOTIFICATIONS BY FREE STREAM MEDIA CORP.</u>**

Pursuant to Local Rule CV-11(f), Brett Pinkus, counsel for now-dismissed Defendant FREE STREAM MEDIA CORP., respectfully requests termination of electronic notifications of filings in the above-entitled and numbered civil action. The Order of Dismissal with Prejudice was granted on October 22, 2013 (Dkt. No. 1065).

**Dated:  November 4, 2013.**

Respectfully submitted,

/s/  Brett M. Pinkus
State Bar No. 24076625
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
Ph.:  817.334.0400
Fax: 817.334.0401
pinkus@fsclaw.com

**ATTORNEYS FOR DEFENDANT
FREE STREAM MEDIA CORP.**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 4th day of November, 2013, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Tyler Division, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                              /s/ Brett M. Pinkus