# Exhibit 1

# USPTO Patent Full-Text and Image Database

[Home] [Quick] [Advanced] [Pat Num] [Help]
[Next List] [Bottom] [View Cart]

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**7346472**: 65 patents.
Hits 1 through 50 out of 65

[Final 15 Hits]

[Jump To] [ ]

[Refine Search] [7346472]

| PAT. NO. | | Title |
|---|---|---|
| 1 | 8,568,234 | T Simulating musical instruments |
| 2 | 8,562,403 | T Prompting a player of a dance game |
| 3 | 8,550,908 | T Simulating musical instruments |
| 4 | 8,549,305 | T Steganographic method and device |
| 5 | 8,542,831 | T Multiple transform utilization and application for secure digital watermarking |
| 6 | 8,538,011 | T Systems, methods and devices for trusted transactions |
| 7 | 8,526,611 | T Utilizing data reduction in steganographic and cryptographic systems |
| 8 | 8,521,779 | T Metadata record generation |
| 9 | 8,488,838 | T Combined watermarking and fingerprinting |
| 10 | 8,473,746 | T Methods, systems and devices for packet watermarking and efficient provisioning of bandwidth |
| 11 | RE44,307 | T Methods, systems and devices for packet watermarking and efficient provisioning of bandwidth |
| 12 | 8,467,525 | T Steganographic method and device |
| 13 | 8,465,366 | T Biasing a musical performance input to a part |
| 14 | 8,449,360 | T Displaying song lyrics and vocal cues |
| 15 | 8,444,486 | T Systems and methods for indicating input actions in a rhythm-action game |
| 16 | 8,444,464 | T Prompting a player of a dance game |
| 17 | RE44,222 | T Methods, systems and devices for packet watermarking and efficient provisioning of bandwidth |
| 18 | 8,439,733 | T Systems and methods for reinstating a player within a rhythm-action game |
| 19 | 8,307,213 | T Method and system for digital watermarking |
| 20 | 8,281,140 | T Optimization methods for the insertion, protection, and detection of digital watermarks in digital data |
| 21 | 8,271,795 | T Security based on subliminal and supraliminal channels for data objects |
| 22 | 8,265,278 | T System and methods for permitting open access to data objects and for securing data within the data objects |
| 23 | 8,265,276 | T Method for combining transfer functions and predetermined key creation |
| 24 | 8,256,665 | T Methods and systems for interacting with physical objects |
| 25 | 8,238,553 | T Steganographic method and device |
| 26 | 8,225,099 | T Linear predictive coding implementation of digital watermarks |
| 27 | 8,224,705 | T Methods, systems and devices for packet watermarking and efficient provisioning of bandwidth |
| 28 | 8,214,175 | T Method and device for monitoring and analyzing signals |
| 29 | 8,189,776 | T Method and system for encoding multimedia content based on secure coding schemes using stream cipher |
| 30 | 8,175,330 | T Optimization methods for the insertion, protection, and detection of digital watermarks in digitized data |
| 31 | 8,171,561 | T Secure personal content server |

32 8,161,286 T Method and system for digital watermarking
33 8,160,249 T Utilizing data reduction in steganographic and cryptographic system
34 8,151,113 T Methods and devices responsive to ambient audio
35 8,150,032 T Methods for controlling rendering of images and video
36 8,121,843 T Fingerprint methods and systems for media signals
37 8,121,343 T Optimization methods for the insertion, protection, and detection of digital watermarks in digitized data
38 8,104,079 T Methods, systems and devices for packet watermarking and efficient provisioning of bandwidth
39 8,051,169 T Methods and systems useful in linking from objects to remote resources
40 8,046,841 T Steganographic method and device
41 8,000,495 T Digital watermarking systems and methods
42 7,991,188 T Optimization methods for the insertion, protection, and detection of digital watermarks in digital data
43 7,987,371 T Optimization methods for the insertion, protection, and detection of digital watermarks in digital data
44 7,953,981 T Optimization methods for the insertion, protection, and detection of digital watermarks in digital data
45 7,949,494 T Method and device for monitoring and analyzing signals
46 7,930,545 T Optimization methods for the insertion, protection, and detection of digital watermarks in digital data
47 7,913,087 T Optimization methods for the insertion, protection, and detection of digital watermarks in digital data
48 7,877,609 T Optimization methods for the insertion, protection, and detection of digital watermarks in digital data
49 7,870,393 T Steganographic method and device
50 7,844,074 T Optimization methods for the insertion, protection, and detection of digital watermarks in digitized data