# Exhibit 1



CONTACT US | SUPPORT | PARTNER LOGIN | CHOOSE LANGUAGE    SEARCH

HOME | ABOUT US | PRODUCTS | INTEGRATION SOLUTIONS | RESOURCES | SERVICES | NEWSROOM | FEEDBACK

OUR GOAL IS TO PROVIDE YOU WITH THE RIGHT TOOLS FOR THE JOB.



UNIVERSAL SERIES

GLOBAL SERIES

CLICK BELOW TO RECEIVE OUR WORKFORCE TECH JOURNAL





universal series
powerful workforce management

We designed the Universal Series to give you a range of flexible and powerful terminals. With high quality color screens, a variety of readers and options, expandable memory, and modern communications the Universal Series will grow with your needs.

 **FLEXpoint** – For full-featured workforce management, employee self-service, the ability to display large amounts of information on a color touch screen, a high-speed processor, and input flexibility.

 **PEOPLEpoint** – For full-featured workforce management, employee self-service, an easy-to-read color touch display, and a variety of input choices.

 **SMARTpoint** – For efficient management of punches, schedules, timecards, and other information presented on an easy-to-read display.

 **PAYmate** - A user-friendly time and attendance terminal, featuring Ethernet connectivity and power-over-Ethernet for improved workforce management.

 **AccuTouch USB** - A fingerprint scanner that speeds up the enrollment process of employees and can act as a biometric reader for PC-based time & attendance applications.

