# Exhibit 2

# USPTO Patent Full-Text and Image Database

[Home] [Quick] [Advanced] [Pat Num] [Help]

[Next List] [Bottom] [View Cart]

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**7346472**: 65 patents.
Hits 1 through 50 out of 65

[Final 15 Hits]

[Jump To] [     ]

[Refine Search] [7346472]

| | PAT. NO. | Title |
|---|---|---|
| 1 | 8,568,234 | T Simulating musical instruments |
| 2 | 8,562,403 | T Prompting a player of a dance game |
| 3 | 8,550,908 | T Simulating musical instruments |
| 4 | 8,549,305 | T Steganographic method and device |
| 5 | 8,542,831 | T Multiple transform utilization and application for secure digital watermarking |
| 6 | 8,538,011 | T Systems, methods and devices for trusted transactions |
| 7 | 8,526,611 | T Utilizing data reduction in steganographic and cryptographic systems |
| 8 | 8,521,779 | T Metadata record generation |
| 9 | 8,488,838 | T Combined watermarking and fingerprinting |
| 10 | 8,473,746 | T Methods, systems and devices for packet watermarking and efficient provisioning of bandwidth |
| 11 | RE44,307 | T Methods, systems and devices for packet watermarking and efficient provisioning of bandwidth |
| 12 | 8,467,525 | T Steganographic method and device |
| 13 | 8,465,366 | T Biasing a musical performance input to a part |
| 14 | 8,449,360 | T Displaying song lyrics and vocal cues |
| 15 | 8,444,486 | T Systems and methods for indicating input actions in a rhythm-action game |
| 16 | 8,444,464 | T Prompting a player of a dance game |
| 17 | RE44,222 | T Methods, systems and devices for packet watermarking and efficient provisioning of bandwidth |
| 18 | 8,439,733 | T Systems and methods for reinstating a player within a rhythm-action game |
| 19 | 8,307,213 | T Method and system for digital watermarking |
| 20 | 8,281,140 | T Optimization methods for the insertion, protection, and detection of digital watermarks in digital data |
| 21 | 8,271,795 | T Security based on subliminal and supraliminal channels for data objects |
| 22 | 8,265,278 | T System and methods for permitting open access to data objects and for securing data within the data objects |
| 23 | 8,265,276 | T Method for combining transfer functions and predetermined key creation |
| 24 | 8,256,665 | T Methods and systems for interacting with physical objects |
| 25 | 8,238,553 | T Steganographic method and device |
| 26 | 8,225,099 | T Linear predictive coding implementation of digital watermarks |
| 27 | 8,224,705 | T Methods, systems and devices for packet watermarking and efficient provisioning of bandwidth |
| 28 | 8,214,175 | T Method and device for monitoring and analyzing signals |
| 29 | 8,189,776 | T Method and system for encoding multimedia content based on secure coding schemes using stream cipher |
| 30 | 8,175,330 | T Optimization methods for the insertion, protection, and detection of digital watermarks in digitized data |
| 31 | 8,171,561 | T Secure personal content server |

32 8,161,286 Method and system for digital watermarking
33 8,160,249 Utilizing data reduction in steganographic and cryptographic system
34 8,151,113 Methods and devices responsive to ambient audio
35 8,150,032 Methods for controlling rendering of images and video
36 8,121,843 Fingerprint methods and systems for media signals
37 8,121,343 Optimization methods for the insertion, protection, and detection of digital watermarks in digitized data
38 8,104,079 Methods, systems and devices for packet watermarking and efficient provisioning of bandwidth
39 8,051,169 Methods and systems useful in linking from objects to remote resources
40 8,046,841 Steganographic method and device
41 8,000,495 Digital watermarking systems and methods
42 7,991,188 Optimization methods for the insertion, protection, and detection of digital watermarks in digital data
43 7,987,371 Optimization methods for the insertion, protection, and detection of digital watermarks in digital data
44 7,953,981 Optimization methods for the insertion, protection, and detection of digital watermarks in digital data
45 7,949,494 Method and device for monitoring and analyzing signals
46 7,930,545 Optimization methods for the insertion, protection, and detection of digital watermarks in digital data
47 7,913,087 Optimization methods for the insertion, protection, and detection of digital watermarks in digital data
48 7,877,609 Optimization methods for the insertion, protection, and detection of digital watermarks in digital data
49 7,870,393 Steganographic method and device
50 7,844,074 Optimization methods for the insertion, protection, and detection of digital watermarks in digitized data