## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § | |
| *Plaintiff,* | § | CASE NO. 6:12-cv-499 MHS |
| | § | |
| v. | § | LEAD CASE |
| | § | Jury Trial Demanded |
| Texas Instruments, Inc., et al., | § | |
| *Defendants.* | § | |
| | § | |
| Blue Spike, LLC, | § | |
| *Plaintiff,* | § | CASE NO. 6:13-CV-87 MHS |
| | § | CONSOLIDATED CASE |
| v. | § | |
| | § | Jury Trial Demanded |
| Hitachi America, Ltd., | § | |
| *Defendant.* | § | |

## AGREED MOTION TO DISMISS HITACHI AMERICA, LTD.

Plaintiff Blue Spike, LLC, on the one hand, and Defendant Hitachi America, Ltd., on the other, have reached a settlement of the above-captioned matter and have agreed to dismiss the claims, counterclaims, and causes of action between them.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Blue Spike, LLC stipulates to the dismissal with prejudice of all claims and causes of action asserted in this case against Defendant Hitachi America, Ltd., and Defendant Hitachi America, Ltd. stipulates to the dismissal with prejudice of all counterclaims and defenses asserted in this case against Blue Spike, LLC. The parties shall bear their own attorneys'

fees, expenses and costs.


By: ___/s/ Randall T. Garteiser___       By: ___/s/ Matthew J. Ricciardi___

 Randall T. Garteiser                    Charles D. Ossola (pro hac vice)
 Lead Attorney                        Matthew J. Ricciardi (DC #501365)
 Texas Bar No. 24038912           VINSON & ELKINS LLP
 rgarteiser@ghiplaw.com            2200 Pennsylvania Avenue NW
Christopher A. Honea                 Suite 500 West
 Texas Bar No. 24059967           Washington, DC 20037
 chonea@ghiplaw.com              Tel: (202) 639-6500
Christopher S. Johns                 Fax: (202) 639-6604
 Texas Bar No. 24044849           mricciardi@velaw.com
 cjohns@ghiplaw.com
GARTEISER HONEA, P.C.
218 North College Avenue            *Counsel for Defendant*
Tyler, Texas 75702                  *Hitachi America, Ltd.*
(903) 705-0828
(903) 526-5477 fax

Kirk J. Anderson
 California Bar No. 289043
Peter S. Brasher
 California Bar No. 283992
GARTEISER HONEA, P.C.
44 North San Pedro Road
San Rafael, California 94903
(415) 785-3762
(415) 785-3805 fax

***ATTORNEYS FOR BLUE SPIKE, LLC***

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email.

　　　　　　　　　　　　　　　　　　　　　/s/ Randall T. Garteiser

**CERTIFICATE OF CONFERENCE**

I certify that on behalf of Blue Spike, LLC, I have met and conferred with counsel for Defendant on November 13, 2013 regarding the relief requested herein. Counsel for Defendant has agreed to this motion.

　　　　　　　　　　　　　　　　　　　　　/s/ Christopher A. Honea