IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, <br>  *Plaintiff,* <br> v. <br> Texas Instruments, Inc., et al., <br>  *Defendants.* | § § § § § § § § § | CASE NO. 6:12-cv-499 MHS <br> LEAD CASE <br> Jury Trial Demanded |
| Blue Spike, LLC, <br>  *Plaintiff,* <br> v. <br> Hitachi America, Ltd., <br>  *Defendant.* | § § § § § § § § § | CASE NO. 6:13-CV-87 MHS <br> CONSOLIDATED CASE <br> Jury Trial Demanded |

**ORDER OF DISMISSAL WITH PREJUDICE OF HITACHI AMERICA, LTD.**

Pursuant to Fed. R. Civ. P. 41(a), recognizing the Agreed Motion to Dismiss Hitachi America, Ltd. filed by plaintiff Blue Spike, LLC ("Blue Spike") and defendant Hitachi America, Ltd. ("HAL") pursuant to a settlement of the above-captioned litigation between the parties, it is ordered as follows:

**ORDERED** that the claims asserted herein by Blue Spike against HAL be, and hereby are, dismissed with prejudice;

**ORDERED** that the counterclaims and defenses asserted herein by HAL against Blue Spike be, and hereby are, dismissed with prejudice; and

**ORDERED** that the parties shall bear their own attorneys' fees, expenses and costs.