# UNITED STATES DISTRICT COURT
# FOR THE EASTER DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **Blue Spike, LLC** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Case No. 6:12-cv-499 |
| | § | |
| **Texas Instruments, Inc.** | § | |
| | § | |
| **Defendants** | § | |

---

| | | |
|---|---|---|
| **Blue Spike, LLC** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| | § | |
| v. | § | Case No. 6:13-cv-00124 |
| | § | |
| **Cognitec Systems Corporation** | § | |
| **Cognitec Systems GmbH** | § | |
| | § | |
| **Defendants** | § | |

## COGNITEC SYSTEMS GMBH's CORPORATE DISCLOSURE STATEMENT
## PURSUANT TO FED. R. CIV. P. 7.1

Defendant Cognitec Systems GmbH files this Disclosure Statement pursuant to Fed. R. Civ. P. 7.1, and states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

/s/ Dwayne K. Goetzel
Eric B. Meyertons
Texas State Bar No. 14004400
Dwayne K. Goetzel
Texas State Bar No. 08059500
Ryan T. Beard
Texas State Bar No. 24012264
MEYERTONS, HOOD, KIVLIN,
  KOWERT & GOETZEL, P.C.
1120 S. Capital of Texas Hwy.
Building 2, Suite 300
Austin, Texas 78746
(512) 853-8800 (telephone)
(512) 853-8801 (facsimile)

**ATTORNEYS FOR DEFENDANT
COGNITEC SYSTEMS GMBH**

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 14th day of November 2013.

/s/ Dwayne K. Goetzel