# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC., et al.<br><br>        Defendants. | Civil Action No. 6:12-CV-499-LED<br><br>**LEAD CASE**<br><br>**CONSOLIDATED WITH**<br>Civil Action No. 6:12-CV-759-LED<br><br>**JURY TRIAL DEMANDED** |

## REQUEST FOR TERMINATION OF ELECTRONIC NOTICES

    NOW COMES Anne M. Rogaski of Kilpatrick Townsend & Stockton LLP, and pursuant to Rule CV-11(f), requests that the Clerk of this Court remove her name from the list of persons authorized to receive electronic notice in the above-styled and numbered civil actions.

DATED: November 14, 2013    Respectfully submitted,

    By:    /s/ *Anne M. Rogaski*
          ANNE M. ROGASKI
          KILPATRICK TOWNSEND & STOCKTON LLP
          1080 Marsh Road
          Menlo Park, CA 94025
          Tel.: (650) 326-2400
          Fax: (650) 326-2422
          Email: arogaski@kilpatricktownsend.com

          Michael E. Jones (State Bar No. 10929400)
          Allen F. Gardner (State Bar No. 24043679)
          POTTER MINTON
          A Professional Corporation
          110 N. College, Suite 500
          Tyler Texas 75702
          Tel.: (903) 597-8311
          Fax: (903) 593-0846
          Emails: mikejones@potterminton.com
                    allengardner@potterminton.com

        **Attorneys for Defendant**
        **DIGITALPERSONAL, INC.**

- 2 -

## CERTIFICATE OF SERVICE

  I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 14th day of November, 2013, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                /s/ *Anne M. Rogaski*

65803873V.1