**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC., et al.<br><br>    Defendants. | **Civil Action No. 6:12-CV-499-LED**<br><br>**LEAD CASE**<br><br>**CONSOLIDATED WITH**<br>Civil Action No. 6:12-CV-759-LED<br><br>**JURY TRIAL DEMANDED** |

### REQUEST FOR TERMINATION OF ELECTRONIC NOTICES

  NOW COMES Anne M. Rogaski of Kilpatrick Townsend & Stockton LLP, and pursuant to Rule CV-11(f), requests that the Clerk of this Court remove her name from the list of persons authorized to receive electronic notice in the above-styled and numbered civil actions.

DATED: November 15, 2013  Respectfully submitted,

    By: /s/ *Anne M. Rogaski*
      ANNE M. ROGASKI
      KILPATRICK TOWNSEND & STOCKTON LLP
      1080 Marsh Road
      Menlo Park, CA 94025
      Tel.: (650) 326-2400
      Fax: (650) 326-2422
      Email: arogaski@kilpatricktownsend.com

      Michael E. Jones (State Bar No. 10929400)
      Allen F. Gardner (State Bar No. 24043679)
      POTTER MINTON
      A Professional Corporation
      110 N. College, Suite 500
      Tyler Texas 75702
      Tel.: (903) 597-8311
      Fax: (903) 593-0846
      Emails: mikejones@potterminton.com
         allengardner@potterminton.com

    **Attorneys for Defendant
    DIGITALPERSONAL, INC.**

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 15th day of November, 2013, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                                          /s/ *Anne M. Rogaski*

65803873V.1