IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § § § | |
| Plaintiff, | § § | Civil Action No. 6:12-cv-499-LED |
| v. | § § | (LEAD CASE) |
| TEXAS INSTRUMENTS, INC., *et al.*, | § § | JURY TRIAL DEMANDED |
| Defendants. | § § | |
| BLUE SPIKE, LLC, | § § | |
| Plaintiff, | § § | Civil Action No. 6:12-cv-646-LED |
| v. | § § | (CONSOLIDATED WITH LEAD CASE NO. 6:12-cv-499-LED) |
| TVTAK USA, INC. and TVTAK, LTD., | § § | JURY TRIAL DEMANDED |
| Defendants. | § § | |

## REQUEST FOR TERMINATION OF ELECTRONIC NOTICES

NOW COMES Mark D. Strachan and Shawn C. Long of the law firm of Sayles Werbner, P.C., on behalf of Defendants, TVTak USA, Inc. and TVTak, Ltd., and pursuant to Rule CV-11(f), requests that the Clerk of this Court remove their names from the list of persons authorized to receive electronic notice in the above-styled and numbered civil actions.

Respectfully submitted,

/s/  Mark D. Strachan
Mark D. Strachan (mstrachan@swtriallaw.com)

/s/  Shawn C. Long
Shawn C. Long (slong@swtriallaw.com)

SAYLES │ WERBNER
1201 Elm Street, Suite 4400
Dallas, TX 75270
Telephone: (214) 939-8700
Facsimile: (214) 939-8787

*Attorneys for Defendant TvTak USA, Inc. and TvTak Ltd.*

## CERTIFICATE OF SERVICE

I certify that counsel of record have been served with a copy of the foregoing document via the Court's CM/ECF system according to Local Rule CV-5 on this 25th day of November, 2013.

/s/  Mark D. Strachan
Mark D. Strachan