IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC,<br> *Plaintiff*,<br>v.<br>Texas Instruments, Inc., et al.,<br> *Defendants*. | § § § § § § § § § | CASE NO. 6:12-cv-499 MHS<br>LEAD CASE<br>Jury Trial Demanded |
| Blue Spike, LLC,<br> *Plaintiff*,<br>v.<br>The Echo Nest Corporation,<br> *Defendant*. | § § § § § § § § § | CASE NO. 6:12-CV-528 MHS<br>CONSOLIDATED CASE<br>Jury Trial Demanded |

**ORDER OF DISMISSAL WITH PREJUDICE OF THE ECHO NEST CORPORATION**

Pursuant to Fed. R. Civ. P. 41(a), recognizing the Agreed Motion to Dismiss The Echo Nest Corporation filed by plaintiff Blue Spike, LLC ("Blue Spike") and defendant The Echo Nest Corporation ("Echo Nest"), it is ordered as follows:

**ORDERED** that the claims and causes of action asserted herein by Blue Spike against Echo Nest be, and hereby are, dismissed with prejudice;

**ORDERED** that the counterclaims and causes of action asserted herein by Echo Nest against Blue Spike be, and hereby are, dismissed with prejudice; and

**ORDERED** that the parties shall bear their own attorneys' fees, expenses and costs.