IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § § § | |
| *Plaintiff*, | § § | CASE NO. 6:12-cv-499 MHS |
| v. | § § § | LEAD CASE |
| Texas Instruments, Inc., et al., | § § | Jury Trial Demanded |
| *Defendants*. | § § § § | |

**NOTICE OF MOOTNESS OF DEFENDANTS' PENDING MOTIONS TO DISMISS (DKT. NOS. 1111 & 1112)**

Plaintiff Blue Spike, LLC hereby provides notice to the Court that Defendant Soundmouse, Ltd.'s "Motion to Dismiss Plaintiff's Indirect Infringement and Willful Infringement Claims Fed. R. Civ. P. 12(b)(6)" (Dkt. No. 1111) and Defendants Cognitec Systems, Corp. and Cognitec Systems GmbH's "Motion to Dismiss Plaintiff's Indirect Infringement and Willful Infringement Claims Pursuant to Fed. R. Civ. P. 12(b)(6)" (Dkt. No. 1112) are moot in light of Blue Spike's First Amended Complaints (Dkt. Nos. 1116 & 1115 respectively) filed against the Defendants.

Respectfully submitted,

/s/ Randall T. Garteiser
Randall T. Garteiser
 Lead Attorney
 Texas Bar No. 24038912
 rgarteiser@ghiplaw.com
Christopher A. Honea
 Texas Bar No. 24059967
 chonea@ghiplaw.com

Christopher S. Johns
  Texas Bar No. 24044849
  cjohns@ghiplaw.com
GARTEISER HONEA, P.C.
218 North College Avenue
Tyler, Texas 75702
(903) 705-0828
(903) 526-5477 fax

Kirk J. Anderson
  California Bar No. 289043
Peter S. Brasher
  California Bar No. 283992
GARTEISER HONEA, P.C.
44 North San Pedro Road
San Rafael, California 94903
(415) 785-3762
(415) 785-3805 fax

*Counsel for Blue Spike, LLC.*

**CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this day.

                                                 /s/ Randall T. Garteiser
                                                 Randall T. Garteiser