**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
| | § | |
| *Plaintiff,* | § | Case No.:  6:12-cv-499 (MHS) |
| | § | LEAD CASE |
| *v.* | § | |
| | § | |
| TEXAS INSTRUMENTS, INC., | § | JURY TRIAL DEMANDED |
| | § | |
| *Defendant.* | § | |

## REQUEST FOR TERMINATION OF ELECTRONIC FILING NOTICES

Pursuant to Local Rule CV-11(f), the undersigned counsel for Hitachi America, Ltd.

("HAL") respectfully request that they each be removed from the list of persons designated to

receive electronic case filing ("ECF") notices in the above-captioned action because HAL has

been dismissed from this action.  *See* dkt. no. 1120.


Dated:  December 16, 2013                    Respectfully submitted,


   */s/  Matthew J. Ricciardi*

Charles D. Ossola, Esq. (*pro hac vice*)
Matthew J. Ricciardi, Esq. (DC #501365)
**VINSON & ELKINS LLP**
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, DC  20037
Tel:  (202) 639-6500
Fax:  (202) 639-6604
cossola@velaw.com
mricciardi@velaw.com

*Counsel for Defendant
Hitachi America, Ltd.*


US 2177573

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 16, 2013, I filed the foregoing Request for Termination of Electronic Filing Notices ("Request") with the Clerk of the U.S. District Court for the Eastern District of Texas via the Court's Electronic Case Filing ("ECF") system pursuant to Local Rule CV-5.  The Request was thereby automatically and electronically served on counsel of record by the ECF system.

_/s/  Matthew J. Ricciardi_

Matthew J. Ricciardi, Esq.