**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** | § | |
| | § | |
| **Plaintiff,** | § | **CIVIL ACTION NO. 6:12-cv-499 LED** |
| | § | |
| **v.** | § | **(LEAD CASE)** |
| | § | |
| **TEXAS INSTRUMENTS, INC.,** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |
| **BLUE SPIKE, LLC,** | § | |
| | § | |
| **Plaintiff,** | § | **CIVIL ACTION NO. 6:12-cv-528 LED** |
| | § | |
| **v.** | § | **(CONSOLIDATED WITH LEAD CASE** |
| | § | **NO. 6:12-cv-499 LED)** |
| **THE ECHO NEST** | § | |
| **CORPORATION,** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |
| | § | |

**<u>REQUEST FOR TERMINATION OF ELECTRONIC FILING NOTICES</u>**

All claims between Plaintiff Blue Spike and Defendant The Echo Nest Corporation

("Echo Nest") were dismissed on December 12, 2013 (*see* Case No. 6:12-cv-499, D.I. 1118).

Accordingly, pursuant to Local Rule CV-11(f), the undersigned counsel for Echo Nest

respectfully requests that he be removed from the list of persons designated to receive electronic

case filing ("ECF") notices in the above-captioned lead (No. 6:12-cv-499 LED) and member

(No. 6:12-cv-528 LED) cases.

Dated: December 16, 2013                     Respectfully submitted,


                                              /s/ Marc J. Pensabene
                                             Marc J. Pensabene
                                             FITZPATRICK, CELLA, HARPER &
                                             SCINTO
                                             1290 Avenue of the Americas
                                             New York, New York 10104-3800
                                             Tel: (212) 218-2100
                                             Fax: (212) 218-2200
                                             Email: mpensabene@fchs.com

                                             Attorney for Defendant
                                             The Echo Nest Corporation

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 16, 2013.

/s/ Marc J. Pensabene
Marc J. Pensabene

FCHS_WS 9699117v1.doc