# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, *Plaintiff*, v. Texas Instruments, Inc., et al., *Defendants*. | § § § § § § § § | CASE NO. 6:12-cv-499 MHS<br>LEAD CASE<br>Jury Trial Demanded |
| Blue Spike, LLC, *Plaintiff*, v. Broadcast Music, Inc. and Landmark Digital Services, LLC, *Defendants*. | § § § § § § § § | CASE NO. 6:12-CV-586 MHS<br>CONSOLIDATED CASE<br>Jury Trial Demanded |

## **AGREED MOTION TO DISMISS**

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Blue Spike, LLC ("Blue Spike") and Defendants Broadcast Music, Inc. and Landmark Digital Services LLC (collectively, the "BMI Defendants"), by and through their attorneys, do hereby jointly move for an order approving their stipulation as follows:

1. All claims brought by Blue Spike against the BMI Defendants are dismissed with prejudice.

2. All counterclaims brought by the BMI Defendants against Blue Spike are dismissed without prejudice.

3. Each party is to bear its own costs and attorneys' fees with respect to this legal action and the entry of this Agreed Motion and Order of Dismissal.

4. The Court may enter an Order adopting this Agreed Motion to Dismiss and Proposed Order Thereon as the Order of the Court.

By:   /s/ Randall T. Garteiser
Randall T. Garteiser
 Lead Attorney
 Texas Bar No. 24038912
 rgarteiser@ghiplaw.com
Christopher A. Honea
 Texas Bar No. 24059967
 chonea@ghiplaw.com
Christopher S. Johns
 Texas Bar No. 24044849
 cjohns@ghiplaw.com
GARTEISER HONEA, P.C.
218 North College Avenue
Tyler, Texas 75702
(903) 705-0828
(903) 526-5477 fax

Kirk J. Anderson
 California Bar No. 289043
Peter S. Brasher
 California Bar No. 283992
GARTEISER HONEA, P.C.
44 North San Pedro Road
San Rafael, California 94903
(415) 785-3762
(415) 785-3805 fax

***ATTORNEYS FOR BLUE SPIKE, LLC***

By:   /s/ Dan D. Davison
Dan D. Davison
State Bar No. 05590900
ddavison@fulbright.com
Robert Greeson
State Bar No. 24045979
rgreeson@fulbright.com
FULBRIGHT & JAWORSKI L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, TX 75201-2784
Telephone: (214) 855-8000
Facsimile: (214) 855-8200

Richard S. Zembek
State Bar No. 00797726
rzembek@fulbright.com
FULBRIGHT & JAWORSKI L.L.P.
1301 McKinney, Suite 5100
Houston, TX. 77054
Tel: (713) 651-5151
Fax: (713) 651-5246

*Counsel for Defendants
Broadcast Music, Inc. and
Landmark Digital Services, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email.

                                                                                    /s/ Randall T. Garteiser

## CERTIFICATE OF CONFERENCE

I certify that on behalf of Blue Spike, LLC, I have met and conferred with counsel for Defendant on December 19, 2013 regarding the relief requested herein. Counsel for Defendant has agreed to this motion.

                                                                                    /s/ Christopher A. Honea