# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | |
|---|---|
| Blue Spike, LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>Texas Instruments, Inc., et al.,<br><br>    *Defendants*. | CASE NO. 6:12-cv-499 MHS<br><br>LEAD CASE<br><br>Jury Trial Demanded |
| Blue Spike, LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>Broadcast Music, Inc. and Landmark Digital Services, LLC,<br><br>    *Defendants*. | CASE NO. 6:12-CV-586 MHS<br><br>CONSOLIDATED CASE<br><br>Jury Trial Demanded |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Blue Spike, LLC ("Blue Spike") and Defendants Broadcast Music, Inc. and Landmark Digital Services LLC (collectively, the "BMI Defendants"), parties to this legal action, by and through their attorneys, jointly moved for an order approving their stipulation.  After consideration of such motion, it is hereby GRANTED, and it is ORDERED that:

1. All claims brought by Blue Spike against the BMI Defendants are dismissed with prejudice.

2. All counterclaims brought by the BMI Defendants against Blue Spike are dismissed without prejudice.

3. Each party is to bear its own costs and attorneys' fees with respect to this legal action and the entry of this Stipulation and Order of Dismissal.