# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| Blue Spike, LLC,<br><br>　　*Plaintiff*,<br><br>v.<br><br>Texas Instruments, Inc., et al.,<br><br>　　*Defendants.* | CASE NO. 6:12-cv-499 MHS<br><br>LEAD CASE<br><br>Jury Trial Demanded |
| Blue Spike, LLC,<br><br>　　*Plaintiff*,<br><br>v.<br><br>Agnitio Corp.,<br><br>　　*Defendant.* | CASE NO. 6:13-CV-129 MHS<br><br>CONSOLIDATED CASE<br><br>Jury Trial Demanded |

### AGREED MOTION TO DISMISS AGNITIO CORP.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Blue Spike, LLC stipulates to the dismissal with prejudice of all claims and causes of action asserted in this case against defendant Agnitio Corp., and defendant Agnitio Corp. stipulates to the dismissal with prejudice of all counterclaims and defenses asserted in this case against Blue Spike, LLC. The parties shall bear their own attorneys' fees, expenses and costs.

By:   /s/ Randall T. Garteiser  
 Randall T. Garteiser  
 Lead Attorney  
 Texas Bar No. 24038912  
 rgarteiser@ghiplaw.com  
 Christopher A. Honea  

By:   /s/ Michael T. Murphy  
 Michael T. Murphy  
 K&L Gates LLP  
 1601 K St., N.W.  
 Washington, DC 20006-1600  
 michael.murphy@klgates.com

   Texas Bar No. 24059967
    chonea@ghiplaw.com      *Counsel for Defendant*
   Christopher S. Johns      *Agnitio Corp.*
    Texas Bar No. 24044849
    cjohns@ghiplaw.com
   GARTEISER HONEA, P.C.
   218 North College Avenue
   Tyler, Texas 75702
   (903) 705-0828
   (903) 526-5477 fax

   Kirk J. Anderson
    California Bar No. 289043
   Peter S. Brasher
    California Bar No. 283992
   GARTEISER HONEA, P.C.
   44 North San Pedro Road
   San Rafael, California 94903
   (415) 785-3762
   (415) 785-3805 fax

   ***ATTORNEYS FOR BLUE SPIKE, LLC***

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email.

    /s/ Randall T. Garteiser

## CERTIFICATE OF CONFERENCE

I certify that on behalf of Blue Spike, LLC, I have met and conferred with counsel for Defendant on December 19, 2013 regarding the relief requested herein. Counsel for Defendant has agreed to this motion.

    /s/ Christopher A. Honea