IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** | § | |
| *Plaintiff*, | § § | Civil Action No. 12-CV-499-MHS |
| v. | § § | CONSOLIDATED CASE |
| **TEXAS INSTRUMENTS, INC.**, *et al.*, | § § | JURY TRIAL DEMANDED |
| *Defendants.* | § § | |

**ORDER DENYING DEFENDANT SOUNDMOUSE LTD'S 12(B)(6) MOTION DISMISS [DKT. 1111]**

On this day came for consideration Defendant Soundmouse Ltd.'s Motion to Dismiss Plaintiff Blue Spike, LLC's Indirect and Willful Infringement Claims for Failure to State a Claim on Which Relief Can Be Granted Pursuant to FED. R. CIV. P. 12(b)(6). Dkt. 1111. Having considered Soundmouse Ltd.'s motion and supporting papers and Blue Spike's Amended Complaint and supporting papers, the Court is of the opinion that said motion should be DENIED.

IT IS HEREBY ORDERED that Soundmouse Ltd.'s Motion to Dismiss is hereby denied on the grounds that Blue Spike has adequately pleaded its claims for indirect and willful infringement.

IT IS SO ORDERED.