# Exhibit 4

**COMPANYCHECK**

SIGN UP | LOG IN

# SOUNDMOUSE LIMITED 03962610

Registered Address: 26 Litchfield Street, London, WC2H 9TZ

WATCH THIS COMPANY | ADD TO DASHBOARD

**COMPANY RISK REPORT** — BUY NOW

| | | |
|---|---|---|
| Accounts Filed up to 2012 | Type Private limited with Share Capital | Age 13 years (Incorporation date 03/04/2000) |
| Credit Status | Company Status | Owner Verified — Not verified by director |

Summary | Accounts | Credit Risk | Charges | **Directors** | Structure | Documents | Feedback

Target the right prospects & close your best opportunities — GET 200 FREE LEADS NOW! → Find Out How! Ad Advertise

## Directors and Secretaries

SOUNDMOUSE LIMITED is run by 4 current directors. Directory and secretary details are extracted from Annual Returns submitted to Companies House. The latest Annual Return for SOUNDMOUSE LIMITED was filed for the period up to 31/12/2012. Visit the Documents tab to download the latest Annual Return.

**Company Directors**

- Mr Charles Ashford Hodgkinson
- Mr Francois Maurice Christophe Hennessy
- Mr Kirkham Zavieh
- Mr Kirkham Zavieh
- Ms Maureen Darbyshire
- QA NOMINEES LIMITED
- QA REGISTRARS LIMITED

## Current Directors and Secretaries

| Current Officer Name | Appointed | Current | Historical | Total | |
|---|---|---|---|---|---|
| Mr Charles Ashford Hodgkinson | 03-04-2000 | 14 | 0 | 14 | BUY NOW |
| Mr Francois Maurice Christophe Hennessy | 03-05-2000 | 4 | 0 | 4 | BUY NOW |
| Mr Kirkham Zavieh | 22-10-2007 | 17 | 1 | 18 | BUY NOW |
| Ms Maureen Darbyshire | 03-04-2000 | 1 | 3 | 4 | BUY NOW |

| Current Secretary Name | Appointed | Current | Historical | Total | |
|---|---|---|---|---|---|
| Mr Kirkham Zavieh | 03-04-2000 | 17 | 1 | 18 | BUY NOW |