# Exhibit 5





COMPANYCHECK
COMPANY OR DIRECTOR NAME
Advanced Search
SIGN UP LOG IN

# ADELPHOI LIMITED 02841965

Registered Address: 26 Litchfield Street, London, WC2H 9TZ

WATCH THIS COMPANY | ADD TO DASHBOARD

COMPANY RISK REPORT

BUY NOW

| | | |
|---|---|---|
| **Accounts** Filed up to 2012 | **Type** Private limited with Share Capital | **Age** 20 years (Incorporation date 03/08/1993) |
| **Credit Status** | **Company Status** | **Owner Verified** Not ve |

Share Tweet 8+1 SHARE

Summary | Accounts | Credit Risk | Charges | Directors | Structure | Documents | Feedback

Ad Advertise

## Directors and Secretaries

ADELPHOI LIMITED is run by 2 current directors. Directory and secretary details are extracted from Annual Returns submitted to Companies House. The latest Annual Return for ADELPHOI LIMITED was filed for the period up to 31/12/2012. Visit the Documents tab to download the latest Annual Return.

## Current Directors and Secretaries

| Current Officer Name | Appointed | Current | Historical | Total | |
|---|---|---|---|---|---|
| Mr Charles Ashford Hodgkinson | 04-08-1993 | 14 | 0 | 14 | BUY NOW |
| Mr Kirkham Zavieh | 04-08-1993 | 17 | 1 | 18 | BUY NOW |

| Current Secretary Name | Appointed | Current | Historical | Total | |
|---|---|---|---|---|---|
| Mr Kirkham Zavieh | 04-08-1993 | 17 | 1 | 18 | BUY NOW |