# Exhibit 7

# MHKK&G

## MEYERTONS, HOOD, KIVLIN, KOWERT & GOETZEL
PATENTS, TRADEMARKS, COPYRIGHTS & UNFAIR COMPETITION

› Site Map  › Contact Us  › Legal Notices

- HOME
- ABOUT US
- PROFESSIONALS
- PRACTICE AREAS
- TECHNOLOGY AREAS
- FAQ
- IP LINKS
- RECRUITING
- CONTACT US



## PROFESSIONALS

Print This Page   Email This Page

**Click on a name for a full profile**

| | |
|---|---|
| **Ryan Beard** — Shareholder | **Lee May** — Technical Advisor |
| **Mark Brightwell** — Patent Agent | **Larry J. Merkel** — Patent Agent |
| **Kay A. Colapret** — Patent Agent | **Eric B. Meyertons** — Director/Shareholder |
| **Stephen J. Curran** — Patent Agent | **Dean M. Munyon** — Director/Shareholder |
| **Mark DeLuca** — Patent Agent | **Scott W. Pape** — Technical Advisor |
| **Scott Foster** — Associate | **Neal Persky** — Patent Agent |
| **Michael Gamble** — Associate | **Anthony M. Petro** — Shareholder |
| **Dwayne Goetzel** — Director/Shareholder | **Rory D. Rankin** — Shareholder |
| **Ann Harwood** — Patent Agent | **Lilan Ren** — Associate |
| **Steve Hatala** — Technical Advisor | **Steve Rosser** — Technical Advisor |
| **Erik A. Heter** — Patent Agent | **Michael Runas** — Technical Advisor |
| **Jeffrey C. Hood** — Director/Shareholder | **Gareth Sampson** — Patent Agent |
| **Robert P. Hough** — Associate | **Bill Schuurman** — Shareholder |
| **Temple Keller** — Associate | **Paul Seegers** — Patent Agent |
| **B. Noel Kivlin** — Director/Shareholder | **Joel Stevens** — Patent Agent |
| **Tamas Kovacs** — Technical Advisor | **Chris D. Thompson** — Shareholder |
| **Robert C. Kowert** — Director/Shareholder | **Scott Waite** — Associate |
| **David Lundgren** — Technical Advisor | **Matthew C. Washburn** — Associate |
| **Stephen Mason** — Associate | **Mark S. Williams** — Patent Agent |