IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC, § | |
| § | Civil Action No. 12-CV-499-MHS |
| Plaintiff, § | |
| § | CONSOLIDATED CASE |
| v. § | |
| § | JURY TRIAL DEMANDED |
| TEXAS INSTRUMENTS, INC., *et al.*, § | |
| § | |
| Defendants. § | |

**ORDER DENYING DEFENDANTS COGNITEC SYSTEMS CORP. AND COGNITEC SYSTEMS GMBH'S 12(B)(6) MOTION DISMISS [DKT. 1112]**

On this day came for consideration Defendants Cognitec Systems Corp. and Cognitec Systems GmbH's Motion to Dismiss Plaintiff Blue Spike, LLC's Indirect and Willful Infringement Claims for Failure to State a Claim on Which Relief Can Be Granted Pursuant to FED. R. CIV. P. 12(b)(6). Dkt. 1112. Having considered Defendants' motion and supporting papers and Blue Spike's Amended Complaint and supporting papers, the Court is of the opinion that said motion should be DENIED.

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss is hereby denied on the grounds that Blue Spike has adequately pleaded its claims for indirect and willful infringement.

IT IS SO ORDERED.