# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, <br>  *Plaintiff*, <br> v. <br> Texas Instruments, Inc., et al., <br>  *Defendants*. | § § § § § § § § | CASE NO. 6:12-cv-499 MHS <br> LEAD CASE <br> Jury Trial Demanded |
| Blue Spike, LLC, <br>  *Plaintiff*, <br> v. <br> Tygart Technologies, Inc., <br>  *Defendant*. | § § § § § § § § | CASE NO. 6:13-CV-129 MHS <br> CONSOLIDATED CASE <br> Jury Trial Demanded |

## AGREED MOTION TO DISMISS TYGART TECHNOLOGIES, INC.

Plaintiff Blue Spike, LLC, on the one hand, and defendant Tygart Technologies, Inc., on the other, have reached a settlement of the above-captioned matter and have agreed to dismiss the claims, counterclaims, and causes of action between them.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Blue Spike, LLC stipulates to the dismissal with prejudice of all claims and causes of action asserted in this case against defendant Tygart Technologies, Inc., and defendant Tygart Technologies, Inc. stipulates to the dismissal with prejudice of all counterclaims and defenses asserted in this case against Blue Spike, LLC. The parties shall bear their

own attorneys' fees, expenses and costs.

By: ___/s/ Randall T. Garteiser___
  Randall T. Garteiser
  Lead Attorney
  Texas Bar No. 24038912
  rgarteiser@ghiplaw.com
Christopher A. Honea
  Texas Bar No. 24059967
  chonea@ghiplaw.com
Christopher S. Johns
  Texas Bar No. 24044849
  cjohns@ghiplaw.com
GARTEISER HONEA, P.C.
218 North College Avenue
Tyler, Texas 75702
(903) 705-0828
(903) 526-5477 fax

Kirk J. Anderson
  California Bar No. 289043
Peter S. Brasher
  California Bar No. 283992
GARTEISER HONEA, P.C.
44 North San Pedro Road
San Rafael, California 94903
(415) 785-3762
(415) 785-3805 fax

***ATTORNEYS FOR BLUE SPIKE, LLC***

By: ___/s/ *Douglas R. McSwane, Jr.*___
  Douglas R. McSwane, Jr.
  Potter Minton, P.C.
  110 N. College Ave.
  Suite 500
  Tyler, TX 75702
  (903) 597-8311
  (903) 593-0846 – facsimile
  dougmcswane@potterminton.com

Michael G. Connelly
Admitted *pro hac vice*
Spilman, Thomas & Battle, PLLC
One Oxford Centre
301 Grant St.
Suite 3440
Pittsburgh, PA 15219
(412) 325-3317
(412) 325-3324 – facsimile
mconnelly@spilmanlaw.com

*Counsel for Defendant*
*Tygart Technologies, Inc.*

## CERTIFICATE OF SERVICE

  The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email.

                   /s/ Randall T. Garteiser  

## CERTIFICATE OF CONFERENCE

  I certify that on behalf of Blue Spike, LLC, I have met and conferred with counsel for Defendant on January 7, 2013 regarding the relief requested herein. Counsel for Defendant has agreed to this motion.

                   /s/ Christopher A. Honea