# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, <br> *Plaintiff,* <br> v. <br> Texas Instruments, Inc., et al., <br> *Defendants.* | § <br> § <br> § <br> § <br> § | CASE NO. 6:12-cv-499 MHS <br> LEAD CASE <br> Jury Trial Demanded |
| Blue Spike, LLC, <br> *Plaintiff,* <br> v. <br> Tygart Technologies, Inc., <br> *Defendant.* | § <br> § <br> § <br> § <br> § | CASE NO. 6:13-CV-129 MHS <br> CONSOLIDATED CASE <br> Jury Trial Demanded |

**ORDER OF DISMISSAL WITH PREJUDICE OF TYGART TECHNOLOGIES, INC.**

Pursuant to Fed. R. Civ. P. 41(a), recognizing the Agreed Motion to Dismiss filed by plaintiff Blue Spike, LLC and defendant Tygart Technologies, Inc. pursuant to a settlement of the above-captioned litigation between the parties, it is ordered as follows:

**ORDERED** that the claims asserted herein by plaintiff Blue Spike, LLC against defendant Tygart Technologies, Inc. be, and hereby are, dismissed with prejudice;

**ORDERED** that the counterclaims and defenses asserted herein by defendant Tygart Technologies, Inc. against plaintiff Blue Spike, LLC be, and hereby are, dismissed with prejudice; and

**ORDERED** that the parties shall bear their own attorneys' fees, expenses and costs.