# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, *Plaintiff*, v. Texas Instruments, Inc., et al., *Defendants*. | § § § § § § § § | CASE NO. 6:12-cv-499 MHS<br>LEAD CASE<br>Jury Trial Demanded |
| Blue Spike, LLC, *Plaintiff*, v. Tygart Technologies, Inc., *Defendant*. | § § § § § § § § | CASE NO. 6:13-CV-129 MHS<br>CONSOLIDATED CASE<br>Jury Trial Demanded |

**ORDER OF DISMISSAL WITH PREJUDICE OF TYGART TECHNOLOGIES, INC.**

Pursuant to Fed. R. Civ. P. 41(a), recognizing the Agreed Motion to Dismiss filed by plaintiff Blue Spike, LLC and defendant Tygart Technologies, Inc. pursuant to a settlement of the above-captioned litigation between the parties, it is ordered as follows:

**ORDERED** that the claims asserted herein by plaintiff Blue Spike, LLC against defendant Tygart Technologies, Inc. be, and hereby are, dismissed with prejudice;

**ORDERED** that the counterclaims and defenses asserted herein by defendant Tygart Technologies, Inc. against plaintiff Blue Spike, LLC be, and hereby are, dismissed with prejudice; and

**ORDERED** that the parties shall bear their own attorneys' fees, expenses and costs.

**SIGNED** this 16th day of January, 2014.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE