UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **Blue Spike, LLC,** | § | |
| *Plaintiff,* | § § § | CASE NO. 6:12-cv-499 MHS |
| v. | § § | LEAD CASE |
| Biometrika, S.r.l., et al., | § § | Case No. 6:13-cv-567-MHS |
| *Defendants.* | § § § | (Consolidated Case) |

## ORDER ON VOLUNTARY DISMISSAL OF DEFENDANT BIOMETRIKA SRL WITHOUT PREJUDICE UNDER RULE 41(a)(1)(A)(i) OF THE FEDERAL RULES OF CIVIL PROCEDURE

The Court is in receipt of Plaintiff Blue Spike LLC's Notice of Voluntary Dismissal of Defendant Biometrika SRL ("Defendant") without prejudice under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure ("the Notice"). At the time of filing of the Notice, Defendant has not yet answered the Complaint and has not yet moved for summary judgment.

It is therefore ORDERED, that the Complaint is dismissed without prejudice against Defendant.

**It is SO ORDERED.**

**SIGNED this 21st day of January, 2014.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE