IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC,<br>*Plaintiff,*<br>v.<br>Texas Instruments, Inc., et al.,<br>*Defendants.* | § § § § § § § | CASE NO. 6:12-cv-499 MHS<br>LEAD CASE<br>Jury Trial Demanded |
| Blue Spike, LLC,<br>*Plaintiff,*<br>v.<br>Agnitio Corp.,<br>*Defendant.* | § § § § § § § | CASE NO. 6:13-CV-129 MHS<br>CONSOLIDATED CASE<br>Jury Trial Demanded |

**ORDER OF DISMISSAL WITH PREJUDICE OF AGNITIO CORP.**

Pursuant to Fed. R. Civ. P. 41(a), recognizing the Agreed Motion to Dismiss filed by plaintiff Blue Spike, LLC and defendant Agnitio Corp., it is ordered as follows:

**ORDERED** that the claims asserted herein by plaintiff Blue Spike, LLC against defendant Agnitio Corp. be, and hereby are, dismissed with prejudice;

**ORDERED** that the counterclaims and defenses asserted herein by defendant Agnitio Corp. against plaintiff Blue Spike, LLC be, and hereby are, dismissed with prejudice; and

**ORDERED** that the parties shall bear their own attorneys' fees, expenses and costs.

**SIGNED** this 21st day of January, 2014.

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE