## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| Blue Spike, LLC, *Plaintiff*, v. Texas Instruments, Inc., et al., *Defendants*. | CASE NO. 6:12-cv-499 MHS<br>LEAD CASE<br>Jury Trial Demanded |
| Blue Spike, LLC, *Plaintiff*, v. Lumidigm, Inc., *Defendant*. | CASE NO. 6:12-CV-681 MHS<br>CONSOLIDATED CASE<br>Jury Trial Demanded |

**AGREED MOTION TO DISMISS LUMIDIGM, INC.**

Plaintiff Blue Spike, LLC, on the one hand, and Defendant Lumidigm, Inc., on the other, have reached a settlement of the above-captioned matter and have agreed to dismiss the claims, counterclaims, and causes of action between them.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Blue Spike, LLC stipulates to the dismissal with prejudice of all claims and causes of action asserted in this case against defendant Lumidigm, Inc., and defendant Lumidigm, Inc. stipulates to the dismissal with prejudice of all counterclaims and defenses asserted in this case against Blue Spike, LLC. The parties shall bear their own attorneys' fees, expenses and costs.

| | |
|---|---|
| By: /s/ Randall T. Garteiser<br>Randall T. Garteiser<br> Lead Attorney<br> Texas Bar No. 24038912<br> rgarteiser@ghiplaw.com<br>Christopher A. Honea<br> Texas Bar No. 24059967<br> chonea@ghiplaw.com<br>Christopher S. Johns<br> Texas Bar No. 24044849<br> cjohns@ghiplaw.com<br>GARTEISER HONEA, P.C.<br>218 North College Avenue<br>Tyler, Texas 75702<br>(903) 705-0828<br>(903) 526-5477 fax<br><br>Kirk J. Anderson<br> California Bar No. 289043<br>Peter S. Brasher<br> California Bar No. 283992<br>GARTEISER HONEA, P.C.<br>44 North San Pedro Road<br>San Rafael, California 94903<br>(415) 785-3762<br>(415) 785-3805 fax<br><br>***ATTORNEYS FOR BLUE SPIKE, LLC*** | By: /s/ *Robert F. Kramer*<br>Robert F. Kramer<br>DENTONS US, LLP<br>1530 Page Mill Road, Suite 200<br>Palo Alto, CA 94304-1125<br>United States<br>D +1 650 798 0300<br>F +1 650 798 031<br>robert.kramer@dentons.com<br><br>*Counsel for Defendant*<br>*Lumidigm, Inc.* |

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email.

/s/ Randall T. Garteiser

## CERTIFICATE OF CONFERENCE

I certify that on behalf of Blue Spike, LLC, I have met and conferred with counsel for Defendant on January 29, 2013 regarding the relief requested herein. Counsel for Defendant has agreed to this motion.

/s/ Christopher A. Honea