# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| Blue Spike, LLC,<br><br>    *Plaintiff,*<br><br>v.<br><br>Texas Instruments, Inc., et al.,<br><br>    *Defendants.* | CASE NO. 6:12-cv-499 MHS<br><br>LEAD CASE<br><br>Jury Trial Demanded |
| Blue Spike, LLC,<br><br>    *Plaintiff,*<br><br>v.<br><br>Lumidigm, Inc.,<br><br>    *Defendant.* | CASE NO. 6:12-CV-681 MHS<br><br>CONSOLIDATED CASE<br><br>Jury Trial Demanded |

**ORDER OF DISMISSAL WITH PREJUDICE OF LUMIDIGM, INC.**

Pursuant to Fed. R. Civ. P. 41(a), recognizing the Agreed Motion to Dismiss filed by Plaintiff Blue Spike, LLC and Defendant Lumdigim, Inc. pursuant to a settlement of the above-captioned litigation between the parties, it is ordered as follows:

**ORDERED** that the claims asserted herein by Plaintiff Blue Spike, LLC against Defendant Lumidigm, Inc. be, and hereby are, dismissed with prejudice.

**ORDERED** that the counterclaims and defenses asserted herein by Defendant Lumidigm, Inc. against Plaintiff Blue Spike, LLC be, and hereby are, dismissed with prejudice; and

**ORDERED** that the parties shall bear their own attorney's fees, expenses and costs.