# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC, § | |
| § | |
| Plaintiff, § | CASE NO. 6:12-CV-499-LED |
| § | |
| vs. § | LEAD CASE |
| § | |
| TEXAS INSTRUMENTS, INC., § | **JURY TRIAL DEMANDED** |
| § | |
| Defendant. | |

| | |
|---|---|
| BLUE SPIKE, LLC, § | |
| § | |
| Plaintiff, § | CASE NO. 6:12-CV-534-LED |
| § | |
| vs. § | CONSOLIDATED CASE |
| § | |
| VERCURY, INC., § | **ORAL ARGUMENT REQUESTED** |
| § | |
| Defendant. | **JURY TRIAL DEMANDED** |

**ORDER GRANTING DEFENDANT VERCURY INC.'S MOTION TO TRANSFER VENUE TO UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA UNDER 28 U.S.C. §1404(a)**

The motion of Defendant Vercury, Inc. to transfer venue pursuant to 28 U.S.C. § 1404(a) has been submitted to the Court for decision. The Court, having considered all papers submitted in connection therewith, is of the opinion that the motion is well taken and should be GRANTED.

IT IS THEREFORE **ORDERED** that the above captioned case against Vercury, Inc. shall be transferred to the United States District Court for the Northern District of California.