**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | **Civil Action No. 6:12-CV-499-MHS** |
| v. | § | |
| | § | **LEAD CASE** |
| **TEXAS INSTRUMENTS, INC.,** *et al.*, | § | |
| | § | **Jury Trial Demanded** |
| *Defendants*. | § | |
| | § | |
| | § | |
| | § | |
| **BLUE SPIKE, LLC,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | **Civil Action No. 6:12-CV-586-MHS** |
| v. | § | |
| | § | **Jury Trial Demanded** |
| **BROADCAST MUSIC, INC. and** | § | |
| **LANDMARK DIGITAL SERVICES, LLC,** | § | |
| | § | |
| *Defendants*. | § | |

## REQUEST FOR TERMINATION OF ELECTRONIC FILING NOTICES

All claims between Plaintiff Blue Spike, LLC and Defendants Broadcast Music, Inc. and Landmark Digital Services LLC (collectively, the "BMI Defendants") were dismissed on January 21, 2014 and Final Judgment was entered. *See* Case No. 6:12-cv-499, Dkt. Nos. 19, 20. Accordingly, pursuant to Local Rule CV-11(f), the undersigned counsel for the BMI Defendants request that they be removed from the list of persons designated to receive electronic case filing ("ECF") notices in the above captioned lead case (Case No. 6:12-cv-499 LED) and member case (Case No. 6:12-cv-586 LED).

53285130.1

Dated: February 3, 2014

Respectfully submitted,

/s/ R. Greeson

Dan D. Davison
State Bar No.  05590900
dan.davison@nortonrosefulbright.com
Robert Greeson
State Bar No.  24045979
robert.greeson@nortonrosefulbright.com
FULBRIGHT & JAWORSKI L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, TX  75201-2784
Telephone:     (214) 855-8000
Facsimile:      (214) 855-8200

Richard S. Zembek
State Bar No.  00797726
richard.zembek@nortonrosefulbright.com
FULBRIGHT & JAWORSKI L.L.P.
1301 McKinney, Suite 5100
Houston, TX. 77054
Tel:     (713) 651-5151
Fax:     (713) 651-5246

Counsel for Defendants BROADCAST MUSIC, INC
and LANDMARK DIGITAL SERVICES LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document is being served on February 3, 2014 to

all counsel of record via the Court's CM/ECF system in compliance with Local Rule CV-5(a)(3)

and Federal Rule of Civil Procedure 5.

/s/ Robert Greeson

53285130.1