# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, <br>     *Plaintiff*, <br> v. <br> TEXAS INSTRUMENTS, INC. <br>     *Defendants*. <br> _____ <br> BLUE SPIKE, LLC, <br>     *Plaintiff*, <br> v. <br> Attributor Corporation. <br>     *Defendant*. <br> _____ | § § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 6:12-CV-499--MHS <br><br> (LEAD CASE) <br><br> JURY TRIAL DEMANDED <br><br><br> Civil Action No. 6:12-cv-00540-MHS <br><br> (Consolidated with 6:12-cv-499-MHS and closed) <br><br> JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE OF COUNSEL

Defendant Attributor Corporation, files this Notice of Appearance, and hereby notifies the Court that Eric H. Findlay, of the law firm Findlay Craft, P.C., 6760 Old Jacksonville Hwy, Suite 101, Tyler, TX 75703, Telephone (903) 534-1100, Fax (903) 534-1137, E-mail: efindlay@findlaycraft.com has entered this action as counsel for Attributor Corporation. In connection with this notice, Mr. Findlay requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on him at the above address and contact information.

Dated: February 4, 2014                                  Respectfully submitted,

                                                                            By: */s/ Eric H. Findlay*

2

        Eric H. Findlay
        State Bar No. 00789886
        Findlay Craft, P.C.
        6760 Old Jacksonville Hwy
        Suite 101
        Tyler, TX  75703
        (903) 534-1100
        (903) 534-1137 FAX
        efindlay@findlaycraft.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2014, I electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing *via* electronic mail to all counsel of record.

        /s/ *Eric H. Findlay*
        Eric H. Findlay