IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC,<br>    *Plaintiff*,<br>v.<br>TEXAS INSTRUMENTS, INC.<br>    *Defendants*.<br>_____ | § § § § § § § § § § § § § § § § § § § § | Civil Action No. 6:12-CV-499-MHS<br><br>(LEAD CASE)<br><br>JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC,<br>    *Plaintiff*,<br>v.<br>Attributor Corporation.<br><br>    *Defendant*.<br>_____ | | Civil Action No. 6:12-cv-00540-MHS<br><br>(Consolidated with 6:12-cv-499-MHS and closed)<br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE OF COUNSEL

Defendant Attributor Corporation, files this Notice of Appearance, and hereby notifies the Court that Walter W. Lackey, Jr., of the law firm Findlay Craft, P.C., 6760 Old Jacksonville Hwy, Suite 101, Tyler, TX  75703, Telephone (903) 534-1100, Fax (903) 534-1137, E-mail: wlackey@findlaycraft.com has entered this action as counsel for Attributor Corporation. In connection with this notice, Mr. Lackey requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on him at the above address and contact information.

Dated: February 4, 2014                                   Respectfully submitted,

                                                                              By: */s/ Walter W. Lackey, Jr.*
                                                                              Walter W. Lackey, Jr.
                                                                              Texas Bar No. 24050901
                                                                              FINDLAY CRAFT, P.C.

6760 Old Jacksonville Hwy  
Suite 101  
Tyler, TX 75703  
Telephone: (903) 534-1100  
Facsimile: (903) 534-1137  
wlackey@findlaycraft.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2014, I electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing *via* electronic mail to all counsel of record.

/s/ *Walter W. Lackey, Jr.*  
Walter W. Lackey, Jr.