# EXHIBIT 1

# TEXAS SECRETARY of STATE
# NANDITA BERRY

UCC | Business Organizations | Trademarks | Notary | Account | Help/Fees | Briefcase | Logout

### BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 801596430 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | May 14, 2012 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32047955607 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | Blue Spike LLC | | |
| **Address:** | 1820 SHILOH RD, STE 1201C TYLER, TX 75703 USA | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|
| **Last Update** November 24, 2013 | **Name** SCOTT MOSKOWITZ | | **Title** MANAGER | **Address** 1820 SHILOH ROAD, STE 1201C TYLER, TX 75703 USA | |

[Order]  [Return to Search]

**Instructions:**
- To place an order for additional information about a filing press the 'Order' button.