# EXHIBIT 2



**United States Patent and Trademark Office**



Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Assignments on the Web > Patent Query

# Patent Assignment Details

**NOTE: Results display only for issued patents and published applications. For pending or abandoned applications please consult USPTO staff.**

**Reel/Frame:** 028725/0058     **Pages:** 8

**Recorded:** 08/05/2012

**Attorney Dkt #:** SCOT0001

**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Total properties: 5**

1. **Patent #:** 7346472    **Issue Dt:** 03/18/2008    **Application #:** 09657181    **Filing Dt:** 09/07/2000
   **Title:** METHOD AND DEVICE FOR MONITORING AND ANALYZING SIGNALS

2. **Patent #:** 7660700    **Issue Dt:** 02/09/2010    **Application #:** 12005229    **Filing Dt:** 12/26/2007
   **Publication #:** US20080109417    **Pub Dt:** 05/08/2008
   **Title:** METHOD AND DEVICE FOR MONITORING AND ANALYZING SIGNALS

3. **Patent #:** 7949494    **Issue Dt:** 05/24/2011    **Application #:** 12655357    **Filing Dt:** 12/22/2009
   **Publication #:** US20100106736    **Pub Dt:** 04/29/2010
   **Title:** METHOD AND DEVICE FOR MONITORING AND ANALYZING SIGNALS

4. **Patent #:** 8214175    **Issue Dt:** 07/03/2012    **Application #:** 13035964    **Filing Dt:** 02/26/2011
   **Publication #:** US20110179069    **Pub Dt:** 07/21/2011
   **Title:** METHOD AND DEVICE FOR MONITORING AND ANALYZING SIGNALS

5. **Patent #:** NONE    **Issue Dt:**    **Application #:** 13487119    **Filing Dt:** 06/01/2012
   **Publication #:** US20120239686    **Pub Dt:** 09/20/2012
   **Title:** Method and device for monitoring and analyzing signals

**Assignor**
1. BLUE SPIKE, INC.

**Assignee**
1. BLUE SPIKE LLC
   1820 SHILOH ROAD, STE 1201C
   TYLER, TEXAS 75703

**Exec Dt:** 08/04/2012

**Correspondence name and address**
BRUCE T. MARGULIES
4813-B EISENHOWER AVE.
ALEXANDRIA, VA 22304

Search Results as of: 01/29/2014 07:38 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.3.4
Web interface last modified: Jul 8, 2013 v.2.3.4

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT |