# EXHIBIT 6

# CHILTON GRAND

*A Bed and Breakfast Establishment*



Accommodations

Rates

Directions

About the House

Meet the Innkeepers

Pet Portraits

Meet the Pets

Policies

Area Attractions

Recipes

Guest Comments

*Elegant Lodging*
*Gracious Hospitality*

433 S. Chilton Avenue
Tyler, TX 75702 USA
903-595-3270

**Jerry and Carole Glazebrook**
**Proprietors**