# EXHIBIT 7

▼ Search for people, jobs, companies, and more...    | Advanced

Home    Profile    Network    Jobs    Interests                                    Business Services    Upgrade

Attorney Needed ASAP - Crucial need for local attorney in your area. View new cases today. | **Read More »**



## Scott Moskowitz

Passionate American Inventor & Entrepreneur
Miami/Fort Lauderdale Area | Information Services

| | |
|---|---|
| Current | Blue Spike, Inc., Wistaria Trading, Inc. |
| Previous | Sony Corporation, Tokyo, Japan |
| Education | University of Pennsylvania |

    Send Scott InMail

**445**
connections

www.linkedin.com/in/smoskowitz                                    Contact Info

Background

### Summary

A hi-tech Executive fluent in Japanese and experienced in new business creation, sales/marketing, strategic planning, start-ups, import/export and people management and development. Operationally skilled, creative, technically savvy, team oriented senior manager who delivers form and substance (and maybe a few run-on sentences).

Specialties:An open mind.

Intellectual property (particularly, patents & copyrights), new business development & execution, mechanics of standards-setting bodies & licensing efforts, Japanese market & distribution channel strategy, identity & recognition management, hard equity & mortgage lending practice.

### Experience

#### Founder & CEO
**Blue Spike, Inc.**
November 1997 – Present (16 years 3 months)

The idea for Blue Spike came about while still an undergraduate following his experience at Sony Corporation in Japan. Mr. Moskowitz sought to better define a means for protecting digital media content such as music, video and images. He coined the term "digital watermark" as a means for securely creating "responsibility for digital copies," which led to the writing, filing and receipt of over 80 U.S. and international patents, with several dozen pending. Mr. Moskowitz also invented "signal abstracts" for signal analysis, identification, and monitoring as well as "packet watermarks" for identifying and securing streams of data or packet flow, deep packet inspection, differential quality of service, intrusion detection, and "trusted transactions" for enabling peered, secure transactional activities over networks and between parties. Successfully produced a DoD/SBA "SBIR" submission based on software deployments and public sector communications. Mr. Moskowitz has been active in promoting intellectual property protection and has been an invited speaker at "RSA", "ANSI", "CFP", "ACSAC", "DDMI", Museum of Modern Art ("MOMA"), U.S. Library of Congress, and other forums worldwide. Mr. Moskowitz penned the introduction to the groundbreaking resource on digital rights management ("DRM"): Multimedia Security Technologies for Digital Rights Management.

▼ 5 recommendations, including:

 **Cyrus Shaoul**
Post-Doctoral Fellow at Universität Tübi...
View

 **ERIC ALEXANDRAKIS**
Composer/Musician/Producer at Mince...
View

3 more recommendations

### People Also Viewed

 **Susan Sheby**
Student at SLCC

 **Jermaine Green**
Student at AIU

 **Charles Paxson**
Environmental Services Professional

 **Carlota De Arcas Fernández**
Abogado en RAICH LOPEZ & DIEZ

 **Burton Rosenberg**
Associate Professor at University of Miami

 **Raymond Jose**
Owner, Jose Systems

 **Stone Gallery**
Director at Stone Gallery Ltd

 **Lionel Bernstein**
--

 **Jerry Vaacli**
Vice President Marketing and Business Development at PayScan America

 **Lionel Bernstein**
--

### More Search Results



Scott Moskowitz  3rd

### Founder & CEO
Wistaria Trading, Inc.
September 1991 – Present (22 years 5 months)

Sales & marketing consultancy and agent for US and European exports to Japan. Exemplary projects: developer of the "hearts on fire" diamond brand (yes, that "hearts on fire" campaign); agent for US microbrewers successfully creating the 17th largest seller; largest importer of pre-recorded compact discs over 10 mil+ units per year; fishing supplier deployment of Japan-specific direct marketing campaign and in-country sales support; and, initiated Japan-wide expansion of several niche products with specialized distribution channel marketing and direct sales requirements.

Stateside: represented Japanese vendors in negotiations, management and maintenance of US-based partners. Specific market experience available on request.

### Apprentice/Intern
Sony Corporation, Tokyo, Japan
June 1990 – August 1990 (3 months)



First undergraduate Intern for Sony Corporation in Japan. Formulated and designed a strategy to enter U.S. high-definition TV market. Created business plan for improving monitor device top & bottom line performance. Needless to say, these plans were the subject of intense scrutiny concerning internationalization and specific target market strategy.

Volunteer Experience & Causes

### Opportunities Scott is looking for:

• Skills-based volunteering (pro bono consulting)

Languages

### Japanese

Projects

### Jared Dylan - In Panic EP

2010 – Present

http://www.youtube.com/watch?v=TVzz2B8RTG1w&feature=plcp

http://www.youtube.com/watch?v=isWiY7iNHQ&feature=context-chv

▸ 6 team members, including:

 **Scott Moskowitz**
Passionate American Inventor & Entrep...

 **Jared Goldstein**
Student at University of Miami

 **Jerry D. Goldstein**
Attorney At Law

 Anthony J. Resta

Skills & Endorsements

Top Skills

| 23 | Start-ups |
| 20 | Entrepreneurship |



CPA, CGMA - Director, IT Business Analysis...
+Connect

**Ads You May Be Interested In**

 **Attorney Needed ASAP**
Crucial need for local attorney in your area. View new cases today.

 **Get Promoted Faster**
Start your UCI part-time MBA this March. Don't wait! Advance your career.

 **Real Estate Dev. Masters**
2-Yr. MBA Program Focused on Sustainable Real Estate Development Practices.



| 14 | Strategy |
| 10 | Digital Media |
| 10 | New Business Development |
| 6 | Business Planning |
| 7 | Cloud Computing |
| 6 | Strategic Planning |
| 5 | SaaS |
| 5 | Executive Management |

Scott also knows about...

| 4 | E-commerce | 3 | Venture Capital | 3 | Management | 3 | Business Development |
| 3 | Analytics | 2 | Product Development | 2 | Negotiation | 2 | Mobile Applications |
| 2 | Public Relations | 1 | Multimedia | 1 | Licensing | 1 | Product Management |
| 1 | Product Marketing | 1 | Online Marketing | 1 | SEO | See 25+ | |

## Education

### University of Pennsylvania

Baccalavrei Artivm, Political Science, Oriental Studies - Japanese
1986 – 1991

cum laude

### University of Pennsylvania - The Wharton School

BSE/BA, Finance, Political Science & Japanese
1986 – 1991

cum laude

Activities and Societies: ZBT

### International Christian University
1989 – 1990

### Obirin College, Machida, Japan
Japanese Business &amp; Society Program
1988 – 1988

Activities and Societies: Introduction to Japanese Society and homestay.

## Additional Info

### Interests

Check out my photography under "digitalshaman" at Flickr http://www.flickr.com/photos/digitalshaman/
Please become a fan of "Blue Marble Terra" on Facebook or follow tweets @bluemarbleterra

### Advice for Contacting Scott

e-mail is best with some specifics of the reason for your inquiry.

Honors & Awards

## Additional Honors & Awards

Series 7 & 63 (1987)
Mortgage Broker License (FL) (2006-2010)
Mortgage Brokerage Business License (FL) (2009-2010)

### Organizations

## Additional Organizations

Senior Member - IEEE, ACM, SPIE

Recommendations

Given (4)



**Lynn Heatherton**
Senior Director, Corporate Development

❝ Lynn has a powerful understanding of the dynamics of both the media business and business development in general. Her international experience is a compliment to her solid analytics.

August 3, 2006, Scott was with another company when working with Lynn at Bertelsmann



**Jarret Adams**
Technology Writer

❝ Jarret writes with an emphasis on balanced and persuasive arguments common to great communicators.

August 2, 2006, Scott was Jarret's client



**Cyrus Shaoul**
CEO

❝ Having known Cyrus since our days in Japan, it is difficult to put in words the depth and breadth of creativity and effectiveness he exerts in every endeavor. Any project involving Cyrus will be immensely benefited by his input.

July 12, 2006, Scott was with another company when working with Cyrus at Tomigaia Inc



**Brett Fasullo**
Owner

❝ A highly motivated and energetic team builder, creative project leader and all-around solid business development professional. I always enjoy working with Brett!

July 6, 2006, Scott was with another company when working with Brett at Surreal Records Multimedia

See More

Groups









**ACM Members**          **ACM SIGGRAPH**          **Audio Engineering So...**          **EIU Opinion Leaders' ...**

Scott Moskowitz | LinkedIn

Join                          Join                          Join

          

getIT

**Greater East Texas I...**      **ICU, Mitaka, Japan**      **Information Security ...**
Join                          Join                          Join                          See 10 more

---

Following

## Influencers



**Joichi Ito**
Director, MIT Media...
Follow

## Companies

               

**Blue Spike, Inc.**          **IBM Security**             **SANS Institute**          **RSA, The Security Div...**
Computer & Network        Computer & Network        Computer & Network        Computer & Network
Security                  Security                  Security                  Security
Follow                    Follow                    Follow                    Follow



**Arbor Networks**
Computer & Network
Security
Follow

## Schools

        

**University of Pennsyl...**     **University of Pennsyl...**     **International Christia...**
Greater Philadelphia      Greater Philadelphia      Japan
Area                      Area                      Follow
Follow                    Follow

---

Help Center | About | Press | Blog | Careers | Advertising | Talent Solutions | Tools | Mobile | Developers | Publishers | Language | Upgrade Your Account

LinkedIn Corporation © 2014 | User Agreement | Privacy Policy | Community Guidelines | Cookie Policy | Copyright Policy | Send Feedback