# EXHIBIT 8

**1 OF 1 RECORD(S)**

## Motor Vehicle Registrations
This data is for informational purposes only.

## Florida Motor Vehicle Registration
**Registrant Information**

| | |
|---|---|
| **Name:** | MOSKOWITZ, SCOTT ANDREW |
| **Date of Birth:** | 01/1969 |
| **Address:** | 16711 COLLINS AVE APT 2505<br>SUNNY ISLES BEACH, FL 33160-4262<br>MIAMI-DADE COUNTY |

**Lessee Information**

| | |
|---|---|
| **Name:** | MOSKOWITZ, SCOTT ANDREW |
| **Date of Birth:** | 01/1969 |
| **Address:** | 411 N NEW RIVER DR E<br>FORT LAUDERDALE, FL 33301-3176<br>BROWARD COUNTY |

**Registration Information**

| | |
|---|---|
| **Original Registration Date:** | 11/21/2013 |
| **Registration Date:** | 11/21/2013 |
| **Registration Expiration Date:** | 01/03/2015 |
| **Decal Number:** | 01253879 |

**Vehicle Information**

| | | | | | |
|---|---|---|---|---|---|
| **VIN:** | WP0AB2A97ES120168 | **Restraint:** | | **Transmission:** | S |
| **Vehicle Class:** | PASSENGER CAR/ LIGHT TRUCK | **Power Steering:** | Standard | **Air Conditioning:** | Standard |
| **Model Year:** | 2014 | **Roof:** | None / not available | **Front Wd:** | No |
| **Make:** | Porsche | **Optional Roof:** | Power sun/moon roof | **4WD:** | No |
| **Model:** | 911 | **Fuel:** | Gas | **Anti-Lock Brakes:** | 4 wheel standard |
| **Series:** | 911 CARRERA S | **Tilt Wheel:** | Standard | **Power Brakes:** | Standard |
| **Style:** | Coupe | **Security System:** | Passive Engine Immobilizer, Keyless Entry & Alarm | **Power Windows:** | Standard |
| **Color:** | White | **Radio:** | AM/FM CD/MP3 | **Daytime Running Lights:** | Standard |
| **Engine Type:** | 6 | **Engine Size:** | 232 | **Base Price:** | $0 |
| **Net Weight:** | 3,465 lbs. | | | | |

**Plate Information**

| | |
|---|---|
| **License Plate Number:** | 178JLY |
| **License Plate Type:** | Private |
| **Plate State:** | Florida |
| **Previous License Plate Number:** | 178JLY |
| **Previous Plate State:** | Florida |

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.