# EXHIBIT 10

# FLORIDA DEPARTMENT OF STATE
## DIVISION OF CORPORATIONS

www.sunbiz.org

## Detail by Entity Name

**Florida Profit Corporation**
WISTARIA TRADING INC.

**Filing Information**

| | |
|---|---|
| Document Number | S78965 |
| FEI/EIN Number | 650283796 |
| Date Filed | 09/09/1991 |
| State | FL |
| Status | ACTIVE |

**Principal Address**

16711 COLLINS AVE
SUITE 2505
SUNNY ISLES BEACH, FL 33160

Changed: 03/07/2007

**Mailing Address**

16711 COLLINS AVE
SUITE 2505
SUNNY ISLES BEACH, FL 33160

Changed: 03/07/2007

**Registered Agent Name & Address**

ROGERS, SCOTT
5415 COLLINS AVENUE
#505
MIAMI BEACH, FL 33140

Name Changed: 01/27/1998

Address Changed: 03/24/2009

**Officer/Director Detail**

**Name & Address**

Title P

MOSKOWITZ, SCOTT

16711 COLLINS AVE, #2505
SUNNY ISLES BEACH, FL 33160

## Annual Reports

| Report Year | Filed Date |
|---|---|
| 2012 | 02/08/2012 |
| 2013 | 01/20/2013 |
| 2014 | 01/13/2014 |

## Document Images

| | |
|---|---|
| 01/13/2014 -- ANNUAL REPORT | View image in PDF format |
| 01/20/2013 -- ANNUAL REPORT | View image in PDF format |
| 02/08/2012 -- ANNUAL REPORT | View image in PDF format |
| 01/07/2011 -- ANNUAL REPORT | View image in PDF format |
| 02/21/2010 -- ANNUAL REPORT | View image in PDF format |
| 03/24/2009 -- ANNUAL REPORT | View image in PDF format |
| 03/10/2008 -- ANNUAL REPORT | View image in PDF format |
| 03/07/2007 -- ANNUAL REPORT | View image in PDF format |
| 04/12/2006 -- ANNUAL REPORT | View image in PDF format |
| 04/05/2005 -- ANNUAL REPORT | View image in PDF format |
| 03/19/2004 -- ANNUAL REPORT | View image in PDF format |
| 04/02/2003 -- ANNUAL REPORT | View image in PDF format |
| 04/16/2002 -- ANNUAL REPORT | View image in PDF format |
| 02/01/2001 -- ANNUAL REPORT | View image in PDF format |
| 01/25/2000 -- ANNUAL REPORT | View image in PDF format |
| 02/18/1999 -- ANNUAL REPORT | View image in PDF format |
| 01/27/1998 -- ANNUAL REPORT | View image in PDF format |
| 05/07/1997 -- ANNUAL REPORT | View image in PDF format |
| 06/26/1996 -- ANNUAL REPORT | View image in PDF format |
| 01/27/1995 -- ANNUAL REPORT | View image in PDF format |

Copyright © and Privacy Policies
State of Florida, Department of State

# FLORIDA DEPARTMENT OF STATE
## DIVISION OF CORPORATIONS

www.sunbiz.org

## Detail by Entity Name

**Florida Limited Liability Company**
CANOPUS MEDICAL, LLC

### Filing Information

| | |
|---|---|
| Document Number | L01000022703 |
| FEI/EIN Number | N/A |
| Date Filed | 12/28/2001 |
| State | FL |
| Status | INACTIVE |
| Last Event | VOLUNTARY DISSOLUTION |
| Event Date Filed | 04/14/2003 |
| Event Effective Date | NONE |

### Principal Address

16711 COLLINS AVENUE
#2505
SUNNY ISLES BEACH, FL 33160

### Mailing Address

16711 COLLINS AVENUE
#2505
SUNNY ISLES BEACH, FL 33160

### Registered Agent Name & Address

MOSKOWITZ AND COHEN, P.A.
909 NORTH MIAMI BEACH BLVD
SUITE 302
NORTH MIAMI BEACH, FL 33162

### Authorized Person(s) Detail

**Name & Address**

Title MGRM

MOSKOWITZ, SCOTT A
16711 COLLINS AVENUE #2505
SUNNY ISLES BEACH, FL 33160

### Annual Reports

| Report Year | Filed Date |
|---|---|
| 2002 | 09/23/2002 |

**Document Images**

| | |
|---|---|
| 04/14/2003 -- Voluntary Dissolution | View image in PDF format |
| 09/23/2002 -- ANNUAL REPORT | View image in PDF format |
| 12/28/2001 -- Florida Limited Liabilities | View image in PDF format |

Copyright © and Privacy Policies
State of Florida, Department of State