# EXHIBIT 11

PTO/SB/08A (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Substitute for form 1449/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

*(Use as many sheets as necessary)*

| | |
|---|---|
| **Complete if Known** | |
| Application Number | 09/657,181 |
| Filing Date | September 7, 2000 |
| First Named Inventor | Scott A. MOSKOWITZ et al. |
| Art Unit | 2857 |
| Examiner Name | NA |
| Attorney Docket Number | 80408.0012 |

Sheet ___1___ of ___12___

## U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.1 | Document Number — Number-Kind Code2 (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | US-4,939,515 | 07/03/1990 | Adelson | |
| | | US-5,161,210 | 11/03/1992 | Druyvesteyn,et.al. | |
| | | US-5,450,490 | 09/12/1995 | Jensen et.al. | |
| | | US-5,530,751 | 06/25/1996 | Morris | |
| | | US-5,579,124 | 11/26/1996 | Aijala et.al | |
| | | US-5,721,788 | 02/24/1998 | Powell et.al. | |
| | | US-5,828,325 | 10/27/1998 | Wolose Wicz et.al. | |
| | | US-5,912,972 | 06/15/1999 | Barton | |
| | | US-5,930,377 | 07/27/1999 | Powell et.al. | |
| | | US-5,583,488 | 12/10/1996 | Sala et.al. | |
| | | US-5,748,783 | 05/05/1998 | Rhoads | |
| | | US-6,330,672 | 12/11/2001 | Shur | |
| | | US-5,243,423 | 09/07/1993 | DeJean et.al. | |
| | | US-5,319,735 | 06/07/1994 | Preuss et.al | |
| | | US-5,113,437 | 05/12/1992 | Best et.al. | |
| | | US-4,876,617 | 10/24/1989 | Best et.al. | |
| | | US-5,379,345 | 01/03/1995 | Greenberg | |
| | | US-5,646,997 | 07/08/1997 | Barton | |
| | | US-4,672,605 | 06/09/1987 | Hustig et.al | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.1 | Foreign Patent Document — Country Code3–Number4–Kind Code5 (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages Or Relevant Figures Appear | T6 |
|---|---|---|---|---|---|---|
| | | European Patent No. EP0565947A1 | 10/20/1993 | Kuusama, Juha | | |
| | | WO 95/14289 | 05/26/1995 | Rhoads, Geoffrey | | |
| | | European Patent No. 0581317A2 | 02/02/1994 | Powell, Robert et.al. | | |
| | | European Patent No. 0372601A1 | 06/13/1990 | Druyvesteyn, Wm. et.al. | | |
| | | WO98/37513 | 08/27/1998 | Biggar, Michael et.al. | | |
| | | European Patent No. 0651554A | 05/03/1995 | Eastman Kodak Co. | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1Applicant's unique citation designation number (optional). 2See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

PTO/SB/08A (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Substitute for form 1449/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

*(Use as many sheets as necessary)*

| | |
|---|---|
| **Complete if Known** | |
| Application Number | 09/657,181 |
| Filing Date | September 7, 2000 |
| *First Named Inventor* | Scott A. MOSKOWITZ et al. |
| Art Unit | 2857 |
| Examiner Name | NA |
| Attorney Docket Number | 80408.0012 |

Sheet ___2___ of ___12___

## U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number<br>Number-Kind Code[2] *(if known)* | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | US-4,748,668 | 05/31/1998 | Shamir, et.al. | |
| | | US-4,789,928 | 12/06/1988 | Fujisaki | |
| | | US-4,908,873 | 03/13/1990 | Philibert, et.al. | |
| | | US-4,980,782 | 12/25/1990 | Ginkel | |
| | | US-5,073,925 | 12/17/1991 | Nagata, et.al. | |
| | | US-5,243,515 | 09/07/1993 | Lee | |
| | | US-5,287,407 | 02/15/1994 | Holmes | |
| | | US-5,428,606 | 06/27/1995 | Moskowitz | |
| | | US-5,365,586 | 11/15/1994 | Indeck, et.al. | |
| | | US-5,394,324 | 02/28/1995 | Clearwater | |
| | | US-5,408,505 | 04/18/1995 | Indeck, et.al | |
| | | US-5,412,718 | 05/02/1995 | Narasimhalv, et.al | |
| | | US-5,487,168 | 01/23/1996 | Geiner, et.al. | |
| | | US-5,493,677 | 02/20/1996 | Balogh, et.al. | |
| | | US-5,530,759 | 06/25/1996 | Braudaway, et.al | |
| | | US-5,606,609 | 02/25/1997 | Houser, et.al. | |
| | | US-5,613,004 | 03/18/1997 | Cooperman, et.al. | |
| | | US-5,617,119 | 04/01/1997 | Briggs, et.al | |
| | | US- | | | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document<br>Country Code[3] Number[4] Kind Code[5] *(if known)* | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages Or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | | WO 99/62044 | 12/02/1999 | Handel, Theodore et.al | | |
| | | WIPO 96/29795 | 09/26/1996 | Micali | | |
| | | WIPO 97/24833 | 07/10/1997 | Micali | | |
| | | EP 0649261 | 04/19/1995 | Enari | | |
| | | NL 100523 | 09/1998 | | | |
| | | | | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

PTO/SB/08A (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| | Complete if Known |
|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | |
| Substitute for form 1449/PTO | |
| Application Number | 09/657,181 |
| Filing Date | September 7, 2000 |
| First Named Inventor | Scott A. MOSKOWITZ et al. |
| Art Unit | 2857 |
| Examiner Name | NA |
| Sheet  3  of  72 | Attorney Docket Number  80408.0012 |

### U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number — Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | US-4,528,588 | 07/09/1985 | Lofberg | |
| | | US-5,832,119 | 11/03/1998 | Rhoads | |
| | | US-5,859,920 | 01/12/1999 | Daly et.al | |
| | | US-4,979,210 | 12/18/1990 | Nagata et.al | |
| | | US-5,774,452 | 06/30/1998 | Wolosewicz | |
| | | US-4,405,829 | 09/20/1983 | Rivest et.al | |
| | | US-6,330,335 | 12/11/2001 | Rhoads | |
| | | US-3,986,624 | 10/19/1976 | Cates Jr. et.al | |
| | | US-5,363,448 | 11/08/1994 | Koopman et.al | |
| | | US-5,568,570 | 10/22/1996 | Rabbani | |
| | | US-5,636,292 | 06/03/1997 | *Rhoads* | |
| | | US-4,972,471 | 11/20/1990 | Gross et.al | |
| | | US-5,893,067 | 04/06/1999 | Bender et.al. | |
| | | US-5,689,587 | 11/18/1997 | Bender et.al. | |
| | | US-3,984,624 | 10/05/1976 | Waggener | |
| | | US-4,038,596 | 07/26/1977 | Lee | |
| | | US-4,200,770 | 04/29/1980 | Hellman, et.al. | |
| | | US-4,218,582 | 08/19/1980 | Hellman, et.al. | |
| | | US-4,424,414 | 01/03/1984 | Hellman, et.al. | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3] "Number[4] "Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages Or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | | WO 9744736 | 11/27/1997 | Wehrenberg | | |
| | | WO 9952271 | 10/14/1999 | Moskowitz | | |
| | | WO 9963443 | 12/09/1999 | Ho,Anthony Tung Shuen | | |
| | | | | | | |
| | | | | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1]Applicant's unique citation designation number (optional). [2]See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04.  [3]Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3).  [4]For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5]Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible.  [6]Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.97 and 1.98.  The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application.  Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14.  This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO.  Time will vary depending upon the individual case.  Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450.  DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS.  SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

PTO/SB/08A (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | **Complete if Known** | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (*Use as many sheets as necessary*) | Application Number | 09/657,181 |
| | Filing Date | September 7, 2000 |
| | *First Named Inventor* | Scott A. MOSKOWITZ et al. |
| | Art Unit | 2857 |
| | Examiner Name | NA |
| Sheet | 4 | of | 12 | Attorney Docket Number | 80408.0012 |

## U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number — Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | US-5,640,569 | 06/17/1997 | Miller, et.al. | |
| | | US-5,659,726 | 08/19/1997 | Sandford,II, et.al | |
| | | US-5,664,018 | 09/02/1997 | Leighton | |
| | | US-5,687,236 | 11/11/1997 | Moskowitz, et.al. | |
| | | US-5,734,752 | 03/31/1998 | Knox | |
| | | US-5,745,569 | 04/28/1998 | Moskowitz, et.al | |
| | | US-5,506,795 | 04/09/1996 | Yamakawa | |
| | | US-5,680,462 | 10/21/1997 | Miller, et.al | |
| | | US-5,696,828 | 12/09/1997 | Koopman, Jr. | |
| | | US-5,740,244 | 04/14/1998 | Indeck, et.al. | |
| | | US-5,751,811 | 05/12/1998 | Koopman, Jr. | |
| | | US-5,757,923 | 05/26/1998 | Koopman, Jr. | |
| | | US-5,889,868 | 03/30/1999 | Moskowitz, et.al. | |
| | | US-6,208,745 | 03/27/2001 | Florencio, et.al. | |
| | | US-6,285,775 | 09/04/2001 | Wu, et.al. | |
| | | US-6,385,329 | 05/07/2002 | Sharma, et.al | |
| | | US-6,530,021 | 03/04/2003 | Epstein, et.al. | |
| | | US-6,425,081 | 07/23/2002 | wamura | |
| | | US- | | | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document — Country Code[3] Number[4] Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages Or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

PTO/SB/08A (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| | | Complete if Known |
|---|---|---|
| Substitute for form 1449/PTO | Application Number | 09/657,181 |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | Filing Date | September 7, 2000 |
| | First Named Inventor | Scott A. MOSKOWITZ et al. |
| | Art Unit | 2857 |
| | Examiner Name | NA |
| Sheet 5 of 12 | Attorney Docket Number | 80408.0012 |

### U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number — Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | US-6,522,769 | 02/18/2003 | Rhoads, et.al. | |
| | | US-2005/0160271 | 07/21/2005 | Brundage, et.al | |
| | | US-6,665,489 | 12/16/2003 | Collart | |
| | | US-2004/0128514 | 07/01/2004 | Rhoads | |
| | | US-2004/0037449 | 02/26/2004 | Davis, et.al. | |
| | | US-6,823,455 | 11/23/2004 | Macy, et.al. | |
| | | US-2003/0133702 | 07/17/2003 | Collart | |
| | | US-6,668,246 | 12/23/2003 | Yeung, et.al. | |
| | | US-6,405,203 | 06/11/2002 | Collart | |
| | | US-6,141,754 | 10/31/2000 | Choy | |
| | | US-6,493,457 | 12/10/2002 | Quackenbush | |
| | | US-5,629,980 | 05/13/1997 | Stefik, et.al. | |
| | | US-5,943,422 | 08/24/1999 | Van Wie, et.al. | |
| | | US-5,636,276 | 06/03/1997 | Brugger | |
| | | US-5,341,429 | 08/23/1994 | Stringer, et.al. | |
| | | US-6,754,822 | 06/22/2004 | Zhao | |
| | | US-6,131,162 | 10/10/2000 | Yoshiura et.al. | |
| | | US-7,058,570 | 06/06/2006 | Yu, et.al. | |
| | | US- | | | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3] "Number[4] "Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Where Relevant Passages Or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.
If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.

PTO/SB/08A (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Substitute for form 1449/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

(Use as many sheets as necessary)

| | | |
|---|---|---|
| **Complete if Known** | | |
| Application Number | | 09/657,181 |
| Filing Date | | September 7, 2000 |
| First Named Inventor | | Scott A. MOSKOWITZ et al. |
| Art Unit | | 2857 |
| Examiner Name | | NA |
| Attorney Docket Number | | 80408.0012 |

Sheet _6_ of _12_

## U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number — Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | US-5,930,369 | 07/27/1999 | Cox, et al. | |
| | | US-6,415,041 | 07/02/2002 | Oami, et al. | |
| | | US-6,141,753 | 10/31/2000 | Zhao, et al. | |
| | | US-2002/0097873 | 07/25/2002 | Petrovic | |
| | | US-6,785,815 | 08/31/2004 | Serret-Avila, et al. | |
| | | US-6,523,113 | 02/18/2003 | Wehrenberg | |
| | | US-6,233,347 | 05/15/2001 | Chen, et al. | |
| | | US-6,233,684 | 05/15/2001 | Stefik, et al. | |
| | | US-2006/0013395 | 01/19/2006 | Brundage, et al. | |
| | | US-7,043,050 | 05/09/2006 | Yuval | |
| | | US-5,809,160 | 09/15/1998 | Powell, et al. | |
| | | US-6,272,634 | 08/07/2001 | Tewfik, et al. | |
| | | US-6,282,650 | 08/28/2001 | Davis | |
| | | US-6,557,103 | 04/29/2003 | Boncelet, Jr., et al. | |
| | | US-2003/0126445 | 07/03/2003 | Wehrenberg | |
| | | US-6,978,370 | 12/20/2005 | Kocher | |
| | | US-2006/0005029 | 01/05/2006 | Petrovic, et al. | |
| | | US-6,278,791 | 08/21/2001 | Honsinger, et al. | |
| | | US- | | | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document — Country Code[3] Number[4] Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages Or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | |
|---|---|---|
| Examiner Signature | | Date Considered |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

PTO/SB/08A (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Substitute for form 1449/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

*(Use as many sheets as necessary)*

Sheet ___7___ of ___12___

| Complete if Known | |
|---|---|
| Application Number | 09/657,181 |
| Filing Date | September 7, 2000 |
| First Named Inventor | Scott A. MOSKOWITZ et al. |
| Art Unit | 2857 |
| Examiner Name | NA |
| Attorney Docket Number | 80408.0012 |

## U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number<br>Number-Kind Code[2] *(if known)* | Publication Date<br>MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | US-6,061,793 | 05/09/2000 | Tewfik, et.al | |
| | | US-5,809,139 | 09/15/1998 | Grirod, et.al. | |
| | | US-5,848,155 | 12/08/1998 | Cox | |
| | | US-5,915,027 | 06/22/1999 | Cox, et.cl | |
| | | US-5,940,134 | 08/17/1999 | Wirtz | |
| | | US-5,991,426 | 11/23/1999 | Cox, et.al. | |
| | | US-6,069,914 | 05/30/2000 | Cox | |
| | | US-5,943,422 | 08/24/1999 | Van Wie, et.al. | |
| | | US-6,539,475 | 03/25/2003 | Cox, et.al. | |
| | | US-6,310,962 | 10/30/2001 | chung, et.al. | |
| | | US-6,154,571 | 11/28/2000 | Cox, et.al. | |
| | | US-4,969,204 | 11/06/1990 | Jones, et.al. | |
| | | US-6,687,683 | 02/03/2004 | Harada, et.al. | |
| | | US-6,373,892 | 04/16/2002 | chien, et.al. | |
| | | US-5,870,474 | 02/09/1999 | Wasilewski, et.al. | |
| | | US-5,418,713 | 05/23/1995 | Allen | |
| | | US-6,078,664 | 06/20/2000 | Moskowitz, et.al. | |
| | | US-6,009,176 | 12/28/1999 | Gennaro, et.al. | |
| | | US-6,081,587 | 06/27/2000 | Hoffstein, et.al. | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document<br>Country Code[3] Number[4] Kind Code[5] *(if known)* | Publication Date<br>MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Where Relevant Passages Or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | | |
|---|---|---|---|
| Examiner Signature | | Date Considered | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

PTO/SB/08A (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| | Complete if Known |
|---|---|
| Substitute for form 1449/PTO | |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | Application Number: 09/657,181 |
| | Filing Date: September 7, 2000 |
| | First Named Inventor: Scott A. MOSKOWITZ et al. |
| | Art Unit: 2857 |
| | Examiner Name: NA |
| Sheet [8] of [12] | Attorney Docket Number: 80408.0012 |

## U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number — Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | US-6,598,162 | 07/22/2003 | Moskowitz | |
| | | US-6,275,988 | 08/14/2001 | Nagashima, et al. | |
| | | US-6,051,029 | 04/18/2000 | Paterson, et al. | |
| | | US-5,917,915 | 06/29/1999 | Hirose | |
| | | US-6,775,772 | 08/10/2004 | Binding, et al. | |
| | | US-6,668,246 | 12/23/2003 | Yeung, et al. | |
| | | US-6,351,765 | 02/26/2002 | Pietropaolo, et al. | |
| | | US-6,049,838 | 04/11/2000 | Miller, et al. | |
| | | US-5,398,285 | 03/14/1995 | Borgelt, et al. | |
| | | US-5,737,733 | 04/07/1998 | Eller | |
| | | US-2002/0103883 | 08/01/2002 | Haverstock, et al. | |
| | | US-5,673,316 | 09/30/1997 | Auerbach, et al. | |
| | | US-6,647,424 | 11/11/2003 | Pearson, et al. | |
| | | US-6,977,894 | 12/20/2005 | Achilles, et al. | |
| | | US-6,453,252 | 09/17/2002 | Laroche | |
| | | US-5,077,665 | 12/31/1991 | Silverman, et al. | |
| | | US-5,136,581 | 08/04/1992 | Muehrcke | |
| | | US-5,341,477 | 08/23/1994 | Pitkin, et al. | |
| | | US-5,581,703 | 12/03/1996 | Baugher, et al. | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document — Country Code[3]·Number[4]·Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages Or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: **Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

PTO/SB/08A (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Substitute for form 1449/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

*(Use as many sheets as necessary)*

| **Complete if Known** | |
|---|---|
| Application Number | 09/657,181 |
| Filing Date | September 7, 2000 |
| First Named Inventor | Scott A. MOSKOWITZ et al. |
| Art Unit | 2857 |
| Examiner Name | NA |
| Attorney Docket Number | 80408.0012 |

Sheet | 9 | of | 12

## U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number — Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines; Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | US-5,548,579 | 08/20/1996 | Lebrun, et al. | |
| | | US-5,905,975 | 05/18/1999 | Ausubel | |
| | | US-6,457,058 | 09/24/2002 | Ullum et al. | |
| | | US-6,381,618 | 04/30/2002 | Jones et al. | |
| | | US-2002/0026343 | 02/28/2002 | Duenke | |
| | | US-6,230,268 | 05/08/2001 | Miwa et al. | |
| | | US-6,199,058 | 03/06/2001 | Wong et al. | |
| | | US-5,920,900 | 07/06/1999 | Poole et al. | |
| | | US-5,884,033 | 03/16/1999 | Duvall et al. | |
| | | US-5,478,990 | 12/26/1995 | Montanari et al. | |
| | | US-6,430,302 | 08/06/2002 | Rhoads | |
| | | US-6,725,372 | 04/20/2004 | Lewis et al. | |
| | | US-6,606,393 | 08/12/2003 | Xie et al. | |
| | | US-6,584,125 | 06/24/2003 | Katto | |
| | | US-6,442,283 | 08/27/2002 | Tewfik et al. | |
| | | US-6,377,625 | 04/23/2002 | Kim | |
| | | US-6,282,300 | 08/28/2001 | Bloom et al. | |
| | | US-6,205,249 | 03/20/2001 | Moskowitz | |
| | | US-6,029,126 | 02/22/2000 | Malvar | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document — Country Code[3] Number[4] Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages Or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

PTO/SB/08A (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | **Complete if Known** | |
|---|---|---|
| | Application Number | 09/657,181 |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | Filing Date | September 7, 2000 |
| | First Named Inventor | Scott A. MOSKOWITZ et al. |
| *(Use as many sheets as necessary)* | Art Unit | 2857 |
| | Examiner Name | NA |
| Sheet ___10___ of ___12___ | Attorney Docket Number | 80408.0012 |

### U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number — Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | US-5,754,697 | 05/19/1998 | Fu et al. | |
| | | US-5,479,210 | 12/26/1995 | Cawley et al. | |
| | | US-3,947,825 | 03/30/1976 | Cassada | |
| | | US-5,903,721 | 05/11/1999 | Sixtus | |
| | | US-5,790,677 | 08/04/1998 | Fox et al. | |
| | | US-5,243,515 | 09/07/1993 | Clearwater | |
| | | US-4,339,134 | 07/13/1982 | Macheel | |
| | | US-4,827,508 | 05/02/1989 | Shear | |
| | | US-4,896,275 | 01/23/1990 | Jackson | |
| | | US-4,977,594 | 12/11/1990 | Shear | |
| | | US-5,050,213 | 09/17/1991 | Shear | |
| | | US-5,369,707 | 11/29/1994 | Follendore, III | |
| | | US-5,406,627 | 04/11/1995 | Thompson et al. | |
| | | US-5,410,598 | 04/25/1995 | Shear | |
| | | US-5,469,536 | 11/21/1995 | Blank | |
| | | US-5,497,419 | 03/05/1996 | Hill | |
| | | US-5,513,261 | 04/30/1996 | Maher | |
| | | US-5,530,739 | 06/25/1996 | Okada | |
| | | US-5,598,470 | 01/28/1997 | Cooper et al. | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3] Number[4] Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages Or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

PTO/SB/08A (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Substitute for form 1449/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

(Use as many sheets as necessary)

| Complete if Known | |
|---|---|
| Application Number | 09/657,181 |
| Filing Date | September 7, 2000 |
| First Named Inventor | Scott A. MOSKOWITZ et al. |
| Art Unit | 2857 |
| Examiner Name | NA |
| Attorney Docket Number | 80408.0012 |

Sheet ___11___ of ___12___

## U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.1 | Document Number — Number-Kind Code2 (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | US-5,625,690 | 04/29/1997 | Michel et al. | |
| | | US-5,633,932 | 05/27/1997 | Davis et al. | |
| | | US-5,719,937 | 02/17/1998 | Warren et al. | |
| | | US-5,737,416 | 04/07/1998 | Cooper et al. | |
| | | US-5,765,152 | 06/09/1998 | Erickson | |
| | | US-5,799,083 | 08/25/1998 | Brothers et al. | |
| | | US-5,973,731 | 10/26/1999 | Schwab | |
| | | US-5,894,521 | 04/13/1999 | Conley | |
| | | US-5,905,800 | 05/18/1999 | Moskowitz et al. | |
| | | US-5,963,909 | 10/05/1999 | Warren et al. | |
| | | US-5,974,141 | 10/26/1999 | Saito | |
| | | US-5,999,217 | 12/07/1999 | Berners-Lee | |
| | | US-6,041,316 | 03/21/2000 | Allen | |
| | | US-6,081,251 | 06/27/2000 | Sakai et al. | |
| | | US-6,278,780 | 08/21/2001 | Shimada | |
| | | US-6,301,663 | 10/09/2001 | Kato et al. | |
| | | US-6,240,121 | 05/29/2001 | Senoh | |
| | | US- | | | |
| | | US- | | | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.1 | Foreign Patent Document — Country Code3 -Number4 -Kind Code5 (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages Or Relevant Figures Appear | T6 |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1Applicant's unique citation designation number (optional). 2See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.
If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.

PTO/SB/08A (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| | | Complete if Known |
|---|---|---|
| Substitute for form 1449/PTO | Application Number | 09/657,181 |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | Filing Date | September 7, 2000 |
| | First Named Inventor | Scott A. MOSKOWITZ et al. |
| | Art Unit | 2857 |
| | Examiner Name | NA |
| Sheet | 1 2 | of | 1 2 | Attorney Docket Number | 80408.0012 |

### U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | US- 6,088,455 | 07/11/2000 | Logan et al. | |
| | | US- 5,634,040 | 05/27/1997 | Her et al. | |
| | | US- 6,381,747 | 04/30/2002 | Wonfor et al. | |
| | | US- 4,969,204 | 11/06/1990 | Melnychuck et al. | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3] Number[4] Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages Or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.
If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.

# United States Patent [19]

**Cassada**

[11]  **3,947,825**

[45]  **Mar. 30, 1976**

[54]  **ABSTRACTING SYSTEM FOR INDEX SEARCH MACHINE**

[75]  Inventor:  **Thomas Edward Cassada,** Lexington, Ky.

[73]  Assignee:  **International Business Machines Corporation,** Armonk, N.Y.

[22]  Filed:  **May 7, 1975**

[21]  Appl. No.: **575,318**

**Related U.S. Application Data**

[63]  Continuation-in-part of Ser. No. 350,880, April 13, 1973, which is a continuation-in-part of Ser. No. 157,565, June 28, 1971.

[52]  **U.S. Cl.** ............................................ **340/172.5**
[51]  **Int. Cl.²** .......................................... **G06F 1/00**
[58]  **Field of Search** ......... 340/172.5; 197/19; 271/9

[56]  **References Cited**
UNITED STATES PATENTS

| 3,309,677 | 4/1967 | Montgomery et al. | 340/172.5 |
| 3,417,379 | 12/1968 | Heard et al. | 340/172.5 |
| 3,577,127 | 4/1971 | Bishop et al. | 340/172.5 |
| 3,598,396 | 8/1971 | Andrews et al. | 271/9 |
| 3,674,125 | 7/1972 | Kolpek | 197/19 |

*Primary Examiner*—Raulfe B. Zache
*Attorney, Agent, or Firm*—D. Kendall Cooper

[57]  **ABSTRACT**

The invention concerns a system of English language abstracting used to increase the search rate for an Index Search machine that, as an example makes use of magnetic record cards each having in a typical case 50 tracks for recording of information. To increase the rate at which groups of words can be compared, an abstract of each group of words is generated. On the magnetic card the text or groups of words are recorded on tracks **2** through **50** and the abstracts of these groups are recorded in track **1**. When searching for a particular group of words, an abstract is generated for the group being sought. This abstract is then compared to the abstracts on track 1 of each card. If any of the abstracts match, the corresponding group of words on the card are searched in detail. For abstracts that do not match there is no need to search the corresponding group of words. Therefore, the need to search every group of words is eliminated, thus increasing the search rate.

The abstracts are generated from the first and third characters of each word in the group of words. Each character to be used in the generation of the abstract is encoded into one of three groups which are equally probable over the distribution of characters in the English Language. The abstract for a group of words consists of the number of characters that fall in each of the three groups.

**57 Claims, 34 Drawing Figures**



# United States Patent [19]

**Waggener**

[11] **3,984,624**

[45] **Oct. 5, 1976**

[54] **VIDEO SYSTEM FOR CONVEYING DIGITAL AND ANALOG INFORMATION**

[75] Inventor: **William N. Waggener**, Sarasota, Fla.

[73] Assignee: **Weston Instruments, Inc.**, Newark, N.J.

[22] Filed: **July 25, 1974**

[21] Appl. No.: **491,628**

[52] **U.S. Cl.** ........................ **178/5.6;** 178/DIG. 23; 178/5.8 R
[51] **Int. Cl.²** ........................................... **H04N 7/08**
[58] **Field of Search** ........... 178/5.6, DIG. 23, 5.8 R; 179/15 BY, 15 BW, 15 BM

[56] **References Cited**
UNITED STATES PATENTS

| | | | |
|---|---|---|---|
| 2,624,797 | 1/1953 | Lawson et al. | 178/5.6 |
| 3,752,907 | 8/1973 | Mazza | 178/5.6 |
| 3,838,444 | 9/1974 | Loughlin et al. | 179/15 BM |
| 3,842,196 | 10/1974 | Loughlin | 179/15 BM |
| 3,870,828 | 3/1975 | Saliga | 179/15 BY |

*Primary Examiner*—John C. Martin
*Attorney, Agent, or Firm*—William R. Sherman; Kevin McMahon; I. Kavrukov

[57] **ABSTRACT**

A video system having a transmitter in which a composite signal is formed by combining digital information with scanlines of an analog video signal generated by a line scanning device, and a receiver in which the digital information is recovered. The digital information is combined with the analog video signal at predetermined locations along scanlines of the video signal, and these predetermined locations are varied in order to prevent visible deterioration of the video image. In the video receiver, the digital information is recovered by examining the composite signal at the predetermined locations to extract the digital information. Each bit of digital information to be conveyed is represented by a first pseudo-random digital pulse sequence (or its complement, depending on whether the data bit is 1 or 0) which is superimposed on a selected scanline of the analog video signal to form the composite signal. The digital information is recovered at the receiver by generating a second pseudo-random digital pulse sequence in synchronism with the first sequence, and by examining the composite signal at locations determined by the second digital pulse sequence to extract the digital information contained in the composite signal.

51 Claims, 5 Drawing Figures



# United States Patent [19]

## Adelson

[11] **Patent Number:** 4,939,515

[45] **Date of Patent:** Jul. 3, 1990

[54] **DIGITAL SIGNAL ENCODING AND DECODING APPARATUS**

[75] Inventor: Edward H. Adelson, Cambridge, Mass.

[73] Assignee: General Electric Company, Princeton, N.J.

[21] Appl. No.: 252,223

[22] Filed: Sep. 30, 1988

[51] Int. Cl.$^5$ ..................... H03M 7/00; H04N 11/04
[52] U.S. Cl. ......................................... 341/51; 358/13
[58] Field of Search ...................... 341/51, 87; 360/32; 358/12, 13

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,304,372 | 2/1967 | Filipowsky et al. . |
| 4,134,134 | 1/1979 | Lux ....................................... 341/87 |
| 4,237,484 | 12/1980 | Brown et al. . |
| 4,302,775 | 11/1981 | Widergren et al. .................. 341/51 |
| 4,394,774 | 7/1983 | Widergren et al. .................. 341/51 |
| 4,401,854 | 8/1983 | Steele . |
| 4,495,620 | 1/1985 | Steele et al. . |
| 4,580,162 | 4/1986 | Mori ....................................... 341/51 |

*Primary Examiner*—William M. Shoop, Jr.
*Assistant Examiner*—Sharon D. Logan
*Attorney, Agent, or Firm*—Joseph S. Tripoli; Peter M. Emanuel; Thomas F. Lenihan

[57] **ABSTRACT**

Digital data is conveyed along with the analog signal by selectively quantizing the analog signal in response to the level of each of the digital bits to be sent. By determining which quantization function was used, a decoder may recover the embedded digital data.

**7 Claims, 8 Drawing Sheets**



# United States Patent [19]

## Silverman et al.

| | |
|---|---|
| [11] Patent Number: | **5,077,665** |
| [45] Date of Patent: | **Dec. 31, 1991** |

[54] **DISTRIBUTED MATCHING SYSTEM**

[75] Inventors: **David L. Silverman**, Nesconset; **Alfred H. Scholldorf**, Port Jefferson Station; **Norman Keller**, Mt. Sinai, all of N.Y.

[73] Assignee: **Reuters Limited**, England

[21] Appl. No.: **357,036**

[22] Filed: **May 25, 1989**

[51] Int. Cl.⁵ ............................................. G06F 15/20
[52] U.S. Cl. ...................................... 364/408; 364/401
[58] Field of Search ......................... 364/408, 401, 514

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,573,747 | 4/1971 | Adams et al. | 340/172.5 |
| 3,581,072 | 5/1971 | Nymeyer | 235/152 |
| 4,412,287 | 10/1983 | Braddock, III | 364/408 |
| 4,674,044 | 6/1987 | Kalmus et al. | 364/408 |
| 4,677,552 | 6/1987 | Sibley, Jr. | 364/408 |
| 4,745,559 | 5/1988 | Willis et al. | 364/514 |
| 4,750,135 | 6/1988 | Boilen et al. | 364/514 |
| 4,868,866 | 9/1989 | Williams, Jr. | 380/49 |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1489571 | 10/1977 | United Kingdom | 364/408 |
| 1489573 | 10/1977 | United Kingdom | 364/408 |

*Primary Examiner*—Jerry Smith
*Assistant Examiner*—Russell E. Cass
*Attorney, Agent, or Firm*—Bryan, Cave, McPheeters & McRoberts

[57] **ABSTRACT**

A matching system for trading instruments is provided in which bids are automatically matched against offers for given trading instruments for automatically providing matching transactions in order to complete trades for the given trading instruments in which controllable subsets (110, 112) of a distributable system trading book (118) may be selectively provided to trading keystations (24) in the matching system from the host computer (20) or central system for dynamically controllably masking the available trading market. The system comprises the host computer (20) for maintaining a host book data base (118) comprising all of the active bids and offers in the system by trading instrument, a transaction originating keystation (24a) at a client site (26) for providing a bid on a given trading instrument to the system for providing a potential matching transaction, a counterparty keystation (24b) for providing an offer on the given trading instrument involved in the potential matching transaction, and a network (22) for interconnecting the host computer (20), the transaction originating keystation (24a) and the counterparty keystation (24b) in the system for enabling data communication therebetween. Both the transaction originating keystation (24a) and the counterparty keystation (24b) each have an associated local data base keystation book (110, 112) comprising a subset of the host book (118). The content of each of the keystation books (110, 112) has an associated display depth range which is dynamically controllable by the host computer (20) and is dynamically updatable by transaction update broadcast messages (132) received from the host computer (20) through the network (22) which is preferably transparent to the transactions communicated.

**57 Claims, 13 Drawing Sheets**



US005136581A

# United States Patent [19]

## Muehrcke

[11] Patent Number: 5,136,581

[45] Date of Patent: Aug. 4, 1992

[54] ARRANGEMENT FOR RESERVING AND ALLOCATING A PLURALITY OF COMPETING DEMANDS FOR AN ORDERED BUS COMMUNICATION NETWORK

[75] Inventor: Eric B. Muehrcke, Middletown, N.J.

[73] Assignee: AT&T Bell Laboratories, Murray Hill, N.J.

[21] Appl. No.: 546,954

[22] Filed: Jul. 2, 1990

[51] Int. Cl.⁵ ...................... H04Q 11/04; H04M 3/42
[52] U.S. Cl. ..................................... 370/62; 370/58.1; 370/85.2; 379/54; 379/202; 379/206
[58] Field of Search ................. 370/53, 54, 58.1, 58.2, 370/58.3, 85.1, 85.9, 85.13, 85.14, 62, 85.2; 379/27, 29, 88, 89, 90, 93, 94, 157, 158, 201, 202, 204, 205, 206, 53, 54; 358/85; 364/138, 148, 513, 550

[56] References Cited

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,710,917 | 12/1987 | Tompkins et al. | 370/62 |
| 4,796,293 | 1/1989 | Blinken et al. | 379/202 |
| 4,937,856 | 6/1990 | Natarajan | 370/62 |

### OTHER PUBLICATIONS

M. R. Garey et al., *Computers and Intractability–A Guide to the Theory of NP—Completeness*, New York: W. H. Freeman & Co. (1979) pp. 1–44 and 226.

DACS II (Digital Access and Cross–Connect System II)—Reference Manual, AT&T Technologies, Printed in U.S.A. (May 1987) pp. 1–1 to 5–8.

Digital Multipoint Bridge, AT&T Technical Description (undated) pp. 1 to 94.

Rembrandt Video System—User Manual (for T1,

G703/732, RS–422/449 and V.11 Applications) San Jose, Calif. (Aug. 1985), pp. 2–1 to 2–19.

Dataphone ® 11 740/741 Acculink ™ Multiplexer—Reference Manual, Document No. 999–101–2891S, Issue No. 2, AT&T Printed in U.S.A., (1989), pp. 1–1 to IN–2.

*Primary Examiner*—Douglas W. Olms
*Assistant Examiner*—Alpus H. Hsu
*Attorney, Agent, or Firm*—B. H. Freedman

[57] ABSTRACT

A method and system for allocating a constrained common resource (such as capacity in an ordered bus network) among a plurality of demands for the resource. The allocation arrangement receives from a source, demands for allocating the resource (network) for a particular use, e.g., a conference among a plurality of customer sites, stratifies the received demands in response to a grouping of endpoints to be conferenced at the customer sites, and allocates the network resources to connect the endpoints to be conferenced in response to the stratified demand. This is done by generating setup and terminate times for each endpoint to be connected in a conference; reserving the endpoints to be connected in the conference; and generating a plurality of bindings for signalling the network and the source as to the success of connecting the endpoints to be conferenced over the ordered bus network. The arrangement also stratifies a customer's demand into sets of strategies for groupings of like endpoints; allocates network resources responsive to characteristics of the different groupings of like endpoints; for each strategy, generates the setup times and terminate times for each endpoint, reserves the endpoints for a reservation, and generates bindings. The endpoints may be codecs, alternate accesses, offnets, audio bridges, and/or video conference controllers.

28 Claims, 6 Drawing Sheets

US005394324A

# United States Patent [19]

## Clearwater

[11] Patent Number: **5,394,324**

[45] Date of Patent: **Feb. 28, 1995**

[54] **AUCTION-BASED CONTROL SYSTEM FOR ENERGY RESOURCE MANAGEMENT IN A BUILDING**

[75] Inventor: **Scott H. Clearwater**, Woodside, Calif.

[73] Assignee: **Xerox Corporation**, Stamford, Conn.

[21] Appl. No.: **163,061**

[22] Filed: **Dec. 8, 1993**

[51] Int. Cl.6 ............................................. G06F 15/20
[52] U.S. Cl. ................................ 364/402; 364/464.01; 364/140; 364/141; 364/408
[58] Field of Search .................. 364/402, 464.01, 140, 364/141, 505, 550, 408; 236/1 B; 165/2, 13, 14, 58, 59

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,217,646 | 8/1980 | Caltagirone et al. | 165/22 |
| 4,500,034 | 2/1985 | Reese et al. | 236/49 |
| 4,661,914 | 4/1987 | Mulokey et al. | 364/505 |
| 4,918,615 | 4/1990 | Suzuki et al. | 364/140 |

### OTHER PUBLICATIONS

Kenneth Steiglitz and Michael L. Honig, "Chaotic Behavior in an Auction–Based Micro–Economic Model," pp. 1–19.

IEEE Transactions on Software Engineering, Feb. 1992, vol. 18, No. 2.

Ross A. Gagliano et al., "Simulation of a Market Model for Distributed Control," Record of Proceedings, pp. 171–187, The 21st Annual Symposium Mar. 16–18 1988, Tampa, Fla.

Martin D. Fraser et al., "The Simulation of a Distrib-

uted Control Model for Resource Allocation and the Implied Pricing," Record of Proceedings, pp. 81–92, The 22nd Annual Symposium Mar. 28–31 1989, Tampa, Fla.

Martin D. Fraser et al., "Modeling the Cost of Resource Allocation in Distributed Control," Record of Proceedings, pp. 151–164, The 23rd Annual Symposium, Apr. 23–27 1990, Nashville, Tenn.

James F. Kurose et al., "A Microeconomic Approach to Optimal Resource Allocation in Distributed Computer Systems," IEEE Transactions on Computers, vol. 38, No. 5, May 1989.

James F. Kurose et al., "A Microeconomic Approach to Decentralized Optimization of Channel Access Policies in Multiaccess Networks," IEEE Publication, pp. 70–77, 1985.

*Primary Examiner*—Gail O. Hayes
*Assistant Examiner*—Frantzy Poinvil
*Attorney, Agent, or Firm*—Oliff & Berridge

[57] **ABSTRACT**

An auction-based apparatus and method for supplying temperature conditioned air. Each room in an office building makes a bid based on a difference between an actual temperature of the room and a desired temperature of the room. Each room submits the respective bid to a centralized computer that consummates sales based on an auction price. The centralized computer controls the amount of temperature conditioned air supplied to each of the respective rooms based on the consummated sales.

**24 Claims, 4 Drawing Sheets**



US005379345A

## United States Patent [19]

### Greenberg

[11] Patent Number: 5,379,345

[45] Date of Patent: Jan. 3, 1995

[54] **METHOD AND APPARATUS FOR THE PROCESSING OF ENCODED DATA IN CONJUNCTION WITH AN AUDIO BROADCAST**

[75] Inventor: **Burton L. Greenberg**, New York, N.Y.

[73] Assignee: **Radio Audit Systems, Inc.**, Peekskill, N.Y.

[21] Appl. No.: **11,209**

[22] Filed: **Jan. 29, 1993**

[51] Int. Cl.⁶ ............................................... H04L 9/00
[52] U.S. Cl. ........................................ **380/23**; 375/1;
380/6; 380/20; 380/31; 380/34; 380/49;
340/825.31; 340/825.34
[58] Field of Search .................. 375/1; 380/34, 6, 20,
380/23, 49, 50, 31, 33; 358/142–147;
340/825.31, 825.34; 348/461–468, 473–486

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,881,244 | 4/1959 | Pawley et al. | 380/20 |
| 3,845,391 | 10/1974 | Crosby | 380/23 X |
| 4,079,419 | 3/1978 | Siegle et al. | 380/20 X |
| 4,313,197 | 1/1982 | Maxemchuk | 375/1 X |
| 4,425,661 | 1/1984 | Moses et al. | 375/1 |
| 4,547,804 | 10/1985 | Greenberg | 358/142 |
| 4,639,779 | 1/1987 | Greenberg | 358/142 |
| 4,805,020 | 2/1989 | Greenberg | 358/147 |
| 4,945,412 | 7/1990 | Kramer | 358/142 |
| 4,967,273 | 10/1990 | Greenberg | 358/142 |

*Primary Examiner*—Bernarr E. Gregory
*Attorney, Agent, or Firm*—Schweitzer Cornman & Gross

[57] **ABSTRACT**

A method and apparatus for the identification and verification of audio transmission segments, such as may be broadcast by a radio station, consists of the generation of a data stream corresponding in duration to the length of the program segment and including both cumulative time data and segment identification data. The data stream is combined with the program segment to which it relates in a manner in which the data is inaudible on conventional reception apparatus and which does not significantly degrade the audio quality of the program segment. A reception facility is provided to extract the data stream from the recorded audio and compare the data therein with reference data for the transmission, including intended length and time of the segment. By such a comparison verification of the broadcast can be accomplished.

**16 Claims, 2 Drawing Sheets**



US005319735A

# United States Patent [19]

## Preuss et al.

[11] **Patent Number:** 5,319,735

[45] **Date of Patent:** Jun. 7, 1994

[54] **EMBEDDED SIGNALLING**

[75] Inventors: **Robert D. Preuss**, Boston, Mass.; **Salim E. Roukos**, Scarsdale, N.Y.; **A. W. F. Huggins**, Arlington, Mass.; **Herbert Gish**, Newton, Mass.; **Marcos A. Bergamo**, Wellesley, Mass.; **Patrick M. Peterson**, Cambridge, Mass.; **Alan G. Derr**, Westford, Mass.

[73] Assignee: **Bolt Beranek and Newman Inc.**, Cambridge, Mass.

[21] Appl. No.: **808,913**

[22] Filed: **Dec. 17, 1991**

[51] Int. Cl.⁵ .............................................. G10L 3/00
[52] U.S. Cl. .................................................... 395/2.14
[58] Field of Search ................... 375/1, 122; 358/143; 370/110.1; 395/2, 2.1, 2.14; 381/29–40

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,004,104 | 10/1961 | Hembrooke | 370/37 |
| 4,395,600 | 7/1983 | Lundy et al. | 381/73.1 |
| 4,425,661 | 1/1984 | Moses et al. | 375/1 |
| 4,593,389 | 6/1986 | Wurzburg et al. | 370/110.1 |
| 4,775,901 | 10/1988 | Nakano | 360/60 |
| 4,777,529 | 10/1988 | Schultz et al. | 358/143 |
| 4,903,301 | 2/1990 | Kondo et al. | 381/30 |
| 4,943,973 | 7/1990 | Werner | 375/1 |
| 4,965,680 | 10/1990 | Endoh | 360/60 |
| 4,972,471 | 11/1990 | Gross et al. | 380/3 |
| 4,979,210 | 12/1990 | Nagata et al. | 380/3 |
| 5,212,551 | 5/1993 | Conanan | 358/143 |

*Primary Examiner*—David D. Knepper
*Attorney, Agent, or Firm*—Henry D. Pahl, Jr.

[57] **ABSTRACT**

A code signal representing a sequence of code symbols carrying digital information is generated with the frequency components of the code signal being essentially confined to a preselected signalling band lying within the bandwidth of an audio signal within which the code signal is to be embedded. The audio signal is continuously frequency analyzed over a frequency band encompassing the signalling band and the code signal is dynamically filtered as a function of the analysis thereby to provide a modified code signal with frequency components which are, at each time instant, essentially a preselected small proportion of the levels of the corresponding audio signal frequency components. Accordingly, the modified code signal can be combined with the audio signal to obtain a composite audio signal which is not readily distinguishable from the original audio signal by listening. Furthermore, the digital information can be recovered from the composite audio signal by a procedure which is essentially the compliment of that used to obtain the composite audio signal.

**25 Claims, 11 Drawing Sheets**



**Top Level Block Diagram of Information Embedding Process.**

US005287407A

## United States Patent [19]

### Holmes

[11] **Patent Number:** 5,287,407

[45] **Date of Patent:** Feb. 15, 1994

[54] **COMPUTER SOFTWARE PROTECTION**

[75] Inventor: **Keith Holmes**, Dublin, Ireland

[73] Assignee: **International Business Machines Corporation**, Armonk, N.Y.

[21] Appl. No.: **704,757**

[22] Filed: **May 23, 1991**

[30] **Foreign Application Priority Data**

May 31, 1990 [EP] European Pat. Off. ........ 90305964.0

[51] Int. Cl.5 ................................................. H04L 9/00
[52] U.S. Cl. .................................................... 380/4
[58] Field of Search ......................................... 380/4

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,748,562 | 5/1988 | Brown | 364/ |
| 4,866,769 | 9/1989 | Karp | 380/4 |
| 4,903,296 | 2/1990 | Chandra et al. | 380/4 |
| 4,979,210 | 12/1990 | Nagata et al. | 380/4 |
| 5,027,396 | 6/1991 | Platteter et al. | 380/4 |
| 5,027,398 | 6/1991 | Miyoshi | 380/4 |

#### FOREIGN PATENT DOCUMENTS

302710 2/1989 European Pat. Off. .

2541014 8/1984 France .
8201273 4/1982 PCT Int'l Appl. .
8502310 5/1985 PCT Int'l Appl. .
2154769 9/1985 United Kingdom .

#### OTHER PUBLICATIONS

IBM Technical Disclosure Bulletin, vol. 28, No. 2 Jul. 1985 "Computer Program Identification".

*Primary Examiner*—David Cain
*Attorney, Agent, or Firm*—Lauren C. Bruzzone; Jesse L. Abzug

[57] **ABSTRACT**

A master copy of a software file has within it a predetermined block of data. When a copy of the file is made that block of data within the copied file is located and overwritten with data identifying the copy. When an unauthorized copy is found, the data identifying the copy can be read and the source of the unauthorized copy may be traced. The invention is particularly suited to use with software distribution over a computer network in which details such as the time the copied file was made and the name of the authorized user can be embedded within the copy.

**13 Claims, 1 Drawing Sheet**



US005243423A

## United States Patent [19]

### DeJean et al.

| | |
|---|---|
| [11] | **Patent Number:** |
| [45] | **Date of Patent:** |

**5,243,423**

**Sep. 7, 1993**

[54] **SPREAD SPECTRUM DIGITAL DATA TRANSMISSION OVER TV VIDEO**

[75] Inventors: **Jean P. DeJean**, Cincinnati, Ohio; **Daozheng Lu**, Buffalo Grove, Ill.; **Robert Weissman**, Westport, Conn.

[73] Assignee: **A. C. Nielsen Company**, Northbrook, Ill.

[21] Appl. No.: **811,805**

[22] Filed: **Dec. 20, 1991**

[51] Int. Cl.5 ................................................ H04N 7/08
[52] U.S. Cl. ................................. **358/142**; 358/141
[58] Field of Search ........................ 358/142, 141, 167; 375/1

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,244,808 | 4/1966 | Roberts . |
| 3,562,420 | 2/1971 | Thompson . |
| 3,838,444 | 9/1974 | Loughlin et al. ................... 358/142 |
| 3,842,196 | 10/1974 | Loughlin ........................... 358/142 |
| 3,984,624 | 10/1976 | Waggener .......................... 358/142 |
| 4,363,138 | 12/1982 | Franklin et al. . |
| 4,425,642 | 1/1984 | Moses et al. . |
| 4,841,545 | 6/1989 | Endo et al. ............................. 375/1 |

| | | |
|---|---|---|
| 4,912,721 | 3/1990 | Pidgeon, Jr. et al. . |
| 4,969,041 | 11/1990 | O'Grady et al. ................... 358/142 |

OTHER PUBLICATIONS

Spread Spectrum Goes Commerical by D. L. Schilling, R. L. Pickholtz, and L. B. Mistein, IEEE Spectrum Magazine, Aug. 1990, pp. 40–46.

*Primary Examiner*—James J. Groody
*Assistant Examiner*—David E. Harvey
*Attorney, Agent, or Firm*—Marshall, O'Toole, Gerstein, Murray & Borun

[57] **ABSTRACT**

A co-channel communication system allows transmission of one or more data signals in an active or visible portion of a video raster in a manner that is imperceptible to a viewer. More particularly, the data signal is transmitted over a preselected active video lines of a video raster. In order to reduce the perceptibility of the data signal, the video lines over which the data signal is transmitted is varied according to a random sequence. In an alternate embodiment, the data is also modulated at relatively low modulation levels, for example, by converting the data signal to a spread spectrum signal.

**17 Claims, 4 Drawing Sheets**



22,24

US005161210A

# United States Patent [19]

## Druyvesteyn et al.

[11] Patent Number: **5,161,210**

[45] Date of Patent: **Nov. 3, 1992**

[54] **CODER FOR INCORPORATING AN AUXILIARY INFORMATION SIGNAL IN A DIGITAL AUDIO SIGNAL, DECODER FOR RECOVERING SUCH SIGNALS FROM THE COMBINED SIGNAL, AND RECORD CARRIER HAVING SUCH COMBINED SIGNAL RECORDED THEREON**

[75] Inventors: **Willem F. Druyvesteyn; Abraham Hoogendoorn; Leon M. Van De Kerkhof; Raymond N. J. Veldhuis,** all of Eindhoven, Netherlands

[73] Assignee: **U.S. Philips Corporation,** New York, N.Y.

[21] Appl. No.: **433,631**

[22] Filed: **Nov. 8, 1989**

[30] **Foreign Application Priority Data**

Nov. 10, 1988 [NL] Netherlands ........................ 8802769
Apr. 25, 1989 [NL] Netherlands ........................ 8901032

[51] Int. Cl.[5] ............................ G10L 9/00; G10L 7/04
[52] U.S. Cl. ......................................... 395/2; 381/31
[58] Field of Search ..................................... 381/29–40; 395/2

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,455,649 | 6/1984 | Esteban et al. | 381/29 |
| 4,535,472 | 8/1985 | Tomcik | 381/31 |
| 4,703,480 | 10/1987 | Westall et al. | 381/30 |
| 4,903,301 | 2/1990 | Kondo et al. | 381/30 |

Primary Examiner—Allen R. MacDonald
Assistant Examiner—David D. Knepper
Attorney, Agent, or Firm—Leroy Eason

[57] **ABSTRACT**

The audio signal is divided into frequency sub-bands, the sub-band samples are quantized according to a predetermined quantizing criterion, and the quantized samples in one or more sub-bands are summed with samples of the auxiliary signal in such sub-bands, the auxiliary signal sample in a sub-band having a maximum amplitude less than half the quantization step used in such sub-band. The combined signal, covering the entire frequency band of the audio signal, can be transmitted or recorded on a record carrier. Upon audio reproduction at a receiver only the audio signal will be audible, the auxiliary signal being masked due to the psychoacoustic characteristics of the human auditory system which are unresponsive to low-level noise in the presence of high amplitude sound. The receiver includes a decoder which analyzes the combined signal into the original frequency sub-bands and re-quantizes the sub-band signals using the same quantizing criterion as at the coder. The auxiliary signal is reconstructed by subtracting the quantized signal sample in each sub-band from the non-quantized signal sample therein and combining the non-quantized sub-band signal sample. The auxiliary signal may be a copy inhibit code which serves to inhibit a recorder from recording the audio signal, thus protecting against unauthorized copying.

**14 Claims, 6 Drawing Sheets**



US007058570B1

(12) **United States Patent**
Yu et al.

(10) Patent No.: **US 7,058,570 B1**
(45) Date of Patent: **Jun. 6, 2006**

(54) **COMPUTER-IMPLEMENTED METHOD AND APPARATUS FOR AUDIO DATA HIDING**

(75) Inventors: **Hong Heather Yu**, Plainsboro, NJ (US); **Xin Li**, Princeton, NJ (US)

(73) Assignee: **Matsushita Electric Industrial Co., Ltd.**, Osaka (JP)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/499,525**

(22) Filed: **Feb. 10, 2000**

(51) **Int. Cl.**
*G10L 19/04* (2006.01)

(52) **U.S. Cl.** .......................................... **704/219**

(58) **Field of Classification Search** ............... 704/270, 704/221, 222, 219, 258; 382/100; 713/176
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,355,416 A | 10/1994 | Sacks | |
| 5,621,772 A | 4/1997 | Maturi et al. | |
| 5,848,155 A | 12/1998 | Cox | |
| 5,889,868 A | 3/1999 | Moskowitz et al. | |
| 5,893,067 A | 4/1999 | Bender et al. | |
| 6,233,347 B1* | 5/2001 | Chen et al. | 382/100 |
| 6,278,791 B1* | 8/2001 | Honsinger et al. | 382/100 |
| 6,442,283 B1* | 8/2002 | Tewfik et al. | 382/100 |
| 6,480,825 B1* | 11/2002 | Sharma et al. | 704/270 |
| 6,678,389 B1* | 1/2004 | Sun et al. | 382/100 |
| 6,834,344 B1* | 12/2004 | Aggarwal et al. | 713/176 |

OTHER PUBLICATIONS

Kim, Won-Gyum et al., "An Audio Watermarking Scheme Robust to MPEG Audio Compression" Proceedings of the IEEE-Eurasip Workshop on Nonlinear Signal and Image Processing, vol. 1, 1999, pp. 326-330, XP000979677, no month found.
Sang-Kwang Lee et al., "Digital Audio Watermarking in the Cepstrum Domain" International Conference on Consumer Electronics. Digest of Technical Papers, Jun. 2000, pp. 334-335, XP000952156.

(Continued)

*Primary Examiner*—Wayne Young
*Assistant Examiner*—Jakieda R. Jackson
(74) *Attorney, Agent, or Firm*—Harness, Dickey & Pierce, PLC

(57) **ABSTRACT**

A computer-implemented method and apparatus for embedding hidden data in an audio signal. An audio signal is received in a base domain and then transformed into a non-base domain, such as cepstrum domain or LP residue domain. The statistical mean manipulation is employed on selected transform coefficients to embed hidden data. The introduced distortion is controlled by psychoacoustic model to ensure the imperceptibility of the embedded hidden data. Scrambling techniques can be plugged in to further increase the security of the data hiding system. The present new audio data hiding scheme provides transparent audio quality, sufficient embedding capacity, and high survivability over a wide range of common signal processing attacks.

**23 Claims, 5 Drawing Sheets**



US006775772B1

## (12) United States Patent
Binding et al.

(10) Patent No.: US 6,775,772 B1
(45) Date of Patent: Aug. 10, 2004

(54) **PIGGY-BACKED KEY EXCHANGE PROTOCOL FOR PROVIDING SECURE LOW-OVERHEAD BROWSER CONNECTIONS FROM A CLIENT TO A SERVER USING A TRUSTED THIRD PARTY**

(75) Inventors: **Carl Binding**, Thalwil (CH); **Stefan Georg Hild**, Adliswil (CH); **Luke James O'Connor**, Asliswil (CH); **Sandeep K. Singhal**, Raleigh, NC (US); **Victor John Shoup**, Zurich (CH); **Michael Steiner**, Saarbruecken (DE)

(73) Assignee: **International Business Machines Corporation**, Armonk, NY (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/415,827**

(22) Filed: **Oct. 12, 1999**

(51) Int. Cl.⁷ ................................................ H04L 9/00

(52) U.S. Cl. ........................ 713/171; 713/151; 713/152; 713/200; 380/279; 709/220; 709/228; 709/230; 709/310; 709/315; 345/804

(58) Field of Search ................................. 709/220, 228, 709/230, 310, 315; 713/151, 152, 171, 200; 345/804; 380/279

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,673,322 A | * | 9/1997 | Pepe et al. | 705/52 |
| 5,708,780 A | * | 1/1998 | Levergood et al. | 709/229 |
| 5,754,772 A | * | 5/1998 | Leaf | 709/203 |
| 5,793,966 A | * | 8/1998 | Amstein et al. | 709/203 |
| 5,825,890 A | * | 10/1998 | Elgamal et al. | 713/151 |
| 5,875,296 A | * | 2/1999 | Shi et al. | 713/202 |
| 5,923,756 A | * | 7/1999 | Shambroom | 713/156 |
| 5,978,840 A | * | 11/1999 | Nguyen et al. | 709/217 |
| 6,061,790 A | * | 5/2000 | Bodnar | 713/171 |
| 6,092,196 A | * | 7/2000 | Reiche | 713/200 |
| 6,182,142 B1 | * | 1/2001 | Win et al. | 709/229 |
| 6,226,752 B1 | * | 5/2001 | Gupta et al. | 713/201 |
| 6,643,774 B1 | * | 11/2003 | McGarvey | 713/155 |

OTHER PUBLICATIONS

Takahiko Kiuchi, Shigekoto Kaihara, "C–HTTP, The Development of a Secure, Closed HTTP–based on Network the INternet," Proceedings of SNDSS '96, IEEE 1996.*

E. Rescorla, A. Schiffman, "The Secure Hypertext Transfer Protocol," Network Working Group, RFC: 2660, Aug. 1999.*

Bellovin, Moskowitz, "Client Certificate and Key Retreival for IKE," Network Working Group, Internet Draft, Nov. 2000.*

R. Fielding et al., "Hypertext Transfer Protocol HTTP/1.1," Network Working Group, RFC: 208, Jan. 1997.*

Kuichi et al., C–HTTP: The Development of a Secure, Closed HTTP–based Network on the Internet, Proceedings of the SNDSS '96, IEEE 1996, pp. 64–75.*

* cited by examiner

*Primary Examiner*—Gregory Morse
*Assistant Examiner*—Paul E. Callahan
(74) *Attorney, Agent, or Firm*—A. Bruce Clay; Marcia L. Doubet

(57) **ABSTRACT**

A method, system, and computer program product for establishing security parameters that are used to exchange data on a secure connection. A piggy-backed key exchange protocol is defined, with which these security parameters are advantageously exchanged. By piggy-backing the key exchange onto other already-required messages (such as a client's HTTP GET request, or the server's response thereto), the overhead associated with setting up a secure browser-to-server connection is minimized. This technique is defined for a number of different scenarios, where the client and server may or may not share an encoding scheme, and is designed to maintain the integrity of application layer communication protocols. In one scenario, a client and a server exchange secure messages using a trusted third party.

**67 Claims, 3 Drawing Sheets**



US006539475B1

## (12) United States Patent
### Cox et al.

(10) Patent No.: **US 6,539,475 B1**
(45) Date of Patent: **Mar. 25, 2003**

(54) **METHOD AND SYSTEM FOR PROTECTING DIGITAL DATA FROM UNAUTHORIZED COPYING**

(75) Inventors: **Ingemar J. Cox**, Lawrenceville, NJ (US); **Matthew L. Miller**, Princeton, NJ (US)

(73) Assignee: **NEC Corporation**, Tokyo (JP)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: 09/215,960

(22) Filed: **Dec. 18, 1998**

(51) Int. Cl.[7] .......................... **H04N 7/16**; H04N 7/167; H04L 9/28

(52) U.S. Cl. ...................... **713/100**; 713/176; 713/193; 705/57; 380/201; 380/202; 380/203

(58) Field of Search ................................. 713/176, 193; 380/201–203; 705/57

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 5,319,735 A | 6/1994 | Preuss et al. |
| 5,574,787 A * | 11/1996 | Ryan ............................. 380/5 |
| 5,687,191 A | 11/1997 | Lee et al. |
| 5,708,717 A | 1/1998 | Alasia |
| 5,745,569 A * | 4/1998 | Moskowitz et al. .......... 380/23 |
| 5,809,139 A * | 9/1998 | Girod et al. ................... 380/5 |
| 5,838,791 A | 11/1998 | Torii et al. |
| 5,848,155 A | 12/1998 | Cox |

* cited by examiner

Primary Examiner—Gail Hayes
Assistant Examiner—Taghi T. Arani
(74) Attorney, Agent, or Firm—Scully, Scott, Murphy & Presser

(57) **ABSTRACT**

Data is protected from unauthorized copying by rescrambling an unauthorized version of the data, but descrambling an authorized version of the data. This is done using a trigger signal. One property of the trigger signal is that it is preserved through signal transformations, such as one or more of compression, decompression, analog to digital conversion, and digital to analog conversion. As a result of this property the trigger signal can be detected in either scrambled or descrambled data. The trigger signal is embedded into the data to form watermarked data. The watermarked data is passed through a descrambler, where the trigger signal, if present, is extracted. A descrambling key and a descrambling algorithm are applied to the watermarked data if the trigger signal is present, but not applied to the watermarked data if the trigger signal is not present.

**12 Claims, 3 Drawing Sheets**



POSSIBLY PROTECTED DATA
TRIGGER EXTRACTOR — 30
KEY
40
DESCRAMBLER ◄— ON/OFF
POSSIBLY USABLE DATA

US006530021B1

(12) **United States Patent**
Epstein et al.

(10) **Patent No.:** US 6,530,021 B1
(45) **Date of Patent:** Mar. 4, 2003

(54) **METHOD AND SYSTEM FOR PREVENTING UNAUTHORIZED PLAYBACK OF BROADCASTED DIGITAL DATA STREAMS**

(75) Inventors: **Michael Epstein**, Spring Valley, NY (US); **Michael Pasieka**, Thornwood, NY (US)

(73) Assignee: **Koninklijke Philips Electronics N.V.**, Eindhoven (NL)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/323,808**

(22) Filed: **Jun. 2, 1999**

**Related U.S. Application Data**

(60) Provisional application No. 60/093,402, filed on Jul. 20, 1998.

(51) Int. Cl.7 ................................................. **G06F 1/24**
(52) U.S. Cl. ...................... **713/176**; 713/161; 713/168; 713/170
(58) Field of Search .............................. 713/161, 168, 713/170, 176, 200, 201

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 6,122,403 | A | * | 9/2000 | Rhoads | 382/233 |
| 6,131,162 | A | * | 10/2000 | Yoshiura et al. | 380/28 |
| 6,216,228 | B1 | * | 4/2001 | Chapman et al. | 380/206 |
| 6,233,347 | B1 | * | 5/2001 | Chen et al. | 382/100 |
| 6,396,937 | B2 | * | 5/2002 | Chen et al. | 382/100 |

FOREIGN PATENT DOCUMENTS

| EP | 0716544 | 12/1995 | H04N/5/913 |
| EP | 0750423 | 6/1996 | H04N/7/167 |
| EP | 0859503 | 8/1998 | H04N/1/00 |
| WO | WO9743853 | 5/1997 | H04N/5/913 |
| WO | WO9724832 | 7/1997 | H04L/9/14 |
| WO | WO9833325 | 1/1998 | H04N/7/50 |
| WO | WO9824236 | 6/1998 | H04N/7/167 |

OTHER PUBLICATIONS

Linnartz et al., "Philips Electronics response to call for proposals issued by the Data Hiding Subgroup copy protection technical working subgroup", Online, 1997, XP002118336, Retrieved form the Internet: ≦URL:http://www.dvcc.com/dhsg, filename "philips_dhsg.rtf" "Proposals".

Sections II.a "Basic system concept" and II.b Authorization ticket: a cryptographically secured CGMS system of section II "Copy–control system concept".

* cited by examiner

*Primary Examiner*—Thomas R. Peeso
(74) *Attorney, Agent, or Firm*—Daniel J. Piotrowski

(57) **ABSTRACT**

A method and system are provided for preventing the unauthorized playback of broadcasted digital data streams. The method includes the step of embedding a watermark in a digital data stream. The digital data stream having the embedded watermark is encrypted. The encrypted digital data stream is broadcasted with a ticket. The encrypted digital data stream and the ticket are received. The ticket is saved and the encrypted digital data stream is provided to a decryption device to decrypt the digital data stream. The decrypted digital data stream is received from the decryption device. The watermark is extracted from the decrypted digital data stream. A one-way cryptographic hashing function is applied to the saved ticket. The hashed ticket-is compared to the extracted watermark. Playback of the digital data stream is prevented, when the hashed ticket does not match the extracted watermark.

**11 Claims, 3 Drawing Sheets**



US006493457B1

## (12) United States Patent
### Quackenbush et al.

(10) Patent No.: **US 6,493,457 B1**
(45) Date of Patent: **Dec. 10, 2002**

(54) **ELECTRONIC WATERMARKING IN THE COMPRESSED DOMAIN UTILIZING PERCEPTUAL CODING**

(75) Inventors: **Schuyler Reynier Quackenbush**, Westfield, NJ (US); **Amy Ruth Reibman**, Matawan, NJ (US); **David Hilton Shur**, Aberdeen, NJ (US); **James H. Snyder**, North Plainfield, NJ (US)

(73) Assignee: **AT&T Corp.**, New York, NY (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/192,359**

(22) Filed: **Nov. 16, 1998**

**Related U.S. Application Data**

(60) Provisional application No. 60/067,225, filed on Dec. 3, 1997.

(51) Int. Cl.[7] ................................................. G06K 9/00

(52) U.S. Cl. ........................ 382/100; 382/232; 382/251; 380/252; 380/287; 713/176

(58) Field of Search ................................. 382/100, 232, 382/239, 251; 380/210, 252, 287, 54; 713/176; 704/200.1, 273; 381/73.1; 348/460, 463

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,939,515 A | 7/1990 | Adelson |
| 5,530,759 A | 6/1996 | Braudaway et al. |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0 663 773 A2 | 7/1995 |
| EP | 0 663 773 A3 | 7/1995 |
| EP | 0 705 025 | 4/1996 |
| EP | 0 851 679 | 7/1998 |

OTHER PUBLICATIONS

Bin Zhu and Ahmed Tewfik; Media Compression via Data Hiding; Signals, Systems, & Computers; 1997; Conference Recor Thirty–First Asilomar Conference on pp. 647–651; vol. 1; Nov. 2–5, 1997.*

(List continued on next page.)

Primary Examiner—Joseph Mancuso
Assistant Examiner—Anand Bhatnagar
(74) Attorney, Agent, or Firm—Banner & Witcoff, Ltd.

(57) **ABSTRACT**

A method and apparatus are described for inserting a watermark in the compressed domain. The watermark inserted does not require a reference. An overall watermarking system incorporating the invention combines cleartext, bitstream, and integrated watermarking. In a perceptual coder, the data enters a filterbank, where it is processed into multiple separate coefficients. A rate/distortion control module uses noise threshold information from a perceptual coder, together with bit-count information from a noiseless coder, to compute scale factors. The coefficients are multiplied by the scale factors and quantized, then noiseless coded and then output for further processing/transmission. The invention supports three embodiments for inserting a mark into the bitstream imperceptibly. It is assumed that some set of scale factor bands have been selected, into which mark data will be inserted. In one embodiment, a set of multipliers $\{x_i=2^{N_i}: i \epsilon M\}$ is chosen. Each triple is modified by dividing the scale factor by $x_i$, multiplying the quantized coefficients by $\{x_i\}$, and adding mark data to the non-zero modified quantized coefficients. In an alternate embodiment, watermark data is represented via two characteristics of the bitstream data. A Huffman table is selected for encoding the Scale Factor Band receiving watermark data which is not the table that would normally be used. The watermark data bit is set according to any desired scheme, and the quantized coefficients are derived using the alternate Huffman table. In another embodiment, watermarking is integrated with quantization. The watermark is therefore difficult to remove without perceptible effects. The fact that marking data is present is again indicated by characteristics of the bitstream data. The modification factors $\{x_i\}$ are now all close to unity.

**42 Claims, 5 Drawing Sheets**



US006381618B1

(12) **United States Patent**
Jones et al.

(10) Patent No.: **US 6,381,618 B1**
(45) **Date of Patent:** **Apr. 30, 2002**

(54) **METHOD AND APPARATUS FOR AUTOSYNCHRONIZING DISTRIBUTED VERSIONS OF DOCUMENTS**

(75) Inventors: **Jeffrey Allen Jones**, Round Rock; **Michael Wayne Brown**, Georgetown, both of TX (US)

(73) Assignee: **International Business Machines Corporation**, Armonk, NY (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/335,286**

(22) Filed: **Jun. 17, 1999**

(51) Int. Cl.[7] .............................................. **G06F 17/00**

(52) **U.S. Cl.** ......................... **707/203**; 707/10; 709/201

(58) **Field of Search** ...................... 707/1–10, 100–104, 707/200–206; 709/100–332

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,625,818 A | | 4/1997 | Zarmer et al. | 707/200 |
| 5,684,984 A | | 11/1997 | Jones et al. | 707/10 |
| 5,694,597 A | * | 12/1997 | Cantin et al. | 707/103 |
| 5,835,908 A | * | 11/1998 | Bennett et al. | 707/10 |
| 5,842,214 A | * | 11/1998 | Whitney et al. | 707/10 |

OTHER PUBLICATIONS

Sivaram et al., "Architectural support for efficient multicasting in irregular networks", Parallel and Distributed Systems, IEEE Transactions on, vol. 12, Issue 5, May 2001, pp. 489–513.*

Ghosh et al., "Quality–of–service routing in IP networks", Multimedia, IEEE Transactions on, Jun. 2001, vol. 3, Issue 2, pp. 200–208.*

Shaikh et al., "Evaluating the impact of stale link state on quality–of–service routing" Networking, IEEE/ACM Transactions on, vol. 9, Issue 2, Apr. 2001, pp. 162–176.*

* cited by examiner

Primary Examiner—Thomas Black
Assistant Examiner—David Jung
(74) Attorney, Agent, or Firm—Duke W. Yee; Jeffrey S. LaBaw; Stephen R. Loe

(57) **ABSTRACT**

Synchronizing copies of a first document in a distributed computing environment. According to a preferred embodiment, a path to a preferred repository for the first document and a path to a master repository for the first document are embedded in a second document. A copy of the first document is retrieved from the preferred repository. The master repository is checked to determine whether the retrieved copy is a copy of a most recent version of the first document. In response to the determination that the retrieved copy is the most recent version of the first document, the second document is formatted using the retrieved copy.

**26 Claims, 7 Drawing Sheets**



US006330672B1

(12) **United States Patent**

Shur

(10) Patent No.: **US 6,330,672 B1**

(45) Date of Patent: *\*Dec. 11, 2001*

(54) **METHOD AND APPARATUS FOR WATERMARKING DIGITAL BITSTREAMS**

(75) Inventor: **David Hilton Shur**, Aberdeen, NJ (US)

(73) Assignee: **AT&T Corp.**, New York, NY (US)

(\*) Notice: This patent issued on a continued prosecution application filed under 37 CFR 1.53(d), and is subject to the twenty year patent term provisions of 35 U.S.C. 154(a)(2).

Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/108,135**

(22) Filed: **Jun. 30, 1998**

**Related U.S. Application Data**

(60) Provisional application No. 60/067,225, filed on Dec. 3, 1997.

(51) Int. Cl.[7] ....................................................... H04L 9/00

(52) U.S. Cl. ............................ **713/176**; 380/54; 382/251

(58) Field of Search ............................... 713/176; 380/54, 380/202; 705/51, 57, 58; 382/251, 100

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,664,018 | \* | 9/1997 | Leighton ............................... 380/54 |
| 5,724,277 | \* | 3/1998 | Nakagawa ............................. 708/320 |
| 5,745,569 | \* | 4/1998 | Moskowitz et al. ................... 705/58 |
| 5,889,868 | \* | 3/1999 | Moskowitz et al. ................... 713/176 |
| 5,905,800 | \* | 5/1999 | Moskowitz et al. ................... 380/28 |
| 6,064,764 | \* | 5/2000 | Bhaskaran et al. ................... 382/183 |

FOREIGN PATENT DOCUMENTS

WO 9929114 \* 6/1999 (WO) .

OTHER PUBLICATIONS

Schneier, "Applied Cryptography, 2nd Edition," pp. 372–379, 436–441, 454–455, and 574–577, 1996.\*

Stephen S. Lavenberg, "Computer Performance Modeling Handbook", Chapter 5, Generation Methods for Discrete Event Simulation, pp. 223–245pp. 218–226, 1983.

\* cited by examiner

*Primary Examiner*—Albert Decady
*Assistant Examiner*—Steve Kabakoff

(57) **ABSTRACT**

A signal is encoded, for example, perceptually and, during or after the perceptual coding process, a digital watermark is inserted into a quantized digital information signal resulting from the perceptual coding process in such a manner that its insertion is imperceptible to one later listening to, displaying or otherwise utilizing the information signal. Moreover, the digital watermark may be inserted in accordance with a key indicative of the location of the mark in the digitally encoded signal. The key may be protected with a trusted entity and distributed in such a manner as to be not detectable by a pirate. Consequently, the key may be utilized at watermarking apparatus that can be located anywhere in the distribution channel of a copyright protected work. The key may be embedded in a secure microprocessor of validating apparatus at a point of distribution or even at a point of sale. In this manner, when or after a digital bitstream is fixed in a medium of expression or broadcast, the watermark can be applied at the time of fixing in a copy, thus validating an original legitimate copy. For example, a compact disc recording may be validated at the point of sale as an authorized copy through watermarking (validating) apparatus according to the present invention or, at the time of broadcast over radio frequencies or distribution via the Internet, information may be watermarked. In this manner, even though a work may be pirated, further information may be included or otherwise indicated by the watermark to assist in, not only recognizing a pirated work and the original from which the pirate copy was produced, but the identity of the pirate who later makes an unauthorized copy of the original.

**36 Claims, 4 Drawing Sheets**



US006285775B1

## (12) United States Patent
### Wu et al.

(10) Patent No.: **US 6,285,775 B1**
(45) Date of Patent: **Sep. 4, 2001**

(54) **WATERMARKING SCHEME FOR IMAGE AUTHENTICATION**

(75) Inventors: **Min Wu; Bede Liu**, both of Princeton, NJ (US)

(73) Assignee: **The Trustees of the University of Princeton**, Princeton, NJ (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/164,474**

(22) Filed: **Oct. 1, 1998**

(51) Int. Cl.[7] .................................................. G06K 9/00
(52) U.S. Cl. ............................................................ 382/100
(58) Field of Search ................................. 382/100, 232; 380/28, 29, 30, 54; 705/51

(56) **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,530,759 | * 6/1996 | Braudaway et al. | 380/54 |
| 5,721,788 | 2/1998 | Powell | 382/100 |
| 5,778,102 | * 7/1998 | Standford, II et al. | 382/251 |
| 5,875,249 | 2/1999 | Mintzer et al. | 380/54 |
| 5,930,369 | * 7/1999 | Cox et al. | 380/54 |
| 5,960,081 | * 9/1999 | Vynne et al. | 713/176 |
| 6,061,793 | * 5/2000 | Tewfik et al. | 713/176 |

### OTHER PUBLICATIONS

BYTE Magazine, "How to Embed a Watermark", Jan. 1997, 1 page (http://www.byte.com/art/970/sec18/art3.htm).

Ahumada, Jr., "Luminance–Model–Based DCT Quantization for Color Image Compression", *SPIE Human Vision, Visual Processing, and Digital Display III*, 1992, 1666, 365–374.

Friedman, G.L., "The trustworthy Digital Camera: Restoring Credibility to the Photographic Image", *IEEE Trans. on Consumer Electronics*, Nov. 1993, 39(4), 905–910.

Kesavan, H., "EE 392c Autumn 1997 Final Project: Choosing a DCT Quantization Matrix for JPEG Encoding", http://www–isc.stanford.edu/class/ee392c/demos/kesavan, Jul. 1998, 5 pages.

Koch, E. et al., "Towards Robust and Hidden Image Copyright Labeling", *IEEE Workshop on Nonlinear Signal and Image Processing*, 1995, 1–4.

(List continued on next page.)

*Primary Examiner*—Andrew W. Johns
*Assistant Examiner*—Shervin Nakhjavan
(74) *Attorney, Agent, or Firm*—Woodcock Washburn Kurtz Mackiewicz & Norris LLP

(57) **ABSTRACT**

A digital watermarking process whereby an invisible watermark inserted into a host image is utilized to determine whether or not the image has been altered and, if so, where in the image such alteration occurred. The watermarking method includes the steps of providing a look-up table containing a plurality of coefficients and corresponding values; transforming the image into a plurality of blocks, wherein each block contains coefficients matching coefficients in the look-up table; and embedding the watermark in the image by performing the following substeps for at least some of the blocks: First, a coefficient is selected for insertion of a marking value representative of a corresponding portion of the watermark. Next, the value of the selected coefficient to used to identify a corresponding value in the look-up table. Finally, the identified coefficient is left unchanged if the corresponding value is the same as the marking value, and is changed if the corresponding value is different from the marking value. After the insertion of the watermark, the image may be stored in a lossy-compression form, thus permitting efficient storage and distribution. Moreover, the method may be used to produce two output signals for authentication: (1) a meaningful pattern to facilitate a quick visual check, and (2) an additional signal to detect unauthorized alteration. The method can be applied to an image compressed using JPEG or other techniques, such as Wavelet compression, and the marked image can be kept in the compressed format. Any alteration made on the marked image can be localized, making the method suitable for use in a "trustworthy" digital camera or camcorder.

**14 Claims, 13 Drawing Sheets**



US006282300B1

## (12) United States Patent
Bloom et al.

(10) Patent No.: **US 6,282,300 B1**
(45) Date of Patent: **Aug. 28, 2001**

(54) **ROTATION, SCALE, AND TRANSLATION RESILIENT PUBLIC WATERMARKING FOR IMAGES USING A LOG-POLAR FOURIER TRANSFORM**

(75) Inventors: **Jeffrey A. Bloom**, Plainsboro; **Ingemar J. Cox**, Lawrenceville; **Matthew L. Miller**; **Min Wu**, both of Princeton, all of NJ (US); **Ching-Yung Lin**, New York; **Yui Man Lui**, Middle Island, both of NY (US)

(73) Assignee: **Signafy, Inc.**, Princeton, NJ (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/489,752**

(22) Filed: **Jan. 21, 2000**

(51) Int. Cl.$^7$ ................................................ **H04K 1/00**
(52) U.S. Cl. ................................................ **382/100**
(58) Field of Search ........................ 382/100, 232, 382/280; 380/210, 252, 287, 54; 713/176; 370/527, 529

(56) **References Cited**

### U.S. PATENT DOCUMENTS

6,185,312 * 2/2001 Nakamura et al. .................. 382/100

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 0 905 967 A1 | * 3/1999 | (EP) | ............................ H04N/1/32 |
| WO-99/ | | | |
| 17536-A1 | * 4/1999 | (WO) | ............................ H04N/1/32 |

### OTHER PUBLICATIONS

Ó Ruanaidh et al., "Rotation, Scale and Translation Invariant Digital Image Watermarking," Proc. IEEE Int. Conf. on Image Processing, Oct. 1997, pp. 536–539.*

Ó Ruanaidh et al., "Rotation, Scale and Translation Invariant Spread Spectrum Digital Image Watermarking," Signal Processing, vol. 66, May 1998, pp. 303–317.*

Pereira et al., "Template Based Recovery of Fourier–Based Watermarks Using Log–polar and Log–log Maps," Proc. IEEE Int. Conf. on Multimedia Computing and Systems, Jun. 1999, pp. 870–874.*

Lin et al., "Public Watermarking Surviving General Scaling and Cropping: An Application for Print–and–Scan Process," Multimedia and Security Workshop at ACM Multimedia '99, Oct. 1999, pp. 41–46.*

* cited by examiner

*Primary Examiner*—Andrew W. Johns
(74) *Attorney, Agent, or Firm*—Scully, Scott, Murphy & Presser

(57) **ABSTRACT**

A method for detecting a watermark signal in digital image data. The detecting method includes the steps of: computing a log-polar Fourier transform of the image data to obtain a log-polar Fourier spectrum; projecting the log-polar Fourier spectrum down to a lower dimensional space to obtain an extracted signal; comparing the extracted signal to a target watermark signal; and declaring the presence or absence of the target watermark signal in the image data based on the comparison. Also provided is a method for inserting a watermark signal in digital image data to obtain a watermarked image. The inserting method includes the steps of: computing a log-polar Fourier transform of the image data to obtain a log-polar Fourier spectrum; projecting the log-polar Fourier spectrum down to a lower dimensional space to obtain an extracted signal; modifying the extracted signal such that it is similar to a target watermark; performing a one-to-many mapping of the modified signal back to log-polar Fourier transform space to obtain a set of watermarked coefficients; and performing an inverse log-polar Fourier transform on the set of watermarked coefficients to obtain a watermarked image.

**14 Claims, 27 Drawing Sheets**

US006230268B1

(12) **United States Patent**      (10) **Patent No.:**     **US 6,230,268 B1**

Miwa et al.                        (45) **Date of Patent:**          **May 8, 2001**

(54) **DATA CONTROL SYSTEM**

(75) Inventors: **Kunihiko Miwa**, Hiratsuka; **Norishige Morimoto**, Tokyo-to; **Shuichi Shimizu**, Yokohama, all of (JP)

(73) Assignee: **International Business Machines Corporation**, Armonk, NY (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/127,061**

(22) Filed: **Jul. 31, 1998**

(30) **Foreign Application Priority Data**

Sep. 12, 1997  (JP) .................................. 9-248272

(51) **Int. Cl.**[7] .................................. **G06F 11/30**

(52) **U.S. Cl.** ......................... **713/176**; 713/164; 713/165; 713/182

(58) **Field of Search** ...................................... 713/165, 164, 713/176, 179, 180, 182, 189, 200, 201

(56) **References Cited**

PUBLICATIONS

"IBM DataHiding™ Proposal—Version 1.0," *IBM Corporation*, Issued by the Data Hiding Subgroup, pp. 1–29, Sep. 2, 1997.

*Primary Examiner*—Thomas R. Peeso

(74) *Attorney, Agent, or Firm*—Scully, Scott, Murphy & Presser; Louis P. Herzberg

(57) **ABSTRACT**

An object of the Invention is to provide a system and method for effecting a secure data control using an electronic watermarking with a low manufacturing cost. A solution of the objective is a data control system is built which comprises; embedding a control flag indicating to control data using an electronic watermarking technique, preparing a token having information as to how to control the data by using the content of the data, distributing the token appended to the data, detecting the control flag from the distributed data, reading the token appended to the data when the control flag is detected, and controlling the data according to a predefined control rule of the token or the control flag. In addition, a subsequent data control is further suppressed by modifying the token in controlling the data.

**42 Claims, 7 Drawing Sheets**



US006208745B1

## (12) United States Patent
Florencio et al.

(10) Patent No.: **US 6,208,745 B1**
(45) Date of Patent: *Mar. 27, 2001

(54) **METHOD AND APPARATUS FOR IMBEDDING A WATERMARK INTO A BITSTREAM REPRESENTATION OF A DIGITAL IMAGE SEQUENCE**

(75) Inventors: **Dinei A. Florencio; Michael A. Isnardi**, both of Plainsboro, NJ (US)

(73) Assignee: **Sarnoff Corporation**, Princeton, NJ (US)

(*) Notice: This patent issued on a continued prosecution application filed under 37 CFR 1.53(d), and is subject to the twenty year patent term provisions of 35 U.S.C. 154(a)(2).

Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/001,205**

(22) Filed: **Dec. 30, 1997**

(51) Int. Cl.[7] ............................. **G06K 9/00**; G06K 9/36; H04L 9/00

(52) U.S. Cl. ........................... **382/100**; 382/250; 713/176

(58) Field of Search .................................. 382/232, 250, 382/251, 100; 162/110; 380/4, 51; 713/176

(56) **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,530,759 | 6/1996 | Braudaway et al. | 380/54 |
| 5,568,570 | 10/1996 | Rabbani | 382/238 |
| 5,636,292 | 6/1997 | Rhoads | 382/232 |
| 5,646,997 | 7/1997 | Barton | 380/23 |
| 5,659,726 | 8/1997 | Sandford, II et al. | 707/101 |
| 5,661,574 | 8/1997 | Kawana | 358/501 |
| 5,664,018 | 9/1997 | Leighton | 380/54 |
| 5,778,102 | * 7/1998 | Sandford, II et al. | 382/251 |

| | | | |
|---|---|---|---|
| 5,825,892 | * 10/1998 | Braudaway et al. | 380/51 |
| 5,848,155 | * 12/1998 | Cox | 380/4 |
| 5,862,260 | * 1/1999 | Rhoads | 382/232 |
| 5,915,027 | * 6/1999 | Cox et al. | 380/54 |
| 5,933,798 | * 8/1999 | Linnartz | 702/191 |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 0 805 600 A2 | 11/1997 | (EP) . | |
| 0 840 513 A2 | 5/1998 | (EP) . | |

### OTHER PUBLICATIONS

Adaptive Watermarking in the DCT Domain, Tao et al; IEEE Conference on Acoustics, Speech, and Signal Processing, ISBN: 0–8186–7919–0, vol. 4, pp. 2985–2988, 1997.*

I. Cox, J. Kilian, T. Leighton, T. Shamoon "Secure Spread Spectrum Watermarking for Multimedia", NEC Research Institute, Technical Report 95–10.

F. Hartung, B. Girod, "Watermarking of MPEG–2 encoded video without decoding and re–encoding", Proceedings SPIE 3020: Multimedia Computing and Networking 97 (MMCN 97) Feb. 1997.

F. Hartung, B. Girod, "Digital Watermarking of Raw and Compressed Video", Systems for Video Communication, pp. 205–213, Oct. 1996.

(List continued on next page.)

*Primary Examiner*—Amelia Au
*Assistant Examiner*—Mehrdad Dastouri
(74) *Attorney, Agent, or Firm*—William J. Burke

(57) **ABSTRACT**

A method and apparatus that inserts watermark information directly into an encoded video bitstream. The method identifies specific blocks or macroblocks in an encoded video bitstream and inserts the watermark information directly into the bitstream such that these selected blocks are replaced with a block containing watermark information or augmented with watermark information.

**18 Claims, 2 Drawing Sheets**



US006154571A

# United States Patent [19]

## Cox et al.

[11] **Patent Number:** 6,154,571

[45] **Date of Patent:** Nov. 28, 2000

[54] **ROBUST DIGITAL WATERMARKING**

[75] Inventors: **Ingemar J. Cox**, Lawrenceville; **Matthew L. Miller**, Princeton, both of N.J.; **Ryoma Oami**, Tokyo, Japan

[73] Assignees: **NEC Research Institute, Inc.**, Princeton, N.J.; **NEC Corporation**, Tokyo, Japan

[21] Appl. No.: **09/118,467**

[22] Filed: **Jul. 17, 1998**

### Related U.S. Application Data

[60] Provisional application No. 60/090,532, Jun. 24, 1998.

[51] Int. Cl.[7] ................................................. G06K 9/00
[52] U.S. Cl. ....................... **382/250**; 382/232; 382/100
[58] Field of Search ................................. 382/100, 232, 382/250, 276, 251, 252, 244

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,939,515 | 7/1990 | Adelson | 341/51 |
| 5,319,735 | 6/1994 | Preuss et al. | 395/2.14 |
| 5,530,751 | 6/1996 | Morris | 380/4 |
| 5,530,759 | 6/1996 | Braudaway et al. | 380/54 |
| 5,568,570 | 10/1996 | Rabbani | 382/238 |
| 5,613,004 | 3/1997 | Cooperman et al. | 380/28 |
| 5,636,292 | 6/1997 | Rhoads | 382/232 |
| 5,646,997 | 7/1997 | Barton | 380/23 |
| 5,659,726 | 8/1997 | Sandford, II et al. | 395/612 |
| 5,664,018 | 9/1997 | Leighton | 380/54 |
| 5,687,236 | 11/1997 | Moskowitz et al. | 380/28 |
| 5,809,139 | 9/1998 | Girod et al. | 380/202 |
| 6,037,984 | 3/2000 | Isnardi et al. | 348/403 |

#### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 0690595 | 1/1995 | European Pat. Off. | H04L 9/18 |
| 2196167 | 4/1988 | United Kingdom | G11B 20/08 |
| 8908915 | 9/1989 | WIPO | G11B 21/10 |
| 9520291 | 7/1995 | WIPO | H04N 1/32 |
| 9621290 | 7/1996 | WIPO | H04H 1/00 |
| 9625005 | 8/1996 | WIPO | H04N 7/08 |
| 9627259 | 9/1996 | WIPO | H04N 1/32 |

### OTHER PUBLICATIONS

R.G. Van Schyndel et al, "A digital watermark," in Intl. Conf. On Image Processing, vol. 2, pp. 86–90, 1994.

G. Caronni, "Assuring Ownership Rights for Digital Images," in Proc. Reliable IT Systems, VIS '95, 1995.

J. Brassil et al, "Electronic Marking and Identification Techniques to Discourage Document Copying," in Proc. Infocom '94, pp. 1278–1287, 1994.

(List continued on next page.)

*Primary Examiner*—Bijan Tadayon
*Assistant Examiner*—Shervin Nakhjavan
*Attorney, Agent, or Firm*—Philip J. Feig

[57] **ABSTRACT**

A watermarking procedure that is applicable to images, audio, video and multimedia data to be watermarked divides the data to be watermarked into a set of nxn blocks, such as the 8x8 blocks of MPEG. The same watermark signal can be distributed throughout the set of blocks in a large variety of ways. This allows the insertion algorithm to be changed without affecting the decoders. The decoding procedure first sums together the DCT coefficients of N sets of 8x8 blocks to form a set of N summed 8x8 blocks and then extracts the watermark from the summed block. Since the sum of the DCT blocks is equal to the DCT of the sum of the intensity blocks, efficient decoding can occur in both the spatial and frequency domains. The symmetric nature of the decoding process allows geometric distortions to be handled in the spatial domain and other signal distortions to be handled in the frequency domain. Moreover, insertion of a watermark signal into image data and the subsequent extraction of the watermark from watermarked image data which has been subject to distortion between the times of insertion and extraction involves the insertion of multiple watermarks designed to survive predefined distortions of the image data, such as panscan or letterbox mode transformations. Alternatively, a registration pattern in the image data, after the image data containing the registration pattern is subject to an unknown distortion, is used to compensate for distortion of the watermarked image data.

**10 Claims, 10 Drawing Sheets**



US006141754A

## United States Patent [19]

### Choy

| [11] | Patent Number: | 6,141,754 |
|---|---|---|
| [45] | Date of Patent: | Oct. 31, 2000 |

[54] **INTEGRATED METHOD AND SYSTEM FOR CONTROLLING INFORMATION ACCESS AND DISTRIBUTION**

[75] Inventor: **David M. Choy**, Los Altos, Calif.

[73] Assignee: **International Business Machines Corporation**, Armonk, N.Y.

[21] Appl. No.: **08/979,713**

[22] Filed: **Nov. 28, 1997**

[51] Int. Cl.$^7$ ............................ **G06F 17/30**; G06F 12/14
[52] U.S. Cl. ............................... **713/200**; 705/52; 705/59
[58] Field of Search ...................................... 713/200, 201, 713/202, 189, 194; 709/229, 226; 711/163; 705/51, 52, 55, 57, 59

### [56] References Cited

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,295,266 | 3/1994 | Hinsley et al. ........................ | 709/101 |
| 5,629,980 | 5/1997 | Stefik et al. .......................... | 380/4 |
| 5,634,012 | 5/1997 | Stefik et al. .......................... | 705/39 |
| 5,638,443 | 6/1997 | Stefik et al. .......................... | 705/54 |
| 5,649,185 | 7/1997 | Antognini et al. . | |
| 5,715,403 | 2/1998 | Stefik et al. .......................... | 705/44 |
| 5,742,759 | 4/1998 | Nessett et al. ........................ | 713/201 |
| 5,758,068 | 5/1998 | Brandt et al ......................... | 713/200 |
| 5,758,069 | 5/1998 | Olsen ................................... | 713/201 |
| 5,765,152 | 6/1998 | Erickson ............................... | 707/1 |
| 5,826,011 | 10/1998 | Chou et al. ........................... | 713/200 |
| 5,893,910 | 4/1999 | Martineau et al. .................... | 707/10 |
| 5,922,073 | 7/1999 | Shimada ................................ | 713/200 |
| 5,922,074 | 7/1999 | Richard et al. ........................ | 713/200 |
| 5,941,947 | 8/1999 | Brown et al. .......................... | 709/225 |
| 6,009,525 | 12/1999 | Horstmann ............................ | 713/200 |

| | | | |
|---|---|---|---|
| 6,044,469 | 3/2000 | Horstmann ............................ | 713/200 |

#### FOREIGN PATENT DOCUMENTS

40-8263440  10/1996  Japan .............................. G06F 15/00

Primary Examiner—Robert W. Beausoliel, Jr.
Assistant Examiner—Christopher Revak
Attorney, Agent, or Firm—Sughrue, Mion, Zinn, Macpeak & Seas, PLLC

### [57] ABSTRACT

A distributed content entity includes a protection specification and an information entity, in which the protection specification and the information entity are attached and transported together. The protection specification includes information for controlling the use of the information entity. A framework generates the distributed content entity, in which the framework includes a protection specification unit storing the protection specification and including an access control enforcement manager and an enhanced access control enforcement manager; an information unit for storing the protected information entity; and an access checking unit connected to the protection specification unit and the information unit. The access checking unit checks whether a user has a privilege to access the protected information entity based on the protection specification and the access control manager, and checks whether the requested access meets conditions determined based on the protection specification and enforced by the enhanced access control manager. An example of the enhanced access control manager is a terms and conditions enforcement manager for enforcing the terms and conditions of an agreement relating to permitted uses of the protected information entity.

66 Claims, 4 Drawing Sheets



US006069914A

# United States Patent [19]

## Cox

[11] **Patent Number:** 6,069,914

[45] **Date of Patent:** May 30, 2000

[54] **WATERMARKING OF IMAGE DATA USING MPEG/JPEG COEFFICIENTS**

[75] Inventor: **Ingemar J. Cox**, Lawrenceville, N.J.

[73] Assignee: **NEC Research Institute, Inc.,** Princeton, N.J.

[21] Appl. No.: **08/715,953**

[22] Filed: **Sep. 19, 1996**

[51] Int. Cl.⁷ ................................................. H04B 1/69

[52] U.S. Cl. ........................ 375/150; 375/130; 375/243; 380/5

[58] Field of Search ...................... 380/5; 375/130, 375/140, 141, 142, 147, 150, 243, 254

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,939,515 | 7/1990 | Adelson | 341/51 |
| 5,319,735 | 6/1994 | Preuss et al. | 704/205 |
| 5,530,751 | 6/1996 | Morris | 380/4 |
| 5,530,759 | 6/1996 | Braudaway et al. | 380/54 |
| 5,568,570 | 10/1996 | Rabbani | 382/238 |
| 5,636,292 | 6/1997 | Rhoads | 382/232 |
| 5,646,997 | 7/1997 | Barton | 380/23 |
| 5,659,726 | 8/1997 | Sandford, II et al. | 707/101 |
| 5,809,139 | 9/1998 | Girod et al. | 380/5 |
| 5,848,155 | 12/1998 | Cox | 380/4 |
| 5,930,369 | 7/1999 | Cox et al. | 380/54 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 0690595 | 1/1995 | European Pat. Off. | H04L 9/18 |
| 2196167 | 4/1988 | United Kingdom | G11B 20/08 |
| 8908915 | 9/1989 | WIPO | G11B 20/10 |
| 9520291 | 7/1995 | WIPO | H04N 1/32 |
| 9621290 | 7/1996 | WIPO | H04N 1/00 |
| 9625005 | 8/1996 | WIPO | H04N 7/08 |
| 9627259 | 9/1996 | WIPO | H04N 1/32 |

OTHER PUBLICATIONS

R.G. Van Schyndel et al, "A digital watermark," in Intl. Conf. On Image Processing, vol. 2, pp. 86–90, 1994.

G. Caronni, "Assuring Ownership Rights for Digital Images," in Proc. Reliable IT Systems, VIS '95, 1995.

J. Brassil et al, "Electronic Marking and Identification Techniques to Discourage Document Copying," in Proc. Infocom '94, pp. 1278–1287, 1994.

K. Tanaka et al, "Embedding Secret Information into a Dithered Multi–level Image," in IEEE Military Comm. Conf., pp. 216–220, 1990.

K. Mitsui et al, "Video–Steganography: How to Secretly Embed a Signature in a Picture," in IMA Intellectual Property Project Proc., vol. 1, pp. 187–206, 1994.

Macq and Quisquater, "Cryptology for Digital TV Broadcasting," in Proc. of the IEEE, vol. 83, No. 6, pp. 944–957, 1995.

W. Bender et al, "Techniques for data hiding," in Proc. of SPIE, vol. 2420, No. 40, Jul. 1995.

Koch, Rindfrey and Zhao, "Copyright Protection for Multimedia Data," in Proc. of the Int'l Conf. on Digital Media and Electronic Publishing (Leeds, UK, Dec. 6–8, 1994).

Koch and Zhao, "Towards Robust and Hidden Image Copyright Labeling," in Proc. of 1995 IEEE Workshop on Nonlinear Signal and Image Processing (Neos Marmaras, Halkidiki, Greece, Jun. 20–22, 1995.

Zhao and Koch, "Embedding Robust Labels Into Images For Copyright Protection," in Proc. Int. Congr. on IPR for Specialized Information, Knowledge and New Technologies (Vienna, Austria), Aug. 21–25, 1995.

"Digital Copyright: Who Owns What?" NewMedia, Sep. 1995, pp. 38–43.

(List continued on next page.)

*Primary Examiner*—Young T. Tse
*Attorney, Agent, or Firm*—Philip J. Feig; Jeffery J. Brosemer

[57] **ABSTRACT**

A watermark is embedded into video/image/multimedia data using spread spectrum methodology. The watermark is extracted from watermarked data without the use of an original or unwatermarked version of the data by using MPEG/JPEG coefficients. The image to be watermarked is divided into subimages. Each subimage is embedded with a watermark. When extracting the watermark, the result from each subimage is combined to determine the originally embedded watermark.

**18 Claims, 2 Drawing Sheets**



US006041316A

# United States Patent [19]

## Allen

[11] **Patent Number:** 6,041,316

[45] **Date of Patent:** Mar. 21, 2000

[54] **METHOD AND SYSTEM FOR ENSURING ROYALTY PAYMENTS FOR DATA DELIVERED OVER A NETWORK**

[75] Inventor: **Jonathon Brandon Allen**, Mountainside, N.J.

[73] Assignee: **Lucent Technologies Inc.**, Murray Hill, N.J.

[21] Appl. No.: **08/280,039**

[22] Filed: **Jul. 25, 1994**

[51] Int. Cl.[7] ............................................... H04L 9/32
[52] U.S. Cl. ............................................ 705/52; 705/77
[58] Field of Search ............................ 380/4; 705/51–54

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,658,093 | 4/1987 | Hellman | 380/4 X |
| 4,740,890 | 4/1988 | William | 380/4 X |
| 4,817,140 | 3/1989 | Chandra et al. | |
| 4,827,508 | 5/1989 | Shear | 380/4 |
| 5,014,234 | 5/1991 | Edwards, Jr. | 380/4 X |
| 5,050,213 | 9/1991 | Shear | |
| 5,237,614 | 8/1993 | Weiss | |
| 5,265,164 | 11/1993 | Matyas et al. | |
| 5,321,520 | 6/1994 | Inga et al. | 358/403 |
| 5,341,429 | 8/1994 | Stringer | 380/23 |
| 5,457,746 | 10/1995 | Dolphin | 380/4 |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 0601500 A7 | 6/1994 | European Pat. Off. | G06F 1/00 |
| 0614308 A7 | 9/1994 | European Pat. Off. | H04N 1/44 |

*Primary Examiner*—Gilberto Barrón, Jr.

[57] **ABSTRACT**

A method and system for delivering data over a communication network which ensures proper payment of royalties while preserving free access to data for purposes such as browsing or research. An exemplary method in accordance with the present invention includes the steps of providing a partially-degraded version of the data over the network, without payment of a royalty fee, to a customer at a user terminal connected to the network; and providing a higher quality version of the data to the customer over the network if the customer is entitled to receive the higher quality version. The determination as to whether the customer is so entitled may be made by, for example, determining if a royalty fee payment has been received. The partially-degraded version of the data is substantially recognizable when displayed, printed, played, run or otherwise utilized by the customer at the user terminal, and may be generated by, for example, deleting or encrypting a portion of the undegraded data. The higher quality version may be provided by transmitting the complete higher quality version, or transmitting remaining data such as the deleted portion or a decryption key, to the user terminal.

**27 Claims, 2 Drawing Sheets**



US006009176A

# United States Patent [19]

## Gennaro et al.

[11] **Patent Number:** **6,009,176**

[45] **Date of Patent:** **Dec. 28, 1999**

[54] **HOW TO SIGN DIGITAL STREAMS**

[75] Inventors: **Rosario Gennaro**, New York; **Pankaj Rohatgi**, Yorktown Heights, both of N.Y.

[73] Assignee: **International Business Machines Corporation**, Armonk, N.Y.

[21] Appl. No.: **08/799,813**

[22] Filed: **Feb. 13, 1997**

[51] Int. Cl.$^6$ ................................. H04L 9/00; H04L 9/30

[52] **U.S. Cl.** ............................... 380/25; 380/23; 380/30; 380/49; 370/522

[58] **Field of Search** .................................... 380/9, 23, 25, 380/29, 30, 37, 43, 49, 50, 59; 370/522, 527, 528

[56] **References Cited**

U.S. PATENT DOCUMENTS

5,646,997   7/1997   Barton ...................................... 380/23

*Primary Examiner*—Bernarr E. Gregory
*Attorney, Agent, or Firm*—Douglas W. Cameron; Anne Vachon Dougherty

[57] **ABSTRACT**

A method of signing digital streams so that a receiver of the stream can authenticate and consume the stream at the same rate which the stream is being sent to the receiver. More specifically, this invention involves computing and verifying a single digital signature on at least a portion of the stream. The properties of this single signature will propagate to the rest of the stream through ancillary information embedded in the rest of the stream.

**11 Claims, 13 Drawing Sheets**





US005991426A

# United States Patent [19]

## Cox et al.

[11] **Patent Number:** 5,991,426

[45] **Date of Patent:** Nov. 23, 1999

[54] **FIELD-BASED WATERMARK INSERTION AND DETECTION**

[75] Inventors: **Ingemar J. Cox**, Lawrenceville; **Matthew L. Miller**, Princeton, both of N.J.

[73] Assignee: **Signafy, Inc.**, Princeton, N.J.

[21] Appl. No.: **09/216,499**

[22] Filed: **Dec. 18, 1998**

[51] Int. Cl.⁶ .................................................. **G06K 9/00**

[52] U.S. Cl. .......................................... **382/100**; 348/473

[58] Field of Search ................................ 382/100, 232; 380/7, 54; 348/473

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,184,849 | 2/1993 | Taylor | 238/67 |
| 5,734,752 | 3/1998 | Knox | 382/212 |
| 5,790,703 | 8/1998 | Wang | 382/212 |

### OTHER PUBLICATIONS

Hsu et al., "Digital Watermarking for Video," *IEEE Proc. 13th Int. Conf. on Digital Signal Processing*, Jul. 2–4, 1997, pp. 217–220.

Hsu et al., "DCT–Based Watermarking for Video," *IEEE Transactions on Consumer Electronics*, vol. 44, No. 1, Feb. 1998, pp. 206–216.

*Primary Examiner*—Andrew W. Johns
*Attorney, Agent, or Firm*—Scully, Scott Murphy & Presser

[57] **ABSTRACT**

A digital watermark is inserted into multimedia data containing two image fields by placing a positive watermark into a first field and a negative watermark into a second field. The positive watermark and negative watermark are opposite of one another. The two fields can be interlaced fields of a field-based video signal or alternate rows of a frame-based video signal. The watermark is extracted from field-based watermarked data by separating the watermarked data into two fields and subtracting one of the fields from the other field to generate a watermarked signal. The resultant watermarked signal is processed in a conventional manner to extract and detect the watermark.

**22 Claims, 6 Drawing Sheets**



US005940134A

# United States Patent [19]

## Wirtz

| [11] | Patent Number: | 5,940,134 |
| [45] | Date of Patent: | Aug. 17, 1999 |

[54] **MARKING A VIDEO AND/OR AUDIO SIGNAL**

[75] Inventor: **Gijsbrecht C. Wirtz**, Eindhoven, Netherlands

[73] Assignee: **U.S. Philips Corporation**, New York, N.Y.

[21] Appl. No.: **08/762,624**

[22] Filed: **Dec. 9, 1996**

[30]      **Foreign Application Priority Data**

Dec. 11, 1995  [EP]  European Pat. Off. .............. 95203432

[51] **Int. Cl.⁶** ..................................... **H04N 7/08**
[52] **U.S. Cl.** ............................... **348/473**; 386/94
[58] **Field of Search** ...................... 348/571, 473, 348/474, 476, 486, 432, 434, 435, 436, 1; 380/5, 3; 455/2; 386/95, 94; H04N 7/08, 7/087

[56]           **References Cited**

U.S. PATENT DOCUMENTS

4,218,697   8/1980  Leventer ..................... 348/478

| 5,517,252 | 5/1996 | Plantholt | ..................... | 348/432 |
| 5,627,655 | 5/1997 | Okamoto | ..................... | 386/95 |
| 5,668,603 | 9/1997 | Copeland | ..................... | 348/473 |

FOREIGN PATENT DOCUMENTS

5153637   6/1993   Japan ..................... H04N 11/14

*Primary Examiner*—David E. Harvey
*Attorney, Agent, or Firm*—Laurie E. Gathman

[57]             **ABSTRACT**

Method and arrangement for marking a video or audio signal to assign a classification to said signal, for example, to identify that the signal is authentic and may not be copied. The signal comprises at least two components (Y, UV) according to a predetermined standard (MPEG, PAL, NTSC). According to the invention, values are assigned to said components which in combination can normally not occur. For example, in black picture portions where Y, U and V are all zero, U and/or V are now wilfully made non-zero to constitute the watermark. Television receivers still display said black portion. The watermark is not lost when the signal is re-encoded and copied on a recordable disc. A player will not reproduce the copy because the watermark no longer corresponds with the "wobble key" of the new disc.

**15 Claims, 1 Drawing Sheet**



US005930369A

# United States Patent [19]

## Cox et al.

[11] **Patent Number:** 5,930,369

[45] **Date of Patent:** Jul. 27, 1999

[54] **SECURE SPREAD SPECTRUM WATERMARKING FOR MULTIMEDIA DATA**

[75] Inventors: **Ingemar J. Cox**, Lawrenceville; **Joseph J. Kilian**, Princeton Junction; **Talal G. Shamoon**, Princeton, all of N.J.

[73] Assignee: **NEC Research Institute, Inc.,** Princeton, N.J.

[21] Appl. No.: **08/926,720**

[22] Filed: **Sep. 10, 1997**

### Related U.S. Application Data

[63] Continuation of application No. 08/534,894, Sep. 28, 1995, abandoned.

[51] Int. Cl.⁶ ................................. **G09C 5/00**; H04L 9/00
[52] U.S. Cl. ................................. **380/54**; 380/3; 380/4; 380/23; 380/55; 283/73; 283/113; 283/17
[58] Field of Search ...................... 380/3, 4, 9, 23, 380/54, 59, 51, 55; 283/73, 113, 17, 901

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,939,515 | 7/1990 | Adelson ..................................... 341/51 |
| 5,319,735 | 6/1994 | Preuss et al. ........................... 395/2.14 |
| 5,488,664 | 1/1996 | Shamir ..................................... 380/54 |
| 5,530,751 | 6/1996 | Morris ..................................... 380/4 |
| 5,530,759 | 6/1996 | Braudaway ............................. 380/54 |
| 5,568,570 | 10/1996 | Rabbani ............................... 382/238 |
| 5,646,997 | 7/1997 | Barton ..................................... 380/23 |
| 5,659,726 | 8/1997 | Sandford, II et al. ................. 395/612 |
| 5,664,018 | 9/1997 | Leighton ................................ 380/54 |
| 5,734,752 | 3/1998 | Knox .................................... 380/54 X |

#### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 0690595 | 1/1995 | European Pat. Off. . | |
| 2196167 | 4/1998 | United Kingdom . | |
| 8908915 | 9/1989 | WIPO ........................... G11B 20/10 |
| 9514289 | 5/1995 | WIPO ........................... G06K 19/14 |
| 9520291 | 7/1995 | WIPO . | |
| 9621290 | 7/1996 | WIPO ........................... H04H 1/00 |
| 9625005 | 8/1996 | WIPO ........................... H04H 7/08 |
| 9627259 | 9/1996 | WIPO . | |

### OTHER PUBLICATIONS

I. Cox et al, "Secure Spread Spectrum Watermarking for Images, Audio and Video", in IEEE Int. Conference On Image Processing, vol. 3, pp. 243–246, 1996.

I. Cox et al, "A Secure, Robust Watermark for Multimedia", in Information Hiding: First Int. Workshop Proc., R. Anderson, ed., vol. 1174 of Lecture notes in Computer Science, pp. 185–206, Springer–Verlag 1996 IEEE Int. Conf. On Image Processing, 1996.

J. Brassil et al, "Watermarking document images with bounding box expansion", in Information Hiding, R. Anderson, ed., vol. 1174, of Lecture Notes in Computer Science, pp. 227–235, Springer–Verlag, 1996.

J.R. Smith et al, "Modulation and information hiding in images", in information Hiding: First Int. Workshop Proc., R. Anderson, ed., vol. 1174 of Lecture Notes in Computer science, pp. 207–226, Springer–Verlag 1996.

R.L. Rivest et al, "A method for obtaining digital signatures and public–key cryptosystems", Communications Of the ACM, vol. 21, No. 2, Feb. 1978, pp. 120–126.

(List continued on next page.)

*Primary Examiner*—Bernarr E. Gregory
*Attorney, Agent, or Firm*—Philip J. Feig

[57] **ABSTRACT**

Digital watermarking of audio, image, video or multimedia data is achieved by inserting the watermark into the perceptually significant components of a decomposition of the data in a manner so as to be visually imperceptible. In a preferred method, a frequency spectral image of the data, preferably a Fourier transform of the data, is obtained. A watermark is inserted into perceptually significant components of the frequency spectral image. The resultant watermarked spectral image is subjected to an inverse transform to produce watermarked data. The watermark is extracted from watermarked data by first comparing the watermarked data with the original data to obtain an extracted watermark. Then, the original watermark, original data and the extracted watermark are compared to generate a watermark which is analyzed for authenticity of the watermark.

**46 Claims, 6 Drawing Sheets**



US005915027A

# United States Patent [19]

## Cox et al.

[11] **Patent Number:** 5,915,027

[45] **Date of Patent:** Jun. 22, 1999

[54] **DIGITAL WATERMARKING**

[75] Inventors: **Ingemar Cox**, Lawrenceville, N.J.; **Matthew L. Miller**, Vilnius, Lithuania; **Kazuyoshi Tanaka**; **Yutaka Wakasu**, both of Tokyo, Japan

[73] Assignees: **NEC Research Institute**, Princeton, N.J.; NEC Corporation, Tokyo, Japan

[21] Appl. No.: **08/746,022**

[22] Filed: **Nov. 5, 1996**

[51] Int. Cl.⁶ ............................................. **H04L 9/02**

[52] U.S. Cl. ........................................................ **380/54**

[58] Field of Search ...................... 388/28, 51, 54

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,939,515 | 7/1990 | Adelson | 341/51 |
| 5,319,735 | 6/1994 | Preuss et al. | 395/2.14 |
| 5,530,751 | 6/1996 | Morris | 380/4 |
| 5,530,759 | 6/1996 | Braudaway et al. | 380/54 |
| 5,568,570 | 10/1996 | Rabbani | 382/238 |
| 5,613,004 | 3/1997 | Cooperman et al. | 380/28 |
| 5,636,292 | 6/1997 | Rhoads | 382/232 |
| 5,646,997 | 7/1997 | Barton | 380/23 |
| 5,659,726 | 8/1997 | Sanford, II | 395/612 |
| 5,687,236 | 11/1997 | Moskowitz et al. | 380/28 |
| 5,734,752 | 3/1998 | Knox | 380/54 |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 0690595 | 1/1995 | European Pat. Off. . | |
| 2196167 | 4/1988 | United Kingdom . | |
| 8908915 | 9/1989 | WIPO . | |
| 9520291 | 7/1995 | WIPO . | |
| 9621290 | 7/1996 | WIPO | H04H 1/00 |
| 9625005 | 8/1996 | WIPO | H04H 7/08 |
| 9627259 | 9/1996 | WIPO . | |

### OTHER PUBLICATIONS

R.G. Van Schyndel et al, "A digital watermark," in Intl. Conf. On Image Processing, vol. 2, pp. 86–90, 1994.

G. Caronni, "Assuring Ownership Rights for Digital Images," in Proc. Reliable IT Systems, VIS '95, 1995.

J. Brassil et al, "Electronic Marking and Identification Techniques to Discourage Document Copying," in Proc. Infocom '94, pp. 1278–1287, 1994.

K. Tanaka et al, "Embedding Secret Information into a Dithered Multi–level Image," in IEEE Military Comm. Conf., pp. 216–220, 1990.

K. Mitsui et al, "Video–Steganography: How to Secretly Embed a Signature in a Picture," in IMA Intellectual Property Project Proc., vol. 1, pp. 187–206, 1994.

Macq and Quisquater, "Cryptology for Digital TV Broadcasting," in Proc. of the IEEE, vol. 83, No. 6, pp. 944–957, 1995.

W. Bender et al, "Techniques for data hiding," in Proc. of SPIE, vol. 2420, No. 40, Jul. 1995.

Koch, Rindfrey and Zhao, "Copyright Protection for Multimedia Data," in Proc. of the Int'l Conf. on Digital Media and Electronic Publishing (Leeds, UK, Dec., 6–8 1994).

Koch and Zhao, "Towards Robust and Hidden Image Copyright Labeling," in Proc. of 1995 IEEE Workshop on Nonlinear Signal and Image Processing (Neos Marmaras, Halkidiki, Greece, Jun. 20–22, 1995).

Zhao and Koch, "Embedding Robust Labels Into Images For Copyright Protection," in Proc. Int. Congr. on IPR for Specialized Information, Knowledge and New Technologies (Vienna, Austria), Aug. 21–25, 1995.

"Digital Copyright: Who Owns What?" NewMedia, Sep. 1995, pp. 38–43.

"Publish and Be Robbed?" New Scientist, Feb. 18, 1995, pp. 32–37.

(List continued on next page.)

*Primary Examiner*—Salvatore Cangialosi
*Attorney, Agent, or Firm*—Philip J. Feig

[57] **ABSTRACT**

Digital watermarking of data, including image, video and audio data, is performed by repeatedly inserting the watermark into subregions or subimages of the data. Similarly, the watermark is repeatedly extracted from the subregions of the data.

**28 Claims, 8 Drawing Sheets**



US005903721A

# United States Patent [19]

## Sixtus

| | |
|---|---|
| [11] Patent Number: | 5,903,721 |
| [45] Date of Patent: | May 11, 1999 |

[54] **METHOD AND SYSTEM FOR SECURE ONLINE TRANSACTION PROCESSING**

[75] Inventor: **Timothy Sixtus**, New York, N.Y.

[73] Assignee: **cha!Technologies Services, Inc.**, New York, N.Y.

[21] Appl. No.: **08/816,410**

[22] Filed: **Mar. 13, 1997**

[51] Int. Cl.⁶ .................................................. G06F 13/00
[52] U.S. Cl. ................................. 395/187.01; 395/188.01
[58] Field of Search ...................... 395/188.01, 187.01, 395/186; 380/3, 4, 21, 23, 24, 25, 30

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,416,842 | 5/1995 | Aziz ............................................. | 380/30 |
| 5,557,518 | 9/1996 | Rosen .......................................... | 364/408 |
| 5,592,375 | 1/1997 | Salmon et al. ............................. | 395/207 |
| 5,649,099 | 7/1997 | Theimer et al. ........................... | 395/187.01 |
| 5,678,041 | 10/1997 | Baker et al. ............................... | 395/609 |
| 5,684,950 | 11/1997 | Dare et al. ................................. | 395/187.01 |
| 5,684,951 | 11/1997 | Goldman et al. .......................... | 395/188.01 |
| 5,754,761 | 5/1998 | Willsey ....................................... | 395/186 |
| 5,758,069 | 5/1998 | Olsen ......................................... | 395/187.01 |

### OTHER PUBLICATIONS

Netscape Communications Corporation, "Netscape Live-Payment White Paper", Oct. 02, 1996 (located on Internet) pp. 1–14.

Michele Rosen, "Cash for Cyberspace", Midrange Systems, Apr. 12, 1996, pp. 34–35.

Stephan Somogyi, "Mediascape—How Would You Like to Pay for That?", Digital Media, vol.4, No. 7, pp. 13–17.

Candee Wilde, "Internet Security: A Moving Target", Interactive Age, May 13, 1996.

B. Clifford Newman et al. "Requirements for Network Payment: The NetCheque Perspective", pp. 32–36.

Jim Sabo, "Riding Shotgun on the Electronic Stagecoach", NetGuide, Aug., 1996, pp. 119–124.

Larry Loeb, "The Stage is Set", Internet World, Aug., 1996, pp. 55–59.

Marvin A. Sirbu, "Credits and Debits on the Internet", IEEE Spectrum, Feb., 1997, pp. 23–29.

David Chaum et al., "Minting Electronic Cash", IEEE Spectrum, Feb., 1997, pp. 31–34.

Peter S. Gemmell, "Traceable e–Cash", IEEE Spectrum, Feb., 1997, pp. 35–37.

Robert W. Baldwin et al., "Locking the e–Safe", IEEE Spectrum, Feb., 1997, pp. 40–46.

*Primary Examiner*—Joseph E. Palys
*Assistant Examiner*—Norman Michael Wright
*Attorney, Agent, or Firm*—Anthony R. Barkume

[57] **ABSTRACT**

A method for executing a secure online transaction between a vendor computer and a user computer, wherein the vendor computer and the user computer are interconnected to a computer network such as the Internet for data communications therebetween. The method comprises the steps of the user computer transmitting a transaction request message to the vendor computer via the computer network, the financial transaction request comprising user identification data unique to the user computer; in response to receiving the transaction request, the vendor computer sending a transaction verification request to a trust server computer interconnected to the computer network, the transaction verification request comprising the user identification data and data indicative of the requested transaction; in response to receiving the transaction verification request, the trust server computer authenticating the user computer by using the user identification data and communicating with the user computer for verification with the user identification data; and the trust server authorizing the transaction when the authenticating step has passed.

**11 Claims, 10 Drawing Sheets**



US005848155A

# United States Patent [19]

## Cox

[11] **Patent Number:** 5,848,155

[45] **Date of Patent:** Dec. 8, 1998

[54] **SPREAD SPECTRUM WATERMARK FOR EMBEDDED SIGNALLING**

[75] Inventor: **Ingemar J. Cox**, Lawrenceville, N.J.

[73] Assignee: **NEC Research Institute, Inc.**, Princeton, N.J.

[21] Appl. No.: **708,331**

[22] Filed: **Sep. 4, 1996**

[51] Int. Cl.⁶ ................................................. **H04L 9/00**
[52] U.S. Cl. ...................................... **380/4**; 380/34
[58] Field of Search ......................... 380/4, 28, 34

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,939,515 | 7/1990 | Adelson | 341/51 |
| 5,319,735 | 6/1994 | Preuss et al. | 395/2.14 |
| 5,530,751 | 6/1996 | Morris | 380/4 |
| 5,530,759 | 6/1996 | Braudaway | 380/54 |
| 5,568,570 | 10/1996 | Rabbani | 382/238 |
| 5,613,004 | 3/1997 | Cooperman et al. | 380/28 |
| 5,636,292 | 6/1997 | Rhoads | 382/232 |
| 5,646,997 | 7/1997 | Barton | 380/23 |
| 5,659,726 | 8/1997 | Sandford, II et al. | 395/612 |
| 5,664,018 | 9/1997 | Leighton | 380/4 |

### FOREIGN PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 0690595 | 1/1995 | European Pat. Off. | | |
| 2196167 | 4/1988 | United Kingdom | | |
| 8908915 | 9/1989 | WIPO | | |
| 9520291 | 7/1995 | WIPO | | |
| 9621290 | 7/1996 | WIPO | | H04H 1/00 |
| 9625005 | 8/1996 | WIPO | | H04H 7/08 |
| 9627259 | 9/1996 | WIPO | | |

### OTHER PUBLICATIONS

R.G. Van Schyndel et al., "A digital watermark," in Intl. Conf. On Image Processing, vol. 2, pp. 86–90, 1994.

G. Caronni, "Assuring Ownership Rights for Digital Images," in Proc. Reliable IT Systems, VIS '95, 1995.

J. Brassil et al, "Electronic Marking and Identification Techniques to Discourage Document Copying," in Proc. Infocom '94, pp. 1278–1287, 1994.

K. Tanaka et al., "Embedding Secret Information into a Dithered Multi–level Image," in IEEE Military Comm. Conf., pp. 216–220, 1990.

K. Mitsui et al, "Video–Steganography: How to Secretly Embed a Signature in a Picture," in IMA Intellectual Property Project Proc., vol 1, pp. 187–206, 1994.

Macq and Quisquater, "Cryptology for Digital TV Broadcasting," in Proc. of the IEEE, vol. 83, No. 6, pp. 944–957, 1995.

W. Bender et al, "Techniques for data hiding," in Proc. of SPIE, vol. 2420, No. 40, Jul. 1995.

Koch, Rindfrey and Zhao, "Copyright Protection for Multimedia Data," in Proc. of the Int'l Conf. on Digital Media and Electronic Publishing (Leeds, UK, 6–8 Dec, 1994).

Koch and Zhao, "Towards Robust and Hidden Image Copyright Labeling," in Proc. of 1995 IEEE Workshop on Nonlinear Signal and Image Processing (Neos Marmaras, Halkidiki, Greece, Jun. 20–22, 1995).

Zhao and Koch, "Embedding Robust Labels Into Images For Copyright Protection,"in Proc. Int. Congr. on IPR for Specialized Information, Knowledge and New Technologies (Vienna, Austria), Aug. 21–25, 1995.

"Digital Copyright: Who Owns What?" NewMedia, Sep. 1995, pp. 38–43.

"Publish and Be Robbed?" New Scientist, 18 Feb. 1995, pp. 32–37.

Kohno et al, "Spread Spectrum Access Methods for Wireless Communications," in IEEE Communications Magazine, Jan. 1995, pp. 58–67, 116.

(List continued on next page.)

*Primary Examiner*—Salvatore Cangialosi
*Attorney, Agent, or Firm*—Philip J. Feig

[57] **ABSTRACT**

A watermark is embedded into audio/video/image/ multimedia data using spread spectrum methodology. The watermark is extracted from watermarked data without the use of an original or unwatermarked version of the data by using spatial or temporal local averaging of the frequency coefficients of the watermarked data.

**22 Claims, 9 Drawing Sheets**



US005799083A

## United States Patent [19]

Brothers et al.

| [11] | Patent Number: | 5,799,083 |
|---|---|---|
| [45] | Date of Patent: | Aug. 25, 1998 |

[54] **EVENT VERIFICATION SYSTEM**

[76] Inventors: **Harlan Jay Brothers**, 103 Island View
Ter., Branford, Conn. 06405; **Chris
Hind Genly**, 2137 17th Ave., Forest
Grove, Oreg. 97116

[21] Appl. No.: **702,815**

[22] Filed: **Aug. 26, 1996**

[51] Int. Cl.$^6$ ....................................... **H04L 9/00**
[52] U.S. Cl. ................................. **380/20**; 380/23
[58] Field of Search ........................... 380/9, 10, 20,
380/23, 49

[56] **References Cited**

**U.S. PATENT DOCUMENTS**

| 4,882,779 | 11/1989 | Rahtgen | 380/24 |
| 5,517,567 | 5/1996 | Epstein | 380/21 |

*Primary Examiner*—David C. Cain

*Attorney, Agent, or Firm*—Robert L. Tucker, Esq.

[57] **ABSTRACT**

An event verification system comprises an input for the
reception of information and an encryption algorithm to
encrypt the information; an electronic recorder to record the
encrypted information and a decryption algorithm to decrypt
recorded information; at least one programmable memory to
store at least one cryptographic key for use with the encryp-
tion and decryption algorithms; a tamperproof enclosure to
protect the input and at least one programmable memory
from access or alteration; and, a trusted agent to generate at
least one cryptographic key to be used in conjunction with
the encryption and decryption algorithms, the trusted agent
programming any generated cryptographic key into at least
one programmable memory for use with the encryption and
decryption algorithms and, upon request, verifying the
authenticity of the recorded information by decrypting the
recorded information using at least one cryptographic key.

**19 Claims, 5 Drawing Sheets**



US005737416A

# United States Patent [19]

## Cooper et al.

[11] **Patent Number:** 5,737,416

[45] **Date of Patent:** Apr. 7, 1998

[54] **METHOD AND APPARATUS FOR ENABLING TRIAL PERIOD USE OF SOFTWARE PRODUCTS: METHOD AND APPARATUS FOR UTILIZING A DECRYPTION STUB**

[75] Inventors: **Thomas Edward Cooper**, Louisville; **Hudson Wayne Phillips**, Boulder; **Robert Franklin Pryor**, Longmont, all of Colo.

[73] Assignee: **International Business Machines Corporation**, Armonk, N.Y.

[21] Appl. No.: **693,555**

[22] Filed: **Aug. 2, 1996**

### Related U.S. Application Data

[63] Continuation of Ser. No. 235,033, Apr. 25, 1994, abandoned.

[51] **Int. Cl.**[6] ................................................ **H04L 9/00**

[52] **U.S. Cl.** .............................. 380/4; 380/9; 380/23; 380/25; 380/49; 380/50; 395/186; 395/427; 395/481; 395/490; 395/491

[58] **Field of Search** ............................ 380/4, 9, 21, 23, 380/25, 49, 50; 395/601, 616, 186, 427, 481, 490, 491, 726, 728

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,864,616 | 9/1989 | Pond et al. | 380/25 |
| 4,888,798 | 12/1989 | Earnest | 380/4 |
| 5,021,997 | 6/1991 | Archie et al. | 395/575 |
| 5,155,847 | 10/1992 | Kirouac et al. | 395/600 |
| 5,166,886 | 11/1992 | Molnar et al. | 364/479 |
| 5,341,429 | 8/1994 | Stringer et al. | 380/23 |

#### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 0 268 139 A2 | 5/1988 | European Pat. Off. | G06F 1/00 |
| 0 268 139 A3 | 5/1988 | European Pat. Off. | G06F 1/00 |
| 0 561 685 A2 | 9/1993 | European Pat. Off. | G06F 12/14 |
| 0 561 685 A3 | 9/1993 | European Pat. Off. | G06F 12/14 |
| 0 598 587 A1 | 5/1994 | European Pat. Off. | G06F 1/00 |
| 0 601 500 A1 | 6/1994 | European Pat. Off. | G06F 1/00 |
| 2 136 175 | 9/1984 | United Kingdom | H03K 13/24 |
| WO 94/07204 | 3/1994 | WIPO | G06F 15/21 |

#### OTHER PUBLICATIONS

"Data Masking Algorithm" (IBM Technical Disclosure Bulletin, vol. 32, No. 6B, Nov. 1989).

"Information Distribution via Rom Disks" (IBM Technical Disclosure Bulletin, vol. 33 No. 12, May 1991).

*Primary Examiner*—Bernarr E. Gregory
*Attorney, Agent, or Firm*—Edward H. Duffield; Andrew J. Dillon

[57] **ABSTRACT**

A method and apparatus is provided in a data processing system for securing access to particular files which are stored in a computer-accessible memory media. A file management program is provided as an operating system component of the data processing system. At least one encrypted file and at least one unencrypted file are stored in the computer-accessible memory media. An unencrypted security stub is associated with each of the encrypted files. The security stub is at least partially composed of executable code. The file management program is utilized to monitor data processing calls for a called file stored in the computer-accessible memory media. The file management program determines what the called file has an associated unencrypted security stub. The called file is processed in a particular manner dependent upon whether or not the called file has an associated unencrypted security stub.

**22 Claims, 28 Drawing Sheets**



US005734752A

# United States Patent [19]

## Knox

| [11] | Patent Number: | 5,734,752 |
| --- | --- | --- |
| [45] | Date of Patent: | Mar. 31, 1998 |

[54] **DIGITAL WATERMARKING USING STOCHASTIC SCREEN PATTERNS**

[75] Inventor: **Keith T. Knox**, Rochester, N.Y.

[73] Assignee: **Xerox Corporation**, Stamford, Conn.

[21] Appl. No.: **719,235**

[22] Filed: **Sep. 24, 1996**

[51] Int. Cl.6 ............................ G06K 9/74; H04N 1/405; H04N 1/52

[52] U.S. Cl. ........................... 382/212; 382/237; 358/536; 358/456; 380/54; 283/113

[58] Field of Search ...................... 382/219, 212, 382/218, 278, 283, 294; 380/6, 9, 18, 23, 54, 59, 51; 283/901, 113

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| 3,675,948 | 7/1972 | Wicker | ....................................... 283/901 |
| 5,315,098 | 5/1994 | Tow . | |
| 5,337,361 | 8/1994 | Wang et al. | ................................. 380/51 |
| 5,341,228 | 8/1994 | Parker et al. . | |
| 5,396,559 | 3/1995 | McGrew | ....................................... 380/54 |
| 5,488,664 | 1/1996 | Shamir | ....................................... 380/54 |
| 5,583,950 | 12/1996 | Prokoski | ..................................... 382/212 |

### FOREIGN PATENT DOCUMENTS

| 651554 | 5/1995 | European Pat. Off. . |
| 705025 | 4/1996 | European Pat. Off. . |

### OTHER PUBLICATIONS

Tuhro, "Counterfeit Detection Method", Xerox Disclosure Journal, vol. 20, No. 6, Nov./Dec. 1995.

"Cloaking Device for Top–Secret Faxes", Electronic Imaging Review, Center for Electronic Imaging Systems, University of Rochester, Rochester, NY, Fall, 1995, vol. 2, No. 3, p. 4.

"Digimarc Corp. Announces New Copyright Protection Technology; Irremovable Signatures Protect Creative Property in the Digital Age," Jun. 28, 1995, Business Wire.

"Dice and Digimarc File for Patents for 'Scatter–Gun' Electronic Watermark Technology," Oct. 4, 1995, Computergram International.

"Holographic signatures for digital images; authentication, verification and protection for copyright holders" (Digimarc Corp's copyright protection technology), Aug. 14, 1995, Seybold Report on Desktop Publishing, v. 9, n. 12, p. 23 (2).

"NEC develops digital watermarking technique protecting copyrights of images and music on Internet," Feb. 12, 1996, Business Wire.

"NEC Develops Digital Watermark Technology," Feb. 20, 1996, Newsbytes; NEC Develops Electronic Water Mark in the U.S., Feb. 15, 1996, Computergram International, n. 852.

"NEC Develops Electronic Water Mark in the U.S.", Feb. 15, 1996, Computergram International, n. 852.

*Primary Examiner*—Scott Rogers
*Attorney, Agent, or Firm*—Mark Costello

[57]                     **ABSTRACT**

A method for generating watermarks in a digitally reproducible document which are substantially invisible when viewed including the steps of: (1) producing a first stochastic screen pattern suitable for reproducing a gray image on a document; (2) deriving at least one stochastic screen description that is related to said first pattern; (3) producing a document containing the first stochastic screen; (4) producing a second document containing one or more of the stochastic screens in combination, whereby upon placing the first and second document in superposition relationship to allow viewing of both documents together, correlation between the first stochastic pattern on each document occurs everywhere within the documents where the first screen is used, and correlation does not occur where the area where the derived stochastic screens occur and the image placed therein using the derived stochastic screens becomes visible.

**16 Claims, 4 Drawing Sheets**

Pattern #1



Pattern #2



US005673316A

# United States Patent [19]

## Auerbach et al.

[11] **Patent Number:** 5,673,316

[45] **Date of Patent:** Sep. 30, 1997

[54] **CREATION AND DISTRIBUTION OF CRYPTOGRAPHIC ENVELOPE**

[75] Inventors: **Joshua Seth Auerbach**, Ridgefield, Conn.; **Chee-Seng Chow**, Cupertino, Calif.; **Marc Adam Kaplan**, Katonah, N.Y.; **Jeffrey Charles Crigler**, McLean, Va.

[73] Assignee: **International Business Machines Corporation**, Armonk, N.Y.

[21] Appl. No.: **625,475**

[22] Filed: **Mar. 29, 1996**

[51] Int. Cl.⁶ ...................................................... H04L 9/00

[52] U.S. Cl. ........................................... 380/4; 380/25

[58] Field of Search ............................ 380/3, 4, 23, 24, 380/25, 28, 49

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,319,705 | 6/1994 | Halter et al. | 380/4 |
| 5,394,469 | 2/1995 | Nagel et al. | 380/4 |
| 5,416,840 | 5/1995 | Cane et al. | 380/4 |
| 5,428,685 | 6/1995 | Kadooka et al. | 380/25 |
| 5,490,216 | 2/1996 | Richardson | 380/4 |
| 5,509,070 | 4/1996 | Schull | 380/4 |
| 5,530,752 | 6/1996 | Rubin | 380/4 |
| 5,553,143 | 9/1996 | Ross et al. | 380/25 |
| 5,586,186 | 12/1996 | Yuval et al. | 380/4 |

*Primary Examiner*—David C. Cain

*Attorney, Agent, or Firm*—Douglas W. Cameron

[57] **ABSTRACT**

A method and apparatus to create, distribute, sell and control access to digital documents using secure cryptographic envelopes. An envelope is an aggregation of information parts, where each of the parts to be protected are encrypted with a corresponding part encryption key. These encrypted information parts along with the other information parts become part of the envelope. Each part encryption key *is* also encrypted with a public key, and these encrypted part encryption keys are also included in the envelope. The envelope also includes a list of parts where each entry in the list has a part name and a secure hash of the named part. The list is then signed with a secret key to generate a signature, which is also included in the envelope. The signature can be verified using a second public key associated with first secret key, and the integrity of any information part in the envelope can be checked by computing a second hash and comparing it with the corresponding hash in the list of parts. Also, the information content of any encrypted part can only be recovered by knowledge of a second secret key corresponding to the public key that was used to encrypt the part encryption keys.

**8 Claims, 6 Drawing Sheets**



US005629980A

## United States Patent [19]

### Stefik et al.

| | |
|---|---|
| [11] | **Patent Number:** **5,629,980** |
| [45] | **Date of Patent:** **May 13, 1997** |

[54] **SYSTEM FOR CONTROLLING THE DISTRIBUTION AND USE OF DIGITAL WORKS**

[75] Inventors: **Mark J. Stefik**, Woodside; **Michalene M. Casey**, Morgan Hill, both of Calif.

[73] Assignee: **Xerox Corporation**, Stamford, Conn.

[21] Appl. No.: **344,042**

[22] Filed: **Nov. 23, 1994**

[51] Int. Cl.⁶ ............................................... **H04L 9/00**

[52] U.S. Cl. .......................................................... **380/4**

[58] Field of Search ...................... 380/4; 235/380

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,263,158 | 7/1966 | Janis | 380/4 |
| 4,529,870 | 7/1985 | Chaum | 235/380 |
| 4,658,093 | 4/1987 | Hellman | 380/25 |
| 4,924,378 | 5/1990 | Hershey et al. | 364/200 |

(List continued on next page.)

#### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 0332707 | 9/1989 | European Pat. Off. . | |
| 2236604 | 4/1991 | United Kingdom . | |
| WO9220022 | 11/1992 | WIPO . | |
| 9301550 | 1/1993 | WIPO | G06F 11/34 |

#### OTHER PUBLICATIONS

Press Release From Electronic Publishing Resources, Inc. (EPR) entitled "National Semiconductor and EPR Partner for Information Metering/Data Security Cards", dated Mar. 4, 1994.

Weber, R., "Digital Rights Management Technology", Oct. 1995.

European Search Report for Corresponding European Application 95308420.9.

(List continued on next page.)

*Primary Examiner*—Salvatore Cangialosi
*Attorney, Agent, or Firm*—Richard B. Domingo

[57] **ABSTRACT**

A system for controlling use and distribution of digital works. In the present invention, the owner of a digital work attaches usage rights to that work. Usage rights are granted by the "owner" of a digital work to "buyers" of the digital work. The usage rights define how a digital work may be used and further distributed by the buyer. Each right has associated with it certain optional specifications which outline the conditions and fees upon which the right may be exercised. Digital works are stored in a repository. A repository will process each request to access a digital work by examining the corresponding usage rights. Digital work playback devices, coupled to the repository containing the work, are used to play, display or print the work. Access to digital works for the purposes of transporting between repositories (e.g. copying, borrowing or transfer) is carried out using a digital work transport protocol. Access to digital works for the purposes of replay by a digital work playback device (e.g. printing, displaying or executing) is carried out using a digital work playback protocol.

**31 Claims, 13 Drawing Sheets**



US005625690A

# United States Patent [19]

## Michel et al.

| [11] | Patent Number: | 5,625,690 |
|---|---|---|
| [45] | Date of Patent: | Apr. 29, 1997 |

[54] **SOFTWARE PAY PER USE SYSTEM**

[75] Inventors: **Alan D. Michel**, Fishers; **Robert E. Reinke**, Indianapolis, both of Ind.

[73] Assignee: **Lucent Technologies Inc.**, Murray Hill, N.J.

[21] Appl. No.: **152,769**

[22] Filed: **Nov. 15, 1993**

[51] Int. Cl.[6] .................................................. **H04L 9/00**
[52] U.S. Cl. ...................................... **380/4**; 380/21
[58] Field of Search .............................. 380/4, 21

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,433,207 | 2/1984 | Best | 380/21 |
| 4,658,093 | 4/1987 | Hellman | 380/4 |
| 4,847,902 | 7/1989 | Hampson | 380/4 |
| 4,864,494 | 9/1989 | Kobos, Jr. | 380/4 |
| 4,924,378 | 5/1990 | Hershey et al. | 380/4 |
| 4,999,806 | 3/1991 | Chernow et al. | 380/4 |
| 5,103,476 | 4/1992 | Waite et al. | 380/4 |
| 5,138,712 | 8/1992 | Corbin | 380/4 |
| 5,173,938 | 12/1992 | Steinbrenner et al. | 380/21 |
| 5,235,641 | 8/1993 | Nozawa et al. | 380/21 |
| 5,319,705 | 6/1994 | Halter et al. | 380/4 |
| 5,349,643 | 9/1994 | Cox et al. | 380/4 |
| 5,371,692 | 12/1994 | Draeger et al. | 380/4 |
| 5,392,351 | 2/1995 | Hasebe et al. | 380/4 |

### OTHER PUBLICATIONS

Advertisement: Crypkey Software Licensing System, "Hardware key like protection without the hardware key," Dr. Dobb's Journal, vol. 18, Issue 13, Dec. 1993, p. 143.
Schneier, Bruce "Untangling Public–Key Cryptography," Dr. Dobb's Journal, vol. 17, Issue 5, May 1992, pp. 16–18, 20, 22, 24, 26, & 28.
"Special Section: Debating Encryption Standards; The Digital Signature Standard Proposed by NIST; and Responses to NIST's Proposal," Communications of the ACM, vol. 35, No. 7, Jul. 1992, pp. 32–34, 36–54.

*Primary Examiner*—Salvatore Cangialosi
*Attorney, Agent, or Firm*—Jeffrey M. Weinick; Donald P. Dinella

[57] **ABSTRACT**

A pay per use system for of the unauthorized use of computer software. An encryption program encodes original software to produce secured software. The encoding is accomplished by using cryptographic techniques. In order to use the software, a user must call a telephone number to receive the cryptographic keys necessary to decrypt the secured software. Thus, users must pay for each use of the secured software. The system allows software developers to freely distribute the secured software. Copies of the secured software may be freely made, because payment is based on each use of the software not on each copy of the software.

**25 Claims, 5 Drawing Sheets**

US005598470A

# United States Patent [19]

## Cooper et al.

[11] **Patent Number:** 5,598,470

[45] **Date of Patent:** Jan. 28, 1997

[54] **METHOD AND APPARATUS FOR ENABLING TRIAL PERIOD USE OF SOFTWARE PRODUCTS: METHOD AND APPARATUS FOR UTILIZING A DECRYPTION BLOCK**

[75] Inventors: **Thomas E. Cooper**, Louisville; **Hudson W. Philips**, Boulder; **Robert F. Pryor**, Longmont, all of Colo.

[73] Assignee: **International Business Machines Corporation**, Armonk, N.Y.

[21] Appl. No.: **235,031**

[22] Filed: **Apr. 25, 1994**

[51] Int. Cl.$^6$ ................................ H04L 9/32; H04L 9/00
[52] U.S. Cl. ........................... 380/4; 380/9; 380/23; 380/25; 380/49; 380/50
[58] Field of Search ................................. 380/4, 25, 23, 380/9, 20, 49, 50

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,864,616 | 9/1989 | Pond et al. | 380/25 |
| 4,888,798 | 12/1989 | Earnest | 380/4 |
| 5,021,997 | 6/1991 | Archie et al. | 395/575 |
| 5,155,847 | 10/1992 | Kirouac et al. | 395/600 |
| 5,166,886 | 11/1992 | Molnar et al. | 364/479 |
| 5,341,429 | 8/1994 | Stringer et al. | 380/23 |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 0268139A2 | 5/1988 | European Pat. Off. | G06F 1/00 |
| 0268139A3 | 5/1988 | European Pat. Off. | G06F 1/00 |
| 0561685A3 | 9/1993 | European Pat. Off. | G06F 12/14 |
| 0561685A2 | 9/1993 | European Pat. Off. | G06F 12/14 |
| 0598587A1 | 5/1994 | European Pat. Off. | G06F 1/00 |
| 0601500A1 | 6/1994 | European Pat. Off. | G06F 1/00 |
| 2136175 | 9/1984 | United Kingdom | H03K 13/24 |
| WO94/07204 | 3/1994 | WIPO | G06F 15/21 |

### OTHER PUBLICATIONS

"Data Masking Algorithm" (IBM Technical Disclosure Bulletin, vol. 32 No. 68, Nov. 1989).
"Information Distribution via Rom Disks" (IBM Technical Disclosure Bulletin, vol. 33 No. 12, May 1991).

*Primary Examiner*—Bernarr E. Gregory
*Attorney, Agent, or Firm*—Edward H. Duffield; Barry J. Bumgardner; Andrew J. Dillon

[57] **ABSTRACT**

A method and apparatus is provided in a data processing system for securing access to particular files which are stored in a computer-accessible memory media. A file management program is provided as an operating system component of the data processing system. A plurality of files are stored in a computer-accessible memory media, including at least one encrypted file and at least one unencrypted file. For each encrypted file, a preselected portion of the file is recorded in memory, a decryption block is generated which includes information which can be utilized to decrypt the file, and the decryption block is incorporated in the file in lieu of the preselected portion which has been recorded in memory. Then, a file management program is utilized to monitor data processing system calls for files stored in the computer-accessible memory media. The file management program determines whether the called file has an associated decryption block. The called file is processed in a particular manner dependent upon whether or not the called file has an associated decryption block.

**8 Claims, 28 Drawing Sheets**



US005581703A

# United States Patent [19]

## Baugher et al.

[11] **Patent Number:** 5,581,703

[45] **Date of Patent:** Dec. 3, 1996

[54] **METHOD AND APPARATUS FOR RESERVING SYSTEM RESOURCES TO ASSURE QUALITY OF SERVICE**

[75] Inventors: **Mark J. Baugher**; **Philip Y. Chang**, both of Austin; **Gregory L. Morris**, Round Rock; **Alan P. Stephens**, Austin, all of Tex.

[73] Assignee: **International Business Machines Corporation**, Armonk, N.Y.

[21] Appl. No.: **84,053**

[22] Filed: **Jun. 29, 1993**

[51] Int. Cl.⁶ ................................................ G06F 13/14
[52] U.S. Cl. ................................. **395/200.06**; 395/200.12
[58] Field of Search ........................... 395/200, 650;
455/17; 370/60, 14, 45, 85.1, 85.7

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,331,834 | 5/1982 | Ganz et al. | 178/3 |
| 4,466,058 | 8/1984 | Girard et al. | 395/304 |
| 4,539,679 | 9/1985 | Bux et al. | |
| 4,654,867 | 3/1987 | Labedz et al. | 379/59 |
| 4,870,641 | 9/1989 | Pattavina | |
| 4,991,079 | 2/1991 | Dann | |
| 5,054,109 | 10/1991 | Blackburn | 455/17 |
| 5,136,581 | 8/1992 | Muehrcke | |
| 5,187,787 | 2/1993 | Skeen et al. | |
| 5,231,631 | 7/1993 | Buhrke et al. | 370/60 |
| 5,265,262 | 11/1993 | Grube et al. | 455/17 |

### OTHER PUBLICATIONS

IBM TDB, "Method of Bandwidth Management by Dynamic Port Configuration", vol. 34, No. 7A, Dec. 1991, pp. 261–265.
IBM TDB, "Control Program for Multimedia Workstations", vol. 35, No. 4B, Sep. 1992, pp. 112–113.
IBM TDB, "Automated Accounting Storage Transaction Unit Methodology", vol. 35, No. 6, Nov. 1992, pp. 278–279.
IBM TDB, "Technique for Replicating Distributed Directory Information", vol. 33, No. 12, May 1991, pp. 113–120.

IBM TDB, "Inter–Client Resource Usage in Distributed Client–Server Presentation Manager System", vol. 34, No. 4B, Sep. 1991, pp. 416–417.
IBM TDB, "Method and Apparatus for the Statistical Multiplexing of Voice, Data, and Image Signals", vol. 35, No. 6, Nov. 1992, pp. 409–411.
IBM TDB, "Efficient, Real–Time Address Resolution in Backbone Networks of General Topology", vol. 36, No. 03, Mar. 1993, pp. 133–139.
*IEEE Journal on Selected Areas in Communications,* vol. 7, No. 5, Jun. 1989, "Packet Communication Protocol for Image Services on a High–Speed Multimedia LAN", M. Mera et al, pp. 782–788.
*Advanced Technology Group Apple Computer, Inc.,* 1991, "Desktop Multimedia Communications—Breaking the Chains", D. Blackketter et al, pp. 73–77.
*Lancaster University, UK,* "Resource Management in Multimedia Communication Stacks", A. Campbell et al, pp. 287–295, No date.
*IEEE Journal on Selected Areas in Communications,* vol. 8, No. 3, Apr. 1990, "A Scheme for Real–Time Channel Establishment in Wide–Area Networks", D. Ferrari et al, pp. 368–379.

(List continued on next page.)

*Primary Examiner*—Thomas G. Black
*Assistant Examiner*—Peter Y. Wang
*Attorney, Agent, or Firm*—Paul S. Drake; Volel Emile

[57] **ABSTRACT**

A method for providing files to a remote node including the steps of determining whether bandwidth is available for transmitting across a communications link a file requested by a remote node, reserving bandwidth for the requested file if bandwidth is determined to be available, and opening the requested file for transmission only if bandwidth is reserved. In addition, an apparatus for providing files to a remote node including apparatus for determining whether bandwidth is available for transmitting across a communications link a file requested by a remote node, apparatus for reserving bandwidth for the requested file if bandwidth is determined to be available, and apparatus for opening the requested file for transmission only if bandwidth is reserved.

**12 Claims, 9 Drawing Sheets**



US005548579A

# United States Patent [19]

## Lebrun et al.

[11] **Patent Number:** **5,548,579**

[45] **Date of Patent:** **Aug. 20, 1996**

[54] **SYSTEM FOR EFFECTIVE ALLOCATION OF NETWORK-WIDE BANDWIDTH**

[75] Inventors: **Eric Lebrun**, Saint Jeannet; **Pascal Francois**, Vence; **Frederic Raimbault**, Cagnes-Sur-Mer, all of France; **Jeff Warren**, Apex, N.C.

[73] Assignee: **International Business Machines Corporation**, Armonk, N.Y.

[21] Appl. No.: **493,066**

[22] Filed: **Jun. 21, 1995**

[30] **Foreign Application Priority Data**

Jun. 23, 1994 [EP] European Pat. Off. .............. 94109763

[51] **Int. Cl.⁶** ...................................... H04L 1/22
[52] **U.S. Cl.** ............................................. 370/16
[58] **Field of Search** ......................... 370/85.1, 84, 85.4, 370/85.5, 85.13, 85.14, 85.15, 16, 16.1, 17, 118, 58.3; 340/825.05, 827; 395/181, 182.02, 182.01, 182.08, 182.09

[56] **References Cited**

U.S. PATENT DOCUMENTS

5,136,581   8/1992   Myehycke ............................. 370/58.1

5,461,611   10/1995   Drake, Jr. et al. ...................... 370/17
5,479,404   12/1995   Francois et al. ......................... 370/84

Primary Examiner—Douglas W. Olms
Assistant Examiner—Ajit Patel
Attorney, Agent, or Firm—Gerald R. Woods

[57] **ABSTRACT**

To address Quality of Service (QoS) requirements in a domain of Local Area Networks(LANs) interconnected by at least one FDDI segment, network-wide bandwidth allocation is improved by a high availability Third Party Requestor (3PR) agent. The 3PR receives from the QoS Allocator all information that it needs to ask for bandwidth reservation on the FDDI segment. Following a Station Management standard, the 3PR is able to act on behalf of an FDDI station that will submit synchronous traffic and ask for bandwidth allocation to a Synchronous Bandwidth Allocator (SBA). According to the SBA decision, the 3PR will then answer to the network-centralized QoS Allocator which will grant or deny the allocation over the whole path within the LAN domain. If for some reason, the acting SBA function moves to another station, the 3PR at the new station will become active.

**3 Claims, 9 Drawing Sheets**



PMF= Parameter Management Frame
RAF= Resource Allocation Frame
3PR= Third Party Requestor
NRR= Network Resource Reservation

US005530759A

# United States Patent [19]

## Braudaway et al.

[11] **Patent Number:** 5,530,759

[45] **Date of Patent:** Jun. 25, 1996

[54] **COLOR CORRECT DIGITAL WATERMARKING OF IMAGES**

[75] Inventors: **Gordon W. Braudaway**, Yorktown Heights; **Karen A. Magerlein**, Ossining; **Frederick C. Mintzer**, Shrub Oak, all of N.Y.

[73] Assignee: **International Business Machines Corporation**, Armonk, N.Y.

[21] Appl. No.: **381,807**

[22] Filed: **Feb. 1, 1995**

[51] Int. Cl.$^6$ ..................................................... **H04K 1/00**

[52] U.S. Cl. .................................... **380/54;** 580/3; 580/4; 382/137; 355/201

[58] Field of Search .............................. 380/3, 4, 54, 59; 382/7; 355/201

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,776,013 | 10/1988 | Kafri et al. . | |
| 5,216,724 | 6/1993 | Suzuki et al. | 382/7 |
| 5,321,470 | 6/1994 | Hasuo et al. | 355/201 |
| 5,363,212 | 11/1994 | Taniuchi et al. | 358/452 |
| 5,426,710 | 6/1995 | Suzuki et al. | 382/135 |
| 5,434,649 | 7/1995 | Hasuo et al. | 355/201 |

### OTHER PUBLICATIONS

J. Pickerell & A. Child, "Marketing Photography in the Digital Environment", 1994, Image Watermarking for Photoshop.

K. B. Benson, ed., "Television Engineering Handbook", McGraw–Hill Book Company, New York 1986.

*Primary Examiner*—David C. Cain
*Attorney, Agent, or Firm*—Richard M. Ludwin

[57] **ABSTRACT**

A system for placing a visible "watermark" on a digital image is disclosed, wherein an image of the watermark is combined with the digital image. The pixels of the watermark image are examined, and for each pixel whose value is not a specified "transparent" value, the corresponding pixel of the original image is modified by changing its brightness but its chromaticities. This results in a visible mark which allows the contents of the image to be viewed clearly, but which discourages unauthorized use of the image.

**12 Claims, 5 Drawing Sheets**



US005513261A

# United States Patent [19]

## Maher

[54] **KEY MANAGEMENT SCHEME FOR USE WITH ELECTRONIC CARDS**

[75] Inventor: **David P. Maher**, Windham, N.H.

[73] Assignee: **AT&T Corp.**, Murray Hill, N.J.

[21] Appl. No.: **175,027**

[22] Filed: **Dec. 29, 1993**

[51] Int. Cl.[6] ................................ **H04L 9/32**; G07F 7/10
[52] U.S. Cl. ................................. **380/23**; 380/24; 380/25; 235/380
[58] Field of Search ........................ 380/23–25; 235/380

[56] **References Cited**

U.S. PATENT DOCUMENTS

4,672,182  6/1987  Hirokawa ............................... 235/380

[11] **Patent Number:** **5,513,261**

[45] **Date of Patent:** **Apr. 30, 1996**

4,763,419  4/1988  Roe ........................................ 380/23 X
4,969,188  11/1990  Schöbi ................................... 380/23

*Primary Examiner—Gilberto Barrón, Jr.*

[57] **ABSTRACT**

In an electronic card of the type for insertion into a host electronic device for providing to the host device security parameters pertaining to the rightful holder of the card, the security parameters are stored in encrypted form to preclude their discovery by unauthorized parties. The decryption mechanism resists probing by unauthorized parties.

**6 Claims, 2 Drawing Sheets**



US005497419A

## United States Patent [19]

### Hill

[11] **Patent Number:** 5,497,419

[45] **Date of Patent:** Mar. 5, 1996

[54] **METHOD AND APPARATUS FOR RECORDING SENSOR DATA**

[75] Inventor: **Brian R. Hill**, Los Angeles, Calif.

[73] Assignee: **Prima Facie, Inc.**, Conshohocken, Pa.

[21] Appl. No.: **229,602**

[22] Filed: **Apr. 19, 1994**

[51] Int. Cl.⁶ ...................................................... H04L 9/00

[52] U.S. Cl. ................................. 380/9; 380/25; 380/30; 380/49

[58] Field of Search ...................................... 380/9, 23–25, 380/30, 49

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,980,913 | 12/1990 | Skret | 380/23 |
| 5,321,753 | 6/1994 | Gritton | 380/23 |
| 5,343,527 | 8/1994 | Moore | 380/25 |
| 5,361,326 | 11/1994 | Aparicio, IV et al. | 395/21 |

#### OTHER PUBLICATIONS

Bruce Schneier, "Untangling Public–Key Cryptography", *Dr. Dobb's Journal*, May 1992, pp. 16–28.
Bruce Schneier, "The Cambridge Algorithms Workshop", *Dr. Dobb's Journal*, Apr. 1994, pp. 18–24.
Bruce Schneier, "The Blowfish Encryption Algorithm", *Dr. Dobb's Journal*, Apr. 1994, pp. 38–40.
Bruce Schneier, "RSA Data Security Conference", *Dr. Dobb's Journal*, Apr. 1994, pp. 3–6.
Peter Smith, "LUC Public–key Encryption", *Dr. Dobb's Journal*, Jan. 1993, pp. 44–49.
Tim Victor, "Hands On From Digits to Disc", *CD–ROM Today*, pp. 24–29.
Don Clark, "Norris Plans to Launch Digital Recorder Using Flash Memory Chips From Intel", *The Wall Street Journal*, Mar. 28, 1994.

*Primary Examiner*—Salvatore Cangialosi
*Attorney, Agent, or Firm*—Robert M. Storwick

[57] **ABSTRACT**

A method and apparatus for recording sensor data. The analog and digital signals containing the sensor data are accompanied by a concurrent analog video signal. The analog signals are converted to digital form and highly redundant signals are compressed according to conventional compression techniques. The resulting compressed and uncompressed signals are encrypted and stored on a removable hard disk. The data stored on the removable hard disk can later be played back to reconstruct the original signals while assuring that the played back signals are correct reconstructions of the original signals.

**24 Claims, 4 Drawing Sheets**



US005379345A

## United States Patent [19]

### Greenberg

[11] **Patent Number:** **5,379,345**

[45] **Date of Patent:** **Jan. 3, 1995**

[54] **METHOD AND APPARATUS FOR THE PROCESSING OF ENCODED DATA IN CONJUNCTION WITH AN AUDIO BROADCAST**

[75] Inventor: **Burton L. Greenberg**, New York, N.Y.

[73] Assignee: **Radio Audit Systems, Inc.**, Peekskill, N.Y.

[21] Appl. No.: **11,209**

[22] Filed: **Jan. 29, 1993**

[51] Int. Cl.⁶ ............................................... H04L 9/00
[52] U.S. Cl. ......................................... **380/23**; 375/1;
380/6; 380/20; 380/31; 380/34; 380/49;
340/825.31; 340/825.34
[58] Field of Search .................. 375/1; 380/34, 6, 20,
380/23, 49, 50, 31, 33; 358/142–147;
340/825.31, 825.34; 348/461–468, 473–486

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,881,244 | 4/1959 | Pawley et al. | 380/20 |
| 3,845,391 | 10/1974 | Crosby | 380/23 X |
| 4,079,419 | 3/1978 | Siegle et al. | 380/20 X |
| 4,313,197 | 1/1982 | Maxemchuk | 375/1 X |
| 4,425,661 | 1/1984 | Moses et al. | 375/1 |
| 4,547,804 | 10/1985 | Greenberg | 358/142 |
| 4,639,779 | 1/1987 | Greenberg | 358/142 |
| 4,805,020 | 2/1989 | Greenberg | 358/147 |
| 4,945,412 | 7/1990 | Kramer | 358/142 |
| 4,967,273 | 10/1990 | Greenberg | 358/142 |

*Primary Examiner*—Bernarr E. Gregory
*Attorney, Agent, or Firm*—Schweitzer Cornman & Gross

[57] **ABSTRACT**

A method and apparatus for the identification and verification of audio transmission segments, such as may be broadcast by a radio station, consists of the generation of a data stream corresponding in duration to the length of the program segment and including both cumulative time data and segment identification data. The data stream is combined with the program segment to which it relates in a manner in which the data is inaudible on conventional reception apparatus and which does not significantly degrade the audio quality of the program segment. A reception facility is provided to extract the data stream from the recorded audio and compare the data therein with reference data for the transmission, including intended length and time of the segment. By such a comparison verification of the broadcast can be accomplished.

**16 Claims, 2 Drawing Sheets**

