# EXHIBIT 12



Contact Us

Contribute a better translation

# New to Texas?

Welcome to the Lone Star State. You have 30 days from the time you move here to register your vehicle in the state. To learn how, read our Apply to be Texan booklet. In no time at all, we will be proud to call you a Registered Texan!

To stay up-to-date on all things Registered Texan follow us on Facebook and be sure to check out www.RegisteredTexan.com

**New Residents Brochure: Apply to be Texan**

# Here're the steps to becoming a Registered Texan:

## 1. Vehicle Inspection

Have your vehicle inspected. Simply take your vehicle to a certified Texas Department of Public Safety inspection station. Many mechanic shops, oil change locations and service stations are certified by DPS as inspection stations. Bring your insurance card.

In Texas, you must show you have insurance coverage for a minimum of $30,000 per injured person, up to a total of $60,000 for everyone injured in an accident, and $25,000 for property damage.

## 2. Registration

Next, it's time to get your vehicle registration sticker and license plates. To do this, you must visit your local county tax-assessor collector office. You will need your insurance card, the inspection papers (the VI30 form from the inspection station), and proof you own the vehicle, such as the registration or title from your previous state. You can also show a current foreign/military ownership document or foreign evidence of ownership.

Visit your local county tax office. You are not required to title your vehicle in Texas, but first-time registrants must fill out and complete Form 130-U. If you do not possess the title because it has a lien, you also must complete Form VTR-272.

Form 130-U

📋 Form VTR-272

The base registration fee in Texas is $50.75 plus $1 for TexasSure, the electronic insurance verification program and other Department of Public Safety initiatives, and $1 for improvements to the registration and titling computer system. So, total state registration is $52.75 but counties may add other fees to this cost. As a new resident, you also will pay sales tax-related fees required by the state's Comptroller of Public Accounts. Sales tax fees on a vehicle can be $90 or the difference between your previous state's sales tax and the Texas sales tax.

While at the county tax assessor-collector's office be sure to ask your customer service representative to sign you up for eReminder. We'll email you when it's time to renew, and you will have the opportunity to renew your registration online.

Note: Active duty members of the U.S. Armed Forces and non-resident, full-time students attending a Texas college or university are not required to register or title their vehicles in Texas.

## 3. Driver License

🛑 **THE TxDMV DOES NOT ISSUE DRIVER LICENSES.**

But as a new resident you are required to obtain your Texas driver license from the Texas Department of Public Safety within 90 days of moving here.

### 📍 Find Your Local Office

Find your County Tax Office

Find your Regional Service Center

Find your RSC by County

### 🔧 Motorists Toolbox

| 📋 Forms | 🌐 Photo ID Requirements |
| --- | --- |
| 📗 Publications | 📗 Title Manual |
| 📗 Registration Manual | |

### ❓ How Do I?

Select from list

SPV Calculator

Calculate the standard presumptive value of your vehicle.

Vehicle Identific

Odomet

Submit

+ More

Copyright © 2014 Texas Department of Motor Vehicles. All rights reserved. - 4000 Jackson Ave, Austin, TX 78731

Sign in

Original text



