# EXHIBIT 14





Directions to 500 Pearl St, New York, NY 10007
31.9 mi – about 48 mins