# EXHIBIT 15

Directions to 211 W Ferguson St, Tyler, TX 75702
1,289 mi – about 18 hours 31 mins





**Directions to White Plains, NY**
**264 mi – about 4 hours 20 mins**