# EXHIBIT 16

**Table C-7.**
**U.S. District Courts—Intellectual Property Cases, Securities/Commodities/Exchanges Cases, and Bankruptcy Appeals Filed, Terminated, and Pending During the 12-Month Period Ending September 30, 2012**

| Circuit and District | Copyright | Patent | Trademark | SCE [1] | Bankruptcy Appeals |
|---|---|---|---|---|---|
| **TOTALS** | | | | | |
| Filed | 3,074 | 5,189 | 3,403 | 1,432 | 2,168 |
| Terminated | 2,428 | 4,069 | 3,544 | 1,611 | 2,191 |
| Pending | 2,613 | 5,399 | 2,639 | 2,243 | 1,214 |
| **DISTRICT OF COLUMBIA** | | | | | |
| Filed | 65 | 18 | 20 | 19 | 14 |
| Terminated | 30 | 41 | 16 | 17 | 19 |
| Pending | 54 | 35 | 21 | 17 | 8 |
| **FIRST CIRCUIT** | | | | | |
| Filed | 103 | 121 | 89 | 36 | 70 |
| Terminated | 65 | 108 | 92 | 27 | 70 |
| Pending | 97 | 137 | 70 | 60 | 42 |
| **MAINE** | | | | | |
| Filed | 5 | 5 | 8 | 0 | 4 |
| Terminated | 4 | 0 | 5 | 0 | 3 |
| Pending | 5 | 6 | 4 | 1 | 2 |
| **MASSACHUSETTS** | | | | | |
| Filed | 86 | 100 | 65 | 28 | 34 |
| Terminated | 41 | 92 | 57 | 22 | 41 |
| Pending | 77 | 115 | 50 | 47 | 20 |
| **NEW HAMPSHIRE** | | | | | |
| Filed | 4 | 7 | 5 | 2 | 4 |
| Terminated | 7 | 8 | 9 | 1 | 4 |
| Pending | 2 | 7 | 4 | 3 | 1 |
| **RHODE ISLAND** | | | | | |
| Filed | 3 | 2 | 5 | 0 | 6 |
| Terminated | 1 | 5 | 8 | 0 | 2 |
| Pending | 3 | 2 | 5 | 1 | 5 |

## Table C-7. (September 30, 2012—Continued)

| Circuit and District | Copyright | Patent | Trademark | SCE [1] | Bankruptcy Appeals |
|---|---|---|---|---|---|
| **PUERTO RICO** | | | | | |
| Filed | 5 | 7 | 6 | 6 | 22 |
| Terminated | 12 | 3 | 13 | 4 | 20 |
| Pending | 10 | 7 | 7 | 8 | 14 |
| **SECOND CIRCUIT** | | | | | |
| Filed | 396 | 244 | 420 | 343 | 184 |
| Terminated | 310 | 257 | 420 | 386 | 226 |
| Pending | 343 | 321 | 409 | 845 | 128 |
| **CONNECTICUT** | | | | | |
| Filed | 20 | 18 | 31 | 15 | 18 |
| Terminated | 13 | 26 | 39 | 8 | 9 |
| Pending | 16 | 26 | 21 | 21 | 17 |
| **NEW YORK NORTHERN** | | | | | |
| Filed | 10 | 10 | 17 | 1 | 16 |
| Terminated | 12 | 9 | 15 | 1 | 23 |
| Pending | 13 | 14 | 16 | 3 | 8 |
| **NEW YORK EASTERN** | | | | | |
| Filed | 49 | 31 | 74 | 24 | 55 |
| Terminated | 48 | 34 | 74 | 45 | 52 |
| Pending | 39 | 36 | 90 | 49 | 28 |
| **NEW YORK SOUTHERN** | | | | | |
| Filed | 311 | 161 | 287 | 298 | 84 |
| Terminated | 232 | 167 | 282 | 329 | 128 |
| Pending | 268 | 206 | 271 | 760 | 64 |
| **NEW YORK WESTERN** | | | | | |
| Filed | 5 | 16 | 10 | 3 | 9 |
| Terminated | 4 | 13 | 9 | 3 | 14 |
| Pending | 7 | 30 | 10 | 7 | 8 |
| **VERMONT** | | | | | |
| Filed | 1 | 8 | 1 | 2 | 2 |
| Terminated | 1 | 8 | 1 | 0 | 0 |
| Pending | 0 | 9 | 1 | 5 | 3 |

## Table C-7. (September 30, 2012—Continued)

| Circuit  and District | Copyright | Patent | Trademark | SCE [1] | Bankruptcy Appeals |
|---|---|---|---|---|---|
| **TEXAS EASTERN** | | | | | |
| Filed | 17 | 1061 | 18 | 4 | 26 |
| Terminated | 13 | 579 | 18 | 9 | 26 |
| Pending | 20 | 1087 | 18 | 4 | 15 |
| **TEXAS SOUTHERN** | | | | | |
| Filed | 71 | 47 | 86 | 36 | 87 |
| Terminated | 55 | 39 | 93 | 33 | 114 |
| Pending | 62 | 58 | 59 | 44 | 47 |
| **TEXAS WESTERN** | | | | | |
| Filed | 29 | 62 | 53 | 17 | 44 |
| Terminated | 35 | 35 | 52 | 15 | 45 |
| Pending | 18 | 65 | 39 | 21 | 23 |
| **SIXTH CIRCUIT** | | | | | |
| Filed | 154 | 199 | 246 | 56 | 126 |
| Terminated | 152 | 197 | 280 | 66 | 138 |
| Pending | 155 | 201 | 192 | 104 | 66 |
| **KENTUCKY EASTERN** | | | | | |
| Filed | 2 | 4 | 7 | 5 | 7 |
| Terminated | 2 | 5 | 10 | 3 | 14 |
| Pending | 2 | 3 | 7 | 4 | 1 |
| **KENTUCKY WESTERN** | | | | | |
| Filed | 12 | 7 | 10 | 1 | 10 |
| Terminated | 19 | 3 | 17 | 4 | 9 |
| Pending | 10 | 10 | 8 | 2 | 6 |
| **MICHIGAN EASTERN** | | | | | |
| Filed | 54 | 55 | 101 | 16 | 57 |
| Terminated | 33 | 71 | 102 | 24 | 57 |
| Pending | 51 | 59 | 80 | 21 | 33 |
| **MICHIGAN WESTERN** | | | | | |
| Filed | 18 | 8 | 21 | 0 | 8 |
| Terminated | 7 | 13 | 18 | 3 | 13 |
| Pending | 20 | 12 | 20 | 1 | 2 |