# EXHIBIT 17

# U.S District Judges

| | |
|---|---|
| Abrams, Ronnie | Keenan, John F. |
| Baer, Harold | Koeltl, John G. |
| Batts, Deborah A. | Marrero, Victor |
| Berman, Richard M. | McMahon, Colleen |
| Briccetti, Vincent L. | Nathan, Alison J. |
| Broderick , Vernon S. | Oetken, J. Paul |
| Buchwald, Naomi Reice | Owen, Richard |
| Caproni , Valerie E. | Patterson, Robert P. |
| Carter Jr., Andrew L. | Pauley III, William H. |
| Castel, P. Kevin | Preska, Loretta A. Chief U.S. District Judge |
| Cedarbaum, Miriam Goldman | Rakoff, Jed S. |
| Cote, Denise L. | Ramos, Edgardo |
| Crotty, Paul A. | Roman, Nelson S. |
| Daniels, George B. | Sand, Leonard B. |
| Duffy, Kevin T. | Scheindlin, Shira A. |
| Engelmayer, Paul A | Schofield, Lorna G. |
| Failla, Katherine Polk | Seibel, Cathy |
| Forrest, Katherine B. | Stanton, Louis L. |
| Furman, Jesse M. | Stein, Sidney H. |
| Gardephe, Paul G. | Sullivan, Richard J. |
| Griesa, Thomas P. | Swain, Laura Taylor |
| Haight, Charles S. | Sweet, Robert W. |
| Hellerstein, Alvin K. | Torres, Analisa |
| Kaplan, Lewis A. | Wood, Kimba M. |
| Karas, Kenneth M. | |

**500 Pearl Street, New York, New York 10007-1312 • 300 Quarropas Street, White Plains, New York 10601-4150**