# EXHIBIT 18



Text  -A  A  A+  | Translate  | RSS

# United States District Court
## Eastern District of Texas

| Home | Local Rules | Judges | Divisions | Site Map | Login to the CM/ECF and PACER System |

- Court Information
- Local Rules
- General Orders
- Electronic Access and Filing
- Attorney Information
- CJA
- Proceeding Without an Attorney
- Forms & Applications
- Mediation
- Records and Archives
- Jury Information
- Naturalization
- CVB Fines
- Clerk's Office Customer Survey
- Resources
- Employment
- Outreach
- Vendors and Service



### The Eastern District of Texas
Chief Judge: Leonard Davis
Clerk of Court: David Maland
**Our Mission and Our Vision**
Quality Service
Caring Staff
Public Trust
Government
for You
The United States District
Clerk's Office for the Eastern District of Texas

 **General Information**

Hours of Operation
Monday - Friday
8:00am - 5:00pm Central Time
Federal Holidays

### Divisions

Clerks offices are located in each divisional office. Click on a Division that is closest to your location or where your case was filed. If you are unsure please contact any of the divisions for assistance.

- Beaumont
- Lufkin
- Marshall
- Sherman
- Texarkana
- Tyler (Headquarters)

By City
By County



 **District Judges**

Chief Judge Leonard Davis
Ron Clark
Marcia A. Crone
Rodney Gilstrap
Thad Heartfield
Richard Schell
Michael H. Schneider

 **Magistrate Judges**

Don D. Bush
Caroline M. Craven
Keith F. Giblin
Zack Hawthorn
John D. Love
Amos L. Mazzant
K. Nicole Mitchell
Roy Payne

Court Reporters
Judge Semininar Disclosure

**Court Houses**

The Jack Brooks Federal Building and United States Courthouse
**Beaumont, Texas**

The Ward R. Burke United States Courthouse
**Lufkin, Texas**

The Sam B. Hall Jr. Federal Building and United States Courthouse
**Marshall, Texas**

The United States Courthouse
**Plano, Texas**

The Paul Brown United States Courthouse

**Sherman, Texas**

The United States Courthouse Annex
**Sherman, Texas**

The United States Courthouse and Post Office
**Texarkana, Texas**

The William M. Steger Federal Building and United States Courthouse
**Tyler, Texas**

 **Texas U.S. District Courts**

- Eastern District of Texas
- Northern District of Texas
- Western District of Texas
- Southern District of Texas