# EXHIBIT 19

Table C-3.
U.S. District Courts—Civil Cases Commenced, by Nature of Suit and District,
During the 12-Month Period Ending March 31, 2013

| Circuit and District | Total Civil Cases | Total U.S. Civil Cases | Contract | Real Property | Tort Action | Civil Rights | U.S. Cases — Prisoner Petitions — Motions to Vacate Sentence | Habeas Corpus General | Death Penalty | Prison Civil Rights | Prison Condition | Mandamus and Other | Habeas Corpus Alien Detainee | Forfeitures and Penalties | Labor Suits | Social Security | All Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL | 271,950 | 47,726 | 2,703 | 1,090 | 2,085 | 1,515 | 8,625 | 2,674 | 4 | 1,037 | 389 | 329 | 753 | 2,277 | 457 | 18,659 | 5,129 |
| DC | 2,067 | 1,040 | 41 | 15 | 59 | 129 | 31 | 69 | - | 113 | 13 | 27 | - | 9 | 6 | 27 | 501 |
| 1ST | 6,170 | 1,134 | 27 | 17 | 93 | 55 | 196 | 31 | - | 25 | 2 | 2 | 22 | 107 | 22 | 358 | 177 |
| ME | 428 | 133 | 4 | 4 | 6 | 6 | 20 | - | - | 1 | - | - | - | 4 | 1 | 78 | 9 |
| MA | 3,082 | 500 | 12 | 5 | 41 | 24 | 51 | 29 | - | 20 | 2 | 1 | 20 | 14 | 13 | 148 | 120 |
| NH | 522 | 132 | 1 | 2 | 5 | 5 | 17 | 2 | - | 2 | - | - | 1 | 21 | 1 | 59 | 16 |
| RI | 1,031 | 64 | 6 | 1 | 7 | 5 | 13 | - | - | 2 | - | - | - | 5 | 1 | 13 | 11 |
| PR | 1,107 | 305 | 4 | 5 | 34 | 15 | 95 | - | - | - | - | 1 | 1 | 63 | 6 | 60 | 21 |
| 2ND | 22,155 | 3,547 | 207 | 95 | 224 | 101 | 443 | 75 | - | 39 | 4 | 27 | 88 | 218 | 128 | 1,355 | 543 |
| CT | 1,853 | 307 | 6 | 10 | 27 | 10 | 37 | 11 | - | 3 | - | 4 | 1 | 32 | 6 | 90 | 70 |
| NY,N | 1,740 | 586 | 112 | 1 | 12 | 5 | 60 | - | - | 4 | - | 1 | - | 33 | 4 | 344 | 10 |
| NY,E | 6,690 | 948 | 51 | 18 | 98 | 42 | 98 | 34 | - | 8 | 2 | 14 | 7 | 36 | 98 | 233 | 209 |
| NY,S | 9,562 | 988 | 21 | 5 | 63 | 34 | 188 | 24 | - | 11 | 1 | 8 | 8 | 60 | 16 | 340 | 209 |
| NY,W | 2,028 | 619 | 16 | 34 | 22 | 6 | 50 | 6 | - | 12 | 1 | - | 72 | 52 | 4 | 312 | 32 |
| VT | 282 | 99 | 1 | 27 | 2 | 4 | 10 | - | - | 1 | - | - | - | 5 | - | 36 | 13 |
| 3RD | 26,707 | 3,775 | 71 | 172 | 162 | 119 | 415 | 557 | - | 375 | 48 | 18 | 134 | 98 | 26 | 1,290 | 290 |
| DE | 1,955 | 77 | - | - | 6 | 2 | 13 | - | - | - | - | - | - | 1 | - | 47 | 8 |
| NJ | 8,470 | 1,165 | 44 | 21 | 64 | 40 | 98 | 310 | - | 69 | 1 | 14 | 60 | 49 | 9 | 264 | 122 |
| PA,E | 10,423 | 887 | 17 | 14 | 61 | 47 | 153 | 19 | - | 8 | 1 | 1 | - | 4 | 12 | 448 | 102 |
| PA,M | 2,942 | 1,040 | 3 | 62 | 9 | 11 | 79 | 206 | - | 298 | 38 | 3 | 74 | 15 | - | 219 | 23 |
| PA,W | 2,686 | 580 | 5 | 68 | 20 | 17 | 65 | 22 | - | - | 8 | - | - | 27 | 5 | 312 | 31 |
| VI | 231 | 26 | 2 | 7 | 2 | 2 | 7 | - | - | - | - | - | - | 2 | - | - | 4 |
| 4TH | 33,603 | 5,331 | 66 | 32 | 171 | 134 | 2,071 | 292 | - | 66 | 46 | 79 | 19 | 281 | 27 | 1,627 | 420 |
| MD | 3,853 | 864 | 15 | 7 | 55 | 42 | 207 | 2 | - | 3 | - | 26 | 1 | 96 | 11 | 272 | 127 |
| NC,E | 2,163 | 1,094 | 23 | - | 14 | 19 | 403 | 159 | - | 15 | 36 | 38 | - | 67 | 1 | 284 | 35 |
| NC,M | 1,341 | 596 | 1 | - | 5 | 8 | 421 | 22 | - | - | 2 | - | - | 27 | - | 101 | 9 |
| NC,W | 1,551 | 548 | 2 | 1 | 6 | 10 | 324 | 6 | - | 2 | - | 1 | - | 15 | 1 | 166 | 14 |
| SC | 3,617 | 770 | 6 | 7 | 25 | 12 | 264 | 8 | - | 8 | 3 | 1 | - | 27 | 2 | 371 | 36 |
| VA,E | 3,362 | 692 | 13 | 6 | 36 | 37 | 227 | 30 | - | 12 | 5 | 3 | 17 | 16 | 6 | 115 | 169 |
| VA,W | 1,259 | 437 | 3 | 5 | 3 | 3 | 146 | 26 | - | 12 | - | 5 | - | 20 | 2 | 202 | 10 |
| WV,N | 717 | 133 | 3 | 1 | 14 | 2 | 39 | 17 | - | 3 | - | 3 | 1 | 8 | 3 | 32 | 7 |
| WV,S | 15,740 | 197 | - | 5 | 13 | 1 | 40 | 22 | - | 11 | - | 2 | - | 5 | 1 | 84 | 13 |

## Table C-3. (March 31, 2013—Continued)

| Circuit and District | Total Civil Cases | Total U.S. Civil Cases | Contract | Real Property | Tort Action | Civil Rights | U.S. Cases — Prisoner Petitions — Motions to Vacate Sentence | Habeas Corpus General | Death Penalty | Prison Civil Rights | Prison Condition | Mandamus and Other | Habeas Corpus Alien Detainee | Forfeitures and Penalties | Labor Suits | Social Security | All Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **5TH** | 29,787 | 4,042 | 143 | 43 | 187 | 140 | 1,144 | 390 | - | 110 | 9 | 21 | 94 | 203 | 26 | 1,003 | 529 |
| LA,E | 2,768 | 234 | 9 | 9 | 35 | 14 | 44 | 2 | - | 3 | - | 2 | - | 2 | 1 | 76 | 37 |
| LA,M | 868 | 99 | 1 | 1 | 6 | 1 | 20 | 1 | - | - | - | - | - | 2 | 1 | 46 | 20 |
| LA,W | 3,116 | 356 | 3 | 4 | 23 | 4 | 63 | 63 | - | 19 | 2 | 1 | 26 | 6 | - | 132 | 10 |
| MS,N | 791 | 129 | 2 | 2 | 2 | 2 | 25 | 1 | - | - | - | - | - | 8 | 1 | 76 | 10 |
| MS,S | 1,934 | 217 | 14 | 7 | 14 | 11 | 33 | 30 | - | - | 2 | 1 | - | 16 | 2 | 73 | 14 |
| TX,N | 7,572 | 896 | 23 | 3 | 21 | 26 | 206 | 95 | - | 21 | - | 7 | 16 | 19 | 8 | 227 | 224 |
| TX,E | 3,744 | 474 | 3 | 6 | 11 | 8 | 91 | 100 | - | 39 | 5 | 5 | - | 22 | - | 157 | 27 |
| TX,S | 5,638 | 837 | 73 | 5 | 36 | 32 | 351 | 27 | - | 12 | - | 2 | 23 | 45 | 6 | 114 | 111 |
| TX,W | 3,356 | 800 | 15 | 6 | 39 | 42 | 311 | 71 | - | 16 | - | 3 | 29 | 83 | 7 | 102 | 76 |
| **6TH** | 24,976 | 4,233 | 364 | 176 | 118 | 98 | 636 | 99 | - | 42 | 23 | 13 | 22 | 192 | 55 | 2,089 | 306 |
| KY,E | 1,273 | 431 | 1 | 68 | 14 | 6 | 62 | 61 | - | 17 | 20 | 4 | - | 9 | 3 | 151 | 15 |
| KY,W | 1,629 | 232 | 5 | 50 | 7 | 12 | 38 | - | - | - | 1 | - | 2 | 6 | 3 | 82 | 26 |
| MI,E | 6,071 | 1,164 | 284 | 33 | 25 | 18 | 93 | 8 | - | 5 | - | 3 | 11 | 60 | 6 | 538 | 80 |
| MI,W | 1,921 | 290 | 4 | 5 | 7 | 10 | 74 | 9 | - | 1 | - | - | 3 | 9 | 4 | 152 | 12 |
| OH,N | 6,739 | 729 | 17 | 6 | 22 | 7 | 79 | 13 | - | 15 | 2 | 2 | 2 | 36 | 13 | 463 | 52 |
| OH,S | 2,660 | 593 | 14 | 6 | 10 | 24 | 56 | 1 | - | 2 | - | 4 | 3 | 28 | 19 | 377 | 49 |
| TN,E | 1,648 | 303 | 1 | 3 | 7 | 4 | 125 | 1 | - | - | - | - | - | 19 | - | 126 | 17 |
| TN,M | 1,667 | 265 | 24 | 3 | 16 | 14 | 35 | 2 | - | 1 | - | - | 1 | 10 | 7 | 120 | 32 |
| TN,W | 1,368 | 226 | 14 | 2 | 10 | 3 | 74 | 4 | - | 1 | - | - | - | 15 | - | 80 | 23 |
| **7TH** | 23,040 | 3,041 | 182 | 141 | 138 | 118 | 447 | 88 | - | 21 | 48 | 16 | 10 | 153 | 22 | 1,346 | 311 |
| IL,N | 10,988 | 1,143 | 155 | 18 | 85 | 61 | 134 | 4 | - | 5 | 9 | 13 | 7 | 31 | 8 | 388 | 225 |
| IL,C | 1,372 | 249 | 2 | 21 | 3 | 5 | 73 | 3 | - | - | 3 | - | - | 18 | 1 | 110 | 10 |
| IL,S | 3,381 | 282 | - | 51 | 15 | 5 | 48 | 59 | - | 13 | 2 | 1 | 2 | 12 | 2 | 60 | 12 |
| IN,N | 2,034 | 380 | 5 | 32 | 6 | 7 | 53 | - | - | - | - | - | - | 33 | 3 | 231 | 10 |
| IN,S | 2,887 | 482 | 12 | 13 | 16 | 20 | 67 | 4 | - | 1 | 34 | 2 | - | 19 | 3 | 273 | 18 |
| WI,E | 1,407 | 268 | 2 | 4 | 5 | 4 | 46 | 2 | - | 1 | - | - | 1 | 16 | 1 | 169 | 17 |
| WI,W | 971 | 237 | 6 | 2 | 8 | 16 | 26 | 16 | - | 1 | - | - | - | 24 | 4 | 115 | 19 |
| **8TH** | 14,459 | 4,049 | 51 | 52 | 109 | 110 | 596 | 117 | 1 | 43 | 56 | 19 | 31 | 120 | 14 | 2,514 | 216 |
| AR,E | 1,976 | 651 | 13 | 1 | 16 | 14 | 29 | 46 | - | 10 | 43 | - | - | 5 | 1 | 461 | 12 |
| AR,W | 1,238 | 665 | 9 | 4 | 14 | 4 | 50 | - | - | 2 | - | - | - | 12 | 1 | 553 | 16 |
| IA,N | 521 | 247 | 3 | 6 | 3 | 6 | 54 | 1 | - | 1 | - | - | - | 5 | - | 163 | 5 |
| IA,S | 805 | 293 | 2 | 8 | 8 | 6 | 103 | 5 | - | 2 | - | 1 | - | 12 | 3 | 131 | 12 |
| MN | 3,168 | 318 | 4 | 11 | 7 | 20 | 63 | 24 | - | 12 | - | - | 26 | 19 | 3 | 73 | 56 |
| MO,E | 2,789 | 590 | 5 | 1 | 15 | 33 | 119 | 8 | - | 10 | 1 | 11 | - | 15 | 4 | 337 | 31 |
| MO,W | 2,607 | 955 | 3 | 1 | 21 | 15 | 80 | 29 | 1 | 3 | 12 | 6 | 2 | 26 | 1 | 700 | 55 |
| NE | 726 | 164 | 5 | 13 | 9 | 6 | 48 | - | - | - | - | - | 3 | 18 | 1 | 48 | 13 |
| ND | 282 | 53 | 3 | 6 | 2 | 1 | 21 | - | - | - | - | - | - | 4 | - | 10 | 6 |
| SD | 347 | 113 | 4 | 1 | 14 | 5 | 29 | 4 | - | 3 | - | 1 | - | 4 | - | 38 | 10 |