IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:12-CV-499-MHS |
| | § | LEAD CASE |
| CLEAR CHANNEL BROADCASTING, INC., | § | |
| | § | Case No. 6:12-CV-595-MHS |
| Defendant. | § | CONSOLIDATED CASE |
| | § | |
| | § | **ORAL ARGUMENT REQUESTED** |
| | § | JURY TRIAL DEMANDED |

**ORDER GRANTING DEFENDANT CLEAR CHANNEL BROADCASTING INC.'S
MOTION TO TRANSFER VENUE TO THE
SOUTHERN DISTRICT OF NEW YORK UNDER 28 U.S.C. § 1404(a)**

Defendant Clear Channel Broadcasting, Inc.'s Motion to Transfer Venue to the Southern District of New York has been submitted to the Court for decision. The Court, having considered all papers submitted in connection therewith, is of the opinion the motion shall be, and is hereby, **GRANTED**.

IT IS THEREFORE ORDERED that the above captioned case against Clear Channel Broadcasting, Inc., be transferred to the United States District Court for the Southern District of New York.