# Exhibit 2

# TEXAS SECRETARY of STATE
# NANDITA BERRY

**UCC** | **Business Organizations** | **Trademarks** | **Notary** | **Account** | **Help/Fees** | **Briefcase** | **Logout**

BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 801596430 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | May 14, 2012 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32047955607 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | Blue Spike LLC | | |
| **Address:** | 1820 SHILOH RD, STE 1201C TYLER, TX 75703 USA | | |

| **REGISTERED AGENT** | **FILING HISTORY** | **NAMES** | **MANAGEMENT** | **ASSUMED NAMES** | **ASSOCIATED ENTITIES** |
|---|---|---|---|---|---|

| Name | Address | Inactive Date |
|---|---|---|
| C T Corporation System | 1999 Bryan St., Ste. 900<br>Dallas, TX 75201-3136 USA | |

[ Order ]    [ Return to Search ]

Instructions:
🔴 To place an order for additional information about a filing press the 'Order' button.