# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 6:12-CV-499 MHS |
| | § | |
| TEXAS INSTRUMENTS, INC., | § | (LEAD CASE) |
| | § | |
| Defendant. | § | JURY TRIAL DEMANDED |
| _____ | § | |
| BLUE SPIKE, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 6:12-CV-582 |
| | § | |
| ACTV8, INC., | § | (CONSOLIDATED WITH 6:12-CV-499) |
| | § | |
| Defendant. | § | JURY TRIAL DEMANDED |
| _____ | § | |

## ORDER GRANTING DEFENDANT'S MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(a)

Defendant ACTV8, Inc.'s Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) has come before the Court. The Court having considered the motion, any responses and replies, and all relevant papers and evidence, hereby GRANTS the Motion and ORDERS this action transferred to the Central District of California for further proceedings.

IT IS SO ORDERED.