# I IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC | § § | |
| Plaintiff | § § | CIVIL ACTION NO. 6:12-C V-499 MHS |
| | § | LEAD CASE |
| v. | § § | |
| TEXAS INSTRUMENTS, INC., et al. | § § | JURY TRIAL DEMANDED |
| Defendant. | § § § § | |
| BLUE SPIKE, LLC | § § | |
| Plaintiff | § § | CIVIL ACTION NO. 6:13-CV-499 |
| v. | § § | |
| 3M COGENT, INC. | § § | CONSOLIDATED CASE |
| Defendant. | § § § § | |

**DECLARATION OF ROBERT KRAMER IN SUPPORT OF 3M COGENT, INC.'S MOTION TO TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA UNDER 28 U.S.C. § 1404(a)**

1

I, Robert Kramer, do hereby declare and state as follows:

1. I am an attorney duly admitted to practice law in the State of California and in the District Court for the Eastern District of Texas. I am a partner in the law firm of Dentons US LLP, counsel of record for Defendant 3M Cogent, Inc. in the above-captioned action. I make this declaration based on my own personal knowledge and, if called to testify as to the truth of the matters declared herein, I could and would testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of Blue Spike, Inc.'s and Wistaria Trading Inc.'s annual reports filed with the Secretary of Florida in January 2013 and January 2014.

3. Attached hereto as Exhibit B is a true and correct copy of a screen print, last accessed and printed on February 4, 2014, of the following website: http://www.chiltongrand.com.

4. Attached hereto as Exhibit C is a true and correct copy of a screen print, last accessed and printed on February 4, 2014, of the following website: http://www.bluespike.com/contact-us.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct based on my own personal knowledge.

Executed this 5th day of February, 2014, in San Francisco, California.

*/s/ Robert F. Kramer*
Robert F. Kramer