# EXHIBIT B

# CHILTON GRAND
### A Bed and Breakfast Establishment



*Accommodations*

*Rates*

*Directions*

*About the House*

*Meet the Innkeepers*

*Pet Portraits*

*Meet the Pets*

*Policies*

*Area Attractions*

*Recipes*

*Guest Comments*

## Elegant Lodging
## Gracious Hospitality

433 S. Chilton Avenue
Tyler, TX 75702 USA
903-595-3270

**Jerry and Carole Glazebrook**
**Proprietors**

http://www.chiltongrand.com/ 2/4/2014