IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC | § § | |
| Plaintiff | § § | CIVIL ACTION NO. 6:12-CV-499 MHS LEAD CASE |
| v. | § § | |
| TEXAS INSTRUMENTS, INC., et al. | § § | JURY TRIAL DEMANDED |
| Defendant. | § § § § | |
| BLUE SPIKE, LLC | § § | |
| Plaintiff | § § | CIVIL ACTION NO. 6:13-CV-499 |
| v. | § § | |
| 3M COGENT, INC. | § § | CONSOLIDATED CASE |
| Defendant. | § § § § | |

**ORDER GRANTING DEFENDANT 3M COGENT, INC.'S MOTION TO TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA UNDER 28 U.S.C. § 1404(a)**

Defendant 3M Cogent, Inc.'s motion to transfer venue pursuant to 28 U.S.C. § 1404(a) has come before the Court. The Court, having considered all papers submitted in connection therewith, hereby GRANTS the motion and ORDERS this action transferred to the Central District of California for further proceeds.

IT IS SO ORDERED.

1