**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| Blue Spike, LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> Texas Instruments, Inc., et al., <br><br> *Defendants.* | CASE NO. 6:12-cv-499 MHS <br><br> LEAD CASE <br><br> Jury Trial Demanded |
| Blue Spike, LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> Peer Media Technologies, Inc., <br><br> *Defendant.* | CASE NO. 6:12-CV-529 LED <br><br> CONSOLIDATED CASE <br><br> Jury Trial Demanded |

**ORDER OF DISMISSAL WITHOUT PREJUDICE OF**
**PEER MEDIA TECHNOLOGIES, INC.**

Pursuant to Fed. R. Civ. P. 41(a), recognizing the Agreed Motion to Dismiss filed by plaintiff Blue Spike, LLC and defendant Peer Media Technologies, Inc., it is ordered as follows:

**ORDERED** that the claims asserted herein by plaintiff Blue Spike, LLC against defendant Peer Media Technologies, Inc. be, and hereby are, dismissed without prejudice;

**ORDERED** that the counterclaims and defenses asserted herein by defendant Peer Media Technologies, Inc. against plaintiff Blue Spike, LLC be, and hereby are, dismissed without prejudice; and

**ORDERED** that the parties shall bear their own attorneys' fees, expenses and costs.