# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> TEXAS INSTRUMENTS, INC., <br><br> Defendant. | § § § § § § § § § § § § | Civil Action No. 6:12-CV-499- MHS <br><br><br> **JURY TRIAL DEMANDED** |
| BLUE SPIKE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> AOPTIX TECHNOLOGIES, INC., <br><br> Defendant. | § § § § § § § § § § § § | Civil Action No. 6:13-CV-40-MHS <br><br><br> **JURY TRIAL DEMANDED** |

## DEFENDANT AOPTIX TECHNOLOGIES, INC.'S
## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant AOptix Technologies, Inc. ("AOptix") hereby advises the Court that AOptix has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: February 5, 2014  FENWICK & WEST LLP


By: <u>*/s/ Bryan A. Kohm*</u>
    Bryan A. Kohm
    bkohm@fenwick.com

Teresa M. Corbin, CA Bar No. 132360
(Admitted E.D. Texas)
Bryan A. Kohm, CA Bar No.233276
(Admitted E.D. Texas)
David Lacy Kusters, CA Bar No.241335
(Admitted E.D. Texas)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, California 94104
Telephone: (415) 874-2300
Facsimile: (415) 281-1350

Darren E. Donnelly, CA Bar No. 194335
(Admitted E.D. Texas)
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, California 94041
Telephone: (650) 955-8500
Facsimile: (650) 983-5200

Attorneys for Defendant
AOptix Technologies, Inc.

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on February 5, 2014.

                                        */s/ Bryan A. Kohm*
                                          Bryan A. Kohm