IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **BLUE SPIKE, LLC,**<br>        Plaintiff,<br><br>v.<br><br>**TEXAS INSTRUMENTS, INC.,**<br>        Defendant. | **6:12-cv-00499-MHS**<br>**LEAD CASE** |
| **BLUE SPIKE, LLC,**<br>        Plaintiff,<br><br>v.<br><br>**AGNITIO CORP.,**<br>        Defendant. | **6:13-cv-00129-MHS**<br>**CONSOLIDATED CASE** |

**NOTICE OF REQUEST FOR TERMINATION OF ELECTRONIC NOTICES**

A request is hereby made that Steven G. Schortgen, and Michael T. Murphy, K&L Gates LLP, attorneys for terminated Defendant Agnitio Corp., cease receiving electronic notifications.

Dated:  February 5, 2014.                                    Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　/s / *Steven G. Schortgen*
　　　　　　　　　　　　　　　　　　　　　　　　Steven G. Schortgen, *Lead Attorney*
　　　　　　　　　　　　　　　　　　　　　　　　  Texas State Bar No. 00794603
　　　　　　　　　　　　　　　　　　　　　　　　  steve.schortgen@klgates.com
　　　　　　　　　　　　　　　　　　　　　　　　Jennifer Klein Ayers
　　　　　　　　　　　　　　　　　　　　　　　　  Texas State Bar No. 24069322
　　　　　　　　　　　　　　　　　　　　　　　　  jennifer.ayers@klgates.com
　　　　　　　　　　　　　　　　　　　　　　　　**K&L Gates LLP**
　　　　　　　　　　　　　　　　　　　　　　　　1717 Main St.
　　　　　　　　　　　　　　　　　　　　　　　　Suite 2800
　　　　　　　　　　　　　　　　　　　　　　　　Dallas, TX  75201
　　　　　　　　　　　　　　　　　　　　　　　　214.939.5500
　　　　　　　　　　　　　　　　　　　　　　　　214.939.5849 *Facsimile*

1

Michael T. Murphy, pro hac vice
michael.murphy@klgates.com
**K&L Gates LLP**
1601 K Street, NW
Washington, DC  20006-1600
202.778.9176
202.778.9176 Facsimile

**ATTORNEYS FOR DEFENDANT
AGNITIO CORP.**

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5(a)(3), I hereby certify that on February 5, 2014, all counsel of record who have appeared in this case are being served with a copy of this document via the Court's CM/ECF system.

/s/ *Steven G. Schortgen*
Steven G. Schortgen