IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC., ET AL.<br><br>    Defendants. | § § § § § § § § § § § § § § | CASE NO. 6:12-CV-499 MHS<br><br>LEAD CASE |
| BLUE SPIKE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ANIMETRICS, INC.,<br><br>    Defendant. | § § § § § § § § § § § § § § § | CASE NO. 6:13-CV-38-MHS<br><br>CONSOLIDATED CASE |

**ANIMETRICS, INC.'S RULE 7.1**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Animetrics, Inc. ("Animetrics") hereby advises the Court that Animetrics has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: February 5, 2014        Respectfully submitted,

By: /s/ J. Daniel Harkins
    J. Daniel Harkins
    State Bar No. 09008990
    dharkins@coxsmith.com

COX SMITH MATTHEWS INCORPORATED
112 E. Pecan Street, Suite 1800
San Antonio, Texas  78205
(210) 554-5500
(210) 226-8395 (Fax)

*Attorneys for Animetrics, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

February 5, 2014

/s/  J. Daniel Harkins

J. Daniel Harkins