# EXHIBIT 5

<u>IN THE UNITED STATES PATENT AND TRADEMARK OFFICE</u>

| | | | |
|---|---|---|---|
| Appl. No. | : | 09/657,181 | Confirmation No. 1907 |
| Applicant | : | Scott A. MOSKOWITZ and Michael BERRY | |
| Filed | : | September 7, 2000 | |
| TC/A.U. | : | 2857 | |
| Examiner | : | Carol S W TSAI | |
| | | | |
| Docket No. | : | 80408.0012 (066112.0132) | |

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

### <u>REVOCATION OF POWER OF ATTORNEY</u>

I, Michael Berry, residing at 12401 Princess Jeanne, Albuquerque, New Mexico 87112, being one of the two co-inventors in the above-identified patent application, hereby revoke all powers of attorney previously given in connection with U.S. Application No. 09/657,181(including without limitation the powers of attorney previously granted to the attorneys of Wiley Rein & Fielding).

Please update the correspondence address as follows:

Scott A. Moskowitz
16711 Collins Avenue, #2505
Miami, FL 33160

Telephone/Facsimile: 305-956-9041

Date: March 25, 2005

_____
Michael Berry