# EXHIBIT 11



## Detail by Entity Name

**Florida Profit Corporation**

WISTARIA TRADING INC.

**Filing Information**

| | |
|---|---|
| **Document Number** | S78965 |
| **FEI/EIN Number** | 650283796 |
| **Date Filed** | 09/09/1991 |
| **State** | FL |
| **Status** | ACTIVE |

**Principal Address**

16711 COLLINS AVE
SUITE 2505
SUNNY ISLES BEACH, FL 33160

Changed: 03/07/2007

**Mailing Address**

16711 COLLINS AVE
SUITE 2505
SUNNY ISLES BEACH, FL 33160

Changed: 03/07/2007

**Registered Agent Name & Address**

ROGERS, SCOTT
5415 COLLINS AVENUE
#505
MIAMI BEACH, FL 33140

Name Changed: 01/27/1998

Address Changed: 03/24/2009

**Officer/Director Detail**

**Name & Address**

Title P

MOSKOWITZ, SCOTT
16711 COLLINS AVE, #2505
SUNNY ISLES BEACH, FL 33160

## Annual Reports

**Report Year**     **Filed Date**
2011                01/07/2011
2012                02/08/2012
2013                01/20/2013

## Document Images

01/20/2013 -- ANNUAL REPORT    View image in PDF format
02/08/2012 -- ANNUAL REPORT    View image in PDF format
01/07/2011 -- ANNUAL REPORT    View image in PDF format
02/21/2010 -- ANNUAL REPORT    View image in PDF format
03/24/2009 -- ANNUAL REPORT    View image in PDF format
03/10/2008 -- ANNUAL REPORT    View image in PDF format
03/07/2007 -- ANNUAL REPORT    View image in PDF format
04/12/2006 -- ANNUAL REPORT    View image in PDF format
04/05/2005 -- ANNUAL REPORT    View image in PDF format
03/19/2004 -- ANNUAL REPORT    View image in PDF format
04/02/2003 -- ANNUAL REPORT    View image in PDF format
04/16/2002 -- ANNUAL REPORT    View image in PDF format
02/01/2001 -- ANNUAL REPORT    View image in PDF format
01/25/2000 -- ANNUAL REPORT    View image in PDF format
02/18/1999 -- ANNUAL REPORT    View image in PDF format
01/27/1998 -- ANNUAL REPORT    View image in PDF format
05/07/1997 -- ANNUAL REPORT    View image in PDF format
06/26/1996 -- ANNUAL REPORT    View image in PDF format
01/27/1995 -- ANNUAL REPORT    View image in PDF format