# EXHIBIT 16





# Scott Moskowitz   3rd

**Passionate American Inventor & Entrepreneur**

Miami/Fort Lauderdale Area | Information Services

| | |
|---|---|
| Current | Blue Spike, Inc., Wistaria Trading, Inc. |
| Previous | Sony Corporation, Tokyo, Japan |
| Education | University of Pennsylvania |

Connect    Send Scott InMail

**447** connections

www.linkedin.com/in/smoskowitz    Contact Info

**People Similar to Scott**

   

**Mark Kole** 3rd
CEO & Founder at Ant Factory Mobile LLC
Connect

**Ads By LinkedIn Members**

Not A Case? Not to Worry
Attorneys, We Pay Generous Referral Fees. Simply Give Us a Call.

Learn More »

Evolutioni
Follow Evolutioni on LinkedIn. Discover job openings, news, and more.

Learn More »

**People Also Viewed**

 **Moskowitz Scott**
Visiting Research Fellow (Fox International Fellow) at Yale University

 **Susan Sheby**
Student at SLCC

 **Robert Bzdick**
President at Document Security Systems, Inc.

 **Michael Caton**
Chief Technology Officer at Document Security Systems, Inc.

 **Izaak Wind**
Consultant and trainer at Demos Group Brussels, Belgium

 **Jermaine Green**
Student at AIU

 **Charles Paxson**
Environmental Services Professional

 **Carlota De Arcas Fernández**
Abogado en RAICH LOPEZ & DIEZ

 **Burton Rosenberg**

## Background

 ### Summary

A hi-tech Executive fluent in Japanese and experienced in new business creation, sales/marketing, strategic planning, start-ups, import/export and people management and development. Operationally skilled, creative, technically savvy, team oriented senior manager who delivers form and substance (and maybe a few run-on sentences).

Specialties:An open mind.

Intellectual property (particularly, patents & copyrights), new business development & execution, mechanics of standards-setting bodies & licensing efforts, Japanese market & distribution channel strategy, identity & recognition management, hard equity & mortgage lending practice.

 ### Experience

**Founder & CEO**
Blue Spike, Inc.
November 1997 – Present (16 years 4 months)

The idea for Blue Spike came about while still an undergraduate following his experience at Sony Corporation in Japan. Mr. Moskowitz sought to better define a means for protecting digital media content such as music, video and images. He coined the term "digital watermark" as a means for securely creating "responsibility for digital copies," which led to the writing, filing and receipt of over 80 U.S. and International patents, with several dozen pending. Mr. Moskowitz also invented "signal abstracts" for signal analysis, identification, and monitoring as well as "packet watermarks" for identifying and securing streams of data or packet flow, deep packet inspection, differential quality of service, intrusion detection, and "trusted transactions" for enabling peered, secure transactional activities over networks and between parties. Successfully produced a DoD/SBA "SBIR" submission based on software deployments and public sector communications. Mr. Moskowitz has been active in promoting intellectual property protection and has been an invited speaker at "RSA", "ANSI", "CFP", "ACSAC", "DDMI", Museum of Modern Art ("MOMA"), U.S. Library of Congress, and other forums worldwide. Mr. Moskowitz penned the Introduction to the groundbreaking resource on digital rights management ("DRM"): Multimedia Security Technologies for Digital Rights Management.

▼ 5 recommendations, including:

 **Cyrus Shaoul**
Post-Doctoral Fellow at Universität Tübi…

Scott is one of the smartest people I know. He is usually thinking of things about 5 to 10 years ahead of everybody else. We... View ↓

 **ERIC ALEXANDRAKIS**
Composer/Musician/Producer at Minoan…

Some may not know this, but digital watermarking started with Scott. I met Scott over 10 years ago when he offered to test... View ↓

3 more recommendations ↓

 Associate Professor at University of Miami

 **Raymond Joao**
Owner, Joao Systems

## Founder & CEO
Wistaria Trading, Inc.
September 1991 – Present (22 years 6 months)

Sales & marketing consultancy and agent for US and European exports to Japan. Exemplary projects: developer of the "hearts on fire" diamond brand (yes, that "hearts on fire" campaign); agent for US microbrewers successfully creating the 17th largest seller; largest importer of pre-recorded compact discs over 10 mil+ units per year; fishing supplier deployment of Japan-specific direct marketing campaign and in-country sales support; and, initiated Japan-wide expansion of several niche products with specialized distribution channel marketing and direct sales requirements.

Stateside: represented Japanese vendors in negotiations, management and maintenance of US-based partners. Specific market experience available on request.

## Apprentice/Intern
Sony Corporation, Tokyo, Japan
June 1990 – August 1990 (3 months)



First undergraduate Intern for Sony Corporation in Japan. Formulated and designed a strategy to enter U.S. high-definition TV market. Created business plan for improving monitor device top & bottom line performance. Needless to say, these plans were the subject of intense scrutiny concerning internationalization and specific target market strategy.

### How You're Connected

 You

 **John Kelly**

**Shaun Sullivan**

Your connections can introduce you to someone who knows Scott
Get introduced ▸



 Scott Moskowitz

 Volunteer Experience & Causes

### Opportunities Scott is looking for:
• Skills-based volunteering (pro bono consulting)

### People Similar to Scott

   

**Mark Kole**  3rd
CEO & Founder at Ant Factory Mobile LLC
**Connect**

 Languages

**Japanese**

### Ads By LinkedIn Members

 **Not A Case? Not to Worry**
Attorneys, We Pay Generous Referral Fees. Simply Give Us a Call.

Learn More »

 Projects

### Jared Dylan - In Panic EP ➔
2010 – Present

http://www.youtube.com/watch?v=TVz2B8RTG1w&feature=plcp

http://www.youtube.com/watch?v=isvWiY7iNHQ&feature=context-chv

▸ 6 team members, including:

**Scott Moskowitz**
Passionate American Inventor & Entrepr…

**Jared Goldstein**
Student at University of Miami

 **107 New CA Clients**
107 new legal clients seeking a CA attorney. View their cases today.

Learn More »

... 

**Jerry D. Goldstein**
Attorney At Law

Anthony J. Resta

---

## Skills & Endorsements

Top Skills

| 23 | Start-ups |
| 21 | Entrepreneurship |
| 14 | Strategy |
| 10 | Digital Media |
| 10 | New Business Development |
| 8  | Business Planning |
| 7  | Cloud Computing |
| 5  | Strategic Planning |
| 5  | SaaS |
| 5  | Executive Management |

Scott also knows about...

| 4 | E-commerce | 3 | Venture Capital | 3 | Management | 3 | Business Development |
| 3 | Analytics | 2 | Product Development | 2 | Negotiation | 2 | Mobile Applications |
| 2 | Public Relations | 1 | Multimedia | 1 | Licensing | 1 | Product Management |
| 1 | Product Marketing | 1 | Online Marketing | 1 | SEO | See 25+ › |

---

## Education

### University of Pennsylvania
Baccalavrei Artivm, Political Science, Oriental Studies - Japanese
1986 – 1991

cum laude

### University of Pennsylvania - The Wharton School
BSE/BA, Finance, Political Science & Japanese
1986 – 1991

cum laude

Activities and Societies: ZBT

### International Christian University
1989 – 1990

**Obirin College, Machida, Japan**
Japanese Business &amp; Society Program
1988 – 1988

Activities and Societies: Introduction to Japanese Society and homestay.

---

 Additional Info

### Interests

Check out my photography under "digitalshaman" at Flickr http://www.flickr.com/photos/digitalshaman/
Please become a fan of "Blue Marble Terra" on Facebook or follow tweets @bluemarbleterra

### Advice for Contacting Scott

e-mail is best with some specifics of the reason for your inquiry.

---

 Honors & Awards

### Additional Honors & Awards

Series 7 & 63 (1987)
Mortgage Broker License (FL) (2006-2010)
Mortgage Brokerage Business License (FL) (2009-2010)

---

 Organizations

### Additional Organizations

Senior Member - IEEE, ACM, SPIE

---

**Recommendations**

Received (5)   Given (4)

### Founder & CEO
Blue Spike, Inc.


**Cyrus Shaoul**
Post-Doctoral Fellow at Universität Tübingen

> Scott is one of the smartest people I know. He is usually thinking of things about 5 to 10 years ahead of everybody else. We used to hang out a lot in Tokyo, and I was always impressed by his motorcycle skills. Rock on, Scott!

April 7, 2008, Cyrus was with another company when working with Scott at Blue Spike, Inc.


**ERIC ALEXANDRAKIS**
Composer/Musician/Producer at Minoan Music [music for all media]

> Some may not know this, but digital watermarking started with Scott. I met Scott over 10 years ago when he offered to test his new digital watermarking technology on an album

> I was producing as a graduate student, at the University of Miami. He'd already been extremely successful with his distribution company in Japan, and was now looking to expand on his new great idea.... **more**

September 6, 2007, ERIC worked directly with Scott at Blue Spike, Inc.


**Jarret Adams**
V.P., Communications at AREVA

> Scott is a leading thinker and entrepreneur in the technology field and is dedicated to achieving excellence.

August 1, 2006, Jarret was a consultant or contractor to Scott at Blue Spike, Inc.


**Norman Hurwitz**
President at NJH Financial Corp

> I know Scott for a number of years and find him to be one of the brightest and most creative people I know.

June 23, 2006, Norman was a consultant or contractor to Scott at Blue Spike, Inc.


**Michael Gruber**
Investor, Interim Executive, Company Builder and Board Member

> Scott is a passionate entrepreneur and business person with great analytics.

June 23, 2006, Michael worked directly with Scott at Blue Spike, Inc.

## Groups


**ACM Members**
+ Join


**ACM SIGGRAPH**
+ Join


**Audio Engineering S…**
+ Join


**EIU Opinion Leaders…**
+ Join


**Greater East Texas I…**
+ Join


**ICU, Mitaka, Japan**
+ Join


**Information Security …**
+ Join


See 10 more >

## Following

### Influencers

Scott Moskowitz | LinkedIn



**Joichi Ito**
Director, MIT Media...
+ Follow

## Companies



**Blue Spike, Inc.**
Computer & Network Security
+ Follow



**IBM Security**
Computer & Network Security
+ Follow



**SANS Institute**
Computer & Network Security
+ Follow

**RSA, The Security Di…**
Computer & Network Security
+ Follow



**Arbor Networks**
Computer & Network Security
+ Follow

## Schools



**University of Pennsy…**
Greater Philadelphia Area
+ Follow



**University of Pennsy…**
Greater Philadelphia Area
+ Follow



**International Christia…**
Japan
+ Follow

Help Center    About    Press    Blog    Careers    Advertising    Talent Solutions    Tools    Mobile    Developers    Publishers    Language
Upgrade Your Account

LinkedIn Corporation © 2014    User Agreement    Privacy Policy    Community Guidelines    Cookie Policy    Copyright Policy    Send Feedback