# EXHIBIT 17



# Vehicle Registrations Search Results

Records: 1 to 1 of 1

Search Terms Used -  Last Name: MOSKOWITZ; First Name: SCOTT; Middle Name: ANDREW; State: FL; VIN Number: WP0AB2A90BS720252;

| | **Vehicle Information** | **Reports** |
|---|---|---|
| **1.** | Description: **White 2011 Porsche 911 - Coupe**<br>State of Origin: **FLORIDA** | VIN: **WP0AB2A90BS720252** |
| | **Registrant(s):**<br>Name: **SCOTT ANDREW MOSKOWITZ**<br>Potential SSN : **265-75-xxxx**<br>Address: **16711 COLLINS AVE APT 2505, SUNNY ISLES BEACH FL 33160-4262** | Tag Number: **178JLY**<br>Issue State: **FLORIDA**<br>Earliest Registration Date: **09/29/2010**<br>Latest Registration Date: **11/28/2012**<br>Record Type: **HISTORICAL**<br>Previous Tag Number: **178JLY**<br>Previous Issue State: **FLORIDA** |
| | **Lessee(s):**<br>Name: **SCOTT ANDREW MOSKOWITZ**<br>Potential SSN : **265-75-xxxx**<br>Address: **16711 COLLINS AVE APT 2505, SUNNY ISLES BEACH FL 33160-4262** | |

Records: 1 to 1 of 1

Your DPPA Permissible Use: Civil, Criminal, Administrative or Arbitral Proceedings

Your GLBA Permissible Use: Legal Compliance

Copyright © 2014 LexisNexis. All rights Reserved.   Terms & Conditions | Privacy & Security