# EXHIBIT 18

# Voter Registration Record

## Source Information

| | |
|---|---|
| State: | **FLORIDA** |
| File Acquired: | 10/31/2013 |
| Update Frequency: | ANNUAL |
| Current Date: | 02/04/2014 |

## Name and Personal Information

| | |
|---|---|
| Name: | SCOTT ANDREW MOSKOWITZ |
| Address: | 20191 E COUNTRY CLUB DR #TH4 |
| | AVENTURA, **FL** 33180 |

## Registration Information

| | |
|---|---|
| Voter Identification Number: | **109319005** |
| Registration Date: | 07/29/1988 |

## Voter History

| | |
|---|---|
| **Primary 2006** | VOTED |
| **General 2006** | VOTED |
| **General 2012** | VOTED |
| **Special1 2011** | VOTED |
| **Special2 2011** | VOTED |
| **Primary 2010** | VOTED |
| **General 2010** | VOTED |
| **Primary 2008** | VOTED |
| **Other 2008** | VOTED |
| **Pres Primary 2008** | VOTED |
| **Last Date Voted:** | 11/06/2012 |

## Demographic Information

| | |
|---|---|
| Date of Birth: | 01/XX/1969 |
| Age: | 35-44 |
| Gender: | MALE |
| Political Party: | DEMOCRAT |

© 2014 Thomson Reuters. No Claim to Orig. US Gov. Works.

END OF DOCUMENT

© 2014 Thomson Reuters. No Claim to Orig. US Gov. Works.