# EXHIBIT 20

# CHILTON GRAND
## A Bed and Breakfast Establishment



[Accommodations](#)  [Pet Portraits](#)

[Rates](#)  [Meet the Pets](#)

[Directions](#)  [Policies](#)

[About the House](#)  [Area Attractions](#)

[Meet the Innkeepers](#)  [Recipes](#)

[Guest Comments](#)

## Elegant Lodging
## Gracious Hospitality

433 S. Chilton Avenue  
Tyler, TX 75702 USA  
903-595-3270

**Jerry and Carole Glazebrook**  
**Proprietors**