# EXHIBIT 21

| | |
|---|---|
| **RECORDATION FORM** | 12-28-2000    DOCKET NO.: 066112.0132 |
| **PATENT** | ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ |
| To the Honorable Commissioner for Patents: Please record the ... thereof. | 101564649 |

**1. Name of Conveying Party(ies):**

Scott A. Moskowitz

Michael W. Berry

12-12-00

Additional name(s) of conveying party(ies) attached? ☐ Yes ☒ No

**2. Name and Address of Party(ies) receiving an interest (assignee(s)):**

Name: Blue Spike, Inc.
Address: 16711 Collins Avenue, #2505
Miami, Florida 33160
Country: USA

Additional name(s) and address(es) attached? ☐ Yes ☒ No

**3. Nature of Conveyance:**

☒ Assignment ☐ Merger ☐ Change of Name
☐ Verified Translation ☐ Security Agreement ☐ Other: _____

Execution Date: **November 22, 2000 and November 29, 2000**

**4. Application number(s) or patent number(s):**
If this document is being filed together with a new application, the execution date(s) of the application is: _____

A. Patent Application No(s).: 09/657,181
B. Patent No(s).: _____

Others on additional sheet(s) attached? ☐ Yes ☒ No

**5. Name and address of party to whom correspondence concerning document should be mailed:**

Floyd B. Chapman
Intellectual Property Department
Brobeck, Phleger & Harrison LLP
1333 H Street, N.W.
Suite 800
Washington, DC 20005
(202) 220-6000 (telephone)
(202) 220-5200 (facsimile)

**6. Total number of applications and patents involved:**
Application(s): 1
+ Patent(s): _____
= Total: _____

**7. Total Fee (37 C.F.R. § 3.41) ..... $ 40.00**
☒ Enclosed
☐ Authorized to be charged to Deposit Account

**8. Deposit Account No.:** 50-1640
(Duplicate copy of this sheet attached)
☒ Charge any underpayment or credit any overpayment to above Deposit Account

**DO NOT USE THIS SPACE**

**9. Statement and Signature**
To the best of my knowledge and belief, the foregoing information is true and correct and any attached copy is a true copy of the original document.

Floyd B. Chapman, Reg. No. 40,555    /Floyd B Chapman/    Dec 12, 2000
Name of Person Signing            Signature            Date

Total number of pages including cover sheet, attachments, and document: 4

12/27/2000 GTOW11 00000281 09657181
01 FC:581    40.00 OP

WASLIB1\FC7\8129462.01(4%8Q#01!.DOC)

**PATENT**
**REEL: 011365 FRAME: 0665**

# ASSIGNMENT

WHEREAS, WE, Scott A. Moskwotiz, residing at 16711 Collins Avenue, #2505, Miami, Florida, 33160, USA, and Michael W. Berry, 12401 Princess Jeanne, Albuquerque, New Mexico, 87112, USA, have invented certain new and useful improvements in and to the subject matter of:

## METHOD AND DEVICE FOR MONITORING AND ANALYZING SIGNALS

described in an application for United States Letters Patent filed on September 7, 2000, and accorded Application No. 09/657,181;

AND, WHEREAS, Blue Spike, Inc., a corporation organized under the laws of the State of Florida, having a place of business located at 16711 Collins Avenue, #2505, Miami, Florida, 33160, USA (hereinafter "ASSIGNEE"), is desirous of acquiring certain rights to the improvements and under the application;

NOW, THEREFORE, in consideration of the sum of One Dollar ($1.00) or the equivalent thereof, and other good and valuable consideration, receipt of which is hereby acknowledged, we do hereby sell, assign and transfer unto said ASSIGNEE, its successors, assigns and legal representatives, our entire right, title and interest in and throughout the United States of America (including its territories and dependencies) and all countries foreign thereto in and to said improvements, said United States application, any other United States applications, including provisional, divisional, renewal, substitute, continuation, reexamination and reissue applications, based in whole or in part on said United States application or in whole or in part on said improvements, any foreign applications, including international and regional applications, based in whole or in part on any of the aforesaid United States applications or in whole or in part on said improvements, and in and to any and all letters patent, including extensions thereof, of any country which have been or may be granted on any of the aforesaid applications or on said improvements or any parts thereof;

AND WE hereby authorize and request our attorneys, Brobeck, Phleger & Harrison LLP, whose address is 1333 H Street, N.W., Suite 800, Washington, DC 20005, to insert hereon any identification necessary or desirable for recordation of this document, including the filing date and application number of said application when known.

AND WE hereby agree for ourselves and our heirs, executors and administrators to execute without further consideration any further documents and instruments which may be necessary, lawful and proper in the prosecution of said above-referenced application or in the preparation or prosecution of any continuing, substitute, divisional, renewal, reexamination or reissue application or in any amendments, extensions or interference proceedings, or other applications for patents of any region or country, that may be necessary to secure to ASSIGNEE its interest and title in and to said improvements or any parts thereof, and in and to said several patents or any of them;

AND WE hereby covenant for ourselves and our legal representatives, and agree with said ASSIGNEE, its successors and assigns, that we have granted no right or license to make, use, sell or offer to sell said improvements, to anyone except said ASSIGNEE, that prior to the execution of this deed, our right, title and interest in said improvements had not been

otherwise encumbered, and that we have not and will not execute any instrument in conflict therewith;

      AND WE do hereby authorize and request the United States Commissioner for Patents to issue any and all letters patent which may be granted upon said United States applications, or upon said improvements or any parts thereof when granted, to said ASSIGNEE.

      IN WITNESS WHEREOF, we have hereunto set our hands and seals.

_11-22-00_
Date

      _[signature]_
Scott A. Moskowitz

County of _DADE_    )
                            ) ss:
State of _FLORIDA_  )

      On this _22_ day of _NOVEMBER_, 2000, before me a Notary Public in and for the County and State aforesaid, personally appeared _SCOTT A. MOSKOWITZ_ to me known and known to me to be the person of that name, who signed and sealed the foregoing instrument, and acknowledged the same to be of his free act and deed.

      _[signature]_
Notary Public

(SEAL)

My Commission Expires

Eva VonStrehle
Notary Public, State of Florida
Commission No. CC 619951
My Commission Exp. 2/9/2001
Bonded Through Fla. Notary Service & Bonding Co.

_____
Date

_____
Michael W. Berry

County of _____    )
                                ) ss:
State of _____    )

      On this _____ day of _____, 2000, before me a Notary Public in and for the County and State aforesaid, personally appeared _____, to me known and known to me to be the person of that name, who signed and sealed the foregoing instrument, and acknowledged the same to be of his free act and deed.

(SEAL)

_____
Notary Public

My Commission Expires _____

BROBECK, PHLEGER & HARRISON LLP
INTELLECTUAL PROPERTY DEPARTMENT
1333 H STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20005
(202) 220-6000 (TELEPHONE)
(202) 220-5200 (FACSIMILE)

2

WASLIB1\FC7\8127572.01(4%79W01!.DOC)

**PATENT**
**REEL: 011365 FRAME: 0667**

otherwise encumbered, and that we have not and will not execute any instrument in conflict therewith;

AND WE do hereby authorize and request the United States Commissioner for Patents to issue any and all letters patent which may be granted upon said United States applications, or upon said improvements or any parts thereof when granted, to said ASSIGNEE.

IN WITNESS WHEREOF, we have hereunto set our hands and seals.

_____        _____
Date        Scott A. Moskowitz

County of _____ )
                                          ) ss:
State of _____ )

On this _____ day of _____, 2000, before me a Notary Public in and for the County and State aforesaid, personally appeared _____, to me known and known to me to be the person of that name, who signed and sealed the foregoing instrument, and acknowledged the same to be of his free act and deed.

_____
Notary Public

My Commission Expires _____

(SEAL)

__11/29/00__
Date

_____
Michael W. Berry

County of __Bernalillo__ )
                                        ) ss:
State of __New Mexico__ )

On this __29th__ day of __November__, 2000, before me a Notary Public in and for the County and State aforesaid, personally appeared __Michael Berry__, to me known and known to me to be the person of that name, who signed and sealed the foregoing instrument, and acknowledged the same to be of his free act and deed.

OFFICIAL SEAL
April Wyant
NOTARY PUBLIC
STATE OF NEW MEXICO
Commission Expires: 3/24/2003

(SEAL)

_____
Notary Public

My Commission Expires __3/24/2003__

BROBECK, PHLEGER & HARRISON LLP
INTELLECTUAL PROPERTY DEPARTMENT
1333 H STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20005
(202) 220-6000 (TELEPHONE)
(202) 220-5200 (FACSIMILE)

2

WASLIB1\FC7\8127572.01(4%79W01!.DOC)

PATENT

12/005229

12-26-07

01-08-2008

Form PTO-1595 (Rev. 07/05)
OMB No. 0651-0027 (exp. 6/30/2008)

U.S. DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

R

103473302

To the Director of the U.S. Patent and T...........ments or the new address(es) below.

| 1. Name of conveying party(ies) | 2. Name and address of receiving party(ies) |
|---|---|
| Scott MOSKOWITZ; Mike BERRY  12/26/07 / 11/20/2000 | Name: Blue Spike, Inc.  Internal Address: |
| Additional name(s) of conveying party(ies) attached? ☐ Yes ☑ No | |
| 3. Nature of conveyance/Execution Date(s): Execution Date(s) 12/26/2007 / 11/20/2000 ☑ Assignment  ☐ Merger ☐ Security Agreement  ☐ Change of Name ☐ Joint Research Agreement ☐ Government Interest Assignment ☐ Executive Order 9424, Confirmatory License ☐ Other_____ | Street Address: 16711 Collins Avenue, #2505  City: Sunny Isles Beach  State: FL  Country: USA   Zip: 33160  Additional name(s) & address(es) attached? ☐ Yes ☑ No |
| 4. Application or patent number(s): ☑ This document is being filed together with a new application. A. Patent Application No.(s)   B. Patent No.(s) 12/28/2007 SSITHIB1 00000028 12005229 FC:8021    40.00 OP Additional numbers attached? ☐ Yes ☑ No | |
| 5. Name and address to whom correspondence concerning document should be mailed: Name: Scott MOSKOWITZ Internal Address: Street Address: 16711 Collins Avenue, #2505 City: Sunny Isles Beach State: FL   Zip: 33160 Phone Number: 305 956 9041 Fax Number: 305 956 9042 Email Address: | 6. Total number of applications and patents involved: One 7. Total fee (37 CFR 1.21(h) & 3.41)  $40.00 ☑ Authorized to be charged by credit card ☐ Authorized to be charged to deposit account ☐ Enclosed ☐ None required (government interest not affecting title) 8. Payment Information a. Credit Card  Last 4 Numbers 3005    Expiration Date 02/2010 b. Deposit Account Number _____ Authorized User Name _____ |
| 9. Signature: [signature] Signature  Scott MOSKOWITZ Name of Person Signing | December 26, 2007 Date  Total number of pages including cover sheet, attachments, and documents: |

Documents to be recorded (including cover sheet) should be faxed to (571) 273-0140, or mailed to:
Mail Stop Assignment Recordation Services, Director of the USPTO, P.O. Box 1450, Alexandria, V.A. 22313-1450

PATENT
REEL: 020338 FRAME: 0343

Attorney Docket No.: 066112.0132CONT

# ASSIGNMENT FOR PATENT APPLICATION

WHEREAS, WE, **SCOTT A. MOSKOWITZ**, having a postal address of 16711 Collins Avenue, #2505, Miami, FL 33160, and **MIKE W. BERRY**, having a postal address of 4400 Monmouth Castle Road, Virginia Beach, Virginia 23455, have invented a new and useful invention and improvements to the subject matter of:

**Method and Device for Monitoring and Analyzing Signals**

described in a United States patent application filed on **December 26, 2007**, this application has not yet been accorded a U.S. Patent Application No. (hereinafter, the "Identified United States Application");

AND, WE hereby authorize the insertion hereon of the serial number and filing date when known, and which information may be necessary or desirable for recordation of this document;

AND, WHEREAS, **BLUE SPIKE, INC.**, a corporation organized under the laws of the State of Florida, having a place of business located at 16711 Collins Avenue, #2505, Miami, FL 33160 (hereinafter "ASSIGNEE"), is desirous of acquiring certain rights to said invention and under the Identified United States Application;

NOW, THEREFORE, in consideration of the sum of One Dollar ($1.00) or the equivalent thereof, and other good and valuable consideration, receipt of which is hereby acknowledged, we do hereby sell, assign and transfer unto said ASSIGNEE, its successors, assigns and legal representatives, our entire right, title and interest in all countries throughout the world, in and to the following: A) said invention and improvements; B) the Identified United States Application; C) any other United States applications (including provisional, divisional, renewal, substitute, continuation, reexamination and reissue applications) based in whole or in part on the Identified United States Application, or in whole or in part on said invention and improvements; D) any foreign applications (including international and regional applications) based in whole or in part on any of the aforesaid applications, or in whole or in part on said invention and improvements; and E) in and to any and all Letters Patent, including extensions thereof, which have been or may be granted on any of the aforesaid applications, or on said invention and improvements or any parts thereof;

AND WE hereby agree for ourselves and our heirs, executors and administrators to execute without further consideration any further documents and instruments which may be necessary, lawful and proper in the prosecution of said above-referenced applications or in the preparation or prosecution of any continuing, substitute, divisional, renewal, reexamination or reissue application or in any amendments, extensions or interference proceedings, that may be necessary to secure to ASSIGNEE its interest and title in and to said invention or any parts thereof, and in and to said several patents or any of them;

AND WE hereby covenant for ourselves and our legal representatives, and agree with said ASSIGNEE, its successors and assigns, that we have granted no right or license to

**PATENT**
**REEL: 020338 FRAME: 0344**

make, use, sell or offer to sell said invention in conflict with this Assignment, and that we will not execute any instrument in conflict therewith;

AND WE do hereby authorize and request the United States Commissioner for Patents to issue any and all Letters Patent that may be granted upon said above-referenced applications, or upon said invention or any parts thereof when granted, to said ASSIGNEE.

IN WITNESS WHEREOF, we have hereunto set our hands and seals.

12/26/2007
Date

_____
Scott A. MOSKOWITZ

_____
Date

_____
Mike W. BERRY

County of _____ )
State of _____ )

On this _____ day of _____, 2006, before me a Notary Public in and for the County and State aforesaid, personally appeared SCOTT A. MOSKOWITZ, who is personally known to me or who produced _____ as identification, and who signed and sealed the foregoing instrument, and acknowledged the same to be of his free act and deed.

(Seal)

Notary Public:_____
My Commission Expires:_____

County of _____ )
State of _____ )

On this _____ day of _____, 2006, before me a Notary Public in and for the County and State aforesaid, personally appeared MIKE W. BERRY, who is personally known to me or who produced _____ as identification, and who signed and sealed the foregoing instrument, and acknowledged the same to be of his free act and deed.

(Seal)

Notary Public:_____
My Commission Expires:_____

ATTORNEY DOCKET NO.: 066112.0132

# ASSIGNMENT

WHEREAS, WE, Scott A. Moskwotiz, residing at 16711 Collins Avenue, #2505, Miami, Florida, 33160, USA, and Michael W. Berry, 12401 Princess Jeanne, Albuquerque, New Mexico, 87112, USA, have invented certain new and useful improvements in and to the subject matter of:

**METHOD AND DEVICE FOR MONITORING AND ANALYZING SIGNALS**

described in an application for United States Letters Patent filed on September 7, 2000, and accorded Application No. 09/657,181;

AND, WHEREAS, Blue Spike, Inc., a corporation organized under the laws of the State of Florida, having a place of business located at 16711 Collins Avenue, #2505, Miami, Florida, 33160, USA (hereinafter "ASSIGNEE"), is desirous of acquiring certain rights to the improvements and under the application;

NOW, THEREFORE, in consideration of the sum of One Dollar ($1.00) or the equivalent thereof, and other good and valuable consideration, receipt of which is hereby acknowledged, we do hereby sell, assign and transfer unto said ASSIGNEE, its successors, assigns and legal representatives, our entire right, title and interest in and throughout the United States of America (including its territories and dependencies) and all countries foreign thereto in and to said improvements, said United States application, any other United States applications, including provisional, divisional, renewal, substitute, continuation, reexamination and reissue applications, based in whole or in part on said United States application or in whole or in part on said improvements, any foreign applications, including international and regional applications, based in whole or in part on any of the aforesaid United States applications or in whole or in part on said improvements, and in and to any and all letters patent, including extensions thereof, of any country which have been or may be granted on any of the aforesaid applications or on said improvements or any parts thereof;

AND WE hereby authorize and request our attorneys, Brobeck, Phleger & Harrison LLP, whose address is 1333 H Street, N.W., Suite 800, Washington, DC 20005, to insert hereon any identification necessary or desirable for recordation of this document, including the filing date and application number of said application when known.

AND WE hereby agree for ourselves and our heirs, executors and administrators to execute without further consideration any further documents and instruments which may be necessary, lawful and proper in the prosecution of said above-referenced application or in the preparation or prosecution of any continuing, substitute, divisional, renewal, reexamination or reissue application or in any amendments, extensions or interference proceedings, or other applications for patents of any region or country, that may be necessary to secure to ASSIGNEE its interest and title in and to said improvements or any parts thereof, and in and to said several patents or any of them;

AND WE hereby covenant for ourselves and our legal representatives, and agree with said ASSIGNEE, its successors and assigns, that we have granted no right or license to make, use, sell or offer to sell said improvements, to anyone except said ASSIGNEE, that prior to the execution of this deed, our right, title and interest in said improvements had not been

otherwise encumbered, and that we have not and will not execute any instrument in conflict therewith;

AND WE do hereby authorize and request the United States Commissioner for Patents to issue any and all letters patent which may be granted upon said United States applications, or upon said improvements or any parts thereof when granted, to said ASSIGNEE.

IN WITNESS WHEREOF, we have hereunto set our hands and seals.

_11-22-00_
Date

_[signature]_
Scott A. Moskowitz

County of _DADE_  )
                 ) ss:
State of _FLORIDA_ )

On this _22_ day of _NOVEMBER_, 2000, before me a Notary Public in and for the County and State aforesaid, personally appeared _SCOTT A. MOSKOWITZ_ to me known and known to me to be the person of that name, who signed and sealed the foregoing instrument, and acknowledged the same to be of his free act and deed.

_[signature]_
Notary Public

(SEAL)

My Commission Expires
Eva VonStrehle
Notary Public, State of Florida
Commission No. CC 619951
My Commission Exp. 2/9/2001
Bonded Through Fla. Notary Service & Bonding Co.

_____
Date

Michael W. Berry

County of _____  )
                        ) ss:
State of _____   )

On this _____ day of _____, 2000, before me a Notary Public in and for the County and State aforesaid, personally appeared _____, to me known and known to me to be the person of that name, who signed and sealed the foregoing instrument, and acknowledged the same to be of his free act and deed.

_____
Notary Public

My Commission Expires _____

(SEAL)

BROBECK, PHLEGER & HARRISON LLP
INTELLECTUAL PROPERTY DEPARTMENT
1333 H STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20005
(202) 220-6000 (TELEPHONE)
(202) 220-5200 (FACSIMILE)

2

otherwise encumbered, and that we have not and will not execute any instrument in conflict therewith;

AND WE do hereby authorize and request the United States Commissioner for Patents to issue any and all letters patent which may be granted upon said United States applications, or upon said improvements or any parts thereof when granted, to said ASSIGNEE.

IN WITNESS WHEREOF, we have hereunto set our hands and seals.

_____     _____
Date                            Scott A. Moskowitz

County of _____ )
                           ) ss:
State of _____ )

On this _____ day of _____, 2000, before me a Notary Public in and for the County and State aforesaid, personally appeared ~~[struck out]~~, to me known and known to me to be the person of that name, who signed and sealed the foregoing instrument, and acknowledged the same to be of his free act and deed.

(SEAL)

_____
Notary Public

My Commission Expires _____

_11/29/00_____          _____
Date                            Michael W. Berry

County of _Bernalillo_       )
                             ) ss:
State of _New Mexico_        )

On this _29th_ day of _November_, 2000, before me a Notary Public in and for the County and State aforesaid, personally appeared _Michael Berry_, to me known and known to me to be the person of that name, who signed and sealed the foregoing instrument, and acknowledged the same to be of his free act and deed.

OFFICIAL SEAL
April Wyant
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: 3/24/2005

(SEAL)

Notary Public
My Commission Expires _3/24/2005_

BROBECK, PHLEGER & HARRISON LLP
INTELLECTUAL PROPERTY DEPARTMENT
1333 H STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20005
(202) 220-6000 (TELEPHONE)
(202) 220-5200 (FACSIMILE)

12-22-09
12

| | |
|---|---|
| Form PTO-1! | 01-11-2010 |
| OMB No. 06! | |

|||||||||||
103585861

12/655357
12/22/2009

**U.S. DEPARTMENT OF COMMERCE**
United States Patent and Trademark Office

N FORM COVER SHEET
NTS ONLY

To the Director of the U.S. Patent and Trademark Office: Please record the attached documents or the new address(es) below.

| 1. Name of conveying party(ies) | 2. Name and address of receiving party(ies) |
|---|---|
| Scott Moskowitz & Mike Berry | Name: Blue Spike, Inc. |
| | Internal Address: |
| Additional name(s) of conveying party(ies) attached? ☐ Yes ☒ No | |
| 3. Nature of conveyance/Execution Date(s): | Street Address: 16711 Collins Avenue, #2505 |
| Execution Date(s) 12/22/09 & 12/20/2007 | |
| ☒ Assignment    ☐ Merger | City: Sunny Isles Beach |
| ☐ Security Agreement  ☐ Change of Name | |
| ☐ Joint Research Agreement | State: FL |
| ☐ Government Interest Assignment | Country: USA   Zip: 33160 |
| ☐ Executive Order 9424, Confirmatory License | |
| ☐ Other | Additional name(s) & address(es) attached? ☐ Yes ☒ No |

4. Application or patent number(s):      ☒ This document is being filed together with a new application.
A. Patent Application No.(s)          B. Patent No.(s)

12 655357

Additional numbers attached?  ☐ Yes ☒ No

| 5. Name and address to whom correspondence concerning document should be mailed: | 6. Total number of applications and patents involved: one |
|---|---|
| Name: Scott MOSKOWITZ | 7. Total fee (37 CFR 1.21(h) & 3.41) $ 40.00 |
| Internal Address: | ☐ Authorized to be charged to deposit account |
| | ☒ Enclosed |
| Street Address: 16711 Collins Avenue, #2505 | ☐ None required (government interest not affecting title) |
| City: Sunny Isles Beach | 8. Payment Information |
| State: FL   Zip: 33160 | 5017 PTO 2038 |
| Phone Number: 305 956 9041 | — credit card — |
| Fax Number: 305 956 9042 | Deposit Account Number |
| Email Address: | Authorized User Name |

9. Signature: _[signature]_     12/22/09
Scott MOSKOWITZ
Name of Person Signing

Total number of pages including cover sheet, attachments, and documents:

Documents to be recorded (including cover sheet) should be faxed to (571) 273-0140, or mailed to:
Mail Stop Assignment Recordation Services, Director of the USPTO, P.O.Box 1450, Alexandria, V.A. 22313-1450

12/31/2009 SDENBOB3 00000032 12655357
05 FC:8021                      40.00 OP

**PATENT**
**REEL: 023765 FRAME: 0234**

Attorney Docket No.: 066112.0132CONTA2

# ASSIGNMENT FOR PATENT APPLICATION

WHEREAS, WE, **SCOTT A. MOSKOWITZ**, having a postal address of 16711 Collins Avenue, #2505, Sunny Isles Beach, FL 33160, and **MIKE W. BERRY**, having a postal address of 14B W Etruria Street, Seattle, WA 98119, have invented a new and useful invention and improvements to the subject matter of:

**Method and Device for Monitoring and Analyzing Signals**

described in a United States patent application filed on **December 22, 2009**, this application has not yet been accorded a U.S. Patent Application No. (hereinafter, the "Identified United States Application");

AND, WE hereby authorize the insertion hereon of the serial number and filing date when known, and which information may be necessary or desirable for recordation of this document;

AND, WHEREAS, **BLUE SPIKE, INC.**, a corporation organized under the laws of the State of Florida, having a place of business located at 16711 Collins Avenue, #2505, Sunny Isles Beach, FL 33160 (hereinafter "ASSIGNEE"), is desirous of acquiring certain rights to said invention and under the Identified United States Application;

NOW, THEREFORE, in consideration of the sum of One Dollar ($1.00) or the equivalent thereof, and other good and valuable consideration, receipt of which is hereby acknowledged, we do hereby sell, assign and transfer unto said ASSIGNEE, its successors, assigns and legal representatives, our entire right, title and interest in all countries throughout the world, in and to the following: A) said invention and improvements; B) the Identified United States Application; C) any other United States applications (including provisional, divisional, renewal, substitute, continuation, reexamination and reissue applications) based in whole or in part on the Identified United States Application, or in whole or in part on said invention and improvements; D) any foreign applications (including international and regional applications) based in whole or in part on any of the aforesaid applications, or in whole or in part on said invention and improvements; and E) in and to any and all Letters Patent, including extensions thereof, which have been or may be granted on any of the aforesaid applications, or on said invention and improvements or any parts thereof;

AND WE hereby agree for ourselves and our heirs, executors and administrators to execute without further consideration any further documents and instruments which may be necessary, lawful and proper in the prosecution of said above-referenced applications or in the preparation or prosecution of any continuing, substitute, divisional, renewal, reexamination or reissue application or in any amendments, extensions or interference proceedings, that may be necessary to secure to ASSIGNEE its interest and title in and to said invention or any parts thereof, and in and to said several patents or any of them;

AND WE hereby covenant for ourselves and our legal representatives, and agree with said ASSIGNEE, its successors and assigns, that we have granted no right or license to

make, use, sell or offer to sell said invention in conflict with this Assignment, and that we will not execute any instrument in conflict therewith;

AND WE do hereby authorize and request the United States Commissioner for Patents to issue any and all Letters Patent that may be granted upon said above-referenced applications, or upon said invention or any parts thereof when granted, to said ASSIGNEE.

IN WITNESS WHEREOF, we have hereunto set our hands and seals.

_14/11/09_
Date

_[signature]_
Scott A. MOSKOWITZ

_____
Date

_____
Mike W. BERRY

County of _____ )
State of _____ )

On this _____ day of _____, 2009, before me a Notary Public in and for the County and State aforesaid, personally appeared SCOTT A. MOSKOWITZ, who is personally known to me or who produced _____ as identification, and who signed and sealed the foregoing instrument, and acknowledged the same to be of his free act and deed.

(Seal)

Notary Public:_____
My Commission Expires:_____

County of _____ )
State of _____ )

On this _____ day of _____, 2009, before me a Notary Public in and for the County and State aforesaid, personally appeared MIKE W. BERRY, who is personally known to me or who produced _____ as identification, and who signed and sealed the foregoing instrument, and acknowledged the same to be of his free act and deed.

(Seal)

Notary Public:_____
My Commission Expires:_____

Attorney Docket No.: 066112.0132CONT

# ASSIGNMENT FOR PATENT APPLICATION

WHEREAS, WE, **SCOTT A. MOSKOWITZ**, having a postal address of 16711 Collins Avenue, #2505, Miami, FL 33160, and **MIKE W. BERRY**, having a postal address of 4400 Monmouth Castle Road, Virginia Beach, Virginia 23455, have invented a new and useful invention and improvements to the subject matter of:

**Method and Device for Monitoring and Analyzing Signals**

described in a United States patent application filed on **December 26, 2007**, this application has not yet been accorded a U.S. Patent Application No. (hereinafter, the "Identified United States Application");

AND, WE hereby authorize the insertion hereon of the serial number and filing date when known, and which information may be necessary or desirable for recordation of this document;

AND, WHEREAS, **BLUE SPIKE, INC.**, a corporation organized under the laws of the State of Florida, having a place of business located at 16711 Collins Avenue, #2505, Miami, FL 33160 (hereinafter "ASSIGNEE"), is desirous of acquiring certain rights to said invention and under the Identified United States Application;

NOW, THEREFORE, in consideration of the sum of One Dollar ($1.00) or the equivalent thereof, and other good and valuable consideration, receipt of which is hereby acknowledged, we do hereby sell, assign and transfer unto said ASSIGNEE, its successors, assigns and legal representatives, our entire right, title and interest in all countries throughout the world, in and to the following: A) said invention and improvements; B) the Identified United States Application; C) any other United States applications (including provisional, divisional, renewal, substitute, continuation, reexamination and reissue applications) based in whole or in part on the Identified United States Application, or in whole or in part on said invention and improvements; D) any foreign applications (including international and regional applications) based in whole or in part on any of the aforesaid applications, or in whole or in part on said invention and improvements; and E) in and to any and all Letters Patent, including extensions thereof, which have been or may be granted on any of the aforesaid applications, or on said invention and improvements or any parts thereof;

AND WE hereby agree for ourselves and our heirs, executors and administrators to execute without further consideration any further documents and instruments which may be necessary, lawful and proper in the prosecution of said above-referenced applications or in the preparation or prosecution of any continuing, substitute, divisional, renewal, reexamination or reissue application or in any amendments, extensions or interference proceedings, that may be necessary to secure to ASSIGNEE its interest and title in and to said invention or any parts thereof, and in and to said several patents or any of them;

AND WE hereby covenant for ourselves and our legal representatives, and agree with said ASSIGNEE, its successors and assigns, that we have granted no right or license to

**PATENT**
**REEL: 023765 FRAME: 0237**

Attorney Docket No: 066112.0132CONT

make, use, sell or offer to sell said invention in conflict with this Assignment, and that we will not execute any instrument in conflict therewith;

    AND WE do hereby authorize and request the United States Commissioner for Patents to issue any and all Letters Patent that may be granted upon said above-referenced applications, or upon said invention or any parts thereof when granted, to said ASSIGNEE.

    IN WITNESS WHEREOF, we have hereunto set our hands and seals.

Date

12/20/2007

Date

Scott A. MOSKOWITZ

Mike W. BERRY

County of _____ )
State of _____ )

    On this _____ day of _____, 2006, before me a Notary Public in and for the County and State aforesaid, personally appeared SCOTT A. MOSKOWITZ, who is personally known to me or who produced _____ as identification, and who signed and sealed the foregoing instrument, and acknowledged the same to be of his free act and deed.

(Seal)

Notary Public:_____
My Commission Expires:_____

County of VA. Beach )
State of Virginia )

    On this 20th day of Dec, 2007, before me a Notary Public in and for the County and State aforesaid, personally appeared MIKE W. BERRY, who is personally known to me or who produced A Virginia Drivers License as identification, and who signed and sealed the foregoing instrument, and acknowledged the same to be of his free act and deed.

(Seal)

GLORIA W. HOLLOMAN
Notary Public
Commonwealth of Virginia
195787
My Commission Expires Sep 30, 2011

Notary Public: Gloria W. Holloman
My Commission Expires: Sept. 30, 2011