# EXHIBIT 26



https://plus.google.com/100050865204619779314/posts/fynyeJa9oSr