# EXHIBIT 27



https://plus.google.com/100050865204619779314/posts/87rYT6mer9i