# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § § § | |
| Plaintiff, | § | Civil Action No. 6:12-CV-499 LED |
| v. | § § | |
| TEXAS INSTRUMENTS, INC., | § § | **JURY TRIAL DEMANDED** |
| Defendant. | § § § | |
| BLUE SPIKE, LLC, | § § | |
| Plaintiff, | § § | Civil Action No. 6:12-CV-568 LED |
| v. | § § | |
| ZEITERA, LLC., | § § | **JURY TRIAL DEMANDED** |
| Defendant. | § § § | |

**ORDER GRANTING DEFENDANT ZEITERA, LLC'S MOTION TO TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA UNDER 28 U.S.C. § 1404**

      The motion of Defendant Zeitera, LLC to transfer venue pursuant to 28 U.S.C. § 1404(a) has been submitted to the Court for decision.  The Court, having considered all papers submitted in connection therewith, is of the opinion that the motion is well taken and should be GRANTED.

      IT IS THEREFORE ORDERED that the above captioned case against Zeitera, LLC shall be transferred to the United States District Court for the Northern District of California.