# EXHIBIT 12

# FLORIDA DEPARTMENT OF STATE
## DIVISION OF CORPORATIONS

www.sunbiz.org

## Detail by Entity Name

### Florida Profit Corporation
BLUE SPIKE, INC.

### Filing Information

| | |
|---|---|
| Document Number | P97000100024 |
| FEI/EIN Number | 650798557 |
| Date Filed | 11/24/1997 |
| State | FL |
| Status | ACTIVE |
| Last Event | REINSTATEMENT |
| Event Date Filed | 12/11/2000 |
| Event Effective Date | NONE |

### Principal Address

16711 COLLINS AVENUE #2505
SUNNY ISLES BEACH, FL 33160

Changed: 03/10/2008

### Mailing Address

16711 COLLINS AVENUE #2505
SUNNY ISLES BEACH, FL 33160

Changed: 03/10/2008

### Registered Agent Name & Address

C T CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

Name Changed: 03/02/2011

Address Changed: 03/02/2011

### Officer/Director Detail

**Name & Address**

Title PD

MOSKOWITZ, SCOTT

==16711 COLLINS AVE #2505==
==SUNNY ISLES BEACH, FL 33160==

## Annual Reports

| Report Year | Filed Date |
|---|---|
| 2011 | 01/07/2011 |
| 2012 | 02/08/2012 |
| 2013 | 01/20/2013 |

## Document Images

| | |
|---|---|
| 01/20/2013 -- ANNUAL REPORT | View image in PDF format |
| 02/08/2012 -- ANNUAL REPORT | View image in PDF format |
| 03/02/2011 -- Reg. Agent Change | View image in PDF format |
| 01/07/2011 -- ANNUAL REPORT | View image in PDF format |
| 02/21/2010 -- ANNUAL REPORT | View image in PDF format |
| 03/24/2009 -- ANNUAL REPORT | View image in PDF format |
| 03/10/2008 -- ANNUAL REPORT | View image in PDF format |
| 03/07/2007 -- ANNUAL REPORT | View image in PDF format |
| 04/12/2006 -- ANNUAL REPORT | View image in PDF format |
| 04/05/2005 -- ANNUAL REPORT | View image in PDF format |
| 03/19/2004 -- ANNUAL REPORT | View image in PDF format |
| 04/02/2003 -- ANNUAL REPORT | View image in PDF format |
| 04/16/2002 -- ANNUAL REPORT | View image in PDF format |
| 04/12/2001 -- ANNUAL REPORT | View image in PDF format |
| 12/11/2000 -- REINSTATEMENT | View image in PDF format |
| 02/27/1999 -- ANNUAL REPORT | View image in PDF format |
| 02/23/1998 -- ANNUAL REPORT | View image in PDF format |
| 11/24/1997 -- Domestic Profit | View image in PDF format |