# EXHIBIT 13



## Detail by Entity Name

**Florida Limited Liability Company**

CANOPUS MEDICAL, LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | L01000022703 |
| **FEI/EIN Number** | N/A |
| **Date Filed** | 12/28/2001 |
| **State** | FL |
| **Status** | INACTIVE |
| **Last Event** | VOLUNTARY DISSOLUTION |
| **Event Date Filed** | 04/14/2003 |
| **Event Effective Date** | NONE |

**Principal Address**

16711 COLLINS AVENUE #2505
SUNNY ISLES BEACH, FL 33160

**Mailing Address**

16711 COLLINS AVENUE #2505
SUNNY ISLES BEACH, FL 33160

**Registered Agent Name & Address**

MOSKOWITZ AND COHEN, P.A.
909 NORTH MIAMI BEACH BLVD
SUITE 302
NORTH MIAMI BEACH, FL 33162

**Manager/Member Detail**

**Name & Address**

Title MGRM

MOSKOWITZ, SCOTT A
16711 COLLINS AVENUE #2505
SUNNY ISLES BEACH, FL 33160

**Annual Reports**

| Report Year | Filed Date |
|---|---|

2002             09/23/2002

**Document Images**

04/14/2003 -- Voluntary Dissolution        View image in PDF format
09/23/2002 -- ANNUAL REPORT                View image in PDF format
12/28/2001 -- Florida Limited Liabilities  View image in PDF format

Frs|uljkwŁ #dqg#Sulydf|#Srdflhv
Vwdwh#ri#Iorulgd/#Ghsduwp hqw#ri#Vwdwh