# EXHIBIT 20

# CHILTON GRAND
## A Bed and Breakfast Establishment



[Accommodations](#)

[Rates](#)

[Directions](#)

[About the House](#)

[Meet the Innkeepers](#)

[Pet Portraits](#)

[Meet the Pets](#)

[Policies](#)

[Area Attractions](#)

[Recipes](#)

[Guest Comments](#)

## Elegant Lodging
## Gracious Hospitality

433 S. Chilton Avenue
Tyler, TX 75702 USA
903-595-3270

**Jerry and Carole Glazebrook**
***Proprietors***