# EXHIBIT 21

ET NO.: 066112.0132

RECORDATION FORM
PATENT

12-28-2000

101564649

To the Honorable Commissioner for Patents: Please record the ... ereof.

1. **Name of Conveying Party(ies):**
   Scott A. Moskowitz
   Michael W. Berry

   12-12-00

   Additional name(s) of conveying party(ies) attached? ☐ Yes ☒ No

2. **Name and Address of Party(ies) receiving an interest (assignee(s)):**

   Name: Blue Spike, Inc.
   Address: 16711 Collins Avenue, #2505
   Miami, Florida 33160
   Country: USA

   Additional name(s) and address(es) attached? ☐ Yes ☒ No

3. **Nature of Conveyance:**
   ☒ Assignment  ☐ Merger  ☐ Change of Name
   ☐ Verified Translation  ☐ Security Agreement  ☐ Other: _____

   Execution Date: **November 22, 2000 and November 29, 2000**

4. **Application number(s) or patent number(s):**
   If this document is being filed together with a new application, the execution date(s) of the application is:
   
   A. Patent Application No(s).:     B. Patent No(s).:
   09/657,181

   Others on additional sheet(s) attached? ☐ Yes ☒ No

5. Name and address of party to whom correspondence concerning document should be mailed:

   **Floyd B. Chapman**
   Intellectual Property Department
   Brobeck, Phleger & Harrison LLP
   1333 H Street, N.W.
   Suite 800
   Washington, DC 20005
   (202) 220-6000 (telephone)
   (202) 220-5200 (facsimile)

6. Total number of applications and patents involved:
   Application(s): 1
   + Patent(s): _____
   = Total: _____

7. Total Fee (37 C.F.R. § 3.41) ..... $ 40.00
   ☒ Enclosed
   ☐ Authorized to be charged to Deposit Account

8. Deposit Account No.: 50-1640
   (Duplicate copy of this sheet attached)
   ☒ Charge any underpayment or credit any overpayment to above Deposit Account

DO NOT USE THIS SPACE

9. **Statement and Signature**
   To the best of my knowledge and belief, the foregoing information is true and correct and any attached copy is a true copy of the original document.

   Floyd B. Chapman, Reg. No. 40,555    *Floyd B Chapman*    Dec 12, 2000
   Name of Person Signing               Signature             Date

   Total number of pages including cover sheet, attachments, and document: 4

12/27/2000 GTON11  00000281 09657181
01 FC:581            40.00 OP

WASLIB1\FC7\8129462.01(4%8Q#01!.DOC)

**PATENT**
**REEL: 011365 FRAME: 0665**

ATTORNEY DOCKET NO.: 066112.0132

# ASSIGNMENT

WHEREAS, WE, Scott A. Moskwotiz, residing at 16711 Collins Avenue, #2505, Miami, Florida, 33160, USA, and Michael W. Berry, 12401 Princess Jeanne, Albuquerque, New Mexico, 87112, USA, have invented certain new and useful improvements in and to the subject matter of:

## METHOD AND DEVICE FOR MONITORING AND ANALYZING SIGNALS

described in an application for United States Letters Patent filed on September 7, 2000, and accorded Application No. 09/657,181;

AND, WHEREAS, Blue Spike, Inc., a corporation organized under the laws of the State of Florida, having a place of business located at 16711 Collins Avenue, #2505, Miami, Florida, 33160, USA (hereinafter "ASSIGNEE"), is desirous of acquiring certain rights to the improvements and under the application;

NOW, THEREFORE, in consideration of the sum of One Dollar ($1.00) or the equivalent thereof, and other good and valuable consideration, receipt of which is hereby acknowledged, we do hereby sell, assign and transfer unto said ASSIGNEE, its successors, assigns and legal representatives, our entire right, title and interest in and throughout the United States of America (including its territories and dependencies) and all countries foreign thereto in and to said improvements, said United States application, any other United States applications, including provisional, divisional, renewal, substitute, continuation, reexamination and reissue applications, based in whole or in part on said United States application or in whole or in part on said improvements, any foreign applications, including international and regional applications, based in whole or in part on any of the aforesaid United States applications or in whole or in part on said improvements, and in and to any and all letters patent, including extensions thereof, of any country which have been or may be granted on any of the aforesaid applications or on said improvements or any parts thereof;

AND WE hereby authorize and request our attorneys, Brobeck, Phleger & Harrison LLP, whose address is 1333 H Street, N.W., Suite 800, Washington, DC 20005, to insert hereon any identification necessary or desirable for recordation of this document, including the filing date and application number of said application when known.

AND WE hereby agree for ourselves and our heirs, executors and administrators to execute without further consideration any further documents and instruments which may be necessary, lawful and proper in the prosecution of said above-referenced application or in the preparation or prosecution of any continuing, substitute, divisional, renewal, reexamination or reissue application or in any amendments, extensions or interference proceedings, or other applications for patents of any region or country, that may be necessary to secure to ASSIGNEE its interest and title in and to said improvements or any parts thereof, and in and to said several patents or any of them;

AND WE hereby covenant for ourselves and our legal representatives, and agree with said ASSIGNEE, its successors and assigns, that we have granted no right or license to make, use, sell or offer to sell said improvements, to anyone except said ASSIGNEE, that prior to the execution of this deed, our right, title and interest in said improvements had not been

WASLIB1\FC7\8127572.01(4%79W01!.DOC)

**PATENT**
**REEL: 011365 FRAME: 0666**

otherwise encumbered, and that we have not and will not execute any instrument in conflict therewith;

AND WE do hereby authorize and request the United States Commissioner for Patents to issue any and all letters patent which may be granted upon said United States applications, or upon said improvements or any parts thereof when granted, to said ASSIGNEE.

IN WITNESS WHEREOF, we have hereunto set our hands and seals.

_11-22-00_
Date

_Scott A. Moskowitz_
Scott A. Moskowitz

County of _DADE_ )
) ss:
State of _FLORIDA_ )

On this _22_ day of _NOVEMBER_, 2000, before me a Notary Public in and for the County and State aforesaid, personally appeared _SCOTT A. MOSKOWITZ_ to me known and known to me to be the person of that name, who signed and sealed the foregoing instrument, and acknowledged the same to be of his free act and deed.

_[signature]_
Notary Public

(SEAL)

My Commission Expires

Eva VonStrehle
Notary Public, State of Florida
Commission No. CC 619951
My Commission Exp. 2/9/2001
Bonded Through Fla. Notary Service & Bonding Co.

_____
Date

_____
Michael W. Berry

County of _____ )
) ss:
State of _____ )

On this _____ day of _____, 2000, before me a Notary Public in and for the County and State aforesaid, personally appeared _____, to me known and known to me to be the person of that name, who signed and sealed the foregoing instrument, and acknowledged the same to be of his free act and deed.

_____
Notary Public

(SEAL)

My Commission Expires _____

BROBECK, PHLEGER & HARRISON LLP
INTELLECTUAL PROPERTY DEPARTMENT
1333 H STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20005
(202) 220-6000 (TELEPHONE)
(202) 220-5200 (FACSIMILE)

2

otherwise encumbered, and that we have not and will not execute any instrument in conflict therewith;

    AND WE do hereby authorize and request the United States Commissioner for Patents to issue any and all letters patent which may be granted upon said United States applications, or upon said improvements or any parts thereof when granted, to said ASSIGNEE.

    IN WITNESS WHEREOF, we have hereunto set our hands and seals.

_____      _____
Date               Scott A. Moskowitz

County of _____ )
             ) ss:
State of _____ )

  On this _____ day of _____, 2000, before me a Notary Public in and for the County and State aforesaid, personally appeared _____, to me known and known to me to be the person of that name, who signed and sealed the foregoing instrument, and acknowledged the same to be of his free act and deed.

                 _____
                 Notary Public

(SEAL)            My Commission Expires _____

11/29/00
_____
Date              Michael W. Berry

County of Bernalillo )
             ) ss:
State of New Mexico )

  On this 29th day of November, 2000, before me a Notary Public in and for the County and State aforesaid, personally appeared Michael Berry, to me known and known to me to be the person of that name, who signed and sealed the foregoing instrument, and acknowledged the same to be of his free act and deed.

OFFICIAL SEAL
April Wyant
NOTARY PUBLIC
STATE OF NEW MEXICO
Commission Expires: 3/24/2003

(SEAL)      Notary Public

My Commission Expires 3/24/2003

BROBECK, PHLEGER & HARRISON LLP
INTELLECTUAL PROPERTY DEPARTMENT
1333 H STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20005
(202) 220-6000 (TELEPHONE)
(202) 220-5200 (FACSIMILE)

2

WASLIB1\FC7\81127572.01(4%79W01!.DOC)

**RECORDED: 12/12/2000**

**PATENT
REEL: 011365 FRAME: 0668**

12/005229

12-26-07

01-08-2008

Form PTO-1595 (Rev. 07/05)
OMB No. 0651-0027 (exp. 6/30/2008)

U.S. DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

R

103473302

To the Director of the U.S. Patent and T........ ...ments or the new address(es) below.

| 1. Name of conveying party(ies) | 2. Name and address of receiving party(ies) |
|---|---|
| Scott MOSKOWITZ; Mike BERRY<br>12/26/07 / 11/20/2000<br><br>Additional name(s) of conveying party(ies) attached? ☐ Yes ☑ No | Name: Blue Spike, Inc.<br>Internal Address: |
| 3. Nature of conveyance/Execution Date(s):<br>Execution Date(s) 12/26/2007 / 11/20/2000<br>☑ Assignment      ☐ Merger<br>☐ Security Agreement   ☐ Change of Name<br>☐ Joint Research Agreement<br>☐ Government Interest Assignment<br>☐ Executive Order 9424, Confirmatory License<br>☐ Other_____ | Street Address: 16711 Collins Avenue, #2505<br><br>City: Sunny Isles Beach<br>State: FL<br>Country: USA      Zip: 33160<br><br>Additional name(s) & address(es) attached? ☐ Yes ☑ No |

4. Application or patent number(s): ☑ This document is being filed together with a new application.
A. Patent Application No.(s)        B. Patent No.(s)

12/28/2007 SSITHIB1 00000028 12005229
5 FC:8021               40.00 OP

Additional numbers attached? ☐ Yes ☑ No

| 5. Name and address to whom correspondence concerning document should be mailed: | 6. Total number of applications and patents involved: One |
|---|---|
| Name: Scott MOSKOWITZ<br>Internal Address:<br><br>Street Address: 16711 Collins Avenue, #2505<br><br>City: Sunny Isles Beach<br>State: FL     Zip: 33160<br>Phone Number: 305 956 9041<br>Fax Number: 305 956 9042<br>Email Address: | 7. Total fee (37 CFR 1.21(h) & 3.41) $ 40.00<br>☑ Authorized to be charged by credit card<br>☐ Authorized to be charged to deposit account<br>☐ Enclosed<br>☐ None required (government interest not affecting title)<br><br>8. Payment Information<br>a. Credit Card   Last 4 Numbers 3005<br>               Expiration Date 02/2010<br>b. Deposit Account Number<br>Authorized User Name |
| 9. Signature: _____[signature]_____<br>               Signature<br>       Scott MOSKOWITZ<br>     Name of Person Signing | December 26, 2007<br>        Date<br>Total number of pages including cover sheet, attachments, and documents: |

Documents to be recorded (including cover sheet) should be faxed to (571) 273-0140, or mailed to:
Mail Stop Assignment Recordation Services, Director of the USPTO, P.O. Box 1450, Alexandria, V.A. 22313-1450

PATENT
REEL: 020338 FRAME: 0343

Attorney Docket No.: 066112.0132CONT

# ASSIGNMENT FOR PATENT APPLICATION

WHEREAS, WE, **SCOTT A. MOSKOWITZ**, having a postal address of 16711 Collins Avenue, #2505, Miami, FL 33160, and **MIKE W. BERRY**, having a postal address of 4400 Monmouth Castle Road, Virginia Beach, Virginia 23455, have invented a new and useful invention and improvements to the subject matter of:

**Method and Device for Monitoring and Analyzing Signals**

described in a United States patent application filed on **December 26, 2007**, this application has not yet been accorded a U.S. Patent Application No. (hereinafter, the "Identified United States Application");

AND, WE hereby authorize the insertion hereon of the serial number and filing date when known, and which information may be necessary or desirable for recordation of this document;

AND, WHEREAS, **BLUE SPIKE, INC.**, a corporation organized under the laws of the State of Florida, having a place of business located at 16711 Collins Avenue, #2505, Miami, FL 33160 (hereinafter "ASSIGNEE"), is desirous of acquiring certain rights to said invention and under the Identified United States Application;

NOW, THEREFORE, in consideration of the sum of One Dollar ($1.00) or the equivalent thereof, and other good and valuable consideration, receipt of which is hereby acknowledged, we do hereby sell, assign and transfer unto said ASSIGNEE, its successors, assigns and legal representatives, our entire right, title and interest in all countries throughout the world, in and to the following: A) said invention and improvements; B) the Identified United States Application; C) any other United States applications (including provisional, divisional, renewal, substitute, continuation, reexamination and reissue applications) based in whole or in part on the Identified United States Application, or in whole or in part on said invention and improvements; D) any foreign applications (including international and regional applications) based in whole or in part on any of the aforesaid applications, or in whole or in part on said invention and improvements; and E) in and to any and all Letters Patent, including extensions thereof, which have been or may be granted on any of the aforesaid applications, or on said invention and improvements or any parts thereof;

AND WE hereby agree for ourselves and our heirs, executors and administrators to execute without further consideration any further documents and instruments which may be necessary, lawful and proper in the prosecution of said above-referenced applications or in the preparation or prosecution of any continuing, substitute, divisional, renewal, reexamination or reissue application or in any amendments, extensions or interference proceedings, that may be necessary to secure to ASSIGNEE its interest and title in and to said invention or any parts thereof, and in and to said several patents or any of them;

AND WE hereby covenant for ourselves and our legal representatives, and agree with said ASSIGNEE, its successors and assigns, that we have granted no right or license to

**PATENT**
**REEL: 020338 FRAME: 0344**

make, use, sell or offer to sell said invention in conflict with this Assignment, and that we will not execute any instrument in conflict therewith;

AND WE do hereby authorize and request the United States Commissioner for Patents to issue any and all Letters Patent that may be granted upon said above-referenced applications, or upon said invention or any parts thereof when granted, to said ASSIGNEE.

IN WITNESS WHEREOF, we have hereunto set our hands and seals.

12/26/2007
Date

_____
Scott A. MOSKOWITZ

_____
Date

_____
Mike W. BERRY

County of                    )
State of                     )

On this _____ day of _____, 2006, before me a Notary Public in and for the County and State aforesaid, personally appeared SCOTT A. MOSKOWITZ, who is personally known to me or who produced _____ as identification, and who signed and sealed the foregoing instrument, and acknowledged the same to be of his free act and deed.

(Seal)

Notary Public:_____
My Commission Expires:_____

County of                    )
State of                     )

On this _____ day of _____, 2006, before me a Notary Public in and for the County and State aforesaid, personally appeared MIKE W. BERRY, who is personally known to me or who produced _____ as identification, and who signed and sealed the foregoing instrument, and acknowledged the same to be of his free act and deed.

(Seal)

Notary Public:_____
My Commission Expires:_____

ATTORNEY DOCKET NO.: 066112.0132

# ASSIGNMENT

WHEREAS, WE, Scott A. Moskwotiz, residing at 16711 Collins Avenue, #2505, Miami, Florida, 33160, USA, and Michael W. Berry, 12401 Princess Jeanne, Albuquerque, New Mexico, 87112, USA, have invented certain new and useful improvements in and to the subject matter of:

**METHOD AND DEVICE FOR MONITORING AND ANALYZING SIGNALS**

described in an application for United States Letters Patent filed on September 7, 2000, and accorded Application No. 09/657,181;

AND, WHEREAS, Blue Spike, Inc., a corporation organized under the laws of the State of Florida, having a place of business located at 16711 Collins Avenue, #2505, Miami, Florida, 33160, USA (hereinafter "ASSIGNEE"), is desirous of acquiring certain rights to the improvements and under the application;

NOW, THEREFORE, in consideration of the sum of One Dollar ($1.00) or the equivalent thereof, and other good and valuable consideration, receipt of which is hereby acknowledged, we do hereby sell, assign and transfer unto said ASSIGNEE, its successors, assigns and legal representatives, our entire right, title and interest in and throughout the United States of America (including its territories and dependencies) and all countries foreign thereto in and to said improvements, said United States application, any other United States applications, including provisional, divisional, renewal, substitute, continuation, reexamination and reissue applications, based in whole or in part on said United States application or in whole or in part on said improvements, any foreign applications, including international and regional applications, based in whole or in part on any of the aforesaid United States applications or in whole or in part on said improvements, and in and to any and all letters patent, including extensions thereof, of any country which have been or may be granted on any of the aforesaid applications or on said improvements or any parts thereof;

AND WE hereby authorize and request our attorneys, Brobeck, Phleger & Harrison LLP, whose address is 1333 H Street, N.W., Suite 800, Washington, DC 20005, to insert hereon any identification necessary or desirable for recordation of this document, including the filing date and application number of said application when known.

AND WE hereby agree for ourselves and our heirs, executors and administrators to execute without further consideration any further documents and instruments which may be necessary, lawful and proper in the prosecution of said above-referenced application or in the preparation or prosecution of any continuing, substitute, divisional, renewal, reexamination or reissue application or in any amendments, extensions or interference proceedings, or other applications for patents of any region or country, that may be necessary to secure to ASSIGNEE its interest and title in and to said improvements or any parts thereof, and in and to said several patents or any of them;

AND WE hereby covenant for ourselves and our legal representatives, and agree with said ASSIGNEE, its successors and assigns, that we have granted no right or license to make, use, sell or offer to sell said improvements, to anyone except said ASSIGNEE, that prior to the execution of this deed, our right, title and interest in said improvements had not been

**PATENT
REEL: 020338 FRAME: 0346**

otherwise encumbered, and that we have not and will not execute any instrument in conflict therewith;

AND WE do hereby authorize and request the United States Commissioner for Patents to issue any and all letters patent which may be granted upon said United States applications, or upon said improvements or any parts thereof when granted, to said ASSIGNEE.

IN WITNESS WHEREOF, we have hereunto set our hands and seals.

__11-22-00__
Date

_____
Scott A. Moskowitz

County of  DADE         )
                        ) ss:
State of  FLORIDA       )

On this __22__ day of __NOVEMBER__, 2000, before me a Notary Public in and for the County and State aforesaid, personally appeared __SCOTT A. MOSKOWITZ__ to me known and known to me to be the person of that name, who signed and sealed the foregoing instrument, and acknowledged the same to be of his free act and deed.

_____
Notary Public

My Commission Expires

Eva VonStrehle
Notary Public, State of Florida
Commission No. CC 619951
My Commission Exp. 2/9/2001
Bonded Through Fla. Notary Service & Bonding Co.

(SEAL)

_____
Date

_____
Michael W. Berry

County of _____  )
                           ) ss:
State of _____   )

On this _____ day of _____, 2000, before me a Notary Public in and for the County and State aforesaid, personally appeared _____, to me known and known to me to be the person of that name, who signed and sealed the foregoing instrument, and acknowledged the same to be of his free act and deed.

_____
Notary Public

My Commission Expires _____

(SEAL)

BROBECK, PHLEGER & HARRISON LLP
INTELLECTUAL PROPERTY DEPARTMENT
1333 H STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20005
(202) 220-6000 (TELEPHONE)
(202) 220-5200 (FACSIMILE)

2

otherwise encumbered, and that we have not and will not execute any instrument in conflict therewith;

AND WE do hereby authorize and request the United States Commissioner for Patents to issue any and all letters patent which may be granted upon said United States applications, or upon said improvements or any parts thereof when granted, to said ASSIGNEE.

IN WITNESS WHEREOF, we have hereunto set our hands and seals.

---

Date _____

County of _____ )
                           ) ss:
State of _____ )

Scott A. Moskowitz _____

On this _____ day of _____, 2000, before me a Notary Public in and for the County and State aforesaid, personally appeared ~~[struck out]~~, to me known and known to me to be the person of that name, who signed and sealed the foregoing instrument, and acknowledged the same to be of his free act and deed.

(SEAL)

_____
Notary Public

My Commission Expires _____

---

Date: 11/29/00

County of BERNALILLO )
                      ) ss:
State of New Mexico )

Michael W. Berry

On this 29th day of November, 2000, before me a Notary Public in and for the County and State aforesaid, personally appeared Michael Berry, to me known and known to me to be the person of that name, who signed and sealed the foregoing instrument, and acknowledged the same to be of his free act and deed.

OFFICIAL SEAL
April Wyant
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: 3/24/2005

Notary Public
My Commission Expires 3/24/2005

BROBECK, PHLEGER & HARRISON LLP
INTELLECTUAL PROPERTY DEPARTMENT
1333 H STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20005
(202) 220-6000 (TELEPHONE)
(202) 220-5200 (FACSIMILE)

12-22-09
12

| | |
|---|---|
| Form PTO-1! | 01-11-2010 |
| OMB No. 06! | |

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
103585861

12/655357
12/22/2009

**U.S. DEPARTMENT OF COMMERCE**
United States Patent and Trademark Office

**N FORM COVER SHEET**
**_NTS ONLY**

To the Director of the U.S. Patent and Trademark Office: Please record the attached documents or the new address(es) below.

**1. Name of conveying party(ies)**
Scott Moskowitz & Mike Berry

Additional name(s) of conveying party(ies) attached? ☐ Yes ☒ No

**2. Name and address of receiving party(ies)**
Name: Blue Spike, Inc.
Internal Address: _____

Street Address: 16711 Collins Avenue, #2505
City: Sunny Isles Beach
State: FL
Country: USA    Zip: 33160

Additional name(s) & address(es) attached? ☐ Yes ☒ No

**3. Nature of conveyance/Execution Date(s):**
Execution Date(s) 12/22/09 & 12/20/2007

☒ Assignment
☐ Merger
☐ Security Agreement
☐ Change of Name
☐ Joint Research Agreement
☐ Government Interest Assignment
☐ Executive Order 9424, Confirmatory License
☐ Other _____

**4. Application or patent number(s):**
☒ This document is being filed together with a new application.
A. Patent Application No.(s)
12 655357
B. Patent No.(s)

Additional numbers attached? ☐ Yes ☒ No

**5. Name and address to whom correspondence concerning document should be mailed:**
Name: Scott MOSKOWITZ
Internal Address: _____
Street Address: 16711 Collins Avenue, #2505
City: Sunny Isles Beach
State: FL    Zip: 33160
Phone Number: 305 956 9041
Fax Number: 305 956 9042
Email Address: _____

**6. Total number of applications and patents involved:** one

**7. Total fee (37 CFR 1.21(h) & 3.41)** $ 40.00
☐ Authorized to be charged to deposit account
☒ Enclosed
☐ None required (government interest not affecting title)

**8. Payment Information**
5017 PTO 2038
- credit card -
Deposit Account Number _____
Authorized User Name _____

**9. Signature:** _[signature]_
Scott MOSKOWITZ
Name of Person Signing
Date: 12/22/09

Total number of pages including cover sheet, attachments, and documents:

Documents to be recorded (including cover sheet) should be faxed to (571) 273-0140, or mailed to:
Mail Stop Assignment Recordation Services, Director of the USPTO, P.O.Box 1450, Alexandria, V.A. 22313-1450

12/31/2009 SDENBOB3 00000032 12655357
05 FC:8021                              40.00 OP

**PATENT**
REEL: 023765 FRAME: 0234

Attorney Docket No.: 066112.0132CONTA2

# ASSIGNMENT FOR PATENT APPLICATION

WHEREAS, WE, **SCOTT A. MOSKOWITZ**, having a postal address of 16711 Collins Avenue, #2505, Sunny Isles Beach, FL 33160, and **MIKE W. BERRY**, having a postal address of 14B W Etruria Street, Seattle, WA 98119, have invented a new and useful invention and improvements to the subject matter of:

**Method and Device for Monitoring and Analyzing Signals**

described in a United States patent application filed on **December 22, 2009**, this application has not yet been accorded a U.S. Patent Application No. (hereinafter, the "Identified United States Application");

AND, WE hereby authorize the insertion hereon of the serial number and filing date when known, and which information may be necessary or desirable for recordation of this document;

AND, WHEREAS, **BLUE SPIKE, INC.**, a corporation organized under the laws of the State of Florida, having a place of business located at 16711 Collins Avenue, #2505, Sunny Isles Beach, FL 33160 (hereinafter "ASSIGNEE"), is desirous of acquiring certain rights to said invention and under the Identified United States Application;

NOW, THEREFORE, in consideration of the sum of One Dollar ($1.00) or the equivalent thereof, and other good and valuable consideration, receipt of which is hereby acknowledged, we do hereby sell, assign and transfer unto said ASSIGNEE, its successors, assigns and legal representatives, our entire right, title and interest in all countries throughout the world, in and to the following: A) said invention and improvements; B) the Identified United States Application; C) any other United States applications (including provisional, divisional, renewal, substitute, continuation, reexamination and reissue applications) based in whole or in part on the Identified United States Application, or in whole or in part on said invention and improvements; D) any foreign applications (including international and regional applications) based in whole or in part on any of the aforesaid applications, or in whole or in part on said invention and improvements; and E) in and to any and all Letters Patent, including extensions thereof, which have been or may be granted on any of the aforesaid applications, or on said invention and improvements or any parts thereof;

AND WE hereby agree for ourselves and our heirs, executors and administrators to execute without further consideration any further documents and instruments which may be necessary, lawful and proper in the prosecution of said above-referenced applications or in the preparation or prosecution of any continuing, substitute, divisional, renewal, reexamination or reissue application or in any amendments, extensions or interference proceedings, that may be necessary to secure to ASSIGNEE its interest and title in and to said invention or any parts thereof, and in and to said several patents or any of them;

AND WE hereby covenant for ourselves and our legal representatives, and agree with said ASSIGNEE, its successors and assigns, that we have granted no right or license to

make, use, sell or offer to sell said invention in conflict with this Assignment, and that we will not execute any instrument in conflict therewith;

AND WE do hereby authorize and request the United States Commissioner for Patents to issue any and all Letters Patent that may be granted upon said above-referenced applications, or upon said invention or any parts thereof when granted, to said ASSIGNEE.

IN WITNESS WHEREOF, we have hereunto set our hands and seals.

_14/11/09_  
Date

_[signature]_  
Scott A. MOSKOWITZ

_____  
Date

_____  
Mike W. BERRY

County of _____ )  
State of _____ )

On this _____ day of _____, 2009, before me a Notary Public in and for the County and State aforesaid, personally appeared SCOTT A. MOSKOWITZ, who is personally known to me or who produced _____ as identification, and who signed and sealed the foregoing instrument, and acknowledged the same to be of his free act and deed.

(Seal)

Notary Public:_____  
My Commission Expires:_____

County of _____ )  
State of _____ )

On this _____ day of _____, 2009, before me a Notary Public in and for the County and State aforesaid, personally appeared MIKE W. BERRY, who is personally known to me or who produced _____ as identification, and who signed and sealed the foregoing instrument, and acknowledged the same to be of his free act and deed.

(Seal)

Notary Public:_____  
My Commission Expires:_____

Attorney Docket No.: 066112.0132CONT

# ASSIGNMENT FOR PATENT APPLICATION

WHEREAS, WE, **SCOTT A. MOSKOWITZ**, having a postal address of 16711 Collins Avenue, #2505, Miami, FL 33160, and **MIKE W. BERRY**, having a postal address of 4400 Monmouth Castle Road, Virginia Beach, Virginia 23455, have invented a new and useful invention and improvements to the subject matter of:

**Method and Device for Monitoring and Analyzing Signals**

described in a United States patent application filed on **December 26, 2007**, this application has not yet been accorded a U.S. Patent Application No. (hereinafter, the "Identified United States Application");

AND, WE hereby authorize the insertion hereon of the serial number and filing date when known, and which information may be necessary or desirable for recordation of this document;

AND, WHEREAS, **BLUE SPIKE, INC.**, a corporation organized under the laws of the State of Florida, having a place of business located at 16711 Collins Avenue, #2505, Miami, FL 33160 (hereinafter "ASSIGNEE"), is desirous of acquiring certain rights to said invention and under the Identified United States Application;

NOW, THEREFORE, in consideration of the sum of One Dollar ($1.00) or the equivalent thereof, and other good and valuable consideration, receipt of which is hereby acknowledged, we do hereby sell, assign and transfer unto said ASSIGNEE, its successors, assigns and legal representatives, our entire right, title and interest in all countries throughout the world, in and to the following: A) said invention and improvements; B) the Identified United States Application; C) any other United States applications (including provisional, divisional, renewal, substitute, continuation, reexamination and reissue applications) based in whole or in part on the Identified United States Application, or in whole or in part on said invention and improvements; D) any foreign applications (including international and regional applications) based in whole or in part on any of the aforesaid applications, or in whole or in part on said invention and improvements; and E) in and to any and all Letters Patent, including extensions thereof, which have been or may be granted on any of the aforesaid applications, or on said invention and improvements or any parts thereof;

AND WE hereby agree for ourselves and our heirs, executors and administrators to execute without further consideration any further documents and instruments which may be necessary, lawful and proper in the prosecution of said above-referenced applications or in the preparation or prosecution of any continuing, substitute, divisional, renewal, reexamination or reissue application or in any amendments, extensions or interference proceedings, that may be necessary to secure to ASSIGNEE its interest and title in and to said invention or any parts thereof, and in and to said several patents or any of them;

AND WE hereby covenant for ourselves and our legal representatives, and agree with said ASSIGNEE, its successors and assigns, that we have granted no right or license to

**PATENT
REEL: 023765 FRAME: 0237**

make, use, sell or offer to sell said invention in conflict with this Assignment, and that we will not execute any instrument in conflict therewith;

AND WE do hereby authorize and request the United States Commissioner for Patents to issue any and all Letters Patent that may be granted upon said above-referenced applications, or upon said invention or any parts thereof when granted, to said ASSIGNEE.

IN WITNESS WHEREOF, we have hereunto set our hands and seals.

Date

12/20/2007

Date

Scott A. MOSKOWITZ

Mike W. BERRY

County of _____ )
State of _____ )

On this ____ day of _____, 2006, before me a Notary Public in and for the County and State aforesaid, personally appeared SCOTT A. MOSKOWITZ, who is personally known to me or who produced _____ as identification, and who signed and sealed the foregoing instrument, and acknowledged the same to be of his free act and deed.

(Seal)

Notary Public:_____
My Commission Expires:_____

County of VA. Beach )
State of Virginia )

On this 20th day of Dec, 2007, before me a Notary Public in and for the County and State aforesaid, personally appeared MIKE W. BERRY, who is personally known to me or who produced A Virginia Drivers License as identification, and who signed and sealed the foregoing instrument, and acknowledged the same to be of his free act and deed.

(Seal)

GLORIA W. HOLLOMAN
Notary Public
Commonwealth of Virginia
195767
My Commission Expires Sep 30, 2011

Notary Public: Gloria W. Holloman
My Commission Expires: Sept. 30, 2011