IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 6:12-CV-499 MHS |
| | § | |
| TEXAS INSTRUMENTS, INC., | § | (LEAD CASE) |
| | § | |
| Defendant. | § | JURY TRIAL DEMANDED |
| _____ | § | |
| BLUE SPIKE, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 6:12-CV-582 |
| | § | |
| ACTV8, INC., | § | (CONSOLIDATED WITH 6:12-CV-499) |
| | § | |
| Defendant. | § | JURY TRIAL DEMANDED |
| _____ | § | |

**DEFENDANT ACTV8, INC.'S**
**CERTIFICATE OF FINANCIALLY INTERESTED PARTIES**

Pursuant to Paragraph 3 of the Court's January 22, 2014 Order to Meet, Report, and Appear At Scheduling Conference, Dkt. No. 1138, Defendant ACTV8, Inc. ("ACTV8") provides the following information:

There are no persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation, other than the employees, officers, directors, and shareholders of ACTV8, Inc., which is a corporation whose securities are not publicly-traded.

1

Dated: February 6, 2014         Respectfully submitted,

By: */s/ Myra Mormile*
David R. Yohannan *(Pro Hac Vice)*
KELLEY DRYE & WARREN LLP
The Washington Harbor
3050 K Street, N.W. Suite 400
Washington, D.C. 20007
Tel: (202) 342-8616
dyohannan@kelleydrye.com

Myra C. Mormile *(Pro Hac Vice)*
KELLEY DRYE & WARREN LLP
333 W. Wacker Drive, Suite 2600
Chicago, IL 60606
Tel: (312) 857-2501
mmormile@kelleydrye.com

Allen Franklin Gardner (Texas Bar No. 24043679)
Michael E. Jones (Texas Bar No. 10969400)
Daniel A. Noteware, Jr. (Texas Bar No. 24051123)
POTTER MINTON, P.C.
110 N. College
Suite 500
Tyler, Texas 75702
Telephone: 903-597-8311
Facsimile: 903-593-0846
allengardner@potterminton.com
mikejones@potterminton.com
dannynoteware@potterminton.com

*Attorneys for Defendant ACTV8, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3) on February 6, 2014.

*/s/Myra Mormile*
Myra Mormile