IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC<br><br>                        Plaintiff,<br><br>     v.<br><br>TEXAS INSTRUMENTS, INC. et al.<br><br>                       Defendants. | Civil Action No. 6:12-cv-00499 (MHS)<br><br>JURY TRIAL REQUESTED |

**DEFENDANT GOOGLE INC.'S CERTIFICATE OF INTERESTED PARTIES**

Pursuant to Paragraph 3 of the Court's Order To Meet, Report, And Appear At Scheduling Conference issued on January 22, 2014 (Dkt. # 1138), and Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Google Inc. ("Google") certifies that it is not owned by any parent corporation and is not aware of any publicly held company owning more than 10% of Google's stock or any other entity that would have a financial interest in the outcome of this case.  <u>Google</u> is a corporation whose securities are publicly traded.

Dated:  February 6, 2014

Respectfully submitted,

<u>/s/ Lance Lee</u>_____
Lance Lee
Texas Bar No. 24004762
Attorney at Law
5511 Plaza Drive
Texarkana, TX 75503
Email: wlancelee@aol.com
Tel: 903-223-0276
Fax: 903-223-0210

Michael A. Berta
michael.berta@aporter.com
Arnold & Porter LLP
Three Embarcadero Center, 7th Floor

San Francisco, CA 94111
Tel: 415-471-3100
Fax: 415-471-3400

Wallace Wu
wallace.wu@aporter.com
Nicholas Lee
nicholas.lee@aporter.com
Arnold & Porter LLP
777 S. Figueroa Street, 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4000
Fax: 213-243-4199

*ATTORNEYS FOR DEFENDANT
GOOGLE INC.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 6, 2014, a true and correct copy of the foregoing was served to the parties counsel of record via electronic mail pursuant to Local Rule CV-5(d).

*/s/ Lance Lee*_____
Lance Lee
