IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC | § § | CIVIL ACTION NO. 6:12-CV-499-LED |
| VS. | § § § § | (LEAD CASE) |
| TEXAS INSTRUMENTS, INC., ET AL | § | |

| | | |
|---|---|---|
| BLUE SPIKE, LLC | § § | CIVIL ACTION NO. 6:12-CV-576-LED |
| VS. | § § § | (CONSOLIDATED CASE) |
| AUDIBLE MAGIC CORPORATION, ET AL | § | |

## DEFENDANT TUNECORE, INC.'S CERTIFICATE OF FINANCIALLY INTERESTED PERSONS

Pursuant to Paragraph 3 of the Order to Meet, Report, and Appear at Scheduling Conference (Dkt. No. 1138), defendant TuneCore, Inc. ("TuneCore") hereby certifies that the following persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities are financially interested in the outcome of this litigation:

1. Upon information and belief, plaintiff Blue Spike, LLC

2. Defendant TuneCore, Inc.

3. Upon information and belief, the other defendants in these consolidated cases

4. Guitar Center, Inc., a wholly-owned subsidiary of Guitar Center Holdings, Inc.

5. Opus Capital Venture Partners V, L.P.

6. TuneCore current/former employee equity holders

Dated:  February 6, 2014

                                            Respectfully submitted,


                                             /S/ MELISSA R. SMITH
                                            Melissa R. Smith
                                            Lead Attorney
                                            Texas Bar No. 24001351
                                            melissa@gillamsmithlaw.com
                                            GILLAM & SMITH
                                            303 S. Washington Avenue
                                            Marshall, TX 75670
                                            Telephone:    (903) 934-8450
                                            Facsimile:     (903) 934-9257


                                            Kenneth L. Nissly
                                            California Bar No. 77589
                                            knissly@omm.com
                                            Susan van Keulen
                                            California Bar No. 136060
                                            svankeulen@omm.com
                                            Susan Roeder
                                            California Bar No. 160897
                                            sroeder@omm.com
                                            O'MELVENY & MYERS LLP
                                            2765 Sand Hill Road
                                            Menlo Park, California  94025
                                            Telephone:    (650) 473-2600
                                            Facsimile:     (650) 473-2601

                                            ***Counsel for Defendant TuneCore, Inc***.


## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of DEFENDANT TUNECORE's CERTIFICATE OF FINANCIALLY INTERESTED PERSONS, via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 6th day of February, 2014.


                                             */s/ Melissa R. Smith*
                                            Melissa R. Smith