# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:12-cv-499 LED |
| | § | |
| **TEXAS INSTRUMENTS, INC.,** | § | |
| Defendant. | § | |

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:13-cv-106 MHS |
| | § | |
| **AXXONSOFT US, INC and** | § | [Consolidated with |
| **AXXONSOFT LTD.,** | § | Case No. 6:12-cv-499 LED] |
| Defendants. | § | |

## DEFENDANTS AXXONSOFT US, INC. AND AXXONSOFT LTD.'S CERTIFICATE OF FINANCIALLY INTERESTED PARTIES

Pursuant to Paragraph 3 of the Court's January 22, 2014 Order to Meet, Report, and Appear at Scheduling Conference, Dkt. No. 1138, Defendants AxxonSoft US, Inc. and AxxonSoft Ltd. provides the following information:

There are no persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation, other than the employees, officers, directors, and shareholders of Axxonsoft US, Inc. and AxxonSoft Ltd. which are corporations whose securities are not publicly-traded.

Dated:  Feb. 6, 2014          Respectfully submitted,

By: */s/ Erik B. Milch*
   COOLEY LLP
   Erik B. Milch
   emilch@cooley.com

One Freedom Square
Reston Town Center
11951 Freedom Drive
Reston, Virginia 20190-5656
Tel: 703 456-8000
Fax: 703 456-8100

*Attorneys for Defendants AxxonSoft US, Inc. and AxxonSoft Ltd.*

## CERTIFICATE OF SERVICE

I, Erik B. Milch, do hereby certify that on this 6th day of February 2014, I caused a true and correct copy of the foregoing CERTIFICATE OF FINANCIALLY INTERESTED PARTIES to be electronically filed with Clerk of the Court using CM/ECF which will send notification to all registered attorneys of record.

                                                                   */s/ Erik B. Milch*