# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 6:12-CV-00499 MHS |
| | ) | (Lead Case) |
| vs. | ) | |
| | ) | |
| TEXAS INSTRUMENTS, INC., | ) | |
| _____ | ) | |
| BLUE SPIKE, LLC | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 6:12-CV-00572 MHS |
| | ) | (Member Case) |
| vs. | ) | |
| | ) | |
| TECHNICOLOR USA, INC. and | ) | **JURY TRIAL DEMANDED** |
| TECHNICOLOR S.A., | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS TECHNICOLOR USA, INC.'S AND TECHNICOLOR S.A.'S CERTIFICATE OF FINANCIAL INTEREST

Pursuant to the Court's Order dated January 22, 2014 (Dkt. No. 1138 at ¶3) and Defendants' Corporate Disclosure Statements filed pursuant to Federal Rule of Civil Procedure 7.1 (Dkt. Nos. 1100, 1101), Defendants Technicolor USA, Inc. and Technicolor S.A. identify the following entities: Technicolor USA, Inc.; Technicolor S.A.; and Vector TCH (Lux) 1, S.a.r.l.

Date:   February 6, 2014              Respectfully submitted,

                                       /s/ R. Trevor Carter
                                      R. Trevor Carter
                                      Andrew M. McCoy
                                      **FAEGRE BAKER DANIELS LLP**
                                      300 North Meridian St., Suite 2700
                                      Indianapolis, IN  46204
                                      Telephone:  (317) 237-0300

|  |  |
|---|---|
| Facsimile: | (317) 237-1000 |
| Email: | trevor.carter@faegrebd.com |
| | Andrew.mccoy@faegrebd.com |

Wesley Hill
**WARD & SMITH LAW FIRM**
1127 Judson Rd., Suite 220
Longview, TX  75601
Telephone:   (903) 757-6400
Facsimile:    (903) 212-3937
Email:          wh@wsfirm.com

*Counsel for Defendants,*
*Technicolor USA, Inc. and Technicolor S.A.*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on February 6, 2014.  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).

 */s/ R. Trevor Carter*
R. Trevor Carter
**FAEGRE BAKER DANIELS LLP**