UNITED STATES DISTRICT COURT
FOR THE EASTER DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **Blue Spike, LLC** | § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 6:12-cv-499 |
| **Texas Instruments, Inc.** | § § § | |
| Defendants | § | |

---

| | | |
|---|---|---|
| **Blue Spike, LLC** | § § | |
| Plaintiff, | § § § | |
| v. | § § | Case No. 6:13-cv-00124 |
| **Cognitec Systems Corporation** | § | |
| **Cognitec Systems GmbH** | § § | |
| Defendants | § | |

### CERTIFICATE OF INTERESTED PARTIES

Pursuant to Paragraph 3 of the Court's January 22, 2014 *Order to Meet, Report, and Appear at Scheduling Conference*, Dkt. No. 1138, Defendant Cognitec Systems GmbH ("Cognitec GmbH") respectfully submits this Certificate of Interested Persons.

1. Defendant Cognitec Systems GmbH is a privately held German corporation. No publicly held company owns 10% or more of Cognitec GmbH's stock.

2. To the best of Cognitec GmbH's knowledge, the following persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities listed below are financially interested in the outcome of this litigation:

    a. Plaintiffs: Blue Spike LLC, Scott Moskowitz, and plaintiff's attorneys;

    b. Defendants: Cognitec Systems Corp., Cognitec Systems GmbH, and the other named defendants herein.

If Cognitec GmbH identifies any other person or entity that is financially interested in the outcome of this litigation, Cognitec GmbH, or its counsel, will promptly file an amended certificate with the clerk.

    Respectfully submitted,

/s/ Dwayne K. Goetzel
Eric B. Meyertons
Texas State Bar No. 14004400
Dwayne K. Goetzel
Texas State Bar No. 08059500
Ryan T. Beard
Texas State Bar No. 24012264
MEYERTONS, HOOD, KIVLIN,
  KOWERT & GOETZEL, P.C.
1120 S. Capital of Texas Hwy.
Building 2, Suite 300
Austin, Texas 78746
(512) 853-8800 (telephone)
(512) 853-8801 (facsimile)

**ATTORNEYS FOR DEFENDANT**
**COGNITEC SYSTEMS GMBH**

## CERTIFICATE OF SERVICE

      I hereby certify that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 6th day of February 2014.

      /s/ Dwayne K. Goetzel