# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** | § § § | |
| Plaintiff, | § § | Civil Action No. 6:12-cv-499-LED |
| v. | § § | (LEAD CASE) |
| **TEXAS INSTRUMENTS, INC.** | § § § | JURY TRIAL DEMANDED |
| Defendant. | § § | |
| **BLUE SPIKE, LLC.,** | § § § | |
| Plaintiff, | § § § | Civil Action No. 6:12-cv-557 |
| | § § | JURY TRIAL DEMANDED |
| v. | § § § | |
| **CIVOLUTION USA, INC. and CIVOLUTION B.V.,** | § § § § | |
| Defendants. | § | |

## DEFENDANT CIVOLUTION B.V.'S AND CIVOLUTION USA, INC.'S CERTIFICATE OF FINANCIALLY INTERESTED PARTIES

Pursuant to Paragraph 3 of the Court's January 22, 2014 Order to Meet, Report, and Appear at Scheduling Conference, Dkt. No. 1138, Defendant Civolution B.V. and Civolution USA, Inc. ("Civolution") provide the following information:

There are no persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation, other than the employees, officers, directors, and shareholders of Civolution B.V. and Civolution USA, Inc., none of whom are publicly traded corporations.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  February 6, 2014 | */s/ Michael A. Molano (w/permission by Kyle E. Friesen)*<br>Michael A. Molano (pro hac vice)<br>Ward Johnson (pro hac vice)<br>MAYER BROWN LLP<br><br>3000 El Camino Real<br>Palo Alto, CA  94306-2112<br>Phone:  (650) 331-2000<br>Fax:  (650) 331-2060<br>Email:  wjohnson@mayerbrown.com<br>Email:  mmolano@mayerbrown.com<br><br>Kyle E. Friesen<br>Texas Bar No. 24061954<br>MAYER BROWN LLP<br>700 Louisiana Street, Suite 3400<br>Houston, TX  77002-2730<br>Phone:  (713) 238-2691<br>Fax:  (713) 238-4691<br>Email:  kfriesen@mayerbrown.com<br><br>COUNSEL FOR DEFENDANTS<br>CIVOLUTION USA, INC. and<br>CIVOLUTION B.V. |

## CERTIFICATE OF SERVICE

On the 6th day of February 2014, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Eastern District of Texas, using the electronic case filing system of the court.  I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5.

                                                           */s/ Kyle E. Friesen*
                                                           Kyle E. Friesen