IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC.,<br><br>    Defendant. | Civil Action No. 6:12-CV-499-MHS<br><br>LEAD CASE<br><br>Jury Trial Demanded |
| BLUE SPIKE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>3M COGENT INC.,<br><br>    Defendant. | Civil Action No. 6:12-CV-685-MHS<br><br>CONSOLIDATED CASE<br><br>Jury Trial Demanded |

**DEFENDANT 3M COGENT INC.'S CERTIFICATE
OF FINANCIALLY INTERESTED ENTITIES**

Pursuant to Paragraph 3 of the Court's Order To Meet, Report, And Appear At Scheduling Conference entered on January 22, 2014 (Dkt. No. 1138), Defendant 3M Cogent, Inc. certifies that its parent company, 3M Company, is financially interested in the outcome of the subject litigation and is a public corporation organized and existing under the laws of the State of Delaware.  3M Cogent previously filed a Corporate Disclosure Statement Pursuant To Federal Rule of Civil Procedure 7.1 dated December 14, 2012 (Dkt. No. 362), and the information contained in that statement continues to be accurate.

Dated:  February 6, 2014            Respectfully submitted,

                                                       */s/ Robert F. Kramer*                   .
                                                     Robert F. Kramer

CA Bar No. 181706 (admitted in E.D. Texas)
C. Gideon Korrell
CA Bar No. 246188 (admitted in E.D. Texas)
DENTONS US LLP
1530 Page Mill Road, Suite 200
Palo Alto, CA 94304
Telephone: (650) 798-0356
Facsimile: (650) 798-0310
robert.kramer@dentons.com
gideon.korrell@dentons.com

*ATTORNEYS FOR DEFENDANT*
*3M COGENT, INC.*

## **CERTIFICATE OF SERVICE**

     I hereby certify that, on February 6, 2014, all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's ECF system. Local Rule CV-5(a)(3). Pursuant to Fed.R.Civ.P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of this document via email, facsimile and/or U.S. First Class Mail this 6th day of February, 2014.

                         */s/ Robert F. Kramer*
                         Robert F. Kramer