# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § § § | Lead Case No. 6:12-cv-499-LED |
| *Plaintiff*, | § | |
| v. | § § | (LEAD CASE) |
| TEXAS INSTRUMENTS, INC. | § § | |
| *Defendant*. | § § | JURY TRIAL DEMANDED |
| _____ | § § § | |
| BLUE SPIKE, LLC, | § § | |
| *Plaintiff*, | § § | Civil Action No. 6:12-CV-688-LED |
| v. | § § | |
| IMAGEWARE SYSTEMS, INC., | § § | (EXCEPT FOR VENUE, CONSOLIDATED WITH 6:12-CV-499) |
| *Defendant*. | § § § | JURY TRIAL DEMANDED |

## DEFENDANT IMAGEWARE SYSTEMS, INC.'S
## CERTIFICATE OF FINANCIALLY INTERESTED PARTIES

Pursuant to Paragraph 3 of the Court's January 22, 2014 Order to Meet, Report, and Appear At Scheduling Conference, Dkt. No. 1138, Defendant ImageWare Systems, Inc. ("ImageWare") provides the following information:

There are no persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation, other than the employees, officers, directors, and shareholders of ImageWare Systems, Inc., which is a corporation whose securities are publicly-traded.

1

DATED:  February 6, 2014               Respectfully submitted,

By: */s/James V. Fazio, III*
    James V. Fazio, III (Admitted Pro Hac Vice)
    SAN DIEGO IP LAW GROUP LLP
    12526 High Bluff Drive, Suite 300
    San Diego, CA 92130
    Telephone:  858-792-3446
    Facsimile:  858-792-3447
    jamesfazio@sandiegoiplaw.com

    Michael Jones (SBN 10929400)
    POTTER MINTON
    110 N. College, Suite 500
    Tyler, TX 75702
    Telephone: 903-597-8311
    mikejones@potterminton.com

    Attorneys for Defendant
    IMAGEWARE SYSTEMS, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3) on February 6, 2014.

    */s/James V. Fazio, III*
    James V. Fazio, III