# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § | CASE NO. 6:12-cv-499 MHS |
| *Plaintiff,* | § | LEAD CASE |
| v. | § | Jury Trial Demanded |
| Texas Instruments, Inc., et al., | § | |
| *Defendants.* | § | |

| | | |
|---|---|---|
| Blue Spike, LLC, | § | CASE NO. 6:12-CV-580 |
| *Plaintiff,* | § | CONSOLIDATED CASE |
| v. | § | Jury Trial Demanded |
| YouWeb, LLC, | § | |
| YouWeb Accelerator, LLC, and | § | |
| YouWeb Entrepreneur, LLC, | § | |
| *Defendant.* | § | |

## AGREED MOTION TO DISMISS YOUWEB, LLC, YOUWEB ACCELERATOR, LLC, AND YOUWEB ENTREPRENEUR, LLC

Plaintiff Blue Spike, LLC, on the one hand, and defendant YouWeb, LLC, YouWeb Accelerator, LLC, and YouWeb Entrepreneur, LLC ("YouWeb"), on the other, have agreed to dismiss the claims, counterclaims, and causes of action between them.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Blue Spike, LLC stipulates to the dismissal without prejudice of all claims and causes of action asserted in this case against defendant YouWeb, and defendant stipulates to the dismissal without prejudice of all counterclaims and defenses asserted in this case against Blue

Spike, LLC. The parties shall bear their own attorneys' fees, expenses and costs.

By: ___/s/ Randall T. Garteiser_____
Randall T. Garteiser
  Lead Attorney
  Texas Bar No. 24038912
  rgarteiser@ghiplaw.com
Christopher A. Honea
  Texas Bar No. 24059967
  chonea@ghiplaw.com
Christopher S. Johns
  Texas Bar No. 24044849
  cjohns@ghiplaw.com
GARTEISER HONEA, P.C.
218 North College Avenue
Tyler, Texas 75702
(903) 705-0828
(888) 908-4400 fax

Kirk J. Anderson
  California Bar No. 289043
Peter S. Brasher
  California Bar No. 283992
GARTEISER HONEA, P.C.
44 North San Pedro Road
San Rafael, California 94903
(415) 785-3762
(415) 785-3805 fax

**ATTORNEYS FOR BLUE SPIKE, LLC**

By: ___/s/ Wayne M. Barsky_____
Wayne M. Barsky
  Lead Attorney
  CA Bar No. 116731
  wbarsky@gibsondunn.com
Jennifer J. Rho
  CA Bar No. 254312
  JRho@gibsondunn.com
GIBSON DUNN & CRUTCHER, LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213) 229-7103
(213) 229-6103 fax

**ATTORNEYS FOR DEFENDANTS,
YOUWEB, LLC,
YOUWEB ACCELERATOR, LLC, AND
YOUWEB ENTREPRENEUR, LLC.**

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email.

/s/ Randall T. Garteiser

**CERTIFICATE OF CONFERENCE**

I certify that on behalf of Blue Spike, LLC, I have met and conferred with counsel for Defendant on February 5, 2014 regarding the relief requested herein. Counsel for Defendant has agreed to this motion.

/s/ Christopher A. Honea