IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> TEXAS INSTRUMENTS, INC., et al. <br><br> *Defendants* | ) LEAD CASE NO. CIVIL ACTION NO: <br> ) 6:12-CV-499-LED <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) DEMAND FOR JURY TRIAL <br> ) <br> ) <br> ) |
| BLUE SPIKE, LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> AIRBORNE BIOMETRICS GROUP, INC., et al. <br><br> *Defendants* | ) CIVIL ACTION NO: 6:13-CV-112-MHS <br> ) CONSOLIDATED CASE <br> ) <br> ) (EXCEPT FOR VENUE <br> ) CONSOLIDATED WITH 6:12-CV-499 <br> ) <br> ) DEMAND FOR JURY TRIAL <br> ) <br> ) |

## DEFENDANT AIRBORNE BIOMETRICS GROUP, INC.'S CERTIFICATE OF INTERESTED PARTIES

Pursuant to Paragraph 3 of the Court's January 22, 2014 Order To Meet, Report, And Appear At Scheduling Conference (Dkt. No. 1138), by its undersigned counsel, Airborne Biometrics Group, Inc. ("Airborne") hereby identifies the following parties as financially interested in the outcome of this litigation:

There are no persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation, other than the employees, officers, directors, and shareholders of Airborne Biometrics Group, Inc.

If Airborne identifies any additional parties having a financial interest in the outcome of this litigation, Airborne will promptly file an Amended Certificate of Interested Parties as ordered by the Court.

Dated: February 6, 2014

Respectfully Submitted,

/s/ Reid Eric Dammann

Reid Eric Dammann, Esq.

(*Admitted Pro Hac Vice*)
**MUSICK PEELER LLP**
One Wilshire Boulevard, Suite 2000
Los Angeles, California 90017
Telephone: (213) 629-7600
Facsimile: (213) 624-1376
r.dammann@mpglaw.com

*Attorneys for Defendant*
*Airborne Biometrics Group, Inc.*

## CERTIFICATE OF SERVICE

 The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3) on February 6, 2014.

/s/ *Reid Eric Dammann*
Reid Eric Dammann
