IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>            Plaintiff,<br><br>  v.<br><br>TEXAS INSTRUMENTS, INC.,<br><br>            Defendant. | Civil Action No. 6:12-cv-499-MHS<br>(Consolidated From 6:12-cv-540)<br><br>**JURY TRIAL DEMANDED** |

**CERTIFICATE OF FINANACIALLY INTERESTED PARTIES
OF DEFENDANT ATTRIBUTOR CORPORATION**

Pursuant to this Court's order of January 22, 2014 (D.I. 1138), the undersigned, counsel of record for Attributor Corporation ("Attributor"), certifies that the following listed persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations or other entities are financially interested in the outcome of this litigation as it relates to Attributor:

1. Digimarc Corporation is the corporate parent and owns 100% of the stock of Attributor Corporation.

2. There are no persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation, other than the employees, officers, directors, and shareholders of Digimarc Corporation, which is a corporation whose securities are publicly-traded.

Respectfully submitted,

KLARQUIST SPARKMAN, LLP

By: s/ Kristin L. Cleveland
Kristin L. Cleveland (OR State Bar No. 001318)
kristin.cleveland@klarquist.com
Kristen L. Reichenbach (OR State Bar No. 115858)
kristen.reichenbach@klarquist.com
John D. Vandenberg (OR State Bar No. 893755)
john.vandenberg@klarquist.com
121 SW Salmon Street, Suite 1600
Portland, OR 97204
Telephone: (503) 595-5300
Facsimile: (503) 595-5301

ATTORNEYS FOR DEFENDANT
ATTRIBUTOR CORPORATION

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on February 6, 2014. Any other counsel of record will be served by a facsimile transmission and/or first class mail.

                                            s/ Kristin L. Cleveland
                                            Kristin L. Cleveland