IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>ADOBE SYSTEMS, INC.,<br><br>                    Defendants. | Civil Action No.:  6:12-CV-499<br>(*Consolidated from 6:12-CV-564*)<br><br>**JURY TRIAL DEMANDED** |

**ADOBE SYSTEMS, INCORPORATED'S<br>CERTIFICATE OF INTERESTED PARTIES**

In accordance with Paragraph 3 of the Court's Order to Meet, Report and Appear at Scheduling Conference (D.I. 1138), Defendant Adobe Systems Incorporated ("Adobe") states that the persons, associations of persons, firms, partnerships, corporations, affiliates, parents corporations, or other entities that are financially interested in the outcome of this litigation are as follows:

1. Adobe Systems Incorporated itself;
2. Plaintiff Blue Spike LLC and its related entities; and
3. Other named defendants in this consolidated case.

To the best of Adobe's knowledge, no other interested entity exists.

Furthermore, as stated in Adobe's Rule 7.1 Corporate Disclosure Statement (D.I. 311), Adobe has no parent corporation, and to the best of Adobe's knowledge no publicly held corporation owns 10 percent or more of Adobe's stock.

Dated: February 6, 2014

                    Respectfully submitted,

                    /s/ *Deron R. Dacus*
                    Deron R. Dacus
                    Bar No. 00790553
                    The Dacus Firm, PC
                    821 Ese Loop 323, Suite 430
                    Tyler, TX 75701
                    (903) 705-1117

                    ATTORNEYS FOR DEFENDANT ADOBE SYSTEMS, INC.

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 6th day of February, 2014.

                    */s/Deron R. Dacus*
                    Deron R. Dacus