# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **BLUE SPIKE, LLC,**<br><br>*Plaintiff,*<br><br>v.<br><br>**TEXAS INSTRUMENTS, INC.,** *et al.*<br><br>*Defendants.* | **CONSOLIDATED CIVIL ACTION NO. 6:12-CV-00499-LED**<br><br>**JURY TRIAL DEMANDED** |

## CERTIFICATE OF DISCLOSURE OF FINANCIALLY INTERESTED PERSONS OF DEFENDANT IPHARRO MEDIA GMBH

Pursuant to paragraph 3 of the Court's Order To Meet, Report, And Appear At Scheduling Conference dated January 22, 2014 (Dkt. No. 1138), Defendant iPharro Media GmbH ("iPharro GmbH") states that it is a privately held German corporation having no shareholders that are publicly held corporations.  iPharro GmbH is the parent corporation of Defendant iPharro Media, Inc. ("iPharro Media").

iPharro GmbH further states that the only persons, associations of persons, partnerships, corporations, affiliates, parent corporations, or other entities associated with iPharro GmbH that are financially interested in the outcome of this litigation are the employees, officers, directors, and shareholders of iPharro GmbH and/or iPharro Media.

Respectfully submitted,

Dated:  February 6, 2014

/s/  Marc N. Henschke_____
Marc N. Henschke
FOLEY & LARDNER LLP
111 Huntington Ave
Boston, MA 02199
Tel:  (617) 342-4000
Fax:  (617) 342-4001

Attorneys for Defendant
IPHARRO MEDIA GMBH

## CERTIFICATE OF SERVICE

      I hereby certify that on February 6, 2014, all counsel of record who are deemed to have consented to electronic service are being served with a copy of the attached CERTIFICATE OF DISCLOSURE OF FINANCIALLY INTERESTED PERSONS OF DEFENDANT IPHARRO MEDIA GMBH via the Court's CM/ECF system.

      /s/ Marc N. Henschke_____
      Marc N. Henschke