**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **BLUE SPIKE, LLC,**<br><br>            *Plaintiff,*<br><br>    v.<br><br>**TEXAS INSTRUMENTS, INC.,** *et al.*<br><br>            *Defendants.* | **CONSOLIDATED CIVIL ACTION NO. 6:12-CV-00499-LED**<br><br>**JURY TRIAL DEMANDED** |

**CERTIFICATE OF DISCLOSURE OF
FINANCIALLY INTERESTED PERSONS
OF DEFENDANT IPHARRO MEDIA, INC.**

Pursuant to paragraph 3 of the Court's Order To Meet, Report, And Appear At Scheduling Conference dated January 22, 2014 (Dkt. No. 1138), Defendant iPharro Media, Inc. ("iPharro Media") states that it is a wholly-owned subsidiary of a privately held German parent corporation, iPharro Media GmbH ("iPharro GmbH").

iPharro Media further states that the only persons, associations of persons, partnerships, corporations, affiliates, parent corporations, or other entities associated with iPharro Media that are financially interested in the outcome of this litigation are the employees, officers, directors, and shareholders of iPharro Media and/or iPharro GmbH.

                                                            Respectfully submitted,

Dated:  February 6, 2014

                                                            /s/  Marc N. Henschke
                                                            Marc N. Henschke
                                                            FOLEY & LARDNER LLP
                                                            111 Huntington Ave
                                                            Boston, MA 02199
                                                            Tel:  (617) 342-4000
                                                            Fax:  (617) 342-4001

                                                            Attorneys for Defendant
                                                            IPHARRO MEDIA, INC.

4820-2353-1544.1

## CERTIFICATE OF SERVICE

      I hereby certify that on February 6, 2014, all counsel of record who are deemed to have consented to electronic service are being served with a copy of the attached CERTIFICATE OF DISCLOSURE OF FINANCIALLY INTERESTED PERSONS OF DEFENDANT IPHARRO MEDIA, INC. via the Court's CM/ECF system.

      /s/ Marc N. Henschke_____
      Marc N. Henschke

2

4820-2353-1544.1