IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **BLUE SPIKE, LLC,**<br><br>    Plaintiff,<br><br>    v.<br><br>**SPEECHPRO, INC., and**<br>**SPEECH TECHNOLOGY CENTER, LLC,**<br><br>    Defendant. | **Civil Action No. 6:12-CV-499**<br>**(LEAD CASE)**<br><br>**CIVIL ACTION NO. 6:13-CV-59-MHS**<br>**(CONSOLIDATED CASE)**<br><br>**DEMAND FOR JURY TRIAL** |

**DEFENDANTS SPEECHPRO, INC., and SPEECH TECHNOLOGY CENTER, LLC'S CERTIFICATE OF FINANCIALLY INTERESTED PARTIES**

Pursuant to Paragraph 3 of the Court's January 22, 2014 Order to Meet, Report, and Appear at Scheduling Conference, Dkt. No. 1138, Defendants SpeechPro, Inc. and Speech Technology Center, LLC provide the following information:

There are no persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation, other than the employees, officers, directors, and member and/or shareholders of SpeechPro, Inc. and Speech Technology Center, LLC which are corporations and/or companies whose securities are not publicly-traded.

Dated: February 6, 2014.                    Respectfully submitted,

/s/ Melissa R. Smith
Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, L.L.P.
303 S. Washington Ave.
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
melissa@gillamsmithlaw.com

Anthony L. Meola (#7101)
THE MEOLA FIRM, PLLC
2500 Westchester Avenue
Suite 210
Purchase, New York 10577
T. (914) 825-1039
F: (866) 865-8362
E: ameola@themeolafirm.com

**ATTORNEYS FOR DEFENDANTS SPEECHPRO, INC. AND SPEECH TECHNOLOGY CENTER, LLC**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 6th day of February, 2014. Any other counsel of record will be served by facsimile transmission and/or first class mail.

/s/ Melissa R. Smith
Melissa R. Smith