# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC<br><br>VS.<br><br>TEXAS INSTRUMENTS, INC., ET AL | §<br>§ CIVIL ACTION NO. 6:12-CV-499-LED<br>§      (LEAD CASE)<br>§<br>§<br>§ |
| BLUE SPIKE, LLC<br><br>VS.<br><br>PRECISE BIOMETRICS, INC. AND<br>PRECISE BIOMETRICS AB, | §<br>§ CIVIL ACTION NO. 6:12-CV-694-LED<br>§      (CONSOLIDATED CASE)<br>§<br>§<br>§ |

## DEFENDANT PRECISE BIOMETRICS, INC. AND PRECISE BIOMETRICS AB'S CERTIFICATE OF FINANCIALLY INTERESTED PERSONS

Pursuant to Paragraph 3 of the Order to Meet, Report, and Appear at Scheduling Conference (Dkt. No. 1138), defendants Precise Biometrics, Inc. and Precise Biometrics AB ("Precise") hereby certify that the following persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities are financially interested in the outcome of this litigation:

1. Upon information and belief, plaintiff Blue Spike, LLC

2. Defendants Precise Biometrics, Inc. and Precise Biometrics AB

3. Upon information and belief, the other defendants in these consolidated cases

Dated:  February 6, 2014	Respectfully submitted,

                                                             */s/ Melissa R. Smith*
Melissa R. Smith
Lead Attorney
Texas Bar No. 24001351
melissa@gillamsmithlaw.com
GILLAM & SMITH
303 S. Washington Avenue
Marshall, TX 75670
Telephone:    (903) 934-8450
Facsimile:     (903) 934-9257

Russell E. Levine
russell.levine@kirkland.com
G. William Foster
billy.foster@kirkland.com
Kirkland & Ellis - Chicago
300 N LaSalle Street
Suite 2500
Chicago, IL 60654
312/862-2466
Fax: 312/862-2200

*Counsel for Defendants
Precise Biometrics, Inc. and
Precise Biometrics AB*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of DEFENDANTS PRECISE BIOMETRICS, INC. and PRECISE BIOMETRICS AB'S CERTIFICATE OF FINANCIALLY INTERESTED PERSONS, via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 6th day of February, 2014.

                                                             */s/ Melissa R. Smith*
                                                             Melissa R. Smith