IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC, | : |
| Plaintiff, | : C.A. No. 6:12-cv-499 (LEAD) |
| v. | : |
| | : C.A. No. 6:13-cv-88 |
| | : (CONSOLIDATED) |
| IRIS ID SYSTEMS, INC., | : |
| | : **JURY TRIAL DEMANDED** |
| Defendant. | : |

## DEFENDANT IRIS ID SYSTEMS INC.'S CERTIFICATE OF INTERESTED PARTIES

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and the Court's Order of January 22, 2014 (6:12-cv-00499 at Dkt. No. 1138), Defendant Iris ID Systems Inc. ("Iris ID") file this Certificate of Interested Parties. Consistent with Iris ID's Corporate Disclosure Statement (C.A. No. 6:13-cv-88 at Dkt. No. 3), Iris ID identifies the following parties as having a financial interest in this litigation:

- Iris ID Systems, Inc. Aran Koo, Permanent Resident of USA, and Iris ID, Inc. each own more than 10% of Iris ID Systems, Inc.

- Iris ID, Inc. is a Korean Company.

- All other Defendants whose cases have been consolidated into the above-captioned matter.

Dated: February 6, 2014               Respectfully submitted,

               */s/ Harry L. Gillam, Jr.*
               Harry L. Gillam, Jr.
               GILLAM & SMITH, LLP
               303 South Washington Avenue
               Marshall, Texas 75670
               Telephone: (903) 934-8450
               Facsimile: (903) 934-9257
               gil@gillamsmithlaw.com

               Of Counsel
               FINNEGAN, HENDERSON, FARABOW,
                GARRETT & DUNNER, LLP
               Andy Sonu (*pro hac vice*)
               Rajeev Gupta (*pro hac vice*)
               Cecilia Sanabria (*pro hac vice*)
               901 New York Avenue, NW
               Washington, DC 20001-4413
               Telephone: 202.408.4365
               Facsimile: 202.408.4400
               andy.sonu@finnegan.com
               raj.gupta@finnegan.com
               cecilia.sanabria@finnegan.com

               *Attorneys for Defendant Iris ID Systems, Inc.*

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on the February 6, 2014, on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

               */s/ Harry L. Gillam, Jr.*
               Harry L. Gillam, Jr.