IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | Civil Action No. 6:12-CV-499 MHS |
| | § | |
| *Plaintiff*, | § | LEAD CASE |
| | § | |
| v. | § | |
| | § | |
| TEXAS INSTRUMENTS, INC., | § | |
| | § | |
| *Defendant.* | § | |
| | § | |
| BLUE SPIKE, LLC, | § | Civil Action No. 6:13-CV-00125 MHS |
| | § | |
| *Plaintiff*, | § | CONSOLIDATED CASE |
| v. | § | |
| | § | |
| ENTROPIC COMMUNICATIONS, INC., | § | |
| *Defendant*. | § | |
| | § | |

**NOTICE OF APPEARANCE OF COUNSEL
FOR DEFENDANT ENTROPIC COMMUNICATIONS, INC.**

Defendant Entropic Communications, Inc. hereby notifies the Court and all parties of record that Jo Dale Carothers of the law firm Covington & Burling LLP, 9191 Towne Centre Drive, 6th Floor, San Diego, CA  92122-1225, is appearing as counsel for Entropic Communications, Inc. in the above-referenced matter, and is authorized to receive service on all pleadings, notices, orders, and other papers in the above-captioned matter on behalf of Defendant Entropic Communications, Inc.  The undersigned was admitted to practice in the United States District Court for the Eastern District of Texas on March 6, 2013.

NOTICE OF APPEARANCE OF COUNSEL FOR
DEFENDANT ENTROPIC COMMUNICATIONS, INC.

1

Blue Spike v. Entropic Communications
Civil Action No. 6:13-CV-00125-MHS
(Consolidated With 6:12-CV-499)

DATED: February 6, 2014          Respectfully submitted,

                                              By: */s/ Jo Dale Carothers*
                                                  Alan H. Blankenheimer
                                                  ablankenheimer@cov.com
                                                  Jo Dale Carothers
                                                  jcarothers@cov.com
                                                  COVINGTON & BURLING LLP
                                                  9191 Towne Centre Drive, 6th Floor
                                                  San Diego, CA 92122-1225
                                                  Tel: 858-678-1800
                                                  Fax: 858-678-1600

                                                  Michael E. Jones
                                                  SBN: 10929400
                                                  Potter Minton, PC
                                                  110 N. College, Suite 500
                                                  Tyler, Texas 75702
                                                  Tel: 903-597-8311
                                                  Fax: 903-593-0846
                                                  mikejones@potterminton.com

                                                  Attorneys for Defendant
                                                  Entropic Communications, Inc.

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3) on February 6, 2014.

                                                  */s/Jo Dale Carothers*
                                                  Jo Dale Carothers

NOTICE OF APPEARANCE OF COUNSEL FOR           2           Blue Spike v. Entropic Communications
DEFENDANT ENTROPIC COMMUNICATIONS, INC.                                 Civil Action No. 6:13-CV-00125-MHS
                                                                                       (Consolidated With 6:12-CV-499)