# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> TEXAS INSTRUMENTS, INC., <br><br> Defendant. | Civil Action No. 6:12-CV-499-MHS <br><br> LEAD CASE <br><br> Jury Trial Demanded |
| BLUE SPIKE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ZK TECO, INC. ET AL, <br><br> Defendants. | Civil Action No. 6:12-CV-608-MHS <br><br> CONSOLIDATED CASE <br><br> Jury Trial Demanded |

### DEFENDANT ZK TECHNOLOGY, LLC'S CERTIFICATE OF FINANCIALLY INTERESTED ENTITIES

Pursuant to Paragraph 3 of the Court's Order To Meet, Report, And Appear At Scheduling Conference entered on January 22, 2014 (Dkt. No. 1138), Defendant ZK Technology, LLC certifies that it is a private company 70% owned by ZK Investment Inc., a New Jersey Corporation. ZK Investment Inc. is financially interested in the outcome of the subject litigation. ZK Investment Inc. is a wholly-owned subsidiary of ZK Software Biometric Identification Technology Co., Ltd., a Chinese corporation. ZK Software Biometric Identification Technology Co., Ltd. is also financially interested in the outcome of the subject litigation.

ZK Technology, LLC previously filed a Corporate Disclosure Statement Pursuant To Federal Rule of Civil Procedure 7.1 dated November 16, 2012 (Dkt. No. 185), and the

information contained in that statement continues to be accurate.

Dated:  February 6, 2014　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Robert F. Kramer*                              .
　　　　　　　　　　　　　　　　　　　　Robert F. Kramer
　　　　　　　　　　　　　　　　　　　　CA Bar No. 181706 (admitted in E.D. Texas)
　　　　　　　　　　　　　　　　　　　　C. Gideon Korrell
　　　　　　　　　　　　　　　　　　　　CA Bar No. 246188 (admitted in E.D. Texas)
　　　　　　　　　　　　　　　　　　　　DENTONS US LLP
　　　　　　　　　　　　　　　　　　　　1530 Page Mill Road, Suite 200
　　　　　　　　　　　　　　　　　　　　Palo Alto, CA  94304
　　　　　　　　　　　　　　　　　　　　Telephone:  (650) 798-0356
　　　　　　　　　　　　　　　　　　　　Facsimile:  (650) 798-0310
　　　　　　　　　　　　　　　　　　　　robert.kramer@dentons.com
　　　　　　　　　　　　　　　　　　　　gideon.korrell@dentons.com

　　　　　　　　　　　　　　　　　　　　*ATTORNEYS FOR DEFENDANT*
　　　　　　　　　　　　　　　　　　　　*ZK TECHNOLOGY, LLC*


## CERTIFICATE OF SERVICE

　　　　I hereby certify that, on February 6, 2014, all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's ECF system. Local Rule CV-5(a)(3).  Pursuant to Fed.R.Civ.P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of this document via email, facsimile and/or U.S. First Class Mail this 6th day of February, 2014.

　　　　　　　　　　　　　　　　　　　　*/s/ Robert F. Kramer*                       
　　　　　　　　　　　　　　　　　　　　Robert F. Kramer