IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Case No. 6:12-CV-499-MHS<br>LEAD CASE |
| CLEAR CHANNEL BROADCASTING, INC., | | |
| Defendant. | | Case No. 6:12-CV-595-MHS<br>CONSOLIDATED CASE |
| | | JURY TRIAL DEMANDED |

**DEFENDANT CLEAR CHANNEL BROADCASTING INC.'S
CERTIFICATE OF FINANCIALLY INTERESTED PARTIES**

Pursuant to Paragraph 3 of the Court's January 22, 2014 Order to Meet, Report, and Appear At Scheduling Conference, Dkt. No. 1138, and in addition to information contained in its Corporate Disclosure statement filed at Dkt. No. 313, Defendant Clear Channel Broadcasting, Inc. ("Clear Channel"), notifies the Court as follows:

1.  Clear Channel Broadcasting, Inc. is an indirect wholly-owned subsidiary of CC Media Holdings, Inc., a Delaware corporation that is more than 10% publicly owned.

2.  Clear Channel is not aware of any other persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation, other than the employees, officers, directors, and shareholders of Clear Channel Broadcasting, Inc.

Dated:  February 6, 2014

Respectfully submitted,

  */s/ Ryan K. Yagura*

Ryan K. Yagura - TX S.B. #240755933
ryagura@omm.com - CA S.B. #197619
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071-2899
Telephone:  (213) 430-6000
Facsimile:  (213) 430-6407

Attorneys for Clear Channel Broadcasting, Inc.

- 3 -

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 6, 2014, a true and correct copy of the foregoing was served to the parties counsel of record via electronic mail pursuant to Local Rule CV-5(d).

                                                                                 */s/ Ryan K. Yagura*