**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC.,<br><br>    *Defendant*. | Civil Action No. 6:12-cv-499<br>(Lead Case)<br><br>JURY TRIAL DEMANDED |

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>ACCU-TIME SYSTEMS, INC.,<br><br>    *Defendant*. | Civil Action No. 6:13-cv-037<br>(Consolidated Case)<br><br>JURY TRIAL DEMANDED |

**DEFENDANT ACCU-TIME SYSTEMS, INC.'S
CERTIFICATE OF INTERESTED PARTIES**

Pursuant to Paragraph 3 of the Court's Order To Meet, Report, And Appear At Scheduling Conference issued on January 22, 2014 (Dkt. # 1138), Defendant Accu-Time Systems, Inc. ("Accu-Time") states that it is owned by Amano USA Holdings, Inc., and that Amano USA Holdings, Inc. is owned by Amano Corporation (Japan).

Accu-Time Systems, Inc. and Amano USA Holdings, Inc. are not publicly traded corporations. Amano Corporation is a publicly traded corporation in Japan.

Accu-Time Systems, Inc. is not aware of any other entity that would have a financial interest in the outcome of this case.

Respectfully submitted,

By:  */s/ Anthony S. Volpe*
Anthony S. Volpe (admitted *pro hac vice*, PA  24,733)
Ryan W. O'Donnell (admitted *pro hac vice*. PA 89775)
Aneesh A. Mehta (admitted *pro hac vice*, PA  205878)
VOLPE AND KOENIG, P.C.
United Plaza, 30 S. 17th Street
Philadelphia, PA 19103
Phone: (215) 568-6400
Fax: (215) 568-6499
Avolpe@vklaw.com
RODonnell@vklaw.com
Amehta@vklaw.com

Scott Crocker (TX State Bar No. 00790532)
SPRINKLE IP LAW GROUP
1301 W. 25th Street, Suite 408
Austin, Texas 78705
Phone: (512) 366-7308
Fax: (512) 371-9088
SCrocker@sprinklelaw.com

*Attorneys for Defendant,*
*Accu-Time Systems, Inc.*

2877820-1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of **Defendant Accu-Time Systems, Inc.'s**

**Certificate of Interested Parties** is being on all counsel of record via the Court's CM/ECF

system on this 6th day of February 2014.


By:  */s/ Anthony S. Volpe*
Anthony S. Volpe (admitted *pro hac vice*, PA 24,733)
VOLPE AND KOENIG, P.C.
United Plaza, 30 S. 17th Street
Philadelphia, PA 19103
Phone: (215) 568-6400
Fax: (215) 568-6499
Avolpe@vklaw.com