IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>       Plaintiff,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC.,<br><br>       Defendant. | Civil Action No. 6:12-CV-499-MHS<br><br>LEAD CASE<br><br>Jury Trial Demanded |
| BLUE SPIKE, LLC,<br><br>       Plaintiff,<br><br>v.<br><br>ZK TECO, INC. ET AL,<br><br>       Defendants. | Civil Action No. 6:12-CV-608-MHS<br><br>CONSOLIDATED CASE<br><br>Jury Trial Demanded |

**DEFENDANT ZK SOFTWARE BIOMETRIC IDENTIFICATION TECHNOLOGY, CO., LTD'S CERTIFICATE OF FINANCIALLY INTERESTED ENTITIES**

Pursuant to Paragraph 3 of the Court's Order To Meet, Report, And Appear At Scheduling Conference entered on January 22, 2014 (Dkt. No. 1138), Defendant ZK Teco certifies that it is a d/b/a name used by ZK Software Biometric Identification Technology Co., Ltd., a private Chinese corporation.  ZK Software Biometric Identification Technology Co., Ltd. is financially interested in the outcome of the subject litigation.  ZK Software Biometric Identification Technology Co., Ltd. previously filed a Corporate Disclosure Statement Pursuant To Federal Rule of Civil Procedure 7.1 dated January 8, 2013 (Dkt. No. 437), and the

information contained in that statement continues to be accurate.

Dated:  February 6, 2014               Respectfully submitted,

                              /s/ Robert F. Kramer                         .
                              Robert F. Kramer
                              CA Bar No. 181706 (admitted in E.D. Texas)
                              C. Gideon Korrell
                              CA Bar No. 246188 (admitted in E.D. Texas)
                              DENTONS US LLP
                              1530 Page Mill Road, Suite 200
                              Palo Alto, CA  94304
                              Telephone:  (650) 798-0356
                              Facsimile:  (650) 798-0310
                              robert.kramer@dentons.com
                              gideon.korrell@dentons.com

                              *ATTORNEYS FOR DEFENDANT*
                              *ZK SOFTWARE BIOMETRIC IDENTIFICATION*
                              *TECHNOLOGY CO., LTD.*

## CERTIFICATE OF SERVICE

I hereby certify that, on February 6, 2014, all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's ECF system. Local Rule CV-5(a)(3).  Pursuant to Fed.R.Civ.P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of this document via email, facsimile and/or U.S. First Class Mail this 6th day of February, 2014.

                              /s/ Robert F. Kramer               
                              Robert F. Kramer