IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC.,<br><br>    *Defendant*. | Civil Action No. 6:12-cv-499<br>(Lead Case)<br><br>JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>AMANO CINCINNATI, INC.,<br><br>    *Defendant*. | Civil Action No. 6:13-cv-109<br>(Consolidated Case)<br><br>JURY TRIAL DEMANDED |

**DEFENDANT AMANO CINCINNATI, INC.'S
CERTIFICATE OF INTERESTED PARTIES**

Pursuant to Paragraph 3 of the Court's Order To Meet, Report, And Appear At Scheduling Conference issued on January 22, 2014 (Dkt. # 1138), Defendant Amano Cincinnati, Inc. states that it is owned by Amano USA Holdings, Inc., and that Amano USA Holdings, Inc. is owned by Amano Corporation (Japan).

Amano Cincinnati, Inc. and Amano USA Holdings, Inc. are not publicly traded corporations.  Amano Corporation is a publicly traded corporation in Japan.

Amano Cincinnati, Inc. is not aware of any other entity that would have a financial interest in the outcome of this case.

                               Respectfully submitted,

By: */s/ Anthony S. Volpe*
      Anthony S. Volpe (admitted *pro hac vice*, PA  24,733)
      Ryan W. O'Donnell (admitted *pro hac vice*. PA 89775)
      Aneesh A. Mehta (admitted *pro hac vice*, PA  205878)
      VOLPE AND KOENIG, P.C.
      United Plaza, 30 S. 17th Street
      Philadelphia, PA 19103
      Phone: (215) 568-6400
      Fax: (215) 568-6499
      Avolpe@vklaw.com
      RODonnell@vklaw.com
      Amehta@vklaw.com

      Scott Crocker (TX State Bar No. 00790532)
      SPRINKLE IP LAW GROUP
      1301 W. 25th Street, Suite 408
      Austin, Texas 78705
      Phone: (512) 366-7308
      Fax: (512) 371-9088
      SCrocker@sprinklelaw.com

      *Attorneys for Defendant,*
      *Amano Cincinnati, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of **Defendant Amano Cincinnati, Inc. Certificate of Interested Parties** is being on all counsel of record via the Court's CM/ECF system on this 6th day of February 2014.

By: */s/ Anthony S. Volpe*
Anthony S. Volpe (admitted *pro hac vice*, PA 24,733)
VOLPE AND KOENIG, P.C.
United Plaza, 30 S. 17th Street
Philadelphia, PA 19103
Phone: (215) 568-6400
Fax: (215) 568-6499
Avolpe@vklaw.com