IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>VOBILE, INC.,<br><br>    Defendants. | Civil Action No. 6:12-CV-499-MHS<br><br>LEAD CASE<br>Jury Trial Demanded<br><br>Civil Action No. 6:12-cv-00539-MHS<br><br>Jury Trial Demanded |

**DEFENDANT VOBILE, INC.'S CERTIFICATE OF INTERESTED PARTIES**

  Pursuant to Paragraph 3 of the Court's Order to Meet, Report, and Appear at Scheduling Conference issued on January 22, 2014 (Dkt. # 1138), and Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Vobile, Inc. ("Vobile") certifies that Vobile is a corporation whose securities are not publicly traded and no publicly held company owns more than 10% of Vobile's stock.

  To the best of Vobile's knowledge, the entities listed below are financially interested in the outcome of this litigation:

  a) Blue Spike LLC, its related entities, Scott Moskowitz, and plaintiff's attorneys,

  b) Vobile and its affiiates, employees, officers, directors, and/or shareholders, and

  c) Other named defendants in this consolidated case.

Dated:  February 6, 2014   Respectfully Submitted,

             */s/ Samuel E. Stubbs*
             Samuel E. Stubbs (TX Bar No. 19434500)
             sam.stubbs@pillsburylaw.com
             **PILLSBURY WINTHROP SHAW**
             **PITTMAN LLP**
             2 Houston Center
             909 Fannin, Suite 2000
             Houston, TX 77010-1018
             Telephone: (713) 276-7645
             Facsimile:  (281) 582-6473

- 2 -

David A. Jakopin (*pro hac vice*)
david.jakopin@pillsburylaw.com
Keren Hu (*pro hac vice*)
keren.hu@pillsburylaw.com
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
2550 Hanover Street
Palo Alto, CA 94304-1114
Telephone: (650) 233-4500
Facsimile: (650) 233-4545

*Attorneys for Defendant VOBILE, INC.*

- 3 -

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on February 6, 2014, a true and correct copy of the foregoing was served to the parties counsel of record via electronic mail pursuant to Local Rule CV-5(d).

                                              */s/ Samuel E. Stubbs*
                                              Samuel E. Stubbs