**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO: 6:12-CV-499** |
| | § | **(LEAD CASE)** |
| **TEXAS INSTRUMENTS INCORPORATED** | § | |
| | § | |
| **Defendant.** | § | |

**DEFENDANT TEXAS INSTRUMENTS INCORPORATED'S**
**CERTIFICATE OF FINANCIALLY INTERESTED PARTIES**

Pursuant to Paragraph 3 of the Court's Order to Meet, Report, and Appear at Scheduling Conference (Dkt. No. 1138), Defendant Texas Instruments Incorporated provides the following information:

There are no persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation, other than the employees, officers, directors, and shareholders of Texas Instruments Incorporated, which is a corporation whose securities are publicly traded.

Respectfully submitted,


*Amanda A. Abraham*
_____
 Carl R. Roth
cr@rothfirm.com
Amanda A. Abraham
aa@rothfirm.com
THE ROTH LAW FIRM, P.C.
115 N. Wellington, Suite 200
Marshall, Texas 75670
Telephone: (903) 935-1665
Facsimile: (903) 935-1797

**ATTORNEYS FOR DEFENDANT
TEXAS INSTRUMENTS
INCORPORATED**


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 6th day of February, 2014.  Any other counsel of record will be served by facsimile transmission and/or first class mail.


*Amanda A. Abraham*
_____
Amanda A. Abraham