# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § § § | |
| *Plaintiff*, | § | Civil Action No. 6:12-cv-499-LED |
| v. | § § | (LEAD CASE) |
| TEXAS INSTRUMENTS, INC., | § § | JURY TRIAL DEMANDED |
| *Defendant*. | § § § | |
| _____ | § | |
| BLUE SPIKE, LLC, | § § | Civil Action No. 6:12-CV-500 |
| *Plaintiff*, | § § | |
| v. | § § | (CONSOLIDATED WITH 6:12-CV-499) |
| SHAZAM ENTERTAINMENT LTD., | § § | JURY TRIAL DEMANDED |
| *Defendant*. | § § § § | |

## DEFENDANT SHAZAM ENTERTAINMENT LIMITED'S
## CERTIFICATE OF FINANCIALLY INTERESTED PARTIES

Pursuant to this Court's January 22, 2014 Order (Dkt. No. 1138), Defendant Shazam Entertainment Limited, by its undersigned counsel, respectfully submits this Certificate of Interested Persons. The companies with shares that are believed by Shazam Entertainment Limited to be publicly traded are underlined below.

1. Defendant Shazam Entertainment Limited has no parent corporation or publicly held corporation owning 10% or more of its stock.

2. To the best of Shazam Entertainment Limited's knowledge, the following persons, associations of persons, firms, partnerships, corporations, affiliates,

parent corporations, or other entities listed below are financially interested in the outcome of this litigation:

a. Plaintiff: Blue Spike, LLC;

b. Defendant: Shazam Entertainment Limited;

c. Acacia I LP;

d. KPCB Holdings, Inc.;

e. Sercotel, S.A. de C.V.

If Shazam Entertainment Limited identifies any other person or entity that is financially interested in the outcome of this litigation, Shazam Entertainment Limited, or its counsel, will promptly file an amended certificate with the court.

Date: February 6, 2014

Respectfully submitted,

*/s/ Michael E. Jones*

| | |
|---|---|
| Josh A. Krevitt | Michael E. Jones |
| (NY Bar No. 2568228) | SBN: 10929400 |
| Benjamin Hershkowitz | mikejones@potterminton.com |
| (NY Bar No. 2600559) | POTTER MINTON, PC |
| R. Scott Roe | 110 North College, Suite 500 |
| (NY Bar No. 4480224) | Tyler, Texas 75702 |
| Joshua Furman | Tel: 903-597-8311 |
| (NY Bar No. 4612255) | Fax: 903-593-0846 |
| GIBSON, DUNN & CRUTCHER LLP | |
| 200 Park Avenue | |
| New York, NY 10166 | |
| Ph. 212.351.4000 | |
| Fax: 212.351.6210 | |
| jkrevitt@gibsondunn.com | |
| bhershkowitz@gibsondunn.com | |

*Counsel for Defendant*
*Shazam Entertainment Limited*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 6, 2014, a true and correct copy of the foregoing document was served on all attorneys of record who have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Michael E. Jones
Michael E. Jones
