IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC., § | |
| § | |
| § | |
| *Plaintiff,* § | |
| § | Civil Action No. 12-cv-499-MHS |
| vs. § | |
| § | LEAD CASE |
| TEXAS INSTRUMENTS, INC., et al., § | |
| § | JURY TRIAL DEMANDED |
| *Defendants.* § | |

## CORPORATE DISCLOSURE STATEMENT FOR DEFENDANT, VIGGLE, INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Viggle, Inc. hereby states that it has no parent corporation and no publicly traded company owns more than 10% of Viggle's stock.

Dated: February 6, 2014      Respectfully submitted,

By:      */s/ Jordan A. Sigale*
Jordan A. Sigale
Christopher Swickhamer
LOEB & LOEB LLP
321 North Clark Street, Suite 2300
Chicago, IL 60654
Telephone: 312-464-3109
Facsimile: 312-276-8375
Email: jsigale@loeb.com
Email: cswickhamer@loeb.com

Eric H. Findlay
State Bar No. 00789886
Findlay Craft, LLP
6760 Old Jacksonville Hwy, Suite 101
Tyler, Texas 75703
Telephone: 903-534-1100
Facsimile: 903-534-1137
Email: efindlay@findlaycraft.com

*Attorneys for Viggle, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on February 6, 2014.

*/s/ Jordan A. Sigale*_____
Jordan A. Sigale