IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § § | |
| Plaintiff | § § | CASE NO. 6:12-CV-499 MHS |
| v. | § § | JURY TRIAL DEMANDED |
| TEXAS INSTRUMENTS, INC., et al., | § § | |
| Defendants. | § § | |

## DEFENDANT L-1 IDENTITY SOLUTIONS, INC.'S
## CERTIFICATE OF FINANCIALLY INTERESTED PARTIES

As stated in Defendants L-1 Identity Solutions, Inc. and MorphoTrust USA, Inc.'s ("MorphoTrust") Corrected Notice Regarding Dissolution of L-1 Identity Solutions, Inc, filed on May 1, 2013 (Dkt. No. 703), L-1 dissolved pursuant to the December 28, 2012 merger between L-1 and MorphoTrust, and thus has ceased operations.  The following information is provided pursuant to Paragraph 3 of the Court's January 22, 2014 Order to Meet, Report, and Appear at Scheduling Conference, Dkt. No. 1138:

Prior to L-1's dissolution, there were no persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that were financially interested in the outcome of this litigation, other than the employees, officers, directors, and shareholders of L-1 Identity Solutions, Inc.;  L-1's parent corporation Morpho USA, Inc.; Morpho USA, Inc.'s parent corporation Safran, USA Inc.; and Safran USA, Inc.'s parent corporation Safran S.A.  Safran S.A. is a French registered company, is publicly traded on a European stock exchange, is listed on NYSE Euronext Paris, and is part of the CAC40 index.

Dated: February 6, 2014

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP


*/s/ Daniel Johnson, Jr.*

C. Erik Hawes (TX Bar No. 24042543)
Email:  ehawes@morganlewis.com
Thomas R. Davis (TX Bar No. 24055384)
Email: tdavis@morganlewis.com
1000 Louisiana Street, Suite 4000
Houston, Texas 77002
(713) 890-5000 Telephone
(713) 890-5001 Facsimile

Daniel Johnson, Jr. (Admitted *Pro Hac Vice*)
Email: djjohnson@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1000 Telephone
(415) 442-1001 Facsimile

**Attorneys for Defendant L-1 Identity Solutions, Inc.**


### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served on all counsel of record via the Court's Case Management/Electronic Case Filing and/or electronic mail on February 6, 2014.

*/s/ Daniel Johnson, Jr.*
Daniel Johnson, Jr.