# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC, § § Plaintiff § § v. § § TEXAS INSTRUMENTS, INC., et al., § § Defendants. § § | CASE NO. 6:12-CV-499 MHS JURY TRIAL DEMANDED |

## DEFENDANT MORPHOTRUST USA, INC.'S
## CERTIFICATE OF FINANCIALLY INTERESTED PARTIES

Pursuant to Paragraph 3 of the Court's January 22, 2014 Order to Meet, Report, and Appear at Scheduling Conference, Dkt. No. 1138, Defendant MorphoTrust USA, Inc. ("MorphoTrust") (now known as MorphoTrust USA, LLC) provides the following information:

There are no persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation, other than the employees, officers, directors, and shareholders of MorphoTrust; MorphoTrust's parent corporation Morpho USA, Inc.; Morpho USA, Inc.'s parent corporation Safran, USA Inc.; and Safran USA, Inc.'s parent corporation Safran S.A.  Safran S.A. is a French registered company, is publicly traded on a European stock exchange, is listed on NYSE Euronext Paris, and is part of the CAC40 index.

Dated: February 6, 2014

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

*/s/ Daniel Johnson, Jr.*

C. Erik Hawes (TX Bar No. 24042543)
Email:  ehawes@morganlewis.com
Thomas R. Davis (TX Bar No. 24055384)
Email: tdavis@morganlewis.com
1000 Louisiana Street, Suite 4000
Houston, Texas 77002
(713) 890-5000 Telephone
(713) 890-5001 Facsimile

Daniel Johnson, Jr. (Admitted *Pro Hac Vice*)
Email: djjohnson@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1000 Telephone
(415) 442-1001 Facsimile

**Attorneys for Defendant MorphoTrust USA, Inc.**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served on all counsel of record via the Court's Case Management/Electronic Case Filing and/or electronic mail on February 6, 2014.

*/s/ Daniel Johnson, Jr.*
Daniel Johnson, Jr.