## IN THE UNITED STATES DISCTRICT COURT FOR THE
### EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** | § | |
| **Plaintiff,** | § | **CIVIL ACTION NO. 6:12-cv-00499-MHS** |
| | § | |
| **v.** | § | **(LEAD CASE)** |
| | § | |
| **TEXAS INSTRUMENTS, INC.,** | § | **JURY TRIAL DEMANDED** |
| **Defendant.** | § | |
| | § | |
| | § | |
| | § | |
| **BLUE SPIKE, LLC,** | § | **CIVIL ACTION NO. 6:13-cv-44** |
| **Plaintiff,** | § | *(Consolidated with 6:12-cv-00499-MHS)* |
| | § | |
| **v.** | § | **JURY TRIAL DEMANDED** |
| | § | |
| **ASURE SOFTWARE, INC.,** | § | |
| **Defendant.** | § | |
| | § | |
| | § | |

## DEFENDANT ASURE SOFTWARE, INC. 'S
## CERTIFICATE OF INTERESTED PARTIES

Pursuant to Paragraph 3 of the Court's Order to Meet, Report, and Appear at Scheduling Conference (Dkt. No. 1138), Defendant Asure Software, Inc. provides the following information:

Asure Software, Inc. previously filed a Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1 dated March 28, 2013 (Dkt. No. 557), and the information contained in that statement continues to be accurate.

There are no persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation, other than the employees, officers, directors, and shareholders of Asure Software, Inc., which is a corporation whose securities are publicly traded.

Date:  February 6, 2014

Respectfully submitted,

**TAYLOR DUNHAM, LLP**
301 Congress Avenue, Suite 1050
Austin, TX 78701
512.473.2257 (Phone)
512.478.4409 (Facsimile)


/s/ Miguel S. Rodriguez
Miguel S. Rodriguez (Lead Attorney)
Texas Bar No. 24007938
Email:  mrodriguez@taylordunham.com
**ATTORNEYS FOR ASURE SOFTWARE, INC.**


## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system on February 6, 2014, which will send notification of such filing to all counsel of record who are deemed to have consented to electronic service.


/s/ Miguel S. Rodriguez
Miguel S. Rodriguez