# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC, § § *Plaintiff*, § § v. § § Case No. 6:12-cv-00499-MHS § TEXAS INSTRUMENTS, INC. ET AL., § Lead Case § *Defendants.* § § § | |

## DEFENDANT ENSEQUENCE, INC.'S
## CERTIFICATE OF FINANCIALLY INTERESTED PARTIES

Pursuant to Paragraph 3 of the Court's January 22, 2014, Order to Meet, Report, and Appear At Scheduling Conference, Dkt. No. 1138, Defendant Ensequence, Inc. ("Ensequence") provides the following information:

There are no persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation, other than the employees, officers, directors, and shareholders of Ensequence. Ensequence has no parent corporation, and no publicly held company owns ten percent or more of its stock.

Dated:  February 6, 2014          **PERKINS COIE LLP**

*/s/ Douglas L. Sawyer*
Douglas L. Sawyer (State Bar No. 41009)
1900 Sixteenth Street, Suite 1400
Denver, CO  80202-5255
Telephone:  (303) 291-2378
Facsimile:  (303) 291- 2478
DSawyer@perkinscoie.com

Scott D. Eads (State Bar No. 910400)
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Telephone:  (503) 727-2000
Facsimile:  (503) 727-2222
SEads@perkinscoie.com

**ATTORNEYS FOR DEFENDANT ENSEQUENCE, INC.**

DEFENDANT ENSEQUENCE INC.'S CERTIFICATE
OF INTERESTED PARTIES

73137-0007/LEGAL29232433.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 6th day of February, 2014, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                        */s/ Douglas L. Sawyer*
                                        Douglas L. Sawyer