# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>            Plaintiff,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC.,<br><br>            Defendant. | Civil Action No. 6:12-CV-499 LED<br><br>**JURY TRIAL DEMANDED** |
| BLUE SPIKE, LLC,<br><br>            Plaintiff,<br><br>v.<br><br>AOPTIX TECHNOLOGIES, INC.,<br><br>            Defendant. | Civil Action No. 6:13-cv-00040-MHS<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANT AOPTIX TECHNOLOGIES, INC.'S
## CERTIFICATE OF FINANCIALLY INTERESTED PARTIES

Pursuant to Paragraph 3 of the Court's January 22, 2014 Order to Meet, Report, and Appear Scheduling Conference, Dkt. No. 1138, Defendant AOptix Technologies, Inc. provides the following information:

There are no persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation, other than the employees, officers, directors, and shareholders of AOptix Technologies, Inc.

Dated: February 6, 2014  FENWICK & WEST LLP

By: */s/ Bryan A. Kohm*
Bryan A. Kohm

Teresa M. Corbin, CA Bar No. 132360
(Admitted E.D. Texas)
Bryan A. Kohm, CA Bar No.233276
(Admitted E.D. Texas)
David Lacy Kusters, CA Bar No.241335
(Admitted E.D. Texas)
Fenwick & West LLP
555 California Street, 12th Floor
San Francisco, California 94104
Telephone: (415) 874-2300
Facsimile: (415) 281-1350

Darren E. Donnelly, CA Bar No. 194335
(Admitted E.D. Texas)
Fenwick & West LLP
Silicon Valley Center
801 California Street
Mountain View, California 94041
Telephone: (650) 955-8500
Facsimile: (650) 983-5200

Attorneys for Defendant
AOptix Technologies, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on February 6, 2014.

*/s/ Bryan A. Kohm*
Bryan A. Kohm