# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC<br>　　*Plaintiff*, | §<br>§<br>§ | Civil Action No. 6:12-CV-499 MHS<br><br>LEAD CASE |
| v. | §<br>§ | |
| TEXAS INSTRUMENTS, INC.<br>　　*Defendants* | §<br>§ | |

| | | |
|---|---|---|
| BLUE SPIKE, LLC,<br>　　*Plaintiff*, | §<br>§ | Civil Action No. 6:12-CV-576 MHS |
| v.<br>AUDIBLE MAGIC CORPORATION, FACEBOOK, INC., MYSPACE, LLC, SPECIFIC MEDIA, LLC, PHOTOBUCKET.COM, INC., DAILYMOTION, INC., DAILYMOTION S.A., SOUNDCLOUD, INC., SOUNDCLOUD LTD., MYXER, INC., QLIPSO, INC., QLIPSO MEDIA NETWORKS LTD., YAP.TV, INC., GOMISO, INC., IMESH, INC., METACAFE, INC., BOODABEE TECHNOLOGIES, INC., TUNECORE, INC., ZEDGE HOLDINGS, INC., BRIGHTCOVE INC., COINCIDENT.TV, INC., ACCEDO BROADBAND NORTH AMERICA, INC., ACCEDO BROADBAND AB, AND MEDIAFIRE, LLC<br>　　*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CONSOLIDATED CASE |

**<u>DEFENDANTS QLIPSO, INC.'S AND QLIPSO MEDIA NETWORKS, LTD.'S CERTIFICATE OF INTERESTED PARTIES</u>**

Pursuant to paragraph 3 of this Court's January 22, 2014 Order to Meet, Report and Appear at Scheduling Conference (Dkt. No. 1138), Defendants Qlipso, Inc. and Qlipso Media Networks, LTD (collectively, "Qlipso") hereby file their certificate of interested persons and state as follows:

1. Qlipso Inc. is a wholly-owned subsidiary of Qlipso Media Networks;
2. Qlispo Media Networks is a privately held company;
3. Qlipso Media Networks has no parent corporation, and no publicly held corporation holds 10% or more of its stock; and
4. There are no persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation, other than the employees, officers, directors, and shareholders of Qlipso.

If Qlispo identifies any additional parties having a financial interest in the outcome of this litigation, Qlispo will promptly file an Amended Certificate of Interested Parties as ordered by the Court.

Dated:  February 6, 2014

By:         */s/ Eric H. Findlay*

Eric H. Findlay (Texas Bar No. 00789886)
Walter W. Lackey, Jr. (Texas Bar No. 24050901)
FINDLAY CRAFT, P.C.
6760 Old Jacksonville Hwy, Suite 101
Tyler, TX 75703
Telephone:  (903) 534-1100
Facsimile:   (903) 534-1137
efindlay@findlaycraft.com

wlackey@findlaycraft.com

I. Neel Chatterjee – *LEAD ATTORNEY*
Gabriel M. Ramsey
ORRICK, HERRINGTON & SUTCLIFFE, LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:  (650) 614-7400
Facsimile:  (650) 614-7401
gramsey@orrick.com
nchatterjee@orrick.com

Alyssa M. Caridis
ORRICK, HERRINGTON & SUTCLIFFE, LLP
777 S. Figueroa St.
Suite 3200
Los Angeles, CA 90017
Telephone:  (213) 629-2020
Facsimile:  (213) 612-2499
acaridis@orrick.com

Christopher J. Higgins
ORRICK, HERRINGTON & SUTCLIFFE, LLP
1152 15th Street, N.W.
Washington, DC 20005-1706
Telephone:  (202) 339-8400
Facsimile:  (202) 339-8500
chiggins@orrick.com

Attorneys for Defendants
QLIPSO, INC. AND QLIPSO MEDIA NETWORKS, LTD.

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served electronically on opposing counsel pursuant to Local Rule CV-5(a)(7)(C) on February 6, 2014.

>                                          */s/ Eric H. Findlay*
>                                          Eric H. Findlay