# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC<br>　　*Plaintiff*,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC.<br>　　*Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 6:12-CV-499 MHS<br><br>LEAD CASE |

| | | |
|---|---|---|
| BLUE SPIKE, LLC,<br>　　*Plaintiff*,<br>v.<br>AUDIBLE MAGIC CORPORATION, FACEBOOK, INC., MYSPACE, LLC, SPECIFIC MEDIA, LLC, PHOTOBUCKET.COM, INC., DAILYMOTION, INC., DAILYMOTION S.A., SOUNDCLOUD, INC., SOUNDCLOUD LTD., MYXER, INC., QLIPSO, INC., QLIPSO MEDIA NETWORKS LTD., YAP.TV, INC., GOMISO, INC., IMESH, INC., METACAFE, INC., BOODABEE TECHNOLOGIES, INC., TUNECORE, INC., ZEDGE HOLDINGS, INC., BRIGHTCOVE INC., COINCIDENT.TV, INC., ACCEDO BROADBAND NORTH AMERICA, INC., ACCEDO BROADBAND AB, AND MEDIAFIRE, LLC<br>　　*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 6:12-CV-576 MHS<br><br>CONSOLIDATED CASE |

**DEFENDANT YAP.TV, INC.'S CERTIFICATE OF INTERESTED PARTIES**

Pursuant to paragraph 3 of this Court's January 22, 2014 Order to Meet, Report and Appear at Scheduling Conference (Dkt. No. 1138), Defendant Yap.TV, Inc. ("Yap.TV") hereby files its certificate of interested persons and states as follows:

1. Yap.TV is a privately held company;
2. Yap.TV has no parent corporation, and no publicly held corporation holds 10% or more of its stock; and
3. There are no persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation, other than the employees, officers, directors, and shareholders of Yap.TV.

If Yap.TV identifies any additional parties having a financial interest in the outcome of this litigation, Yap.TV will promptly file an Amended Certificate of Interested Parties as ordered by the Court.

Dated: February 6, 2014

By: /s/ Eric H. Findlay

Eric H. Findlay (Texas Bar No. 00789886)
Walter W. Lackey, Jr. (Texas Bar No. 24050901)
FINDLAY CRAFT, P.C.
6760 Old Jacksonville Hwy, Suite 101
Tyler, TX 75703
Telephone: (903) 534-1100
Facsimile: (903) 534-1137
efindlay@findlaycraft.com
wlackey@findlaycraft.com

I. Neel Chatterjee – *LEAD ATTORNEY*
Gabriel M. Ramsey
ORRICK, HERRINGTON & SUTCLIFFE, LLP

2

>1000 Marsh Road
>Menlo Park, CA 94025
>Telephone: (650) 614-7400
>Facsimile: (650) 614-7401
>gramsey@orrick.com
>nchatterjee@orrick.com
>
>Alyssa M. Caridis
>ORRICK, HERRINGTON & SUTCLIFFE, LLP
>777 S. Figueroa St.
>Suite 3200
>Los Angeles, CA 90017
>Telephone: (213) 629-2020
>Facsimile: (213) 612-2499
>acaridis@orrick.com
>
>Christopher J. Higgins
>ORRICK, HERRINGTON & SUTCLIFFE, LLP
>1152 15th Street, N.W.
>Washington, DC 20005-1706
>Telephone: (202) 339-8400
>Facsimile: (202) 339-8500
>chiggins@orrick.com
>
>Attorneys for Defendant
>YAP.TV

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served electronically on opposing counsel pursuant to Local Rule CV-5(a)(7)(C) on February 6, 2014.

>*/s/ Eric H. Findlay*
>Eric H. Findlay