# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § § § § | |
| Plaintiff, | § | Civil Action No. 6:12-CV-499 LED |
| v. | § § | |
| TEXAS INSTRUMENTS, INC., | § § | **JURY TRIAL DEMANDED** |
| Defendant. | § § § | |
| BLUE SPIKE, LLC, | § § § | |
| Plaintiff, | § § | Civil Action No. 6:12-CV-568 MHS |
| v. | § § | |
| ZEITERA, LLC, | § § | **JURY TRIAL DEMANDED** |
| Defendant. | § § § | |

### DEFENDANT ZEITERA, LLC'S
### CERTIFICATE OF FINANCIALLY INTERESTED PARTIES

Pursuant to Paragraph 3 of the Court's January 22, 2014 Order to Meet, Report, and Appear Scheduling Conference, Dkt. No. 1138, Defendant Zeitera, LLC provides the following information:

There are no persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation, other than the employees, officers, directors, and shareholders of Zeitera, LLC.

1

Dated: February 6, 2014						FENWICK & WEST LLP


								By: */s/ Bryan A. Kohm*
								       Bryan A. Kohm

								Teresa M. Corbin, CA Bar No. 132360
								(Admitted E.D. Texas)
								Bryan A. Kohm, CA Bar No.233276
								(Admitted E.D. Texas)
								David Lacy Kusters, CA Bar No.241335
								(Admitted E.D. Texas)
								Fenwick & West LLP
								555 California Street, 12th Floor
								San Francisco, California 94104
								Telephone:     (415) 874-2300
								Facsimile:       (415) 281-1350

								Darren E. Donnelly, CA Bar No. 194335
								(Admitted E.D. Texas)
								Fenwick & West LLP
								Silicon Valley Center
								801 California Street
								Mountain View, California 94041
								Telephone:   (650) 955-8500
								Facsimile:       (650) 983-5200

								Attorneys for Defendant
								Zeitera, LLC


## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on February 6, 2014.



								*/s/ Bryan A. Kohm*
								Bryan A. Kohm

2