# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC<br>　　　*Plaintiff*, | § <br> § <br> § | Civil Action No. 6:12-CV-499 MHS <br><br> LEAD CASE |
| v. | § <br> § | |
| TEXAS INSTRUMENTS, INC.<br>　　　*Defendants* | § <br> § <br> § | |

---

| | | |
|---|---|---|
| BLUE SPIKE, LLC,<br>　　　*Plaintiff*, | § <br> § | Civil Action No. 6:12-CV-576 MHS |
| v. | § <br> § | CONSOLIDATED CASE |
| AUDIBLE MAGIC CORPORATION,<br>FACEBOOK, INC., MYSPACE, LLC,<br>SPECIFIC MEDIA, LLC,<br>PHOTOBUCKET.COM, INC.,<br>DAILYMOTION, INC.,<br>DAILYMOTION S.A., SOUNDCLOUD,<br>INC., SOUNDCLOUD LTD., MYXER,<br>INC., QLIPSO, INC., QLIPSO MEDIA<br>NETWORKS LTD., YAP.TV, INC.,<br>GOMISO, INC., IMESH, INC.,<br>METACAFE, INC., BOODABEE<br>TECHNOLOGIES, INC., TUNECORE,<br>INC., ZEDGE HOLDINGS, INC.,<br>BRIGHTCOVE INC.,<br>COINCIDENT.TV, INC., ACCEDO<br>BROADBAND NORTH AMERICA,<br>INC., ACCEDO BROADBAND AB,<br>AND MEDIAFIRE, LLC<br>　　　*Defendants*. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | |

## DEFENDANT ZEDGE HOLDINGS, INC.'S CERTIFICATE OF INTERESTED PARTIES

Pursuant to paragraph 3 of this Court's January 22, 2014 Order to Meet, Report and Appear at Scheduling Conference (Dkt. No. 1138), Defendant Zedge Holdings, Inc. ("Zedge") hereby files its certificate of interested persons and states as follows:

1. Zedge is a privately owned company;

2. Zedge is majority owned by IDT Corporation, a publicly traded company.

3. There are no persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation, other than the employees, officers, directors, and shareholders of Zedge.

If Zedge identifies any additional parties having a financial interest in the outcome of this litigation, Zedge will promptly file an Amended Certificate of Interested Parties as ordered by the Court.

Dated:  February 6, 2014

By:                                        /s/ Eric H. Findlay

Eric H. Findlay (Texas Bar No. 00789886)
Walter W. Lackey, Jr. (Texas Bar No. 24050901)
FINDLAY CRAFT, P.C.
6760 Old Jacksonville Hwy, Suite 101
Tyler, TX 75703
Telephone:  (903) 534-1100
Facsimile:   (903) 534-1137
efindlay@findlaycraft.com
wlackey@findlaycraft.com

I. Neel Chatterjee – *LEAD ATTORNEY*
Gabriel M. Ramsey
ORRICK, HERRINGTON & SUTCLIFFE, LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:  (650) 614-7400
Facsimile:  (650) 614-7401

gramsey@orrick.com
nchatterjee@orrick.com

Alyssa M. Caridis
ORRICK, HERRINGTON & SUTCLIFFE, LLP
777 S. Figueroa St.
Suite 3200
Los Angeles, CA 90017
Telephone:  (213) 629-2020
Facsimile:  (213) 612-2499
acaridis@orrick.com

Christopher J. Higgins
ORRICK, HERRINGTON & SUTCLIFFE, LLP
1152 15th Street, N.W.
Washington, DC 20005-1706
Telephone:  (202) 339-8400
Facsimile:  (202) 339-8500
chiggins@orrick.com

Attorneys for Defendant
ZEDGE HOLDINGS, INC.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served electronically on opposing counsel pursuant to Local Rule CV-5(a)(7)(C) on February 6, 2014.

/s/ Eric H. Findlay
Eric H. Findlay