# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| BLUE SPIKE, LLC, | |
|     Plaintiff/Counterclaim-Defendant, | Case No. 6:12-CV-00499 MHS (Lead Case) |
| v. | Case No. 6:12-CV-00533-LED |
| TUNESAT, LLC, | |
|     Defendant/Counterclaim-Plaintiff. | JURY TRIAL DEMANDED |

## DEFENDANT TUNESAT, LLC'S CERTIFICATE OF INTERESTED PARTIES

Pursuant to the Court's Order dated January 22, 2014 (Dkt. No. 1138 at ¶3) and Federal Rule of Civil Procedure 7.1, defendant Tunesat, LLC, identifies the following entity: Tunesat, LLC.  There is no parent corporation or publicly held corporation owning 10% or more of the ownership interests in Tunesat, LLC.

Date:  February 6, 2014

Respectfully submitted,

/s/ Brian D. Roche (w/permission W. Hill)
**REED SMITH LP**
10 S. Wacker Dr.
40th Floor
Chicago, IL  60606
Tel: 312-207-1000
Fax: 312-207-6400
Email: broche@reedsmith.com

Wesley Hill
**WARD &SMITH LAW FIRM**
1127 Judson Rd., Suite 220
Longview, TX 75601
Telephone: (903) 757-6400
Facsimile: (903) 212-3937
Email: wh@wsfirm.com

COUNSEL FOR TUNESAT, LLC

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on this the 6th day of February, 2014.

/s/ Wesley Hill
Wesley Hill