# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC<br>    *Plaintiff*,<br>v.<br>TEXAS INSTRUMENTS, INC.<br>    *Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 6:12-CV-499 MHS<br><br>LEAD CASE |

| | | |
|---|---|---|
| BLUE SPIKE, LLC,<br>    *Plaintiff*,<br>v.<br>WIOFFER, LLC<br>    *Defendant*. | §<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 6:12-CV-570 MHS<br><br>CONSOLIDATED CASE |

## DEFENDANT WIOFFER, LLC'S CERTIFICATE OF INTERESTED PARTIES

Pursuant to paragraph 3 of this Court's January 22, 2014 Order to Meet, Report and Appear at Scheduling Conference (Dkt. No. 1138), Defendant WiOffer, LLC ("WiOffer") hereby files its certificate of interested persons and states as follows:

1. WiOffer is a privately owned company;

2. WiOffer has no parent corporation, and no publicly held corporation holds 10% or more of its stock; and

3. There are no persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation, other than the employees, officers, directors, and shareholders of WiOffer .

If WiOffer identifies any additional parties having a financial interest in the outcome of this litigation, WiOffer will promptly file an Amended Certificate of Interested Parties as ordered by the Court.

Dated: February 6, 2014

By: /s/ Eric H. Findlay

Eric H. Findlay (Texas Bar No. 00789886)
Walter W. Lackey, Jr. (Texas Bar No. 24050901)
FINDLAY CRAFT, P.C.
6760 Old Jacksonville Hwy, Suite 101
Tyler, TX 75703
Telephone: (903) 534-1100
Facsimile: (903) 534-1137
efindlay@findlaycraft.com
wlackey@findlaycraft.com

I. Neel Chatterjee – *LEAD ATTORNEY*
Gabriel M. Ramsey
ORRICK, HERRINGTON & SUTCLIFFE, LLP

        1000 Marsh Road
        Menlo Park, CA 94025
        Telephone: (650) 614-7400
        Facsimile: (650) 614-7401
        gramsey@orrick.com
        nchatterjee@orrick.com

        Alyssa M. Caridis
        ORRICK, HERRINGTON & SUTCLIFFE, LLP
        777 S. Figueroa St.
        Suite 3200
        Los Angeles, CA 90017
        Telephone: (213) 629-2020
        Facsimile: (213) 612-2499
        acaridis@orrick.com

        Christopher J. Higgins
        ORRICK, HERRINGTON & SUTCLIFFE, LLP
        1152 15th Street, N.W.
        Washington, DC 20005-1706
        Telephone: (202) 339-8400
        Facsimile: (202) 339-8500
        chiggins@orrick.com

        Attorneys for Defendant
        WIOFFER LLC

## **CERTIFICATE OF SERVICE**

  The undersigned certifies that the foregoing document was served electronically on opposing counsel pursuant to Local Rule CV-5(a)(7)(C) on February 6, 2014.

                */s/ Eric H. Findlay*
                Eric H. Findlay