# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § § § | |
| Plaintiff, | § | Civil Action No. 6:12-CV-499 LED |
| v. | § § | |
| TEXAS INSTRUMENTS, INC., | § § | **JURY TRIAL DEMANDED** |
| Defendant. | § § § | |
| | § § | |
| BLUE SPIKE, LLC, | § § | |
| Plaintiff, | § | Civil Action No. 6:12-CV-127 MHS |
| v. | § § | |
| INFINISOURCE, INC. and QQEST SOFTWARE SYSTEMS, INC. | § § § | **JURY TRIAL DEMANDED** |
| Defendants. | § § § | |

### DEFENDANTS INFINISOURCE, INC. AND QQEST SOFTWARE SYSTEMS, INC.'S CERTIFICATE OF FINANCIALLY INTERESTED PARTIES

Pursuant to Paragraph 3 of the Court's January 22, 2014 Order to Meet, Report, and Appear Scheduling Conference, Dkt. No. 1138, Defendants Infinisource, Inc. and Qqest Software Systems, Inc. provide the following information:

There are no persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this

litigation, other than the employees, officers, directors, and shareholders of Infinisource, Inc. and Qqest Software Systems, Inc.

Dated: February 6, 2014　　　　　　　　FENWICK & WEST LLP

By: */s/ Bryan A. Kohm*
　　　Bryan A. Kohm

Teresa M. Corbin, CA Bar No. 132360
(Admitted E.D. Texas)
Bryan A. Kohm, CA Bar No.233276
(Admitted E.D. Texas)
David Lacy Kusters, CA Bar No.241335
(Admitted E.D. Texas)
Fenwick & West LLP
555 California Street, 12th Floor
San Francisco, California 94104
Telephone:　(415) 874-2300
Facsimile:　(415) 281-1350

Darren E. Donnelly, CA Bar No. 194335
(Admitted E.D. Texas)
Fenwick & West LLP
Silicon Valley Center
801 California Street
Mountain View, California 94041
Telephone:　(650) 955-8500
Facsimile:　(650) 983-5200

Attorneys for Defendants
Infinisource, Inc. and Qqest Software Systems, Inc..

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on February 6, 2014.

　　　　　　　　　　　　　　　　　　　*/s/ Bryan A. Kohm*
　　　　　　　　　　　　　　　　　　　Bryan A. Kohm