# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, <br> Plaintiff, <br><br> vs. <br><br> TEXAS INSTRUMENTS, INC. et al., <br> Defendants. | § § § § § § § § § § § § § | Civil Action No. 6:12-CV-499 <br><br> (LEAD CASE) <br><br> JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC, <br> Plaintiff, <br><br> vs. <br><br> CBS CORP., and <br> LAST.FM LTD., <br> Defendants. | § § § § § § § § § § § § § § | Civil Action No. 6:12-CV-594 <br><br> (CONSOLIDATED WITH 6:12-CV-499) <br><br> JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC, <br> Plaintiff, <br><br> vs. <br><br> CBS INTERACTIVE, INC., <br> Defendant. | § § § § § § § § § § § § § | Civil Action No. 6:13-CV-60 <br><br> (CONSOLIDATED WITH 6:12-CV-499) <br><br> JURY TRIAL DEMANDED |

**DEFENDANTS CBS CORP., LAST.FM LTD., AND CBS INTERACTIVE, INC.'S
CERTIFICATE OF INTERESTED PARTIES**

Pursuant to paragraph 3 of this Court's January 22, 2014 Order to Meet, Report and Appear at Scheduling Conference (Dkt. No. 1138), Defendants CBS Corp., Last.fm Ltd., and CBS Interactive, Inc., provide the following information:

1. Other than those entities specifically identified in CBS Corp.'s Rule 7.1 Statement, CBS Corp. is aware of no persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation, other than the employees, officers, directors, and shareholders of CBS Corp., which is a corporation whose securities are publicly-traded;

2. Other than those entities specifically identified in Last.fm Ltd.'s Rule 7.1 Statement, Last.fm Ltd is aware of no persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation, other than the employees, officers, directors, and shareholders of CBS Corp., which is a corporation whose securities are publicly-traded; and

3. CBS Interactive may be indemnified Audible Magic Corporation.  Otherwise, other than those entities specifically identified in CBS Interactive Inc.'s Rule 7.1 Statement, CBS Interactive Inc. is aware of no persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation, other than the employees, officers, directors, and shareholders of CBS Corp., which is a corporation whose securities are publicly-traded.

If Defendants CBS Corp., Last.fm Ltd., or CBS Interactive, Inc. identify any additional parties having a financial interest in the outcome of this litigation, Defendants will promptly file an Amended Certificate of Interested Parties as ordered by the Court.

-3-

February 6, 2014                                     Respectfully submitted,

                                                     */s/ Edward R. Reines*
                                                     Edward R. Reines
                                                     Cal. Bar No. 135960 – Admitted to E.D. Texas
                                                     Lead Attorney
                                                     edward.reines@weil.com
                                                     WEIL, GOTSHAL & MANGES LLP
                                                     201 Redwood Shores Parkway
                                                     Redwood Shores, CA 94065
                                                     Telephone: (650) 802-3000
                                                     Facsimile: (650) 802-3100

                                                     **Attorneys for Defendants CBS Corp.,
                                                     Last.fm Ltd., and CBS Interactive, Inc.**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served electronically on opposing counsel pursuant to Local Rule CV-5(a)(3)(A) on February 6, 2014.

                        */s/ Edward R. Reines*
                 edward.reines@weil.com
                 WEIL, GOTSHAL & MANGES LLP
                 201 Redwood Shores Parkway
                 Redwood Shores, CA 94065
                 Telephone: (650) 802-3000
                 Facsimile: (650) 802-3100

                 Attorneys for Defendants CBS Corp.,
                 Last.fm Ltd., and CBS Interactive, Inc.