IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, <br>  *Plaintiff*, <br> v. <br> TEXAS INSTRUMENTS, INC. <br>  *Defendant*. <br> _____ | § § § § § § § § § § § § | Civil Action No. 6:12-CV-499-LED <br><br> (LEAD CASE) <br><br> JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC, <br>  *Plaintiff*, <br> v. <br> Fulcrum Biometrics, LLC, *et al*, <br>  *Defendants*. | § § § § § § § § § § § § | Civil Action No. 6:12-cv-00610-LED <br><br> (CONSOLIDATED WITH 6:12-CV-499) <br><br> JURY TRIAL DEMANDED |

## NEUROTECHNOLOGY'S
## CERTIFICATE OF FINANCIALLY INTERESTED PARTIES

Pursuant to Paragraph 3 of the Court's January 22, 2014 Order to Meet, Report, and Appear at Scheduling Conference, Dkt. No 1138, Defendant NEUROtechnology provides the following information:

There are no persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation, other than the employees, officers, directors, and shareholders of NEUROtechnology.

NEUROtechnology previously filed a Corporate Disclosure Statement Pursuant to Federal Rule of Civil Procedure 7.1 dated December 21, 2012 (Dkt. No. 380), and the information contained in that statement continues to be accurate.

If NEUROtechnology identifies any other person or entity that is financially interested in the outcome of this litigation, NEUROtechnology, or its counsel, will promptly file an amended certificate with the clerk.

Dated: February 6, 2014

By:
    */s/ Eric H. Findlay*
    Eric H. Findlay (Texas Bar No. 00789886)
    Walter W. Lackey, Jr. (Texas Bar No. 24050901)
    FINDLAY CRAFT, P.C.
    6760 Old Jacksonville Hwy, Suite 101
    Tyler, TX 75703
    Telephone: (903) 534-1100
    Facsimile: (903) 534-1137
    efindlay@findlaycraft.com
    wlackey@findlaycraft.com

    Attorneys for Defendant
    NEUROTECHNOLOGY

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served electronically on opposing counsel pursuant to Local Rule CV-5(a)(7)(C) on February 6, 2014.

    */s/ Eric H. Findlay*
    Eric H. Findlay