IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC,<br><br>   Plaintiff,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC.,<br><br>   Defendant. | § § § § § § § § § § § § | Civil Action No.: 6:12-cv-00499-LED<br><br>JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC,<br><br>   Plaintiff,<br><br>v.<br><br>BMAT LICENSING, S.L.,<br><br>   Defendant. | § § § § § § § § § § § § § | Civil Action No.: 6:12-cv-00682-LED<br>(*Consolidated with* 6:12-cv-00499-LED)<br><br>JURY TRIAL DEMANDED |

**DEFENDANT BMAT LICENSING, S.L.'S
CERTIFICATE OF FINANCIALLY INTERESTED PARTIES**

Pursuant to Paragraph 3 of the Court's January 22, 2014 Order to Meet, Report, and Appear at Scheduling Conference, Dkt. No 1138, Defendant BMAT Licensing, S.L., (hereinafter "BMAT"), provides the following information:

There are no persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation, other than the employees, officers, directors, and shareholders of BMAT.

1

BMAT previously filed a Corporate Disclosure Statement Pursuant to Federal Rule of Civil Procedure 7.1 dated March 20, 2013 (Dkt. No. 528), and the information contained in that statement continues to be accurate.

If BMAT identifies any other person or entity that is financially interested in the outcome of this litigation, BMAT, or its counsel, will promptly file an amended certificate with the clerk.

Dated: February 6, 2014

By:

>  /s/ Eric H. Findlay
>  Eric H. Findlay (Texas Bar No. 00789886)
>  Walter W. Lackey, Jr. (Texas Bar No. 24050901)
>  FINDLAY CRAFT, P.C.
>  6760 Old Jacksonville Hwy, Suite 101
>  Tyler, TX 75703
>  Telephone: (903) 534-1100
>  Facsimile: (903) 534-1137
>  efindlay@findlaycraft.com
>  wlackey@findlaycraft.com
>
>  Attorneys for Defendant
>  BMAT, Licensing, S.L.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served electronically on opposing counsel pursuant to Local Rule CV-5(a)(3) on February 6, 2014.

>  /s/ Eric H. Findlay
>  Eric H. Findlay