IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

|  |  |  |
|---|---|---|
| BLUE SPIKE, LLC, <br><br>     PLAINTIFF, <br><br> V. <br><br> TEXAS INSTRUMENTS, INC., <br><br>     DEFENDANT. | § § § § § § § § § § | Civil Action No.: 6:12-cv-00499-LED <br><br> JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC, <br><br>     PLAINTIFF, <br><br> v. <br><br> M2SYS, LLC, <br><br>     DEFENDANT. | § § § § § § § § § § § § | Case No. 6:13-cv-00083-MHS <br> (Consolidated with 6:12-cv-499-LED and closed) <br><br> JURY TRIAL DEMANDED |

## DEFENDANT M2SYS, LLC'S
## CERTIFICATE OF FINANCIALLY INTERESTED PARTIES

Pursuant to Paragraph 3 of the Court's January 22, 2014 Order to Meet, Report, and Appear at Scheduling Conference, Dkt. No 1138, Defendant M2SYS, LLC, (hereinafter "M2SYS"), provides the following information:

There are no persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation, other than the employees, officers, directors, and shareholders of M2SYS.

M2SYS previously filed a Corporate Disclosure Statement Pursuant to Federal Rule of Civil Procedure 7.1 dated April 18, 2013 (Dkt. No. 667), and the information contained in that statement continues to be accurate.

If M2SYS identifies any other person or entity that is financially interested in the outcome of this litigation, M2SYS, or its counsel, will promptly file an amended certificate with the clerk.

Dated:  February 6, 2014

By:                                        /s/ Eric H. Findlay

Eric H. Findlay (Texas Bar No. 00789886)
Walter W. Lackey, Jr. (Texas Bar No. 24050901)
FINDLAY CRAFT, P.C.
6760 Old Jacksonville Hwy, Suite 101
Tyler, TX 75703
Telephone:  (903) 534-1100
Facsimile:   (903) 534-1137
efindlay@findlaycraft.com
wlackey@findlaycraft.com

**Attorneys for Defendant
M2SYS, LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served electronically on opposing counsel pursuant to Local Rule CV-5(a)(7)(C) on February 6, 2014.

/s/ Eric H. Findlay
Eric H. Findlay