# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>　　PLAINTIFF,<br><br>V.<br><br>TEXAS INSTRUMENTS, INC., ET AL.,<br><br>　　DEFENDANTS. | Civil Action No.: 6:12-cv-00499-MHS<br><br>JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC,<br><br>　　PLAINTIFF,<br><br>V.<br><br>FUTRONIC TECHNOLOGY CO., LTD., ET AL.,<br><br>　　DEFENDANTS. | 6:13-cv-00054-MHS<br>(Consolidated with 6:12-cv-499-MHS and closed)<br><br>JURY TRIAL DEMANDED |

## DEFENDANT FUTRONIC TECHNOLOGY CO., LTD'S CERTIFICATE OF FINANCIALLY INTERESTED PARTIES

Pursuant to Paragraph 3 of the Court's January 22, 2014 Order to Meet, Report, and Appear at Scheduling Conference, Dkt. No 1138, Defendant Futronic Technology Co., Ltd., (hereinafter "Futronic"), provides the following information:

There are no persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation, other than the employees, officers, directors, and shareholders of Futronic.

Futronic previously filed a Corporate Disclosure Statement Pursuant to Federal Rule of Civil Procedure 7.1 dated June 18, 2013 (Dkt. No. 819), and the information contained in that statement continues to be accurate.

If Futronic identifies any other person or entity that is financially interested in the outcome of this litigation, Futronic, or its counsel, will promptly file an amended certificate with the clerk.

Dated:  February 6, 2014

By:  /s/ Eric H. Findlay

Eric H. Findlay (State Bar No. 00789886)
Brian Craft (State Bar No. 04972020)
Walter W. Lackey, Jr. (State Bar No. 24050901)
FINDLAY CRAFT, P.C.
6760 Old Jacksonville Highway
Suite 101
Tyler, TX 75703
Phone:  903 571 696
efindlay@findlaycraft.com
bcraft@findlaycraft.com
wlackey@findlaycraft.com

**Attorneys for Defendant
Futronic Technology Co., Ltd.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 6, 2014, a true and correct copy of the above and foregoing document has been served on all counsel of record who are deemed to have consented to electronic service *via* the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Eric H. Findlay
Eric H. Findlay