# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC.<br><br>    *Defendant*.<br>_____ | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ Civil Action No. 6:12-CV-499-LED<br><br>(LEAD CASE)<br><br>JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>FULCRUM BIOMETRICS, LLC, *ET AL*,<br><br>    *Defendants*.<br>_____ | Civil Action No. 6:12-cv-00610-LED<br><br>(CONSOLIDATED WITH 6:12-CV-499)<br><br>JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>BIOMETRIKA, SRL AND FULCRUM BIOMETRICS, LLC,<br><br>    *Defendants*.<br>_____ | Civil Action No. 6:13-cv-0045-MHS<br><br>(CONSOLIDATED WITH 6:12-CV-499)<br><br>JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>DERMALOG IDENTIFICATION SYSTEMS, GMBH AND FULCRUM BIOMETRICS, LLC,<br><br>    *Defendants*.<br>_____ | Civil Action No. 6:13-cv-0053-MHS<br><br>(CONSOLIDATED WITH 6:12-CV-499)<br><br>JURY TRIAL DEMANDED |

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § § § | |
| *Plaintiff*, | § | Civil Action No. 6:13-cv-0054-MHS |
| | § § | |
| v. | § | (CONSOLIDATED WITH 6:12-CV-499) |
| | § | |
| FUTRONIC TECHNOLOGY CO. LTD. AND FULCRUM BIOMETRICS, LLC, | § § § | |
| | § | JURY TRIAL DEMANDED |
| *Defendants*. | § § | |
| | § | |
| BLUE SPIKE, LLC, | § § | |
| *Plaintiff*, | § § | Civil Action No. 6:13-cv-0057-MHS |
| | § | |
| v. | § § | (CONSOLIDATED WITH 6:12-CV-499) |
| | § | |
| SUPREMA, INC. AND FULCRUM BIOMETRICS, LLC, | § § § | |
| | § | JURY TRIAL DEMANDED |
| *Defendants*. | § § | |

## FULCRUM BIOMETRICS, LLC'S
## CERTIFICATE OF FINANCIALLY INTERESTED PARTIES

Pursuant to Paragraph 3 of the Court's January 22, 2014 Order to Meet, Report, and Appear at Scheduling Conference, Dkt. No 1138, Defendant Fulcrum Biometrics, LLC, (hereinafter "Fulcrum"), provides the following information:

There are no persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation, other than the employees, officers, directors, and shareholders of Fulcrum.

Fulcrum previously filed a Corporate Disclosure Statement Pursuant to Federal Rule of Civil Procedure 7.1 dated January 10, 2013 (Dkt. No. 451), and the information contained in that statement continues to be accurate.

If Fulcrum identifies any other person or entity that is financially interested in the outcome of this litigation, Fulcrum, or its counsel, will promptly file an amended certificate with the clerk.

Dated: February 6, 2014

By:

        /s/ Eric H. Findlay
        Eric H. Findlay (Texas Bar No. 00789886)
        Walter W. Lackey, Jr. (Texas Bar No. 24050901)
        FINDLAY CRAFT, P.C.
        6760 Old Jacksonville Hwy, Suite 101
        Tyler, TX 75703
        Telephone: (903) 534-1100
        Facsimile: (903) 534-1137
        efindlay@findlaycraft.com
        wlackey@findlaycraft.com

        Attorneys for Defendant
        FULCRUM BIOMETRICS, LLC

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served electronically on opposing counsel pursuant to Local Rule CV-5(a)(3) on February 6, 2014.

        /s/ Eric H. Findlay
        Eric H. Findlay