# IN THE UNITED STATES COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPKE, LLC, § | | |
|     Plaintiff § | | |
| VS. § | CAUSE NO. 6:12-CV-499 MHS | |
| § | | |
| TEXAS INSTRUMENTS, INC. et al § | LEAD CASE | |
|     Defendant § | | |
| | | |
| BLUE SPKE, LLC, § | | |
|     Plaintiff § | | |
| VS. § | CAUSE NO. 6:13-CV-84 MHS | |
| § | | |
| TYGART TECHNOLOGIES, INC § | CONSOLIDATED CASE | |
|     Defendant § | | |

## NOTICE OF REQUEST FOR TERMINATION OF ELECTRONIC NOTICES

The law firm of Potter Minton P.C. hereby requests that the clerk of the Court remove Douglas R. McSwane, Jr. from the list of person authorized to receive electronic notices in this case pursuant to Local Rule CV-11 (f).

Also, the law firm of Spilman Thomas & Battle, PLLC hereby requests that the clerk of the Court remove Michael Connelly from the list of person authorized to receive electronic notices in this case pursuant to Local Rule CV-11 (f).

Dated: February 7, 2014                                   Respectfully submitted,

                                                          **POTTER MINTON**
                                                          A Professional Corporation
                                                          110 N. College, Suite 500
                                                          Tyler, Texas  75702
                                                          (903) 597 8311
                                                          (903) 593 0846 (Facsimile)

                                                  By:   */s/ Douglas R. McSwane, Jr.*
                                                          Douglas R. McSwane, Jr.
                                                          State Bar No. 13861300
                                                          dougmcswane@potterminton.com

Michael G. Connelly
Admitted *pro hac vice*
Spilman, Thomas & Battle, PLLC
One Oxford Centre
301 Grant St.
Suite 3440
Pittsburgh, PA 15219
(412) 325-3317
(412) 325-3324 – facsimile
mconnelly@spilmanlaw.com

**ATTORNEYS FOR DEFENDANT
TYGART TECHNOLOGIES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 7TH day of February 2014. Any other counsel of record will be served by first class U.S. mail on this same date.

*/s/ Douglas R. McSwane, Jr.*
Douglas R. McSwane, Jr.