# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, <br><br> v. <br><br> Texas Instruments, Inc., et al., | § § § § § § § | CASE NO. 6:12-cv-499 MHS <br> LEAD CASE <br> Jury Trial Demanded |
| Blue Spike, LLC, <br><br> v. <br><br> YouWeb, LLC, <br> YouWeb Accelerator, LLC, and <br> YouWeb Entrepreneur, LLC, | § § § § § § § § | CASE NO. 6:12-CV-580 <br> CONSOLIDATED CASE <br> Jury Trial Demanded |

## ORDER OF DISMISSAL WITHOUT PREJUDICE OF YOUWEB, LLC, YOUWEB ACCELERATOR, LLC, AND YOUWEB ENTREPRENEUR, LLC

Pursuant to Fed. R. Civ. P. 41(a), recognizing the Agreed Motion to Dismiss filed by plaintiff Blue Spike, LLC and defendant YouWeb, LLC, YouWeb Accelerator, LLC, and YouWeb Entrepreneur, LLC ("YouWeb"), it is ordered as follows:

**ORDERED** that the claims asserted herein by plaintiff Blue Spike, LLC against defendant YouWeb be, and hereby are, dismissed without prejudice;

**ORDERED** that the counterclaims and defenses asserted herein by defendant YouWeb against plaintiff Blue Spike, LLC be, and hereby are, dismissed without prejudice; and

**ORDERED** that the parties shall bear their own attorneys' fees, expenses and costs.

SIGNED this 7th day of February, 2014.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE