IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **BLUE SPIKE, LLC,**<br><br>v.<br><br>**TEXAS INSTRUMENTS, INC.,** | Civil Action No.:  6:12-cv-499-MHS<br><br>(LEAD CASE) |
| **BLUE SPIKE, LLC,**<br><br>v.<br><br>**ZK SOFTWARE BIOMETRIC IDENTIFICATION TECHNOLOGY CO., LTD. and ZK TECHNOLOGY LLC, *et al.*,** | Civil Action No.:  6:12-CV-608-MHS<br><br>(CONSOLIDATED CASE) |

## NOTICE OF APPEARANCE OF COUNSEL

Defendant ZK Teco files this Notice of Appearance, and hereby notifies the Court that Inge Larish, of the law firm of Pillsbury Winthrop Shaw Pittman LLP, 501 West Broadway, Suite 1100, San Diego, California 92101; telephone 619.544.3119, facsimile 619.236.1995, e-mail: inge.larish@pillsburylaw.com has entered this action as counsel for Defendant, ZK Teco.  In connection with this notice, Ms. Larish requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on her at the above address and contact information.

- 2 –

Dated:  February 7, 2014

        PILLSBURY WINTHROP SHAW PITTMAN LLP
Inge Larish
inge.larish@pillsburylaw.com
TX State Bar No. 00796924
501 West Broadway, Suite 1100
San Diego, CA 92101
Phone: 619.544.3119
Fax: 619-236-1995


By */s/ Inge Larish*
    Inge Larish
    Attorneys for Defendant
    ZK Teco

- 3 –

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being serviced with a copy of this **NOTICE OF APPEARANCE OF COUNSEL,** *via* the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 7th day of February, 2014.

*/s/Inge Larish*
Inge Larish