**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **BLUE SPIKE, LLC,**<br><br>**v.**<br><br>**TEXAS INSTRUMENTS, INC.,** | Civil Action No.:  6:12-cv-499-MHS<br><br>(LEAD CASE) |
| **BLUE SPIKE, LLC,**<br><br>**v.**<br><br>**ZK SOFTWARE BIOMETRIC IDENTIFICATION TECHNOLOGY CO., LTD. and ZK TECHNOLOGY LLC,** *et al.,* | Civil Action No.:  6:12-CV-608-MHS<br><br>(CONSOLIDATED CASE) |

**NOTICE OF APPEARANCE OF COUNSEL**

Defendants ZK Teco and ZK Technology LLC file this Notice of Appearance, and hereby notify the Court that Qian Huang, of the law firm of Pillsbury Winthrop Shaw Pittman LLP, 2300 N Street, NW, Washington DC  20037; telephone 202-663-8081, facsimile 202-663-8007, e-mail: qian.huang@pillsburylaw.com has entered this action as counsel for Defendants, ZK Teco and ZK Technology LLC.  In connection with this notice, Ms. Huang requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on her at the above address and contact information.

6:13-cv-00443-MHS-CMC

- 2 –

Dated:  February 7, 2014

PILLSBURY WINTHROP SHAW PITTMAN LLP
Qian Huang
qian.huang@pillsburylaw.com
2300 N Street, NW
Washington, DC  20037-1122
Phone: 202-663-8081
Fax: 202-663-8007


By */s/ Qian Huang*
        Qian Huang
        Attorneys for Defendants
        ZK Teco and ZK Technology LLC

- 2 –

- 3 –

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being serviced with a copy of this **NOTICE OF APPEARANCE OF COUNSEL,** *via* the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 7th day of February, 2014.

*/s/ Qian Huang*
Qian Huang

6:13-cv-00443-MHS-CMC