**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **BLUE SPIKE, LLC,** § § § **Plaintiff,** § § **v.** § § **TEXAS INSTRUMENTS INCORPORATED** § § **Defendant.** § § | **CIVIL ACTION NO: 6:12-CV-499** **JURY TRIAL DEMANDED** |

**NOTICE OF APPEARANCE**

The following designated attorney hereby enters an appearance as additional counsel of record for Defendant Texas Instruments Incorporated, and is authorized to receive service on all pleadings, notices, orders and other papers in the above-captioned matter on behalf of Defendant.

John J. Patti
State Bar No.  24041662
Texas Instruments Incorporated
P. O. Box 655474, MS 3999
Dallas, Texas 75265-5474
Telephone:  (214) 479-1239
Facsimile:  (214) 479-1280
Email:  j-patti@ti.com

Respectfully submitted,

By:    */s/ John J. Patti*
JOHN J. PATTI
State Bar No. 24041662
j-patti@ti.com
Texas Instruments Incorporated
P. O. Box 655474, MS 3999
Dallas, Texas  75265-5474
Telephone:  (214) 479-1239
Facsimile:  (214) 479-1280

**ATTORNEY FOR TEXAS
INSTRUMENTS INCORPORATED**

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 10th day of February, 2014.  Any other counsel of record will be served by facsimile transmission and/or first class mail.

 */s/ John J. Patti*
JOHN J. PATTI