**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **BLUE SPIKE, LLC,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | **CIVIL ACTION NO: 6:12-CV-499** |
| § | |
| **TEXAS INSTRUMENTS INCORPORATED** § | **JURY TRIAL DEMANDED** |
| § | |
| Defendant. § | |
| § | |

## NOTICE OF APPEARANCE

The following designated attorney hereby enters an appearance as additional counsel of record for Defendant Texas Instruments Incorporated, and is authorized to receive service on all pleadings, notices, orders and other papers in the above-captioned matter on behalf of Defendant.

Sarah Vollbrecht
State Bar No. 24042102
Texas Instruments Incorporated
13588 N. Central Expressway, MS 3999
Dallas, Texas 75243
Telephone: (214) 479-1290
Facsimile: (214) 479-1280
Email: s-vollbrecht@ti.com

Respectfully submitted,

By: */s/ Sarah Vollbrecht*
SARAH VOLLBRECHT
State Bar No. 24042102
s-vollbrecht@ti.com
Texas Instruments Incorporated
13588 N. Central Expressway, MS 3999
Dallas, Texas 75243
Telephone: (214) 479-1290
Facsimile: (214) 479-1280

**ATTORNEY FOR TEXAS
INSTRUMENTS INCORPORATED**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 10th day of February, 2014.  Any other counsel of record will be served by facsimile transmission and/or first class mail.

 <u>/s/ Sarah Vollbrecht</u><br>
Sarah Vollbrecht