**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>    Plaintiff,<br>v.<br><br>TEXAS INSTRUMENTS, INC.,<br><br>    Defendant. | Case No. 6:12-cv-00499-LED<br><br>**LEAD CASE** |
| BLUE SPIKE, LLC,<br><br>    Plaintiff,<br>v.<br><br>AUDIBLE MAGIC CORPORATION, *et al.*,<br><br>    Defendants. | Case No. 6:12-cv-00576-LED<br>(*Consolidated and closed with* 6:12-cv-00499-LED) |
| BLUE SPIKE, LLC,<br><br>    Plaintiff,<br>v.<br><br>ZEITERA, LLC, *et al.*,<br><br>    Defendants. | Case No. 6:12-cv-00568-LED<br>(*Consolidated and closed with* 6:12-cv-00499-LED) |
| BLUE SPIKE, LLC,<br><br>    Plaintiff,<br>v.<br><br>WIOFFER, LLC<br><br>    Defendants. | Case No. 6:12-cv-00570-LED<br>(*Consolidated and closed with* 6:12-cv-00499-LED) |

**NOTICE OF LEAD COUNSEL**

Notice is hereby given that Gabriel M. Ramsey, of Orrick Herrington & Sutcliffe, 1000 Marsh Road, Menlo Park, CA 94025; Telephone: (650) 614-7400; Facsimile: (650) 614-7401: Email: gramsey@orrick.com, shall be designated as the lead attorney for Defendants Audible Magic Corporation, Photobucket.com, Inc., Qlipso, Inc., Qlipso Media Networks Ltd., Zedge Holdings, Inc., Mediafire, LLC., Dailymotion, Inc., Dailymotion S.A., GoMiso, Inc, iMesh, Inc., Coincident.TV, Inc., Facebook, Inc., MySpace, LLC, Specific Media, LLC, Yap.tv, Inc., Metacafe, Inc., Boodabee Technologies Inc., Harmonix Music Systems, Inc., Brightcove, Inc., Accedo Broadband AB, Accedo Broadband NA, Inc., Soundcloud, Inc., Soundcloud Ltd., Related Content Database, Inc. *doing business as* Watchwith, WiOffer, LLC, and Myxer, Inc. in the above-styled and numbered cause.

Dated:  February 11, 2014          Respectfully submitted,

By: */s/ Gabriel M. Ramsey*
Gabriel M. Ramsey
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA 94025
(650) 614-7400
(650) 614-7401 FAX
gramesy@orrick.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2014, I electronically filed the foregoing filing with the Clerk of Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Gabriel M. Ramsey*
Gabriel M. Ramsey