# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
| *Plaintiff*, | § § § | |
| v. | § § | Case No. 6:12-cv-00499-MHS |
| TEXAS INSTRUMENTS, INC. ET AL., | § § | Lead Case |
| *Defendants*. | § § § § | |

## ORDER

Defendant Ensequence, Inc. ("Ensequence") filed its Motion to Stay Discovery ("Motion") on February 11, 2014.  The Court finds that the Motion should be and is hereby **GRANTED**.

It is therefore **ORDERED** that discovery as to Ensequence is stayed until this Court issues its decision on Blue Spike, LLC's Motion for Reconsideration of this Court's Order granting Ensequence's Motion to Dismiss and denying Blue Spike LLC's Motion for Jurisdictional Discovery (Dkt. No. 1028).

**SO ORDERED** this ___ day of February, 2014.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE