IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC,<br>*Plaintiff*,<br>v.<br>TEXAS INSTRUMENTS, INC.<br>*Defendant*.<br>_____<br><br>BLUE SPIKE, LLC,<br>*Plaintiff*,<br>v.<br>IMAGEWARE SYSTEMS, INC.,<br>*Defendant*. | §§§§§§§§§§§§§§§§§§§ | Lead Case No. 6:12-cv-499-LED<br><br>(LEAD CASE)<br><br>JURY TRIAL DEMANDED<br><br><br><br>Civil Action No. 6:12-CV-688-LED<br><br>(EXCEPT FOR VENUE, CONSOLIDATED WITH 6:12-CV-499)<br><br>JURY TRIAL DEMANDED |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STAY ALL PROCEEDINGS PENDING RESOLUTION OF ALL PENDING MOTIONS TO TRANFER VENUE**

Having read and considered the motion by the 52 moving defendants, namely, (1) ImageWare Systems, Inc. ("ImageWare"), (2) Audible Magic, Corp., (3) Facebook, Inc., (4) Myspace LLC, (5) Specific Media LLC, (6) Photobucket.com, Inc., (7) DailyMotion, Inc., (8) DailyMotion S.A., (9) SoundCloud, Inc., (10) SoundCloud Ltd., (11) Myxer, Inc., (12) Qlipso, Inc., (13) Qlipso Media Networks, Ltd., (14) Yap.tv, Inc., (15) GoMiso, Inc., (16) iMesh, Inc., (17) Metacafe, Inc., (18) Boodabee Technologies, Inc., (19) Zedge Holdings, Inc., (20) Brightcove Inc., (21) Coincident.TV, Inc., (22) Accedo Broadband North America, Inc., (23) Accedo Broadband AB, (24) MediaFire, LLC, (25) WiOffer LLC, (26) Harmonix Music

1

Systems, Inc., (27) Related Content Database, Inc. d/b/a/ Watchwith, (28) Clear Channel Broadcasting, Inc., (29) Cognitec Systems GmbH and (30) Cognetic Systems Corp., (31) Soundmouse, (32) Animetrics, Inc., (33) TuneCore, Inc., (34) Vercury, Inc., (35) Civolution B.V., (36) Civolution USA, Inc., (37) Airborne Biometrics Group, Inc., (38) MorphoTrust USA, Inc., (39) MorphoTrak, Inc., (40) L-1 Identity Solutions, Inc., (41) Safran USA, Inc., (42) Kronos Incorporation, (43) Vobile, Inc., (44) Precise Biometrics, Inc., (45) Precise Biometrics AB, (46) ACTV8, Inc., (47) AOptix Technologies, Inc., (48) SoundHound, Inc., (49) Infinisource, Inc., (50) Qqest Software Solutions, Inc., (51) Zeitera, LLC, and (52) Entropic Communications, Inc. (collectively, the "Moving Defendants") to stay this entire consolidated action and all proceedings as to all defendants pending resolution by the Court of the 19 pending transfer motions seeking transfer of their respective actions variously to the Southern District of California (Dkt. No. 540), the District of New Jersey (Dkt. No. 588), the District of Massachusetts (Dkt. Nos. 610, 625), the Southern District of New York (Dkt. Nos. 648 & 1148), the Central District of California (Dkt. Nos. 611, 115, 1149), the Southern District of Florida (Dkt. No. 625), and the Northern District of California (Dkt. Nos. 678, 771, 834, 836, 905, 916, 960, 1412, 1155 & 1157), Plaintiff Blue Spike LLC's opposition, and good cause appearing therefor:

    IT IS HEREBY ORDERED that the motion is GRANTED. This entire consolidated action and all proceedings are hereby stayed pending resolution by the Court of all pending transfer motions.

It is SO ORDERED.

SIGNED this ___th day of _____, 2014.

                                             MICHAEL H. SCHNEIDER
                                             UNITED STATES DISTRICT COURT JUDGE