IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> TEXAS INSTRUMENTS, INC., <br><br> Defendant. | Civil Action No. 6:12-CV-499-MHS <br><br> LEAD CASE <br><br> Jury Trial Demanded |
| BLUE SPIKE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ADOBE SYSTEMS INC., <br><br> Defendant. | Civil Action No. 6:12-CV-564-MHS <br><br> CONSOLIDATED CASE <br><br> Jury Trial Demanded |

**DEFENDANT ADOBE SYSTEMS INCORPORATED'S JOINDER IN THE DEFENDANTS' MOTION TO STAY ALL PROCEEDINGS PENDING RESOLUTION OF ALL PENDING MOTIONS TO TRANSFER VENUE [DKT.1244]**

Defendant Adobe Systems Inc. ("Adobe") hereby joins in Defendants' Motion to Stay All Proceedings Pending Resolution of All Pending Motions to Transfer Venue [Dkt. 1244].

Adobe hereby incorporates the arguments and relief requested therein.

1

Dated: February 13, 2014     Respectfully submitted,

/s/ *Deron R. Dacus*
Deron R. Dacus
Bar No. 00790553
The Dacus Firm, PC
821 ESE Loop 323, Suite 430
Tyler, TX 75701
(903) 705-1117

Jeffrey M. Fisher (CA SBN 155284)
jfisher@fbm.com
Eugene Y. Mar (CA SBN 227071)
emar@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

ATTORNEYS FOR DEFENDANT
ADOBE SYSTEMS INC.

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 13th day of February, 2014, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3). Any other counsel of record will be served by a facsimile transmission and/or first class mail.

/s/ *Deron R. Dacus*
Deron R. Dacus