# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC, | : |
| Plaintiff, | : C.A. No. 6:12-cv-499  (LEAD) |
| v. | : |
| | : C.A. No. 6:13-cv-88 |
| | : (CONSOLIDATED) |
| IRIS ID SYSTEMS, INC., | : |
| | : **JURY TRIAL DEMANDED** |
| Defendant. | : |

## DEFENDANT IRIS ID SYSTEMS INC.'S NOTICE OF JOINDER IN DEFENDANTS' MOTION TO STAY ALL PROCEEDINGS PENDING RESOLUTION OF ALL PENDING MOTIONS TO TRANSFER VENUE

Defendant IRIS ID SYSTEMS, INC. respectfully joins in Defendants' Motion to Stay all Proceedings Pending Resolution of All Pending Motions to Transfer Venue (*Dkt. 1244 filed in Lead Case No. 6:12-CV-499*).  To avoid burdening the Court with duplicative materials, IRIS ID SYSTEMS, INC. adopts all statements and arguments articulated by said Defendants in their Motion to Stay.

For the foregoing reasons, IRIS ID SYSTEMS, INC. respectfully joins in Defendants' Motion to Stay (*Dkt. 1244*).

Dated: February 13, 2014　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Harry L. Gillam, Jr.*
　　　　　　　　　　　　　　　　　　　　Harry L. Gillam, Jr.
　　　　　　　　　　　　　　　　　　　　GILLAM & SMITH, LLP
　　　　　　　　　　　　　　　　　　　　303 South Washington Avenue
　　　　　　　　　　　　　　　　　　　　Marshall, Texas 75670
　　　　　　　　　　　　　　　　　　　　Telephone: (903) 934-8450
　　　　　　　　　　　　　　　　　　　　Facsimile: (903) 934-9257
　　　　　　　　　　　　　　　　　　　　gil@gillamsmithlaw.com

　　　　　　　　　　　　　　　　　　　　Of Counsel
　　　　　　　　　　　　　　　　　　　　FINNEGAN, HENDERSON, FARABOW,
　　　　　　　　　　　　　　　　　　　　　GARRETT & DUNNER, LLP
　　　　　　　　　　　　　　　　　　　　Andy Sonu (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Rajeev Gupta (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Cecilia Sanabria (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　901 New York Avenue, NW
　　　　　　　　　　　　　　　　　　　　Washington, DC 20001-4413
　　　　　　　　　　　　　　　　　　　　Telephone: 202.408.4365
　　　　　　　　　　　　　　　　　　　　Facsimile: 202.408.4400
　　　　　　　　　　　　　　　　　　　　andy.sonu@finnegan.com
　　　　　　　　　　　　　　　　　　　　raj.gupta@finnegan.com
　　　　　　　　　　　　　　　　　　　　cecilia.sanabria@finnegan.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Iris ID Systems, Inc.*

## CERTIFICATE OF SERVICE

　　　I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on the February 13, 2014, on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

　　　　　　　　　　　　　　　　　　　　*/s/ Harry L. Gillam, Jr.*
　　　　　　　　　　　　　　　　　　　　Harry L. Gillam, Jr.