IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § | |
| | § | Civil Action No. 6:12-cv-499-MHS |
| | § | **(Lead case for Consolidation Issues)** |
| v. | § | Jury Trial Demanded |
| | § | |
| Texas Instruments, Inc., | § | |

## NOTICE OF APPEARANCE AS COUNSEL

Defendants Entropic Communications, Inc., Shazam Entertainment Ltd., Imageware Systems, Inc., and Ensequence, Inc. file this Notice of Appearance as Counsel and hereby notify the Court that Allen F. Gardner of the law firm Potter Minton, P.C., 110 N. College Ave., Suite 500, Tyler, Texas 75702 is appearing as counsel for Defendants Entropic Communications, Inc., Shazam Entertainment Ltd., Imageware Systems, Inc., and Ensequence, Inc. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated: February 13, 2014

                                                        Respectfully submitted,

                                                        By: */s/ Allen F. Gardner*
                                                        Allen F. Gardner
                                                        State Bar No. 24043679
                                                        allengardner@potterminton.com
                                                        POTTER MINTON
                                                        A Professional Corporation
                                                        110 N. College, Suite 500
                                                        Tyler, Texas  75702
                                                        903 597 8311
                                                        903 593 0846 (Facsimile)

                                                        **ATTORNEYS FOR DEFENDANTS ENTROPIC COMMUNICATIONS, INC., SHAZAM ENTERTAINMENT LTD., IMAGEWARE SYSTEMS, INC., AND ENSEQUENCE, INC.**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on February 13, 2014. Any other counsel of record will be served by First Class U.S. mail on this same date.

*/s/ Allen F. Gardner*