# Exhibit 1

Case 6:12-cv-00499-RWS-CMC   Document 1251-1   Filed 02/13/14   Page 2 of 2 PageID #: 14990

# Google brings scan and match to US music store, undercuts Apple and Amazon on pricing

By Chris Welch on December 18, 2012 01:01 pm  ✉ Email

DON'T MISS STORIES  FOLLOW THE VERGE  8+  f Like  161  ▼ Follow  279K followers



👍 94
f Like
120
🐦 Tweet
172
🔖 +1
1
in Share

The days of laboriously uploading your music to a locker in the cloud are over. After launching the feature in Europe last month, Google is today bringing scan and match functionality to its US-based digital music store. Much like Apple and Amazon, Google has secured the necessary agreements with record labels that permit it to analyze your music library and match it against the company's own digital catalog — which grew even more comprehensive with the addition of Warner Music Group in October. Beginning today, users who store their songs in the cloud will no longer have to endure lengthy upload times; you'll realize the feature is active when tracks "upload" instantaneously.

Google plans to go back and enable matching for existing users (by replacing previously-uploaded files) in the coming weeks. That could either be good or bad depending on the bitrate of your music library. Matched tracks from Google Play seemed to fluctuate in quality when we took a deep look at the service last month. Like Amazon and Apple, Google will no longer offer the option of manually uploading your personal music files as it did before; that only occurs if it can't find a match for a particular track.

> **MATCH YOUR LIBRARY AGAINST GOOGLE'S**

> **WILL FREE CLOUD STORAGE PULL MUSIC BUYERS AWAY FROM APPLE AND AMAZON?**

But most importantly, Google continues to best Apple and Amazon in pricing. So long as your library is less than 20,000 tracks, matching is completely free, just as it is in Europe. Amazon Cloud Player subscribers need to pay $24.99 annually once they've gone over 250 tracks, though doing so allows them to store a generous 250,000 songs in the cloud. For the same price, Apple's iTunes Match grants you storage for up to 25,000 tunes. So it may seem like an easy decision to go with Google if you no longer want to worry about backing up and maintaining a digital music library. Of course, that's assuming you haven't already made the full transition to Spotify, Rdio, or other subscription services.

RELATED ITEMS  GOOGLE | MUSIC | MATCHING | GOOGLE PLAY | SCAN AND MATCH | 25000



### THE LATEST HEADLINES

 Asus, Dell, HP, and Lenovo will embed motion-tracking cameras into laptops next year

 AT&T expands LTE empire with $1.9 billion spectrum purchase from Verizon

 Valve will let you share Steam games with friends and family on up to 10 computers

 Google introduces new Chromebooks running Intel's Haswell processors for better battery life, performance

 Watch this: Slow-motion footage of a queen bee mating with a drone in mid-air

### LATEST MEDIA

 Intel Bay Trail slide deck
about 3 hours ago

 Intel Bay Trail tablet reference designs
about 3 hours ago

 Detours: Google Fiber and Kansas City's grassroots broadband revolution
about 4 hours ago

 Gigabyte Brix II hands-on pictures
about 12 hours ago

 Motorola Moto X factory in Texas
about 15 hours ago