# Exhibit 2



# Google's music matching reportedly replacing explicit songs with clean versions

By Chris Welch on December 24, 2012 01:10 pm  ✉ Email

DON'T MISS STORIES *FOLLOW THE VERGE*   8+   Like 161   Follow 279K followers





👍 33

Like

143

Tweet

102

g+ +1

3

in Share

Some users of Google Music's new scan-and-match functionality, recently rolled out in the US, are complaining of problems when it comes to explicit content in their library. Explicit songs are reportedly being replaced with "clean" versions sans offensive language during the matching process. Oddly enough, other people are seeing the exact opposite scenario: clean content is instead being swapped with the original, explicit source material in the cloud — a potential concern for parents. If this problem sounds familiar, that's because Apple experienced precisely the same issue soon after it debuted iTunes Match. Whether this challenge is simply inherent to music matching services or something else is at play remains unclear. We've reached out to Google for comment on the matter and will update this story if the company responds.

SOURCE   DROID LIFE
RELATED ITEMS   MATCHING   GOOGLE PLAY   CENSORED   SCAN AND MATCH   EXPLICIT
MUSIC MATCHING   GOOGLE

---

THERE ARE 86 COMMENTS.                    SHOW SPEED READING TIPS AND SETTINGS ↓

 Timan

Both iTunes and Amazon's matching does the same exact thing. :( oh well, least I won't have a potty mouth

Posted on Dec 24, 2012 | 1:11 PM

 mondeca

Son of a bee-sting.

Posted on Dec 24, 2012 | 1:22 PM

  Danrarbc

Yippee Ki-Yay, Mr. Falcon

## LATEST HEADLINES

 Asus, Dell, HP, and Lenovo will embed motion-tracking cameras into laptops next year

 AT&T expands LTE empire with $1.9 billion spectrum purchase from Verizon

 Valve will let you share Steam games with friends and family on up to 10 computers

 Google introduces new Chromebooks running Intel's Haswell processors for better battery life, performance

 Watch this: Slow-motion footage of a queen bee mating with a drone in mid-air

## LATEST MEDIA

 Intel Bay Trail slide deck
about 3 hours ago

 Intel Bay Trail tablet reference designs
about 3 hours ago

 Detours: Google Fiber and Kansas City's grassroots broadband revolution
about 4 hours ago

 Gigabyte Brix II hands-on pictures
about 12 hours ago