# Exhibit 4



# Sound Search for Google Play

Google Inc. - June 19, 2013
Music & Audio

Install    Add to Wishlist

This app is compatible with your device.

★★★★☆ (5,667)
Top Developer

    

# Description

The Google Play Sound Search widget can help you recognize music and songs playing around you. You can:
-Identify songs, directly from your homescreen
-Purchase identified songs straight from Google Play, and add them to your Play Music library
-Keep a song identification history, synced across all of your Android devices, so you can purchase a song later
-Add the widget directly to your lockscreen, so you can recognize songs even faster (for devices running Android 4.2)

After you've installed the Google Play Sound Search widget, go to the widget picker and drag the Sound Search widget onto your homescreen. Click on the widget to start recognizing.

# Reviews





**Works great** Its helped me find plenty of great songs but it needs a bigger database so it could recognize songs
Nathan Melville ★★★☆☆



**Accurate and quick** Great widget, but some customization options like resizing the widget to the size of an
Automatic Scotty ★★★★★



**Definitely on the right track** I can confirm that the app recognises not just English songs but also regional
Vishnu Babykumar ★★★★★



**Nice.** Would be great if it worked with All Access! I am a subscriber of Google Music - All Access. Would be
Nathaniel Newman ★★★☆☆