# Exhibit 5

ANDROID   APPS & SOFTWARE

31 COMMENTS

# Google Glass can now name the song you're listening to

By Nathan Olivarez-Giles on September 9, 2013 07:23 pm   ✉ Email   🐦 @nateog

DON'T MISS STORIES  FOLLOW THE VERGE   8+   Like 161   Follow 279K followe





Nexus 7. The world's highest resolution 7" tablet.
Buy now
from $229

THE LATEST  HEADLINES


Asus, Dell, HP, and Lenovo will embed motion-tracking cameras into laptops next year

👍 107
Like

163
Tweet

129
g+1

7
Share

Google rolled out its monthly Glass update today, adding four new features to the experimental hardware: sound search, photo vignettes, and some integration with both YouTube and Google Apps. Sound search is essentially a voice-controlled version of the song-identifying Google Play widget found on Android. If you're wearing Glass and hear a song you like, just long press on the touchpad then swipe forward to launch sound search. You can also long press on the touchpad and then say, "OK Glass, what song is this?" to activate the feature.

Vignettes on Glass allows you to superimpose a small image of the app you're currently using on top of photos you take, giving viewers insight into what you were doing at the time the photo was taken. The update also adds YouTube videos to search results — and yes, if you want to, you can watch any of these YouTube clips on Glass' diminutive display.

**GLASS TAPS INTO GOOGLE APPS FOR THE FIRST TIME**

Lastly, the September update allows Glass users to connect the device to Google Apps accounts — good for corporate users who don't want to tie the device to a personal email address. The Glass team warns that Google Apps compatibility is still in the early stages and won't be bug-free, but basic features like email should be working.

VIA   SLASHGEAR
SOURCE   GOOGLE GLASS (GOOGLE+)
RELATED ITEMS   GOOGLE   GLASS   YOUTUBE   SEARCH   GOOGLE APPS   VOICE COMMANDS
SEARCH RESULTS   GOOGLE GLASS   SOUND SEARCH   PHOTO VIGNETTES   GLASS


AT&T expands LTE empire with $1.9 billion spectrum purchase from Verizon


Valve will let you share Steam games with friends and family on up to 10 computers


Google introduces new Chromebooks running Intel's Haswell processors for better battery life, performance


Watch this: Slow-motion footage of a queen bee mating with a drone in mid-air

LATEST MEDIA


Intel Bay Trail slide deck
about 2 hours ago


Intel Bay Trail tablet reference designs