# Exhibit 6



# Find my Face

Find my face makes finding pictures and videos of you easy and more social. Find my face offers name tag suggestions so you, or people you know, can quickly tag photos. Any time someone tags you in a photo or video, you'll be able to accept or reject name tags created by people you know.

## How it works

After you turn on Find my Face, Google+ uses the photos or videos you're tagged in to create a model of your face. The model updates as tags of you are added or removed, and you can delete the entire face model at any time by turning off Find my Face.

If you turn on Find my Face, we can use your face model to make it easier to find photos or videos of you. For example, we'll show a suggestion to tag you when you or someone you know looks at a photo or video that matches your face model. Name tag suggestions by themselves do not change the sharing setting of photos or albums or videos. However, when someone approves the suggestion to add a name tag, the photo and relevant album or video are shared with the person tagged.

Google's use of your data is in accordance with the Google+ privacy policy.

## Turn Find my Face on or off

By default, Find my Face is turned off. To change the setting:

1. Place your cursor in the top left corner for the Google+ main menu.
2. Click **Settings**.
3. Under the **Photos** check the box next to **Find my face in photos and videos and prompt people I know to tag me**.

## If you turn off Find my Face

- Your face model is deleted.
- People you know will no longer be prompted to tag you.
- Any name tags added are not deleted. If you'd like to delete name tags of you, do so in **Photos of you**.