# Exhibit 7



> Help

New to YouTube? Get started with the basics in this guide.

# How Content ID works

Copyright holders use Content ID to easily identify and manage their content on YouTube. Videos uploaded to YouTube are scanned against a database of files that have been submitted to us by content owners. When Content ID identifies a match between your video and a file in this database, it applies the policy chosen by the content owner. Content owners may choose the following policies:

**Monetize:** If ads that you did not enable appear on or before your video, the content owner has applied a Monetize policy.

**Block:** If the content owner has chosen a Block policy, your video will either not be viewable on YouTube, or its audio will be muted. The owner may choose to allow content within your video to play in some countries while blocking it in others. While you may not be able to see your video, or hear its audio, people in other regions may still be able to view and interact with it as usual. You will still be able to view, moderate, and respond to comments on the video from the Comments page in My Messages.

**Track:** If the content owner has chosen a Track policy, your video will be unaffected. However, its viewership statistics will appear in the content owner's YouTube Analytics account.

Please keep in mind that any of these policies can be country-specific. A video may be monetized in one country, and blocked or tracked in another.

**How to check your Content ID matches**

You can view all of your Content ID matches in the Copyright Notices section of your account. If your video has been blocked worldwide, your account standing will be negatively affected and you may lose access to certain features.

If you believe the Content ID match to your video is correct, you may simply acknowledge it and move on. However, if you believe the system has misidentified your video, you may dispute the match.

If music in your video was claimed and you see a button to **Remove Music**, you can erase the song from your video.

If your video has been claimed by "one or more music publishing rights collecting societies," you may want to learn more about collective rights management.

**Who can use Content ID?**

YouTube only grants Content ID to content owners who meet specific criteria. To be approved, content owners must own exclusive rights to a substantial body of original material that is frequently uploaded by the YouTube user community.

YouTube also sets explicit guidelines on how to use Content ID. We monitor Content ID use and disputes on an ongoing basis to ensure these guidelines are followed. Content owners who repeatedly make erroneous claims can have their Content ID access disabled and their partnership with YouTube terminated.

If you are a content owner and believe your content meets the criteria, you may apply for Content ID.

How helpful is this article:

Not at all helpful

Not very helpful

Somewhat helpful

Very helpful

Extremely helpful

g+1   92

©2014 Google

Privacy Policy

Terms of Service

English