# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>　　*Plaintiff*,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC.<br><br>　　*Defendant*. | Lead Case No. 6:12-cv-499-LED<br><br>(LEAD CASE)<br>JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC,<br><br>　　*Plaintiff*,<br><br>v.<br><br>SHAZAM ENTERTAINMENT LTD.,<br><br>　　*Defendant*. | Civil Action No. 6:12-CV-500-LED<br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE AS COUNSEL

Defendant Shazam Entertainment Ltd. files this Notice of Appearance as Counsel and hereby notifies the Court that Joshua R. Furman of the law firm Gibson, Dunn & Crutcher LLP, 200 Park Avenue, New York, NY 10166-0193 is appearing as counsel for Defendant Shazam Entertainment Ltd. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated: February 14, 2014

Respectfully submitted,

*/s/ Joshua R. Furman*
Joshua R. Furman (NY Bar No. 4612255)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel: 212-351-2461
Fax: 212-351-5261
jfurman@gibsondunn.com

**ATTORNEYS FOR DEFENDANT
SHAZAM ENTERTAINMENT LTD.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on February 14, 2014.

<em>/s/ Joshua R. Furman</em>