# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, <br>     *Plaintiff*, <br> v. <br> TEXAS INSTRUMENTS, INC. <br>     *Defendant*. | § § § § § § § § § | Lead Case No. 6:12-cv-499-LED <br><br> (LEAD CASE) <br> JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC, <br>     *Plaintiff*, <br> v. <br> SHAZAM ENTERTAINMENT LTD., <br>     *Defendant*. | § § § § § § § § § | Civil Action No. 6:12-CV-500-LED <br><br> JURY TRIAL DEMANDED |

### NOTICE OF NON-OPPOSITION REGARDING DEFENDANTS' MOTION TO STAY ALL PROCEEDINGS [DKT. #1244]

Defendant Shazam Entertainment Ltd., by and through its undersigned counsel, hereby notifies the Court that it is not opposed to relief sought in Defendants' Motion to Stay All Proceedings Pending Resolution of All Pending Motions to Transfer Venue filed in this action and appearing on the docket as #1244.

Date: February 14, 2014

Respectfully submitted,

/s/   Joshua R. Furman

Josh A. Krevitt
(NY Bar No. 2568228)
Benjamin Hershkowitz
(NY Bar No. 2600559)
R. Scott Roe
(NY Bar No. 4480224)
Joshua R. Furman
(NY Bar No. 4612255)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue

New York, NY 10166  
Ph. 212.351.4000  
Fax: 212.351.6210  
jkrevitt@gibsondunn.com  
bhershkowitz@gibsondunn.com  
jfurman@gibsondunn.com  
sroe@gibsondunn.com  

Michael E. Jones  
SBN: 10929400  
mikejones@potterminton.com  
Allen F. Gardner  
SBN: 24043679  
allengardner@potterminton.com  
Daniel A. Noteware, Jr.  
SBN: 24051123  
dannynoteware@potterminton.com  
POTTER MINTON, PC  
110 North College, Suite 500  
Tyler, Texas 75702  
Tel: 903-597-8311  
Fax: 903-593-0846  

*Counsel for Defendant*  
*Shazam Entertainment Limited*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on February 14, 2014.

*/s/ Joshua R. Furman*