IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC.,<br><br>    Defendant. | § § § § § § § § § § § § §<br><br>Civil Action No.: 6:12-cv-00499-LED<br><br>JURY TRIAL DEMANDED |

### DEFENDANTS' NON-OPPOSITION TO DOCKET NO. 1244 MOTION TO STAY ALL PROCEEDINGS PENDING RESOLUTION OF ALL PENDING MOTIONS TO TRANSFER VENUE

Defendants BMAT Licensing, S.L., M2SYS, LLC, Iritech, Inc., Futronic Technology Co., Ltd., NEUROtechnology, and Fulcrum Biometrics, LLC (collectively "Defendants"), hereby state that they do not oppose the pending Motion to Stay All Proceedings Pending Resolution of All Pending Motions to Transfer Venue, Dkt. No. 1244.

Dated: February 14, 2014

By:

          */s/ Eric H. Findlay*
          Eric H. Findlay (Texas Bar No. 00789886)
          Walter W. Lackey, Jr. (Texas Bar No. 24050901)
          FINDLAY CRAFT, P.C.
          6760 Old Jacksonville Hwy, Suite 101
          Tyler, TX 75703
          Telephone: (903) 534-1100
          Facsimile: (903) 534-1137
          efindlay@findlaycraft.com
          wlackey@findlaycraft.com

          Attorneys for Defendants

2

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served electronically on opposing counsel pursuant to Local Rule CV-5(a)(3) on February 14, 2014.

*/s/ Eric H. Findlay*
Eric H. Findlay