**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:12-cv-499 LED |
| | § | |
| **TEXAS INSTRUMENTS, INC.,** | § | |
| Defendant. | § | |
| | § | |

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** | § | |
| Plaintiff, | § | |
| | § | Case No. 6:13-cv-106 MHS |
| v. | § | [Consolidated with |
| | § | Case No. 6:12-cv-499 LED] |
| **AXXONSOFT US, INC. and** | § | |
| **AXXONSOFT LTD.,** | § | |
| Defendants. | § | |

## AXXONSOFT US, INC. AND AXXONSOFT LTD.'S JOINDER IN THE DEFENDANTS' MOTION TO STAY ALL PROCEEDINGS PENDING RESOLUTION OF ALL PENDING MOTIONS TO TRANSFER VENUE (DKT. 1244)

Defendants AxxonSoft US Inc. and AxxonSoft Ltd. hereby join in Defendants' motion to

stay all proceedings pending resolution of all pending motions to transfer venue (D.I. 1244).

Dated: February 17, 2014                    Respectfully submitted,

                                            By:  */s/ Erik B. Milch*
                                                 COOLEY LLP
                                                 Erik B. Milch
                                                 emilch@cooley.com
                                                 One Freedom Square
                                                 Reston Town Center
                                                 11951 Freedom Drive
                                                 Reston, Virginia 20190-5656
                                                 Tel:  703 456-8000
                                                 Fax:  703 456-8100

                                            *Attorneys for Defendants AxxonSoft US, Inc. and*
                                            *AxxonSoft Ltd.*

1

### CERTIFICATE OF SERVICE

I, Erik B. Milch, do hereby certify that on this 17th day of February 2014, I caused a true and correct copy of the foregoing **JOINDER** to be electronically filed with Clerk of the Court using CM/ECF which will send notification to all registered attorneys of record.

*/s/ Erik B. Milch*