IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> TEXAS INSTRUMENTS, INC., <br><br> *Defendant*. | Civil Action No. 6:12-CV-00499-MHS <br> (Lead Case) <br><br> JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> BIOMETRIKA, SRL and FULCRUM BIOMETRICS, LLC, <br><br> *Defendants*. | Civil Action No. 6:13-CV-00045-MHS <br> (Consolidated Case) <br><br> JURY TRIAL DEMANDED |

## REQUEST FOR TERMINATION OF ELECTRONIC NOTICES

Now comes Ryan A. Kurtz of the Law Firm of Miller & Martin PLLC, and pursuant to Local Rule CV-11(f) requests that the Clerk of this Court remove his name from the list of persons authorized to receive electronic notices in this case.

Date: February 18, 2014                                                      Respectfully submitted,


/s/ Ryan A. Kurtz
MILLER & MARTIN PLLC
Ryan A. Kurtz (pro hac vice)
1170 Peachtree Street, N.E., Suite 800
Atlanta, GA 30309-7706
(404) 962-6100/(404) 962-6300 (fax)
rkurtz@millermartin.com

1

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this 18th day of February, 2014, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3). Any other counsel of record will be served by a facsimile transmission and/or first class mail.

/s/ Ryan A. Kurtz