IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> TEXAS INSTRUMENTS, INC., | Case No. 6:12-CV-00499 MHS <br> (Lead Case) |

**DEFENDANTS' NON-OPPOSITION TO MOTION TO STAY ALL PROCEEDINGS PENDING RESOLUTION OF ALL PENDING MOTIONS TO TRANSFER VENUE [Dkt. No. 1244]**

Defendants Technicolor USA, Inc. and Technicolor S.A. (collectively "Defendants"), hereby state they do not oppose the pending Motion to Stay All Proceedings Pending Resolution of All Pending Motions to Transfer Venue, Dkt. No. 1244.

Dated: February 18, 2014

Respectfully submitted,

 /s/ R. Trevor Carter
R. Trevor Carter
**FAEGRE BAKER DANIELS LLP**
300 North Meridian St., Suite 2700
Indianapolis, IN  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
Email:  trevor.carter@faegrebd.com

Wesley Hill
**WARD & SMITH LAW FIRM**
1127 Judson Rd., Suite 220
Longview, TX  75601
Telephone:  (903) 757-6400
Facsimile:  (903) 212-3937
Email:  wh@wsfirm.com

*Counsel for Defendants,*
*Technicolor USA, Inc. and Technicolor S.A.*

dms.us.53669692.01

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on February 18, 2014. As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

     */s/ R. Trevor Carter*