## IN THE UNITED SATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>TEXAS INSTRUMENTS, INC. et al.,<br><br>　　　　Defendants. | Civil Action No. 6:12-cv-00499 (MHS) |

**GOOGLE INC.'S NOTICE OF NON-OPPOSITION TO DEFENDANTS' MOTION TO STAY ALL PROCEEDINGS PENDING RESOLUTION OF ALL TRANSFER MOTIONS (DKT. # 1244)**

　　Defendant Google Inc. ("Google") hereby submits this statement of non-opposition to the relief sought in Defendants' Motion To Stay All Proceedings Pending Resolution of All Pending Motions to Transfer Venue, filed February 11, 2014.  (*See* Dkt. # 1244.)

Dated:  February 18, 2014

Respectfully submitted,

*/s/ Lance Lee*_____
Lance Lee
Texas Bar No. 24004762
Attorney at Law
5511 Plaza Drive
Texarkana, TX 75503
Email: wlancelee@aol.com
Tel: 903-223-0276
Fax: 903-223-0210

Michael A. Berta
michael.berta@aporter.com
ARNOLD & PORTER LLP
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Tel: 415-471-3100

Fax: 415-471-3400

Wallace Wu
wallace.wu@aporter.com
Nicholas Lee
nicholas.lee@aporter.com
ARNOLD & PORTER LLP
777 S. Figueroa Street, 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4000
Fax: 213-243-4199

*ATTORNEYS FOR DEFENDANT
GOOGLE INC.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 18, 2014, a true and correct copy of the foregoing was served to the parties counsel of record via electronic mail pursuant to Local Rule CV-5(d).

*/s/ Lance Lee*_____