# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| Blue Spike, LLC, <br>     *Plaintiff*, <br> v. <br> Texas Instruments, Inc., et al., <br>     *Defendants*. | CASE NO. 6:12-cv-499 MHS <br> LEAD CASE <br> Jury Trial Demanded |
| Blue Spike, LLC, <br>     *Plaintiff*, <br> v. <br> TuneSat, LLC, <br>     *Defendant*. | CASE NO. 6:12-CV-533 MHS <br> CONSOLIDATED CASE <br> Jury Trial Demanded |

**ORDER OF DISMISSAL WITH PREJUDICE OF TUNESAT, LLC**

Pursuant to Fed. R. Civ. P. 41(a), recognizing the Agreed Motion to Dismiss filed by Plaintiff Blue Spike, LLC and Defendant TuneSat, LLC pursuant to a settlement of the above-captioned litigation between the parties, it is ordered as follows:

**ORDERED** that the claims asserted herein by Plaintiff Blue Spike, LLC against Defendant TuneSat, LLC be, and hereby are, dismissed with prejudice.

**ORDERED** that the counterclaims and defenses asserted herein by Defendant TuneSat, LLC against Plaintiff Blue Spike, LLC be, and hereby are, dismissed without prejudice; and

**ORDERED** that the parties shall bear their own attorney's fees, expenses and costs.