IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC., <br><br>  Plaintiff, <br><br> v. <br><br> TEXAS INSTRUMENTS, INC., <br><br>  Defendant. | Civil Action No.  6:12-cv-499 <br><br> (LEAD CASE) |
| BLUE SPIKE, LLC., <br><br>  Plaintiff, <br><br> v. <br><br> IRDETO USA, INC. and IRDETO B.V., <br><br>  Defendants. | Civil Action No.  6:12-cv-567 <br><br> (CONSOLIDATED WITH Civil Case No. 6:12-cv-499) <br><br> JURY TRIAL DEMANDED |

**DEFENDANTS IRDETO USA, INC. AND IRDETO B.V.'S NON-OPPOSITION TO DOCKET NO. 1244 MOTION TO STAY ALL PROCEEDINGS PENDING RESOLUTION OF ALL PENDING MOTIONS TO TRANSFER VENUE**

Defendants Irdeto USA, Inc. and Irdeto B.V. (collectively "Irdeto") hereby state that they do not oppose the pending Motion to Stay All Proceedings Pending Resolution of All Pending Motions to Transfer Venue, Dkt. No. 1244.

Dated: February 18, 2014

                **DLA PIPER LLP (US)**

By: /s/ Andrew P. Valentine
Andrew P. Valentine (Pro Hac Vice)
**DLA PIPER LLP (US)**
2000 University Ave.
East Palo Alto, CA 94303
Telephone: 650.833.2000
Facsimile: 650.833.2001
andrew.valentine@dlapiper.com

John Guaragna
401 Congress Avenue, Suite 2500
Austin, TX 78701-3799
Telephone: 512.457.7125
Facsimile: 512.721.2325
john.guaragna@dlapiper.com

Attorneys for Defendants
*Irdeto USA, Inc. and Irdeto B.V.*

## CERTIFICATE OF SERVICE

The undersign hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on February 18, 2014.

                /s/ Andrew P. Valentine
                  Andrew P. Valentine