IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
| | § | C.A. NO. 6:12-cv-539-LED |
| Plaintiff, | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| VOBILE, INC., | § | |
| | § | ORAL HEARING REQUESTED |
| Defendant | § | |

## ORDER GRANTING VOBILE, INC.'S MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE

On this day came for consideration Defendant Vobile, Inc.'s ("Vobile") Motion to Dismiss Plaintiff Blue Spike, LLC's ("Blue Spike") Complaint in the above-captioned proceeding for lack of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2) and improper venue pursuant to Fed. R. Civ. P. 12(b)(3). Having considered Vobile's motion and supporting papers, the Court is of the opinion that said motion should be GRANTED.

IT IS HEREBY ORDERED that the Complaint is hereby dismissed on the ground that Vobile does not have the requisite "minimum contacts" within the State of Texas or the Eastern District of Texas to permit this Court to exercise personal jurisdiction over Vobile. Fed. R. Civ. P. 12(b)(2). The Eastern District of Texas is also therefore an improper venue for the claims which are the subject of the Complaint. Fed. R. Civ. P. 12(b)(3); 28 U.S.C. § 1400(b); 28 U.S.C. § 1391(c).

**IT IS SO ORDERED.**