IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** § § § § § § § § § § § § | | Civil Action No.: 6:12-cv-00499-LED |
| Plaintiff, | | |
| v. | | JURY TRIAL DEMANDED |
| **TEXAS INSTRUMENTS, INC.,** | | |
| Defendant. | | |

**JOINT MOTION FOR EXTENSION OF TIME TO SUBMIT JOINT DISCOVERY/CASE MANAGEMENT PLAN**

NOW COME, Plaintiff Blue Spike, LLC and Defendants BMAT Licensing, S.L., M2SYS, LLC, Iritech, Inc., Futronic Technology Co., Ltd., NEUROtechnology, and Fulcrum Biometrics, LLC, Audible Magic Corporation, Photobucket.com, Inc., Qlipso, Inc., Qlipso Media Networks Ltd., Zedge Holdings, Inc., Mediafire, LLC., Dailymotion, Inc., Dailymotion S.A., GoMiso, Inc, iMesh, Inc., Coincident.TV, Inc., Facebook, Inc., MySpace, LLC, Specific Media, LLC, Yap.tv, Inc., Metacafe, Inc., Boodabee Technologies Inc., Harmonix Music Systems, Inc., Brightcove, Inc., Accedo Broadband AB, Accedo Broadband NA, Inc., Soundcloud, Inc., Soundcloud Ltd., Related Content Database, Inc. doing business as Watchwith, WiOffer, LLC, and Myxer, Inc., Attributor Corporation, Viggle, Inc., (collectively "Defendants") in the above captioned action and move the Court to extend the time within which the parties are required to submit a Joint Discovery/Case Management Plan.[1]

I.

---

[1] This Motion is filed on behalf of all remaining parties in this case.

Pursuant to the Court's January 22, 2014 Order (Dkt. No. 1138), the parties' deadline to submit their proposed Joint Discovery/Case Management Plan is February 19, 2014. The parties respectfully request that this deadline be extended to and including February 21, 2014, to provide the parties with additional time to negotiate the various discovery limitations and deadlines.

II.

The parties seek this extension of time not for delay but for good cause so that justice may be served.

WHEREFORE, Plaintiff and Defendants respectfully request that the time within which the parties are required to submit their proposed Joint Discovery/Case Management Plan be extended to and including February 21, 2014.

Dated: February 19, 2014   Respectfully submitted,

*/s/ Eric H. Findlay*
Eric H. Findlay (Texas Bar No. 00789886)
Walter W. Lackey, Jr. (Texas Bar No. 24050901)
FINDLAY CRAFT, P.C.
6760 Old Jacksonville Hwy, Suite 101
Tyler, TX 75703
Telephone: (903) 534-1100
Facsimile: (903) 534-1137
efindlay@findlaycraft.com
wlackey@findlaycraft.com

Attorneys for Defendants BMAT Licensing, S.L., M2SYS, LLC, Iritech, Inc., Futronic Technology Co., Ltd., NEUROtechnology, and Fulcrum Biometrics, LLC, Audible Magic Corporation, Photobucket.com, Inc., Qlipso, Inc., Qlipso Media Networks Ltd., Zedge Holdings, Inc., Mediafire, LLC., Dailymotion, Inc., Dailymotion S.A., GoMiso, Inc, iMesh, Inc., Coincident.TV, Inc., Facebook, Inc., MySpace, LLC,

Specific Media, LLC, Yap.tv, Inc., Metacafe, Inc., Boodabee Technologies Inc., Harmonix Music Systems, Inc., Brightcove, Inc., Accedo Broadband AB, Accedo Broadband NA, Inc., Soundcloud, Inc., Soundcloud Ltd., Related Content Database, Inc. doing business as Watchwith, WiOffer, LLC, and Myxer, Inc., Attributor Corporation, Viggle, Inc.

*/s/ Christopher A. Honea*
Christopher A. Honea
Texas Bar No. 24059967
chonea@ghiplaw.com
Randall T. Garteiser
Lead Attorney
Texas Bar No. 24038912
rgarteiser@ghiplaw.com
Christopher S. Johns
Texas Bar No. 24044849
cjohns@ghiplaw.com
GARTEISER HONEA, P.C.
218 North College Avenue
Tyler, Texas 75702
(903) 705-0828
(903) 526-5477 fax

Kirk J. Anderson
California Bar No. 289043
Peter S. Brasher
California Bar No. 283992
GARTEISER HONEA, P.C.
44 North San Pedro Road
San Rafael, California 94903
(415) 785-3762
(415) 785-3805 fax

*Attorneys for Plaintiff Blue Spike LLC*

**ATTORNEY FOR PLAINTIFF
BLUE SPIKE, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this **JOINT MOTION FOR EXTENSION OF TIME TO SUBMIT JOINT DISCOVERY/CASE MANAGEMENT PLAN**, *via* the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 19th day of February 2014.

>*/s/ Eric H. Findlay*
>Eric H. Findlay