IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § § § | |
| *Plaintiff*, | § § | Civil Action No. 12-CV-499-MHS |
| v. | § § | LEAD CASE |
| TEXAS INSTRUMENTS, INC., *et al.*, | § § | JURY TRIAL DEMANDED |
| *Defendants*. | § § § | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS TO TRANSFER

Plaintiff Blue Spike, LLC ("Blue Spike") respectfully moves the Court for an extension of time within which to respond to Vercury, Inc.'s (Dkt. 1142), Clear Channel Broadcasting, Inc.'s (Dkt. 1148), ACTV8, Inc.'s (Dkt. 1149), Zeitera, LLC's (Dkt. 1155), Related Content Database, Inc. d/b/a Watchwith's (Dkt. 1156), AOptix Technologies, Inc.'s (Dkt. 1157), and 3M Cogent, Inc.'s (Dkt. 1150) motions to transfer venue.

Blue Spike requests an extension of time until March 3, 2014 to respond to Defendants' Motions. Counsel for Blue Spike has conferred with counsel for Vercury, Inc., ACTV8, Inc., Clear Channel Broadcasting, Inc., Zeitera, LLC, Related Content Database, Inc. d/b/a Watchwith, AOptix Technologies, Inc., and 3M Cogent, Inc. Collectively counsel is unopposed to this request for an extension of time.

1

Respectfully submitted,

/s/ Randall T. Garteiser
Randall T. Garteiser
  Texas Bar No. 24038912
  rgarteiser@ghiplaw.com
Christopher A. Honea
  Texas Bar No. 24059967
  chonea@ghiplaw.com
Christopher S. Johns
  Texas Bar No. 24044849
  cjohns@ghiplaw.com
Kirk J. Anderson
  California Bar No. 289043
Peter S. Brasher
  California Bar No. 283992
**GARTEISER HONEA, P.C.**
218 North College Ave.
Tyler, Texas 75702
Telephone:  (903) 705-7420
Facsimile:  (888) 908-4400

***Counsel for Blue Spike LLC***

**Certificate of Service**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email.

    /s/ Randall T. Garteiser

**CERTIFICATE OF CONFERENCE**

I certify that on behalf of Blue Spike, LLC, I have met and conferred with counsel for Defendants on February 10, 12, and 13, 2014 regarding the relief requested herein. Counsel for Defendants has indicated that they are unopposed to the extension being granted. Counsel for Plaintiff reached out to counsel for Defendant 3M Cogent regarding the above requested relief on February 14, 18, and 19, 2014 via email and telephone; counsel failed to respond to the relief requested herein and therefore we believe that counsel is unopposed.

    /s/ Peter S. Brasher