IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC<br>　　*Plaintiff*,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC. ET AL.,<br><br>　　*Defendants*. | Civil Action No.: 6:12-cv-499<br>LEAD CASE |

### NOTICE OF REQUEST FOR TERMINATION OF ELECTRONIC NOTICES

Pursuant to Local Rule CV-11(f), the law firm of Reed Smith LLP hereby requests that the clerk of the Court remove Brian D. Roche and David T. Pollock from the list of persons authorized to receive electronic notices in this case.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Brian D. Roche
　　　　　　　　　　　　　　　　　　REED SMITH LLP – CHICAGO
　　　　　　　　　　　　　　　　　　Brian D. Roche
　　　　　　　　　　　　　　　　　　10 South Wacker Drive
　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　Telephone: (312) 207-1000
　　　　　　　　　　　　　　　　　　Facsimile: (312) 207-6400
　　　　　　　　　　　　　　　　　　Email: broche@reedsmith.com

　　　　　　　　　　　　　　　　　　REED SMITH LLP – SAN FRANCISCO
　　　　　　　　　　　　　　　　　　David T. Pollock
　　　　　　　　　　　　　　　　　　101 Second Street
　　　　　　　　　　　　　　　　　　Suite 1800
　　　　　　　　　　　　　　　　　　San Francisco, CA 94105
　　　　　　　　　　　　　　　　　　Telephone: (415) 543-5900
　　　　　　　　　　　　　　　　　　Facsimile: (415) 391-8269
　　　　　　　　　　　　　　　　　　Email: dpollock@reedsmith.com

　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR TUNESAT, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on this the 20th day of February, 2014.

/s/ Brian D. Roche