IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br>　　　　　Plaintiff,<br><br>vs.<br><br>TEXAS INSTRUMENTS, INC. et al.,<br>　　　　　Defendants. | Civil Action No. 6:12-CV-499<br><br>(LEAD CASE)<br><br>JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC,<br>　　　　　Plaintiff,<br><br>vs.<br><br>CBS CORP., and<br>LAST.FM LTD.,<br>　　　　　Defendants. | Civil Action No. 6:12-CV-594<br><br>(CONSOLIDATED WITH 6:12-CV-499)<br><br>JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC,<br>　　　　　Plaintiff,<br><br>vs.<br><br>CBS INTERACTIVE, INC.,<br>　　　　　Defendant. | Civil Action No. 6:13-CV-60<br><br>(CONSOLIDATED WITH 6:12-CV-499)<br><br>JURY TRIAL DEMANDED |

**DEFENDANTS CBS CORP., LAST.FM LTD., AND CBS INTERACTIVE, INC.'S NOTICE OF JOINDER AND JOINDER IN DEFENDANTS' MOTION TO STAY ALL PROCEEDINGS PENDING RESOLUTION OF ALL PENDING MOTIONS TO TRANSFER VENUE [DKT. 1244]**

Defendant CBS Interactive Inc. hereby provides notice that it joins in Defendants' Motion to Stay All Proceedings Pending Resolution of All Pending Motions to Transfer Venue. (Dkt. 1244). CBS Interactive hereby incorporates and adopts the arguments and relief requested therein. CBS Interactive has noticed its intent to join in Audible Magic Corporation's and its customers' Motion to Transfer Venue to the United States District Court for the Northern District of California Under 28 U.S.C. § 1404(a). (Dkt. 836).

Defendants Last.fm Ltd. And CBS Corporation hereby provide notice that they also join in Defendants' Motion to Stay All Proceedings Pending Resolution of All Pending Motions to Transfer Venue. (Dkt. 1244). Last.fm and CBS Corp. hereby incorporate and adopt the arguments and relief requested therein. Defendants Last.fm and CBS Corp. have filed a Motion to Dismiss the Amended Complaint. (Dkt. 520). Staying this action to resolve the pending transfer motions will conserve both judicial and party resources and provide additional time to resolve Last.fm and CBS Corp.'s motion prior to the need for extensive discovery.

February 20, 2014

Respectfully submitted,

/s/ Edward R. Reines
Edward R. Reines
Cal. Bar No. 135960 – Admitted to E.D. Texas
Lead Attorney
edward.reines@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

**Attorneys for Defendants CBS Corp., Last.fm Ltd., and CBS Interactive, Inc.**

-3-

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served electronically on opposing counsel pursuant to Local Rule CV-5(a)(3)(A) on February 20, 2014.

                                          */s/ Edward R. Reines*
                                            Edward R. Reines