IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** § | | |
| § | | |
| Plaintiff, § | | Civil Action No.: 6:12-cv-00499-LED |
| § | | |
| v. § | | **JURY TRIAL DEMANDED** |
| § | | |
| **TEXAS INSTRUMENTS, INC.,** § | | |
| § | | |
| Defendant. § | | |

## ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO SUBMIT JOINT DISCOVERY/CASE MANAGEMENT PLAN

On this day came on to be considered Plaintiff and Defendants' Joint Motion for Extension of Time to Submit Joint Discovery/Case Management Plan, and the Court being of the opinion that the motion should be GRANTED, It is therefore,

ORDERED, ADJUDGED and DECREED that the Joint Motion to Extend Time be granted and that the parties be given to and including February 21, 2014 to submit their Joint Discovery/Case Management Plan.

**It is SO ORDERED.**

SIGNED this 21st day of February, 2014.

_/s/ Michael H. Schneider_
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE