IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** | § | |
| *Plaintiff*, | § § | Civil Action No. 12-CV-499-MHS |
| v. | § § | LEAD CASE |
| **TEXAS INSTRUMENTS, INC.,** *et al.*, | § § | JURY TRIAL DEMANDED |
| *Defendants.* | § § | |

### ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS TO TRANSFER

BEFORE THE COURT is Plaintiff Blue Spike, LLC's ("Blue Spike's") Unopposed Motion for an extension of time within which to respond to Vercury, Inc.'s (Dkt. 1142), Clear Channel Broadcasting, Inc.'s (Dkt. 1148), ACTV8, Inc.'s (Dkt. 1149), Zeitera, LLC's (Dkt. 1155), Related Content Database, Inc. d/b/a Watchwith's (Dkt. 1156), AOptix Technologies, Inc.'s (Dkt. 1157), and 3M Cogent, Inc.'s (Dkt. 1150) motions to transfer venue.

IT IS ORDERED that Blue Spike's request for an extension of time to respond to Defendants' Motions is granted. Counsel for Blue Spike will have until March 3, 2014 to respond to the above listed transfer motions.

**It is SO ORDERED.**

SIGNED this 21st day of February, 2014.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE