# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § | |
| | § | Civil Action No. 6:12-cv-499-MHS |
| | § | **(Lead case for Consolidation Issues)** |
| v. | § | Jury Trial Demanded |
| | § | |
| Texas Instruments, Inc., | § | |

| | | |
|---|---|---|
| Blue Spike, LLC, | § | |
| | § | Civil Action No. 6:12-cv-568-MHS |
| v. | § | |
| | § | |
| Ensequence, Inc. | § | |

## NOTICE OF APPEARANCE AS COUNSEL

Defendant Ensequence, Inc. files this Notice of Appearance as Counsel and hereby notifies the Court that Michael E. Jones of the law firm Potter Minton, P.C., 110 N. College Ave., Suite 500, Tyler, Texas 75702 is appearing as counsel for Defendant Ensequence, Inc. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated: February 21, 2014

                Respectfully submitted,

                By: */s/ Michael E. Jones*
                Michael E. Jones
                State Bar No. 10929400
                mikejones@potterminton.com
                POTTER MINTON
                A Professional Corporation
                110 N. College, Suite 500
                Tyler, Texas  75702
                903 597 8311
                903 593 0846 (Facsimile)

                **ATTORNEYS FOR DEFENDANTS**
                **ENSEQUENCE, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on February 21, 2014.  Any other counsel of record will be served by First Class U.S. mail on this same date.

*/s/ Michael E. Jones*