UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **Blue Spike, LLC,** § | | |
| *Plaintiff,* § | | CASE NO. 6:12-cv-499 MHS |
| § | | |
| v. § | | LEAD CASE |
| § | | |
| **Texas Instruments, Inc., et al.,** § | | Jury Trial Demanded |
| *Defendants.* § | | |
| | | |
| **Blue Spike, LLC,** § | | |
| *Plaintiff,* § | | CASE NO. 6:12-cv-645 MHS |
| § | | |
| v. § | | CONSOLIDATED CASE |
| § | | |
| **Green Bit, Inc., Green Bit S.p.A., and Green Bit Americas, Inc.,** § | | Jury Trial Demanded |
| *Defendants.* § | | |

### ORDER ON VOLUNTARY DISMISSAL OF DEFENDANTS GREEN BIT, INC., GREEN BIT S.P.A., AND GREEN BIT AMERICAS, INC. WITHOUT PREJUDICE

The Court is in receipt of Plaintiff Blue Spike, LLC's Notice of Voluntary Dismissal of Defendants Green Bit, Inc., Green Bit S.p.A., and Green Bit Americas, Inc. ("Defendants") without prejudice ("Notice"). At the time of filing of the Notice, Defendants have not yet answered the Complaint, and have not yet moved for summary judgment.

It is therefore ORDERED, that the Complaint is dismissed without prejudice against Defendants Green Bit, Inc., Green Bit S.p.A., and Green Bit Americas, Inc.

**SIGNED this 21st day of February, 2014.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE