IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC., ET AL.<br><br>Defendants. | § § § § § § § § § § § § § § § | CASE NO. 6:12-CV-499 MHS<br><br>LEAD CASE |
| BLUE SPIKE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ANIMETRICS, INC.,<br><br>Defendant. | § § § § § § § § § § § § § § § | CASE NO. 6:13-CV-38-MHS<br><br>CONSOLIDATED CASE |

**ANIMETRICS, INC.'S JOINDER IN THE
JOINT DISCOVERY/CASE MANAGEMENT PLAN**

Subject to and without waiving its Motion to Dismiss (Dkt 534), Defendant Animetrics, Inc. ("Animetrics") hereby advises the Court that it joins in the Joint Discovery/Case Management Plan (Dkt 1273). Counsel for Animetrics participated in the various conference calls with Plaintiff and Defendants, but its signature block was inadvertently omitted from the Joint Discovery/Case Management Plan as submitted. Additionally, since no settlement has been reached between the parties, Animetrics proposed that the language in paragraph 12(d) on page

5150552.1

31 read as follows:  "A settlement NDA was executed, offers have been exchanged, and discussions continue towards a potential resolution."

Dated: February 25, 2014	Respectfully submitted,

By: /s/ J. Daniel Harkins
    J. Daniel Harkins
    State Bar No. 09008990
    dharkins@coxsmith.com

    COX SMITH MATTHEWS INCORPORATED
    112 E. Pecan Street, Suite 1800
    San Antonio, Texas  78205
    (210) 554-5500
    (210) 226-8395 (Fax)

    *Attorneys for Animetrics, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

February 25, 2014

/s/  J. Daniel Harkins
    J. Daniel Harkins

5150552.1