# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **BLUE SPIKE, LLC** § | |
| § | |
| **v.** § | **CIVIL ACTION NO. 6:12-cv-499** |
| § | |
| **TEXAS INSTRUMENTS, INC.** § | |

## ORDER DENYING AS MOOT

**The following motions to dismiss are DENIED as moot in view of Blue Spike's Amended pleadings and supplemental motions filed by Defendants**:

1) AOptix Technologies, Inc.'s Motion to Dismiss (Doc. No. 518) and Plaintiff's Motion for Extension of Time to Respond (Doc. No. 541);

2) Entropic Communication Inc.'s Motion to Dismiss for Indirect and Willful Patent Infringement (Doc. No. 533) and Plaintiff's Motion for Extension of Time to File Sur-Reply (Doc. No. 746);

3) ImageWare Systems, Inc.'s Motion to Dismiss (Doc. No. 539);

4) Accu-Time Systems, Inc.'s Motion to Dismiss (Doc. No. 576), Plaintiff's Motion for Extension of Time to File Sur-Reply (Doc. No. 744), and Accu-Time's Motion to Strike Plaintiff's Surreply (Doc. No. 768);

5) Amano Cincinnati Inc.'s Motion to Dismiss (Doc. No. 577), Plaintiff's Motion for Extension of Time to File Sur-Reply (Doc. No. 745), and Amano's Motion to Strike Plaintiff's Surreply (Doc. No. 769); and

6) Axxonsoft US, Inc. and Axxonsoft Ltd.'s Motion to Dismiss (Doc. No. 645) and Plaintiff's Motion for Extension of Time to File Sur-Reply (Doc. No. 775).

**Furthermore, the following motions are DENIED as moot in view of resolution of issues between the parties**:

1) Plaintiff's Motion for Discovery from Defendant TV Interactive Systems, Inc. (Doc. No. 511);

2) Animetrics, Inc.'s Motion to Dismiss Complaint for Lack of Personal Jurisdiction and Improper Venue (Doc. No. 534) and Plaintiff's Motion for Discovery (Doc. No. 787);

3) Tygart Technology, Inc.'s Motion to Dismiss or Alternatively Transfer Venue (Doc. No. 594);

4) Ingersoll-Rand Company's Motion to Dismiss (Doc. No. 601);

5) Biometrika, s.r.l.'s Motion to Dismiss (Doc. No. 629);

6) TV Interactive Systems, Inc.'s Motion to Dismiss (Doc. No. 641);

7) Smart Media Innovations, LLS and Smart Media Innovations Ltd.'s Motion to Dismiss (Doc. No. 664);

8) Agnitio Corp.'s Motion to Dismiss (Doc. No. 679) and Plaintiff's motions for extension of time to respond (Doc. No. 774, 805);

9) Plaintiff's Motion to Authorize Jurisdictional Discovery from Defendant Tygart Technology, Inc. (Doc. No. 811);

10) Plaintiff's Motion to Authorize Jurisdictional Discovery on Defendant Agnitio Corp. (Doc. No. 936); and

11) Agnitio Corp.'s Motion for Leave to File Under Seal (Doc. No. 961).

**Finally, the following motions are GRANTED in view of their unopposed nature**:

Doc Nos. 747, 776, 782, 789, 796, 799, 804, 806, 810, 897, 900, 947, and 948.

**It is SO ORDERED.**

**SIGNED this 24th day of February, 2014.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE