IN THE UNITED STATES DISCTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, <br>     Plaintiff, <br><br> v. <br><br> TEXAS INSTRUMENTS, INC., <br>     Defendant. | § § § § § § § § § | CIVIL ACTION NO. 6:12-cv-00499-MHS <br><br> (LEAD CASE) <br><br> JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC, <br>     Plaintiff, <br><br> v. <br><br> ASURE SOFTWARE, INC., <br>     Defendant. | § § § § § § § § § § § § | CIVIL ACTION NO. 6:13-cv-44 <br> *(Consolidated with 6:12-cv-00499-MHS)* <br><br> JURY TRIAL DEMANDED |

## **STIPULATION OF DISMISSAL**

Plaintiff Blue Spike, LLC, on the one hand, and Defendant Asure Software, Inc., on the other, have reached a settlement of the above-captioned matter and have agreed to dismiss the claims, counterclaims, and causes of action between them.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Blue Spike, LLC stipulates to the dismissal with prejudice of all claims and causes of action asserted in this case against Defendant Asure Software, Inc., and Defendant Asure Software, Inc. stipulates to the dismissal with prejudice of all counterclaims and defenses asserted in this case against Blue Spike, LLC. The parties shall bear their own attorneys' fees, expenses and costs.

Dated: February 26, 2014

| | |
|---|---|
| */s/ Miguel S. Rodriguez* | */s/ Christopher A. Honea (with permission)* |
| Miguel S. Rodriguez (Lead Attorney) | Randall T. Garteiser (Lead Attorney) |
| Texas Bar No. 24007938 | Texas Bar No. 24038912 |
| Email:  mrodriguez@taylordunham.com | Email:  rgarteiser@ghiplaw.com |
| **TAYLOR DUNHAM, LLP** | Christopher A. Honea |
| 301 Congress Avenue, Suite 1050 | Texas Bar No. 24059967 |
| Austin, TX 78701 | Email:  chonea@ghiplaw.com |
| (512) 473-2257 (Phone) | Christopher S. Johns |
| (512) 478-4409 (Facsimile) | Texas Bar No. 24044849 |
| | Email:  cjohns@ghiplaw.com |
| **ATTORNEY FOR DEFENDANT** | **GARTEISER HONEA, P.C.** |
| **ASURE SOFTWARE, INC.** | 218 North College Avenue |
| | Tyler, Texas 75702 |
| | (903) 705-0828 (Phone) |
| | (903) 526-5477 (Facsimile) |
| | |
| | Kirk J. Anderson |
| | California Bar No. 289043 |
| | Peter S. Brasher |
| | California Bar No. 283992 |
| | GARTEISER HONEA, P.C. |
| | 44 North San Pedro Road |
| | San Rafael, California 94903 |
| | (415) 785-3762 (Phone) |
| | (415) 785-3805 (Facsimile) |
| | |
| | **ATTORNEYS FOR PLAINTIFF BLUE SPIKE LLC** |

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system on February 26, 2014, which will send notification of such filing to all counsel of record who are deemed to have consented to electronic service.

                                                                      */s/ Miguel S. Rodriguez*
                                                                       Miguel S. Rodriguez