IN THE UNITED STATES DISCTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC,<br>    Plaintiff, | §<br>§<br>§ | CIVIL ACTION NO. 6:12-cv-00499-MHS |
| v. | § | (LEAD CASE) |
| | § | |
| TEXAS INSTRUMENTS, INC.,<br>    Defendant. | §<br>§<br>§ | JURY TRIAL DEMANDED |
| | § | |
| BLUE SPIKE, LLC,<br>    Plaintiff, | §<br>§<br>§ | CIVIL ACTION NO. 6:13-cv-44<br>*(Consolidated with 6:12-cv-00499-MHS)* |
| v. | § | JURY TRIAL DEMANDED |
| ASURE SOFTWARE, INC.,<br>    Defendant. | §<br>§<br>§ | |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), recognizing the Stipulation of Dismissal filed by Plaintiff Blue Spike, LLC and Defendant Asure Software, Inc. pursuant to a settlement of the above-captioned litigation between the parties, it is ordered as follows:

ORDERED that the claims asserted herein by Plaintiff Blue Spike, LLC against Defendant Asure Software, Inc. be, and hereby are, dismissed with prejudice;

ORDERED that the counterclaims and defenses asserted herein by Defendant Asure Software, Inc. against Plaintiff Blue Spike, LLC be, and hereby are, dismissed with prejudice; and

ORDERED that the parties shall bear their own attorneys' fees, expenses and costs.