UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC.,<br><br>        Defendants. | Civil Action No. 6:12-cv-499-MHS<br>**(Lead Case for Consolidation Issues)**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE OF COUNSEL

Defendant Facebook, Inc. hereby notifies the Court that Orion Armon of the firm Cooley LLP, 380 Interlocken Crescent, Suite 900, Broomfield, Colorado, 80021, Telephone (720) 566-4000, Fax No. (720) 566-4099, email: *oarmon@cooley.com* has entered this action as counsel to be noticed on its behalf.  In connection with this notice, Mr. Armon requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on him at the above address and contact information.  The undersigned was admitted to practice in the United States District Court for the Eastern District of Texas on October 26, 2006.

| | |
|---|---|
| Date: February 26, 2014 | Respectfully submitted,<br><br>*/s/ Orion Armon*　　　　　　　　　　<br>Orion Armon (CO Bar No. 34923)<br>**COOLEY LLP**<br>380 Interlocken Crescent, Suite 900<br>Broomfield, CO  80021<br>Tel:   (720) 566-4000<br>oarmon@cooley.com<br><br>*Attorneys for Defendant*<br>*FACEBOOK, INC.* |

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing via email, facsimile and/or U.S. First Class Mail on this 26th day of February, 2014.

/s/ *Orion Armon*
Orion Armon