IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** | § § § | |
| *Plaintiff*, | § § | Civil Action No. 12-CV-499-MHS |
| v. | § § | LEAD CASE |
| **TEXAS INSTRUMENTS, INC.,** *et al.*, | § § | JURY TRIAL DEMANDED |
| *Defendants.* | § § | |

**PLAINTIFF BLUE SPIKE, LLC'S NOTICE
OF COMPLIANCE WITH P.R. 3-1 AND 3-2**

Plaintiff Blue Spike, LLC ("Blue Spike") hereby gives Notice that on February 26, 2014, it complied with the requirements of P.R. 3-1 and P.R. 3-2, pursuant to the Local Rules and the Court's Order dated January 22, 2014.

DATED:  February 27, 2014               Respectfully submitted,

/s/ Randall T. Garteiser
Randall T. Garteiser
  Texas Bar No. 24038912
  rgarteiser@ghiplaw.com
Christopher A. Honea
  Texas Bar No. 24059967
  chonea@ghiplaw.com
Christopher S. Johns
  Texas Bar No. 24044849
  cjohns@ghiplaw.com
Kirk J. Anderson
  California Bar No. 289043
Peter S. Brasher
  California Bar No. 283992
GARTEISER HONEA, P.C.
218 North College Ave.
Tyler, Texas 75702

1

Telephone:  (903) 705-7420
Facsimile:  (888) 908-4400

***Counsel for Blue Spike, LLC***

3

## Certificate of Service

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email.

    /s/ Randall T. Garteiser