# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> TEXAS INSTRUMENTS, INC., <br><br> Defendant. | Civil Action No. 6:12-CV-499 MHS <br><br> **JURY TRIAL DEMANDED** |
| BLUE SPIKE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SMRTV, INC., <br><br> Defendant. | Civil Action No. 6:12-CV-581 MHS <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE OF DAVID LACY KUSTERS

Defendant SMRTV, Inc. files this Notice of Appearance and hereby notifies the Court that David Lacy Kusters, of the law firm Fenwick & West LLP, is appearing as counsel for SMRTV, Inc. in the above-referenced matter. David Lacy Kusters's email address, for purposes of Receipt of Notice of Electronic Filing, is as follows: dlacykusters@fenwick.com. For other purposes, contact information for counsel is set forth below. Defendant requests that David Lacy Kusters be included on the Court's and parties' service lists.

Dated: February 28, 2014          FENWICK & WEST LLP

By:   */s/ David Lacy Kusters*
     David Lacy Kusters
     dlacykusters@fenwick.com

Teresa M. Corbin, CA Bar No. 132360
(Admitted E.D. Texas)
Bryan A. Kohm, CA Bar No.233276
(Admitted E.D. Texas)
David Lacy Kusters, CA Bar No.241335
(Admitted E.D. Texas)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, California 94104
Telephone:   (415) 874-2300
Facsimile:    (415) 281-1350

Darren E. Donnelly, CA Bar No. 194335
(Admitted E.D. Texas)
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, California 94041
Telephone:   (650) 955-8500
Facsimile:    (650) 983-5200

Attorneys for Defendant
SMRTV, INC.

## **CERTIFICATE OF SERVICE**

 The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on February 28, 2014.

                */s/ David Lacy Kusters*
                David Lacy Kusters