# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF TEXAS

# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> TEXAS INSTRUMENTS, INC., <br><br> Defendant. | § § § § § § § § § § § § | Civil Action No. 6:12-CV-499 MHS <br><br><br> **JURY TRIAL DEMANDED** |
| BLUE SPIKE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> INFINISOURCE, INC. and QQEST SOFTWARE SYSTEMS, INC. <br><br> Defendants. | § § § § § § § § § § § § § | Civil Action No. 6:12-CV-127 MHS <br><br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE OF DAVID LACY KUSTERS

Defendants Infinisource, Inc. and Qqest Software Systems, Inc. file this Notice of Appearance and hereby notify the Court that David Lacy Kusters, of the law firm Fenwick & West LLP, is appearing as counsel for Infinisource, Inc. and Qqest Software Systems, Inc. in the above-referenced matter. David Lacy Kusters's email address, for purposes of Receipt of Notice of Electronic Filing, is as follows: dlacykusters@fenwick.com.

.

   For other purposes, contact information for counsel is set forth below. Defendants request that David Lacy Kusters be included on the Court's and parties' service lists.

Dated: February 28, 2014      FENWICK & WEST LLP


                 By: */s/ David Lacy Kusters*
                    David Lacy Kusters
                    dlacykusters@fenwick.com

Teresa M. Corbin, CA Bar No. 132360
(Admitted E.D. Texas)
Bryan A. Kohm, CA Bar No.233276
(Admitted E.D. Texas)
David Lacy Kusters, CA Bar No.241335
(Admitted E.D. Texas)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, California 94104
Telephone: (415) 874-2300
Facsimile: (415) 281-1350

Darren E. Donnelly, CA Bar No. 194335
(Admitted E.D. Texas)
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, California 94041
Telephone: (650) 955-8500
Facsimile: (650) 983-5200


Attorneys for Defendants
INFINISOURCE, INC. and QQEST
SOFTWARE SYSTEMS, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on February 28, 2014.

　　　　　　　　　　　　　　　　　　　　*/s/ David Lacy Kusters*
　　　　　　　　　　　　　　　　　　　　David Lacy Kusters