IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § § | |
| Plaintiff, | § § | Civil Action No. 6:12-cv-499 |
| v. | § § | Consolidated Case |
| TEXAS INSTRUMENTS, INC.. | § § § | |
| Defendant. | § | |

_____

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § § | |
| Plaintiff, | § § | Civil Action No. 6:12-cv-557 |
| v. | § § | JURY TRIAL DEMANDED |
| CIVOLUTION USA, INC. and CIVOLUTION B.V., | § § § § | |
| Defendants. | § | |

**NOTICE OF APPEARANCE BY ADDITIONAL COUNSEL FOR DEFENDANTS
CIVOLUTION USA, INC. AND CIVOLUTION, B.V.**

Defendants Civolution, USA, Inc. and Civolution B.V. ("Defendants") file this Notice of Appearance and hereby notify the Court that Quinncy N. McNeal of the law firm Mayer Brown LLP, 700 Louisiana St., Suite 3400, Houston, Texas 77002, is appearing as additional counsel for Defendants.

Dated: February 28, 2014            Respectfully submitted,

                                    */s/ Quinncy N. McNeal*_____
                                    Michael A. Molano (*pro hac vice*)
                                    Ward Johnson (*pro hac vice*)
                                    MAYER BROWN LLP
                                    3000 El Camino Real

Palo Alto, CA 94306-2112
Phone: (650) 331-2000
Fax: (650) 331-2060
Email: wjohnson@mayerbrown.com
Email: mmolano@mayerbrown.com

Kyle E. Friesen
Texas Bar No. 24061954
Quinncy N. McNeal
Texas Bar No. 24074690
MAYER BROWN LLP
700 Louisiana Street, Suite 3400
Houston, Texas 77002-2730
Phone: (713) 238-3000
Fax: (713) 238-4691
Email: kfriesen@mayerbrown.com
Email: qmcneal@mayerbrown.com

**COUNSEL FOR DEFENDANTS CIVOLUTION, USA, INC. AND CIVOLUTION B.V.**

## **CERTIFICATE OF SERVICE**

      On the 28th day of February, 2014, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Eastern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or *pro se* parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5.

                                              */s/ Quinncy N. McNeal*
                                                Quinncy N. McNeal