# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, <br><br>　　　　Plaintiff, <br><br>vs. <br><br>TEXAS INSTRUMENTS, INC. et al., <br><br>　　　　Defendants. | § § § § § § § § § § | Civil Action No. 6:12-CV-499 MHS <br><br>(LEAD CASE) <br><br>JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC, <br><br>　　　　Plaintiff, <br><br>vs. <br><br>CBS CORP., and <br>LAST.FM LTD., <br><br>　　　　Defendants. | § § § § § § § § § § § § | Civil Action No. 6:12-CV-594 <br><br>(CONSOLIDATED WITH 6:12-CV-499) <br><br>JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC, <br><br>　　　　Plaintiff, <br><br>vs. <br><br>CBS INTERACTIVE, INC., <br><br>　　　　Defendant. | § § § § § § § § § § § § | Civil Action No. 6:13-CV-60 <br><br>(CONSOLIDATED WITH 6:12-CV-499) <br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE OF COUNSEL

**PLEASE TAKE NOTICE THAT** Byron Beebe of the law firm of Weil, Gotshal & Manges LLP, 201 Redwood Shores Parkway, Redwood Shores, CA 94065, will appear as counsel of record for Defendants CBS Corp., Last.fm Ltd., and CBS Interactive, Inc. The undersigned requests service of all pleadings, discovery, correspondence, notices, and calendars affecting this action.

Dated:  February 28, 2014         Respectfully submitted,

                                                      By: */s/ Byron Beebe*
                                                           Byron Beebe
                                                           WEIL, GOTSHAL & MANGES LLP
                                                           201 Redwood Shores Parkway
                                                           Redwood Shores, CA 94065
                                                           Telephone:   650-802-3000
                                                           Fascimile:    650-802-3100
                                                           *Byron.beebe@Weil.com*

                                                     ATTORNEYS FOR DEFENDANTS
                                                     **CBS CORP., LAST.FM LTD. AND CBS INTERACTIVE, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 28, 2014, a true and correct copy of this document was filed and served on all counsel of record through the Eastern District of Texas CM/ECF system per Local Rule CV-5(a)(3).

/s/ *Byron Beebe*
Byron Beebe