IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Blue Spike, LLC,<br><br>　　　*Plaintiff*,<br><br>v.<br><br>Texas Instruments, Inc., et al.,<br><br>　　　*Defendants*. | CASE NO. 6:12-cv-499 MHS<br><br>LEAD CASE<br><br>Jury Trial Demanded |
| Blue Spike, LLC,<br><br>　　　*Plaintiff*,<br><br>v.<br><br>Audible Magic Corporation, et al<br><br>　　　*Defendant*. | CASE NO. 6:12-CV-576 MHS<br><br>CONSOLIDATED CASE<br><br>Jury Trial Demanded |

**AGREED MOTION TO DISMISS TUNECORE, INC.**

　　Plaintiff Blue Spike, LLC, on the one hand, and defendant TuneCore, Inc. on the other, have agreed to dismiss the claims, defenses, and causes of action between them.

　　Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Blue Spike, LLC stipulates to the dismissal without prejudice of all claims and causes of action asserted in this case against defendant TuneCore, Inc. and defendant stipulates to the dismissal without prejudice of all defenses asserted in this case against Blue Spike, LLC. The parties shall bear their own attorneys' fees, expenses and costs, except that if in the future Blue Spike files a new case against TuneCore for claims that

were asserted in this case, TuneCore reserves the right to seek, in the new case, recovery from Blue Spike of the attorneys' fees, expenses, and/or costs TuneCore has incurred in this case.


By: __/s/ Randall T. Garteiser__
Randall T. Garteiser
  Lead Attorney
  Texas Bar No. 24038912
  rgarteiser@ghiplaw.com
Christopher A. Honea
  Texas Bar No. 24059967
  chonea@ghiplaw.com
Christopher S. Johns
  Texas Bar No. 24044849
  cjohns@ghiplaw.com
GARTEISER HONEA, P.C.
218 North College Avenue
Tyler, Texas 75702
(903) 705-0828
(903) 526-5477 fax

Kirk J. Anderson
  California Bar No. 289043
Peter S. Brasher
  California Bar No. 283992
GARTEISER HONEA, P.C.
44 North San Pedro Road
San Rafael, California 94903
(415) 785-3762
(415) 785-3805 fax

***ATTORNEYS FOR BLUE SPIKE, LLC***

By: __/s/ Susan Roeder__
Susan Roeder
California Bar No. 160897
sroeder@omm.com
Kenneth L. Nissly
California Bar No. 77589
knissly@omm.com
Susan van Keulen
California Bar No. 136060
svankeulen@omm.com
O'MELVENY & MYERS LLP
2765 Sand Hill Road Menlo Park,
California 94025
Telephone: (650) 473-2600
Facsimile: (650) 473-2601

Melissa R. Smith
Lead Attorney
Texas Bar No. 24001351
melissa@gillamsmithlaw.com
GILLAM & SMITH
303 S. Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

*Counsel for Defendant TuneCore, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email.

    /s/ Randall T. Garteiser

## CERTIFICATE OF CONFERENCE

I certify that on behalf of Blue Spike, LLC, I have met and conferred with counsel for Defendant on February 28, 2014 regarding the relief requested herein. Counsel for Defendant has agreed to this motion.

    /s/ Christopher A. Honea