# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC,<br>　　*Plaintiff,*<br>v.<br>Texas Instruments, Inc., et al.,<br>　　*Defendants.* | § § § § § § § § | CASE NO. 6:12-cv-499 MHS<br>LEAD CASE<br>Jury Trial Demanded |
| Blue Spike, LLC,<br>　　*Plaintiff,*<br>v.<br>Audible Magic Corporation, et al<br>　　*Defendant.* | § § § § § § § § | CASE NO. 6:12-CV-576 MHS<br>CONSOLIDATED CASE<br>Jury Trial Demanded |

**ORDER OF DISMISSAL WITHOUT PREJUDICE OF TUNECORE, INC.**

Pursuant to Fed. R. Civ. P. 41(a), recognizing the Agreed Motion to Dismiss filed by plaintiff Blue Spike, LLC and defendant TuneCore, Inc., it is ordered as follows:

**ORDERED** that the claims asserted herein by plaintiff Blue Spike, LLC against defendant TuneCore, Inc. be, and hereby are, dismissed without prejudice;

**ORDERED** that the defenses asserted herein by defendant TuneCore, Inc. against plaintiff Blue Spike, LLC be, and hereby are, dismissed without prejudice; and

**ORDERED** that the parties shall bear their own attorneys' fees, expenses and costs, subject to the condition that if in the future Blue Spike files a new case against TuneCore for claims that were asserted in this case, TuneCore has reserved the right to seek, in the new case, recovery from Blue Spike of the attorneys' fees, expenses, and/or costs TuneCore has incurred in this case.