UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § | |
| Plaintiff, | § | Case No. 12-cv-499 MHS |
| v. | § | Consolidated Case |
| Texas Instruments, Inc. et al., | § | Jury Trial Demanded |
| Defendants. | § | |

**ORDER DENYING DEFENDANT ENSEQUENCE INC.'S MOTION TO STAY DISCOVERY**

On this day came for consideration Defendants' Motion to Stay Discovery pending resolution of Plaintiff Blue Spike, LLC's Motion to Reconsider. Dkt. No. 1243. Having considered Defendant's motion and supporting papers, and Blue Spike's opposition and supporting papers, the Court is of the opinion that said motion should be DENIED.

IT IS ORDERED that Defendant's Motion to Stay Discovery is hereby denied on the grounds that the Defendant has failed to demonstrate the need for a stay. Defendant's requested relief would prejudice the Plaintiff's interest and would undermine the Court's interest in efficient resolution of this matter.

IT IS SO ORDERED.