UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § § § | |
| *Plaintiff*, | § § | Case No. 12-cv-499 MHS |
| v. | § § | Consolidated Case |
| Texas Instruments, Inc. et al., | § § | Jury Trial Demanded |
| *Defendants*. | § § § § | |

Declaration of Peter Brasher in Support of Blue Spike, LLC's Opposition to Defendants' Motion to Stay [Dkt. No. 1244]

I, Peter Stuart Brasher, declare as follows:

1. I am an associate at the law firm Garteiser Honea, P.C. located in its Tyler, Texas office, 218 N. College Ave., Tyler, Texas 75707.

2. I am counsel of record for Plaintiff Blue Spike, LLC.

3. I participated in several conference calls with Defendants regarding the joint case management schedule and discovery order.

4. On February 21, 2014 at approximately 2:45 pm CST, counsel for AOptix Technologies, Inc. projected that the transfer motions would all be resolved in approximately six months.

5. In several calls from February 13, 2014 to February 21, 2014, some defendants stated that they wished the case to move forward and proceed to the merits. Texas Instruments in particular recited that it wanted to move forward as soon as possible.

6. Blue Spike, LLC is currently drafting responses to several transfer motions and is waiting for Last.fm to provide its final supplemental responses on Blue Spike's jurisdictional discovery requests.

I declare, on February 27, 2014, in Smith County, State of Texas and under penalty of perjury under the laws of the United States, that the statements made in this declaration are true and correct.

<u>/s/Peter Brasher</u>
Peter S. Brasher