UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § § § | |
| *Plaintiff*, | § § | Case No. 12-cv-499 MHS |
| v. | § § | Consolidated Case |
| Texas Instruments, Inc. et al., | § § | Jury Trial Demanded |
| *Defendants*. | § § § | |

**ORDER DENYING DEFENDANTS' MOTION TO STAY ALL PROCEEDINGS**

On this day came for consideration Defendants' Motion to Stay All Proceedings pending resolution of 19 motions to transfer (Dkt. No. 1244). Having considered Defendants' motion and supporting papers, and Blue Spike's opposition and supporting papers, the Court is of the opinion that said motion should be DENIED.

IT IS ORDERED that Defendants' Motion to Stay All Proceedings is hereby on the grounds that the Defendants have failed to demonstrate the need for a stay. Defendants' requested relief would prejudice the Plaintiff's interest and would undermine the Court's interest in efficient resolution of this matter.

IT IS SO ORDERED.