IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC., <br><br> Plaintiff, <br> v. <br><br> TEXAS INSTRUMENTS, INC., <br><br> Defendant. | C.A. No. 6:12-cv-499-MHS <br> (Lead Case) |
| BLUE SPIKE, LLC., <br><br> Plaintiff, <br> v. <br><br> IRDETO USA, INC., and IRDETO B.V., <br><br> Defendants. | C.A. No. 6:12-cv-567-MHS <br> (Member Case) <br><br> JURY TRIAL DEMANDED |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the following attorney hereby enters her appearance in this matter as counsel of record for Defendants Irdeto USA, Inc., and Irdeto B.V. (collectively "Irdeto"), and consents to electronic service of papers in this action.

Dated: March 1, 2014

Respectfully submitted,

*/s/ Dawn M. Jenkins*
Dawn M. Jenkins
State Bar No. 24074484
**DLA PIPER LLP**
1000 Louisiana Street, Suite 2800
Houston, TX 77002-5005
Telephone: (713) 425-8454
Facsimile: (713) 300.6054
dawn.jenkins@dlapiper.com

**ATTORNEYS FOR DEFENDANTS
IRDETO USA, INC., and IRDETO B.V.**

WEST\247005263.1

## CERTIFICATE OF SERVICE

I certify that the foregoing document was filed electronically on March 3, 2014, pursuant to Local Rule CV-5(a) and has been served on all counsel who have consented to electronic service. Any other counsel of record will be served by first class U.S. mail on this same date.

*/s/ Dawn M. Jenkins*
Dawn M. Jenkins