UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC., ET AL.<br><br>  Defendants. | C.A. NO. 6:12-cv-00499-MHS<br><br>CONSOLIDATED CASE |

**NOTICE OF APPEARANCE OF ANDREA M. HOUSTON**
**ON BEHALF OF DEFENDANT 3M COGENT, INC.**

PLEASE TAKE NOTICE that Andrea M. Houston hereby enters an appearance in this action as counsel for Defendant 3M Cogent, Inc., and may receive pleadings, discovery, correspondence and other materials as follows:

Andrea M. Houston
Vinson & Elkins, LLP
2801 Via Fortuna, Suite 100
Austin, Texas 78746
Telephone: (512) 542-8400
Email: ahouston@velaw.com

Dated:   March 3, 2014

Respectfully submitted,

By: */s/ Andrea M. Houston*
   Andrea M. Houston (TX State Bar No. 102981)
   VINSON & ELKINS, LLP
   2810 Via Fortuna, Suite 100
   Austin, TX 78746
   Telephone: (512) 542-8400
   Facsimile:  (512) 542-8612
   ahouston@velaw.com

>Robert F. Kramer (CA State Bar No. 181706)
>*Lead Attorney*
>SNR DENTON US LLP
>1530 Page Mill Road, Suite 200
>Palo Alto, CA 94304
>Telephone: (650) 798-0356
>Facsimile:  (650) 798-0310
>robert.kramer@snrdenton.com
>
>*Counsel for Defendant* 3M Cogent, Inc.

## CERTIFICATE OF SERVICE

The undersigned certifies that, on March 3, 2014 the foregoing **NOTICE OF APPEARANCE OF ANDREA M. HOUSTON ON BEHALF OF DEFENDANT 3M COGENT, INC.** was filed through the Eastern District of Texas' CM/ECF system, and was served by that system, under Federal Rule of Civil Procedure 5(b)(2)(E), on all counsel of record by electronic mail.

>By:   */s/ Andrea M. Houston*
>          Andrea M. Houston

US 2295044v.1