# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| Blue Spike, LLC,<br>　　*Plaintiff*,<br>v.<br>Texas Instruments, Inc., et al.,<br>　　*Defendants*. | CASE NO. 6:12-cv-499 MHS<br><br>LEAD CASE<br><br>Jury Trial Demanded |
| Blue Spike, LLC,<br>　　*Plaintiff*,<br>v.<br>Vercury, Inc.,<br>　　*Defendant*. | CASE NO. 6:12-CV-534 MHS<br><br>CONSOLIDATED CASE<br><br>Jury Trial Demanded |

**ORDER OF DISMISSAL WITHOUT PREJUDICE OF VERCURY, INC.**

Pursuant to Fed. R. Civ. P. 41(a), recognizing the Agreed Motion to Dismiss filed by Plaintiff Blue Spike, LLC and Defendant Vercury, Inc. pursuant to a settlement of the above-captioned litigation between the parties, it is ordered as follows:

**ORDERED** that the claims asserted herein by Plaintiff Blue Spike, LLC against Defendant Vercury, Inc. be, and hereby are, dismissed without prejudice.

**ORDERED** that the counterclaims and defenses asserted herein by Defendant Vercury, Inc. against Plaintiff Blue Spike, LLC be, and hereby are, dismissed without prejudice; and

**ORDERED** that the parties shall bear their own attorney's fees, expenses and costs.