# Exhibit 3

# TEXAS SECRETARY of STATE
# NANDITA BERRY

UCC | Business Organizations | Trademarks | Notary | Account | Help/Fees | Briefcase | Logout

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 801066121 | **Entity Type:** | Domestic For-Profit Corporation |
| **Original Date of Filing:** | December 22, 2008 | **Entity Status:** | In existence |
| **Formation Date:** | June 20, 2002 | | |
| **Tax ID:** | 10206195660 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | Clear Channel Management Services, Inc. | | |
| **Address:** | 200 EAST BASSE ROAD SAN ANTONIO, TX 78209-8328 USA | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| Last Update | Name | Title | Address |
|---|---|---|---|
| January 6, 2014 | RICHARD J BRESSLER | PRESIDENT | 200 EAST BASSE ROAD SAN ANTONIO, TX 78209-8328 USA |
| January 6, 2014 | RICHARD J BRESSLER | CHIEF FINANCIAL OFFICER | 200 EAST BASSE ROAD SAN ANTONIO, TX 78209-8328 USA |
| January 6, 2014 | ROBERT H WALLS Jr | EXECUTIVE VICE PRESIDENT | 200 EAST BASSE ROAD SAN ANTONIO, TX 78209-8328 USA |
| January 6, 2014 | ROBERT H WALLS Jr | GENERAL COUNSEL | 200 EAST BASSE ROAD SAN ANTONIO, TX 78209-8328 USA |
| January 6, 2014 | ROBERT H WALLS Jr | SECRETARY | 200 EAST BASSE ROAD SAN ANTONIO, TX 78209-8328 USA |
| January 6, 2014 | ROBERT H WALLS Jr | DIRECTOR | 200 EAST BASSE ROAD SAN ANTONIO, TX 78209-8328 USA |
| January 6, 2014 | BRIAN D COLEMAN | SVP | 200 EAST BASSE ROAD SAN ANTONIO, TX 78209-8328 USA |
| January 6, 2014 | BRIAN D COLEMAN | TREASURER | 200 EAST BASSE ROAD SAN ANTONIO, TX 78209-8328 USA |
| January 6, 2014 | SCOTT T BICK | SVP | 200 EAST BASSE ROAD SAN ANTONIO, TX 78209-8328 USA |
| January 6, 2014 | SCOTT T BICK | CORPORATE TAX | 200 EAST BASSE ROAD SAN ANTONIO, TX 78209-8328 USA |
| January 6, 2014 | HAMLET T NEWSOM Jr | VICE PRESIDENT | 200 EAST BASSE ROAD SAN ANTONIO, TX 78209-8328 USA |
| January 6, 2014 | HAMLET T NEWSOM Jr | ASSOCIATE GEN. COUNSEL | 200 EAST BASSE ROAD SAN ANTONIO, TX 78209-8328 USA |
| January 6, 2014 | HAMLET T NEWSOM Jr | ASSISTANT SECRETARY | 200 EAST BASSE ROAD SAN ANTONIO, TX 78209-8328 USA |

[Order]  [Return to Search]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.