UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Blue Spike, LLC, § § § § § § § § § § § § §<br><br>Plaintiff,<br><br>v.<br><br>Texas Instruments, Inc. et al.,<br><br>Defendants. | Case No. 12-cv-499 MHS<br><br>Consolidated Case<br><br>Jury Trial Demanded |

**ORDER DENYING DEFENDANT AOPTIX TECHNOLOGIES INC.'S MOTION TO TRANSFER VENUE [DKT. NO. 1157]**

On this day came for consideration AOptix Technologies, Inc.'s ("Defendant's") Motion to Transfer Plaintiff Blue Spike, LLC's Complaint in the above-captioned proceeding pursuant to 28 U.S.C. § 1404(a). Having considered both Defendant's motion and supporting papers and Blue Spike, LLC's opposition and supporting papers, the Court is of the opinion that said motion should be DENIED.

IT IS HEREBY ORDERED that Defendant's Motion to Transfer is hereby denied on the grounds that the Northern District of California is not clearly more convenient than the Eastern District of Texas.

IT IS SO ORDERED.