# Exhibit 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **BLUE SPIKE, LLC** <br><br> v. <br><br> **TEXAS INSTRUMENTS, INC.** | § § § § § § § § | **CASE NO. 6:12-cv-499** |
| **BLUE SPIKE, LLC** <br><br> v. <br><br> **SHAZAM ENTERTAINMENT LTD.** | § § § § § § § § | **CASE NO. 6:12-cv-500** |
| **BLUE SPIKE, LLC** <br><br> v. <br><br> **IPHARRO MEDIA, INC., et al.** | § § § § § § § § § | **CASE NO. 6:12-cv-502** |
| **BLUE SPIKE, LLC** <br><br> v. <br><br> **VIGGLE, INC.** | § § § § § § § § | **CASE NO. 6:12-cv-526** |
| **BLUE SPIKE, LLC** <br><br> v. <br><br> **FREE STREAM MEDIA CORP.** | § § § § § § § § | **CASE NO. 6:12-cv-527** |

| | | |
|---|---|---|
| BLUE SPIKE, LLC<br><br>v.<br><br>THE ECHO NEST CORP. | §<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 6:12-cv-528 |
| BLUE SPIKE, LLC<br><br>v.<br><br>PEER MEDIA TECHNOLOGIES, INC. | §<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 6:12-cv-529 |
| BLUE SPIKE, LLC<br><br>v.<br><br>TUNESAT, LLC | §<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 6:12-cv-533 |
| BLUE SPIKE, LLC<br><br>v.<br><br>VERCURY, INC. | §<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 6:12-cv-534 |
| BLUE SPIKE, LLC<br><br>v.<br><br>SOUNDHOUND, INC. | §<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 6:12-cv-537 |

| | | |
|---|---|---|
| **BLUE SPIKE, LLC** <br><br> v. <br><br> **VOBILE, INC.** | § § § § § § § | **CASE NO. 6:12-cv-539** |

---

| | | |
|---|---|---|
| **BLUE SPIKE, LLC** <br><br> v. <br><br> **ATTRIBUTOR CORP.** | § § § § § § § | **CASE NO. 6:12-cv-540** |

---

| | | |
|---|---|---|
| **BLUE SPIKE, LLC** <br><br> v. <br><br> **CIVOLUTION USA, INC., et al.** | § § § § § § § | **CASE NO. 6:12-cv-557** |

---

| | | |
|---|---|---|
| **BLUE SPIKE, LLC** <br><br> v. <br><br> **GOOGLE INC.** | § § § § § § § | **CASE NO. 6:12-cv-558** |

---

| | | |
|---|---|---|
| **BLUE SPIKE, LLC** <br><br> v. <br><br> **ADOBE SYSTEMS, INC.** | § § § § § § § | **CASE NO. 6:12-cv-564** |

---

| | | |
|---|---|---|
| **BLUE SPIKE, LLC** <br><br> v. <br><br> **UMAMI CO.** | § § § § § § § | **CASE NO. 6:12-cv-565** |

---

| | | |
|---|---|---|
| **BLUE SPIKE, LLC** <br><br> v. <br><br> **IRDETO USA INC., et al.** | § § § § § § § | **CASE NO. 6:12-cv-567** |

---

| | | |
|---|---|---|
| **BLUE SPIKE, LLC** <br><br> v. <br><br> **ZEITERA, LLC, et al.** | § § § § § § § | **CASE NO. 6:12-cv-568** |

---

| | | |
|---|---|---|
| **BLUE SPIKE, LLC** <br><br> v. <br><br> **WIOFFER, LLC** | § § § § § § § | **CASE NO. 6:12-cv-570** |

---

| | | |
|---|---|---|
| **BLUE SPIKE, LLC** <br><br> v. <br><br> **TECHNICOLOR USA, INC., et al.** | § § § § § § § | **CASE NO. 6:12-cv-572** |

---

| BLUE SPIKE, LLC | § § § | |
| --- | --- | --- |
| v. | § § | **CASE NO. 6:12-cv-576** |
| AUDIBLE MAGIC CORP., et al. | § § § § | |

---

| BLUE SPIKE, LLC | § § § | |
| --- | --- | --- |
| v. | § § | **CASE NO. 6:12-cv-577** |
| ROVI CORP., et al. | § § § § | |

---

| BLUE SPIKE, LLC | § § § | |
| --- | --- | --- |
| v. | § § | **CASE NO. 6:12-cv-580** |
| YOUWEB, LLC, et al. | § § § § | |

---

| BLUE SPIKE, LLC | § § § | |
| --- | --- | --- |
| v. | § § | **CASE NO. 6:12-cv-581** |
| SMRTV, INC. | § § § § | |

---

| BLUE SPIKE, LLC | § § § | |
| --- | --- | --- |
| v. | § § | **CASE NO. 6:12-cv-582** |
| ACTV8, INC. | § § § § | |

---

| BLUE SPIKE, LLC | § | |
|---|---|---|
| | § | |
| v. | § | |
| | § | CASE NO. 6:12-cv-586 |
| BROADCAST MUSIC, INC., et al. | § | |
| | § | |
| | § | |

---

| BLUE SPIKE, LLC | § | |
|---|---|---|
| | § | |
| v. | § | |
| | § | CASE NO. 6:12-cv-587 |
| THE NIELSEN COMPANY (US) LLC | § | |
| | § | |
| | § | |

---

| BLUE SPIKE, LLC | § | |
|---|---|---|
| | § | |
| v. | § | |
| | § | CASE NO. 6:12-cv-594 |
| CBS INTERACTIVE, INC., et al. | § | |
| | § | |
| | § | |

---

| BLUE SPIKE, LLC | § | |
|---|---|---|
| | § | |
| v. | § | |
| | § | CASE NO. 6:12-cv-595 |
| CLEAR CHANNEL BROADCASTING, INC. | § | |
| | § | |
| | § | |

---

| BLUE SPIKE, LLC | § | |
|---|---|---|
| | § | |
| v. | § | |
| | § | CASE NO. 6:12-cv-598 |
| SOUNDMOUSE LTD. | § | |
| | § | |
| | § | |

---

| | | |
|---|---|---|
| **BLUE SPIKE, LLC** <br><br> v. <br><br> **SECUGEN CORPORATION** | § § § § § § § | **CASE NO. 6:12-cv-607** |

| | | |
|---|---|---|
| **BLUE SPIKE, LLC** <br><br> v. <br><br> **ZKTECO, INC., et al.** | § § § § § § § | **CASE NO. 6:12-cv-608** |

| | | |
|---|---|---|
| **BLUE SPIKE, LLC** <br><br> v. <br><br> **FULCRUM BIOMETRICS, LLC, et al.** | § § § § § § § | **CASE NO. 6:12-cv-610** |

| | | |
|---|---|---|
| **BLUE SPIKE, LLC** <br><br> v. <br><br> **FUJITSU AMERICA, INC., et al.** | § § § § § § § | **CASE NO. 6:12-cv-616** |

| | | |
|---|---|---|
| **BLUE SPIKE, LLC** <br><br> v. <br><br> **GREEN BIT, INC., et al/** | § § § § § § § | **CASE NO. 6:12-cv-645** |

| | | |
|---|---|---|
| **BLUE SPIKE, LLC** <br><br> v. <br><br> **TVTAK USA, INC., et al.** | § § § § § § § | **CASE NO. 6:12-cv-646** |
| **BLUE SPIKE, LLC** <br><br> v. <br><br> **INNOVATRICS S.R.O., et al.** | § § § § § § § | **CASE NO. 6:12-cv-647** |
| **BLUE SPIKE, LLC** <br><br> v. <br><br> **BIOLINK SOLUTIONS LTD., et al.** | § § § § § § § | **CASE NO. 6:12-cv-648** |
| **BLUE SPIKE, LLC** <br><br> v. <br><br> **L-1 IDENTITY SOLUTIONS, INC., et al.** | § § § § § § § | **CASE NO. 6:12-cv-680** |
| **BLUE SPIKE, LLC** <br><br> v. <br><br> **LUMIDIGM, INC.** | § § § § § § § | **CASE NO. 6:12-cv-681** |

| | | |
|---|---|---|
| **BLUE SPIKE, LLC** <br><br> **v.** <br><br> **BMAT LICENSING, S.L.** | § § § § § § § | **CASE NO. 6:12-cv-682** |
| **BLUE SPIKE, LLC** <br><br> **v.** <br><br> **TV INTERACTIVE SYSTEMS, INC.** | § § § § § § § | **CASE NO. 6:12-cv-684** |
| **BLUE SPIKE, LLC** <br><br> **v.** <br><br> **3M COGENT, INC.** | § § § § § § § | **CASE NO. 6:12-cv-685** |
| **BLUE SPIKE, LLC** <br><br> **v.** <br><br> **ANTHEUS TECHNOLOGY, INC.** | § § § § § § § | **CASE NO. 6:12-cv-686** |
| **BLUE SPIKE, LLC** <br><br> **v.** <br><br> **AWARE, INC.** | § § § § § § § | **CASE NO. 6:12-cv-687** |

| | | |
|---|---|---|
| **BLUE SPIKE, LLC** <br><br> **v.** <br><br> **IMAGEWARE SYSTEMS, INC.** | § <br> § <br> § <br> § <br> § <br> § <br> § | **CASE NO. 6:12-cv-688** |

---

| | | |
|---|---|---|
| **BLUE SPIKE, LLC** <br><br> **v.** <br><br> **PRECISE BIOMETRICS, INC., et al.** | § <br> § <br> § <br> § <br> § <br> § <br> § | **CASE NO. 6:12-cv-694** |

---

| | | |
|---|---|---|
| **BLUE SPIKE, LLC** <br><br> **v.** <br><br> **DIGITALPERSONA CORP.** | § <br> § <br> § <br> § <br> § <br> § <br> § | **CASE NO. 6:12-cv-759** |

---

| | | |
|---|---|---|
| **BLUE SPIKE, LLC** <br><br> **v.** <br><br> **ACCU-TIME SYSETMS, INC.** | § <br> § <br> § <br> § <br> § <br> § <br> § | **CASE NO. 6:13-cv-37** |

---

| | | |
|---|---|---|
| **BLUE SPIKE, LLC** <br><br> **v.** <br><br> **ANIMETRICS, INC.** | § <br> § <br> § <br> § <br> § <br> § <br> § | **CASE NO. 6:13-cv-38** |

---

| BLUE SPIKE, LLC | § § § | |
|---|---|---|
| v. | § § | CASE NO. 6:13-cv-39 |
| ANVIZ GLOBAL, INC. | § § § | |

---

| BLUE SPIKE, LLC | § § § | |
|---|---|---|
| v. | § § | CASE NO. 6:13-cv-40 |
| AOPTIX TECHNOLOGIES, INC. | § § § | |

---

| BLUE SPIKE, LLC | § § § | |
|---|---|---|
| v. | § § | CASE NO. 6:13-cv-44 |
| ASURE SOFTWARE, INC. | § § § | |

---

| BLUE SPIKE, LLC | § § § | |
|---|---|---|
| v. | § § | CASE NO. 6:13-cv-45 |
| BIOMETRIKA, S.R.L., et al. | § § § | |

---

| BLUE SPIKE, LLC | § § § | |
|---|---|---|
| v. | § § | CASE NO. 6:13-cv-47 |
| DAON, INC. | § § § | |

---

| | | |
|---|---|---|
| BLUE SPIKE, LLC<br><br>v.<br><br>DERMALOG IDENTIFICATION SYSTEMS, GMBH, et al. | §<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 6:13-cv-53 |
| BLUE SPIKE, LLC<br><br>v.<br><br>FUTRONIC TECHNOLOGY CO., LTD., et al. | §<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 6:13-cv-54 |
| BLUE SPIKE, LLC<br><br>v.<br><br>IRITECH, INC. | §<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 6:13-cv-55 |
| BLUE SPIKE, LLC<br><br>v.<br><br>NITGEN & COMPANY CO., LTD | §<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 6:13-cv-56 |
| BLUE SPIKE, LLC<br><br>v.<br><br>SUPREMA, INC., et al. | §<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 6:13-cv-57 |

| | | |
|---|---|---|
| **BLUE SPIKE, LLC** <br><br> v. <br><br> **SONDA TECHNOLOGIES, LTD.** | § § § § § § § | **CASE NO. 6:13-cv-58** |
| **BLUE SPIKE, LLC** <br><br> v. <br><br> **SPEECHPRO, INC., et al.** | § § § § § § § | **CASE NO. 6:13-cv-59** |
| **BLUE SPIKE, LLC** <br><br> v. <br><br> **CBS INTERACTIVE, INC.** | § § § § § § § | **CASE NO. 6:13-cv-60** |
| **BLUE SPIKE, LLC** <br><br> v. <br><br> **M2SYS, LLC** | § § § § § § § | **CASE NO. 6:13-cv-83** |
| **BLUE SPIKE, LLC** <br><br> v. <br><br> **TYGART TECHNOLOGY, INC.** | § § § § § § § | **CASE NO. 6:13-cv-84** |

| | | |
|---|---|---|
| **BLUE SPIKE, LLC** <br><br> v. <br><br> **KRONOS INC.** | § § § § § § § | **CASE NO. 6:13-cv-86** |
| **BLUE SPIKE, LLC** <br><br> v. <br><br> **HITACHI AMERICA, LTD.** | § § § § § § § | **CASE NO. 6:13-cv-87** |
| **BLUE SPIKE, LLC** <br><br> v. <br><br> **IRIS ID SYSTEMS, INC.** | § § § § § § § § | **CASE NO. 6:13-cv-88** |
| **BLUE SPIKE, LLC** <br><br> v. <br><br> **MORPHOTRAK, INC., et al.** | § § § § § § § | **CASE NO. 6:13-cv-89** |
| **BLUE SPIKE, LLC** <br><br> v. <br><br> **AZZONSOFT US, INC., et al.** | § § § § § § § | **CASE NO. 6:13-cv-106** |

| BLUE SPIKE, LLC | § | |
| | § | |
| v. | § | |
| | § | **CASE NO. 6:13-cv-108** |
| INGERSOLL-RAND CO. | § | |
| | § | |
| | § | |

---

| BLUE SPIKE, LLC | § | |
| | § | |
| v. | § | |
| | § | **CASE NO. 6:13-cv-109** |
| AMANO CINCINNATI, INC. | § | |
| | § | |
| | § | |

---

| BLUE SPIKE, LLC | § | |
| | § | |
| v. | § | |
| | § | **CASE NO. 6:13-cv-110** |
| SMART MEDIA INNOVATIONS, LLC, et al. | § | |
| | § | |
| | § | |

---

| BLUE SPIKE, LLC | § | |
| | § | |
| v. | § | |
| | § | **CASE NO. 6:13-cv-112** |
| AIRBORNE BIOMETRICS GROUP, INC. | § | |
| | § | |
| | § | |

---

| BLUE SPIKE, LLC | § | |
| | § | |
| v. | § | |
| | § | **CASE NO. 6:13-cv-124** |
| COGNITEC SYSTEMS CORP., et al. | § | |
| | § | |
| | § | |

---

| | | |
|---|---|---|
| **BLUE SPIKE, LLC** <br><br> v. <br><br> **ENTROPIC COMMUNICATIONS, INC.** | § § § § § § § | **CASE NO. 6:13-cv-125** |

------

| | | |
|---|---|---|
| **BLUE SPIKE, LLC** <br><br> v. <br><br> **VISIBLE WORLD, INC.** | § § § § § § § | **CASE NO. 6:13-cv-126** |

------

| | | |
|---|---|---|
| **BLUE SPIKE, LLC** <br><br> v. <br><br> **INFINISOURCE, INC., et al.** | § § § § § § § | **CASE NO. 6:13-cv-127** |

------

| | | |
|---|---|---|
| **BLUE SPIKE, LLC** <br><br> v. <br><br> **ENSWERS, INC.** | § § § § § § § | **CASE NO. 6:13-cv-128** |

------

| | | |
|---|---|---|
| **BLUE SPIKE, LLC** <br><br> v. <br><br> **AGNITIO CORP.** | § § § § § § § | **CASE NO. 6:13-cv-129** |

------

| | § | |
|---|---|---|
| **BLUE SPIKE, LLC** | § | |
| | § | |
| **v.** | § | |
| | § | **CASE NO. 6:13-cv-130** |
| **ZVETCO, LLC** | § | |
| | § | |
| | § | |

-----------------------------------------------------------------------------------------------------------------

## ORDER CONSOLIDATING AND REQUIRING PLAINTIFF TO NOTIFY THE COURT WHEN CASE IS READY FOR SCHEDULING

Plaintiff recently filed a notice indicating that the above listed cases are related and that the Plaintiff does not anticipate filing any additional related cases. Plaintiff also requests that this series of related cases proceed under a uniform schedule.

Accordingly, the above listed cases are hereby consolidated into cause number 6:12-cv-499, *Blue Spike, LLC v. Texas Instruments, Inc.*, for all pretrial purposes, including discovery and claim construction. The Court defers any decisions regarding consolidation for trial.

In view of this consolidation, the Clerk of the Court shall add the consolidated defendants to the lead case, as well as lead counsel only. Any other counsel who wishes to appear in the lead case shall file a notice of appearance in that case. Further, the Clerk shall close all cases listed above other than the lead case.

**Any motions (including motions challenging venue[1] or jurisdiction) filed prior to consolidation in all cases must be refiled in the consolidated case (6:12-cv-499) to be**

---

[1] This pretrial consolidation—done for case management purposes—does not impact individual parties' rights to challenge venue as their rights existed prior to this consolidation. *See In re EMC Corp.*, 677 F.3d 1351, 1360 (Fed. Cir. 2012).

17

**considered by the Court.**[2]

The Court further **ORDERS** Plaintiff to file a notice of readiness for scheduling conference when all Defendants in **the consolidated case** have either answered or filed a motion to transfer or dismiss.[3] The notice must be filed within five days of the last remaining Defendant's answer or motion. The notice must include a list of any pending motions to dismiss or transfer and a list of any other related cases filed in the Eastern District of Texas involving the same patent(s).

If the consolidated case is not ready for scheduling conference within 90 days of this order, Plaintiff must file a detailed status report explaining the reason for the delay.

Furthermore, attorney Stephen E. Edwards has moved to withdraw from several of the case listed above.[4] The Court GRANTS the motions in all cases in which it is pending.

**It is SO ORDERED.**

SIGNED this 25th day of March, 2013.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE

---

[2] The deadline for responsive briefing to any motions reurged in the lead case should be calculated based on the date the motion was originally filed.

[3] Plaintiff should not delay filing the notice because of later-filed, related cases.

[4] Motions to withdraw are pending in the following cases: *Blue Spike, LLC v. CBS Interactive, Inc.*, 6:13-cv-60, Doc. No. 11; *Blue Spike, LLC v. M2SYS, LLC*, 6:13-cv-83, Doc. No. 11; *Blue Spike, LLC v. Tygart Technology, Inc.*, 6:13-cv-84, Doc. No. 12; *Blue Spike, LLC v. Kronos Inc.*, 6:13-cv-86, Doc. No. 11; *Blue Spike, LLC v. Hitachi America, Ltd.*, 6:13-cv-87, Doc. No. 13; *Blue Spike, LLC v. Iris ID Systems, Inc.*, 6:13-cv-88, Doc. No. 13; *Blue Spike, LLC v. MorphoTrak, Inc.*, 6:13-cv-89, Doc. No. 14; *Blue Spike, LLC v. AxxonSoft US, Inc.*, 6:13-cv-106, Doc. No. 12; *Blue Spike, LLC v. Ingersoll-Rand Co.*, 6:13-cv-108, Doc. No. 14; *Blue Spike, LLC v. Amano Cinncinnati, Inc.*, 6:13-cv-109, Doc. No. 11; *Blue Spike, LLC v. Smart Media Innovations, LLC*, 6:13-cv-110, Doc. No. 13; *Blue Spike, LLC v. Airborne Biometrics Group, Inc.*, 6:13-cv-112, Doc. No. 11; *Blue Spike, LLC v. Cognetic Systems Corp.*, 6:13-cv-124, Doc. No. 12; *Blue Spike, LLC v. Entropic Communications, Inc.*, 6:13-cv-125, Doc. No. 7; *Blue Spike, LLC v. Visible World, Inc.*, 6:13-cv-126, Doc. No. 10; *Blue Spike, LLC v. Infinisource, Inc.*, 6:13-cv-127, Doc. No. 10; *Blue Spike, LLC v. Enswers, Inc.*, 6:13-cv-128, Doc. No. 10; *Blue Spike, LLC v. Agnitio Corp.*, 6:13-cv-129, Doc. No. 10; *Blue Spike, LLC v. Zvetco, LLC*, 6:13-cv-130, Doc. No. 10.