# Exhibit 3



Search [Keywords, part numbers, etc]

All 3M Products   Innovation   Explore 3M

United States [  Change ]

## Identity Management

Industry Leader | Markets & Customers | Products & Services | Information Center          Contact Us

United States > All 3M Products > Market Segments > Safety and Security > Identity Management > Contact Us

**Identity Management**
**Contact Us**

## Contact Us

### We're virtually everywhere you find security

In more than three decades of hands-on experience, our experts have helped governments and organizations in more than 100 countries build successful security initiatives. We can help you too.

**Contact an expert**

| Global Resources | Local Expertise |
|---|---|
| As a division of 3M Company, we leverage the resources of a global leader with multi-industry experience and $26 billion in revenues to help you respond to evolving standards quickly and effectively. | Our service-centric view focuses on delivering customized, integrated solutions based on a sound understanding of your challenges and system requirements. |

**News**

Looking for 3M Cogent? Our complete biometric portfolio is now part of 3M.



Looking for the CUGI Forum?

### 3M Identity Management

**United States and Latin America**

3M Center,
Building 225-4N-14
St Paul MN 55144-1000
U.S.A.
**1-800-581-2631**

**Canada**

1545 Carling Avenue
Ottawa, ON
Canada K1Z8P9
1-613-722-2070

**Europe/Middle East/Africa**

3M United Kingdom PLC
3M Centre
Cain Road
Bracknell

RG12 8HT
Tel: +44(0)-8705-360036

**Asia Pacific**

1 Yishun Avenue 7
Singapore 768923
Tel: +65-6450-8888

**3M Cogent, Inc.**

639 N. Rosemead Blvd.
Pasadena, CA 91107
Tel: 1-626-325-9600

**3M Cogent Applicant Processing Center**

**1-877-996-6277**

## Contact Us

To help us better serve you, please identify your area of interest and describe your application and/or performance requirements.

 Required fields are indicated by an asterisk (*).

**\*Subject of your message:**

**\*Your message:**

**\*Your name:**

**\*Your e-mail address:**

**\*Retype your e-mail address:**

**\*Company/org name:**

**\*Phone:**

**\*Mail address:**

**Address 2:**

**\*City:**

**\*State/Province:**

**\*Country:**

**\*Postal Code:**

The information you provide on this Contact Us form will be used to respond to your request and as further described in our Internet Privacy Policy.

Please be aware that this information (including the original and the subsequent reply) may be transferred to a server located in the U.S. for metrics and storage. If you do not consent to this use of your personal information, please do not use the Contact Us system.

Send

**3M Identity Management:** CUGI Forum | Contact Us

**3M:** News | Careers | Investor Relations | MSDS Search | Transport Information Search | A-Z Product Index | Contact 3M

Legal Information | Privacy Policy

© 3M 2014. All Rights Reserved.

