# Exhibit 10

**3M Identity Management**
Case Study



# MobileID Solution

On average, an estimated 1.7 million outstanding warrants per year were reported in the Houston, Texas area. While a majority of these warrants were for misdemeanor crimes, the fact remains that numerous dangerous criminals roam the streets of Houston on any given day. The problem facing Houston law enforcement agencies—and law enforcement agencies nationwide—was not having the capability to accurately identify criminals who evade detection by providing a false name or false identification.

In response to this dilemma, the Houston Police Department implemented 3M Cogent's Mobile Identification technology. Now Houston Police officers in the field use 3M Cogent technology to scan fingerprints, send encrypted files, verify, identify, and display local, state, and federal warrant information in less than a minute.

In August 2009, Houston PD became the first law enforcement agency in Texas to implement mobile identification technology that interfaces with the FBI Repository for Individuals of Special Concern (RISC) database. 3M Cogent's technology also interfaces with the Texas Department of Public Safety (TxDPS) database for state identification information.

So far, 3M Cogent's mobile identification products have produced significant results for department. In one instance, a Houston police officer stopped a man for a traffic violation who was wanted for attempted murder in Louisiana and had two outstanding felony theft warrants. The man attempted to avoid detection by hiding his identification card in his shoe and falsifying his name. Yet after scanning the man's fingerprint, the law enforcement officer was able to rapidly identify and arrest the wanted felon.

## The Solution

Since 1990, 3M Cogent has delivered some of the world's fastest, most accurate, and most sophisticated biometric fingerprint solutions. 3M Cogent provides first-class Automated Fingerprint Identification Systems (AFIS) and biometric access control solutions to governments, law enforcement agencies, and commercial customers worldwide. The reason for our success is simple: 3M Cogent's mobile identification products provide the fastest and most reliable mobile fingerprint identification searches available today, within one minute or less. For law enforcement officers in the field, this enables quick and accurate identification responses that increase officer safety.

3M Cogent's MobileID™ transaction format conforms to the standards set by the National Institute of Standards and Technology (NIST), enabling 3M Cogent's MobileID server to interface with any AFIS with an open NIST standard, as well as other third party law enforcement systems such as mugshot repository systems (CMS), record management systems (RMS), or computerized criminal history (CCH) systems. By leveraging top-tier advance server hardware, 3M Cogent's MobileID solution is linearly scalable and can manage hundreds of mobile devices at a time. 3M Cogent's MobileID solution also has other applicable uses including field bookings, pre-booking identity verification, and faster identification of sex, arson, and narcotic offenders.

# Enhanced officer and public safety



## MobileID Features

- Can operate on any Bluetooth and network-enabled platform
- Significant improvement in officer safety
- Real-time identity verification
- Checking of Wants and Warrants from the field
- Verification of restraining orders and domestic spouse abuse orders
- Leverages existing IT equipment and infrastructure
- User-friendly interface that minimizes the need for training
- Capable of submitting searches and receiving responses in the field
- Flexible when handling NIST requests and responses over a wireless network

## Success Stories

The Houston Police Department now has 323 fingerprint scanning devices and is expected to implement more over the next few years.

3M Cogent mobile identification products have been very successful for the department, according to Houston Police Chief Harold Hurtt: "3M Cogent's Mobile Identification solutions will enable our officers to immediately identify known wanted persons and, just as importantly, enhance officer safety and the safety of our citizens."

Other Texas law enforcement agencies to realize the benefits of 3M Cogent MobileID solutions include the Austin Police Department. There, the 3M Cogent BlueCheck II device has been a key tool in enhancing community and officer safety, and also provided closure for families of unidentified persons who would have otherwise been classified as "John Doe's".

"With the ability to search local, state and federal databases, the 3M Cogent BlueCheck device has given the Austin Police Department the advantage in ensuring the name of the person officers are dealing with is the same as the person whose fingerprints and information are in the databases," said Jerry Peña, Forensic Science Services Assistant Manager, Austin Police Department.

Today, 3M Cogent is helping to revolutionize law enforcement identification, which increases the safety of law enforcement officials and ultimately citizens everywhere. 3M Cogent is committed to continuing this progress by integrating 3M Cogent's mobile identification products with other biometric modalities, such as facial and iris recognition.

---



1. Transmits subject's fingerprint images initiating search request.
2. MobileID Server re-routes the search request to the AFIS.
3. Fingerprint search performed against the AFIS database.
4. Search results transmitted back to mobile device(s).
5. Device(s) display search result with rap sheet and/or mugshot.



**3M Identity Management**
**3M Cogent, Inc.**
639 N Rosemead Blvd
Pasadena, CA 91107
USA
T +1 (626) 325-9600
F +1 (626) 325-9700
CGTInfo@cogentsystems.com
www.cogentsystems.com

Please recycle. Printed in USA.
© 3M 2013. All rights reserved.
v.5W