UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § § § | |
| *Plaintiff*, | § § | Case No. 12-cv-499 MHS |
| v. | § § | Consolidated Case |
| Texas Instruments, Inc. et al., | § § | Jury Trial Demanded |
| *Defendants*. | § § § § | |

**ORDER DENYING DEFENDANT WATCHWITH'S JOINDER IN ZEITERA'S MOTION TO TRANSFER VENUE [DKT. NO. 1156]**

On this day came for consideration Watchwith, Inc.'s ("Defendant's") Motion to Join Zeitera's Motion to Transfer. Having considered both Defendant's motion and supporting papers and Blue Spike, LLC's opposition and supporting papers, the Court is of the opinion that said motion should be DENIED.

IT IS HEREBY ORDERED that Defendant's Motion to Join Zeitera's Motion to Transfer is hereby denied.

IT IS SO ORDERED.