# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, <br>     *Plaintiff*, <br> v. <br> TEXAS INSTRUMENTS, INC. <br>     *Defendants*. <br> _____ <br> BLUE SPIKE, LLC, <br>     *Plaintiff*, <br> v. <br> IPHARRO MEDIA, INC., *et al.*, <br>     *Defendants*. <br> _____ | § § § § § § § § § § § § § § § § § § § § | Civil Action No. 6:12-cv-00499-MHS <br><br> (LEAD CASE) <br><br> JURY TRIAL DEMANDED <br><br><br><br> Civil Action No. 6:12-cv-00502-MHS <br><br> (Consolidated with 6:12-cv-499-MHS and closed) <br><br> JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE OF COUNSEL

Defendants iPharro Media, Inc. and iPharro Media GmbH ("iPharro"), file this Notice of Appearance, and hereby notify the Court that Walter W. Lackey, Jr., of the law firm Findlay Craft, P.C., 6760 Old Jacksonville Hwy, Suite 101, Tyler, TX 75703, Telephone (903) 534-1100, Fax (903) 534-1137, E-mail: wlackey@findlaycraft.com has entered this action as counsel for iPharro. In connection with this notice, Mr. Lackey requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on him at the above address and contact information.

Dated: March 4, 2014

                                                                  Respectfully submitted,

                                                                   By: */s/ Walter W. Lackey, Jr.*
                                                                   Walter W. Lackey, Jr.

                                                          Texas Bar No. 24050901
                                                          FINDLAY CRAFT, P.C.
                                                          6760 Old Jacksonville Hwy
                                                          Suite 101
                                                          Tyler, TX 75703
                                                          Telephone: (903) 534-1100
                                                          Facsimile: (903) 534-1137
                                                          wlackey@findlaycraft.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2014, I electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing *via* electronic mail to all counsel of record.

                                                          /s/ *Walter W. Lackey, Jr.*
                                                          Walter W. Lackey, Jr.