## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § | |
| *Plaintiff*, | § | CASE NO. 6:12-cv-499 MHS |
| | § | |
| v. | § | LEAD CASE |
| | § | |
| Texas Instruments, Inc., et al., | § | Jury Trial Demanded |
| *Defendants*. | § | |
| | § | |
| Blue Spike, LLC, | § | |
| *Plaintiff*, | § | CASE NO. 6:12-cv-651 MHS |
| | § | |
| v. | § | CONSOLIDATED CASE |
| | § | |
| GRIAULE TECHNOLOGY, LLC, | § | Jury Trial Demanded |
| *Defendants*. | § | |

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT GRIAULE TECHNOLOGY, LLC WITHOUT PREJUDICE UNDER RULE 41(a)(1)(A)(i) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

**PLEASE TAKE NOTICE THAT** Plaintiff Blue Spike, LLC hereby voluntarily dismisses its Complaint against Defendant Griaule Technology, LLC ("Defendant") without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. In accordance with Rule 41(a)(1)(A)(i), Plaintiff states that this Notice has been filed prior to service by Defendant of an answer or of a motion for summary judgment.

Respectfully submitted,

By: ___/s/ Randall T. Garteiser_____
Randall T. Garteiser
 Lead Attorney
 Texas Bar No. 24038912

1

rgarteiser@ghiplaw.com
Christopher A. Honea
  Texas Bar No. 24059967
  chonea@ghiplaw.com
Christopher S. Johns
  Texas Bar No. 24044849
  cjohns@ghiplaw.com
Kirk J. Anderson
  California Bar No. 289043
  kanderson@ghiplaw.com
Peter S. Brasher
  California Bar No. 283992
  pbrasher@ghiplaw.com
GARTEISER HONEA, P.C.
218 North College Avenue
Tyler, Texas 75702
(903) 705-0828
(903) 526-5477 fax

*ATTORNEYS FOR BLUE SPIKE, LLC*

2

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email.

/s/ Randall T. Garteiser