UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **Blue Spike, LLC,**  *Plaintiff*,  v.  Texas Instruments, Inc., et al.,  *Defendants*. | § § § § § § § § § | CASE NO. 6:12-cv-499 MHS  LEAD CASE  Jury Trial Demanded |
| **Blue Spike, LLC,**  *Plaintiff*,  v.  Animetrics, Inc.,  *Defendants*. | § § § § § § § § § | CASE NO. 6:13-cv-038 MHS  CONSOLIDATED CASE  Jury Trial Demanded |

**ORDER ON VOLUNTARY DISMISSAL OF
DEFENDANT ANIMETRICS, INC., WITH PREJUDICE**

The Court is in receipt of Plaintiff Blue Spike, LLC's Notice of Voluntary Dismissal of Defendant ANIMETRICS, INC., ("Defendant") with prejudice ("Notice"). At the time of filing of the Notice, Defendant has not yet answered the Complaint, and has not yet moved for summary judgment.

It is therefore ORDERED, that the Complaint is dismissed with prejudice against this specific Defendant.