UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>TEXAS INSTRUMENTS, INC., ET AL.<br><br>    Defendants. | C.A. NO. 6:12-cv-00499-MHS<br><br>CONSOLIDATED CASE |

**NOTICE OF APPEARANCE OF ANDREA M. HOUSTON
ON BEHALF OF DEFENDANTS ZK TECHNOLOGY LLC
AND ZKSOFTWARE BIOMETRIC IDENTIFICATION TECHNOLOGY CO., LTD.**

PLEASE TAKE NOTICE that Andrea M. Houston hereby enters an appearance in this action as counsel for Defendants ZK Technology LLC and ZKSoftware Biometric Identification Technology Co., Ltd., and may receive pleadings, discovery, correspondence and other materials as follows:

> Andrea M. Houston
> Vinson & Elkins, LLP
> 2801 Via Fortuna, Suite 100
> Austin, Texas 78746
> Telephone: (512) 542-8400
> Facsimile: (512) 542-8612
> Email: ahouston@velaw.com

Dated:  March 4, 2014

Respectfully submitted,

By: */s/ Andrea M. Houston*
 Andrea M. Houston (TX Bar No. 24046109)
 VINSON & ELKINS, LLP
 2801 Via Fortuna, Suite 100
 Austin, TX 78746
 Telephone: (512) 542-8400
 Facsimile: (512) 542-8612
 ahouston@velaw.com

        Robert F. Kramer (CA State Bar No. 181706)
*Lead Attorney*
SNR DENTON US LLP
1530 Page Mill Road, Suite 200
Palo Alto, CA 94304
Telephone: (650) 798-0356
Facsimile:  (650) 798-0310
robert.kramer@snrdenton.com

*Counsel for Defendants* ZK Technology LLC *and* ZKSoftware Biometric Identification Technology Co., Ltd.

### CERTIFICATE OF SERVICE

The undersigned certifies that, on March 4, 2014 the foregoing **NOTICE OF APPEARANCE OF ANDREA M. HOUSTON ON BEHALF OF DEFENDANTS ZK TEHNOLOGY, LLC AND ZKSOFTWARE BIOMETRIC IDENTIFICATION TECHNOLOGY CO., LTD.** was filed through the Eastern District of Texas' CM/ECF system, and was served by that system, under Federal Rule of Civil Procedure 5(b)(2)(E),  on all counsel of record by electronic mail.

    By:   */s/ Andrea M. Houston*
        Andrea M. Houston

US 2339160v.1