IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No.: 6:12-cv-499-MHS |
| v. | § | *Consolidated* |
| | § | |
| TEXAS INSTRUMENTS, INC.., et al., | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF ATTORNEY APPEARANCE

The undersigned attorney hereby enters an appearance as counsel of record for Defendants AxxonSoft US, Inc. and Axxonsoft Ltd. ("AxxonSoft") and is authorized to receive service of all pleadings, notices, orders and other papers in the above-captioned matter on behalf of AxxonSoft.

Respectfully submitted,

/s/ Michael Smith

Michael C. Smith
State Bar No. 18650410
Siebman, Burg, Phillips & Smith, LLP
113 E. Austin Street
P.O. Box 1556
Marshall, Texas 75671
Office: (903) 938-8900
(Fax):  (903) 767-4620
michaelsmith@siebman.com

 COUNSEL FOR DEFENDANTS
AXXONSOFT US, INC. and
AXXONSOFT LTD.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this the 5TH day of March, 2014.  Any other counsel of record will be served by facsimile transmission and/or first class mail.

_____
Michael C. Smith