# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC,<br><br>     Plaintiff,<br><br>vs.<br><br>TEXAS INSTRUMENTS, INC. et al.,<br><br>     Defendants. | § § § § § § § § § § | Civil Action No. 6:12-CV-499 MHS<br><br>(LEAD CASE)<br><br>JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC,<br><br>     Plaintiff,<br><br>vs.<br><br>CBS CORP., and<br>LAST.FM LTD.,<br><br>     Defendants. | § § § § § § § § § § § | Civil Action No. 6:12-CV-594<br><br>(CONSOLIDATED WITH 6:12-CV-499)<br><br>JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC,<br><br>     Plaintiff,<br><br>vs.<br><br>CBS INTERACTIVE INC.,<br><br>     Defendant. | § § § § § § § § § § | Civil Action No. 6:13-CV-60<br><br>(CONSOLIDATED WITH 6:12-CV-499)<br><br>JURY TRIAL DEMANDED |

§

## NOTICE OF APPEARANCE OF COUNSEL
## AT RULE 16 SCHEDULING CONFERENCE

**PLEASE TAKE NOTICE THAT** Andrew L. Perito of the law firm of Weil, Gotshal &

Manges LLP, 201 Redwood Shores Parkway, Redwood Shores, CA  94065, counsel of record

for Defendants CBS Corp., Last.fm Ltd., and CBS Interactive, Inc., will appear at the March 5,

2014, Rule 16 Scheduling Conference due to the need for Edward R. Reines, counsel originally

scheduled to appear for Defendants CBS Corp., Last.fm Ltd., and CBS Interactive, Inc., to attend

a concurrently scheduled hearing.

Dated:  March 5, 2014                    Respectfully submitted,

                                         By: */s/ Andrew L. Perito*
                                             Andrew L. Perito
                                             WEIL, GOTSHAL & MANGES LLP
                                             201 Redwood Shores Parkway
                                             Redwood Shores, CA 94065
                                             Telephone:   650-802-3000
                                             Fascimile:   650-802-3100
                                             *andrew.perito@weil.com*

                                             ATTORNEYS FOR DEFENDANTS
                                             **CBS CORP., LAST.FM LTD., AND CBS
                                             INTERACTIVE INC.**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on March 5, 2014, a true and correct copy of this document was filed and served on all counsel of record through the Eastern District of Texas CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Andrew L. Perito*
Andrew L. Perito
