IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

**DATE: March 5, 2014**

| | |
|---|---|
| **JUDGE**<br>**MICHAEL H. SCHNEIDER** | **COURTROOM ADMINISTRATOR:** Linda Pritchard<br>**COURT REPORTER:**     Jan Mason |
| **BLUE SPIKE, LLC**<br><br>**VS.**<br><br>**TEXAS INSTRUMENTS, INC., ET AL** | **CAUSE NO:**<br>**6:12cv499**<br>**(Consolidated Case)** |

| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANTS |
|---|---|
| (See Attached Sheet) | (See Attached Sheet) |

# MINUTES OF SCHEDULING CONFERENCE

On this day, came the parties by their attorneys and the following proceedings were had:

| **OPEN:**   10:00 A.M. | **ADJOURN:**   11:30 A.M. |
|---|---|
| **TIME:** | **MINUTES:** |
| 10:00 am | Case called.  Attorneys announced present and ready. |
| 10:11 am | The Court discussed allegations contained in the Complaint and various motions and counterclaims on file. |
| 10:18 am | Mr. Honea addressed the Court regarding agreements on the scheduling order. |
| 10:22 am | Response by Mr. Dacus. |
| 10:25 am | Further response by Mr. Ramsey as to the bifurcation issue. |
| 10:26 am | Additional response by Mr. Dacus regarding motions to transfer venue and motions to stay. |
| 10:27 am | Response by Mr. Gardner regarding motion to dismiss for lack of personal |

Cause No. 6:12cv499 (Consolidated)    Date: March 5, 2014
Page 2 - Proceedings Continued

|  | jurisdiction and the motion to reconsider filed by plaintiff. |
|---|---|
| 10:29 am | Response by Mr. Lacy-Kustus regarding defendants with license defense. The Court will deny the stay. |
| 10:30 am | The Court made the following rulings: On (Doc #1028) Plaintiff's motion to reconsider Court's Order Dismissing for Lack of Personal Jurisdiction the Ensequence ruling previously made by the Court is denied. (Doc #1243) Ensequence's Motion to Stay Discovery Pending Court's Resolution of Plaintiff's Motion to Reconsider is denied as moot. (Doc #560) Technicolor SA's Motion to Dismiss for Lack of Personal Jurisdiction, Improper Venue, and Insufficient Process is granted. (Doc #625) Cognitec Systems Corp.'s Motion to Dismiss for Lack of Personal Jurisdiction or in the Alternative to Transfer is denied. (Doc #626) Cognitec Systems GmbH Motion to Dismiss for Lack of Personal Jurisdiction is denied without prejudice. (Doc #807) Plaintiff's Motion for Jurisdictional Discovery from the Cognitec Defendants is granted to allow discovery of the corporate relationship between the two Cognitec entities. (Doc #648) Soundmouse Ltd. Motion to Dismiss for Lack of Personal Jurisdiction or in the Alternative to Transfer Pursuant to 1404(a) is granted. (Doc #644) Soundmouse's Motion to Dismiss for Improper Service is denied as moot. (Doc #902) Plaintiff's Motion for Jurisdictional Discovery from Soundmouse is denied. (Doc #1244) Defendants' Motion to Stay Pending Resolution of Transfer Motions is denied. (Doc #777) Motion to Sever and For Status Conference is denied as moot since the TI defendants settled last night. |
| 10:33 am | Motions to transfer will not be deferred. They will be treated as other motions. The Court will adopt a full schedule similar to the two-tier track suggested by defendants. The Court agrees there are too many contentions and will take steps to shrink those. In the absence of the parties reaching agreements during break, the Court will either appoint a mediator or a special master to evaluate whether or not subgroups would be appropriate or if the subgroups could proceed on the existing schedule, to directly resolve discovery disputes, to resolve any future disputes that may come up. The Court stated that the October 1st construction conference is the earliest date the Court can have the hearing. |
| 10:37 am | The court excused any parties who have reached a settlement agreement. |
| 10:40 am | Recess taken. |
| 11:21 am | Court reconvened. |
| 11:21 am | The Court discussed the proposed scheduling order. The Court will refer this case to Judge Caroline Craven. |
| 11:27 am | Mr. Wesley Hill addressed the Court regarding a dismissal of Technicolor SA |

CASE NO.  6:12cv499 (Consolidated)     DATE: March 5, 2014
Page 3  - PROCEEDINGS CONTINUED

|  | without prejudice due to settlement.  Agreed by Mr. Garteiser. |
|---|---|
| 11:30 am | Court adjourned. |

**DAVID J. MALAND, CLERK**

By:      Linda Pritchard
       Courtroom Administrator