**CAUSE NO. 6:12cv499**
**BLUE SPIKE v. TEXAS INSTRUMENTS, ET AL**

**SIGN-IN SHEET**

| NAME (**Please PRINT Legibly**) | FIRM | CLIENT |
|---|---|---|
| Quincy McNeal | Mayer Brown LLP | Gvolution, BV Gvolution, USA |
| Andrea Houston | Vinson + Elkins | 3m cogent Inc. ZK Technology LLC ZK software Biometric Identification Technology Co Ltd. |
| Gil Gillam | Gillam & Smith | IRIS ID |
| Lance Lee | | Google |
| Wallace Wu | Arnold & Porter | Google |
| Robert Huntsman | Huntsman Law GRP | Zreteo |
| Gabriel Ramsey | Orrick Herrington & Sutcliffe | Audible Magic and customers |
| Tom Davis | Morgan Lewis | MorphoTrust; MorphoTrak; SAFRAN Kronos L-1 |
| Eric Findlay Walter Lackey | Findlay Craft | Audible Magic + customers |

**CAUSE NO. 6:12cv499**
**BLUE SPIKE v. TEXAS INSTRUMENTS, ET AL**

**SIGN-IN SHEET**

| NAME (**Please PRINT Legibly**) | FIRM | CLIENT |
|---|---|---|
| Eric Findlay<br>Walter Lackey | Findlay Craft | Viggle Inc<br>Attributor |
| " " | " | iPharro Media<br>BMAT Licensing |
| " " | " | Fulcrum Biometrics<br>Neuro Technology |
| " " | " | Iritech Inc<br>M2Sys LLC |
| " " | " | Futronic Technology Ltd |
| Jordan Sigale<br>Chris Swickhamer | Loeb & Loeb LLP | Viggle, Inc. |
| David Lacy Kusters | Fenwick & West | Zeitera<br>Sound Hound<br>Infinisource<br>Qqest Software<br>SMRTV<br>Nielsen<br>AOptix (appearing specially) |
| Dawn Jenkins | DLA Piper LLP | Irdeto USA<br>Irdeto BV |
| Sam Stubbs | Pillsbury Winthrop Shaw Pittman | Vobile |

**CAUSE NO. 6:12cv499**
**BLUE SPIKE v. TEXAS INSTRUMENTS, ET AL**

**SIGN-IN SHEET**

| NAME (**Please PRINT Legibly**) | FIRM | CLIENT |
|---|---|---|
| Eugene Mar | Farella Braun + Martel | Adobe Systems |
| Deron Dacus | Dacus Firm | Adobe : Facebook |
| Ryan Beard | Meyertons Hood Kivlin Kowert & Goetzel | Soundmouse Cognitec entities. |
| Andrew Perito | Weil, Gotshal & Manges | CBS Interactive Inc. Last.fm Ltd. CBS Corp. |
| Melissa Smith | Gillam & Smith | Airborne Precise |
| " | " | Speechpro Speech Tech |
| " | " | Tune Core |
| Chris Johns | Garteiser Honea | Blue Spike |
| Chris Honea | " | " |

**CAUSE NO. 6:12cv499**
**BLUE SPIKE v. TEXAS INSTRUMENTS, ET AL**

**SIGN-IN SHEET**

| NAME (**Please PRINT Legibly**) | FIRM | CLIENT |
|---|---|---|
| Randall Garteiser | Garteiser Honea | Blue Spike |
| Kirk Anderson | " | " |
| Peter Brasher | " | " |
| Michael Smith | Siebman, Burg et al, | AxxonSoft US + AxxonSoft, Ltd |
| Wesley Hill | Ward & Smith | Technicolor |
| Sarah Pfeiffer | O'Melveny & Myers | Clear Channel |
| | | |
| | | |
| | | |