**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| BLUE SPIKE, LLC | § | |
| | § | |
| v. | § | Case No. 6:12-cv-499 |
| | § | |
| TEXAS INSTRUMENTS, INC. | § | |

## ORDER FOR RESPONSE

Now before the Court is Defendant CBS's motion to dismiss for lack of personal jurisdiction (Doc. No. 520). The Court granted Plaintiff an extension to respond until after the parties completed jurisdictional discovery, which was set to conclude no later than the date of the scheduling conference. The scheduling conference in this matter is set for Wednesday, March 5, 2014. Accordingly, Plaintiff's response is due no later than Wednesday, March 12, 2014. Defendant's reply is due March 18, and Plaintiff's surreply is due March 22, 2014. No further extensions will be granted.

**It is SO ORDERED.**

**SIGNED this 5th day of March, 2014.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE