# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
| | § | |
| Plaintiff | § | CASE NO. 6:12-CV-499 MHS |
| | § | |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| TEXAS INSTRUMENTS, INC., et al., | § | |
| | § | |
| Defendants. | § | |
| | § | |

## DEFENDANT L-1 IDENTITY SOLUTIONS, INC.'S
## NOTICE OF ATTORNEY APPEARANCE BY THOMAS R. DAVIS

Defendant L-1 Identity Solutions, Inc. ("L-1 Identity") files this notice of attorney appearance and hereby notifies the Court and all parties of record that Thomas R. Davis is appearing as counsel for L-1 Identity in the above-referenced matter.

Dated: March 6, 2014                    Respectfully submitted,

                                              MORGAN, LEWIS & BOCKIUS LLP

*/s/ Thomas R. Davis*
C. Erik Hawes (TX Bar No. 24042543)
Email:  ehawes@morganlewis.com
Thomas R. Davis (TX Bar No. 24055384)
Email: tdavis@morganlewis.com
1000 Louisiana Street, Suite 4000
Houston, Texas 77002
(713) 890-5000 Telephone
(713) 890-5001 Facsimile

Daniel Johnson, Jr. (Admitted *Pro Hac Vice*)
Email: djjohnson@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1000 Telephone
(415) 442-1001 Facsimile

**Attorneys for Defendant**
**L-1 Identity Solutions, Inc.**

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served on all counsel of record via the Court's Case Management/Electronic Case Filing and/or electronic mail on March 6, 2014.

                                                   */s/ Thomas R. Davis*
                                                    Thomas R. Davis