# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC, | § |
| | § |
| Plaintiff | § CASE NO. 6:12-CV-499 MHS |
| | § |
| v. | § |
| | § JURY TRIAL DEMANDED |
| TEXAS INSTRUMENTS, INC., et al., | § |
| | § |
| Defendants. | § |
| | § |

## DEFENDANT KRONOS INCORPORATED'S
## NOTICE OF ATTORNEY APPEARANCE BY THOMAS R. DAVIS

Defendant Kronos Incorporated ("Kronos") files this notice of attorney appearance and hereby notifies the Court and all parties of record that Thomas R. Davis is appearing as counsel for Kronos in the above-referenced matter.

DB2/ 24831275.1

Dated: March 6, 2014

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

*/s/ Thomas R. Davis*
C. Erik Hawes (TX Bar No. 24042543)
Email:  ehawes@morganlewis.com
Thomas R. Davis (TX Bar No. 24055384)
Email: tdavis@morganlewis.com
1000 Louisiana Street, Suite 4000
Houston, Texas 77002
(713) 890-5000 Telephone
(713) 890-5001 Facsimile

Daniel Johnson, Jr. (Admitted *Pro Hac Vice*)
Email: djjohnson@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1000 Telephone
(415) 442-1001 Facsimile

**Attorneys for Defendant
Kronos Incorporated**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served on all counsel of record via the Court's Case Management/Electronic Case Filing and/or electronic mail on March 6, 2014.

*/s/ Thomas R. Davis*
Thomas R. Davis