UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **Blue Spike, LLC,**  *Plaintiff*,  v.  Texas Instruments, Inc., et al.,  *Defendants*. | § § § § § § § § § | **CASE NO. 6:12-cv-499 MHS**  **LEAD CASE**  Jury Trial Demanded |
| **Blue Spike, LLC,**  *Plaintiff*,  v.  **GRIAULE TECHNOLOGY, LLC,**  *Defendants*. | § § § § § § § § § | **CASE NO. 6:12-cv-651 MHS**  **CONSOLIDATED CASE**  Jury Trial Demanded |

### ORDER ON VOLUNTARY DISMISSAL OF DEFENDANT GRIAULE TECHNOLOGY, LLC, WITHOUT PREJUDICE

The Court is in receipt of Plaintiff Blue Spike, LLC's Notice of Voluntary Dismissal of Defendant GRIAULE TECHNOLOGY, LLC, ("Defendant") without prejudice ("Notice"). At the time of filing of the Notice, Defendant has not yet answered the Complaint, and has not yet moved for summary judgment.

It is therefore ORDERED, that the Complaint is dismissed without prejudice against this specific Defendant.

**It is SO ORDERED.**

**SIGNED this 5th day of March, 2014.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE