UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **Blue Spike, LLC,** | § | |
| *Plaintiff*, | § | **CASE NO. 6:12-cv-499 MHS** |
| v. | § | **LEAD CASE** |
| Texas Instruments, Inc., et al., | § | Jury Trial Demanded |
| *Defendants*. | § | |
| | § | |
| **Blue Spike, LLC,** | § | |
| *Plaintiff*, | § | **CASE NO. 6:13-cv-038 MHS** |
| v. | § | **CONSOLIDATED CASE** |
| Animetrics, Inc., | § | Jury Trial Demanded |
| *Defendants*. | § | |

### ORDER ON VOLUNTARY DISMISSAL OF DEFENDANT ANIMETRICS, INC., WITH PREJUDICE

The Court is in receipt of Plaintiff Blue Spike, LLC's Notice of Voluntary Dismissal of Defendant ANIMETRICS, INC., ("Defendant") with prejudice ("Notice"). At the time of filing of the Notice, Defendant has not yet answered the Complaint, and has not yet moved for summary judgment.

It is therefore ORDERED, that the Complaint is dismissed with prejudice against this specific Defendant.

**It is SO ORDERED.**
**SIGNED this 5th day of March, 2014.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE