IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC,<br>    *Plaintiff*,<br>v.<br>Texas Instruments, Inc., et al.,<br>    *Defendants*. | § § § § § § § § § | CASE NO. 6:12-cv-499 MHS<br>LEAD CASE<br>Jury Trial Demanded |

**ORDER OF DISMISSAL WITHOUT PREJUDICE OF
TEXAS INSTRUMENTS INCORPORATED**

Pursuant to Fed. R. Civ. P. 41(a), recognizing the Agreed Motion to Dismiss filed by Plaintiff Blue Spike, LLC and Defendant Texas Instruments Incorporated pursuant to a settlement of the above-captioned litigation between the parties, it is ordered as follows:

**ORDERED** that the claims asserted herein by Plaintiff Blue Spike, LLC against Defendant Texas Instruments Incorporated be, and hereby are, dismissed without prejudice.

**ORDERED** that the counterclaims and defenses asserted herein by Defendant Texas Instruments Incorporated against Plaintiff Blue Spike, LLC be, and hereby are, dismissed without prejudice;

**ORDERED** that the parties shall bear their own attorney's fees, expenses and costs; and

ORDERED that Texas Instrument's Motion to Sever (Doc. No. 777) is DENIED as moot.

**It is SO ORDERED.
SIGNED this 5th day of March, 2014.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE