IN THE UNITED STATES DISCTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, § | | |
|     Plaintiff, § | § | CIVIL ACTION NO. 6:12-cv-00499-MHS |
| § | | |
| v. § | § | (LEAD CASE) |
| § | | |
| TEXAS INSTRUMENTS, INC., § | § | JURY TRIAL DEMANDED |
|     Defendant. § | | |
| § | | |
| § | | |
| BLUE SPIKE, LLC, § | § | CIVIL ACTION NO. 6:13-cv-44 |
|     Plaintiff, § | § | *(Consolidated with 6:12-cv-00499-MHS)* |
| § | | |
| v. § | § | JURY TRIAL DEMANDED |
| § | | |
| ASURE SOFTWARE, INC., § | | |
|     Defendant. § | | |

**ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a), recognizing the Stipulation of Dismissal filed by Plaintiff Blue Spike, LLC and Defendant Asure Software, Inc. pursuant to a settlement of the above-captioned litigation between the parties, it is ordered as follows:

ORDERED that the claims asserted herein by Plaintiff Blue Spike, LLC against Defendant Asure Software, Inc. be, and hereby are, dismissed with prejudice;

ORDERED that the counterclaims and defenses asserted herein by Defendant Asure Software, Inc. against Plaintiff Blue Spike, LLC be, and hereby are, dismissed with prejudice; and

ORDERED that the parties shall bear their own attorneys' fees, expenses and costs.

**SIGNED this 5th day of March, 2014.**

*[signature: Michael Schneider]*

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE