IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § § § | |
| *Plaintiff*, | § | |
| v. | § | Case No. 6:12-cv-00499-MHS |
| TEXAS INSTRUMENTS, INC. ET AL., | § § | Lead Case |
| *Defendants.* | § § | |

**DEFENDANT ENSEQUENCE, INC.'S NOTICE REQUESTING TERMINATION
OF ELECTRONIC NOTICES AND ORDER**

Pursuant to Local Rule CV-11(f), the law firm of Perkins Coie LLP hereby requests that the Clerk of the Court remove Douglas L. Sawyer, Scott D. Eads and Julia E. Markley from the list of persons authorized to receive electronic notices, and any attached email recipients associated with their respective account notifications.

Respectfully submitted this 7th day of March, 2014.

        PERKINS COIE LLP

        */s/ Douglas L. Sawyer*
        Douglas L. Sawyer (State Bar No. 41009)
        DSawyer@perkinscoie.com
        1900 Sixteenth Street, Suite 1400
        Denver, CO  80202-5255
        Telephone:  (303) 291-2378

        PERKINS COIE LLP

        Scott D. Eads (State Bar No. 910400)
        SEads@perkinscoie.com
        Julia E. Markley (admitted *pro hac vice*)
        JMarkley@perkinscoie.com
        1120 N.W. Couch Street, Tenth Floor
        Portland, OR  97209-4128
        Telephone:  (503) 727-2000

        Attorneys For Defendant Ensequence, Inc.

## ORDER GRANTING TERMINATION OF ELECTRONIC NOTICES

**IT IS SO ORDERED** this ___ day of March, 2014.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 7th day of March, 2014, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Douglas L. Sawyer*
Douglas L. Sawyer

73137-0007/LEGAL120059171.1