**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| Blue Spike, LLC, *Plaintiff,* v. Texas Instruments, Inc., et al., *Defendants.* | CASE NO. 6:12-cv-499 MHS LEAD CASE Jury Trial Demanded |
| Blue Spike, LLC, *Plaintiff,* v. Audible Magic Corporation, et al *Defendant.* | CASE NO. 6:12-CV-576 MHS CONSOLIDATED CASE Jury Trial Demanded |

**ORDER OF DISMISSAL WITHOUT PREJUDICE OF TUNECORE, INC.**

Pursuant to Fed. R. Civ. P. 41(a), recognizing the Agreed Motion to Dismiss filed by plaintiff Blue Spike, LLC and defendant Tunecore, Inc., it is ordered as follows:

**ORDERED** that the claims asserted herein by plaintiff Blue Spike, LLC against defendant Tunecore, Inc. be, and hereby are, dismissed without prejudice;

**ORDERED** that the counterclaims and defenses asserted herein by defendant Tunecore, Inc. against plaintiff Blue Spike, LLC be, and hereby are, dismissed without prejudice; and

**ORDERED** that the parties shall bear their own attorneys' fees, expenses and costs.

**It is SO ORDERED.**

**SIGNED this 6th day of March, 2014.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE