UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § § § | |
| *Plaintiff*, | § § | Case No. 12-cv-499 MHS |
| v. | § § | Consolidated Case |
| Texas Instruments, Inc. et al., | § § | Jury Trial Demanded |
| *Defendants*. | § § § | |

### ORDER DENYING DEFENDANT VOBILE, INC.'S MOTION TO DISMISS [DKT. NO. 1262]

Vobile, Inc.'s ("Defendant's") Motion to Dismiss the Complaint for Lack of Personal Jurisdiction and Improper Venue was untimely filed in the lead case.

IT IS HEREBY ORDERED that Defendant's Motion to Dismiss is hereby denied on the grounds that it was not timely filed pursuant to the Court's order.

IT IS SO ORDERED.