UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Blue Spike, LLC, § § *Plaintiff*, § § v. § § Texas Instruments, Inc. et al., § § *Defendants*. § | Case No. 6:12-cv-499-MHS Lead Case Jury Trial Demanded |

**DECLARATION OF RANDALL GARTEISER IN SUPPORT OF BLUE SPIKE, LLC'S OPPOSITION TO VOBILE, INC.'S MOTION TO DISMISS**

I, Randall Garteiser, declare and state as follows:

1. I, Randall Garteiser, am a partner in the law firm of Garteiser Honea. We represent plaintiff Blue Spike, LLC, in this lawsuit. I make this declaration in support of Blue Spike, LLC's Opposition to Vobile, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue. I have personal knowledge of the facts set forth herein and if called as a witness could competently testify thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of a screen shot of Vobile, Inc.'s website titled "Rights Management: VideoTracker" located at vobileinc.com/products.html#fragment-2 as of October 29, 2012.

3. Attached hereto as Exhibit 2 is a true and correct copy of a screen shot of Vobile, Inc.'s website titled "Rights Management: VideoTracker Live" located at vobileinc.com/products.html#fragment-2 as of October 29, 2012.

4. Attached hereto as Exhibit 3 is a true and correct copy of a screen shot of Vobile, Inc.'s website titled "Rights Management: Vobile Internet Media Monitoring System" located at vobileinc.com/products.html#fragment-2 as of October 29, 2012.

1

5. Attached hereto as Exhibit 4 is a true and correct copy of a screen shot of Vobile, Inc.'s website titled "Business Analytics: Manage Risk and Maximize Opportunities" located at vobileinc.com/products.html# as of October 29, 2012.

6. Attached hereto as Exhibit 5 is a true and correct copy of a screen shot of TVSync's website titled "Features: Build the Best Apps. Period." located at tvsync.com/features.html as of October 29, 2012.

7. Attached hereto as Exhibit 6 is a true and correct copy of a screen shot of TVSync's website titled "About" located at tvsync.com/about.html as of October 29, 2012.

8. Attached hereto as Exhibit 7 is a true and correct copy of a screen shot of Vobile, Inc.'s website titled "Technology: Overview" located at vobileinc.com/technology.html as of October 29, 2012.

9. Attached hereto as Exhibit 8 is a true and correct copy of a screen shot of Vobile, Inc.'s website home page titled "Leading Content Owners Rely on Vobile Services" located at vobileinc.com as of October 29, 2012.

10. Attached hereto as Exhibit 9 is a true and correct copy of a screen shot of Vobile, Inc.'s website home page titled "Leading Video Sites Rely on Vobile Services" located at vobileinc.com as of October 29, 2012.

11. Attached hereto as Exhibit 10 is a true and correct copy of a screen shot of TVSync's website homepage located at tvsync.com as of October 29, 2012.

12. Attached hereto as Exhibit 11 is a true and correct copy of a screen shot of Vobile, Inc.'s website titled "Contact: Sales" located at vobileinc.com/contact.html as of October 29, 2012.

13. Attached hereto as Exhibit 12 is a true and correct copy of a screen shot of TVSync's website titled "Sign Up" located at tvsync.com/features.html as of October 29, 2012.

14. Attached hereto as Exhibit 13 is a true and correct copy of a screen shot of Break Media's website titled "Company History" located at www.breakmedia.com/corporate/company-history as of October 29, 2012.

15. Attached hereto as Exhibit 15 is a true and correct copy of a screen shot of MediaFire's website titled "Contact Information: How You Can Reach Us" located at www.mediafire.com/about/contact_us.php as of October 29, 2012.

I declare under penalty of perjury under the laws of the State of Texas that the foregoing is true and correct, and that this declaration was executed on this 29th day of October 2012, in Tyler, Texas.

/s/ Randall T. Garteiser
Randall Garteiser