UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § § § | |
| *Plaintiff*, | § § | Case No. 6:12-cv-499-MHS |
| v. | § § | Lead Case |
| Texas Instruments, Inc. et al., | § § | Jury Trial Demanded |
| *Defendants*. | § § | |

**ORDER DENYING VOBILE, INC.'S MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE [DKT. 1262]**

On this day came for consideration Defendant Vobile, Inc.'s Motion to Dismiss Plaintiff Blue Spike, LLC's Complaint in the above-captioned proceeding for lack of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2) and improper venue pursuant to Fed. R. Civ. P. 12(b)(3). Having considered both Vobile, Inc.'s motion and supporting papers and Blue Spike, LLC's opposition and supporting papers, the Court is of the opinion that said motion should be DENIED.

IT IS HEREBY ORDERED that Vobile, Inc.'s Motion to Dismiss is hereby denied on the grounds that Vobile, Inc. has had the requisite "minimum contacts" within the State of Texas or the Eastern District of Texas to permit this Court to exercise personal jurisdiction over Vobile. Fed. R. Civ. P. 12(b)(2). The Eastern District of Texas is the proper venue for this lawsuit.

IT IS SO ORDERED.