# Exhibit 1

## Track and Protect Your Content Online

In this digital age, content is often transcoded, mashed-up and transformed in a variety of ways before finding its way online. This creates a need for the content owner to actively monitor many online sharing sites to identify their content and decide whether to allow it to remain on the site or send a DMCA notice to the site operator asking for the copy to be taken down.

Vobile VideoTracker is a SaaS application that performs these critical discovery, verification, review and enforcement tasks automatically and cost-effectively. It also enables content owners to gain insights on how their content is being distributed and consumed online.

### Benefits

- **Gives you full control** over your content online; allow promotional use while stopping unauthorized distribution.
- **Slashes** enforcement costs drastically.
- **Gathers** valuable insights into the consumption of your online content to aid business decisions.
- **Verifies** compliance of distribution agreements with partners.




VideoTracker discovers, verifies and reports on your content online.

### Features

- **Comprehensive Coverage** - Monitors all major video sharing sites worldwide including live, streaming and on-demand sites.
- **Rapid Discovery** - Quickly identifies copies using advanced discovery techniques without relying on metadata or tags.
- **Reliable Identification** - Accurately flags infringing copies of content no matter how degraded the quality. Does not misidentify unrelated content as infringing.
- **Intuitive Interface** - Powerful web-based interface optimized for enforcement workflow.
- **Flexible Reporting** - Provides pre-defined and custom reports of online assets across sites, over time.
- **Compliance Monitoring** - Continues to monitor after take-down notices are sent to ensure compliance.
- **Evidence Archival** - Archives evidence files in secure datacenter storage accessible 24x7 to customers.

*Please note that nothing set forth in this site (including linked pages, sub-pages or attached documents) may be construed as an admission of law or fact, or as a waiver of any right, remedy or defense that Vobile Inc and its subsidiaries may hold, all of which are expressly reserved.*

© 2012, Vobile, Inc.