# Exhibit 2

# Products

Overview | **Rights Management** | Filtering & Monetization | Business Analytics | TVsync | TV Search & Recommendations

VideoTracker | **VideoTracker Live** | Vobile Internet Media Monitoring System

## The Real-time Solution for Live Events

Unauthorized live webcasts on streaming sites have become a serious problem for rights holders of live events; they erode revenue from Pay-TV and official online subscriptions by attracting millions of viewers who pay nothing to watch these events.

Vobile VideoTracker Live is a real-time solution which enables content owners to identify unauthorized simulcasts within minutes of a live broadcast and take timely enforcement actions, also opens opportunities to convert viewers into paying customers.

### Benefits

- **Reduces** enforcement costs significantly by minimizing the time and effort required to identify unauthorized simulcasts and take appropriate action (e.g. block, redirect, monetize).
- **Saves** time and effort with fully integrated in-house automated system and workflow.
- **Minimizes** False Negatives and False Positives with intelligent discovery and VideoDNA™ identification.
- **Reduces** loss due to unauthorized simulcasts by allowing actions to be taken within seconds of discovery and identification.
- **Enables** an excellent opportunity to convert viewers into paying customers.



### Features

- **Comprehensive Coverage** - Covers all major live streaming sites worldwide.
- **Intelligent Search** - Scans thousands of blogs, chat forums, indexing sites and search engines to discover illegal streams.
- **Rapid Discovery** - Identifies unauthorized simulcasts within minutes of the live broadcast.
- **Accurate Identification** - Accurately verifies infringements using Vobile's advanced VideoDNA technology.
- **Web Interface** - Provides an easy-to-use Web interface to view match results and export historical monitoring reports.

Please note that nothing set forth in this site (including linked pages, sub-pages or attached documents) may be construed as an admission of law or fact, or as a waiver of any right, remedy or defense that Vobile Inc and its subsidiaries may hold, all of which are expressly reserved.

© 2012, Vobile, Inc.