# Exhibit 3



Language: English

PRODUCTS | TECHNOLOGY | IN THE NEWS | COMPANY | CONTACT

# Products

Overview  |  **Rights Management**  |  Filtering & Monetization  |  Business Analytics  |  TVsync  |  TV Search & Recommendations

VideoTracker  |  VideoTracker Live  |  **Vobile Internet Media Monitoring System**

## Make Your Online Rights Management Simple and Effective

Unauthorized distribution of copyrighted content is a serious issue for movie studios, television networks, game publishers and independent content producers. The rapid growth of online video sharing has greatly increased the difficulty to monitor and control the illegal use of contents. Preventing widespread sharing of content over networks requires quick and accurate identification of illegal copies, so that those distributing them can be notified promptly.

Vobile Internet Media Monitoring System is an automated solution that enables content owners to accomplish all critical content tracking, identification, and enforcement tasks.

### Benefits

- **Stops** unauthorized distribution and gives you full control over your content online.
- **Slashes** the time and effort required to identify unauthorized use of copyrighted contents with minimal "false negative" matches with intelligent discovery and identification.
- **Ensures** timely enforcement actions and high compliance rate.



### Features

- **Comprehensive Coverage** – Monitors major on-line video sharing sites. Coverage is updated regularly to keep up with the ever-changing UGC landscape.
- **Rapid Discovery** – Quickly identifies copies using advanced intelligent search and crawling techniques.
- **Reliable Identification** - Accurately flags infringing copies of content no matter how degraded the quality. Does not misidentify unrelated content as infringing.
- **Timely Enforcement** - System notifies the video sharing site of the unauthorized use, typically within minutes of discovery and identification.
- **Compliance Monitoring** – Sites are continually monitored for compliance after take-down notices are sent to ensure industry leading compliance rate.
- **Regular Reporting** – A monthly report with summarized analysis will be sent to the content owner.

Please note that nothing set forth in this site (including linked pages, sub-pages or attached documents) may be construed as an admission of law or fact, or as a waiver of any right, remedy or defense that Vobile Inc and its subsidiaries may hold, all of which are expressly reserved.

© 2012, Vobile, Inc.