# Exhibit 4



Language: English

**PRODUCTS** | TECHNOLOGY | IN THE NEWS | COMPANY | CONTACT

# Products



Overview | Rights Management | Filtering & Monetization | **Business Analytics** | TVsync | TV Search & Recommendations

## Manage Risk and Maximize Opportunities

The rapid growth of online media consumption brings new opportunities. For media content stakeholders, understanding those opportunities is critical. Gaining insight into the fast-paced world of online media consumption means building the solid business intelligence required for managing risk and finding new opportunities.

Vobile's MediaTracker Analytics service provides the precise, reliable metrics necessary to truly understand the online audience viewing behavior for your content, and allows you to make intelligent business decisions based on that data.

### Benefits

- **Discover and understand** viewership trends.
- **Trace** the viral reach of your online media.
- **Calibrate** business planning based on real-time Internet data.
- **Improve** business decisions – provide a factual foundation.
- **Keep apace** - access real-time reports anytime, anywhere.
- **Differentiate** video segment performance – compare viewership data on clips, trailers and full length content.



### Features

- **Accurate** - Vobile VDNA technology enables automated tracking, identification and measurement of online content.
- **Objective** - MediaTracker's agnostic platform measures online content regardless of application, protocol or viewing platform.
- **Global** - MediaTracker covers major online media sites across North America, Europe and Asia.
- **Scalabile** - Highly scalable and easy to deploy.
- **Real-time Reporting** - Real-time updates and daily reports.
- **Clipgram** - Histogram displays the distribution of all matched clips over the reference content timeline so you know what is resonating with your audience.
- **Clip Quality Analysis** - Detailed viewing activity analysis based on clip video quality classification.

Please note that nothing set forth in this site (including linked pages, sub-pages or attached documents) may be construed as an admission of law or fact, or as a waiver of any right, remedy or defense that Vobile Inc and its subsidiaries may hold, all of which are expressly reserved.