# Exhibit 5

TVsync – Connected TV, Sm...

tvsync.com/features.html

OVERVIEW    APPLICATIONS    FEATURES

Sign Up Now    Login

# Build the best apps. Period.

### Trans-media, trans-platform.

TVsync is on OPEN API, compatible for iOS and Android platforms with all four screens: smartphone, tablet, PC, and Smart TV. TVsync can be utilized for audio only, video only, image only, and any combination of audio/video/image, enabling you to augment the exact user experience you want to create. See some examples in action >



### Versatile workflow.

TVsync has been independently verified as the best content identification technology on the market (Frost & Sullivan, Movie Labs) and is widely recognized as the preferred solution for audio and video recognition. And we don't just stop at identification: post-identification, the TVsync technology opens up a rich spectrum of meta-data that enables endless application scenarios.



### Infinitely scalable.

TVsync's content identification technology has been commercially deployed since 2005 by dozens of the world's largest content companies. The architecture is infinitely scalable, with identification datacenters currently processing millions of videos per day. Each hour, TVsync identifies and tags thousands of hours worth of audiovisual content. Use TVsync to create the next big app.



### Join the Developer Community.

tvsync.com/signup.html

r yourself the amazing