# Exhibit 6

TVsync – Connected TV, Sm...

tvsync.com/about.html

OVERVIEW    APPLICATIONS    FEATURES    Sign Up Now    Login

# About

## About

TVsync is a software development environment that allows the creation of exciting new Connected TV and second screen experiences. Our open SDK (Software Development Kit) includes everything developers need to utilize the TVsync platform, including our API (Application Programming Interface). TVsync is the first and only platform that can bring the Connected TV experience to all "four screens"—smartphones, tablets, PCs, and SmartTVs.

With TVsync, broadcasters, cable companies, content publishers, entrepreneurs, and others can actually synchronize video or audio content to connected TV and second screen experiences that cover virtually any aspect of eCommerce, infotainment, or social media.

TVsync is powered by the proven and world-class technology of Vobile Inc. As the industry's most widely deployed content identification technology provider, Vobile is the supplier of content identification and management products to many of the world's leading content creators and publishers, including the six major Hollywood studios and the four largest broadcasting TV networks.

Vobile VDNA® technology identifies and tracks any video or audio content instantly, under real-world usage conditions, all without altering the source content. VDNA technology, which powers the TVsync platform, has been commercially deployed since 2005. It has been verified as the best content ID technology by independent firms such as Frost & Sullivan. The architecture is infinitely scalable, with millions of videos processed and identified by the VDNA database in the cloud everyday.

## Contact Us.

info@tvsync.com

     Home.    About.    Legal.    Contact Us.

©2005-2012 TVsync by Vobile, Inc. TVsync is a subsidiary of Vobile, Inc. since 2005.

Please note that nothing set forth in this site (including linked pages, sub-pages or attached documents) may be construed as an admission of law or fact, or as a waiver of any right, remedy or defense that Vobile Inc and its subsidiaries may hold, all of which are expressly reserved.