# Exhibit 7



Language: English

PRODUCTS | TECHNOLOGY | IN THE NEWS | COMPANY | CONTACT



Overview | Core Technologies

## Overview

Today there are unprecedented opportunities for bringing new digital content to consumers. To capitalize on these opportunities, a vital element is a fast, accurate, scalable content identification technology to determine ownership, prevent unauthorized distribution, and track usage. The Vobile Content Identification Platform provides this key element and helps stakeholders realize the enormous potential of online video distribution.

**Vobile Content Identification Platform**

The core of this platform is the patented VDNA® "fingerprinting" technology. VDNA is a compact and unique signature, or "fingerprint", that can be computed for any audiovisual content without altering the source content. To identify an unknown piece of audiovisual content, its VDNA is extracted and compared against the reference fingerprint database, known as the Vobile DNA Database (VDDB®). If a match is found, the querying application is provided with comprehensive metadata on the match.

The Vobile Content Identification Platform supports wide-ranging applications, including online rights management, content-aware advertising, business intelligence, metadata services, media asset management, automatic content recognition, and audiovisual search. In addition to developing its own applications, Vobile will work with partners to make third-party applications available on the platform.

Click here for information about Vobile solutions.

Please note that nothing set forth in this site (including linked pages, sub-pages or attached documents) may be construed as an admission of law or fact, or as a waiver of any right, remedy or defense that Vobile Inc and its subsidiaries may hold, all of which are expressly reserved.