# Exhibit 8



PRODUCTS | TECHNOLOGY | IN THE NEWS | COMPANY | CONTACT

Language: English

# Leading content owners rely on Vobile services

6 of the 6 Major Hollywood Studios,
5 of the 5 Leading Broadcasting TV Networks.

SEE WHY >



# Vobile is the leading provider of digital content identification and management services.



**Industry Leaders**

Vobile's industry-leading and award-winning content identification platform is the de facto standard for the world's top content owners. We offer world-class audiovisual solutions >>>

**Content Protectors**

Vobile's content protection ecosystem incorporates leading content owners and publishers, enabling state-of-the-art verification and content >>>

**Multi-Platform Experts**

Our innovative automatic content recognition and mobile search capabilities allow unprecedented multi-platform, multi-screen syncronization applications >>>

You will be in good company.

      

In the News.  Read More >>>

 

*Please note that nothing set forth in this site (including linked pages, sub-pages or attached documents) may be construed as an admission of law or fact, or as a waiver of any right, remedy or defense that Vobile Inc and its subsidiaries may hold, all of which are expressly reserved.*

© 2012, Vobile, Inc.    Home | Products | Technology | In the News | Company | Contact | Sitemap