# Exhibit 9

Vobile – Powering the Intern

vobileinc.com

Language: English

Vobile®

Powering the Internet Video Economy®

PRODUCTS | TECHNOLOGY | IN THE NEWS | COMPANY | CONTACT

# Leading video sites rely on Vobile services

3 of the 4 Largest Internet Video Sharing Sites,
3 of the 5 Most Popular File Hosting Services.

SEE WHY >

## Vobile is the leading provider of digital content identification and management services.

### Industry Leaders

Vobile's industry-leading and award-winning content identification platform is the de facto standard for the world's top content owners. We offer world-class audiovisual solutions >>>

### Content Protectors

Vobile's content protection ecosystem incorporates leading content owners and publishers, enabling state-of-the-art verification and content >>>

### Multi-Platform Experts

Our innovative automatic content recognition and mobile search capabilities allow unprecedented multi-platform, multi-screen syncronization applications >>>

**You will be in good company.**

COMEDY CENTRAL | MTV | LIONSGATE

**In the News.** Read More >>>

WIRED | REUTERS | Forbes | THE WALL STREET JOURNAL

*Please note that nothing set forth in this site (including linked pages, sub-pages or attached documents) may be construed as an admission of law or fact, or as a waiver of any right, remedy or defense that Vobile Inc and its subsidiaries may hold, all of which are expressly reserved.*

© 2012, Vobile, Inc.

Home | Products | Technology | In the News | Company | Contact | Sitemap


