# Exhibit 10



**OVERVIEW    APPLICATIONS    FEATURES**    Sign Up Now    Login



## Unlimited possibilities.

TVsync makes true audio-video-image content recognition possible on any mobile device. TVsync is powered by the identification technology used by virtually every major content company and publisher to authenticate video and audio assets. Our patented technology enables content owners, publishers, apps developers, and platforms to create unique content consumption experiences in ecommerce, infotainment, and social applications like never before.

## Open API.

Are you a developer? TVsync empowers you to build the world's smartest apps with ease. TVsync is supported on iOS and Android for smartphones, tablets, PCs, and smartTVs utilizing Intel, ARM, and MIPS. Plus, we offer an API portal, documentation, support, and tiered service to help you get off the ground right away. Get Started >



## Universally accepted.

The trusted choice by virtually every major content company and publisher.

    

FEATURED IN        

     Home.  About.  Legal.  Contact Us.

©2005-2012 TVsync by Vobile, Inc. TVsync is a subsidiary of Vobile, Inc. since 2005.

Please note that nothing set forth in this site (including linked pages, sub-pages or attached documents) may be construed as an admission of law or fact, or as a waiver of any right, remedy or defense that Vobile Inc and its subsidiaries may hold, all of which are expressly reserved.