# Exhibit 13



www.breakmedia.com/corporate/company-history

Corporate | Privacy Policy | Careers | On Twitter | On Facebook

For Advertisers | Acumen | About Break Media | Blog

About Us | Careers | Company History | Office Locations | Senior Team

# Company History

Break Media was founded in 2004 and employs over 180 full-time staff as of January 2011. The company is headquartered in Los Angeles, CA, and its principal investor is Lionsgate Entertainment. Below is a timeline showing pivotal moments and successes throughout Break Media's history.

## 2011

- January: Break announces new expanded LA headquarters on the Miracle Mile in mid-city.
- February: Announce Creative Lab video production projected to be 1000 original videos for the year.
- March: LA ADDY Award winner in branded entertainment category.

## 2010

- January: Shanghai, China, gaming studio opens.
- February: Acquisition of gaming property Game Front.
- March: Total Beauty and Break Media collaborate to launch Modern Man.
- April: Apogee Media Network division is launched.
- May: Hollywood red carpet launch of "Prince of Persia" video game with Ubisoft and XBOX360.
- June: Hollywood red carpet launch of "HomeFront" video game with THQ at E3 conference.
- June: Keith Richman receives The Hollywood Reporter "Power 50" in digital award.
- July: Launch of 3D original and branded content initiative with partner Dell Alienware at Comic-Con 2010.
- August: Launch of Detroit, Michigan, office.
- September: Silver Davey Award Winner, branded entertainment.
- October: Launch of Tu Vez, Hispanic male-focused website.
- December: Launch of industry-leading 2011 Digital Video Ad Study.

## 2009

- January: Acquisition of HBOlab to create the Break Media Creative Lab in-house production team.
- February: Break Media Launches NASCAR Enthusiast Site All Left Turns.
- March: Opening of Dallas, Texas, office.
- June: Break.com and G4's "Web Soup" Partner to Deliver New TV / Web Segment.
- July: Launch of men's lifestyle site Made Man.
- August: Launch of Interactive Engagement Suite (IES) of Video Ad Products.
- September: Opening of Canada office .
- October: Opening of UK / EU operations.
- December: Launch of Break Studios division.



**2012 Digital Video Ad Study**

» Available Now!

**'Uncaged' is an OMMA Awards Finalist**
on Thu, August 30

**Go Behind the Lights with Our New Sports Series**
on Wed, July 25

        



On Facebook  On Twitter  Careers  Privacy Policy  Corporate  Ad Choices

Copyright © 2011 Break Media. All Rights Reserved.