# Exhibit 15

   

www.mediafire.com/about/contact_us.php

**MediaFire** Cloud storage for everyone.

Professional    Business    Tools    Sign Up    Log In

# Contact Information
Get in touch with us



About Us
- General
- Meet the MediaFire Team
- Contact Us
- Technology Vendors

Careers

Advertising

Press

Blog

Tools

Policies

Policy Violation

Developers

Subscriptions

Common Questions

## How You Can Reach Us

To contact MediaFire for assistance with technical and billing issues, advertising questions, business inquiries, or general information, use the following:


### Technical Support and Billing Issues
Please visit our *support* page to submit a trouble ticket.


### File Abuse
*Submit a ticket* to report files that abuse our Terms of Service or Acceptable Use Policy. More information can be found on these pages:

*Copyright*
*Trademark*
*Intellectual Property*


### Law Enforcement
MediaFire fully cooperates with Law Enforcement in its pursuit of prosecution for illegal acts. For more information, view our *Law Enforcement* page.


### Submit a Suggestion
Have suggestions on how we can improve MediaFire? *Please let us know.*


### Business Development Inquiries
All business development inquiries can be directed to *bizteam@mediafire.com*.


### Advertising Inquiries
If you would like information on advertising with MediaFire, contact *adteam@mediafire.com*.


### Media Inquiries
Contact *prteam@mediafire.com*.


### Business Phone
If you need to speak to a live person, please call us at 1-877-688-0068. Office hours are Monday thru Saturday.


### Business Mailing Address
MediaFire.com
19241 David Memorial Drive #170
Shenandoah, TX 77385