# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC § | |
| § | CIVIL ACTION NO. 6:12-CV-499-LED |
| VS. § | (LEAD CASE) |
| § | |
| § | |
| TEXAS INSTRUMENTS, INC., ET AL § | |

| | |
|---|---|
| BLUE SPIKE, LLC § | |
| § | CIVIL ACTION NO. 6:12-CV-576-LED |
| VS. § | (CONSOLIDATED CASE) |
| § | |
| AUDIBLE MAGIC CORPORATION, ET AL § | |

## NOTICE OF REQUEST FOR TERMINATION OF ELECTRONIC NOTICES

The law firm of O'Melveny & Myers LLP hereby requests that the clerk of the Court remove Kenneth L. Nissly, Susan van Keulen and Susan Roeder from the list of persons authorized to receive electronic notices in this case pursuant to Local Rule CV-11 (f).

Dated:  March  10, 2014

                                                         Respectfully submitted,

                                                     */S/ MELISSA R. SMITH*
                                                     Melissa R. Smith
                                                     Lead Attorney
                                                     Texas Bar No. 24001351
                                                     melissa@gillamsmithlaw.com
                                                     GILLAM & SMITH
                                                     303 S. Washington Avenue
                                                     Marshall, TX 75670
                                                     Telephone:    (903) 934-8450
                                                     Facsimile:     (903) 934-9257

>Kenneth L. Nissly
>California Bar No. 77589
>knissly@omm.com
>Susan van Keulen (*pro hac vice pending*)
>California Bar No. 136060
>svankeulen@omm.com
>Susan Roeder *(pro hac vice pending)*
>California Bar No. 160897
>sroeder@omm.com
>O'MELVENY & MYERS LLP
>2765 Sand Hill Road
>Menlo Park, California  94025
>Telephone:    (650) 473-2600
>Facsimile:     (650) 473-2601
>
>***Counsel for Defendant TuneCore, Inc***.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of Defendant TuneCore, Inc.'s Notice of Request for Termination of Electronic Notices via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 10th day of March, 2014.

 /s/ Melissa R. Smith