**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
| | § | |
| Plaintiff, | § | CASE NO. 6:12-CV-499-LED |
| | § | |
| vs. | § | LEAD CASE |
| | § | |
| TEXAS INSTRUMENTS, INC., | § | **JURY TRIAL DEMANDED** |
| | § | |
| Defendant. | | |

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
| | § | |
| Plaintiff, | § | CASE NO. 6:12-CV-534-LED |
| | § | |
| vs. | § | CONSOLIDATED CASE |
| | § | |
| VERCURY, INC., | § | **ORAL ARGUMENT REQUESTED** |
| | § | |
| Defendant. | | **JURY TRIAL DEMANDED** |

<u>**NOTICE OF REQUEST FOR TERMINATION OF ELECTRONIC NOTICES**</u>

The law firm of Feinberg Day Alberti & Thompson LLP hereby requests that the clerk of

the Court remove Elizabeth Day and Ian Feinberg from the list of persons authorized to receive

electronic notices in this case pursuant to Local Rule CV-11(f).

Dated:  March 10, 2014                    Respectfully submitted,

                                                            */s/ Margaret Elizabeth Day*
                                                            Margaret Elizabeth Day (CA Bar No. 177125)
                                                            Admitted to Practice
                                                            Email:  eday@feinday.com
                                                            Ian N. Feinberg (CA Bar No. 88324)
                                                            Pro Hac Vice
                                                            Email:  ifeinberg@feinday.com
                                                            FEINBERG DAY ALBERTI & THOMPSON LP
                                                            401 Florence Street, Suite 200

Palo Alto, CA 94301
Telephone:  (650) 618.4360
Facsimile:   (650) 618.4368

Attorneys for Defendant
VERCURY, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic services are being served with a copy of Defendant Vercury Inc.'s Notice of Request for Termination of Electronic Notices via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 10th day of May, 2014.

*/s/ Margaret Elizabeth Day*
Margaret Elizabeth Day