# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC<br>    *Plaintiff*,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC.<br>    *Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 6:12-CV-499 MHS<br><br>LEAD CASE |
| BLUE SPIKE, LLC,<br>    *Plaintiff*,<br><br>v.<br><br>ZEITERA, LLC, ENSEQUENCE, INC., AND RELATED CONTENT DATABASE, INC. d/b/a WATCHWITH,<br>    *Defendant*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 6:12-CV-568-LED<br><br>JURY TRIAL DEMANDED |

**DEFENDANT WATCHWITH INC.'S REPLY IN SUPPORT OF ITS JOINDER IN ZEITERA, LLC'S MOTION TO TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN <u>DISTRICT OF CALIFORNIA UNDER 28 U.S.C. § 1404(a)</u>**

Blue Spike opposes Defendant Related Content Database, Inc. d/b/a/ Watchwith, Inc.'s ("Watchwith") Joinder in Zeitera, LLC's Transfer motion for three equally-unavailing reasons. First, Blue Spike argues that Watchwith has not established jurisdiction in the Northern District of California. However, Watchwith submitted a declaration with its moving papers that confirms Watchwith is headquartered within the Northern District of California in San Francisco, California. *See* Declaration Of Zane Vella In Support Of Watchwith Inc.'s Joinder to Defendant Zeitera, LLC's Motion to Transfer Venue To The United States District Court For The Northern District Of California Under 28 U.S.C. § 1404(a) (Dkt. 1156-1 at ¶2). Therefore this action could have been brought against Watchwith in the Northern District of California.

Blue Spike next asserts that Watchwith cannot "piggyback" on Zeitera's Motion to Transfer. It is undisputed that Blue Spike's allegations of infringement against Watchwith are based on Watchwith's alleged use of Zeitera, LLC's ("Zeitera") content recognition systems. (Dkt. 1156-1 at ¶4). Blue Spike's opposition even "adopts by reference the arguments it made in opposition to Zeitera's transfer motion." (Dkt. 1301 at 2, n.2). Because Blue Spike's allegations against Zeitera and Watchwith – based on Watchwith's status as an alleged customer of Zeitera – are so intertwined, Watchwith's joinder in Zeitera's motion to transfer is entirely appropriate. Transfer should be decided on the same grounds advanced by Zeitera.

Finally, Blue Spike argues that Watchwith's joinder is meaningless because post-filing consent to jurisdiction is irrelevant. Blue Spike's argument is nonsensical. Watchwith, a ***San Francisco-headquartered company*** (*see* Dkt. 1156-1 at ¶2) and a customer of Zeitera, is requesting a transfer to the Northern District of California for all of the same reasons articulated in Zeitera's motion to transfer. (Dkt. 1155). As explained there, this action could have been brought in the Northern District of California against Zeitera and all of its customers – including

Watchwith – and it is undisputed that the bulk of evidence and witnesses are located there.

Blue Spike does not address the substance of Watchwith's request for a transfer. For all of the reasons articulated in Zeitera's motion to transfer, supported by the additional information provided by Watchwith in its opening joinder, Watchwith requests that the Court order Blue Spike LLC's claims against Watchwith be transferred to the Northern District of California.

Dated: March 10, 2014

By: /s/ Eric H. Findlay

Eric H. Findlay (Texas Bar No. 00789886)
FINDLAY CRAFT, LLP
6760 Old Jacksonville Hwy, Suite 101
Tyler, TX 75703
Telephone: (903) 534-1100
Facsimile: (903) 534-1137
efindlay@findlaycraft.com

I. Neel Chatterjee
Gabriel M. Ramsey
ORRICK, HERRINGTON & SUTCLIFFE, LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 614-7400
Facsimile: (650) 614-7401
gramsey@orrick.com
nchatterjee@orrick.com

Alyssa M. Caridis
ORRICK, HERRINGTON & SUTCLIFFE, LLP
777 S. Figueroa St.
Suite 3200
Los Angeles, CA 90017
Telephone: (213) 629-2020
Facsimile: (213) 612-2499
acaridis@orrick.com

Christopher J. Higgins
ORRICK, HERRINGTON & SUTCLIFFE, LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005-1706

Telephone:  (202) 339-8400
Facsimile:  (202) 339-8500
chiggins@orrick.com

Attorneys for Defendant
RELATED CONTENT DATABASE, INC. d/b/a
WATCHWITH

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served electronically on opposing counsel pursuant to Local Rule CV-5(a)(7)(C) on March 10, 2014.

*/s/ Eric H. Findlay*
Eric H. Findlay