IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO: 6:12-CV-499 |
| § | |
| TEXAS INSTRUMENTS INCORPORATED § | JURY TRIAL DEMANDED |
| § | |
| Defendant. § | |
| § | |

**NOTICE OF REQUEST FOR TERMINATION OF ELECTRONIC NOTICES**

Counsel for Texas Instruments Incorporated hereby requests that the clerk of the Court remove Carl R. Roth, Brendan C. Roth, Amanda A. Abraham, John J. Patti, and Sarah Vollbrecht from the list of persons authorized to receive electronic notices in this case pursuant to Local Rule CV-11(f).

Respectfully submitted,

By: /s/ Amanda A. Abraham

CARL R. ROTH
State Bar No. 17312000
cr@rothfirm.com
BRENDAN C. ROTH
State Bar No. 24040132
br@rothfirm.com
AMANDA A. ABRAHAM
State Bar No. 24055077
aa@rothfirm.com
THE ROTH LAW FIRM
115 Wellington, Suite 200
Marshall, Texas 75670
Phone: (903) 935-1665
Fax: (903) 935-1797

**ATTORNEYS FOR TEXAS
INSTRUMENTS INCORPORATED**

1

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 10th day of March, 2014.

_Amanda A. Abraham_
Amanda A. Abraham