IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> TEXAS INSTRUMENTS, INC., ET AL. <br><br> Defendants. | § | CASE NO. 6:12-CV-499 MHS <br><br> LEAD CASE |
| BLUE SPIKE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ANIMETRICS, INC., <br><br> Defendant. | § | CASE NO. 6:13-CV-38-MHS <br><br> CONSOLIDATED CASE |

## NOTICE OF REQUEST FOR TERMINATION OF ELECTRONIC NOTICES

The law firm of Cox Smith Matthews Incorporated hereby requests that the Clerk of the Court remove J. Daniel Harkins, Thomas E. Sisson, Henrietta Inocencio and Kim Busch from the list of persons authorized to receive electronic notices in this case pursuant to local Rule CV-11(f).

Dated: March 11, 2014            Respectfully submitted,

By: /s/ J. Daniel Harkins
J. Daniel Harkins
Lead Attorney
State Bar No. 09008990
dharkins@coxsmith.com
Thomas E. Sisson
State Bar No. 18444900
tsisson@coxsmith.com

5181526.1

<div style="text-align: right">

COX SMITH MATTHEWS INCORPORATED
112 E. Pecan Street, Suite 1800
San Antonio, Texas 78205
Telephone:  (210) 554-5500
Facsimile:  (210) 226-8395

**ATTORNEYS FOR DEFENDANT,
ANIMETRICS, INC.**

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of March, 2014, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court, Eastern District of Texas, using the court's CM/ECF system, which will send notice of such filing to all attorneys of record.

<div style="margin-left: 50%">

*/s/ J. Daniel Harkins*
J. Daniel Harkins

</div>