# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC | § | |
| | § | |
| v. | § | Case No. 6:12-cv-499 |
| | § | |
| TEXAS INSTRUMENTS, INC. | § | |

---

### ORDER DENYING AS MOOT

Now before the Court is Defendant Vercury, Inc.'s motion to change venue (Doc. No. 1142). The Court recently dismissed all claims involving Vercury, Inc. pursuant to the parties' agreement. Accordingly, the motion to transfer (Doc. No. 1142) is DENIED as moot.

**It is SO ORDERED.**

**SIGNED this 11th day of March, 2014.**


_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE