IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC | § |
| | § |
| v. | § Case No. 6:12-cv-499 |
| | § |
| TEXAS INSTRUMENTS, INC. | § |

### ORDER FOR CLOSING DOCUMENTS (ACTV8, INC.)

At the March 5, 2014, Plaintiff and Defendant ACTV8, Inc. announced that they had settled their claims. Accordingly, it is ORDERED that the parties or their counsel shall submit to the Court all papers necessary for dismissal of all claims on or before April 4, 2014. If such papers are not received by the Court by the scheduled deadline, the Court may order that the case be dismissed or may enter such orders as are just and necessary to ensure proper resolution of this case.

In view of this order, Defendant ACTV8's motion to transfer (Doc. No. 1149) is DENIED as moot.

**It is SO ORDERED.**

**SIGNED this 11th day of March, 2014.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE