# IN THE UNITED STATES DISCTRICT COURT FOR THE
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
|     Plaintiff, | § | CIVIL ACTION NO. 6:12-cv-00499-MHS |
| | § | |
| v. | § | (LEAD CASE) |
| | § | |
| TEXAS INSTRUMENTS, INC., | § | JURY TRIAL DEMANDED |
|     Defendant. | § | |
| | § | |
| | § | |
| | § | |
| BLUE SPIKE, LLC, | § | CIVIL ACTION NO. 6:13-cv-44 |
|     Plaintiff, | § | *(Consolidated with 6:12-cv-00499-MHS)* |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| ASURE SOFTWARE, INC., | § | |
|     Defendant. | § | |
| | § | |
| | § | |

## NOTICE OF REQUEST FOR TERMINATION OF ELECTRONIC NOTICES

The law firm of Taylor Dunham LLP hereby requests that the clerk of the Court remove Miguel S. Rodriguez from the list of persons authorized to receive electronic notices in this case pursuant to Local Rule CV-11(f).

Date:  March 12, 2014

                                                    Respectfully submitted,

                                                    **TAYLOR DUNHAM, LLP**
                                                    301 Congress Avenue, Suite 1050
                                                    Austin, TX 78701
                                                    512.473.2257 (Phone)
                                                    512.478.4409 (Facsimile)

                                                    /s/ Miguel S. Rodriguez
                                                    Miguel S. Rodriguez (Lead Attorney)
                                                    Texas Bar No. 24007938

Email:  mrodriguez@taylordunham.com
ATTORNEY FOR ASURE SOFTWARE, INC.

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system on March 12, 2014, which will send notification of such filing to all counsel of record who are deemed to have consented to electronic service.

/s/ Miguel S. Rodriguez
Miguel S. Rodriguez