UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Blue Spike, LLC, § § *Plaintiff*, § § v. § § Texas Instruments, Inc. et al., § § *Defendants*. § § § | Case No. 6:12-cv-499 MHS<br><br>Lead Case<br><br>Jury Trial Demanded |

**ORDER DENYING DEFENDANT CBS CORPORATION AND LAST.FM'S MOTION TO DISMISS THE AMENDED COMPLAINT [DKT. 520]**

On this day came for consideration Defendant CBS Corp. and Last.fm's Motion to Dismiss the Amended Complaint. Having considered Defendants' motion and supporting papers and Blue Spike's opposition and supporting papers, the Court is of the opinion that said motion should be DENIED.

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss is hereby denied on the grounds that Defendant Last.fm has sufficient contacts with the state of Texas to support the exercise of personal jurisdiction.

IT IS SO ORDERED.