# Exhibit 2

# Last.fm Scrobbler for Mac



## Get Last.fm on Your Phone





## Extend Your Last.fm Experience











