# Exhibit 3



## Subscribe to Last.fm
### $3.00 a month

- Uninterrupted radio listening
- Play radio on your mobile app and other supported hardware platforms
- Play radio on your desktop with the Last.fm Scrobbler
- Ad-free browsing and streaming — this doesn't include videos from third parties, e.g. YouTube videos in the new Last.fm Player
- See recent visitors to your profile
- Show you're a subscriber with a prestigious black icon
- Early access to experimental features from the Last.fm Labs

◉ **$3.00 per month recurring subscription**
You can cancel your subscription at any time, and it's simple to do.

○ **One-off subscription for 1 month at $3.00**
This option doesn't require a PayPal account

[Subscribe]  PayPal

Or buy a subscription for a friend

By purchasing a subscription you agree to our Terms of Use. Questions? See our FAQ.

## Recent Subscribers


**M1lkyway**
Damien
Last track: Slava – Better


**URAVATOR**
Takushi Urabe, 38, Male, Japan
Last track: Roxy Music – Avalon


**GJVelde**
Geert J., 66, Male, Netherlands
Last track: Claudia de Breij – Suzanne


**snowfaller**
Scott, 43, United States
Listening: Transient Stellar – Matm


**Jacendb**
Diego, 33, Male, Chile
Last track: Chancho En Piedra – Animales Disfrazados


**jeffersonareiah**
Last track: P2TEN – Circles


**Medsybelle**
Anna Cavalie, 25, Female, United States
Last track: Jody Watley – Looking For A New Love


**daninn**
Daniel, 45, Male, Italy
Last track: Beck – Paper Tiger


**eddymaya**
Last track: Marissa Nadler – Nothing in My Heart


**-VVV-**
Viivi, 26, Female, Finland
Last track: Starfucker – Isabella of Castile