# Exhibit 4



Step **3** of **3**

# Personalise your profile

Last.fm is a music service powered by its worldwide community of listeners. Stand out from the crowd by adding a picture and some details about yourself.



**Profile Picture**



**Real Name**

**Location**

**Gender**

○ Male   ○ Female   ● I'd rather not say

**Date of Birth**

Go back     I'll complete my profile later     Save my profile