# Exhibit 8

# Email Settings

Home

| Account | Website | **Email** | Privacy | Password | Subscription | Data | Applications | Sharing | Labs | Export Data |

Which emails would you like to get from Last.fm?

- ☑ **Social notifications**
  We'll email you when someone gets in touch on Last.fm. show detail

- ☑ **Our occasional digest email**
  We'll email you every now and again with recommendations and data about your own music listening.

- ☑ **Events and new releases**
  We'll tell you whenever an artist you like is playing live near you, or when they release something new.

- ☑ **Announcements from Last.fm**
  Keeping you up to date with news from Last.fm. show detail

- ☑ **Promotions and announcements from partners**
  We'll never give anyone your email address, but we'd like to pass on special offers, promotions, and product announcements on behalf of carefully selected partners.

- ☐ **Never contact me by email**
  This overrides all other settings. Remember, it means that **whatever happens, we'll never be able to contact you** (unless you email us first).

[Save]

---

**Artists and Labels**
Connect with fans by uploading your music to Music Manager

**Download Our Apps**
Get the Last.fm apps for desktop and mobile and start scrobbling

**Company**
About us
Contact us
Jobs
Blog
Advertise

**Join in**
Subscribe
Find friends
Find groups
Community
Forums

**Goodies**
More apps & devices
Developer API
Tools & plugins
Playground
Free music downloads

**Help**
Help & support
System status
Community guidelines
Moderators

English · Deutsch · Español · Français · Italiano · 日本語 · Polski · Português · Русский · Svenska · Türkçe · 简体中文

"Let The Last.fm Take The Strain."

CBS Interactive © 2014 Last.fm Ltd. All rights reserved · Terms of Use, Privacy Policy and Legal Policies — Updated 26 Nov 2013 · Gamespot