# Exhibit 9

# Music


Last.fm


Scrobbler


Scrobblr


Festivals