Exhibit 10

