# Exhibit 13

Case 6:12-cv-00499-RWS-CMC Document 1348-14 Filed 03/12/14 Page 2 of 2 PageID #: 16419

