# Exhibit 14



# Past SXSW Speakers



Artists, music supervisors, branding executives, digital media gurus, activists, label owners, festival bookers, bloggers, publicists, legends and youngsters all have a say at SXSW. Here are some notable speakers from recent years:

50 Cent
Ken Abdo, *Lommen Abdo Law Firm*
Paul Adams, *Bang The Drum*
Nic Adler, *The Roxy Theatre*
Dave Allen, *NORTH*

Dave Allen, *NORTH*
Marika Anthony-Shaw, *Arcade Fire*
Rod Argent, *The Zombies*
Ian Astbury, *The Cult*
Martin Atkins, *Tour:Smart*
Kevin Augunas, *Fairfax Recordings*
Jeff "Skunk" Baxter
Richard Bengloff, *The American Association of Independent Music (A2IM)*
Jason Bentley, *KCRW*
Boche Billions, *The Billions Corporation*
Richard Blais
Ben Blackwell, *Third Man Records*
Colin Blunstone, *The Zombies*
Bomba Estereo
Joe Boyd, *Carthage Music Ltd*
Eric Burdon
Jordan Burger, *The Agency Group Ltd*
Clem Burke, *Blondie Music Inc*
Syd Butler, *Frenchkiss Records*
Gary Calamar, *GO Music Services*
Bryan Calhoun, *Label Management Systems LLC*
Judy Cantor-Navas, *Billboard*
Ashley Capps, *AC Entertainment*
Matthew Caws, *Nada Surf*
Chamillionaire
Dan Charnas
Billy Chasen, *turntable.fm* Edoardo Chavarin, *NACO USA LLC*
Cheap Trick
George Clinton
Jarvis Cocker
Jonathan Cohen, *Late Night with Jimmy Fallon*
Warren Cohen, *VH1*
Bootsy Collins
Jason Colton, *Red Light Management*
Tom Conrad, *Pandora*
M Shawn Crahan, *Slipknot*
Larry Crane, *Tape Op/Jackpot! Recording*
Ice Cube, *Cube Vision*
Britt Daniel, *Spoon/Divine Fits*
Jonathan Daniel, *Crush Music Media Management*
Clive Davis, *Sony Music*
Jonathan Demme





Jim DeRogatis, *Sound Opinions*
Tom DeSavia, *Notable Music Co*
Deadmau5
Depeche Mode
Devo
Dez Dickerson, *Pavilion Entertainment*
John Doe, *The John Doe Corporation*
Thomas Dolby, *Lost Toy People Inc*
Donovan
George Drakoulias
Duran Duran
Steve Earle
East Bay Ray, *Dead Kennedys*
Martin Elbourne, *The Great Escape Festival*
Bob Emmer, *Shout! Factory*
Jay Faires, *Lionsgate Entertainment*
Shawn Fanning, *Airtime*
Rick Farman, *Superfly Productions*
Fat Joe
Rob Fields, *Boldaslove.us*
Michael Fitzpatrick, *Fitz and the Tantrums*
Bill Flanagan, *MTV Networks*
Jana Fleishman, *Roc Nation*
Bruce Flohr, *Red Light Management*
Leslie Fram, *CMT*
David Fricke, *Rolling Stone Magazine*
Daryl Friedman, *GRAMMYs*
Justin Gage, *Aquarium Drunkard*
Trevor Gale, *SESAC*
Merrill Garbus, *tUnE-yArDs*
Eric Garland, *BigChampagne*
Gloria Gaynor, *GLOLO LLC*
Gilberto Gil
Scott Gillmore, *Emmis Communications*
Rob Glaser, *RealNetworks*
Daniel Glass, *Glassnote Entertainment Group*
Karen Glauber, *Hits Magazine*
Jordan Glazier, *Eventful Inc*
Danny Goldberg, *Gold Village Entertainment*
Martin Goldschmidt, *Cooking Vinyl*
Michael Goldstone, *Mom+Pop Music*
Jeff Greenberg, *The Village*





Arlo Guthrie, *Rising Son Records*
Daryl Hall
Nic Harcourt, *SamLuna Media Inc*
Grant Hart, *Con d'or*
Richie Hawtin
Matt Hickey, *High Road Touring*
David Hirshland, *Bug Music*
Dominic Hodge, *Frukt Music*
The Hold Steady
T.J. Holmes, *BET Networks*
Rita Houston, *WFUV*
Ken Irwin, *Rounder Records*
Nicolas Jaar, *Clown & Sunset Aesthetics*
Jim James
Tony James, *Carbon/Silicon*
Eli Janney, *Girls Against Boys*
Jewel
Peter Jenner, *Sincere Management*
Mikel Jollett, *The Airborne Toxic Event*
Booker T Jones Mick Jones, *Carbon/Silicon*
Rickie Lee Jones
Regina Joskow, *The Verve Music Group*
Juanes
Christopher Kaskie, *Pitchfork Media*
Mark Kates, *Fenway Recordings*
Tony Kiewel, *Sub Pop Records*
Adam Klein, *eMusic*
Steve Knopper, *Rolling Stone Magazine*
Eddie Kramer, *WOODSTOCK*
Jordan Kurland, *Zeitgeist Artist Management LTD*
Talib Kweli, *Javotti Media*
Kendrick Lamar
Elizabeth Leahy, *Section 101*
Ted Leo
Sondre Lerche
Lady Leshurr
Jared Leto
Ken Levitan, *Vector Recordings*
Kenny Loggins
Bob Ludwig, *Gateway Mastering Studios Inc*
Gavin Lurssen, *Lurssen Mastering*
Don MacKinnon, *(RED)WIRE*



Mackelmore & Ryan Lewis
David Macias, *Thirty TIgers*
Dan Mackta, *JIVE Label Group*
Alex Maiolo, *Future of Music Coalition*
Jesse Malin
Trey Many, *The Billions Corporation*
Kent Marcus, *Marcus & Colvin LLP*
Dave Marsh, *Rock&Rap Confidential*
Tucker Martine
Mike Martinovich, *Flatiron Management*
George Massenburg, *McGill University*
Mac McCaughan, *Merge Records*
Doc McGhee, *McGhee Entertainment*
Gabe McDonough, *Leo Burnett*
Jon Mcildowie, *The Great Escape Festival*
Louis Messina, *The Messina Group*
Mike Mills, *REM*
Eugene Mirman
Claude Mitchell, *ESPN*
Ian Montone, *Monotone Inc*
Tom Moon, *1000 Recordings To Hear Before You Die*
Thurston Moore, *Ecstatic Peace*
Sean Moriarty, *Triton Media & Eventbrite*
Bob Mould
Dan Nakamura, *Bulk Recordings*
Nardwuar the Human Serviette
Vickie Nauman, *Sonos*
Nas
Steve Nice, *Nice Management and Consulting*
Mollie Neuman, *eMusic*
John Norris, *Fuse*
The Oak Ridge Boys
Michael Ochs, *Michael Ochs Archives*
Rikke Oexner, *Roskilde Festival*
==Matthew Ogle, *Last.fm*==
Hugh Padgham, *Huge Productions*
Amanda Palmer
Panos Panay, *Sonicbids*
John Pantle, *United Talent Agency*
Sean Parker, *Airtime*
Joe Nick Patoski
Bill Pearis, *BrooklynVegan.com*





Sandy Pearlman, *McGill University*
Glenn Peoples, *Billboard*
Liz Phair
Matt Pinfield, *MTV2*
Jim Pitt, *NBC*
Tom Poleman, *Clear Channel*
Jonathan Poneman, *Sub Pop Records*
Iggy Pop
David Porter, *8tracks*
Ann Powers, *NPR Music*
Lyle Preslar
Jeff Price, *Audiam*
Tim Quirk, *Rhapsody America*
Josh Rabinowitz, *Grey Group*
Chuck Ragan
Aaron Ray, *The Collective*
Simon Raymonde, *Bella Union*
Steve Reich
Scott Reilly, *x5 Music Group*
Rebecca Rienks, *E! Entertainment/NBCUniversal*
Ian Rogers, *Daisy*
Benji Rogers, *PledgeMusic*
Josh Rosenfeld, *Barsuk Records*
Matt Rosoff, *The Business Insider*
Pasquale Rotella, *Insomniac Inc*
Portia Sabin, *Kill Rock Stars*
Bob Santelli, *The GRAMMY Museum*
Alicen Schneider, *NBC Universal TV Music*
Alex Schulz, *Reeperbahn Festival GbR*
Gerald Seligman, *WOMEX*
Ron Sexsmith
Chris Shiflett
Hank Shocklee, *Shocklee Entertainment*
J Sider, *RootMusic*
John Simson, *SoundExchange*
Amrit Singh, *Stereogum*
Derek Sivers, *MuckWork*
Jay Sloan, *ASCAP*
Ethan Smith, *The Wall Street Journal*
Chris Stamey
Jonas Stein, *Turbo Fruits*
Seymour Stein, *Sire Records*





Seymour Stein, *Sire Records*
Jody Stephens, *Ardent Music LLC*
Nick Stern, *7-10 Music*
Terry Stewart, *Rock & Roll Hall of Fame & Museum*
Steve Stoute, *Translation Advertising*
Danielle Strle, *Tumblr*
John Strohm, *Johnston Barton Proctor & Rose LLP*
Chris Swanson, *Jagjaguwar Records*
Jay Sweet, *Newport Folk Festival*
Julie Swidler, *Sony Music Entertainment*
Sylvain Sylvain, *New York Dolls*
Chris Taylor, *Last Gang Records*
Corey Taylor
Van Toffler, *MTV Networks*
Geoff Travis, *Rough Trade Records*
Com Truise
Daren Tsui, *mSpot Inc*
Jaan Uhelszki, *Relix Magazine*
Beth Urdang, *Agoraphone*
Sami Valkonen, *Nokia Music*
Steven Van Zandt, *Wicked Cool Records*
Don VanCleave, *TAO-The Artists Organization*
John Varvatos, *John Varvatos*
Jack Vaughn, *Comedy Central Records*
Rae Votta, *MTV Networks*
Andrew W.K.
Bruce Warren, *WXPN*
Nan Warshaw, *Bloodshot Records*
Anna Webber
Howie Weinberg
Tim Westergren, *Pandora Media Inc*
Alex White, *Next Big Sound*
Matt Wilkinson, *NME*
Bernie Williams
Jody Williams, *BMI*
Mark Williams, *Columbia Records*
Mike IX Williams, *Eyehategod/Arson Anthem/The Guilt of..*
Paul Williams, *ASCAP*
Hal Willner
Ann Wilson, *Heart*
Nancy Wilson, *Heart*
Tom Windish, *The Windish Agency LLC*


Guru

Norm Winer, *WXRT/CBS Radio*
Alex Winter
Bernie Worrell
Phil X
Young Guru
Sean Yseult, *White Zombie*
Jay Yuenger, *jyuenger.com*
DJ Z-Trip
Brian Zisk, *SanFran MusicTech Summit*



- *Jim James & Bill Flanagan photo credit Kevin McGehearty*
- *Jeff "Skunk" Baxter photo credit Cal Holman*
- *Clive Davis photo credit Mindy Best*
- *Danielle Strle photo credit Robert M Ward*
- *Bootsy Collins photo credit Jesse Knish*
- *Rebecca Rienks photo credit Maggie Boyd*
- *Michael Fitzpatrick photo credit Amanda Stronza*
- *Amanda Palmer photo credit Amanda Stronza*
- *George Clinton photo credit Kevin McGehearty*
- *Kenny Loggins photo credit Kevin McGehearty*
- *Young Guru photo credit Rebecca Hedges Lyon*
- *Macklemore & Ryan Lewis photo credit Kevin McGehearty*

**CONNECT WITH US**

**Subscribe to the Newsletter**
We'll send you all the latest news, deadlines, and free stuff!

[                                    ] [ Add me ]

      

**TWEETS**

 **SXSW** ✓ @sxsw  37m
Hey game developers, you can't win if you don't play! SXSW Gamers Award entry deadline is end of day on Fri, Dec 13. ow.ly/rBM0F
Expand

 **SXSW** ✓ @sxsw  1h
Changing sports media landscape highlighted at #SXsports: Speakers include @PeterGuber, @BillSimmons and more ow.ly/rBLXN #sxsw
Expand