# Exhibit 15

# SXSW PANELPICKER

Sign in

Search, Filter and Vote

Search/Vote | About | FAQ | Help

## SXSW Interactive 2013

**Tags:** ugc, data, music

**Meta:**
- Event - Interactive
- Category - Solo
- Theme - Culture and Entertainment
- Level - Advanced

### Share this idea

 98
 194
 5

[Show me another]

# UGD (User Generated Data) and Product Development

Being a data-driven organization is core to developing and growing a successful Internet company today. This presentation will delve into the data ownership implications and considerations product teams need to take into account as they build products and services aimed at growing their user base and scale their companies' business.

## Additional Supporting Materials

http://last.fm

## Questions Answered

1. What were the first principles Last.fm followed to build the trust with their audience to scale?
2. How have those policies changed in the new era of "frictionless sharing" and open APIs?
3. How should new companies create user-centric data policies that benefit both user and product?
4. What is the concept of data 'ownership' and how do companies manage this?
5. What is the importance of transparency?

## Speakers

- Simon Moran Last.fm

## Organizer

Luke Fredberg Last.fm

## Add Comments

**0 comments**  0

 Start the discussion…

Best ▼   Community                    Share   Login ▼

No one has commented yet.

✉ Subscribe   ᴅ Add Disqus to your site              DISQUS