UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **Blue Spike, LLC,**  *Plaintiff,*  v.  **Texas Instruments, Inc., et al.,**  *Defendants.* | § § § § § § § § § | CASE NO. 6:12-cv-499 MHS  LEAD CASE  Jury Trial Demanded |
| **Blue Spike, LLC,**  *Plaintiff,*  v.  **CBS Corp. and Last.fm Ltd.,**  *Defendants.* | § § § § § § § § § | CASE NO. 6:12-cv-594 LED  CONSOLIDATED CASE  Jury Trial Demanded |

**MOTION OF VOLUNTARY DISMISSAL OF DEFENDANT CBS CORP. WITHOUT PREJUDICE UNDER RULE 41(a)(1)(A)(i) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Plaintiff Blue Spike, LLC hereby moves to voluntarily dismiss its Complaint against Defendant CBS Corp. ("Defendant") without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. In accordance with Rule 41(a)(1)(A)(i), Plaintiff states that this Motion has been filed prior to service by Defendant of an answer or of a motion for summary judgment.

Respectfully submitted,

By: /s/ Randall T. Garteiser
Randall T. Garteiser
 Lead Attorney
 Texas Bar No. 24038912

1

    rgarteiser@ghiplaw.com
Christopher A. Honea
  Texas Bar No. 24059967
  chonea@ghiplaw.com
Christopher S. Johns
  Texas Bar No. 24044849
  cjohns@ghiplaw.com
Kirk J. Anderson
  California Bar No. 289043
  kanderson@ghiplaw.com
Peter S. Brasher
  California Bar No. 283992
  pbrasher@ghiplaw.com
GARTEISER HONEA, P.C.
218 North College Avenue
Tyler, Texas 75702
(903) 705-0828
(903) 526-5477 fax

***ATTORNEYS FOR BLUE SPIKE, LLC***

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email.

/s/ Randall T. Garteiser