# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| Blue Spike, LLC,<br>*Plaintiff,*<br>v.<br>Texas Instruments, Inc., et al.,<br>*Defendants.* | CASE NO. 6:12-cv-499 MHS<br>LEAD CASE<br>Jury Trial Demanded |
| Blue Spike, LLC,<br>*Plaintiff,*<br>v.<br>CBS Corp. and Last.fm Ltd.,<br>*Defendant.* | CASE NO. 6:12-CV-594 LED<br>CONSOLIDATED CASE<br>Jury Trial Demanded |

**ORDER OF DISMISSAL WITHOUT PREJUDICE OF CBS CORP.**

Pursuant to Fed. R. Civ. P. 41(a), recognizing the Motion to Dismiss filed by Plaintiff Blue Spike, LLC of the above-captioned litigation, it is ordered as follows:

**ORDERED** that the claims asserted herein by Plaintiff Blue Spike, LLC against Defendant CBS Corp. be, and hereby are, dismissed without prejudice.

**ORDERED** that the counterclaims and defenses asserted herein by Defendant CBS Corp. against Plaintiff Blue Spike, LLC be, and hereby are, dismissed without prejudice; and

**ORDERED** that the parties shall bear their own attorney's fees, expenses and costs.