IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC<br><br>  Plaintiff<br><br>v.<br><br>TEXAS INSTRUMENTS, INC., et al.<br><br>  Defendant. | § § § § § § § § § § § § | CIVIL ACTION NO. 6:12-CV-499 MHS<br>LEAD CASE<br><br>JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC<br><br>  Plaintiff<br><br>v.<br><br>3M COGENT, INC.<br><br>  Defendant. | § § § § § § § § § § § § § | CIVIL ACTION NO. 6:13-CV-499<br><br>CONSOLIDATED CASE |

**DECLARATION OF DAVID R. KNIFFIN IN SUPPORT OF MOTION TO TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA UNDER 28 U.S.C. § 1404(a)**

1

I, David R. Kniffin, do hereby declare and state as follows:

1. I submit this Declaration in support of Defendant 3M Cogent, Inc.'s ("3M Cogent") reply in support of its Motion to Transfer Venue filed on March 13, 2014.

2. I have personal knowledge of the facts set forth in this Declaration, except as otherwise stated. I am competent to testify as to all matters stated, and if called upon to do so, I would testify to the facts set forth in this Declaration.

3. I am employed as the Identity Management Business Manager at 3M Cogent.

4. 3M Cogent's customers and/or entities to whom 3M Cogent has offered to sell biometric authentication products during the relevant time period in this case, that are located in the greater surrounding Los Angeles area, within the Central District of California, include: the Anaheim Police Department, the City of Anaheim, the Ontario Police Department, the City of Ontario, the Los Angeles Police Department, the County of Los Angeles and the Los Angeles Sheriff's Department.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct based on my own personal knowledge.

Executed this 13th day of March, 2014, in Pasadena, California.

*[signature]*