IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, *Plaintiff,* v. Texas Instruments, Inc., et al., *Defendants.* | § § § § § § § | CASE NO. 6:12-cv-499 MHS LEAD CASE Jury Trial Demanded |
| Blue Spike, LLC, *Plaintiff,* v. CBS Corp. and Last.fm Ltd., *Defendant.* | § § § § § § § | CASE NO. 6:12-CV-594 LED CONSOLIDATED CASE Jury Trial Demanded |

**ORDER OF DISMISSAL WITHOUT PREJUDICE OF CBS CORP.**

Pursuant to Fed. R. Civ. P. 41(a), recognizing the Motion to Dismiss filed by Plaintiff Blue Spike, LLC of the above-captioned litigation, it is ordered as follows:

**ORDERED** that the claims asserted herein by Plaintiff Blue Spike, LLC against Defendant CBS Corp. be, and hereby are, dismissed without prejudice.

**ORDERED** that the counterclaims and defenses asserted herein by Defendant CBS Corp. against Plaintiff Blue Spike, LLC be, and hereby are, dismissed without prejudice; and

**ORDERED** that the parties shall bear their own attorney's fees, expenses and costs.

**It is SO ORDERED.**
SIGNED this 13th day of March, 2014.

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE