# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC<br><br>    Plaintiff,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC. et al.<br><br>    Defendants. | Civil Action No. 6:12-cv-00499 (MHS)<br><br>JURY TRIAL REQUESTED |

## NOTICE OF REQUEST FOR TERMINATION OF ELECTRONIC NOTICES

Lance Lee hereby requests that the Clerk of the Court remove him from the list of persons authorized to receive electronic notices in this case pursuant to Local Rule CV-11(f).

Dated:  March 17, 2014    Respectfully submitted,

    */s/ Lance Lee*_____
    Lance Lee
    Texas Bar No. 24004762
    Attorney at Law
    5511 Plaza Drive
    Texarkana, TX 75503
    Email: wlancelee@aol.com
    Tel: 903-223-0276
    Fax: 903-223-0210

    *ATTORNEYS FOR DEFENDANT*
    *GOOGLE INC.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 17, 2014, a true and correct copy of the foregoing was served to the parties counsel of record via electronic mail pursuant to Local Rule CV-5(d).

    */s/ Lance Lee*_____
    Lance Lee