IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § § § | |
| Plaintiff, | § | Civil Action No. 6:12-cv-499-MHS |
| v. | § § § | CONSOLIDATED CASE |
| TEXAS INSTRUMENTS, INC., | § § | JURY TRIAL DEMANDED |
| Defendants. | § § § | |

**JOINT NOTICE OF DESIGNATION OF
SUPPLIER / INDEPENDENT AND CUSTOMER DEFENDANTS**

The parties jointly file this Notice of Designation of Supplier/Independent and Customer Defendants, pursuant to the Court's March 6, 2014 Scheduling and Discovery Orders. (Dkt. Nos. 1331 and 1332).

I.   **SUPPLIER/INDEPENDENT DEFENDANTS**

The listing of a particular Defendant in the "Supplier/Independent Defendants" grouping is not an admission that Defendant has sold or offered for sale accused technology in the United States, nor that it has any "customers" that are parties to this lawsuit. These defendants will be subject to the Supplier/Independent Scheduling and Discovery Order [Dkt. No. 1332].

- Audible Magic Corp.,
- Civolution USA, Inc.,
- Civolution B.V.,
- 3M Cogent Inc.,
- MorphoTrak, Inc.,
- MorphoTrust USA, Inc.,
- Safran USA, Inc.,
- L-1 Identity Solutions, Inc.,
- Clear Channel Broadcasting, Inc.,
- Cognitec Systems GmbH,

1

- Shazam Entertainment Ltd.,
- Vobile, Inc.,
- Last.fm Ltd.,
- Attributor Corporation,
- ZK Technology, LLC,
- ZK Software Biometric Identification Technology Co., Ltd.,
- Precise Biometrics, Inc.,
- Precise Biometrics AB,
- SpeechPro, Inc.,
- Speech Technology Center, LLC,
- iPharro Media, Inc.,
- iPharro Media, GmbH,
- AOptix Technologies, Inc.,
- Facebook, Inc.,
- Viggle, Inc.,
- BMAT Licensing, S.L.,
- M2SYS, LLC,
- Iritech, Inc.,
- Futronic Technology Co., Ltd.,
- NEUROtechnology,
- Fulcrum Biometrics, LLC

## II.     CUSTOMER DEFENDANTS

The listing of a particular Defendant in the "Customer Defendants" grouping is not an admission that Defendant is a direct customer of a named defendant in this lawsuit, or has sold or offered for sale accused technology in the United States.  These defendants will be subject to the Customer Scheduling and Discovery Order [Dkt. No. 1331].

- Facebook, Inc. (Audible Magic accused technology),
- MySpace LLC,
- Specific Media LLC,
- Photobucket.com, Inc.,
- Dailymotion, Inc.,
- Dailymotion S.A.,
- Soundcloud, Inc.,
- Soundcloud Ltd.,
- Myxer, Inc.,
- Qlipso, Inc.,
- Qlipso Media Networks Ltd.,
- Yap.TV, Inc.,

- GoMiso, Inc.,
- iMesh, Inc.,
- Metacafe, Inc.,
- Boodabee Technologies, Inc.,
- Zedge Holdings, Inc.,
- Harmonix Music Systems, Inc.,
- Brightcove, Inc.,
- Coincident.TV, Inc.,
- Accedo Broadband North America, Inc.,
- Accedo Broadband AB,
- MediaFire LLC,
- WiOffer, LLC,
- Entropic Communications, Inc.,
- Watchwith, Inc. (formerly known as Related Content Database, Inc. d/b/a Watchwith),
- Cognitec Systems Corp.,
- CBS Interactive Inc.,
- SMRTV Inc.,
- The Nielsen Company (US) LLC,
- Irdeto USA, Inc.,
- Irdeto B.V.,
- Infinisource, Inc.,
- Qqest Software Systems, Inc.,
- Airborne Biometrics Group, Inc.

*Signature of Counsel:*

        Respectfully submitted,

        */s/ Randall T. Garteiser*
Randall T. Garteiser
  Lead Attorney
  Texas Bar No. 24038912
  rgarteiser@ghiplaw.com
Christopher A. Honea
  Texas Bar No. 24059967
  chonea@ghiplaw.com
Christopher S. Johns
  Texas Bar No. 24044849
  cjohns@ghiplaw.com
GARTEISER HONEA, P.C.
218 North College Avenue
Tyler, Texas 75702
(903) 705-0828
(888) 908-4400 Fax

Kirk J. Anderson

   California Bar No. 289043  
Peter S. Brasher  
   California Bar No. 283992  
GARTEISER HONEA, P.C.  
44 North San Pedro Road  
San Rafael, California 94903  
(415) 785-3762  
(415) 785-3805 fax  

*Counsel for Blue Spike, LLC.*

*/s/ Joshua R. Furman*  
Josh A. Krevitt  
(NY Bar No. 2568228)  
Benjamin Hershkowitz  
(NY Bar No. 2600559)  
R. Scott Roe  
(NY Bar No. 4480224)  
Joshua Furman  
(NY Bar No. 4612255)  
Gibson, Dunn & Crutcher LLP  
200 Park Avenue  
New York, NY 10166  
Ph. 212.351.4000  
Fax: 212.351.6210  
jkrevitt@gibsondunn.com  
bhershkowitz@gibsondunn.com  
jfurman@gibsondunn.com  
sroe@gibsondunn.com  

Michael E. Jones  
SBN: 10929400  
mikejones@potterminton.com  
Allen F. Gardner  
SBN: 24043679  
allengardner@potterminton.com  
Daniel A. Noteware, Jr.  
SBN: 24051123  
dannynoteware@potterminton.com  
Potter Minton, PC  
110 North College, Suite 500  
Tyler, Texas 75702  
Tel: 903-597-8311  
Fax: 903-593-0846  

*Counsel for Defendant*  
*Shazam Entertainment Limited*

*/s/ Daniel Johnson, Jr.*

C. Erik Hawes (TX Bar No. 24042543)  
Email: ehawes@morganlewis.com  
Thomas R. Davis (TX Bar No. 24055384)  
Email: tdavis@morganlewis.com  
MORGAN, LEWIS & BOCKIUS LLP  
1000 Louisiana Street, Suite 4000  
Houston, Texas 77002  
(713) 890-5000 Telephone  

4

(713) 890-5001 Facsimile

Daniel Johnson, Jr. (Admitted *Pro Hac Vice*)
Email: djjohnson@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1000 Telephone
(415) 442-1001 Facsimile

*Attorneys for Defendants MorphoTrust USA, Inc., L-1 Identity Solutions, Inc., MorphoTrak, Inc., Safran USA, Inc.*

*/s/ Eric H. Findlay*
Eric H. Findlay (Texas Bar No. 00789886)
Walter W. Lackey, Jr. (Texas Bar No. 24050901)
FINDLAY CRAFT, LLP
6760 Old Jacksonville Hwy, Suite 101
Tyler, TX 75703
Telephone: (903) 534-1100
Facsimile: (903) 534-1137
efindlay@findlaycraft.com
wlackey@findlaycraft.com

I. Neel Chatterjee (admitted E.D. Texas)
Gabriel M. Ramsey (admitted E.D. Texas)
ORRICK, HERRINGTON & SUTCLIFFE, LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 614-7400
Facsimile: (650) 614-7401
gramsey@orrick.com
nchatterjee@orrick.com

Alyssa M. Caridis (admitted E.D. Texas)
ORRICK, HERRINGTON & SUTCLIFFE, LLP
777 S. Figueroa St.
Suite 3200
Los Angeles, CA 90017
Telephone: (213) 629-2020
Facsimile: (213) 612-2499
acaridis@orrick.com

Christopher J. Higgins
ORRICK, HERRINGTON & SUTCLIFFE, LLP
1152 15th Street, N.W.
Washington, DC 20005-1706
Telephone: (202) 339-8400
Facsimile: (202) 339-8500
chiggins@orrick.com

*Attorneys for Defendants Audible Magic, Corp., Facebook, Inc., Myspace LLC, Specific Media LLC, Photobucket.com, Inc., DailyMotion, Inc., DailyMotion S.A., SoundCloud, Inc., SoundCloud Ltd., Myxer, Inc., Qlipso, Inc., Qlipso Media Networks, Ltd., Yap.tv, Inc., GoMiso, Inc., iMesh,*

5

*Inc., Metacafe, Inc., Boodabee Technologies, Inc., Zedge Holdings, Inc., Brightcove Inc., Coincident.TV, Inc., Accedo Broadband North America, Inc., Accedo Broadband AB, MediaFire, LLC, WiOffer LLC, Harmonix Music Systems, Inc., and Watchwith, Inc. (f/k/a Related Content Database, Inc. d/b/a/ Watchwith)*

*/s/ Andrew P. Valentine*
Andrew P. Valentine (*Pro Hac Vice*)
DLA PIPER LLP (US)
2000 University Ave.
East Palo Alto, CA 94303
Telephone: 650.833.2000
Facsimile: 650.833.2001
andrew.valentine@dlapiper.com

John Guaragna
DLA PIPER LLP (US)
401 Congress Avenue
Suite 2500
Austin, TX 78701-3799
Telephone: 512.457.7125
Facsimile: 512.721.2325
john.guaragna@dlapiper.com

Dawn M. Jenkins
State Bar No. 24074484
DLA PIPER LLP (US)
1000 Louisiana, Suite 2800
Houston, TX 77002
Telephone: 713.425.8400
Facsimile: 713.425.8401
dawn.jenkins@dlapiper.com

*Attorneys for Defendants Irdeto USA, Inc. and Irdeto B.V.*

*/s/ Edward R. Reines*
Edward R. Reines
Cal. Bar No. 135960 – Admitted to E.D. Texas
Lead Attorney
edward.reines@weil.com
Byron Beebe
Cal. Bar No. 235179 – Admitted to E.D. Texas
byron,beebe@weil.com
Andrew L. Perito
Cal. Bar No. 269995 – Admitted to E.D. Texas
andrew.perito@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

*Attorneys for Defendants Last.fm Ltd. and CBS Interactive Inc.*

*/s/ Kristin L. Cleveland*
Kristin L. Cleveland
OR State Bar No. 001318 (admitted E.D. Texas)
kristin.cleveland@klarquist.com
Kristen L. Reichenbach (OR State Bar No. 115858)
kristen.reichenbach@klarquist.com
John D. Vandenberg (OR State Bar No. 893755)
john.vandenberg@klarquist.com
121 SW Salmon Street, Suite 1600
Portland, OR 97204
Telephone: (503) 595-5300
Facsimile: (503) 595-5301

Eric H. Findlay (Texas Bar No. 00789886)
Walter W. Lackey, Jr. (Texas Bar No. 24050901)
FINDLAY CRAFT, P.C.
6760 Old Jacksonville Hwy, Suite 101
Tyler, TX 75703
Telephone: (903) 534-1100
Facsimile: (903) 534-1137
efindlay@findlaycraft.com
wlackey@findlaycraft.com

*Attorneys for Defendant Attributor Corporation*

*/s/ Eric H. Findlay*
Eric H. Findlay (Texas Bar No. 00789886)
Walter W. Lackey, Jr. (Texas Bar No. 24050901)
FINDLAY CRAFT, P.C.
6760 Old Jacksonville Hwy, Suite 101
Tyler, TX 75703
Telephone: (903) 534-1100
Facsimile: (903) 534-1137
efindlay@findlaycraft.com
wlackey@findlaycraft.com

Jordan A. Sigale
Christopher Swickhamer
LOEB & LOEB LLP
321 North Clark Street, Suite 2300
Chicago, IL 60654
Telephone: 312-464-3109
Facsimile: 312-276-8375
Email: jsigale@loeb.com
Email: cswickhamer@loeb.com

*Attorneys for Defendant Viggle, Inc.*

*/s/ Teresa M. Corbin*
Teresa M. Corbin
Teresa M. Corbin, CA Bar No. 132360
(Admitted E.D. Texas)
Bryan A. Kohm, CA Bar No. 233276
(Admitted E.D. Texas)
David Lacy Kusters, CA Bar No. 241335
(Admitted E.D. Texas)
Fenwick & West LLP
555 California Street, 12th Floor

7

San Francisco, California 94104
Telephone: (415) 874-2300
Facsimile: (415) 281-1350

Darren E. Donnelly, CA Bar No. 194335
(Admitted E.D. Texas)
Fenwick & West LLP
Silicon Valley Center
801 California Street
Mountain View, California 94041
Telephone: (650) 955-8500
Facsimile: (650) 983-5200

*Attorneys for Defendants
AOptix Technologies, Inc.;
Infinisource, Inc.; Qqest Software Systems, Inc.;
 SMRTV, Inc.; and The Nielsen Company (US) LLC*

*/s/ Steven J. Corr*

Tharan Greg Lanier (admitted E.D. Texas)
California Bar No. 138784
Jones Day
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
tglanier@jonesday.com

Steven J. Corr (admitted E.D. Texas)
California Bar No. 216243
Jones Day
555 S. Flower Street
Los Angeles, CA 90278
Telephone: (213) 243-2327
Facsimile: (213) 243-2539
sjcorr@jonesday.com

*Attorneys for Defendants The Nielsen
Company (US) LLC*

*/s/ Ryan K. Yagura*
Ryan K. Yagura - TX S.B. #240755933
ryagura@omm.com - CA S.B. #197619
Nicholas J. Whilt
nwhilt@omm.com – CA S.B. #247738
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Sarah A. Pfeiffer
spfeiffer@omm.com – CA S.B. #278205
O'Melveny & Myers LLP
610 Newport Center Drive
Newport Beach, California 92660
Telephone: (949) 823-6900
Facsimile: (949) 823-6994

8

*Attorneys for Clear Channel Broadcasting, Inc.*

*/s/ Robert F. Kramer*
Robert F. Kramer
CA Bar No. 181706 (admitted E.D. Tex.)
C. Gideon Korrell
CA Bar No. 284890 (admitted E.D. Tex.)
DENTONS US, LLP
1530 Page Mill Road, Suite 200
Palo Alto, CA 94304
Tel: (650) 798-0300
Fax: (650) 798-0310
robert.kramer@dentons.com
gideon.korrell@dentons.com

*Counsel for Defendants 3M Cogent, Inc., ZK Technology, LLC, and ZK Software Biometrics Identification Technology, Ltd.*

*/s/ Jo Dale Carothers*
Alan H. Blankenheimer
ablankenheimer@cov.com
Jo Dale Carothers
jcarothers@cov.com
COVINGTON & BURLING LLP
9191 Towne Centre Drive, 6th Floor
San Diego, CA 92122-1225
Tel: 858-678-1800
Fax: 858-678-1600

Michael E. Jones
SBN: 10929400
Potter Minton, PC
110 N. College, Suite 500
Tyler, Texas 75702
Tel: 903-597-8311
Fax: 903-593-0846
mikejones@potterminton.com

*Attorneys for Defendant Entropic Communications, Inc.*

*/s/ Michael A. Molano*
Michael A. Molano (*pro hac vice*)
Ward Johnson (*pro hac vice*)
MAYER BROWN LLP
3000 El Camino Real
Palo Alto, CA 94306-2112
Phone: (650) 331-2000
Fax: (650) 331-2060
Email: wjohnson@mayerbrown.com
Email: mmolano@mayerbrown.com

Kyle E. Friesen
Texas Bar No. 24061954
MAYER BROWN LLP
700 Louisiana Street, Suite 3400

9

Houston, Texas 77002-2730
Phone: (713) 238-2691
Fax: (713) 238-4691
Email: kfriesen@mayerbrown.com

*Counsel for Defendants*
*Civolution USA, Inc. and Civolution B.V.*

*/s/ Dwayne K. Goetzel*
Eric B. Meyertons
Texas State Bar No. 14004400
Dwayne K. Goetzel
Texas State Bar No. 08059500
Ryan T. Beard
Texas State Bar No. 24012264
MEYERTONS, HOOD, KIVLIN,
KOWERT & GOETZEL, P.C.
1120 S. Capital of Texas Hwy.
Building 2, Suite 300
Austin, Texas 78746
(512) 853-8800 (telephone)
(512) 853-8801 (facsimile)

*ATTORNEYS FOR DEFENDANTS*
*COGNITEC SYSTEMS CORP. and COGNITEC*
*SYSTEMS GMBH*

*/s/ Eric H. Findlay*
Eric H. Findlay (Texas Bar No. 00789886)
Walter W. Lackey, Jr. (Texas Bar No. 24050901)
FINDLAY CRAFT, P.C.
6760 Old Jacksonville Hwy, Suite 101
Tyler, TX 75703
Telephone: (903) 534-1100
Facsimile: (903) 534-1137
efindlay@findlaycraft.com
wlackey@findlaycraft.com

Marc N. Henschke  (admitted E.D. Texas)
Foley & Lardner LLP
111 Huntington Ave
Suite 2600
Boston, MA 02199
Phone: 617.342.4000
Fax: 617.342.4001
mhenschke@foley.com

*Attorneys for Defendants*
*iPharro Media, Inc. and iPharro Media, GmbH*

*/s/ David A. Jakopin*
Samuel E. Stubbs (TX Bar No. 19434500)
sam.stubbs@pillsburylaw.com
Pillsbury Winthrop Shaw Pittman LLP
2 Houston Center

909 Fannin, Suite 2000
Houston, TX 77010-1018
Phone: 713.276.7600
Fax:  281.276.7673

David A. Jakopin (CA Bar # 209950)
david.jakopin@pillsburylaw.com
Keren Hu          (CA Bar # 252725)
keren.hu@pillsburylaw.com
Pillsbury Winthrop Shaw Pittman LLP
2550 Hanover Street
Palo Alto, CA 94304-1114
Phone: 650.233.4500
Fax: 650.233.4545

*Attorneys for Vobile, Inc.*

*/s/ Reid Eric Dammann*
Reid Eric Dammann, Esq. (*Admitted Pro Hac Vice*)
MUSICK PEELER LLP
One Wilshire Boulevard, Suite 2000
Los Angeles, California 90017
Telephone:  (213) 629-7600
Facsimile:  (213) 624-1376
r.dammann@mpglaw.com

*Attorney for Defendant*
*Airborne Biometrics Group, Inc.*

*/s/ G. William Foster*
Russell E. Levine, P.C.
G. William Foster
KIRKLAND & ELLIS LLP
300 N. LaSalle St.
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
russell.levine@kirkland.com
billy.foster@kirkland.com

Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, LLP
303 S. Washington Ave.
Marshall, Texas 75670
Telephone: (903) 934-8450

Facsimile: (903) 934-9257
melissa@gillamsmithlaw.com

*Counsel for Precise Biometrics, Inc. and Precise Biometrics AB*

*/s/ Eric H. Findlay*
Eric H. Findlay (Texas Bar No. 00789886)
Walter W. Lackey, Jr. (Texas Bar No. 24050901)
FINDLAY CRAFT, P.C.
6760 Old Jacksonville Hwy, Suite 101
Tyler, TX 75703
Telephone: (903) 534-1100
Facsimile: (903) 534-1137
efindlay@findlaycraft.com
wlackey@findlaycraft.com

*Attorneys for Defendants BMAT Licensing, S.L., M2SYS, LLC, Iritech, Inc., Futronic Technology Co., Ltd., NEUROtechnology, and Fulcrum Biometrics, LLC*

*/s/ Melissa R. Smith*
Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, L.L.P.
303 S. Washington Ave.
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
melissa@gillamsmithlaw.com

Anthony L. Meola (#7101)
THE MEOLA FIRM, PLLC
2500 Westchester Avenue
Suite 210
Purchase, New York 10577
T. (914) 825-1039
F: (866) 865-8362
E: ameola@themeolafirm.com

*ATTORNEYS FOR DEFENDANTS SPEECHPRO, INC. AND SPEECH TECHNOLOGY CENTER, LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 17, 2014, a true and correct copy of the above and foregoing document has been served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

        */s/ Kristin L. Cleveland*
        Kristin L. Cleveland