## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC, | ) |
| | ) |
| Plaintiff, | ) Case No. 6:12-CV-00499 MHS |
| | ) (Lead Case) |
| vs. | ) |
| | ) |
| TEXAS INSTRUMENTS, INC., | ) |
| | ) |
| BLUE SPIKE, LLC, | ) |
| | ) |
| Plaintiff, | ) Case No. 6:12-CV-00572 MHS |
| | ) (Member Case) |
| vs. | ) |
| | ) |
| TECHNICOLOR USA, INC. and TECHNICOLOR S.A., | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF REQUEST FOR TERMINATION OF ELECTRONIC NOTICES

Pursuant to Local Rule CV-11(f), counsel for Technicolor USA, Inc. and Technicolor S.A. hereby requests that the Clerk of the Court remove R. Trevor Carter and Andrew M. McCoy from the list of person authorized to receive electronic notices in this case.

Respectfully submitted,

 /s/ R. Trevor Carter
R. Trevor Carter, Indiana Bar No. 18562-49
Andrew M. McCoy, Indiana Bar No. 28297-49
**FAEGRE BAKER DANIELS LLP**
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204-1750
Telephone:  (317) 237-0300
Email:  Trevor.Carter@faegrebd.com
 Andrew.McCoy @faegrebd.com

*Counsel for Defendants,*
*Technicolor USA, Inc. and Technicolor S.A.*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed electronically on February 6, 2014, in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on this 19th day of March, 2014.

                                                             */s/ R. Trevor Carter*