# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>    Plaintiff,<br>v.<br><br>TEXAS INSTRUMENTS, INC.,<br><br>    Defendant. | Case No. 6:12-cv-00499-LED<br><br>**LEAD CASE** |
| BLUE SPIKE, LLC,<br><br>    Plaintiff,<br>v.<br><br>AUDIBLE MAGIC CORPORATION, *et al.*,<br><br>    Defendants. | Case No. 6:12-cv-00576-LED<br>(*Consolidated and closed with* 6:12-cv-00499-LED) |
| BLUE SPIKE, LLC,<br><br>    Plaintiff,<br>v.<br><br>ZEITERA, LLC, *et al.*,<br><br>    Defendants. | Case No. 6:12-cv-00568-LED<br>(*Consolidated and closed with* 6:12-cv-00499-LED) |
| BLUE SPIKE, LLC,<br><br>    Plaintiff,<br>v.<br><br>WIOFFER, LLC<br><br>    Defendants. | Case No. 6:12-cv-00570-LED<br>(*Consolidated and closed with* 6:12-cv-00499-LED) |

**<u>UNOPPOSED MOTION TO WITHDRAW AS ATTORNEYS OF RECORD AND
TERMINATE ELECTRONIC NOTIFICATIONS</u>**

NOW COME Defendants Photobucket.com, Inc., Qlipso, Inc., Qlipso Media Networks Ltd., Zedge Holdings, Inc., Mediafire, LLC., Dailymotion, Inc., Dailymotion S.A., GoMiso, Inc, iMesh, Inc., Coincident.TV, Inc., Audible Magic Corporation, Facebook, Inc., MySpace, LLC, Specific Media, LLC, Yap.tv, Inc., Metacafe, Inc., Boodabee Technologies Inc., Harmonix Music Systems, Inc., Brightcove, Inc., Accedo Broadband AB, Accedo Broadband NA, Inc., Soundcloud, Inc., Soundcloud Ltd., Related Content Database, Inc. *doing business as* Watchwith, and WiOffer, LLC (collectively "Defendants"), and move to withdraw Chris R. Ottenweller and Bas de Blank as attorneys of record in the above-referenced matters. The law firms of Orrick, Herrington, & Sutcliffe, LLP and Findlay Craft, P.C. will continue to represent Defendants.

Defendants have conferred with counsel for Plaintiff Blue Spike, LLC. and all other Defendants in this action, who do not oppose the relief requested in this motion.

Therefore, Defendants respectfully request that the Court withdraw Chris R. Ottenweller and Bas de Blank as attorneys of record from the docket in this case and terminate all electronic notifications.

Dated: March 21, 2014               Respectfully submitted,

*/s/ Eric H. Findlay*
Eric H. Findlay (Texas Bar No. 00789886)
Walter W. Lackey, Jr. (Texas Bar No. 24050901)
FINDLAY CRAFT, P.C.
6760 Old Jacksonville Hwy, Suite 101
Tyler, TX 75703
Telephone: (903) 534-1100
Facsimile: (903) 534-1137
efindlay@findlaycraft.com
wlackey@findlaycraft.com

I. Neel Chatterjee – *LEAD ATTORNEY*

2

Gabriel M. Ramsey
ORRICK, HERRINGTON &
SUTCLIFFE, LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 614-7400
Facsimile: (650) 614-7401
gramsey@orrick.com
nchatterjee@orrick.com

Alyssa M. Caridis
ORRICK, HERRINGTON &
SUTCLIFFE, LLP
777 S. Figueroa St.
Suite 3200
Los Angeles, CA 90017
Telephone: (213) 629-2020
Facsimile: (213) 612-2499
acaridis@orrick.com

Christopher J. Higgins
ORRICK, HERRINGTON &
SUTCLIFFE, LLP
1152 15th Street, N.W.
Washington, DC 20005-1706
Telephone: (202) 339-8400
Facsimile: (202) 339-8500
chiggins@orrick.com

Attorneys for Defendant
AUDIBLE MAGIC, CORP.

4

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 21, 2014, I electronically filed the foregoing **Unopposed Motion to Withdraw and Terminate Electronic Notifications** with the Clerk of the Court using the CM/ECF system which will send notification of such filing *via* electronic mail to all counsel of record.

      /s/ *Eric H. Findlay*
      Eric H. Findlay