# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** | § | |
| | § | |
| **Plaintiff,** | § | **Civil Action No.: 6:12-cv-00499-LED** |
| | § | |
| **v.** | § | **JURY TRIAL DEMANDED** |
| | § | |
| **TEXAS INSTRUMENTS, INC.,** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |
| | § | |
| | § | |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that the contact information of Eric H. Findlay and Walter W. Lackey, Jr., counsel for Defendants BMAT Licensing, S.L., M2SYS, LLC, Iritech, Inc., Futronic Technology Co., Ltd., NEUROtechnology, and Fulcrum Biometrics, LLC, Audible Magic Corporation, Photobucket.com, Inc., Qlipso, Inc., Qlipso Media Networks Ltd., Zedge Holdings, Inc., Mediafire, LLC., Dailymotion, Inc., Dailymotion S.A., GoMiso, Inc, iMesh, Inc., Coincident.TV, Inc., Facebook, Inc., MySpace, LLC, Specific Media, LLC, Yap.tv, Inc., Metacafe, Inc., Boodabee Technologies Inc., Harmonix Music Systems, Inc., Brightcove, Inc., Accedo Broadband AB, Accedo Broadband NA, Inc., Soundcloud, Inc., Soundcloud Ltd., WiOffer, LLC, Myxer, Inc., Attributor Corporation,  Viggle, Inc., iPharro Media, Inc., and iPharro Media GmbH (collectively "Defendants"), has been changed to:

**Findlay Craft, P.C.**
**102 North College Ave.**
**Suite 900**
**Tyler, TX 75702**

The Firm's phone number, facsimile number, and attorney email addresses remain unchanged.

Dated: March 25, 2014

*/s/ Eric H. Findlay*

Eric H. Findlay (Texas Bar No. 00789886)
Walter W. Lackey, Jr. (Texas Bar No. 24050901)
FINDLAY CRAFT, P.C.
102 North College Ave.
Suite 900
Tyler, TX 75702
Telephone:  (903) 534-1100
Facsimile:  (903) 534-1137
efindlay@findlaycraft.com
wlackey@findlaycraft.com

**Attorneys for Defendants BMAT Licensing, S.L., M2SYS, LLC, Iritech, Inc., Futronic Technology Co., Ltd., NEUROtechnology, and Fulcrum Biometrics, LLC, Audible Magic Corporation, Photobucket.com, Inc., Qlipso, Inc., Qlipso Media Networks Ltd., Zedge Holdings, Inc., Mediafire, LLC., Dailymotion, Inc., Dailymotion S.A., GoMiso, Inc, iMesh, Inc., Coincident.TV, Inc., Facebook, Inc., MySpace, LLC, Specific Media, LLC, Yap.tv, Inc., Metacafe, Inc., Boodabee Technologies Inc., Harmonix Music Systems, Inc., Brightcove, Inc., Accedo Broadband AB, Accedo Broadband NA, Inc., Soundcloud, Inc., Soundcloud Ltd., Related Content Database, Inc. doing business as Watchwith, WiOffer, LLC, Myxer, Inc., Attributor Corporation,  Viggle, Inc., iPharro Media, Inc., and iPharro Media GmbH**

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically on March 25, 2014 pursuant to Local Rule CV-5(a) and has been served on all counsel who are deemed to have consented to electronic service.

*/s/ Eric H. Findlay*

Eric H. Findlay
