IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>   *Plaintiff,*<br><br>v.<br><br>TEXAS INSTRUMENTS, INC., *et al.*<br><br>   *Defendants.* | CONSOLIDATED CIVIL ACTION<br>NO. 6:12-CV-00499-LED<br><br>JURY TRIAL DEMANDED |

## UNOPPOSED MOTION TO WITHDRAW COUNSEL AS ATTORNEY OF RECORD

Defendants iPharro Media GmbH and iPharro Media, Inc. (collectively, "iPharro") hereby move to withdraw Marc N. Henschke, Esq. as attorney of record in the above-referenced matter. The law firm of Findlay Craft LLP will continue to represent iPharro in this case.

Plaintiff Blue Spike, LLC does not oppose the relief requested in this motion.

WHEREFORE, iPharro requests that the Court withdraw Marc N. Henschke, Esq. as attorney of record from the docket in this case.

                 Respectfully submitted,

Dated: March 25, 2014

                 /s/ Marc N. Henschke_____
                 Marc N. Henschke
                 FOLEY & LARDNER LLP
                 111 Huntington Ave
                 Boston, MA 02199
                 Tel: (617) 342-4000
                 Fax: (617) 342-4001

                 Attorneys for Defendants
                 IPHARRO MEDIA GMBH
                 and IPHARRO MEDIA, INC.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 25, 2014, all counsel of record who are deemed to have consented to electronic service are being served with a copy of the attached UNOPPOSED MOTION TO WITHDRAW COUNSEL AS ATTORNEY OF RECORD via the Court's CM/ECF system.

                                          /s/ Marc N. Henschke_____
                                          Marc N. Henschke

4828-5639-6057.1