# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **BLUE SPIKE, LLC,**  *Plaintiff,*  v.  **TEXAS INSTRUMENTS, INC.,** *et al.*  *Defendants.* | **CONSOLIDATED CIVIL ACTION NO. 6:12-CV-00499-LED**  **JURY TRIAL DEMANDED** |

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW COUNSEL AS ATTORNEY OF RECORD

Before the Court is Defendants iPharro Media GmbH's and iPharro Media, Inc.'s (collectively, "iPharro's") Unopposed Motion to Withdraw Marc N. Henschke, Esq. as attorney of record. It is hereby ORDERED that iPharro's Unopposed Motion to Withdraw Marc N. Henschke, Esq. as attorney of record is GRANTED.

Respectfully submitted,

Dated: March 25, 2014

/s/ Marc N. Henschke
Marc N. Henschke
FOLEY & LARDNER LLP
111 Huntington Ave
Boston, MA 02199
Tel: (617) 342-4000
Fax: (617) 342-4001

Attorneys for Defendants
IPHARRO MEDIA GMBH
and IPHARRO MEDIA, INC.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 25, 2014, all counsel of record who are deemed to have consented to electronic service are being served with a copy of the attached ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW COUNSEL AS ATTORNEY OF RECORD via the Court's CM/ECF system.

      /s/ Marc N. Henschke_____
      Marc N. Henschke