**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| BLUE SPIKE, LLC | § § § § § § | |
| v. | | Case No. 6:12-cv-00499<br>LEAD CASE |
| TEXAS INSTRUMENTS, INC. | | |

**ORDER REGARDING DISCOVERY HOTLINE HEARING**

Date:   Tuesday, March 25, 2014

Participants:   Randall T Garteiser
Dwayne Keith Goetzel

Action on:   Production of documents pursuant to jurisdictional discovery.

The Court held a discovery hotline hearing requested under Local Rule CV-26(e). A dispute arose during jurisdictional discovery as to whether certain documents could or could not be produced in redacted form. Counsel for Plaintiff called the Court to request that Defendants—Cognitech Systems Corp. and Cognitech Systems GmbH—produce unredacted forms of certain documents produced pursuant to Court ordered jurisdictional discovery. The Court heard argument from the parties and ordered that unredacted versions of the documents be produced by the end of the day in the United States.

**SIGNED this 27th day of March, 2014.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE