# Exhibit 1




# SA-4ii
OEM Fingerprint Module

The SA-4ii, 3M Cogent's latest fingerprint OEM module, features a state-of-the-art DSP processor providing increased performance and power efficiency. Designed specifically for OEM devices that require highly secure biometric authentication and identification (time and attendance or access control) the SA-4ii OEM module is 100% backwards compatible with the previous generation of SA-4 OEM modules.

Supplied with a 500 ppi fingerprint sensor, the SA-4ii OEM module has built-in commands to facilitate the integration of biometric components into new or existing products. The SA-4ii OEM module also features an RS232 port and a TTL port to facilitate communication with a wide array of input devices, such as a PC host or a magnetic stripe, contact, or contactless smart card reader.

The SA-4ii OEM module uses a unified template that is compatible with 1:1 authentication and 1:N identification algorithms, eliminating the need to re-enroll users when switching between authentication and identification modes.

3M Cogent's matching algorithm, which ranked first in Native Performance in the NIST MINEX (Minutiae Interoperability Exchange) II Test of April 30, 2009, supports multiple template formats, including ANSI-378, ISO-19794-4, PIV, and Cogent templates to provide greater flexibility.



- 500 ppi fingerprint sensor
- Built-in AES 256 bit encryption
- RS232 and TTL ports
- 1:1 authentication and 1:N identification


a 3M Company 



# SA-4ii
Technical Specifications and Features

| | | | |
|---|---|---|---|
| Dimensions | 2.2 x 1.4 x 0.3 in. (55.0 x 36.1 x 7.6 mm) | Template Storage with 8 MB Flash | 8,000 for 1:1 (784 bytes) 2,000 for 1:N (784 bytes) 17,000 (MMF) 20,000 (ANSI-378, average size) |
| CPU | 600 MHz DSP | Search Speed | Up to 1,500 templates per second |
| Memory | 8 MB Flash 32 MB SDRAM | Security Level | Configurable |
| Power | 5.0 VDC, 300 mA regulated | Image Data Compression | JPEG compression ratio: ~ 8:1 WSQ compression ratio: configurable |
| Operating Temperature | 32 - 104 F (0 - 40 C) | Encryption | AES 256 |
| FRR | 0.1% - 0.001% | I/O Interface | one RS232 port, one TTL port |
| FAR | 0.1% - 0.01% | RS232 Baud Rate | 9600 to 115 kbps programmable |
| Enrollment Method | Single finger, multi-touch enrollment | Supported Sensors | UPEK TCS1 UPEK TCS1 with EIM (for PIV) |
| Enrollment Time | 1.5 seconds | Templates Supported | ANSI-378 ISO-19794-4 PIV decoder/matcher Cogent 784 Cogent MMF |
| Verification Time | 500 ms for 1:1 600 ms for 1:N | Certification | RoHS Compliant |
| Allowable Finger Rotation | +/- 15 for 1:N +/- 180 for 1:1 | Configuration Options | SA-4 board only or SA-4 board with fingerprint sensor, connector cable, and sensor mask |
| Template Size | 784 bytes 500 bytes (MMF) ANSI-378 flexible | Hardware Development Kit | OEM Development Kit (sold separately) |

3M Cogent, Inc., 639 North Rosemead Boulevard, Pasadena, CA 91107 USA
Tel.: +1 626 325 9600   Fax: +1 626 325 9700
www.cogentsystems.com     email: biogateinfo@cogentsystems.com

3M Cogent, Inc. 2012. Product specifications are subject to change without notice. v. x