# Exhibit 1

# FUTRONIC

| About Us | Products | Distributor | Development Partner | Download | Contact Us | Online Order | ONLINE DEMO |

## News

### Futronic Launches FS28 FIPS201/PIV Bluetooth Fingerprint Scanner

HONG KONG, Aug. 17, 2012 /PRNewswire-Asia/ -- Futronic Technology Company Limited, a reputable manufacturer of optical fingerprint scanners, announces the commercial release of FS28 FIPS201/PIV Bluetooth Fingerprint Scanner.

FS28 is a portable device running on rechargeable lithium battery. It is a high performance optical fingerprint scanner with Bluetooth interface. Captured fingerprint, either in binary or compressed WSQ format, can be transferred to other mobile devices such as smart phone and tablet PC via Bluetooth instantly. Then the fingerprint can be sent to central computer server and database via mobile network. FS28 enables full wireless transmission of fingerprint from its capturing spot to the processing and storage location. There will be matching result in seconds. Its compact size makes it a good tool for law enforcement personnel to scan fingerprint and verify the identity of a suspect on the street. FS28 helps to determine if you are who you say you are. Futronic provides development support to users on Android, WinCE, Windows and Linux.

FS28 was certified by FBI to be compliant with PIV-071006 Image Quality Specification for Single Finger Reader, so it meets the US Federal Information Processing Standard 201(FIPS 201) for Personal Identification Verification (PIV) of Federal Employees and Contractors.

"As the high speed mobile network is now available in almost everywhere, customers are looking for a simple but high price-performance mobile ID solution," said YM Jiang, Futronic's Marketing Director. "We developed FS28 to meet this emerging and growing need. Instead of making a complete mobile device with 3G and WIFI capabilities, we made it as simple as possible to have only the Bluetooth interface. Smart phone is a standard personal device now. It is not necessary to make another smart phone with fingerprint scanner which means users have to carry two smart phones. FS28 minimizes the investment of Mobile ID implementation and this is a competitive advantage for our partners around the world when they bid law enforcement related projects."

There are processor and memory inside FS28 to enroll, store and match fingerprint, so it can also be used as standalone identity checking device at remote locations where mobile network and power supply are not available.

### About Futronic Technology Company Limited

Futronic provides advanced fingerprint recognition hardware and software products to customers who need enhanced security in identity management. With proprietary fingerprint recognition algorithm, Futronic develops and manufactures products for physical access control, computer and network logon, identity management and E-commence. For more information, please visit www.futronic-tech.com.

Contact:
Tel : 852-24087705
Fax : 852-24197874
Email : inquiry@futronic-tech.com

### NEWS

17 Aug 2012 Futronic Launches FS28 FIPS201/PIV Bluetooth Fingerprint Scanner

26 June 2012 ACB in Vietnam Selected Futronic FS88 Fingerprint Scanner

15 October 2009 Futronic Windows 7 Biometric Framework Driver is Signed by Microsoft

25 September 2009 Futronic Launches FS50 FIPS201/PIV Compliant USB2.0 Two Finger Scanner

18 December 2008 Futronic Launches FS25 USB2.0 Fingerprint Mifare Card Reader/Writer

21 November 2008 Futronic Launches FS22 Fingerprint Access Control Device

06 March 2008 Futronic FS88 USB2.0 Fingerprint Reader Gets FIPS 201/PIV Certification from FBI

All news



Copyright © 2006 Futronic Technology Company Limited. All Rights Reserved.