# Exhibit 2

# FUTRONIC

About Us | Products | Distributor | Development Partner | Download | Contact Us | Online Order | ONLINE DEMO

## Products

**Expand All | Gallery**

- PIV and ETBS/F Fingerprint Scanner
- PIV OEM Module
- ANSI/ISO SDK
- Live Finger Detection
- USB Fingerprint Scanner/Module
- Fingerprint Access and Attendance Control Solution
- Software for Windows
- Standard SDK

### Futronic FS83C PIV serial Fingerprint Authentication Module(sFAM)

**Major features and benefit**

Futronic FS83C PIV serial Fingerprint Authentication Module (sFAM) combines both high performance fingerprint scanner and recognition engine into one device. It has internal memory that can store up to 2500 fingerprint templates.

Any host system can control the FS83C via standard 4 wires serial interface to enroll finger and recognize finger. The recognition result will be sent from FS83C to the host. It can be used to add fingerprint recognition function to existing products such as access control device, point of sales machine, electronic safe, etc.

Fingerprint images and templates can be transferred between FS83C and host system for making flexible application. Futronic provides development tools to customer free of charge for integrating the FS83C with host system.

FS83C's fingerprint engine can also extract and match ANSI/ISO template. Please contact Futronic for details.

**Specification**

- Fingerprint scanner:
    - Fingerprint scanning window size is 16x24mm
    - Image resolution is 480x320 pixel, 500 DPI
    - Image format is 8 bit 256 grayscale
    - Raw fingerprint image file size is 150K byte
    - Light source: Infrared LED
- Fingerprint Recognition engine:
    - Processor: Analog Device ADSP-BF532
    - 16MB SDRAM and 16MB Flash memory
    - Can store up the 2500 fingerprint templates
    - With Futronic proprietary software and fingerprint recognition algorithm
    - Fingerprint recognition accuracy: $FAR\text{-}10^{-6}$, $FRR\text{-}10^{-2}$
    - Fingerprint template format same as all other Futronic products
- Electrical:
    - 4 wires serial interface, VCC, GND, TX and RX. Speed up to 961200bps.
    - Supply voltage: 5V. Max current consumption: 200mA
    - ESD: contact 8KV and air discharge 16KV no permanent damage
- Others:
    - Weight: 200 grams
    - Size: 80mm(L) x 80mm(W) x 40mm(H)
    - Operation temperature: -20 to +55 Degree Celsius
    - Finger scanning Window is waterproof



CLICK TO ENLARGE

**DOWNLOAD**
- Brochure
- FBI Certification for FS83C
- FS83_FS84 Starter Kit

### NEWS

17 Aug 2012 Futronic Launches FS28 FIPS201/PIV Bluetooth Fingerprint Scanner

26 June 2012 ACB in Vietnam Selected Futronic FS88 Fingerprint Scanner

15 October 2009 Futronic Windows 7 Biometric Framework Driver is Signed by Microsoft

25 September 2009 Futronic Launches FS50 FIPS201/PIV Compliant USB2.0 Two Finger Scanner

18 December 2008 Futronic Launches FS25 USB2.0 Fingerprint Mifare Card Reader/Writer

21 November 2008 Futronic Launches FS22 Fingerprint Access Control Device

06 March 2008 Futronic FS88 USB2.0 Fingerprint Reader Gets FIPS 201/PIV Certification from FBI

All news



Copyright © 2006 Futronic Technology Company Limited. All Rights Reserved.