# Exhibit 1

    

Login | Sitemap | Partners | Contact Us

HOME | PRODUCTS | SERVICES | COMPANY | NEWS & EVENTS | CONTACT

Home > Company > Partners

# Partners

Need help with your iris recognition solution? All customers have access to the Collaboration Center. This center provides extensive documentation, example code, and general customer support. The Collaboration Center will help you will achieve your goals using IriTech's camera and software components.
IriTech has assisted a variety of clients, including integrators of military hardware, financial security firms, and enterprise level database providers. Our products are designed for easy implementation, but if questions arise, the Collaboration Center will strive to resolve problems and can link your experts to our engineers.
Whether you are examining a product evaluation kit or installing a large-scale biometrics solution, it is good to know that the Collaboration Center is a ready resource. We are always open to exploring mutually beneficial relationships. Many have already discovered the benefits of IriTech's technology and we welcome new partners.

IriTech is proud to have excellent partners and customers who are using IriTech hardware and software to create the best iris recognition solutions.
A partial list of our partners and customers is indicated by the icons here.

**Company**
- About IriTech
- Organization
- Technologies
- Key Competencies
- Partners
- Careers

    

  

## Who Are We?
IriTech is a global leader in Iris Biometric Technology. Our passionate teams are diversified Iris Recognition researchers and engineers supporting different OEM partners in various industries - mobile, health care, education, military and law enforcement. By focusing on quality and staying on trend, IriTech features a high level of data security and identity control with a multifunctional iris scanner and iris recognition software provided to end-users worldwide.

## Headquarters
3951 Pender Dr., Suite 120A
Fairfax, VA 22030, USA
Tel. +1.703.877.2135
Fax +1.703.877.2136

## Asia Pacific Regional
Suite 701, Cheongdong Bldg.,
1922, Nambusunhwan-Ro
Gwanak-Gu, Seoul, 151-832, Korea
Tel. +82.2.872.3812

Copyright © IriTech, Inc. 2000 - 2014