# Exhibit 2



Login | Sitemap | Partners | Contact Us

**HOME** | **PRODUCTS** | **SERVICES** | **COMPANY** | **NEWS & EVENTS** | **CONTACT**

Home › Products › Software › IriMaster™

# IriMaster™



IriMaster™ is IriTech's state-of-the-art middleware server software that provides a complete set of iris recognition related functions (enroll, verify, identify, de-duplicate).

IriMaster™ is designed to make integration into a legacy enterprise infrastructure easy and to meet the challenges of large-scale biometric identification systems such as national ID programs, Customs and Border Protection immigration systems, and access control systems.

Additional features include enhanced security and the ability to handle compressed records.

**Products**
- Hardware
- Software
  - IriCore
  - IriCoreLite
  - IriMaster
  - IriVerifier
  - IrisSDK
  - IriTracker
  - ForYouIrisOnly
- Solutions

## Features | Specifications | Download

**Key Functions:**

- **Iris Recognition** - Provide functions for enrollment, verification, identification, and de-duplication utilizing IriTech's state-of-the-art iris recognition algorithms.
- **Middleware Component** - Support transactions and secure data exchange using SSL, WS-Security, WS-Secure Conversation, WS-Security Policy to ensure the data integrity and confidentiality of data between client and server.
- **Security Infrastructure** - Secures the data exchange between server and IriTech's cameras to ensure device-level encryption using PKI security infrastructure for tamper-proofing.
- **Interoperability** - Web Service API supports scalable, secure, service-oriented architecture (SOA) to enable different clients (written in Java, .NET or Web application) and platforms (can be deployed on Windows or Linux).

**Features:**

- **High Availability** - Utilizing the clustering features of application servers and hardware redundancy to allow services to be stopped, replaced automatically in case of hardware failure.
- **Scalability** - IriMaster is a server-side software designed to scale from small size system operating on single PC to large scale systems running on several distributed servers. The growth of databases and system load can be easily handled by load balancers and hardware additional.

- **High Performance** - Utilizing the fast and accurate matching algorithm together with smart index to perform searching in huge database in real-time manner.
- **Image Handling** - Handle all kinds of images in different formats including raw images, bitmap images (BMP), compressed images(JPEG, JPEG2000, PNG, etc.).
- **Standard Compatibility** - Compatible with all ISO standards including ISO 19794-6(2005, 2010).
- **Cost Effective** - Provide a flexible pay-as-you-go pricing model that scales with number of templates handled by IriMaster.

### Who Are We?

IriTech is a global leader in Iris Biometric Technology. Our passionate teams are diversified Iris Recognition researchers and engineers supporting different OEM partners in various industries - mobile, health care, education, military and law enforcement. By focusing on quality and staying on trend, IriTech features a high level of data security and identity control with a multifunctional iris scanner and iris recognition software provided to end-users worldwide.

### Headquarters

3951 Pender Dr., Suite 120A
Fairfax, VA 22030, USA
Tel. +1.703.877.2135
Fax +1.703.877.2136

### Asia Pacific Regional

Suite 701, Cheongdong Bldg.,
1922, Nambusunhwan-Ro
Gwanak-Gu, Seoul, 151-832, Korea
Tel. +82.2.872.3812

Copyright © IriTech, Inc. 2000 - 2014