# Exhibit 1



**SPEECHPRO**   New York: +1 646 237 7895   call request   ask a question   Technical support           search

| Products | Services | Support | **Partners** | Newsroom | Company | Contacts |

Questionnaire   Meet Our Partners

# Partners

**Dealers**   **Developers**   **Forensic Experts**



Gain access to new opportunities and unique solutions by teaming up with SpeechPro — an industry leader in speech technology and voice recognition development.

Tap the expertise of over 150 SpeechPro engineers, and benefit from high-tech products, technologies and solutions package supplements tailored to specific markets and industries. Enter into a SpeechPro developer partnership and win new market shares in specialized segments, including law enforcement, security, call centers, internet and mobile applications, medical, e-learning and automotive applications, and robotics.

SpeechPro supports developer partnerships with organizations using our DSP or SDK products to create their own applications or products incorporating SpeechPro technology. For inquiries about SpeechPro developer partnerships, please contact us.

Advantages:

- Best of Breed Technology
- Flexible Partnering Terms
- Practical, Cost Effective Product Pricing & Licensing
- Co-Marketing
- Training and Consulting Services
- Technical support