# Exhibit 2





All products ▼  > Voice Biometrics for Law Enforcements and Forensics                    --Choose product--

# VoiceGrid™ SDK

VoiceGrid™ SDK provides the same voice biometrics tools and algorithms available within the VoiceGrid™ line, but gives business partners with development resources the opportunity to integrate voice recognition technology into their own platforms.

[Get price and order]   Ask a question





| Application | Highlights | Features | Technical specification |

## Application

The VoiceGrid™ SDK provides voice matching biometric tools and technologies which developers can integrate into their own platforms or systems. The VoiceGrid™ SDK offers reliable, accurate and rapid identification on all sizes of databases including those in excess of millions of records. The VoiceGrid™ SDK is ideal for both uni-modal and multimodal biometric identification within systems designed specifically for fast and accurate results.

Home                                                                                                      SpeechPro © 2001—2013