# Exhibit 1






