# Exhibit 2



ABOUT US **PRODUCTS** PARTNERS SUPPORT INVESTORS PRESS



| Solutions for Enterprise | Solutions for Government | Fingerprint Algorithms |
|---|---|---|

# Precise BioMatch™ Embedded 2.0

**Precise BioMatch Embedded offers the integration of biometric functionality into any hardware platform such as mobile devices, point-of-sale terminals, computers and handheld units. With its modular design, Precise BioMatch Embedded 2.0 offers great flexibility in selecting a standardized solution.**

Precise BioMatch Embedded has a modular design, giving customers the ability to select functionality depending on the implementation.

This product is based on Precise Biometrics' standardized extractor and matcher technology (ISO 19794-2) which has achieved excellent results in the Ongoing MINEX and MINEX II evaluations. Customer-specific deliveries utilizing other template formats such as ANSI 378 and Precise BioMatch J can be made on demand.

With its modular flexibility, this product is suitable for a wide range of hardware devices such as mobile devices, fingerprint readers, point-of-sale terminals, computers, ATMs, handheld devices, or any other hardware where biometric identification is required.

Precise BioMatch Embedded 2.0 can be used for both Match-on-Device and Match-on-Card implementations. Due to the modular design, deliveries with extractor-only or matcher-only can be made.

## Precise BioMatch Embedded 2.0 includes

- Fully implemented image capture, enrollment, and verification controllers
- Modules for standardized functionality such as quality assessment, extraction, matching and anti-latent
- Sample code for non-standardized functionality such as sensor interaction and customer-developed GUI
- Additional or alternative modules delivered upon request
- Integration support

## Technical Specifications

The technical specifications will depend on selections made by the customer included functionality and sensor size. The delivery can be adapted to suit the specific platform.

Please Contact us for a consultation based on you requirements.

» **Download Product Sheet**



### Precise BioMatch Mobile
For smartphones and tablets.

**Read more** »



**Products**

▶ Mobile Device Security
▶ Mobile Toolkits
▶ Desktop Readers
▶ Desktop Toolkits
▶ Fingerprint Algorithms
- Precise BioMatch™ Embedded
- Precise BioMatch™ Mobile
▶ Precise Match-On-Card™

**Contact Us**

Your name

Your email

Your phone

Type your message here...

Type your message here...

**Send message**

Contact A Sales Rep »

Purchase Tactivo »

Watch A Demo »


© 2013 Precise Biometrics AB. All rights reserved.

Legal Notice | Privacy Policy

