# Exhibit 1

# NEUROtechnology
Biometric and Artificial Intelligence Technologies

**Distributors:** Brazil, China, Colombia, Congo DR, El Salvador, Ecuador, Greece, India, Indonesia, Italy, Israel, Korea, Mexico, Pakistan, Peru, Philippines, S.Africa, Spain, Taiwan, Thailand, USA, Vietnam.
**Representatives:** China, USA.

Sitemap / Search:

Home > **Company Information**

---

**Company Info**
Awards
Customers
Distributors
Contact us

**BIOMETRICS**
Large-scale SDKs
Fingerprint SDKs
Face SDKs
Eye iris SDKs
Voice SDKs
End user products

**A.I. & ROBOTICS**
Research
Computer vision SDKs
End user products

**RESOURCES**
Product Advisor
Product Schema
Forum
Newsletter
Download

**ORDERING**
Licensing model
Prices
Pricing Calculator
Order Online

**SERVICES**
Support
Software activation
Duplicates search
Custom projects

**BUY SCANNERS**
at Biometric Supply website

---

## About Neurotechnology

Neurotechnology provides algorithms and software development products for biometric fingerprint, face, iris, voice and palm print recognition, computer-based vision and object recognition to security companies, system integrators and hardware manufacturers. More than 2,500 system integrators and sensor providers in more that 100 countries license and integrate company's technology into their own products. With millions of customer installations worldwide, Neurotechnology's products are used for both civil and forensic applications, including border crossings, criminal investigations, systems for voter registration, verification and duplication checking, passport issuance and other national-scale projects.

Drawing from years of academic research in the fields of neuroinformatics, image processing and pattern recognition, Neurotechnology was founded in 1990 in Vilnius, Lithuania under the name *Neurotechnologija* and released its first fingerprint identification system in 1991. Since that time the company has released more than 80 products and version upgrades for identification and verification of objects and personal identity.

### Biometrics

With a combination of fast algorithms and high reliability, company's fingerprint, face, eye iris and voice biometric technologies can be used for access control, computer security, banking, time attendance control and law enforcement applications, among others.

Neurotechnology's fingerprint identification algorithm has shown one of the best results for reliability in several biometric competitions, including the International Fingerprint Verification Competition (**FVC2006, FVC2004, FVC2002 and FVC2000**) and the National Institute of Standards & Technology (NIST) Fingerprint Vendor Technology Evaluation for the US Department of Justice (**FpVTE 2003**), where Neurotechnology ranked among the top five companies for accuracy in single-finger tests.

The company's MegaMatcher fingerprint identification engine has been recognized by NIST as fully **MINEX compliant** allowing to use it in U.S. Government Personal Identity Verification program (PIV) fingerprint recognition applications.

VeriEye iris identification engine has been tested in the **NIST Iris Exchange (IREX) Evaluation** and recognized as one of the most reliably accurate iris recognition algorithms among those tested.

### AI and Robotics

In 2004 Neurotechnology began research in artificial intelligence (AI) and mobile autonomous robotics fields, and in the same year the company's AI division was founded. The division's first product, SentiSight computer-based vision and object recognition technology, can be used in a variety of applications including image search engines, security systems, manufacturing and robot and machine vision.

Neurotechnology's brochure is available for download.

---

Download Neurotechnology brochure (PDF)

---

## PRODUCTS


**MegaMatcher SDK**
AFIS or multi-biometric fingerprint, iris, face and voice identification for large-scale systems.
Read more


**VeriLook SDK**
Face identification for PC, mobile and Web solutions.
Read more


**VeriFinger SDK**
Fingerprint identification for PC, mobile and Web solutions.
Read more


**VeriEye SDK**
Iris identification for PC, mobile and Web solutions.
Read more


**VeriSpeak SDK**
Speaker recognition for PC, mobile and Web applications.
Read more


**SentiSight SDK**
Object recognition for robotics and computer vision.
Read more

**More products for developers:**
- **MegaMatcher Accelerator** – biometric solution for fast fingerprint, face and/or iris matching on the server-side of a large-scale multi-biometric system.
- **MegaMatcher On Card SDK** – a product for fingerprint, iris and face matching on smart cards.
- **Free Fingerprint Verification SDK**
- **VeriLook Surveillance SDK** – face recognition for video surveillance systems

**End-user products:**
- **NCheck Bio Attendance** – an attendance control application that uses fingerprint or face biometrics to perform employee identification.
- **NVeiler Video Filter** – a plug-in for VirtualDub that automatically detects faces in a frame, tracks the faces (or other objects) in subsequent frames and hides them.
- **NPointer** – a freeware application for gesture- and voice-based computer control that captures hand movements with a webcam and accepts voice commands.

**Follow us:**
- Twitter
- Facebook
- Google+
- YouTube
- LinkedIn
- Newsletter