# Exhibit 1





**FEATURES & BENEFITS** | HOW IT WORKS | CASE STUDIES

## EQUIPMENT AND SOFTWARE

### WATERMARKING

**SyncNow Promedia Plugin**

The SyncNow Promedia plugin is a software solution optimized for easy integration within post-production facilities.

 DOWNLOAD SPEC SHEET

**SyncNow Live AES Box**

This robust and standalone hardware-based solution allows for easy integration within any live feed, including production and playout centre workflows.
More info about Axon solutions can be found at www.axon.tv

 DOWNLOAD SPEC SHEET

**SyncNow - SDI Live Embedder**

This robust and standalone hardware-based solution allows for easy integration within any live feed including production and playout centre workflows.
More info about Axon solutions can be found at www.axon.tv

 DOWNLOAD SPEC SHEET

**SyncNow File Embedder Suite**

The SyncNow File Embedder Suite is a software solution optimized for easy integration within post-production facilities.

 DOWNLOAD SPEC SHEET

### FINGERPRINTING

**SyncNow Fingerprint Generation Suite**

The SyncNow Fingerprint Generation Suite is a software solution to generate reference fingerprints (including associated metadata) and is optimized for easy integration within content creation workflows.

**SyncNow Fingerprint SDK**

The SyncNow Fingerprint SDK is a software solution for Mobile app development. The Fingerprint SDK consists of libs and API for automatic content recognition on connected devices.

## TV SYNCHRONIZED ADS

### Real-time ad recognition and triggering

Our platform automatically identifies commercials on TV in real time and at scale.
We use our global TV monitoring network to actually scan the broadcast video for advertisements as they air on TV (2). Civolution operates a sophisticated ad harvesting process to keep the TV advertisement database up-to-date at all times (1).

Upon identification of the ad the system sends a trigger to the agencies' bidding and ad placement platforms (3). These platforms then bid in real time for inventory on social, mobile and online.

Within seconds of an ad airing on TV a TV-synced ad appears on the consumer digital screen (social, mobile, online). No need for a special app, no need to push buttons.

**DOWNLOAD SPEC SHEET**

---

**ABOUT US**
- About Us
- Management
- Investor Relations
- Awards
- Careers
- Contact & Support

**SOLUTIONS**
- NexGuard - Protection
- NexTracker - Measurement
- Teletrax - Tracking
- SyncNow - Interaction

**WHO WE SERVE**
- Partners
- Government / NGOs
- Consumer Electronics
- SocialTV / Second Screen
- Advertising
- Operators / MVPD / OTT
- Networks / Broadcasters
- News & Sports
- Film & Television

**NEWS & EVENTS**
- News
- Events

**CLIENTS & PARTNERS**
- Partners
- Clients
- Testimonials
- Industry Associations

**INTERESTED IN A DEMO?**

**CONTACT AN EXPERT**

**GET IN TOUCH WITH US**

© 2014   Privacy Policy   Terms of Use