# Exhibit 2

# civolution

Search

**WHO WE SERVE** ⌄    **SOLUTIONS** ⌄    **NEWS & EVENTS** ⌄    **CLIENTS & PARTNERS** ⌄    **ABOUT US** ⌄



## PARTNERS
*We work with the best in the industry*

PARTNERS    |    CLIENTS    |    TESTIMONIALS    |    INDUSTRY ASSOCIATIONS

## PARTNERS



**ADS**                                            www.adshollywood.com

ADS provides Civolution's Teletrax and NexGuard watermarking for content producers and distributors.

Advanced Digital Services (ADS) is a leading global provider of value-added post-production services to the media and entertainment industry around the world. The Company provides unsurpassed around-the-clock video services, including HD/SD duplication, new media, digital encoding, standards conversion, audio post production, physical and electronic distribution, restoration and editing.



**Sign Up For News And Updates**

Stay informed with the latest news and product updates delivered conveniently to your inbox.

Email Address

**SIGN UP**

**WHO WE SERVE**

**Film & Television** ›

**News & Sports** ›

**Networks / Broadcasters** ›

**Operators / MVPD / OTT** ›

**Advertising** ›

**SocialTV / Second Screen** ›

**Consumer Electronics** ›

**Government / NGOs** ›

**Partners** ›

**ATOS**                                            http://atos.net/en-us/home.html

Atos provides the backend for a Second Screen deployment from Civolution for a major broadcaster

Atos (Worldwide Information Technology Partner for the Olympic and Paralympic Games ) is an international information technology services company focused on business technology that powers progress and helps organizations to create their firm of the future. Atos is delivering services in all industry sectors, including Media & Telecoms, with targeted value added offers such as Interactive TV Services, New Media Delivery, Big Data For Media, Cloud for Media... Atos has a strong media delivery line which includes the highly capable BBC Technology staffs that were transferred to Atos (former Siemens IT Services) back in 2004.



**ALL MEDIA POST**                                 www.allmediapost.com

All Media Post is a post production house that encodes video content for Civolution's Teletrax service for US content owners.

AMP delivers media assets in all HD/SD tape formats, produces 2K files for

...push content to audiences to reach all anywhere in the world securely, consistently and cost effectively.



## AMBERFIN

www.AmberFin.com

Amberfin's transcoders perform Teletrax marking for a leading news agency and NexGuard marking for Hollywood studios.

AmberFin enables content owners to maximize the value of their TV, film and video content, from capture through to distribution, while increasing revenues, reducing costs, saving time and eliminating incompatibility issues. AmberFin iCR, with four-time Emmy-award winning technology, plays a key role in turning the content that owners have into the content their customers want. As an open standard, future proof platform that digitizes and transforms new and archived content, AmberFin iCR delivers the best quality pictures at smaller file sizes across multiple delivery platforms, including the Internet, VoD, TV, mobile and other small screen devices. AmberFin already has 100s of iCR systems in the field, and is trusted by some of the world's most prestigious companies including Sony, NBA, Turner Broadcasting, BT, Channel 4, RTM and Warner Brothers, managing the digitization and repurposing of their content.



## ASPERA

http://asperasoft.com/

Aspera and Civolution integrate NexGuard watermarking with Orchestrator workflow automation.

Aspera's unwavering mission is to create the next-generation software technologies that move the world's large data at maximum speed, regardless of file size, transfer distance and network conditions. Major film studios, post-production companies, visual effects houses, sports and news broadcasters rely on Aspera software to reduce their production cycles while securely delivering high-resolution media worldwide, with the utmost quality of service, to ultimately provide consumers with their best content, faster and more efficiently than ever before.



## ATEME

www.ateme.com

Ateme provides the preprocessing for a Civolution NexGuard deployment for a major service provider.

By its pioneering commitment and expertise, ATEME is a World-leading provider of MPEG-4 AVC / H.264 video compression solutions. ATEME primarily targets bandwidth sensitive markets where its technology, boasting unrivalled compression efficiency, ensures increased Quality of Experience for the final users, while reducing our customers OPEX.



## AXON

www.axon.tv/EN/home

Axon's modular product runs Civolution's NexTracker audio watermarking for audience measurement and SyncNow 2nd screen synchronization in dozens of play-out centers around the world.

Axon develops, manufactures and markets high quality broadcast equipment for the conversion, processing and compliance recording of audio and video signals. Products integrate advanced signal processing techniques, innovative engineering and modular flexibility and provide high quality, affordability and reliability within mission critical applications.

**AXONISTA**                                    http://www.axonista.com/

Axonista collaborated with TV3 to develop Ireland's first broadcaster branded TV viewing companion app and integrated Civolution's SyncNow technology.

Axonista are second screen app developers who understand audiences and TV and aim to bring the two together through new technology.
This year, they present Ediflo, their flagship end-to-end second screen platform. Ediflo enables broadcasters create and manage own-branded companion experiences for their viewers, whether they are watching linear, timeshifted or on-demand content. Broadcasters can launch quickly by using app components included in the platform or can build their own apps using Ediflo as the backend. On the commercial side, the platform provides a suite of tools for augmenting traditional ad spots through ACR-synchronized interactive elements on the second screen.



**BRAND NETWORKS**                              http://www.brandnetworksinc.com/

Brand Networks offers TV-synced ads via Facebook Exchange based on Civolution's ad-triggering service

Brand Networks with acquired company Optimal is the most comprehensive marketing platform available for brands and agencies to manage advertising, publishing, application development, and analytics on the social web.

**BROADCOM**                                    www.broadcom.com

Broadcom's system-on-chips for set-top boxes integrate Civolution's SyncNow and NexGuard functions for live and push-VoD DTH services.

Broadcom Corporation is a major technology innovator and global leader in semiconductors for wired and wireless communications. Broadcom products enable the delivery of voice, video, data and multimedia to and throughout the home, the office and the mobile environment. Broadcom provides the industry's broadest portfolio of state-of-the-art, system-on-a-chip and software solutions to manufacturers of computing and networking equipment, digital entertainment and broadband access products, and mobile devices.

**CISCO**                                       http://www.cisco.com/

Cisco's VoD servers integrate Civolution's NexGuard functions for per-session watermarking for the benefit of premium VoD service providers.

Cisco enables people to make powerful connections-whether in business, education, philanthropy, or creativity. Cisco hardware, software, and service offerings are used to create the Internet solutions that make networks possible-providing easy access to information anywhere, at any time.





**COREMEDIA**                                   www.coremedia-systems.com

CoreMedia's advertiser customers leverage Civolution's Teletrax media intelligence service by using verification data for their direct response campaigns.

CoreMedia Systems developed CoreDirect, a software system used by direct response media planners and buyers to Buy, Manage, Analyze and Optimize Direct Response media. Results from call centers and web servers are automatically processed and buyers use overnight response analytics to optimize tomorrow's performance. They know at-a-glance which station, which daypart or which creative is performing best.



### DALET

ww.dalet.com

Dalet integrates Civolution's NexGuard capabilities in media asset management system for television service providers and a major international public sector organization.

Dalet is a leading software solution provider for the Media & Entertainment industry and the corporate audio, video and multimedia content management market. Thanks to its Media Asset Management core, Dalet solutions increase substantially productivity.



### DELTATRE

http://www.deltatre.com/

Deltatre synchronizes companion apps for live sports events by integrating Civolution's SyncNow technology.

Deltatre is a world-leading sport media services company that provides operational, technology and consulting services for broadcast, web, result, graphics and sports business processes.
They work with leading sports federations, television broadcasters and other top players in the sport media industry. Their client list includes FIFA, UEFA, IRB, EUROPEANTOUR, NBC, BBC, BSkyB, Al Jazeera, Univision, OBS, HBS, TEAM and many other industry leaders.
They specialize in providing integrated solutions to help their clients leverage the synergies surrounding major sporting events, creating attractive and accessible consumer propositions across multiple media.



### DELUXE

www.bydeluxe.com

Deluxe's Hollywood studio customers benefit from Civolution's NexGuard embedding in post-production services and NexGuard D-cinema detection in security tracking and reporting services.

Deluxe is the leading worldwide provider of services to the entertainment industry in film, video and digital media. The company's activities are film and video manufacturing, duplication and distribution, DVD authoring, compression and replication services.



### DIGITAL RAPIDS

www.digitalrapids.com

Digital Rapids' StreamZ transcoders are used with Civolution's NexGuard or Teletrax watermarking capability by leading US post production facilities.

Digital Rapids is the leading provider of professional hardware and software tools, technology and expertise for bringing video to wider audiences and the latest viewing platforms. Continuing to set new standards in quality, productivity and versatility, our solutions span the critical points in media workflows, including video ingest, encoding, transcoding, streaming and delivery.



## ELEMENTAL TECHNOLOGIES

www.elementaltechnologies.com

Elemental provides transcoder capabilities with Civolution's NexGuard media protection for movie studios, post houses and content distributors.

Elemental Technologies is the leading supplier of video solutions for multiscreen content delivery. Founded in 2006 and headquartered in Portland, Oregon, the company pioneered the use of graphics processors to power adaptive video streaming over IP networks. Providing unmatched solutions for top media and entertainment companies worldwide, including Comcast, Disney and HBO, Elemental helps content programmers and service providers bring video to any screen, anytime – all at once.



## EX MACHINA

www.exmachinagames.com

ExMachina's play-along solution is used for various TV formats by leading European broadcasters and leverages Civolution's SyncNow.

Ex Machina is a leading pioneer in providing live online interaction with events. It has developed an exciting new platform, PlayToTV, which enables TV shows such as talent contests, sports, game shows and reality to provide real-time and social interaction such as live rating, voting, polling, quizzes, chat & twitter feed aggregation, and much more. Ex Machina has powered interactivity for shows such as The Voice of Holland and Germany's Next Top Model.



## ENVIVIO

www.envivio.com

Envivio's transcoder and experience server enable Civolution's NexGuard watermarking for VoD or live Internet or over-the-top (OTT) services.

Envivio (NASDAQ: ENVI) makes the world's video content universally enjoyable by all viewers, on any device, across any network, at any time. Our advanced software-based solutions, available on Intel-based appliances or IT blade servers, perform IP-based video encoding/transcoding, processing, packaging, ad insertion and delivery for broadcast TV, HTTP streaming and mobile video services. Envivio products are used by more than 300 of the world's leading telecom, cable and satellite service providers, content owners, terrestrial broadcasters and mobile service operators to deliver high quality video streams to TVs, mobile phones, tablets, set-top boxes, and PCs serving tens of millions of viewers.



## EXTREME REACH

http://www.extremereach.com/

Extreme Reach encodes content for Civolution's Teletrax for direct response advertising monitoring.

Extreme Reach provides a platform to manage, deliver and measure your TV and online video ad campaigns together, alongside the business tasks that go with them.



**HARMONIC**

http://www.harmonicinc.com/product/promedia-carbon

Harmonic's file based transcoder (ex Rhozet) has watermark embedding plug-ins available for Civolution's NexGuard, Teletrax, SyncNow and NexTracker.

Powered by Harmonic's Rhozet technology, ProMedia Carbon is a file-based transcoding solution that facilitates the conversion of media to a massive array of acquisition, editing, broadcast, web and mobile formats. It can run as a stand-alone application or as part of a multi-node, fully automated rendering farm under the control of the Harmonic WFS file-based workflow system.



**MÉDIAMÉTRIE**

http://www.mediametrie.com/

Mediametrie relies on Civolution's NexTracker audio watermarking technology for television and catch-up audience measurement.

Médiamétrie is a French audience measurement company, founded in 1985 in response to new demands in the French audiovisual sector following the arrival of private radio stations on the FM frequencies, the privatisation of the radio station Europe 1 and the TV channel TF1, the creation of Canal+ and the launch of channels Cinq and Six. Médiamétrie's independence is guaranteed by the presence of all professional parties. Médiamétrie is now the benchmark when it comes to audience measurement. The company is developing its range of services and extending its scope by working on new media, telephony, new multimedia practices, Cross-media, etc. It offers original products designed for specific users and launches offers on the international market that have become essential due to changes in consumers' listening and viewing habits.



**MINNETONKA**

http://www.minnetonkaaudio.com/

Minnetonka Audio Software enables Civolution's audio watermarking capability for pre-recorded media interaction and catch-up audience measurement.

An award winning solutions provider for motion picture, broadcast and game production, Minnetonka Audio Software creates essential technology for top media professionals around the world. Their SurCode, discWelder and revolutionary AudioTools Server product lines broadly support international broadcast, optical disc, mobile, VOD and OTT standards. Spanning over two decades of operation. the company is a leading provider of professional OEM audio solutions, as well as file-based QC and loudness management.



**MOBOVIVO**

http://www.mobovivo.com/

Mobovivo offers ultimate interactive sport experience using Civolution's SyncNow for its suite of 2nd Screen applications.

Mobovivo is a team of TV producers and talented software engineers that turn the TV industries biggest threat - mobile devices pulling audiences away from TV - into their greatest asset - advertising revenue.



### MONTEROSA

http://www.monterosa.co.uk/

Monterosa uses Civolution's SyncNow to drive the "Horse Tracker" app for UK broadcaster Channel 4 horse racing programs.

Monterosa's mission is to provide outstanding tools and services that revolutionise the way producers, broadcasters and advertisers make interactive, social, second screen TV.
Working across entertainment, sports and advertising, their next-generation LViS platform and creative solutions are renowned for being effective, robust and creatively outstanding.



### MSTAR SEMICONDUCTOR

www.mstarsemi.com

Mstar offers a hardware integration of Civolution's NexGuard forensic watermarking IP core in its system-on-chips for set-top boxes.

MStar Semiconductor, Inc. is a professional IC design house, and is dedicated in providing mixed-mode integrated circuit technologies. By combining semiconductor design expertise and advanced proprietary technologies, MStar delivers a broad line of products: multimedia, wireless communications ICs, general-purpose mixed-mode ICs, and Intellectual Property (IP) development services. Backed by a very experienced mixed-mode R&D team (members are with years of experiences of mixed-mode design and were the key members of the mixed-signal design groups from several prestigious hi-tech corporations), MStar is able to leverage its know-how in mixed-mode processing to deliver products, which facilitates our diversified range of semiconductor solutions. MStar is committed to providing timely, professional technical services to ensure customers success using our products.



### NAGRAVISION

www.nagravision.com

Nagravision supplements conditional access solutions with Civolution's NexGuard forensic video watermarking.

Nagravision, a Kudelski Group company, is the leading supplier of open conditional access systems, DRM and integrated on-demand solutions for content providers and digital TV operators over broadcast, broadband and mobile platforms. Its technologies are currently being used by more than 120 leading Pay-TV operators worldwide securing content delivered to over 124 million active smart cards and devices.

### NETRESULT

http://www.nr-online.com/

NetResult automates web monitoring for a leading US premium channel with Civolution's video fingerprinting technology.

Formed in 2000, NetResult, a privately owned company, has grown rapidly to become one of the leading players in the online monitoring and enforcement sector for intellectual property rights. Headquartered in London, the company also has operations in the USA and the Asia-Pacific region. NetResult aims to provide cutting-edge, reliable, prompt and cost-effective services to rights-owners who need to protect their assets from digital piracy.



### PIKSEL

http://piksel.com/

Piksel contributes to the umbrella app for four channels of a UK broadcaster with audio-triggered advertising using Civolution's SyncNow technology.

Piksel is a leading video management software and services company that is helping customers develop the Future of Television. The KIT Video Platform, the company's cloud-based video asset management system, enables clients to produce, manage and deliver multiscreen, socially-enabled video experiences to audiences wherever they are. Piksel services nearly 2,500 clients in 50+ countries including some of the world's biggest brands, such as Airbus, The Associated Press, AT&T, BBC, BSkyB, Disney-ABC, Google, HP, Mediaset, MTV, News Corp, RCS MediaGroup, Sky Deutschland, Sky Italia, Telecom Argentina, Telecom Italia, Telefonica O2, Universal Studios, Verizon, Vodafone and Volkswagen.



### POINT.360

www.point360.com

Point360 is a high profile post provider that encodes video content for Civolution's Teletrax for US content owners and marketing agencies.

From high-definition Telecine to foreign-language translation, from DVD production to online editing, Point.360 offers a complete array of post-production and audio service.



### QUMU

http://www.qumu.com/products/rimage-disc-publishing

Qumu's DVD duplication systems (ex Rimage) with Civolution's NexGuard capability secures Hollywood studio screeners sent to journalists and academy award members.

Qumu Corporation provides the tools businesses need to create, manage, secure, distribute and measure the success of their videos. Rimage Disc Publishers offer the most advanced disc-publishing technology available to archive, distribute, and protect content on CDs, DVDs, and Blu-ray Discs.



### SEACHANGE

www.schange.com

SeaChange enables Premium VOD (aka early release window) for cable operators with per-session Civolution's NexGuard watermarking.

SeaChange International is a leading provider of software applications, services and integrated solutions for video-on-demand (VOD), digital advertising and content acquisition, monetization and management. Its powerful open VOD and advertising software and scaleable hardware enable cable and telco operators, as well as broadcasters, to provide new on-demand services and to gain greater efficiencies in advertising and content delivery. With its Emmy Award-winning and patented technology, thousands of SeaChange deployments are helping broadband, broadcast and satellite television companies to streamline operations, expand services and increase revenues.



**SEAWELL**                                                    http://www.seawellnetworks.com/

SeaWell's CDN edge servers for multiscreen services perform per-session watermarking and re-packaging based on Civolution's NexGuard smartembedder.

SeaWell Networks Inc. is the leader in monetizing multiscreen TV thanks to its industry first, per-user session control solution. Spectrum™ dynamically creates and manages each adaptive bitrate video session, enabling delivery to any device or protocol and giving pay TV providers unprecedented network-side control over targeted ad insertion, policy management, blackout, QoE, and encryption.



**SECOND SCREEN LAB**                              http://www.secondscreenlab.com

SecondScreen Lab provides fans of Spanish reality shows with immersive bonus content using Civolution's SyncNow audio watermarking.

Based in Madrid (Spain) Second Screen Lab specializes in project development and applications for 2nd Screen and Mobile Marketing. Leader in its sector, it has offices in Madrid, Lisbon, Miami and Sao Paulo. Its clients range from TV networks, radio stations, producers and large brands. Applications: 2nd Screen, Mobile Marketing, Interactive Advertising, Hosted Applications.



**SERVICE2MEDIA**                                          www.service2media.com/

Service2Media integrated Civolution's SyncNow for Dutch film "APP", the world's first motion picture that uses a second screen application in the cinema.

Service2Media is the global leading provider of advanced app solutions for smartphones, tablets and an unbounded range of emerging touch devices. Through M2Active we provide a solution to develop your apps, deploy them to Apple iOS, Android, BlackBerry and Windows Phone, and maintain them throughout their full lifecycle. Service2Media's customers include Rabobank, SNS Bank, Aljazeera, Achmea, Springer, Abril, Liberty Global and Reed Elsevier. Service2Media's concept is simple yet powerful ''Design Apps Once ¬ Deploy Apps on Multiple Devices - Evolve Apps throughout their Lives''.



**SIGNIANT**                                                      www.signiant.com

Signiant's workflow modeling facilitates the automated processing of content including Civolution's NexGuard watermarking.

Signiant automates, accelerates, manages and securely controls the movement of high-value digital content within and between media and entertainment organizations. Signiant solutions go far beyond simple transport to streamline file-based workflows and facilitate the integration of IT infrastructure with media technology. From content creation through cross-platform distribution, Signiant software can enable new business models, reduce costs and integrate with existing investments.

## SIZMEK
http://www.sizmek.com/



Sizmek's integration with Civolution provides end-to-end solutions to trigger TV synchronized advertisements on websites and connected devices.

Sizmek fuels digital advertising campaigns for advertisers and agencies around the world with the most cutting-edge technology to engage audiences across any screen. For the last 15 years, Sizmek has proudly pioneered industry firsts in digital, including rich media, video and online targeted advertising across channels. Today, their open ad management stack provides all the sophistication for the most creative and impactful multi-screen digital campaigns: across mobile, display, rich media, video and social. Radiating throughout the Sizmek MDX platform is a data engine so powerful, it defies imagination. The result: previously unimaginable levels of campaign optimization and targeting across creative, media, audience and context.



## STMICROELECTRONICS
www.st.com

STMicroelectronics's selected system-on-chips for set-top boxes execute Civolution's NexGuard technology as software.

STMicroelectronics is a global leader serving customers across the spectrum of electronics applications with innovative semiconductor solutions. ST aims to be the undisputed leader in multimedia convergence and power applications leveraging its vast array of technologies, design expertise and combination of intellectual property portfolio, strategic partnerships and manufacturing strength.



## SYNCSCREEN
http://www.syncscreen.tv/

SyncScreen uses Civolution's SyncNow to allow mobile and tablet devices to synchronise with video.

SyncScreen was founded in 2012 by Marc Goodchild and Keith Johnson to focus solely on next generation two-screen TV in all its parts - bringing together their expertise, consumer knowledge and tech savviness in this emerging new creative field.



## TECHNICOLOR
www.technicolor.com

Technicolor's Hollywood studio customers benefit from Civolution's NexGuard embedding in digital distribution services and NexGuard D-cinema detection in security services.

Technicolor is home to industry-leading creative and technology professionals committed to the creation, management and delivery of entertainment content to consumers around the world. The company's thriving licensing business possesses an extensive intellectual property portfolio focused on imaging and sound technologies. Serving motion picture, television, and other media clients, the company is a leading provider of high-end visual effects, animation, and post-production services.



**TEDIAL**                                    www.tedial.com

Tedial offers media intelligence service from Civolution for a major television network in Mexico.

Tedial is a Spanish content management company specialising in MAM, HSM and BPM software. Its proven solutions are developed with the latest software technology under the strict ISO 9001 & 27001 quality standards. Committed to reliability and customer service, Tedial enable broadcasters to truly take advantage of file-based workflows by optimising and automating their operation processes. Content is made available in the right format whenever needed and is delivered in the most efficient way regardless of the combination of equipment and systems used. The resulting improvement of productivity not only saves money, it also reduces the risk of operator errors. With more than 50 reference sites, some of the world's most complex and largest broadcast MAM systems use Tedial.



**TELESTREAM**                                www.telestream.net

Telestream provides Civolution's NexGuard and Teletrax connectors in its Vantage transcoders used by movie studios, TV networks and post facilities.

Telestream provides world-class live and on-demand digital video tools and workflow solutions that allow consumers and businesses to transform video on the desktop and across the enterprise. Telestream products span the entire digital media lifecycle, including video capture and ingest; live and on-demand encoding and transcoding; playout, delivery, and live streaming; as well as management and automation of the entire workflow.



**THOMSON VIDEO NETWORKS**     https://www.thomson-networks.com/

Thomson Video Network's encoders integrate Civolution's NexGuard preprocessing capability for live and VoD multiscreen services.

Thomson Video Networks is a market leader in video delivery systems that provides a premium viewing experience across all networks, to all devices. For more than 20 years, they have driven the digital television revolution forward with their advanced compression and content delivery platforms. A global leader in advanced video compression solutions, Thomson Video Networks helps media companies, video service providers, and broadcasters deliver superior video quality at the lowest possible bandwidth for contribution, terrestrial, satellite, cable, IPTV, and OTT services.



**VETRYA**                                    www.vetrya.com

Vetrya uses Civolution's SyncNow to drive user engagement and loyalty through the delivery of apps which present TV viewers with synchronized content on a wide array of connected devices.

Vetrya is a leading Italian supplier of multiscreen platforms, media asset management and broadband services. It develops services, applications and platforms for OTT and digital media. It operates on media markets, telecommunications, broadband, products, outsourcing and content management - with functional skills of projects development, value-added services, converged platforms and applications on any type of broadband devices. Through two centers of competence "content media & entertainment" and "multimedia broadband innovation center". Vetrya accompanies its customers toward the new digital era, simplifying the management of all activities of new distribution channels, reducing costs and developing the efficiency to manage the distribution of content through multiple channels: connect tv, smartphone, tablet, web, OTT box.



**VIZRT**

www.vizrt.com

Vizrt integrates Civolution's media protection and media interaction capabilities in content management systems for television service providers.

Vizrt creates leading-edge content production tools for the digital media industry - from award-winning 3D graphics & maps through integrated video workflow solutions and online publishing tools.

## ABOUT US

About Us
Management
Investor Relations
Awards
Careers
Contact & Support

## SOLUTIONS

NexGuard - Protection
NexTracker - Measurement
Teletrax - Tracking
SyncNow - Interaction

## WHO WE SERVE

Partners
Government / NGOs
Consumer Electronics
SocialTV / Second Screen
Advertising
Operators / MVPD / OTT
Networks / Broadcasters
News & Sports
Film & Television

## NEWS & EVENTS

News
Events

## CLIENTS & PARTNERS

Partners
Clients
Testimonials
Industry Associations

## INTERESTED IN A DEMO?

**CONTACT AN EXPERT**

## GET IN TOUCH WITH US

© 2014     Privacy Policy     Terms of Use