# Exhibit 1



# Customers & Testimonials
*A Selection of Our Customer Testimonials*

### Tocumen International Airport, Panama City, Panama

The FaceFirst biometric facial recognition system has been successfully operating airport-wide in the Tocumen International Airport in Panama City, Panama. This system utilizes FaceFirst live facial recognition to identify and track persons of interest moving throughout the airport. This system, installed in 2011, equates to the largest live facial recognition system installed globally.

### Automated Regional Justice Information System (ARJIS) in San Diego, CA

Events that threaten public safety call for sophisticated identification software. FaceFirst, a facial recognition software system, delivers the technology behind effective and accurate forms of identifying criminals, terrorists, shoplifters and other wanted individuals. Through a partnership with ARJIS, FaceFirst was able to enhance the ARJIS TACIDS (Tactical Identification System) Project with advanced facial recognition capabilities on ARJIS mobile devices. "FaceFirst was selected because they have a flexible development platform, the application is lightweight, and easily applied to our existing mobile devices." Pamela Scanlon, Executive Director of ARJIS.

**Get Started** — Interested in using FaceFirst for your business?

**Compare Features** — Discover the exclusive advantages of using Facefirst.

**FAQs** — Answers to the most common questions about FaceFirst.

**Resources** — Free downloads and resources from Facefirst.

### PARTNERS


### NEWS


ARD German TV - Article and video on FaceFirst

ARD German TV - Article and video on...

Read More

### TWITTER FEED


@FaceFirstLLC - http://t.co/2UAdVak7KW
1 month ago

### CUSTOMERS


© 2014 FaceFirst, LLC. All rights Reserved 1070 Flynn Rd. Camarillo, CA 93012

About FaceFirst®   Support   Press   Partners   Testimonials   Contact Us   Privacy Policy