# Exhibit 1



In English | In Deutsch | En Español

HOME | SOLUTIONS | INDUSTRIES | RESOURCE | COMPANY

:: Press Release



### Experienced Leadership; Proven Results

**Rest Easy by Selecting a Biometrics Partner That Will be With You for the Long Haul**

Invest in a company with a proven track record of successful biometric fingerprint technology deployments, a strong customer base, and a profitable business model.

### M2SYS Biometric Software Solution Selected By GHG Corporation

*Prominent Employee Time Tracking Software Provider to Offer Enterprise Biometric Technology*

Atlanta, August 4, 2009 – M2SYS Technology, an award-winning biometric technology research and development firm, announced today that GHG Corporation, an innovative time tracking software provider, has chosen to provide their customers with M2SYS' Bio-SnapON™ biometric software solution.

Bio-SnapON™ allows GHG to instantly add biometric recognition capabilities to their web-based employee time tracking software, known as "eTSS", to eliminate buddy punching – the act of one employee clocking in for another. Because there is no software development work required to integrate Bio-SnapON™, GHG was able to remain focused on its core competencies and avoid a lengthy time-to-market cycle. With the biometric software add-on, GHG customers have the option to use either fingerprint or finger vein readers to facilitate the biometric identification of employees. The use of biometric technology helps GHG customers to maximize profits and ensure accurate employee time tracking.

"We selected M2SYS due to their excellent customer service and outstanding reputation for providing cutting-edge biometric technology," stated John Denny, Chief Technical Officer of GHG Corporation. "Bio-SnapON™ saves GHG time, money, and headache while providing its customers with a proven biometric software solution and the option to use either fingerprint or finger vein recognition. It's a winning combination," he added.

"GHG Corporation can rely on M2SYS for the proactive and dedicated support of our biometric software, as well as the future availability of other forms of biometric technology," commented Mizan Rahman, CEO and Chief Engineer of M2SYS Technology. "We are excited about being chosen by GHG Corporation, and look forward to a long-standing partnership with them."

**About M2SYS Technology**
M2SYS Technology, www.m2sys.com, is a recognized industry leader in biometric identity management technology, delivering a wide range of turnkey biometric software solutions and biometric readers for businesses and consumer use. M2SYS was awarded the prestigious Frost and Sullivan Biometric Technology Innovation of the Year award in 2007.

**About GHG Corporation**
GHG Corporation www.ghg.com is an established disabled veteran-owned corporation of over 30 years, with corporate offices in Houston, Texas. GHG offers time tracking software and other project management solutions. GHG has extensive background supporting private industry, city, county, state, and federal governments with web-based timesheet solutions and other innovative management systems.

CONTACT:    Danielle Martin
            Communications Specialist
            M2SYS Technology
            danielle@m2sys.com

:: Sales Center

**Need more information or a quote?**

Contact Us

:: Quick Links



Need to integrate fingerprint biometrics into your application? Our core technology solutions enable you to integrate a complete system without the burden of a low level fingerprint SDK.
> Read More



Looking to protect your vital assets and save money by securing your PC/network, managing passwords, and eliminating identity fraud? Look no further than our business solutions.
> Read More



Our unique service and support model helps our customers to reach the full potential of their biometrics investment. The secret? **The Human Aspect.**
> Read More

:: M2SYS Newsletter



**Vista Support Available!**
Support for the Microsoft Vista operating system is now available for Bio-Plugin and Bio-SnapON. Contact your account executive for more information on how to receive the Vista compatible version of our software.
> Read More
> Subscribe Now

© 2002 - 2014 M2SYS Technology. All rights reserved. 1050 Crown Pointe Pkwy | Suite 850 | Atlanta, GA 30338 USA

About Us | Press Room | Career | Partners | Contact Us | Site Map
Fingerprint SDK Alternative | Core Biometric Technology Solutions | Fingerprint Software Solutions | Fingerprint Readers