# Exhibit 3



# M2SYS
## ACCELERATED BIOMETRICS

In English | In Deutsch | En Español

HOME | SOLUTIONS | INDUSTRIES | RESOURCE | COMPANY

:: Partner Overview

### Long-Term Biometric Technology Partners

**Leveraging the Human Aspect to Build Mutually Rewarding Business Relationships that Produce Real Results**

M2SYS works closely with software integrators, resellers, and end users to enable them to capitalize on the benefits of fingerprint technology and to accelerate their return on investment.

:: Sales Center

**Need more information or a quote?**

Contact Us ▶

:: Biometric Technology Case Studies

» Healthcare
» Public Safety
» Workforce Management
» Membership Management
» Voter Registration

**It Takes Commitment to Achieve Success**

The biometrics market is forecasted to grow to $13.89 billion in 2017 at an estimated CAGR of 18.7%. As a leading identity management solutions firm, M2SYS works closely with its strategic business partners to benefit from this explosive growth expectation and to realize the value that biometric technology can deliver.

M2SYS understands that several factors are required to enable your business to effectively compete and quickly expand its potential: a personalized relationship, a low barrier to entry, and diligent support. Through our innovative partner programs, your company can leverage our best-of-breed biometrics technology to enhance the value proposition offered to your prospective customers, offset risk and resources, and expand your solutions portfolio. The outcome is an increased opportunity for you to generate more revenue and gain market share , while remaining focused on your core competencies, as M2SYS becomes the biometrics research and development arm of your business.

**Integrators** | Resellers | End Users

M2SYS integrator partners are software development companies that want to add a scalable biometrics system to their product for distribution to their customers. Integrators are typically interested in the M2SYS Bio-Plugin™ series of products as an alternative to developing a fingerprint system using a low level SDK.

Using Bio-Plugin™, integrators can rapidly add a completely developed, turn-key biometric system to their software in less than 24 hours. In this sense, M2SYS "OEM's" its biometrics system to integrators. Not only does M2SYS guide you through the entire integration process, we also fully support your ongoing sales and marketing initiatives to make sure you fully capitalize on your investment.

As an integrator, you will most likely be evaluating one or more of our core fingerprint biometric software solutions.



**Industry Awards**

- 2007 FROST & SULLIVAN — North American Biometrics Technology Innovation of the Year Award
- FROST & SULLIVAN — 2011 BEST PRACTICES AWARD — NORTH AMERICAN BIOMETRICS INDUSTRY NEW PRODUCT INNOVATION AWARD
- 2013 Top 40 Innovative Company in Georgia — TAG Technology Association of Georgia

© 2002 - 2014 M2SYS Technology. All rights reserved. 1050 Crown Pointe Pkwy | Suite 850 | Atlanta, GA 30338 USA

About Us | Press Room | Career | Partners | Contact Us | Site Map
Fingerprint SDK Alternative | Core Biometric Technology Solutions | Fingerprint Software Solutions | Fingerprint Readers