# Exhibit 4




In English 🇬🇧    In Deutsch 🇩🇪    En Español 🇪🇸

HOME    |    SOLUTIONS    |    INDUSTRIES    |    RESOURCE    |    COMPANY

**:: Software Integrators**



## Long-Term Biometric Technology Partners

**Leveraging the Human Aspect to Build Mutually Rewarding Business Relationships that Produce Real Results**

M2SYS works closely with software integrators, resellers, and end users to enable them to capitalize on the benefits of fingerprint technology and to accelerate their return on investment.

M2SYS is proud to be partnered with thousands of respected software firms around the world have integrated our biometric software and offer it as an essential system component to their customers.

For more information on our integrator customers and the verticals that we serve, please contact us at sales@m2sys.com.

**:: Sales Center**



Need more information or a quote?

**Contact Us** ▷

**:: Customer Success**

*"Delivering more than just technology, M2SYS is renowned for its outstanding customer support. Each client receives the services of a dedicated M2SYS engineer throughout the entire integration process, providing support as required. The company utilizes a preemptive approach toward technical support by periodically contacting the integrators to obtain feedback, ideas, and suggestions on the system, and to address issues before they become escalated."*

2007    FROST & SULLIVAN
North American Biometrics
Technology Innovation of the Year Award

Read more

**:: Quick Links**



The M2-EasyScan is a durable, optical fingerprint scanner with convenient Auto-On functionality for quick capture.
**> Read More**



Our unique service and support model helps our customers to reach the full potential of their biometrics investment. The secret? **The Human Aspect.**
**> Read More**

© 2002 - 2014 M2SYS Technology. All rights reserved. 1050 Crown Pointe Pkwy | Suite 850 | Atlanta, GA 30338 USA