# Exhibit 5



In English 🇬🇧 | In Deutsch 🇩🇪 | En Español 🇪🇸

HOME | SOLUTIONS | INDUSTRIES | RESOURCE | COMPANY

## :: Partner Overview



### Long-Term Biometric Technology Partners

**Leveraging the Human Aspect to Build Mutually Rewarding Business Relationships that Produce Real Results**

M2SYS works closely with software integrators, resellers, and end users to enable them to capitalize on the benefits of fingerprint technology and to accelerate their return on investment.

### It Takes Commitment to Achieve Success

The biometrics market is forecasted to grow to $13.89 billion in 2017 at an estimated CAGR of 18.7%. As a leading identity management solutions firm, M2SYS works closely with its strategic business partners to benefit from this explosive growth expectation and to realize the value that biometric technology can deliver.

M2SYS understands that several factors are required to enable your business to effectively compete and quickly expand its potential: a personalized relationship, a low barrier to entry, and diligent support. Through our innovative partner programs, your company can leverage our best-of-breed biometrics technology to enhance the value proposition offered to your prospective customers, offset risk and resources, and expand your solutions portfolio. The outcome is an increased opportunity for you to generate more revenue and gain market share, while remaining focused on your core competencies, as M2SYS becomes the biometrics research and development arm of your business.

**Integrators | Resellers | End Users**

M2SYS end users are companies, agencies, or organizations looking to:

1. Add fingerprint recognition to a third party software application or a product that was developed internally; or
2. Utilize one of our finished identity management solutions.

End users work directly with M2SYS to adopt our fingerprint recognition solutions. Our support team works closely with you to help install and configure the software based on your unique requirements.

As a reseller, you could be evaluating any of our core fingerprint software solutions, business solutions, or fingerprint readers.

## :: Sales Center

**Need more information or a quote?**

**Contact Us** ▶

## :: Biometric Technology Case Studies

» **Healthcare**
» **Public Safety**
» **Workforce Management**
» **Membership Management**
» **Voter Registration**

### Industry Awards



2007 FROST & SULLIVAN
North American Biometrics Technology Innovation of the Year Award

FROST & SULLIVAN
2011 BEST PRACTICES AWARD
NORTH AMERICAN BIOMETRICS INDUSTRY NEW PRODUCT INNOVATION AWARD

2013 Top 40 Innovative Company in Georgia
TAG Technology Association of Georgia

---

© 2002 - 2014 M2SYS Technology. All rights reserved. 1050 Crown Pointe Pkwy | Suite 850 | Atlanta, GA 30338 USA

About Us | Press Room | Career | Partners | Contact Us | Site Map
Fingerprint SDK Alternative | Core Biometric Technology Solutions | Fingerprint Software Solutions | Fingerprint Readers