# Exhibit 1



# MorphoTrust and Tennessee Partner for First-of-its-Kind Self-Service License Renewal

*Alternate Locations Provide Unprecedented Convenience for Tennesseans*

**February 7, 2013, Billerica, MA**

MorphoTrust USA (Safran), together with the Tennessee Department of Safety and Homeland Security (TDOS), recently unveiled self-service kiosks for renewal and replacement of driver licenses and ID cards at approximately 40 new locations, including Driver Service Centers, as well as alternate locations, including public libraries and AAA offices. Tennessee is one of the first states to offer these kiosks in other convenient public locations, dramatically reducing customer wait times.

MorphoTrust is the leading U.S. provider of identity solutions, delivering driver license issuance systems for 41 of 50 states and the District of Columbia, as well as background vetting and other identification services in all 50 states through 1,200 local service centers. The company also supplies biometric systems for the U.S. Federal Bureau of Investigation, Department of Defense and Department of State.

Kiosk users simply swipe their old license, ID or enter identifying information and in minutes the kiosk takes a photo and prints a receipt that serves as a temporary license or ID until the permanent one arrives in the mail within five to seven business days. The kiosks are networked with state driver license records and are equipped with image verification software that compares the person posing for the new photo with the previous license photo to prevent identity theft. Payment can be made with credit or debit cards.

"Through this partnership with MorphoTrust, we are truly bringing driver services to Tennesseans instead of requiring that citizens come to us," said Bill Gibbons, commissioner of TDOS. "In some cases, we're saving our customers a nearly 20-mile drive plus the time spent waiting in line by placing our kiosks in locations that are convenient to them."

"Tennessee is joining a growing number of states, including Delaware, Mississippi, Indiana, and Alabama, that are bringing self-service solutions to enhance service to their customers," MorphoTrust CEO Bob Eckel said. "In addition to the customer-service improvements, MorphoTrust's newest technology reduces labor and provides Tennessee with the utmost security for renewing or replacing driver licenses and ID cards."

\* \* \* \* \*

*About MorphoTrust™ USA*
**MorphoTrust™ USA** – a Morpho company part of the Safran group – is the leading U.S. provider of identity solutions to federal, state and local governments that simplify, protect and secure the lives of Americans. The company's offerings help to verify the identity of applicants and deliver the secure credentials that individuals rely on to exercise their civil rights, gain access to benefits and services, and ensure trusted transactions while reducing fraud and enhancing national security. The company delivers solutions for secure ID issuance such as U.S. driver licenses and passports as well as for border management, law enforcement, retail, travel and applicant vetting through document authentication, data verification and biometrics (iris, fingerprints and face). We serve many U.S. federal agencies and businesses, operating in all 50 U.S. states. The company also has a nationwide network of ID service centers, with over 1,200 convenient locations.

**MorphoTrust USA**
Communications Department

296 Concord Road
Billerica, MA 01821

www.morphotrust.com

Press Contacts:
**Will RODGER**

Tel (202) 600-2633
Mob (202) 486-6774

wrodger@rhstrategic.com

**Courtney HASTINGS**

Tel (202) 585-0210
Mob (202) 277-4936

chastings@rhstrategic.com