# Exhibit 2




# MorphoSoft™ Biometric Software Development Kit & Licenses

## *Fingerprint capture, authentication & identification for custom PC applications*

- BioAPI certified
- Image acquisition and biometric encoding
- 1:1 authentication and 1:many identification
- Enrollment, database management and transaction control
- Microsoft® Visual C++ development environment
- Software Development Kit
- Choice of License Options



www.morphotrak.com






# MorphoSoft™

## Biometric Software Development Kit & Licenses

Fingerprint capture, authentication & identification for custom PC applications

MorphoSoft™ is a BioAPI-certified Software Development Kit (SDK) based on industry-standard Microsoft® Visual C++, and used in Morpho brand PC applications. MorphoSoft enables you to add MorphoTrak's proven fingerprint technology known worldwide for speed and accuracy to PC-based applications for fingerprint capture, 1:1 authentication, and 1:many identification. It includes image acquisition, biometric encoding and matching libraries combined with local database management and transaction control to design, build, customize, test, and certify biometric identification without altering existing database structures or communications protocols. MorphoSoft uses either USB or parallel software license managers for biometric encoding, matching, and designating database size. For 1:1 authentication, MorphoSoft matches a scanned fingerprint against a token (e.g., a record ID, PIN, contactless smart card, etc.) provided by the application to verify identity. 1:many identification does not require a token, but matches a scanned fingerprint against all local records in a fingerprint database. MorphoSoft is a powerful tool for increasing security and protecting assets with biometric technology.

| License Manager | Function | | | | Application |
|---|---|---|---|---|---|
| | Image Capture | Authentication 1:1 matching with a token | Identification 1:Many matching | Detects Duplicate Records at Enrollment | |
| Acquisition | Yes | No | No | No | Morpho fingerprint PC applications |
| Verif | Yes | Yes | No | No | |
| Identlite | Yes | Yes | 1:3,000 | Yes | |
| IdentPlus | Yes | Yes | 1:20,000 | Yes | |
| Civil | Yes | Yes | No | No | Morpho civil AFIS applications |
| Wavelet Scalar Quatization (WSQ | Optional | Optional | Optional | Optional | FBI-certified compression algorithm for image retention and transfer |

"MorphoTrak", "MORPHO" and the "SAGEM" logos are U.S. registered trademarks of the SAFRAN Group. All other product and company names which may be referenced herein are trademarks or servicemarks of their respective owners. Microsoft®, Windows®, and ActiveX® are either registered trademarks or trademarks of Microsoft Corporation in the United States or other countries.




Contact us:
113 South Columbus Street 4th Floor
Alexandria, Virginia U.S.A. 22314
(800) 601-6790
www.morphotrak.com
© 2010 MorphoTrak - REV.062110