## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

|  |  |
|---|---|
| BLUE SPIKE, LLC, | |
| *Plaintiff,* | Civil Action No. 6:12-cv-499-MHS |
| *v.* | |
| TEXAS INSTRUMENTS, INC., | **JURY TRIAL DEMANDED** |
| *Defendant.* | |

### ATTRIBUTOR CORPORATION'S NOTICE OF COMPLIANCE

Pursuant to the Court's March 6, 2014 Scheduling and Discovery Order [Dkt. 1332], Defendant Attributor Corporation hereby files this Notice of Compliance regarding service of their summary sales information upon Plaintiff's counsel Randall T. Garteiser via electronic mail on today's date.

Dated:  April 4, 2014

Respectfully submitted,

KLARQUIST SPARKMAN, LLP

By:  */s/ Kristin L. Cleveland*　　　　　　　　
　　　Kristin L. Cleveland
　　　OR State Bar No. 001318 (admitted E.D. Texas)
　　　kristin.cleveland@klarquist.com
　　　Kristen L. Reichenbach (OR State Bar No. 115858)
　　　kristen.reichenbach@klarquist.com
　　　John D. Vandenberg (OR State Bar No. 893755)
　　　john.vandenberg@klarquist.com
　　　KLARQUIST SPARKMAN, LLP
　　　121 SW Salmon Street, Suite 1600
　　　Portland, OR 97204
　　　Telephone: (503) 595-5300
　　　Facsimile: (503) 595-5301

　　　Eric H. Findlay (Texas Bar No. 00789886)
　　　Walter W. Lackey, Jr. (Texas Bar No. 24050901)
　　　FINDLAY CRAFT, P.C.
　　　6760 Old Jacksonville Hwy, Suite 101

Tyler, TX 75703
Telephone: (903) 534-1100
Facsimile: (903) 534-1137
efindlay@findlaycraft.com
wlackey@findlaycraft.com

***Attorneys for Defendant Attributor Corporation***

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on April 4, 2014, a true and correct copy of the

above and foregoing document has been served on all counsel of record who are deemed to have

consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).


*/s/ Kristin L. Cleveland*
Kristin L. Cleveland