## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC | § | Civil Action No. 6:12-CV-499 MHS |
|    *Plaintiff*, | § | |
| | § | LEAD CASE |
| v. | § | |
| | § | |
| TEXAS INSTRUMENTS, INC. | § | |
|    *Defendants* | § | |

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | Civil Action No. 6:12-CV-576 MHS |
|    *Plaintiff*, | § | |
| v. | § | CONSOLIDATED CASE |
| AUDIBLE MAGIC CORPORATION, et al. | § | |
|    *Defendants*. | § | |

## **NOTICE OF COMPLIANCE**

Pursuant to this Court's Scheduling and Discovery Order dated March 6, 2014 (Dkt. No. 1332), Defendant Audible Magic Corporation herby files this Notice confirming that it has complied with said Order and the deadline to provide summary sales information on April 4, 2014.


Dated: April 4, 2014

By:                         */s/ Eric H. Findlay*

                              Eric H. Findlay (Texas Bar No. 00789886)
                              Walter W. Lackey, Jr. (Texas Bar No. 24050901)
                              FINDLAY CRAFT, LLP
                              6760 Old Jacksonville Hwy, Suite 101
                              Tyler, TX 75703
                              Telephone: (903) 534-1100
                              Facsimile: (903) 534-1137
                              efindlay@findlaycraft.com
                              wlackey@findlaycraft.com

                              Gabriel M. Ramsey– *LEAD ATTORNEY*
                              I. Neel Chatterjee

ORRICK, HERRINGTON & SUTCLIFFE, LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:  (650) 614-7400
Facsimile:  (650) 614-7401
gramsey@orrick.com
nchatterjee@orrick.com

Alyssa M. Caridis
ORRICK, HERRINGTON & SUTCLIFFE, LLP
777 S. Figueroa St.
Suite 3200
Los Angeles, CA 90017
Telephone:  (213) 629-2020
Facsimile:  (213) 612-2499
acaridis@orrick.com

Christopher J. Higgins
ORRICK, HERRINGTON & SUTCLIFFE, LLP
1152 15th Street, NW
Washington, DC 20005
Telephone: (202) 339-8418
chiggins@orrick.com

Attorneys for Defendants Audible Magic, Corp., Facebook, Inc., Myspace LLC, Specific Media LLC, Photobucket.com, Inc., DailyMotion, Inc., DailyMotion S.A., SoundCloud, Inc., SoundCloud Ltd., Myxer, Inc., Qlipso, Inc., Qlipso Media Networks, Ltd., Yap.tv, Inc., GoMiso, Inc., iMesh, Inc., Metacafe, Inc., Boodabee Technologies, Inc., Zedge Holdings, Inc., Brightcove Inc., Coincident.TV, Inc., Accedo Broadband North America, Inc., Accedo Broadband AB, MediaFire, LLC, WiOffer LLC, and Harmonix Music Systems, Inc.

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically on April 4, 2014 pursuant to Local Rule CV-5(a) and has been served on all counsel who are deemed to have consented to electronic service.

                */s/ Eric H. Findlay*
                Eric H. Findlay