# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> TEXAS INSTRUMENTS, INC., <br><br> Defendant. | Civil Action No.: 6:12-cv-00499-MHS <br><br> JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> IRITECH, INC. <br><br> Defendant. | Civil Action No.: 6:13-cv-55-MHS <br><br> (Consolidated with 6:12-cv-499-MHS and closed) <br><br> JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> FULCRUM BIOMETRICS, LLC & NEUROTECHNOLOGY <br><br> Defendants. | Civil Action No.: 6:12-cv-00610-MHS <br><br> (Consolidated with 6:12-cv-499-MHS and closed) <br><br> JURY TRIAL DEMANDED |

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** | § § § § | |
| Plaintiff, | § § | Civil Action No.: 6:12-cv-00682-MHS |
| v. | § § | (Consolidated with 6:12-cv-499-MHS and closed) |
| **BMAT LICENSING, S.L.,** | § § | |
| Defendant. | § § § | JURY TRIAL DEMANDED |
| | | |
| **BLUE SPIKE, LLC,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No.: 6:13-cv-00083-MHS |
| **M2SYS, LLC,** | § § § | (Consolidated with 6:12-cv-499-MHS and closed) |
| Defendant. | § § § | JURY TRIAL DEMANDED |
| | | |
| **BLUE SPIKE, LLC,** | § § § | |
| Plaintiff, | § § | Civil Action No.: 6:13-cv-00054-MHS |
| V. | § § | (Consolidated with 6:12-cv-499-MHS and closed) |
| **FUTRONIC TECHNOLOGY CO., LTD. & FULCRUM BIOMETRICS, LLC** | § § § | JURY TRIAL DEMANDED |
| Defendants. | § § § | |

|  |  |
|---|---|
| **BLUE SPIKE, LLC,** § § § | |
| Plaintiff, § | Civil Action No.: 6:12-cv-00502-MHS |
| § | |
| V. § | (Consolidated with 6:12-cv-499-MHS |
| § | and closed) |
| **IPHARRO MEDIA, INC. & IPHARRO** § | |
| **MEDIA GMBH** § | **JURY TRIAL DEMANDED** |
| § | |
| Defendants. § | |
| § | |
| § | |

## NOTICE OF COMPLIANCE

Pursuant to this Court's Scheduling and Discovery Order dated March 6, 2014 (Dkt. No. 1332), Defendants BMAT Licensing, S.L., M2SYS, LLC, Iritech, Inc., Futronic Technology Co., Ltd., NEUROtechnology, Fulcrum Biometrics, LLC, iPharro Media, Inc., and iPharro Media GmbH in the above-cited consolidated actions herby file this Notice confirming that they have complied with said Order and the deadline to provide summary sales information on April 4, 2014.

Dated: April 4, 2014

/s/ Eric H. Findlay
Eric H. Findlay (Texas Bar No. 00789886)
Walter W. Lackey, Jr. (Texas Bar No. 24050901)
FINDLAY CRAFT, P.C.
102 North College Ave.
Suite 900
Tyler, TX 75702
Telephone: (903) 534-1100
Facsimile: (903) 534-1137
efindlay@findlaycraft.com
wlackey@findlaycraft.com

**Attorneys for Defendants BMAT Licensing, S.L., M2SYS, LLC, Iritech, Inc., Futronic Technology Co., Ltd., NEUROtechnology, Fulcrum Biometrics, LLC, iPharro Media, Inc., and iPharro Media GmbH**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically on April 4, 2014 pursuant to Local Rule CV-5(a) and has been served on all counsel who are deemed to have consented to electronic service.

                                                                                  */s/ Eric H. Findlay*
                                                                                      Eric H. Findlay