# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC, § § Plaintiff, § § v. § § CLEAR CHANNEL BROADCASTING, INC., § § Defendant. § § § § § | Case No. 6:12-CV-499-MHS LEAD CASE  Case No. 6:12-CV-595-MHS CONSOLIDATED CASE |

## DEFENDANT CLEAR CHANNEL BROADCASTING INC.'S
## NOTICE OF COMPLIANCE

Pursuant to the Court's March 6, 2014 Scheduling and Discovery Order [Dkt. 1332], Defendant Clear Channel Broadcasting, Inc., hereby files this Notice of Compliance regarding service of its summary sales information upon Plaintiff's counsel Randall T. Garteiser via electronic mail on today's date.

April 4, 2014

       /s/ Ryan K. Yagura
Ryan K. Yagura - TX S.B. #240755933
ryagura@omm.com - CA S.B. #197619
Nicholas J. Whilt
nwhilt@omm.com – CA S.B. #247738
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Sarah A. Pfeiffer
spfeiffer@omm.com – CA S.B. #278205
O'MELVENY & MYERS LLP
610 Newport Center Drive
Newport Beach, California 92660
Telephone: (949) 823-6900
Facsimile: (949) 823-6994

*Attorneys for Clear Channel Broadcasting, Inc.*

## **CERTIFICATE OF SERVICE**

       I hereby certify that on April 4, 2014, all counsel of record who have consented to electronic service were served with a copy of this document via the Court's ECF system, pursuant to Local Rule CV-5(a)(3).

                                                            */s/ Ryan K. Yagura*
                                                             Ryan K. Yagura