IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>              Plaintiff,<br><br>  v.<br><br>VOBILE, INC.,<br><br>              Defendants. | Civil Action No. 6:12-CV-499-MHS<br><br>LEAD CASE<br>Jury Trial Demanded<br><br>Civil Action No. 6:12-cv-00539-MHS<br><br>Jury Trial Demanded |

**DEFENDANT VOBILE, INC.'S NOTICE OF COMPLIANCE**

      Pursuant to this Court's Scheduling and Discovery Order dated March 6, 2014 (Dkt. No. 1332), Defendant Vobile, Inc. in the above-cited consolidated action hereby file this Notice confirming that it has complied with said Order and the deadline to provide summary sales information on April 4, 2014.

Dated:  April 4, 2014        Respectfully Submitted,

                                        */s/ Keren Hu*
                                        David A. Jakopin (*pro hac vice*)
                                        david.jakopin@pillsburylaw.com
                                        Keren Hu (*pro hac vice*)
                                        keren.hu@pillsburylaw.com
                                        **PILLSBURY WINTHROP SHAW**
                                        **PITTMAN LLP**
                                        2550 Hanover Street
                                        Palo Alto, CA 94304-1114
                                        Telephone: (650) 233-4500
                                        Facsimile: (650) 233-4545

                                        Samuel E. Stubbs (TX Bar No. 19434500)
                                        sam.stubbs@pillsburylaw.com
                                        **PILLSBURY WINTHROP SHAW**
                                        **PITTMAN LLP**
                                        2 Houston Center
                                        909 Fannin, Suite 2000
                                        Houston, TX 77010-1018
                                        Telephone: (713) 276-7645
                                        Facsimile:  (281) 582-6473
                                        *Attorneys for Defendant VOBILE, INC.*

- 2 -

**CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was filed electronically on April 4, 2014 pursuant to Local Rule CV-5(a) and has been served on all counsel who are deemed to have consented to electronic service.

                                      /s/ Keren Hu
                                      Keren Hu