# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC.,<br><br>    Defendant. | Civil Action No. 6:12-CV-499 MHS<br><br>**JURY TRIAL DEMANDED** |
| BLUE SPIKE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>SMRTV, INC.,<br><br>    Defendant. | Civil Action No. 6:12-CV-581 MHS<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF COMPLIANCE

Pursuant to this Court's Scheduling and Discovery Order dated March 6, 2014 (Dkt. No. 1332), Defendant SMRTV, Inc. hereby files this Notice confirming that it has complied with said Order and the deadline to provide summary sales information on April 4, 2014.

Dated:   April 4, 2014                                                FENWICK & WEST LLP


                                                                     By:   /s/ David M. Lacy Kusters
                                                                          David M. Lacy Kusters
                                                                          dlacykusters@fenwick.com

                                                                     Teresa M. Corbin, CA Bar No. 132360
                                                                     (Admitted E.D. Texas)
                                                                     Bryan A. Kohm, CA Bar No.233276
                                                                     (Admitted E.D. Texas)
                                                                     David Lacy Kusters, CA Bar No.241335
                                                                     (Admitted E.D. Texas)
                                                                     FENWICK & WEST LLP
                                                                     555 California Street, 12th Floor
                                                                     San Francisco, California 94104
                                                                     Tel:   (415) 874-2300
                                                                     Fax:   (415) 281-1350

                                                                     Darren E. Donnelly, CA Bar No. 194335
                                                                     (Admitted E.D. Texas)
                                                                     FENWICK & WEST LLP
                                                                     Silicon Valley Center
                                                                     801 California Street
                                                                     Mountain View, California  94041
                                                                     Tel:   (650) 955-8500
                                                                     Fax:   (650) 983-5200

                                                                     Attorneys for Defendant
                                                                     SMRTV, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on April 4, 2014.

      */s/ David Lacy Kusters*
      David Lacy Kusters