IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC.,<br><br>    Defendant. | Civil Action No. 6:12-CV-499 MHS<br><br>**JURY TRIAL DEMANDED** |
| BLUE SPIKE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>INFINISOURCE, INC. and QQEST SOFTWARE SYSTEMS, INC.,<br><br>    Defendants. | Civil Action No. 6:12-CV-127 MHS<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF COMPLIANCE

Pursuant to this Court's Scheduling and Discovery Order dated March 6, 2014 (Dkt. No. 1332), Defendants Infinisource, Inc. and Qqest Software Systems, Inc. hereby files this Notice confirming that they have complied with said Order and the deadline to provide summary sales information on April 4, 2014.

Dated: April 4, 2014 FENWICK & WEST LLP

By: */s/ David M. Lacy Kusters*
    David M. Lacy Kusters
    dlacykusters@fenwick.com

Teresa M. Corbin, CA Bar No. 132360
(Admitted E.D. Texas)
Bryan A. Kohm, CA Bar No.233276
(Admitted E.D. Texas)
David Lacy Kusters, CA Bar No.241335
(Admitted E.D. Texas)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, California 94104
Tel: (415) 874-2300
Fax: (415) 281-1350

Darren E. Donnelly, CA Bar No. 194335
(Admitted E.D. Texas)
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, California 94041
Tel: (650) 955-8500
Fax: (650) 983-5200

Attorneys for Defendants
Infinisource, Inc. and Qqest Software Systems, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on April 4, 2014.

                                                                */s/ David Lacy Kusters*
                                                                David Lacy Kusters