IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> TEXAS INSTRUMENTS, INC., <br><br> Defendant. | Civil Action No. 6:12-CV-499 LED <br><br> JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE NIELSEN COMPANY (US) LLC, <br><br> Defendant. | Civil Action No. 6:12-CV-587 LED <br><br> JURY TRIAL DEMANDED |

**NOTICE OF DEFENDANT THE NIELSEN COMPANY'S COMPLIANCE WITH THE COURT'S SCHEDULING ORDER REGARDING SUMMARY SALES INFORMATION**

The Nielsen Company, LLC ("Nielsen") hereby provides notice that, in accordance with the Court's Scheduling Order (ECF No. 1331), Nielsen served its summary sales information on opposing counsel via electronic mail on April 4, 2014.

1

Dated: April 4, 2013

Respectfully submitted,

　　　　*/s/ Steven J. Corr*　　　　　　　
Tharan Gregory Lanier
JONES DAY
1755 Embarcadero Road
Palo Alto, CA  94303
Tel:　(650) 739-3939
Fax:　(650) 739-3900
Email: tglanier@jonesday.com

Steven J. Corr
JONES DAY
555 S. Flower Street
50th Floor
Los Angeles, CA  90071
Tel:　(213) 439-3939
Fax:　(213) 243-2539
Email: sjcorr@jonesday.com

*Counsel for The Nielsen Company (US), LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document was filed via CM/ECF and was served upon all counsel of record via CM/ECF on April 4, 2014.

                                                  */s/ Steven J. Corr*
                                                   Steven J. Corr