# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>TEXAS INSTRUMENTS, INC.,<br><br>*Defendant.* | C.A. No. 6:12-cv-00499-MHS<br><br>**JURY TRIAL DEMANDED** |
| BLUE SPIKE, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>SHAZAM ENTERTAINMENT LTD.,<br><br>*Defendant.* | C.A. No. 6:12-cv-00500-MHS<br><br>**(CONSOLIDATED WITH 6:12-CV-499)**<br>**JURY TRIAL DEMANDED** |
| SHAZAM ENTERTAINMENT LTD.,<br><br>*Defendant,*<br><br>v.<br><br>BLUE SPIKE, LLC, BLUE SPIKE, INC.<br>and SCOTT A. MOSKOWITZ<br><br>*Counterclaim Defendants.* | |

## DEFENDANT SHAZAM ENTERTAINMENT LTD.'S NOTICE OF COMPLIANCE REGARDING SALES INFORMATION

Pursuant to the Court's March 6, 2014 Scheduling and Discovery Order [Dkt. 1332], Defendant Shazam Entertainment Ltd. hereby files this Notice confirming that it has complied with said Order and the deadline to provide summary sales information on April 4, 2014.

{A07/09241/0001/W1164105.1 }

Date: April 7, 2014

Josh A. Krevitt
(NY Bar No. 2568228)
Benjamin Hershkowitz
(NY Bar No. 2600559)
Joshua Furman
(NY Bar No. 4612255)
R. Scott Roe
(NY Bar No. 4480224)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Ph. 212.351.4000
Fax: 212.351.6210
jkrevitt@gibsondunn.com
bhershkowitz@gibsondunn.com

Respectfully submitted,

/s/ *Michael E. Jones*

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500
Tyler, TX 75702
Tel: 903.597.8311
Fax: 903.593.0846

*Counsel for Defendant*
*Shazam Entertainment Limited*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on April 7, 2014.

*/s/ Michael E. Jones*