IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>       Plaintiff,<br><br>       v.<br><br>SPEECHPRO, INC., and<br>SPEECH TECHNOLOGY CENTER, LLC,<br><br>       Defendants. | CIVIL ACTION NO. 6:12-CV-499-MHS<br>  **LEAD CASE**<br><br>CIVIL ACTION NO. 6:13-CV-59-MHS<br>  **CONSOLIDATED CASE**<br><br>**DEMAND FOR JURY TRIAL** |

**DEFENDANTS SPEECHPRO, INC. and SPEECH TECHNOLOGY CENTER, LLC'S
NOTICE OF COMPLIANCE REGARDING SALES INFORMATION**

Pursuant to the Court's March 6, 2014 Scheduling and Discovery Order [Dkt. No. 1331], Defendants SpeechPro, Inc. and Speech Technology Center, LLC hereby file this notice confirming that they have complied with said order regarding the deadline to provide summary sales information on April 4, 2014.

Respectfully submitted,

GILLAM & SMITH, LLP

*/s/ Melissa R. Smith* _____
Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, L.L.P.
303 S. Washington Ave.
Marshall, Texas 75670
Telephone:  (903) 934-8450
Facsimile:  (903) 934-9257
melissa@gillamsmithlaw.com


Anthony L. Meola (#7101)
THE LAW OFFICES OF ANTHONY L. MEOLA
2500 Westchester Avenue
Suite 210
Purchase, New York 10577
T. (914) 825-1039
F: (866) 865-8362
E: ameola@themeolafirm.com


**ATTORNEYS FOR DEFENDANTS**
**SPEECH TECHNOLOGY CENTER, LLC**
**AND SPEECH PRO, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 7th day of April, 2014. Any other counsel of record will be served by facsimile transmission and/or first class mail.

                                              */s/ Melissa R. Smith*
                                              Melissa R. Smith