IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC., <br><br> Plaintiff, <br><br> v. <br><br> TEXAS INSTRUMENTS, INC., <br><br> Defendant. | Civil Action No. 6:12-cv-499 <br><br> (LEAD CASE) |
| BLUE SPIKE, LLC., <br><br> Plaintiff, <br><br> v. <br><br> IRDETO USA, INC. and IRDETO B.V., <br><br> Defendants. | Civil Action No. 6:12-cv-567 <br><br> (CONSOLIDATED WITH Civil Case No. 6:12-cv-499) <br><br> JURY TRIAL DEMANDED |

**NOTICE OF COMPLIANCE**

Pursuant to the Court's Scheduling and Discovery Order dated March 6, 2014 (Dkt. No. 1332), Defendants Irdeto USA, Inc. and Irdeto B.V. (collectively "Irdeto") hereby files this Notice of Compliance confirming they have complied with said Order and the deadline to provide summary sales information on April 4.

Dated: April 7, 2014

                                **DLA PIPER LLP (US)**

By: /s/ Andrew P. Valentine
      Andrew P. Valentine (Pro Hac Vice)
      **DLA PIPER LLP (US)**
      2000 University Ave.
      East Palo Alto, CA 94303
      Telephone: 650.833.2000
      Facsimile: 650.833.2001
      andrew.valentine@dlapiper.com

      John Guaragna
      401 Congress Avenue, Suite 2500
      Austin, TX 78701-3799
      Telephone: 512.457.7125
      Facsimile: 512.721.2325
      john.guaragna@dlapiper.com

      Attorneys for Defendants
      *Irdeto USA, Inc. and Irdeto B.V.*

## CERTIFICATE OF SERVICE

The undersign hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on April 7, 2014.

                                /s/ Andrew P. Valentine
                                Andrew P. Valentine