IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC.,<br><br>    Defendant. | Civil Action No. 6:12-CV-499-MHS<br><br>LEAD CASE<br><br>Jury Trial Demanded |
| BLUE SPIKE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>3M COGENT INC.,<br><br>    Defendant. | Civil Action No. 6:12-CV-685-MHS<br><br>CONSOLIDATED CASE<br><br>Jury Trial Demanded |

**NOTICE OF COMPLIANCE**

Pursuant to the Court's Scheduling and Discovery Order dated March 6, 2014 (Dkt. No. 1332), Defendant 3M Cogent, Inc. hereby files this Notice confirming that is has complied with said Order by providing summary sales information to Plaintiff on the set date of April 4, 2014.

Dated:  April 7, 2014               Respectfully submitted,

                                                  */s/ Robert Kramer*
                                                  Robert F. Kramer
                                                  CA Bar No. 181706 (admitted E.D. Texas)
                                                  C. Gideon Korrell
                                                  CA Bar No. 246188 (admitted to E.D. Texas)
                                                  DENTONS US LLP
                                                  1530 Page Mill Road, Suite 200

Palo Alto, CA  94304
Telephone:  (650) 798-0356
Facsimile:  (650) 798-0310
robert.kramer@dentons.com
gideon.korrell@dentons.com

Andrea M. Houston
Texas State Bar No. 102981
VINSON & ELKINS LLP
2801 Via Fortuna, Suite 100
Austin, TX  78746-7568
Telephone: (512) 542-8544
Facsimile: (512) 236-3270
ahouston@velaw.com

ATTORNEYS FOR DEFENDANT
3M COGENT, INC.

**CERTIFICATE OF SERVICE**

      I hereby certify that, on April 7, 2014, all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's ECF system. Local Rule CV-5(a)(3).

                                       */s/ Robert Kramer*
                                       Robert F. Kramer