# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | Civil Action No. 6:12-CV-499 MHS |
| | § | |
| *Plaintiff*, | § | LEAD CASE |
| | § | |
| v. | § | |
| | § | |
| TEXAS INSTRUMENTS, INC., | § | |
| | § | |
| *Defendant.* | § | |

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | Civil Action No. 6:13-CV-00125 MHS |
| | § | |
| *Plaintiff*, | § | CONSOLIDATED CASE |
| v. | § | |
| | § | |
| ENTROPIC COMMUNICATIONS, INC., | § | |
| *Defendant*. | § | |

## DEFENDANT ENTROPIC COMMUNICATIONS, INC.
## NOTICE OF COMPLIANCE REGARDING SALES INFORMATION

Pursuant to the Court's March 6, 2014 Scheduling and Discovery Order for Customer Defendants [Dkt. No. 1332], Defendant Entropic Communications, Inc. ("Entropic") hereby files this Notice of Compliance confirming that, on April 4, 2014, Entropic complied with said Order for the deadline to provide summary sales information.

DATED:  April 7, 2014

Respectfully submitted,

By:  /s/ Jo Dale Carothers
    Alan H. Blankenheimer
    ablankenheimer@cov.com
    Jo Dale Carothers
    jcarothers@cov.com
    COVINGTON & BURLING LLP
    9191 Towne Centre Drive, 6th Floor
    San Diego, CA 92122-1225
    Tel: 858-678-1800
    Fax: 858-678-1600

    Michael E. Jones
    SBN: 10929400
    Potter Minton, PC
    110 N. College, Suite 500
    Tyler, Texas 75702
    Tel: 903-597-8311
    Fax: 903-593-0846
    mikejones@potterminton.com

    Attorneys for Defendant
    Entropic Communications, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3) on April 7, 2014.

>*/s/Jo Dale Carothers*
>Jo Dale Carothers