# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
| Plaintiff | § § § | |
| v. | § § | C.A. No. 6:12-CV-499-LED (LEAD CASE) |
| TEXAS INSTRUMENTS, INC., et al | § § | |
| Defendant | § § § § | |
| BLUE SPIKE, LLC, | § § | |
| Plaintiff | § § § | |
| v. | § § | C.A. No. 6:13-cv-88 (CONSOLIDATED CASE) |
| IRIS ID SYSTEMS, INC. | § § | |
| Defendant | § | |

## REQUEST FOR TERMINATION OF ELECTRONIC NOTICES

Pursuant to Local Rule CV-11(f), Harry L. Gillam, Jr. respectfully requests termination of electronic notices in the above-entitled and numbered civil actions.

The Order to Change Venue was granted on behalf of Iris ID Systems, Inc., on March 13, 2014 in the Lead Case 6:12-cv-499 (Dkt. No. 1357) and in Consolidated Case 6:13-cv-88 (Dkt. No. 17).

Dated: April 7, 2014　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　  */s/ Harry L. Gillam Jr.*
　　　　　　　　　　　　　　　　　　　Harry L. Gillam, Jr.
　　　　　　　　　　　　　　　　　　　State Bar No. 07921800
　　　　　　　　　　　　　　　　　　　GILLAM & SMITH, L.L.P.
　　　　　　　　　　　　　　　　　　　303 South Washington Avenue
　　　　　　　　　　　　　　　　　　　Marshall, Texas 75670
　　　　　　　　　　　　　　　　　　　Telephone:  (903) 934-8450
　　　　　　　　　　　　　　　　　　　Facsimile:  (903) 934-9257
　　　　　　　　　　　　　　　　　　　gil@gillamsmithlaw.com

## CERTIFICATE OF SERVICE

　　　　The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service, on this the 7th day of April, 2014.

　　　　　　　　　　　　　　　　　　　  */s/ Harry L. Gillam, Jr.*
　　　　　　　　　　　　　　　　　　　Harry L. Gillam, Jr.