**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **BLUE SPIKE, LLC** | § | **CIVIL ACTION NO. 6:12-CV-499 MHS** |
| | § | |
| **Plaintiff** | § | **LEAD CASE** |
| | § | |
| | § | |
| **v.** | § | |
| | § | |
| **TEXAS INSTRUMENTS, INC.,** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |
| | § | |
| | § | |
| **BLUE SPIKE, LLC** | § | **CIVIL ACTION NO. 6:12-CV-680 MHS** |
| | § | |
| **Plaintiff** | § | **CONSOLIDATED CASE** |
| | § | |
| | § | |
| **v.** | § | |
| | § | |
| **L-1 IDENTITY SOLUTIONS, INC. and** | § | |
| **MORPHOTRUST USA, INC.,** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |
| | § | |

## NOTICE OF COMPLIANCE

Pursuant to this Court's Scheduling and Discovery Order dated March 6, 2014 (Dkt. No. 1332), Defendants L-1 Identity Solutions, Inc. and MorphoTrust USA, Inc. (now known as MorphoTrust USA, LLC) hereby file this Notice confirming that they have complied with said Order and the deadline to provide summary sales information on April 4, 2014.

Dated:  April 7, 2014

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP


*/s/ Daniel Johnson, Jr.*

C. Erik Hawes (TX Bar No. 24042543)
Email:  ehawes@morganlewis.com
Thomas R. Davis (TX Bar No. 24055384)
Email:  tdavis@morganlewis.com
1000 Louisiana Street, Suite 4000
Houston, Texas 77002
(713) 890-5000 Telephone
(713) 890-5001 Facsimile

Daniel Johnson, Jr. (Admitted *Pro Hac Vice*)
Email: djjohnson@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1000 Telephone
(415) 442-1001 Facsimile

**Attorneys for Defendants L-1 Identity
Solutions, Inc. and  MorphoTrust USA, Inc.**

## <u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the foregoing document has been served on all counsel of record via the Court's Case Management/Electronic Case Filing system and/or electronic mail on April 7, 2014.

*/s/ Daniel Johnson, Jr.*
Daniel Johnson, Jr.