# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** | § | **CIVIL ACTION NO. 6:12-CV-499 MHS** |
| Plaintiff, | § | **LEAD CASE** |
| v. | § | |
| **TEXAS INSTRUMENTS, INC., et al.** | § | **JURY TRIAL DEMANDED** |
| Defendants. | § | |
| | § | |
| **BLUE SPIKE, LLC,** | § | |
| Plaintiff, | § | **CIVIL ACTION NO. 6:13-CV-89 MHS** |
| v. | § | **CONSOLIDATED CASE** |
| **MORPHOTRAK, INC. and SAFRAN USA, INC.,** | § | |
| Defendants. | § | |

## NOTICE OF COMPLIANCE

Pursuant to this Court's Scheduling and Discovery Order dated March 6, 2014 (Dkt. No. 1332), Defendants MorphoTrak, Inc. and Safran USA, Inc. hereby file this Notice confirming that they have complied with said Order and the deadline to provide summary sales information on April 4, 2014.

| | |
|---|---|
| Dated: April 7, 2014 | Respectfully submitted, |
| | MORGAN, LEWIS & BOCKIUS LLP |
| | |
| | */s/ Daniel Johnson, Jr.* |
| | C. Erik Hawes (TX Bar No. 24042543)<br>Email: ehawes@morganlewis.com<br>1000 Louisiana Street, Suite 4000<br>Houston, Texas 77002<br>(713) 890-5000 Telephone<br>(713) 890-5001 Facsimile |
| | Daniel Johnson, Jr. (Admitted *Pro Hac Vice*)<br>Email: djjohnson@morganlewis.com<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>(415) 442-1000 Telephone<br>(415) 442-1001 Facsimile |
| | **Attorneys for Defendants MorphoTrak, Inc. and Safran USA, Inc.** |

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served on all counsel of record via the Court's Case Management/Electronic Case Filing system and/or electronic mail on April 7, 2013.

*/s/ Daniel Johnson, Jr.*
Daniel Johnson, Jr.
