IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC, | § |
| | § |
| *Plaintiff,* | § Civil Action No. 6:12-cv-499-MHS |
| | § |
| v. | § CONSOLIDATED CASE |
| | § |
| TEXAS INSTRUMENTS, INC., | § JURY TRIAL DEMANDED |
| | § |
| *Defendants.* | § |

## NOTICE OF COMPLIANCE

Pursuant to this Court's March 6, 2014 Scheduling and Discovery Order [Dkt. 1332], Defendant Airborne Biometrics Group, Inc., hereby files this Notice of Compliance confirming that it has complied with said Order and deadline to of provide summary sales information upon on April 4, 2014.

Dated: April 8, 2014

        Respectfully submitted,

        */s/ Reid E. Dammann*
        Reid E. Dammann
         Lead Attorney
         California Bar No. 249031
         r.dammann@mpglaw.com
        **MUSICK PEELER LLP**
        One Wilshire Boulevard, Suite 2000
        Los Angeles, California 90017
        T: 213.629.7611
        F: 213.624.1376

        *Counsel for Defendant Airborne Biometrics Group, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV – 5(a)(3) on April 8, 2014.

/s/ Jennifer Turgeon
Jennifer Turgeon
