UAET (02-2008)



Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 6:12-cv-00499-MHS
Name of party requesting extension: DERMALOG Identification Systems, GmbH
Is this the first application for extension of time in this case?    ☐ Yes
☑ No

If no, please indicate which application this represents:    ☑ Second
☐ Third
☐ Other _____

Date of Service of Summons: 3/5/2014
Number of days requested:    ☐ 30 days
☐ 15 days
☑ Other  7   days

New Deadline Date: 4/18/2014    *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Eric H. Findlay
State Bar No.: 00789886
Firm Name: Findlay Craft, P.C.
Address: 102 North College Ave.
Suite 900
Tyler, TX 75702
Phone: 903/534-1100
Fax:  903/534-1137
Email: efindlay@findlaycraft.com

A certificate of conference does not need to be filed with this unopposed application.