**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

|  |  |
|---|---|
| **BLUE SPIKE, LLC,**<br><br>**v.**<br><br>**TEXAS INSTRUMENTS, INC.,** | Civil Action No.:  6:12-cv-499-MHS<br><br>(LEAD CASE) |
| **BLUE SPIKE, LLC,**<br><br>**v.**<br><br>**ZK SOFTWARE BIOMETRIC IDENTIFICATION TECHNOLOGY CO., LTD. and ZK TECHNOLOGY LLC, *et al.,*** | Civil Action No.:  6:12-CV-608-MHS<br><br>(CONSOLIDATED CASE) |

**NOTICE OF REQUEST FOR TERMINATION**
**OF ELECTRONIC NOTICES**

The law firm of Pillsbury Winthrop Shaw Pittman LLP hereby requests that the

Clerk of the Court remove Steven A Moore and Inge Larish from the list of persons

authorized to receive electronic notices in this case pursuant to Local Rule CV-11(f).

Dated:  April 10, 2014                         Respectfully submitted,


                                        */s/ Steven A. Moore*
                                        PILLSBURY WINTHROP SHAW PITTMAN LLP
                                        Steven A. Moore (pro hac vice)
                                        steve.moore@pillsburylaw.com
                                        Inge Larish
                                        inge.larish@pillsburylaw.com
                                        TX State Bar No. 00796924
                                        501 West Broadway, Suite 1100
                                        San Diego, CA 92101
                                        Phone: 619.234-5000
                                        Fax: 619-236-1995

                                        *Attorneys for Defendant*
                                        *ZK Teco and ZK Technology LLC*

- 1 –

6:13-cv-00443-MHS-CMC

- 2 –

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this **NOTICE OF REQUEST FOR TERMINATION OF ELECTRONIC NOTICES,** *via* the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 10th day of April, 2014.

*/s/Steven A. Moore*
Steven A. Moore

6:13-cv-00443-MHS-CMC