# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| Blue Spike, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> Texas Instruments, Inc., et al., <br><br> *Defendants*. | CASE NO. 6:12-cv-499 MHS <br><br> LEAD CASE <br><br> Jury Trial Demanded |
| Blue Spike, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> Accu-Time Systems, Inc. <br><br> *Defendant*. | CASE NO. 6:13-cv-37 MHS <br><br> CONSOLIDATED CASE <br><br> Jury Trial Demanded |

**AGREED MOTION TO DISMISS ACCU-TIME SYSTEMS, INC.**

Plaintiff Blue Spike, LLC, on the one hand, and Defendant Accu-Time Systems, Inc., on the other, have reached a settlement of the above-captioned matter and have agreed to dismiss the claims, counterclaims, and causes of action between them.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a), Blue Spike, LLC stipulates to the dismissal with prejudice of all claims and causes of action asserted in this case against defendant Accu-Time Systems, Inc., and defendant Accu-Time Systems, Inc. stipulates to the dismissal with prejudice of all counterclaims and defenses asserted in this case against Blue Spike, LLC. The parties shall bear their own attorneys' fees, expenses and costs.

By: /s/ Randall T. Garteiser
Randall T. Garteiser
 Lead Attorney
 Texas Bar No. 24038912
 rgarteiser@ghiplaw.com
Christopher A. Honea
 Texas Bar No. 24059967
 chonea@ghiplaw.com
Christopher S. Johns
 Texas Bar No. 24044849
 cjohns@ghiplaw.com
GARTEISER HONEA, P.C.
218 North College Avenue
Tyler, Texas 75702
(903) 705-0828
(903) 526-5477 fax

Kirk J. Anderson
 California Bar No. 289043
Peter S. Brasher
 California Bar No. 283992
GARTEISER HONEA, P.C.
44 North San Pedro Road
San Rafael, California 94903
(415) 785-3762
(415) 785-3805 fax

***COUNSEL FOR PLAINTIFF
BLUE SPIKE, LLC***

By: /s/Anthony S. Volpe
Anthony S. Volpe
 Lead Attorney
 avolpe@vklaw.com
Aneesh A. Mehta
 amehta@vklaw.com
Ryan William O'Donnell
 rodonnell@vklaw.com
VOLPE AND KOENIG, P.C.
30 South 17th Street
Philadelphia, PA 19103-4009
(215) 568-6400
(215) 568-6499 fax

Scott S. Crocker
scrocker@sprinklelaw.com
Texas State Bar No. 00790532
SPRINKLE IP LAW GROUP, P.C.
1301 W. 25th Street, Suite 408
Austin, Texas 78705
(512) 637-9220
(512) 371-9088 fax


***COUNSEL FOR DEFENDANT
ACCU-TIME SYSTEMS, INC.***

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email.

                                                              /s/ Randall T. Garteiser