IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Blue Spike, LLC,<br>    *Plaintiff,*<br>v.<br>Texas Instruments, Inc., et al.,<br>    *Defendants.* | CASE NO. 6:12-cv-499 MHS<br>LEAD CASE<br>Jury Trial Demanded |
| Blue Spike, LLC,<br>    *Plaintiff,*<br>v.<br>Amano Cincinnati, Inc.<br>    *Defendant.* | CASE NO. 6:13-cv-109<br>CONSOLIDATED CASE<br>Jury Trial Demanded |

**ORDER OF DISMISSAL WITH PREJUDICE OF AMANO CINCINNATI, INC.**

Pursuant to Fed. R. Civ. P. 41(a), recognizing the Agreed Motion to Dismiss filed by Plaintiff Blue Spike, LLC and Defendant Amano Cincinnati, Inc., it is ordered as follows:

**ORDERED** that the claims asserted herein by Plaintiff Blue Spike, LLC against Defendant Amano Cincinnati, Inc. be, and hereby are, dismissed with prejudice.

**ORDERED** that the counterclaims and defenses asserted herein by Defendant Amano Cincinnati, Inc. against Plaintiff Blue Spike, LLC be, and hereby are, dismissed with prejudice; and

**ORDERED** that the parties shall bear their own attorney's fees, expenses and costs.

2985685-1