IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC<br>    *Plaintiff*,<br>v.<br>TEXAS INSTRUMENTS, INC.<br>    *Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 6:12-CV-499 MHS<br><br>LEAD CASE |
| BLUE SPIKE, LLC,<br>    *Plaintiff*,<br>v.<br>AUDIBLE MAGIC CORPORATION, et al.<br>    *Defendants*. | §<br>§<br>§<br>§<br>§ | Civil Action No. 6:12-CV-576 MHS<br><br>CONSOLIDATED CASE |

**AUDIBLE MAGIC CORPORATION'S NOTICE OF COMPLIANCE REGARDING ESTIMATE OF ITS EXPECTED DAMAGES**

Pursuant to the Scheduling and Discovery Order (D.I. 1332), Audible Magic Corporation ("Audible Magic") hereby gives notice that it served its estimate of its expected damages on April 11, 2014.

Dated: April 11, 2014

By:                                  */s/ Eric H. Findlay*

                                       Eric H. Findlay (Texas Bar No. 00789886)
                                       Walter W. Lackey, Jr. (Texas Bar No. 24050901)
                                       FINDLAY CRAFT, P.C.
                                       102 N. College Ave
                                       Suite 900
                                       Tyler, TX 75702
                                       Telephone: (903) 534-1100
                                       Facsimile: (903) 534-1137
                                       efindlay@findlaycraft.com
                                       wlackey@findlaycraft.com

                                       I. Neel Chatterjee – *LEAD ATTORNEY*
                                       Gabriel M. Ramsey
                                       ORRICK, HERRINGTON & SUTCLIFFE, LLP

1000 Marsh Road
Menlo Park, CA 94025
Telephone:  (650) 614-7400
Facsimile:  (650) 614-7401
gramsey@orrick.com
nchatterjee@orrick.com

Alyssa M. Caridis
ORRICK, HERRINGTON & SUTCLIFFE, LLP
777 S. Figueroa St.
Suite 3200
Los Angeles, CA 90017
Telephone:  (213) 629-2020
Facsimile:  (213) 612-2499
acaridis@orrick.com

Christopher J. Higgins
ORRICK, HERRINGTON & SUTCLIFFE, LLP
1152 15th Street, N.W.
Washington, DC 20005-1706
Telephone:  (202) 339-8400
Facsimile:  (202) 339-8500
chiggins@orrick.com

*Attorneys for Defendant and Counter-Claimant*
*AUDIBLE MAGIC CORPORATION*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served electronically on opposing counsel pursuant to Local Rule CV-5(a)(7)(C) on April 11, 2014.

/s/ Eric H. Findlay
Eric H. Findlay