## UNITED STATES DISTRICT COURT
## FOR THE EASTER DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:12-cv-499 |
| | § | |
| Texas Instruments, Inc. | § | |
| | § | |
| Defendants | § | |

--------------------------------------------------------------------------------------------------------------

| | | |
|---|---|---|
| Blue Spike, LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| v. | § | Case No. 6:13-cv-00124 |
| | § | |
| Cognitec Systems Corporation | § | |
| Cognitec Systems GmbH | § | |
| | § | |
| Defendants | § | |

## DEFENDANT COGNITEC SYSTEMS CORPORATION'S
## NOTICE OF COMPLIANCE

Pursuant to the Court's March 6, 2014 Scheduling and Discovery Order [Dkt. 1331],

Defendant Cognitec System Corporation hereby gives notice that it served its estimate of

expected damages on April 11, 2014.

1

/s/ Dwayne K. Goetzel
Eric B. Meyertons
Texas State Bar No. 14004400
Dwayne K. Goetzel
Texas State Bar No. 08059500
Ryan T. Beard
Texas State Bar No. 24012264
MEYERTONS, HOOD, KIVLIN,
   KOWERT & GOETZEL, P.C.
1120 S. Capital of Texas Hwy.
Building 2, Suite 300
Austin, Texas 78746
(512) 853-8800 (telephone)
(512) 853-8801 (facsimile)

**ATTORNEYS FOR DEFENDANT
COGNITEC SYSTEMS CORPORATION**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served electronically on

opposing counsel pursuant to Local Rule CV-5(a)(7)(C) on April 15, 2014.

/s/ Dwayne K. Goetzel
Dwayne K. Goetzel