IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>                     Plaintiff,<br><br>  v.<br><br>VOBILE, INC.,<br><br>                    Defendants. | Civil Action No. 6:12-CV-499-MHS<br><br>LEAD CASE<br>Jury Trial Demanded<br><br>Civil Action No. 6:12-cv-00539-MHS<br><br>Jury Trial Demanded |

**DEFENDANT VOBILE, INC.'S NOTICE OF COMPLIANCE**

Pursuant to the Court's March 6, 2014 Scheduling and Discovery Order (Dkt. No. 1332), Defendant Vobile, Inc. hereby gives notice that it served its preliminary damages calculations on April 11, 2014.

Dated:  April 11, 2014        Respectfully Submitted,

                                                         /s/     Samuel E. Stubbs
                                                   Samuel E. Stubbs (TX Bar No. 19434500)
                                                   sam.stubbs@pillsburylaw.com
                                                 **PILLSBURY WINTHROP SHAW
                                                 PITTMAN LLP**
                                                 2 Houston Center
                                                 909 Fannin, Suite 2000
                                                 Houston, TX 77010-1018
                                                 Telephone: (713) 276-7645
                                                 Facsimile:  (281) 582-6473

                                                 David A. Jakopin (*pro hac vice*)
                                                 david.jakopin@pillsburylaw.com
                                                 Keren Hu (*pro hac vice*)
                                                 keren.hu@pillsburylaw.com
                                                 **PILLSBURY WINTHROP SHAW
                                                 PITTMAN LLP**
                                                 2550 Hanover Street
                                                 Palo Alto, CA 94304-1114
                                                 Telephone: (650) 233-4500
                                                 Facsimile: (650) 233-4545

                                                 *Attorneys for Defendant VOBILE, INC.*

- 2 -

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served via Federal Express and electronically on April 11, 2014 pursuant to Local Rule CV-5(a) and has been served on counsel who are deemed to have consented to electronic service.

/s/ Keren Hu
Keren Hu