# EXHIBIT 2

## Page 1

```
         IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DIVISION OF TEXAS
                    TYLER DIVISION


BLUE SPIKE, LLC
     Plaintiffs,    CIVIL ACTION NO.:
vs.                 6:12 CV 499 MHS
TEXAS INSTRUMENTS, INC., et al.
     Defendant.



(THIS TRANSCRIPT IS DESIGNATED AS CONTAINING
CONFIDENTIAL BUSINESS INFORMATION)


           VIDEOTAPED DEPOSITION OF
                 ALFREDO HERRERA
                 DRESDEN, GERMANY
             Wednesday, March 26, 2014
                    9:55 a.m.




Pages:  1 - 189
Reported by:  Wanda S. Buckner, RPR, CRR

       National Court Reporters, Inc. - 888.800.9656
```

## Page 2

Deposition of ALFREDO HERRERA,
held at the offices of:

    Zwipf Rosenhagen Rechtsanwalte
    Palaisplatz 3,  01097
    Dresden, Germany
    49 (0) 351 80081-0

Pursuant to agreement, before Wanda S.
Buckner, Court Reporter

National Court Reporters, Inc. - 888.800.9656

## Page 3

A P P E A R A N C E S

ON BEHALF OF PLAINTIFF :

PETER BRASHER, Esquire
GARTEISER HONEA
218 N. COLLEGE AVE.
Tyler, Texas  75702
(903) 705-0828
pbrasher@ghiplaw.com



ON BEHALF OF COGNITEC SYSTEMS GmbH and
COGNITEC SYSTEMS CORPORATION:

DWAYNE K. GOETZEL, Esquire
MEYERTONS, HOOD, KIVLIN, KOWERT &
   GOETZEL
1120 S. CAPITAL OF TEXAS HWY.
Austin, Texas  78746
(512) 853-8800
dgoetzel@intprop.com

INTERPRETER:  Rosa Parson
VIDEO TECHNICIAN:  Rasmus Grand

National Court Reporters, Inc. - 888.800.9656

## Page 4

C O N T E N T S

EXAMINATION OF ALFREDO HERRERA           PAGE

  BY MR. BRASHER                         6, 183
  BY MR. GOETZEL                         178


           E X H I B I T S

ALFREDO HERRERA DEPOSITION EXHIBITS      PAGE

1   Defendant CSG's Responses to
    Plaintiff's First Set of
    Interrogatories                       11
2   Defendant CSG's Responses to
    Plaintiff's First Set of Requests for
    Production                            13
3   30(b)(6) Notice of Deposition         13
4   Technology Licensing and
    Commercialization Agreement           83
5   Cognitec Web Page                     89
6   Trade Show Web Page                   95
7   Minutes of First Meeting of

National Court Reporters, Inc. - 888.800.9656

**Page 21**

1  dealing with something for Asia Pacific and I -- I
2  would conduct the -- the phone conversation from
3  there.
4       But, again, being here in Dresden, I also
5  call from here. I mean, most of that work is
6  done -- is done by phone, but also my visits to the
7  United States, to -- you know, to deal with some of
8  the matters of the Cognitec Systems Corporation.
9       Q. In either capacity, either with GmbH or
10 Corp, would you say that the majority of your time,
11 either over the telephone or email, is conducted
12 while you are here in Dresden, Germany?
13      A. For the CSC?
14      Q. For both. You testified that you speak on
15 the phone, sometimes you are here in Dresden,
16 sometimes you are in the United States, sometimes
17 you are traveling on the road; the majority of your
18 working time either with GmbH or the Corp --
19      A. I would say it is Europe.
20      Q. Is Europe?
21      A. Probably is Europe, yeah. But I wouldn't
22 say it is Dresden. I mean, I would need to collect
23 some studies, take some (inaudible) if you want a
24 precise answer.
25      Q. That is fine. But -- so you would be

**Page 22**

1  traveling around Europe --
2       A. Right, right.
3       Q. -- at various places?
4       A. Right.
5       Q. Now, Mr. Herrera, in your own words, could
6  you describe to me what the corporate relationship
7  is between Cognitec Systems GmbH and Cognitec Corp?
8       A. Well, in terms of ownership, the -- the
9  Cognitec Systems Corporation is -- right now is
10 100 percent -- is 100 percent owned by the -- by
11 Cognitec Systems GmbH. So Cognitec Systems GmbH is
12 the -- the only shareholder within the CSC.
13      And operationalwise, we -- Cognitec
14 Systems Corporation has license the -- our
15 technology products, and has the rights and to sell
16 those products, commercialize those products in
17 North America.
18      Q. Does Cognitec Systems GmbH influence the
19 corporate policy of Cognitec Systems Corp in any
20 way?
21      A. No, it doesn't.
22      Q. Do any decisions of Cognitec Systems GmbH
23 influence the corporate policy of Cognitec Systems
24 Corp?
25      MR. GOETZEL: I'm sorry. Sounds -- I

**Page 23**

1  thought that was asked and answered. Did I
2  miss something?
3       MR. BRASHER: I am just rephrasing the
4  question in a different way, hopefully.
5       MR. GOETZEL: I thought you just asked the
6  same thing. Sorry.
7  BY MR. BRASHER:
8       Q. Do any of the decisions that are made at
9  Cognitec Systems GmbH influence the corporate policy
10 or affect the corporate policy of Cognitec Corp?
11      A. Indirectly, it might, but not directly,
12 not that I can think of.
13      I mean, may I explain that? I mean,
14 the -- we -- the products that Cognitec Systems
15 Corporation is selling are being developed, and the
16 (inaudible) is being developed in Germany. And I
17 would say the -- the success of the company depends
18 on some -- to an important degree, upon the -- I
19 mean, how good those products are.
20      So, I mean, seen that way, I would say,
21 well, yes, the success of the company or the
22 products that we are making here might have an
23 impact on -- on the well-being of the company, but
24 indirectly through the technology products that we
25 are offering on to -- to CSC.

**Page 24**

1       Q. Does Cognitec GmbH make any decisions
2  regarding the operations of Cognitec Systems Corp?
3       A. No.
4       Q. So all matters regarding the operations of
5  Cognitec Systems Corp are handled by employees of
6  Cognitec Systems Corp?
7       A. Yes.
8       May -- may I just add something to that?
9  I mean, the Cognitec Systems GmbH is the single
10 shareholder of the Cognitec Systems Corporation. So
11 in that capacity, obviously there are some -- some
12 influence on the -- on Cognitec Systems Corporation
13 in the capacity as a shareholder, which happens once
14 a year. You know, there are some -- some rights of
15 a shareholder to appoint the -- the director -- I
16 mean the president and treasury of the -- treasury
17 and secretary of the company; I mean, the ordinance
18 of the corporation are appointed by the -- by the
19 shareholder.
20      So in that -- in that regard, I would say
21 indirectly, yes, but it is not on an operational
22 basis. Not on the -- on the daily policies, on the
23 hiring, or which customers we should be talking to,
24 there is not -- GmbH is not involved in that, not at
25 all.

National Court Reporters, Inc. - 888.800.9656

## Page 25

1  Q. And who are the corporate officers or
2  directors of Cognitec Systems GMBH?
3  A. That would be me. I am -- I am the
4  managing director, the only director of Cognitec
5  Systems GmbH.
6  Q. So you are the sole director of Cognitec
7  Systems GmbH?
8  A. I have already said that at the very
9  beginning, I think.
10  Q. So just to confirm, you are the sole
11  director of Cognitec Systems GmbH?
12  A. It depends. I mean, in Germany, this is a
13  different name. I would like to stick to that.
14  It's geschaeftsfuehrer. I don't know if
15  "Director" -- I don't think that "director" --
16  personally, I don't think "director" is the right
17  word to describe that, because a director within a
18  corporation in the United States has different
19  duties than a Geschaeftsfuehrer in Germany. So I am
20  only the Geschaeftsfuehrer, in German, yes, I am.
21  Q. Okay.
22  MR. GOETZEL: May I ask the translator,
23  Geschaeftsfuehrer?
24  TRANSLATOR: Yes. I would really call
25  that the CEO, CEO of the company.

## Page 26

1  Geschaeftsfuehrer is the highest position in
2  the company, so I would compare that -- I don't
3  know if it's direct comparison, but the CEO
4  really would be Geschaeftsfuehrer.
5  THE WITNESS: I think an analogy to a
6  corporation in the United States more than AG.
7  In an AG you have forstunt (phonetic). And
8  within the forstunt you have the directors --
9  TRANSLATOR: And they are directors in
10  American companies as well.
11  THE WITNESS: Right, but we are not an AG.
12  We are not an AG. We are a GmbH.
13  TRANSLATOR: No, this is not a director.
14  Right. Right. So I would -- if I had to -- if
15  I had to translate "Geschaeftsfuehrer," in that
16  sense, it would be the CEO who makes all of the
17  decisions in the American company.
18  BY MR. BRASHER:
19  Q. Apart from that stipulation that you are
20  not an AG, does that seem correct to you?
21  A. That's an opinion, that's an opinion in
22  translation. I --
23  TRANSLATOR: Chief executive officer,
24  that's the highest position in American
25  corporations.

## Page 27

1  THE WITNESS: Right, right. But, again,
2  this is an opinion about translation. I -- I
3  would clarify -- I mean, there are some -- some
4  nuances to that. A CEO -- within the GmbH
5  would have a CEO.
6  TRANSLATOR: I understand that, but --
7  THE WITNESS: Right, I would say the
8  difference between CEO and a forstunt, in the
9  forstunt position. Again, I -- that is not --
10  I mean, I -- I would describe myself as CEO,
11  but this is -- you know, this is -- legally, it
12  is not a -- it's not a one-to-one map between,
13  you know, CEO and a Geschaeftsfuehrer in
14  Germany. But that's -- I just wanted to be
15  precise.
16  BY MR. BRASHER:
17  Q. I appreciate that, thank you.
18  And who are the principal managers of
19  Cognitec Systems GmbH?
20  A. Dr. Jurgen Pampus, he is responsible for
21  marketing and sales within the GmbH.
22  Michael Mueller is director of software
23  development.
24  Frank Weber, Weber, is director of
25  algorithm development.

## Page 28

1  Andreas Jeglinsky is responsible for
2  accounting and financing within the company.
3  And Stefan Christ is responsible for
4  customer service.
5  Q. Stefan?
6  A. Christ, is responsible for customer
7  service. So those are the pilots of -- of the
8  company.
9  Q. Do any of these named individuals hold
10  positions or are they employed by Cognitec Systems
11  Corp?
12  A. No.
13  Q. Have any of them ever held positions with
14  or been employed by Cognitec Systems Corp?
15  A. No.
16  Q. Apart from your stipulation earlier
17  regarding the products that Cognitec GmbH produces,
18  do any of the things that these individuals do
19  influence Corp -- Cognitec Systems Corp? For
20  instance, if I can be more specific, let me
21  rephrase.
22  Dr. Pampus --
23  A. Pampus, yes.
24  Q. -- is in charge of marketing and sales,
25  correct? Do any of his decisions regarding

57

1 either of those Web sites?
2  A. No.
3  Q. Are customers directed to call or contact
4 any individuals on those Web sites if they have
5 questions about purchasing products or support of
6 those products?
7  A. We provide information for them to call an
8 office, and depending upon the area, in the area,
9 and we have that information on the Web site, and
10 yes. But not an individual, we don't have named
11 individuals there. That's the way...
12  Q. So on the Web site, depending on your
13 region, there is different contact information for
14 potential customers?
15  A. No, the contact information is put in an
16 aggregated form. You know, if you -- I mean, for
17 the U.S., for Germany and -- and Australia.
18  Q. When you say in aggregated form, how do
19 you mean?
20  A. I just wanted to make a statement that
21 it -- that the Web site -- well, it is just listed
22 there, that is what I meant. It is aggregated. I
23 mean, for the U.S. you call this number, 175; for
24 Germany, plus 49; for Asia Pacific, plus 63. And
25 then they get a number.

National Court Reporters, Inc. - 888.800.9656

58

1  Q. Okay. Thank you.
2   MR. GOETZEL: At some point when you are
3  ready, could we take a break? We have been
4  going for a little over an hour. Just whenever
5  you get to a stopping point.
6   MR. BRASHER: This is a good stopping
7  point.
8    We are taking a short break. The
9  time is 11:14 a.m. and we are going off the
10  record.
11   (A recess was taken.)
12   MR. BRASHER: Okay. We are back on the
13  record. The time is 11:23 a.m.
14 BY MR. BRASHER:
15  Q. So as stated previously, you are the sole
16 officer and director of CSC?
17   MR. GOETZEL: Objection. Asked and
18  answered.
19   THE WITNESS: I am the president, treasury
20  and secretary of the CSC.
21 BY MR. BRASHER:
22  Q. Who are the principal managers or
23 supervisors at CSC?
24  A. In my capacity at CSC, I deal with Roger
25 Kelesoglu who is taking care of marketing in the

National Court Reporters, Inc. - 888.800.9656

59

1 States for CSC, and with Brendan Collins who is
2 managing customer service for the United States.
3  Q. Brendan?
4  A. Brendan Collins.
5  Q. Brendan Collins.
6  A. Collins.
7  Q. And he is in charge of --
8  A. Customer service.
9  Q. Customer service.
10  A. He is the technical arm of the -- of the
11 corporation.
12  Q. So he handles technical issues or problems
13 that customers may have with the product?
14  A. Yes.
15  Q. Do either of those individuals hold
16 positions or work for Cognitec GmbH?
17  A. No.
18  Q. Have any of them ever held positions with
19 Cognitec GmbH?
20  A. No.
21  Q. Do they -- in the course of their work, do
22 they interact with or engage with members of
23 Cognitec Systems GmbH or employees of Cognitec
24 Systems GmbH?
25  A. Yes, they do.

National Court Reporters, Inc. - 888.800.9656

60

1  Q. With regard to Mr. Kelesoglu, in what ways
2 does he interact with employees of Cognitec Systems
3 GmbH?
4  A. He interacts with Dr. Jurgen Pampus
5 discussing market trends, discussing value of our
6 position of our products, cooperating with -- but
7 also with -- not also just with Jurgen Pampus, but
8 also with Asia Pacific, with the sales director of
9 Asia Pacific.
10  Q. So Mr. Kelesoglu communicates with the
11 director of sales for Asia Pacific?
12  A. He might be, yeah. Right, so...
13  Q. Do Mr. Kelesoglu and Dr. Pampus coordinate
14 in any regard for the marketing of the products?
15  A. They talk to each other, they have to talk
16 to each other to understand value proposition, and
17 that is part of the feedback that I was talking
18 about, that comes from -- from Roger Kelesoglu to
19 enhance work products in marketing material.
20  Q. Does Mr. Kelesoglu -- I'm sorry, did you
21 want to add anything else?
22  A. To enhance the marketing materials that
23 are being used by the -- by the corporation, yes.
24  Q. With regard to those marketing materials,
25 they are used by CSC?

National Court Reporters, Inc. - 888.800.9656

### Page 73

1 subsidiaries in the United States and Asia Pacific
2 to -- companies to sell -- to sell and commercialize
3 those products in the different regions.
4    Q.  So Cognitec Systems GmbH is in the
5 business of developing software, facial recognition
6 software, and selling that around the world?
7    A.  Not only software.
8    Q.  What else does it sell?
9    A.  Well, it might contain some hardware.
10 Might contain -- the products that we're selling
11 might contain -- might contain some -- some
12 hardware.
13    Q.  Hardware?
14    A.  Yeah.
15    Q.  What hardware does it contain?  It -- you
16 said it might contain hardware.  What hardware would
17 it contain?
18    A.  Metal.
19    Q.  Mail?
20    A.  Metal.
21    Q.  Oh, metal.
22    A.  That is hardware.  Make chassis of
23 equipment with computers inside.
24    Q.  What actual equipment does Cognitec GmbH
25 produce?

National Court Reporters, Inc. - 888.800.9656

### Page 74

1    A.  GmbH produces -- right now we have a
2 product for border access control.  And that is a
3 unit that contains hardware to check -- hardware and
4 software to check the validity of passengers when
5 crossing the border.
6    Q.  Is that the only hardware that Cognitec
7 Systems GmbH produces right now?
8    A.  Well, that is not hardware.  That is a
9 product that contains software and hardware.
10    Q.  So what other hardware does Cognitec
11 Systems GmbH currently produce right now?
12    A.  When I describe the product I said that is
13 a product that contains software and hardware.  I
14 didn't describe that as being only hardware.
15    Q.  Right.  So are there any other products
16 that are software and hardware that --
17    A.  Not yet.  That is the only product right
18 now that we sell that contains -- that is a
19 combination of software and hardware.
20    Q.  And where currently is that product
21 implemented, where is it used?
22    A.  That product is being used in -- in
23 Germany by the border patrol.
24    Q.  Is it used anywhere else?
25    A.  For -- the Heike Hotel (phonetic).  Might

National Court Reporters, Inc. - 888.800.9656

### Page 75

1 be.  So there -- we got partners that are using that
2 prototype in the guard systems, and they are doing
3 business development with them.
4    Q.  And those partners are located in Europe?
5    A.  Yes, they are.  Basically they are
6 customers of ours.
7    Q.  Where are Cognitec GmbH's offices and
8 branches located?
9    A.  GmbH offices, we have an office here in
10 Dresden and we have some home offices.
11    Q.  By home offices, you mean employees that
12 work from home?
13    A.  From home, right, in Germany.
14    Q.  You said that Cognitec GmbH was
15 established in 2002?
16    A.  2003, I think.  We started GmbH in 2003.
17    Q.  GmbH was established in 2003?
18    A.  In 2002, I think, yeah.
19    Q.  2002 or 2003, you are not sure on the
20 date?
21    A.  I don't know.  That's -- 2000 --
22    MR. GOETZEL:  If you know.
23    THE WITNESS:  I don't -- could be one of
24    those.  Probably 2002.
25 BY MR. BRASHER:

National Court Reporters, Inc. - 888.800.9656

### Page 76

1    Q.  Was --
2    A.  That is where I was confused.
3    Q.  -- Cognitec GmbH established before CSC?
4    A.  Yes.  It was in 2002, I think.
5    Q.  And -- and CSC was established in 2003?
6    A.  The exact date, I think it was October of
7 2003, and the corporation was 2002.  It could be one
8 day -- one year off, but...
9    MR. GOETZEL:  Sorry, you said the
10 corporation was 2002?  You mean --
11    THE WITNESS:  No, the corporation was
12 two-thousand -- October 2003, I think, to the
13 best of my knowledge, and then we started the
14 operation then in 2004.  First-time operation,
15 kick-off operation, but the foundation of the
16 company was 2003, I think.
17    To the best of my knowledge, the
18 Cognitec Systems GmbH was founded 2002, then
19 October 2003 we founded the company.
20    MR. GOETZEL:  CSC?
21    THE WITNESS:  CSC, Cognitec Systems
22 Corporation, the company you asked about, in --
23 yeah.
24 BY MR. BRASHER:
25    Q.  You said operations for CSC began in 2004?

National Court Reporters, Inc. - 888.800.9656

**77**

1 A. It was three months. We founded the
2 company, I think January we kicked off operations.
3 Q. Okay. Now, I believe you stated earlier
4 that Cognitec Systems GmbH established CSC, is that
5 correct?
6 A. Together with Felipe. The foundation of
7 Cognitec Systems Corporation was -- we had two
8 shareholders.
9 Q. What was the percentage of shares owned by
10 Felipe and GmbH, to the best of your knowledge?
11 A. I think Felipe had 3 percent and the GmbH
12 had 97 percent of the shares of Cognitec Systems
13 Corporation at the time of founding.
14 Q. You said at the time of founding that was
15 the situation. What is it now?
16 A. Now it is 100 percent owned by the GmbH.
17 Q. What is it that Cognitec Systems Corp
18 does?
19 A. Cognitec Systems has license, Cognitec
20 Systems GmbH products, it sells those products,
21 commercializes those products in the -- in North
22 America.
23 Q. Does it do anything else?
24 A. That is the major goal of the company,
25 yeah, that's the sense of the company.

National Court Reporters, Inc. - 888.800.9656

**78**

1 Q. What are the more minor parts of the
2 company, minor goals of the company?
3 A. No, that is the only goal.
4 Q. So CSC doesn't sell the products of any
5 other company?
6 A. It does.
7 Q. What products are those?
8 A. We buy computers, and CSC, Cognitec
9 Systems Corporation, buy computers from Dell, HP,
10 some other companies, combine those computers with
11 the software that has license from Cognitec Systems
12 GmbH, and might sell those, and actually are selling
13 those.
14   Cognitec Systems Corporation buys cameras,
15 combine those cameras with computers and the
16 software license by Cognitec Systems GmbH and sells
17 those products. So in that sense, it sells other
18 products.
19 Q. So CSC buys or purchases equipment from
20 other companies, combines it with the GmbH's
21 software and then sells it?
22 A. Equipment or software products. I would
23 say products, not only equipment, but also data
24 bases, operating systems, all the kind of software
25 that goes into, you know, a combined product

National Court Reporters, Inc. - 888.800.9656

**79**

1 consisting of Cognitec Systems GmbH software with
2 peripherals, all the things that are required to
3 deploy this other product, and might sell that,
4 selling that.
5 Q. Who combines the products? Who puts the
6 product together?
7 A. Which products are you talking about?
8 Q. Referencing the hardware, the computers,
9 and the software, the databases, operating systems
10 that they purchase, who combines the -- GmbH's
11 products with that hardware in order to sell it?
12 A. Employees of Cognitec Systems Corporation.
13 Q. Do employees of Cognitec Systems
14 Corporation receive any training in regard to
15 operation, maintenance and use of GmbH's products?
16 A. Yes, they do.
17 Q. Where does that training take place?
18 A. Both, sometimes here in Germany, sometimes
19 in the United States.
20 Q. When it takes place here in the United
21 States --
22 A. Here is Germany.
23 Q. My apologies, yes. When it takes place
24 here in Germany, who pays for the training?
25 A. Well, that is covered by the license

National Court Reporters, Inc. - 888.800.9656

**80**

1 agreement. Actually, the CSC is paying for -- for
2 that training, that support. That is part of the
3 license agreement that we have in place.
4 Q. CSC pays for all training of
5 CSC employees?
6 A. Through the licensing agreement that we
7 have in place.
8 Q. Just to be clear, the only payment that
9 CSC gives to GmbH for that training is the payment
10 through the licensing agreement?
11 A. The licensing -- if I would have to answer
12 that question, I would say no.
13 Q. Can I restate it? You said that -- I
14 believe, correct me if I'm wrong -- that CSC pays
15 for the training through the license agreement or it
16 is covered by the license agreement?
17 A. That is what I said, right. That's what I
18 said.
19 Q. What did you mean that it is covered by
20 the license agreement?
21 A. The license agreement establish that
22 the -- for the license that we're using from the --
23 for all the sales, all the revenues of Cognitec
24 Systems Corporation, the GmbH is receiving a portion
25 of those sales. Not only the -- not only the

National Court Reporters, Inc. - 888.800.9656

177

1 access to that account?
2     MR. BRASHER: Not including him, is what I
3 was intending to say.
4     MR. GOETZEL: Okay.
5 BY MR. BRASHER:
6     Q. And so the JP Morgan account is used for
7 operations, the Berenberg Bank accounts, the first
8 two, there's one that is marked USD, which I assume
9 means U.S. dollar, and the other is marked euro.
10 What are those used for?
11    A. Those are not fixed CDs, fixed deposits,
12 but it is just what you need in order to keep the
13 money in that account. It is just the current --
14 current accounts. That is why it is little cash
15 there, relatively little cash there.
16    Berenberg, we are using the Berenberg Bank
17 for the CSC, basically only to have deposit --
18 deposit the money in a safe way. The securities
19 that we are getting in those accounts is larger than
20 what we get in the United States, so we have
21 secured, you know, to some degree, the money that
22 way. And that's what we're using the Berenberg Bank
23 mostly for.
24    Q. Thank you.
25    A. Other than that, we have the two -- we
National Court Reporters, Inc. - 888.800.9656

178

1 have the JP Morgan accounts and the Executive
2 National Bank as well, in the United States.
3    Q. Great, thank you.
4       (Off-the-record.)
5 BY MR. BRASHER:
6    Q. In your capacity as the managing director
7 of Cognitec Systems GmbH, how often have you or has
8 Cognitec Systems GmbH received dividends, or if any,
9 from CSC?
10    A. Never.
11    Q. CSC has never paid any dividends?
12    A. No.
13    Q. Of any kind?
14    A. No.
15    MR. BRASHER: Thank you. At this time I
16 have finished with my questioning. Counsel, do
17 you have any? Unless you want to take a break?
18    MR. GOETZEL: Let's take a short break.
19    MR. BRASHER: The time is 3:40 p.m. We
20 are going off the record.
21       (Off-the-record.)
22    MR. BRASHER: We are back on the record.
23 The time is 3:57 p.m., and Mr. Goetzel is going
24 to ask you some questions.
25       EXAMINATION
National Court Reporters, Inc. - 888.800.9656

179

1 BY MR. GOETZEL:
2    Q. Mr. Herrera, I just have a few questions.
3 Is Cognitec Systems Corporation incorporated?
4    A. Yes.
5    Q. I'm going to refer to it as CSC, okay?
6    A. Okay.
7    Q. Where is it incorporated?
8    A. CSC is incorporated in Delaware.
9    Q. Where is CSC located?
10    A. CSC has offices in Rockland,
11 Massachusetts, and Miami, Florida.
12    Q. Does CSC hold shareholder meetings?
13    A. Yes, it does.
14    Q. Does it hold board of director meetings?
15    A. Yes, it does.
16    Q. Has it done so since the date that it was
17 incorporated?
18    A. I think so.
19    Q. Does CSC have an accounting system?
20    A. It has.
21    Q. Does it keep its own books?
22    A. It has -- it does.
23    Q. Does CSC have its own bank accounts?
24    A. CSC has its own bank accounts, yes.
25    Q. Are those bank accounts separate from any
National Court Reporters, Inc. - 888.800.9656

180

1 GmbH bank accounts?
2    A. Those bank accounts are exclusively for
3 the CSC.
4    Q. Does CSC prepare a budget every year?
5    A. Yes.
6    Q. And is that what you discussed earlier
7 with respect to preparing a budget and then that is
8 later consolidated?
9    A. That is the budget that the president of
10 CSC provides to the -- to its shareholders.
11    Q. Does CSC prepare an employee handbook?
12    A. Yes, it did.
13    Q. Did Cognitec Systems GmbH have any say or
14 any direction into the CSC employee handbook?
15    A. No.
16    Q. Does CSC handle its own payroll?
17    A. It does.
18    Q. Is that through ADP?
19    A. That's with ADP, yes.
20    Q. Does Cognitec Systems GmbH pay any
21 employees of CSC?
22    A. No.
23    Q. Has Cognitec Systems GmbH ever paid any
24 employees of CSC?
25    A. No.
National Court Reporters, Inc. - 888.800.9656

### Page 181

1  Q. Do any GmbH employees work for CSC?
2  A. **Other than me, no.**
3  Q. Does CSC have any insurance?
4  A. **It has.**
5  Q. Who pays for that insurance?
6  A. **CSC.**
7  Q. Does CSC have a real estate lease?
8  A. **It has.**
9  Q. Who signed that lease?
10 A. **I think Felipe did for some, and then I did for some of the offices.**
12 Q. Who is responsible for payment of that lease?
14 A. **CSC.**
15 Q. Has Cognitec Systems GmbH ever paid the rent for CSC?
17 A. **No.**
18 Q. Does CSC attend trade shows?
19 A. **Yes.**
20 Q. Who pays for CSC's attendance to those trade shows?
22 A. **CSC.**
23 Q. Does CSC have any utility bills, such as electricity or telephone?
25 A. **Yes, they have.**

### Page 182

1  Q. Who pays for those type of utility bills?
2  A. **CSC.**
3  Q. Has the GmbH ever paid for any of those type of utility bills?
5  A. **No.**
6  Q. Does Cognitec Systems GmbH hire or fire any CSC employees?
8  A. **No.**
9  Q. Has it ever?
10 A. **No, never.**
11 Q. Does Cognitec Systems GmbH control any of the daily activities of CSC?
13 A. **No.**
14 Q. Has it ever?
15 A. **Never, never done it.**
16 Q. Does Cognitec Systems GmbH control any of the general policies of CSC?
18 A. **No.**
19 Q. Has it ever?
20 A. **No, never.**
21 Q. Does Cognitec Systems GmbH have any contact with CSC customers?
23 A. **No.**
24 Q. Has it ever?
25 A. **Contact with CSC customers? Not as**

### Page 183

1  customers, no.
2  Q. Does CSC have freedom to operate with its customers?
4  A. **Yes, they have.**
5  MR. GOETZEL: I pass the witness.
6  EXAMINATION
7  BY MR. BRASHER:
8  Q. Just a few follow-up questions.
9     You said that CSC has offices in Rockland, Massachusetts?
11 A. **Yes.**
12 Q. And is CSC registered to do business in the state of Massachusetts?
14 A. **I think so, yes.**
15 Q. It is registered with the Secretary of State, to the best of your knowledge?
17 A. **I think so. We instructed our lawyers to do so, right.**
19 Q. With regard to the trade shows that CSC engages in, do any GmbH employees attend those trade shows side-by-side with CSC employees?
22 A. **Not side-by-side. So they might -- not side-by-side, no.**
24 Q. In what capacity might they attend those trade shows? And by "they," I am referring to

### Page 184

1  employee of Cognitec Systems GmbH.
2  A. **I don't know -- like I said, in the past I know that employees of Cognitec Systems PLT have visited trade shows and have showed the same products to customers of Cognitec Systems PLT. That is actually what I was referring to.**
7  Q. I am referring just to CSC in the United States, the trade show that CSC attends in the United States, have any GmbH employees also attended those in order to market and sell GmbH products?
11 A. **No.**
12 MR. BRASHER: I am finished with my examination. Do you have any other questions you'd like to ask?
15 MR. GOETZEL: We will reserve our questions until later on in the proceeding.
17 MR. BRASHER: At this time we are finished with the proceeding. We will leave it open for any unclear questions or unprovided documents that we discussed today that may or may not be available or provided for.
22 Mrs. Buckner, you have a request?
23 COURT REPORTER: Yes. I need to get on the record if you both want a transcript?
25 MR. GOETZEL: Yes, I do.