# Exhibit 2

Blue Spike – Monitoring and Analyzing Signals – U.S. Patent 8,214,175

Preliminary Infringement Claim Chart

| Claim | Audible Magic Content Recognition Technology, including its SmartID, CopySense Appliance, CopySense Custom, CopySense Premier, Live TViD, Music-Speech iD, SmartSync, and RepliCheck products and solutions |
|---|---|
| **1.** A system, comprising:<br><br>non transitory memory comprising a database for storing a plurality of digital reference signal abstracts; | Audible Magic's content recognition technology ("AM's CRT")—found, on information and belief, in its SmartID, CopySense Appliance, CopySense Custom, CopySense Premier, Live TViD, Music-Speech iD, SmartSync, and RepliCheck products and solutions—is a software- and computer-based solution ("system") that includes a database, having computer memory ("non-transitory memory"), for storing the fingerprints of audio and video content ("plurality of digital reference signal abstracts") it monitors.<br><br>**About Audible Magic**<br><br>**Our mission is to deliver the most trusted and accurate <u>content identification technology</u> and solution services on the market.**<br><br>As the industry pioneer, **Audible Magic is recognized as the de facto leader in monetizing, protecting, measuring, and verifying content** — in all their forms, including radio and television broadcasts, Internet and satellite streams, stored digital files, consumer devices and via network file transfers.<br><br>Innovative and massively scalable, **Audible Magic's patented "fingerprinting" technology accurately tracks and monitors the detection of copyrighted material or any other audio or video-based content.** Coupled with our unique and dynamic database of more than 11 million digital fingerprints, Audible Magic's CopySense® products and technology provide copyright-sensitive identification that weeds out the noise and yields highly accurate tracking of your copyrighted content.<br><br>Our technology has paved the way for a wide - and growing - range of solutions in media identification and ad detection, compliance, monetization and management, anti-piracy, content registration, and litigation support. And each year, more customers recognize Audible Magic as a brand they can trust.<br><br>*See* Exhibit 1, Audible Magic's "About" webpage, http://audiblemagic.com/company.php (emphasis added). |

| | |
|---|---|
| | <br>*See* Exhibit 3, Audible Magic's "Broadcast Monitoring" webpage, http://audiblemagic.com/solutions-broadcast.php (emphasis added). |
| wherein said at least one processor is programmed or structured to generate said digital reference signal abstract from said digital reference signal and at least one of a hash and a signature, so that each one of said plurality of digital reference signal abstracts in said database is distinct from one another. | On information and belief, the processor is programmed or structured to generate said digital reference signal abstract from said digital reference signal and at least one of a hash and a signature, so that each one of said plurality of digital reference signal abstracts in said database is distinct from one another.  Further discovery will be needed to chart the infringing instrumentality. |
| 8.  A system, comprising:<br><br>non transitory memory comprising a database for storing a plurality of digital reference | Audible Magic's content recognition technology ("AM's CRT")—found, on information and belief, in its SmartID, CopySense Appliance, CopySense Custom, CopySense Premier, Live TViD, Music-Speech iD, SmartSync, and RepliCheck products and solutions—is a software- and computer-based solution ("system") that includes a database, having computer memory ("non-transitory memory"), for storing the fingerprints of audio and video content ("plurality |

| | |
|---|---|
| signal abstracts; | of digital reference signal abstracts") it monitors.<br><br>**About Audible Magic**<br><br>**Our mission is to deliver the most trusted and accurate <u>content identification technology</u> and solution services on the market.**<br><br>As the industry pioneer, **Audible Magic is recognized as the de facto leader in monetizing, protecting, measuring, and verifying content** — in all their forms, including radio and television broadcasts, Internet and satellite streams, stored digital files, consumer devices and via network file transfers.<br><br>Innovative and massively scalable, **Audible Magic's patented "fingerprinting" technology accurately tracks and monitors the detection of copyrighted material or any other audio or video-based content.** Coupled with our unique and dynamic database of more than 11 million digital fingerprints, Audible Magic's CopySense® products and technology provide copyright-sensitive identification that weeds out the noise and yields highly accurate tracking of your copyrighted content.<br><br>Our technology has paved the way for a wide - and growing - range of solutions in media identification and ad detection, compliance, monetization and management, anti-piracy, content registration, and litigation support. And each year, more customers recognize Audible Magic as a brand they can trust.<br><br>*See* Exhibit 1, Audible Magic's "About" webpage, http://audiblemagic.com/company.php (emphasis added).<br><br>**User Generated Content Services**<br><br>Respecting copyrights for music, movies and televisions is a big deal. Copyright owners are more willing to license content and help you monetize your services when you implemented programs that respect copyrights. It also helps minimize legal problems.<br><br>**Turn to <u>Audible Magic's</u> turnkey compliance and filtering solutions for <u>highly accurate, automated copyright recognition (ACR)</u> to help eliminate risk and respect copyrighted works**. **Recognize master recordings of major music and indie record labels as well as movie and television studios using our digital <u>fingerprinting</u> technology.** Copyright owners, such as music labels and movie and TV studios register their content they want protected directly with Audible |

Magic. **This content is included in our <u>Global Rights Registry</u>™ that contains more than 12 million fingerprints, and represents over 900,000 hours of copyrighted songs, movies, television shows, and other video content**. Audible Magic services are often the prerequisite for licensing content. Enable content substitution, purchase link or allow advertising on user content identified by content identification technology. Add our metadata to enhance the user experience.

*See* Exhibit 2, Audible Magic's "Copyright Compliance" webpage, http://audiblemagic.com/solutions-maincompliance.php (emphasis added).

**Broadcast Monitoring**

Detect music or advertising content as it is broadcast over radio, television, cable and satellite using Audible Magic's Automated Content Recognition (ACR) technology. This perceptual digital fingerprinting technology enables news studios, sport organizations, TV syndications and advertisers to determine precisely when, where and how their content is being used.

**The fingerprint technology uses** very fast and fine-grained measurements of the content, which is then matched to **a <u>reference database</u> of <u>fingerprints</u>** to quickly identify the content as it is being broadcast. This gives you the ability to quickly measure the effectiveness of your advertising, confirm market penetration by comparing different forms of broadcast medium, and manage the rights of your intellectual property.

| | |
|---|---|
| | <br><br>*See* Exhibit 3, Audible Magic's "Broadcast Monitoring" webpage, http://audiblemagic.com/solutions-broadcast.php (emphasis added). |
| at least one processor;<br><br>wherein said at least one processor is programmed or structured to generate a digital reference signal abstract from a digital reference signal such that said digital reference signal abstract is similar to said digital reference signal and reduced in size compared to said digital reference signal; and. | AM's CRT includes a processor (it is obvious to anyone skilled in the art that a processor is used to execute the technology's algorithms, "at least one processor") programmed to generate a fingerprint ("digital reference signal abstract") from a piece of content ("digital reference signal").  On information and belief, the abstract is similar to the digital reference signal itself and reduced in size compared to it.<br><br>> **Robust SmartID and CopySense Technology**<br>><br>> **Audible Magic's patented SmartID and CopySense automated content recognition (ACR) uses "digital fingerprint-based" technology to accurately identify content using audio signals. Identification is based on the perceptual characteristics of the audio itself which allows it to accurately identify content across file formats, codecs, bitrates, and compression techniques.** This approach is highly accurate and requires no dependence on metadata, watermarks or file hashes. It is also immune to many typical transformations.<br><br>*See* Exhibit 4, Audible Magic's "Technology Overview" webpage, http://audiblemagic.com/technology.php (emphasis added). |

-16-

| | |
|---|---|
| | <br><br>*See* Exhibit 3, Audible Magic's "Broadcast Monitoring" webpage, http://audiblemagic.com/solutions-broadcast.php (emphasis added). |
| wherein said at least one processor is programmed to store said digital reference signal abstract in said database as one of said plurality of digital reference signal abstracts; | The processor is programmed to store the fingerprint of the content ("digital reference signal abstract") in the database.<br><br>**User Generated Content Services**<br><br>Respecting copyrights for music, movies and televisions is a big deal. Copyright owners are more willing to license content and help you monetize your services when you implemented programs that respect copyrights. It also helps minimize legal problems.<br><br>Turn to Audible Magic's turnkey compliance and filtering solutions for highly accurate, automated copyright recognition (ACR) to help eliminate risk and respect copyrighted works. Recognize master recordings of major music and indie record labels as well as movie and television studios using our digital fingerprinting technology. Copyright owners, such as music labels and movie and TV studios register their content they want protected directly with Audible Magic. **This content is included in our Global Rights Registry™ that <u>contains more than 12 million fingerprints, and represents over 900,000 hours of copyrighted songs, movies, television shows, and other video content.</u>** Audible Magic services are often the prerequisite for licensing content. Enable content substitution, purchase link or allow advertising on user content identified by **content identification technology**. |

Add our metadata to enhance the user experience.

*See* Exhibit 2, Audible Magic's "Copyright Compliance" webpage, http://audiblemagic.com/solutions-maincompliance.php (emphasis added).

**Broadcast Monitoring**

Detect music or advertising content as it is broadcast over radio, television, cable and satellite using Audible Magic's Automated Content Recognition (ACR) technology. This perceptual digital fingerprinting technology enables news studios, sport organizations, TV syndications and advertisers to determine precisely when, where and how their content is being used.

**The fingerprint technology uses** very fast and fine-grained measurements of the content, which is then matched to **a reference database** of **fingerprints** to quickly identify the content as it is being broadcast. This gives you the ability to quickly measure the effectiveness of your advertising, confirm market penetration by comparing different forms of broadcast medium, and manage the rights of your intellectual property.



*See* Exhibit 3, Audible Magic's "Broadcast Monitoring" webpage, http://audiblemagic.com/solutions-broadcast.php (emphasis added).

| | |
|---|---|
| wherein said processor is programmed or structured to change selected criteria to use for generating said digital reference signal abstract from said digital reference signal when said at least one processor determines that said digital reference signal abstract matches one of said plurality of digital reference signal abstracts stored in said database. | On information and belief, the processor is programmed or structured to change selected criteria to use for generating said digital reference signal abstract from said digital reference signal when said at least one processor determines that said digital reference signal abstract matches one of said plurality of digital reference signal abstracts stored in said database. Further discovery will be needed to identify the infringing instrumentality. |
| **11.** A system, comprising:<br><br>non transitory memory comprising a database for storing a plurality of digital reference signal abstracts; | Audible Magic's content recognition technology ("AM's CRT")—found, on information and belief, in its SmartID, CopySense Appliance, CopySense Custom, CopySense Premier, Live TViD, Music-Speech iD, SmartSync, and RepliCheck products and solutions—is a software- and computer-based solution ("system") that includes a database, having computer memory ("non-transitory memory"), for storing the fingerprints of audio and video content ("plurality of digital reference signal abstracts") it monitors.<br><br>**About Audible Magic**<br><br>**Our mission is to deliver the most trusted and accurate <u>content identification technology</u> and solution services on the market.**<br><br>As the industry pioneer, **Audible Magic is recognized as the de facto leader in monetizing, protecting, measuring, and verifying content** — in all their forms, including radio and television broadcasts, Internet and satellite streams, stored digital files, consumer devices and via network file transfers.<br><br>Innovative and massively scalable, **Audible Magic's patented "fingerprinting" technology accurately tracks and monitors the detection of copyrighted material or any other audio or video-based content.** Coupled with our unique and dynamic database of more than 11 million digital fingerprints, Audible Magic's CopySense® products and technology provide copyright-sensitive identification that weeds out the noise and yields highly accurate tracking of your copyrighted content. |

Our technology has paved the way for a wide - and growing - range of solutions in media identification and ad detection, compliance, monetization and management, anti-piracy, content registration, and litigation support. And each year, more customers recognize Audible Magic as a brand they can trust.

*See* Exhibit 1, Audible Magic's "About" webpage, http://audiblemagic.com/company.php (emphasis added).

**User Generated Content Services**

Respecting copyrights for music, movies and televisions is a big deal. Copyright owners are more willing to license content and help you monetize your services when you implemented programs that respect copyrights. It also helps minimize legal problems.

**Turn to <u>Audible Magic's</u> turnkey compliance and filtering solutions for <u>highly accurate, automated copyright recognition (ACR)</u> to help eliminate risk and respect copyrighted works. Recognize master recordings of major music and indie record labels as well as movie and television studios using our digital <u>fingerprinting</u> technology.** Copyright owners, such as music labels and movie and TV studios register their content they want protected directly with Audible Magic. **This content is included in our <u>Global Rights Registry</u>™ that contains more than 12 million fingerprints, and represents over 900,000 hours of copyrighted songs, movies, television shows, and other video content**. Audible Magic services are often the prerequisite for licensing content. Enable content substitution, purchase link or allow advertising on user content identified by content identification technology. Add our metadata to enhance the user experience.

*See* Exhibit 2, Audible Magic's "Copyright Compliance" webpage, http://audiblemagic.com/solutions-maincompliance.php (emphasis added).

**Broadcast Monitoring**

Detect music or advertising content as it is broadcast over radio, television, cable and satellite using Audible Magic's Automated Content Recognition (ACR) technology. This perceptual digital fingerprinting technology enables news studios, sport organizations, TV syndications and advertisers to determine precisely when, where and how their content is being used.

**The fingerprint technology uses** very fast and fine-grained measurements of the content, which is then matched to **a <u>reference database</u> of <u>fingerprints</u>** to quickly identify the content as it is being broadcast. This gives you the ability to quickly measure the effectiveness of your advertising,

| | |
|---|---|
| | confirm market penetration by comparing different forms of broadcast medium, and manage the rights of your intellectual property.<br><br><br><br>*See* Exhibit 3, Audible Magic's "Broadcast Monitoring" webpage, http://audiblemagic.com/solutions-broadcast.php (emphasis added). |
| at least one processor;<br><br>wherein said at least one processor is programmed or structured to generate a digital reference signal abstract from a digital reference signal such that said digital reference signal abstract is similar to said digital reference signal and reduced in size compared to said digital reference signal; and | AM's CRT includes a processor (it is obvious to anyone skilled in the art that a processor is used to execute the technology's algorithms, "at least one processor") programmed to generate a fingerprint ("digital reference signal abstract") from a piece of content ("digital reference signal"). On information and belief, the abstract is similar to the digital reference signal itself and reduced in size compared to it.<br><br>**Robust SmartID and CopySense Technology**<br><br>**Audible Magic's patented SmartID and CopySense automated content recognition (ACR) uses "digital fingerprint-based" technology to accurately identify content using audio signals. Identification is based on the <u>perceptual characteristics</u> of the audio itself which allows it to <u>accurately identify content</u> across file formats, codecs, bitrates, and compression techniques.** This approach is highly accurate and requires no dependence on metadata, watermarks or file hashes. It is also immune to many typical transformations. |

| | |
|---|---|
| | *See* Exhibit 4, Audible Magic's "Technology Overview" webpage, http://audiblemagic.com/technology.php (emphasis added).  *See* Exhibit 3, Audible Magic's "Broadcast Monitoring" webpage, http://audiblemagic.com/solutions-broadcast.php (emphasis added). |
| wherein said at least one processor is programmed to store said digital reference signal abstract in said database as one of said plurality of digital reference signal abstracts; | The processor is programmed to store the fingerprint of the content ("digital reference signal abstract") in the database. **User Generated Content Services** Respecting copyrights for music, movies and televisions is a big deal. Copyright owners are more willing to license content and help you monetize your services when you implemented programs that respect copyrights. It also helps minimize legal problems. Turn to Audible Magic's turnkey compliance and filtering solutions for highly accurate, automated copyright recognition (ACR) to help eliminate risk and respect copyrighted works. Recognize master recordings of major music and indie record labels as well as movie and television studios using our digital fingerprinting technology. Copyright owners, such as music labels and movie and TV studios register their content they want protected directly with Audible Magic. **This content is included in our Global Rights Registry™ that contains more than 12 million fingerprints, and represents** |

| | |
|---|---|
| | **over 900,000 hours of copyrighted songs, movies, television shows, and other video content.** Audible Magic services are often the prerequisite for licensing content. Enable content substitution, purchase link or allow advertising on user content identified by **content identification technology**. Add our metadata to enhance the user experience.<br><br>*See* Exhibit 2, Audible Magic's "Copyright Compliance" webpage, http://audiblemagic.com/solutions-maincompliance.php (emphasis added).<br><br>**Broadcast Monitoring**<br><br>Detect music or advertising content as it is broadcast over radio, television, cable and satellite using Audible Magic's Automated Content Recognition (ACR) technology. This perceptual digital fingerprinting technology enables news studios, sport organizations, TV syndications and advertisers to determine precisely when, where and how their content is being used.<br><br>**The fingerprint technology uses** very fast and fine-grained measurements of the content, which is then matched to **a <u>reference database</u> of <u>fingerprints</u>** to quickly identify the content as it is being broadcast. This gives you the ability to quickly measure the effectiveness of your advertising, confirm market penetration by comparing different forms of broadcast medium, and manage the rights of your intellectual property.<br><br> |

| | |
|---|---|
| | *See* Exhibit 3, Audible Magic's "Broadcast Monitoring" webpage, http://audiblemagic.com/solutions-broadcast.php (emphasis added). |
| wherein said at least one processor is programmed or structured to compare a digital query signal abstract to said plurality of digital reference signal abstracts stored in said database to generate a compare result. | The processor is programmed or structured to compare a fingerprint of unknown content ("a digital query signal abstract") to the fingerprints stored in the database ("plurality of digital reference signal abstracts stored in said database") to determine if there is a match ("generate a compare result").<br><br>**Broadcast Monitoring**<br><br>Detect music or advertising content as it is broadcast over radio, television, cable and satellite using Audible Magic's Automated Content Recognition (ACR) technology. This perceptual digital fingerprinting technology enables news studios, sport organizations, TV syndications and advertisers to determine precisely when, where and how their content is being used.<br><br>**The fingerprint technology uses very fast and fine-grained measurements of the content, which is then <u>matched</u> to a reference database of fingerprints to quickly identify the content as it is being broadcast.** This gives you the ability to quickly measure the effectiveness of your advertising, confirm market penetration by comparing different forms of broadcast medium, and manage the rights of your intellectual property<br><br>*See* Exhibit 3, Audible Magic's "Broadcast Monitoring" webpage, http://audiblemagic.com/solutions-broadcast.php (emphasis added).<br><br>**Robust SmartID and CopySense Technology**<br><br>**Audible Magic's patented SmartID and CopySense automated content recognition (ACR) uses "digital fingerprint-based" technology to <u>accurately identify content</u> using audio signals.** Identification is based on the perceptual characteristics of the audio itself which allows it to accurately identify content across file formats, codecs, bitrates, and compression techniques. This approach is highly accurate and requires no dependence on metadata, watermarks or file hashes. It is also immune to many typical transformations.<br><br>*See* Exhibit 4, Audible Magic's "Technology Overview" webpage, http://audiblemagic.com/technology.php (emphasis added). |

| | |
|---|---|
| **12.** The system of claim 11, wherein said compare result indicates no match between said digital query signal abstract to said plurality of digital reference signal abstracts stored in said database. | As established above, AM's CRT infringes Claim 11, and, on information and belief, the compare result could indicate no match between the digital query signal abstract to the plurality of digital reference signal abstracts stored in the database. Further discovery will be needed to chart the infringing instrumentality. |
| **13.** The system of claim 11, wherein said compare result indicates a match between said digital query signal abstract and a first digital reference signal abstracts of said plurality of digital reference signal abstracts stored in said database. | As established above, AM's CRT infringes Claim 11, and, on information and belief, the compare result could indicate a match between the digital query signal abstract to the plurality of digital reference signal abstracts stored in the database. Further discovery will be needed to chart the infringing instrumentality. |
| **14.** The system of claim 11, wherein said memory further defines a digital query signal abstract receipt recorder recording a number times said at least one processor receives said digital query signal abstract for comparison with said plurality of digital reference signal abstracts stored in said database. | As established above, AM's CRT infringes Claim 11, and, on information and belief, the memory further defines a digital query signal abstract receipt recorder recording the number times said at least one processor receives said digital query signal abstract for comparison with said plurality of digital reference signal abstracts stored in said database. Further discovery will be needed to chart the infringing instrumentality. |
| **15.** The system of claim 11, wherein said memory further defines a first digital reference signal abstract match recorder recording a number of times said at least one processor determines | As established above, AM's CRT infringes Claim 11, and, on information and belief, the memory further defines a first digital reference signal abstract match recorder recording a number of times said at least one processor determines a match between a digital query signal abstract and first digital reference signal abstract of said plurality of digital reference signal abstracts stored in said database. Further discovery will be needed to chart the infringing instrumentality. |

| | |
|---|---|
| a match between a digital query signal abstract and first digital reference signal abstract of said plurality of digital reference signal abstracts stored in said database. | |
| **16.** The system of claim 12, wherein said at least one processor is programmed or structured to use an algorithm to generate said digital reference signal abstract from said digital reference signal; and wherein said at least one processor is programmed or structured to use said algorithm to generate said digital query signal abstract from said digital query signal. | As established above, AM's CRT infringes Claim 12, and, on information and belief, the at least one processor is programmed or structured to use an algorithm to generate said digital reference signal abstract from said digital reference signal; and wherein said at least one processor is programmed or structured to use said algorithm to generate said digital query signal abstract from said digital query signal. Further discovery will be needed to chart the infringing instrumentality. |
| **17.** A system, comprising: non transitory memory comprising a database for storing a plurality of digital reference signal abstracts; | Audible Magic's content recognition technology ("AM's CRT")—found, on information and belief, in its SmartID, CopySense Appliance, CopySense Custom, CopySense Premier, Live TViD, Music-Speech iD, SmartSync, and RepliCheck products and solutions—is a software- and computer-based solution ("system") that includes a database, having computer memory ("non-transitory memory"), for storing the fingerprints of audio and video content ("plurality of digital reference signal abstracts") it monitors.<br><br>**About Audible Magic**<br><br>**Our mission is to deliver the most trusted and accurate <u>content identification technology</u> and solution services on the market.**<br><br>As the industry pioneer, **Audible Magic is recognized as the de facto leader in monetizing, protecting, measuring, and verifying content** — in all their forms, including radio and television broadcasts, Internet and satellite streams, stored digital files, consumer devices and via network file transfers. |

Innovative and massively scalable, **Audible Magic's patented "fingerprinting" technology accurately tracks and monitors the detection of copyrighted material or any other audio or video-based content.** Coupled with our unique and dynamic database of more than 11 million digital fingerprints, Audible Magic's CopySense® products and technology provide copyright-sensitive identification that weeds out the noise and yields highly accurate tracking of your copyrighted content.

Our technology has paved the way for a wide - and growing - range of solutions in media identification and ad detection, compliance, monetization and management, anti-piracy, content registration, and litigation support. And each year, more customers recognize Audible Magic as a brand they can trust.

*See* Exhibit 1, Audible Magic's "About" webpage, http://audiblemagic.com/company.php (emphasis added).

**User Generated Content Services**

Respecting copyrights for music, movies and televisions is a big deal. Copyright owners are more willing to license content and help you monetize your services when you implemented programs that respect copyrights. It also helps minimize legal problems.

**Turn to Audible Magic's turnkey compliance and filtering solutions for highly accurate, automated copyright recognition (ACR) to help eliminate risk and respect copyrighted works. Recognize master recordings of major music and indie record labels as well as movie and television studios using our digital fingerprinting technology.** Copyright owners, such as music labels and movie and TV studios register their content they want protected directly with Audible Magic. **This content is included in our Global Rights Registry™ that contains more than 12 million fingerprints, and represents over 900,000 hours of copyrighted songs, movies, television shows, and other video content**. Audible Magic services are often the prerequisite for licensing content. Enable content substitution, purchase link or allow advertising on user content identified by content identification technology. Add our metadata to enhance the user experience.

*See* Exhibit 2, Audible Magic's "Copyright Compliance" webpage, http://audiblemagic.com/solutions-maincompliance.php (emphasis added).

**Broadcast Monitoring**

Detect music or advertising content as it is broadcast over radio, television, cable and satellite using

-38-

| | |
|---|---|
| | Audible Magic's Automated Content Recognition (ACR) technology. This perceptual digital fingerprinting technology enables news studios, sport organizations, TV syndications and advertisers to determine precisely when, where and how their content is being used.<br><br>**The fingerprint technology uses** very fast and fine-grained measurements of the content, which is then matched to **a <u>reference database</u> of <u>fingerprints</u>** to quickly identify the content as it is being broadcast. This gives you the ability to quickly measure the effectiveness of your advertising, confirm market penetration by comparing different forms of broadcast medium, and manage the rights of your intellectual property.<br><br><br><br>*See* Exhibit 3, Audible Magic's "Broadcast Monitoring" webpage, http://audiblemagic.com/solutions-broadcast.php (emphasis added). |
| at least one processor;<br><br>wherein said at least one processor is programmed or structured to generate a digital reference signal abstract from a digital reference signal such that | AM's CRT includes a processor (it is obvious to anyone skilled in the art that a processor is used to execute the technology's algorithms, "at least one processor") programmed to generate a fingerprint ("digital reference signal abstract") from a piece of content ("digital reference signal"). On information and belief, the abstract is similar to the digital reference signal itself and reduced in size compared to it.<br><br>**Robust SmartID and CopySense Technology** |

-39-

| | |
|---|---|
| said digital reference signal abstract is similar to said digital reference signal and reduced in size compared to said digital reference signal; and | **Audible Magic's patented SmartID and CopySense automated content recognition (ACR) uses "digital fingerprint-based" technology to accurately identify content using audio signals. Identification is based on the perceptual characteristics of the audio itself which allows it to accurately identify content across file formats, codecs, bitrates, and compression techniques.** This approach is highly accurate and requires no dependence on metadata, watermarks or file hashes. It is also immune to many typical transformations.<br><br>*See* Exhibit 4, Audible Magic's "Technology Overview" webpage, http://audiblemagic.com/technology.php (emphasis added).<br><br><br><br>*See* Exhibit 3, Audible Magic's "Broadcast Monitoring" webpage, http://audiblemagic.com/solutions-broadcast.php (emphasis added). |
| wherein said at least one processor is programmed to store said digital reference signal abstract in said database as one of said plurality of digital reference signal abstracts; | The processor is programmed to store the fingerprint of the content ("digital reference signal abstract") in the database.<br><br>**User Generated Content Services**<br><br>Respecting copyrights for music, movies and televisions is a big deal. Copyright owners are more willing to license content and help you monetize your services when you implemented programs that respect copyrights. It also helps minimize legal problems. |

|  | Turn to Audible Magic's turnkey compliance and filtering solutions for highly accurate, automated copyright recognition (ACR) to help eliminate risk and respect copyrighted works. Recognize master recordings of major music and indie record labels as well as movie and television studios using our digital fingerprinting technology. Copyright owners, such as music labels and movie and TV studios register their content they want protected directly with Audible Magic. **This content is included in our Global Rights Registry™ that contains more than 12 million fingerprints, and represents over 900,000 hours of copyrighted songs, movies, television shows, and other video content.** Audible Magic services are often the prerequisite for licensing content. Enable content substitution, purchase link or allow advertising on user content identified by **content identification technology**. Add our metadata to enhance the user experience.<br><br>*See* Exhibit 2, Audible Magic's "Copyright Compliance" webpage, http://audiblemagic.com/solutions-maincompliance.php (emphasis added).<br><br>**Broadcast Monitoring**<br><br>Detect music or advertising content as it is broadcast over radio, television, cable and satellite using Audible Magic's Automated Content Recognition (ACR) technology. This perceptual digital fingerprinting technology enables news studios, sport organizations, TV syndications and advertisers to determine precisely when, where and how their content is being used.<br><br>**The fingerprint technology uses** very fast and fine-grained measurements of the content, which is then matched to **a reference database of fingerprints** to quickly identify the content as it is being broadcast. This gives you the ability to quickly measure the effectiveness of your advertising, confirm market penetration by comparing different forms of broadcast medium, and manage the rights of your intellectual property. |