# Exhibit 7

## Higgins, Christopher J.

| | |
|---|---|
| **From:** | Higgins, Christopher J. |
| **Sent:** | Saturday, April 05, 2014 7:56 PM |
| **To:** | chonea@ghiplaw.com |
| **Cc:** | bluespike@ghiplaw.com; rgarteiser@ghiplaw.com; AudibleMagic-BlueSpike; Walter Lackey; Eric Findlay; Radke, Sara; Armon, Orion; .PL.Dacus, Deron |
| **Subject:** | Re: Blue Spike v. Audible Magic, et al. |

Chris,

Blue Spike promised revised infringement contentions by yesterday, but Audible Magic received nothing. Audible Magic's agreement to postpone the meet and confer on this issue was based on receiving revised infringement contentions on Friday.  Blue Spike's intent is clearly to drag its feet and delay Audible Magic's motion.  Indeed, the majority of the 32 asserted claims are those in which Blue Spike has alleged on nothing more than information and belief.  Audible Magic has waited long enough and will proceed to file its motion to strike Blue Spike's baseless infringement contentions following Monday's meet and confer.  If Blue Spike wishes to file revised infringement contentions prior to Audible Magic's motion, it must provide them to us by tomorrow.  Otherwise,  Blue Spike can submit any revised contentions with its response to Audible Magic's motion to strike or with an opposed motion for leave to amend.

Regards,
Chris

---

**From:** chonea@ghiplaw.com
**Sent:** Tuesday, April 1, 2014 2:48 PM
**To:** Christopher Higgins
**Cc:** bluespike@ghiplaw.com, rgarteiser@ghiplaw.com, AudibleMagic-BlueSpike@orrick.com, Walter Lackey, Eric Findlay, Radke, Sara, Armon, Orion, .PL.Dacus, Deron

Yes, we can provide revised contentions Friday.

On Apr 1, 2014, at 1:34 PM, "Higgins, Christopher J." <chiggins@orrick.com> wrote:

> Chris – does Blue Spike intend to provide revised infringement contentions by April 4[th]?  If it does not, then Audible Magic does not want to push back the meet and confer again.  We will not file any motion until Blue Spike limits its claims on Friday, which may help to narrow some issues, but if Blue Spike is not going to amend its contentions, then this meet and confer does not need to wait until next week.  If that is the case, then we can proceed with today's call or we can schedule a call no later than Monday, April 7[th]. Please let us know what Blue Spike prefers.
>
> -Chris
>
> ---
>
> **From:** Christopher Honea [mailto:chonea@ghiplaw.com]
> **Sent:** Tuesday, April 01, 2014 2:27 PM
> **To:** Higgins, Christopher J.
> **Cc:** bluespike@ghiplaw.com; rgarteiser@ghiplaw.com; AudibleMagic-BlueSpike; Walter Lackey; Eric Findlay; Radke, Sara; Armon, Orion; .PL.Dacus, Deron
> **Subject:** Re: Blue Spike v. Audible Magic, et al.

How about Wednesday, April 9th?

On Apr 1, 2014, at 10:52 AM, "Higgins, Christopher J." <chiggins@orrick.com> wrote:

> Chris,
>
> We understand that Facebook's counsel (copied here) also sent Blue Spike a letter addressing many of the same concerns raised by Audible Magic with respect to Blue Spike's infringement contentions. Because Facebook has also been accused of infringement as an Audible Magic customer, many of the issues in our letters will overlap. We would be willing to combine the meet and confers for Audible Magic and Facebook on Monday April 7th to address any deficiencies that Blue Spike does not remedy by April 4th. Please let us know if this is acceptable to Blue Spike and provide a time on Monday April 7th that Blue Spike is available. Otherwise, we will proceed with today's call at 3:30 EST.
>
> Thanks,
> Chris
>
> **From:** Higgins, Christopher J.
> **Sent:** Friday, March 28, 2014 6:18 PM
> **To:** chonea@ghiplaw.com
> **Cc:** bluespike@ghiplaw.com; rgarteiser@ghiplaw.com; AudibleMagic-BlueSpike; Walter Lackey; Eric Findlay
> **Subject:** Re: Blue Spike v. Audible Magic, et al.
>
> Chris,
>
> We are available at 3:30 EST on Tuesday. Let us know if that time works for Blue Spike. We can use the following dial in for the call:
>
> 1-888-582-3528
> 6443721#
>
> Thanks,
> Chris
>
> **From:** chonea@ghiplaw.com
> **Sent:** Thursday, March 27, 2014 4:29 PM
> **To:** Christopher Higgins
> **Cc:** bluespike@ghiplaw.com, rgarteiser@ghiplaw.com, AudibleMagic-BlueSpike@orrick.com
>
> Chris,
>
> Blue Spike is very serious in addressing your client's concerns, but will not be able to provide amended contentions by your deadline of tomorrow, especially in light of the fact that the claims will be significantly reduced on April 4th, which

could reduce some issues you have. It is, however, willing to discuss the issues by a meet and confer. We are generally available Tuesday, but not Monday. Alternatively, we could wait until after the April 4th election of 32 claims. Please let us know your preference. Thank you,

Chris


On Mar 27, 2014, at 1:38 PM, Higgins, Christopher J. wrote:

> Counsel,
>
> Please let us know if Blue Spike intends to remedy the deficiencies in its infringement contentions that were noted in Audible Magic's March 14 letter by tomorrow.  If not, then Audible Magic requests that Blue Spike provide us with its availability for a meet and confer on Monday March, 31st.
>
> -Chris
>
> ---
>
> **From:** Higgins, Christopher J.
> **Sent:** Friday, March 14, 2014 7:09 PM
> **To:** bluespike@ghiplaw.com; rgarteiser@ghiplaw.com; chonea@ghiplaw.com
> **Cc:** AudibleMagic-BlueSpike
> **Subject:** Blue Spike v. Audible Magic, et al.
>
> Counsel,
>
> Please see the attached letter.
>
> Regards,
> Chris
>
>
> <image001.gif>
>
> **CHRISTOPHER J. HIGGINS**
>
> **ORRICK, HERRINGTON & SUTCLIFFE LLP**
> ORRICK BUILDING AT COLUMBIA CENTER
> 1152 15TH STREET NW
> WASHINGTON, DC 20005-1706
>
> *tel* 202-339-8418
> *fax* 202-339-8500
> chiggins@orrick.com
> bio | vcard
>
> www.orrick.com
>
>
>
> =========================================================
> IRS Circular 230 disclosure: To ensure compliance with requirements

imposed by the IRS, we inform you that any tax advice contained in this
communication, unless expressly stated otherwise, was not intended or
written to be used, and cannot be used, for the purpose of (i) avoiding
tax-related penalties under the Internal Revenue Code or (ii) promoting,
marketing or recommending to another party any tax-related matter(s)
addressed herein.
==========================================================
NOTICE TO RECIPIENT: THIS E-MAIL IS MEANT FOR ONLY
THE INTENDED RECIPIENT OF THE TRANSMISSION, AND
MAY BE A COMMUNICATION PRIVILEGED BY LAW. IF YOU
RECEIVED THIS E- MAIL IN ERROR, ANY REVIEW, USE,
DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS
E-MAIL IS STRICTLY PROHIBITED. PLEASE NOTIFY US
IMMEDIATELY OF THE ERROR BY RETURN E-MAIL AND
PLEASE DELETE THIS MESSAGE FROM YOUR SYSTEM.
THANK YOU IN ADVANCE FOR YOUR COOPERATION.
For more information about Orrick, please visit http://www.orrick.com/
==========================================================


==========================================================
IRS Circular 230 disclosure: To ensure compliance with requirements
imposed by the IRS, we inform you that any tax advice contained in this
communication, unless expressly stated otherwise, was not intended or
written to be used, and cannot be used, for the purpose of (i) avoiding
tax-related penalties under the Internal Revenue Code or (ii) promoting,
marketing or recommending to another party any tax-related matter(s)
addressed herein.
==========================================================
NOTICE TO RECIPIENT: THIS E-MAIL IS MEANT FOR ONLY
THE INTENDED RECIPIENT OF THE TRANSMISSION, AND
MAY BE A COMMUNICATION PRIVILEGED BY LAW. IF YOU
RECEIVED THIS E- MAIL IN ERROR, ANY REVIEW, USE,
DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS
E-MAIL IS STRICTLY PROHIBITED. PLEASE NOTIFY US
IMMEDIATELY OF THE ERROR BY RETURN E-MAIL AND
PLEASE DELETE THIS MESSAGE FROM YOUR SYSTEM.
THANK YOU IN ADVANCE FOR YOUR COOPERATION.
For more information about Orrick, please visit http://www.orrick.com/

======================================================= =

=======================================================
IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication, unless expressly stated otherwise, was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.
=======================================================
NOTICE TO RECIPIENT: THIS E-MAIL IS MEANT FOR ONLY
THE INTENDED RECIPIENT OF THE TRANSMISSION, AND
MAY BE A COMMUNICATION PRIVILEGED BY LAW. IF YOU
RECEIVED THIS E- MAIL IN ERROR, ANY REVIEW, USE,
DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS
E-MAIL IS STRICTLY PROHIBITED. PLEASE NOTIFY US
IMMEDIATELY OF THE ERROR BY RETURN E-MAIL AND
PLEASE DELETE THIS MESSAGE FROM YOUR SYSTEM.
THANK YOU IN ADVANCE FOR YOUR COOPERATION.
For more information about Orrick, please visit http://www.orrick.com/
=======================================================