# Exhibit 9

**Blue Spike – Monitoring and Analyzing Signals – U.S. Patent 7,346,472**

**Infringement Claim Chart**

| Claim | Audible Magic's Copyright Compliance Service |
|---|---|
| **3.** A method for monitoring and analyzing at least one signal comprising: | Audible Magic's Copyright Compliance Service ("AM's CCS") employs Audible Magic's Automatic Content Recognition (ACR) technology ("a method") for monitoring and analyzing digital content ("at least one signal") in order to identify registered copyright content and ensure copyright compliance, and therefore infringes U.S. Patent 7,346,472 either literally or by the doctrine of equivalents.

**Audible Magic's Copyright Compliance Service enables media sharing platforms to identify registered copyrighted content, ensure copyright compliance**, and create new ways to monetize digital media.

**The Industry Standard**

For an operator, maintaining copyright compliance is key to running a successful media sharing platform. **Audible Magic's Compliance Service is recognized as the industry standard for copyright compliance** and often the prerequisite for licensing of premium content.

**Quickly & Accurately Identify Media**

**Using Audible Magic's Compliance Service, operators can check uploaded media for copyrighted content within seconds and achieve identification rates of 99 percent or higher for registered content with virtually zero false positives**. Because Audible Magic's automatic content recognition technology is based upon perceptual characteristics, identification is effective even with different file formats, codecs, and compression techniques, as well as with time-scaling and other transformations to the content.

*See* Exhibit 2, Audible Magic's "Copyright Compliance" webpage, https://www.audiblemagic.com/compliance-service/, as visited on April 1, 2014 (emphasis added).

**User Generated Content Services**

Respecting copyrights for music, movies and televisions is a big deal. Copyright owners are more willing to license content and help you monetize your services when you implemented programs |

| | |
|---|---|
| | that respect copyrights. It also helps minimize legal problems.<br><br>**Turn to Audible Magic's turnkey compliance and filtering <u>solutions</u> for <u>highly accurate, automated copyright recognition (ACR)</u> to help eliminate risk and respect copyrighted works. Recognize master recordings of major music and indie record labels as well as movie and television studios using our digital fingerprinting technology.** Copyright owners, such as music labels and movie and TV studios register their content they want protected directly with Audible Magic. This content is included in our Global Rights Registry™ that contains more than 12 million fingerprints, and represents over 900,000 hours of copyrighted songs, movies, television shows, and other video content. Audible Magic services are often the prerequisite for licensing content. Enable content substitution, purchase link or allow advertising on user content identified by **content identification technology**. Add our metadata to enhance the user experience.<br><br>*See* Exhibit 1, Audible Magic's "Solutions – Compliance" webpage, http://audiblemagic.com/solutions-maincompliance.php, as visited on October 7, 2013 (emphasis added). |
| receiving at least one reference signal to be monitored; | AM's CCS receives copyrighted content ("at least one reference signal") to be monitored.<br><br>**Unparalleled Coverage**<br><br>**Content owners from around the globe choose to <u>register their content</u> in Audible Magic's Global Content Registry for unparalleled coverage and protection.** When an operator issues a lookup request using Audible Magic's Compliance Service, a match occurs against this registry of reference fingerprints for copyrighted content. To date, content owners have registered tens of million of titles making our registry one of the largest in the world.<br><br>*See* Exhibit 2, Audible Magic's "Copyright Compliance" webpage, https://www.audiblemagic.com/compliance-service/, as visited on April 1, 2014 (emphasis added).<br><br>**User Generated Content Services**<br><br>Respecting copyrights for music, movies and televisions is a big deal. Copyright owners are more willing to license content and help you monetize your services when you implemented programs that respect copyrights. It also helps minimize legal problems.<br><br>Turn to Audible Magic's turnkey compliance and filtering solutions for highly accurate, automated |

<table>
<tr><td></td><td>copyright recognition (ACR) to help eliminate risk and respect copyrighted works. Recognize master recordings of major music and indie record labels as well as movie and television studios using our digital fingerprinting technology. **Copyright owners, such as music labels and movie and TV studios <u>register their content</u> they want protected directly with Audible Magic.** This content is included in our Global Rights Registry™ that contains more than 12 million fingerprints, and represents over 900,000 hours of copyrighted songs, movies, television shows, and other video content. Audible Magic services are often the prerequisite for licensing content. Enable content substitution, purchase link or allow advertising on user content identified by content identification technology. Add our metadata to enhance the user experience.<br><br>*See* Exhibit 1, Audible Magic's "Solutions – Compliance" webpage, http://audiblemagic.com/solutions-maincompliance.php, as visited on October 7, 2013 (emphasis added).<br><br>**Join hundreds of content owners who <u>register their media assets</u> in Audible Magic's unique Global Content Registry** for unparalleled protection and monetization opportunities.<br><br>*See* Exhibit 3, Audible Magic's "Content Registration" webpage, https://www.audiblemagic.com/content-registration/, as visited on April 1, 2014 (emphasis added).</td></tr>
<tr><td>creating an abstract of said at least one reference signal;</td><td>AM's CCS generates a "fingerprint" ("creat[es] an abstract") from the copyrighted content ("reference signal").<br><br>**Unparalleled Coverage**<br><br>Content owners from around the globe choose to register their content in Audible Magic's Global Content Registry for unparalleled coverage and protection. **When an operator issues a lookup request using Audible Magic's Compliance Service, a match occurs against this registry of reference <u>fingerprints</u> for <u>copyrighted content.</u>** To date, content owners have registered tens of million of titles making our registry one of the largest in the world.<br><br>*See* Exhibit 2, Audible Magic's "Copyright Compliance" webpage, https://www.audiblemagic.com/compliance-service/, as visited on April 1, 2014 (emphasis added).<br><br>**Robust SmartID and CopySense Technology**<br><br>**Audible Magic's patented SmartID and CopySense automated content recognition (ACR) uses "<u>digital fingerprint-based</u>" technology to accurately identify content using audio signals.** Identification is based on the perceptual characteristics of the audio itself which allows it</td></tr>
</table>

<table>
<tr>
<td></td>
<td>to accurately identify content across file formats, codecs, bitrates, and compression techniques. This approach is highly accurate and requires no dependence on metadata, watermarks or file hashes. It is also immune to many typical transformations.

*See* Exhibit 4, Audible Magic's "Technology Overview" webpage, http://audiblemagic.com/technology.php, as visited on October 7, 2013 (emphasis added).</td>
</tr>
<tr>
<td>storing the abstract of said at least one reference signal in a reference database;</td>
<td>AM's CCS stores the fingerprint of the content ("abstract of said at least one reference signal") in a database called the Global Content Registry ("a reference database").

**Unparalleled Coverage**

**Content owners from around the globe choose to register their content in <u>Audible Magic's Global Content Registry</u> for unparalleled coverage and protection. When an operator issues a lookup request using Audible Magic's Compliance Service, a match occurs against this <u>registry of reference fingerprints</u> for copyrighted content.** To date, content owners have registered tens of million of titles making our registry one of the largest in the world.

*See* Exhibit 2, Audible Magic's "Copyright Compliance" webpage, https://www.audiblemagic.com/compliance-service/, as visited on April 1, 2014 (emphasis added).

**User Generated Content Services**

Respecting copyrights for music, movies and televisions is a big deal. Copyright owners are more willing to license content and help you monetize your services when you implemented programs that respect copyrights. It also helps minimize legal problems.

Turn to Audible Magic's turnkey compliance and filtering solutions for highly accurate, automated copyright recognition (ACR) to help eliminate risk and respect copyrighted works. Recognize master recordings of major music and indie record labels as well as movie and television studios using our digital fingerprinting technology. Copyright owners, such as music labels and movie and TV studios register their content they want protected directly with Audible Magic. **This content is included in <u>our Global Rights Registry</u>™ that <u>contains more than 12 million fingerprints</u>, and represents over 900,000 hours of copyrighted songs, movies, television shows, and other video content.** Audible Magic services are often the prerequisite for licensing content. Enable content substitution, purchase link or allow advertising on user content identified by **content**</td>
</tr>
</table>

| | |
|---|---|
| | **identification technology**. Add our metadata to enhance the user experience.<br><br>*See* Exhibit 1, Audible Magic's "Solutions – Compliance" webpage, http://audiblemagic.com/solutions-maincompliance.php, as visited on October 7, 2013 (emphasis added). |
| receiving at least one query signal to be analyzed; | AM's CCS receives uploaded or unknown content ("at least one query signal") to be analyzed.<br><br>**Quickly & Accurately Identify Media**<br><br>**Using Audible Magic's Compliance Service, operators can <u>check uploaded media for copyrighted content</u> within seconds and achieve <u>identification</u> rates of 99 percent or higher for registered content with virtually zero false positives**. Because Audible Magic's automatic content recognition technology is based upon perceptual characteristics, identification is effective even with different file formats, codecs, and compression techniques, as well as with time-scaling and other transformations to the content<br><br>*See* Exhibit 2, Audible Magic's "Copyright Compliance" webpage, https://www.audiblemagic.com/compliance-service/, as visited on April 1, 2014 (emphasis added). |
| creating an abstract of said at least one query signal; | AM's CCS generates a fingerprint ("creat[es] an abstract") from the unknown content ("query signal").<br><br>**Robust SmartID and CopySense Technology**<br><br>**Audible Magic's patented SmartID and CopySense automated content recognition (ACR) uses "digital fingerprint-based" technology to accurately identify content using audio signals.** Identification is based on the perceptual characteristics of the audio itself which allows it to accurately identify content across file formats, codecs, bitrates, and compression techniques. This approach is highly accurate and requires no dependence on metadata, watermarks or file hashes. It is also immune to many typical transformations.<br><br>*See* Exhibit 4, Audible Magic's "Technology Overview" webpage, http://audiblemagic.com/technology.php, as visited on October 7, 2013 (emphasis added).<br><br>**Unparalleled Coverage**<br><br>Content owners from around the globe choose to register their content in Audible Magic's Global Content Registry for unparalleled coverage and protection. **When an operator issues a lookup request using Audible Magic's Compliance Service, a match occurs against this registry of** |

| | |
|---|---|
| | **reference <u>fingerprints</u> for copyrighted content**. To date, content owners have registered tens of million of titles making our registry one of the largest in the world<br><br>*See* Exhibit 1, Audible Magic's "Copyright Compliance" webpage, <u>https://www.audiblemagic.com/compliance-service/</u>, as visited on April 1, 2014 (emphasis added). |
| comparing the abstract of said at least one query signal to the abstract of said at least one reference signal to determine if the abstract of said at least one query signal matches the abstract of said at least one reference signal; | AM's CCS compares the fingerprint of the unknown content ("abstract of said at least one query signal") to the fingerprint of the monitored content ("abstract of said at least one reference signal") to determine if they match.<br><br>**Unparalleled Coverage**<br><br>Content owners from around the globe choose to register their content in Audible Magic's Global Content Registry for unparalleled coverage and protection. **When an operator <u>issues a lookup request</u> using Audible Magic's Compliance Service, a <u>match</u> occurs against this registry of reference <u>fingerprints</u> for copyrighted content**. To date, content owners have registered tens of million of titles making our registry one of the largest in the world<br><br>*See* Exhibit 2, Audible Magic's "Copyright Compliance" webpage, <u>https://www.audiblemagic.com/compliance-service/</u>, as visited on April 1, 2014 (emphasis added). |
| creating at least one counter corresponding to one of said at least one reference signals, said at least one counter being representative of the number of times a match is found between the abstract of said at least one query signal and the abstract of said at least one reference signal; and | AM's CCS documents ("creates at least one counter") the use of content ("corresponding to one of said plurality of reference signals"), said at least one counter being representative of the number of times a match is found between the fingerprint ("abstract") and reference signal. This tracking ability allows AM's CCS allows customers to "create new ways to monetize" content, "[e]nable new business models," and "[g]enerate new revenue."<br><br>Audible Magic Corporation provides content management and anti-piracy services to the media and entertainment industries as well as business, governmental, and educational institutions. The company's offerings utilize patented content identification technologies and an extensive reference database of audio and video content that includes one of the largest collections of copyrighted digital song recording fingerprints in the world. **Its digital technology and services were designed to <u>monitor, track, manage, filter</u> and monetize digital content in all its forms.**<br><br>*See* Exhibit 8, Audible Magic's "Dailymotion Selects Audible Magic's Fingerprinting Solution for Detecting Copyrighted Video" news article, <u>https://www.audiblemagic.com/2007/05/10/dailymotion-selects-audible-</u> |

| | |
|---|---|
| | magics-fingerprinting-solution-for-detecting-copyrighted-video/, as visited on April 7, 2014. |
| | **Audible Magic's Copyright Compliance Service** enables media sharing platforms to identify registered copyrighted content, ensure copyright compliance, and <u>create new ways to monetize digital media.</u> |
| | *See* Exhibit 2, Audible Magic's "Copyright Compliance" webpage, https://www.audiblemagic.com/compliance-service/, as visited on April 1, 2014 (emphasis added). |
| | <u>**Enable new business models**</u> for content usage that generates income with the expanding opportunities from IPTV, cloud-based services, and media sharing platforms. <u>**Generate new revenue**</u> by safely licensing your content to other services that will protect your copyrights. |
| | *See* Exhibit 3, Audible Magic's "Content Registration" webpage, https://www.audiblemagic.com/content-registration/, as visited on April 1, 2014 (emphasis added). |
| incrementing the counter corresponding to a particular reference signal when a match is found between an abstract of said at least one query signal and the abstract of the particular reference signal. | AM's CCS increments the counter corresponding to a particular reference signal when a match is found between an abstract of said at least one query signal and the abstract of the particular reference signal. The counter is incremented in order to track content use. |
| | Audible Magic Corporation provides content management and anti-piracy services to the media and entertainment industries as well as business, governmental, and educational institutions. The company's offerings utilize patented content identification technologies and an extensive reference database of audio and video content that includes one of the largest collections of copyrighted digital song recording fingerprints in the world. **Its digital technology and services were designed to <u>monitor, track, manage, filter</u> and** monetize digital content in all its forms. |
| | *See* Exhibit 8, Audible Magic's "Dailymotion Selects Audible Magic's Fingerprinting Solution for Detecting Copyrighted Video" news article, https://www.audiblemagic.com/2007/05/10/dailymotion-selects-audible-magics-fingerprinting-solution-for-detecting-copyrighted-video/, as visited on April 7, 2014. |
| | **Audible Magic's Copyright Compliance Service** enables media sharing platforms to identify registered copyrighted content, ensure copyright compliance, and <u>create new ways to monetize digital media.</u> |
| | *See* Exhibit 2, Audible Magic's "Copyright Compliance" webpage, https://www.audiblemagic.com/compliance- |

<table>
<tr><td></td><td>

service/, as visited on April 1, 2014 (emphasis added).

**Enable new business models** for content usage that generates income with the expanding opportunities from IPTV, cloud-based services, and media sharing platforms. **Generate new revenue** by safely licensing your content to other services that will protect your copyrights.

*See* Exhibit 3, Audible Magic's "Content Registration" webpage, https://www.audiblemagic.com/content-registration/, as visited on April 1, 2014 (emphasis added).

</td></tr>
<tr><td>

**4.** The method of claim 3 further comprising:

recording an occurrence of a match between the abstract of said at least one query signal and the abstract of said at least one reference signal; and

generating a report that identifies the reference signal whose abstract matched the abstract of said at least one query signal.

</td><td>

As established above, AM's CCS infringes Claim 3, and further tracks the occurrence of a content match ("comprises recording an occurrence of a match between the abstract of said at least one query signal and the abstract of said at least one reference signal") and allows a content owner to monitor and manage the use of content ("generating a report that identifies the reference signal whose abstract matched the abstract of said at least one query signal").

Audible Magic Corporation provides content management and anti-piracy services to the media and entertainment industries as well as business, governmental, and educational institutions. The company's offerings utilize patented content identification technologies and an extensive reference database of audio and video content that includes one of the largest collections of copyrighted digital song recording fingerprints in the world. **Its digital technology and services were designed to monitor, track, manage, filter and monetize digital content in all its forms.**

*See* Exhibit 8, Audible Magic's "Dailymotion Selects Audible Magic's Fingerprinting Solution for Detecting Copyrighted Video" news article, https://www.audiblemagic.com/2007/05/10/dailymotion-selects-audible-magics-fingerprinting-solution-for-detecting-copyrighted-video/, as visited on April 7, 2014.

**Audible Magic's Copyright Compliance Service** enables media sharing platforms to identify registered copyrighted content, ensure copyright compliance, and **create new ways to monetize digital media.**

*See* Exhibit 2, Audible Magic's "Copyright Compliance" webpage, https://www.audiblemagic.com/compliance-service/, as visited on April 1, 2014 (emphasis added).

**Enable new business models** for content usage that generates income with the expanding opportunities from IPTV, cloud-based services, and media sharing platforms. **Generate new revenue** by safely licensing your content to other services that will protect your copyrights.

*See* Exhibit 3, Audible Magic's "Content Registration" webpage, https://www.audiblemagic.com/content-

</td></tr>
</table>

| | |
|---|---|
| | registration/, as visited on April 1, 2014 (emphasis added). |
| **8.** A method for monitoring a plurality of reference signals, comprising: | Audible Magic's Copyright Compliance Service ("AM's CCS") employs Audible Magic's Automatic Content Recognition (ACR) technology ("a method") for monitoring and analyzing digital content ("a plurality of reference signals") in order to identify registered copyright content and ensure copyright compliance, and therefore infringes U.S. Patent 7,346,472 either literally or by the doctrine of equivalents.<br><br>**Audible Magic's Copyright Compliance Service enables media sharing platforms to identify registered copyrighted content**, **ensure copyright compliance**, and create new ways to monetize digital media.<br><br>**The Industry Standard**<br><br>For an operator, maintaining copyright compliance is key to running a successful media sharing platform. **Audible Magic's Compliance Service is recognized as the industry standard for copyright compliance** and often the prerequisite for licensing of premium content.<br><br>**Quickly & Accurately Identify Media**<br><br>**Using Audible Magic's Compliance Service, operators can check uploaded media for copyrighted content within seconds and achieve identification rates of 99 percent or higher for registered content with virtually zero false positives**. Because Audible Magic's automatic content recognition technology is based upon perceptual characteristics, identification is effective even with different file formats, codecs, and compression techniques, as well as with time-scaling and other transformations to the content.<br><br>*See* Exhibit 2, Audible Magic's "Copyright Compliance" webpage, https://www.audiblemagic.com/compliance-service/, as visited on April 1, 2014 (emphasis added).<br><br>**User Generated Content Services**<br><br>Respecting copyrights for music, movies and televisions is a big deal. Copyright owners are more willing to license content and help you monetize your services when you implemented programs that respect copyrights. It also helps minimize legal problems.<br><br>**Turn to Audible Magic's turnkey compliance and filtering solutions for highly accurate, automated copyright recognition (ACR) to help eliminate risk and respect copyrighted** |

| | |
|---|---|
| | **works. Recognize master recordings of major music and indie record labels as well as movie and television studios using our digital fingerprinting technology.** Copyright owners, such as music labels and movie and TV studios register their content they want protected directly with Audible Magic. This content is included in our Global Rights Registry™ that contains more than 12 million fingerprints, and represents over 900,000 hours of copyrighted songs, movies, television shows, and other video content. Audible Magic services are often the prerequisite for licensing content. Enable content substitution, purchase link or allow advertising on user content identified by **content identification technology**. Add our metadata to enhance the user experience.<br><br>*See* Exhibit 1, Audible Magic's "Solutions – Compliance" webpage, http://audiblemagic.com/solutions-maincompliance.php, as visited on October 7, 2013 (emphasis added). |
| creating an abstract for each of the plurality of reference signals; | AM's CCS generates a "fingerprint" ("creat[es] an abstract") from the copyrighted content ("reference signal").<br><br>**Unparalleled Coverage**<br><br>Content owners from around the globe choose to register their content in Audible Magic's Global Content Registry for unparalleled coverage and protection. **When an operator issues a lookup request using Audible Magic's Compliance Service, a match occurs against this registry of reference fingerprints for copyrighted content.** To date, content owners have registered tens of million of titles making our registry one of the largest in the world.<br><br>*See* Exhibit 2, Audible Magic's "Copyright Compliance" webpage, https://www.audiblemagic.com/compliance-service/, as visited on April 1, 2014 (emphasis added).<br><br>**Robust SmartID and CopySense Technology**<br><br>**Audible Magic's patented SmartID and CopySense automated content recognition (ACR) uses "digital fingerprint-based" technology to accurately identify content using audio signals.** Identification is based on the perceptual characteristics of the audio itself which allows it to accurately identify content across file formats, codecs, bitrates, and compression techniques. This approach is highly accurate and requires no dependence on metadata, watermarks or file hashes. It is also immune to many typical transformations.<br><br>*See* Exhibit 4, Audible Magic's "Technology Overview" webpage, http://audiblemagic.com/technology.php, as visited |

| | |
|---|---|
| | on October 7, 2013 (emphasis added). |
| storing each of said abstracts in a reference database; | AM's CCS stores the fingerprint of the content ("each of said abstracts") in a database called the Global Content Registry ("a reference database"). |

**Unparalleled Coverage**

**Content owners from around the globe choose to register their content in <u>Audible Magic's Global Content Registry</u> for unparalleled coverage and protection. When an operator issues a lookup request using Audible Magic's Compliance Service, a match occurs against this <u>registry of reference fingerprints</u> for copyrighted content.** To date, content owners have registered tens of million of titles making our registry one of the largest in the world.

*See* Exhibit 2, Audible Magic's "Copyright Compliance" webpage, https://www.audiblemagic.com/compliance-service/, as visited on April 1, 2014 (emphasis added).

**User Generated Content Services**

Respecting copyrights for music, movies and televisions is a big deal. Copyright owners are more willing to license content and help you monetize your services when you implemented programs that respect copyrights. It also helps minimize legal problems.

Turn to Audible Magic's turnkey compliance and filtering solutions for highly accurate, automated copyright recognition (ACR) to help eliminate risk and respect copyrighted works. Recognize master recordings of major music and indie record labels as well as movie and television studios using our digital fingerprinting technology. Copyright owners, such as music labels and movie and TV studios register their content they want protected directly with Audible Magic. **This content is included in <u>our Global Rights Registry™</u> that <u>contains more than 12 million fingerprints, and represents over 900,000 hours of copyrighted songs, movies, television shows, and other video content.</u>** Audible Magic services are often the prerequisite for licensing content. Enable content substitution, purchase link or allow advertising on user content identified by **content identification technology**. Add our metadata to enhance the user experience.

*See* Exhibit 1, Audible Magic's "Solutions – Compliance" webpage, http://audiblemagic.com/solutions-maincompliance.php, as visited on October 7, 2013 (emphasis added).

| | |
|---|---|
| receiving at least one query signal to be analyzed; | AM's CCS receives uploaded or unknown content ("at least one query signal") to be analyzed.<br><br>**Quickly & Accurately Identify Media**<br><br>**Using Audible Magic's Compliance Service, operators can <u>check uploaded media for copyrighted content</u> within seconds and achieve <u>identification</u> rates of 99 percent or higher for registered content with virtually zero false positives**. Because Audible Magic's automatic content recognition technology is based upon perceptual characteristics, identification is effective even with different file formats, codecs, and compression techniques, as well as with time-scaling and other transformations to the content<br><br>*See* Exhibit 2, Audible Magic's "Copyright Compliance" webpage, <u>https://www.audiblemagic.com/compliance-service/</u>, as visited on April 1, 2014 (emphasis added). |
| creating an abstract of each of the at least one query signals; | AM's CCS generates a fingerprint ("creat[es] an abstract") from the unknown content ("query signal").<br><br>**Robust SmartID and CopySense Technology**<br><br>**Audible Magic's patented SmartID and CopySense automated content recognition (ACR) uses "<u>digital fingerprint-based</u>" technology to accurately identify content using audio signals.** Identification is based on the perceptual characteristics of the audio itself which allows it to accurately identify content across file formats, codecs, bitrates, and compression techniques. This approach is highly accurate and requires no dependence on metadata, watermarks or file hashes. It is also immune to many typical transformations.<br><br>*See* Exhibit 4, Audible Magic's "Technology Overview" webpage, <u>http://audiblemagic.com/technology.php</u>, as visited on October 7, 2013 (emphasis added).<br><br>**Unparalleled Coverage**<br><br>Content owners from around the globe choose to register their content in Audible Magic's Global Content Registry for unparalleled coverage and protection. **When an operator issues a lookup request using Audible Magic's Compliance Service, a match occurs against this registry of reference <u>fingerprints</u> for copyrighted content**. To date, content owners have registered tens of million of titles making our registry one of the largest in the world<br><br>*See* Exhibit 2, Audible Magic's "Copyright Compliance" webpage, <u>https://www.audiblemagic.com/compliance-</u> |

| | |
|---|---|
| | [service/](#), as visited on April 1, 2014 (emphasis added). |
| locating an abstract in the reference database that matches the abstract of each at least one query signal; | AM's CCS locates a reference fingerprint ("abstract in the reference database") that matches the fingerprint of the unknown content ("abstract of said at least one query signal").<br><br>**Unparalleled Coverage**<br><br>Content owners from around the globe choose to register their content in Audible Magic's Global Content Registry for unparalleled coverage and protection. **When an operator <u>issues a lookup request</u> using Audible Magic's Compliance Service, a <u>match</u> occurs against this registry of reference <u>fingerprints</u> for copyrighted content**. To date, content owners have registered tens of million of titles making our registry one of the largest in the world<br><br>*See* Exhibit 2, Audible Magic's "Copyright Compliance" webpage, [https://www.audiblemagic.com/compliance-service/](https://www.audiblemagic.com/compliance-service/), as visited on April 1, 2014 (emphasis added). |
| recording the identity of the reference signal whose abstract matched the abstract of each at least one query signal; | AM's CCS then identifies ("record[s] the identity of") the content ("reference signal") whose fingerprint ("abstract") matched the fingerprint of the unknown content ("abstract of each at least one query signal").<br><br>**Quickly & Accurately Identify Media**<br><br>**Using Audible Magic's Compliance Service, operators can check uploaded media for copyrighted content within seconds and achieve <u>identification</u> rates of 99 percent or higher for registered content with virtually zero false positives**. Because Audible Magic's automatic content recognition technology is based upon perceptual characteristics, **<u>identification is effective</u>** even with different file formats, codecs, and compression techniques, as well as with time-scaling and other transformations to the content<br><br>*See* Exhibit 2, Audible Magic's "Copyright Compliance" webpage, [https://www.audiblemagic.com/compliance-service/](https://www.audiblemagic.com/compliance-service/), as visited on April 1, 2014 (emphasis added). |
| creating at least one counter corresponding to one of said plurality of reference signals, said at least one counter being | AM's CCS tracks ("creates at least one counter") the use of content ("corresponding to one of said plurality of reference signals"), said at least one counter being representative of the number of times a match is found between the fingerprint ("abstract") and reference signal. This tracking ability allows AM's CCS allows customers to "create new |

| | |
|---|---|
| representative of the number of times a match is found between the abstract of said at least one query signal and an abstract of one of said plurality of reference signals; and | ways to monetize" content, "[e]nable new business models," and "[g]enerate new revenue."<br><br>Audible Magic Corporation provides content management and anti-piracy services to the media and entertainment industries as well as business, governmental, and educational institutions. The company's offerings utilize patented content identification technologies and an extensive reference database of audio and video content that includes one of the largest collections of copyrighted digital song recording fingerprints in the world. **Its digital technology and services were designed to <u>monitor, track, manage, filter</u> and monetize digital content in all its forms.**<br><br>*See* Exhibit 8, Audible Magic's "Dailymotion Selects Audible Magic's Fingerprinting Solution for Detecting Copyrighted Video" news article, https://www.audiblemagic.com/2007/05/10/dailymotion-selects-audible-magics-fingerprinting-solution-for-detecting-copyrighted-video/, as visited on April 7, 2014.<br><br>**<u>Audible Magic's Copyright Compliance Service</u> enables media sharing platforms to identify registered copyrighted content, ensure copyright compliance, and <u>create new ways to monetize digital media.</u>**<br><br>*See* Exhibit 2, Audible Magic's "Copyright Compliance" webpage, https://www.audiblemagic.com/compliance-service/, as visited on April 1, 2014 (emphasis added).<br><br>**<u>Enable new business models</u> for content usage that generates income with the expanding opportunities from IPTV, cloud-based services, and media sharing platforms. <u>Generate new revenue</u> by safely licensing your content to other services that will protect your copyrights.**<br><br>*See* Exhibit 3, Audible Magic's "Content Registration" webpage, https://www.audiblemagic.com/content-registration/, as visited on April 1, 2014 (emphasis added). |
| incrementing the counter corresponding to a particular reference signal when a match is found between an abstract of said at least one query signal and the abstract of the particular reference signal. | AM's CCS increments the counter corresponding to a particular reference signal when a match is found between an abstract of said at least one query signal and the abstract of the particular reference signal. The counter is incremented in order to track content use.<br><br>Audible Magic Corporation provides content management and anti-piracy services to the media and entertainment industries as well as business, governmental, and educational institutions. The company's offerings utilize patented content identification technologies and an extensive reference database of audio and video content that includes one of the largest collections of copyrighted digital song recording fingerprints in the world. **Its digital technology and services were** |

<table>
<tr><td></td><td>

designed to <u>monitor, track, manage, filter</u> and monetize digital content in all its forms.

*See* Exhibit 8, Audible Magic's "Dailymotion Selects Audible Magic's Fingerprinting Solution for Detecting Copyrighted Video" news article, https://www.audiblemagic.com/2007/05/10/dailymotion-selects-audible-magics-fingerprinting-solution-for-detecting-copyrighted-video/, as visited on April 7, 2014.

**Audible Magic's Copyright Compliance Service** enables media sharing platforms to identify registered copyrighted content, ensure copyright compliance, and <u>create new ways to monetize digital media.</u>

*See* Exhibit 2, Audible Magic's "Copyright Compliance" webpage, https://www.audiblemagic.com/compliance-service/, as visited on April 1, 2014 (emphasis added).

<u>Enable new business models</u> for content usage that generates income with the expanding opportunities from IPTV, cloud-based services, and media sharing platforms. <u>Generate new revenue</u> by safely licensing your content to other services that will protect your copyrights.

*See* Exhibit 3, Audible Magic's "Content Registration" webpage, https://www.audiblemagic.com/content-registration/, as visited on April 1, 2014 (emphasis added).

</td></tr>
<tr><td>

**11.** A computerized system for monitoring and analyzing at least one signal:

</td><td>

Audible Magic's Copyright Compliance Service ("AM's CCS") employs Audible Magic's Automatic Content Recognition (ACR) technology ("a computerized system") for monitoring and analyzing digital content ("at least one signal") in order to identify registered copyright content and ensure copyright compliance, and therefore infringes U.S. Patent 7,346,472 either literally or by the doctrine of equivalents.

**Audible Magic's Copyright Compliance Service** enables media sharing platforms to <u>identify registered copyrighted content</u>, **ensure copyright compliance**, and create new ways to monetize digital media.

**The Industry Standard**

For an operator, maintaining copyright compliance is key to running a successful media sharing platform. **Audible Magic's Compliance Service is recognized as the industry standard for** <u>copyright compliance</u> and often the prerequisite for licensing of premium content.

**Quickly & Accurately Identify Media**

Using **Audible Magic's Compliance Service**, operators can <u>check uploaded media for</u>

</td></tr>
</table>

<table>
<tr><td></td><td>

**copyrighted content within seconds and achieve identification rates of 99 percent or higher for registered content with virtually zero false positives**. Because Audible Magic's automatic content recognition technology is based upon perceptual characteristics, identification is effective even with different file formats, codecs, and compression techniques, as well as with time-scaling and other transformations to the content.

*See* Exhibit 2, Audible Magic's "Copyright Compliance" webpage, https://www.audiblemagic.com/compliance-service/, as visited on April 1, 2014 (emphasis added).

**User Generated Content Services**

Respecting copyrights for music, movies and televisions is a big deal. Copyright owners are more willing to license content and help you monetize your services when you implemented programs that respect copyrights. It also helps minimize legal problems.

**Turn to Audible Magic's turnkey compliance and filtering solutions for highly accurate, automated copyright recognition (ACR) to help eliminate risk and respect copyrighted works. Recognize master recordings of major music and indie record labels as well as movie and television studios using our digital fingerprinting technology.** Copyright owners, such as music labels and movie and TV studios register their content they want protected directly with Audible Magic. This content is included in our Global Rights Registry™ that contains more than 12 million fingerprints, and represents over 900,000 hours of copyrighted songs, movies, television shows, and other video content. Audible Magic services are often the prerequisite for licensing content. Enable content substitution, purchase link or allow advertising on user content identified by **content identification technology**. Add our metadata to enhance the user experience.

*See* Exhibit 1, Audible Magic's "Solutions – Compliance" webpage, http://audiblemagic.com/solutions-maincompliance.php, as visited on October 7, 2013 (emphasis added).

</td></tr>
<tr><td>

a processor that creates an abstract of a signal using selectable criteria;

</td><td>

AM's CCS includes a processor (it is obvious to anyone skilled in the art that a processor is used to execute the technology's algorithms, "a first processor") that generates a fingerprint ("creates an abstract") from a piece of content ("signal"). Content owners register content, labeling and characterizing it using selectable criteria, including, among other criteria, the content's title and owner.

Turn to Audible Magic's turnkey compliance and filtering solutions for highly accurate, automated

</td></tr>
</table>

|  | copyright recognition (ACR) to help eliminate risk and respect copyrighted works. Recognize master recordings of major music and indie record labels as well as movie and television studios using our digital fingerprinting technology. **Copyright owners, such as music labels and movie and TV studios register their content they want protected directly with Audible Magic. This content is included in our Global Rights Registry™ that contains more than 12 million fingerprints, and represents over 900,000 hours of copyrighted songs, movies, television shows, and other video content.** Audible Magic services are often the prerequisite for licensing content. Enable content substitution, purchase link or allow advertising on user content identified by content identification technology. Add our metadata to enhance the user experience.<br><br>*See* Exhibit 1, Audible Magic's "Solutions – Compliance" webpage, http://audiblemagic.com/solutions-maincompliance.php, as visited on October 7, 2013 (emphasis added).<br><br>**Unparalleled Coverage**<br><br>Content owners from around the globe choose to register their content in Audible Magic's Global Content Registry for unparalleled coverage and protection. **When an operator issues a lookup request using Audible Magic's Compliance Service, a match occurs against this registry of reference <u>fingerprints</u> for <u>copyrighted content.</u>** To date, content owners have registered tens of million of titles making our registry one of the largest in the world.<br><br>*See* Exhibit 2, Audible Magic's "Copyright Compliance" webpage, https://www.audiblemagic.com/compliance-service/, as visited on April 1, 2014 (emphasis added).<br><br>**Robust SmartID and CopySense Technology**<br><br>**Audible Magic's patented SmartID and CopySense automated content recognition (ACR) uses "<u>digital fingerprint-based</u>" technology to accurately identify content using audio signals.** Identification is based on the perceptual characteristics of the audio itself which allows it to accurately identify content across file formats, codecs, bitrates, and compression techniques. This approach is highly accurate and requires no dependence on metadata, watermarks or file hashes. It is also immune to many typical transformations.<br><br>*See* Exhibit 4, Audible Magic's "Technology Overview" webpage, http://audiblemagic.com/technology.php, as visited on October 7, 2013 (emphasis added). |
| a first input that receives at least | AM's CCS includes an input (it is obvious to anyone skilled in the art that an input must be used to receive content, |

| | |
|---|---|
| one reference signal to be monitored, said first input being coupled to said processor such that said processor may generate an abstract for each reference signal input to said processor; | "a first input") that receives content ("at least one reference signal") to be monitored.  As is obvious to anyone skilled in the art, the first input is coupled to the processor so that the processor can generate an abstract for each reference signal input to it. |

**Unparalleled Coverage**

**Content owners from around the globe choose to <u>register their content</u> in Audible Magic's Global Content Registry for unparalleled coverage and protection.** When an operator issues a lookup request using Audible Magic's Compliance Service, a match occurs against this registry of reference fingerprints for copyrighted content.  To date, content owners have registered tens of million of titles making our registry one of the largest in the world.

*See* Exhibit 2, Audible Magic's "Copyright Compliance" webpage,  https://www.audiblemagic.com/compliance-service/, as visited on April 1, 2014 (emphasis added).

**User Generated Content Services**

Respecting copyrights for music, movies and televisions is a big deal. Copyright owners are more willing to license content and help you monetize your services when you implemented programs that respect copyrights. It also helps minimize legal problems.

Turn to Audible Magic's turnkey compliance and filtering solutions for highly accurate, automated copyright recognition (ACR) to help eliminate risk and respect copyrighted works. Recognize master recordings of major music and indie record labels as well as movie and television studios using our digital fingerprinting technology. **Copyright owners, such as music labels and movie and TV studios <u>register their content</u> they want protected directly with Audible Magic.** This content is included in our Global Rights Registry™ that contains more than 12 million fingerprints, and represents over 900,000 hours of copyrighted songs, movies, television shows, and other video content. Audible Magic services are often the prerequisite for licensing content. Enable content substitution, purchase link or allow advertising on user content identified by content identification technology. Add our metadata to enhance the user experience.

*See* Exhibit 1, Audible Magic's "Solutions – Compliance" webpage,  http://audiblemagic.com/solutions-maincompliance.php, as visited on October 7, 2013 (emphasis added).

**Join hundreds of content owners who <u>register their media assets</u> in Audible Magic's unique**

| | |
|---|---|
| | **Global Content Registry** for unparalleled protection and monetization opportunities.<br><br>*See* Exhibit 3, Audible Magic's "Content Registration" webpage, https://www.audiblemagic.com/content-registration/, as visited on April 1, 2014 (emphasis added). |
| a reference database, coupled to said processor, that stores abstracts of each at least one reference signal; | AM's CCS includes a database called the Global Content Registry ("a reference database") that stores the fingerprints ("abstracts") of the content it monitors ("at least one reference signal"). As is obvious to anyone skilled in the art, the reference database is coupled to the processor.<br><br>**Unparalleled Coverage**<br><br>**Content owners from around the globe choose to register their content in <u>Audible Magic's Global Content Registry</u> for unparalleled coverage and protection. When an operator issues a lookup request using Audible Magic's Compliance Service, a match occurs against this <u>registry of reference fingerprints</u> for copyrighted content.** To date, content owners have registered tens of million of titles making our registry one of the largest in the world.<br><br>*See* Exhibit 2, Audible Magic's "Copyright Compliance" webpage, https://www.audiblemagic.com/compliance-service/, as visited on April 1, 2014 (emphasis added).<br><br>**User Generated Content Services**<br><br>Respecting copyrights for music, movies and televisions is a big deal. Copyright owners are more willing to license content and help you monetize your services when you implemented programs that respect copyrights. It also helps minimize legal problems.<br><br>Turn to Audible Magic's turnkey compliance and filtering solutions for highly accurate, automated copyright recognition (ACR) to help eliminate risk and respect copyrighted works. Recognize master recordings of major music and indie record labels as well as movie and television studios using our digital fingerprinting technology. Copyright owners, such as music labels and movie and TV studios register their content they want protected directly with Audible Magic. **This content is included in <u>our Global Rights Registry™</u> that <u>contains more than 12 million fingerprints, and represents over 900,000 hours of copyrighted songs, movies, television shows, and other video content.</u>** Audible Magic services are often the prerequisite for licensing content. Enable content substitution, purchase link or allow advertising on user content identified by **content identification technology**. Add our metadata to enhance the user experience. |

| | |
|---|---|
| | *See* Exhibit 1, Audible Magic's "Solutions – Compliance" webpage, http://audiblemagic.com/solutions-maincompliance.php, as visited on October 7, 2013 (emphasis added). |
| a second input that receives at least one query signal to be analyzed, said second input being coupled to said processor such that said processor may generate an abstract for each query signal; | AM's CCS includes an input (it is obvious to anyone skilled in the art that an input must be used to receive the unknown content, "a second input") that receives unknown content ("at least one query signal") to be identified ("analyzed").  As is obvious to anyone skilled in the art, the second input is coupled to the processor so that the processor can generate an abstract from each query signal.<br><br>**Quickly & Accurately Identify Media**<br><br>**Using Audible Magic's Compliance Service, operators can <u>check uploaded media for copyrighted content</u> within seconds and achieve <u>identification</u> rates of 99 percent or higher for registered content with virtually zero false positives**. Because Audible Magic's automatic content recognition technology is based upon perceptual characteristics, identification is effective even with different file formats, codecs, and compression techniques, as well as with time-scaling and other transformations to the content<br><br>*See* Exhibit 2, Audible Magic's "Copyright Compliance" webpage, https://www.audiblemagic.com/compliance-service/, as visited on April 1, 2014 (emphasis added). |
| a comparing device, coupled to said reference database and to said second input, that compares an abstract of said at least one query signal to the abstracts stored in the reference database to determine if the abstract of said at least one query signal matches any of the stored abstracts, wherein the comparing device identifies at least two abstracts in the reference database that match the abstract of said at least one query signal and an index of relatedness to | AM's CCS includes a device ("a comparing device," coupled to the reference database and the second input) that compares the fingerprints created from the unknown content ("abstract of said at least one query signal") to the fingerprints in the reference database ("abstract stored in the reference database") to determine if there is a match.  A match is likely determined by scoring the fingerprint ("an index of relatedness") of unknown content, i.e., assessing how closely it resembles the reference abstracts stored in the database. Further discovery, including AM's CCS source code, is required.<br><br>**Unparalleled Coverage**<br><br>Content owners from around the globe choose to register their content in Audible Magic's Global Content Registry for unparalleled coverage and protection. **When an operator <u>issues a lookup request</u> using Audible Magic's Compliance Service, a <u>match</u> occurs against this registry of reference <u>fingerprints</u> for copyrighted content**. To date, content owners have registered tens of million of titles making our registry one of the largest in the world<br><br>*See* Exhibit 2, Audible Magic's "Copyright Compliance" webpage, https://www.audiblemagic.com/compliance-service/, as visited on April 1, 2014 (emphasis added). |

| | |
|---|---|
| said at least one query signal for each of said at least two matching abstracts. | **Robust SmartID and CopySense Technology**<br><br>**Audible Magic's patented SmartID and CopySense automated content recognition (ACR) uses "digital fingerprint-based" technology to <u>accurately identify content</u> using audio signals.** Identification is based on the perceptual characteristics of the audio itself which allows it to accurately identify content across file formats, codecs, bitrates, and compression techniques. This approach is highly accurate and requires no dependence on metadata, watermarks or file hashes. It is also immune to many typical transformations.<br><br>*See* Exhibit 4, Audible Magic's "Technology Overview" webpage, http://audiblemagic.com/technology.php, as visited on October 7, 2013 (emphasis added). |