# Exhibit 11

## Blue Spike – Monitoring and Analyzing Signals – U.S. Patent 7,660,700

## Infringement Claim Chart

| Claim | Audible Magic Copyright Compliance Service |
|---|---|
| **1**. An electronic system for monitoring and analyzing at least one signal comprising: | Audible Magic's Copyright Compliance Service ("AM's CCS") employs Audible Magic's Automatic Content Recognition (ACR) technology ("an electronic system") for monitoring and analyzing digital content ("at least one signal") in order to identify registered copyright content and ensure copyright compliance, and therefore infringes U.S. Patent 7,660,700 either literally or by the doctrine of equivalents.<br><br>**Audible Magic's Copyright Compliance Service enables media sharing platforms to identify registered copyrighted content**, **ensure copyright compliance**, and create new ways to monetize digital media.<br><br>**The Industry Standard**<br><br>For an operator, maintaining copyright compliance is key to running a successful media sharing platform. **Audible Magic's Compliance Service is recognized as the industry standard for copyright compliance** and often the prerequisite for licensing of premium content.<br><br>**Quickly & Accurately Identify Media**<br><br>**Using Audible Magic's Compliance Service, operators can check uploaded media for copyrighted content within seconds and achieve identification rates of 99 percent or higher for registered content with virtually zero false positives**. Because Audible Magic's automatic content recognition technology is based upon perceptual characteristics, identification is effective even with different file formats, codecs, and compression techniques, as well as with time-scaling and other transformations to the content.<br><br>*See* Exhibit 2, Audible Magic's "Copyright Compliance" webpage, https://www.audiblemagic.com/compliance-service/, as visited on April 1, 2014 (emphasis added).<br><br>**User Generated Content Services**<br><br>Respecting copyrights for music, movies and televisions is a big deal. Copyright owners are more willing to license content and help you monetize your services when you implemented programs that |

| | |
|---|---|
| | respect copyrights. It also helps minimize legal problems. |
| | **Turn to Audible Magic's turnkey compliance and filtering <u>solutions</u> for <u>highly accurate, automated copyright recognition (ACR)</u> to help eliminate risk and respect copyrighted works. Recognize master recordings of major music and indie record labels as well as movie and television studios using our digital fingerprinting technology.** Copyright owners, such as music labels and movie and TV studios register their content they want protected directly with Audible Magic. This content is included in our Global Rights Registry™ that contains more than 12 million fingerprints, and represents over 900,000 hours of copyrighted songs, movies, television shows, and other video content. Audible Magic services are often the prerequisite for licensing content. Enable content substitution, purchase link or allow advertising on user content identified by **content identification technology**. Add our metadata to enhance the user experience. |
| | *See* Exhibit 1, Audible Magic's "Solutions – Compliance" webpage, http://audiblemagic.com/solutions-maincompliance.php, as visited on October 7, 2013 (emphasis added). |
| a first input that receives at least one reference signal to be monitored; | AM's CCS includes an input (it is obvious to anyone skilled in the art that an input must be used to receive content, "a first input") that receives content ("at least one reference signal") to be monitored. |
| | **Unparalleled Coverage** |
| | **Content owners from around the globe choose to <u>register their content</u> in Audible Magic's Global Content Registry for unparalleled coverage and protection.** When an operator issues a lookup request using Audible Magic's Compliance Service, a match occurs against this registry of reference fingerprints for copyrighted content. To date, content owners have registered tens of million of titles making our registry one of the largest in the world. |
| | *See* Exhibit 2, Audible Magic's "Copyright Compliance" webpage, https://www.audiblemagic.com/compliance-service/, as visited on April 1, 2014 (emphasis added). |
| | **User Generated Content Services** |
| | Respecting copyrights for music, movies and televisions is a big deal. Copyright owners are more willing to license content and help you monetize your services when you implemented programs that respect copyrights. It also helps minimize legal problems. |
| | Turn to Audible Magic's turnkey compliance and filtering solutions for highly accurate, automated |

| | |
|---|---|
| | copyright recognition (ACR) to help eliminate risk and respect copyrighted works. Recognize master recordings of major music and indie record labels as well as movie and television studios using our digital fingerprinting technology. **Copyright owners, such as music labels and movie and TV studios <u>register their content</u> they want protected directly with Audible Magic.** This content is included in our Global Rights Registry™ that contains more than 12 million fingerprints, and represents over 900,000 hours of copyrighted songs, movies, television shows, and other video content. Audible Magic services are often the prerequisite for licensing content. Enable content substitution, purchase link or allow advertising on user content identified by content identification technology. Add our metadata to enhance the user experience. <br><br> *See* Exhibit 1, Audible Magic's "Solutions – Compliance" webpage, http://audiblemagic.com/solutions-maincompliance.php, as visited on October 7, 2013 (emphasis added). <br><br> **Join hundreds of content owners who <u>register their media assets</u> in Audible Magic's unique Global Content Registry** for unparalleled protection and monetization opportunities. <br><br> *See* Exhibit 3, Audible Magic's "Content Registration" webpage, https://www.audiblemagic.com/content-registration/, as visited on April 1, 2014 (emphasis added). |
| a first processor that creates an abstract of each reference signal input to said first processor through said first input wherein the abstract comprises signal characteristic parameters configured to differentiate between a plurality of versions of the reference signal; | AM's CCS includes a processor (it is obvious to anyone skilled in the art that a processor is used to execute the technology's algorithms, "a first processor") that generates a fingerprint ("creates an abstract") from each piece of content ("reference signal") input to it. The fingerprint comprises "perceptual characteristics" ("signal characteristic parameters") that accurately identify the content (are "configured to differentiate between a plurality of versions of the reference signal"). <br><br> **Unparalleled Coverage** <br><br> Content owners from around the globe choose to register their content in Audible Magic's Global Content Registry for unparalleled coverage and protection. **When an operator issues a lookup request using Audible Magic's Compliance Service, a match occurs against this registry of reference <u>fingerprints</u> for <u>copyrighted content</u>.** To date, content owners have registered tens of million of titles making our registry one of the largest in the world. <br><br> *See* Exhibit 2, Audible Magic's "Copyright Compliance" webpage, https://www.audiblemagic.com/compliance-service/, as visited on April 1, 2014 (emphasis added). |

| | |
|---|---|
| | **Robust SmartID and CopySense Technology**<br><br>**Audible Magic's patented SmartID and CopySense automated content recognition (ACR) uses "digital fingerprint-based" technology to accurately identify content using audio signals. Identification is based on the perceptual characteristics of the audio itself which allows it to accurately identify content across file formats, codecs, bitrates, and compression techniques.** This approach is highly accurate and requires no dependence on metadata, watermarks or file hashes. It is also immune to many typical transformations.<br><br>*See* Exhibit 4, Audible Magic's "Technology Overview" webpage, http://audiblemagic.com/technology.php, as visited on October 7, 2013 (emphasis added). |
| a second input that receives at least one query signal to be analyzed, | AM's CCS includes an input (it is obvious to anyone skilled in the art that an input must be used to receive the unknown content, "a second input") that receives unknown content ("at least one query signal") to be identified ("analyzed").<br><br>**Quickly & Accurately Identify Media**<br><br>**Using Audible Magic's Compliance Service, operators can check uploaded media for copyrighted content within seconds and achieve identification rates of 99 percent or higher for registered content with virtually zero false positives.** Because Audible Magic's automatic content recognition technology is based upon perceptual characteristics, identification is effective even with different file formats, codecs, and compression techniques, as well as with time-scaling and other transformations to the content<br><br>*See* Exhibit 2, Audible Magic's "Copyright Compliance" webpage, https://www.audiblemagic.com/compliance-service/, as visited on April 1, 2014 (emphasis added). |
| a second processor that creates an abstract of each query signal wherein the abstract comprises signal characteristic parameters of the query signal; | AM's CCS includes a processor ("a second processor") that generates a fingerprint ("creates an abstract") from the unknown content ("query signal"), wherein the fingerprint comprises "perceptual characteristics" ("signal characteristic parameters") of the content.<br><br>**Robust SmartID and CopySense Technology**<br><br>**Audible Magic's patented SmartID and CopySense automated content recognition (ACR) uses "digital fingerprint-based" technology to accurately identify content using audio signals. Identification is based on the perceptual characteristics of the audio itself which allows it to accurately identify content across file formats, codecs, bitrates, and compression techniques.** |

| | |
|---|---|
| | This approach is highly accurate and requires no dependence on metadata, watermarks or file hashes. It is also immune to many typical transformations.<br><br>*See* Exhibit 4, Audible Magic's "Technology Overview" webpage, http://audiblemagic.com/technology.php, as visited on October 7, 2013 (emphasis added).<br><br>**Unparalleled Coverage**<br><br>Content owners from around the globe choose to register their content in Audible Magic's Global Content Registry for unparalleled coverage and protection. **When an operator issues a lookup request using Audible Magic's Compliance Service, a match occurs against this registry of reference fingerprints for copyrighted content**. To date, content owners have registered tens of million of titles making our registry one of the largest in the world<br><br>*See* Exhibit 2, Audible Magic's "Copyright Compliance" webpage, https://www.audiblemagic.com/compliance-service/, as visited on April 1, 2014 (emphasis added). |
| a reference database that stores abstracts of each at least one reference signal; | AM's CCS includes a database called the Global Content Registry ("a reference database") that stores the fingerprints ("abstracts") of the content it monitors ("at least one reference signal").<br><br>**Unparalleled Coverage**<br><br>**Content owners from around the globe choose to register their content in Audible Magic's Global Content Registry for unparalleled coverage and protection. When an operator issues a lookup request using Audible Magic's Compliance Service, a match occurs against this registry of reference fingerprints for copyrighted content.** To date, content owners have registered tens of million of titles making our registry one of the largest in the world.<br><br>*See* Exhibit 2, Audible Magic's "Copyright Compliance" webpage, https://www.audiblemagic.com/compliance-service/, as visited on April 1, 2014 (emphasis added).<br><br>**User Generated Content Services**<br><br>Respecting copyrights for music, movies and televisions is a big deal. Copyright owners are more willing to license content and help you monetize your services when you implemented programs that respect copyrights. It also helps minimize legal problems. |

| | |
|---|---|
| | Turn to Audible Magic's turnkey compliance and filtering solutions for highly accurate, automated copyright recognition (ACR) to help eliminate risk and respect copyrighted works. Recognize master recordings of major music and indie record labels as well as movie and television studios using our digital fingerprinting technology. Copyright owners, such as music labels and movie and TV studios register their content they want protected directly with Audible Magic. **This content is included in our Global Rights Registry™ that <u>contains more than 12 million fingerprints</u>, and represents over 900,000 hours of copyrighted songs, movies, television shows, and other video content.** Audible Magic services are often the prerequisite for licensing content. Enable content substitution, purchase link or allow advertising on user content identified by **content identification technology**. Add our metadata to enhance the user experience.<br><br>*See* Exhibit 1, Audible Magic's "Solutions – Compliance" webpage, http://audiblemagic.com/solutions-maincompliance.php, as visited on October 7, 2013 (emphasis added). |
| a comparing device that compares an abstract of said at least one query signal to the abstracts stored in the reference database to determine if the abstract of said at least one query signal matches any of the stored abstracts wherein a match indicates the query signal is a version of at least one of the reference signals. | AM's CCS includes a server or other computer ("a comparing device") that compares the fingerprint created from the unknown content ("abstract of said at least one query signal") to the fingerprints in the reference database ("abstracts stored in the reference database") to determine if there is a match, wherein a match indicates that the query signal is a version of at least one of the reference signals.<br><br>**Unparalleled Coverage**<br><br>Content owners from around the globe choose to register their content in Audible Magic's Global Content Registry for unparalleled coverage and protection. **When an operator <u>issues a lookup request</u> using Audible Magic's Compliance Service, a <u>match</u> occurs against this registry of reference <u>fingerprints</u> for copyrighted content**. To date, content owners have registered tens of million of titles making our registry one of the largest in the world<br><br>*See* Exhibit 2, Audible Magic's "Copyright Compliance" webpage, https://www.audiblemagic.com/compliance-service/, as visited on April 1, 2014 (emphasis added).<br><br>**Robust SmartID and CopySense Technology**<br><br>**Audible Magic's patented SmartID and CopySense automated content recognition (ACR) uses "digital fingerprint-based" technology to <u>accurately identify content</u> using audio signals.** Identification is based on the perceptual characteristics of the audio itself which allows it to accurately identify content across file formats, codecs, bitrates, and compression techniques. This |

| | |
|---|---|
| | approach is highly accurate and requires no dependence on metadata, watermarks or file hashes. It is also immune to many typical transformations.<br><br>*See* Exhibit 4, Audible Magic's "Technology Overview" webpage, http://audiblemagic.com/technology.php, as visited on October 7, 2013 (emphasis added). |
| **6.** The system of claim 1, wherein at least two of the stored abstracts comprise information corresponding to two versions of at least one reference signal. | As established above, AM's CCS infringes Claim 1. AM's CCS contains more than 12 million fingerprints ("at least two stored abstracts"), each based on perceptual characteristics of the audio content ("compris[ing] information corresponding to two versions of at least one reference signal"), and therefore AM's CCS infringes U.S. Patent 7,660,700 either literally or by the doctrine of equivalents.<br><br>    Audible Magic's patented SmartID and CopySense automated content recognition (ACR) uses "digital fingerprint-based" technology to <u>accurately identify content</u> using audio signals. **<u>Identification is based on the perceptual characteristics</u> of the audio itself which allows it to accurately identify content across file formats, codecs, bitrates, and compression techniques.** This approach is highly accurate and requires no dependence on metadata, watermarks or file hashes. It is also immune to many typical transformations.<br><br>*See* Exhibit 4, Audible Magic's "Technology Overview" webpage, http://audiblemagic.com/technology.php, as visited on October 7, 2013 (emphasis added).<br><br>**User Generated Content Services**<br><br>Respecting copyrights for music, movies and televisions is a big deal. Copyright owners are more willing to license content and help you monetize your services when you implemented programs that respect copyrights. It also helps minimize legal problems.<br><br>Turn to Audible Magic's turnkey compliance and filtering solutions for highly accurate, automated copyright recognition (ACR) to help eliminate risk and respect copyrighted works. Recognize master recordings of major music and indie record labels as well as movie and television studios using our digital fingerprinting technology. Copyright owners, such as music labels and movie and TV studios register their content they want protected directly with Audible Magic. **This content is included in our <u>Global Rights Registry™</u> that contains <u>more than 12 million fingerprints</u>, and represents over 900,000 hours of copyrighted songs, movies, television shows, and other video content.** Audible Magic services are often the prerequisite for licensing content. Enable content substitution, |

| | |
|---|---|
| | purchase link or allow advertising on user content identified by **content identification technology**. Add our metadata to enhance the user experience.<br><br>*See* Exhibit 1, Audible Magic's "Solutions – Compliance" webpage, http://audiblemagic.com/solutions-maincompliance.php, as visited on October 7, 2013 (emphasis added). |
| **7.** The system of claim 1, wherein the stored abstracts comprise data describing a portion of the characteristics of its associated reference signal. | As established above, AM's CCS infringes Claim 1. AM's CCS contains more than 12 million fingerprints ("stored abstracts"), each based on perceptual characteristics of the audio content ("compris[ing] data describing a portion of the characteristics of its associated reference signal"), and therefore AM's CCS infringes U.S. Patent 7,660,700 either literally or by the doctrine of equivalents.<br><br>    Audible Magic's patented SmartID and CopySense automated content recognition (ACR) uses "digital fingerprint-based" technology to <u>accurately identify content</u> using audio signals. **Identification is based on the perceptual characteristics of the audio itself which allows it to accurately identify content across file formats, codecs, bitrates, and compression techniques.** This approach is highly accurate and requires no dependence on metadata, watermarks or file hashes. It is also immune to many typical transformations.<br><br>*See* Exhibit 4, Audible Magic's "Technology Overview" webpage, http://audiblemagic.com/technology.php, as visited on October 7, 2013 (emphasis added).<br><br>    **User Generated Content Services**<br><br>    Respecting copyrights for music, movies and televisions is a big deal. Copyright owners are more willing to license content and help you monetize your services when you implemented programs that respect copyrights. It also helps minimize legal problems.<br><br>    Turn to Audible Magic's turnkey compliance and filtering solutions for highly accurate, automated copyright recognition (ACR) to help eliminate risk and respect copyrighted works. Recognize master recordings of major music and indie record labels as well as movie and television studios using our digital fingerprinting technology. Copyright owners, such as music labels and movie and TV studios register their content they want protected directly with Audible Magic. **This content is included in our Global Rights Registry™ that contains more than 12 million fingerprints, and represents over 900,000 hours of copyrighted songs, movies, television shows, and other video content.** Audible Magic services are often the prerequisite for licensing content. Enable content substitution, purchase link or allow advertising on user content identified by **content identification technology**. |

| | |
|---|---|
| | Add our metadata to enhance the user experience. *See* Exhibit 1, Audible Magic's "Solutions – Compliance" webpage, http://audiblemagic.com/solutions-maincompliance.php, as visited on October 7, 2013 (emphasis added). |
| **8.** The system of claim 7, wherein the characteristics of the reference signal being described comprise at least one of a perceptible characteristic, a cognitive characteristic, a subjective characteristic, a perceptual quality, a recognizable characteristic or combinations thereof. | As established above, AM's CCS infringes Claim 7, and the characteristics of the reference signal being described comprise at least one of a perceptible characteristic, a cognitive characteristic, a subjective characteristic, a perceptual quality, a recognizable characteristic or combinations thereof, and therefore AM's CCS infringes U.S. Patent 7,660,700 either literally or by the doctrine of equivalents. **Robust SmartID and CopySense Technology** Audible Magic's patented SmartID and CopySense automated content recognition (ACR) uses "digital fingerprint-based" technology to accurately identify content using audio signals. **Identification is based on the <u>perceptual characteristics</u> of the audio itself which allows it to accurately identify content across file formats, codecs, bitrates, and compression techniques.** This approach is highly accurate and requires no dependence on metadata, watermarks or file hashes. It is also immune to many typical transformations. *See* Exhibit 4, Audible Magic's "Technology Overview" webpage, http://audiblemagic.com/technology.php, as visited on October 7, 2013 (emphasis added). |
| **10.** The system of claim 1, wherein the system applies a cryptographic protocol to the abstract of said reference signal, said query signal, or both said reference signal and said query signal. | As established above, AM's CCS infringes Claim 1. AM's CCS speed and scalability indicate the use of a security controller for applying a cryptographic protocol to the abstract of said reference signal, said query signal, or both, and therefore AM's CCS infringes U.S. Patent 7,660,700 either literally or by the doctrine of equivalents. Further discovery, including AM's CCS source code, is required. Identification is possible with audio clips as short as 10 seconds. Identification rates are in excess of 99% with zero false positives. **Transaction requests can achieve <u>sub-second response time</u>, enabling massive scaling, even with <u>reference databases in excess of 1 million hours of content</u>**. *See* Exhibit 4, Audible Magic's "Technology Overview" webpage, http://audiblemagic.com/technology.php, as visited on October 7, 2013 (emphasis added). |
| **11.** The system of claim 10, wherein the cryptographic | As established above, AM's CCS infringes Claim 10. AM's CCS speed and scalability indicate the use of a security controller for applying a cryptographic protocol, and in particular a hash, to the abstract of said reference signal, said |

| | |
|---|---|
| protocol is one of at least a hash or digital signature and further comprising storing the hashed abstract and/or digitally signed abstract. | query signal, or both, and therefore AM's CCS infringes U.S. Patent 7,660,700 either literally or by the doctrine of equivalents. Further discovery, including AM's CCS source code, is required.<br><br>Identification is possible with audio clips as short as 10 seconds. Identification rates are in excess of 99% with zero false positives. **Transaction requests can achieve sub-second response time, enabling massive scaling, even with reference databases in excess of 1 million hours of content**.<br><br>See Exhibit 4, Audible Magic's "Technology Overview" webpage, http://audiblemagic.com/technology.php, as visited on October 7, 2013 (emphasis added). |
| **40.** A process for analyzing and identifying at least one signal, comprising: | Audible Magic's Copyright Compliance Service ("AM's CCS") employs Audible Magic's Automatic Content Recognition (ACR) technology ("a process") for analyzing and identifying digital content ("at least one signal") in order to identify registered copyright content and ensure copyright compliance, and therefore infringes U.S. Patent 7,660,700 either literally or by the doctrine of equivalents.<br><br>**Audible Magic's Copyright Compliance Service enables media sharing platforms to identify registered copyrighted content, ensure copyright compliance**, and create new ways to monetize digital media.<br><br>**The Industry Standard**<br><br>For an operator, maintaining copyright compliance is key to running a successful media sharing platform. **Audible Magic's Compliance Service is recognized as the industry standard for copyright compliance** and often the prerequisite for licensing of premium content.<br><br>**Quickly & Accurately Identify Media**<br><br>**Using Audible Magic's Compliance Service, operators can check uploaded media for copyrighted content within seconds and achieve identification rates of 99 percent or higher for registered content with virtually zero false positives**. Because Audible Magic's automatic content recognition technology is based upon perceptual characteristics, identification is effective even with different file formats, codecs, and compression techniques, as well as with time-scaling and other transformations to the content.<br><br>See Exhibit 2, Audible Magic's "Copyright Compliance" webpage, https://www.audiblemagic.com/compliance-service/, as visited on April 1, 2014 (emphasis added). |

| | |
|---|---|
| | **User Generated Content Services**<br><br>Respecting copyrights for music, movies and televisions is a big deal. Copyright owners are more willing to license content and help you monetize your services when you implemented programs that respect copyrights. It also helps minimize legal problems.<br><br>**Turn to Audible Magic's turnkey compliance and filtering solutions for highly accurate, automated copyright recognition (ACR) to help eliminate risk and respect copyrighted works. Recognize master recordings of major music and indie record labels as well as movie and television studios using our digital fingerprinting technology.** Copyright owners, such as music labels and movie and TV studios register their content they want protected directly with Audible Magic. This content is included in our Global Rights Registry™ that contains more than 12 million fingerprints, and represents over 900,000 hours of copyrighted songs, movies, television shows, and other video content. Audible Magic services are often the prerequisite for licensing content. Enable content substitution, purchase link or allow advertising on user content identified by **content identification technology**. Add our metadata to enhance the user experience.<br><br>*See* Exhibit 1, Audible Magic's "Solutions – Compliance" webpage, http://audiblemagic.com/solutions-maincompliance.php, as visited on October 7, 2013 (emphasis added). |
| receiving at least one reference signal to be identified, | AM's CCS receives copyrighted content ("at least one reference signal") to be monitored ("identified").<br><br>**Unparalleled Coverage**<br><br>**Content owners from around the globe choose to register their content in Audible Magic's Global Content Registry for unparalleled coverage and protection.** When an operator issues a lookup request using Audible Magic's Compliance Service, a match occurs against this registry of reference fingerprints for copyrighted content. To date, content owners have registered tens of million of titles making our registry one of the largest in the world.<br><br>*See* Exhibit 2, Audible Magic's "Copyright Compliance" webpage, https://www.audiblemagic.com/compliance-service/, as visited on April 1, 2014 (emphasis added).<br><br>**User Generated Content Services** |

| | |
|---|---|
| | Respecting copyrights for music, movies and televisions is a big deal. Copyright owners are more willing to license content and help you monetize your services when you implemented programs that respect copyrights. It also helps minimize legal problems.<br><br>Turn to Audible Magic's turnkey compliance and filtering solutions for highly accurate, automated copyright recognition (ACR) to help eliminate risk and respect copyrighted works. Recognize master recordings of major music and indie record labels as well as movie and television studios using our digital fingerprinting technology. **Copyright owners, such as music labels and movie and TV studios <u>register their content</u> they want protected directly with Audible Magic.** This content is included in our Global Rights Registry™ that contains more than 12 million fingerprints, and represents over 900,000 hours of copyrighted songs, movies, television shows, and other video content. Audible Magic services are often the prerequisite for licensing content. Enable content substitution, purchase link or allow advertising on user content identified by content identification technology. Add our metadata to enhance the user experience.<br><br>*See* Exhibit 1, Audible Magic's "Solutions – Compliance" webpage, http://audiblemagic.com/solutions-maincompliance.php, as visited on October 7, 2013 (emphasis added).<br><br>**Join hundreds of content owners who <u>register their media assets</u> in Audible Magic's unique Global Content Registry** for unparalleled protection and monetization opportunities.<br><br>*See* Exhibit 3, Audible Magic's "Content Registration" webpage, https://www.audiblemagic.com/content-registration/, as visited on April 1, 2014 (emphasis added). |
| creating an abstract of each reference signal received based on perceptual characteristics representative of parameters to differentiate between versions of the reference signal; | AM's CCS generates a fingerprint ("creat[es] an abstract") from each piece of content ("reference signal") based on "perceptual characteristics" ("perceptual characteristics representative of parameters") that accurately identify the content ("differentiate between versions of the reference signal").<br><br>**Unparalleled Coverage**<br><br>Content owners from around the globe choose to register their content in Audible Magic's Global Content Registry for unparalleled coverage and protection. **When an operator issues a lookup request using Audible Magic's Compliance Service, a match occurs against this registry of reference <u>fingerprints</u> for <u>copyrighted content</u>.** To date, content owners have registered tens of million of titles making our registry one of the largest in the world.<br><br>*See* Exhibit 2, Audible Magic's "Copyright Compliance" webpage, https://www.audiblemagic.com/compliance- |

-12-

| | |
|---|---|
| | service/, as visited on April 1, 2014 (emphasis added). |
| | **Robust SmartID and CopySense Technology** |
| | **Audible Magic's patented SmartID and CopySense automated content recognition (ACR) uses "digital fingerprint-based" technology to accurately identify content using audio signals. Identification is based on the perceptual characteristics of the audio itself which allows it to accurately identify content across file formats, codecs, bitrates, and compression techniques.** This approach is highly accurate and requires no dependence on metadata, watermarks or file hashes. It is also immune to many typical transformations. |
| | *See* Exhibit 4, Audible Magic's "Technology Overview" webpage, http://audiblemagic.com/technology.php, as visited on October 7, 2013 (emphasis added). |
| storing abstracts of each reference signal received in a database; | AM's CCS stores the fingerprints ("abstracts") of the content ("each reference signal received") in a database called the Global Content Registry ("a database"). |
| | **Unparalleled Coverage** |
| | **Content owners from around the globe choose to register their content in Audible Magic's Global Content Registry for unparalleled coverage and protection. When an operator issues a lookup request using Audible Magic's Compliance Service, a match occurs against this registry of reference fingerprints for copyrighted content.** To date, content owners have registered tens of million of titles making our registry one of the largest in the world. |
| | *See* Exhibit 2, Audible Magic's "Copyright Compliance" webpage, https://www.audiblemagic.com/compliance-service/, as visited on April 1, 2014 (emphasis added). |
| | **User Generated Content Services** |
| | Respecting copyrights for music, movies and televisions is a big deal. Copyright owners are more willing to license content and help you monetize your services when you implemented programs that respect copyrights. It also helps minimize legal problems. |
| | Turn to Audible Magic's turnkey compliance and filtering solutions for highly accurate, automated copyright recognition (ACR) to help eliminate risk and respect copyrighted works. Recognize master recordings of major music and indie record labels as well as movie and television studios using our digital fingerprinting technology. Copyright owners, such as music labels and movie and TV studios |

| | |
|---|---|
| | register their content they want protected directly with Audible Magic. **This content is included in our Global Rights Registry™ that <u>contains more than 12 million fingerprints</u>, and represents over 900,000 hours of copyrighted songs, movies, television shows, and other video content.** Audible Magic services are often the prerequisite for licensing content. Enable content substitution, purchase link or allow advertising on user content identified by **content identification technology**. Add our metadata to enhance the user experience.<br><br>*See* Exhibit 1, Audible Magic's "Solutions – Compliance" webpage, http://audiblemagic.com/solutions-maincompliance.php, as visited on October 7, 2013 (emphasis added). |
| receiving at least one query signal to be identified, | AM's CCS receives uploaded or unknown content ("at least one query signal") to be identified.<br><br>**Quickly & Accurately Identify Media**<br><br>**Using Audible Magic's Compliance Service, operators can <u>check uploaded media for copyrighted content</u> within seconds and achieve <u>identification</u> rates of 99 percent or higher for registered content with virtually zero false positives**. Because Audible Magic's automatic content recognition technology is based upon perceptual characteristics, identification is effective even with different file formats, codecs, and compression techniques, as well as with time-scaling and other transformations to the content<br><br>*See* Exhibit 2, Audible Magic's "Copyright Compliance" webpage, https://www.audiblemagic.com/compliance-service/, as visited on April 1, 2014 (emphasis added). |
| creating an abstract of the received query signal based on the parameters; and | AM's CCS includes a processor ("a second processor") that generates a fingerprint ("creat[es] an abstract") from the unknown content ("query signal"), wherein the fingerprint comprises "perceptual characteristics" ("parameters") of the content.<br><br>**Robust SmartID and CopySense Technology**<br><br>**Audible Magic's patented SmartID and CopySense automated content recognition (ACR) uses "<u>digital fingerprint-based</u>" technology to accurately identify content using audio signals. Identification is based on the perceptual characteristics of the audio itself which allows it to <u>accurately identify content</u> across file formats, codecs, bitrates, and compression techniques.** This approach is highly accurate and requires no dependence on metadata, watermarks or file hashes. It is also immune to many typical transformations. |

-14-

| | |
|---|---|
| | *See* Exhibit 4, Audible Magic's "Technology Overview" webpage, http://audiblemagic.com/technology.php, as visited on October 7, 2013 (emphasis added).<br><br>**Unparalleled Coverage**<br><br>Content owners from around the globe choose to register their content in Audible Magic's Global Content Registry for unparalleled coverage and protection. **When an operator issues a lookup request using Audible Magic's Compliance Service, a match occurs against this registry of reference fingerprints for copyrighted content**. To date, content owners have registered tens of million of titles making our registry one of the largest in the world<br><br>*See* Exhibit 2, Audible Magic's "Copyright Compliance" webpage, https://www.audiblemagic.com/compliance-service/, as visited on April 1, 2014 (emphasis added). |
| comparing an abstract of said received query signal to the abstracts stored in the database to determine if the abstract of said received query signal is related to any of the stored abstracts. | AM's CCS compares a fingerprint created from the unknown content ("abstract of said received query signal") to the fingerprints stored in the reference database ("abstracts stored in the database") to determine if it is related.<br><br>**Unparalleled Coverage**<br><br>Content owners from around the globe choose to register their content in Audible Magic's Global Content Registry for unparalleled coverage and protection. **When an operator issues a lookup request using Audible Magic's Compliance Service, a match occurs against this registry of reference fingerprints for copyrighted content**. To date, content owners have registered tens of million of titles making our registry one of the largest in the world<br><br>*See* Exhibit 2, Audible Magic's "Copyright Compliance" webpage, https://www.audiblemagic.com/compliance-service/, as visited on April 1, 2014 (emphasis added). |
| **49.** The process of claim 40, wherein the process further comprises applying a cryptographic protocol to the abstract of said reference signal, said query signal, or both said reference signal and | As established above, AM's CCS infringes Claim 40. AM's CCS speed and scalability indicate the use of a security controller for applying a cryptographic protocol to the abstract of said reference signal, said query signal, or both, and therefore AM's CCS infringes U.S. Patent 7,660,700 either literally or by the doctrine of equivalents. Further discovery, including AM's CCS source code, is required.<br><br>Identification is possible with audio clips as short as 10 seconds. Identification rates are in excess of 99% with zero false positives. **Transaction requests can achieve sub-second response time,** |

| | |
|---|---|
| said query signal. | enabling massive scaling, even with <u>reference databases in excess of 1 million hours of content</u>.<br><br>*See* Exhibit 4, Audible Magic's "Technology Overview" webpage, http://audiblemagic.com/technology.php, as visited on October 7, 2013 (emphasis added). |
| **50.** The process of claim 49, wherein the cryptographic protocol is one of at least a hash or digital signature and further comprising storing the hashed abstract and/or digitally signed abstract. | As established above, AM's CCS infringes Claim 49. AM's CCS speed and scalability indicate the use of a security controller for applying a cryptographic protocol, and in particular a hash, to the abstract of said reference signal, said query signal, or both, and therefore AM's CCS infringes U.S. Patent 7,660,700 either literally or by the doctrine of equivalents. Further discovery, including AM's CCS source code, is required.<br><br>Identification is possible with audio clips as short as 10 seconds. Identification rates are in excess of 99% with zero false positives. **Transaction requests can achieve <u>sub-second response time</u>, enabling massive scaling, even with <u>reference databases in excess of 1 million hours of content</u>**.<br><br>*See* Exhibit 4, Audible Magic's "Technology Overview" webpage, http://audiblemagic.com/technology.php, as visited on October 7, 2013 (emphasis added). |
| **51.** The process of claim 40, further comprising distributing at least one signal based on the comparison step. | As established above, AM's CCS infringes Claim 40, and further comprises a transmitter for distributing at least one signal based on the comparison step, and therefore AM's CCS infringes U.S. Patent 7,660,700 either literally or by the doctrine of equivalents. For instance, a content owner may allow advertising ("distributing at least one signal") when content is identified ("based on the comparison step").<br><br>**Enable content substitution, purchase link or <u>allow advertising on user content identified by content identification technology</u>**.<br><br>*See* Exhibit 1, Audible Magic's "Solutions – Compliance" webpage, http://audiblemagic.com/solutions-maincompliance.php, as visited on October 7, 2013 (emphasis added).<br><br>Audible Magic Corporation provides content management and anti-piracy services to the media and entertainment industries as well as business, governmental, and educational institutions. The company's offerings utilize patented content identification technologies and an extensive reference database of audio and video content that includes one of the largest collections of copyrighted digital song recording fingerprints in the world. **Its digital technology and services were designed to <u>monitor, track, manage, filter</u> and monetize digital content in all its forms.**<br><br>*See* Exhibit 8, Audible Magic's "Dailymotion Selects Audible Magic's Fingerprinting Solution for Detecting |

|  | Copyrighted Video" news article, https://www.audiblemagic.com/2007/05/10/dailymotion-selects-audible-magics-fingerprinting-solution-for-detecting-copyrighted-video/, as visited on April 7, 2014. |