# Exhibit 14

USE CASES    PRODUCTS & SERVICES    ABOUT    DEVELOPERS    SUPPORT    CONTACT

# Copyright Compliance

Audible Magic's Copyright Compliance Service enables media sharing platforms to identify registered copyrighted content, ensure copyright compliance, and create new ways to monetize digital media.



## The Industry Standard

For an operator, maintaining copyright compliance is key to running a successful media sharing platform. Audible Magic's Compliance Service is recognized as the industry standard for copyright compliance and often the prerequisite for licensing of premium content.

USE CASES    PRODUCTS & SERVICES    ABOUT    DEVELOPERS    SUPPORT    CONTACT

# Content Registration

Join hundreds of content owners who register their media assets in Audible Magic's unique Global Content Registry for unparalleled protection and monetization opportunities.

Contact Us For More Information



## Protect Your Assets – At No Cost To You

Safeguarding and generating income from your film, television, or music assets is a big deal. Audible Magic's automatic content recognition technology helps eliminate this risk, protecting your art and your copyrights. By registering your content, you protect it from being freely distributed on media sharing platforms, on college and university networks or by CD/DVD replicators.

USE CASES    PRODUCTS & SERVICES    ABOUT    DEVELOPERS    SUPPORT    CONTACT

# CopySense Appliance



The key to successfully managing piracy on your network resides in education – the exact thing you do best. Audible Magic's CopySense appliance monitors the campus network, distinguishes between legal and illegal file sharing, and automatically responds to repeat offenders with graduated direct messages and restrictions.

Contact Us For More Information

USE CASES    PRODUCTS & SERVICES    ABOUT    DEVELOPERS    SUPPORT    CONTACT

# Custom Services

Audible Magic offers a wide variety of custom services designed to meet the needs of our diverse customer base.

Contact Us For More Information



## Design Consultation for Application Development

If you need help designing an application or service that leverages Audible Magic's automatic content recognition technology, you'll be happy to know we offer design consultation for application development and deployment.

USE CASES    PRODUCTS & SERVICES    ABOUT    DEVELOPERS    SUPPORT    CONTACT

# Media Identification

Audible Magic's Media Identification service enables you to identify, measure, and monetize digital assets in all their forms with the most trusted and accurate content identification technology on the market.



## Development Tools for most Operating Environments

The solution consists of a software Application Programming Interface (API) library, a reference database and a reference content submission process. Audible Magic provides a Software Development Kit (SDK) for iOS, OS X, Android, Linux (32 & 64 bit), and Windows, allowing developers across multiple platforms to easily integrate the technology.  Audible Magic's SDK has additionally been ported to custom hardware and OS platforms.

USE CASES    PRODUCTS & SERVICES    ABOUT    DEVELOPERS    SUPPORT    CONTACT

# Media Synchronization

Audible Magic's Media Synchronization services enable smart devices and applications to synchronize app events or user interactions to audio captured through a microphone or internal digital signal processor.



## Synchronize & Engage

Synchronizing an unknown audio signal to an annotated set of reference fingerprints allows for triggering and tracking of time-based activities, enabling a wide range of exciting applications for interactive user engagement, including interactive advertising, social engagement and user personalization.

USE CASES     PRODUCTS & SERVICES     ABOUT     DEVELOPERS     SUPPORT     CONTACT

# RepliCheck

RepliCheck is a Microsoft Windows software application that analyzes media to identify copyrighted works to reduce the risk of replicating pirated content. It quickly scans a CD, DVD, Blu-ray or disk-based file for copyrighted music, movies, TV and software and identifies the owner of that content.

Contact Us For More Information

## Benefits:

- Fast — Less than 5 minutes per CD, DVD or Blu-ray
- Automatic Documentation — The system provides automated reporting
- Accurate — Better than 99% correct identifications and with no false positives
- Extensive — Database contains over 12 million copyrighted songs, videos and software titles
- Versatile — Identifies all common audio CD formats
- Reliable — Guarantees fast, reliable service 24 hours a day
- Peerless — The core technology is protected by several patents
- Recognized — The Worldwide Anti-Piracy Compliance Program of the Content Delivery and Storage Association (CDSA) recognizes RepliCheck for its effectiveness

## Copyright Is Everyone's Responsibility

The governing bodies of the music, movie/television and software industries are committed to defending artist and software publisher rights and are vigilant in tracking down replicators who engage in piracy. RepliCheck can help your company demonstrate commitment to copyright protection. The only safe way to verify the content being replicated is to identify each title before pressing, and cross-reference it against the appropriate license documentation. But it is almost impossible for a human to have the knowledge base to identify the songs and software on every CD.