IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § § § | |
| *Plaintiff*, | § | Civil Action No. 12-CV-499-MHS |
| v. | § § | LEAD CASE |
| TEXAS INSTRUMENTS, INC., *et al.*, | § § | JURY TRIAL DEMANDED |
| *Defendants*. | § § | |

**ORDER GRANTING BLUE SPIKE LLC'S MOTION TO DISMISS
SHAZAM ENTERTAINMENT LTD.'S COUNTERCLAIM**

On this day came for consideration Blue Spike, LLC's ("Blue Spike's") Motion to Dismiss Defendant Shazam Entertainment Ltd.'s ("Defendant's") Counterclaim for Violation of the Lanham Act (Dkt 1397) in the above-captioned proceeding pursuant to Federal Rules of Civil Procedure 12(b)(6). Having considered both Blue Spike's motion and supporting papers, and Defendant's opposition and supporting papers, the Court is of the opinion that said motion should be GRANTED as the actions of Blue Spike do not constitute a violation of Title 15 U.S.C. §1125(a), including statements Blue Spike made as follows:



1

Dkt. 1397-1 (Shazam's Amended Answer and Counterclaim, Ex. A).

IT IS HEREBY ORDERED that Counterdefendant Blue Spike, LLC's Motion to Dismiss is hereby granted pursuant to Federal Rules of Civil Procedure 12(b)(6).

IT IS SO ORDERED.