**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| Blue Spike, LLC, | § | |
| | § | Civil Action No. 6:12-cv-499-MHS |
| | § | **(Lead case for Consolidation Issues)** |
| v. | § | Jury Trial Demanded |
| | § | |
| Texas Instruments, Inc., | § | |

## JOINT MOTION TO AMEND SCHEDULING AND DISCOVERY ORDERS
## [DKT. NOS. 1331 AND 1332]

The undersigned Supplier/Independent Defendants and Customer Defendants ("Defendants") and Plaintiff Blue Spike, LLC file this Joint Motion to Amend the Scheduling and Discovery Orders in their respective matters and respectfully request that the Court extend the following deadlines:

| | **New Date** | **Previous Date** |
|---|---|---|
| Deadline to serve invalidity contentions (P.R. 3-3 and 3-4) | May 15, 2014 | May 1, 2014 |
| Deadline to exchange proposed terms for construction (P.R. 4-1) | June 6, 2014 | May 23, 2014 |
| Deadline to Exchange Preliminary Claim Construction and Extrinsic Evidence (P.R. 4-2) | June 27, 2014 | June 13, 2014 |

The requested amendment is sought in the interest of justice and not for the purpose of delay. A proposed Order granting this motion is attached for the Court's convenience.

Dated: April 24, 2014                    Respectfully submitted by,

*/s/ Randall T. Garteiser, with permission by*
*Michael E. Jones*
Randall T. Garteiser
Lead Attorney
Texas Bar No. 24038912
rgarteiser@ghiplaw.com
Christopher A. Honea

Texas Bar No. 24059967
chonea@ghiplaw.com
Christopher S. Johns
Texas Bar No. 24044849
cjohns@ghiplaw.com
GARTEISER HONEA, P.C.
218 North College Avenue
Tyler, Texas 75702
(903) 705-0828
(888) 908-4400 Fax

Kirk J. Anderson
California Bar No. 289043
Peter S. Brasher
California Bar No. 283992
GARTEISER HONEA, P.C.
44 North San Pedro Road
San Rafael, California 94903
(415) 785-3762
(415) 785-3805 fax

*Counsel for Blue Spike, LLC.*

*/s/ Joshua R. Furman, with permission by Michael E. Jones*
Josh A. Krevitt
(NY Bar No. 2568228)
Benjamin Hershkowitz
(NY Bar No. 2600559)
R. Scott Roe
(NY Bar No. 4480224)
Joshua Furman
(NY Bar No. 4612255)
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
Ph. 212.351.4000
Fax: 212.351.6210
jkrevitt@gibsondunn.com
bhershkowitz@gibsondunn.com
jfurman@gibsondunn.com
sroe@gibsondunn.com

Michael E. Jones
SBN: 10929400
mikejones@potterminton.com

Allen F. Gardner
SBN: 24043679
allengardner@potterminton.com
Daniel A. Noteware, Jr.
SBN: 24051123
dannynoteware@potterminton.com
Potter Minton, PC
110 North College, Suite 500
Tyler, Texas 75702
Tel: 903-597-8311
Fax: 903-593-0846

*Counsel for Defendant*
*Shazam Entertainment Limited*

*/s/ Daniel Johnson, Jr., with permission by*
*Michael E. Jones*
C. Erik Hawes (TX Bar No. 24042543)
Email: ehawes@morganlewis.com
Thomas R. Davis (TX Bar No. 24055384)
Email: tdavis@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1000 Louisiana Street, Suite 4000
Houston, Texas 77002
(713) 890-5000 Telephone
 (713) 890-5001 Facsimile

Daniel Johnson, Jr. (Admitted *Pro Hac Vice*)
Email: djjohnson@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1000 Telephone
(415) 442-1001 Facsimile

*Attorneys for Defendants MorphoTrust USA, Inc.,*
*L-1 Identity Solutions, Inc., MorphoTrak, Inc.,*
*Safran USA, Inc.*

*/s/ Eric H. Findlay, with permission by*
*Michael E. Jones*
Eric H. Findlay (Texas Bar No. 00789886)
Walter W. Lackey, Jr. (Texas Bar No. 24050901)
FINDLAY CRAFT, P,C,
102 N. College Ave., Suite 900
Tyler, TX 75702

Telephone: (903) 534-1100
Facsimile: (903) 534-1137
efindlay@findlaycraft.com
wlackey@findlaycraft.com

I. Neel Chatterjee (admitted E.D. Texas)
Gabriel M. Ramsey (admitted E.D. Texas)
ORRICK, HERRINGTON & SUTCLIFFE, LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 614-7400
Facsimile: (650) 614-7401
gramsey@orrick.com
nchatterjee@orrick.com

Alyssa M. Caridis (admitted E.D. Texas)
ORRICK, HERRINGTON & SUTCLIFFE, LLP
777 S. Figueroa St.
Suite 3200
Los Angeles, CA 90017
Telephone: (213) 629-2020
Facsimile: (213) 612-2499
acaridis@orrick.com

Christopher J. Higgins
ORRICK, HERRINGTON & SUTCLIFFE, LLP
1152 15th Street, N.W.
Washington, DC 20005-1706
Telephone: (202) 339-8400
Facsimile: (202) 339-8500
chiggins@orrick.com

*Attorneys for Defendants Audible Magic, Corp.,
Facebook, Inc., Myspace LLC, Specific Media LLC,
Photobucket.com, Inc., DailyMotion, Inc.,
DailyMotion S.A., SoundCloud, Inc., SoundCloud
Ltd., Myxer, Inc., Qlipso, Inc., Qlipso Media
Networks, Ltd., Yap.tv, Inc., GoMiso, Inc., iMesh,
Inc., Metacafe, Inc., Boodabee Technologies, Inc.,
Zedge Holdings, Inc., Brightcove Inc.,
Coincident.TV, Inc., Accedo Broadband North
America, Inc., Accedo Broadband AB, MediaFire,
LLC, WiOffer LLC, and Harmonix Music Systems,
Inc.*

<u>/s/ Andrew P. Valentine, with permission by
Michael E. Jones</u>
Andrew P. Valentine (*Pro Hac Vice*)
DLA PIPER LLP (US)
2000 University Ave.
East Palo Alto, CA 94303
Telephone: 650.833.2000
Facsimile: 650.833.2001
andrew.valentine@dlapiper.com

John Guaragna
DLA PIPER LLP (US)
401 Congress Avenue
Suite 2500
Austin, TX 78701-3799
Telephone: 512.457.7125
Facsimile: 512.721.2325
john.guaragna@dlapiper.com

Dawn M. Jenkins
State Bar No. 24074484
DLA PIPER LLP (US)
1000 Louisiana, Suite 2800
Houston, TX 77002
Telephone: 713.425.8400
Facsimile: 713.425.8401
dawn.jenkins@dlapiper.com

*Attorneys for Defendants
Irdeto USA, Inc. and Irdeto B.V.*

<u>/s/ Edward R. Reines, with permission by
Michael E. Jones</u>
Edward R. Reines
Cal. Bar No. 135960 – Admitted to E.D. Texas
Lead Attorney
edward.reines@weil.com
Byron Beebe
Cal. Bar No. 235179 – Admitted to E.D. Texas
byron,beebe@weil.com
Andrew L. Perito
Cal. Bar No. 269995 – Admitted to E.D. Texas
andrew.perito@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065

Telephone: (650) 802-3000
Facsimile: (650) 802-3100

*Attorneys for Defendants Last.fm Ltd.*
*and CBS Interactive Inc.*

*/s/ Kristin L. Cleveland, with permission by*
*Michael E. Jones*
Kristin L. Cleveland
OR State Bar No. 001318 (admitted E.D. Texas)
kristin.cleveland@klarquist.com
Kristen L. Reichenbach (OR State Bar No. 115858)
kristen.reichenbach@klarquist.com
John D. Vandenberg (OR State Bar No. 893755)
john.vandenberg@klarquist.com
121 SW Salmon Street, Suite 1600
Portland, OR 97204
Telephone: (503) 595-5300
Facsimile: (503) 595-5301

Eric H. Findlay (Texas Bar No. 00789886)
Walter W. Lackey, Jr. (Texas Bar No. 24050901)
FINDLAY CRAFT, P,C,
102 N. College Ave., Suite 900
Tyler, TX 75702
Telephone: (903) 534-1100
Facsimile: (903) 534-1137
efindlay@findlaycraft.com
wlackey@findlaycraft.com

*Attorneys for Defendant Attributor Corporation*

*/s/ Eric H. Findlay, with permission by*
*Michael E. Jones*
Eric H. Findlay (Texas Bar No. 00789886)
Walter W. Lackey, Jr. (Texas Bar No. 24050901)
FINDLAY CRAFT, P,C,
102 N. College Ave., Suite 900
Tyler, TX 75702
Telephone: (903) 534-1100
Facsimile: (903) 534-1137
efindlay@findlaycraft.com
wlackey@findlaycraft.com

Jordan A. Sigale
Christopher Swickhamer

LOEB & LOEB LLP
321 North Clark Street, Suite 2300
Chicago, IL 60654
Telephone: 312-464-3109
Facsimile: 312-276-8375
Email: jsigale@loeb.com
Email: cswickhamer@loeb.com

*Attorneys for Defendant Viggle, Inc.*

*/s/ Teresa M. Corbin, with permission by*
*Michael E. Jones*
Teresa M. Corbin
Teresa M. Corbin, CA Bar No. 132360
(Admitted E.D. Texas)
Bryan A. Kohm, CA Bar No. 233276
(Admitted E.D. Texas)
David Lacy Kusters, CA Bar No. 241335
(Admitted E.D. Texas)
Fenwick & West LLP
555 California Street, 12th Floor
San Francisco, California 94104
Telephone: (415) 874-2300
Facsimile: (415) 281-1350

Darren E. Donnelly, CA Bar No. 194335
(Admitted E.D. Texas)
Fenwick & West LLP
Silicon Valley Center
801 California Street
Mountain View, California 94041
Telephone: (650) 955-8500
Facsimile: (650) 983-5200

*Attorneys for Defendants*
*AOptix Technologies, Inc.;*
*Infinisource, Inc.; Qqest Software Systems, Inc.;*
*SMRTV, Inc.; and The Nielsen Company (US) LLC*

*/s/ Steven J. Corr, with permission by*
*Michael E. Jones*
Tharan Greg Lanier (admitted E.D. Texas)
California Bar No. 138784
Jones Day
1755 Embarcadero Road
Palo Alto, CA 94303

Telephone: (650) 739-3939
Facsimile: (650) 739-3900
tglanier@jonesday.com

Steven J. Corr (admitted E.D. Texas)
California Bar No. 216243
Jones Day
555 S. Flower Street
Los Angeles, CA 90278
Telephone: (213) 243-2327
Facsimile: (213) 243-2539
sjcorr@jonesday.com

*Attorneys for Defendants The Nielsen
Company (US) LLC*

*/s/ Ryan K. Yagura, with permission by
Michael E. Jones*
Ryan K. Yagura - TX S.B. #240755933
ryagura@omm.com - CA S.B. #197619
Nicholas J. Whilt
nwhilt@omm.com – CA S.B. #247738
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

Sarah A. Pfeiffer
spfeiffer@omm.com – CA S.B. #278205
O'Melveny & Myers LLP
610 Newport Center Drive
Newport Beach, California 92660
Telephone: (949) 823-6900
Facsimile: (949) 823-6994

*Attorneys for Clear Channel Broadcasting, Inc.*

*/s/ Robert F. Kramer, with permission by
Michael E. Jones*
Robert F. Kramer
CA Bar No. 181706 (admitted E.D. Tex.)
C. Gideon Korrell
CA Bar No. 284890 (admitted E.D. Tex.)
DENTONS US, LLP

1530 Page Mill Road, Suite 200
Palo Alto, CA 94304
Tel: (650) 798-0300
Fax: (650) 798-0310
robert.kramer@dentons.com
gideon.korrell@dentons.com

*Counsel for Defendant 3M Cogent, Inc.*

*/s/ Jo Dale Carothers, with permission by*
*Michael E. Jones*
Alan H. Blankenheimer
ablankenheimer@cov.com
Jo Dale Carothers
jcarothers@cov.com
COVINGTON & BURLING LLP
9191 Towne Centre Drive, 6th Floor
San Diego, CA 92122-1225
Tel: 858-678-1800
Fax: 858-678-1600

Michael E. Jones
SBN: 10929400
Potter Minton, PC
110 N. College, Suite 500
Tyler, Texas 75702
Tel: 903-597-8311
Fax: 903-593-0846
mikejones@potterminton.com

*Attorneys for Defendant*
*Entropic Communications, Inc.*

*/s/ Michael A. Molano, with permission by*
*Michael E. Jones*
Michael A. Molano (*pro hac vice*)
Ward Johnson (*pro hac vice*)
MAYER BROWN LLP
3000 El Camino Real
Palo Alto, CA 94306-2112
Phone: (650) 331-2000
Fax: (650) 331-2060
Email: wjohnson@mayerbrown.com
Email: mmolano@mayerbrown.com

Kyle E. Friesen
Texas Bar No. 24061954
MAYER BROWN LLP
700 Louisiana Street, Suite 3400
Houston, Texas 77002-2730
Phone: (713) 238-2691
Fax: (713) 238-4691
Email: kfriesen@mayerbrown.com

*Counsel for Defendants*
*Civolution USA, Inc. and Civolution B.V.*

*/s/ Dwayne K. Goetzel, with permission by*
*Michael E. Jones*
Eric B. Meyertons
Texas State Bar No. 14004400
Dwayne K. Goetzel
Texas State Bar No. 08059500
Ryan T. Beard
Texas State Bar No. 24012264
MEYERTONS, HOOD, KIVLIN,
KOWERT & GOETZEL, P.C.
1120 S. Capital of Texas Hwy.
Building 2, Suite 300
Austin, Texas 78746
(512) 853-8800 (telephone)
(512) 853-8801 (facsimile)

*Attorneys for Defendants*
*Cognitec Systems Corp. and Cognitec*
*Systems gmbh*

*/s/ Eric H. Findlay, with permission by*
*Michael E. Jones*
Eric H. Findlay (Texas Bar No. 00789886)
Walter W. Lackey, Jr. (Texas Bar No. 24050901)
FINDLAY CRAFT, P,C,
102 N. College Ave., Suite 900
Tyler, TX 75702
Telephone: (903) 534-1100
Facsimile: (903) 534-1137
efindlay@findlaycraft.com
wlackey@findlaycraft.com

Marc N. Henschke (admitted E.D. Texas)
Foley & Lardner LLP

111 Huntington Ave
Suite 2600
Boston, MA 02199
Phone: 617.342.4000
Fax: 617.342.4001
mhenschke@foley.com

*Attorneys for Defendants*
*iPharro Media, Inc. and iPharro Media, GmbH*

*/s/ David A. Jakopin, with permission by*
*Michael E. Jones*
Samuel E. Stubbs (TX Bar No. 19434500)
sam.stubbs@pillsburylaw.com
Pillsbury Winthrop Shaw Pittman LLP
2 Houston Center
909 Fannin, Suite 2000
Houston, TX 77010-1018
Phone: 713.276.7600
Fax: 281.276.7673

David A. Jakopin (CA Bar # 209950)
david.jakopin@pillsburylaw.com
Keren Hu (CA Bar # 252725)
keren.hu@pillsburylaw.com
Pillsbury Winthrop Shaw Pittman LLP
2550 Hanover Street
Palo Alto, CA 94304-1114
Phone: 650.233.4500
Fax: 650.233.4545

*Attorneys for Vobile, Inc.*

*/s/ Reid Eric Dammann, with permission by*
*Michael E. Jones*
Reid Eric Dammann, Esq. (*Admitted Pro Hac Vice*)
MUSICK PEELER LLP
One Wilshire Boulevard, Suite 2000
Los Angeles, California 90017
Telephone: (213) 629-7600
Facsimile: (213) 624-1376
r.dammann@mpglaw.com

*Attorney for Defendant*
*Airborne Biometrics Group, Inc.*

*/s/ G. William Foster, with permission by*
*Michael E. Jones*
Russell E. Levine, P.C.
G. William Foster
KIRKLAND & ELLIS LLP
300 N. LaSalle St.
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
russell.levine@kirkland.com
billy.foster@kirkland.com

Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, LLP
303 S. Washington Ave.
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
melissa@gillamsmithlaw.com

*Counsel for Precise Biometrics, Inc. and Precise*
*Biometrics AB*

*/s/ Eric H. Findlay, with permission by*
*Michael E. Jones*
Eric H. Findlay (Texas Bar No. 00789886)
Walter W. Lackey, Jr. (Texas Bar No. 24050901)
FINDLAY CRAFT, P,C,
102 N. College Ave., Suite 900
Tyler, TX 75702
Telephone: (903) 534-1100
Facsimile: (903) 534-1137
efindlay@findlaycraft.com
wlackey@findlaycraft.com

*Attorneys for Defendants BMAT Licensing, S.L.,*
*M2SYS, LLC, Iritech, Inc., Futronic Technology*
*Co., Ltd., NEUROtechnology, and Fulcrum*
*Biometrics, LLC*

*/s/ Melissa R. Smith, with permission by*
*Michael E. Jones*
Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, L.L.P.

303 S. Washington Ave.
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
melissa@gillamsmithlaw.com

Anthony L. Meola (#7101)
THE MEOLA FIRM, PLLC
2500 Westchester Avenue
Suite 210
Purchase, New York 10577
T. (914) 825-1039
F: (866) 865-8362
E: ameola@themeolafirm.com

*Attorneys for Defendants*
*Speechpro, Inc. and Speech Technology Center, LLC*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on April 24, 2014.

<i>/s/ Michael E. Jones</i>_____