**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| Blue Spike, LLC, § | |
| § | Civil Action No. 6:12-cv-499-MHS |
| § | **(Lead case for Consolidation Issues)** |
| v. § | Jury Trial Demanded |
| § | |
| Texas Instruments, Inc., § | |

**ORDER GRANTING JOINT MOTION TO AMEND
SCHEDULING AND DISCOVERY ORDERS
[DKT. NOS. 1331 AND 1332]**

Before the Court is the parties' Joint Motion to Amend the Scheduling and Discovery Orders. The Court finds that said Joint Motion is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED that the following deadlines from the Court's Scheduling and Discovery Orders (Dkt. Nos. 1331 and 1332) shall be modified accordingly:

| | **New Date** | **Previous Date** |
|---|---|---|
| Deadline to serve invalidity contentions (P.R. 3-3 and 3-4) | May 15, 2014 | May 1, 2014 |
| Deadline to exchange proposed terms for construction (P.R. 4-1) | June 6, 2014 | May 23, 2014 |
| Deadline to Exchange Preliminary Claim Construction and Extrinsic Evidence (P.R. 4-2) | June 27, 2014 | June 13, 2014 |