# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC,<br>*Plaintiff,*<br>v.<br>Texas Instruments, Inc., et al.,<br>*Defendants.* | § § § § § § § § | CASE NO. 6:12-cv-499 MHS<br>LEAD CASE<br>Jury Trial Demanded |
| Blue Spike, LLC,<br>*Plaintiff,*<br>v.<br>Accu-Time Systems, Inc.<br>*Defendant.* | § § § § § § § § | CASE NO. 6:13-cv-37 MHS<br>CONSOLIDATED CASE<br>Jury Trial Demanded |

**ORDER OF DISMISSAL WITH PREJUDICE OF ACCU-TIME SYSTEMS, INC.**

Pursuant to Fed. R. Civ. P. 41(a), recognizing the Agreed Motion to Dismiss filed by Plaintiff Blue Spike, LLC and Defendant Accu-Time Systems, Inc., it is ordered as follows:

**ORDERED** that the claims asserted herein by Plaintiff Blue Spike, LLC against Defendant Accu-Time Systems, Inc. be, and hereby are, dismissed with prejudice.

**ORDERED** that the counterclaims and defenses asserted herein by Defendant Accu-Time Systems, Inc. against Plaintiff Blue Spike, LLC be, and hereby are, dismissed with prejudice;

**ORDERED** that the parties shall bear their own attorney's fees, expenses and costs="cpf

""""""""""""QTFGTGF "yj cvF ghepf cpvu"o qvkqp"vq"f kuo kuu"*Fqe0P q0322; +"ku"FGP KGF "cu"o qqv0"

 SIGNED this 29th day of April, 2014.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE