## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § | |
| *Plaintiff,* | § | CASE NO. 6:12-cv-499 MHS |
| | § | LEAD CASE |
| v. | § | Jury Trial Demanded |
| Texas Instruments, Inc., et al., | § | |
| *Defendants.* | § | |
| | § | |
| Blue Spike, LLC, | § | |
| *Plaintiff,* | § | CASE NO. 6:13-cv-109 |
| | § | CONSOLIDATED CASE |
| v. | § | Jury Trial Demanded |
| Amano Cincinnati, Inc. | § | |
| *Defendant.* | § | |

### ORDER OF DISMISSAL WITH PREJUDICE OF AMANO CINCINNATI, INC.

Pursuant to Fed. R. Civ. P. 41(a), recognizing the Agreed Motion to Dismiss filed by Plaintiff Blue Spike, LLC and Defendant Amano Cincinnati, Inc., it is ordered as follows:

**ORDERED** that the claims asserted herein by Plaintiff Blue Spike, LLC against Defendant Amano Cincinnati, Inc. be, and hereby are, dismissed with prejudice.

**ORDERED** that the counterclaims and defenses asserted herein by Defendant Amano Cincinnati, Inc. against Plaintiff Blue Spike, LLC be, and hereby are, dismissed with prejudice;

**ORDERED** that the parties shall bear their own attorney's fees, expenses and costs; and

ORDERED that the Defendant's motion to dismiss (Doc. No. 1011) is DENIED as moot.

**SIGNED this 29th day of April, 2014.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE