**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| Blue Spike, LLC, | § | |
| | § | |
| *Plaintiff,* | § | CASE NO. 6:12-cv-499 MHS |
| | § | |
| v. | § | LEAD CASE |
| | § | |
| Texas Instruments, Inc., et al., | § | Jury Trial Demanded |
| | § | |
| *Defendants.* | § | |

| | | |
|---|---|---|
| Blue Spike, LLC, | § | |
| | § | |
| *Plaintiff,* | § | CASE NO. 6:12-CV-608 MHS |
| | § | |
| v. | § | CONSOLIDATED CASE |
| | § | |
| ZK Software Biometric Identification | § | Jury Trial Demanded |
| Technology Co., Ltd. and ZK Technology, | § | |
| LLC, | § | |
| | § | |
| *Defendants.* | | |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), recognizing the Agreed Motion to Dismiss filed by Plaintiff Blue Spike, LLC and Defendants ZK Software Biometric Identification Technology Co., Ltd. and ZK Technology, LLC ("ZK Teco") pursuant to a settlement of the above-captioned litigation between the parties, it is ordered as follows:

**ORDERED** that the claims asserted herein by Plaintiff Blue Spike, LLC against ZK Teco be, and hereby are, dismissed with prejudice; that the counterclaims and defenses asserted herein by ZK Teco against Plaintiff Blue Spike, LLC be, and hereby are, dismissed with prejudice; and that the parties shall bear their own attorney's fees, expenses and costs.

**SIGNED this 29th day of April, 2014.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE