# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC | § |
| | § |
| v. | § Case No. 6:12-cv-499 |
| | § |
| TEXAS INSTRUMENTS, INC. | § |

## ORDER REFERRING CASE TO MAGISTRATE

Pursuant to 28 U.S.C. § 636, the Court hereby refers the above styled causes of action to the Hon. Judge Caroline M. Craven for all pretrial proceedings.

It is **SO ORDERED**.

**SIGNED** this 29th day of April, 2014.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE