**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| **BLUE SPIKE, LLC,**<br><br>*Plaintiff,*<br><br>v.<br><br>**TEXAS INSTRUMENTS, INC.,** *et al.*<br><br>*Defendants.* | **CONSOLIDATED CIVIL ACTION NO. 6:12-CV-00499-LED**<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW COUNSEL AS ATTORNEY OF RECORD

Before the Court is Defendants iPharro Media GmbH's and iPharro Media, Inc.'s (collectively, "iPharro's") Unopposed Motion to Withdraw Marc N. Henschke, Esq. as attorney of record. It is hereby ORDERED that iPharro's Unopposed Motion to Withdraw Marc N. Henschke, Esq. as attorney of record is GRANTED.

**SIGNED this 1st day of May, 2014.**

*/s/ Caroline M. Craven*
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE

4829-7337-7817.1