# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>　　Plaintiff,<br>v.<br><br>TEXAS INSTRUMENTS, INC.,<br><br>　　Defendant. | Case No. 6:12-cv-00499-LED<br><br>**LEAD CASE** |
| BLUE SPIKE, LLC,<br><br>　　Plaintiff,<br>v.<br><br>AUDIBLE MAGIC CORPORATION, *et al.*,<br><br>　　Defendants. | Case No. 6:12-cv-00576-LED<br>(*Consolidated and closed with* 6:12-cv-00499-LED) |
| BLUE SPIKE, LLC,<br><br>　　Plaintiff,<br>v.<br><br>ZEITERA, LLC, *et al.*,<br><br>　　Defendants. | Case No. 6:12-cv-00568-LED<br>(*Consolidated and closed with* 6:12-cv-00499-LED) |
| BLUE SPIKE, LLC,<br><br>　　Plaintiff,<br>v.<br><br>WIOFFER, LLC<br><br>　　Defendants. | Case No. 6:12-cv-00570-LED<br>(*Consolidated and closed with* 6:12-cv-00499-LED) |

**ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS ATTORNEYS OF RECORD AND TERMINATE ELECTRONIC NOTIFICATIONS**

Before the Court is Defendants Photobucket.com, Inc., Qlipso, Inc., Qlipso Media Networks Ltd., Zedge Holdings, Inc., Mediafire, LLC., Dailymotion, Inc., Dailymotion S.A., GoMiso, Inc, iMesh, Inc., Coincident.TV, Inc., Audible Magic Corporation, Facebook, Inc., MySpace, LLC, Specific Media, LLC, Yap.tv, Inc., Metacafe, Inc., Boodabee Technologies Inc., Harmonix Music Systems, Inc., Brightcove, Inc., Accedo Broadband AB, Accedo Broadband NA, Inc., Soundcloud, Inc., Soundcloud Ltd., Related Content Database, Inc. *doing business as* Watchwith, and WiOffer, LLC's (collectively "Defendants")  Motion to Withdraw Chris R. Ottenweller and Bas de Blank as attorneys of record.  It is hereby ORDERED that Defendants' Motion to is GRANTED.

It is therefore ORDERED that Chris R. Ottenweller and Bas de Blank be and are hereby withdrawn as Counsel for Defendants.

IT IS FURTHER ORDERED that electronic notices sent in this case to Chris R. Ottenweller and Bas de Blank terminate effective the date of this Order.

**SIGNED this 1st day of May, 2014.**

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE