# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, § | | |
| § | | |
| Plaintiff, § | Civil Action No. 6:12-cv-499 | |
| § | | |
| v. § | Consolidated Case | |
| § | | |
| TEXAS INSTRUMENTS, INC.. § | | |
| § | | |
| Defendant. § | | |

| | | |
|---|---|---|
| BLUE SPIKE, LLC, § | | |
| § | | |
| Plaintiff, § | Civil Action No. 6:12-cv-557 | |
| § | | |
| v. § | JURY TRIAL DEMANDED | |
| § | | |
| CIVOLUTION USA, INC. and § | | |
| CIVOLUTION B.V., § | | |
| § | | |
| Defendants. § | | |

## DEFENDANTS CIVOLUTION USA, INC. AND CIVOLUTION B.V.'S
## NOTICE OF COMPLIANCE

Pursuant to Local Rule CV-26(c), Defendants Civolution USA, Inc. and Civolution B.V. ("Civolution") hereby provide notice that on May 1, 2014, they served on Plaintiff Blue Spike, LLC, Civolution's initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) and Paragraph II.2. of the Scheduling and Discovery Order (Supplier/Independent Defendants) (Dkt. No. 1332).

Dated: May 1, 2014          Respectfully submitted,

<u>/s/ Michael A. Molano</u>
<u>w/ permission by Kyle E. Friesen</u>
Michael A. Molano (*pro hac vice*)
Ward Johnson (*pro hac vice*)
MAYER BROWN LLP
3000 El Camino Real
Palo Alto, CA 94306-2112
Phone: (650) 331-2000
Fax: (650) 331-2060
Email: wjohnson@mayerbrown.com
Email: mmolano@mayerbrown.com

Kyle E. Friesen
Texas Bar No. 24061954
Quinncy N. McNeal
Texas Bar No. 24074690
MAYER BROWN LLP
700 Louisiana Street, Suite 3400
Houston, Texas 77002-2730
Phone: (713) 238-2691
Fax: (713) 238-4691
Email: kfriesen@mayerbrown.com
Email: qmcneal@mayerbrown.com

COUNSEL FOR DEFENDANT
CIVOLUTION USA, INC.

## CERTIFICATE OF SERVICE

On the 1st day of May, 2014, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Eastern District of Texas, using the electronic case filing system of the court.  I hereby certify that I have served all counsel and/or *pro se* parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5.

*/s/ Kyle E. Friesen*
Kyle E. Friesen