# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC,<br><br>　　*Plaintiff*,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC.<br><br>　　*Defendants*.<br>_____ | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 6:12-CV-499-LED<br><br>(LEAD CASE)<br><br>JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC,<br><br>　　*Plaintiff*,<br><br>v.<br><br>AUDIBLE MAGIC CORPORATION, ET AL.<br><br>　　*Defendants*.<br>_____ | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 6:12-CV-576-LED<br><br>(CONSOLIDATED WITH 6:12-CV-499)<br><br>JURY TRIAL DEMANDED |

## **FACEBOOK'S NOTICE OF COMPLIANCE**

Pursuant to L.R. CV-26(c) and the Court's Scheduling Order for Suppliers and Independent Defendants (Dkt. 1332), Defendant Facebook, Inc. hereby files this Notice confirming that it has complied with said Order and served Blue Spike with the disclosures required under the Order and Federal Rule of Civil Procedure 26(a)(1) on May 1, 2014.

Date:  May 1, 2014

Respectfully submitted,

/s/Orion Armon_____

Deron Dacus (Texas Bar No. 00790553)
The Dacus Firm, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701

Heidi L. Keefe (CA Bar 178960)
Mark R. Weinstein (CA Bar 193043)
COOLEY LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Phone:  (650) 843-5000
Fax:     (650) 857-0663
hkeefe@cooley.com
mweinstein@cooley.com

Orion Armon (CO Bar No. 34923)
Sara J. Radke (*pro hac vice*)
Janna K. Fischer (*pro hac vice*)
COOLEY LLP
380 Interlocken Crescent, Suite 900
Broomfield, CO  80021
Tel:   (720) 566-4000
Fax:  (720) 566-4099
oarmon@cooley.com
sradke@cooley.com
jfischer@cooley.com

*Attorneys For Defendant*
*Facebook, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served electronically on opposing counsel pursuant to Local Rule CV-5(c) on May 1, 2014.

*/s/ Orion Armon*
Orion Armon

106564721 v1