# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Case No. 6:12-CV-499-MHS |
| § | LEAD CASE |
| CLEAR CHANNEL BROADCASTING, INC., § | |
| § | Case No. 6:12-CV-595-MHS |
| Defendant. § | CONSOLIDATED CASE |
| § | |
| § | |
| § | |

## DEFENDANT CLEAR CHANNEL BROADCASTING, INC.'S
## NOTICE OF COMPLIANCE

Pursuant to the Court's March 6, 2014 Scheduling and Discovery Order [Dkt. 1332], Defendant Clear Channel Broadcasting, Inc. hereby files this Notice of Compliance regarding service of its Initial Disclosures pursuant to Fed. R. Civ. P. 26(A)(1) upon Plaintiff's counsel Randall T. Garteiser via electronic mail on today's date.

Dated: May 1, 2014　　　　　　　　　　　　　/s/ Ryan K. Yagura

　　　　　　　　　　　　　　　　　　　　　Ryan K. Yagura
　　　　　　　　　　　　　　　　　　　　　ryagura@omm.com  - TX S.B. #240755933
　　　　　　　　　　　　　　　　　　　　　Nicholas J. Whilt
　　　　　　　　　　　　　　　　　　　　　nwhilt@omm.com – CA S.B. #247738
　　　　　　　　　　　　　　　　　　　　　O' MELVENY & MYERS LLP
　　　　　　　　　　　　　　　　　　　　　400 South Hope Street
　　　　　　　　　　　　　　　　　　　　　Los Angeles, California 90071-2899
　　　　　　　　　　　　　　　　　　　　　Telephone:  (213) 430-6000
　　　　　　　　　　　　　　　　　　　　　Facsimile:  (213) 430-6407

　　　　　　　　　　　　　　　　　　　　　Sarah A. Pfeiffer
　　　　　　　　　　　　　　　　　　　　　spfeiffer@omm.com – CA S.B. #278205
　　　　　　　　　　　　　　　　　　　　　O'MELVENY & MYERS LLP
　　　　　　　　　　　　　　　　　　　　　610 Newport Center Drive
　　　　　　　　　　　　　　　　　　　　　Newport Beach, California 92660
　　　　　　　　　　　　　　　　　　　　　Telephone:  (949) 823-6900
　　　　　　　　　　　　　　　　　　　　　Facsimile:  (949) 823-6994

　　　　　　　　　　　　　　　　　　　　　*Attorneys for Clear Channel Broadcasting, Inc.*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on May 1, 2014, all counsel of record who have consented to electronic service were served with a copy of this document via the Court's ECF system, pursuant to Local Rule CV-5(a)(3).

                                            */s/ Ryan K. Yagura*
                                            Ryan K. Yagura