# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, <br> Plaintiff, <br> vs. <br> TEXAS INSTRUMENTS, INC. et al., <br> Defendants. | § § § § § § § § § § | Civil Action No. 6:12-CV-499 <br><br> (LEAD CASE) <br><br> JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC, <br> Plaintiff, <br> vs. <br> CBS CORP., and <br> LAST.FM LTD., <br> Defendants. | § § § § § § § § § § § § | Civil Action No. 6:12-CV-594 <br><br> (CONSOLIDATED WITH 6:12-CV-499) <br><br> JURY TRIAL DEMANDED |

## NOTICE OF COMPLIANCE

Pursuant to this Court's Scheduling and Discovery Order dated March 6, 2014 (Dkt. No. 1332), Defendant Last.fm hereby files this Notice confirming that it has complied with said Order regarding providing initial disclosures on May 1, 2014.

May 1, 2014                                                        Respectfully submitted,

                                                           */s/ Byron Beebe*
Edward R. Reines
Cal. Bar No. 135960 – Admitted to E.D. Texas
Lead Attorney
edward.reines@weil.com
Byron Beebe
Cal. Bar No. 235179 – Admitted to E.D. Texas
byron,beebe@weil.com
Andrew L. Perito
Cal. Bar No. 269995 – Admitted to E.D. Texas
andrew.perito@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

**Attorneys for Defendants Last.fm Ltd.**

-3-

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served electronically on opposing counsel pursuant to Local Rule CV-5(a)(3)(A) on May 1, 2014.

*/s/ Byron Beebe*
Byron Beebe
