# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § § § | C.A. No. 6:12-cv-00499-MHS |
| *Plaintiff,* | § § | |
| v. | § § | **JURY TRIAL DEMANDED** |
| TEXAS INSTRUMENTS, INC., | § § § | |
| *Defendant.* | § § | |
| BLUE SPIKE, LLC, | § § § | |
| *Plaintiff,* | § § § | C.A. No. 6:12-cv-00500-MHS |
| v. | § § § | **(CONSOLIDATED WITH 6:12-CV-499)** **JURY TRIAL DEMANDED** |
| SHAZAM ENTERTAINMENT LTD. | § § § | |
| *Defendant.* | § | |
| SHAZAM ENTERTAINMENT LTD. | § § § | |
| *Defendant,* | § § | |
| v. | § § § | |
| BLUE SPIKE, LLC,  BLUE SPIKE, INC. and SCOTT A. MOSKOWITZ | § § § | |
| *Counterclaim Defendants.* | § § | |

## DEFENDANT'S NOTICE OF COMPLIANCE REGARDING INITIAL DISCLOSURES

Defendant Shazam Entertainment Ltd. hereby notifies the Court that it served its Initial

Disclosures on all counsel of record pursuant to Fed. R. Civ. P. 26(a)(1) and Paragraph 1 of the

Scheduling and Discovery Order [Dkt. 1332], filed with the Court on March 6, 2014, via

{LNW/09241/0001/W1175204.1 }

electronic mail on May 1, 2014.

| | |
|---|---|
| Date: May 2, 2014 | Respectfully submitted, |
| | /s/  *Michael E. Jones* |
| Josh A. Krevitt | Michael E. Jones |
| NY Bar No. 2568228 | State Bar No. 10929400 |
| jkrevitt@gibsondunn.com | mikejones@potterminton.com |
| Benjamin Hershkowitz | Allen F. Gardner |
| NY Bar No. 2600559 | State Bar No. 24043679 |
| bhershkowitz@gibsondunn.com | allengardner@potterminton.com |
| Joshua Furman | POTTER MINTON |
| NY Bar No. 4612255 | A Professional Corporation |
| jfurman@gibsondunn.com | 110 N. College, Suite 500 |
| R. Scott Roe | Tyler, TX 75702 |
| NY Bar No. 4480224 | Tel: 903.597.8311 |
| sroe@gibsondunn.com | Fax: 903.593.0846 |
| GIBSON, DUNN & CRUTCHER LLP | |
| 200 Park Avenue | |
| New York, NY 10166 | |
| Ph. 212.351.4000 | |
| Fax: 212.351.6210 | |
| | *Counsel for Defendant* |
| | *Shazam Entertainment Limited* |

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2014, a true and correct copy of the foregoing document was served on all attorneys of record who have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

    /s/ *Michael E. Jones*
    Michael E. Jones