IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
|       *Plaintiff*, | § | |
| v. | § | Civil Action No. 6:12-CV-499 |
| TEXAS INSTRUMENTS, INC., | § | (LEAD CASE) |
|       *Defendant*. | § | |
| BLUE SPIKE, LLC, | § | |
|       *Plaintiff*, | § | |
| v. | § | Civil Action No. 6:12-CV-582 |
| ACTV8, INC., | § | (CONSOLIDATED WITH 6:12-CV-499) |
|       *Defendant*. | § | |

## NOTICE OF REQUEST FOR TERMINATION OF ELECTRONIC NOTICES

The law firm of Kelley Drye & Warren LLP hereby requests that the Clerk of the Court remove Myra C. Mormile and David Yohannan from the list of persons authorized to receive electronic notices in this case pursuant to Local Rule CV-11(f).

Dated: May 2, 2014

                                      Respectfully submitted,

                                      */s/Myra Mormile*
                                      David R. Yohannan (*Pro Hac Vice*)
                                      KELLEY DRYE & WARREN LLP
                                      The Washington Harbor
                                      3050 K Street, N.W., Suite 400
                                      Washington, D.C.  20007
                                      Tel: (202) 342-8616
                                      dyohannan@kelleydrye.com

Myra C. Mormile (*Pro Hac Vice*)
KELLEY DRYE & WARREN LLP
333 W. Wacker Drive, Suite 2600
Chicago, IL 60606
Tel: (312) 857-2501
mmormile@kelleydrye.com

*Attorneys for Defendant ACTV8, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this NOTICE OF REQUEST FOR TERMINATION OF ELECTRONIC NOTICES, via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 2nd day of May, 2014.

> */s/Myra Mormile*
> Myra Mormile