IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **BLUE SPIKE, LLC** | § | **CIVIL ACTION NO. 6:12-CV-499 MHS** |
| | § | |
| Plaintiff | § | **LEAD CASE** |
| | § | |
| v. | § | |
| | § | |
| **TEXAS INSTRUMENTS, INC.,** | § | |
| | § | |
| Defendant. | § | |
| | § | |
| **BLUE SPIKE, LLC** | § | **CIVIL ACTION NO. 6:12-CV-680 MHS** |
| | § | |
| Plaintiff | § | **CONSOLIDATED CASE** |
| | § | |
| v. | § | |
| | § | |
| **L-1 IDENTITY SOLUTIONS, INC. and MORPHOTRUST USA, INC.,** | § | |
| | § | |
| Defendants. | § | |

### DEFENDANTS MORPHOTRUST USA INC. AND L-1 IDENTITY NOTICE OF COMPLIANCE REGARDING INITIAL DISCLOSURES

Defendants MorphoTrust USA Inc., now known as MorphoTrust USA, LLC, and L-1 Identity Solutions, Inc. hereby notify the Court that they served their Initial Disclosures on counsel for Blue Spike, LLC pursuant to Fed. R. Civ. P. 26(a)(1) and Paragraph 1 of the Court's March 6, 2014 Scheduling and Discovery Order [Dkt. 1332], via electronic mail on May 1, 2014.

DB2/ 25066811.1

| | |
|---|---|
| Dated: May 2, 2014 | Respectfully submitted,<br><br>MORGAN, LEWIS & BOCKIUS LLP<br><br>*/s/ Daniel Johnson, Jr.*<br><br>C. Erik Hawes (TX Bar No. 24042543)<br>Email:  ehawes@morganlewis.com<br>Thomas R. Davis (TX Bar No. 24055384)<br>Email:  tdavis@morganlewis.com<br>1000 Louisiana Street, Suite 4000<br>Houston, Texas 77002<br>(713) 890-5000 Telephone<br>(713) 890-5001 Facsimile<br><br>Daniel Johnson, Jr. (Admitted *Pro Hac Vice*)<br>Email: djjohnson@morganlewis.com<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>(415) 442-1000 Telephone<br>(415) 442-1001 Facsimile<br><br>**Attorneys for Defendants L-1 Identity Solutions, Inc. and MorphoTrust USA, Inc.** |

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document has been served on all counsel of record via the Court's Case Management/Electronic Case Filing system and/or electronic mail on May 2, 2014.

*/s/ Daniel Johnson, Jr.*
Daniel Johnson, Jr.
