IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** | § | **CIVIL ACTION NO. 6:12-CV-499 MHS** |
| Plaintiff, | § § | **LEAD CASE** |
| v. | § § | |
| **TEXAS INSTRUMENTS, INC., et al.** | § § | **JURY TRIAL DEMANDED** |
| Defendants. | § § | |
| | § § | |
| **BLUE SPIKE, LLC,** | § § | |
| Plaintiff, | § § | **CIVIL ACTION NO. 6:13-CV-89 MHS** |
| v. | § § | **CONSOLIDATED CASE** |
| **MORPHOTRAK, INC. and SAFRAN USA, INC.,** | § § § | |
| Defendants. | § § § | |

**DEFENDANTS MORPHOTRAK, INC. AND SAFRAN USA, INC.'S NOTICE OF COMPLIANCE REGARDING INITIAL DISCLOSURES**

Defendants MorphoTrak, Inc. and Safran USA, Inc. hereby notify the Court that they served their Initial Disclosures on counsel for Blue Spike, LLC pursuant to Fed. R. Civ. P. 26(a)(1) and Paragraph 1 of the Court's March 6, 2014 Scheduling and Discovery Order [Dkt. 1332], via electronic mail on May 1, 2014.

Dated: May 2, 2014          Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

*/s/ Daniel Johnson, Jr.*

C. Erik Hawes (TX Bar No. 24042543)
Email: ehawes@morganlewis.com
1000 Louisiana Street, Suite 4000
Houston, Texas 77002
(713) 890-5000 Telephone
(713) 890-5001 Facsimile

Daniel Johnson, Jr. (Admitted *Pro Hac Vice*)
Email: djjohnson@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1000 Telephone
(415) 442-1001 Facsimile

**Attorneys for Defendant MorphoTrak, Inc. and Safran USA, Inc.**

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document has been served on all counsel of record via the Court's Case Management/Electronic Case Filing system and/or electronic mail on May 2, 2014.

*/s/ Daniel Johnson, Jr.*
Daniel Johnson, Jr.
