IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>       Plaintiff,<br><br>   v.<br><br>VOBILE, INC.,<br><br>       Defendants. | Civil Action No. 6:12-CV-499-MHS<br><br>LEAD CASE<br>Jury Trial Demanded<br><br>Civil Action No. 6:12-cv-00539-MHS<br><br>Jury Trial Demanded |

**DEFENDANT VOBILE, INC.'S NOTICE OF COMPLIANCE**

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and Court's Scheduling and Discovery Order dated March 6, 2014 (Dkt. No. 1332), Defendant Vobile, Inc. in the above-cited consolidated action hereby gives notice that it served its initial disclosures on May 1, 2014.

Dated: May 2, 2014

Respectfully Submitted,

*/s/ Keren Hu*
David A. Jakopin (*pro hac vice*)
david.jakopin@pillsburylaw.com
Keren Hu (*pro hac vice*)
keren.hu@pillsburylaw.com
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
2550 Hanover Street
Palo Alto, CA 94304-1114
Telephone: (650) 233-4500
Facsimile: (650) 233-4545

Samuel E. Stubbs (TX Bar No. 19434500)
sam.stubbs@pillsburylaw.com
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
2 Houston Center
909 Fannin, Suite 2000
Houston, TX 77010-1018
Telephone: (713) 276-7645
Facsimile: (281) 582-6473

*Attorneys for Defendant VOBILE, INC.*

- 2 -

## CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing document was filed electronically on May 1, 2014 pursuant to Local Rule CV-5(a) and has been served on counsel for BlueSpike, LLC. who are deemed to have consented to electronic service.

                              /s/ Keren Hu
                              Keren Hu