IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC, | ) CIVIL ACTION NO. 6:12-CV-499-LED |
| | ) **LEAD CASE** |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. 6:12-CV-694-LED |
| v. | ) **CONSOLIDATED CASE** |
| | ) |
| PRECISE BIOMETRICS, INC. AND | ) **JURY TRIAL DEMANDED** |
| PRECISE BIOMETRICS AB, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS PRECISE BIOMETRICS, INC. AND PRECISE BIOMETRICS AB'S UNOPPOSED MOTION TO EXTEND DEADLINE TO SERVE INITIAL DISCLOSURES**

Defendants Precise Biometrics, Inc. and Precise Biometrics AB (collectively, "Precise Biometrics") respectfully request that the Court grant an extension of one (1) week to provide initial disclosures pursuant to the Court's Scheduling and Discovery Order (for Supplier/Independent Defendants) filed on March 6, 2014 (Dkt. 1332).

Under the Court's Order, Precise Biometrics' initial disclosures were currently due on May 1, 2014.  Precise Biometrics respectfully requests an extension of one (1) week for service of its initial disclosures up to and including May 8, 2014.  The requested extension will not delay these proceedings or prejudice any party in any foreseeable manner.  Accordingly, Precise Biometrics respectfully requests that the Court approve this Unopposed Motion to Extend the Deadline to serve initial disclosures up to and including May 8, 2014.

Dated: May 2, 2014.	Respectfully submitted,

    */s/ Melissa R. Smith*
Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, LLP
303 S. Washington Ave.
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
melissa@gillamsmithlaw.com

Russell E. Levine, P.C.
G. William Foster
KIRKLAND & ELLIS LLP
300 N. LaSalle St.
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
russell.levine@kirkland.com
billy.foster@kirkland.com

*Attorneys for Defendants*
*Precise Biometrics, Inc. and*
*Precise Biometrics AB*

## CERTIFICATE OF SERVICE

    I hereby certify that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on the 2nd day of May, 2014, per Local Rule CV-5(a)(3).

    */s/ Melissa R. Smith*
    Melissa R. Smith