**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| BLUE SPIKE, LLC, | Civil Action No. 6:12-CV-499-MHS |
| Plaintiff, | LEAD CASE |
| v. | Jury Trial Demanded |
| TEXAS INSTRUMENTS, INC., | |
| Defendant. | |
| BLUE SPIKE, LLC, | Civil Action No. 6:12-CV-685-MHS |
| Plaintiff, | CONSOLIDATED CASE |
| v. | Jury Trial Demanded |
| 3M COGENT INC, | |
| Defendant. | |

**NOTICE OF COMPLIANCE**

Pursuant to L.R. CV-26(c) and the Court's Scheduling Order for Suppliers and Independent Defendants [Dkt. No. 1332], Defendant 3M Cogent, Inc. hereby files this Notice confirming that it has complied with said Order and served Blue Spike, LLC with the disclosures required under the Order and Federal Rule of Civil Procedure 26(a)(1) via U.S. mail on May 1, 2014.

Dated:  May 2, 2014                           Respectfully submitted,

                                                              */s/ Robert Kramer*
                                                              Robert F. Kramer
                                                              CA Bar No. 181706 (admitted E.D. Texas)
                                                              C. Gideon Korrell
                                                              CA Bar No. 246188 (admitted to E.D. Texas)

- 1 -

DENTONS US LLP
1530 Page Mill Road, Suite 200
Palo Alto, CA  94304
Telephone:  (650) 798-0356
Facsimile:  (650) 798-0310
robert.kramer@dentons.com
gideon.korrell@dentons.com

Andrea M. Houston
Texas State Bar No. 102981
VINSON & ELKINS LLP
2801 Via Fortuna, Suite 100
Austin, TX  78746-7568
Telephone: (512) 542-8544
Facsimile: (512) 236-3270
ahouston@velaw.com

ATTORNEYS FOR DEFENDANT
3M COGENT, INC.

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that, on May 2, 2014, all counsel of record who have consented to

electronic service are being served with a copy of this document via the Court's ECF system.

Local Rule CV-5(a)(3).


/s/ Robert Kramer
Robert F. Kramer