IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | ) | CIVIL ACTION NO. 6:12-CV-499-LED |
| | ) | **LEAD CASE** |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. 6:12-CV-694-LED |
| v. | ) | **CONSOLIDATED CASE** |
| | ) | |
| PRECISE BIOMETRICS, INC. AND | ) | **JURY TRIAL DEMANDED** |
| PRECISE BIOMETRICS AB, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## ORDER GRANTING DEFENDANTS PRECISE BIOMETRICS, INC. AND PRECISE BIOMETRICS AB'S UNOPPOSED MOTION TO EXTEND DEADLINE TO SERVE INITIAL DISCLOSURES

Before the Court are Defendants Precise Biometrics, Inc. and Precise Biometrics AB's (collectively "Precise Biometrics") Unopposed Motion to Extend the Deadline to Serve Initial Disclosures.  The Court is of the opinion that the motion should be granted.

It is therefore ORDERED that Precise Biometrics be and is hereby GRANTED an extension of time within which to serve initial disclosures up to and including May 8, 2014.

**SIGNED this 5th day of May, 2014.**

_____
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE