# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § § § § § § § § § § § | C.A. No. 6:12-cv-00499-MHS <br><br> **JURY TRIAL DEMANDED** |
| *Plaintiff,* <br> v. <br><br> TEXAS INSTRUMENTS, INC., <br><br> *Defendant.* | | |
| BLUE SPIKE, LLC, <br><br> *Plaintiff,* <br> v. <br><br> SHAZAM ENTERTAINMENT LTD. <br><br> *Defendant.* | § § § § § § § § § § § § § | C.A. No. 6:12-cv-00500-MHS <br><br> **(CONSOLIDATED WITH 6:12-CV-499) JURY TRIAL DEMANDED** |
| SHAZAM ENTERTAINMENT LTD. <br><br> *Defendant,* <br> v. <br><br> BLUE SPIKE, LLC, BLUE SPIKE, INC. and SCOTT A. MOSKOWITZ <br><br> *Counterclaim Defendants.* | § § § § § § § § § § § | |

**UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION TO DISMISS AND TO CONFIRM THE DEADLINE FOR BLUE SPIKE, INC. AND MR. SCOTT A. MOSKOWITZ TO ANSWER DEFENDANT'S COUNTERCLAIMS, TO STIPULATE SERVICE OF COUNTERCLAIMS BY COUNTERCLAIM DEFENDANT**

COMES now Defendant Shazam Entertainment Ltd. ("Shazam") and files this Unopposed Motion to confirm the deadline for counterclaim Defendants Blue Spike, Inc. and Mr. Scott A. Moskowitz to Answer Defendant's Counterclaims, To Stipulate Service of Counterclaims by Counterclaim Defendants, and to Extend the Deadline for Defendant to Respond to Plaintiff's Motion to Dismiss Defendant's Counterclaims, and would respectfully show the Court as follows:

On August 9, 2012, Blue Spike, LLC filed a Complaint against Shazam in the above-captioned case. On April 4, 2014, Shazam filed its Amended Answer and Counterclaims Against Blue Spike LLC, Blue Spike, Inc., and Mr. Scott A. Moskowitz (Dkt. #1397).

On April 21, 2014, Blue Spike LLC filed a Motion to Dismiss Shazam's Counterclaims (Dkt. #1472). Shazam's response to that motion is due on or about May 9, 2014.

As to the counterclaims against Blue Spike, Inc. and Mr. Scott A. Moskowitz, counsel for Blue Spike, LLC, Mr. Randall Garteiser, has accepted service of the counterclaims on behalf of Blue Spike, Inc. and Scott A. Moskowitz on April 30, 2014. Blue Spike, Inc. and Mr. Scott A. Moskowitz have until and through May 21, 2014 to answer or otherwise respond to the counterclaims.

The parties anticipate that similar motion(s) to dismiss will be filed by Blue Spike, Inc. and Mr. Scott A. Moskowitz on or about May 21, 2014. To consolidate the responses to such motions, Blue Spike has agreed that Shazam's response to Dkt. #1472 should be due at the same time that the responses to the presumably forthcoming motions to dismiss. As such, the parties agree that Shazam's response to Blue Spike LLC's Motion to Dismiss (Dkt. #1472) should be extended until and through June 9, 1014.

Accordingly, the Shazam respectfully request that this Court grant this motion and confirm the deadline for Shazam to respond to Blue Spike LLC's Motion to Dismiss Shazam's Counterclaims to and including June 9, 2014.

Date:  May 5, 2014

Josh A. Krevitt
NY Bar No. 2568228
jkrevitt@gibsondunn.com
Benjamin Hershkowitz
NY Bar No. 2600559
bhershkowitz@gibsondunn.com
Joshua Furman
NY Bar No. 4612255
jfurman@gibsondunn.com
R. Scott Roe
NY Bar No. 4480224
sroe@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Ph. 212.351.4000
Fax: 212.351.6210

Respectfully submitted,

/s/   *Michael E. Jones*

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500
Tyler, TX 75702
Tel: 903.597.8311
Fax: 903.593.0846


*Counsel for Defendant*
*Shazam Entertainment Limited*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2014, a true and correct copy of the foregoing document was served on all attorneys of record who have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                    /s/ *Michael E. Jones*
                                                      Michael E. Jones