# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § § § | |
| *Plaintiff*, | § § | CASE NO. 6:12-cv-499 MHS |
| v. | § § | LEAD CASE |
| Texas Instruments, Inc., et al., | § § | Jury Trial Demanded |
| *Defendants*. | § § | |
| Blue Spike, LLC, | § § | |
| *Plaintiff*, | § § | CASE NO. 6:13-cv-37 MHS |
| v. | § § | CONSOLIDATED CASE |
| Accu-Time Systems, Inc. | § § | Jury Trial Demanded |
| *Defendant*. | § § | |
| Blue Spike, LLC, | § § | |
| *Plaintiff*, | § § | CASE NO. 6:13-cv-109 |
| v. | § § | CONSOLIDATED CASE |
| Amano Cincinnati, Inc. | § § | Jury Trial Demanded |
| *Defendant*. | § § | |

## **REQUEST FOR TERMINATION OF ELECTRONIC NOTICES**

Now comes Scott S. Crocker, of Sprinkle IP Law Group, P.C., and Anthony S. Volpe, Aneesh A. Mehta, and Ryan William O'Donnell, of Volpe and Koenig, P.C., and pursuant to Rule CV-11(f), hereby requests that the Clerk of the Court remove their names from the list of persons authorized to receive electronic notices in this case.

                                             By: /s/ Scott S. Crocker
                                                 Anthony S. Volpe
                                                 Lead Attorney
                                                 avolpe@vklaw.com

Aneesh A. Mehta
 amehta@vklaw.com
Ryan William O'Donnell
 rodonnell@vklaw.com
VOLPE AND KOENIG, P.C.
30 South 17th Street
Philadelphia, PA 19103-4009
(215) 568-6400
(215) 568-6499 fax

Scott S. Crocker
Scrocker@sprinklelaw.com
Texas State Bar No. 00790532
Sprinkle IP Law Group, P.C.
1301 W. 25th Street, Suite 408
Austin, Texas 78705
(512) 637-9220
(512) 371-9088 fax


***COUNSEL FOR DEFENDANTS
ACCU-TIME SYSTEMS, INC. and
AMANO CINCINATTI, INC.***

**CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email.

                                                                          /s/ Scott S. Crocker