IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **BLUE SPIKE, LLC,** <br><br> v. <br><br> **TEXAS INSTRUMENTS, INC.** | **CIVIL ACTION NO. 6:12-CV-499-MHS** <br> **(LEAD CASE)** |
| **BLUE SPIKE, LLC,** <br><br> v. <br><br> **INGERSOLL-RAND COMPANY** | **CIVIL ACTION NO. 6:13-cv-00108-MHS** <br> **(CONSOLIDATED CASE)** |

### REQUEST FOR TERMINATION OF ELECTRONIC NOTICES

Now comes Paul B. Hunt and Joshua P. Larsen, of Barnes & Thornburg LLP, and pursuant to Rule CV-11(f), hereby requests that the Clerk of the Court remove their names from the list of persons authorized to receive electronic notices in this case.

Respectfully submitted,

Dated: May 6, 2014

*/s/ Paul B. Hunt*
Paul B. Hunt (*pro hac vice*)
Joshua P. Larsen (*pro hac vice*)
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204
Phone: (317) 231-1313
Fax:    (317) 231-7433
Email: paul.hunt@btlaw.com
         joshua.larsen@btlaw.com

*Attorneys for INGERSOLL-RAND COMPANY*

1

2

CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that the foregoing REQUEST FOR TERMINATION OF ELECTRONIC NOTICES was electronically filed on May 6, 2014, via the Court's CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record.

/s/ Paul B. Hunt