# IN THE UNITED STATES DISTRICT COURT
# OF THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **BLUE SPIKE, LLC** | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 6:12CV499 |
| | § | |
| **TEXAS INSTRUMENTS, INC., ET AL.** | § | |

| | | |
|---|---|---|
| **BLUE SPIKE, LLC** | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 6:12CV682 |
| | § | |
| **BMAT LICENSING, S.L.** | § | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), recognizing the Agreed Motion to Dismiss filed by Blue Spike, LLC and BMAT Licensing S.L. ("BMAT") pursuant to a settlement of the above-captioned litigation between the parties, it is ordered as follows:

**ORDERED** that the claims asserted herein by Blue Spike, LLC against BMAT be, and hereby are, dismissed without prejudice; that the counterclaims and defenses asserted herein by BMAT against Blue Spike, LLC be, and hereby are, dismissed without prejudice; and that the parties shall bear their own attorney's fees, expenses and costs.

**It is SO ORDERED.**

**SIGNED this 5th day of May, 2014.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE