# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC,<br><br>*Plaintiff,*<br>v.<br><br>TEXAS INSTRUMENTS, INC.,<br><br>*Defendant.* | § § § § § § § § § § § | C.A. No. 6:12-cv-00499-MHS<br><br>**JURY TRIAL DEMANDED** |
| BLUE SPIKE, LLC,<br><br>*Plaintiff,*<br>v.<br><br>SHAZAM ENTERTAINMENT LTD.<br><br>*Defendant.* | § § § § § § § § § § § | C.A. No. 6:12-cv-00500-MHS<br><br>**(CONSOLIDATED WITH 6:12-CV-499)**<br>**JURY TRIAL DEMANDED** |
| SHAZAM ENTERTAINMENT LTD.<br><br>*Defendant,*<br>v.<br><br>BLUE SPIKE, LLC,  BLUE SPIKE, INC. and SCOTT A. MOSKOWITZ<br><br>*Counterclaim Defendants.* | § § § § § § § § § § § | |

**ORDER GRANTING THE UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION TO DISMISS AND TO CONFIRM THE DEADLINE FOR BLUE SPIKE, INC. AND MR. SCOTT A. MOSKOWITZ TO ANSWER DEFENDANT'S COUNTERCLAIMS, TO STIPULATE SERVICE OF COUNTERCLAIMS BY COUNTERCLAIM DEFENDANT**

Shazam Entertainment Ltd. moved the Court to grant its unopposed motion to confirm the deadline for Blue Spike Inc. and Mr. Scott A. Moskowitz to answer or otherwise respond to Shazam's Counterclaims to and including May 21, 2014 and to extend the deadline for Shazam to respond to Blue Spike LLC's Motion to Dismiss Shazam's Counterclaims (Dkt. #1472) to and including June 9, 2014.   After considering such motion, it is hereby GRANTED in its entirety.

**SIGNED this 6th day of May, 2014.**

_____
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE