UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
| *Plaintiff,* | § | CASE NO. 6:12-cv-499 MHS |
| v. | § | LEAD CASE |
| TEXAS INSTRUMENTS, INC., et al., | § | Jury Trial Demanded |
| *Defendants.* | § | |

**ORDER DENYING DEFENDANT AUDIBLE MAGIC CORP.'S MOTION TO STRIKE INFRINGEMENT CONTENTIONS [DKT. 1469]**

BEFORE THE COURT is Defendant Audible Magic, Corp.'s ("Audible Magic") Motion to Strike Infringement Contentions (Dkt. No. 1469). Having considered Plaintiff's papers in opposition to the motion and Defendant's papers in support of the motion, the Court is of the opinion that the Motion should be denied.

IT IS ORDERED.