# Exhibit 4

**From:** **Ramsey, Gabriel M.** gramsey@orrick.com
**Subject:** FW: Activity in Case 6:12-cv-00499-MHS Blue Spike, LLC v. Texas Instruments, Inc. Motion to Strike
**Date:** April 21, 2014 at 8:22 PM
**To:** Randall Garteiser rgarteiser@ghiplaw.com, Christopher Honea chonea@ghiplaw.com, Peter Brasher pbrasher@ghiplaw.com, bluespike@ghiplaw.com
**Cc:** Walter Lackey wlackey@findlaycraft.com, Eric Findlay efindlay@findlaycraft.com, Higgins, Christopher J. chiggins@orrick.com, Caridis, Alyssa acaridis@orrick.com

Randall,

We're surprised by your email and completely disagree with your characterization of this matter. Blue Spike was supposed to serve sufficient contentions on February 26. We let you know our concerns shortly after that and you just dragged your feet in responding. We gave you the courtesy of permitting you to provide amended contentions informally, in the service of negotiation. We expected that we would get something that resolved all of our concerns. Instead, we received revised contentions that revealed, for a great number of the claims, that Blue Spike has no basis whatsoever, and Blue Spike wouldn't provide any further detail at all with respect to the customer defendants. We detailed these concerns in writing and gave you until last Wednesday the 16th to respond to the deficiencies. You refused to respond at all. You can't just delay the process indefinitely, in order to prevent us from getting some relief, particularly given the important role that the infringement contentions have in managing the scope of discovery and the burden of the case. In response to our letter, you did not offer to withdraw the baseless claims enumerated in our letter and motion, did not specifically identify evidence and corresponding claim elements, did not provide detailed doctrine of equivalents contentions and did not withdraw the accusation of design consultation and support services. You did not respond at all. Accordingly the matter is ripe for motion practice.

Our motion, of course, is directed at the operative contentions and, as we know that it will be futile to allow leave to amend with respect to large swathes of Blue Spike's contentions based on our negotiations, it is appropriate to pose that issue now.

Finally, as to the discussion of Rule 11 – you obviously are cognizant that it is not a Rule 11 motion – but there is nothing preventing us from invoking that rule to demonstrate the more general point about the deficiency of Blue Spike's investigation and preparation of its contentions.

In any event, we are available Wednesday at 11am Central time for a conference to discuss these things. Please send a calendar invitation and dial-in information for the call.

Sincerely,

Gabe

---

**From:** Randall Garteiser [mailto:rgarteiser@ghiplaw.com]
**Sent:** Monday, April 21, 2014 5:08 PM
**To:** Ramsey, Gabriel M.; Chatterjee, I. Neel; Eric Findlay; Walter Lackey
**Cc:** Christopher Honea; Kirk Anderson; Peter Brasher; bluespike@ghiplaw.com
**Subject:** Fwd: Activity in Case 6:12-cv-00499-MHS Blue Spike, LLC v. Texas

**Subject:** Fwd: Activity in Case 6:12-cv-00499-MHS Blue Spike, LLC v. Texas Instruments, Inc. Motion to Strike

Counsel:

We would like to discuss the failure to meet and confer on this motion to strike at your earliest convenience. The last communication Blue Spike received from Audible Magic was a letter from Mr. Higgins indicating that Audible Magic preserved its rights. It did not even discuss setting up a time to meet and confer about the revised infringement contentions blue spike provided at Audible Magic's request.

Before we could even respond to Mr. Higgins' letter now Audible Magic is filing a discovery related motion without a proper meet and confer. It seems intentional as Mr. Ramsey said originally this would be a back and forth process, but then this motion is fired off after Blue Spike spent resources in an attempt to appease Audible Magic and avoid motion practice.

Also, please be prepared to discuss in particular the Rule 11 violation section. We never received a Rule 11 related motion. This is a prerequisite to filing a Motion for Rule 11 relief. If you contend that this is not a Rule 11 motion, we disagree and expect obtain an agreement that the loser pays attorneys fees provision of Rule 11 applies to Blue Spike paying to respond to these accusations and this improperly filed motion. Also, please be prepared to discuss the relief Audible magic is seeking.

I am available between anytime between 9 am and noon Central tomorrow or anytime on Wednesday. We need your lead counsel and local counsel on the call.

Thanks in advance for your cooperation in handling these issues.

Be well,
Randall



Begin forwarded message:

> **From:** txedCM@txed.uscourts.gov
> **Date:** April 21, 2014 at 6:28:01 PM CDT
> **To:** txedcmcc@txed.uscourts.gov
> **Subject: Activity in Case 6:12-cv-00499-MHS Blue Spike, LLC  v. Texas Instruments, Inc. Motion to Strike**
>
> **This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended**

**mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court [LIVE]

Eastern District of TEXAS

## Notice of Electronic Filing

The following transaction was entered by Findlay, Eric on 4/21/2014 at 6:27 PM CDT and filed on 4/21/2014

**Case Name:** Blue Spike, LLC v. Texas Instruments, Inc.
**Case Number:** 6:12-cv-00499-MHS
**Filer:** Accedo Broadband AB
Accedo Broadband NA, Inc.
Audible Magic Corporation
Boodabee Technologies Inc.
Brightcove, Inc.
Coincident.TV, Inc.
Dailymotion S.A.
Dailymotion, Inc.
Facebook, Inc.
GoMiso, Inc
Harmonix Music Systems, Inc.
Mediafire, LLC
Metacafe, Inc.
MySpace, LLC
Myxer, Inc.
Photobucket.com, Inc.
Qlipso Media Networks Ltd.
Qlipso, Inc.
Soundcloud Ltd.
Soundcloud, Inc.
Specific Media, LLC
WiOffer, LLC
Yap.tv, Inc.

Yap.tv, Inc.
Zedge Holdings, Inc.
iMesh, Inc.

| | |
|---|---|
| **Document Number:** | 1469 |

**Docket Text:**

**MOTION to Strike *Blue Spike's Infringement Contentions* by Accedo Broadband AB, Accedo Broadband NA, Inc., Audible Magic Corporation, Boodabee Technologies Inc., Brightcove, Inc., Coincident.TV, Inc., Dailymotion S.A., Dailymotion, Inc., Facebook, Inc., GoMiso, Inc, Harmonix Music Systems, Inc., Mediafire, LLC, Metacafe, Inc., MySpace, LLC, Myxer, Inc., Photobucket.com, Inc., Qlipso Media Networks Ltd., Qlipso, Inc., Soundcloud Ltd., Soundcloud, Inc., Specific Media, LLC, WiOffer, LLC, Yap.tv, Inc., Zedge Holdings, Inc., iMesh, Inc.. (Attachments: # (1) Text of Proposed Order, # (2) Higgins Declaration, # (3) Exhibit 1, # (4) Exhibit 2, # (5) Exhibit 3, # (6) Exhibit 4, # (7) Exhibit 5, # (8) Exhibit 6, # (9) Exhibit 7, # (10) Exhibit 8, # (11) Exhibit 9, # (12) Exhibit 10, # (13) Exhibit 11, # (14) Exhibit 12, # (15) Exhibit 13, # (16) Exhibit 14)(Findlay, Eric)**

**6:12-cv-00499-MHS Notice has been electronically mailed to:**

Alan H Blankenheimer   ablankenheimer@cov.com, ecaligiuri@cov.com, mspringer@cov.com

Allen Franklin Gardner   allengardner@potterminton.com, nicolewinningham@potterminton.com

Alyssa Margaret Caridis   acaridis@orrick.com, sfischer@orrick.com

Andrea M Houston   ahouston@velaw.com

Andrew Blair   andy.blair@dentons.com

Andrew Louis Perito   andrew.perito@weil.com, karen.gotelli@weil.com

Andrew P Valentine   andrew.valentine@dlapiper.com, sandra.sowell@dlapiper.com

Aneesh A Mehta     amehta@vklaw.com, ajones@vklaw.com, litigationparalegals@vklaw.com

Anthony L Meola     ameola@themeolafirm.com, antmeola@hotmail.com

Anthony S Volpe     avolpe@vklaw.com, ajones@vklaw.com, litigationparalegals@vklaw.com

Bas de Blank     bdeblank@orrick.com, adalton@orrick.com, jromero@orrick.com

Benjamin Hershkowitz     bhershkowitz@gibsondunn.com, aarias@gibsondunn.com, Jfurman@gibsondunn.com, ndavis@gibsondunn.com, plum@gibsondunn.com

Bryan Alexander Kohm     bkohm@fenwick.com, anolen@fenwick.com

Byron C Beebe     byron.beebe@weil.com

C. Gideon Korrell     gideon.korrell@snrdenton.com, andrea.ivan@snrdenton.com, jocasta.wong@dentons.com, maria.cuevas-banda@snrdenton.com

Carlos Perez-Albuerne     cperez@choate.com

Christopher A Honea     chonea@ghiplaw.com, bluespike@ghiplaw.com, cjensen@ghiplaw.com, litigation@sftrialattorneys.com, rgarteiser@ghiplaw.com

Christopher James Higgins     chiggins@orrick.com

Christopher M Swickhamer     cswickhamer@loeb.com, mmarshall@loeb.com

Christopher R Ottenweller     cottenweller@orrick.com, hbursik@orrick.com, kmetti@orrick.com

Christopher S Johns     cjohns@jmehlaw.com

Clay Erik Hawes     ehawes@morganlewis.com, educote@morganlewis.com, mlbhofilings@morganlewis.com, rlapena@morganlewis.com

Dana L Popkave dpopkave@choate.com

Daniel Johnson , Jr djjohnson@morganlewis.com, mdoris@morganlewis.com, mjensen@morganlewis.com, tmajidian@morganlewis.com

Daniel Alan Noteware , Jr dannynoteware@potterminton.com

Daniel T Conrad dtconrad@jonesday.com

Darren E Donnelly ddonnelly@fenwick.com, emancera@fenwick.com

David Yohannan dyohannan@kelleydrye.com

David A Jakopin david.jakopin@pillsburylaw.com, diana.dearing@pillsburylaw.com

David Ellis Dobbs david@davidedobbs.com, amaldanado@davidedobbs.com, mflowers@davidedobbs.com

David G Leason leason@leaonellis.com, inquiries@leasonellis.com

David M Lacy Kusters dlacykusters@fenwick.com, anolen@fenwick.com

Dawn Michelle Jenkins dawn.jenkins@dlapiper.com, pam.howell@dlapiper.com

Deron R Dacus ddacus@dacusfirm.com, dadams@dacusfirm.com, evanderburg@dacusfirm.com

Dwayne Keith Goetzel dgoetzel@intprop.com, ccomer@intprop.com

Edward D Johnson wjohnson@mayerbrown.com, kneale@mayerbrown.com, pdocket@mayerbrown.com

Edward R Reines edward.reines@weil.com, edna.ang@weil.com, Karen.Gotelli@Weil.com

Eric Bryant Meyertons emeyertons@intprop.com, vkneedler@intprop.com

Eric Hugh Findlay efindlay@findlaycraft.com

Eric Hugh Findlay        efindlay@findlaycraft.com,
bcraft@findlaycraft.com, ncadenhead@findlaycraft.com,
nvasquez@findlaycraft.com

Erik B Milch        emilch@cooley.com, droelofs@cooley.com,
screnshaw@cooley.com, vjohnston@cooley.com

Eugene Y Mar        emar@fbm.com, calendar@fbm.com,
mclaros@fbm.com

G William Foster        billy.foster@kirkland.com

Gabriel M Ramsey        gramsey@orrick.com,
evu@orrick.com, hrupert@orrick.com,
jcamaya@orrick.com

Gary Bruce Solomon        gary.solomon@snrdenton.com

Indra Neel Chatterjee        nchatterjee@orrick.com,
kmudurian@orrick.com

J Daniel Harkins        dharkins@coxsmith.com,
hinocenc@coxsmith.com

James Vincent Fazio , III        jamesfazio@sandiegoiplaw.com

Janna K Fischer        jfischer@cooley.com,
jspalding@cooley.com

Jeffrey Mark Fisher        jfisher@fbm.com,
grenteria@fbm.com

Jo Dale Carothers        jdcarothers@cov.com,
mspringer@cov.com

John D Vandenberg        john.vandenberg@klarquist.com,
marla.beier@klarquist.com

Jordan A Sigale        jsigale@loeb.com, chdocket@loeb.com,
mmarshall@loeb.com, poliosi@loeb.com

Joshua Paul Larsen        joshua.larsen@btlaw.com,
charlotte.stamas@btlaw.com

Joshua R Furman        jfurman@gibsondunn.com

Kathleen Danielle Lynott        kdlynott@jonesday.com

Kenneth Michael Motolenich-Salas
kmotolenich@weissiplaw.com,
gmarinelli@weissiplaw.com, kmotolen@yahoo.com,
sking@weissiplaw.com

Keren Hu	keren.hu@pillsburylaw.com,
hu.keren@gmail.com

Kirk Anderson	kanderson@ghiplaw.com,
bluespike@ghiplaw.com, chonea@ghiplaw.com,
cjensen@ghiplaw.com, litigation@sftrialattorneys.com,
rgarteiser@ghiplaw.com

Kristen L. Reichenbach
kristen.reichenbach@klarquist.com,
hallie.zmroczek@klarquist.com

Kristin L Cleveland	kristin.cleveland@klarquist.com,
julia.dito@klarquist.com, mary.pressel@klarquist.com

Kyle Edward Friesen	kfriesen@mayerbrown.com,
bdsmith@mayerbrown.com

Lana H Carnel	lcarnel@loeb.com, lpellot@loeb.com

Laura Ann Wytsma	lwytsma@loeb.com,
croybal@loeb.com

Marc Norman Henschke	mhenschke@foley.com,
afreedman@foley.com

Maria A Maras	maria.maras@kirkland.com,
cassandra.milleville@kirkland.com,
chris.pavlovich@kirkland.com

Matthew B Lowrie	mlowrie@foley.com,
cdownie@foley.com, dwillis@foley.com, vrios@foley.com

Matthew W Hindman
matthew.hindman@pillsburylaw.com,
linda.major@pillsburylaw.com

Melissa Richards Smith	melissa@gillamsmithlaw.com,
evie@gillamsmithlaw.com, gsldocket@gillamsmithlaw.com,
Jwood4640@yahoo.com, wrlamb@gillamsmithlaw.com

Michael A Molano	mmolano@mayerbrown.com,
sholloway@mayerbrown.com

sholloway@mayerbrown.com

Michael Charles Smith    michaelsmith@siebman.com, pammatthews@siebman.com, tammycherry@siebman.com

Michael E Jones    mikejones@potterminton.com, jovallery@potterminton.com

Myra C Mormile    mmormile@kelleydrye.com, heberhart@kelleydrye.com

Nicholas J Whilt    nwhilt@omm.com, swhite@omm.com

Orion Armon    oarmon@cooley.com, jinghram@cooley.com, jmartin@cooley.com, plenihan@cooley.com

Paul B Hunt    paul.hunt@btlaw.com, cstamas@btlaw.com, lori.robertson@btlaw.com

Peter Aaron Kerr    pkerr@dacusfirm.com, dadams@dacusfirm.com, evanderburg@dacusfirm.com

Peter Stuart Brasher    pbrasher@ghiplaw.com, chonea@ghiplaw.com, cjensen@ghiplaw.com, litigation@sftrialattorneys.com, rgarteiser@ghiplaw.com

Qian Huang    qian.huang@pillsburylaw.com, allie.bernardo@pillsburylaw.com, heather.neese@snrdenton.com, sharon.norwood@snrdenton.com

Quinncy N McNeal    qmcneal@mayerbrown.com, houstondocket@mayerbrown.com, qmcneal@yahoo.com

Randall T Garteiser    rgarteiser@ghiplaw.com, bluespike@ghiplaw.com, chonea@ghiplaw.com, cjensen@ghiplaw.com, litigation@sftrialattorneys.com

Reid E Dammann    r.dammann@mpglaw.com, j.turgeon@mpglaw.com

Richard S Zembek    rzembek@fulbright.com, adevereux@fulbright.com

Robert Ames Huntsman    law2014@huntsmanlg.com, huntsmanlg@gmail.com

Robert F. Kramer	robert.kramer@dentons.com,
adriana.cole@dentons.com,
adrienne.hankins@dentons.com, cynthia.liu@dentons.com,
jill.beatty@dentons.com

Robert L Greeson
robert.greeson@nortonrosefulbright.com

Robert Scott Roe	sroe@gibsondunn.com,
bbharrat@gibsondunn.com, plum@gibsondunn.com

Ronald S Wynn	rwynn@hansonbridgett.com

Russell E Levine	russell.levine@kirkland.com

Ryan K Yagura	ryagura@omm.com, btreggs@omm.com,
mcross@omm.com, swhite@omm.com

Ryan T Beard	rbeard@intprop.com,
ccomer@intprop.com, dgoetzel@intprop.com,
vkneedler@intprop.com

Ryan William O'Donnell	RODonnell@vklaw.com,
ajones@vklaw.com, litigationparalegals@vklaw.com

Samuel Eugene Stubbs	sam.stubbs@pillsburylaw.com,
debbie.franklin@pillsburylaw.com

Sara J Radke	sradke@cooley.com,
lharveyjones@cooley.com

Sarah A Pfeiffer	spfeiffer@omm.com

Scott Sherwood Crocker	scrocker@sprinklelaw.com,
phelberg@sprinklelaw.com, sshapley@sprinklelaw.com

Stephanie Rene' Barnes	stephaniebarnes@siebman.com,
lauraburg@siebman.com

Steven J Corr	sjcorr@jonesday.com

Teresa Marie Corbin	tcorbin@fenwick.com,
cprado@fenwick.com, recordsecf@fenwick.com

Tharan Gregory Lanier	tglanier@jonesday.com

Thomas R Davis	tdavis@morganlewis.com,
lbacon@morganlewis.com, mlbhefilings@morganlewis.com

lbacon@morganlewis.com, mbhollings@morganlewis.com

Trevor Coddington
trevorcoddington@sandiegoiplaw.com,
litigation@sandiegoiplaw.com

Walter Wayne Lackey , Jr     wlackey@findlaycraft.com,
ncadenhead@findlaycraft.com, nvasquez@findlaycraft.com

Wayne M Barsky     wbarsky@gibsondunn.com,
ghollins@gibsondunn.com

**6:12-cv-00499-MHS Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=4/21/2014] [FileNumber=8918141-0
]
[ad631b9275e3355d03308ae1443ebdc91674cdad4d1c0839f
c51db29fe0287678dc
1ddd997f7766d91576acc106978134a6fcfcc1706dcdac5946
c2162e19a9b]]
**Document description:** Text of Proposed Order
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=4/21/2014] [FileNumber=8918141-1
]
[7bec19d27473f5300a5f599ebf8792309df2b5d7c776a7a425
5e7254975e73d0a7a
30910a247b0e1fff62596c6f76f8d0507357acc997492a5ac5d
85369daeb0]]
**Document description:** Higgins Declaration
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=4/21/2014] [FileNumber=8918141-2
]
[5cf8c01f8b9b669549ebab6bc8a4a4a7dc6c68a4ba1e32ba39
849e2294e04c6f671
40c6766afe954d87dcdd3ee491e5c4069cdf88e97ba0ec60cfa
bedcf4cca9]]

**Document description:**Exhibit 1
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=4/21/2014] [FileNumber=8918141-3
]
[179768684324a000ee25624b846e9b6301b31efef813b55b65fe20848e87a6e9bab
922df9fed765cc39842eaece057485bcb965030995b492bfbf8418e5a1d04]]
**Document description:**Exhibit 2
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=4/21/2014] [FileNumber=8918141-4
]
[0c1b8cd3195e1621010c01c9bfb47aad3741d312081efe2dee21046733826ec536e
e73cd5126dd994d1cab5a65a0654c61e6bc800dccedc86bc5118770b517d8]]
**Document description:**Exhibit 3
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=4/21/2014] [FileNumber=8918141-5
]
[94c88271c0f5b65a2a4f885f9ccaac004dc14b81f7b4dff49ab81790941ce417161
fbecaa14d2c37f0e2a29bcd4f01b9fea4b8f90a82bc39c5b5c67c2575a817]]
**Document description:**Exhibit 4
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=4/21/2014] [FileNumber=8918141-6
]
[4764896cc8d7632c9e229d339090a8d1c4a5b0e702707432093cd4ae13aa9339662
cf9151e39f14537307bd111830b354cd0b4fac8d69c6eb007963fa3c3e43c]]
**Document description:**Exhibit 5
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=4/21/2014] [FileNumber=8918141-7
]
[6df537c21258abce4f8a0b49994038bfd5be0eb9bd71f91759
f74ef6884b7c419bf

174c10884b7c419bf
4b6f288a815dd0003d77fbe1bad2dd853b5274861ae76232f4
f73007408ea]]
**Document description:**Exhibit 6
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=4/21/2014]
[FileNumber=8918141-8
]
[43d6c3c38d48163ecf1ac2f971f6bae007c8954a68904eab49
7606d25f6aa4c8873
e66636d7cab7d4092ddfd6f99d75f532379ca8a8530bf8ae9ca
7e64359de8]]
**Document description:**Exhibit 7
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=4/21/2014]
[FileNumber=8918141-9
]
[21720fbbbb609adee0e41f2fe81813d1ffe4e0ee33891f61022
72cbe6ff6ed13c31
c9601dd51b9040d4744266590ea88da7c00fdb72e35b87f729
1e3ee1566eb]]
**Document description:**Exhibit 8
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=4/21/2014]
[FileNumber=8918141-1
0]
[5d9ee193f35730148f5a1422225c3b603db93d1c553747203
2dfbf054df1812ecb
8195c7036365b5a980fe5bdb84c7fd6edf0b8650fc4a38b0f9c
f0d9b8b439f]]
**Document description:**Exhibit 9
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=4/21/2014]
[FileNumber=8918141-1
1]
[84966db2c4d16fdd25e4c806a9b26569d63d19d997574875
a4dd3a363d5d3fa11a
7b32b5c2b57ff00e27b3d6835b4407f3ead38ca4371c59c425
b6990630ed57]]
**Document description:**Exhibit 10
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=4/21/2014]
[FileNumber=8918141-1

2]
[7ff64e25c510f7f0505b1caf20aee19d66417469f62ae806d384285200bea9b0c5
621a38e03f0d5bff17647f03046dce57d8029ca2ec5ce9da610c79db5ac433]]
**Document description:**Exhibit 11
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=4/21/2014] [FileNumber=8918141-1
3]
[abf66f74f7113416987081a5836d2b01a3c422c4aecfd284c86c4c9b0dc5821736
2a2570a4b6ae256b6d9fe7547a89f051ea63b33a0b935dbb842a97679d744d]]
**Document description:**Exhibit 12
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=4/21/2014] [FileNumber=8918141-1
4]
[3f145cc50151acfa62064cff5df0730166f8bb2b812e3362414139ca8a364f8dc9
2f40ab73a5758c76ea9bd79e622715d1159b3e46b6fa2364db669551ade4e2]]
**Document description:**Exhibit 13
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=4/21/2014] [FileNumber=8918141-1
5]
[677b658546c3b4d86c3f337fe292787669eb5262370a135947ce851ace26f01986
2652d29429cd266da2b0ce957c5cec989c34a03094a453579ff571cb3cadaf]]
**Document description:**Exhibit 14
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=4/21/2014] [FileNumber=8918141-1
6]
[74aa20f9e25b2d021ea8f16e4c801045232bada41d37ccaccda151554d43e0e201
42e603b2b8727ceb5663ca8c2f444139d2acc6aa083a73f0d5e792be31fbbc]]

=============================================================

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication, unless expressly stated otherwise, was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.

=============================================================

NOTICE TO RECIPIENT: THIS E-MAIL IS MEANT FOR ONLY THE INTENDED RECIPIENT OF THE TRANSMISSION, AND MAY BE A COMMUNICATION PRIVILEGED BY LAW. IF YOU RECEIVED THIS E- MAIL IN ERROR, ANY REVIEW, USE, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS E-MAIL IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY OF THE ERROR BY RETURN E-MAIL AND PLEASE DELETE THIS MESSAGE FROM YOUR SYSTEM. THANK YOU IN ADVANCE FOR YOUR COOPERATION.
For more information about Orrick, please visit http://www.orrick.com/

=============================================================

========================================================
IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication, unless expressly stated otherwise, was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.
========================================================
NOTICE TO RECIPIENT: THIS E-MAIL IS MEANT FOR ONLY THE INTENDED RECIPIENT OF THE TRANSMISSION, AND MAY BE A COMMUNICATION PRIVILEGED BY LAW. IF YOU RECEIVED THIS E- MAIL IN ERROR, ANY REVIEW, USE, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS E-MAIL IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY OF THE ERROR BY RETURN E-MAIL AND PLEASE DELETE THIS MESSAGE FROM YOUR SYSTEM. THANK YOU IN ADVANCE FOR YOUR COOPERATION.
For more information about Orrick, please visit http://www.orrick.com/
========================================================

Case 6:12-cv-00499-RWS-CMC   Document 1543-5   Filed 05/08/14   Page 18 of 18 PageID #: 19462