# Exhibit 5

## PLACEHOLDER

Due to the file size, Plaintiff's Revised Infringement Contentions could not be filed through the Electronic Case Files (ECF) system and have been filed with the court directly. Plaintiff has served Defendant Audible Magic with a copy.