# Exhibit 1

**Higgins, Christopher J.**  April 5, 2014  6:55 PM

To: chonea@ghiplaw.com  
Cc: bluespike@ghiplaw.com, rgarteiser@ghiplaw.com, AudibleMagic-BlueSpike, Walter Lackey, Eric Findlay, Radke, Sara, Armon, Orion, .PL.Dacus, Deron  
Re: Blue Spike v. Audible Magic, et al.

Chris,

Blue Spike promised revised infringement contentions by yesterday, but Audible Magic received nothing. Audible Magic's agreement to postpone the meet and confer on this issue was based on receiving revised infringement contentions on Friday. Blue Spike's intent is clearly to drag its feet and delay Audible Magic's motion. Indeed, the majority of the 32 asserted claims are those in which Blue Spike has alleged on nothing more than information and belief. Audible Magic has waited long enough and will proceed to file its motion to strike Blue Spike's baseless infringement contentions following Monday's meet and confer. If Blue Spike wishes to file revised infringement contentions prior to Audible Magic's motion, it must provide them to us by tomorrow. Otherwise, Blue Spike can submit any revised contentions with its response to Audible Magic's motion to strike or with an opposed motion for leave to amend.

Regards,  
Chris

See More from Christopher Honea

============================================================
IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication, unless expressly stated otherwise, was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.
============================================================
NOTICE TO RECIPIENT: THIS E-MAIL IS MEANT FOR ONLY THE INTENDED RECIPIENT OF THE TRANSMISSION, AND MAY BE A COMMUNICATION PRIVILEGED BY LAW. IF YOU RECEIVED THIS E- MAIL IN ERROR, ANY REVIEW, USE, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS E-MAIL IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY OF THE ERROR BY RETURN E-MAIL AND PLEASE DELETE THIS MESSAGE FROM YOUR SYSTEM. THANK YOU IN ADVANCE FOR YOUR COOPERATION.  
For more information about Orrick, please visit http://www.orrick.com/
============================================================