# Exhibit 7

*Audible Magic, Corp. v. Blue Spike, Inc. & Blue Spike, LLC*

Exhibit A – Infringement Chart for U.S. Patent No. 6,834,308

| Claim 1 | Giovanni ® Abstraction Machine™ |
|---|---|
| A method for identifying media content presented on a client media player comprising: | Blue Spike LLC offers a product named the Giovanni® Abstraction Machine™ ("GAM"). (*See, e.g.*, http://bluespike.com/news/shazam-has-hit-a-spike-in-the-road; http://blue-spike.myshopify.com/blogs/news/9891782-shazam-may-have-graduated-from-startup-to-verb-but-blue-spike-patents-threaten-to-make-it-past-tense; http://blue-spike.myshopify.com/blogs/news/9891758-shazam-has-hit-a-spike-in-the-road).<br><br>Blue Spike, Inc. offers the GAM for sale:<br><br>*http://blue-spike.myshopify.com/products/giovanni-abstraction-recognition-machine*<br><br>The GAM uses a small digital representation of a file—rather than a large, raw digital source—to identify the file.  (*See, e.g.*, http://bluespike.com/news/shazam-has-hit-a-spike-in-the-road). |

1

*Audible Magic, Corp. v. Blue Spike, Inc. & Blue Spike, LLC*

Exhibit A – Infringement Chart for U.S. Patent No. 6,834,308

| Claim 1 | Giovanni ® Abstraction Machine<sup>TM</sup> |
|---|---|
| creating an analytical representation from a segment of media content of a recording presented on said client media player, wherein said media content is audio data for a song, said segment of said media content is a predetermined portion of said media content present on said media player and said analytical representation is a digital fingerprint of said segment measuring acoustical/perceptual features of said segment; | The GAM creates a "data reduced version, A.K.A., a 'signal abstract'" of the original signal. (*See* http://blue-spike.myshopify.com/products/giovanni-abstraction-recognition-machine). Blue Spike explains that the digital representation is based on "perceptual" features of the original signal:<br><br><br><br>*http://blue-spike.myshopify.com/products/giovanni-abstraction-recognition-machine*<br><br>In addition, Blue Spike states that its GAM is described in part in Blue Spike's patent documents.  (*See, e.g.*, http://bluespike.com/news/shazam-has-hit-a-spike-in-the-road; http://blue-spike.myshopify.com/blogs/news/9891782-shazam-may-have-graduated-from-startup-to-verb-but-blue-spike-patents-threaten-to-make-it-past-tense).  One of the patents discussed on Blue Spike's website is U.S. Patent No. 8,214,175 ("'175 Patent").  *See* http://bluespike.com/news/shazam-has-hit-a-spike-in-the-road. |

2

*Audible Magic, Corp. v. Blue Spike, Inc. & Blue Spike, LLC*

Exhibit A – Infringement Chart for U.S. Patent No. 6,834,308

| Claim 1 | Giovanni ® Abstraction Machine<sup>TM</sup> |
|---|---|
| | The '175 Patent explains:<br><br>As a general improvement over the art, the present invention incorporates what could best be described as "computer-acoustic" and "computer-visual" modeling, where the signal abstracts are created using data reduction techniques to determine the smallest amount of data, at least a single bit, which can represent and differentiate two digitized signal representations for a given predefined signal set.<br><br>'175 Patent, Col. 10:10-16.  The patent goes on to explain that:<br><br>In one embodiment of the invention, the abstract of a signal may be generated by the following steps: 1) analyze the characteristics of each signal in a group of audible/perceptible variations of the same signal . . . 2) select those characteristics which achieve or remain relatively constant (or in other words, which have minimum variation) for each of the signals in the group.<br><br>*Id.* at col. 4:7-15.  Thus, according to Blue Spike, its GAM uses an analytical representation of media content.  *Id*; *see also id.* at cols. 3:17-21; 3:26-31; 3:40-43; 3:64-4:6; 5:26-29; 13:55-14:6; 14:41-47.  An example of such media content includes audio data for a song. *See, e.g.*, *id.* at cols. 4:33-37; 4:51-52; 8:34-40; 13:39-45. |
| comparing said analytical representation to a collection of analytical representation of reference sampled media content to obtain content-related data from said collection of analytical representations of reference sampled media content wherein said content related data includes at least one of a group consisting of a song title, artist | The GAM has a collection of analytical representation of reference sampled media content—it can "stor[e] digital fingerprints in a database." (*See, e.g.*, http://bluespike.com/news/shazam-has-hit-a-spike-in-the-road).  The GAM compares the analytical representation to the collection by "sending new digital fingerprints to the database to be matched against digital fingerprints already stored."  *Id.*<br><br>The GAM is offered to provide "content recognition."  *See, e.g.*, http://blue-spike.myshopify.com/products/giovanni-abstraction-recognition-machine.  When the content to be recognized is a song, it is reasonable to assume that the GAM returns at least one of the song's title, artist, or album. |

3

*Audible Magic, Corp. v. Blue Spike, Inc. & Blue Spike, LLC*

Exhibit A – Infringement Chart for U.S. Patent No. 6,834,308

| Claim 1 | Giovanni ® Abstraction Machine™ |
|---|---|
| performing said song, and title of an album including said song; and | In addition, Blue Spike states that its GAM is described in part in Blue Spike's patent documents. (*See, e.g.*, http://bluespike.com/news/shazam-has-hit-a-spike-in-the-road).  One of the patents discussed on Blue Spike's website is U.S. Patent No. 8,214,175 ("'175 Patent").  *Id.*  The '175 Patent explains:<br><br>The invention relates to the monitoring and analysis of digital information.  A method and device are described which relate to signal recognition to enhance identification and monitoring activities.<br><br>'175 Patent, Col. 2:4-7.  The '175 Patent explains that the analytical representation described above is compared to a collection of analytical representations of reference sampled media.  *See, e.g.*, col. 3:43-47 ("a comparing device, coupled to the reference database and to the second input, for comparing an abstract of the at least one query signal to the abstracts stored in the reference database to determine if the abstract of the at least one query signal matches any of the stored abstracts); *see also* cols. 3:17-21; 3:26-31; 3:56-60; 8:58-9:12. |
| presenting said content-related data on said client media player. | The GAM is offered to provide "content recognition."  *See* http://blue-spike.myshopify.com/products/giovanni-abstraction-recognition-machine.  When the content is recognized, it must necessarily be displayed to the user in order to be of any use.  *See also*, '175 Patent at col. 9:13-19. |

4