# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **Blue Spike, LLC,**  *Plaintiff*, v. Texas Instruments, Inc., et al., *Defendants*. | § § § § § § § § § | CASE NO. 6:12-cv-499 MHS  LEAD CASE  Jury Trial Demanded |
| **Blue Spike, LLC,**  *Plaintiff*, v. **DERMALOG IDENTIFICATION SYSTEMS, GMBH,**  *Defendant*. | § § § § § § § § § § | CASE NO. 6:13-cv-053 MHS  CONSOLIDATED CASE  Jury Trial Demanded |

## ORDER ON VOLUNTARY DISMISSAL OF DEFENDANT DERMALOG IDENTIFICATION SYSTEMS, GMBH WITHOUT PREJUDICE

The Court is in receipt of Plaintiff Blue Spike, LLC's Notice of Voluntary Dismissal of Defendant DERMALOG Identification Systems, GmbH ("Defendant") without prejudice ("Notice"). At the time of filing of the Notice, Defendant has not yet answered the Complaint, and has not yet moved for summary judgment.

It is therefore ORDERED, that the Complaint is dismissed without prejudice against this specific Defendant.