UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § § § | |
| *Plaintiff*, | § § | Case No. 6:12-cv-499-MHS |
| v. | § § | Lead Case |
| Texas Instruments, Inc. et al., | § § | Jury Trial Demanded |
| *Defendants*. | § § | |

**BLUE SPIKE, LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

Plaintiff Blue Spike, LLC ("Plaintiff") hereby requests an order to file under seal:

(1) Blue Spike's Opposition to Cognitec Systems GmbH's Motion to Dismiss for Lack of Personal Jurisdiction.

(2) Exhibit 1 – Order Denying Cognitec Systems Corporation's Motion to Dismiss for Lack of Personal Jurisdiction, Case No. 6:12-cv-499-MHS, Dkt. No. 1333.

(3) Exhibit 2 – Order Denying Cognitec Systems GmbH's Motion to Dismiss for Lack of Personal Jurisdiction, Case No. 6:12-cv-499-MHS, Dkt. No. 1324.

(4) Exhibit 3 – Datatreasury Corp. v. Wells Fargo & Co., et al., Case No. 2:06-cv-72 (E.D. Tex. Feb. 2, 2009).

(5) Exhibit 4 – Deposition transcript of Alfredo Herrera, Managing Director of Cognitec Systems GmbH and President of Cognitec Systems Corp.

(6) Exhibit 5 – Deposition transcript of Hrac "Roger" Kelesoglu, Senior Business Development Executive at Cognitec Systems Corp.

(7) Exhibit 6 – Website printout of Cognitec-systems.de.

(8)  Exhibit 7 – Excerpt of Cognitec Systems Corporation's discovery production marked "Confidential – Attorneys' Eyes Only" and bates labeled CSC00013-28.

(9)  Exhibit 8 – Excerpt of Cognitec Systems Corporation's discovery production marked "Confidential – Attorneys' Eyes Only" and bates labeled CSC00055-108.

(10) Exhibit 9 – Cognitec Systems Corporation's financial discovery production marked "Confidential – Attorney's Eyes Only."

(11) Exhibit 10 – Website printout of Cognitec-systems.de.

Plaintiff seeks leave to file the forgoing exhibits under seal because the exhibits contain information designated as "Attorneys' Eyes Only" by Defendant Cognitec Systems GmbH.

Dated: May 9, 2014

Respectfully submitted,

/s/ Randall T. Garteiser
Randall T. Garteiser
  Lead Attorney
  Texas Bar No. 24038912
  rgarteiser@ghiplaw.com
Christopher A. Honea
  Texas Bar No. 24059967
  chonea@ghiplaw.com
Christopher S. Johns
  Texas Bar No. 24044849
  cjohns@ghiplaw.com

GARTEISER HONEA, P.C.
218 North College Avenue
Tyler, Texas 75702
(903) 705-0828
(903) 526-5477 fax

Kirk J. Anderson
 California Bar No. 289043
Peter S. Brasher
 California Bar No. 283992
GARTEISER HONEA, P.C.
44 North San Pedro Road
San Rafael, California 94903
(415) 785-3762
(415) 785-3805 fax

*Counsel for Blue Spike, LLC*

## Certificate of Service

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on May 9, 2014.

                          /s/ Randall Garteiser