UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § | |
| *Plaintiff*, | § | Case No. 6:12-cv-499-MHS |
| v. | § | Lead Case |
| Texas Instruments, Inc. et al., | § | Jury Trial Demanded |
| *Defendants*. | § | |

    Before the Court is Blue Spike, LLC's Administrative Request to File Under Seal. Good cause having been shown, the Court GRANTS Blue Spike's motion to file under seal the following documents:

1. Blue Spike, LLC's Opposition to Cognitec Systems GmbH's Motion to Dismiss for Lack of Personal Jurisdiction.

2. Exhibits 1 - 10.

IT IS SO ORDERED.

1