IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § § § | |
| *Plaintiff*, | § § | Civil Action No. 12-CV-499-MHS |
| v. | § § § | LEAD CASE |
| TEXAS INSTRUMENTS, INC., *et al.*, | § § § | JURY TRIAL DEMANDED |
| *Defendants*. | § § | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT COGNITEC SYSTEMS GMBH'S MOTION TO DISMISS**

Plaintiff Blue Spike, LLC ("Blue Spike") respectfully moves the Court for an extension of time within which to respond to Cognitec Systems GmbH's Motion to Dismiss for Lack of Personal Jurisdiction (Dkt. 1437). Blue Spike requests an extension of time until May 12, 2014 to respond to Defendant's Motion. Counsel for Blue Spike has conferred with counsel for Cognitec Systems GmbH. Collectively counsel is unopposed to this request for an extension of time.

Respectfully submitted,

/s/ Randall T. Garteiser
Randall T. Garteiser
  Texas Bar No. 24038912
  rgarteiser@ghiplaw.com
Christopher A. Honea
  Texas Bar No. 24059967
  chonea@ghiplaw.com
Christopher S. Johns

1

2

  Texas Bar No. 24044849
  cjohns@ghiplaw.com
Kirk J. Anderson
 California Bar No. 289043
Peter S. Brasher
 California Bar No. 283992
**GARTEISER HONEA, P.C.**
218 North College Ave.
Tyler, Texas 75702
Telephone:  (903) 705-7420
Facsimile:  (888) 908-4400

*Counsel for Blue Spike, LLC*

2

## Certificate of Service

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email.

/s/ Randall T. Garteiser

## CERTIFICATE OF CONFERENCE

I certify that on behalf of Blue Spike, LLC, I have met and conferred with counsel for Defendant on May 1, 2014 regarding the relief requested herein. Counsel for Defendant has indicated that it is unopposed to the extension being granted.

/s/ Kirk J. Anderson