IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
| *Plaintiff*, | § | Civil Action No. 12-CV-499-MHS |
| v. | § | LEAD CASE |
| TEXAS INSTRUMENTS, INC., *et al*., | § | JURY TRIAL DEMANDED |
| *Defendants*. | § | |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

BEFORE THE COURT is Plaintiff Blue Spike, LLC's ("Blue Spike's") Unopposed Motion for an extension of time within which to respond to Cognitec Systems GmbH's Motion to Dismiss for Lack of Personal Jurisdiction (Dkt. 1437).

IT IS ORDERED that Blue Spike's request for an extension of time to respond to Defendant's Motion is granted. Counsel for Blue Spike will have until May 12, 2014 to respond.