IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** | § § § § § § § § § § § | **Civil Action No.: 6:12-cv-00499-LED** |
| **Plaintiff,** | | **JURY TRIAL DEMANDED** |
| **v.** | | |
| **TEXAS INSTRUMENTS, INC.,** | | |
| **Defendant.** | | |

## JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

NOW COME, Plaintiff Blue Spike, LLC and Defendants M2SYS, LLC, Iritech, Inc., Futronic Technology Co., Ltd., NEUROtechnology, and Fulcrum Biometrics, LLC, iPharro Media GmbH, iPharro Media, Inc., Audible Magic Corporation, Photobucket.com, Inc., Qlipso, Inc., Qlipso Media Networks Ltd., Zedge Holdings, Inc., Mediafire, LLC., Dailymotion, Inc., Dailymotion S.A., GoMiso, Inc, iMesh, Inc., Coincident.TV, Inc., Facebook, Inc., MySpace, LLC, Specific Media, LLC, Yap.tv, Inc., Metacafe, Inc., Boodabee Technologies Inc., Harmonix Music Systems, Inc., Brightcove, Inc., Accedo Broadband AB, Accedo Broadband NA, Inc., Soundcloud, Inc., Soundcloud Ltd., WiOffer, LLC, Myxer, Inc., Attributor Corporation, Viggle, Inc., Shazam Entertainment Limited, MorphoTrust USA, Inc., L-1 Identity Solutions, Inc., MorphoTrak, Inc., Safran USA, Inc., Irdeto USA, Inc., Irdeto B.V., CBS Corp., Last.fm Ltd., CBS Interactive, Inc., Infinisource, Inc., Qqest Software Systems, Inc., SMRTV, Inc., The Nielsen Company (US) LLC, Clear Channel Broadcasting, Inc., 3M Cogent, Inc., Zvetco, LLC, Entropic Communications, Inc., Cognitec Systems Gmbh, Cognitec Systems Corp., Civolution USA, Inc., Civolution B.V., Vobile, Inc., Airborne Biometrics Group, Inc., Precise Biometrics,

Inc. and Precise Biometrics AB (collectively "Defendants") in the above captioned action and move the Court to enter the proposed Protective Order filed concurrently with this motion.

The parties have met and conferred and agree to the attached proposed Protective Order.

WHEREFORE, Plaintiff and Defendants respectfully pray that the Court grant this Motion and enter the Agreed Protective Order.

Dated: May 13, 2014          Respectfully submitted,

           */s/ Randall T. Garteiser*
           Randall T. Garteiser
            Lead Attorney
            Texas Bar No. 24038912
            rgarteiser@ghiplaw.com
           Christopher A. Honea
            Texas Bar No. 24059967
            chonea@ghiplaw.com
           Christopher S. Johns
            Texas Bar No. 24044849
            cjohns@ghiplaw.com
           GARTEISER HONEA, P.C.
           218 North College Avenue
           Tyler, Texas 75702
           (903) 705-0828
           (888) 908-4400 Fax

           Kirk J. Anderson
            California Bar No. 289043
           Peter S. Brasher
            California Bar No. 283992
           GARTEISER HONEA, P.C.
           44 North San Pedro Road
           San Rafael, California 94903
           (415) 785-3762
           (415) 785-3805 fax

           *Counsel for Blue Spike, LLC.*

*/s/ Joshua R. Furman, with permission*
Josh A. Krevitt
(NY Bar No. 2568228)
Benjamin Hershkowitz
(NY Bar No. 2600559)
R. Scott Roe
(NY Bar No. 4480224)
Joshua Furman
(NY Bar No. 4612255)
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
Ph. 212.351.4000
Fax: 212.351.6210
jkrevitt@gibsondunn.com
bhershkowitz@gibsondunn.com
jfurman@gibsondunn.com
sroe@gibsondunn.com

Michael E. Jones
SBN: 10929400
mikejones@potterminton.com
Allen F. Gardner
SBN: 24043679
allengardner@potterminton.com
Daniel A. Noteware, Jr.
SBN: 24051123
dannynoteware@potterminton.com
Potter Minton, PC
110 North College, Suite 500
Tyler, Texas 75702
Tel: 903-597-8311
Fax: 903-593-0846

*Counsel for Defendant*
*Shazam Entertainment Limited*


*/s/ Daniel Johnson, Jr.*
C. Erik Hawes (TX Bar No. 24042543)
Email:  ehawes@morganlewis.com
Thomas R. Davis (TX Bar No. 24055384)
Email: tdavis@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1000 Louisiana Street, Suite 4000

Houston, Texas 77002
(713) 890-5000 Telephone
(713) 890-5001 Facsimile

Daniel Johnson, Jr. (Admitted *Pro Hac Vice*)
Email: djjohnson@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1000 Telephone
(415) 442-1001 Facsimile

*Attorneys for Defendants MorphoTrust USA, Inc.,*
*L-1 Identity Solutions, Inc., MorphoTrak, Inc., and*
*Safran USA, Inc.*


*/s/ Eric H. Findlay*
Eric H. Findlay (Texas Bar No. 00789886)
Walter W. Lackey, Jr. (Texas Bar No. 24050901)
FINDLAY CRAFT, P.C.
102 N. College Ave., Suite 900
Tyler, TX 75702
Telephone:  (903) 534-1100
Facsimile:  (903) 534-1137
efindlay@findlaycraft.com
wlackey@findlaycraft.com

I. Neel Chatterjee (admitted E.D. Texas)
Gabriel M. Ramsey (admitted E.D. Texas)
ORRICK, HERRINGTON & SUTCLIFFE, LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:  (650) 614-7400
Facsimile:  (650) 614-7401
gramsey@orrick.com
nchatterjee@orrick.com

Alyssa M. Caridis (admitted E.D. Texas)
ORRICK, HERRINGTON & SUTCLIFFE, LLP
777 S. Figueroa St.
Suite 3200
Los Angeles, CA 90017
Telephone:  (213) 629-2020
Facsimile:  (213) 612-2499
acaridis@orrick.com

4

Christopher J. Higgins
ORRICK, HERRINGTON & SUTCLIFFE, LLP
1152 15th Street, N.W.
Washington, DC 20005-1706
Telephone:  (202) 339-8400
Facsimile:  (202) 339-8500
chiggins@orrick.com

*Counsel for Defendants Audible Magic, Corp., Facebook, Inc., Myspace LLC, Specific Media LLC, Photobucket.com, Inc., DailyMotion, Inc., DailyMotion S.A., SoundCloud, Inc., SoundCloud Ltd., Myxer, Inc., Qlipso, Inc., Qlipso Media Networks, Ltd., Yap.tv, Inc., GoMiso, Inc., iMesh, Inc., Metacafe, Inc., Boodabee Technologies, Inc., Zedge Holdings, Inc., Brightcove Inc., Coincident.TV, Inc., Accedo Broadband North America, Inc., Accedo Broadband AB, MediaFire, LLC, WiOffer LLC, and Harmonix Music Systems, Inc.*

*/s/ Andrew P. Valentine*
Andrew P. Valentine (*Pro Hac Vice*)
DLA PIPER LLP (US)
2000 University Ave.
East Palo Alto, CA 94303
Telephone: 650.833.2000
Facsimile: 650.833.2001
andrew.valentine@dlapiper.com

*/s/ John Guaragna*
401 Congress Avenue
Suite 2500
Austin, TX 78701-3799
Telephone:  512.457.7125
Facsimile:  512.721.2325
john.guaragna@dlapiper.com

*Counsel for Defendants*
*Irdeto USA, Inc. and Irdeto B.V.*

*/s/ Edward R. Reines*
Edward R. Reines
Cal. Bar No. 135960 – Admitted to E.D. Texas

5

Lead Attorney
edward.reines@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

*Counsel for Defendants CBS Corp., Last.fm Ltd., and CBS Interactive, Inc.*

*/s/ Kristin L. Cleveland*
Kristin L. Cleveland (OR State Bar No. 001318 –
Admitted to E.D. Texas)
kristin.cleveland@klarquist.com
Kristen L. Reichenbach (OR State Bar No. 115858)
Kristen.reichenbach@klarquist.com
John D. Vandenberg (OR State Bar No. 893755)
john.vandenberg@klarquist.com
121 SW Salmon Street, Suite 1600
Portland, OR 97204
Telephone:  (503) 595-5300
Facsimile:  (503) 595-5301

Eric H. Findlay (Texas Bar No. 00789886)
Walter W. Lackey, Jr. (Texas Bar No. 24050901)
FINDLAY CRAFT, P.C.
102 N. College Ave., Suite 900
Tyler, TX 75702
Telephone:  (903) 534-1100
Facsimile:   (903) 534-1137
efindlay@findlaycraft.com
wlackey@findlaycraft.com

*Attorneys for Defendant Attributor Corporation*

*/s/ Eric H. Findlay*
Eric H. Findlay (Texas Bar No. 00789886)
Walter W. Lackey, Jr. (Texas Bar No. 24050901)
FINDLAY CRAFT, P.C.
102 N. College Ave., Suite 900
Tyler, TX 75702
Telephone:  (903) 534-1100
Facsimile:   (903) 534-1137

6

efindlay@findlaycraft.com
wlackey@findlaycraft.com

*Attorneys for Defendant M2SYS, LLC, Iritech, Inc., Futronic Technology Co., Ltd., NEUROtechnology, Fulcrum Biometrics, LLC, iPharro Media GmbH, iPharro Media, Inc*

*/s/ Eric H. Findlay*
Eric H. Findlay (Texas Bar No. 00789886)
Walter W. Lackey, Jr. (Texas Bar No. 24050901)
FINDLAY CRAFT, P.C.
102 N. College Ave., Suite 900
Tyler, TX 75702
Telephone:  (903) 534-1100
Facsimile:   (903) 534-1137
efindlay@findlaycraft.com
wlackey@findlaycraft.com

Jordan A. Sigale
Christopher Swickhamer
LOEB & LOEB LLP
321 North Clark Street, Suite 2300
Chicago, IL 60654
Telephone: 312-464-3109
Facsimile: 312-276-8375
Email: jsigale@loeb.com
Email: cswickhamer@loeb.com

*Attorneys for Defendant Viggle, Inc.*

*/s/ Teresa M. Corbin*
Teresa M. Corbin
Teresa M. Corbin, CA Bar No. 132360
(Admitted E.D. Texas)
Bryan A. Kohm, CA Bar No. 233276
(Admitted E.D. Texas)
David Lacy Kusters, CA Bar No. 241335
(Admitted E.D. Texas)
Fenwick & West LLP
555 California Street, 12th Floor
San Francisco, California 94104
Telephone:      (415) 874-2300
Facsimile:      (415) 281-1350

7

Darren E. Donnelly, CA Bar No. 194335
(Admitted E.D. Texas)
Fenwick & West LLP
Silicon Valley Center
801 California Street
Mountain View, California 94041
Telephone:    (650) 955-8500
Facsimile:          (650) 983-5200

*Attorneys for Defendants*
*Infinisource, Inc.; Qqest Software Systems, Inc.;*
*SMRTV, Inc.; and The Nielsen Company (US) LLC*

*/s/ Steven J. Corr*
Tharan Greg Lanier (admitted E.D. Texas)
California Bar No. 138784
Jones Day
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
tglanier@jonesday.com

Steven J. Corr (admitted E.D. Texas)
California Bar No. 216243
Jones Day
555 S. Flower Street
Los Angeles, CA  90278
Telephone: (213) 243-2327
Facsimile: (213) 243-2539
sjcorr@jonesday.com

*Attorneys for Defendants The Nielsen Company (US)*
*LLC*

*/s/ Ryan K. Yagura*
Ryan K. Yagura - TX S.B. #240755933
ryagura@omm.com - CA S.B. #197619
Nicholas J. Whilt (*pro hac vice*)
nwhilt@omm.com – CA S.B. #247738
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, California 90071-2899
Telephone:  (213) 430-6000
Facsimile:  (213) 430-6407

8

Sarah A. Pfeiffer (*pro hac vice*)
spfeiffer@omm.com – CA S.B. #278205
O'Melveny & Myers LLP
610 Newport Center Drive
Newport Beach, California 92660
Telephone:  (949) 823-6900
Facsimile:  (949) 823-6994

*Attorneys for Clear Channel Broadcasting, Inc.*


*/s/ Robert F. Kramer*
Robert F. Kramer
CA Bar No. 181706 (admitted E.D. Tex.)
C. Gideon Korrell
CA Bar No. 284890 (admitted E.D. Tex.)
DENTONS US, LLP
1530 Page Mill Road, Suite 200
Palo Alto, CA 94304
Tel: (650) 798-0300
Fax: (650) 798-0310
robert.kramer@dentons.com
gideon.korrell@dentons.com

*Counsel for Defendants 3M Cogent, Inc.*

*/s/ Robert Huntsman*
Robert Huntsman
Huntsman Law Group, PLLC
10400 W. Overland Road, #174
Boise, Idaho 83709
Phone # 208 860 4379 x200
law2014@huntsmanlg.com
Idaho Bar#  5345

*Defendants for Zvetco, LLC*

*/s/ Jo Dale Carothers*
Alan H. Blankenheimer
ablankenheimer@cov.com
Jo Dale Carothers
jcarothers@cov.com
COVINGTON & BURLING LLP
9191 Towne Centre Drive, 6th Floor
San Diego, CA 92122-1225
Tel: 858-678-1800

9

Fax: 858-678-1600

Michael E. Jones
SBN: 10929400
Potter Minton, PC
110 N. College, Suite 500
Tyler, Texas 75702
Tel: 903-597-8311
Fax: 903-593-0846
mikejones@potterminton.com

*Attorneys for Defendant*
*Entropic Communications, Inc.*


*/s/ Dwayne K. Goetzel*
Eric B. Meyertons
Texas State Bar No. 14004400
Dwayne K. Goetzel
Texas State Bar No. 08059500
Ryan T. Beard
Texas State Bar No. 24012264
MEYERTONS, HOOD, KIVLIN,
   KOWERT & GOETZEL, P.C.
1120 S. Capital of Texas Hwy.
Building 2, Suite 300
Austin, Texas 78746
(512) 853-8800 (telephone)
(512) 853-8801 (facsimile)

*Attorneys For Defendant*
*Cognitec Systems Gmbh And*
*Cognitec Systems Corp.*


*/s/ Michael A. Molano*
Michael A. Molano (*pro hac vice*)
Ward Johnson (*pro hac vice*)
MAYER BROWN LLP
3000 El Camino Real
Palo Alto, CA 94306-2112
Phone: (650) 331-2000
Fax: (650) 331-2060
Email: wjohnson@mayerbrown.com
Email: mmolano@mayerbrown.com

10

Kyle E. Friesen
Texas Bar No. 24061954
MAYER BROWN LLP
700 Louisiana Street, Suite 3400
Houston, Texas 77002-2730
Phone: (713) 238-2691
Fax: (713) 238-4691
Email: kfriesen@mayerbrown.com

*Counsel for Defendants*
*Civolution USA, Inc. and Civolution B.V.*


/s/ Samuel E. Stubbs
Samuel E. Stubbs (TX Bar No. 19434500)
sam.stubbs@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
2 Houston Center
909 Fannin, Suite 2000
Houston, TX 77010-1018
Telephone: (713) 276-7645
Facsimile: (281) 582-6473
David A. Jakopin (pro hac vice)
david.jakopin@pillsburylaw.com
Keren Hu (pro hac vice)
keren.hu@pillsburylaw.com

PILLSBURY WINTHROP SHAW PITTMAN LLP
2550 Hanover Street
Palo Alto, CA 94304-1114
Telephone: (650) 233-4500
Facsimile: (650) 233-4545

*Counsel for Defendant Vobile, Inc.*


/s/ *Reid E. Dammann*
Reid E. Dammann (CA Bar No. 249031)
r.dammann@mpglaw.com
MUSICK PEELER LLP
One Wilshire Boulevard, Suite 2000
Los Angeles, CA 90017
Houston, TX 77010-1018
Telephone: (213) 629-7611
Facsimile: (213) 624-1376


11

*Counsel for Defendant Airborne Biometrics Group, Inc.*


<u>*/s/ Orion Armon*</u>
Heidi L. Keefe (*pro hac vice*)
Mark R. Weinstein (*pro hac vice*)
COOLEY LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Phone: (650) 843-5000
Fax: (650) 857-0663
hkeefe@cooley.com
mweinstein@cooley.com

Orion Armon (*pro hac vice*)
Sara J. Radke (*pro hac vice*)
Janna K. Fischer (*pro hac vice*)
COOLEY LLP
380 Interlocken Crescent, Suite 900
Broomfield, CO 80021
Tel: (720) 566-4000
Fax: (720) 566-4099
oarmon@cooley.com
sradke@cooley.com
jfischer@cooley.com

Deron R. Dacus (Texas Bar No. 00790553)
The Dacus Firm, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX  75701
Tel: (903) 705-1117
Fax: (903) 705-1117
ddacus@dacusfirm.com

*Counsel for Defendant Facebook, Inc.*


<u>*/s/ Melissa R. Smith*</u>
Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, LLP
303 S. Washington Ave.
Marshall, Texas 75670
Telephone: (903) 934-8450

12

Facsimile: (903) 934-9257
melissa@gillamsmithlaw.com
Russell E. Levine, P.C.
G. William Foster
KIRKLAND & ELLIS LLP
300 N. LaSalle St.
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
russell.levine@kirkland.com
billy.foster@kirkland.com

*Counsel for Defendants*
*Precise Biometrics, Inc. and*
*Precise Biometrics AB*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this **JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER**, *via* the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 13th day of May, 2014.

*/s/ Eric H. Findlay*
Eric H. Findlay

13