UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **Blue Spike, LLC,** | § | |
| *Plaintiff,* | § | CASE NO. 6:12-cv-499 MHS |
| v. | § | LEAD CASE |
| **Texas Instruments, Inc., et al.,** | § | Jury Trial Demanded |
| *Defendants.* | § | |
| **Blue Spike, LLC,** | § | |
| *Plaintiff,* | § | CASE NO. 6:13-cv-053 MHS |
| v. | § | CONSOLIDATED CASE |
| **DERMALOG IDENTIFICATION SYSTEMS, GMBH,** | § | Jury Trial Demanded |
| *Defendant.* | § | |

## ORDER ON VOLUNTARY DISMISSAL OF DEFENDANT DERMALOG IDENTIFICATION SYSTEMS, GMBH WITHOUT PREJUDICE

The Court is in receipt of Plaintiff Blue Spike, LLC's Notice of Voluntary Dismissal of Defendant DERMALOG Identification Systems, GmbH ("Defendant") without prejudice ("Notice"). At the time of filing of the Notice, Defendant has not yet answered the Complaint, and has not yet moved for summary judgment.

It is therefore ORDERED, that the Complaint is dismissed without prejudice against this specific Defendant.

It is SO ORDERED.

SIGNED this 14th day of May, 2014.

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE