IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC., <br><br> Plaintiff, <br><br> v. <br><br> TEXAS INSTRUMENTS, INC., <br><br> Defendant. | C.A. No. 6:12-cv-499-MHS <br><br> LEAD CASE |
| BLUE SPIKE, LLC., <br><br> Plaintiff, <br><br> v. <br><br> IRDETO USA, INC. and IRDETO B.V., <br><br> Defendants. | C.A. No. 6:12-cv-567-MHS <br><br> MEMBER CASE <br><br> JURY TRIAL DEMANDED |

**DEFENDANTS IRDETO USA, INC. AND IRDETO B.V.'S
NOTICE OF COMPLIANCE WITH PATENT LOCAL RULE 3-4(A)**

Pursuant to Patent Local Rule 3-4(a), Customer Defendants Irdeto USA, Inc. and Irdeto B.V. respectfully notify the Court and all parties that on May 15, 2015, they served their P.R. 3-4(a) document production on counsel for Plaintiff by email.

Dated:  May 15, 2014

Respectfully submitted,

*/s/ Andrew P. Valentine*
Andrew P. Valentine (*Pro Hac Vice*)
DLA PIPER LLP (US)
2000 University Ave.
East Palo Alto, CA 94303
Telephone: 650.833.2000
Facsimile: 650.833.2001
andrew.valentine@dlapiper.com

John Guaragna
DLA PIPER LLP (US)
401 Congress Avenue, Suite 2500
Austin, TX 78701-3799
Telephone: 512.457.7125
Facsimile: 512.721.2325
john.guaragna@dlapiper.com

Dawn M. Jenkins
State Bar No. 24074484
DLA PIPER LLP (US)
1000 Louisiana, Suite 2800
Houston, TX 77002
Telephone: 713.425.8400
Facsimile: 713.425.8401
dawn.jenkins@dlapiper.com

**ATTORNEYS FOR DEFENDANTS
IRDETO USA, INC. AND IRDETO B.V.**

## CERTIFICATE OF SERVICE

I, Andrew P. Valentine, hereby certify that on May 15, 2014, I caused a true and correct copy of the foregoing NOTICE OF COMPLIANCE WITH PATENT LOCAL RULE 3-4(A) to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification to the attorneys of record, and is available for viewing and downloading.

　　　　　　　　　　　　　　　　　　　　　　　 */s/ Andrew P. Valentine*
　　　　　　　　　　　　　　　　　　　　　　　　Andrew P. Valentine