# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § | |
| *Plaintiff*, | § § | CASE NO. 6:12-cv-499 MHS |
| v. | § § | LEAD CASE |
| Texas Instruments, Inc., et al., | § § | Jury Trial Demanded |
| *Defendants*. | § § | |
| Blue Spike, LLC, | § § | |
| *Plaintiff*, | § § | CASE NO. 6:13-CV-83 MHS |
| v. | § § | CONSOLIDATED CASE |
| M2SYS, LLC, | § § | Jury Trial Demanded |
| *Defendants*. | § § | |

## AGREED MOTION TO DISMISS M2SYS, LLC

Plaintiff Blue Spike, LLC, on the one hand, and defendant M2SYS, LLC, on the other, have reached a settlement of the above-captioned matter and have agreed to dismiss the claims, counterclaims, and causes of action between them.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Blue Spike, LLC stipulates to the dismissal with prejudice of all claims and causes of action asserted in this case against defendant M2SYS, LLC, and defendant M2SYS, LLC stipulates to the dismissal with prejudice of all counterclaims and defenses asserted in this case against Blue Spike, LLC. The parties shall bear their own attorneys' fees, expenses and costs.

Dated: May 16, 2014

By:  /s/ Randall T. Garteiser  
 Randall T. Garteiser  
 Lead Attorney  
 Texas Bar No. 24038912  
 rgarteiser@ghiplaw.com  
Christopher A. Honea  
 Texas Bar No. 24059967  
 chonea@ghiplaw.com  
Christopher S. Johns  
 Texas Bar No. 24044849  
 cjohns@ghiplaw.com  
Kirk J. Anderson  
 California Bar No. 289043  
Peter S. Brasher  
 California Bar No. 283992  
GARTEISER HONEA, P.C.  
218 North College Avenue  
Tyler, Texas 75702  
(903) 705-0828  
(888) 908-4400 fax  

***ATTORNEYS FOR BLUE SPIKE, LLC***

By:  /s/ Eric H. Findlay  
 Eric Hugh Findlay  
 Texas Bar No. 00789886  
 efindlay@findlaycraft.com  
Walter W. Lackey, Jr.  
 Texas Bar No. 24050901  
 wlackey@findlaycraft.com  
FINDLAY CRAFT, P.C.  
102 North College Ave. Ste. 900  
Tyler, Texas 75702  
(903) 534-1100  
(903) 534-1137 fax  

***ATTORNEYS FOR M2SYS, LLC.***

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email.

   /s/ Randall T. Garteiser