# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, <br><br>               Plaintiff, <br><br>     v. <br><br> TEXAS INSTRUMENTS, INC., <br><br>               Defendant. | § § § § § § § § § § § § | Civil Action No. 6:12-CV-499-MHS |
| BLUE SPIKE, LLC, <br><br>               Plaintiff, <br><br>     v. <br><br> INFINISOURCE, INC. and QQEST SOFTWARE SYSTEMS, INC., <br><br>               Defendants. | § § § § § § § § § § § § § | Civil Action No. 6:13-CV-127-MHS |

**DEFENDANTS INFINISOURCE, INC.'S AND QQEST SOFTWARE SYSTEMS, INC.'S NOTICE REGARDING P.R. 3-3 and 3-4 DISCLOSURES**

Defendants Infinisource, Inc. and Qqest Software Systems, Inc. hereby provide notice that they served their P.R. 3-3 and 3-4 disclosures on Plaintiff Blue Spike, LLC via electronic mail/FTP and Federal Express on May 15, 2014.

Dated:  May 16, 2014          Respectfully submitted,

FENWICK & WEST LLP


By:   */s/ Bryan A. Kohm*
     Bryan A. Kohm
     bkohm@fenwick.com

Teresa M. Corbin, CA Bar No. 132360
(Admitted E.D. Texas)
Bryan A. Kohm, CA Bar No.233276
(Admitted E.D. Texas)
David Lacy Kusters, CA Bar No.241335
(Admitted E.D. Texas)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, California 94104
Telephone:     (415) 874-2300
Facsimile:      (415) 281-1350

Darren E. Donnelly, CA Bar No. 194335
(Admitted E.D. Texas)
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, California  94041
Telephone:      (650) 955-8500
Facsimile:       (650) 983-5200

Attorneys for Defendants
Infinisource, Inc. and Qqest Software Systems, Inc.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on May 16, 2014.

                                             */s/ Bryan A. Kohm*
                                                   Bryan A. Kohm