# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> TEXAS INSTRUMENTS, INC., <br><br> Defendant. | § § § § § § § § § § § § | Civil Action No. 6:12-CV-499-MHS |
| BLUE SPIKE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SMRTV, INC., <br><br> Defendant. | § § § § § § § § § § § § | Civil Action No. 6:12-CV-581-MHS |

**DEFENDANT SMRTV, INC.'S NOTICE REGARDING P.R. 3-3 and 3-4 DISCLOSURES**

Defendant SMRTV, Inc. hereby provides notice that it served its P.R. 3-3 and 3-4 disclosures on Plaintiff Blue Spike, LLC via electronic mail/FTP and Federal Express on May 15, 2014.  SMRTV, Inc. also will make its relevant source code available for inspection under the Protective Order (Dkt. No. 1562) upon reasonable notice.

Dated:  May 16, 2014	Respectfully submitted,

FENWICK & WEST LLP


By: ___/s/ Bryan A. Kohm_____
    Bryan A. Kohm
    bkohm@fenwick.com

Teresa M. Corbin, CA Bar No. 132360
(Admitted E.D. Texas)
Bryan A. Kohm, CA Bar No.233276
(Admitted E.D. Texas)
David Lacy Kusters, CA Bar No.241335
(Admitted E.D. Texas)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, California 94104
Telephone:	(415) 874-2300
Facsimile:	(415) 281-1350

Darren E. Donnelly, CA Bar No. 194335
(Admitted E.D. Texas)
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, California  94041
Telephone:	(650) 955-8500
Facsimile:	(650) 983-5200

Attorneys for Defendant
SMRTV, Inc.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on May 16, 2014.

                                                            */s/ Bryan A. Kohm*
                                                                 Bryan A. Kohm