# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No.: 6:12-cv-00499-MHS |
| § | |
| TEXAS INSTRUMENTS, INC., § | JURY TRIAL DEMANDED |
| § | |
| Defendant. § | |

## NOTICE OF COMPLIANCE REGARDING P.R. 3-3 AND 3-4 DISCLOSURES

Defendants Iritech, Inc., Futronic Technology Co., Ltd., NEUROtechnology, Fulcrum Biometrics, LLC, iPharro Media, Inc., and iPharro Media GmbH hereby provide notice that they served their P.R. 3-3 and 3-4 disclosures on Plaintiff Blue Spike, LLC via electronic mail/FTP on May 15, 2014.

Dated: May 16, 2014

/s/ Eric H. Findlay
Eric H. Findlay (Texas Bar No. 00789886)
Walter W. Lackey, Jr. (Texas Bar No. 24050901)
FINDLAY CRAFT, P.C.
102 North College Ave.
Suite 900
Tyler, TX 75702
Telephone:  (903) 534-1100
Facsimile:   (903) 534-1137
efindlay@findlaycraft.com
wlackey@findlaycraft.com

**Attorneys for Defendants Iritech, Inc., Futronic Technology Co., Ltd., NEUROtechnology, Fulcrum Biometrics, LLC, iPharro Media, Inc., and iPharro Media GmbH**

2

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned certifies that the foregoing document was filed electronically on May 16, 2014 pursuant to Local Rule CV-5(a) and has been served on all counsel who are deemed to have consented to electronic service.

                                                                    */s/ Eric H. Findlay*
                                                                       Eric H. Findlay