# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, <br><br> *Plaintiff,* <br> v. <br><br> TEXAS INSTRUMENTS, INC., <br><br> *Defendant.* | § § § § § § § § § § § | C.A. No. 6:12-cv-00499-MHS <br><br> **JURY TRIAL DEMANDED** |
| BLUE SPIKE, LLC, <br><br> *Plaintiff,* <br> v. <br><br> SHAZAM ENTERTAINMENT LTD. <br><br> *Defendant.* | § § § § § § § § § § § § | C.A. No. 6:12-cv-00500-MHS <br><br> **(CONSOLIDATED WITH 6:12-CV-499)** <br> **JURY TRIAL DEMANDED** |
| SHAZAM ENTERTAINMENT LTD. <br><br> *Defendant,* <br> v. <br><br> BLUE SPIKE, LLC,  BLUE SPIKE, INC. and SCOTT A. MOSKOWITZ <br><br> *Counterclaim Defendants.* | § § § § § § § § § § § § | |

**DEFENDANT'S NOTICE OF COMPLIANCE REGARDING P.R 3-3 AND P.R.3-4 DISCLOSURES**

Defendant Shazam Entertainment Ltd. hereby notifies the Court that it served its P.R. 3-3 and 3-4 Disclosures on Plaintiff Blue Spike, LLC, via electronic mail/FTP on May 15, 2014.

Date:  May 16, 2014                                        Respectfully submitted,

{LNW/09241/0001/W1180477.1 }

| | |
|---|---|
| Josh A. Krevitt<br>NY Bar No. 2568228<br>jkrevitt@gibsondunn.com<br>Benjamin Hershkowitz<br>NY Bar No. 2600559<br>bhershkowitz@gibsondunn.com<br>R. Scott Roe<br>NY Bar No. 4480224<br>sroe@gibsondunn.com<br>Joshua Furman<br>NY Bar No. 4612255<br>jfurman@gibsondunn.com<br><br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166<br>Ph. 212.351.4000<br>Fax: 212.351.6210 | /s/   *Michael E. Jones*<br>Michael E. Jones<br>State Bar No. 10929400<br>mikejones@potterminton.com<br>Allen F. Gardner<br>State Bar No. 24043679<br>allengardner@potterminton.com<br>POTTER MINTON<br>A Professional Corporation<br>110 N. College, Suite 500<br>Tyler, TX 75702<br>Tel: 903.597.8311<br>Fax: 903.593.0846<br><br>*Counsel for Defendant*<br>*Shazam Entertainment Limited* |

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2014, a true and correct copy of the foregoing document was served on all attorneys of record who have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

 /s/ *Michael E. Jones*
Michael E. Jones