UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **Blue Spike, LLC** | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 6:12-cv-499 |
| **Texas Instruments, Inc.** | § § § | |
| Defendants | § | |

------------------------------------------------------------------------------------------------------------

| | | |
|---|---|---|
| **Blue Spike, LLC** | § § | |
| Plaintiff, | § § § § | |
| v. | § § | Case No. 6:13-cv-00124 |
| **Cognitec Systems Corporation** **Cognitec Systems GmbH** | § § § § | |
| Defendants | § | |

### DEFENDANT COGNITEC SYSTEMS CORPORATION AND COGNITEC SYSTEMS GMBH'S NOTICE OF COMPLIANCE

Defendants Cognitec Systems Corporation and Cognitec Systems GmbH hereby provide notice that they served their P.R. 3-3 and 3-4 disclosures on Plaintiff Blue Spike, LLC via electronic mail/SFTP on May 15, 2014.

1

/s/ Ryan T. Beard
Eric B. Meyertons
Texas State Bar No. 14004400
Dwayne K. Goetzel
Texas State Bar No. 08059500
Ryan T. Beard
Texas State Bar No. 24012264
MEYERTONS, HOOD, KIVLIN,
  KOWERT & GOETZEL, P.C.
1120 S. Capital of Texas Hwy.
Building 2, Suite 300
Austin, Texas 78746
(512) 853-8800 (telephone)
(512) 853-8801 (facsimile)

**ATTORNEYS FOR DEFENDANT**
**COGNITEC SYSTEMS CORPORATION**
**AND COGNITEC SYSTEMS GMBH**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served electronically on opposing counsel pursuant to Local Rule CV-5(a)(7)(C) on May 16, 2014.

/s/ Ryan T. Beard
Ryan T. Beard

2