IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC, | § |
| | § |
| Plaintiff, | § Civil Action No. 6:12-cv-499-MHS |
| | § |
| v. | § CONSOLIDATED CASE |
| | § |
| TEXAS INSTRUMENTS, INC., | § JURY TRIAL DEMANDED |
| | § |
| Defendants. | § |

## NOTICE OF COMPLIANCE

Defendant Airborne Biometrics Group, Inc., hereby files this Notice of Compliance that it has served its P.R. 3-3 and 3-4 disclosures on Plaintiff Blue Spike, LLC via electronic mail/SFTP on May 15, 2014.

Dated: May 16, 2014

Respectfully submitted,

/s/ Reid E. Dammann
Reid E. Dammann
Lead Attorney
California Bar No. 249031
*Admitted Pro Hac Vice*
r.dammann@mpglaw.com
**MUSICK PEELER LLP**
One Wilshire Boulevard, Suite 2000
Los Angeles, California 90017
T: 213.629.7611
F: 213.624.1376

*Counsel for Defendant Airborne Biometrics Group, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV – 5(a)(3) on May 16, 2014.

/s/ Jennifer Turgeon
Jennifer Turgeon
