# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, <br>     Plaintiff, <br><br> vs. <br><br> TEXAS INSTRUMENTS, INC. et al., <br>     Defendants. | § § § § § § § § § § | Civil Action No. 6:12-CV-499 <br><br> (LEAD CASE) <br><br> JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC, <br>     Plaintiff, <br><br> vs. <br><br> CBS CORP., and <br> LAST.FM LTD., <br>     Defendants. | § § § § § § § § § § § § § | Civil Action No. 6:12-CV-594 <br><br> (CONSOLIDATED WITH 6:12-CV-499) <br><br> JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC, <br>     Plaintiff, <br><br> vs. <br><br> CBS INTERACTIVE, INC., <br>     Defendant. | § § § § § § § § § § § § | Civil Action No. 6:13-CV-60 <br><br> (CONSOLIDATED WITH 6:12-CV-499) <br><br> JURY TRIAL DEMANDED |

## **NOTICE OF COMPLIANCE**

Defendants CBS Interactive and Last.fm hereby provide notice that they served their P.R. 3-3 and 3-4 disclosures on plaintiff Blue Spike, LLC via electronic mail/SFTP on May 15, 2014.

May 16, 2014                                                            Respectfully submitted,

                                                                             */s/ Byron Beebe*
Edward R. Reines
Cal. Bar No. 135960 – Admitted to E.D. Texas
Lead Attorney
edward.reines@weil.com
Byron Beebe
Cal. Bar No. 235179 – Admitted to E.D. Texas
byron,beebe@weil.com
Andrew L. Perito
Cal. Bar No. 269995 – Admitted to E.D. Texas
andrew.perito@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

**Attorneys for Defendants CBS Interactive, Inc., and Last.fm Ltd.**

-3-

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served electronically on opposing counsel pursuant to Local Rule CV-5(a)(3)(A) on May 16, 2014.

*/s/ Byron Beebe*
Byron Beebe
