# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | Civil Action No. 6:12-CV-499 MHS |
| | § | |
| *Plaintiff*, | § | LEAD CASE |
| | § | |
| v. | § | |
| | § | |
| TEXAS INSTRUMENTS, INC., | § | |
| | § | |
| *Defendant.* | § | |

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | Civil Action No. 6:13-CV-00125 MHS |
| | § | |
| *Plaintiff*, | § | CONSOLIDATED CASE |
| v. | § | |
| | § | |
| | § | |
| ENTROPIC COMMUNICATIONS, INC., | § | |
| *Defendant*. | § | |

## DEFENDANT ENTROPIC COMMUNICATIONS, INC.
## NOTICE OF COMPLIANCE REGARDING P.R. 3-3 AND P.R. 3-4

Pursuant to the Court's March 6, 2014 Scheduling and Discovery Order for Customer Defendants [Dkt. No. 1331], Defendant Entropic Communications, Inc. ("Entropic") hereby files this Notice of Compliance confirming that, on May 15, 2014, Entropic complied with said Order for the deadline to serve its P.R. 3-3 and 3-4 disclosures on Plaintiff Blue Spike, LLC, and did so via electronic mail/FTP and Federal Express on May 15, 2014.

DATED:  May 19, 2014

Respectfully submitted,

By:  */s/ Michael E. Jones*
Alan H. Blankenheimer
ablankenheimer@cov.com
Jo Dale Carothers
jcarothers@cov.com
COVINGTON & BURLING LLP
9191 Towne Centre Drive, 6th Floor
San Diego, CA 92122-1225
Tel: 858-678-1800
Fax: 858-678-1600

Michael E. Jones
SBN: 10929400
Potter Minton, PC
110 N. College, Suite 500
Tyler, Texas 75702
Tel: 903-597-8311
Fax: 903-593-0846
mikejones@potterminton.com

Attorneys for Defendant
Entropic Communications, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3) on May 19, 2014.

>  /s/Michael E. Jones
>  Michael E. Jones