IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **BLUE SPIKE, LLC** | § | CIVIL ACTION NO. 6:12-CV-499 MHS |
| Plaintiff | § | LEAD CASE |
| v. | § | |
| **TEXAS INSTRUMENTS, INC.,** | § | |
| Defendant. | § | |
| | | |
| **BLUE SPIKE, LLC** | § | CIVIL ACTION NO. 6:12-CV-680 MHS |
| Plaintiff | § | CONSOLIDATED CASE |
| v. | § | |
| **L-1 IDENTITY SOLUTIONS, INC. and MORPHOTRUST USA, INC.,** | § | |
| Defendants. | § | |

**NOTICE OF COMPLIANCE REGARDING P.R. 3-3 AND 3-4 DISCLOSURES**

   Defendants L-1 Identity Solutions, Inc. and MorphoTrust USA, Inc. (now known as MorphoTrust USA, LLC) hereby notify the Court that they served their P.R. 3-3 and 3-4 Disclosures on Plaintiff Blue Spike, LLC, via electronic mail/FTP on May 15, 2014.

|  |  |
|---|---|
| Dated: May 19, 2014 | Respectfully submitted, |
|  | MORGAN, LEWIS & BOCKIUS LLP |
|  | */s/ Daniel Johnson, Jr.* |
|  | C. Erik Hawes (TX Bar No. 24042543)<br>Email:  ehawes@morganlewis.com<br>Thomas R. Davis (TX Bar No. 24055384)<br>Email:  tdavis@morganlewis.com<br>1000 Louisiana Street, Suite 4000<br>Houston, Texas 77002<br>(713) 890-5000 Telephone<br>(713) 890-5001 Facsimile |
|  | Daniel Johnson, Jr. (Admitted *Pro Hac Vice*)<br>Email: djjohnson@morganlewis.com<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>(415) 442-1000 Telephone<br>(415) 442-1001 Facsimile |
|  | **Attorneys for Defendants L-1 Identity Solutions, Inc. and  MorphoTrust USA, Inc.** |

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document has been served on all counsel of record via the Court's Case Management/Electronic Case Filing system and/or electronic mail on May 19, 2014.

>	*/s/ Daniel Johnson, Jr.*
>	Daniel Johnson, Jr.