IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | CIVIL ACTION NO. 6:12-CV-499 MHS |
| | § | |
| Plaintiff, | § | LEAD CASE |
| | § | |
| v. | § | |
| | § | |
| TEXAS INSTRUMENTS, INC., et al. | § | JURY TRIAL DEMANDED |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |
| BLUE SPIKE, LLC, | § | |
| | § | CIVIL ACTION NO. 6:13-CV-89 MHS |
| Plaintiff, | § | |
| | § | CONSOLIDATED CASE |
| v. | § | |
| | § | |
| MORPHOTRAK, INC. and SAFRAN USA, INC., | § | |
| | § | |
| Defendants. | § | |

**NOTICE OF COMPLIANCE REGARDING P.R. 3-3 AND 3-4 DISCLOSURES**

Defendants MorphoTrak, Inc. and Safran USA, Inc. hereby notify the Court that they served their P.R. 3-3 and 3-4 Disclosures on Plaintiff Blue Spike, LLC, via electronic mail/FTP on May 15, 2014.

2

Dated: May 19, 2014                                      Respectfully submitted,

                                                 MORGAN, LEWIS & BOCKIUS LLP

*/s/ Daniel Johnson, Jr.*

C. Erik Hawes (TX Bar No. 24042543)
Email:  ehawes@morganlewis.com
1000 Louisiana Street, Suite 4000
Houston, Texas 77002
(713) 890-5000 Telephone
(713) 890-5001 Facsimile

Daniel Johnson, Jr. (Admitted *Pro Hac Vice*)
Email: djjohnson@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1000 Telephone
(415) 442-1001 Facsimile

**Attorneys for Defendant MorphoTrak, Inc. and Safran USA, Inc.**

3

**CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing document has been served on all counsel of record via the Court's Case Management/Electronic Case Filing system and/or electronic mail on May 19, 2014.

                                        */s/ Daniel Johnson, Jr.*
                                        Daniel Johnson, Jr.