IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC, § § § | |
| Plaintiff, § § | |
| v. § | Civil Action No.: 6:12-cv-00499-MHS |
| § § | |
| TEXAS INSTRUMENTS, INC., § | JURY TRIAL DEMANDED |
| § § | |
| Defendant. § § | |

**NOTICE OF COMPLIANCE REGARDING P.R. 3-3 AND 3-4 DISCLOSURES**

Defendants Audible Magic Corporation, Photobucket.com, Inc., Qlipso, Inc., Qlipso Media Networks Ltd., Zedge Holdings, Inc., Mediafire, LLC., Dailymotion, Inc., Dailymotion S.A., GoMiso, Inc, iMesh, Inc., Coincident.TV, Inc., Facebook, Inc., MySpace, LLC, Specific Media, LLC, Yap.tv, Inc., Metacafe, Inc., Boodabee Technologies Inc., Harmonix Music Systems, Inc., Brightcove, Inc., Accedo Broadband AB, Accedo Broadband NA, Inc., Soundcloud, Inc., Soundcloud Ltd., WiOffer, LLC, Myxer, Inc., hereby provide notice that they served their P.R. 3-4(a) disclosures on Plaintiff Blue Spike, LLC on May 1st and 6th of 2014 on hard drives *via* U.P.S. overnight deliveries, and served their P.R. 3-3 and 3-4(b) disclosures *via* electronic mail/FTP on May 15, 2014.

Dated: May 19, 2014  */s/ Eric H. Findlay*
Eric H. Findlay (Texas Bar No. 00789886)
Walter W. Lackey, Jr. (Texas Bar No. 24050901)
FINDLAY CRAFT, P.C.
102 N. College Ave., Suite 900
Tyler, TX 75702
Telephone: (903) 534-1100
Facsimile: (903) 534-1137
efindlay@findlaycraft.com
wlackey@findlaycraft.com

I. Neel Chatterjee (admitted E.D. Texas)
Gabriel M. Ramsey (admitted E.D. Texas)
ORRICK, HERRINGTON & SUTCLIFFE, LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 614-7400
Facsimile: (650) 614-7401
gramsey@orrick.com
nchatterjee@orrick.com

Alyssa M. Caridis (admitted E.D. Texas)
ORRICK, HERRINGTON & SUTCLIFFE, LLP
777 S. Figueroa St.
Suite 3200
Los Angeles, CA 90017
Telephone: (213) 629-2020
Facsimile: (213) 612-2499
acaridis@orrick.com

Christopher J. Higgins
ORRICK, HERRINGTON & SUTCLIFFE, LLP
1152 15th Street, N.W.
Washington, DC 20005-1706
Telephone: (202) 339-8400
Facsimile: (202) 339-8500
chiggins@orrick.com

*Counsel for Defendants Audible Magic, Corp., Facebook, Inc., Myspace LLC, Specific Media LLC, Photobucket.com, Inc., DailyMotion, Inc., DailyMotion S.A., SoundCloud, Inc., SoundCloud Ltd., Myxer, Inc., Qlipso, Inc., Qlipso Media Networks, Ltd., Yap.tv, Inc., GoMiso, Inc., iMesh, Inc., Metacafe, Inc., Boodabee Technologies, Inc., Zedge Holdings, Inc., Brightcove Inc., Coincident.TV, Inc., Accedo Broadband North America, Inc., Accedo Broadband AB, MediaFire, LLC, WiOffer LLC, and Harmonix Music Systems, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically on May 19, 2014 pursuant to Local Rule CV-5(a) and has been served on all counsel who are deemed to have consented to electronic service.

                                                */s/ Eric H. Findlay*
                                                  Eric H. Findlay