IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>      *Plaintiff,*<br><br>  v.<br><br>TEXAS INSTRUMENTS, INC.,<br><br>      *Defendant.* | Civil Action No. 6:12-cv-499-MHS-CMC (LEAD CASE)<br><br>**JURY TRIAL DEMANDED** |

**ATTRIBUTOR CORPORATION'S NOTICE OF
COMPLIANCE REGARDING P.R. 3-3 AND 3-4 DISCLOSURES**

Defendant Attributor Corporation hereby provides notice that they served their P.R. 3-4(a) disclosures on Plaintiff Blue Spike, LLC on May 15, 2014 on a disk *via* Federal Express overnight delivery, and served their P.R. 3-3 and 3-4(b) disclosures *via* electronic mail/FTP on May 15, 2014.

Dated: May 20, 2014          Respectfully submitted,

                                      KLARQUIST SPARKMAN, LLP

                                      By:   */s/ Kristin L. Cleveland*
                                                Kristin L. Cleveland
                                                OR State Bar No. 001318 (admitted E.D. Texas)
                                                kristin.cleveland@klarquist.com
                                                Kristen L. Reichenbach (OR State Bar No. 115858)
                                                kristen.reichenbach@klarquist.com
                                                John D. Vandenberg (OR State Bar No. 893755)
                                                john.vandenberg@klarquist.com
                                                KLARQUIST SPARKMAN, LLP
                                                121 SW Salmon Street, Suite 1600
                                                Portland, OR 97204
                                                Telephone: (503) 595-5300
                                                Facsimile: (503) 595-5301

                                                Eric H. Findlay (Texas Bar No. 00789886)
                                                Walter W. Lackey, Jr. (Texas Bar No. 24050901)
                                                FINDLAY CRAFT, P.C.
                                                6760 Old Jacksonville Hwy, Suite 101

Tyler, TX 75703
Telephone: (903) 534-1100
Facsimile: (903) 534-1137
efindlay@findlaycraft.com
wlackey@findlaycraft.com

***Attorneys for Defendant Attributor Corporation***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 20, 2014, a true and correct copy of the above and foregoing document has been served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Kristin L. Cleveland*
Kristin L. Cleveland