# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **BLUE SPIKE, LLC,** | )<br>)<br>) |
| *Plaintiff*, | )<br>) Civil Action No. 6:12-CV-499-MHS |
| v. | )<br>) (LEAD CASE)<br>) |
| **TEXAS INSTRUMENTS, INC.,** | )<br>) JURY TRIAL DEMANDED<br>) |
| *Defendant*. | )<br>) |
| **BLUE SPIKE, LLC,** | )<br>)<br>) |
| *Plaintiff*, | )<br>) Civil Action No. 6:12-CV-685-MHS |
| v. | )<br>) (CONSOLIDATED CASE)<br>) |
| **3M COGENT, INC.,** | )<br>)<br>) |
| *Defendant*. | )<br>)<br>) |

## NOTICE OF COMPLIANCE REGARDING P.R. 3-3 AND 3-4 DISCLOSURES

Defendant 3M Cogent, Inc. ("3M Cogent") hereby notifies the Court that it served its P.R. 3-3 and 3-4 Disclosures on Plaintiff Blue Spike, LLC, via electronic mail/FTP on May 15, 2014.

Dated: May 21, 2014                Respectfully submitted,


  /s/  Robert F. Kramer
Robert F. Kramer (*admitted E.D. Tex.*)
CA State Bar No. 181706
robert.kramer@dentons.com
C. Gideon Korrell (*admitted E.D. Tex.*)
CA State Bar No. 284890
gideon.korrell@dentons.com
Andrew Blair (*admitted pro hac vice*)
CA State Bar No. 278005
andy.blair@dentons.com
DENTONS US LLP
1530 Page Mill Road, Suite 200
Palo Alto, CA 94304
Telephone: (650) 798-0300
Facsimile: (650) 798-0310


Andrea M Houston (Texas Bar No. 24046109)
ahouston@velaw.com
Vinson & Elkins L.L.P.
2801 Via Fortuna Ste 100
Austin, TX 78746-7568
Telephone: (512) 542-8544
Facsimile: 512-236-3270


ATTORNEYS FOR DEFENDANT
3M COGENT, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to FED. R. CIV. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of this document via email, facsimile and/or U.S. First Class Mail this 21st day of May, 2014.

/s/ *Robert F. Kramer*
Robert F. Kramer