IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC.,<br><br>    Plaintiff,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC.,<br><br>    Defendant. | C.A. No. 6:12-cv-499-MHS-CMC<br>(Lead Case) |
| BLUE SPIKE, LLC.,<br><br>    Plaintiff,<br><br>v.<br><br>IRDETO USA, INC. and IRDETO B.V.,<br><br>    Defendants. | C.A. No. 6:12-cv-567-MHS-CMC<br>(Member Case)<br><br>JURY TRIAL DEMANDED |

**DEFENDANTS IRDETO USA, INC. AND IRDETO B.V.'S NOTICE
OF COMPLIANCE REGARDING P.R. 3-3 AND P.R. 3-4(b) DISCLOSURES**

Defendants Irdeto USA, Inc. and Irdeto B.V. respectfully notify the Court that they have served their P.R. 3-3 and 3-4(b) Disclosures on Plaintiff Blue Spike, LLC, via electronic mail/FTP on May 15, 2014.

Dated:  May 22, 2014

Respectfully submitted,

*/s/ Andrew P. Valentine*
Andrew P. Valentine (*pro hac vice*)
DLA PIPER LLP (US)
2000 University Ave.
East Palo Alto, CA 94303
Telephone: 650.833.2000
Facsimile: 650.833.2001
andrew.valentine@dlapiper.com

John Guaragna
DLA PIPER LLP (US)
401 Congress Ave., Suite 2500
Austin, TX 78701-3799
Telephone: 512.457.7125
Facsimile: 512.721.2325
john.guaragna@dlapiper.com

Dawn M. Jenkins
State Bar No. 24074484
DLA PIPER LLP (US)
1000 Louisiana, Suite 2800
Houston, TX 77002
Telephone: 713.425.8400
Facsimile: 713.425.8401
dawn.jenkins@dlapiper.com

**ATTORNEYS FOR DEFENDANTS
IRDETO USA, INC. AND IRDETO B.V.**

## CERTIFICATE OF SERVICE

I, Andrew P. Valentine, hereby certify that on May 22, 2014, I caused a true and correct copy of the foregoing NOTICE OF COMPLIANCE REGARDING P.R. 3-3 AND P.R. 3-4(b) DISCLOSURES to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification to the attorneys of record, and is available for viewing and downloading.

*/s/ Andrew P. Valentine*
Andrew P. Valentine