**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| Blue Spike, LLC, | § § § | |
| *Plaintiff*, | § § | CASE NO. 6:12-cv-499 MHS |
| v. | § § | LEAD CASE |
| Texas Instruments, Inc., et al., | § § § | Jury Trial Demanded |
| *Defendants*. | § § | |
| Blue Spike, LLC, | § § § | |
| *Plaintiff*, | § § | CASE NO. 6:12-CV-694 MHS |
| v. | § § | CONSOLIDATED CASE |
| | § § | Jury Trial Demanded |
| Precise Biometrics, Inc. and Precise Biometrics AB, | § § § | |
| *Defendants*. | § § | |

## AGREED MOTION TO DISMISS

Plaintiff Blue Spike, LLC, on the one hand, and Defendants Precise Biometrics, Inc. and Precise Biometrics AB ("Precise"), on the other, have reached a settlement agreement of the above-captioned matter and have agreed to dismiss the claims, counterclaims, and causes of action between them.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Blue Spike, LLC stipulates to the dismissal with prejudice of all claims and causes of action asserted in this case against Precise, and Precise stipulates to the dismissal with prejudice of all counterclaims and defenses asserted in this case against Blue Spike, LLC. The parties shall bear their own attorneys' fees, expenses and costs.

Dated: May 22, 2014

| | |
|---|---|
| By: /s/ Randall T. Garteiser <br> Randall T. Garteiser <br>  Lead Attorney <br>  Texas Bar No. 24038912 <br>  rgarteiser@ghiplaw.com <br> Christopher A. Honea <br>  Texas Bar No. 24059967 <br>  chonea@ghiplaw.com <br> Christopher S. Johns <br>  Texas Bar No. 24044849 <br>  cjohns@ghiplaw.com <br> Kirk J. Anderson <br>  California Bar No. 289043 <br> Peter S. Brasher <br>  California Bar No. 283992 <br> GARTEISER HONEA, P.C. <br> 218 North College Avenue <br> Tyler, Texas 75702 <br> (903) 705-0828 <br> (888) 908-4400 fax <br><br> ***ATTORNEYS FOR BLUE SPIKE, LLC*** | By: /s/ *Melissa Smith* <br> Russell E. Levine, P.C. <br> G. William Foster <br> KIRKLAND & ELLIS LLP <br> 300 N. LaSalle St. <br> Chicago, IL 60654 <br> Telephone: (312) 862-2000 <br> Facsimile: (312) 862-2200 <br> Russell.levine@kirkland.com <br> Billy.foster@kirkland.com <br><br> Melissa R. Smith <br> State Bar No. 24001351 <br> GILLAM & SMITH, LLP <br> 303 S. Washington Ave. <br> Marshall, Texas 75670 <br> Telephone: (903) 934-8450 <br> Facsimile: (903 934-9257 <br><br> ***ATTORNEYS FOR PRECISE BIOMETRICS, INC.*** <br> ***AND PRECISE BIOMETRICS AB*** |

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email.

                                                                     /s/ *Melissa Smith*
                                                                       Melissa Smith