IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC,<br>*Plaintiff,*<br>v.<br>Texas Instruments, Inc., et al.,<br>*Defendants.* | § § § § § § § § | CASE NO. 6:12-cv-499 MHS<br>LEAD CASE<br>Jury Trial Demanded |
| Blue Spike, LLC,<br>*Plaintiff,*<br>v.<br>M2SYS, LLC,<br>*Defendant.* | § § § § § § § § | CASE NO. 6:13-CV-83 MHS<br>CONSOLIDATED CASE<br>Jury Trial Demanded |

**ORDER OF DISMISSAL WITH PREJUDICE OF M2SYS, LLC**

Pursuant to Fed. R. Civ. P. 41(a), recognizing the Agreed Motion to Dismiss filed by Plaintiff Blue Spike, LLC and Defendant M2SYS, LLC pursuant to a settlement of the above-captioned litigation between the parties, it is ordered as follows:

**ORDERED** that the claims asserted herein by Plaintiff Blue Spike, LLC against Defendant M2SYS, LLC be, and hereby are, dismissed with prejudice; that the counterclaims and defenses asserted herein by Defendant against Plaintiff be, and hereby are, dismissed with prejudice; and that the parties shall bear their own fees, expenses and costs.

It is SO ORDERED.

SIGNED this 22nd day of May, 2014.

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE