**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| Blue Spike, LLC, | § § § | |
| *Plaintiff*, | § § | CASE NO. 6:12-cv-499 MHS |
| v. | § § | LEAD CASE |
| Texas Instruments, Inc., et al., | § § § | Jury Trial Demanded |
| *Defendants*. | § § | |
| | § | |
| Blue Spike, LLC, | § § § | |
| *Plaintiff*, | § § § | CASE NO. 6:12-CV-694 MHS |
| v. | § § § | CONSOLIDATED CASE |
| | § § | Jury Trial Demanded |
| Precise Biometrics, Inc. and Precise Biometrics AB, | § § § | |
| *Defendants*. | § § | |

## ORDER GRANTING MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 41(a), recognizing the Agreed Motion to Dismiss filed by Blue Spike, LLC and Precise Biometrics, Inc. and Precise Biometrics AB ("Precise") pursuant to a settlement of the above-captioned litigation between the parties, it is ordered as follows:

**ORDERED** that the claims asserted herein by Blue Spike, LLC against Precise be, and hereby are, dismissed with prejudice; that the counterclaims and defenses asserted herein by Precise against Blue Spike, LLC be, and hereby are, dismissed with prejudice; and that the parties shall bear their own attorney's fees, expenses and costs.

It is **SO ORDERED.**
**SIGNED** this 29th day of May, 2014.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE