IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC | § | |
|     Plaintiff | § | |
| | § | |
| V. | § | No.  6:12CV499 |
| | § | (LEAD CASE) |
| TEXAS INSTRUMENTS, INC. | § | |
|     Defendant | § | |

### ORDER PROPOSING TECHNICAL ADVISOR

The Court is considering appointing Scott Woloson of Houston, Texas as a technical advisor to the Court. *Techsearch, L.L.C. v. Intel Corporation,* 286 F.3d 1360 (Fed. Cir. 2002); *Reilly v. United States,* 863 F. 2d 149 (2d Cir. 1988).  Because the technical advisor serves essentially as a law clerk to the Court and will be familiar with the claim construction issues in this case, the Court has requested that the technical advisor assist the Court in drafting a claim construction order.  Mr. Woloson's fees shall be paid half by Plaintiff and half by Defendants.

Mr. Woloson has determined that no current conflicts of interest would preclude his acceptance of this appointment.  The parties have five (5) business days from the date of this Order to file any objections to the proposed appointment of Mr. Woloson as Technical Advisor.  Such objections may be filed under seal and *in camera*.

**SIGNED this 30th day of May, 2014.**

                                                                CAROLINE M. CRAVEN
                                                               UNITED STATES MAGISTRATE JUDGE