IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC, | ) CIVIL ACTION NO. 6:12-CV-499-LED |
| | ) **LEAD CASE** |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. 6:12-CV-694-LED |
| v. | ) **CONSOLIDATED CASE** |
| | ) |
| PRECISE BIOMETRICS, INC. AND | ) **JURY TRIAL DEMANDED** |
| PRECISE BIOMETRICS AB, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF REQUEST FOR TERMINATION OF ELECTRONIC NOTIFICATIONS BY DEFENDANTS PRECISE BIOMETRICS, INC. AND PRECISE BIOMETRICS AB

Pursuant to Local Rule CV-11(f), Russell E. Levine and G. William Foster, both of the firm Kirkland & Ellis LLP, counsel for now-dismissed Defendants Precise Biometrics, Inc. and Precise Biometrics AB (collectively, "Precise Biometrics"), respectfully request that the Clerk of the Court remove their names from the list of persons authorized to receive electronic notices in the above-entitled and numbered civil action. The Order of Dismissal with Prejudice was granted on May 29, 2014 (Dkt. No. 1594).

Date:  June 2, 2014                                             Respectfully submitted,


                                                           /s/ Russell E. Levine

Russell E. Levine, P.C.
G. William Foster
KIRKLAND & ELLIS LLP
300 N. LaSalle St.
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
russell.levine@kirkland.com
billy.foster@kirkland.com

Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, LLP
303 S. Washington Ave.
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
melissa@gillamsmithlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing NOTICE OF REQUEST FOR TERMINATION OF ELECTRONIC NOTIFICATIONS BY DEFENDANTS PRECISE BIOMETRICS, INC. AND PRECISE BIOMETRICS AB was served via the Court's ECF system on counsel of record on this 2nd day of June, 2014.

*/s/ Melissa R. Smith*