IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC.,<br><br>*Defendant*. | C.A. No. 6:12-cv-00499-MHS<br><br>**JURY TRIAL DEMANDED** |
| BLUE SPIKE, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>SHAZAM ENTERTAINMENT LTD.,<br><br>*Defendant*. | C.A. No. 6:12-cv-00500-MHS<br><br>**(CONSOLIDATED WITH 6:12-CV-499)**<br>**JURY TRIAL DEMANDED** |
| SHAZAM ENTERTAINMENT LTD.,<br><br>*Defendant*,<br><br>v.<br><br>BLUE SPIKE, LLC, BLUE SPIKE, INC.<br>and SCOTT A. MOSKOWITZ<br><br>*Counterclaim Defendants*. | |

**ORDER GRANTING DEFENDANT SHAZAM ENTERTAINMENT LIMITED'S OPPOSITION TO BLUE SPIKE, LLC'S, BLUE SPIKE, INC.'S AND SCOTT A. MOSKOWITZ'S MOTION TO DISMISS SHAZAM ENTERTAINMENT LIMITED'S COUNTERCLAIM [DKT. 1397]**

After consideration of the Motion to Dismiss Shazam Entertainment Limited's Counterclaim brought by Blue Spike, LLC [Dkt. 1472], Blue Spike, Inc. [Dkt. 1582], and Scott

A. Moskowitz [Dkt. 1583], and the opposition of Shazam Entertainment Limited, the Court is of the opinion that the Motions to Dismiss should be DENIED.

IT IS THEREFORE ORDERED THAT Docket Numbers 1472, 1582, and 1583 are hereby DENIED in their entirety.