UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, § | | |
| *Plaintiff*, § | | Case No. 6:12-cv-499-MHS |
| v. § | | Lead Case |
| Texas Instruments, Inc. et al., § | | Jury Trial Demanded |
| *Defendants*. § | | |

**ORDER COMPELLING DEFENDANT FUTRONIC TO MAKE SOURCE CODE AVAILABLE FOR INSPECTION**

On this day came for consideration Plaintiff Blue Spike, LLC's Motion to Compel Defendant Futronic Technology Co. Ltd. ("Futronic") to make its source code available for inspection pursuant to the Court's Discovery Order and the Patent Local Rules. Having considered Blue Spike, LLC's motion and supporting papers and Futronic's opposition and supporting papers, the Court is of the opinion that said motion should be GRANTED.

IT IS HEREBY ORDERED that Defendant Futronic make its source code available to Blue Spike, LLC for inspection in the Eastern District of Texas.

IT IS SO ORDERED.