# Exhibit 1

|  |  |
|---:|---|
| From: | **Peter Brasher** pbrasher@ghiplaw.com |
| Subject: | Re: Blue Spike v. Texas Instruments, et al. - Source Code FC Defendants |
| Date: | May 9, 2014 at 3:43 PM |
| To: | Walter Lackey wlackey@findlaycraft.com |
| Cc: | bluespike@ghiplaw.com, **Randall Garteiser** rgarteiser@ghiplaw.com, **Christopher Honea (chonea@ghiplaw.com)** chonea@ghiplaw.com, **Kirk Anderson** kanderson@ghiplaw.com, **Colin Jensen** cjensen@ghiplaw.com, **Eric Findlay** EFindlay@findlaycraft.com, **Brian Craft** BCraft@findlaycraft.com |

Walter,

==In response to you email below, as stated in Blue Spike's letter sent on April 30, 2014, Blue Spike is seeking the following source code:==

- All software and firmware source code related to the asserted claims, including all program files, library files, and compiling files. If relevant code exists in prior versions, produce those as well.

In advance of reviewing the source code, it will be necessary for our attorneys to review the following documents:

- All files and documents related to said source code, including, but not limited to, all internal and external documentation regarding the source code, including all readme files, specifications, pseudocode, flow charts, and other descriptions of the operation of the source code.
- All files and documents related to modifications of said source code, including, but not limited to, all change requests, emails regarding said modifications, and other relevant specifications and documentation.
- All files and documents related to testing of said source code, including, but not limited to, bug tracking logs, unit tests, emails regarding said tests, and other relevant test specifications and documentation.

Please provide dates and times for each of your respective, remaining clients so that Blue Spike can review the above referenced source code. Given the court's expedited discovery schedule time is of the essence.

Regards,



**Peter Brasher** / Attorney
888.908.4400 x104 / pbrasher@ghiplaw.com
218 N College Ave, Tyler, TX 75702
44 N San Pedro, San Rafael, CA 94903
http://www.ghiplaw.com

This e-mail message may contain confidential information or information protected by attorney-client privilege, the doctrine of attorney work product or other applicable privileges and protections, and is intended solely for use by the intended recipient. Any unauthorized disclosure, dissemination, distribution, copying or the taking of any action in reliance on the information herein is prohibited. If you are not the intended recipient, please destroy all copies of this message, including your original copy, and contact the sender immediately. We also advise that any federal tax advice provided in this communication is not intended or written to be used, and cannot be used by the recipient or any other taxpayer for the purpose of avoiding tax penalties that may be imposed on the recipient or any other taxpayer, or in promoting, marketing or recommending to another party any transaction or matter addressed herein.



On Apr 28, 2014, at 8:54 PM, Walter Lackey <wlackey@findlaycraft.com> wrote:

> Peter,
>
> My apologies on the delay in getting back to you re: scheduling of source code review. We are in the process of working with our clients regarding this issue.
>
> As you know, ==we represent the following defendants as lead counsel:==
>
>    - BMAT Licensing, S.L.
>
>    - Fulcrum Biometrics, LLC
>
>    - NEUROtechnology

- NEC Technology,

- Futronic Technology Co., Ltd.

- IriTech, Inc.

- M2SYS, Inc.

- iPharro Media, Inc. and iPharro Media GmbH

Could you provide some specificity as to what type(s) of source code Blue Spike is requesting?

Best regards,

Walter


&lt;image003.jpg&gt;