IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC.,<br><br>    *Defendant*. | Civil Action No. 6:12-CV-499-MHS-CMC<br>LEAD CASE IN CONSOLIDATED ACTION<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S NOTICE OF APPEARANCE OF IAN N. RAMAGE**

Blue Spike, LLC, Plaintiff in the above-titled and numbered civil action, hereby notifies the Court and all parties that the following person, in addition to those who previously gave notice, is appearing as counsel of record:

    Ian N. Ramage
    California Bar No. 224881
    iramage@ghiplaw.com
    218 N College Ave
    Tyler, TX  75702
    Telephone:  (903) 705-7420
    Facsimile:  (888) 908-4400

                                        Respectfully submitted,

                                        /s/ Ian Ramage
                                        Randall T. Garteiser
                                        Texas Bar No. 24038912
                                        rgarteiser@ghiplaw.com
                                        Christopher A. Honea
                                        Texas Bar No. 24059967
                                        chonea@ghiplaw.com
                                        Christopher S. Johns
                                        Texas Bar No. 24044849
                                        cjohns@ghiplaw.com
                                        Kirk J. Anderson
                                        California Bar No. 289043
                                        Peter S. Brasher
                                        California Bar No. 283992

>**G**ARTEISER **H**ONEA PLLC
>218 N College Ave
>Tyler, TX 75702
>Telephone: (903) 705-7420
>Facsimile: (888) 908-4400
>
>*Counsel for Blue Spike LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 11th day of June 2014.

>/s/ Ian Ramage