IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § § § | |
| *Plaintiff*, | § § | CASE NO. 6:12-cv-499-MHS-CMC |
| v. | § § § | LEAD CASE |
| Texas Instruments, Inc., et al., | § § § | Jury Trial Demanded |
| *Defendants*. | § § | |
| Blue Spike, LLC, | § § § | |
| *Plaintiff*, | § § | CASE NO. 6:12-CV-539 |
| v. | § § § | CONSOLIDATED CASE |
| Vobile, Inc., | § § § | Jury Trial Demanded |
| *Defendants*. | § § § | |

**AGREED MOTION TO DISMISS**

Plaintiff Blue Spike, LLC, on the one hand, and Defendant Vobile, Inc. ("Vobile"), on the other, have reached a settlement agreement of the above-captioned matter and have agreed to dismiss the claims, counterclaims, and causes of action between them.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Blue Spike, LLC stipulates to the dismissal with prejudice of all claims and causes of action asserted in this case against Vobile, and Vobile stipulates to the dismissal with prejudice of all counterclaims and defenses asserted in this case against Blue Spike, LLC. The parties shall bear their own attorneys' fees, expenses and costs.

Dated: June 17, 2014

| | |
|---|---|
| By: /s/ Randall T. Garteiser<br>Randall T. Garteiser<br>Lead Attorney<br>Texas Bar No. 24038912<br>rgarteiser@ghiplaw.com<br>Christopher A. Honea<br>Texas Bar No. 24059967<br>chonea@ghiplaw.com<br>Christopher S. Johns<br>Texas Bar No. 24044849<br>cjohns@ghiplaw.com<br>Kirk J. Anderson<br>California Bar No. 289043<br>Peter S. Brasher<br>California Bar No. 283992<br>GARTEISER HONEA, P.C.<br>218 North College Avenue<br>Tyler, Texas 75702<br>(903) 705-0828<br>(888) 908-4400 fax<br><br>***ATTORNEYS FOR BLUE SPIKE, LLC*** | By: _____<br>David A. Jakopin<br>david.jakopin@pillsburylaw.com<br>Keren Hu<br>keren.hu@pillsburylaw.com<br>Samuel E. Stubbs<br>sam.stubbs@pillsburylaw.com<br>PILLSBURY WINTHROP SHAW<br>PITTMAN LLP<br>2550 Hanover Street<br>Palo Alto, CA 94304-1115<br>(650) 233-4790<br>(650) 233-4545 fax<br><br>***ATTORNEYS FOR VOBILE, INC.*** |

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email.

    /s/ Randall T. Garteiser