**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| Blue Spike, LLC, | § | |
| *Plaintiff,* | § | CASE NO. 6:12-cv-499-MHS-CMC |
| | § | |
| v. | § | LEAD CASE |
| | § | |
| Texas Instruments, Inc., et al., | § | Jury Trial Demanded |
| | § | |
| *Defendants.* | § | |
| | § | |
| Blue Spike, LLC, | § | |
| *Plaintiff,* | § | CASE NO. 6:12-CV-539 |
| | § | |
| v. | § | CONSOLIDATED CASE |
| | § | |
| Vobile, Inc., | § | Jury Trial Demanded |
| | § | |
| *Defendant.* | § | |

**ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a), recognizing the Agreed Motion to Dismiss filed by Blue Spike, LLC and Vobile, Inc. ("Vobile") pursuant to a settlement of the above-captioned litigation between the parties, it is ordered as follows:

**ORDERED** that the claims asserted herein by Blue Spike, LLC against Vobile be, and hereby are, dismissed with prejudice; that the counterclaims and defenses asserted herein by Vobile against Blue Spike, LLC be, and hereby are, dismissed with prejudice; and that the parties shall bear their own attorney's fees, expenses and costs.