## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC<br>    *Plaintiff,*<br>    v.<br>TEXAS INSTRUMENTS, INC.<br>    *Defendant.* | Civil Action No. 6:12-cv-499 [LED]<br>**LEAD CASE**<br>Jury Trial Demanded |
| BLUE SPIKE, LLC<br>    *Plaintiff,*<br>    v.<br>YOUWEB, LLC,<br>YOUWEB ACCELERATOR, LLC, AND<br>YOUWEB ENTREPRENEUR, LLC,.,<br>    *Defendant.* | Civil Case No. 6:12-cv-00580<br>**CONSOLIDATED CASE**<br>Jury Trial Demanded |

### REQUEST FOR TERMINATION OF ELECTRONIC NOTICES

Now come Wayne Barsky of the law firm Gibson, Dunn & Crutcher LLP, and pursuant to Rule CV-11(f) request that the Clerk of this Court remove his name from the list of persons authorized to receive electronic notices in this case.

Dated: June 17, 2014

Respectfully submitted,

*/s/ Wayne Barsky*

Wayne Barsky

Wayne Barsky (CA Bar No. 116731)
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East
Suite 4000
Los Angeles, CA 90067-3026
Telephone: (310) 552-8500
Facsimile: (310) 551-8741
wbarsky@gibsondunn.com

*Attorney for Defendants YouWeb, LLC,
YouWeb Accelerator LLC, and YouWeb
Entrepreneur LLC*

## CERTIFICATE OF SERVICE

I certify that the foregoing Request for Termination of Electronic Notices was filed electronically on June 17, 2014 pursuant to Local Rule CV-5(a) and has been served on all counsel who have consented to electronic service.

Date:  June 17, 2014                                  */s/ Wayne Barsky*
                                                                     Wayne Barsky