# Exhibit 13

INTERNET ARCHIVE WaybackMachine (/web/)

http://blue-spike.myshopify.com/  Go

6 captures (/web/20131213022122*/http://blue-spike.myshopify.com/)
28 Jul 13 - 18 Dec 13

SEP (/WEB/20130922153555/HTTP://BLUE-SPIKE.MYS (/web/20130922153555/http://blue-spike.m

Log in (/web/20131213022122/http://blue-spike.myshopify.com/account/login) (/web/20021001000000/http://blue-spike.myshopify.com/)

0 items (/web/20131213022122/http://blue-spike.myshopify.com/cart)

Checkout (/web/20131213022122/http://blue-spike.myshopify.com/cart)

# BLUE SPIKE (/WEB/20131213022122/HTTP://BLUE-SPIKE.MYSHOPIFY.COM/)

**PRODUCTS (/WEB/20131213022122/HTTP://BLUE-SPIKE.MYSHOPIFY.COM/COLLECTIONS/ALL)**

- ART ▼
- SCIENCE ▼
- TECHNOLOGY ▼
- COMPANY ▼

**CONTACT US (/WEB/20131213022122/HTTP://BLUE-SPIKE.MYSHOPIFY.COM/PAGES/CONTACT-US)**

Search: [      ]



(/web/20131213022122/http://blue-spike.myshopify.com/products/giovanni-content-manager) $5,000.00

(/web/20131213022122/http://blue-spike.myshopify.com/products/giovanni-abstraction-recognition-machine) $10,000.00

### Giovanni® Content Manager (/web/20131213022122/http://blue-spike.myshopify.com/products/giovanni-content-manager)

With Giovanni, digital content and digital information can be securely labeled, audited, remotely managed, and even used to animate automated marketing and consumer interaction schemes. Our Content Manager is...

### Giovanni® Abstraction Machine™ (/web/20131213022122/http://blue-spike.myshopify.com/products/giovanni-abstraction-recognition-machine)

While there are many approaches to content recognition, a primary concern is the ability to retain a "perceptual relationship" between the original signal and its data reduced version, A.K.A., a "signal abstract". This relationship may either be mathematically discernible or...

**FRONTPAGE (/WEB/20131213022122/HTTP://BLUE-SPIKE.MYSHOPIFY.COM/COLLECTIONS/FRONTPAGE)**



(/web/20131213022122/http://blue-spike.myshopify.com/products/giovanni-content-manager) $5,000.00



(/web/20131213022122/http://blue-spike.myshopify.com/products/giovanni-abstraction-recognition-machine) $10,000.00

Giovanni® Content Manager (/web/20131213022122/http://blue-spike.myshopify.com/products/giovanni-content-manager)

Giovanni® Abstraction Machine™ (/web/20131213022122/http://blue-spike.myshopify.com/products/giovanni-abstraction-recognition-machine)

### PRODUCT CATEGORIES (/WEB/20131213022122/HTTP://BLUE-SPIKE.MYSHOPIFY.COM/COLLECTIO

- Frontpage (/web/20131213022122/http://blue-spike.myshopify.com/collections/frontpa

### LATEST TWEETS

loading tweets...

---

Search (/web/20131213022122/http://blue-spike.myshopify.com/search)

About Us (/web/20131213022122/http://blue-spike.myshopify.com/pages/about-us)

© 2013 Blue Spike (/web/20131213022122/http://blue-spike.myshopify.com/). All Rights Reserved.

Ecommerce Software by Shopify (/web/20131213022122/http://www.shopify.com/)

PAYMENT METHODS WE ACCEPT

