# EXHIBIT A

| | |
|---|---|
| **From:** | Bradford, Sara |
| **To:** | "rgarteiser@ghiplaw.com"; "pbrasher@ghiplaw.com"; "Christopher Honea"; "cjohns@ghiplaw.com"; "kanderson@ghiplaw.com" |
| **Cc:** | z/FB-Blue_Spike |
| **Subject:** | Blue Spike v. Facebook - amended complaint |
| **Date:** | Thursday, April 17, 2014 4:40:45 PM |

Counsel:

Blue Spike filed an amended complaint naming Facebook as a defendant on April 4, 2014. The April 4 complaint supersedes all prior complaints against Facebook. The April 4 complaint did not identify some of the accused products identified in the prior amended complaint against Facebook that was filed on February 13, 2014. Please confirm that it is your intent to accuse only the Facebook products identified in the April 4 complaint. If this is not your intent, your **April 4** complaint is deficient and must be fixed.

Sincerely,

**Sara J. Radke**
Cooley LLP
380 Interlocken Crescent • Suite 900
Broomfield, CO  80021-8023
Direct: (720) 566-4009 • Fax: (720) 566-4099