# EXHIBIT E

## EXHIBIT C

### *Prior Art Anticipating or Rendering Obvious the Claims of the Asserted Patents*

| No. | Reference Name/Inventor/ Author | Reference/System Description | Date | Ref. Type | Basis of Invalidity |
|---|---|---|---|---|---|
| 1. | Kenyon | U.S. Patent No. 7,194,752 to Kenyon *et al*, "Method and Apparatus for Automatically Recognizing Input Audio and/or Video Streams" | Filed: October 19, 1999; Issued: March 20, 2007 | Patent | Anticipates |
| 2. | Ort | U.S. Patent No. 5,799,098, Ort *et al.*, "Fingerprint Identification System" | Issued: August 25, 1998 | Patent | Anticipates |
| 3. | Miyatake | U.S. Patent No. 5,805,746, Miyatake *et al.*, "Video Retrieval Method and Apparatus" | Issued: September 8, 1998 | Patent | Anticipates |
| 4. | Jain '205 | U.S. Patent No. 5,913,205, Jain *et al.*, "Query Optimization for Visual Information Retrieval System" | Issued: June 15, 1999 | Patent | Anticipates |
| 5. | Blum I | U.S. Patent No. 5,918,223, Blum *et al.*, "Method and Article of Manufacture for Content-Based analysis, Storage, Retrieval, and Segmentation of Audio Information" | Issued: June 29, 1999 | Patent | Anticipates |
| 6. | Wang | U.S. Patent No. 6,035,055, Wang *et al.*, "Digital Image Management System in a Distributed Data Access Network System" | Issued: March 7, 2000 | Patent | Anticipates |
| 7. | Califano | U.S. Patent No. 6,041,133, Califano *et al.*, "Method and Apparatus for Fingerprint Matching Using Transformation Parameter Clustering Based on Local Feature Correspondence" | Issued: March 21, 2000 | Patent | Anticipates |
| 8. | Broder I | U.S. Patent No. 6,119,124, Broder *et al.*, "Method for Clustering Closely Resembling Data Objects" | Filed: March 26, 1998; Issued: September 12, 2000 | Patent | Anticipates |
| 9. | Apel | U.S. Patent No. 7,284,255 to Apel et al, "Audience Survey System, and System and Methods for Compressing and Correlating Audio | Filed: November | Patent | Anticipates |

| No. | Reference Name/Inventor/ Author | Reference/System Description | Date | Ref. Type | Basis of Invalidity |
|---|---|---|---|---|---|
| | | Signals" | 16, 1999; Provisional filed: June 18, 1999; Issued: October 16, 2007 | | |
| 10. | Broder II | U.S. Patent No. 6,269,362, Broder *et al.,* "System and Method for Monitoring Web Pages by Comparing Generated Abstracts" | December 19, 1997; Issued: July 31, 2001 | Patent | Anticipates |
| 11. | Brechner | U.S. Patent No. 6,477,269, Brechner, "Method and System for searching for Images Based on Color and Shape of a Selected Image" | Filed: March 20, 1999; Issued: November 5, 2002 | Patent | Anticipates |
| 12. | Yan | U.S. Patent No. 6,502,105, Yan *et al.,* "Region-Based Image Archiving and Retrieving System" | Filed: January 15, 1999; Issued: December 31, 2002 | Patent | Anticipates |
| 13. | Wang | U.S. Patent No. 6,990,453 to Wang et al, "System and Methods for Recognizing Sound and Music Signals in High Noise and Distortion" | Provisional filed: July 31, 2000; Issued: January 24, 2006 | Patent | Anticipates |
| 14. | Yu | U.S. Patent No. 7,042,525, Yu, "Video Indexing and Image Retrieval System" | Filed: July 6, 2000; Issued: May 9, 2006 | Patent | Anticipates |
| 15. | DeTreville | U.S. Patent No. 6,868,405, DeTreville, "Copy Detection for Digitally-Formatted Works" | Filed November 29, 1999; | Patent | Anticipates |

| No. | Reference Name/Inventor/ Author | Reference/System Description | Date | Ref. Type | Basis of Invalidity |
|---|---|---|---|---|---|
| | | | Issued March 15, 2005. | | |
| 16. | DeBan | U.S. Patent No. 5,386,103, DeBan et al., "Identification and Verification System" | Issued: January 31, 1995 | Patent | Anticipates |
| 17. | Carson | Carson et al. "Blobworld: A System for Region-Based Image Indexing and Retrieval," Dionysius P. Huijsmans, Arnold W.M. Smeulders (Eds.): VISUAL '99, LNCS 1614, PP. 509-517 | Published: 1999 | Publication | Anticipates |
| 18. | Niblack | Niblack et al. "The QBIC Project: Querying Images by Content Using Color, Texture, and Shape," *SPIE Vol. 1908 (1993) / 173* | Published: 1993 | Publication | Anticipates |
| 19. | Larcher | U.S. Patent No. 4,790,564, Larcher et al., "Automatic Fingerprint Identification System Including Processes and Apparatus for Matching Fingerprints" | Issued: December 13, 1998 | Patent | Anticipates |
| 20. | Pfeiffer | Pfeiffer et al. "Automatic Audio Content Analysis," ACM Multimedia 96, Boston, MA, USA | Published: 1996 | Publication | Anticipates |
| 21. | Ratha | Ratha et al. "A Real-Time Matching System for Large Fingerprint Databases," IEEE Transactions on Pattern Analysis and Machine Intelligence, Vol. 18, No. 8 | Published: August 1996 | Publication | Anticipates |
| 22. | Blum II | "Audio Databases with Content-Based Retrieval" | Published: 1997 | Publication | Anticipates |
| 23. | Jain 1995 | Jain et al. "Image Retrieval using Color and Shape" (1995) | Published: 1995 | Publication | Anticipates |
| 24. | Kenyon | US Patent No. 4,843,562 to Kenyon "Broadcast information classification system and method" | Issued: June 27, 1989 | Patent | Anticipates |
| 25. | Boles | US Patent No. 5,019,899 to Boles "Electronic data encoding and recognition system" | Issued: May 28, 1991 | Patent | Anticipates |
| 26. | Lamb | U.S. Patent No. 5,437,050 to Lamb et al. "Method and Apparatus for Recognizing Broadcast Information Using Multi-Frequency Magnitude Detection" | Issued: July 25, 1995 | Patent | Anticipates |
| 27. | Hull | U.S. Patent No. 5,465,353A, Hull et al. "Image matching and retrieval by multi-access redundant hashing" | Issued: November 7, 1995 | Patent | Anticipates |

| No. | Reference Name/Inventor/Author | Reference/System Description | Date | Ref. Type | Basis of Invalidity |
|---|---|---|---|---|---|
| 28. | Shimura | U.S. Patent No. 5,644,765A, Shimura *et al.* "Image retrieving method and apparatus that calculates characteristics-amounts of data correlated with and identifying an image" | Issued: July 1, 1997 | Patent | Anticipates |
| 29. | Wang | U.S. Patent No. 5,802,361A, Wang *et al.* "Method and system for searching graphic images and videos" | Issued: September 1, 1998 | Patent | Anticipates |
| 30. | Sezan | U.S. Patent No. 6,285,788B1, Sezan *et al.* "Method for fast return of abstracted images from a digital image database" | Issued: September 4, 2001 | Patent | Anticipates |
| 31. | Wells | U.S. Patent No. 8,326,584B1, Wells *et al.* "Music searching methods based on human perception" | Issued: December 4, 2012 | Patent | Anticipates |
| 32. | FBI Specification | Department of Justice Federal Bureau of Investigation, Criminal Justice Information Services (CJIS), Electronic Fingerprint Transmission Specification | Published: January 29, 1999 | Publication | Anticipates |
| 33. | Ghias | Ghias *et al.*, "Query by Humming: Musical Information Retrieval in an Audio Database", ACM Multimedia 95 - Electronic Proceedings | Published: November 1995 | Publication | Anticipates |
| 34. | Moon | U.S. Patent No. 3,919,479 to Moon *et al.*, "Broadcast Signal identification system" | Issued: November 11, 1975 | Patent | Anticipates |
| 35. | AFIS87 | Wilson *et al.*, "Automated Fingerprint Identification Systems: Technology and Policy Issues", U.S. Department of Justice, Bureau of Justice Statistics | Published: April 1987 | Publication | Anticipates |
| 36. | Jain 1996 | Jain *et al.*, "On-line Fingerprint Verification" | Published: 1996 | Publication | Anticipates |
| 37. | Riganati | U.S. Patent No. 4,135,147 to Riganati *et al.*, "Minutiae pattern matcher" | Issued: January 16, 1979 | Patent | Anticipates |
| 38. | Jain Biometrics | Jain, et al., "Biometrics: Personal Identification in Networked Society"  (1st ed. 1999) | Published: 1999 | Publication | Anticipates |
| 39. | Taycher | L. Taycher et al., "Image digestion and relevance feedback in the ImageRover WWW search engine," Proc. 2nd Int. Conf. on Visual Information Systems, San Diego, pp 85-94 | Published: December 1997 | Publication | Anticipates |

| No. | Reference Name/Inventor/ Author | Reference/System Description | Date | Ref. Type | Basis of Invalidity |
|---|---|---|---|---|---|
| 40. | Rui | U.S. Patent No. 6,859,802 to Rui, "Image Retrieval Based on Relevance Feedback" | Issued: February 22, 2005 | Patent | Anticipates |
| 41. | Kuperstein | U.S. Patent No. 6,128,398 to Kuperstein et al., "System, Method and Application for the Recognition, Verification, and Similarity Ranking of Facial or Other Object Patterns" | Issued: October 3, 2000 | Patent | Anticipates |
| 42. | Choi | U.S. Patent No. 6,301,375, Hwan-Soo Choi, "Apparatus and Method for Identifying Individuals Through Their Subcutaneous Vein Patterns and Integrated System Using said Apparatus and Method" | Issued: October 9, 2010 | Patent | Anticipates |
| 43. | Brin | Brin et al. "Copy Detection Mechanisms for Digital Documents". ACM Sigmod Record. Vol. 24. No. 2. | Published: 1995 | Publication | Anticipates |
| 44. | Heintze | Heintze, Nevin, "Scalable Document Fingerprinting." 1996 Usenix Workshop on Electronic Commerce. Vol. 3 No. 1. | Published: 1996 | Publication | Anticipates |
| 45. | Manber | Manber, Ubi, "Finding Similar Files in a Large File System." Usenix Winter. Vol. 94. | Published: 1994 | Publication | Anticipates |
| 46. | Advances | Advances in Fingerprint Technology, Eds. H. Lee & R.E. Gaensslen (Elsevier 1991) | Published: 1991 | Publication | Anticipates |
| 47. | Flom | U.S. Patent No. 4,641,349 to Flom et al., "Iris recognition system" | Issued: February 3, 1987 | Patent | Anticipates |
| 48. | Daugman | U.S. Patent No. 5,291,560 to Daugman, "Biometric personal identification system based on iris analysis" | Issued: March 1, 1994 | Patent | Anticipates |
| 49. | Charlton | "Modelling Agents in C++CL for Content-Based Image Retrieval" | Published: 1996 | Publication | Anticipates |
| 50. | Cross | "Thermographic Imaging of the Subcutaneous Vascular Network of the Back of the Hand for Biometric Information", Proceedings the Institute of Electrical and Electronics Engineers, 29th ANNUAL 1995 International Carnahan Conference on Security Technology, October 18-20, 1995, pp. 20-35 | Published: October 18-20, 1995 | Publication | Anticipates |
| 51. | RCS/Media Monitors Prior Art System | RCS/Media Monitors Prior Art System consists of the broadcast monitoring techniques used by RCS before 1999, including "The Listener," "AirCheck," "AirCheck NT," "AirCheck NT/Music USA," "Music Base," which describe a monitoring system later rebranded and redesigned as "Media Monitors" and "Media | First public use 1991, on sale from at least 1992 | System | Anticipates |

C-5

| No. | Reference Name/Inventor/ Author | Reference/System Description | Date | Ref. Type | Basis of Invalidity |
|---|---|---|---|---|---|
| | | Base." The system was developed, used, and sold by Radio Computing Services, Inc. ("RCS," now owned by Clear Channel Management Services, Inc.) The system is further described by Lamb (see No. 26 above). | | | |
| 52. | eTantrum | eTantrum Music ID Service / Songprint system | Known or used by at least Sept. 6, 2000 | System | Anticipates |
| 53. | Foote | Jonathan Foote TreeQ Music Retrieval | Known or used by at least Oct. 6, 1997 | System | Anticipates |
| 54. | MusicBrainz / Relatable | MusicBrainz / Relatable System | Known or used by at least Sept. 5, 2000 | System | Anticipates |
| 55. | 3M Cogent Prior Art System | 3M Cogent Prior Art Products | At least as early as 1993 | System | Anticipates |
| 56. | Blum, Wold, Keislar, Wheaton | CBR | At least as early as 1995 | System | Anticipates |
| 57. | Blum, Wold, Keislar, Wheaton | Digital Generations | At least as early as June 1994 | System | Anticipates |
| 58. | Blum, Wold, Keislar, Wheaton | SoundFisher | At least as early as April 1996 | System | Anticipates |
| 59. | Ikezoye, Schrempp | Clango - Amadeus | At least as early as August 1999 | System | Anticipates |
| 60. | Blum, Wold, Keislar, Wheaton | EAR Iambus | At least as early as March 1997 | System | Anticipates |

| No. | Reference Name/Inventor/ Author | Reference/System Description | Date | Ref. Type | Basis of Invalidity |
|---|---|---|---|---|---|
| 61. | Blum, Wold, Keislar, Wheaton | Conti | At least as early as April 1998 | System | Anticipates |
| 62. | Blum, Wold, Keislar, Wheaton | Illustra-Informix | At least as early as March 1997 | System | Anticipates |
| 63. | Ikezoye | U.S. Patent No. 6,834,308 to Ikezoye *et al.*, "Method and Apparatus for Identifying Media Content Presented on a Media Playing Device" | Filed: February 17, 2000; Issued: December 21, 2004 | Patent | Anticipates |
| 64. | Lo | U.S. Patent No. 5,960,101 to Lo *et al.*, "Expert Matcher Fingerprint System" | Issued: September 28, 1999 | Patent | Anticipates |
| 65. | Kim | U.S. Patent No. 6,247,813 to Kim *et al.*, "Iris Identification and Method of Identifying a Person through Iris Recognition" | Filed: Nov. 4, 1999; Issued Jun. 19, 2001 | Patent | Anticipates |
| 66. | FaceVACS | FaceVACS Prior Art System | At least as early as 1997 | System | Anticipates |
| 67. | Harkless | U.S. Patent No. 6,356,649, to Harkless et al., "Systems & Methods with Identity Verification by Streamlined Comparison & Interpretation of Fingerprints and the Like" | Issued March 12, 2002 | Patent | Anticipates |
| 68. | Thebaud | U.S. Patent No. 5,909,501, to Lawrence R. Thebaud, "Systems and Methods with Identity Verification by Comparison and Interpretation of Skin Patterns Such as Fingerprints" | Issued June 1, 1999 | Patent | Anticipates |
| 69. | Cambier | U.S. Patent No. 6,532,298, to Cambier, et al., "Portable Authentication Device and Method Using Iris Patterns" | Issued March 11, 2003 | Patent | Anticipates |
| 70. | Atick | U.S. Patent No. 6,111,517, to Atick, et al., "Continuous Video Monitoring Using Face Recognition for Access Control" | Issued August 29, 2000 | Patent | Anticipates |
| 71. | Driscoll | U.S. Patent No. 5,067,162, to Driscoll, Jr., et al., "Method and Apparatus for Verifying Identity Using Image Correlation" | Issued November | Patent | Anticipates |

| No. | Reference Name/Inventor/ Author | Reference/System Description | Date | Ref. Type | Basis of Invalidity |
|---|---|---|---|---|---|
|  |  |  | 19, 1991 |  |  |
| 72. | FBI Fingerprinting Systems | FBI Fingerprinting Systems as they existed prior to the priority date of the patents-in-suit. | 1991-1998 | System | Anticipates |
| 73. | Visionics Corporation | FaceIt Facial Recognition System, as demonstrated by, *e.g.*, the FaceIt Developer Kit Version 2.5 User Documentation, the accompanying FaceIt DB demonstration program, and FaceIt PC 3.0. | At least as early as January 1999 | System | Anticipates |
| 74. | Identix Inc. / Identicator Technology | Identix Fingerprint Products, as demonstrated by, *e.g.*, BioEngine Version 2.5 Software Development Kit, Identicator Technology's Fingerprint Software Development Kit Version 2.5 Programmer's Guide, and BioLogon 2.0 Client for Windows. | At least as early as June 30, 1999 | System | Anticipates |
| 75. | IriScan Inc. / Sensar Inc. | Sensar / IriScan Iris Recognition Products, as demonstrated by, *e.g.*, the IrisScan Software Development Kit, and the IriScan 2100. | At least as early as 1999 | System | Anticipates |
| 76. | Rising, III | U.S. Patent No. 6,445,834 to Rising, III, "Modular Image Query System" | Issued: Sep. 3, 2002 | Patent | Renders obvious |
| 77. | Logan | U.S. Patent No. 6,088,455 to Logan *et al.*, "Methods and Apparatus for Selectively Reproducing Segments of Broadcast Programming" | Issued: July 11, 2000 | Patent | Renders obvious |
| 78. | Saito | U.S. Patent No. 6,980,672 to Saito et al, "Lock and Switch Using Pressure-Type Fingerprint Sensor" | Filed: December 26, 1997; Issued: December 27, 2005 | Patent | Renders obvious |
| 79. | Chiu | U.S. Patent No. 6,076,111 to Chiu et al, "Methods and Apparatuses for Transferring Data Between Data Processing Systems Which Transfer a Representation of the Data Before Transferring the Data" | Issued: June 13, 2000 | Patent | Renders obvious |
| 80. | Musgrave | U.S. Patent No. 6,202,151 to Musgrave *et al.*, System and method for authenticating electronic transactions using biometric certificates | Filed: December 31, 1997 Issued: | Patent | Renders obvious |

| No. | Reference Name/Inventor/ Author | Reference/System Description | Date | Ref. Type | Basis of Invalidity |
|---|---|---|---|---|---|
| | | | March 13, 2001 | | |
| 81. | Squilla | U.S. Patent No. 5,898,779 to Squilla et al, "Photographic System with Selected Area Image Authentication" | Issued: April 27, 1999 | Patent | Renders obvious |
| 82. | Nelson | U.S. Patent No. 6,243,713 to Nelson et al, "Multimedia Document Retrieval by Application of Multimedia Queries to a Unified Index of Multimedia Data for a Plurality of Multimedia Data Types" | Filed: August 24, 1998 Issued: June 5, 2001 | Patent | Renders obvious |
| 83. | Thomas | U.S. Patent No. 4,739,398 to Thomas et al, "Method, Apparatus and System for Recognizing Broadcast Segments" | Issued: April 19, 1988 | Patent | Renders obvious |
| 84. | Tsujimura | U.S. Patent No. 5,586,197, Tsujimura *et al.,* "Image Searching Method and Apparatus Thereof Using Color Information of an Input Image" | Issued: December 17, 1996 | Patent | Renders obvious |
| 85. | Ross | U.S. Patent No. 6,195,447, Ross, "System and Method for Fingerprint Data Verification" | Issued: February 27, 2001 | Patent | Renders obvious |
| 86. | Krishnamachari | U.S. Patent No. 6,721,449, Krishnamachari, "Color quantization and Similarity Measure for Content Based Image Retrieval" | Issued: April 13, 2004 | Patent | Renders obvious |
| 87. | Padgett | WO 00/07330, Padgett, *et al.,* "Digital Signature Providing Non-Repudiation Based on Biological Indicia" | Filed: February 10, 2000 | Publication | Renders obvious |
| 88. | Pentland | Pentland *et al.* "Photobook: Content-Based Manipulation of Image Databases," International Journal of Computer Vision 18(3), 233-254 | Published: 1996 | Publication | Renders obvious |
| 89. | Oh | Oh et al., "Content-based retrieval system for image using human face information", SPIE, vol. 3972.0277-786X, pp. 12-19 | Published: January 2000 | Publication | Renders obvious |
| 90. | Levy | U.S. Patent No. 6,505,160 to Levy *et al.,* "Connected audio and other media objects | Filed March 2, 2000; Issued: January 7, 2003 | Patent | Renders obvious |

| No. | Reference Name/Inventor/ Author | Reference/System Description | Date | Ref. Type | Basis of Invalidity |
|---|---|---|---|---|---|
| 91. | DiMaria | U.S. Patent No. 5,959,541 DiMaria *et al.,* "Biometric Time and Attendance System with Epidermal Topographical Updating Capability" | Issued: September 28, 1999 | Patent | Renders obvious |
| 92. | Gokcebay | U.S. Patent No. 5,337,043 to Gokcebay, "Access Control System with Mechanical Keys Which Store Data" | Issued: August 9, 1994 | Patent | Renders obvious |
| 93. | Hershtik | U.S. Patent No. 5,790,236 to Hershtik *et al.,* "Movie Processing System" | Issued: August 4, 1998 | Patent | Renders obvious |
| 94. | Hamid | U.S. Patent No. 6,072,891 to Hamid *et al.,* "Method of Gathering Biometric Information" | Issued: June 6, 2000 | Patent | Renders obvious |
| 95. | Woudstra | Woudstra et al., "Modeling and Retrieving Audiovisual Information - A Soccer Video Retrieval System," in Advances in Multimedia Information Systems: 4th International Workshop, MIS '98 (September 24-26, 1998, Proceedings) | Published: September 24-26, 1998 | Publication | Renders obvious |
| 96. | Chuah | Chuah et al., "Sketching, Searching, and Customizing Visualizations: A Content-based Approach to Design Retrieval," in "Intelligent Multimedia Information Retrieval" | Published: 1995 | Publication | Renders obvious |
| 97. | Aberer | Aberer et al., "Multimedia Database Management Systems," in "Handbook of Multimedia Computing" (September 28, 1998 and 1999) | Published: September 28, 1998 and 1999 | Publication | Renders obvious |
| 98. | Farber I | U.S. Patent No. 5,978,791 to Farber *et al.*, Data processing system using substantially unique identifiers to identify data items, whereby identical data items have the same identifiers | April 11, 1995 priority date; Issued: November 2, 1999 | Patent | Renders obvious |
| 99. | Farber II | U.S. Patent No. 6,415,280 to Farber *et al.* , "Identifying and requesting data in network using identifiers which are based on contents of data" | April 11, 1995 priority date; Issued: July 2, 2002 | Patent | Renders obvious |

C-10

| No. | Reference Name/Inventor/ Author | Reference/System Description | Date | Ref. Type | Basis of Invalidity |
|---|---|---|---|---|---|
| 100. | Farber III | U.S. Patent No. 6,928,442 to Farber et al., "Enforcement and policing of licensed content using content-based identifiers" | Issued: August 9, 2005 | Patent | Renders obvious |
| 101. | Multimedia DBMS | "Multimedia Database Management Systems," in "Handbook of Multimedia Computing" (September 28, 1998 and 1999) | Published: September 28, 1998 and 1999 | Publication | Renders obvious |
| 102. | Advances in Multimedia Information Systems | "Advances in Multimedia Information Systems: 4th International Workshop," MIS '98 (September 24-26, 1998, Proceedings) | Published: September 24-26, 1998 | Publication | Renders obvious |
| 103. | Handbook | "Handbook of Multimedia Computing" (September 28, 1998 and 1999) | Published: September 28, 1998 and 1999 | Publication | Renders obvious |
| 104. | Intelligent Multimedia Information Retrieval | "Intelligent Multimedia Information Retrieval" (1995, 1997) | Published: 1995 | Publication | Renders obvious |
| 105. | Armintor et al. | "NHSE Distribution of HPCC Software: Legal Issues and Technological Options" | Published: September 28, 1997 | Publication | Renders obvious |
| 106. | Adar et al. | U.S. Patent No. 5,802,515 to Adar et al., "Randomized Query Generation and Document Relevance Ranking for Robust Information Retrieval from a Database." | Issued: September 1, 1998 | Patent | Renders obvious |
| 107. | Schneider et al. | "A Robust Content Based Digital Signature for Image Authentication" | Published: 1996 | Publication | Renders obvious |
| 108. | McAuliffe et al | U.S. Patent No. 5,838,790 to McAuliffe et al, "Advertisement Authentication System in Which Advertisements Are Downloaded For Off-Line Display." | Issued: November 17, 1998 | Patent | Renders obvious |
| 109. | Hill | "A Perspective: The Role of Identifiers in Managing and Protecting Intellectual Property in the Digital Age," in Proceedings of the IEEE, Vol. 87, No. 7. | Published: July 1999 | Publication | Renders obvious |
| 110. | Gilbey | "MP3 and the Infinite Digital Jukebox: a Step-by-Step Guide to Accessing and Downloading CD-Quality Music from the Internet," | Published: June 2000 | Publication | Renders obvious |

C-11

| No. | Reference Name/Inventor/ Author | Reference/System Description | Date | Ref. Type | Basis of Invalidity |
|---|---|---|---|---|---|
| | | (June 2000) | | | |
| 111. | Lee et al | "Signature File Methods for Indexing Object-Oriented Database Systems," in Proceedings of the 2nd International Computer Science Conference (December 1992) | Published: December 1992 | Publication | Renders obvious |
| 112. | Tognazzini | U.S. Patent No. 5,894,119 to Tognazzini, "Device for Enabling Listeners to Preview Music Recordings." | Issued: April 13, 1999 | Patent | Renders obvious |
| 113. | Iggulden | WO 98/20675, Iggulden "Method and Apparatus for Automatically Identifying and Selectively Altering Segments of a Television Broadcast Signal in Real-Time" | Published: May 14, 1998 | Patent | Renders obvious |
| 114. | Rhoads | U.S. Patent No. 6,430,302 to Rhoads "Steganographically Encoding a First Image in Accordance with a Second Image" | Filed by at least May 8, 1995; Issued: August 6, 2002 | Patent | Renders obvious |
| 115. | Swonger | U.S. Patent No. 4,210,899 to Swonger, et al., "Fingerprint-Based Access Control and Identification Apparatus" | Issued: July 1, 1980 | Patent | Renders obvious |
| 116. | Meadows | U.S. Patent No. 5,869,822 to Meadows et al., "Automated Fingerprint Identification System" | Issued: February 9, 1999 | Patent | Renders obvious |
| 117. | 3M Cogent and Information and Privacy Commissioner/ Ontario | Readme file with API description that was implemented in system described in "Privacy and Biometrics: An oxymoron or time to take a 2nd Look?" | At least as early as 1998 | Publication | Renders Obvious |
| 118. | 3M Cogent | RFP Proposal to City of Winnipeg | At least as early as 1998 | System | Renders Obvious |
| 119. | 3M Cogent and Precision Design | Preliminary Offer for General Directorate of Turkish National Police | At least as early as 1995 | System | Renders Obvious |
| 120. | 3M Cogent | Part F to National Automated Fingerprint Identification System (NAFIS) Replacement Response Component | At least as early as July, 1999 | System | Renders Obvious |

| No. | Reference Name/Inventor/ Author | Reference/System Description | Date | Ref. Type | Basis of Invalidity |
|---|---|---|---|---|---|
| 121. | Troyanker | U.S. Patent No. 6,563,959 to Troyanker, "Perceptual Similarity Retrieval Method" | Filed: July 30, 1999; Issued: May 13, 2003 | Patent | Renders Obvious |
| 122. | Hershtik | WO 99/30488 to Hershtik, "Apparatus and Methods for Manipulating Sequences of Images" | Publication: June 17, 1999 | Publication | Renders Obvious |
| 123. | Wang Provisional | U.S. Provisional Patent Application Ser. No. 60/222,023, "Method and Apparatus for Recognizing Sound and Music Signals in High Noise and Distortion", to which the application for U.S. Patent No. 6,990,453 to Wang et al. claimed priority | Filed: July 31, 2000 | Publication | Renders Obvious |