# EXHIBIT F

US006119124A

# United States Patent [19]
## Broder et al.

[11] Patent Number: 6,119,124
[45] Date of Patent: Sep. 12, 2000

[54] **METHOD FOR CLUSTERING CLOSELY RESEMBLING DATA OBJECTS**

[75] Inventors: **Andrei Z. Broder**, Menlo Park; **Steven C. Glassman**, Mountain View; **Charles G. Nelson**, Palo Alto; **Mark S. Manasse**, San Francisco; **Geoffrey G. Zweig**, Oakland, all of Calif.

[73] Assignee: **Digital Equipment Corporation**, Maynard, Mass.

[21] Appl. No.: **09/048,653**

[22] Filed: **Mar. 26, 1998**

[51] Int. Cl.$^7$ .................................................. G06F 17/30
[52] U.S. Cl. ................... **707/103**; 707/3; 707/2; 707/5
[58] **Field of Search** ................. 707/3, 2, 5, 103

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,488,725 | 1/1996 | Turtle | 395/600 |
| 5,675,819 | 10/1997 | Schuetze | 395/760 |
| 5,724,571 | 3/1998 | Woods | 707/5 |
| 5,819,258 | 10/1998 | Vaithyanathan | 707/2 |
| 5,857,179 | 1/1999 | Vaithyanathan | 707/2 |
| 5,909,677 | 6/1999 | Broder | 707/3 |
| 5,937,084 | 8/1999 | Crabtree | 382/137 |

OTHER PUBLICATIONS

Brin et al.; Copy Detection Mechanisms for Digital Documents; Department of Computer Science; www.db.stanford.edu/~sergey/copy.html.
Broder; Some Applications of Rabin's fingerprinting method; Methods in Communications, Security, and Computer Science; pp. 1–10; 1993.
Carter et al.; Universal Classes of Hash Functions; Journal of Computer and System Science; vol. 18; pp. 143–154; 1979.
Heintze et al.; Scalable Document Fingerprinting (Extended Abstract) found @ www.cs.cmu.edu/afs/cs/user/nch/www/koala/main.htm on Sep. 1997.
Karp et al.; The Bit Vector Intersection Problem; Proceedings 36th Annual Symposium of Computer Science, IEEE Computer Society Press, Oct. 23–25, 1995; pp. 621–634.
Shivakumar et al; Building a Scalable and Accurate Copy Detection Mechanism; Proceedings of 1st ACM Conference on Digital Libraries (DL'96), 1996.
Shivakumar et al; SCAM: A Copy Detection Mechanism for Digital Documents; Proceedings of 2ND International Conference in Theory and Practice of Digital Libraries; 1995.

*Primary Examiner*—Wayne Amsbury
*Assistant Examiner*—Mark Terry
*Attorney, Agent, or Firm*—Michael Buchenhorner

[57] **ABSTRACT**

A computer-implemented method determines the resemblance of data objects such as Web pages. Each data object is partitioned into a sequence of tokens. The tokens are grouped into overlapping sets of the tokens to form shingles. Each shingle is represented by a unique identification element encoded as a fingerprint. A minimum element from each of the images of the set of fingerprints associated with a document under each of a pseudo random permutations of the set of all fingerprints are selected to generate a sketch of each data object. The sketches characterize the resemblance of the data objects. The sketches can be further partitioned into a plurality of groups. Each group is fingerprinted to form a feature. Data objects that share more than a certain numbers of features are estimated to be nearly identical.

**24 Claims, 8 Drawing Sheets**



IC-000217