# EXHIBIT K





Patent attorneys located near the US Patent Office
4813-B Eisenhower Avenue, Alexandria, VA 22304 USA
Tel: 1.703.415.0012, Fax: 1.703.415.0013
general@neifeld.com

**Search Neifeld.com**



| Home | About Us | Resources | Professionals | Publications | Contact Us |

**Practice Areas**

Patents

PTAB Trials and Interferences

Trademarks

General Law

## Neifeld Attorneys and Professionals

**Attorneys**
Richard Neifeld, Ph.D., Patent Attorney
Robert W. Hahl, Ph.D., Patent Attorney
Bruce Margulies, MBA, Patent Attorney
Daniel Sachs, Attorney
Yulia Dovgaya, Law Clerk
Robert Mihail, Patent Attorney

**Professionals**
Jamaal Evans, Chief Docket Clerk
Mike Fitton, Director of IT

**Attorneys**

**Richard Neifeld, Ph.D.**
**Patent Attorney**
Email Address: rneifeld@neifeld.com
Vcard

**Education**
J.D. The George Washington University Law School 1994
Ph.D. Rutgers University (Solid State Physics) 1985
B.S./B.A. University of Rochester (Physics and Mathematics)
(Cum Laude and Honors) 1980

**Experience**
Former Vice Chair of the PCT Issues Committee of the AIPLA. Former chair of the Interference Committee (now the Patent Inter Partes committee) and Services Subcommittee of the Interference Committee of the American Intellectual Property Lawyers Association (AIPLA). Member of the AIPLA, Virginia Patent Lawyers Club, ASIPI, AIPPI, and the Patent Information Users Group. Extensive experience in "specialty matters" in the U.S. patent office, such as interferences, appeals, petitions, reexaminations, reissues, and extensive experience in foreign prosecution. Due diligence work including investigations, database searching, and opinions.

Admitted to practice before the United States Patent and Trademark Office, the Courts of the Commonwealth of Virginia, the United States Court of Appeals for the Federal Circuit, the United States Court of Appeals for the Fourth Circuit, the United States District Court for the District of Columbia, and the United States District Court for the Eastern District of Virginia.

Widely published in IP law publications, frequent lecturer to patent attorneys on patent law topics, and an active member of the patent bar associations. Founder and moderator for the popular "patentinterpartes" group on the http://groups.yahoo.com/group/patentinterpartes/ web site, which is a forum for general information on patent law and practice with a focus on PTAB trial and patent interference issues.

Co-founder of the www.PatentValuePredictor.com automated patent valuation service, co-inventor of the underlying macro-economic model for valuing patents (now patented as US patent 7,676,375), and programmer of some of the code powering the automated valuations.

Dr. Neifeld did his post doctoral work at Rutgers University, and then worked as a staff scientist at the U.S. Army's Laboratory Command for several years before entering the field of law. His research focused on applied physics areas of electro-optics, III-V materials, microwaves, vacuum deposition technology, superconductors, and electronics directed towards the U.S. Army's electronics, communication, and signal processing needs.

**Representative Cases**

Court of Appeals for the Federal Circuit
Tobinick v. Kjell Olmarkder and Bjorn Rydevik, Docket No. 2013-1499 (pending as of 7/2013)
In re Scroggie, appeal 2011-1016 (Fed. Cir. 2011)
AllVoice Developments US LLC, Misc. Docket 948 (Fed. Cir. 8/2/2010)
In re Scroggie, appeal 2005-1164, remanded (Fed. Cir. 3/9/2005)

Distric Court for the District of Columbia
CATALINIA MARKETING INTERNATIONAL, INC. v. KAPPOS, Case Number: 1:10-cv-01869-EGS (Remanded and stayed as of 4/2011)

District Court of Virginia, Eastern District
Peter J. Snelling v. Robert B. Lawson et al., Civil Action No. 1:13cv0248 (LO/JFA)(pending as of 7/2013)
Tact Ip LLC v. Janssen Biotech, Inc. et. al., (pending as of 8/2012)
Catalina Marketing International, Inc. v. Kappos, (pending as of 4/2011)

PTAB Trials and Interferences
Proceeding IPR2014-00697 AVX Corporation v. Greatbatch, Ltd. (pending as of 5/2/2014)
Proceeding CBM2014-00095 Delta Air Lines, Inc. v. Loyalty Conversion Systems Corporation (pending as of 4/21/2014)
Proceeding CBM2014-00095 Delta Air Lines, Inc. v. Loyalty Conversion Systems Corporation (pending as of 4/21/2014)
Interference 106002 Andersen v. Wan (pending as of 3/10/2014)
Interference 105991 Andersen v. Wan (pending as of 3/10/2014)
Interference 105956 Thomas v. Pippin (pending as of 9/22/2013)
Interference 105957 Thomas v. Pippin (pending as of 9/22/2013)
Interference 105958 Thomas v. Pippin (pending as of 9/22/2013)

Interference 105959 Thomas v. Pippin (pending as of 9/22/2013)
Interference 105962 Kaltenbach & Voigt GMBH v. W&H Dentalwerk Burmoos GMBH (pending as of 9/22/2013)
Interference 105934 Kaltenbach & Voigt GMBH v. W&H Dentalwerk Burmoos GMBH (pending as of 7/2013)
Interference 105,866 TOBINICK v. OLMARKER v. OLMARKER v. OLMARKER, (pending as of 8/2012)
Interference 105,859 Patti v. Leedy (BPAI 8/3/2012)
Interference 105,841 TOBINICK v. TOBINICK v. LE v. LE (BPAI 6/21/2012)
Interferences 105,801; 105,802; 105,803 THOMAS v. PIPPIN, (pending as of 8/2012)
Interference 105,799 Brown v. Schrage, (pending as of 8/2012)
Interference 105,746 Mitchell v. Holt, (BPAI 4/27/2011)
Interference 105,684 RILO v. Benedict, (02/23/2011)
Interference 105,621 TOBINICK v. Le, (BPAI, 12/02/2008)
Interference 105,393 Espiau et al. v. Guthrie, (BPAI, 03/23/2008)
Interference 105,571 Parker v. Guterman, (BPAI, 08/01/2007)
Interference 105,475 Yachareni v. Guterman, (BPAI, 08/22/2006)
Interference 105,386 Yamada v. Gongwer, (BPAI, 02/21/2006)
Interference 105,076 UDDENFELDT v. SAINTON, (BPAI, 06/29/2003)
Interference 104,598 Deaton v. O'Brien, (BPAI, 12/13/2000)
Interference 104,599 Deaton v. O'Brien, (BPAI, 12/13/2000)
Interference 104,600 Deaton v. O'Brien, (BPAI, 12/13/2000)
Interference 104,601 Deaton v. O'Brien, (BPAI, 12/13/2000)
Interference 104,602 Deaton v. O'Brien, (BPAI, 12/13/2000)
Interference 104,604 Deaton v. O'Brien, (BPAI, 12/13/2000)
Interference 104,605 Deaton v. O'Brien, (BPAI, 12/13/2000)
Interference 104,600 Deaton v. O'Brien, (BPAI, 12/13/2000)
Interference 104,600 Deaton v. O'Brien, (BPAI, 12/13/2000)
Interference 104,600 Deaton v. O'Brien, (BPAI, 12/13/2000)
Interference 104,600 Deaton v. O'Brien, (BPAI, 12/13/2000)
Interferences 104,071 and 104,164 (consolidated), HUGHES v. QUINN (BPAI, 11/08/2000)

PTAB Patent Appeal Final Decisions
Application, Appeal, Publication date, Decision date, Caption
09828122, 2010006083, 06/19/2002, 03/24/2011 Ex Parte Katz
09828122, 2010006083, 06/19/2002, 01/26/2011 Ex Parte Katz
08873974, 2010000062, 07/23/2003, 01/17/2011 Ex Parte SCROGGIE
11153377, 2010012407, 12/20/2006, 09/28/2010 Ex Parte Simrell
09946157, 2008004695, 06/12/2002, 03/30/2010 Ex Parte Beckmann
09893775, 2007002767, 04/17/2002, 03/29/2009 Ex Parte Gardenswartz
09893775, 2007002767, 04/17/2002, 10/30/2008 Ex Parte Gardenswartz
09998941, 2008001168, 09/25/2002, 06/25/2008 Ex Parte Trauth
09595677, 2008000532, 05/10/2007, 05/09/2008 Ex Parte Laor
90005888, 2007002809, 01/11/2000, 04/22/2008 Ex Parte 6014634
09826814, 2007004393, 08/19/2008, 02/26/2008 Ex Parte Williams
08873974, 2006002100, 10/09/2002, 01/28/2008 Ex Parte SCROGGIE
10733292, 2007000850, 06/23/2004, 01/22/2008 Ex Parte White
10733292, 2007000850, 06/23/2004, 05/17/2007 Ex Parte White
90005888, 2006001585, 01/11/2000, 07/26/2006 Ex Parte 6014634
10448194, 2005001632, 11/19/2003, 09/18/2005 Ex Parte Williams
09286304, 2002002256, 06/06/2006, 05/12/2005 Ex Parte GIULIANI
09567274, 2004001420 07/23/2003, 01/30/2005 Ex Parte Scroggie
08873974, 2004001267 07/23/2003 09/29/2004 Ex Parte SCROGGIE
09146199, 2002001846, 01/02/2002, 09/19/2002 Ex Parte O'BRIEN

USPTO Patent Reexaminations
90011447, filed 2/10/2011
10095715, filed 3/8/2002
90005888, filed 12/12/2000
90010653, filed 8/21/2009
90011239, filed 9/17/2010

USPTO Patent Reissues
09270791, filed 3/17/1999, now RE37,872
09939688, filed 8/28/2001, now RE38,385
09939689, filed 8/28/2001, now RE39,497
10882124, filed 7/1/2004
12344437, filed 12/26/2008
12344452, filed 12/26/2008
12346737, filed 12/30/2008
13294418, filed 11/11/2011
13960142, filed 8/6/2013



**Robert W. Hahl, Ph.D.**
**Patent Attorney**
Email Address: rhahl@neifeld.com
Vcard

**Education**
J.D. The George Washington University Law School 1993
Ph.D. Harvard University (Synthetic Organic Chemistry) 1989
B.S. Stevens Institute of Technology 1980

**Experience**

Robert Hahl is a registered patent attorney and has extensive experience in chemical, pharmaceutical and biotechnology patents with extensive experience representing life science companies in:

- Patent prosecution, design of patent portfolios, and auditing of patent portfolios
- Intellectual property litigation, including patent interferences, CAFC appeals, and district court actions under 35 U.S.C. 146
- Fundraising through venture capital and debt
- Valuation and due diligence for venture capital investors

Robert has a Ph.D. in Organic Chemistry from Harvard University (1989) under the direction of Nobel Laureate E.J. Corey. Prior to obtaining an advanced degree he worked as a research chemist at Merck and Co.

Admitted to practice before the United States Patent and Trademark Office, the Courts of the Commonwealth of Virginia, and the Court of Appeals for the Federal Circuit (CAFC).

**Publications**

E.J. Corey, S. Ohuchida and Robert W. Hahl, Total Synthesis of C-22 Prostanoids in the E and F Series, J. Amer. Chem Soc., 1984,106,

E.J. Corey, J. Gregory Reid, Andrew G. Myers and Robert W. Hahl, A Simple Synthetic Route to the Limonoid System, J. Amer. Chem Soc., 1987, 109, 918-919.

E.J. Corey and Robert W. Hahl, Synthesis of a Limonoid, Azadiradione, Tetrahedron Letters, Vol. 30, No. 23, pp. 3023-3026, 1989.

Robert W. Hahl, Total Synthesis of Azadiradioine and Total Synthesis of C-22 Prostanoids in the E and F series Based on Docosahexaenoic Acid, - Ph.D., Thesis, 1989, Harvard University.

Robert W. Hahl, The Size and Shape of Hydrogen Atoms in Organic Compounds: A survey of interatomic distances in x-ray crystal structures, Undergraduate Thesis, Stevens Institute of Technology, 1980.

**Background**

Twenty five years experience in patent law, involving a wide range of chemical technologies, including pharmaceuticals, genetic engineering, polymers, and semiconductors.

*Inter partes*

- Patent interference use of monoclonal antibodies for treatment of neurodegenerative diseases; TACT, Inc.
- Patent interference semiconductor imaging devices; ASML Lithography N.V.
- Patent litigation on metal alloys and production methods; Morgan Crucible
- Patent litigation on double-walled gasoline storage tanks
- Patent interference on protein expression in transgenic corn; Monsanto
- Patent interference on agricultural chemicals; Bayer
- Patent interferences (seven related cases) on polyethylene, polymerization processes, and soluble transition metal catalysts; Dow Chemical
- Patent interference on contact lens solution; Alcon Patent interference on UV-resistant coatings; Sherwin-Williams

*ex parte*

- Patent prosecution and legal opinions on numerous cases in pharmaceutical and industrial chemistry; BASF
- Patent prosecution and legal opinions on numerous pharmaceutical cases; Ajinomot
- Patent prosecution on numerous cases in industrial chemistry; Degussa
- Patent prosecution on animal feed additives; Anitox Corp
- Patent prosecution on industrial chemicals and processes; Kobe Steel
- Patent prosecution on pharmaceuticals; AstraZenica

Business counseling

- IP counseling and due diligence for startup involving reverse osmosis membranes, resulting in a $15 million series B funding by a major venture capital fund
- IP counseling on patent license from a major pharmaceutical company to EffRx, Inc., and on various rounds of venture capital for the startup
- IP counseling on transfer of patent portfolio from a venture-funded workout to Global Green Products, a supplier of chemicals to off-short oil drillers
- IP counseling to the licensor of PremPro (hormone replacement therapy) to Weyth



**Bruce Margulies, MBA**
**Patent Attorney**
Email Address: bmargulies@neifeld.com
Vcard

**Education**
J.D. North Carolina Central University 2001
*Managing editor, Law Review*
M.B.A. University of Maryland, Robert H. Smith School of Business 1990
B.S. University of Maryland Baltimore County 1987
(Information Systems Management)

**Experience**

Bruce has extensive experience in trademark opposition/cancellation settlement and litigation, and trademark prosecution; and manages the firm's trademark docket. In addition, he has substantial experience in the business methods patents areas and patent litigation support.

Admitted to practice before the United States Patent and Trademark Office and the Courts of the State of Maryland and the District of Columbia.

**Representative Cases**

TTAB Proceedings
Catalina Marketing Corporation v. Coupnetwork, LLC., (TTAB cancellation 92052961)
ZOOMCREATOR.COM PTY LTD (substituted as party-plaintiff) v. Zoomorama SARL, (TTAB opposition 91190025)
One Stop, Inc. v. Drug-Aware Ltd, (TTAB opposition 91192502)
DIRECTV, Inc. v. Rees Enterprises LLC, (TTAB opposition 91191278)
Penguin Books Limited v. Seth Alexander, (TTAB opposition 91190519)
TerricaSkaggs v. Jones, Rachelle L., (TTAB opposition 91190436)
Learning Tree International, Inc. v. Brian J. Mistler, (TTAB opposition 91190239)
GoDaddy.com, Inc. v. Morris Sanford, (TTAB opposition 91190113)
Zuffa, LLC v. Ellis J Estes, (TTAB opposition 91189954)
Build-A-Bear Retail Management Inc v. Scott Tunis, (TTAB opposition 91189746)
Stokely-Van Camp, Inc. v. XTC Limited Company, (TTAB opposition 91189714)
Swatch AG (Swatch SA) (Swatch Ltd.) v. Jessica Elliot, Paul Sherrod, (TTAB opposition 91189709)
PEI Licensing, Inc. v. Seth Alexander, (TTAB opposition 91189630)
Elliot Klein v. ReturnMoi and design Canada Inc., (TTAB opposition 91189605)
Christopher M Horgan v. Iragorri, Mauricio, (TTAB opposition 91189493)
Ashland Licensing and Intellectual Property LLC v. SPS Import & Export Inc., Salaverry, Sergio P., (TTAB opposition 91189228)
The Glad Products Company v. Keith J. Wingfield, (TTAB opposition 91188836)
E. & J. GALLO WINERY v. Mike McCarney, (TTAB opposition 91188378)
Paxanic Tazoka, LLC v. Keller Associates Network, Inc., (TTAB opposition 91198465)
Li & Fung, (B.V.I.) Limited v. Black Cat Lucky, (TTAB opposition 91187214)
Zillow, Inc. v. Homezill LLC, (TTAB cancellation 92049291)
Montblanc-Simplo GmbH v. Hubbell Development Corp. d/b/a White Mountain Candle Company, (TTAB opposition 91189746)
Elan Corporation PLC v. Elan Laser MedSpa LLC, (TTAB opposition 91183862)
Zillow, Inc. v. Homezill LLC, (TTAB opposition 91183213)
General Cable Technologies Corporation v. Osemi, Inc., (TTAB opposition 91174755)
General Cable Technologies Corporation v. Osemi, Inc., (TTAB opposition 91174753)
General Cable Technologies Corporation v. Osemi, Inc., (TTAB opposition 91174752)
AFRICAN MEDICAL & RESEARCH FOUNDATION, INC. v. DEXTRA DATA HOLDING AG, (TTAB cancellation 92046738)



**Daniel Sachs**
Attorney
Email Address: dsachs@neifeld.com
Vcard

**Education**
J.D. George Mason University School of Law
American Jurisprudence Award in Business Associations, 1991 1993
B.A. College of William and Mary 1987
(Double Major: Philosophy / Government)

**Experience**
Admitted to practice before the Courts of the Commonwealth of Virginia, the United States Court of Appeals for the Fourth Circuit, and the United States District Court for the Eastern District of Virginia. Has been the lead attorney is more than 800 cases.

**Representative Cases**

Nova Delivery, Inc. vs. Authorized Resources, Ltd. In the General District Court for Fairfax County, Case No. GV09003798-00
Peter J. Snelling vs. Robert B. Lawson and Neptune-Benson, LLC, In the U.S. District Court for the Eastern District of Virginia, Civil Action 1:13-cv-248
Sachs v. Horan, 252 Va. 247, 475 S.E.2d 276 (1996)
Westmoreland Coal Company, et. al. v. Russell, 31 Va. App. 16, 520 S.E.2d 839, (1999)
Mullins v. Dickenson County Medical Center, et. al., 74 OWC 176, VWC File No. 174-42-71 (Virginia Workers Compensation Commission 1995)
Coleman v. Harman Mining Corp. & Director, Office of Workers' Compensation Programs, 21 BLR 3-1 (1996)
Owens vs. Clinchfield Coal, VWC File NO. 18-663-27 (1995)
Mize vs. E. I. DuPont, VWC File NO. 175-67-85 (1996)
Horan vs. Island Creek Coal Company, VWC File NO. 169-28-02 (1994)
Dizney vs. Westmoreland Coal Company, VWC File No. 159-96-98 (1996)
Laredo vs. American Painting Industries, VWC File NO. 205-24-75 (2002)
North Branch Coal Company vs. Gerald W. Cordle, VWC File No. 191-97-3 (1997)
Cobb vs. Westermoreland Coal Company, VWC File 1459-94-3 (1995)
Bales vs. Sea "B" Mining Company, VWC File No. 1699-96-3 (1997)
Mullins vs. Clinchfield Coal Company, VWC File No. 1700-96-3 (1997)
Westmoreland Coal Company vs. Lawson, VWC File No. 1934-94-3 (1995)
Hackney vs. Westmoreland Coal Company, VWC File No. 159-89-55 (1994)
Perkins vs. Island Creek Coal Company, VWC File No. 173-01-25 (1996)
Trump vs. Island Creek Coal Company, VWC File No. 179-95-71 (1997)
Massie vs. Island Creek Coal Company, VWC File No. 190-06-09 (1998)
Chaffin vs. Clinchfeild Coal Company, VWC File No. 189-93-81 (1999)
Lawson vs. Westmoreland Coal Company, VWC File No. 165-67-26 (1994)
Hess vs. Island Creek Coal Company, VWC File No. 170-93-15 (1997)
Harris vs. Clinchfeild Coal Company, VWC File No. 594-007 (1997)
Cordle vs. North Branch Coal Company, VWC File No. 179-58-13 (1997), Affirmed by the Court of Appeals at Record No. 191-97-3 (June 10, 1997)(Unpublished)
Campbell vs. Island Creek Coal Company, VWC File No. 177-45-54 (1996)
Bales vs. Sea "B" Mining Company, VWC File No. 176-85-00 (1996), Affirmed by the Court of Appeals at Record No. 1699-96-3 (January 14, 1997)(Unpublished)
Mullins vs. Clinchfield Coal Company, VWC File No. 176-56-16 (1996), Affirmed by the Court of Appeals at Record No. 1700-96-3 (January 14, 1997)(Unpublished)
Shortridge vs. Humana Hospital Clinch Valley, VWC File No. 161-37-96 (1996)
Wagner vs. Westmoreland Coal Company, VWC File No. 171-40-14, Companion File NO. 155-95-27 (1995)
Harman Mining Corporation vs. Thacker, VWC File No. 267-99-4 (1999)
Beller vs. Dickenson County Medical Center, VWC File NO. 168-64-65 (1995)
Flanary vs. Westmoreland Coal Company, VWC File No. 167-71-61 (1995)
Van Dyke vs. Long Airdox Company, VWC File NO. 174-14-17 (1996)
Maggard vs. Westmoreland Coal Company, VWC File No. 155-64-45 (1996)
Van Dyke vs. Island Creek Coal Company, VWC File No. 121-58-76 (1996)
Duty vs. Clinchfield Coal Company, VWC File No. 173-11-42 (1995)
Hicks vs. Island Creek Coal Company, VWC File No. 170-25-40 (1995)
Winston vs. Trigon Blue Cross Blue Shield, VWC File No. 207-16-06 (2004)
Herron vs. Westmoreland Coal Company, VWC File No. 186-45-68 (1998)
Reyes vs. AMF Bowling Worldwide, VWC File No. 207-45-69 (2004)
Beller vs. Dickenson County Medical Center, VWC File No. 168-64-45 (1999)
Waiters vs. Oak Meadow Nursing Home, VWC File No. 202-48-83 (2004)
Wolf vs. Total Blood Management, Inc. VWC File NO. 211-25-34 (2004)
Harrison vs. Washington Redskins, VWC File NO. 201-65-39 (2003)
Sparkman vs. Island Creek Coal Company, VWC File No. 172-37-42 (2000)
Whitt vs. Long Airdox Company, VWC File No. 177-67-37 (1998)
Mize vs. E. I. DuPont deNemours & Co., VWC File NO. 180-46-28 (1997)
Westmoreland Coal Company vs. Russell, Record NO. 84-99-4 (VA Court of Appeals, 1999)(Unpublished)
Abouelhagag vs. Pizza Hut # 747317, VWC File No. 199-24-50 (2004)
Guzman vs. Hitt Contracting, VWC File No. 213-94-67 (2004)
Yokum vs. Grubb & Ellis, VWC File No. 212-10-15 (2004)
Thacker vs. Harman Mining Corp, VWC File No. 186-53-24, Affirmed by the Court of Appeals in Record No. 267-99-4 (June 8, 1999)(Unpublished)
Barker vs. Westermoreland Coal Company, VWC File No. 182-88-44 (1988)
Davis vs. Island Creek Coal Company, VWC File No. 183-39-14 (1997)
Blevins vs. Westmoreland Coal Company, VWC File No. 176-43-99 (1996)
McNew vs. Westmoreland Coal Company, VWC File No. 176-28-65 (1996)
Ghoreishi vs. CVS # 1413, VWC File NO. 203-12-19 (2004)
Garner vs. St. Coletta of Greater Washington, Inc., VWC File No. 211-74-41 (2004)
Whitaker vs. Washington Metropolitan Area Transit Authority, VWC File No. 209-66-61 (2004)
Russell vs. Westmoreland Coal Company, VWC File No. 187-01-60 (1998), Affirmed by the Court of Appeals at 31 Va. App. 16, 520 S.E.2d 839 (1999)
Eller vs. Prince William County School Board, VWC File NO. 214-29-66 (2004)
Wingfield vs. Pierce Associates, VWC File No. 207-04-08 (2004)
Cisneros vs. Cardinal Concrete Company, VWC File No. 199-50-15 (2004)
Trump vs. Island Creek Coal Company, VWC File No. 179-95-71 (1998)
Edwards vs. Clinchfield Coal Company, VWC File No. 124-98-41 (1997)
Ebiasah vs. Target Stores # T1088 A, VWC File No. 211-57-01 (2004)

**Yulia Dovgaya**
Law Clerk
Email Address: ydovgaya@neifeld.com

**Education**

Neifeld IP Law, PC, Patent Attorneys Located Near the US Patent Office



LL.M. George Washington University Law School 2013
*Finance and Business Law*
LL.M. equivalent 2010
*Accounting, Taxation Control and Forensic Expert Evaluation and Accounting Audit*
LL.B. Ural State Law Academy 201
*State and International Law*

**Experience**

Yulia has an educational background from two different legal systems: civil-law and common-law. She is Russian-English bilingual. Yulia graduated from George Washington University Law School in 2013, with an LL.M. She is a member of INTA, AIPLA, and ABA.

Admitted to practice law in Russian Federation.

**Language Skills**

English: full professional proficiency; Russian: native; German: beginner.



**Robert Mihail, Patent Attorney**
Email Address: rmihail@neifeld.com

**Education**
J.D. University of New Hampshire 2005
B.S. George Mason University 2001
(Biology/Biotechnology)

**Experience**

Robert has experience practicing law in the US, Europe and the Middle East. He has significant experience in IP due diligence, licensing, valuation, and technology transfer. Robert also has experience in patent and trademark prosecution, and inter partes trademark proceedings before the TTAB. Robert worked in-house for one of the largest European R&D organizations where he performed due diligence work on a variety of issues including validity, infringement, declaratory judgment, freedom-to-operate, freedom-to-license. In addition, he was responsible for monetizing certain patents from a patent portfolio numbering hundreds of patents. The areas of technology in which Robert has prosecuted patent applications include electronics, automotive, oil and gas, renewable energy, food processing, and biodefense.

Robert is admitted to practice before the United States Patent and Trademark Office and the Courts of the Commonwealth of Massachusetts.

**Language Skills**

Robert is fluent in English and Romanian, and conversant in Dutch and Egyptian Arabic.

**IP Licensing**

Drafted and negotiated patent, know how and software license agreements for bio-aerosol detection technology with a US based defense company on behalf of a large European R&D organization.
Drafted and negotiated patent and know how license agreement for infrastructure defense technology with US and Dutch based companies on behalf of a large European R&D organization.
Drafted and negotiated patent and know how license agreements with Shell Oil on behalf of a large European R&D organization for a game-changer oil recovery technology.
Negotiated a multimillion-dollar technology transfer deal for alternative fuel technology between a Danish supplier and an Egyptian buyer.
Drafted and negotiated license agreements and performed valuation for IP portfolio covering transmission technology with Chinese automaker.
Drafted and negotiated agreements for turnkey project involving technology transfer from largest Brazilian automaker to the largest automotive company in the MENA region.

**Representative Cases**

TTAB proceedings
Robert Sung (NISSI Apparel) v. Denisa Radian (NISSA Apparel) (TTAB Opposition 91212829)

**Professionals**

**Jamaal Evans, Chief Docket Clerk**
**Mike Fitton, Director of IT**

Disclaimer: The information provided on this web site does not establish an attorney-client relationship. We will not review any information that you believe to be confidential or proprietary until after performing a conflict check to ensure that our Firm does not represent any party whose interests may be adverse to yours. We are patent attorneys located near the United States Patent and Trademark Office, providing IP counseling, US and foreign patent and trademark prosecution, search, licensing, interference, and general attorneys providing general legal services. ©Copyright 1999 Neifeld IP Law, PC. Updated 2011.