IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § § § | |
| *Plaintiff*, | § § | CASE NO. 6:12-cv-499-MHS-CMC |
| v. | § § | LEAD CASE |
| Texas Instruments, Inc., et al., | § § | Jury Trial Demanded |
| *Defendants*. | § § § | |
| Blue Spike, LLC, | § § § | |
| *Plaintiff*, | § § | CASE NO. 6:12-CV-539 |
| v. | § § | CONSOLIDATED CASE |
| Vobile, Inc., | § § | Jury Trial Demanded |
| *Defendant*. | § § § | |

**ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a), recognizing the Agreed Motion to Dismiss filed by Blue Spike, LLC and Vobile, Inc. ("Vobile") pursuant to a settlement of the above-captioned litigation between the parties, it is ordered as follows:

**ORDERED** that the claims asserted herein by Blue Spike, LLC against Vobile be, and hereby are, dismissed with prejudice; that the counterclaims and defenses asserted herein by Vobile against Blue Spike, LLC be, and hereby are, dismissed with prejudice; and that the parties shall bear their own attorney's fees, expenses and costs.

**SIGNED** this 27th day of June, 2014.

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE