IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC,<br><br>   PLAINTIFF,<br><br>V.<br><br>TEXAS INSTRUMENTS, INC., ET AL.,<br><br>   DEFENDANTS. | § § § § § § § § § § § § § | Civil Action No.: 6:12-cv-00499-MHS-CMC<br><br><br>JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC,<br><br>   PLAINTIFF,<br><br>V.<br><br>FUTRONIC TECHNOLOGY CO., LTD., ET AL.,<br><br>   DEFENDANTS. | § § § § § § § § § § § § § § § | 6:13-cv-00054-MHS-CMC<br>(Consolidated with 6:12-cv-00499-MHS-CMC and closed)<br><br>JURY TRIAL DEMANDED |

**DEFENDANT FUTRONIC TECHNOLOGY CO., LTD.'S AGREED MOTION TO EXTEND TIME TO FILE A RESPONSE TO PLAINTIFF'S MOTION TO COMPEL INSPECTION OF DEFENDANT FUTRONIC TECHNOLOGY CO. LTD.'S SOURCE CODE (DKT. NO. 1608)**

NOW COMES Defendant Futronic Technology Co., Ltd. ("Futronic"), and respectfully moves the Court to extend the time within Futronic is required to file a Response to Blue Spike, LLC's Motion to Compel Inspection of Defendant Futronic Technology Co. Ltd.'s Source Code (Dkt. No. 1608).

I.

The current deadline for Futronic to file a Response to Plaintiff Blue Spike, LLC's Motion to Compel is June 30, 2014. Futronic seeks this extension to and including Monday, July 21, 2014, to file a Response.

III.

Counsel for Plaintiff, Blue Spike, LLC, agrees to this request.

III.

Futronic seeks this extension of time not for delay, but for good cause so that justice may be served.

WHEREFORE, Futronic Technology Co., Ltd. respectfully requests that the time to file Response to Blue Spike, LLC's Motion to Compel Inspection of Defendant Futronic Technology Co. Ltd.'s Source Code (Dkt. No. 1608) be extended to and including July 21, 2014.

Dated: June 30, 2014          Respectfully submitted,

/s/ Walter W. Lackey, Jr.

Eric H. Findlay (State Bar No. 00789886)
Walter W. Lackey, Jr. (State Bar No. 24050901)
FINDLAY CRAFT P.C.
102 North College Avenue
Suite 900
Tyler, TX 75702
Phone: 903-534-1100
FAX:   903-534-1137
efindlay@findlaycraft.com
wlackey@findlaycraft.com

*Attorneys for Defendant Futronic Technology Co., Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing *via* electronic mail to all counsel of record.

*/s/ Walter W. Lackey, Jr.*
*Walter W. Lackey, Jr.*