# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>    PLAINTIFF,<br>V.<br>TEXAS INSTRUMENTS, INC., ET AL.,<br>    DEFENDANTS. | Civil Action No.: 6:12-cv-00499-MHS-CMC<br><br>JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC,<br><br>    PLAINTIFF,<br>V.<br>FUTRONIC TECHNOLOGY CO., LTD., ET AL.,<br>    DEFENDANTS. | 6:13-cv-00054-MHS-CMC<br>(Consolidated with 6:12-cv-00499-MHS-CMC and closed)<br><br>JURY TRIAL DEMANDED |

## ORDER

Before the Court is Defendant Futronic Technology Co., Ltd. ("Futronic") Agreed Motion to Extend Time to File a Response to Plaintiff's to Blue Spike, LLC's Motion to Compel Inspection of Defendant Futronic Technology Co. Ltd.'s Source Code (Dkt. No. 1608), and the Court is of the opinion that the motion should be granted, it is therefore,

ORDERED, ADJUDGED and DECREED that the Agreed Motion to Extend be granted and that the Futronic be given to and including July 21, 2014 to respond to Blue Spike, LLC's Motion to Compel Inspection of Defendant Futronic Technology Co. Ltd.'s Source Code (Dkt. No. 1608).