# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC § | Civil Action No. 6:12-CV-499 -MHS-CMC |
| *Plaintiff*, § | |
| § | LEAD CASE |
| v. § | |
| § | |
| TEXAS INSTRUMENTS, INC., et al. § | |
| § | |
| *Defendants* | |

## DEFENDANTS UNOPPOSED MOTION TO EXTEND THE DEADLINE TO SUBMIT REQUIRED TECHNOLOGY TUTORIAL

NOW COME, Defendants Iritech, Inc., NEUROtechnology, Fulcrum Biometrics, LLC, Futronic Technology Co., Ltd., iPharro Media GmbH, iPharro Media, Inc., Audible Magic Corporation, Photobucket.com, Inc., Qlipso, Inc., Qlipso Media Networks Ltd., Zedge Holdings, Inc., Mediafire, LLC., Dailymotion, Inc., Dailymotion S.A., GoMiso, Inc, iMesh, Inc., Coincident.TV, Inc., Facebook, Inc., MySpace, LLC, Specific Media, LLC, Yap.tv, Inc., Metacafe, Inc., Boodabee Technologies Inc., Harmonix Music Systems, Inc., Brightcove, Inc., Accedo Broadband AB, Accedo Broadband NA, Inc., Soundcloud, Inc., Soundcloud Ltd., WiOffer, LLC, Myxer, Inc., Attributor Corporation, Viggle Inc., Shazam Entertainment Limited, MorphoTrust USA, Inc., L-1 Identity Solutions, Inc., MorphoTrak, Inc., Safran USA, Inc., Irdeto USA, Inc., Irdeto B.V., CBS Corp., Last.fm Ltd., CBS Interactive, Inc., Infinisource, Inc., Qqest Software Systems, Inc., SMRTV, Inc., The Nielsen Company (US) LLC, Clear Channel Broadcasting, Inc., 3M Cogent, Inc., Entropic Communications, Inc., Cognitec Systems Gmbh, Cognitec Systems Corp., Civolution USA, Inc., Civolution B.V., and Airborne Biometrics Group, Inc., (collectively, "Defendants"), and move the Court to extend the time within which the parties are required to submit a Technology Tutorial.

I.

Pursuant to the Court's March 6, 2014, Scheduling and Discovery Order (Dkt. No. 1332), the parties' deadline to submit a Technology Tutorial is July 9, 2014. Defendants respectfully request that this deadline be extended to and including July 18, 2014.

II.

Counsel for Plaintiff, Blue Spike, LLC, agrees to this request.

III.

Defendants seek this extension of time not for delay but for good cause and so that justice may be served.

WHEREFORE, above Defendants respectfully pray that the deadline to submit a Technology Tutorial be extended to and including July 18, 2014.

DATED: July 2, 2014								Respectfully submitted,

/s/ Eric H. Findlay
Eric H. Findlay (Texas Bar No. 00789886)
Walter W. Lackey, Jr. (Texas Bar No. 24050901)
FINDLAY CRAFT, P.C
102 N. College Ave., Suite 900
Tyler, TX 75702
Telephone:   (903) 534-1100
Facsimile:    (903) 534-1137
efindlay@findlaycraft.com
wlackey@findlaycraft.com

*Attorneys for Defendants Iritech, Inc., NEUROtechnology, Fulcrum Biometrics, LLC, iPharro Media GmbH, and iPharro Media, Inc*

/s/ Christopher J. Higgins
I. Neel Chatterjee (admitted E.D. Texas)
Gabriel M. Ramsey (admitted E.D. Texas)

ORRICK, HERRINGTON & SUTCLIFFE, LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 614-7400
Facsimile: (650) 614-7401
gramsey@orrick.com
nchatterjee@orrick.com

Alyssa M. Caridis (admitted E.D. Texas)
ORRICK, HERRINGTON & SUTCLIFFE, LLP
777 S. Figueroa St.
Suite 3200
Los Angeles, CA 90017
Telephone: (213) 629-2020
Facsimile: (213) 612-2499
acaridis@orrick.com

Christopher J. Higgins (*pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE, LLP
1152 15th Street, N.W.
Washington, DC 20005-1706
Telephone: (202) 339-8400
Facsimile: (202) 339-8500
chiggins@orrick.com

Eric H. Findlay (Texas Bar No. 00789886)
Walter W. Lackey, Jr. (Texas Bar No. 24050901)
FINDLAY CRAFT, P.C.
102 N. College Ave., Suite 900
Tyler, TX 75702
Telephone: (903) 534-1100
Facsimile: (903) 534-1137
efindlay@findlaycraft.com
wlackey@findlaycraft.com

*Counsel for Defendants Audible Magic, Corp., Myspace LLC, Specific Media LLC, Photobucket.com, Inc., DailyMotion, Inc., DailyMotion S.A., SoundCloud, Inc., SoundCloud Ltd., Myxer, Inc., Qlipso, Inc., Qlipso Media Networks, Ltd., Yap.tv, Inc., GoMiso, Inc., iMesh, Inc., Metacafe, Inc.,*

3

*Boodabee Technologies, Inc., Zedge Holdings, Inc., Brightcove Inc., Coincident.TV, Inc., Accedo Broadband North America, Inc., Accedo Broadband AB, MediaFire, LLC, WiOffer LLC, and Harmonix Music Systems, Inc.*

*/s/ Joshua R. Furman*
Josh A. Krevitt
(NY Bar No. 2568228)
Benjamin Hershkowitz
(NY Bar No. 2600559)
R. Scott Roe
(NY Bar No. 4480224)
Joshua Furman
(NY Bar No. 4612255)
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
Ph. 212.351.4000
Fax: 212.351.6210
jkrevitt@gibsondunn.com
bhershkowitz@gibsondunn.com
jfurman@gibsondunn.com
sroe@gibsondunn.com

Michael E. Jones
SBN: 10929400
mikejones@potterminton.com
Allen F. Gardner
SBN: 24043679
allengardner@potterminton.com
Daniel A. Noteware, Jr.
SBN: 24051123
dannynoteware@potterminton.com
Potter Minton, PC
110 North College, Suite 500
Tyler, Texas 75702
Tel: 903-597-8311
Fax: 903-593-0846

*Counsel for Defendant
Shazam Entertainment Limited*


*/s/ Daniel Johnson, Jr.*

4

        C. Erik Hawes (TX Bar No. 24042543)
        Email:   ehawes@morganlewis.com
        Thomas R. Davis (TX Bar No. 24055384)
        Email: tdavis@morganlewis.com
        MORGAN, LEWIS & BOCKIUS LLP
        1000 Louisiana Street, Suite 4000
        Houston, Texas 77002
        (713) 890-5000 Telephone
        (713) 890-5001 Facsimile

        Daniel Johnson, Jr. (Admitted *Pro Hac Vice*)
        Email: djjohnson@morganlewis.com
        MORGAN, LEWIS & BOCKIUS LLP
        One Market, Spear Street Tower
        San Francisco, CA 94105
        (415) 442-1000 Telephone
        (415) 442-1001 Facsimile

        *Attorneys for Defendants MorphoTrust USA, Inc.,*
        *L-1 Identity Solutions, Inc., MorphoTrak, Inc., and*
        *Safran USA, Inc.*

        */s/ Andrew P. Valentine*
        Andrew P. Valentine (*Pro Hac Vice*)
        DLA PIPER LLP (US)
        2000 University Ave.
        East Palo Alto, CA 94303
        Telephone: 650.833.2000
        Facsimile: 650.833.2001
        andrew.valentine@dlapiper.com

        */s/ John Guaragna*
        401 Congress Avenue
        Suite 2500
        Austin, TX 78701-3799
        Telephone:   512.457.7125
        Facsimile:   512.721.2325
        john.guaragna@dlapiper.com

        *Counsel for Defendants*
        *Irdeto USA, Inc. and Irdeto B.V.*

*/s/ Edward R. Reines*
Edward R. Reines
Cal. Bar No. 135960 – Admitted to E.D. Texas
Lead Attorney
edward.reines@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

*Counsel for Defendants CBS Corp., Last.fm Ltd., and CBS Interactive, Inc.*


*/s/ Kristin L. Cleveland*
Kristin L. Cleveland (OR State Bar No. 001318 – Admitted to E.D. Texas)
kristin.cleveland@klarquist.com
Kristen L. Reichenbach (OR State Bar No. 115858)
Kristen.reichenbach@klarquist.com
John D. Vandenberg (OR State Bar No. 893755)
john.vandenberg@klarquist.com
121 SW Salmon Street, Suite 1600
Portland, OR 97204
Telephone:   (503) 595-5300
Facsimile:   (503) 595-5301

Eric H. Findlay (Texas Bar No. 00789886)
Walter W. Lackey, Jr. (Texas Bar No. 24050901)
FINDLAY CRAFT, P.C.
102 N. College Ave., Suite 900
Tyler, TX 75702
Telephone:   (903) 534-1100
Facsimile:    (903) 534-1137
efindlay@findlaycraft.com
wlackey@findlaycraft.com

*Attorneys for Defendant Attributor Corporation*

*/s/ Eric H. Findlay*
Eric H. Findlay (Texas Bar No. 00789886)
Walter W. Lackey, Jr. (Texas Bar No. 24050901)
FINDLAY CRAFT, P.C.
102 N. College Ave., Suite 900
Tyler, TX 75702
Telephone:   (903) 534-1100
Facsimile:    (903) 534-1137
efindlay@findlaycraft.com
wlackey@findlaycraft.com

Jordan A. Sigale
Christopher Swickhamer
LOEB & LOEB LLP
321 North Clark Street, Suite 2300
Chicago, IL 60654
Telephone: 312-464-3109
Facsimile: 312-276-8375
Email: jsigale@loeb.com
Email: cswickhamer@loeb.com
*Attorneys for Defendant Viggle, Inc.*


*/s/ Teresa M. Corbin*
Teresa M. Corbin
Teresa M. Corbin, CA Bar No. 132360
(Admitted E.D. Texas)
Bryan A. Kohm, CA Bar No. 233276
(Admitted E.D. Texas)
David Lacy Kusters, CA Bar No. 241335
(Admitted E.D. Texas)
Fenwick & West LLP
555 California Street, 12th Floor
San Francisco, California 94104
Telephone:     (415) 874-2300
Facsimile:     (415) 281-1350

Darren E. Donnelly, CA Bar No. 194335
(Admitted E.D. Texas)
Fenwick & West LLP
Silicon Valley Center
801 California Street
Mountain View, California 94041
Telephone:     (650) 955-8500
Facsimile:      (650) 983-5200

7

*Attorneys for Defendants Infinisource, Inc.; Qqest Software Systems, Inc.; SMRTV, Inc.; and The Nielsen Company (US) LLC*

/s/ Steven J. Corr
Tharan Greg Lanier (admitted E.D. Texas)
California Bar No. 138784
Jones Day
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
tglanier@jonesday.com

Steven J. Corr (admitted E.D. Texas)
California Bar No. 216243
Jones Day
555 S. Flower Street
Los Angeles, CA   90278
Telephone: (213) 243-2327
Facsimile: (213) 243-2539
sjcorr@jonesday.com

*Attorneys for Defendants The Nielsen Company (US) LLC*

/s/ Ryan K. Yagura
Ryan K. Yagura - TX S.B. #240755933
ryagura@omm.com - CA S.B. #197619
Nicholas J. Whilt (*pro hac vice*)
nwhilt@omm.com – CA S.B. #247738
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, California 90071-2899
Telephone:   (213) 430-6000
Facsimile:   (213) 430-6407
Sarah A. Pfeiffer (*pro hac vice*)
spfeiffer@omm.com – CA S.B. #278205
O'Melveny & Myers LLP
610 Newport Center Drive
Newport Beach, California 92660
Telephone:   (949) 823-6900
Facsimile:   (949) 823-6994

*Attorneys for Clear Channel Broadcasting, Inc.*


*/s/ Robert F. Kramer*
Robert F. Kramer
CA Bar No. 181706 (admitted E.D. Tex.)
C. Gideon Korrell
CA Bar No. 284890 (admitted E.D. Tex.)
DENTONS US, LLP
1530 Page Mill Road, Suite 200
Palo Alto, CA 94304
Tel: (650) 798-0300
Fax: (650) 798-0310
robert.kramer@dentons.com
gideon.korrell@dentons.com

*Counsel for Defendants 3M Cogent, Inc.*

*/s/ Jo Dale Carothers*
Alan H. Blankenheimer
ablankenheimer@cov.com
Jo Dale Carothers
jcarothers@cov.com
COVINGTON & BURLING LLP
9191 Towne Centre Drive, 6th Floor
San Diego, CA 92122-1225
Tel: 858-678-1800
Fax: 858-678-1600

Michael E. Jones
SBN: 10929400
Potter Minton, PC
110 N. College, Suite 500
Tyler, Texas 75702
Tel: 903-597-8311
Fax: 903-593-0846
mikejones@potterminton.com

*Attorneys for Defendant
Entropic Communications, Inc.*


*/s/ Dwayne K. Goetzel*
Eric B. Meyertons

9

Texas State Bar No. 14004400

Dwayne K. Goetzel

Texas State Bar No. 08059500
Ryan T. Beard
Texas State Bar No. 24012264

MEYERTONS, HOOD, KIVLIN,

KOWERT & GOETZEL, P.C.

1120 S. Capital of Texas Hwy.
Building 2, Suite 300

Austin, Texas 78746

(512) 853-8800 (telephone)
(512) 853-8801 (facsimile)

*Attorneys For Defendant
Cognitec Systems Gmbh And
Cognitec Systems Corp.*


*/s/ Michael A. Molano*
Michael A. Molano (*pro hac vice)*
Ward Johnson (*pro hac vice*)
MAYER BROWN LLP
3000 El Camino Real
Palo Alto, CA 94306-2112
Phone: (650) 331-2000
Fax: (650) 331-2060
Email: wjohnson@mayerbrown.com
Email: mmolano@mayerbrown.com

Kyle E. Friesen
Texas Bar No. 24061954
MAYER BROWN LLP
700 Louisiana Street, Suite 3400
Houston, Texas 77002-2730
Phone: (713) 238-2691
Fax: (713) 238-4691
Email: kfriesen@mayerbrown.com

*Counsel for Defendants*

*Civolution USA, Inc. and Civolution B.V.*


/s/ *Reid E. Dammann*
Reid E. Dammann (CA Bar No. 249031)
r.dammann@mpglaw.com
MUSICK PEELER LLP
One Wilshire Boulevard, Suite 2000
Los Angeles, CA 90017
Houston, TX 77010-1018
Telephone: (213) 629-7611
Facsimile: (213) 624-1376

*Counsel for Defendant Airborne Biometrics Group, Inc.*


*/s/ Orion Armon*
Heidi L. Keefe (*pro hac vice*)
Mark R. Weinstein (*pro hac vice*)
COOLEY LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Phone: (650) 843-5000
Fax: (650) 857-0663
hkeefe@cooley.com
mweinstein@cooley.com

Orion Armon (*pro hac vice*)
Sara J. Bradford (*pro hac vice*)
Janna K. Fischer (*pro hac vice*)
COOLEY LLP
380 Interlocken Crescent, Suite 900
Broomfield, CO 80021
Tel: (720) 566-4000
Fax: (720) 566-4099
oarmon@cooley.com
sbradford@cooley.com
jfischer@cooley.com

Deron R. Dacus (Texas Bar No. 00790553)
The Dacus Firm, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX   75701
Tel: (903) 705-1117

11

        Fax: (903) 705-1117
        ddacus@dacusfirm.com

*Counsel for Defendant Facebook, Inc.*

## CERTIFICATE OF SERVICE

This is to certify that all counsel of record are being served with a copy of this document *via* the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 2nd day of July, 2014.

        */s/ Eric H. Findlay*
        Eric H. Findlay