UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **Blue Spike, LLC** | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 6:12-cv-499 |
| **Texas Instruments, Inc.** | § § § | |
| Defendants | § | |

------------------------------------------------------------------------------------------------------------------

| | | |
|---|---|---|
| **Blue Spike, LLC** | § § § | |
| Plaintiff, | § § § | |
| v. | § § | Case No. 6:13-cv-00124 |
| **Cognitec Systems Corporation** **Cognitec Systems GmbH** | § § § § | |
| Defendants | § | |

### NOTICE OF APPEARANCE OF WILLEM G. SCHUURMAN

PLEASE TAKE NOTICE that Willem G. Schuurman hereby enters an appearance in this action as counsel for Defendants Cognitec Systems Corporation and Cognitec Systems GmbH, and may receive pleadings, discovery, correspondence and other materials as follows:

Willem G. Schuurman
Meyertons, Hood, Kivlin, Kowert & Goetzel, P.C.,
1120 S. Capital of Texas Highway
Building 2, Suite 300
Austin, Texas 78746
Telephone: (512) 853-8829
Email: bschuurman@intprop.com.

1

Respectfully submitted,

/s/ Willem G. Schuurman
Willem G. Schuurman
 Texas State Bar No. 17855200

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 9, 2014, I electronically filed the foregoing pleading with the clerk of court for the U.S. District Court, Eastern District of Texas, using the electronic case filing system of the court.

/s/ Willem G. Schuurman
Willem G. Schuurman