# EXHIBIT B

**Exhibit B - Parties' Preliminary Claim Constructions**

| | Term | Proposing Party | Patent (claims) | Audible Magic Construction | Blue Spike Construction |
|---|---|---|---|---|---|
| 1 | Presenting said content-related data on said client media player | Both | '308 (1) | "causing the content-related data to be displayed on the client media player"<br><br>Intrinsic Evidence:<br><br>'308 Patent Col. 3:66-4:12; 6:11-8:32; 8:60-64;10:18-47. | Presenting: "The act of displaying"<br><br>Client media player: "A device that a client plays media on which may include a computer. The client computer has executing a "client engine" software application comprising a sampling unit, a media intercept unit, and a user interface" |
| 2 | Segment | Blue Spike | '308 (1) | Plain and ordinary meaning | Any of the parts into which something can be divided |
| 3 | Measuring acoustical/perceptual features of said segment | Blue Spike | '308 (1) | Plain and ordinary meaning | To make a measurement of acoustical/perceptual features of said segment |
| 4 | Comparing said analytical representation to a collection of analytical representation of reference sampled media content | Blue Spike | '308 (1) | Plain and ordinary meaning | Analytical representation: "A digital fingerprint of a particular segment measuring acoustical/perceptual features of said segment"<br><br>Referenced sampled media: "The collection of stored reference samples" |