UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § | |
| *Plaintiff,* | § § § | CASE NO. 6:12-cv-499 MHS/CMC |
| v. | § § | LEAD CASE |
| TEXAS INSTRUMENTS, INC., et al., | § § § | Jury Trial Demanded |
| *Defendants.* | § § | |

**AGREED MOTION FOR EXTENSION OF TIME TO FILE PARTIES' JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT**

Plaintiff Blue Spike, LLC ("Blue Spike"), with Defendants' agreement, respectfully moves the Court for an extension of time within which to file the parties' Joint Claim Construction and Prehearing Statement ("Joint Statement").

The parties' deadline to file the Joint Statement is July 9, 2014. The parties request an extension of time of until and through July 11, 2014 to file the Joint Statement. The parties worked together to ensure that all parties interests were represented in the statement, and this is the reason for the requested extension.

Respectfully submitted,

*/s/ Randall T. Garteiser*
Randall T. Garteiser
  Lead Attorney
  Texas Bar No. 24038912
  rgarteiser@ghiplaw.com
Christopher A. Honea
  Texas Bar No. 24059967
  chonea@ghiplaw.com

1

2

                    Christopher S. Johns
                      Texas Bar No. 24044849
                      cjohns@ghiplaw.com
                  Kirk J. Anderson
                      California Bar No. 289043
                  Peter S. Brasher
                      California Bar No. 283992
                  GARTEISER HONEA, P.C.
                  218 N. College Avenue
                  Tyler, Texas 75702
                  (903) 705-7420
                  (888) 908-4400 fax

***Counsel for Blue Spike LLC***

## Certificate of Service

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on July 11, 2014 on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by First Class U.S. Mail on this same date.

       /s/ Randall Garteiser