UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Blue Spike, LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> TEXAS INSTRUMENTS, INC., et al., <br><br> *Defendants.* | CASE NO. 6:12-cv-499 MHS/CMC <br><br> LEAD CASE <br><br> Jury Trial Demanded |

**ORDER GRANTING AGREED MOTION FOR EXTENSION OF TIME TO FILE PARTIES JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT**

BEFORE THE COURT is Plaintiff Blue Spike, LLC's ("Blue Spike") Agreed Motion for Extension of Time to File the parties' Joint Claim Construction and Prehearing Statement. The Court, having noted that the relief requested is agreed to, is of the opinion that the Motion should be granted.

IT IS ORDERED that the parties shall have until and through July 11, 2014 to file the Joint Statement.

**SIGNED this 14th day of July, 2014.**

*/s/ Caroline M. Craven*
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE