UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Blue Spike, LLC, | § |
| *Plaintiff*, | § CASE NO. 6:12-cv-499 MHS |
| v. | § LEAD CASE |
| TEXAS INSTRUMENTS, INC., et al., | § Jury Trial Demanded |
| *Defendants*. | § |

**JOINT STIPULATED MOTION FOR EXTENSION OF TIME TO FILE AN OPPOSITION TO AUDIBLE MAGIC CORPORATION'S MOTION TO COMPEL**

Plaintiff Blue Spike, LLC ("Blue Spike") and Audible Magic Corporation respectfully move the Court for an extension of time for Blue Spike to file an opposition to Audible Magic's Motion to Compel (Dkt. No. 1617) ("Motion to Compel").

Blue Spike's current deadline to file an opposition to the Motion to Compel is July 14, 2014. The parties request an extension of time to July 18, 2014. Accordingly, Audible Magic will have until July 28, 2014 to file its Reply in support of its Motion to Compel. Plaintiff's surrpely will follow accordingly.

Respectfully submitted,

/s/ Randall T. Garteiser
Randall T. Garteiser
  Lead Attorney
  Texas Bar No. 24038912
  rgarteiser@ghiplaw.com
Christopher A. Honea
  Texas Bar No. 24059967
  chonea@ghiplaw.com

1

                Christopher S. Johns
                 Texas Bar No. 24044849
                 cjohns@ghiplaw.com
                Kirk J. Anderson
                 California Bar No. 289043
                Peter S. Brasher
                 California Bar No. 283992
                GARTEISER HONEA, P.C.
                218 N. College Avenue
                Tyler, Texas 75702
                (903) 705-7420
                (888) 908-4400 fax

                ***Counsel for Blue Spike LLC***

## Certificate of Service

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email.

    /s/ Peter S. Brasher