UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Blue Spike, LLC, | § |
|    *Plaintiff*, | § CASE NO. 6:12-cv-499 MHS |
| v. | § LEAD CASE |
| TEXAS INSTRUMENTS, INC., et al., | § Jury Trial Demanded |
|    *Defendants*. | § |

**ORDER GRANTING JOINT STIPULATED MOTION FOR EXTENSION OF TIME TO FILE AN OPPOSITION TO AUDIBLE MAGIC CORPORATION'S MOTION TO COMPEL**

BEFORE THE COURT is Plaintiff Blue Spike, LLC ("Blue Spike") and Audible Magic Corporation's Joint Stipulated Motion for Extension of Time to File an Opposition to Audible Magic's Motion to Compel (Dkt. No. 1617). The Court, having noted that the relief requested is joined by both parties, is of the opinion that the Motion should be granted.

IT IS ORDERED that Plaintiff Blue Spike, LLC shall have until July 18, 2014 to file an opposition to the Motion to Compel (Dkt No. 1617) and Audible Magic will have until July 28 to file a reply in support of its motion. Plaintiff's surreply will follow accordingly.