UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § | |
| *Plaintiff*, | § | CASE NO. 6:12-cv-499 MHS |
| v. | § | LEAD CASE |
| TEXAS INSTRUMENTS, INC., et al., | § | Jury Trial Demanded |
| *Defendants*. | § | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE AN OPPOSITION TO FACEBOOK'S MOTION TO DISMISS OR IN THE ALTERNATIVE TO SEVER [DKT. 1618]**

Plaintiff Blue Spike, LLC ("Blue Spike") respectfully moves the Court for an extension of time for Blue Spike to file an opposition to Facebook's Motion to Dismiss and or in the alternative to sever (Dkt. No. 1618) ("Motion to Dismiss").

Blue Spike's current deadline to file an opposition to the Motion to Dismiss is July 14, 2014. Blue Spike, LLC requests an extension of time until July 17, 2014 to file a response. Defendant Facebook is unopposed to this motion.

Respectfully submitted,

/s/ Randall T. Garteiser
Randall T. Garteiser
 Lead Attorney
 Texas Bar No. 24038912
 rgarteiser@ghiplaw.com
Christopher A. Honea
 Texas Bar No. 24059967
 chonea@ghiplaw.com

1

Christopher S. Johns
  Texas Bar No. 24044849
  cjohns@ghiplaw.com
Kirk J. Anderson
  California Bar No. 289043
Peter S. Brasher
  California Bar No. 283992
GARTEISER HONEA, P.C.
218 N. College Avenue
Tyler, Texas 75702
(903) 705-7420
(888) 908-4400 fax

*Counsel for Blue Spike LLC*

2

**Certificate of Service**

       The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email.

                                                                  /s/ Peter S. Brasher