UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Blue Spike, LLC, | § |
| *Plaintiff*, | § |
| | § CASE NO. 6:12-cv-499 MHS |
| v. | § |
| | § LEAD CASE |
| TEXAS INSTRUMENTS, INC., et al., | § Jury Trial Demanded |
| | § |
| *Defendants*. | § |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE AN OPPOSITION TO FACEBOOK'S MOTION TO DISMISS OR IN THE ALTERNATIVE TO SEVER**

BEFORE THE COURT is Plaintiff Blue Spike, LLC's ("Blue Spike") Unopposed Motion for Extension of Time to File an Opposition to Facebook's Motion to Dismiss or in the alternative motion to sever (Dkt. No. 1618). The Court, having noted that the relief requested is unopposed, is of the opinion that the Motion should be granted.

IT IS ORDERED that Plaintiff Blue Spike, LLC shall have until July 17, 2014 to file an opposition to Facebook's Motion to Dismiss (Dkt No. 1618).