## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC )   | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | CASE NO. 6:12-cv-499 MHS |
| ) | |
| TEXAS INSTRUMENTS, INC., et al. ) | |
| ) | JURY TRIAL DEMANDED |
| DEFENDANTS. ) | |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Yoon Chae, with the law firm of Baker & McKenzie LLP, hereby enters his appearance as counsel of record for Defendant, Iritech, Inc.  Mr. Chae has been admitted in the Eastern District of Texas.  Mr. Chae respectfully requests that all pleadings, discovery, orders, notices, correspondence, and other papers filed in this action be served upon counsel at the address set forth below:

Yoon Chae
Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
E-Mail: yoon.chae@bakermckenzie.com
Telephone: (214) 965-7204
Facsimile: (214) 978-3099

Date: July 16, 2014                    Respectfully submitted,

/s/ *Yoon Chae*
Yoon Chae
Texas Bar No. 24085159
E-Mail: yoon.chae@bakermckenzie.com
BAKER & MCKENZIE LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone:  (214) 978-3000
Facsimile:  (214) 978-3099

ATTORNEY FOR DEFENDANT
IRITECH, INC.

## CERTIFICATE OF SERVICE

On July 16, 2014, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Eastern District of Texas, using the electronic case files system of the court.  The electronic case files system sent a "Notice of Electronic Filing" to the attorneys for all parties registered under ECF who are entitled to notice.

/s/ *Yoon Chae*
Yoon Chae