# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC | § | Civil Action No. 6:12-CV-499 -MHS-CMC |
|    *Plaintiff*, | § | |
| | § | LEAD CASE |
| v. | § | |
| | § | |
| TEXAS INSTRUMENTS, INC., et al. | § | |
| | § | |
|    *Defendants* | | |

## ORDER

On this day came on to be considered Defendants' Iritech, Inc., NEUROtechnology, Fulcrum Biometrics, LLC, Futronic Technology Co., Ltd., iPharro Media GmbH, iPharro Media, Inc., Audible Magic Corporation, Photobucket.com, Inc., Qlipso, Inc., Qlipso Media Networks Ltd., Zedge Holdings, Inc., Mediafire, LLC., Dailymotion, Inc., Dailymotion S.A., GoMiso, Inc, iMesh, Inc., Coincident.TV, Inc., Facebook, Inc., MySpace, LLC, Specific Media, LLC, Yap.tv, Inc., Metacafe, Inc., Boodabee Technologies Inc., Harmonix Music Systems, Inc., Brightcove, Inc., Accedo Broadband AB, Accedo Broadband NA, Inc., Soundcloud, Inc., Soundcloud Ltd., WiOffer, LLC, Myxer, Inc., Attributor Corporation, Viggle Inc., Shazam Entertainment Limited, MorphoTrust USA, Inc., L-1 Identity Solutions, Inc., MorphoTrak, Inc., Safran USA, Inc., Irdeto USA, Inc., Irdeto B.V., CBS Corp., Last.fm Ltd., CBS Interactive, Inc., Infinisource, Inc., Qqest Software Systems, Inc., SMRTV, Inc., The Nielsen Company (US) LLC, Clear Channel Broadcasting, Inc., 3M Cogent, Inc., Entropic Communications, Inc., Cognitec Systems Gmbh, Cognitec Systems Corp., Civolution USA, Inc., Civolution B.V., and Airborne Biometrics Group, Inc., (collectively, "Defendants") Unopposed Motion to Extend the Deadline

to Submit Required Technology Tutorial, and the Court is of the opinion that the motion should be GRANTED, it is therefore,

ORDERED, ADJUDGED and DECREED that the Unopposed Motion to Extend be granted and that the parties be given to and including July 25, 2014 to submit a Technology Tutorial.