UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § | |
| *Plaintiff,* | § | CASE NO. 6:12-cv-499 MHS |
| v. | § | LEAD CASE |
| TEXAS INSTRUMENTS, INC., et al., | § | Jury Trial Demanded |
| *Defendants.* | § | |

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE AN OPPOSITION TO AUDIBLE MAGIC CORPORATION'S MOTION TO COMPEL

Plaintiff Blue Spike, LLC and Counterdefendants Blue Spike, Inc. and Scott Moskowitz ("Blue Spike") respectfully move the Court for an extension of time for Blue Spike to file an opposition to Audible Magic's Motion to Compel (Dkt. No. 1617) ("Motion to Compel"). Audible Magic indicated that it does not oppose the request.

Blue Spike's current deadline to file an opposition to the Motion to Compel is July 18, 2014. Blue Spike requests an extension of time to July 23, 2014. Accordingly, Audible Magic will have until August 4, 2014 to file its Reply in support of its Motion to Compel. Plaintiff's surreply will follow accordingly.

Respectfully submitted,

/s/ Randall T. Garteiser
Randall T. Garteiser
 Lead Attorney
 Texas Bar No. 24038912
 rgarteiser@ghiplaw.com

1

        Christopher A. Honea
         Texas Bar No. 24059967
         chonea@ghiplaw.com
        Christopher S. Johns
         Texas Bar No. 24044849
         cjohns@ghiplaw.com
        Kirk J. Anderson
         California Bar No. 289043
        Peter S. Brasher
         California Bar No. 283992
        GARTEISER HONEA, P.C.
        218 N. College Avenue
        Tyler, Texas 75702
        (903) 705-7420
        (888) 908-4400 fax

        ***Counsel for Blue Spike LLC***

**Certificate of Service**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email.

    /s/ Peter S. Brasher