UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § | |
| *Plaintiff,* | § § § | CASE NO. 6:12-cv-499 MHS |
| v. | § § | LEAD CASE |
| TEXAS INSTRUMENTS, INC., et al., | § § § | Jury Trial Demanded |
| *Defendants.* | § § § | |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE AN OPPOSITION TO AUDIBLE MAGIC CORPORATION'S MOTION TO COMPEL**

BEFORE THE COURT is Plaintiff Blue Spike, LLC and Counterdefendants Blue Spike, Inc. and Scott Moskowitz' ("Blue Spike") Unopposed Motion for Extension of Time to File an Opposition to Audible Magic's Motion to Compel (Dkt. No. 1617). The Court, having noted that the relief requested is unopposed, is of the opinion that the Motion should be granted.

IT IS ORDERED that Blue Spike shall have until July 23, 2014 to file an opposition to the Motion to Compel (Dkt No. 1617) and Audible Magic's Reply and Blue Spike's surreply will follow accordingly.