UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § § § | |
| *Plaintiff*, | § | Civil Action No. 6:12-CV-499-MHS-CMC |
| v. | § § | (LEAD CASE) |
| TEXAS INSTRUMENTS, INC. | § § | |
| *Defendants*. | § § | JURY TRIAL DEMANDED |
| _____ | § | |

## ORDER DENYING DEFENDANT FACEBOOK'S MOTION TO DISMISS OR IN THE ALTERNATIVE TRANSFER (DKT. 1618)

After reviewing the moving papers in the Court denies Defendant Facebook's Motion to Dismiss, or in the alternative sever and transfer (Dkt. 1618).  Facebook did not comply with either deadline to file such motions, nor did Facebook seek leave to enlarge the deadlines provided by the Court to file such motions.

Case 6:12-cv-00499-RWS-CMC   Document 1640-1   Filed 07/17/14   Page 2 of 2 PageID #: 20968