UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § | |
| *Plaintiff*, | § § § | CASE NO. 6:12-cv-499 MHS |
| v. | § § | LEAD CASE |
| TEXAS INSTRUMENTS, INC., et al., | § § § | Jury Trial Demanded |
| *Defendants*. | § § § | |

**ORDER GRANTING COUNTERDEFENDANTS SCOTT MOSKOWITZ AND BLUE SPIKE, INC. MOTION TO EXTEND THE DEADLINE TO RESPOND TO AUDIBLE MAGIC'S DISCOVERY BY 9 DAYS**

BEFORE THE COURT is a Motion by Counterclaim Defendants Blue Spike, Inc. and Scott Moskowitz ("Blue Spike") to extend the deadline to respond to Defendant Audible Magic Corporation's ("Audible Magic's") First Set of Interrogatories to Blue Spike, Inc., First Set of Requests for Admission to Blue Spike, Inc., and First Set of Interrogatories to Moskowitz (the "Discovery"). The Court, having considered the arguments of all parties involved, is of the opinion that the Motion should be granted.

IT IS ORDERED that Blue Spike shall have until July 23, 2014 to file its responses to the Discovery.