UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § § § | |
| *Plaintiff*, | § § | CASE NO. 6:12-cv-499 MHS |
| v. | § § | LEAD CASE |
| Texas Instruments, Inc., et al., | § § § | Jury Trial Demanded |
| *Defendants*. | § § § | |

### ORDER GRANTING COUNTERDEFENDANT BLUE SPIKE, INC.'S MOTION TO DISMISS AUDIBLE MAGIC CORPORATION'S COUNTERCLAIMS 1-11, 13
### [DKT. 885, DKT. 1438]

On this day came for consideration Counterdefendant Blue Spike, Inc.'s ("Counterdefendant's") Motion to Dismiss Defendant Audible Magic Corporation's ("Defendant's") Counterclaims in the above-captioned proceeding pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) and its amended counterclaims that are unchanged with the exception of Counterclaim 13. (Dkt. 885, Dkt. 1438.) Having considered both Counterdefendant's motion, supplemental motion with respect to Counterclaim 13, and supporting papers, and Defendant's opposition and supporting papers, the Court is of the opinion that said motion should be GRANTED.

Defendant's counterclaims 1 through 9 are dismissed because Counterdefendant has no legal rights in the patents-in-suit. Counterdefendant is no longer a proper party to lawsuits concerning these patents, and there is no active case or controversy. Defendant's counterclaim 10 is dismissed because unjust enrichment is not recognized as an independent cause of action under Texas law. Defendant's counterclaim 11 is dismissed

1

because it is not actionable under the Lanham Act. The statement on which counterclaim 11 relies does not refer to a commercial good or service, is immaterial, and is not sufficiently specific or measurable.

Similarly, with respect to Counterclaim 13 Defendant has to meet the threshold requirement of showing that either of these statements can support a claim for common-law unfair competition. More fundamental, though, even if these statements could support a claim for common-law unfair competition, Audible Magic has failed to plead all of required elements of such a claim.

IT IS HEREBY ORDERED that Counterdefendant Blue Spike Inc.'s Motion to Dismiss is hereby granted pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

IT IS SO ORDERED.