UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § | |
| *Plaintiff,* | § § § | CASE NO. 6:12-cv-499 MHS |
| v. | § § | LEAD CASE |
| Texas Instruments, Inc., et al., | § § § | Jury Trial Demanded |
| *Defendants.* | § § | |

**ORDER DENYING AUDIBLE MAGIC CORPORATION'S
MOTION TO COMPEL AND MOTION FOR SANCTIONS [DKT. 1617]**

On this day came for consideration Audible Magic Corporation's Motion to Compel the Production of Documents by Blue Spike, LLC, Blue Spike, Inc., and Scott Moskowitz (the "Blue Spike parties") and Responses to Interrogatories and Motion for Sanctions. (Dkt. 1617). Having considered Audible Magic's motion and supporting papers, and the Blue Spike parties' opposition and supporting papers, the Court is of the opinion that said motion should be DENIED.

IT IS HEREBY ORDERED that Audible Magic's Motion to Compel and for Sanctions is hereby denied.

IT IS SO ORDERED.