# Exhibit 1

**Peter Brasher**  May 23, 2014  11:58 AM
To: rneifeld@neifeld.com  Hide Details
Cc: Randall Garteiser (rgarteiser@ghiplaw.com),   Christopher Honea (chonea@ghiplaw.com)
Re: Scott Moskowitz, Blue Spike, LLC v. Texas Instruments, et al.

Good Afternoon Rick,

I'm a colleague of Chris Honea and Randall Garteiser working on the Blue Spike, LLC litigation. We have been asked to produce some documents in connection with the case involving the signal abstracting patents (7,346,472; 7660,700; 7,949,494; and 8,214,175). All four patens claim the benefit of several applications and three patents. I have reviewed the original jump drive that you sent to our office. We are attempting to do our due diligence and make sure we are producing what is available and relevant.

Does your office have any other files than what was provided on the jump drive? Specifically, I'm looking for the prosecution histories and any related documents for the following patents which I have to date been unable to locate:

5,613,004 (Ref SCOT0012-1)
5,745,569 (Ref SCOT0013-1)
5,889,868 (Ref SCOT0010-1)
6,078,664 (Ref SCOT0023-1); application # 08/772,222 - Dec. 20, 1996
6,598,162 (Ref SCOT0014-1); application # 09/046,627 - Mar. 24, 1998
6,205,249 (Ref SCOT0019-1); application # 09/053,628 - Apr. 2, 1998
6,522,767 (Ref SCOT0010-2); application # 09/281,279 - Mar. 30, 1999

I realize many of these may predate your representation of Mr. Moskowitz, but please let me know at your earliest convenience.

Regards,



**Peter Brasher** / Attorney
888.908.4400 x104 / pbrasher@ghiplaw.com
218 N College Ave, Tyler, TX 75702
44 N San Pedro, San Rafael, CA 94903
http://www.ghiplaw.com

This e-mail message may contain confidential information or information protected by attorney-client privilege, the doctrine of attorney work product or other applicable privileges and protections, and is intended solely for use by the intended recipient. Any unauthorized disclosure, dissemination, distribution, copying or the taking of any action in reliance on the information herein is prohibited. If you are not the intended recipient, please destroy all copies of this message, including your original copy, and contact the sender immediately. We also advise that any federal tax advice provided in this communication is not intended or written to be used, and cannot be used by the recipient or any other taxpayer for the purpose of avoiding tax penalties that may be imposed on the recipient or any other taxpayer, or in promoting, marketing or recommending to another party any transaction or matter addressed herein.

