IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, <br>     *Plaintiff,* <br><br> v. <br><br> TEXAS INSTRUMENTS, INC. <br>     *Defendant.* | § § § § § § § | **Case No. 6:12-cv-499** <br> **LEAD CASE** |

| | | |
|---|---|---|
| BLUE SPIKE, LLC, <br>     *Plaintiff,* <br><br> v. <br><br> AUDIBLE MAGIC CORPORATION, ET AL. <br>     *Defendants.* | § § § § § § § § | **Case No. 6:12-cv-576** <br> **CONSOLIDATED CASE** |

## ORDER

Before the Court is the following pending motion: Opposed Motion to Extend Deadline by 9 Days to Respond to Audible Magic's Discovery (Docket Entry # 1648). Blue Spike, Inc. and Scott Moskowitz request the Court extend the deadline by nine days for to respond to Defendant Audible Magic Corporation's First Set of Interrogatories to Blue Spike, Inc., its First Set of Requests for Admission to Blue Spike, Inc., and its First Set of Interrogatories to Scott Moskowitz. Audible Magic opposes the motion. Pursuant to Local Rule CV-7(e), a party has fourteen (14) days in which to file a response to a motion, after which the Court will consider the submitted motion for decision. *See also* Local Rule CV-6 (three days added to the prescribed period). The Court, having reviewed the motion for extension of time, is of the opinion Audible Magic's response time should be expedited.

Accordingly, it is

**ORDERED** that Audible Magic shall file a response to Opposed Motion to Extend Deadline by 9 Days to Respond to Audible Magic's Discovery (Docket Entry # 1648) on or before Friday, July 25, 2014 at 8:30 a.m.

**SIGNED this 24th day of July, 2014.**

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE