INTERNET ARCHIVE WayBack Machine (/web/)

http://blue-spike.myshopify.com/ Go

6 captures (/web/20131213022122*/http://blue-spike.myshopify.com/)
28 Jul 13 - 18 Dec 13

(/web/20001201000000/http://blue-spike.myshopify.com/)

SEP (/WEB/20130922153555/HTTP://BLUE-SPIKE.MYS (/web/20130922153555/http://blue-spike.m

Log in (/web/20131213022122/http://blue-spike.myshopify.com/account/login)

0 items (/web/20131213022122/http://blue-spike.myshopify.com/cart)

Checkout (/web/20131213022122/http://blue-spike.myshopify.com/cart)

# Blue Spike (/web/20131213022122/http://blue-spike.myshopify.com/)

## Products (/web/20131213022122/http://blue-spike.myshopify.com/collections/all)

### Art
### Science
### Technology
### Company

## Contact Us (/web/20131213022122/http://blue-spike.myshopify.com/pages/contact-us)

Search


(/web/20131213022122/http://blue-spike.myshopify.com/products/giovanni-content-manager)

$5,000.00


(/web/20131213022122/http://blue-spike.myshopify.com/products/giovanni-abstraction-recognition-machine)

$10,000.00

### Giovanni® Abstraction Machine™ (/web/20131213022122/http://blue-spike.myshopify.com/products/giovanni-abstraction-recognition-machine)

## Product Categories (/web/20131213022122/http://blue-spike.myshopify.com/collectio SPIKE.MYSHOPIFY.COM/COLLECTIO

- Frontpage (/web/20131213022122/http://blue-spike.myshopify.com/collections/frontpa

## Latest Tweets

loading tweets...

## GIOVANNI® CONTENT MANAGER (/web/20131213022122/http://blue-spike.myshopify.com/products/giovanni-content-manager)

With Giovanni, digital content and digital information can be securely managed, automated... interaction...

While there are many approaches to content recognition, a primary concern is the ability to retain a "perceptual relationship" between the original signal and its data reduced version, A.K.A., a "signal abstract". This relationship may either be mathematically discernible or...

## FRONTPAGE (/web/20131213022122/http://blue-spike.myshopify.com/collections/frontpage)

(/web/20131213022122/http://blue-spike.myshopify.com/products/giovanni-content-manager) **$5,000.00**

(/web/20131213022122/http://blue-spike.myshopify.com/products/giovanni-abstraction-recognition-machine) **$10,000.00**

Giovanni® Content Manager (/web/20131213022122/http://blue-spike.myshopify.com/products/giovanni-content-manager)

Giovanni® Abstraction Machine™ (/web/20131213022122/http://blue-spike.myshopify.com/products/giovanni-abstraction-recognition-machine)

Search (/web/20131213022122/http://blue-spike.myshopify.com/search)

About Us (/web/20131213022122/http://blue-spike.myshopify.com/pages/about-us)

© 2013 Blue Spike (/web/20131213022122/http://blue-spike.myshopify.com/). All Rights Reserved.

Ecommerce Software by Shopify (/web/20131213022122/http://www.shopify.com/)

PAYMENT METHODS WE ACCEPT

