## Caridis, Alyssa

| | |
|---|---|
| **From:** | Caridis, Alyssa |
| **Sent:** | Tuesday, July 15, 2014 2:42 PM |
| **To:** | 'Nallely Vasquez'; 'chonea@ghiplaw.com'; 'rgarteiser@ghiplaw.com'; 'kanderson@ghiplaw.com'; 'pbrasher@ghiplaw.com'; 'bluespike@ghiplaw.com' |
| **Cc:** | Eric Findlay; Walter Lackey; Higgins, Christopher J.; Ramsey, Gabriel M. |
| **Subject:** | RE: 6:12-cv-00499-MHS-CMC Blue Spike, LLC  v. Texas Instruments, Inc. - Audible Magic's Discovery (SERVICE EMAIL) |
| **Attachments:** | FINDLAYDM-#16558-v1-Blue_Spike_v__Audible_Magic_-_First_Set_of_Requests_.....pdf; FINDLAYDM-#16559-v1-Blue_Spike_v__Audible_Magic_-_First_Set_of_Interroga....pdf; FINDLAYDM-#16560-v1-Blue_Spike_v__Audble_Magic_-_First_Set_of_Interrogat....pdf |

| **Tracking:** | **Recipient** | **Delivery** | **Read** |
|---|---|---|---|
| | 'Nallely Vasquez' | | |
| | 'chonea@ghiplaw.com' | | |
| | 'rgarteiser@ghiplaw.com' | | |
| | 'kanderson@ghiplaw.com' | | |
| | 'pbrasher@ghiplaw.com' | | |
| | 'bluespike@ghiplaw.com' | | |
| | Eric Findlay | | |
| | Walter Lackey | | |
| | Higgins, Christopher J. | Delivered: 7/15/2014 2:42 PM | |
| | Ramsey, Gabriel M. | Delivered: 7/15/2014 2:42 PM | Read: 7/15/2014 2:42 PM |

Counsel,

Blue Spike and Scott Moskowtiz's responses to the attached discovery requests were due yesterday.  We did not receive any responses.  To the extent responses were served by non-electronic means, please e-mail those responses by close of business today.  Otherwise, per FRCP 36, Audible Magic's first set of requests for admission are now deemed admitted.  Furthermore, any objections that Mr. Moskowitz or Blue Spike Inc. had to the interrogatories are now waived.  Please provide substantive responses to these interrogatories by close of business on Thursday July 17.

Regards,
Alyssa Caridis

---

**From:** Nallely Vasquez [mailto:NVasquez@findlaycraft.com]
**Sent:** Wednesday, June 11, 2014 2:52 PM
**To:** 'chonea@ghiplaw.com'; 'rgarteiser@ghiplaw.com'; 'cjohns@jmehlaw.com'; 'kanderson@ghiplaw.com'; 'pbrasher@ghiplaw.com'; 'bluespike@ghiplaw.com'
**Cc:** Eric Findlay; Walter Lackey; Higgins, Christopher J.; Ramsey, Gabriel M.; Caridis, Alyssa
**Subject:** 6:12-cv-00499-MHS-CMC Blue Spike, LLC v. Texas Instruments, Inc. - Audible Magic's Discovery (SERVICE EMAIL)

Dear Counsel,

Please see attached the following:

- Audible Magic, Corp.'s First Set of Requests for Admission to Counterclaim Defendant Blue Spike, Inc.;

- Audible Magic, Corp.'s First Set of Interrogatories to Counterclaim Defendant Blue Spike, Inc.; and

- Audible Magic, Corp.'s First Set of Interrogatories to Counterclaim Defendant Scott Moskowitz.

Thank you,

Nallely Vasquez



**NALLELY VASQUEZ**
PARALEGAL

Principal:102 North College Avenue, Ste. 900 Tyler, Texas 75702
Marshall: 110 South Bolivar, Ste. 201, Marshall, TX 75670
Dallas: 1651 North Collins Blvd., Ste 180, Richardson, TX 75080
P: 903.534.1100 • C: 903.922.9226 • F: 903.534.1137 • findlaycraft.com

CONFIDENTIALITY NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.