# Caridis, Alyssa

| | |
|---|---|
| **From:** | Randall Garteiser [rgarteiser@ghiplaw.com] |
| **Sent:** | Thursday, July 17, 2014 12:52 PM |
| **To:** | Caridis, Alyssa |
| **Cc:** | Nallely Vasquez; chonea@ghiplaw.com; kanderson@ghiplaw.com; pbrasher@ghiplaw.com; bluespike@ghiplaw.com; Eric Findlay; Walter Lackey; Higgins, Christopher J.; Ramsey, Gabriel M. |
| **Subject:** | Re: 6:12-cv-00499-MHS-CMC Blue Spike, LLC  v. Texas Instruments, Inc. - Audible Magic's Discovery (SERVICE EMAIL) |

Dear Counsel:

We appreciate you bringing this oversight to our attention.  We are investigating on our end this matter but it appears while my colleague was out of the office on paternity leave we had a mistake occur in our calendaring system. Initially, it appears to have involved confusion then Findlay Craft also hand served some additional discovery requests on July 3, 2014 to our law firm office here in Tyler, Texas.  In hindsight, these are different requests than what Ms. Vasquez served, and not merely re-served copies of what she had previously served via email.

So going forward, we ask that both your firms please serve us consistently by email to bluespike@ghiplaw.com.  We understand that proper service should be made on Audible Magic by serving AudibleMagic-BlueSpike@orrick.com.

As lead counsel, I take responsibility for the mistake we made, but we request an extension on this discovery until the deadline of the discovery that your client Audible Magic served on July 3, 2014.  In other words, we would like an extension to respond to Audible Magic's discovery until August 4, 2014.  We request this relief in the spirit of the parties' stipulated protective order with regards to inadvertent mistakes in the production of privileged documents — we are merely trying to avoid a Draconian result based upon an obvious oversight.

Please advise if this is an acceptable resolution to this unfortunate calendaring event.   Thanks in advance for your cooperation in handling this inadvertent error.



**Randall Garteiser**  / Partner
888.908.4400 x104 / rgarteiser@ghiplaw.com
218 N College Ave, Tyler, TX 75702
44 N San Pedro, San Rafael, CA 94903
http://www.ghiplaw.com

This e-mail message may contain confidential information or information protected by attorney-client privilege, the doctrine of attorney work product or other applicable privileges and protections, and is intended solely for use by the intended recipient. Any unauthorized disclosure, dissemination, distribution, copying or the taking of any action in reliance on the information herein is prohibited. If you are not the intended recipient, please destroy all copies of this message, including your original copy, and contact the sender immediately. We also advise that any federal tax advice provided in this communication is not intended or written to be used, and cannot be used by the recipient or any other taxpayer for the purpose of avoiding tax penalties that may be imposed on the recipient or any other taxpayer, or in promoting, marketing or recommending to another party any transaction or matter addressed herein.



On Jul 15, 2014, at 4:41 PM, Caridis, Alyssa <acaridis@orrick.com> wrote:

Counsel,

Blue Spike and Scott Moskowtiz's responses to the attached discovery requests were due yesterday.  We did not receive any responses.  To the extent responses were served by non-electronic means, please e-mail those responses

by close of business today.  Otherwise, per FRCP 36, Audible Magic's first set of requests for admission are now deemed admitted.  Furthermore, any objections that Mr. Moskowitz or Blue Spike Inc. had to the interrogatories are now waived.  Please provide substantive responses to these interrogatories by close of business on Thursday July 17.

Regards,
Alyssa Caridis

---

**From:** Nallely Vasquez [mailto:NVasquez@findlaycraft.com]
**Sent:** Wednesday, June 11, 2014 2:52 PM
**To:** 'chonea@ghiplaw.com'; 'rgarteiser@ghiplaw.com'; 'cjohns@jmehlaw.com'; 'kanderson@ghiplaw.com'; 'pbrasher@ghiplaw.com'; 'bluespike@ghiplaw.com'
**Cc:** Eric Findlay; Walter Lackey; Higgins, Christopher J.; Ramsey, Gabriel M.; Caridis, Alyssa
**Subject:** 6:12-cv-00499-MHS-CMC Blue Spike, LLC v. Texas Instruments, Inc. - Audible Magic's Discovery (SERVICE EMAIL)

Dear Counsel,

Please see attached the following:

- Audible Magic, Corp.'s First Set of Requests for Admission to Counterclaim Defendant Blue Spike, Inc.;

- Audible Magic, Corp.'s First Set of Interrogatories to Counterclaim Defendant Blue Spike, Inc.; and

- Audible Magic, Corp.'s First Set of Interrogatories to Counterclaim Defendant Scott Moskowitz.

Thank you,

Nallely Vasquez
<image001.jpg>

=========================================================
NOTICE TO RECIPIENT: THIS E-MAIL IS MEANT FOR ONLY
THE INTENDED RECIPIENT OF THE TRANSMISSION, AND
MAY BE A COMMUNICATION PRIVILEGED BY LAW. IF YOU
RECEIVED THIS E- MAIL IN ERROR, ANY REVIEW, USE,
DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS
E-MAIL IS STRICTLY PROHIBITED. PLEASE NOTIFY US
IMMEDIATELY OF THE ERROR BY RETURN E-MAIL AND
PLEASE DELETE THIS MESSAGE FROM YOUR SYSTEM.
THANK YOU IN ADVANCE FOR YOUR COOPERATION.
For more information about Orrick, please visit http://www.orrick.com/
=========================================================
<FINDLAYDM-#16558-v1-Blue_Spike_v__Audible_Magic_-_First_Set_of_Requests_....pdf><FINDLAYDM-#16559-v1-Blue_Spike_v__Audible_Magic_-_First_Set_of_Interroga....pdf><FINDLAYDM-#16560-v1-Blue_Spike_v__Audble_Magic_-_First_Set_of_Interrogat....pdf><image001.jpg>