**Caridis, Alyssa**

| | |
|---|---|
| **From:** | Randall Garteiser [rgarteiser@ghiplaw.com] |
| **Sent:** | Friday, July 18, 2014 1:26 PM |
| **To:** | Higgins, Christopher J. |
| **Cc:** | Nallely Vasquez; chonea@ghiplaw.com; kanderson@ghiplaw.com; pbrasher@ghiplaw.com; bluespike@ghiplaw.com; Eric Findlay; Walter Lackey; AudibleMagic-BlueSpike |
| **Subject:** | Re: 6:12-cv-00499-MHS-CMC Blue Spike, LLC  v. Texas Instruments, Inc. - Audible Magic's Discovery (SERVICE EMAIL) |

In order to comply with the L.R. CV-7(h) conference requirements, we need local counsel to be on the call.  As a compromise to avoid motion practice that publicizes my calendaring mistake, Blue Spike Inc. will not agree to admit RFAs 1-5.  Blue Spike Inc., may ultimately admit to these RFAs but it will not be due to my mistake.

I am available today from 4-7 pm Central, or Monday from 9 am - 9 pm Central.

Please advise when lead and local counsel are available promptly meet on this issue.



**Randall Garteiser**  / Partner
888.908.4400 x104 / rgarteiser@ghiplaw.com
218 N College Ave, Tyler, TX 75702
44 N San Pedro, San Rafael, CA 94903
http://www.ghiplaw.com

This e-mail message may contain confidential information or information protected by attorney-client privilege, the doctrine of attorney work product or other applicable privileges and protections, and is intended solely for use by the intended recipient. Any unauthorized disclosure, dissemination, distribution, copying or the taking of any action in reliance on the information herein is prohibited. If you are not the intended recipient, please destroy all copies of this message, including your original copy, and contact the sender immediately. We also advise that any federal tax advice provided in this communication is not intended or written to be used, and cannot be used by the recipient or any other taxpayer for the purpose of avoiding tax penalties that may be imposed on the recipient or any other taxpayer, or in promoting, marketing or recommending to another party any transaction or matter addressed herein.



On Jul 18, 2014, at 9:27 AM, Higgins, Christopher J. <chiggins@orrick.com> wrote:

Randall,

We have already stated our position that Audible Magic, Corp.'s First Set of Requests for Admission to Counterclaim Defendant Blue Spike, Inc (served on June 11, 2014) have been deemed admitted pursuant to FRCP 36.  An email four days after they were due asking for a three week extension does nothing to change our position.  With respect to the Interrogatories, our position remains that all objections have been waived.  Blue Spike, Inc. and Scott Moskowitz still owe Audible Magic complete responses to these interrogatories, which we now understand you are claiming will not be forthcoming for three weeks

With respect to your claim of confusion, it is hard to believe how you could be confused with hand-served discovery requests on a completely different subject, to completely different entities, three weeks after the RFAs and Interrogatories at issue below were served.  And, as a point of clarification, those discovery requests were hand served on July 2, making August 1 the deadline to respond.  We are within our rights to hand serve documents on an opposing party in order to control whether the provisions of Rule 6(d) will apply.

To the extent Blue Spike wishes to meet and confer on these issues, we are available during today's meet and confer scheduled for noon central.

-Chris

**From:** Randall Garteiser [mailto:rgarteiser@ghiplaw.com]
**Sent:** Thursday, July 17, 2014 3:52 PM
**To:** Caridis, Alyssa
**Cc:** Nallely Vasquez; chonea@ghiplaw.com; kanderson@ghiplaw.com; pbrasher@ghiplaw.com; bluespike@ghiplaw.com; Eric Findlay; Walter Lackey; Higgins, Christopher J.; Ramsey, Gabriel M.
**Subject:** Re: 6:12-cv-00499-MHS-CMC Blue Spike, LLC v. Texas Instruments, Inc. - Audible Magic's Discovery (SERVICE EMAIL)

Dear Counsel:

We appreciate you bringing this oversight to our attention.  We are investigating on our end this matter but it appears while my colleague was out of the office on paternity leave we had a mistake occur in our calendaring system. Initially, it appears to have involved confusion then Findlay Craft also hand served some additional discovery requests on July 3, 2014 to our law firm office here in Tyler, Texas.  In hindsight, these are different requests than what Ms. Vasquez served, and not merely re-served copies of what she had previously served via email.

So going forward, we ask that both your firms please serve us consistently by email to bluespike@ghiplaw.com.  We understand that proper service should be made on Audible Magic by serving AudibleMagic-BlueSpike@orrick.com.

As lead counsel, I take responsibility for the mistake we made, but we request an extension on this discovery until the deadline of the discovery that your client Audible Magic served on July 3, 2014.  In other words, we would like an extension to respond to Audible Magic's discovery until August 4, 2014.  We request this relief in the spirit of the parties' stipulated protective order with regards to inadvertent mistakes in the production of privileged documents — we are merely trying to avoid a Draconian result based upon an obvious oversight.

Please advise if this is an acceptable resolution to this unfortunate calendaring event.   Thanks in advance for your cooperation in handling this inadvertent error.



**Randall Garteiser** / Partner
888.908.4400 x104 / rgarteiser@ghiplaw.com
218 N College Ave, Tyler, TX 75702
44 N San Pedro, San Rafael, CA 94903
http://www.ghiplaw.com

This e-mail message may contain confidential information or information protected by attorney-client privilege, the doctrine of attorney work product or other applicable privileges and protections, and is intended solely for use by the intended recipient. Any unauthorized disclosure, dissemination, distribution, copying or the taking of any action in reliance on the information herein is prohibited. If you are not the intended recipient, please destroy all copies of this message, including your original copy, and contact the sender immediately. We also advise that any federal tax advice provided in this communication is not intended or written to be used, and cannot be used by the recipient or any other taxpayer for the purpose of avoiding tax penalties that may be imposed on the recipient or any other taxpayer, or in promoting, marketing or recommending to another party any transaction or matter addressed herein.



On Jul 15, 2014, at 4:41 PM, Caridis, Alyssa <acaridis@orrick.com> wrote:

Counsel,

Blue Spike and Scott Moskowtiz's responses to the attached discovery requests were due yesterday.  We did not receive any responses.  To the extent responses were served by non-electronic means, please e-mail those responses

by close of business today. Otherwise, per FRCP 36, Audible Magic's first set of requests for admission are now deemed admitted. Furthermore, any objections that Mr. Moskowitz or Blue Spike Inc. had to the interrogatories are now waived. Please provide substantive responses to these interrogatories by close of business on Thursday July 17.

Regards,
Alyssa Caridis

---

**From:** Nallely Vasquez [mailto:NVasquez@findlaycraft.com]
**Sent:** Wednesday, June 11, 2014 2:52 PM
**To:** 'chonea@ghiplaw.com'; 'rgarteiser@ghiplaw.com'; 'cjohns@jmehlaw.com'; 'kanderson@ghiplaw.com'; 'pbrasher@ghiplaw.com'; 'bluespike@ghiplaw.com'
**Cc:** Eric Findlay; Walter Lackey; Higgins, Christopher J.; Ramsey, Gabriel M.; Caridis, Alyssa
**Subject:** 6:12-cv-00499-MHS-CMC Blue Spike, LLC v. Texas Instruments, Inc. - Audible Magic's Discovery (SERVICE EMAIL)

Dear Counsel,

Please see attached the following:

- Audible Magic, Corp.'s First Set of Requests for Admission to Counterclaim Defendant Blue Spike, Inc.;

- Audible Magic, Corp.'s First Set of Interrogatories to Counterclaim Defendant Blue Spike, Inc.; and

- Audible Magic, Corp.'s First Set of Interrogatories to Counterclaim Defendant Scott Moskowitz.

Thank you,

Nallely Vasquez
<image001.jpg>

======================================================
NOTICE TO RECIPIENT: THIS E-MAIL IS MEANT FOR ONLY
THE INTENDED RECIPIENT OF THE TRANSMISSION, AND
MAY BE A COMMUNICATION PRIVILEGED BY LAW. IF YOU
RECEIVED THIS E- MAIL IN ERROR, ANY REVIEW, USE,
DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS
E-MAIL IS STRICTLY PROHIBITED. PLEASE NOTIFY US
IMMEDIATELY OF THE ERROR BY RETURN E-MAIL AND
PLEASE DELETE THIS MESSAGE FROM YOUR SYSTEM.
THANK YOU IN ADVANCE FOR YOUR COOPERATION.
For more information about Orrick, please visit http://www.orrick.com/
======================================================

<FINDLAYDM-#16558-v1-Blue_Spike_v__Audible_Magic_-_First_Set_of_Requests_....pdf><FINDLAYDM-#16559-v1-Blue_Spike_v__Audible_Magic_-_First_Set_of_Interroga....pdf><FINDLAYDM-#16560-v1-Blue_Spike_v__Audble_Magic_-_First_Set_of_Interrogat....pdf><image001.jpg>

======================================================
NOTICE TO RECIPIENT: THIS E-MAIL IS MEANT FOR ONLY
THE INTENDED RECIPIENT OF THE TRANSMISSION, AND
MAY BE A COMMUNICATION PRIVILEGED BY LAW. IF YOU
RECEIVED THIS E- MAIL IN ERROR, ANY REVIEW, USE,
DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS
E-MAIL IS STRICTLY PROHIBITED. PLEASE NOTIFY US
IMMEDIATELY OF THE ERROR BY RETURN E-MAIL AND
PLEASE DELETE THIS MESSAGE FROM YOUR SYSTEM.
THANK YOU IN ADVANCE FOR YOUR COOPERATION.

For more information about Orrick, please visit http://www.orrick.com/
===========================================================