# Caridis, Alyssa

| | |
|---|---|
| **From:** | Caridis, Alyssa |
| **Sent:** | Friday, May 02, 2014 11:03 AM |
| **To:** | Peter Brasher; AudibleMagic-BlueSpike; Eric Findlay; Walter Lackey |
| **Cc:** | Randall Garteiser; Christopher Honea; Kirk Anderson |
| **Subject:** | RE: Blue Spike LLC v. Texas Instruments, et al., Audible Magic Interrogatories |

Peter,

Audible Magic will agree to a two week extension.

Alyssa

---

**From:** Peter Brasher [mailto:pbrasher@ghiplaw.com]
**Sent:** Friday, May 02, 2014 10:59 AM
**To:** Caridis, Alyssa; AudibleMagic-BlueSpike; Eric Findlay; Walter Lackey
**Cc:** Randall Garteiser; Christopher Honea; Kirk Anderson
**Subject:** Re: Blue Spike LLC v. Texas Instruments, et al., Audible Magic Interrogatories

Counsel,

Blue Spike has not as of yet received a response to Blue Spike's request for a two week extension to respond to your Client's first set of interrogatories. This is Blue Spike's first request for such an extension, and Blue Spike would certainly be willing to extend the same professional courtesy to Audible Magic should the need arise. We appreciate the courtesy during these early stages of discovery.

Please promptly advise if your client is willing to grant such an extension as this is a time sensitive issue.

Regards,

Peter B.

On Apr 30, 2014, at 8:14 PM, Peter Brasher <pbrasher@ghiplaw.com> wrote:

> Dear Counsel,
>
> Blue Spike is in receipt of Audible Magic's first set of interrogatories served on April 2. Blue Spike, LLC's responses are presently due this Friday, May 2. Blue Spike, LLC requests a two week extension (until Friday, May 16 , 2014) to respond to those interrogatories. Please advise if your client is agreeable to such an extension.
>
> Best Regards,
>
> 
>
> **Peter Brasher** / Attorney
> 888.908.4400 x104 / **pbrasher@ghiplaw.com**
> 218 N College Ave, Tyler, TX 75702
> 44 N San Pedro, San Rafael, CA 94903
> http://www.ghiplaw.com

This e-mail message may contain confidential information or information protected by attorney-client privilege, the doctrine of attorney work product or other applicable privileges and protections, and is intended solely for use by the intended recipient. Any unauthorized disclosure, dissemination, distribution, copying or the taking of any action in reliance on the information herein is prohibited. If you are not the intended recipient, please destroy all copies of this message, including your original copy, and contact the sender immediately. We also advise that any federal tax advice provided in this

communication is not intended or written to be used, and cannot be used by the recipient or any other taxpayer for the purpose of avoiding tax penalties that may be imposed on the recipient or any other taxpayer, or in promoting, marketing or recommending to another party any transaction or matter addressed herein.

