# Caridis, Alyssa

| | |
|---|---|
| **From:** | Peter Brasher [pbrasher@ghiplaw.com] |
| **Sent:** | Wednesday, July 09, 2014 1:58 PM |
| **To:** | Eric Findlay; Walter Lackey; Higgins, Christopher J.; Ramsey, Gabriel M.; Caridis, Alyssa |
| **Cc:** | Randall Garteiser; Christopher Honea; Kirk Anderson |
| **Subject:** | Re: Blue Spike, LLC v. Texas Instruments, et al., Motion to Compel |

Counsel,

Blue Spike, LLC has produced more than 3,300 documents in direct response to your client's requests for documents in addition to the many documents on Blue Spike's privilege log directly responsive to your client's requests. Blue Spike continues to work with third parties relating to your discovery requests. Given the foregoing and the deadlines regarding claim construction today and the technology tutorial in the coming week, Blue Spike, LLC hereby requests a two week extension to respond to your client Audible Magic's motion to compel.

Please advise.

Regards,



**Peter Brasher** / Attorney
888.908.4400 x104 / pbrasher@ghiplaw.com
218 N College Ave, Tyler, TX 75702
44 N San Pedro, San Rafael, CA 94903
http://www.ghiplaw.com

This e-mail message may contain confidential information or information protected by attorney-client privilege, the doctrine of attorney work product or other applicable privileges and protections, and is intended solely for use by the intended recipient. Any unauthorized disclosure, dissemination, distribution, copying or the taking of any action in reliance on the information herein is prohibited. If you are not the intended recipient, please destroy all copies of this message, including your original copy, and contact the sender immediately. We also advise that any federal tax advice provided in this communication is not intended or written to be used, and cannot be used by the recipient or any other taxpayer for the purpose of avoiding tax penalties that may be imposed on the recipient or any other taxpayer, or in promoting, marketing or recommending to another party any transaction or matter addressed herein.

