# Exhibit 2

**Randall Garteiser**
To: Chapman, Floyd
Cc: Peter Brasher,   Christopher Honea,   Colin Jensen
Re: Scott Moskowitz and Blue Spike

June 23, 2014   2:12 PM
Hide Details

Thanks Floyd!  When you do, please forward us the tracking number.

Be well,



**Randall Garteiser** / Partner
888.908.4400 x104 / rgarteiser@ghiplaw.com
218 N College Ave, Tyler, TX 75702
44 N San Pedro, San Rafael, CA 94903
http://www.ghiplaw.com

This e-mail message may contain confidential information or information protected by attorney-client privilege, the doctrine of attorney work product or other applicable privileges and protections, and is intended solely for use by the intended recipient. Any unauthorized disclosure, dissemination, distribution, copying or the taking of any action in reliance on the information herein is prohibited. If you are not the intended recipient, please destroy all copies of this message, including your original copy, and contact the sender immediately. We also advise that any federal tax advice provided in this communication is not intended or written to be used, and cannot be used by the recipient or any other taxpayer for the purpose of avoiding tax penalties that may be imposed on the recipient or any other taxpayer, or in promoting, marketing or recommending to another party any transaction or matter addressed herein.



On Jun 23, 2014, at 1:10 PM, Chapman, Floyd <FChapman@wileyrein.com> wrote:

Will do.  I have them nearly ready, and hope to have them shipped out by the end of the week or early next week.

**From:** Randall Garteiser [mailto:rgarteiser@ghiplaw.com]
**Sent:** Monday, June 23, 2014 1:44 PM
**To:** Chapman, Floyd
**Cc:** Christopher Honea; Peter Brasher; Colin Jensen
**Subject:** Re: Scott Moskowitz and Blue Spike

Hi Floyd,
Just checking on the status of the documents you were able to locate.  If needed, here is our Garteiser Honea FedEx billing number: 323857792.  Alternatively, please just invoice us to ship the documents by ground in 3-5 days and invoice for your time.

Please don't hesitate to give me a call, if you have any questions.



**Randall Garteiser** / Partner
888.908.4400 x104 / rgarteiser@ghiplaw.com
218 N College Ave, Tyler, TX 75702
44 N San Pedro, San Rafael, CA 94903
http://www.ghiplaw.com

This e-mail message may contain confidential information or information protected by attorney-client privilege, the doctrine of attorney work product or other applicable privileges and protections, and is intended solely for use by the intended recipient. Any unauthorized disclosure, dissemination, distribution, copying or the taking of any action in reliance on the information herein is prohibited. If you are not the intended recipient, please destroy all copies of this message, including your original copy, and contact the sender immediately. We also advise that any federal tax advice provided in this communication is not intended or written to be used, and cannot be used by the recipient or any other taxpayer for the purpose of avoiding tax penalties that may be imposed on the recipient or any other taxpayer, or in promoting, marketing or recommending to another party any transaction or matter addressed herein.



On Jun 5, 2014, at 10:03 PM, Randall Garteiser <rgarteiser@ghiplaw.com> wrote:

Yes, please transfer the files.  I spoke with Scott concerning the transfer yesterday, but please feel free to confirm independently if you need to.

We appreciate your efforts to locate these documents.

Be well,



Randall Garteiser / Partner
888.908.4400 x104 / rgarteiser@ghiplaw.com
218 N College Ave, Tyler, TX 75702
44 N San Pedro, San Rafael, CA 94903
http://www.ghiplaw.com

This e-mail message may contain confidential information or information protected by attorney-client privilege, the doctrine of attorney work product or other applicable privileges and protections, and is intended solely for use by the intended recipient. Any unauthorized disclosure, dissemination, distribution, copying or the taking of any action in reliance on the information herein is prohibited. If you are not the intended recipient, please destroy all copies of this message, including your original copy, and contact the sender immediately. We also advise that any federal tax advice provided in this communication is not intended or written to be used, and cannot be used by the recipient or any other taxpayer for the purpose of avoiding tax penalties that may be imposed on the recipient or any other taxpayer, or in promoting, marketing or recommending to another party any transaction or matter addressed herein.



On May 28, 2014, at 8:46 AM, Chapman, Floyd <FChapman@wileyrein.com> wrote:

Randall,

When we talked recently, you explained to me that you were not accusing Wiley Rein of having a conflict.  Accordingly, I have followed up your requests to check for files belonging to Blue Spike, Wistaria and Moskowitz.

I confirm that I have several bankers boxes of documents which I retrieved from off-site storage, including at least four bankers boxes of prior art, in addition to other boxes of files.  If satisfactory to you and Scott Moskowitz, I can transfer these files to you.  Please confirm and I will coordinate a transfer of these files.

Regards,

Floyd B. Chapman | Attorney At Law | **Wiley Rein LLP** | 1776 K Street NW | Washington, DC 20006
(Tel) 202.719.7308 | (Fax) 202.719.7049 | FChapman@wileyrein.com

---

**From:** Randall Garteiser [mailto:rgarteiser@ghiplaw.com]
**Sent:** Friday, May 23, 2014 4:46 PM
**To:** Chapman, Floyd
**Cc:** Christopher Honea; Peter Brasher
**Subject:** Re: Scott Moskowitz and Blue Spike

Floyd,

We write to follow-up on your inquiry into any older references that you may have with respect to the patents-in-suit.  Did you have any luck?

Be well,



Randall Garteiser / Partner
888.908.4400 x104 / rgarteiser@ghiplaw.com
218 N College Ave, Tyler, TX 75702
44 N San Pedro, San Rafael, CA 94903
http://www.ghiplaw.com

This e-mail message may contain confidential information or information protected by attorney-client privilege, the doctrine of attorney work product or other applicable privileges and protections, and is intended solely for use by the intended recipient. Any unauthorized disclosure, dissemination, distribution, copying or the taking of any action in reliance on the information herein is prohibited. If you are not the intended recipient, please destroy all copies of this message, including your original copy, and contact the sender immediately. We also advise that any federal tax advice provided in this communication is not intended or written to be used, and cannot be used by the recipient or any other taxpayer for the purpose of avoiding tax penalties that may be imposed on the recipient or any other taxpayer, or in promoting, marketing or recommending to another party any transaction or matter addressed herein.

