# EXHIBIT A

| | |
|---|---|
| **From:** | Armon, Orion |
| **To:** | Randall Garteiser; Fischer, Janna |
| **Cc:** | Bradford, Sara; Christopher Honea; Peter Brasher; Colin Jensen; Kirk Anderson; Ian Ramage |
| **Subject:** | RE: Blue Spike adverse Facebook |
| **Date:** | Thursday, July 17, 2014 3:11:25 PM |

Randall – Please prepare a stip for our review.  I'm on an airplane, so please reply all.  Janna Fischer will respond on our behalf after we review.

It's up to you on the new case – we obviously can't control what you do on that front.  It goes without saying that we reserve all rights in responding to the new complaint.

**Orion Armon**
Cooley LLP
380 Interlocken Crescent • Suite 900
Broomfield, CO  80021-8023
Direct:  +1 720 566 4119 • Fax:  +1 720 566 4099 • Cell:  +1 303 949 0925
Bio: www.cooley.com/oarmon • Practice: www.cooley.com/iplitigation

**From:** Randall Garteiser [mailto:rgarteiser@ghiplaw.com]
**Sent:** Thursday, July 17, 2014 2:53 PM
**To:** Armon, Orion
**Cc:** Bradford, Sara; Christopher Honea; Peter Brasher; Colin Jensen; Kirk Anderson; Ian Ramage
**Subject:** Re: Blue Spike adverse Facebook

That sounds fair.  Should we file our new case right now, so we can reference the new case number in our joint motion to dismiss?



<div style="border:1px solid red; padding:10px;">

**Randall Garteiser** / Partner

888.908.4400 x104 / rgarteiser@ghiplaw.com
218 N College Ave, Tyler, TX 75702
44 N San Pedro, San Rafael, CA 94903
http://www.ghiplaw.com

</div>

This e-mail message may contain confidential information or information protected by attorney-client privilege, the doctrine of attorney work product or other applicable privileges and protections, and is intended solely for use by the intended recipient. Any unauthorized disclosure, dissemination, distribution, copying or the taking of any action in reliance on the information herein is prohibited. If you are not the intended recipient, please destroy all copies of this message, including your original copy, and contact the sender immediately. We also advise that any federal tax advice provided in this communication is not intended or written to be used, and cannot be used by the recipient or any other taxpayer for the purpose of avoiding tax penalties that may be imposed on the recipient or any other taxpayer, or in promoting, marketing or recommending to another party any transaction or matter addressed herein.

  

On Jul 17, 2014, at 3:49 PM, Armon, Orion <oarmon@cooley.com> wrote:

Randall – At this point, Facebook cannot agree to your proposed stipulation.  When we spoke earlier in the week, I understood you would send a proposal immediately, so that we would have time to discuss.  Sending a proposal a few hours before your opposition is due leaves us no time to

meaningfully consider your proposal.

To help resolve the issue efficiently (and very likely with the same result we will get from the Court) we are willing to file a joint motion to dismiss your allegations against Facebook Technology from the current case, which would moot our motion.

Orion

**Orion Armon**
Cooley LLP
380 Interlocken Crescent • Suite 900
Broomfield, CO  80021-8023
Direct: +1 720 566 4119 • Fax: +1 720 566 4099 • Cell: +1 303 949 0925
Bio: www.cooley.com/oarmon • Practice: www.cooley.com/iplitigation

---

**From:** Randall Garteiser [mailto:rgarteiser@ghiplaw.com]
**Sent:** Thursday, July 17, 2014 12:26 PM
**To:** Bradford, Sara; Armon, Orion
**Cc:** Christopher Honea; Peter Brasher; Colin Jensen; Kirk Anderson; Ian Ramage
**Subject:** Blue Spike adverse Facebook

Orion,

Thanks again for working with us to resolve the amended complaint of Facebook post-AIA amicably.  Attached is a Draft copy of the stipulation and a copy of the New Complaint we plan to file today once we here back from Facebook.

It may procedurally be cleaner for Facebook to withdraw its current motion to dismiss, rather than Blue Spike filing an opposition today.

Be well,



**Randall Garteiser** / Partner

888.908.4400 x104 / rgarteiser@ghiplaw.com
218 N College Ave, Tyler, TX 75702
44 N San Pedro, San Rafael, CA 94903
http://www.ghiplaw.com

This e-mail message may contain confidential information or information protected by attorney-client privilege, the doctrine of attorney work product or other applicable privileges and protections, and is intended solely for use by the intended recipient. Any unauthorized disclosure, dissemination, distribution, copying or the taking of any action in reliance on the information herein is prohibited. If you are not the intended recipient, please destroy all copies of this message, including your original copy, and contact the sender immediately. We also advise that any federal tax advice provided in this communication is not intended or written to be used, and cannot be used by the recipient or any other taxpayer for the purpose of avoiding tax penalties that may be imposed on the recipient or any other taxpayer, or in promoting, marketing or recommending to another party any transaction or matter addressed herein.

  

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by

reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.