# EXHIBIT C

| | |
|---|---|
| **From:** | Fischer, Janna |
| **To:** | "Randall Garteiser" |
| **Cc:** | Armon, Orion; Bradford, Sara; Christopher Honea; Peter Brasher; Kirk Anderson; "Colin Jensen" |
| **Bcc:** | Facebook_Inc__309101_2033___Blue_Spike_v_Facebook_et_al_Corres__Memos <{F488454}.NAACTIVE@u1dmcom1.cooley.com> |
| **Subject:** | Blue Spike v. Facebook - stipulation |
| **Date:** | Thursday, July 17, 2014 7:51:52 PM |

Dear Randall,

We see that Blue Spike has filed a new complaint against Facebook. However, we still have not received a draft stipulation from Blue Spike confirming that Blue Spike does not have claims against Facebook's technology in the case against Audible Magic. As of now, it is still unclear whether Facebook's technology is in the Audible Magic case and Facebook's motion to dismiss or sever is still pending.

Please send us the draft stipulation tonight without further delay so that we can review it.

Best,

**Janna K. Fischer**
Cooley LLP
380 Interlocken Crescent • Suite 900
Broomfield, CO  80021-8023
Direct: +1 720 566 4227 • Fax: +1 720 566 4099
Bio: www.cooley.com/jfischer • Practice: www.cooley.com/iplitigation