IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § § § | |
| *Plaintiff*, | § § | CASE NO. 6:12-cv-499 MHS |
| v. | § § | LEAD CASE |
| Texas Instruments, Inc., et al., | § § | Jury Trial Demanded |
| *Defendants*. | § § § | |

**DECLARATION OF COUNSEL FOR BLUE SPIKE, LLC PETER BRASHER IN SUPPORT OF COUNTERDEFENDANT'S MOTION TO EXTEND DEADLINE BY 9 DAYS TO RESPOND TO AUDIBLE MAGIC'S DISCOVERY**

I, Peter Brasher, declare as follows:

1. I am an attorney at the law firm Garteiser Honea, PLLC and my firm represents Blue Spike LLC.

2. I was on paternity leave during the period when the mentioned documents were served.

3. I am responsible, as part of my work responsibilities, to handle calendaring of responses to discovery.

4. As a result of my paternity leave, I missed the mentioned discovery and never brought it to the attention of the lead attorney and our client. The above is the result of a miscommunication regarding new responsibilities.

I declare on July 30, 2014, under penalty of perjury under the laws of

the United States and Texas that the statements made in this declaration are true and correct.

*/s/* Peter Brasher
Peter Brasher

## ATTESTATION

I, Randall Garteiser, filed this declaration of Peter Brasher with his permission to sign it on his behalf. I used my ECF user ID to filed this document on the date it is endorsed by the Court, July 30, 2014.

*/s/* Randall Garteiser
Randall T. Garteiser

1