UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>TEXAS INSTRUMENTS, INC., ET AL.<br><br>        Defendants. | C.A. NO. 6:12-cv-00499-MHS<br><br>CONSOLIDATED CASE |

## NOTICE OF REQUEST FOR TERMINATION OF ELECRONIC NOTICES

The law firm of Vinson & Elkins LLP hereby requests that the Clerk of the Court remove Andrea M. Houston from the list of persons authorized to receive electronic notices in this case.

Dated: August 1, 2014

Respectfully submitted,

By: /s/ Andrea M. Houston
Andrea M. Houston (TX State Bar No. 24046109)
VINSON & ELKINS, LLP
2801 Via Fortuna, Suite 100
Austin, TX 78746
Telephone: (512) 542-8400
Facsimile: (512) 542-8612
ahouston@velaw.com

*Counsel for Defendant* 3M Cogent, Inc.

## CERTIFICATE OF SERVICE

The undersigned certifies that, on August 1, 2014 the foregoing **NOTICE OF REQUEST FOR TERMINATION OF ELECTRONIC NOTICES** was filed through the Eastern District of Texas' CM/ECF system, which will send notification of such filing to all counsel of record.

By: /s/ Andrea M. Houston
Andrea M. Houston

C.A. NO. 6:12-CV-00499-MHS