# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC.,<br><br>        Defendant. | Civil Action No. 6:12-CV-499 MHS<br><br>**LEAD CASE**<br>**JURY TRIAL DEMANDED** |

### JOINT MOTION TO EXTEND DEADLINE TO FILE
### LICENSE-RELATED MOTIONS FOR SUMMARY JUDGMENT

NOW COME, plaintiff Blue Spike, LLC and defendants SMRTV, Inc. and The Nielsen Company (US) LLC, and move the Court to extend the time within which the parties are required to file summary judgment motions on license-related defenses.

Pursuant to the Court's March 6, 2014, Scheduling and Discovery Orders (Dkt. Nos. 1331 and 1332), the deadline for summary judgment motions on license defense is August 7, 2014. The parties jointly respectfully request that this deadline be extended to and including August 14, 2014.

The parties seek this extension of time not for delay but for good cause and so that justice may be served.

2

WHEREFORE, above the parties jointly respectfully pray that the deadline for summary judgment motions on license defense be extended to and including August 14, 2014.

Dated: August 1, 2014            GARTEISER HONEA, P.C.

           By:    /s/ Randall T. Garteiser
               Randall T. Garteiser
                Lead Attorney
                Texas Bar No. 24038912
                rgarteiser@ghiplaw.com
               Christopher A. Honea
                Texas Bar No. 24059967
                chonea@ghiplaw.com
               Christopher S. Johns
                Texas Bar No. 24044849
                cjohns@ghiplaw.com
               Kirk J. Anderson
                California Bar No. 289043
               Peter S. Brasher
                California Bar No. 283992
               GARTEISER HONEA, P.C.
               218 N. College Avenue
               Tyler, Texas 75702
               (903) 705-7420
               (888) 908-4400 fax

               Counsel for Blue Spike LLC

FENWICK & WEST LLP

By:   */s/ David M. Lacy Kusters*
    David M. Lacy Kusters
    dlacykusters@fenwick.com

Teresa M. Corbin, CA Bar No. 132360
(Admitted E.D. Texas)
Bryan A. Kohm, CA Bar No.233276
(Admitted E.D. Texas)
David Lacy Kusters, CA Bar No.241335
(Admitted E.D. Texas)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, California 94104
Tel:   (415) 874-2300
Fax:   (415) 281-1350

Darren E. Donnelly, CA Bar No. 194335
(Admitted E.D. Texas)
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, California 94041
Tel:   (650) 955-8500
Fax:   (650) 983-5200

Attorneys for Defendants
The Nielsen Company (US) LLC and
SMRTV, Inc.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on August 1, 2014.

                                                          */s/ David Lacy Kusters*
                                                          David Lacy Kusters

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Blue Spike and the undersigned has complied with the meet and confer requirement in Local Rule CV-7(h) and that the parties agreed to jointly file the present motion.

                                                          */s/ David Lacy Kusters*
                                                          David Lacy Kusters