# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

|  |  |
|---|---|
| BLUE SPIKE, LLC,<br><br>               Plaintiff,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC.,<br><br>               Defendant. | Civil Action No. 6:12-CV-499 MHS<br><br><br>**LEAD CASE**<br>**JURY TRIAL DEMANDED** |

## ORDER

On this day came on to be considered plaintiff Blue Spike, LLC's and defendants SMRTV, Inc.'s and The Nielsen Company (US) LLC's Joint Motion to Extend Deadline to File License-Related Motions for Summary Judgment, and the Court is of the opinion that the motion should be GRANTED, it is therefore,

ORDERED, ADJUDGED and DECREED that the Joint Motion to Extend Deadline to File License-Related Motions for Summary Judgment be granted and that the parties be given to and including August 14, 2014 to file summary judgment motions on license-related defenses.