IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC<br>      *Plaintiff,*<br>      v.<br>TEXAS INSTRUMENTS, INC.<br>      *Defendant.* | Civil Action No. 6:12-cv-499 [LED]<br>**LEAD CASE**<br>Jury Trial Demanded |
| BLUE SPIKE, LLC<br>      *Plaintiff,*<br>      v.<br>SHAZAM ENTERTAINMENT LTD.,<br>      *Defendant.* | Civil Case No. 6:12-cv-00500<br>(CONSOLIDATED WITH 6:12-CV-499)<br>Jury Trial Demanded |

## NOTICE OF APPEARANCE OF COUNSEL

The undersigned attorney hereby enters an appearance as counsel of record for Defendant Shazam Entertainment Ltd. and certifies that she is authorized to receive service of all pleadings, notices, orders and other papers in the above-captioned matter on behalf of the above named Defendant.

                                          Anne Champion
                                          N.Y. State Bar No.  4425237
                                          GIBSON, DUNN & CRUTCHER LLP
                                          200 Park Avenue
                                          New York, NY 10166-0193
                                          Telephone:  (212) 351-5361
                                          Facsimile:  (212) 351-5281
                                          AChampion@gibsondunn.com

|  |  | Respectfully submitted, |
|---|---|---|
| Dated: | August 5, 2014 | */s/ Anne Champion* |

Anne Champion (N.Y. Bar No. 4425237)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone:  (212) 351-5361
Facsimile:  (212) 351-5281
AChampion@gibsondunn.com

**ATTORNEYS FOR DEFENDANT
SHAZAM ENTERTAINMENT LTD.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on August 5, 2014.

*/s/ Anne Champion*
Anne Champion