# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, § § § *Plaintiff*, § v. § § TEXAS INSTRUMENTS, INC., § § *Defendant*. § § | | C.A. No. 6:12-cv-00499-MHS **JURY TRIAL DEMANDED** |
| BLUE SPIKE, LLC, § § § *Plaintiff*, § v. § § SHAZAM ENTERTAINMENT LTD. § § *Defendant*. § | | C.A. No. 6:12-cv-00500-MHS **(CONSOLIDATED WITH 6:12-CV-499)** **JURY TRIAL DEMANDED** |

## DEFENDANT SHAZAM ENTERTAINMENT LTD.'S
## UNOPPOSED MOTION TO EXTEND DEADLINE FOR
## SUMMARY JUDGMENT MOTION ON LICENSE DEFENSE

Defendant Shazam Entertainment Ltd. ("Shazam") files this unopposed motion to extend the current deadline for filing a motion for summary judgment regarding its license defenses. Pursuant to the Court's March 6, 2014 Scheduling and Discovery Order for Supplier / Independent Defendants (Dkt. 1332), Shazam's deadline for filing a summary judgment motion on licensing defenses is August 7, 2014.  Shazam has requested and Plaintiff Blue Spike, LLC

("Blue Spike") has agreed to an extension of the deadline until and through August 21, 2014 in exchange for additional time to respond to the motion (until September 15, 2014).

Accordingly, Shazam requests that the Court grant this agreed motion and extend the deadline for Shazam to file a motion for summary judgment on its licensing defenses to and including August 21, 2014. Shazam also requests that Blue Spike's deadline for responding to Shazam's motion be extended to September 15, 2014. Deadlines for any reply and surreply briefs regarding the motion will be set pursuant to the Local Rules.

A proposed order is attached for the Court's consideration.

| | |
|---|---|
| Date: August 5, 2014 | Respectfully submitted, |
| | /s/ *Michael E. Jones* |
| Josh A. Krevitt<br>NY Bar No. 2568228<br>jkrevitt@gibsondunn.com<br>Benjamin Hershkowitz<br>NY Bar No. 2600559<br>bhershkowitz@gibsondunn.com<br>Joshua Furman<br>NY Bar No. 4612255<br>jfurman@gibsondunn.com<br>R. Scott Roe<br>NY Bar No. 4480224<br>sroe@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166<br>Ph. 212.351.4000<br>Fax: 212.351.6210 | Michael E. Jones<br>State Bar No. 10929400<br>mikejones@potterminton.com<br>Allen F. Gardner<br>State Bar No. 24043679<br>allengardner@potterminton.com<br>POTTER MINTON<br>A Professional Corporation<br>110 N. College, Suite 500<br>Tyler, TX 75702<br>Tel: 903.597.8311<br>Fax: 903.593.0846 |
| | *Counsel for Defendant*<br>*Shazam Entertainment Limited* |

## CERTIFICATE OF SERVICE

  I hereby certify that on August 5, 2014, a true and correct copy of the foregoing document was served on all attorneys of record who have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                   /s/ *Michael E. Jones*
                   Michael E. Jones