# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § § § | C.A. No. 6:12-cv-00499-MHS |
| *Plaintiff,* | § § | |
| v. | § § | **JURY TRIAL DEMANDED** |
| TEXAS INSTRUMENTS, INC., | § § § | |
| *Defendant.* | § § | |
| BLUE SPIKE, LLC, | § § § | |
| *Plaintiff,* | § § | C.A. No. 6:12-cv-00500-MHS |
| v. | § § § | **(CONSOLIDATED WITH 6:12-CV-499)** **JURY TRIAL DEMANDED** |
| SHAZAM ENTERTAINMENT LTD. | § § § | |
| *Defendant.* | § | |

### ORDER GRANTING DEFENDANT SHAZAM ENTERTAINMENT LTD.'S UNOPPOSED MOTION TO EXTEND DEADLINE FOR <u>SUMMARY JUDGMENT MOTION ON LICENSE DEFENSE</u>

Defendant Shazam Entertainment Ltd. ("Shazam") moved the Court to extend its deadline for filing a motion for summary judgment regarding licensing defenses from August 7, 2014 to August 21, 2014 and to extend Plaintiff Blue Spike LLC's deadline for responding to the motion to September 15, 2014. After considering the Motion, it is hereby GRANTED.

IT IS THEREFORE ORDERED that Defendant Shazam Entertainment Ltd.'s deadline for filing a motion for summary judgment regarding its licensing defenses is EXTENDED from

August 7, 2014 until and through August 21, 2014 and Plaintiff Blue Spike LLC's deadline for responding to Shazam's motion is EXTENDED until and through September 15, 2014.