# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, § <br> § <br> *Plaintiff*, § <br> v. § <br> § <br> TEXAS INSTRUMENTS, INC., § <br> § <br> *Defendant*. § <br> § | | C.A. No. 6:12-cv-00499-MHS <br><br> **JURY TRIAL DEMANDED** |
| BLUE SPIKE, LLC, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> SHAZAM ENTERTAINMENT LTD. § <br> § <br> *Defendant*. § | | C.A. No. 6:12-cv-00500-MHS <br><br> **(CONSOLIDATED WITH 6:12-CV-499)** <br> **JURY TRIAL DEMANDED** |

## ORDER GRANTING DEFENDANT SHAZAM ENTERTAINMENT LTD.'S UNOPPOSED MOTION TO EXTEND DEADLINE FOR SUMMARY JUDGMENT MOTION ON LICENSE DEFENSE

Defendant Shazam Entertainment Ltd. ("Shazam") moved the Court to extend its deadline for filing a motion for summary judgment regarding licensing defenses from August 7, 2014 to August 21, 2014 and to extend Plaintiff Blue Spike LLC's deadline for responding to the motion to September 15, 2014. After considering the Motion, it is hereby GRANTED.

IT IS THEREFORE ORDERED that Defendant Shazam Entertainment Ltd.'s deadline for filing a motion for summary judgment regarding its licensing defenses is EXTENDED from

August 7, 2014 until and through August 21, 2014 and Plaintiff Blue Spike LLC's deadline for responding to Shazam's motion is EXTENDED until and through September 15, 2014.

**SIGNED this 6th day of August, 2014.**

*Caroline M. Craven*
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE