# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC | § | Civil Action No. 6:12-CV-499 -MHS-CMC |
| *Plaintiff*, | § | |
| | § | LEAD CASE |
| v. | § | |
| | § | |
| TEXAS INSTRUMENTS, INC., et al. | § | |
| | § | |
| *Defendants* | | |

## DEFENDANT VIGGLE INC.'S UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR SUMMARY JUDGMENT MOTIONS ON LICENSE DEFENSE

NOW COMES, Defendant Viggle Inc. ("Viggle"), and moves the Court to extend the time within which Viggle is required to file its summary judgment motion on license defense.

I.

Pursuant to the Court's March 6, 2014, Scheduling and Discovery Order (Dkt. No. 1332), the deadline for Summary Judgment Motions on license defense is August 7, 2014. Viggle respectfully requests that this deadline be extended to and including August 14, 2014.

II.

Counsel for Plaintiff, Blue Spike, LLC, is unopposed to this request.

III.

Viggle seeks this extension of time not for delay but for good cause and so that justice may be served.

WHEREFORE, Viggle Inc. respectfully prays that the deadline for Summary Judgment Motions on license defense be extended to and including August 14, 2014.

DATED: August 7, 2014          Respectfully submitted,

                         */s/ Eric H. Findlay*
Eric H. Findlay (Texas Bar No. 00789886)
Walter W. Lackey, Jr. (Texas Bar No. 24050901)
FINDLAY CRAFT, P.C.
102 N. College Ave., Suite 900
Tyler, TX 75702
Telephone:   (903) 534-1100
Facsimile:    (903) 534-1137
efindlay@findlaycraft.com
wlackey@findlaycraft.com

Jordan A. Sigale
Christopher Swickhamer
LOEB & LOEB LLP
321 North Clark Street, Suite 2300
Chicago, IL 60654
Telephone: 312-464-3109
Facsimile: 312-276-8375
Email: jsigale@loeb.com
Email: cswickhamer@loeb.com

*Attorneys for Defendant Viggle Inc.*

## CERTIFICATE OF SERVICE

This is to certify that all counsel of record are being served with a copy of this document *via* the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 7th day of August, 2014.

                         */s/ Eric H. Findlay*
                         Eric H. Findlay