# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC | § | Civil Action No. 6:12-CV-499 -MHS-CMC |
| *Plaintiff*, | § | |
| | § | LEAD CASE |
| v. | § | |
| | § | |
| TEXAS INSTRUMENTS, INC., et al. | § | |
| | § | |
| *Defendants* | | |

## ORDER

On this day came on to be considered Defendant Viggle Inc.'s Unopposed Motion to Extend the Deadline for Summary Judgment Motions on License, and the Court is of the opinion that the motion should be GRANTED, it is therefore,

ORDERED, ADJUDGED and DECREED that the Unopposed Motion to Extend be granted and that Viggle Inc. be given to and including August 14, 2014 to file its summary judgment motion on license defense.