UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>TEXAS INSTRUMENTS, INC., ET AL.<br><br>        Defendants. | **C.A. NO. 6:12-cv-00499-MHS**<br><br>**CONSOLIDATED CASE** |

### DEFENDANTS ZK TECHNOLOGY LLC AND ZK SOFTWARE BIOMETRIC IDENTIFICATION TECHNOLOGY CO., LTD.'S <u>REQUEST FOR TERMINATION OF ELECRONIC NOTICES</u>

    Andrea M. Houston, counsel for Defendants ZK Technology LLC and ZK Software Biometric Identification Technology Co., Ltd., requests that the Clerk of this Court remove her name from the list of persons authorized to receive electronic notices in this action, pursuant to Local Rule CV-11(f), because these Defendants were dismissed on April 30, 2014 [Dkt. No. 1488].

Dated:   August 7, 2014

Respectfully submitted,

By: <u>/s/ Andrea M. Houston</u>
    Andrea M. Houston (TX State Bar No. 24046109)
    VINSON & ELKINS, LLP
    2801 Via Fortuna, Suite 100
    Austin, TX 78746
    Telephone: (512) 542-8400
    Facsimile:  (512) 542-8612
    ahouston@velaw.com

*Counsel for Defendants, ZK Technology LLC and ZK Software Biometric Identification Technology Co., Ltd.*

## CERTIFICATE OF SERVICE

The undersigned certifies that, on August 7, 2014 the foregoing **DEFENDANTS ZK TECHNOLOGY LLC AND ZK SOFTWARE BIOMETRIC IDENTIFICATION TECHNOLOGY CO., LTD.'S REQUEST FOR TERMINATION OF ELECTRONIC NOTICES** was filed through the Eastern District of Texas' CM/ECF system, which served all counsel of record by electronic mail.

                                                          By: */s/ Andrea M. Houston*
                                                                 Andrea M. Houston