UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **BLUE SPIKE, LLC,**<br><br>Plaintiff,<br><br>vs.<br><br>**TEXAS INSTRUMENTS, INC., ET AL.,**<br><br>Defendants. | **Case No. 6:12-cv-00499-MHS**<br><br>**JURY TRIAL DEMANDED** |
| **BLUE SPIKE, LLC,**<br><br>Plaintiff,<br><br>vs.<br><br>**ZVETCO, LLC,**<br><br>Defendant. | **Case No. 6:13-cv-00130-MHS**<br>(consolidated with Case No. 6:12-cv-00499-MHS and closed)<br><br>**JURY TRIAL DEMANDED** |

### NOTICE OF CHANGE OF CONTACT INFORMATION

Please note that the facsimile number and email address for Robert A. Huntsman, lead counsel for Defendant Zvetco, LLC, has changed.  The new email address for Mr. Huntsman is bobh@huntsmanlg.com, and the new facsimile number is (208) 343-0181.  The information was been updated within ECF and remaining counsel and parties are asked to update their respective address books accordingly.

Other contact information for Mr. Huntsman remains unchanged.

Respectfully submitted,

/s/ Robert A. Huntsman
Robert A. Huntsman
Admitted *pro hac vice*, Idaho Bar #5345
HUNTSMAN LAW GROUP, PLLC
10400 W. Overland., #174
Boise, ID 83709
tel: 208 860 4379
email: bobh@huntsmanlg.com

LEAD ATTORNEY FOR ZVETCO, LLC

## CERTIFICATE OF SERVICE

I hereby certify that, on August 7, 2014, a true and correct copy of the foregoing was filed electronically in compliance with Local Rule CV- 5(a) and thus served on all current counsel of record for Blue Spike, LLC, all of whom, to my knowledge, have consented to electronic service.

/s/ Robert A. Huntsman
Robert A. Huntsman