UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>   Plaintiff,<br><br>vs.<br><br>TEXAS INSTRUMENTS, INC., ET AL.,<br><br>   Defendants. | Case No. 6:12-cv-00499-MHS<br><br>JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC,<br><br>   Plaintiff,<br><br>vs.<br><br>ZVETCO, LLC,<br><br>   Defendant. | Case No. 6:13-cv-00130-MHS<br>(consolidated with Case No. 6:12-cv-00499-MHS and closed)<br><br>JURY TRIAL DEMANDED |

**DEFENDANT ZVETCO, LLC's MOTION TO SEAL**

  In accordance with local rules, Defendant Zvetco, LLC, herein files this motion to seal and thus moves the Court to permit its forthcoming Motion To Dismiss – Licensing to be filed as a sealed document.  The forthcoming motion necessarily contains business confidential licensing information not suitable for general publication.

Respectfully submitted,

/s/ Robert A. Huntsman
Robert A. Huntsman
Admitted *pro hac vice*, Idaho Bar #5345
HUNTSMAN LAW GROUP, PLLC
10400 W. Overland., #174
Boise, ID 83709
tel: 208 860 4379
email: bobh@huntsmanlg.com

LEAD ATTORNEY FOR ZVETCO, LLC

## CERTIFICATE OF SERVICE

I hereby certify that, on August 7, 2014, a true and correct copy of the foregoing was filed electronically in compliance with Local Rule CV- 5(a) and thus served on all current counsel of record for Blue Spike, LLC, all of whom, to my knowledge, have consented to electronic service.

/s/ Robert A. Huntsman
Robert A. Huntsman