UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **BLUE SPIKE, LLC,**<br><br>            Plaintiff,<br><br>vs.<br><br>**TEXAS INSTRUMENTS, INC., ET AL.,**<br><br>            Defendants. | **Case No. 6:12-cv-00499-MHS**<br><br>**JURY TRIAL DEMANDED** |
| **BLUE SPIKE, LLC,**<br><br>            Plaintiff,<br><br>vs.<br><br>**ZVETCO, LLC,**<br><br>            Defendant. | **Case No. 6:13-cv-00130-MHS**<br>(consolidated with Case No. 6:12-cv-00499-MHS and closed)<br><br>**JURY TRIAL DEMANDED** |

**LOCAL RULE CV-7(A) CERTIFCATE**

I hereby certify the a Motion to Seal Document (Docket No. 1675) was filed today, August 7, 2014, just prior to and in regard to Sealed Motion To Dismiss (License) (Docket No. 1676).

/s/ Robert A. Huntsman

1

## CERTIFICATE OF SERVICE

      I hereby certify that, on August 7, 2014, a true and correct copy of the foregoing was filed electronically in compliance with Local Rule CV- 5(a) and thus served on all current counsel of record for Blue Spike, LLC, all of whom, to my knowledge, have consented to electronic service.

/s/ Robert A. Huntsman
Robert A. Huntsman