UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **BLUE SPIKE, LLC,**<br><br>             Plaintiff,<br><br>vs.<br><br>**TEXAS INSTRUMENTS, INC., ET AL.,**<br><br>             Defendants. | **Case No. 6:12-cv-00499-MHS**<br><br>**JURY TRIAL DEMANDED** |
| **BLUE SPIKE, LLC,**<br><br>             Plaintiff,<br><br>vs.<br><br>**ZVETCO, LLC,**<br><br>             Defendant. | **Case No. 6:13-cv-00130-MHS**<br>(consolidated with Case No. 6:12-cv-00499-MHS and closed)<br><br>**JURY TRIAL DEMANDED** |

## CERTIFICATE OF AUTHORITY

In accordance with Local Rule CV-5(a)(&)(a)(2) I hereby certify that Docket No. 1676 is PROTECTED INFORMATION as defined in the protective order in this case as per Docket No. 1561 and 1562 and permission to file under seal is authorized by para 6.C of the controlling protective order.

Dated: August 8, 2014

/s/Robert A. Huntsman
Robert A. Huntsman

1