Case 6:12-cv-00499-RWS-CMC Document 1682 Filed 08/08/14 Page 1 of 1 PageID #: 22140

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § § § | |
| *Plaintiff*, | § § | CASE NO. 6:12-cv-499 MHS/CMC |
| v. | § § § | LEAD CASE |
| TEXAS INSTRUMENTS, INC., et al., | § § | Jury Trial Demanded |
| *Defendants*. | § § § § § | |

## ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE SUPPLEMENTAL JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

BEFORE THE COURT is Defendants' Unopposed Motion for Leave to File Supplemental Joint Claim Construction and Prehearing Statement ("Supplemental Joint Statement"). The Court, having noted that the relief requested is unopposed by Plaintiff Blue Spike, LLC, is of the opinion that the Motion should be granted.

IT IS ORDERED that the Motion for Leave be granted and that the parties be allowed to file the Supplemental Joint Statement.

**SIGNED this 8th day of August, 2014.**


CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE

DB2/ 25258636.2