IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC,<br>    *Plaintiff,* | §<br>§<br>§ | |
| v. | §<br>§ | Case No. 6:12-cv-499<br>LEAD CASE |
| TEXAS INSTRUMENTS, INC.<br>    *Defendant.* | §<br>§<br>§ | |

| | | |
|---|---|---|
| BLUE SPIKE, LLC,<br>    *Plaintiff,* | §<br>§<br>§ | |
| v. | §<br>§ | Case No. 6:13-cv-54<br>CONSOLIDATED CASE |
| FUTRONIC TECHNOLOGY CO., LTD.<br>ET AL.<br>    *Defendants.* | §<br>§<br>§ | |

## ORDER

The above-referenced case was referred to the undersigned United States Magistrate Judge for pre-trial purposes in accordance with 28 U.S.C. § 636. The following pending motion is before the Court: Defendant Futronic Technology Co., Ltd. ("Futronic") Unopposed Motion to Extend Time to File a Response to Plaintiff's to Blue Spike, LLC's Motion to Compel Inspection of Defendant Futronic Technology Co. Ltd.'s Source Code (Docket Entry # 1664). The Court, having reviewed the motion and noting it is unopposed, is of the opinion the motion should be **GRANTED**. Accordingly, it is

**ORDERED** that Defendant Futronic Technology Co., Ltd. ("Futronic") Unopposed Motion to Extend Time to File a Response to Plaintiff's to Blue Spike, LLC's Motion to Compel Inspection

of Defendant Futronic Technology Co. Ltd.'s Source Code (Docket Entry # 1664) is hereby **GRANTED**. It is further

**ORDERED** that Futronic shall have up to and including August 18, 2014 to respond to Blue Spike, LLC's Motion to Compel Inspection of Defendant Futronic Technology Co. Ltd.'s Source Code (Docket Entry #1608).

**SIGNED this 11th day of August, 2014.**

*Caroline M. Craven*
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE