# Exhibit D

# O'MELVENY & MYERS LLP

| | | |
|---|---|---|
| BEIJING | 400 South Hope Street | SAN FRANCISCO |
| BRUSSELS | Los Angeles, California  90071-2899 | SEOUL |
| CENTURY CITY | | SHANGHAI |
| HONG KONG | TELEPHONE  (213) 430-6000 | SILICON VALLEY |
| JAKARTA† | FACSIMILE  (213) 430-6407 | SINGAPORE |
| LONDON | www.omm.com | TOKYO |
| NEWPORT BEACH | | WASHINGTON, D.C. |
| NEW YORK | | |

June 10, 2014

WRITER'S DIRECT DIAL
213-430-6120

**VIA FEDERAL EXPRESS**

WRITER'S E-MAIL ADDRESS
mcross@omm.com

Kirk Anderson, Esq.
Garteiser Honea, PC
218 North College Avenue
Tyler, Texas 75702

      **Re:**    *Blue Spike, LLC v. Clear Channel Broadcasting, Inc., Case No. 6:12-cv-595 (consolidated with Case No. 6:12-cv-499), E.D. Tex.*

Dear Counsel:

    Enclosed are hard copies of Clear Channel Broadcasting, Inc.'s source code bates numbered CCBBLUE-SC-0000001 through CCBBLUE-SC-0000188.  This production is designated "RESTRICTED  CONFIDENTIAL - SOURCE CODE" and should be treated accordingly pursuant to the Protective Order in the above referenced matter.

    Please review the limitations in Section 1.C.1 of the Protective Order, including that source code or summaries of source code may only be shown to disclosed individuals who have reviewed and signed the protective order.  Further, you may not copy these documents.  If you require another copy, you may request an additional copy from us.

    Please contact me if you have any questions.

                          Sincerely,

                          */s/ Mary Cross*

                          Mary Cross
                          Paralegal

† In association with Tumbuan & Partners