# Exhibit F

# Pfeiffer, Sarah

| | |
|---|---|
| **From:** | Pfeiffer, Sarah |
| **Sent:** | Thursday, July 03, 2014 4:49 PM |
| **To:** | Randall Garteiser; 'Peter Brasher' |
| **Cc:** | Christopher Honea; bluespike@ghiplaw.com; #CLEAR CHANNEL_BLUE SPIKE OMM TEAM |
| **Subject:** | RE: Blue Spike LLC v. Texas Instruments, et al, Plaintiff's Responses to Interrogatories |
| **Attachments:** | 14-07-03_Pfeiffer_LTR_Garteiser.pdf |

Counsel,

Please see attached correspondence and provide your availability to meet and confer on either Monday or Tuesday.

Enjoy the holiday weekend,
Sarah

*Sarah A. Pfeiffer*
O'MELVENY & MYERS LLP
Tel: (949) 823-7957

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

---

**From:** Peter Brasher [mailto:pbrasher@ghiplaw.com]
**Sent:** Wednesday, July 02, 2014 9:59 PM
**To:** Whilt, Nicholas; Yagura, Ryan K.; Pfeiffer, Sarah
**Cc:** Randall Garteiser; Christopher Honea; bluespike@ghiplaw.com
**Subject:** Re: Blue Spike LLC v. Texas Instruments, et al, Plaintiff's Responses to Interrogatories

Counsel,

Please see attached response to interrogatories.

Regards,



**Peter Brasher** / Attorney
888.908.4400 x104 / pbrasher@ghiplaw.com
218 N College Ave, Tyler, TX 75702
44 N San Pedro, San Rafael, CA 94903
http://www.ghiplaw.com

This e-mail message may contain confidential information or information protected by attorney-client privilege, the doctrine of attorney work product or other applicable privileges and protections, and is intended solely for use by the intended recipient. Any unauthorized disclosure, dissemination, distribution, copying or the taking of any action in reliance on the information herein is prohibited. If you are not the intended recipient, please destroy all copies of this message, including your original copy, and contact the sender immediately. We also advise that any federal tax advice provided in this communication is not intended or written to be used, and cannot be used by the recipient or any other taxpayer for the purpose of avoiding tax penalties that may be imposed on the recipient or any other taxpayer, or in promoting, marketing or recommending to another party any transaction or matter addressed herein.

