# Exhibit G

**Pfeiffer, Sarah**

| | |
|---|---|
| **From:** | Randall Garteiser <rgarteiser@ghiplaw.com> |
| **Sent:** | Friday, July 11, 2014 9:21 AM |
| **To:** | Pfeiffer, Sarah |
| **Cc:** | Peter Brasher; Christopher Honea; Kirk Anderson; Colin Jensen; #CLEAR CHANNEL_BLUE SPIKE OMM TEAM |
| **Subject:** | Re: Blue Spike, LLC v. Texas Instruments, Meet and Confer Required |

Sure Sarah, we appreciate your patience and following up.  Last night's possible joint court filing made us unavailable at the time you indicated.   However, 1:30 pm Central works for us, if that is good for you.

Be well,



Randall Garteiser  / Partner
888.908.4400 x104 / rgarteiser@ghiplaw.com
218 N College Ave, Tyler, TX 75702
44 N San Pedro, San Rafael, CA 94903
http://www.ghiplaw.com

This e-mail message may contain confidential information or information protected by attorney-client privilege, the doctrine of attorney work product or other applicable privileges and protections, and is intended solely for use by the intended recipient. Any unauthorized disclosure, dissemination, distribution, copying or the taking of any action in reliance on the information herein is prohibited. If you are not the intended recipient, please destroy all copies of this message, including your original copy, and contact the sender immediately. We also advise that any federal tax advice provided in this communication is not intended or written to be used, and cannot be used by the recipient or any other taxpayer for the purpose of avoiding tax penalties that may be imposed on the recipient or any other taxpayer, or in promoting, marketing or recommending to another party any transaction or matter addressed herein.



On Jul 11, 2014, at 11:10 AM, Pfeiffer, Sarah <spfeiffer@omm.com> wrote:

Randall,

Although you have not yet joined this call or informed us that you cannot join, we need to meet and confer on these outstanding issues as soon as possible.  We can be available most of today.  12-2:30 Pacific (2-4:30 Central) is not preferred, but we can make time then if necessary.  Please confirm a time that works **today** for you to discuss the issues identified in our request for a meet and confer.

We can use the same dial-in number:
1-866-285-2458
Code: 949 823 7957#

Sarah

*Sarah A. Pfeiffer*
O'MELVENY & MYERS LLP
Tel: (949) 823-7957
*This message and any attached documents contain information from the law firm
of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are
not the intended recipient, you may not read, copy, distribute, or use this
information. If you have received this transmission in error, please notify the
sender immediately by reply e-mail and then delete this message.*

**From:** Pfeiffer, Sarah
**Sent:** Friday, July 11, 2014 9:04 AM
**To:** 'Randall Garteiser'
**Cc:** 'Peter Brasher'; 'Christopher Honea'; 'Kirk Anderson'; 'Colin Jensen'; #CLEAR CHANNEL_BLUE SPIKE OMM TEAM
**Subject:** RE: Blue Spike, LLC v. Texas Instruments, Meet and Confer Required

Randall,

Ryan and I are waiting on the line.  The dial-in number is:

1-866-285-2458
Code: 949 823 7957#

Thanks,
Sarah


*Sarah A. Pfeiffer*
**O'MELVENY & MYERS LLP**
Tel: (949) 823-7957
*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

---

**From:** Pfeiffer, Sarah
**Sent:** Wednesday, July 09, 2014 4:29 PM
**To:** 'Randall Garteiser'
**Cc:** Peter Brasher; Christopher Honea; Kirk Anderson; Colin Jensen; #CLEAR CHANNEL_BLUE SPIKE OMM TEAM
**Subject:** RE: Blue Spike, LLC v. Texas Instruments, Meet and Confer Required

Randall,

We can be available at 9:00 Pacific/11:00 am Central.  We can use the following dial-in number:
1-866-285-2458
949 823 7957

Sarah

*Sarah A. Pfeiffer*
**O'MELVENY & MYERS LLP**
Tel: (949) 823-7957
*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

---

**From:** Randall Garteiser [mailto:rgarteiser@ghiplaw.com]
**Sent:** Tuesday, July 08, 2014 7:08 PM
**To:** Pfeiffer, Sarah
**Cc:** Peter Brasher; Christopher Honea; Kirk Anderson; Colin Jensen; #CLEAR CHANNEL_BLUE SPIKE OMM TEAM
**Subject:** Re: Blue Spike, LLC v. Texas Instruments, Meet and Confer Required

I am available this Friday to discuss this issue with you, just let me know a time.  Obviously, tomorrow is not the best time given the parties' joint submission to the Court and scheduled meet and confer.



**Randall Garteiser** / Partner
888.908.4400 x104 / rgarteiser@ghiplaw.com
218 N College Ave, Tyler, TX 75702
44 N San Pedro, San Rafael, CA 94903
http://www.ghiplaw.com

This e-mail message may contain confidential information or information protected by attorney-client privilege, the doctrine of attorney work product or other applicable privileges and protections, and is intended solely for use by the intended recipient. Any unauthorized disclosure, dissemination, distribution, copying or the taking of any action in reliance on the information herein is prohibited. If you are not the intended recipient, please destroy all copies of this message, including your original copy, and contact the sender immediately. We also advise that any federal tax advice provided in this communication is not intended or written to be used, and cannot be used by the recipient or any other taxpayer for the purpose of avoiding tax penalties that may be imposed on the recipient or any other taxpayer, or in promoting, marketing or recommending to another party any transaction or matter addressed herein.



On Jul 8, 2014, at 6:32 PM, Pfeiffer, Sarah <spfeiffer@omm.com> wrote:

Peter,

We still have not heard from you regarding our meet and confer request.  Regarding the need to name the proper party in the complaint, please see attached Clear Channel's fifth production, which includes documentation demonstrating that Clear Channel Management Services, Inc., owns RCS, and therefore, Media Monitors and MediaBase.

Please provide Blue Spike's lead counsel's availability to meet and confer on Wednesday or Thursday afternoon (Pacific), or anytime on Friday, and be prepared to discuss all of the outstanding items below.  Clear Channel will provide a dial-in number once we have agreed upon a time.

Regards,
Sarah

*Sarah A. Pfeiffer*
**O'MELVENY & MYERS LLP**
Tel: (949) 823-7957
*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

**From:** Pfeiffer, Sarah
**Sent:** Monday, July 07, 2014 1:03 PM
**To:** Peter Brasher
**Cc:** Randall Garteiser; Christopher Honea; Kirk Anderson; Colin Jensen; #CLEAR CHANNEL_BLUE SPIKE OMM TEAM
**Subject:** RE: Blue Spike, LLC v. Texas Instruments, Plaintiff's Expert Disclosure

Peter,

Thank you for the confirmation.  Clear Channel withdraws its objection to Mr. Tewfik.