# Exhibit I

## Pfeiffer, Sarah

| | |
|---|---|
| **From:** | Pfeiffer, Sarah |
| **Sent:** | Monday, August 04, 2014 11:42 AM |
| **To:** | 'Kirk Anderson' |
| **Cc:** | Randall Garteiser; Christopher Honea (chonea@ghiplaw.com); Peter Brasher; #CLEAR CHANNEL_BLUE SPIKE OMM TEAM; Cross, Mary; Treggs, Brian |
| **Subject:** | RE: Clear Channel - Second source code review |

Kirk,

Mary Cross and Brian Treggs will be available to supervise your review from 9:00 am to 5:00 pm. Please ask for Mary when you arrive. Please also confirm your expected arrival time.

Blue Spike received source code print-outs in June and RCS has not created or produced new source code since then, thus, Blue Spike should at least supplement its contentions with the source code it has already received by August 12. Please confirm that Blue Spike will supplement its contentions with the previously produced information by then. Regarding this second review, assuming we receive Blue Spike's print-out requests tomorrow and the requests comply with the terms of the protective order, we should be able to provide print-outs by the end of the week. An additional week from Friday is August 15. Please confirm that Blue Spike will supplement its contentions fully to include source code citations by August 15. If we do not receive requests for print-outs by Tuesday, or if they do not comply with the protective order, then any delay is caused by Blue Spike, but Clear Channel cannot postpone filing a motion to strike Blue Spike's contentions any further.

Regards,
Sarah

*Sarah A. Pfeiffer*
**O'MELVENY & MYERS LLP**
Tel: (949) 823-7957

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

---

**From:** Kirk Anderson [mailto:kanderson@ghiplaw.com]
**Sent:** Monday, August 04, 2014 9:11 AM
**To:** Pfeiffer, Sarah
**Cc:** Randall Garteiser; Christopher Honea (chonea@ghiplaw.com); Peter Brasher; #CLEAR CHANNEL_BLUE SPIKE OMM TEAM
**Subject:** Re: Clear Channel - Second source code review

Sarah,

I can confirm that I will be inspecting Clear Channel's source code tomorrow, August 5th.

The supplemental contentions will require more time to produce. I expect that we will receive source code printouts for this latest round of review no earlier than the end of the week, and more likely the next. The

deadline you have proposed would not even provide an opportunity to incorporate the most recent code. Once we have received the newest source code printouts, we will work diligently to provide you the supplemental contentions.

Best,



Kirk Anderson / Attorney
888.908.4400 x102 / kanderson@ghiplaw.com
218 N College Ave, Tyler, TX 75702
44 N San Pedro, San Rafael, CA 94903
http://www.ghiplaw.com

This e-mail message may contain confidential information or information protected by attorney-client privilege, the doctrine of attorney work product or other applicable privileges and protections, and is intended solely for use by the intended recipient. Any unauthorized disclosure, dissemination, distribution, copying or the taking of any action in reliance on the information herein is prohibited. If you are not the intended recipient, please destroy all copies of this message, including your original copy, and contact the sender immediately. We also advise that any federal tax advice provided in this communication is not intended or written to be used, and cannot be used by the recipient or any other taxpayer for the purpose of avoiding tax penalties that may be imposed on the recipient or any other taxpayer, or in promoting, marketing or recommending to another party any transaction or matter addressed herein.

On Aug 1, 2014, at 9:31 PM, Pfeiffer, Sarah <spfeiffer@omm.com> wrote:

Hi Kirk,

Can you please confirm whether you plan to inspect the code on Tuesday and if you will provide supplemental contentions with source code citations by August 12?

Thanks,
Sarah

*Sarah A. Pfeiffer*
**O'MELVENY & MYERS LLP**
Tel: (949) 823-7957
*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

**From:** Pfeiffer, Sarah
**Sent:** Wednesday, July 30, 2014 11:02 AM
**To:** Kirk Anderson
**Cc:** Randall Garteiser; Christopher Honea (chonea@ghiplaw.com); Peter Brasher; #CLEAR CHANNEL_BLUE SPIKE OMM TEAM
**Subject:** RE: Clear Channel - Second source code review

Kirk,

Yes, we can accommodate inspection on August 5.  Please confirm who will attend and what time they will arrive.  Please ask for Mary Cross when you arrive.

Can you please confirm that Blue Spike will provide supplemental infringement contentions with pinpoint source code citations by August 12?

Thank you,
Sarah

*Sarah A. Pfeiffer*

**O'MELVENY & MYERS LLP**

Tel: (949) 823-7957

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

---

**From:** Kirk Anderson [mailto:kanderson@ghiplaw.com]
**Sent:** Tuesday, July 29, 2014 4:36 PM
**To:** Pfeiffer, Sarah
**Cc:** Randall Garteiser; Christopher Honea (chonea@ghiplaw.com); Peter Brasher; #CLEAR CHANNEL_BLUE SPIKE OMM TEAM
**Subject:** Re: Clear Channel - Second source code review

Sarah,

Thank you for confirming that Cygwin is installed and that next week will work for a second review of Clear Channel's source code. As the review date nears and my review schedule solidifies, it currently looks like the beginning of the week is most convenient. Is it possible to conduct the review on Tuesday the 5th? Again, I appreciate your flexibility in scheduling these reviews as it takes a substantial amount of juggling on this end.

Best,

<image001.png>

This e-mail message may contain confidential information or information protected by attorney-client privilege, the doctrine of attorney work product or other applicable privileges and protections, and is intended solely for use by the intended recipient. Any unauthorized disclosure, dissemination, distribution, copying or the taking of any action in reliance on the information herein is prohibited. If you are not the intended recipient, please destroy all copies of this message, including your original copy, and contact the sender immediately. We also advise that any federal tax advice provided in this communication is not intended or written to be used, and cannot be used by the recipient or any other taxpayer for the purpose of avoiding tax penalties that may be imposed on the recipient or any other taxpayer, or in promoting, marketing or recommending to another party any transaction or matter addressed herein.

On Jul 15, 2014, at 6:00 PM, Pfeiffer, Sarah <spfeiffer@omm.com> wrote:

Kirk,

We can make the source code available on August 7. I have also confirmed that Cygwin is available on the computer.

*Sarah A. Pfeiffer*

**O'MELVENY & MYERS LLP**

Tel: (949) 823-7957

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

---

**From:** Kirk Anderson [mailto:kanderson@ghiplaw.com]
**Sent:** Monday, July 14, 2014 2:12 PM
**To:** Pfeiffer, Sarah
**Cc:** Randall Garteiser; Christopher Honea (chonea@ghiplaw.com); Peter Brasher; #CLEAR CHANNEL_BLUE SPIKE OMM TEAM
**Subject:** Re: Clear Channel - Second source code review

Sarah,

I appreciate the follow up and your flexibility in scheduling this review. We have had some last minute schedule changes, and tomorrow is no longer a convenient date to review Clear Channel's source code. If possible, we would like to conduct the review the week of August 4th. Can Clear Channel make its source code available on August 7th or 8th? That should also allow ample time to download Cygwin.

Thanks.

Best,
<image001.png>

This e-mail message may contain confidential information or information protected by attorney-client privilege, the doctrine of attorney work product or other applicable privileges and protections, and is intended solely for use by the intended recipient. Any unauthorized disclosure, dissemination, distribution, copying or the taking of any action in reliance on the information herein is prohibited. If you are not the intended recipient, please destroy all copies of this message, including your original copy, and contact the sender immediately. We also advise that any federal tax advice provided in this communication is not intended or written to be used, and cannot be used by the recipient or any other taxpayer for the purpose of avoiding tax penalties that may be imposed on the recipient or any other taxpayer, or in promoting, marketing or recommending to another party any transaction or matter addressed herein.

On Jul 11, 2014, at 3:07 PM, Pfeiffer, Sarah <spfeiffer@omm.com> wrote:

Hi Kirk,

The computer can be available on July 15, and we believe that it will be possible to install the program, but cannot confirm that it will be downloaded until Monday. Please confirm who will attend and their expected arrival time in our LA office so that we can notify security. Please ask for Mary Cross when you arrive.

Thank you,
Sarah

*Sarah A. Pfeiffer*
O'MELVENY & MYERS LLP
Tel: (949) 823-7957

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

**From:** Kirk Anderson [mailto:kanderson@ghiplaw.com]
**Sent:** Thursday, July 10, 2014 1:40 PM
**To:** Pfeiffer, Sarah
**Cc:** Randall Garteiser; Christopher Honea (chonea@ghiplaw.com); Peter Brasher; #CLEAR CHANNEL_BLUE SPIKE OMM TEAM
**Subject:** Clear Channel - Second source code review

Sarah,

If possible, I would like to continue review of Clear Channel's source code next week. Is Clear Channel in a position to make its source code available again for review either July 15th or 16th? I recognize that this is a quick turnaround, and I appreciate your flexibility. Hopefully the review machine is still readily accessible.

Additionally, I would ask that another program be installed on the review machine. If possible, please install Cygwin which is available for free at www.cygwin.com.

Best,

<image001.png>

This e-mail message may contain confidential information or information protected by attorney-client privilege, the doctrine of attorney work product or other applicable privileges and protections, and is intended solely for use by the intended recipient. Any unauthorized disclosure, dissemination, distribution, copying or the taking of any action in reliance on the information herein is prohibited. If you are not the intended recipient, please destroy all copies of this message, including your original copy, and contact the sender immediately. We also advise that any federal tax advice provided in this communication is not intended or written to be used, and cannot be used by the recipient or any other taxpayer for the purpose of avoiding tax penalties that may be imposed on the recipient or any other taxpayer, or in promoting, marketing or recommending to another party any transaction or matter addressed herein.