# Exhibit J

# Pfeiffer, Sarah

| | |
|---|---|
| **From:** | Pfeiffer, Sarah |
| **Sent:** | Monday, July 28, 2014 6:07 PM |
| **To:** | Randall Garteiser (rgarteiser@ghiplaw.com); Christopher Honea (chonea@ghiplaw.com); Peter Brasher (pbrasher@ghiplaw.com); kanderson@ghiplaw.com |
| **Cc:** | #CLEAR CHANNEL_BLUE SPIKE OMM TEAM |
| **Subject:** | Blue Spike v. Clear Channel |
| **Attachments:** | RE: Blue Spike v. Clear Channel |

Randall,

We have not received a substantive response to most of the issues discussed in our July 11 meet and confer. We discussed allowing Blue Spike until July 25 to provide supplemental infringement contentions that include pinpoint source code citations because we were told Kirk Anderson would review the code during the week of July 21. Mr. Anderson, however, postponed that trip. Thus, it is Blue Spike's own delay that prevented Blue Spike from examining the code before the July 25 deadline. Because we have not received any firm commitment from you as to when Blue Spike will provide updated infringement contentions, we are preparing our motion to strike Blue Spike's infringement contentions.

We also have not received any substantive response to my detailed letter, sent on July 3 regarding Blue Spike's deficient interrogatory responses, nor have we received supplemental responses for any of the interrogatories. We intend to file a motion to compel these responses if we do not receive your firm commitment to updating Blue Spike's discovery responses.

We would also like to continue to meet and confer before the deadline for a motion regarding the newly served privilege log (served via email on July 23), as we believe it is also deficient. We request a lead local meet and confer to discuss Clear Channel's objections to the amended privilege log.

Finally, we would like to discuss amending the pleadings. We provided a draft to you on July 16, and have not received any comments or objections. We assume that this means that Blue Spike will no longer agree to file a joint motion to amend both the complaint (to name the correct party) and the answer (to include the two defenses discussed on July 11 and as described in Clear Channel's First Supplemental Initial Disclosures). As such, Clear Channel is prepared to file an opposed motion to amend its answer, but is willing to discuss Blue Spike's concerns regarding filing a joint motion during the meet and confer regarding the above matter. For convenience, I have again attached my July 16 communication regarding the pleadings.

Please provide the availability of your team for a telephonic meet and confer on Tuesday or Wednesday. We can be available generally except from 11:30 am to 1:30 pm Pacific.

Regards,
Sarah


*Sarah A. Pfeiffer*
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, California 92660-6429
Tel: (949) 823-7957 / Fax: (949) 823-6994

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

2