IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC, <br><br> **Plaintiff,** <br><br> v. <br><br> TEXAS INSTRUMENTS, INC., <br><br> **Defendant.** | CIVIL ACTION NO. 6:12-CV-499-LED <br><br> (LEAD CASE) <br><br> JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC, <br><br> **Plaintiff,** <br><br> v. <br><br> CLEAR CHANNEL BROADCASTING, INC., <br><br> **Defendant.** | CIVIL ACTION NO. 6:12-CV-595-LED <br><br> (CONSOLIDATED WITH 6:12-CV-499) <br><br> JURY TRIAL DEMANDED |

**ORDER GRANTING DEFENDANT CLEAR CHANNEL BROADCASTING INC.'S MOTION TO STRIKE BLUE SPIKE'S INFRINGEMENT CONTENTIONS**

Defendant Clear Channel Broadcasting, Inc.'s Motion to Strike Blue Spike's Infringement Contentions has been submitted to the Court for decision. The Court, having considered all papers submitted in connection therewith, is of the opinion that the motion should be, and is hereby, **GRANTED**.

IT IS THEREFORE ORDERED that Blue Spike's Initial Infringement Contentions, served February 26, 2014, and Amended Infringement Contentions, served April 16, 2014, are stricken without leave to amend.

1