IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC,<br>    *Plaintiff,* | §<br>§<br>§ | |
| v. | §<br>§ | Case No. 6:12-cv-499<br>LEAD CASE |
| TEXAS INSTRUMENTS, INC.<br>    *Defendant.* | §<br>§<br>§ | |

| | | |
|---|---|---|
| BLUE SPIKE, LLC,<br>    *Plaintiff,* | §<br>§<br>§ | |
| v. | §<br>§ | Case No. 6:13-cv-125<br>CONSOLIDATED CASE |
| ENTROPIC COMMUNICATIONS, INC.<br>    *Defendants.* | §<br>§ | |

## MEMORANDUM ORDER

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Caroline M. Craven pursuant to 28 U.S.C. § 636. The Report of the Magistrate Judge which contains her proposed findings of fact and recommendations for the disposition of such action has been presented for consideration. No objections were filed to the Report and Recommendation. The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court. Accordingly, it is hereby

**ORDERED** that Defendant Entropic Communications, Inc.'s Motion to Dismiss Plaintiff Blue Spike, LLC's First Amended Complaint for Indirect and Willful Infringement for Failure to State a Claim on Which Relief Can be Granted (Dkt. No. 941) is **DENIED IN PART and GRANTED WITH LEAVE TO AMEND IN PART**. It is further

**ORDERED** that within fifteen days from the date of entry of this Order, Plaintiff shall amend with greater specificity its indirect infringement claims (inducement and contributory infringement).

**It is SO ORDERED.**

**SIGNED this 13th day of August, 2014.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE