IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, <br><br> PLAINTIFF, <br><br> V. <br><br> TEXAS INSTRUMENTS, INC., ET AL., <br><br> DEFENDANTS. | § § § § § § § § § § § § | Civil Action No.: 6:12-cv-00499-MHS-CMC <br><br><br> JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC, <br><br> PLAINTIFF, <br><br> V. <br><br> FUTRONIC TECHNOLOGY CO., LTD., ET AL., <br><br> DEFENDANTS. | § § § § § § § § § § § § § § | 6:13-cv-00054-MHS-CMC <br> (Consolidated with 6:12-cv-00499-MHS-CMC and closed) <br><br> JURY TRIAL DEMANDED |

**DEFENDANT FUTRONIC TECHNOLOGY CO., LTD.'S UNOPPOSED MOTION TO EXTEND TIME TO FILE A RESPONSE TO PLAINTIFF'S MOTION TO COMPEL INSPECTION OF DEFENDANT FUTRONIC TECHNOLOGY CO. LTD.'S SOURCE CODE (DKT. NO. 1608)**

NOW COMES Defendant Futronic Technology Co., Ltd. ("Futronic"), and respectfully moves the Court to extend the time within Futronic is required to file a Response to Blue Spike, LLC's Motion to Compel Inspection of Defendant Futronic Technology Co. Ltd.'s Source Code (Dkt. No. 1608).

I.

The current deadline for Futronic to file a Response to Plaintiff Blue Spike, LLC's Motion to Compel is August 18, 2014. Futronic seeks this extension to and including Monday, September 1, 2014, to file a Response.

II.

Counsel for Plaintiff, Blue Spike, LLC, is unopposed to this request.

III.

Futronic seeks this extension of time not for delay, but for good cause so that justice may be served. Counsel for Futronic and Counsel for Blue Spike are continuing to work together to schedule and complete the review of Futronic's source code.

WHEREFORE, Futronic Technology Co., Ltd. respectfully requests that the time to file Response to Blue Spike, LLC's Motion to Compel Inspection of Defendant Futronic Technology Co. Ltd.'s Source Code (Dkt. No. 1608) be extended to and including September 1, 2014.

Dated: August 18, 2014                 Respectfully submitted,

                                       /s/ Eric H. Findlay
                                       Eric H. Findlay (State Bar No. 00789886)
                                       Walter W. Lackey, Jr. (State Bar No. 24050901)
                                       FINDLAY CRAFT P.C.
                                       102 North College Avenue
                                       Suite 900
                                       Tyler, TX 75702
                                       Phone: 903-534-1100
                                       FAX:   903-534-1137
                                       efindlay@findlaycraft.com
                                       wlackey@findlaycraft.com

                                       *Attorneys for Defendant Futronic Technology Co., Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing *via* electronic mail to all counsel of record.

>   /s/ Eric H. Findlay
>   *Eric H. Findlay*