# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **BLUE SPIKE, LLC,**<br><br>　　　　Plaintiff,<br><br>v.<br><br>**TEXAS INSTRUMENTS, INC.,**<br><br>　　　　Defendant. | Civil Action No.: 6:12-cv-00499-MHS<br><br>**JURY TRIAL DEMANDED** |
| **BLUE SPIKE, LLC,**<br><br>　　　　*Plaintiff*,<br><br>v.<br><br>**FULCRUM BIOMETRICS, LLC and NEUROTECHNOLOGY**<br><br>　　　　*Defendants*. | Civil Action No. 6:12-CV-610-MHS<br><br>(CONSOLIDATED WITH 6:12-CV-499)<br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO DISMISS

Plaintiff Blue Spike, LLC, on the one hand, and Defendant NEUROtechnology, on the other, have reached a settlement agreement of the above-captioned matter and move to dismiss the claims, counterclaims, and causes of action between them.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Blue Spike, LLC stipulates to the dismissal without prejudice of all claims and causes of action asserted in this case against NEUROtechnology, and NEUROtechnology stipulates to the dismissal without prejudice of all counterclaims and defenses asserted in this case against Blue Spike, LLC. The parties shall bear their own attorneys' fees, expenses and costs.

1

Dated: August 22, 2014

By:   /s/ Randall T. Garteiser
 Randall T. Garteiser
 Lead Attorney
 Texas Bar No. 24038912
 rgarteiser@ghiplaw.com
Christopher A. Honea
 Texas Bar No. 24059967
 chonea@ghiplaw.com
Christopher S. Johns
 Texas Bar No. 24044849
 cjohns@ghiplaw.com
Kirk J. Anderson
 California Bar No. 289043
Peter S. Brasher
 California Bar No. 283992
GARTEISER HONEA, P.C.
218 North College Avenue
Tyler, Texas 75702
(903) 705-0828
(903) 526-5477 fax

***ATTORNEYS FOR BLUE SPIKE, LLC***

By:   /s/ Eric H. Findlay
 Eric Hugh Findlay
 Texas Bar No. 00789886
 efindlay@findlaycraft.com
 Walter W. Lackey, Jr.
 Texas Bar No. 24050901
 wlackey@findlaycraft.com
FINDLAY CRAFT, P.C.
102 North College Ave. Ste. 900
Tyler, Texas 75702
(903) 534-1100
(903) 534-1137 fax

***ATTORNEYS FOR NEUROTECHNOLOGY***

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email.

       /s/ Eric H. Findlay
Eric H. Findlay