# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | |
|---|---|
| **BLUE SPIKE, LLC,** § § § Plaintiff, § § v. § § **TEXAS INSTRUMENTS, INC.,** § § Defendant. § § § § § | Civil Action No.: 6:12-cv-00499-MHS JURY TRIAL DEMANDED |
| **BLUE SPIKE, LLC,** § § *Plaintiff*, § § v. § § **FULCRUM BIOMETRICS, LLC and NEUROTECHNOLOGY** § § *Defendants*. § § § § | Civil Action No. 6:12-CV-610-MHS (CONSOLIDATED WITH 6:12-CV-499) JURY TRIAL DEMANDED |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), recognizing the Joint Motion to Dismiss filed by Blue Spike, LLC and NEUROtechnology pursuant to a settlement of the above-captioned litigation between the parties, it is ordered as follows:

**ORDERED** that the claims asserted herein by Blue Spike, LLC against NEUROtechnology be, and hereby are, dismissed without prejudice; that the counterclaims and defenses asserted herein by NEUROtechnology against Blue Spike, LLC be, and hereby are, dismissed without prejudice; and that the parties shall bear their own attorney's fees, expenses and costs.