IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC,<br> *Plaintiff*,<br>v.<br>TEXAS INSTRUMENTS, INC.<br> *Defendant*. | § § § § § § § § § § | Civil Action No. 6:12-CV-499-MHS<br><br>(LEAD CASE)<br><br>JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC,<br> *Plaintiff*,<br>v.<br>FULCRUM BIOMETRICS, LLC, *ET AL*,<br> *Defendants*. | § § § § § § § § § § § § | Civil Action No. 6:12-cv-00610-MHS<br><br>(CONSOLIDATED WITH 6:12-CV-499)<br><br>JURY TRIAL DEMANDED |

## JOINT MOTION TO DISMISS

Plaintiff Blue Spike, LLC, on the one hand, and Defendant Fulcrum Biometrics, LLC ("Fulcrum"), on the other, have reached a settlement agreement of the above-captioned matter and move to dismiss the claims, counterclaims, and causes of action between them.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Blue Spike, LLC stipulates to the dismissal without prejudice of all claims and causes of action asserted in Case No. 6:12-cv-610 against Fulcrum, and Fulcrum stipulates to the dismissal without prejudice of all counterclaims and defenses asserted in Case No. 6:12-cv-610 against Blue Spike, LLC. The parties shall bear their own attorneys' fees, expenses and costs.

1

Dated: August 22, 2014

| | |
|---|---|
| By:   /s/ Randall T. Garteiser<br>Randall T. Garteiser<br> Lead Attorney<br> Texas Bar No. 24038912<br> rgarteiser@ghiplaw.com<br>Christopher A. Honea<br> Texas Bar No. 24059967<br> chonea@ghiplaw.com<br>Christopher S. Johns<br> Texas Bar No. 24044849<br> cjohns@ghiplaw.com<br>Kirk J. Anderson<br> California Bar No. 289043<br>Peter S. Brasher<br> California Bar No. 283992<br>GARTEISER HONEA, P.C.<br>218 North College Avenue<br>Tyler, Texas 75702<br>(903) 705-0828<br>(903) 526-5477 fax<br><br>***ATTORNEYS FOR BLUE SPIKE, LLC*** | By:   /s/ Eric H. Findlay<br>Eric Hugh Findlay<br> Texas Bar No. 00789886<br> efindlay@findlaycraft.com<br>Walter W. Lackey, Jr.<br> Texas Bar No. 24050901<br> wlackey@findlaycraft.com<br>FINDLAY CRAFT, P.C.<br>102 North College Ave. Ste. 900<br>Tyler, Texas 75702<br>(903) 534-1100<br>(903) 534-1137 fax<br><br>***ATTORNEYS FOR FULCRUM BIOMETRICS, LLC*** |

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email.

      /s/ Eric H. Findlay
      Eric H. Findlay