# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC,<br> *Plaintiff*,<br>v.<br>TEXAS INSTRUMENTS, INC.<br> *Defendant*. | § § § § § § § § § § | Civil Action No. 6:12-CV-499-MHS<br><br>(LEAD CASE)<br><br>JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC,<br> *Plaintiff*,<br>v.<br>FULCRUM BIOMETRICS, LLC, *ET AL*,<br> *Defendants*. | § § § § § § § § § § § § | Civil Action No. 6:12-cv-00610-MHS<br><br>(CONSOLIDATED WITH 6:12-CV-499)<br><br>JURY TRIAL DEMANDED |

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a), recognizing the Joint Motion to Dismiss filed by Blue Spike, LLC and Fulcrum Biometrics, LLC ("Fulcrum") pursuant to a settlement of the above-captioned litigation between the parties, it is ordered as follows:

**ORDERED** that the claims asserted herein by Blue Spike, LLC against Fulcrum in Case No. 6:12-cv-610 be, and hereby are, dismissed without prejudice; that the counterclaims and defenses asserted herein by Fulcrum against Blue Spike, LLC in Case No. 6:12-cv-610 be, and hereby are, dismissed without prejudice; and that the parties shall bear their own attorney's fees, expenses and costs.