# EXHIBIT B



Quizzes & Games  Word of the Day  Video  New Words  My Favorites

New!
**Spanish Central** ▶

presenting

present                                                   Save    Popularity

3 ENTRIES FOUND:

**present**
antigen-presenting cell
re-present

Sponsored Links                                              Advertise Here

**Know Where You Stand**
Monitor your credit. Manage your future. Equifax Complete™...
www.equifax.com

¹**pres·ent**      *noun*    \'pre-zᵊnt\

**Definition of PRESENT**                                     g+1

: something *presented* : GIFT

**Origin of PRESENT**

Middle English, from Anglo-French, from *presenter*

First Known Use: 13th century

**Rhymes with PRESENT**

bezant, peasant, pheasant, pleasant

²**pre·sent**      *verb*    \pri-'zent\

: to give something to someone in a formal way or in a ceremony

: to formally talk about (something you have written, studied, etc.) to a group of people

: to make (something) available to be used or considered

**Full Definition of PRESENT**

*transitive verb*

1  **a** (1) **:** to bring or introduce into the presence of someone especially of superior rank or status (2) **:** to introduce socially

   **b :** to bring (as a play) before the public

2  **:** to make a gift to

3  **:** to give or bestow formally

4  **a :** to lay (as a charge) before a court as an object of inquiry

   **b :** to bring a formal public charge, indictment, or presentment against

5  **:** to nominate to a benefice

6  **a :** to offer to view : SHOW

   **b :** to bring to one's attention <this *presents* a problem>

7  **:** to act the part of : PERFORM

8  **:** to aim, point, or direct (as a weapon) so as to face something or in a particular direction

*intransitive verb*

1  **:** to present a weapon

**2** **:** to become manifest

**3** **:** to come forward as a patient

**4** **:** to make a presentation

— pre·sent·er *noun*

 See present defined for English-language learners »

### Examples of PRESENT

He *presented* the queen with a diamond necklace.

He was *presented* with a medal at the ceremony.

She *presented* a check for $5,000 to the charity.

The scientist *presented* his results to the committee.

She will be *presenting* a paper on methods for teaching ESL at the conference.

What time will you be *presenting*?

An offer was *presented* for our consideration.

The Main Street Theater Company is *presenting* Shakespeare's *Othello* next month.

The museum is *presenting* an exhibition of paintings by Monet.

### Origin of PRESENT

Middle English, from Anglo-French *presenter,* from Latin *praesentare,* from *praesent-, praesens,* adjective

First Known Use: 14th century

### Related to PRESENT

Synonyms
 carry, give, mount, offer, stage, come out with

[+] more

 See Synonym Discussion at give

### Rhymes with PRESENT

absent, accent, Advent, anent, ascent, assent, augment, besprent, cement, comment, consent, content, convent, descent, detent, d bent, indent, intent, invent, lament, loment, low-rent, mordent, outspent, percent, pigment, portent, prevent, pup tent, quitrent, rack-rent, relent, repent, resent, segment, Shymkent, Tashkent, torment, well-meant, wisent

## ³pres·ent    *adjective*   \ˈpre-zᵊnt\

: not past or future : existing or happening now

—used to say what someone or something is now

: at the particular place or event that is being referred to

### Full Definition of PRESENT

**1** **:** now existing or in progress

**2** **a** **:** being in view or at hand

  **b** **:** existing in something mentioned or under consideration

**3** **:** constituting the one actually involved, at hand, or being considered

**4** **:** of, relating to, or constituting a verb tense that is expressive of present time or the time of speaking

**5** *obsolete* **:** ATTENTIVE

**6** *archaic* **:** INSTANT, IMMEDIATE

— pres·ent·ness *noun*

 See present defined for English-language learners »

### Examples of PRESENT

The game has existed in its *present form* for more than 300 years.

<I am very busy at the *present* moment.>

### Origin of PRESENT

Middle English, from Anglo-French, from Latin *praesent-, praesens,* from present participle of *praeesse* to be before one, from *prae-* pre- + *esse* to be — more at IS

First Known Use: 14th century

### Related to PRESENT

Synonyms
current, extant, immediate, instant, ongoing, present-day

Antonyms
absent, away, missing, out

[+] more

## ⁴pres·ent    *noun*    \'pre-zᵊnt\

### Definition of PRESENT

**1  a** *obsolete* **:** present occasion or affair

**b** *plural* **:** the present words or statements; *specifically* **:** the legal instrument or other writing in which these words are used

**2  a :** the present tense of a language

**b :** a verb form in the present tense

**3 :** the present time

— **at present**
**:** at or during this time **:** NOW

### First Known Use of PRESENT

14th century

## pre·sent    *transitive verb*    \pri-'zent\    *(Medical Dictionary)*

### Medical Definition of PRESENT

**:** to show or manifest <patients who *present* symptoms of malaria>

*intransitive verb*

**1  a :** to become manifest <Lyme disease often *presents* with erythema migrans, fatigue, fever, and chills>

**b :** to come forward as a patient <he *presented* with grossly swollen ankles and large varicose veins—T. E. Greene>

**2 :** to become directed toward the opening of the uterus— used of a fetus or a part of a fetus <babies which *present* by breech—*Year Book of Obstetrics & Gynecology*>

### Learn More About PRESENT

Thesaurus: All synonyms and antonyms for "present"
Spanish Central Translation: "present" in Spanish
Britannica.com: Encyclopedia article about "present"

**Browse**

Next Word in the Dictionary: presentable
Previous Word in the Dictionary: presension
All Words Near: present

**❝ Seen & Heard ❞**

What made you want to look up *present*? Please tell us where you read or heard it (including the quote, if possible).