# EXHIBIT C



USE CASES    PRODUCTS & SERVICES    ABOUT    DEVELOPERS    SUPPORT    CONTACT

# Executive Team



**Vance Ikezoye, President and CEO**

With foresight to the burgeoning ease of accessing digital media, Vance Ikezoye co-founded Audible Magic in 1999, recognizing the growing need for digital copyright tracking, monetization and management. As president and chief executive officer for Audible Magic, Mr. Ikezoye applies a wealth of technical, sales and marketing experience and holds several key patents. Mr. Ikezoye began his career at Hewlett-Packard, where he served in various sales, marketing and technical positions within the computer systems and medical products businesses over a 13-year period. From there, Mr. Ikezoye joined Trade Reporting and Data Exchange Inc., a venture capital funded start-up, where over five years he held the titles of vice president sales, marketing and international business development. While there, Mr. Ikezoye developed major worldwide distribution channels and focused on operations that helped increase global revenues. Mr. Ikezoye holds a bachelor's degree in engineering from U.C. Berkeley and an MBA from the University of Pennsylvania, Wharton School.



**Jim Schrempp, Vice President of Technology**

Jim Schrempp currently oversees creative product and technology development for Audible Magic and holds several patents that are key to the company's core technology. Before co-founding Audible Magic, Mr. Schrempp was a 19-year veteran of Hewlett-Packard, where he managed system-software development for the company's $1 billion mid-range computer-systems business unit. Under his purview was the R&D team responsible for HP's proprietary relational database management system. He also oversaw the development of benchmarks that predict performance and provide tuning recommendations for new system hardware and software products. During his tenure, Mr. Schrempp also held other management-level positions within the commercial business computer systems organization. He holds a Bachelor of Science degree in computer science from California Polytechnic State University, San Luis Obispo.



**Curt Dowdy, Vice President of Marketing and Client Services**

Curt Dowdy leads product management, marketing and client services for Audible Magic. With experience spanning technology and media industries, Curt first established a distinguished career at Hewlett-Packard. There he directed business strategies, strategic partnerships, product development and marketing across a range of market-leading products and services, which included personal computers, servers, printers and Internet services.  In a corporate development role, he spearheaded and managed $20 million in investment capital placed with three cloud-pioneering startups that each survived recession and produced successful investor exits. Curt went on to co-found an Internet-based news syndicate that became the primary content provider to Reuters Green Business News Service, reaching over 10 million unique readers per month.  Curt has also been a venture consultant and advisor assisting companies ranging from startups to enterprises as large as AT&T to assess and develop new market opportunities.  Never shying away from diverse challenges, Curt additionally produced and directed documentary films covering mountaineering expeditions in the Himalayas.



**Rob Williams, Vice President of Systems and Operations**

Rob Williams has more than 28 years of product development, customer support, professional services, and major account management experience. He has built teams from the ground up and has managed hundreds of employees across geographically dispersed organizations. Mr. Williams has led product development teams at leading electronic commerce companies that powered some of the largest electronic exchanges around the world. More recently, he was vice president of product development at Neoforma/GHX, a leading provider of online

applications and services to buyers and sellers of healthcare products. Previously, he was a vice president of product development at Commerce One, a pioneer in secure XML based electronic commerce exchanges. Mr. Williams began his career at Hewlett-Packard, following time spent focusing on the electrical engineering and computer science program at U.C. Berkeley.



**Erling Wold, Chief Scientist**

Erling has over 25 years experience in audio and video identification, audio signal processing, and network appliances. He is the principal inventor of Audible Magic's digital fingerprinting and its search and retrieval technology. Prior to Audible Magic, Erling was Chief Engineer with Yamaha Music Technologies where he did research on the analysis and synthesis of audio, musical instruments, nanotechnology, distributed objects, and graphical user interfaces. He has been awarded many patents covering his work at the boundaries of computers and media. Erling holds a BS degree from the California Institute of Technology in EECS, as well as a Masters and PhD in Electrical Engineering from the University of California, Berkeley, working on algorithms and computer architectures for sound separation, FFTs, and stochastic sampling. He has published a wide range of papers in Signal Processing, Computer Architecture and Computer Graphics. Erling is also a respected composer of operas and orchestral and electronic works that have been performed across the US and Europe, giving him a real world connection to the rapidly changing world of music publishing, recording and marketing.

# Board Of Directors

## Timothy Tomlinson

As a co-founder and partner in the firm of Tomlinson Zisko, LLP, Timothy Tomlinson specialized in emerging technologies. Under his leadership the law firm grew to over 20 lawyers and was a full service provider of legal services to high technology Silicon Valley companies. In 2007, Greenberg Traurig, LLP, acquired Tomlinson Zisko and Mr. Tomlinson became Counsel to Greenberg Traurig. Mr. Tomlinson's areas of expertise include mergers and acquisitions, joint ventures, venture funding, corporate transactions and corporate finance. He is the author of numerous articles on insider trading, was a member of the ABA committee that assisted in the amendment of the SEC Rules relating to Section 16 of the 1934 Act and co-authored Tomlinson Zisko's Audit Committee Handbook. Mr. Tomlinson has served on the boards of several public companies, serving as Chairman or a member of their audit committees. He presently sits on the Board of Directors for VeriSign, where he also serves on the compensation and governance committees. Mr. Tomlinson holds an AB degree in Economics, an MA in History, and both MBA and JD degrees, all conferred from Stanford University. He is a member of the State Bar of California.

**Robert A. Stengel**

Rob Stengel is a principal of Continental Consulting Group, LLC, a media-consulting firm headquartered in Boston, MA. He advises media companies on acquisitions, business development, new network creation, and distribution strategies. Prior to forming CCG, Mr. Stengel was senior vice-president for programming and advertising for Continental Cablevision Inc. and its successor company, MediaOne Group. In that capacity he was responsible for business dealings with cable networks, broadcasting companies and networks, sports leagues, and the Hollywood studios. During his time at Continental/MediaOne, Mr. Stengel served on several boards of directors including E! Entertainment Television, Outdoor Life Network, Speedvision, The Golf Channel, The Food Network, and Music Choice network. More recently he has served on the boards of Resorts Sports Network (RSN), American Public Television, and DataTV Networks. He has served as an advisor to such media firms as ESPN, Comcast Corp, DirecTV, MTV Networks, Discovery Communications, Scripps TV Networks, and Turner Broadcasting. Mr. Stengel is a graduate of Tufts University.

**Robert D. Williams**

Robert Williams began his entrepreneurial career as the co-founder and associate publisher of The Real Paper, a weekly newspaper published in Boston in the 1970′s. He then went on to found National Cable Advertising ("NCA") in 1981, which he later merged with Katz Media to create National Cable Communications in 1995. He oversaw National Cable's growth from inception to 14 offices with 225 employees and over $200 Million in annual sales. Mr. Williams co-founded National Public Broadcasting, now National Public Media, in 1997 where he served as president and CEO. In 2007, he co-founded eMediaRep, which provides digital advertising solutions to national marketers and Invitation TV, which develops and implements interactive television applications.

**Rick Phillips**

Rick Phillips is a global business leader and media and technology expert with more than 20 years of experience driving revenue growth and building asset value in the Americas, Europe, and Asia. He has repeatedly designed, built and reshaped both large global businesses and early-stage companies to accelerate growth and profitability. He has a strong interest in and acumen for building very early-stage companies. Phillips has been a senior executive at some of America's leading media and technology companies including Microsoft Corporation; Gemstar/TV Guide International, Inc.; MGM; Liberty Global; Liberty Media Corporation; and The Walt Disney Company. He is currently serving on the board of Huvi, a start-up that is developing secondary markets for all forms of media. Mr. Phillips holds an MBA from The Wharton School and a Bachelor of Arts from Harvard College.

# Advisors

**Justin W. Lilley**

In 2003, Justin W. Lilley founded the TeleMedia Policy Corp., which specializes in policy consulting for domestic and international companies in the telecom, media, and e-commerce sectors, including cable operators, wireless carriers, record companies, video game companies, and more. Before he launched the TeleMedia Policy Corp., Mr. Lilley served as senior vice president for government affairs at Bertelsmann, as well as vice president for government relations for News Corporation. Mr. Lilley also served as Republican counsel and staff member to the House Energy and Commerce Committee. In his decade-long service, Mr. Lilley advised committee members and their staff on a wide range of telecommunications, media, copyright,

and e-commerce issues. He also sits on the boards of directors for Singapore Technologies Telemedia and iMapData. Mr. Lilley has a Bachelor of Arts degree in Economics and Religion from Trinity College, a graduate degree in International Relations from the London School of Economics, and a law degree from Catholic University.

**Dr. Daniel J. Julius**

Dan Julius is the Executive Director of the Levin Institute in New York City which is affiliated with the State University of New York. He is also an affiliated faculty member at Cornell University and a Visiting Scholar at the University of California Berkeley. His areas of expertise are higher education administration, marketing, strategic planning and innovation and entrepreneurship. Prior to moving to the Levin Institute, he was the Vice President for Academic Affairs and Research for the University of Alaska System of Higher Education, Provost and Vice President for Academic Affairs at Benedictine University in Illinois, Associate Vice President for Academic Affairs at the University of San Francisco, Assistant Vice Chancellor for Faculty and Staff Relations at the California State University System, Director of Personnel Services for the Vermont State College System, and served as Director of the Institute for Higher Education at Columbia University, Teachers College. Dr. Julius has been a lecturer in the business and management schools of the University of California, Stanford University, the University of New Hampshire, Columbia University and SUNY Albany, a visiting faculty member in Canada, Spain, France, Switzerland, Malaysia, the Sultanate of Oman, Israel, and the People's Republic of China, and a member of numerous accreditation teams throughout the U.S. and in the Middle East. He continues to serve as a management consultant to a variety of companies engaged in business partnerships with colleges and universities. Dr. Julius received an undergraduate degree from The Ohio State University, attended Cornell University for graduate coursework, holds two degrees from Columbia University and engaged in advanced studies as a Visiting Scholar at Stanford University.



**MENU**
Home
Use Cases
Products & Services
About

Careers
Developers
Support
Contact



**FOLLOW US**

Copyright 2014 Audible Magic.

*Audible Magic, CopySense, Global Rights Registry, and RepliCheck are all trademarks or registered trademarks of the Audible Magic Corporation.*



USE CASES    PRODUCTS & SERVICES    ABOUT    DEVELOPERS    SUPPORT    CONTACT

# About Audible Magic

Our mission is to deliver the most trusted and accurate automatic content recognition (ACR) technology and solution services on the market.

Audible Magic was founded in 1999 to enable a radically new user experience with a breakthrough audio identification technology. Audible Magic pioneered the use of Automatic Content Recognition (ACR) in a range of applications. From content identification to media synchronization, Audible Magic's technology is now used by major corporations around the globe, as well as by small, independent mobile app developers.

In 2000 Audible Magic acquired the Muscle Fish LLC consulting group, bringing the core fingerprinting technology in-house. Over the years Audible Magic has been granted 28 patents across the U.S. and Europe. This strong focus on intellectual property creation and protection, plus a keen focus on performance and customer satisfaction has kept Audible Magic the leader in the ACR marketplace.

Innovation is the heart of who we are. Talk with us about how you need to innovate and we will do it with you.

# Why Audible Magic?

• Audible Magic is the leader in the automated identification of audio and visual content for web publishers and social networks. Our content identification systems have been in production for years and are currently processing transactions for major customers such as Facebook, Vimeo, Verizon Wireless, Verizon Broadband, Myspace, Metacafe, Viacom/MTV, AOL, Brightcove, Veoh, Soundcloud, and Daily Motion.

• Audible Magic has a proven and scalable infrastructure supporting millions of transactions every day for customers who have stringent requirements for uptime and response time. Our delivered service levels are driven by the needs of our customers to reliably respond to massive volumes of user uploads.

• Audible Magic is the de-facto standard for identification of music for compliance/rights with content registered by the major labels (UMG, Sony, Warner, EMI) and the major music aggregators/associations (Orchard, IODA, IRIS, Merlin), which manage content from thousands of independent labels and artists. Our database contains tens of millions of songs, is populated by the majors pre-release, and contains rights/business rule information including geographic rights and provides differentiation between owned and distributed content.

• Audible Magic has built content relationships with the major studios, including NBCU, Fox, Viacom/MTV, Warner Bros, Sony Pictures, and Disney/ABC. Our database contains hundreds of thousands of titles including TV and film content, much of the new content is registered with Audible Magic pre-release/pre-broadcast. There is no cost of registration so most of our customers just refer content owners to Audible Magic and we take care of the rest.

• Together between music, motion picture, TV program and TV advertising content, we add on average over 250,000 new titles to our identification databases each month.

• The anti-piracy operations of the RIAA and IFPI use Audible Magic identification services.

• Our customers are the major players among websites, social networks, network operators, and digital services. We do not pay nor are we paid by the content owners. Many of the companies in the industry derive significant revenue by crawling our customers sites on behalf of the content owners and issuing take down notices. We believe it is difficult to serve two masters.

• We pride ourselves in the fact that every one of our customers is a reference. We work hard to ensure that. We would be pleased to provide contacts for your due diligence.

**MENU**

Home
Use Cases
Products & Services
About
Careers
Developers
Support
Contact

**FOLLOW US**



Copyright 2014 Audible Magic.

*Audible Magic, CopySense, Global Rights Registry, and RepliCheck are all trademarks or registered trademarks of the Audible Magic Corporation.*