# EXHIBIT D

INTERNET ARCHIVE WaybackMachine
http://www.clango.com/ Go
84 captures
31 Aug 00 - 17 May 14
JUL AUG NOV Close
1999 31 2000 2001 Help

## What is clango?

clango is a cool new service that tells you the exact name, artist, and album of any music you listen to over the internet, all for FREE!

Tell a Friend

**More about clango**

---

**Download clango**
Download clango software for free!

**Technical Support**
Get help on clango.

**Feedback**
Send us feedback on clango.

**Privacy Statement**
View the privacy policies of Audible Magic, the makers of clango.

**clango System Status**

**About Audible Magic**
Learn about the company behind clango.

Copyright© 2000 Audible Magic Corporation

