**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:12-CV-499-MHS |
| | § | LEAD CASE |
| CLEAR CHANNEL BROADCASTING, INC., | § | |
| | § | Case No. 6:12-CV-595-MHS |
| Defendant. | § | CONSOLIDATED CASE |
| | § | |
| | § | |
| | § | |

**DEFENDANT CLEAR CHANNEL BROADCASTING, INC.'S
<u>NOTICE OF COMPLIANCE</u>**

Pursuant to the Court's March 6, 2014 Scheduling and Discovery Order (Dkt. 1332), Defendant Clear Channel Broadcasting, Inc., hereby files this Notice of Compliance regarding service of its Preliminary Election of Prior Art (Dkt. 1332, ¶ 6) upon Plaintiff's counsel via electronic mail on today's date.


Dated: August 22, 2014                          */s/ Ryan K. Yagura*
_____

Ryan K. Yagura
ryagura@omm.com  - TX S.B. #240755933
Nicholas J. Whilt
nwhilt@omm.com – CA S.B. #247738
O' MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071-2899
Telephone:  (213) 430-6000
Facsimile:  (213) 430-6407

Sarah A. Pfeiffer
spfeiffer@omm.com – CA S.B. #278205
O'MELVENY & MYERS LLP
610 Newport Center Drive
Newport Beach, California 92660
Telephone:  (949) 823-6900
Facsimile:  (949) 823-6994

*Attorneys for Clear Channel Broadcasting, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 22, 2014, all counsel of record who have consented to electronic service were served with a copy of this document via the Court's ECF system, pursuant to Local Rule CV-5(a)(3).

*/s/ Ryan K. Yagura*
Ryan K. Yagura