# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **BLUE SPIKE, LLC,** *Plaintiff,* v. **TEXAS INSTRUMENTS, INC.,** *Defendant.* | Civil Action No. 6:12-CV-499-MHS (LEAD CASE) JURY TRIAL DEMANDED |
| **BLUE SPIKE, LLC,** *Plaintiff,* v. **3M COGENT, INC.,** *Defendant.* | Civil Action No. 6:12-CV-685-MHS (CONSOLIDATED CASE) |

## DEFENDANT 3M COGENT, INC.'S, REQUEST FOR TERMINATION OF ELECTRONIC NOTICES

Pursuant to Local Rule CV-11(f), Robert F. Kramer, C. Gideon Korrell and Andrew Blair, of the law firm of Dentons US LLP, request that the Clerk of this Court remove their names from the list of persons authorized to receive electronic notices in this case.

Date: August 25, 2014

Respectfully submitted,

*/s/ Robert F. Kramer*
Robert F. Kramer (*admitted E.D. Tex.*)
CA State Bar No. 181706
robert.kramer@dentons.com

1

        C. Gideon Korrell (*admitted E.D. Tex.*)
        CA State Bar No. 284890
        gideon.korrell@dentons.com
        Andrew Blair (*admitted pro hac vice*)
        CA State Bar No. 278005
        andy.blair@dentons.com
        DENTONS US LLP
        1530 Page Mill Road, Suite 200
        Palo Alto, CA 94304
        Telephone: (650) 798-0300
        Facsimile: (650) 798-0310

        ATTORNEYS FOR DEFENDANT
        3M COGENT, INC.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 25, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

      /s/ *Robert F. Kramer*
      Robert F. Kramer