# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 6:12-CV-499 |
| vs. | § | |
| | § | (LEAD CASE) |
| TEXAS INSTRUMENTS, INC. et al., | § | |
| Defendants. | § | JURY TRIAL DEMANDED |

## ORDER GRANTING DEFENDANTS' OPPOSED MOTION TO EXCEED PAGE LIMITS FOR THEIR RESPONSIVE CLAIM CONSTRUCTION BRIEF

Having considered Defendants' Opposed Motion to Exceed Page Limits for Their Responsive Claim Construction Brief, the Court hereby GRANTS the Motion.

It is therefore ORDERED that Defendants may file a Responsive Claim Construction Brief up to and including 45 pages.