IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC.,<br><br>  Defendant. | Civil Action No.: 6:12-cv-00499-MHS<br><br>JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC,<br><br>  Plaintiff,<br><br>V.<br><br>IPHARRO MEDIA, INC. & IPHARRO MEDIA GMBH<br><br>  Defendants. | Civil Action No.: 6:12-cv-00502-MHS<br><br>(Consolidated with 6:12-cv-499-MHS and closed)<br><br>JURY TRIAL DEMANDED |

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a), recognizing the Joint Motion to Dismiss filed by Blue Spike, LLC and iPharro Media, Inc. and iPharro Media GMBH (collectively "iPharro") pursuant to a settlement of the above-captioned litigation between the parties, it is ordered as follows:

**ORDERED** that the claims asserted herein by Blue Spike, LLC against iPharro be, and hereby are, dismissed without prejudice; that the counterclaims and defenses asserted herein by iPharro against Blue Spike, LLC be, and hereby are, dismissed without prejudice; and that the parties shall bear their own attorney's fees, expenses and costs.

It is SO ORDERED.

SIGNED this 26th day of August, 2014.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE