# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **BLUE SPIKE, LLC,**<br><br>          Plaintiff,<br><br>v.<br><br>**TEXAS INSTRUMENTS, INC.,**<br><br>          Defendant. | Civil Action No.: 6:12-cv-00499-MHS<br><br>JURY TRIAL DEMANDED |
| **BLUE SPIKE, LLC,**<br><br>          *Plaintiff*,<br><br>v.<br><br>**FULCRUM BIOMETRICS, LLC and NEUROTECHNOLOGY**<br><br>          *Defendants*. | Civil Action No. 6:12-CV-610-MHS<br><br>(CONSOLIDATED WITH 6:12-CV-499)<br><br>JURY TRIAL DEMANDED |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), recognizing the Joint Motion to Dismiss filed by Blue Spike, LLC and NEUROtechnology pursuant to a settlement of the above-captioned litigation between the parties, it is ordered as follows:

**ORDERED** that the claims asserted herein by Blue Spike, LLC against NEUROtechnology be, and hereby are, dismissed without prejudice; that the counterclaims and defenses asserted herein by NEUROtechnology against Blue Spike, LLC be, and hereby are, dismissed without prejudice; and that the parties shall bear their own attorney's fees, expenses and costs.

It is SO ORDERED.

SIGNED this 26th day of August, 2014.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE