UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Blue Spike, LLC, | § |
| *Plaintiff,* | § CASE NO. 6:12-cv-499-MHS-CMC |
| v. | § LEAD CASE |
| TEXAS INSTRUMENTS, INC., et al., | § Jury Trial Demanded |
| *Defendants.* | § |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF
TIME TO RESPOND TO ZVETCO, LLC'S
MOTION FOR SUMMARY JUDGMENT**

BEFORE THE COURT is Plaintiff Blue Spike, LLC ("Blue Spike") Unopposed Motion for Extension of Time to Respond to Zvetco, LLC's Motion for Summary Judgment (Dkt. No. 1676) ("Motion"). The Court, having noted that the relief requested in unopposed, is of the opinion that the Motion should be granted.

IT IS ORDERED that Plaintiff Blue Spike, LLC shall have until September 8, 2014 to respond to the Motion (Dkt No. 1676).

**SIGNED this 27th day of August, 2014.**

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE