UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Blue Spike, LLC,<br><br>　　*Plaintiff*,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC., et al.,<br><br>　　*Defendants*. | CASE NO. 6:12-cv-499-MHS-CMC<br><br>LEAD CASE<br><br>Jury Trial Demanded |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT CLEAR CHANNEL BROADCASTING INC'S SEALED MOTION FOR LEAVE TO AMEND ITS ANSWER**

Plaintiff Blue Spike, LLC ("Blue Spike") respectfully moves the Court for an extension of time within which to respond to Clear Channel Broadcasting, Inc.'s Motion for leave to amend its answer (Dkt. No. 1668) ("Motion for Leave").

Blue Spike's deadline to file respond to the Motion for Leave was August 22, 2014. Blue Spike requests an extension of time of until August 27, 2014 to respond to the Motion for Leave. Counsel for Blue Spike has conferred with counsel for Defendant, and Defendant is unopposed to this request for extension of time.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ Randall T. Garteiser
　　　　　　　　　　　　　　　　　　　Randall T. Garteiser
　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24038912
　　　　　　　　　　　　　　　　　　　　rgarteiser@ghiplaw.com

1

    Christopher A. Honea
     Texas Bar No. 24059967
     chonea@ghiplaw.com
    Christopher S. Johns
     Texas Bar No. 24044849
     cjohns@ghiplaw.com
    Kirk J. Anderson
     California Bar No. 289043
    Peter S. Brasher
     California Bar No. 283992
    **GARTEISER HONEA, P.C.**
    218 N. College Ave.
    Tyler, Texas 75702
    Telephone:  (903) 705-7420
    Facsimile:  (888) 908-4400

    *Counsel for Blue Spike, LLC*

**Certificate of Service**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email.

   /s/ Randall T. Garteiser