UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Blue Spike, LLC, | § |
| *Plaintiff*, | §  CASE NO. 6:12-cv-499-MHS-CMC |
| v. | §  LEAD CASE |
| TEXAS INSTRUMENTS, INC., et al., | §  Jury Trial Demanded |
| *Defendants*. | § |

**ORDER DENYING DEFENDANT CLEAR CHANNEL
BROADCASTING, INC.'S MOTION FOR
LEAVE TO AMEND [DKT. 1668]**

BEFORE THE COURT is Defendant Clear Channel Broadcasting, Inc.'s ("Clear Channel's") Opposed Motion for Leave to Amend its Answer to the Complaint (Dkt. No. 1668) ("Motion for Leave"). The Court, having considered Defendant's motion and supporting papers and Plaintiff Blue Spike, LLC's opposition and supporting papers is of the opinion that Defendant's Motion for Leave should be denied.

IT IS ORDERED.