# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC<br>    *Plaintiff,*<br>         v.<br>TEXAS INSTRUMENTS, INC.<br>    *Defendant.* | Civil Action No. 6:12-cv-499 [LED]<br>**LEAD CASE**<br>**Jury Trial Demanded** |
| BLUE SPIKE, LLC<br>    *Plaintiff,*<br>         v.<br>SHAZAM ENTERTAINMENT LTD.,<br>    *Defendant.* | Civil Case No. 6:12-cv-00500<br>(CONSOLIDATED WITH 6:12-CV-499)<br>**Jury Trial Demanded** |
| SHAZAM ENTERTAINMENT LTD.,<br><br>    *Defendant,*<br><br>         v.<br><br>BLUE SPIKE, LLC, BLUE SPIKE, INC.<br>and SCOTT A. MOSKOWITZ<br><br>    *Counterclaim Defendants.* | |

**DEFENDANT SHAZAM ENTERTAINMENT LIMITED'S
NOTICE OF COMPLIANCE**

Pursuant to the Court's March 6, 2014 Scheduling and Discovery Order (Dkt. 1332), Defendant Shazam Entertainment Limited, caused to be served its Preliminary Election of Prior Art upon counsel for Plaintiff via electronic mail on August 22, 2014.

<table>
<tr><td>Date:  August 29, 2014</td><td>Respectfully submitted,<br><br>/s/  Anne Champion</td></tr>
<tr><td>Josh A. Krevitt<br>NY Bar No. 2568228<br>jkrevitt@gibsondunn.com<br>Benjamin Hershkowitz<br>NY Bar No. 2600559<br>bhershkowitz@gibsondunn.com<br>R. Scott Roe<br>NY Bar No. 4480224<br>sroe@gibsondunn.com<br>Anne Champion<br>NY Bar No. 4425237<br>achampion@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166<br>Ph. 212.351.4000<br>Fax: 212.351.6210</td><td>Michael E. Jones<br>State Bar No. 10929400<br>mikejones@potterminton.com<br>Allen F. Gardner<br>State Bar No. 24043679<br>allengardner@potterminton.com<br>POTTER MINTON<br>A Professional Corporation<br>110 N. College, Suite 500<br>Tyler, TX 75702<br>Tel: 903.597.8311<br>Fax: 903.593.0846<br><br><br><br><br><br><br>*Counsel for Defendant*<br>*Shazam Entertainment Limited*</td></tr>
</table>

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel for Blue Spike, LLC has been served with a copy of the foregoing document via electronic mail on August 29, 2014.

Dated:  August 29, 2014              /s/ Anne Champion
                                      Anne Champion (N.Y. Bar No.  4425237)

2