UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Blue Spike, LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> TEXAS INSTRUMENTS, INC., et al., <br><br> *Defendants.* | CASE NO. 6:12-cv-499-MHS-CMC <br><br> LEAD CASE <br><br> Jury Trial Demanded |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS SMRTV, INC.'S AND THE NIELSEN COMPANY LLC'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff Blue Spike, LLC ("Blue Spike") respectfully moves the Court for an extension of time within which to respond to SMRTV, Inc.'s ("SMRTV") and The Nielsen Company, LLC's ("Nielsen") Motion for Summary Judgment (Dkt. No. 1687) ("Motion").

Blue Spike's deadline to file respond to the Motion is September 2, 2014. Blue Spike requests an extension of time until September 15, 2014 to respond to the Motion. Counsel for Blue Spike, SMRTV, and Nielsen agree that SMRTV and Nielsen do not oppose this request for extension of time and, in return, Blue Spike will not conduct discovery related to the Motion during the extension and will not seek relief under Fed. R. Civ. Pro. 56(d) related to the Motion.

Respectfully submitted,

<u>/s/ Randall T. Garteiser</u>
Randall T. Garteiser
  Texas Bar No. 24038912
  rgarteiser@ghiplaw.com
Christopher A. Honea
  Texas Bar No. 24059967
  chonea@ghiplaw.com
Christopher S. Johns
  Texas Bar No. 24044849
  cjohns@ghiplaw.com
Kirk J. Anderson
  California Bar No. 289043
Peter S. Brasher
  California Bar No. 283992
**GARTEISER HONEA, P.C.**
218 N. College Ave.
Tyler, Texas 75702
Telephone:  (903) 705-7420
Facsimile:  (888) 908-4400

***Counsel for Blue Spike, LLC***

## Certificate of Service

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email.

   /s/ Randall T. Garteiser