IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC.,<br><br>    Defendant. | Civil Action No.: 6:12-cv-00499-MHS-CMC<br><br>JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC,<br><br>    PLAINTIFF,<br><br>v.<br><br>DERMALOG IDENTIFICATION SYSTEMS, GMGH, ET AL,<br><br>    DEFENDANT. | Case No. 6:13-cv-00053-MHS<br>(Consolidated with 6:12-cv-499-MHS-CMC and closed)<br><br>JURY TRIAL DEMANDED |

## JOINT STIPULTION OF DISMISSAL

NOW COME, Plaintiff Blue Spike, LLC, and Defendant Fulcrum Biometrics, LLC ("Fulcrum"), by and through their respective attorneys, hereby stipulate and agree as follows:

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Blue Spike, LLC stipulates to the dismissal without prejudice of all claims and causes of action asserted in Case No. 6:12-cv-53 against Fulcrum, and Fulcrum stipulates to the dismissal without prejudice of all counterclaims and defenses asserted in Case No. 6:12-cv-53 against Blue Spike, LLC. The parties shall bear their own attorneys' fees, expenses and

costs.

Dated:  September 2, 2014

By: ___/s/ Randall T. Garteiser_____  
 Randall T. Garteiser  
  Lead Attorney  
  Texas Bar No. 24038912  
  rgarteiser@ghiplaw.com  
Christopher A. Honea  
  Texas Bar No. 24059967  
  chonea@ghiplaw.com  
Christopher S. Johns  
  Texas Bar No. 24044849  
  cjohns@ghiplaw.com  
Kirk J. Anderson  
  California Bar No. 289043  
Peter S. Brasher  
  California Bar No. 283992  
GARTEISER HONEA, P.C.  
218 North College Avenue  
Tyler, Texas 75702  
(903) 705-0828  
(903) 526-5477 fax  

*ATTORNEYS FOR BLUE SPIKE, LLC*

By: ___/s/ Eric H. Findlay_____  
 Eric Hugh Findlay  
  Texas Bar No. 00789886  
  efindlay@findlaycraft.com  
 Walter W. Lackey, Jr.  
  Texas Bar No. 24050901  
  wlackey@findlaycraft.com  
FINDLAY CRAFT, P.C.  
102 North College Ave. Ste. 900  
Tyler, Texas 75702  
(903) 534-1100  
(903) 534-1137 fax  

*ATTORNEYS FOR FULCRUM BIOMETRICS, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email.

      /s/ Eric H. Findlay
Eric H. Findlay