IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>PLAINTIFF,<br><br>V.<br><br>TEXAS INSTRUMENTS, INC., ET AL.,<br><br>DEFENDANTS. | Civil Action No.: 6:12-cv-00499-MHS-CMC<br><br>JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC,<br><br>PLAINTIFF,<br><br>V.<br><br>BIOMETRIKA, S.R.L., ET AL.,<br><br>DEFENDANTS. | 6:13-cv-00045-MHS<br>(Consolidated with 6:12-cv-499-MHS-CMC and closed)<br><br>JURY TRIAL DEMANDED |

## JOINT STIPULATION OF DISMISSAL

NOW COME, Plaintiff Blue Spike, LLC, and Defendant Fulcrum Biometrics, LLC ("Fulcrum"), by and through their respective attorneys, hereby stipulate and agree as follows:

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Blue Spike, LLC stipulates to the dismissal without prejudice of all claims and causes of action asserted in Case No. 6:13-cv-45 against Fulcrum, and Fulcrum stipulates to the dismissal without prejudice of all counterclaims and defenses asserted in Case No. 6:13-cv-45 against Blue Spike, LLC. The parties shall bear their own attorneys' fees, expenses and

costs.

Dated: September 2, 2014

| | |
|---|---|
| By:   /s/ Randall T. Garteiser<br>Randall T. Garteiser<br> Lead Attorney<br> Texas Bar No. 24038912<br> rgarteiser@ghiplaw.com<br>Christopher A. Honea<br> Texas Bar No. 24059967<br> chonea@ghiplaw.com<br>Christopher S. Johns<br> Texas Bar No. 24044849<br> cjohns@ghiplaw.com<br>Kirk J. Anderson<br> California Bar No. 289043<br>Peter S. Brasher<br> California Bar No. 283992<br>GARTEISER HONEA, P.C.<br>218 North College Avenue<br>Tyler, Texas 75702<br>(903) 705-0828<br>(903) 526-5477 fax<br><br>***ATTORNEYS FOR BLUE SPIKE, LLC*** | By:   /s/ Eric H. Findlay<br>Eric Hugh Findlay<br> Texas Bar No. 00789886<br> efindlay@findlaycraft.com<br>Walter W. Lackey, Jr.<br> Texas Bar No. 24050901<br> wlackey@findlaycraft.com<br>FINDLAY CRAFT, P.C.<br>102 North College Ave. Ste. 900<br>Tyler, Texas 75702<br>(903) 534-1100<br>(903) 534-1137 fax<br><br>***ATTORNEYS FOR FULCRUM BIOMETRICS, LLC*** |

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email.

    /s/ Eric H. Findlay
Eric H. Findlay