**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** | § § § § § § § § § § § | **Civil Action No.: 6:12-cv-00499-MHS-CMC**<br><br>**JURY TRIAL DEMANDED** |
| **PLAINTIFF,** | | |
| **V.** | | |
| **TEXAS INSTRUMENTS, INC., ET AL.,** | | |
| **DEFENDANTS.** | | |
| **BLUE SPIKE, LLC,** | § § § § § § § § § § § § § | **6:13-cv-00045-MHS**<br>**(Consolidated with 6:12-cv-499-MHS-CMC and closed)**<br><br>**JURY TRIAL DEMANDED** |
| **PLAINTIFF,** | | |
| **V.** | | |
| **BIOMETRIKA, S.R.L.,  ET AL.,** | | |
| **DEFENDANTS.** | | |

**ORDER OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a), recognizing the Stipulation of Dismissal filed by Blue Spike, LLC and Fulcrum Biometrics, LLC ("Fulcrum"), it is ordered as follows:

**ORDERED** that the claims asserted herein by Blue Spike, LLC against Fulcrum in Case No. 6:13-cv-45 be, and hereby are, dismissed without prejudice; that the counterclaims and defenses asserted herein by Fulcrum against Blue Spike, LLC in Case No. 6:13-cv-45 be, and hereby are, dismissed without prejudice; and that the parties shall bear their own attorney's fees, expenses and costs.