IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,**<br><br>        Plaintiff,<br><br>v.<br><br>**TEXAS INSTRUMENTS, INC.,**<br><br>        Defendant. | § § § § § § § § § § § § | Civil Action No.: 6:12-cv-00499-MHS-CMC<br><br>**JURY TRIAL DEMANDED** |
| **BLUE SPIKE, LLC,**<br><br>        PLAINTIFF,<br><br>v.<br><br>**DERMALOG IDENTIFICATION SYSTEMS, GMGH, ET AL,**<br><br>        DEFENDANT. | § § § § § § § § § § § § | Case No. 6:13-cv-00053-MHS<br>(Consolidated with 6:12-cv-499-MHS-CMC and closed)<br><br>**JURY TRIAL DEMANDED** |

## JOINT STIPULTION OF DISMISSAL

NOW COME, Plaintiff Blue Spike, LLC, and Defendant Fulcrum Biometrics, LLC ("Fulcrum"), by and through their respective attorneys, hereby stipulate and agree as follows:

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Blue Spike, LLC stipulates to the dismissal without prejudice of all claims and causes of action asserted in Case No. 6:13-cv-53 against Fulcrum, and Fulcrum stipulates to the dismissal without prejudice of all counterclaims and defenses asserted in Case No. 6:13-cv-53 against Blue Spike, LLC. The parties shall bear their own attorneys' fees, expenses and

1

costs.

Dated: September 2, 2014

By: ___/s/ Randall T. Garteiser___
 Randall T. Garteiser
 Lead Attorney
 Texas Bar No. 24038912
 rgarteiser@ghiplaw.com
Christopher A. Honea
 Texas Bar No. 24059967
 chonea@ghiplaw.com
Christopher S. Johns
 Texas Bar No. 24044849
 cjohns@ghiplaw.com
Kirk J. Anderson
 California Bar No. 289043
Peter S. Brasher
 California Bar No. 283992
GARTEISER HONEA, P.C.
218 North College Avenue
Tyler, Texas 75702
(903) 705-0828
(903) 526-5477 fax

*ATTORNEYS FOR BLUE SPIKE, LLC*

By: ___/s/ Eric H. Findlay___
 Eric Hugh Findlay
 Texas Bar No. 00789886
 efindlay@findlaycraft.com
 Walter W. Lackey, Jr.
  Texas Bar No. 24050901
  wlackey@findlaycraft.com
 FINDLAY CRAFT, P.C.
 102 North College Ave. Ste. 900
 Tyler, Texas 75702
 (903) 534-1100
 (903) 534-1137 fax

*ATTORNEYS FOR FULCRUM BIOMETRICS, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email.

  /s/ Eric H. Findlay  
Eric H. Findlay