# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,**<br><br>        Plaintiff,<br><br>v.<br><br>**TEXAS INSTRUMENTS, INC.,**<br><br>        Defendant. | § § § § § § § § § § § § § | Civil Action No.: 6:12-cv-00499-MHS-CMC<br><br>**JURY TRIAL DEMANDED** |
| **BLUE SPIKE, LLC,**<br><br>        PLAINTIFF,<br><br>v.<br><br>**DERMALOG IDENTIFICATION SYSTEMS, GMGH, ET AL,**<br><br>        DEFENDANT. | § § § § § § § § § § § § § § § | Case No. 6:13-cv-00053-MHS<br>(Consolidated with 6:12-cv-499-MHS-CMC and closed)<br><br>**JURY TRIAL DEMANDED** |

## ORDER OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a), recognizing the Stipulation of Dismissal filed by Blue Spike, LLC and Fulcrum Biometrics, LLC ("Fulcrum"), it is ordered as follows:

**ORDERED** that the claims asserted herein by Blue Spike, LLC against Fulcrum in Case No. 6:13-cv-53 be, and hereby are, dismissed without prejudice; that the counterclaims and defenses asserted herein by Fulcrum against Blue Spike, LLC in Case No. 6:13-cv-53 be, and hereby are, dismissed without prejudice; and that the parties shall bear their own attorney's fees, expenses and costs.