UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § § § | |
| *Plaintiff,* | § § | CASE NO. 6:12-cv-499-MHS-CMC |
| v. | § § | LEAD CASE |
| TEXAS INSTRUMENTS, INC., et al., | § § § | Jury Trial Demanded |
| *Defendants.* | § § § | |

## ORDER

On this day came to be considered Plaintiff Blue Spike, LLC's Unopposed Motion to Withdraw Plaintiff's Motion to Compel Inspection of Defendant Futronic Technology Co. Ltd.'s Source Code (Dkt. No. 1608), and the Court being of the opinion that the same should be GRANTED, it is therefore,

ORDERED, ADJUDGED and DECREED that Plaintiff's Motion to Compel Inspection of Defendant Futronic Technology Co. Ltd.'s Source Code (Dkt. No. 1608) is hereby withdrawn without prejudice to refiling.

**SIGNED this 3rd day of September, 2014.**

*/s/ Caroline M. Craven*
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE