UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § | |
| *Plaintiff,* | § | CASE NO. 6:12-cv-499-MHS-CMC |
| v. | § | LEAD CASE |
| TEXAS INSTRUMENTS, INC., et al., | § | Jury Trial Demanded |
| *Defendants.* | § | |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS SMRTV, INC.'S AND THE NIELSEN COMPANY LLC'S MOTION FOR SUMMARY JUDGMENT**

BEFORE THE COURT is Plaintiff Blue Spike, LLC ("Blue Spike") Unopposed Motion for Extension of Time to Respond to SMRTV, Inc.'s ("SMRTV") and The Nielsen Company, LLC's ("Nielsen") Motion for Summary Judgment (Dkt. No. 1687) ("Motion"). Counsel for Blue Spike, SMRTV, and Nielsen agree that SMRTV and Nielsen do not oppose this request for extension of time and, in return, Blue Spike will not conduct discovery related to the Motion during the extension and will not seek relief under Fed. R. Civ. Pro. 56(d) related to the Motion. The Court, having noted that the relief requested in unopposed, is of the opinion that the Motion should be granted.

IT IS ORDERED that Plaintiff Blue Spike, LLC shall have until September 15, 2014 to respond to the Motion (Dkt. No. 1687).

**SIGNED** this 3rd day of September, 2014.

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE