UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § | |
|     *Plaintiff*, | § | CASE NO. 6:12-cv-499-MHS-CMC |
| v. | § | LEAD CASE |
| TEXAS INSTRUMENTS, INC., et al., | § | Jury Trial Demanded |
|     *Defendants*. | § | |

**ORDER GRANTING JOINT MOTION FOR
EXTENSION OF TIME TO RESPOND**

BEFORE THE COURT is the Joint Motion for Extension of Time to Respond by Plaintiff Blue Spike, LLC ("Blue Spike") and Clear Channel Broadcasting, Inc. ("Clear Channel"). Blue Spike seeks a two-week extension to respond to Clear Channel's motion to strike [Dkt. 1685], and Blue Spike agrees to not oppose a similar extension for Clear Channel to file a reply in support of Clear Channel's motion for leave to amend [Dkt. 1668]. The Court, having noted that the relief requested is filed jointly, is of the opinion that the Motion should be granted.

IT IS ORDERED that Plaintiff Blue Spike shall have until September 16, 2014, to respond to the motion to strike (Dkt No. 1685), and Clear Channel shall have until September 22, 2014, to file its reply in support of its motion for leave to amend [Dkt. 1668].

**SIGNED this 3rd day of September, 2014.**

*/s/ Caroline M. Craven*
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE