UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Blue Spike, LLC,  *Plaintiff*,  v.  Texas Instruments, Inc., et al.,  *Defendants*. | CASE NO. 6:12-cv-499 MHS  LEAD CASE  Jury Trial Demanded |

**CERTIFICATE OF AUTHORIZATION TO FILE UNDER SEAL**
**[Document Associated with Dkt. Entry 1730]**

In accordance with Local Rule CV-5(a)(&)(a)(2) I hereby certify that Docket Entry 1730 is PROTECTED INFORMATION as defined in the protective order in this case (Dkt. 1137) and permission to file under seal is authorized by Paragraph 6.C of this protective order.

/s/ Randall Garteiser
Randall Garteiser, Esq.

1