IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>    PLAINTIFF,<br><br>V.<br><br>TEXAS INSTRUMENTS, INC., ET AL.,<br><br>    DEFENDANTS. | Civil Action No.: 6:12-cv-00499-MHS-CMC<br><br>JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC,<br><br>    PLAINTIFF,<br><br>V.<br><br>BIOMETRIKA, S.R.L., ET AL.,<br><br>    DEFENDANTS. | 6:13-cv-00045-MHS<br>(Consolidated with 6:12-cv-499-MHS-CMC and closed)<br><br>JURY TRIAL DEMANDED |

## ORDER OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a), recognizing the Stipulation of Dismissal filed by Blue Spike, LLC and Fulcrum Biometrics, LLC ("Fulcrum"), it is ordered as follows:

**ORDERED** that the claims asserted herein by Blue Spike, LLC against Fulcrum in Case No. 6:13-cv-45 be, and hereby are, dismissed without prejudice; that the counterclaims and defenses asserted herein by Fulcrum against Blue Spike, LLC in Case No. 6:13-cv-45 be, and hereby are, dismissed without prejudice; and that the parties shall bear their own attorney's fees, expenses and costs.

SIGNED this 4th day of September, 2014.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE