IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC.,<br><br>Defendant. | Civil Action No.: 6:12-cv-00499-MHS-CMC<br><br>JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC,<br><br>PLAINTIFF,<br><br>v.<br><br>DERMALOG IDENTIFICATION SYSTEMS, GMGH, ET AL,<br><br>DEFENDANT. | Case No. 6:13-cv-00053-MHS<br>(Consolidated with 6:12-cv-499-MHS-CMC and closed)<br><br>JURY TRIAL DEMANDED |

**ORDER OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a), recognizing the Stipulation of Dismissal filed by Blue Spike, LLC and Fulcrum Biometrics, LLC ("Fulcrum"), it is ordered as follows:

**ORDERED** that the claims asserted herein by Blue Spike, LLC against Fulcrum in Case No. 6:13-cv-53 be, and hereby are, dismissed without prejudice; that the counterclaims and defenses asserted herein by Fulcrum against Blue Spike, LLC in Case No. 6:13-cv-53 be, and hereby are, dismissed without prejudice; and that the parties shall bear their own attorney's fees, expenses and costs.

**SIGNED** this 4th day of September, 2014.