# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>    PLAINTIFF,<br>V.<br>TEXAS INSTRUMENTS, INC., ET AL.,<br>    DEFENDANTS. | Civil Action No.: 6:12-cv-00499-MHS-CMC<br><br>JURY TRIAL DEMANDED |

## ORDER

On this day came to be considered Plaintiff Blue Spike, LLC's Unopposed Motion to Withdraw Defendants' Opposed Motion for Leave to File Excess Pages for Defendants' Responsive Claim Construction Brief (Dkt. No. 1705), and the Court being of the opinion that the same should be GRANTED, it is therefore,

ORDERED, ADJUDGED and DECREED that Defendants' Opposed Motion for Leave to File Excess Pages for Defendants' Responsive Claim Construction Brief (Dkt. No. 1705) is hereby withdrawn without prejudice to re-filing.