# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br>　　　　Plaintiff,<br><br>vs.<br><br>TEXAS INSTRUMENTS, INC. et al.,<br>　　　　Defendants. | Civil Action No. 6:12-CV-499<br><br>(LEAD CASE)<br><br>JURY TRIAL DEMANDED |

## ORDER GRANTING UNOPPOSED MOTION TO EXCEED PAGE LIMITS FOR CLAIM CONSTRUCTION BRIEFING

Having considered Defendants' Unopposed Motion to Exceed Page Limits for Claim Construction Briefing, the Court hereby GRANTS the Motion.

It is therefore ORDERED that Defendants may file a Responsive Claim Construction Brief up to and including 40 pages and Plaintiff may file a Reply Claim Construction Brief up to and including 15 pages.

**SIGNED this 8th day of September, 2014.**

*/s/ Caroline M. Craven*
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE