# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC, | § C.A. No. 6:12-cv-00499-MHS |
| *Plaintiff*, | § |
| v. | § **JURY TRIAL DEMANDED** |
| TEXAS INSTRUMENTS, INC., | § |
| *Defendant*. | § |

## [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF INVALIDITY ON THE BASIS THAT CLAIM TERMS ARE INDEFINITE

THE COURT, having considered Defendants' Motion for Summary Judgment of Invalidity on the Basis that Claim Terms are Indefinite and the papers submitted by the parties, hereby orders that Defendants' Motion for Summary Judgment is GRANTED.