**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| BLUE SPIKE, LLC | : <br> : <br> : Civil Action No. 6:12-cv-499 [LED] <br> : **LEAD CASE** <br> : **Jury Trial Demanded** <br> : <br> : |
| *Plaintiff,* | |
| v. | |
| TEXAS INSTRUMENTS, INC. | |
| *Defendant.* | |

**DECLARATION OF ANNE M. CHAMPION
IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF
<u>INVALIDITY ON THE BASIS THAT CLAIM TERMS ARE INDEFINITE</u>**

I, Anne Champion, declare and state as follows:

1. I am an associate with the firm of Gibson, Dunn, & Crutcher LLP, counsel for Defendant Shazam Entertainment Limited in the above captioned action. My business address is 200 Park Avenue, New York, NY, 10166-0193, and I make this declaration in support of Defendants' Motion for Summary Judgment of Invalidity on the Basis that Claim Terms are Indefinite. I am familiar with the facts and circumstances stated herein and make this declaration based on my own knowledge and would testify to the matters herein under oath if called upon to do so.

2. Attached as Exhibit 1 is a true and correct copy of the June 5, 2009 Amendment & Request for Reconsideration after Non-Final Rejection from the prosecution file for United States Patent No. 7,660,700 (Serial No. 12/005, 229) (BLU000801-833).

Dated:  September 9, 2014                                    /s/ Anne Champion
                                                                                   Anne Champion (N.Y. Bar No.  4425237)