# EXHIBIT A



# Kevin W. Bowyer

### Schubmehl-Prein Professor
### Department Chair

Department of Computer Science and Engineering
University of Notre Dame
Notre Dame, Indiana 46556

kwb@cse.nd.edu

(574) 631 9978

Professor Bowyer serves as Chair of the Department of Computer Science and Engineering, a position he has held since 2001.  He has led the Department through substantial growth in external funding, size of the PhD program, and number of faculty. He has also nurtured new cross-disciplinary research collaborations between faculty in CSE and faculty in Biology, Psychology and Physics, as well as with other departments in Engineering.  The Department's undergraduate programs in Computer Engineering and in Computer Science have been enhanced through the introduction of new Concentration options, including in Bioinformatics and Computational Biology, offered in collaboration with the Department of Biological Sciences, in Media Computing, offered in collaboration with the Department of Art and Design, in Cyber Security and in Cloud Computing.

Professor Bowyer received a 2014 IEEE Computer Society Technical Achievement Award, with the citation *for pioneering contributions to the science and engineering of biometrics*.  Professor Bowyer is serving as General Chair for the *IEEE International Conference on Face and Gesture Recognition*, to be held in May of 2015, and as General Chair of the *IEEE International Conference on Biometrics Theory, Applications and Systems*, to be held in September of 2015.  Professor Bowyer is currently an Associate Editor for *IEEE Access*, IEEE's first open access mega journal.

Professor Bowyer has served as Editor-In-Chief of the *IEEE Transactions on Pattern Analysis and Machine Intelligence,* broadly acknowledged as the premier journal in its areas of coverage, and as the inaugural Editor-In-Chief of the *IEEE Biometrics Compendium*, the IEEE's first "virtual journal".  He previously served as General Chair of the 2011 *IEEE International Joint Conference on Biometrics* and as Program Chair of the 2011 *IEEE International Conference on Automated Face and Gesture Recognition*, and was founding General Chair of the *IEEE International Conference on Biometrics Theory, Applications and Systems (BTAS)* conference series, serving as General Chair in 2007, 2008 and 2009.   He has also contributed intellectual and technical support for a number of government-sponsored "challenge programs" in biometrics, including the

Kevin W. Bowyer                     September 2014                     kwb@cse.nd.edu

Face Recognition Grand Challenge, the Iris Challenge Evaluation, the Face Recognition Vendor Test and the Multiple Biometrics Grand Challenge. His paper "Face Recognition Technology: Security Versus Privacy," published in *IEEE Technology and Society,* was recognized with an Award of Excellence from the Society for Technical Communication. Professor Bowyer has also been active in data mining research, especially the development of classifier ensemble techniques for problems that exhibit "extreme" characteristics, such as a high imbalance between classes, unusually large training data, or noise in the class labels.

Professor Bowyer won three teaching awards while on the faculty at the University of South Florida. He also received a Distinguished Faculty Award for his mentoring work with under-represented students in the University of South Florida McNair Scholars Program.

Professor Bowyer earned his PhD in Computer Science from Duke University.  While at Duke, he developed algorithms for estimating shunted blood flow in the heart, and for CT stereotaxis calculations used by neurosurgeons operating on the brain.


## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 2001- | Schubmehl-Prein Professor and Department Chair<br>Department of Computer Science & Engineering |
| 2002- | Concurrent Professor of Electrical Engineering<br>University of Notre Dame |
| 1994-2001 | Professor, Department of Computer Science & Engineering |
| 1998-2001 | Courtesy Professor of Cognitive Neural Sciences, Department of Psychology |
| 1989-1994 | Associate Professor, Department of Computer Science & Engineering |
| 1984-1989 | Assistant Professor, Department of Computer Science & Engineering<br>University of South Florida |
| 1997 | Visiting Professor, Center for Automation Research, University of Maryland |
| 1991 | Visiting Associate Professor, Electrical Engineering, Univ. of Washington |
| 1998,1990 | Summer Faculty Research Fellow, Oak Ridge National Lab, 1998, 1990 |
| 1987 | UES Summer Research Fellow, Rome Air Development Center |
| 1985 | UES Summer Research Fellow, Mathematics Laboratory, Eglin AFB |
| 1983-1984 | Research Faculty, Informatics Institute, Swiss Federal Technical Institute |
| 1980-1983 | Research Assistant Professor<br>Department of Computer Science, Duke University. |


## DEGREES

Ph.D., Duke University, 1980.

B.S., George Mason University, 1976.

## HONORS AND AWARDS

- IEEE Computer Society Technical Achievement Award, 2014
- IAPR Fellow, 2012
- IEEE Biometrics Council Distinguished Lecturer, 2011-2012
- Award of Excellence, Society for Technical Communication, Philadelphia Chapter, 2005; for the paper "Face Recognition Technology: Security Versus Privacy," published in *IEEE Technology and Society Magazine*, spring 2004.
- Golden Core Member, IEEE Computer Society, 2002
- Certificate of Appreciation, IEEE Computer Society, 1999, *for dedicated service to the Computer Society Fellow Selection Committee*
- IEEE Fellow (Computer Society), 1998, *for contributions to algorithms for recognizing objects in images*
- Teaching Incentive Program Award, USF College of Engineering, 1997
- IEEE Computer Society Distinguished Visitors Program lecturer, 1996-1999
- Teaching Incentive Program Award, USF College of Engineering, 1994
- Distinguished Faculty Award, USF McNair Scholars Program, 1992-1994
- Outstanding Undergraduate Teaching Award, USF College of Engineering, 1991

## JOURNAL EDITORIAL SERVICE

- EIC, *IEEE Biometrics Compendium*, 2010-2012
- EIC, *IEEE Transactions on Pattern Analysis and Machine Intelligence*, 1999-2000
- North American Editor, *Image and Vision Computing Journal*, 1994-1998, 2003-2006
- Editorial Board, *IEEE Access*, 2014-
- Editorial Board, *IET Biometrics*, 2012-
- Associate Editor, *IEEE Transactions on Pattern Analysis and Machine Intelligence*, 1995-1998
- Area Editor, *Computer Vision and Image Understanding*
- Editorial Board, *Machine Vision and Applications*
- Editorial Board, *International Journal of Pattern Recognition and Artificial Intelligence*
- Editorial Board, *Journal of Privacy Technology*
- Advisory Board, *Electronic Letters in Computer Vision and Image Analysis*
- Associate Editor, *Identity in the Information Society*

Kevin W. Bowyer                          September 2014                          kwb@cse.nd.edu

## PUBLICATIONS – PEER-REVIEW JOURNAL

Jeremiah R. Barr, Kevin W. Bowyer and Patrick J. Flynn, Framework for Active Clustering with Ensembles, *IEEE Transactions on Information Forensics and Security,* to appear.

Kevin W. Bowyer and James S. Doyle, Cosmetic Contact Lenses and Iris Recognition Spoofing, *IEEE Computer* 47 (5), 96-98, May 2014.
http://dx.doi.org/10.1109/MC.2014.118

Daksha Yadav, Naman Kohli, James S. Doyle, Richa Singh, Mayank Vatsa and Kevin W. Bowyer, Unraveling the Effect of Textured Contact Lenses on Iris Recognition, *IEEE Transactions on Information Forensics and Security* 9 (5), 851-862, May 2014.
http://dx.doi.org/10.1109/TIFS.2014.2313025

Jim Thomas, Ahsan Kareem and Kevin W. Bowyer, Automated post-storm damage classification of low-rise building roofing systems using high resolution aerial imagery, *IEEE Transactions on Geoscience and Remote Sensing* 52 (7), 3851-3861, July 2014.
http://dx.doi.org/10.1109/TGRS.2013.2277092

Jeffrey R. Paone, Patrick J. Flynn, P. Jonathon Philips, Kevin W. Bowyer, Richard W. Vorder Bruegge, Patrick J. Grother, George W. Quinn, Matthew T. Pruitt and Jason M. Grant, Double Trouble: Differentiating Identical Twins by Face Recognition, *IEEE Transactions in Information Forensics and Security* 9 (2), 285-295, February 2014.
http://dx.doi.org/10.1109/TIFS.2013.2296373

Soma Biswas, Gaurav Aggarwal, Kevin W. Bowyer and Patrick J. Flynn, Pose-Robust Recognition of Low-Resolution Face Images, *IEEE Transactions on Pattern Analysis and Machine Intelligence* 35 (12), 3037-3049, December 2013.
http://dx.doi.org/10.1109/TPAMI.2013.68

Samuel P. Fenker, Estefan Ortiz, and Kevin W. Bowyer, Template Aging Phenomenon in Iris Recognition, *IEEE Access* 1, 266-274, 2013.
http://dx.doi.org/10.1109/ACCESS.2013.2262916

Soma Biswas, Kevin W. Bowyer and Patrick J. Flynn, Multidimensional Scaling for Matching Low-resolution Face Images, *IEEE Transactions on Pattern Analysis and Machine Intelligence*, 34 (10), 2019-2030, October 2012.
 http://doi.ieeecomputersociety.org/10.1109/TPAMI.2011.278

Jeremiah Barr, Kevin W. Bowyer, Patrick Flynn and Soma Biswas, Face Recognition from Video: A Review, *International Journal of Pattern Recognition and Artificial Intelligence* 26 (5), August 2012. http://dx/doi.org/10.1142/S0218001412660024

Ryan Connaughton, Amanda Sgroi, Kevin W. Bowyer and Patrick Flynn, A Multi-Algorithm Analysis of Three Iris Biometric Sensors, *IEEE Transactions on Information Forensics and Security* 7 (3), 919-931, June 2012.
http://dx.doi.org/10.1109/TIFS.2012.2190575

Kevin W. Bowyer, The Results of the NICE.II Iris Biometrics Competition, *Pattern Recognition Letters* 33 (8), 965-969, June 2012.

4

http://dx.doi.org/10.1016/j.patrec.2011.11.024

Karen Hollingsworth, Shelby S. Darnell, Philip E. Miller, Damon L. Woodard, Kevin W. Bowyer, and Patrick J. Flynn, Human and Machine Performance on Periocular Biometrics Under Near-Infrared Light and Visible Light, *IEEE Transactions on Information Forensics and Security* 7 (2), April 2012.
http://dx.doi.org/10.1109/TIFS.2011.2173932

Karen Hollingsworth, Kevin W. Bowyer and Patrick J. Flynn, Useful Features for Human Verification in Near-Infrared Periocular Images, *Image Vision and Computing Journal* 29 (11), 707-715, October 2011. http://dx.doi.org/10.1016/j.imavis.2011.09.002 Reprinted in the *Journal of Intelligence Community Research and Development* (available on Intelink).

Karen Hollingsworth, Kevin W. Bowyer and Patrick J. Flynn. Improved Iris Recognition Through Fusion of Hamming Distance and Fragile Bit Distance, *IEEE Transactions on Pattern Analysis and Machine Intelligence* 33 (12), 2465-2476, December 2011. http://doi.ieeecomputersociety.org/10.1109/TPAMI.2011.89

Karen Hollingsworth, Kevin W. Bowyer, Stephen Lagree, Samuel P. Fenker and Patrick J .Flynn, Genetically Identical Irises Have Texture Similarity That Is Not Detected By Iris Biometrics, *Computer Vision and Image Understanding*, 115 (2011), 1493-1502. http://dx.doi.org/10.1016/j.cviu.2011.06.010

Kevin W. Bowyer, What Surprises Do Identical Twins Have for Identity Science?, *IEEE Computer* 44 (7), July 2011, 100-102.
http://dx.doi.org/10.1109/MC.2011.221

Larry Shoemaker, Robert E. Banfield, Lawrence O. Hall, Kevin W. Bowyer and W. Philip Kegelmeyer. Detecting and ordering salient regions, *Data Mining and Knowledge Discovery* 22 (1-2) 259-290, 2011. http://dx.doi.org/10.1007/s10618-010-0194-6

Sarah Baker, Amanda Hentz, Kevin W. Bowyer and Patrick J. Flynn. Degradation of iris recognition performance due to non-cosmetic prescription contact lenses, *Computer Vision and Image Understanding*, 14 (9),1030-1044, September 2010. http://dx.doi.org/10.1016/j.cviu.2010.06.002

P. Jonathon Phillips, W. Todd Scruggs, Alice J. O'Toole, Patrick J. Flynn, Kevin W. Bowyer, Cathy L. Schott, and Matthew Sharpe. FRVT 2006 and ICE 2006 large-scale experimental results, *IEEE Transactions on Pattern Analysis and Machine Intelligence* 32 (5), May 2010, 831-846. http://dx.doi.org/10.1109/TPAMI.2009.59

Kevin W. Bowyer, Sarah E. Baker, Amanda Hentz, Karen Hollingsworth, Tanya Peters and Patrick J. Flynn. Factors that degrade the match distribution in iris biometrics, *Identity in the Information Society* 2 (3), December 2009.
http://dx.doi.org/10.1007/s12394-009-0037-z

Karen Hollingsworth, Tanya Peters, Kevin W. Bowyer and Patrick J. Flynn. Iris recognition using signal-level fusion of frames from video, *IEEE Transactions on information Forensics and Security* 4 (4), 837-848, December 2009.

http://dx.doi.org/10.1109/TIFS.2009.2033759

Karen Hollingsworth, Kevin W. Bowyer and Patrick J. Flynn. The best bits in an iris code, *IEEE Transactions on Pattern Analysis and Machine Intelligence* 31 (6), 964-973, June 2009. http://dx.doi.org/10.1109/TPAMI.2008.185

Karen Hollingsworth, Kevin W. Bowyer and Patrick J. Flynn. Pupil dilation degrades iris biometric performance, *Computer Vision and Image Understanding* 113 (1), January 2009, 150-157. http://dx.doi.org/10.1016/j.cviu.2008.08.001

Timothy C. Faltemier, Kevin W Bowyer and Patrick J Flynn. Using a multi-instance enrollment representation to improve 3D face recognition, *Computer Vision and Image Understanding* 112 (2008), 114-125. http://dx.doi.org/10.1016/j.cviu.2008.01.004

Kevin W. Bowyer, Karen Hollingsworth and Patrick J Flynn. Image understanding for iris biometrics: a survey, *Computer Vision and Image Understanding* 110(2), 281-307, May 2008. http://dx.doi.org/10.1016/j.cviu.2007.08.005

Timothy Faltemier, Kevin W. Bowyer and Patrick J. Flynn. A Region Ensemble for 3D Face Recognition, *IEEE Transactions on Information Forensics and Security*, 3 (1), 62-73, March 2008, http://dx.doi.org/10.1109/TIFS.2007.916287

Larry Shoemaker, Robert E. Banfield, Lawrence O. Hall, Kevin W. Bowyer and W. Philip Kegelmeyer. Using classifier ensembles to label spatially disjoint data, *Information Fusion* 9 (1), 120-133, January 2008. http://dx.doi.org/10.1016/j.inffus.2007.08.001

P. Jonathon Phillips, Kevin W. Bowyer and Patrick J. Flynn. Comment on the CASIA version 1.0 iris dataset, *IEEE Transactions on Pattern Analysis and Machine Intelligence* 29 (10), 1869-1870, Oct. 2007. http://dx.doi.org/10.1109/TPAMI.2007.1137

Ping Yan and Kevin W. Bowyer. A fast algorithm for ICP-based 3D shape biometrics, *Computer Vision and Image Understanding* Volume 107 (3), 195-202, September 2007. http://dx.doi.org//10.1016/j.cviu.2006.11.001

Ping Yan and Kevin W. Bowyer. Biometric recognition using three-dimensional ear shape, *IEEE Transactions on Pattern Analysis and Machine Intelligence* 29 (8), 1297-1308, August 2007. http://dx.doi.org/10.1109/TPAMI.2007.1067

Robert E. Banfield, Lawrence O. Hall, Kevin W. Bowyer and W. Philip Kegelmeyer.  A comparison of decision tree ensemble creation techniques, *IEEE Transactions on Pattern Analysis and Machine Intelligence* 29 (1), 173-180, January 2007. http://dx.doi.org/10.1109/TPAMI.2007.2

Kevin W. Bowyer, Kyong I. Chang, Patrick J. Flynn, and Xin Chen. Face recognition using 2D, 3D and infra-red: Is multi-modal better than multi-sample?, *Proceedings of the IEEE* 94 (11), 2000-2012, Nov. 2006. http://dx.doi.org/10.1109/JPROC.2006.885134

Kyong I. Chang, Kevin W. Bowyer and Patrick J. Flynn. Multiple nose region matching for 3D face recognition under varying facial expression, *IEEE Transactions on Pattern Analysis and Machine Intelligence,* 28 (10), 1695-1700, October 2006. http://dx.doi.org/10.1109/TPAMI.2006.210

Kevin W. Bowyer, Kyong I. Chang, and Patrick J. Flynn. A survey of approaches and challenges in 3D and multi-modal 3D+2D face recognition, *Computer Vision and Image Understanding*, 101 (1), 1-15, Jan. 2006. http://dx.doi.org/10.1016/j.cviu.2005.05.005

> The above article was number one on the *CVIU "Top 25" list* for October – December of 2005 and January – March of 2006, and in the top eight most-downloaded for five straight quarters.

Xin Chen, Patrick J. Flynn and Kevin W. Bowyer. Infra-red and visible-light face recognition, *Computer Vision and Image Understanding*, 99 (3), 332-358, September 2005. http://dx.doi.org/10.1016/j.cviu.2005.03.001

> The above article was number two on the *CVIU "Top 25"* list for July – September of 2005, and number nine for October – December 2005.

Kyong I. Chang, Kevin W. Bowyer, and Patrick J. Flynn. An evaluation of multi-modal 2D+3D face biometrics, *IEEE Transactions on Pattern Analysis and Machine Intelligence* 27 (4), 619-624, April 2005. http://dx.doi.org/10.1109/TPAMI.2005.70

Robert E. Banfield, Lawrence O. Hall, Kevin W. Bowyer, and W. Philip Kegelmeyer. Ensemble diversity measures and their application to thinning, *Information Fusion* 6 (1), 49-62, March 2005. http://dx.doi.org/10.1016/j.inffus.2004.04.005

Sudeep Sarkar, P. Jonathon Phillips, Zongyi Liu, Isidro Robledo, Patrick Grother, and Kevin W. Bowyer. The Human ID Gait Challenge Problem: data sets, performance, and analysis, *IEEE Transactions on Pattern Analysis and Machine Intelligence* 27 (2), February 2005, 162-177. http://dx.doi.org/10.1109/TPAMI.2005.39

Jaesik Min and Kevin W. Bowyer. Improved range image segmentation by analyzing surface fit patterns, *Computer Vision and Image Understanding* 97 (2), 242-258, February 2005. http://dx.doi.org/10.1016/j.cviu.2004.06.003

Xiaomei Liu, Lawrence O. Hall, and Kevin W. Bowyer. Comments on "A Parallel Mixture of SVMs for Very Large Scale Problems," *Neural Computation* 16 (7), 1345-1351, July 2004. http://dx.doi.org/10.1162/089976604323057416

Nitesh Chawla, Lawrence O. Hall, Kevin W. Bowyer and W. Philip Kegelmeyer. Learning ensembles from bites: a scalable and accurate approach, *Journal of Machine Learning Research* 5, 421-451, April 2004. http://jmlr.csail.mit.edu/papers/v5/

Kevin W. Bowyer. Face recognition technology and the security versus privacy tradeoff, *IEEE Technology and Society*, 9-20, Spring 2004. http://dx.doi.org/10.1109/MTAS.2004.1273467

> The above article received a 2005 *Award of Excellence* from the Society for Technical Communication, Philadelphia chapter.

Jaesik Min, Mark Powell, and Kevin W. Bowyer. Automated performance evaluation of range image segmentation algorithms, *IEEE Transactions on Systems, Man, and Cybernetics - Part B* 34 (1), 263-271, February 2004.

http://dx.doi.org/10.1109/TSMCB.2003.811118

Kyong Chang, Kevin W. Bowyer, Sudeep Sarkar, and Barnabas Victor. Comparison and combination of ear and face Images for appearance-based biometrics, *IEEE Transactions on Pattern Analysis and Machine Intelligence* 25 (9), 1160-1165, September 2003. http://dx.doi.org/10.1109/TPAMI.2003.1227990

Lawrence O. Hall, Kevin W. Bowyer, Robert E. Banfield, Steven Eschrich and Richard Collins. Is Error-Based Pruning Redeemable? *International Journal on Artificial Intelligence Tools* 12 (3), 249-264, September 2003. http://dx.doi.org/10.1142/S0218213003001228

Adam W. Hoover, Dmitry B. Goldof and Kevin W. Bowyer. Egomotion estimation of a range camera using the space envelope, *IEEE Transactions on Systems, Man, and Cybernetics – Part B* 33 (4), 717-721, August 2003. http://dx.doi.org/10.1109/TSMCB.2003.814297

Nitesh V. Chawla, Thomas E. Moore, Lawrence O. Hall, Kevin W. Bowyer, W. Philip Kegelmeyer, and Clayton Springer. Distributed learning with bagging-like performance, *Pattern Recognition Letters* 24 (1-3), 455-471, 2003. http://dx.doi.org/10.1016/S0167-8655(02)00269-6

Nitesh Chawla, Kevin W. Bowyer, Lawrence O. Hall, and W. Philip Kegelmeyer. SMOTE: Synthetic Minority Over-sampling TEchnique, *Journal of Artificial Intelligence Research* 16, 321-357, 2002. http://dx.doi.org/10.1613/jair.953

Kevin W. Bowyer. "Star Wars" revisited – A continuing case study in ethics and safety-critical software, *IEEE Technology and Society* 21 (1), 13-26, Spring 2002. http://dx.doi.org/10.1109/44.993597

> The above article is listed in Guide to Technology and Society Magazine Articles Relating to ABET or CSAB Accreditation Requirements.

Min C. Shin, Dmitry B. Goldof, and Kevin W. Bowyer. Comparison of edge detector performance through use in an object recognition task, *Computer Vision and Image Understanding* 84 (1), 160-178, October 2001. http://dx.doi.org/10.1006/cviu.2001.0932

Kevin W. Bowyer, Christine Kranenburg, and Sean Dougherty. Edge detector evaluation using empirical ROC curves, *Computer Vision and Image Understanding* 84 (1), 77-103, October 2001. http://dx.doi.org/10.1006/cviu.2001.0931

Kevin W. Bowyer and Lawrence O. Hall. Reducing the effects of plagiarism in large programming classes, *Journal of Information Systems Education* 12 (3), Fall 2001. http://jise.org/Volume12/pdf/141.pdf

Mubarak Shah and Kevin W. Bowyer. Mentoring undergraduates in computer vision research, *IEEE Transactions on Education* 44 (3), 252-257, August 2001. http://dx.doi.org/10.1109/13.940996

Min C. Shin, Dmitry B. Goldof, Kevin W. Bowyer, and Saavas Nikiforou. Comparison of edge detection algorithms using a structure from motion task, *IEEE Transactions on*

*Systems, Man, and Cybernetics - Part B* 31 (4), 589-601, August 2001. http://dx.doi.org/10.1109/3477.938262

Kevin W. Bowyer.  Resources for teaching ethics and computing, *Journal of Information Systems Education* 11 (3-4), 91-92, Summer-Fall 2000.

Kevin W. Bowyer.  Pornography on the dean's pc: an ethics and computing case study, *Journal of Information Systems Education* 11 (3-4), Summer-Fall 2000, 121-126.

Kevin W. Bowyer, George Stockman, and Louise Stark.  Themes for improved teaching of image computation, *IEEE Transactions on Education* 43 (2), 221-223, May 2000. http://dx.doi.org/10.1109/13.848076

Maha Y. Sallam, and Kevin W. Bowyer.  Registration and difference analysis of corresponding mammogram images, *Medical Image Analysis* 3 (2), 103-118, 1999. http://dx.doi.org/10.1016/S1361-8415(99)80001-2

Adam Hoover, Dmitry Goldof, and Kevin W. Bowyer.  Dynamic-scale model construction from range imagery, *IEEE Transactions on Pattern Analysis and Machine Intelligence* 29 (12), 1352-1357, December 1998. http://dx.doi.org/10.1109/34.735808

Melanie Sutton, Louise Stark, and Kevin W. Bowyer.  Function from visual analysis and physical interaction: a methodology for recognition of generic classes of objects, *Image and Vision Computing Journal* 16 (11), 745-764, August 1998. http://dx.doi.org/10.1016/S0262-8856(98)00069-9

Adam Hoover, Dmitry Goldof, and Kevin W. Bowyer.  The space envelope: a representation for 3D scenes, *Computer Vision and Image Understanding* 69 (3), 310-329, March 1998.  http://dx.doi.org/10.1006/cviu.1998.0666

Michael Heath, Sudeep Sarkar, Thomas Sanocki, and Kevin W. Bowyer.  Comparison of edge detectors: a methodology and initial study, *Computer Vision and Image Understanding* 69 (1), 38-54, January 1998. http://dx.doi.org/10.1006/cviu.1997.0587

Thomas Sanocki, Kevin W. Bowyer, Michael Heath, and Sudeep Sarkar.  Are edges sufficient for object recognition?, *Journal of Experimental Psychology: Human Perception and Performance* 24 (1), 340-349, January 1998. http://dx.doi.org/10.1037/0096-1523.24.1.340

Michael Heath, Sudeep Sarkar, Thomas Sanocki, and Kevin W. Bowyer.  A robust visual method for assessing the relative performance of edge detection algorithms, *IEEE Transactions on Pattern Analysis and Machine Intelligence* 19 (12), 1338-1359, December 1997. http://dx.doi.org/10.1109/34.643893

Maha Y. Sallam, Kevin W. Bowyer and Kevin Woods, The digital database for screening mammography (DDSM): Lessons learned, *Radiology* 205 (supplement), 323-323 November 1997.

Kevin S. Woods, and Kevin W. Bowyer. Generating ROC curves for artificial neural networks, *IEEE Transactions on Medical Imaging*, 16 (3), 329-337, June 1997. http://dx.doi.org/10.1109/42.585767

Kevin S. Woods, W. Philip Kegelmeyer, and Kevin W. Bowyer. Combination of multiple classifiers using local accuracy estimates, *IEEE Transactions on Pattern Analysis and Machine Intelligence*, 19 (4), 405-410, April 1997. http://dx.doi.org/10.1109/34.588027

Louise Stark, Kevin W. Bowyer, Adam W. Hoover, and Dmitry B. Goldof. Recognizing object function through reasoning about partial shape descriptions and dynamic physical properties, *Proceedings of the IEEE* 84 (11), 1640-1656, November 1996. http://dx.doi.org/10.1109/5.542413

Adam W. Hoover, Gillian Jean-Baptiste, Xiaoyi Jiang, Patrick Flynn, Horst Bunke, Dmitry Goldof, Kevin W. Bowyer, David Eggert, Andrew Fitzgibbon, and Robert Fisher. An experimental comparison of range image segmentation algorithms, *IEEE Transactions on Pattern Analysis and Machine Intelligence*, 18 (7), 673-689, July 1996. http://dx.doi.org/10.1109/34.506791

Senthil Kumar, Song Han, Dmitry Goldof, and Kevin W. Bowyer. On recovering hyperquadrics from range data, *IEEE Transactions on Pattern Analysis and Machine Intelligence* 17 (11), 1079-1083, November 1995. http://dx.doi.org/10.1109/34.473234

Kevin S. Woods, Diane Cook, Lawrence Hall, Louise Stark, and Kevin W. Bowyer. Learning membership functions in a function-based object recognition system, *Journal of Artificial Intelligence Research* 3, 187-222, October 1995.

Kevin Green, David Eggert, Louise Stark, and Kevin W. Bowyer. Generic recognition of articulated objects through reasoning about potential function, *Computer Vision and Image Understanding* 62 (2), 177-193, September 1995. http://dx.doi.org/10.1006/cviu.1995.1049

Adam W. Hoover, Dmitry B. Goldof, and Kevin W. Bowyer. Extracting a valid boundary representation from a segmented range image, *IEEE Transactions on Pattern Analysis and Machine Intelligence* 17 (9), 920-924, September 1995. http://dx.doi.org/10.1109/34.406660

David Eggert, Louise Stark, and Kevin W. Bowyer. Aspect graphs and their use in object recognition, *Annals of Mathematics and Artificial Intelligence* 13, 347-375, 1995.

Melanie Sutton, Louise Stark, and Kevin W. Bowyer. GRUFF-3: Generalizing the domain of a function-based recognition system, *Pattern Recognition* 27 (12), 1743-1766, December 1994. http://dx.doi.org/10.1016/0031-3203(94)90091-4

Louise Stark, and Kevin W. Bowyer. Function-based generic recognition for multiple object categories, *CVGIP: Image Understanding* 59 (1), 1-21, January 1994. http://dx.doi.org/10.1006/ciun.1994.1001

Kevin S. Woods, Christopher C. Doss, Kevin W. Bowyer, Jeffrey L. Solka, Carey E. Priebe, and W. Philip Kegelmeyer. Comparative evaluation of pattern recognition techniques for detection of microcalcifications in mammography, *International Journal of Pattern Recognition and Artificial Intelligence* 7 (6), 1417-1436, December 1993. http://dx.doi.org/10.1142/9789812797834_0011

David W. Eggert, Kevin W. Bowyer, Charles R. Dyer, Henrik I. Christensen, and Dmitry B. Goldgof. The scale space aspect graph, *IEEE Transactions on Pattern Analysis and Machine Intelligence* 15 (11), 1114-1130, November 1993. http://dx.doi.org/10.1109/34.244674

Louise Stark, Lawrence O. Hall, and Kevin W. Bowyer.  Methods for combination of evidence in function-based 3-D object recognition, *International Journal of Pattern Recognition and Artificial Intelligence* 7 (3), 573-594, June 1993. http://dx.doi.org/10.1142/S0218001493000297

Kevin W. Bowyer, Maha Y. Sallam, David Eggert, and John H. Stewman. Computing the generalized aspect graph for objects with moving parts, *IEEE Transactions on Pattern Analysis and Machine Intelligence* 15 (6), 605-610, June 1993. http://dx.doi.org/10.1109/34.216731

David Eggert and Kevin W. Bowyer.  Computing the perspective projection aspect graph of solids of revolution, *IEEE Transactions on Pattern Analysis and Machine Intelligence* 15 (2), 109-128, February 1993. http://dx.doi.org/10.1109/34.192483

Louise Stark and Kevin W. Bowyer.  Achieving generalized object recognition through reasoning about association of function to structure, *IEEE Transactions on Pattern Analysis and Machine Intelligence* 13 (10), 1097-1104, October 1991. http://dx.doi.org/10.1109/34.99242

Maha Y. Sallam and Kevin W. Bowyer.  Generalizing the aspect graph concept to include articulated assemblies, *Pattern Recognition Letters* 12 (3), 171-176, March 1991.  http://dx.doi.org/10.1016/0167-8655(91)90046-O

Kevin W. Bowyer and Charles R. Dyer.  Aspect graphs: an introduction and survey of recent results, *International Journal of Imaging Systems and Technologies* 2, 315-328, 1990. http://dx.doi.org/10.1002/ima.1850020407

David Eggert and Kevin W. Bowyer.  Computing the orthographic projection aspect graph for solids of revolution, *Pattern Recognition Letters* 11 (11), 751-763, November 1990.  http://dx.doi.org/10.1016/0167-8655(90)90094-I

John Stewman and Kevin W. Bowyer.  Direct construction of perspective projection aspect graphs for planar-face convex objects, *Computer Vision, Graphics and Image Processing* 51 (1), 20-37, July 1990. http://dx.doi.org/10.1016/0734-189X(90)90074-6

Page A.W. Anderson, Kevin W. Bowyer, and Robert H. Jones.  The effects of age on radionuclide angiographic detection and quantitation of left-to-right shunts, *American Journal of Cardiology* 53, 879-883, March 1984.  http://dx.doi.org/10.1016/0002-9149(84)90517-4

Kevin W. Bowyer and C. Frank Starmer.  Optimizing contiguous element region selection for virtual memory computer systems, *IEEE Transactions on Computers*, 32, 1201-1203, December 1983. http://dx.doi.org/10.1109/TC.1983.1676185

Claude A. Peter, Kevin W. Bowyer, and Robert H. Jones.  Radionuclide analysis of right and left ventricular response to exercise in patients with atrial and ventricular septal

defects, *American Heart Journal* 105, 428-435, March 1983. http://dx.doi.org/10.1016/0002-8703(83)90360-5

Kevin W. Bowyer, C. Frank Starmer, and P. J. DuBois.  Error sensitivity of computed tomography guided stereotaxis, *Computers and Biomedical Research* 15, 272-280, 1982. http://dx.doi.org/10.1016/0010-4809(82)90062-3

Kevin W. Bowyer and C. Frank Starmer.  A simulation-based sensitivity study of angiocardiographic approaches to shunt assessment, *Computers and Biomedical Research* 15, 111-128, 1982.  http://dx.doi.org/10.1016/0010-4809(82)90031-3

P. J. DuBois, B. S. Nashold, J. Perry, P. Burger, Kevin W. Bowyer, E. R. Heinz, B. P. Drayer, S. Bigner, and A. C. Higgins.  CT-guided stereotaxis using a modified conventional stereotaxic frame, *American Journal of Neuroradiology* 3, 345-351, 1982. http://www.ajnr.org/content/3/3/345.full.pdf+html


## JOURNAL PUBLICATIONS: EDITORIALS AND COLUMNS

Kevin W. Bowyer, Introduction to the Special Issue on Recent Advances In Biometrics, *IEEE Transactions on Systems, Man, and Cybernetics—Part A: Systems and Humans*, 40 (3), May 2010, 434-436.  http://dx.doi.org/10.1109/TSMCA.2010.2040327

Natalia A. Schmid, Stephanie Schuckers, Jonathon Phillips, Kevin Bowyer, Recent Advances in Biometric Systems: A Signal Processing Perspective, *EURASIP Journal on Advances in Signal Processing*, 2009. http://dx.doi.org/10.1155/2009/128752

Kevin W. Bowyer, Guest Editorial: Introduction to the Special Section of Best Papers From the 2007 Biometrics: Theory, Applications, and Systems Conference, *IEEE Transactions on Systems, Man, and Cybernetics—Part A: Systems and Humans*, 39 (1), January 2009.

Kevin Bowyer and Dianne Martin, 2007 Schubmehl-Prein Prize-Winning Essays: Introduction, *ACM SIGCAS Computers and Society* 38 (1), March 2008, 7-7.

Kevin W. Bowyer, Venu Govindaraju and Nalini Ratha, Guest Editorial: Introduction to the Special Issue on Recent Advances in Biometric Systems, *IEEE Transactions on Systems, Man and Cybernetics – Part B* 37 (5), October 2007. 10.1109/TSMCB.2007.903196

P. J. Phillips, W. T. Scruggs, A. J. O'Toole, P. J. Flynn, K.W. Bowyer, C. L. Schott, and M. Sharpe, FRVT 2006 and ICE 2006 Large-Scale Results, National Institute of Standards and Technology, NISTIR 7408, http://face.nist.gov, 2007.

Kevin W. Bowyer and Louise Stark. Introduction: undergraduate education and computer vision, *International Journal of Pattern Recognition and Artificial Intelligence* 15 (5), 2001.

Kevin W. Bowyer. A 20-th anniversary survey: Introduction to "Content-Based Image Retrieval at the end of the early years," *IEEE Transactions on Pattern Analysis and Machine Intelligence* 22 (12), 1348, December 2000.

Kevin W. Bowyer                          September 2014                          kwb@cse.nd.edu

Kevin W. Bowyer. AE Introduction, *IEEE Transactions on Pattern Analysis and Machine Intelligence* 22 (6), 553, June 2000.

Kevin W. Bowyer, Patrick Flynn, and Rangachar Kasturi. The 20-th anniversary of the IEEE Transactions on Pattern Analysis and Machine Intelligence, *IEEE Transactions on Pattern Analysis and Machine Intelligence* 22 (1), 1-3, January 2000.

Kevin W. Bowyer. Editorial, *IEEE Transactions on Pattern Analysis and Machine Intelligence* 21 (1), 1-2, January 1999.

Kevin W. Bowyer. Anonymity and freedom of speech in cyberspace, *Computer* 33 (6), 85-86, June 2000. ("Your Call" ethics and computing column)

Kevin W. Bowyer. Should professional conduct influence technical awards? / Weighing privacy rights against company policy, *Computer* 33 (2), 93-95, February 2000. ("Your Call" ethics and computing column)

Kevin W. Bowyer. `Big brother' - or proper vigilance, *Computer* 32 (11), 75, November 1999. ("Your Call" ethics and computing column)

Kevin W. Bowyer and Patrick J. Flynn. Multiple submissions: professionalism, ethical issues and copyright legalities, *IEEE Transactions on Pattern Analysis and Machine Intelligence* 21 (5), 385, May 1999.

P. Jonathon Phillips and Kevin W. Bowyer. Introduction to the special section on empirical evaluation of computer vision algorithms, *IEEE Transactions on Pattern Analysis and Machine Intelligence* 21 (4), 289-290, April 1999. http://dx.doi.org/10.1109/34.192483

Kevin W. Bowyer. When a product doesn't measure up to its claims, *Computer* 32 (3), 80-81, March 1999.  ("Your Call" ethics and computing column)

Kevin W. Bowyer, Louise Stark, and George Stockman. Preface to the special issue on education and image computation, *International Journal of Pattern Recognition and Artificial Intelligence* 12 (8), 1033-1034, December 1998.

Kevin W. Bowyer. Goodearl and Aldred versus Hughes Aircraft: a modern case study in "whistle blowing," *looking.forward* 6 (3), 2-4, 1998.  (IEEE Computer Society's student newsletter)

Kevin W. Bowyer and Ira H. Donner. Practicing "safe" engineering, *Computer* 29 (3), 114-115, 1996.  ("Computer Law" column)

Kevin W. Bowyer, Keith Price, Steve Shafer, Terry Boult, and Linda Shapiro. The pattern analysis and machine intelligence technical committee, *Computer* 28 (12), 91-92, 1995.  ("Technical Activities Forum" column)

Kevin W. Bowyer and Sue Astley. Editorial: introduction to the special issue on State Of The Art In Digital Mammographic Image Analysis, *International Journal of Pattern Recognition and Artificial Intelligence* 7 (6), 1309-1312, December 1993.

Henrik I. Christensen, Kevin W. Bowyer, and Horst Bunke. Editorial: introduction to the special issue on Active Robot Vision, *International Journal of Pattern Recognition and Artificial Intelligence* 7 (1), 1-8, February 1993.

Olivier Faugeras, Joseph Mundy, Narendra Ahuja, Charles Dyer, Alex Pentland, Ramesh Jain, Katsu Ikeuchi, and Kevin W. Bowyer Workshop panel report: Why aspect graphs are not (yet) practical for computer vision, *Image Understanding* 55 (2), 212-218, March 1992.

Kevin W. Bowyer and Judd P. Jones. Revolutions and experimental computer vision, *Image Understanding* 53 (1), 127-128, January 1991. ("Dialog" reply to Jain and Binford's "Ignorance, myopia and naiveté in computer vision systems".

## BOOKS

Mark J. Burge and Kevin W. Bowyer, Handbook of Iris Recognition, Springer, 2013, 432 pages.

Kevin W. Bowyer. Ethics and Computing, Revised edition, IEEE Press / John Wiley Press, 2001, 431 pages.

Kevin W. Bowyer and P. Jonathon Phillips (editors). Empirical Evaluation Techniques In Computer Vision, IEEE Computer Society Press, 1998, 255+ pages.

Kevin W. Bowyer and Narendra Ahuja (editors). Advances in Image Understanding, IEEE Computer Society Press, 1996, 349+ pages.

Louise Stark and Kevin W. Bowyer. Generic Object Recognition Using Form and Function, World Scientific, 1996, 130+ pages.

Kevin W. Bowyer and Sue Astley (editors). State of the Art in Mammographic Image Analysis, World Scientific, 1994, 290+ pages.

Henrik I. Christensen, Kevin W. Bowyer, and Horst Bunke (editors). Active Robot Vision, World Scientific, 1993, 190+ pages.

Kevin W. Bowyer. Instructor's Manual for Problem Solving and Structured Programming in Modula-2, Addison-Wesley, 1988.

Kevin W. Bowyer and S.J. Tomboulian. Pascal Programming for the IBM PC, Prentice-Hall, 1983.

Bobbie Jones, Warren Jones, Kevin W. Bowyer and Mel Ray. Computing Literacy: Projects, Problem-Solving and Programming, Prentice-Hall, 1983.

## CHAPTERS IN BOOKS

Kevin W. Bowyer                          September 2014                          kwb@cse.nd.edu

Kevin W. Bowyer, Karen P. Hollingsworth and Patrick J. Flynn, A survey of iris biometrics research: 2008-2010, in Handbook of Iris Recognition, Mark Burge and Kevin W. Bowyer, editors, Springer, 2013.

Ryan Connaughton, Kevin W. Bowyer and Patrick Flynn, Fusion of face and iris biometrics, in Handbook of Iris Recognition, Mark Burge and Kevin W. Bowyer, editors, Springer, 2013.

Sarah Baker, Kevin W. Bowyer, Patrick J. Flynn and P. Jonathon Phillips, Template aging in iris biometrics: evidence of increased false reject rate in ICE 2006, in Handbook of Iris Recognition, Mark Burge and Kevin W. Bowyer, editors, Springer, 2013.

Patrick J. Flynn, Timothy Faltemier, and Kevin W. Bowyer, 3D face recognition, in Handbook of Biometrics, Anil Jain, Patrick J. Flynn and Arun Ross, editors, Springer-Verlag, 2008, 211-230.

Christopher Middendorff and Kevin W. Bowyer, Multi-biometrics using face ear, chapter 16 in Handbook of Biometrics, Anil Jain, Patrick J. Flynn and Arun Ross, editors, Springer-Verlag, 2008, 315-334.

Christopher Middendorff, Kevin W. Bowyer and Ping Yan, Multi-modal biometrics involving the human ear, in Multimodal Surveillance: Sensors, Algorithms and Systems, Z. Zhu and T. Huang, editors, Artech House, Boston, Chapter 8, 177-190, 2007.

Deborah Thomas, Kevin W. Bowyer and Patrick J. Flynn, Strategies for Improving Face Recognition in Video, chapter 18 in Advances In Biometrics: Sensors, Systems, and Algorithms, N. K. Ratha and V. Govindaraju, editors, Springer-Verlag London Limited, 339-361, 2008.

Kevin W. Bowyer, Kyong I. Chang, and Patrick J. Flynn, 3D and MultiModal 3D & 2D Face Recognition, in Face Processing: Advanced Modeling and Methods, W. Zhao and R. Chellappa, editors, Elsevier, 519-545, 2006.

Jaesik Min, Mark Powell, and Kevin W. Bowyer, Automated Performance Evaluation of Range Image Segmentation Algorithms, in Empirical Evaluation Methods in Computer Vision, H.I. Christensen and P.J. Phillips, editors, World Scientific Press, 2002.

Kevin W. Bowyer. Pattern Recognition, in Computer Sciences: Volume 2, Macmillan Reference / Gale Group, 2001.

Kevin W. Bowyer. Ethics and Professionalism, in Computer Sciences: Volume 4, Macmillan Reference / Gale Group, 2001.

Kevin W. Bowyer. Validation of Medical Image Analysis Techniques, in Handbook of Medical Imaging: Volume 2 - Medical Image Processing and Analysis, J.M. Fitzpatrick and M. Sonka, editors, SPIE Press, 2000, 567-607.

Michael D. Heath and Kevin W. Bowyer. Computer Aided Detection for Screening Mammography, in The Image and Video Processing Handbook, Al Bovik, editor, Academic Press, 2000, 805-835.

Nitesh Chawla, Thomas Moore, Lawrence O. Hall, Kevin W. Bowyer, and W. Philip Kegelmeyer. Learning rules from distributed data, in Large-scale parallel data mining, (Lecture Notes in Artificial Intelligence volume 1759), M.J. Zaki and C.T. Ho, editors, Springer-Verlag, 2000, 211-220.

Kevin W. Bowyer. Experiences with empirical evaluation of computer vision algorithms, in Performance Characterization and Evaluation of Computer Vision Algorithms, M.A. Viergever, H. Siegfried Stiehl and Reinhard Klette, editors, Kluwer Academic Publishers, 2000.

Kevin W. Bowyer and P. Jonathon Phillips. Overview of Work in Empirical Evaluation of Computer Vision Algorithms, in Empirical Evaluation Techniques in Computer Vision, K.W. Bowyer and P.J. Phillips, editors, IEEE Computer Society Press, 1998, 1-11.

Min Shin, Dmitry B. Goldgof, and Kevin W. Bowyer. An objective comparison methodology of edge detection algorithms using a structure from motion task, in Empirical Evaluation Techniques in Computer Vision, K.W. Bowyer and P.J. Phillips, editors, IEEE Computer Society Press, 1998, 235-254.

Sean Dougherty and Kevin W. Bowyer. Objective evaluation of edge detectors using a formally defined framework, in Empirical Evaluation Techniques in Computer Vision, K.W. Bowyer and P.J. Phillips, editors, IEEE Computer Society Press, 1998, 211-234.

Kevin S. Woods, Kevin W. Bowyer, and Maha Y. Sallam. Evaluating detection algorithms, chapter 3 in Image Processing Techniques for Tumor Detection, Robin Strickland, editor, Marcel Dekker publishers, 1998. (Optical Engineering Series)

Melanie A. Sutton, Louise Stark, and Kevin W. Bowyer. Representing and reasoning about object functionality: towards an integrated approach, in Intelligent Robots: Sensing, Modeling and Planning, R.C. Bolles, H. Bunke and H. Noltemeier, editors, World Scientific, 1997, 180-197.

Louise Stark, Kevin W. Bowyer, Kevin S. Woods, Lawrence O. Hall, and Diane Cook. Application of learning techniques in a function-based recognition system, in Symbolic Visual Learning, K. Ikeuchi and M. Veloso, editors, Oxford University Press, 1997, 141-169.

Louise Stark and Kevin W. Bowyer. Function-based Object Recognition, in Modelling and Planning for Sensor Based Intelligent Robot Systems H. Bunke, T. Kanade, and H. Noltemeier, editors, World Scientific, 1995, 272-288.

Kevin Woods, Diane Cook, Lawrence O. Hall, Louise Stark, and Kevin W. Bowyer. Learning fuzzy membership functions in a function-based object recognition system, in Lecture Notes in Artificial Intelligence, A.L. Ralescu, editor, Springer-Verlag, 1994, 77-96.

Kevin S. Woods, Jeff L. Solka, Carey E. Priebe, W. Philip Kegelmeyer, Jr. Chris C. Doss, and Kevin W. Bowyer. Comparative evaluation of pattern recognition techniques for detection of microcalcifications in mammography, State of the Art in Mammographic

Kevin W. Bowyer                          September 2014                          kwb@cse.nd.edu

Image Analysis, K.W. Bowyer and S. Astley, editors, World Scientific Publishing Corporation, 1994, 213-231.

Kevin W. Bowyer and Charles R. Dyer. Three-Dimensional Shape Representation, in Handbook of Pattern Recognition and Computer Vision, Volume 2: Computer Vision, T.Y. Young, editor, Academic Press, 1994, 17-51.

Kevin W. Bowyer, Eggert, D., Stewman, J., and Louise Stark.  Developing the aspect graph representation for use in image understanding, in Selected Papers on Model-Based Vision (Milestone Series # 72), H. Nasr, editor, SPIE Press, 1993, 198-216. (Reprinted from the proceedings of the 1989 DARPA Image Understanding Workshop.)

Melanie Sutton, Louise Stark, and Kevin W. Bowyer. Function-based generic recognition for multiple object categories, in Three-dimensional Object Recognition Systems, A.K. Jain and P.J. Flynn, editors, Elsevier Science Publishers, 1993, 447-470.

Louise Stark and Kevin W. Bowyer. Function-based object recognition for multiple object categories, in Advances in Syntactic and Structural Pattern Recognition, H. Bunke, editor, World Scientific Publishing, 1992, 441-450.

David W. Eggert, Kevin W. Bowyer, Charles R. Dyer, Henrik I. Christensen, and Dmitry B. Goldgof. Applying the scale space concept to perspective projection aspect graphs, in Theory and Applications of Image Analysis, P. Johansen and S. Olsen, editors, World Scientific Publishing, 1992, 48-62. (Selected Papers from the 7th Scandinavian Conference on Image Analysis)

Louise Stark and Kevin W. Bowyer. "Form and function": a theory of purposive, qualitative 3-D object recognition, in Artificial Intelligence and Computer Vision, Y.A. Feldman and A. Bruckstein, editors, Elsevier Science Publishers, 1991, 137-146.

David Eggert and Kevin W. Bowyer. Matching the complete edge structure of the 2-D projection of an object using Fourier descriptors, in Advances in Artificial Intelligence Research: Volume 1, M.B. Fishman, editor, JAI Press, 1989, 225-250.

John H. Stewman, Louise Stark, and Kevin W. Bowyer. Restructuring aspect graphs into aspect- and cell-equivalence classes for use in computer vision, in Springer LNCS 314: Graph Theoretic Concepts in Computer Science, H. Gottler and H.J. Schneider, editors, Springer-Verlag, 1988, 230-241.

Kevin W. Bowyer, George Konstantinow, Stephen K. Rerych, and Robert H. Jones. Optimum counting intervals in radionuclide cardiac studies, in Nuclear Cardiology: Selected Computer Aspects, Society of Nuclear Medicine, 1978, 85-95.


## CONFERENCE, SYMPOSIUM & WORKSHOP PAPERS

Estefan Ortiz, Kevin W. Bowyer and Patrick J. Flynn, An optimal single-eye, dilation based enrollment, *International Joint Conference on Biometrics*, September 2014.

David Yambay, Jay Doyle, Kevin Bowyer, Adam Czajka and Stephanie Schuckers, LivDet-Iris 2013 - Iris Liveness Detection Competition 2013, *International Joint*

Conference on Biometrics, September 2014.

Juan E. Tapia, Claudio A. Perez and Kevin W. Bowyer, Gender Classification From Iris Images Using Fusion of Uniform Local Binary Patterns, *ECCV 2014 Workshop on Soft Biometrics*, September 7, 2014.

Domingo Mery and Kevin Bowyer, Recognition of facial attributes using adaptive sparse representations of random patches, *ECCV 2014 Workshop on Soft Biometrics*, September 7, 2014.

Jeremiah Barr, Leonardo Cament, Kevin Bowyer and Patrick Flynn, Active Clustering with Ensembles for Social Structure Extraction, *2014 IEEE Winter Conference on Applications of Computer Vision* (*WACV*), March 2014.

Jeremiah Barr, Kevin Bowyer and Patrick Flynn, The Effectiveness of Face Detection Algorithms in Unconstrained Crowd Scenes, *2014 IEEE Winter Conference on Applications of Computer Vision* (*WACV*), March 2014.

Amanda Sgroi, Kevin W. Bowyer, Patrick J. Flynn and P. Jonathon Phillips, SNoW: Understanding the Causes of Strong, Neutral and Weak Face Impostor Pairs, *IEEE International Conference on Biometrics: Theory, Applications and Systems* (*BTAS 13*), Sept 30 – Oct 2, 2013. http://dx.doi.org/10.1109/BTAS.2013.6712697

J. Ross Beveridge, P. Jonathon Phillips, David Bolme, Bruce A. Draper, Goef H. Givens, Yui Man Lui, Mohammad Nayeem Teli,  Hao Zhang, W. Todd Scruggs, Kevin W. Bowyer, Patrick J. Flynn and Su Cheng, The Challenge of Face Recognition from Digital Point-and-Shoot Cameras, *IEEE International Conference on Biometrics: Theory, Applications and Systems* (*BTAS   13*), Sept   30   –   Oct   2,   2013. http://dx.doi.org/10.1109/BTAS.2013.6712704

Estefan Ortiz, Kevin W. Bowyer, and Patrick J. Flynn, A Linear Regression Analysis of the Effects of Age Related Pupil Dilation Change in Iris Biometrics,  *IEEE International Conference on Biometrics: Theory, Applications and Systems* (*BTAS 13*), Sept 30 – Oct 2013.  http://dx.doi.org/10.1109/BTAS.2013.6712687

James S. Doyle, Kevin W. Bowyer and Patrick J. Flynn, Variation in Accuracy of Textured Contact Lens Detection Based on Iris Sensor and Contact Lens Manufacturer, *IEEE International Conference on Biometrics: Theory, Applications and Systems* (*BTAS 13*), Sept 30 – Oct 2, 2013. http://dx.doi.org/10.1109/BTAS.2013.6712745

Will Vranderic and Kevin W. Bowyer, Similarity of Iris Texture Between Siblings, *IEEE International Conference on Biometrics: Theory, Applications and Systems* (*BTAS 13*), Sept 30 – Oct 2, 2013. http://dx.doi.org/10.1109/BTAS.2013.6712753

Kevin McGinn, Samuel Tarin and Kevin W. Bowyer, Identity Verification Using Iris Images: Performance of Human Examiners,  *IEEE International Conference on Biometrics: Theory, Applications and Systems* (*BTAS 13*), Sept 30 – Oct 2, 2013. http://dx.doi.org/10.1109/BTAS.2013.6712727

Joseph Thompson, Patrick Flynn, Kevin W. Bowyer and Hector Santos-Villalobos, Effects of Iris Surface Curvature on Iris Recognition, *IEEE International Conference on*

*Biometrics: Theory, Applications and Systems* (*BTAS 13*), Sept 30 – Oct 2, 2013. http://dx.doi.org/10.1109/BTAS.2013.6712693

James S. Doyle, Patrick J. Flynn and Kevin W. Bowyer, Automated Classification of Contact Lens Type In Iris Images, *IAPR International Conference on Biometrics*, June 2013. http://dx.doi.org/10.1109/ICB.2013.6612954

Amanda Sgroi, Kevin W. Bowyer and Patrick J. Flynn, The Prediction of Young and Old Subjects From Iris Texture, *IAPR International Conference on Biometrics*, June 2013. http://dx.doi.org/10.1109/ICB.2013.6613010

Amanda Sgroi, Kevin W. Bowyer and Patrick J. Flynn, The Impact of Diffuse Illumination on Iris Recognition, *IAPR International Conference on Biometrics*, June 2013. http://dx.doi.org/10.1109/ICB.2013.6612975

Karen Hollingsworth, Sam Clark, Joseph Thompson, Patrick J. Flynn and Kevin W. Bowyer, Eyebrow segmentation using active shape models*, SPIE 8712, Biometric and Surveillance Technology for Human and Activity Identification X*, May 2013. http://dx.doi.org/10.1117/12.2017646

Jay Doyle, Patrick J. Flynn and Kevin W. Bowyer, Effects of Mascara on Iris Recognition*, SPIE 8712, Biometric and Surveillance Technology for Human and Activity Identification X*, May 2013. http://dx.doi.org/10.1117/12.2017877

Ken Hughes and Kevin W. Bowyer, Detection of Contact-Lens-Based Iris Biometric Spoofs Using Stereo Imaging, *Hawaii International Conference on System Sciences (HICSS 46)*, January 7-10, 2013. http://dx.doi.org/10.1109/HICSS.2013.172

Jim Thomas, Ahsan Kareem and Kevin Bowyer, Recent Advances towards a Robust, Automated Hurricane Damage Assessment from High-Resolution Images, *Advances in Hurricane Engineering,* 806-815, 2013. http://ascelibrary.org/doi/abs/10.1061/9780784412626.069

Robert Hasegawa, Estefan Ortiz, Kevin W. Bowyer, Louise Stark, Patrick J. Flynn and Ken Hughes, Synthetic Eye Images for Pupil Dilation Mitigation, *Biometrics Theory, Applications and Systems (BTAS 12),* September 23-27, 2012. http://dx.doi.org/10.1109/BTAS.2012.6374598

Jim Thomas, Kevin W. Bowyer, and Ahsan Kareem, Fast Robust Perspective Transform Estimation for Automatic Image Registration in Disaster Response Applications, *IEEE Geoscience and Remote Sensing Symposium*, July 2012. http://www.dblp.org/db/conf/igarss/igarss2012.html

Samuel P. Fenker and Kevin W. Bowyer, Analysis of Template Aging in Iris Biometrics, *CVPR Biometrics Workshop*, June 2012. http://dx.doi.org/10.1109/CVPRW.2012.6239214

Amanda Sgroi, Kevin W. Bowyer and Patrick Flynn, Effects of Dominance and Laterality on Iris Recognition, *CVPR Biometrics Workshop*, June 2012. http://dx.doi.org/10.1109/CVPRW.2012.6239215

Jim Thomas, Kevin W. Bowyer and Ahsan Kareem, Color Balancing for Change Detection in Multitemporal Images, *Workshop on Applications of Computer Vision (WACV 2012)*, January 2012. http://dx.doi.org/10.1109/WACV.2012.6163047

Gaurav Aggarwal, Soma Biswas, Patrick J. Flynn and Kevin W. Bowyer, A Sparse Representation Approach to Face Matching across Plastic Surgery, *Workshop on Applications of Computer Vision (WACV 2012)*, January 2012. http://dx.doi.org/10.1109/WACV.2012.6163008

Gaurav Aggarwal, Soma Biswas, Patrick J. Flynn and Kevin W. Bowyer, Predicting Good, Bad and Ugly Match Pairs, *Workshop on Applications of Computer Vision (WACV 2012)*, January 2012.  http://dx.doi.org/10.1109/WACV.2012.6163007

Soma Biswas, Kevin W. Bowyer and Patrick J. Flynn, A Study of Face Recognition of Identical Twins By Humans, *International Workshop on Information Forensics and Security* (*WIFS 2011*), December 2011. http://dx.doi.org/10.1109/WIFS.2011.6123126

Vipin Vijayan, Kevin Bowyer and Patrick Flynn, 3D Twins and Expression Challenge, *ICCV Workshops: Workshop on Benchmarking Facial Image Analysis Technologies*, November 2011. http://dx.doi.org/10.1109/ICCVW.2011.6130507

Estefan Ortiz and Kevin W. Bowyer, Dilation-Aware Multi-Image Enrollment for Iris Biometrics, *International Joint Conference on Biometrics*, October 2011. http://dx.doi.org/10.1109/IJCB.2011.6117526

Vipin Vijayan, Kevin Bowyer, Patrick Flynn, Di Huang, Liming Chen, Mark Hansen, Omar Ocegueda, Shishir Shah and Ioannis Kakadiaris, Twins 3D Face Recognition Challenge, *International Joint Conference on Biometrics*, October 2011. http://dx.doi.org/10.1109/IJCB.2011.6117491

Gaurav Aggarwal, Soma Biswas, Patrick J. Flynn and Kevin W. Bowyer, Predicting Performance of Face Recognition Systems: An Image Characterization Approach, *IEEE Computer Society Workshop on Biometrics*, June 2011, 52-59. http://dx.doi.org/10.1109/CVPRW.2011.5981784

Ryan Connaughton, Amanda Sgroi, Kevin W. Bowyer and Patrick J. Flynn, A Cross-Sensor Evaluation of Three Commercial Iris Cameras for Iris Biometrics, *IEEE Computer Society Workshop on Biometrics*, June 2011, 90-97. http://dx.doi.org/10.1109/CVPRW.2011.5981814

Jim Thomas, Ahsan Kareem, and Kevin W. Bowyer, Towards a robust automated hurricane damage assessment from high-resolution images, *13th International Conference on Wind Engineering (ICWE 13)*, July 2011.

Ryan Connaughton, Kevin W. Bowyer and Patrick J. Flynn, Fusion of Face and Iris Biometrics from a Stand-Off Video Sensor, *22nd Midwest Artificial Intelligence and Cognitive Science Conference (MAICS 2011)*, 16-17 April 2011, Cincinnati, Ohio. http://ceur-ws.org/Vol-710

Stephen Lagree and Kevin W. Bowyer, Ethnicity Prediction Based on Iris Texture Features, *22nd Midwest Artificial Intelligence and Cognitive Science Conference*

(*MAICS 2011*), 16-17 April 2011, Cincinnati, Ohio. http://ceur-ws.org/Vol-710

P. Jonathon Phillips, Patrick J. Flynn, Kevin W. Bowyer, Richard W. Vorder Bruegge, Patrick J. Grother, George W. Quinn, Matthew Pruitt, Distinguishing Identical Twins By Face Recognition, *IEEE International Conference on Automatic Face and Gesture Recognition* (*FG 2011*), March 2011, 185-192. 10.1109/FG.2011.5771395

Sam Fenker and Kevin W. Bowyer, Experimental Evidence of a Template Aging Effect in Iris Biometrics, *IEEE Workshop on Applications of Computer Vision (WACV 2011)*, January 2011, 232-239. 10.1109/WACV.2011.5711508

Jeremiah Barr, Kevin W. Bowyer and Patrick J. Flynn, Detecting Questionable Observers Using Face Track Clustering, *IEEE Workshop on Applications of Computer Vision (WACV 2011)*, January 2011, 182-189. 10.1109/WACV.2011.5711501

Kevin W. Bowyer, Steve Lagree and Sam Fenker, Human Versus Biometric Detection of Similarity In Left and Right Irises, *IEEE International Carnahan Conference on Security Technology (ICCST)*, October 2010, 323-329. 10.1109/CCST.2010.5678702

Karen Hollingsworth, Kevin W. Bowyer and Patrick J. Flynn, Identifying Useful Features for Recognition in Near-Infrared Periocular Images, *Biometrics: Theory, Applications and Systems (BTAS 10)*, September 2010. 10.1109/BTAS.2010.5634529

Louise Stark, Kevin W. Bowyer and Stephen Siena, Human Perceptual Categorization of Iris Texture Patterns, *Biometrics: Theory, Applications and Systems (BTAS 10)*, September 2010. 10.1109/BTAS.2010.5634480

Karen Hollingsworth, Kevin W. Bowyer and Patrick J. Flynn, Similarity of Iris Texture Identical Twins, *IEEE Computer Society Workshop on Biometrics*, June 2010, 22-29. 10.1109/CVPRW.2010.5543237

Jim Thomas, Ahsan Kareem, and Kevin W. Bowyer, Comparison of Change Detection Algorithms for Windstorm Damage Estimation, *7th International Workshop on Remote Sensing and Disaster Response*, Austin, Texas, 22-23 October 2009.

Karen Hollingsworth, Kevin W. Bowyer and Patrick J. Flynn, Using Fragile Bit Coincidence to Improve Iris Recognition, *Biometrics: Theory, Applications and Systems (BTAS 09)*, September 2009, 165-170. 10.1109/BTAS.2009.5339036

Sarah Baker, Amanda Hentz, Kevin W. Bowyer and Patrick J. Flynn, Contact Lenses: Handle With Care for Iris Recognition, *Biometrics: Theory, Applications and Systems (BTAS 09)*, September 2009. 10.1109/BTAS.2009.5339050

Jim Thomas, Joe Jeray, Ahsan Kareem, and Kevin W. Bowyer, Efficacy of Damage Detection Measures from Aerial Images, *11th Americas Conference on Wind Engineering* (11ACWE), June 2009.

Sarah Baker, Kevin W. Bowyer and Patrick J. Flynn, Empirical Evidence for Correct Iris Match Score Degradation With Increased Time Lapse Between Gallery and Probe Images, *International Conference on Biometrics*, 1170-1179, June 2009. 10.1007/978-3-642-01793-3_118

Karen Hollingsworth, Kevin W. Bowyer and Patrick J. Flynn, Image Averaging for Improved Iris Recognition, *International Conference on Biometrics*, 1112-1121, June 2009. 10.1007/978-3-642-01793-3_112

P. Jonathon Phillips, Patrick J. Flynn, J. Ross Beveridge, W. Todd Scruggs, Alice J. O'Toole, David Bolme, Kevin W. Bowyer, Bruce A. Draper, Geof H. Givens, Yui Man Lui, Hassan Sahibzada, Joseph A. Scallan, and Samuel Weimer, Overview of the Multiple Biometric Grand Challenge, *International Conference on Biometrics*, 705-714, June 2009. http://dx.doi.org/10.1007/978-3-642-01793-3_72

Karen Hollingsworth, Sarah Baker, Sarah Ring, Kevin W. Bowyer, and Patrick J. Flynn, Recent research results in iris biometrics, *SPIE Biometric Technology for Human Identification VI*, Orlando, Florida, April 2009. http://dx.doi.org/10.1117/12.823095

Chris Middendorff and Kevin W. Bowyer, Ensemble training to improve 2D ear recognition, *SPIE Biometric Technology for Human Identification VI*, Orlando, Florida, April 2009. http://dx.doi.org/10.1117/12.818177

Larry Shoemaker, Robert E. Banfield, Larry Hall, Kevin W. Bowyer, W. Philip Kegelmeyer, Detecting and Ordering Salient Regions for Efficient Browsing, *International Conference on Pattern Recognition (ICPR 2008)*, Tampa, Florida, December 2008. http://dx.doi.org/10.1109/ICPR.2008.4761265

John N. Korecki, Robert E. Banfield, Larry Hall, Kevin W. Bowyer, W. Philip Kegelmeyer, Semi-supervised learning on large complex simulations, *International Conference on Pattern Recognition (ICPR 2008)*, Tampa, Florida, December 2008. http://dx.doi.org/10.1109/ICPR.2008.4761797

Karen Hollingsworth, Kevin W. Bowyer and Patrick J. Flynn, The importance of small pupils: a study of how pupil dilation affects iris biometrics, *Biometrics: Theory, Applications and Systems (BTAS 08)*, Sept. 2008. http://dx.doi.org/10.1109/BTAS.2008.4699341

Karen Hollingsworth, Kevin W. Bowyer and Patrick J. Flynn, All iris filters are not created equal, *Biometrics: Theory, Applications and Systems (BTAS 08)*, Sept. 2008. http://dx.doi.org/10.1109/BTAS.2008.4699318

Deborah Thomas, Kevin W. Bowyer and Patrick J. Flynn, Multi-factor approach to improving recognition performance in surveillance-quality video, *Biometrics: Theory, Applications and Systems (BTAS 08)*, Sept. 2008. http://dx.doi.org/10.1109/BTAS.2008.4699366

Sarah Ring and Kevin W. Bowyer, Detection of iris texture distortions by analyzing iris code matching results, *Biometrics: Theory, Applications and Systems (BTAS 08)*, Sept. 2008. http://dx.doi.org/10.1109/BTAS.2008.4699386

James Gentile, Kevin W. Bowyer and Patrick J. Flynn, Profile face detection: a subset multi-biometric approach, *Biometrics: Theory, Applications and Systems (BTAS 08)*, Sept. 2008. http://dx.doi.org/10.1109/BTAS.2008.4699376

P. Jonathon Phillips, Kevin W. Bowyer, Patrick J. Flynn, Xiaomei Liu, and W. Todd Scruggs, The Iris Challenge Evaluation 2005, *Biometrics: Theory, Applications and Systems (BTAS 08)*, Sept. 2008. http://dx.doi.org/10.1109/BTAS.2008.4699333

Lawrence O. Hall and Kevin W. Bowyer, Finding Lookmarks for Extreme-scale Simulation and Scientific Data, 2007 *NSF Next Generation Data Mining Symposium*, Baltimore, October 2007.

Karen Hollingsworth, Kevin W. Bowyer and Patrick J. Flynn, All iris code bits are not created equal, *Biometrics: Theory, Applications, and Systems (BTAS 07)*, Washington, September 2007. http://dx.doi.org/10.1109/BTAS.2007.4401908

Tim Faltemier, Kevin W. Bowyer and Patrick J. Flynn, Using a multi-instance enrollment representation to improve 3D face recognition, *Biometrics: Theory, Applications, and Systems (BTAS 07)*, September 2007. http://dx.doi.org/10.1109/BTAS.2007.4401928

Vince Thomas, Nitesh V. Chawla, Kevin W. Bowyer and Patrick J. Flynn, Learning to predict gender from irises, *Biometrics: Theory, Applications, and Systems (BTAS 07), Washington*, September 2007. http://dx.doi.org/10.1109/BTAS.2007.4401911

Nitesh V. Chawla and Kevin W. Bowyer, Actively exploring creation of face space(s) for improved face recognition, *AAAI-07*. Vancouver, Canada, July 2007.

Lawrence O. Hall, Robert E. Banfield, Kevin W. Bowyer, and W. Philip Kegelmeyer, Boosting Lite – handling larger datasets and slower base classifiers, *Springer-Verlag LNCS 4472: International Workshop on Multiple Classifier Systems (MCS 2007),* 161-170, 2007.

Deborah Thomas, Kevin W. Bowyer, and Patrick J. Flynn, Strategies for improving face recognition from video, *Workshop on Motion and Video Computing (WMVC 2007)*, February 2007.

Larry Shoemaker, Robert E. Banfield, Lawrence O. Hall, Kevin W. Bowyer, and W. Philip Kegelmeyer, Learning to predict salient regions from disjoint and skewed training sets, *International Conference on Tools with Artificial Intelligence (ICTAI 06)*, 116-126, Washington, DC, November 2006.

Timothy Faltemier, Kevin W. Bowyer and Patrick J. Flynn, 3D face recognition with curvature based region selection, *Third International Symposium on 3D Data Processing, Visualization and Transmission (3DPVT 2006)*, North Carolina, June 2006.

Ping Yan and Kevin W. Bowyer, An automatic 3D ear recognition system, *Third International Symposium on 3D Data Processing, Visualization and Transmission (3DPVT 2006)*, North Carolina, June 2006.

Damon L. Woodard, Timothy C. Faltemier, Ping Yan, Patrick J. Flynn, Kevin W. Bowyer, A Comparison of 3D Biometric Modalities, *CVPR 2006 Workshop: Multi-Biometrics '06*, New York, June 2006. DOI: 10.1109/CVPRW.2006.

Xin Chen, Timothy Faltemier, Patrick J. Flynn, and Kevin W. Bowyer, Human face modeling and recognition through multi-view high-resolution stereopsis, *CVPR 2006 Workshop: Multi-Biometrics '06*, New York, June 2006. DOI: 10.1109/CVPRW.2006.95

Kevin W. Bowyer, Kyong I. Chang, Ping Yan, Patrick J. Flynn, Earnie Hansley, and Sudeep Sarkar, Multi-modal biometrics: an overview, *Second Workshop on Multi-Modal User Authentication (MMUA 2006)*, France, May 2006

P. Jonathon Phillips, Patrick J. Flynn, Todd Scruggs, Kevin W. Bowyer and William Worek, Preliminary Face Recognition Grand Challenge results, *7-th IEEE International Conference on Automatic Face and Gesture Recognition* (*FGR 2006*), 15-24, United Kingdom, April 2006.

Timothy Faltemier and Kevin W. Bowyer, Cross-sensor 3D face recognition performance, *SPIE 6202: Biometric Technology for Human Identification III*, Orlando, Florida, April 2006.

Xin Chen, Patrick J. Flynn, and Kevin W. Bowyer, Fusion of infrared and range data: multi-modal face images, *Springer-Verlag LNCS 3832: IAPR International Conference on Biometrics*, Hong Kong, 55-63, January 2006.

Xiaomei Liu, Kevin W. Bowyer, Patrick J. Flynn, Iris recognition and verification experiments with improved segmentation method, *Fourth IEEE Workshop on Automatic Identification Advanced Technologies* (*AutoID 2005*), Buffalo, New York, 118-123, October 2005.

Xin Chen, Patrick J. Flynn, and Kevin W. Bowyer, Fully automated facial symmetry axis detection in frontal color images, *Fourth IEEE Workshop on Automatic Identification Advanced Technologies* (*AutoID 2005*), Buffalo, New York, 106-111, October 2005.

Ping Yan, and Kevin W. Bowyer, A fast algorithm for ICP-based 3D shape biometrics, *Fourth IEEE Workshop on Automatic Identification Advanced Technologies* (*AutoID 2005*), Buffalo, New York, 213-218, October 2005.

Xiaomei Liu, Kevin W. Bowyer, and Patrick J. Flynn, Experimental evaluation of iris recognition, *Biometrics Symposium 2005* (*BSYM 2005*), Washington, D.C., September 2005.

Ping Yan and Kevin W. Bowyer, Empirical evaluation of advanced 3D ear Biometrics, *Biometrics Symposium 2005* (*BSYM 2005*), Washington, D.C., September 2005.

Ping Yan and Kevin W. Bowyer, Multi-biometrics 2D and 3D ear recognition, *Springer-Verlag LNCS 3546: 5th International Conference on Audio- and Video-Based Biometric Person Authentication* (*AVBPA 2005*), New York, 503-512, July 2005.

Jaesik Min, Kevin W. Bowyer, and Patrick J. Flynn, Eye perturbation approach for robust recognition of inaccurately aligned faces, *Springer-Verlag LNCS 3546: 5th International Conference on Audio- and Video-Based Biometric Person Authentication* (*AVBPA 2005*), New York, 41-50, July 2005.

P. Jonathon Phillips, Patrick J. Flynn, Todd Scruggs, Kevin W. Bowyer, Jin Chang, Kevin Hoffman, Joe Marques, Jaesik Min, and William Worek, Overview of the face recognition grand challenge, *Computer Vision and Pattern Recognition (CVPR)*, San Diego, I:947-954, June 2005.

Nitesh V. Chawla and Kevin W. Bowyer, Random subspaces and subsampling for 2-D face recognition**, *Computer Vision and Pattern Recognition (CVPR)*, San Diego, II: 582-589, June 2005.

Xiaomei Liu, Kevin W. Bowyer, and Patrick J. Flynn, Experimental evaluation of iris recognition, *IEEE Workshop on Face Recognition Grand Challenge Experiments*, San Diego, June 2005.

Kyong I. Chang, Kevin W. Bowyer, and Patrick J. Flynn, Adaptive rigid multi-region selection for handling expression variation in 3D face recognition, *IEEE Workshop on Face Recognition Grand Challenge Experiments*, San Diego, June 2005.

Ping Yan and Kevin W. Bowyer, Empirical evaluation of advanced ear biometrics, *IEEE CS Workshop on Empirical Evaluation Methods on Computer Vision (EEMCV)*, San Diego, June 2005.

Ping Yan and Kevin W. Bowyer, Ear biometrics using 2D and 3D images, *IEEE CS Workshop on Advanced 3D Imaging for Safety and Security (A3DISS),* San Diego, June 2005.

Nitesh V. Chawla and Kevin W. Bowyer, Designing multiple classifier systems for face recognition, the *Springer-Verlag LNCS 3541: 6th International Workshop on Multiple Classifier Systems (MCS 2005)*, Monterey, CA, 407-416, June 2005.

Robert E. Banfield, Lawrence O. Hall, Kevin W. Bowyer, and W. Philip Kegelmeyer, Ensembles of Classifiers from Spatially Disjoint Data, *Springer-Verlag LNCS 3541: 6th International Workshop on Multiple Classifier Systems (MCS 2005),* Monterey, CA, 196-205, June 2005.

Kyong Chang, Kevin W. Bowyer and Patrick Flynn. Effects of facial expression in 3D face recognition, *SPIE 5779: Biometric Technology for Human Identification II*, Orlando, 132-143, March-April 2005.

Ping Yan and Kevin Bowyer, ICP-based approaches for 3D ear recognition, *SPIE 5779: Biometric Technology for Human Identification II*, Orlando, 282-291, March-April 2005.

Kevin W. Bowyer. An elective course in biometrics and privacy, *Frontiers In Education* (FIE 2004), Savannah, Georgia, S3E - 12-17, October 2004.

Xiaomei Liu, Kevin W. Bowyer, and Lawrence O. Hall. Decision trees work better than feed-forward back-propagation neural nets for a specific class of problems, 2004 *IEEE International Conference on Systems, Man and Cybernetics*, 5969-5974, October 2004.

Lawrence O. Hall, Divya Bhadoria, and Kevin W. Bowyer. Learning a model from spatially disjoint data, 2004 *IEEE International Conference on Systems, Man and Cybernetics,* 1447-1451, October 2004.

Kyong Chang, Damon Woodard, Patrick Flynn and Kevin W. Bowyer. Three-dimensional face and finger biometrics, to appear in *XIIth European Signal Processing Conference* (EUSIPCO 2004), Wien, Austria, September 2004.

Jaesik Min, Kevin W. Bowyer, Patrick J. Flynn, and Xiaomei Liu. Ensemble eye location sampling for improved face recognition performance, *The Biometrics Symposium*, Washington, DC, September 2004.

Ping Yan and Kevin W. Bowyer. 2D and 3D Ear Recognition, *The Biometrics Symposium*, Washington, DC, September 2004.

Kevin W. Bowyer, Kyong Chang, and Patrick Flynn. A survey of approaches to three-dimensional face recognition, *International Conference on Pattern Recognition*, Cambridge, United Kingdom, 358-361, August 2004. Reprinted in the *Journal of Intelligence Community Research and Development* (available on Intelink).

Robert E. Banfield, Lawrence O. Hall, Kevin W. Bowyer, and Divya Bhadoria. A comparison of ensemble creation techniques against bagging, *Fifth Workshop on Multiple Classifier Systems* (MCS 2004), Italy, 223-232, June 2004.

Kyong Chang, Kevin W. Bowyer, Patrick J. Flynn, and Xin Chen. Multi-biometrics using facial appearance, shape and temperature, *6-th IEEE International Conference on Automatic Face and Gesture Recognition* (FG 2004), Seoul Korea, 43-48, May 2004. Reprinted in *Journal of Intelligence Community Research and Development.* (available on Intelink)

Patrick J. Flynn, Kevin W. Bowyer, and Aman Jain. A new approach to non-frontal face recognition, *SPIE 5404: Biometric Technology for Human Identification,* Orlando, 87-93, April 2004.

Kyong Chang, Kevin W. Bowyer, Patrick J. Flynn, and Xin Chen. Evaluation of multi-modal biometrics using appearance, shape, and temperature, *SPIE 5404: Biometric Technology for Human Identification*, Orlando, 1-11, April 2004.

Kyong Chang, Kevin Bowyer, and Patrick Flynn, Face Recognition Using 2D and 3D Facial Data, *2003 Multi-Modal User Authentication Workshop*, December 2003, 25-32, Santa Barbara.  Reprinted in the *Journal of Intelligence Community Research and Development* (available on Intelink).

Xin Chen, Patrick Flynn, and Kevin Bowyer, Visible-light and Infrared Face Recognition, *2003 Multi-Modal User Authentication Workshop*, December 2003, 48-55, Santa Barbara. Reprinted in the in the *Journal of Intelligence Community Research and Development* (*JICRD*).

Lawrence O. Hall, Kevin W. Bowyer, Robert E. Banfield, Divya Bhadoria, W. Philip Kegelmeyer, and Steven Eschrich, Comparing pure parallel ensemble creation techniques against bagging, *Third IEEE International Conference on Data Mining* (ICDM'03), Melbourne, Florida, 533-536, November 2003.

Xin Chen, Patrick Flynn, and Kevin W. Bowyer. PCA-based face recognition in infrared imagery: baseline and comparative studies, *IEEE International Workshop on Analysis*

*and Modeling of Faces and Gestures* (AMFG 2003), Nice, France, 127-134, October 2003.

Kyong I. Chang, Kevin W. Bowyer, and Patrick J. Flynn. Multi-modal 2-D and 3-D biometrics for face recognition, *IEEE International Workshop on Analysis and Modeling of Faces and Gestures* (AMFG 2003), Nice, France, 187-194, October 2003.

Xiaomei Liu, Lawrence O. Hall, Kevin W. Bowyer, and Robert Banfield. Why are neural networks sometimes much more accurate than decision trees? *IEEE International Conference on Systems, Man and Cybernetics*, Washington, DC, 2851-2856, October, 2003.

Xin Chen, Patrick Flynn, and Kevin W. Bowyer. PCA-based face recognition in infrared imagery: baseline and comparative studies, *The Biometrics Symposium*, Washington, DC, September 2003.

Nitesh Chawla, A. Lazarevic, Lawrence O. Hall, and Kevin W. Bowyer. SMOTEBoost: Smoting the margins of the minority class in boosting, *7th European Conference on Principles and Practices of Knowledge Discovery in Databases*, (PKDD-2003) Dubrovnik, Croatia, 107-119, September 2003.

Robert E. Banfield, Lawrence O. Hall, Kevin W. Bowyer, and W. Philip Kegelmeyer. A new ensemble diversity measure applied to thinning ensembles, *Fourth Workshop on Multiple Classifier Systems* (MCS 2003), Surrey, United Kingdom, 306-316, June 2003.

Patrick Flynn, Kevin W. Bowyer, and P. Jonathon Phillips. Assessment of time dependence in face recognition: an initial study, *Springer-Verlag LNCS 2688: Audio- and Video-based Biometric Person Authentication*, Surrey, United Kingdom, 44-51. June 2003.

Lawrence O. Hall, Xiaomei Liu, Kevin Bowyer, and Robert Banfield. An analysis of neural network versus decision tree performance on a bio-informatics problem, *Workshop on Information Technology*, Rabat, Morocco, March 2003.

Kevin W. Bowyer. A curriculum module on freedom of speech in cyberspace, *Frontiers in Education* 2002 (FIE '02), Boston, November 2002.

Lawrence O. Hall, Richard Collins, Kevin W. Bowyer, Robert Banfield, W. Philip Kegelmeyer. Error-based pruning of decision trees grown on very large data sets can work, *14th IEEE International Conference on Tools with Artificial Intelligence*, Washington, 233-238, November 2002.

P. Jonathon Phillips, S. Sarkar, I. Robledo, Patrick Grother, and Kevin W. Bowyer. The gait identification challenge problem: data sets and baseline algorithm, *International Conference on Pattern Recognition* (ICPR 2002), Montreal, I:385-388, August 2002.

Barnabas Victor, Kevin W. Bowyer, and Sudeep Sarkar. An evaluation of face and ear biometrics, *International Conference on Pattern Recognition* (ICPR 2002), Montreal, I:429-432, August 2002.

Nitesh V. Chawla, Lawrence O. Hall, Kevin W. Bowyer, Thomas E. Moore, W. Philip Kegelmeyer. Distributed pasting of small votes, *Third Workshop on Multiple Classifier Systems* (MCS 2002), Caligari, Italy, 52-61, June 2002.

P. Jonathon Phillips, S. Sarkar, I. Robledo, Patrick Grother, and Kevin W. Bowyer. Baseline results for the challenge problem of Human ID using gait analysis, *Face and Gesture Recognition 2002*, Washington, 137-142.

Marty J. Wolf, Kevin W. Bowyer, Don Gotterbarn, and Keith Miller. Open Source Software: Intellectual Challenges to the Status Quo (panel discussion), *SIGCSE 2002*, Cincinnati, March 2002.

Nitesh Chawla, Thomas E. Moore, Kevin W. Bowyer, Lawrence O. Hall, Clayton Springer, W. Philip Kegelmeyer. Bagging is a small-data-set phenomenon, *Computer Vision and Pattern Recognition* (CVPR '01), Hawaii, 684-689, December 2001.

Nitesh Chawla, Thomas E. Moore, Kevin W. Bowyer, Lawrence O. Hall, Clayton Springer, W. Philip Kegelmeyer. Investigation of bagging-like effects and decision trees versus neural nets in protein secondary structure prediction, *Workshop on Data Mining in Bioinformatics* (BIOKDD), 50-59, August 2001.

Kevin W. Bowyer. "Star Wars" revisited - A continuing case study in ethics and safety-critical software, *International Symposium on Technology and Society* (ISTAS '01), July 2001, 51-60. Short version also presented at *Frontiers in Education* (FIE '01), October 2001.

Nitesh V. Chawla, Kevin W. Bowyer, Lawrence O. Hall, and W. Philip Kegelmeyer. SMOTE: Synthetic Minority Oversampling TEchnique. *Proceedings of International Conference on Knowledge Based Computer Systems*, Mumbai, India, 46-57, 2000.

Jaesik Min, Mark Powell, and Kevin W. Bowyer. Automated performance evaluation of range image segmentation, *IEEE-CS Workshop on Applications of Computer Vision*, Palm Springs, California, 163-168, December 2000.

Kevin W. Bowyer, Nitesh V. Chawla, Thomas E. Moore, Lawrence O. Hall, and W. Philip Kegelmeyer. A parallel decision tree builder for mining very large visualization datasets, *IEEE International Conference on Systems, Man and Cybernetics*, 2000, 1888-1893.

Lawrence O. Hall, Kevin W. Bowyer, W. Philip Kegelmeyer, Thomas E. Moore, and C. Chao. Distributed Learning on Very Large Data Sets, *ACM SIGKDD Workshop on Distributed and Parallel Knowledge Discovery*, Boston, Massachusetts, July 2000.

John Impagliazzo, Gerald L. Engel, T. Greening, Kevin W. Bowyer, Don Gotterbarn, J.A.N. and Lee. Perspectives on professionalism in computing, *Frontiers in Education* (FIE '00), Kansas City, October 2000.

Kevin W. Bowyer. Goodearl and Aldred versus Hughes Aircraft: a whistle-blowing case study, *Frontiers in Education* (FIE '00), Kansas City, pages S2F-2 - S2F-7, October 2000.

Jaesik Min, Mark W. Powell, and Kevin W. Bowyer. Objective, automated performance benchmarking of region segmentation algorithms, *International Conference on Pattern Recognition* (ICPR 2000), Barcelona, 644-647.

X. Jiang, K. Bowyer, Y. Moriaoka, S. Hiura, K. Sato, S. Inokuchi, M. Bock, C. Guerra, R.E. Loke, and J.M.H. du Buf. Some further results of experimental comparison of range image segmentation algorithms, *International Conference on Pattern Recognition* (ICPR 2000), Barcelona, 877-881.

Michael D. Heath and Kevin W. Bowyer. Mass Detection by Relative Image Intensity, *Fifth International Workshop on Digital Mammography* (IWDM-2000) Toronto, Canada, June 2000.

Naveen Yarlagadda, Rong Li, and Kevin W. Bowyer. Baseline comparison of calcification detection algorithms, *Fifth International Workshop on Digital Mammography* (IWDM-2000) Toronto, Canada, June 2000.

Michael D. Heath and Kevin W. Bowyer. The Digital Database for Screening Mammography, Fifth *International Workshop on Digital Mammography* (IWDM-2000) Toronto, Canada, June 2000.

J.A.N. Lee and Kevin W. Bowyer. Future faculty development seminar in ethics, social impact, and alternative teaching strategies, *SIGCSE 2000*, Austin, Texas, 217-221, March 2000.

Kevin W. Bowyer. Video Resources for Use In Teaching Ethics and Computing, *SIGCSE 2000*, Austin, Texas, 217-221, March 2000.

Kevin W. Bowyer and Lawrence O. Hall. Experience using MOSS to detect cheating on programming assignments, *Frontiers in Education* (FIE '99), San Juan, Puerto Rico, session 13b3, 18-22, November 1999.

Kevin W. Bowyer and Gove Effinger. Resources from an NSF-sponsored workshop on teaching ethics and computing, *Frontiers in Education* (FIE '99), San Juan, Puerto Rico, session 12d6, 6-12, November 1999.

Nitesh Chawla, Thomas Moore, Lawrence O. Hall, Kevin W. Bowyer, and W. Philip Kegelmeyer. Learning Rules from Distributed Data, *SIGKDD Workshop on Large-Scale Parallel Data Mining Systems*, San Diego, August 1999.

Kyong Chang, Kevin W. Bowyer and S. Munish, Evaluation of texture segmentation algorithms, *Computer Vision and Pattern Recognition* (CVPR '99), Fort Collins, Colorado, I:294-299, June 1999.

Min C. Shin, Kevin W. Bowyer and Dmitry B. Goldgof. Comparison of edge detectors using an object recognition task, *Computer Vision and Pattern Recognition* (CVPR '99), Fort Collins, Colorado, I:360-365, June 1999.

Kevin W. Bowyer, Christine Kranenburg, and Sean Dougherty. Edge detector evaluation using empirical ROC curves*, Computer Vision and Pattern Recognition* (CVPR '99), Fort Collins, Colorado, I:354-359, June 1999.

Lawrence O. Hall, Nitesh Chawla, and Kevin W. Bowyer Decision Tree Learning on Very Large Data Sets, *IEEE International Conference on Systems, Man and Cybernetics*, New York, 2579-2584, October 1998.

Sean Dougherty, Kevin W. Bowyer, and Christine Kranenburg ROC curve evaluation of edge detector performance, *International Conference on Image Processing* (ICIP '98), Chicago, Illinois, II:525-529, October 1998.

Jian Wang, Kevin W. Bowyer, Thomas A. Sanocki, and Sudeep Sarkar.  The effect of edge strength on object recognition from edge images, *International Conference on Image Processing* (ICIP '98), Chicago, Illinois, II:45-49, October 1998.

Kevin W. Bowyer Performance assessment of low-level algorithms for robot vision, *6th International Symposium on Intelligent Robotic Systems* (SIRS '98), Edinburgh, 1-6, July 1998.

Michael Heath, Kevin Bowyer, Daniel Kopans, W. Philip Kegelmeyer, Richard Moore, Kyong Chang and S. Munishkumaran. Current status of the Digital Database for Screening Mammography, pages 457-460 in *Digital Mammography*, Kluwer Academic Publishers, 1998. (proceedings of the Fourth International Workshop on Digital Mammography, Nijmegen, The Netherlands)

Min Shin, Dmitry B. Goldgof, and Kevin W. Bowyer.   An objective comparison methodology of edge detection algorithms using a structure from motion task, *Computer Vision and Pattern Recognition* (CVPR '98), 190-195, July 1998.

Sean Dougherty and Kevin W. Bowyer A formal framework for the objective evaluation of edge detectors, *Florida Artificial Intelligence Research Symposium* (FLAIRS '98), Sanibel Island, Florida, 45-51, May 1998.

Mark Powell, Kevin W. Bowyer, Xiaoyi Jiang, and Horst Bunke. Comparing curved-surfaces range image segmenters, *International Conference on Computer Vision* (ICCV '98), Bombay, India, 286-291, January 1998.

Maha Y. Sallam, Kevin W. Bowyer, Kevin S. Woods. Daniel B. Kopans, Richard H. Moore and W. Philip Kegelmeyer, The Digital Database for Screening Mammography (DDSM): lessons learned, Radiological Society of North America (RSNA '97), Chicago, Illinois, December 1997.

Kevin W. Bowyer Case study resource for an ethics and computing course, *Frontiers in Education* '97, Pittsburgh, Pennsylvania, November 1997.

Kevin W. Bowyer, D.B. Kopans, W. Philip Kegelmeyer, Richard H. Moore, Maha Y. Sallam, Kyong I. Chang, and Kevin S. Woods. The Digital Database for Screening Mammography Research, *DOD Breast Cancer Research Program Meeting: Era of Hope*, Washington DC, 69-70. October 1997.

Thomas Sanocki, Kevin W. Bowyer, Michael Heath, and Sudeep Sarkar. Are edges sufficient for object recognition?, *Object Perception And Modeling* (OPAM '96), Chicago, Illinois, October 1996. (presentation only)

Melanie Sutton, Kevin W. Bowyer, and Louise Stark. Interactive confirmation of object functionality, *AAAI '96 Workshop on Modeling and Reasoning about Function: Working Notes*, Portland, Oregon, 117-120, August 1996.

Kevin Woods, Kevin Bowyer, and W. Philip Kegelmeyer.  Combination of multiple classifiers using local accuracy estimates, *Computer Vision and Pattern Recognition*, San Francisco, 391-396, June 1996.

Michael Heath, Sudeep Sarkar, Thomas Sanocki, and Kevin Bowyer. Comparison of edge detectors: a methodology and initial study, *Computer Vision and Pattern Recognition*, San Francisco, 143-148, June 1996.

Kevin Bowyer, Daniel Kopans, W. Philip Kegelmeyer, Richard Moore, Maha Sallam, Kyong Chang and Kevin Woods.  The digital database for screening mammography, *Third International Workshop on Digital Mammography*, Chicago, 431-434, June 1996.

Kevin S. Woods and Kevin W. Bowyer. A general view of detection algorithms, *Third International Workshop on Digital Mammography*, Chicago, 385-390, June 1996.

Maha Sallam, and Kevin W. Bowyer. Detecting abnormal densities in mammograms by comparison to previous screenings, *Third International Workshop on Digital Mammography*, Chicago, 417-420, June 1996.

Xaioyi Y. Jiang, Adam Hoover, Gillian Jean-Baptiste, Dmitry Goldgof, Kevin Bowyer and Horst Bunke. A methodology for evaluating edge detection techniques for range images, *1995 Asian Conference on Computer Vision*, Singapore, volume II, 415-419, December 1995.

Adam Hoover, Gillian Jean-Baptiste, Xiaoyi Jiang, Patrick J. Flynn, Horst Bunke and Kevin Bowyer Range image segmentation: the user's dilemma, *1995 IEEE International Symposium on Computer Vision*, Miami, Florida, 323-328, November 1995.

Senthil Kumar, Maha Sallam, Dmitry Goldgof and Kevin W. Bowyer Point correspondence in unstructured nonrigid motion, *1995 IEEE International Symposium on Computer Vision*, Miami, Florida, 289-294, November 1995.

Louise Stark and Kevin Bowyer.  Functional context in vision, *IEEE Workshop on Context-Based Vision*, Boston, Massachusetts, 63-74, June 1995.

Melanie Sutton, H. Liu, Louise Stark and Kevin W. Bowyer Towards a domain-independent function-based recognition system, Florida Artificial Intelligence Research Symposium, Melbourne, Florida, 294-298, April 1995.

Thomas Sanocki, Kevin Bowyer Jon Adair, and Sudeep Sarkar. Are real edges sufficient for object recognition?, *Annual Meeting of Association for Research in Vision and Ophthalmology*, Palm Beach, Florida, May 1995.

Kevin W. Bowyer, Lawrence O. Hall, Patrick Langley, Bir Bhanu and Bruce A. Draper. Report of the AAAI Fall Symposium on Machine Learning and Computer Vision: What, Why and How?, 1994 *ARPA Image Understanding Workshop*, 727-731.

Adam Hoover, Gillian Jean-Baptiste, Dmitry Goldgof and Kevin W. Bowyer. A methodology for evaluation of range image segmentation techniques, *1994 IEEE Workshop on Applications of Computer Vision*, Sarasota, Florida, 264-271, December 1994.

Kevin Green, David Eggert, Louise Stark and Kevin Bowyer. Generic recognition of articulated objects by reasoning about functionality, *1994 IAPR International Conference on Pattern Recognition*, Jerusalem, Israel, 847-849, October 1994.

Kevin Green, David Eggert, Louise Stark and Kevin Bowyer. Generic recognition of articulated objects by Reasoning about functionality, *1994 AAAI Workshop on Representing and Reasoning about Device Function*, Seattle, Washington, 56-64 August 1994.

Kevin S. Woods and Kevin W. Bowyer. Computer detection of stellate lesions, in Digital Mammography, (proceedings of the Second International Workshop on Digital Mammography, held in York, United Kingdom, July 1994), A.G. Gale, S.M. Astley, D.R. Dance and A.Y. Cairns, editors, Elsevier Science, Amsterdam, 1994, 221-229.

Kevin S. Woods and Kevin W. Bowyer. Generating ROC curves for artificial neural networks, in Digital Mammography, (proceedings of the Second International Workshop on Digital Mammography, held in York, United Kingdom, July 1994), A.G. Gale, S.M. Astley, D.R. Dance and A.Y. Cairns, editors, Elsevier Science, Amsterdam, 1994, 335-344.

Katrina M. Simpson and Kevin W. Bowyer. Comparison of spatial noise removal techniques for Digital mammography, in Digital Mammography, (proceedings of the Second International Workshop on Digital Mammography, held in York, United Kingdom, (July 1994), A.G. Gale, S.M. Astley, D.R. Dance and A.Y. Cairns, editors, Elsevier Science, Amsterdam, 1994, 325-334.

Maha Y. Sallam. and Kevin W. Bowyer.  Registering time sequences of mammograms using a 2-D Unwarping technique, in Digital Mammography, (proceedings of the Second International Workshop on Digital Mammography, held in York, United Kingdom, (July 1994), A.G. Gale, S.M. Astley, D.R. Dance and A.Y. Cairns, editors, Elsevier Science, Amsterdam, 1994, 121-130.

Kevin S. Woods and Kevin W. Bowyer.  Generating ROC curves for artificial neural networks, *Seventh Annual IEEE Symposium on Computer-Based Medical Systems*, 201-206, June 1994.

Jeff L. Solka, W.L. Poston, Carey E. Priebe, G.W. Rogers, R.A. Lorey, D.J. Marchette, Kevin S. Woods and Kevin W. Bowyer.  The detection of micro-calcifications in mammographic images using high dimensional features, *Seventh Annual IEEE Symposium on Computer-Based Medical Systems*, 139-145, June 1994.

Adam Hoover, Dmitry Goldgof and Kevin W. Bowyer. Building a B-rep from a segmented range image, *IEEE Second CAD-Based Vision Workshop*, Champion, Pennsylvania, 74-81, February 1994.

David Eggert, Dmitry Goldgof and Kevin W. Bowyer.  Reconstructing CAD Models of Articulated Objects, *IEEE Second CAD-Based Vision Workshop*, Champion, Pennsylvania, 98-105, February 1994.

Diane J. Cook, Kevin S. Woods, Lawrence O. Hall, Louise Stark and Kevin W. Bowyer. Learning and combining fuzzy values for object recognition, *AAAI Fall Symposium: Machine Learning in Computer Vision*, Research Triangle Park, North Carolina, 139-143, October 1993.

Kevin W. Bowyer and Louise Stark. Beyond pure static shape in function-based object recognition, *SPIE 2055: Intelligent Robots and Computer Vision XII: Algorithms and Techniques*, Boston, Massachusetts, 174-180, September 1993.

Diane J. Cook, Lawrence O. Hall, Louise Stark, and Kevin W. Bowyer.  Learning and combining fuzzy values for object recognition, *IJCAI Workshop #4: Fuzzy Logic in AI*, Chambery, France, 51-61, August 1993.

Louise Stark, Adam W. Hoover, Dmitry B. Goldgof, and Kevin W. Bowyer.  Function-based object recognition from incomplete knowledge of object shape, *AAAI Workshop on Reasoning About Function*, Washington, D.C., 141-148, July 1993.

Louise Stark, Adam W. Hoover, Dmitry B. Goldgof, and Kevin W. Bowyer.  Function-based object recognition from incomplete knowledge of object shape, *IEEE Workshop on Qualitative Vision*, New York, 11-22, June 1993.

Song Han, Dmitry B. Goldgof and Kevin W. Bowyer.  Using hyperquadrics for shape recovery from range data, *Fourth International Conference on Computer Vision* (ICCV '93), Berlin, Germany, 492-496, May 1993.

Kevin S. Woods, Jeff L. Solka, Carey E. Priebe, Chris C. Doss, Kevin W. Bowyer and L.P. Clarke. Comparison evaluation of pattern recognition techniques for detection of microcalcifications, *SPIE 1905: Biomedical Image Processing IV*, San Jose, California, 841-852, February 1993.

Kevin S. Woods, Chris C. Doss, Kevin W. Bowyer, L.P. Clarke and Robert A. Clark.  A neural network approach to microcalcification detection, *IEEE Nuclear Science Symposium and Medical Imaging Conference*, Orlando, Florida, 1273-1275, October 1992.

Maha Sallam, Gary Hubiak, Kevin Bowyer and L. Clarke. Screening mammogram images for abnormalities developing over time, *IEEE Nuclear Science Symposium and Medical Imaging Conference*, Orlando, Florida, 1270-1272, October 1992.

Katrina M. Simpson and Kevin W. Bowyer.  Comparison of noise removal techniques used in digital mammography, *IEEE Nuclear Science Symposium and Medical Imaging Conference*, Orlando, Florida, 1217-1219, October 1992.

Melanie Sutton, Louise Stark and Kevin W. Bowyer.  "We do dishes, but we don't do windows": function-based modeling and recognition of rigid objects, *SPIE 1825: Intelligent Robots and Computer Vision XI: Algorithms, Techniques and Active Vision*, Boston, Massachusetts, 132-142, November 1992.

Adam Hoover, Dmitry B. Goldgof, and Kevin W. Bowyer.  Extracting known and inferred shape information from a single view, *SPIE 1828: Sensor Fusion V*, Boston, 2-13, November 1992.

David W. Eggert, Kevin W. Bowyer and Charles R. Dyer. Aspect graphs: state-of-the-art and applications in digital photogrammetry, *ISPRS 27-th Congress: International Archives of Photogrammetry and Remote Sensing*, Part B5, Washington, D.C., 633-645, August 1992.

Louise Stark, Lawrence O. Hall and Kevin W. Bowyer.  Methods for combination of evidence in function-based 3-D object recognition, *SPIE 1766: Neural and Stochastic Methods in Image and Signal Processing*, San Diego, California, 12-25, July 1992.

David W. Eggert, Kevin W. Bowyer, Charles R. Dyer, Henrik I. Christensen, and Dmitry B, Goldgof. The scale space aspect graph, *Computer Vision and Pattern Recognition* (CVPR '92), Champaign, Illinois, 335-340, June 1992.

Louise Stark and Kevin Bowyer.  Indexing function-based categories for generic object recognition, Computer Vision and Pattern Recognition (CVPR '92), Champaign, Illinois, 795-797, June 1992.

Melanie Sutton, Louise Stark and Kevin W. Bowyer.  What is a "Generic" Object Model for Computer Vision?, *Florida AI Research Symposium*, Palm Beach, Florida, 252-256 April 1992.

Barry Bruno, Natalie Bennett, Kevin Bowyer, Dmitry Goldgof and Louise Stark. Modeling of Articulated Objects for Machine Perception, *Florida AI Research Symposium*, Palm Beach, Florida, 247-251, April 1992.

Melanie Sutton, Louise Stark and Kevin W. Bowyer.  Capturing Function in a Generic Representation Scheme, *Eighth Israeli Symposium on Artificial Intelligence and Computer Vision*, Ramat Gan, Israel, 97-111, December 1991.

David Eggert and Kevin W. Bowyer.  Perspective projection aspect graphs of solids of revolution: an implementation, *Seventh Scandinavian Conference on Image Analysis*, Aalborg, Denmark (), 299-306 August 1991.

Bonnie J. Kaiser, Kevin W. Bowyer and Dmitry B. Goldgof.  On exploring the definition of a range image aspect graph, *Seventh Scandinavian Conference on Image Analysis*, Aalborg, Denmark, 652-658, August 1991.

Olivier Faugeras, Joseph Mundy, Narendra Ahuja, Charles Dyer, Alex Pentland, Ramesh Jain, Katsu Ikeuchi and Kevin Bowyer.  Panel theme: why aspect graphs are not (yet) practical for computer vision, *IEEE Workshop on Directions in Automated CAD-Based Vision*, Maui, Hawaii, 98-104, June 1991.

David Eggert and Kevin W. Bowyer.  Perspective projection aspect graphs of solids of revolution: an implementation, *IEEE Workshop on Directions in Automated CAD-Based Vision*, Maui, Hawaii, 44-53, June 1991.

Kevin W. Bowyer                          September 2014                          kwb@cse.nd.edu

Louise Stark and Kevin W. Bowyer.  Generic recognition through qualitative reasoning about 3-D shape and object function, *Computer Vision and Pattern Recognition* (CVPR '91), Maui, Hawaii, 251-256, June 1991.

Jon Altfeld, Judd Jones, and Kevin W. Bowyer.  Comparing A*/branch-and-bound parallel algorithms for use in path planning on an Intel hypercube, *Florida Artificial Intelligence Research Symposium*, Cocoa Beach, Florida, 111-115, April 1991.

Belinda Wilkins, Dmitry Goldgof and Kevin W. Bowyer.  Toward computing the aspect graph of deformable generalized cylinders, *SPIE 1468: Applications of Artificial Intelligence IX*, Orlando, Florida, 662-673, April 1991.

Maha Y. Sallam, John H. Stewman and Kevin W. Bowyer.  Computing the visual potential of an articulated assembly of parts, *International Conference on Computer Vision* (ICCV '90), Osaka, Japan, 636-643, December 1990.

Louise Stark, Lawrence O. Hall, and Kevin W. Bowyer.  An investigation of methods of combining functional evidence for 3-D object recognition, *SPIE 1381: Intelligent Robots and Computer Vision*, Boston, Massachusetts, November 1990.

Kevin W. Bowyer and Charles R. Dyer.  Aspect graphs: an introduction and survey of recent results, *ISPRS Symposium: Close-Range Photogrammetry Meets Machine Vision*, Zurich, Switzerland, 200-208, September 1990.

Maha Y. Sallam and Kevin W. Bowyer.  Representing the visual potential of a non-rigid assembly of parts, *ISPRS Symposium: Close-Range Photogrammetry Meets Machine Vision*, Zurich, Switzerland, 1150-1156, September 1990.

Louise Stark and Kevin W. Bowyer.  Achieving generalized object recognition through reasoning about association of function to structure, *AAAI-90 Workshop on Qualitative Vision*, Boston, Massachusetts, 137-141, July 1990.

William L. Larsen, and Kevin W. Bowyer.  Computing the Hough transform on a switch-based MIMD machine, *Third Conference on Recent Advances in Robotics*, Boca Raton, Florida, 275-294, June 1990.

Edward Wokabi, Dmitry B. Goldgof and Kevin W. Bowyer.  Surface modeling for non-rigid motion analysis, *Florida AI Research Symposium*, Cocoa Beach, Florida, 10-12, April 1990.

Maha Sallam. and Kevin W. Bowyer.  Representing the visual potential of a non-rigid assembly of rigid parts, *Florida AI Research Symposium*, Cocoa Beach, Florida, 70-74, April 1990.

Katrina Simpson and Kevin W. Bowyer. Using saccadic eye movements to create a 2.5-D sketch, *Florida AI Research Symposium*, Cocoa Beach, Florida, 65-69, April 1990.

Randy Bolling and Kevin W. Bowyer.  Towards computing the aspect graph of constructive solid geometry objects, *Florida AI Research Symposium*, Cocoa Beach, Florida, 60-64, April 1990.

Louise Stark and Kevin W. Bowyer.  Using functional features for 3-D object recognition, *SPIE Applications of Artificial Intelligence VIII* , Orlando, Florida, 212-223, April 1990.

David Eggert and Kevin W. Bowyer.  Computing the orthographic projection aspect graph for solids of revolution, *IEEE Workshop on Interpretation of 3D Scenes*, Austin, Texas, 102-108, November 1989.

Louise Stark and Kevin W. Bowyer.  Functional description as a knowledge representation of 3-D objects, IASTED International Symposium on Expert Systems Theory and Applications, Zurich, Switzerland, 49-54, June 1989.

Kevin W. Bowyer and John H. Stewman, Constructing the perspective projection aspect graph of general polyhedra defined using CAD models, *Sixth Scandinavian Conference on Image Analysis*, Oulu, Finland, 652-659, June 1989.

Kevin W. Bowyer, Judd Jones and Chris Lake. Computing the Hough transform on an MIMD hypercube architecture, *Sixth Scandinavian Conference on Image Analysis*, Oulu, Finland, 1172-1181, June 1989.

Kevin W. Bowyer, David Eggert, John Stewman, and Louise Stark.  Developing the aspect graph representation for use in image understanding, *DARPA Image Understanding Workshop*, Palo Alto, California, 831-849, May 1989.

Louise Stark, David Eggert and Kevin W. Bowyer.  Aspect graphs and non-linear optimization in 3-D object recognition, *International Conference on Computer Vision* (ICCV '88), Tarpon Springs, Florida, 501-507, December 1988.

John Stewman and Kevin W. Bowyer.  Creating the perspective projection aspect graph of polyhedral objects, *International Conference on Computer Vision* (ICCV '88), Tarpon Springs, Florida, 494-500, December 1988.

Kevin W. Bowyer and John H. Stewman, Louise Stark and David Eggert. ERRORS-2: a 3-D object recognition system using aspect graphs, *International Conference on Pattern Recognition*, Rome, Italy, 6-10, November 1988.

Louise Stark and Kevin W. Bowyer.  An aspect graph based control strategy for 3-D object recognition, *International Conference on Industrial & Engineering Applications of Artificial Intelligence and Expert Systems*, Tullahoma, Tennessee, 697-703, June 1988.

Kevin W. Bowyer and John Stewman. An aspect graph object representation for computer vision, *Florida AI Research Symposium*, Orlando, Florida, 41-45, May 1988.

David Eggert and Kevin W. Bowyer.  Matching the complete edge structure of the 2-D projection of an object using Fourier descriptors, *Florida AI Research Symposium*, Orlando, Florida, 223-227, May 1988.

Louise Stark and Kevin W. Bowyer.  Representation of 3-D objects using non-rigid connection of components, *SPIE 938: Digital and Optical Shape Representation and Pattern Recognition*, Orlando, Florida, 454-464, April 1988.

John Stewman and Kevin W. Bowyer.  Aspect graphs for convex, planar-face objects, *IEEE Workshop on Computer Vision*, Miami, Florida, 123-130, November 1987.

John Stewman and Kevin W. Bowyer.  Implementing viewing spheres: automatic construction of aspect graphs of planar-faced, convex objects, *SPIE 786: Applications of Artificial Intelligence V*, Orlando, Florida, 526-532, May 1987.

B. Pracht and Kevin W. Bowyer. Adaptations of run-length encoding for image data compression, *IEEE SouthEastCon*, Tampa, Florida, 6-10, April 1987.

Kevin W. Bowyer, Mel Ray and Carey Laxer. The Duke University computer kamp ("DUCK"), *14th Annual ACM Computer Science Education Conference*; also *ACM SIGCSE Bulletin*, 15, 1, 233-236, February 1983.

Kevin W. Bowyer, L.W. Hedlund, P. Vock, et al. Image analysis systems for CT tissue densitometry, *SPIE MED X*, New Orleans, Louisiana, May 1982.

Kevin W. Bowyer.  Monte Carlo methods for pipeline/vector processors, *IEEE CompSac*, Chicago, Illinois, 126-131, November 1981.

Steve Port, Kevin W. Bowyer, F.R. Cobb, and Robert H. Jones. Age-related changes in the left ventricular response to exercise, *29th Annual Scientific Session*, American College of Cardiology, March 1980.

Kevin W. Bowyer                        September 2014                        kwb@cse.nd.edu

## EXTERNAL FUNDING

Near Infrared and Visible Light Face Recognition, FBI Biometric Center of Excellence (WVURC 09-097U-UND), $200,000, 16/July/2013 – 15/October/2014.

Indiana CTSI Predoctoral Trainee - Pruitt, NIH, $28,348. 1/July/2012 – 30/June/2013. (with J. Diehl in Department of Psychology)  Flows from NIH/NCATS- Indiana Clinical and Translational Sciences Institute – TL1 Program (A. Shekhar, PI), 5/01/08-04/30/13.

Quality Metrics for the Prediction of Face Recognition Performance, National Institute of Standards and Technology, $100,000, 1/September/2012 – 5/April/2013. (with P. J. Flynn as co-p.i.)

Addressing Challenges to Robust Face Detection, Modeling, Tracking, and Recognion, Scitor Corporation, $245,536, 1/Oct/2012 – 14/Sep/2013. (with P. J. Flynn as co-p.i.)

Face Recognition Platform Research and Development, Scitor Corporation, $349,999, 15/July/2012 – 14/July/2013. (co-p.i. with P. J. Flynn)

BEST Data Collection, Validation and Research, IARPA / Department of the Army W911NF-10-2-0067, 1/June/2010 – 30/June/2012, $2,593,101. (co-p.i. with P. J. Flynn)

Mitigation of Contact Lenses, Eye Surgery, Pupil Dilation, and Other Challenges in Iris Recognition, Progeny Systems, 15/May/2011 - 30/November/2011, $33,000. (co-p.i. with P. J. Flynn)

Multispectral, Multimodal and Multiresolution Human Identification Using Periocular Biometrics, IC Postdoctoral Research Fellowship Program, 15/July/2010 – 14/July/2012, $240,000. (co-p.i. with P. J. Flynn)

GAANN Fellowships in Computer Science and Engineering at the University of Notre Dame, Department of Education #P200A090044, 15/August/2009 – 30/June/2012, $653,280.

Multiple Biometric Grand Challenge design, data collection, and support, IARPA / Department of Army W91CRB-08-C-0093, 9/September/2008 – 31/August/2010, $984,599.61. (co-p.i. with P. J. Flynn)

Multi-biometric ear + face recognition from video, Lockheed Martin Corporation, 01/January/2009 – 31/December/2009, $80,000.

Automated entity classification in video using soft biometrics, Progeny Systems, 16/Jun3/2008 - 1/December/2008, $20,000.

Instrumentation for multi-dimensional imaging and applications, National Science Foundation CNS 01-30839, 1/October/2001 - 30/September/2008, $1,960,408. (co-p.i. with P. J. Flynn)

AVATAR – parallel decision trees for visualization, Sandia National Labs, 18/November/1997 - 30/September/2008, $1,568,000. (co-p.i. with L. O. Hall at USF)

Toward multi-modal face + ear "drive-by ID," Unisys DCA 200-02-D-5014, 16/September /2007 - 15/September/2008, $90,000. (co-p.i. with P. J. Flynn)

Face recognition from video, Department of Justice 2006-IJ-CX-K041, 01/August/2006 – 31/July/2008, $362,476. (co-p.i. with P. J. Flynn and N. Chawla).

Development of ear biometrics: 2D, 3D and morphable models 2D / 3D, Unisys DCA 200-02-D-5014, 1/Nov /2005 - 31/October/2006, $100,000. (co-p.i. with P. J. Flynn)

Advanced open image and video pre-processing platform for face imagery, Unisys DCA 200-02-D-5014, 1/Nov /2005 - 31/October/2006, $100,000. (co-p.i. with P. J. Flynn)

Characterizing 3D face data, sensors, and collection procedures, Unisys DCA 200-02-D-5014, 1/Nov /2005 - 31/October/2006, $50,000. (co-p.i. with Patrick J. Flynn)

Improving the ease of use of iris recognition systems: advanced open iris biometrics, National Geospatial Intelligence Agency, 1/August/2004 – 31/July/2006, $240,000. (co-p.i. with P. J. Flynn)

Center for advanced biometrics research and evaluation, Department of Justice 2004-DD-BX-1224, 01/October/2003 – 30/September/05, $296,843; 2005-DD-CX-K078, 01/May/2005 – 30/April/08, $246,661. (co-p.i. with P. J. Flynn at Notre Dame and D. Samaras at SUNY - Stony Brook).

Multi-source image correlation and analysis, Department of the Air Force, 29/April/2004 – 31/May/2005, $75,000. (co-pi with R. L. Stevenson and P. J. Flynn)

Data sets, baseline performance reference points, and evaluation metrics for Human ID, Office of Naval Research (DARPA) N000140210410, 15/March/2002 - 14/March/2004, $1,095,116. (co-pi with P. J. Flynn).

Data sets, baseline performance reference points, and evaluation metrics for Human ID, Air Force Office of Scientific Research (DARPA) F49620-00-1-0388, 30/September/2000 - 31/July/2002, $465,936.

Experimental performance characterization of edge detection in computer vision, National Science Foundation IIS 9731821, 15/May/1998 - 14/May/2001, $236,899.

Workshop on undergraduate education and image computation, National Science Foundation EIA 9988400, 1/June/2000 - 31/May/2001, $32,767. (co-p.i. with L. Stark at University of the Pacific).

Support for mammography CAD performance analysis, U.S. Army Medical Research and Materiel Command DAMD17-00-P-0510, 1/May/00 - 30/December/00, $12,000.

Human ID experimental methods and baselining effort, Battelle 00-058 (DARPA), 1/May/00 - 31/October/00, $75,507.

Enhancing undergraduate computer science curriculum through image computations - proof of concept, National Science Foundation, 1/January/00 - 31/December/00, $75,204. (co-p.i. with S. Sarkar and D. Goldgof at USF).

Undergraduate Faculty Enhancement: workshops on teaching ethics and computing, National Science Foundation DUE 9752792, 1/January/1998 - 31/December/1999, $81,834.

Digital image database, with gold standard and performance metrics, for mammographic image analysis research, U.S. Army Medical Research and Materiel Command DAMD17-94-J-4015, 1/July/1994 - 31/July/1998, $1,186,117. (co-p.i. with D. Kopans at Massachusetts General Hospital and W. P. Kegelmeyer at Sandia National Laboratories).

Acquisition of a compute server for image analysis research that emphasizes empirical performance characterization, National Science Foundation EIA 9729904, 1/January/1998 - 31/December/1998, $59,232. (co-p.i. with D. Goldgof, S. Sarkar and L. Hall at USF).

Acquisition of a Cyberware 3D scanner to facilitate state of the art research in computer vision and graphics, National Science Foundation CDA 9724422, 15/August/1997 to 31/July/1998, $115,000. (co-p.i. with S. Sarkar, D. Goldgof and L. Piegl at USF).

Workshop on undergraduate education and computer vision, National Science Foundation CDA 9712195, 1/May/1997 - 30/April/1998, $22,767. (co-p.i. with L. Stark at University of the Pacific).

Research experiences for undergraduates in computer vision, National Science Foundation CDA 9424214, 1/June/1995 - 31/March/1999, $174,000. (co-p.i. with Mubarak Shah and Neils Lobo at University of Central Florida and Louise Stark at University of the Pacific).

Florida space grant fellowship program, Florida Space Grant Consortium, 1/August/1996 - 31/July/1999, $24,000. (subcontract under National Aeronautics and Space Administration NGT-40015).

Development of function-based modeling for generic object recognition, Air Force Office of Scientific Research F49620-92-J-0223, 15/May/1992 - 14/April/1995, $309,470. (co-p.i. with L. Stark at University of the Pacific).

Time course of object recognition, National Science Foundation DBS 9213246, 15/August/1992 - 31/July/1995, $207,886. (co-p.i. with T. Sanocki at University of South Florida).

Research experiences for undergraduates in computer vision, National Science Foundation CDA-92 00369, 1/June/1992 - 31/May/1994, $156,700. (co-p.i. with M. Shah at University of Central Florida).

Florida space grant fellowship program, Florida Space Grant Consortium, 1/August/1992 - 31/July/1995, $36,000. (subcontract under National Aeronautics and Space Administration NGT-40015).

Undergraduate student researchers program (under-represented minority focus), National Aeronautics and Space Administration NGT-90048 / NGT-90103, 1/September/1991 - 14/August/1995, $60,484. (co-p.i. with J. O'Shields at University of South Florida).

Development of function-based modeling for generic object recognition, National Science Foundation IRI 9120895, 1/September/1991 - 31/August/1993, $50,000.  (co-p.i. with L. Stark at University of South Florida).

Computer assisted diagnosis in digital mammography, H. Lee Moffitt Cancer Center and Research Institute, 1/June/1992 - 30/May/1993, $29,652.  (co-p.i. with L. Clarke and R. Clark at University of South Florida).

Research in artificial intelligence at Aalborg University, American-Scandinavian Foundation, July/August 1991, $2,000.

Development of the aspect graph representation for use in robot vision, Air Force Office of Scientific Research AFOSR-89-0036, 1/Nov./1988 - 31/Oct./1991, $139,480; National Science Foundation IRI-88-17776, 1/Feb./1989 - 31/July/1991, $74,458. (combined support from the two agencies)

Research experiences for undergraduates in computer vision, National Science Foundation CDA 91-00898, 1/June/1991 - 31/May/1992, $62,500; National Science Foundation CDA-90-00802, 1/June/1990 - 31/May/1991, $83,243; National Science Foundation IRI-89-00798, 1/May/1989 - 31/March/1990, $56,243. (co-p.i. with M. Shah at UCF and G. Krishnan at Stetson University).

CISE research instrumentation: MIMD hypercube, National Science Foundation CDA 89-20890, 1/April/1990 - 31/March/1992, $104,450.  (co-p.i. with L. Hall at University of South Florida).

Development of CAD-based 3-D object recognition, Florida High Technology and Industry Council, 1/January/1990 - 31/December/1991, $108,000.  (co-p.i. with M. Shah at University of Central Florida).

A "form and function" representation for reasoning about classes of objects, UES/AFOSR Grant S-760-00MG-003, 15/December/1987 - 14/December/1988, $19,945.

A viewing spheres approach to a robotic vision system, Air Force Office of Scientific Research AFOSR-87-0316, 15/July/1987 - 14/July/1988, $49,871.

ISDN application prototyping, GTE Data Services (Tampa), 1/November/1986 - 30/April/1989, $46,000.

Automatic determination of 3-D objects appearing in images, UES/AFOSR Grant S-760-00MG-001, 1/October/1985 - 30/September/1986, $19,750.

## PH.D. GRADUATES

**Jeremiah Barr**, Gallery-Free Methods for Detecting People and Groups of interest "In the Wild", 2014 (expected), Noblis. (ND)

**Jay Doyle**, Improvements to the iris biometrics pipeline, 2014 (expected), MITRE Corporation. (ND)

**Jim Thomas,** Computer vision techniques for damage assessment from high-resolution remote sensing imagery, 2012, Amazon, Seattle. (ND)

**Ryan Connaughton,** Fusion of face and iris biometrics using a stand-off video sensor, 2011, Software Engineer, Medstrat Inc, Chicago, Illinois. (ND)

**Karen Hollingsworth,** Increased use of available image data decreases errors in iris biometrics, 2010. (ND)

**Deborah Thomas,** Face recognition from surveillance-quality video, 2010, Assistant Professor, Bethel University, St. Paul, Minnesota. (ND)

**Christopher Middendorff,** Hard and soft biometrics systems, 2009, Amazon, Seattle. (ND)

**Timothy Faltemier**, Improved 3D face recognition, 2007, Senior Systems Engineer, Progeny Systems, Virginia.  (ND)

**Xiaomei Liu**, Optimizations in iris recognition, 2006, Senior Software Engineer, EMC Corporation, Boston. (ND)

**Ping Yan**, Ear biometrics in human identification, 2006, Staff Scientist, Fred Hutchinson Cancer Research Center, Seattle. (ND)

**Xin Chen**, Modeling the human face through multiple view three-dimensional stereopsis: A survey and comparative analysis of facial recognition over multiple modalities, 2006, Software Engineer, Technology and Development Department, Navteq Corporation, Chicago.  (ND)

**Kyong Chang**, New multi-biometrics approaches for improved person identification, 2004, Principal Engineer, Philips Medical Systems, Bothell, Washington. (ND)

**Jaesik Min**, Improved range image segmentation through feedback from empirical performance evaluation, 2002,  Korea IT Industry Promotion Agency. (USF)

**Michael Heath**, Dual projection computer-aided detection for mammography, 2000, Senior Development Engineer.  Kodak Corporation, Rochester, New York. (USF)

**Melanie A. Sutton**, Object recognition through reasoning about functionality with visual sensing and robotic manipulation, 1997,  Associate Professor, Department of Biology, Co-Director, Medical Informatics Program, University of West Florida. (USF)

**Maha Y. Sallam**, Image unwarping and difference analysis: a technique for detecting abnormalities in mammograms, 1997, Executive Vice President, iCAD Inc. (www.icadmed.com, NASDAQ symbol "ICAD").(USF)

Kevin W. Bowyer                    September 2014                    kwb@cse.nd.edu

**Adam W. Hoover**, The space envelope representation of 3-D scenes, 1996, Associate Professor, Department of Electrical and Computer Engineering, Clemson University. (USF)

**Kevin K. Green**, Generic recognition of articulated objects through reasoning about potential function, 1996, Aerospace Corporation, Chantilly, Virginia. (USF)

**Kevin S. Woods**, Automated Image Analysis Techniques for Digital Mammography, 1994, Vice President, iCAD Inc. (www.icadmed.com, NASDAQ symbol "ICAD").(USF)

**David W. Eggert**, Aspect graphs of solids of revolution (winner of Outstanding Doctoral Student Award from USF Sigma Xi Chapter), 1991, Associate Professor, Department of Computer Science, University of New Haven. (USF)

**John H. Stewman**, Viewer-centered representations for polyhedral objects, 1991, independent consultant. (USF)

**Louise Stark**, Achieving generalized object recognition through reasoning about association of function to structure, 1990, Professor and Associate Dean, Department of Electrical and Computer Engineering, University of the Pacific, Stockton, California. (USF)