# EXHIBIT A

# John Snell                                                                 Curriculum Vitae

## Experience

1988-present     Engineering Consultant: Design, analysis, testing and reverse-engineering of circuit microelectronics, software & systems for consumer and professional systems. Work has focused on digital video and audio processors, special-purpose chips and FPGAs for real-time systems, networks and multi-processor systems. Projects have included: multi-channel cable network digital video/audio server, digital audio and video compression (including AC3), high-bandwidth switching and routing systems, video/audio set-top boxes, digital signal processors, MP3 players and smart phone applications, media processor system on a chip for personal computer video and audio, music synthesizers and samplers, satellite digital broadcast network, digital signal processing mathematics, multi-channel high-bandwidth recorders and a media editor. Expert witness: analyzed hundreds of patents, tested and reverse engineered potential prior art, prepared reports and exhibits, and testified in deposition and court.

1986-1988        University of California: Research Engineer: real-time multiprocessor research & design for digital media signal processing; design seminars covering this research.

1980-1986        Lucasfilm Ltd.: Computer Research & Development Engineer: engineering design of micro-electronics, software & systems for recording, processing & editing digital media.

1977-1980        Engineering Consultant (design & analysis of circuit micro-electronics, computer design and development, software & systems for recording & processing digital media).

1976-78          *Computer Music Journal*, MIT Press: Founder and Editor-in-chief of this peer-reviewed academic journal focused on research and design of digital audio systems and software (in publication for over 35 years).

1975-76          ARGOSystems: Electronics Engineer: design, development, programming & debugging of microelectronics & software for real-time, microwave signal analysis system.

1973             Carnegie-Mellon University, Electrical Engineering Dept.: Instructor (electronics circuit design)

1972-74          Carnegie-Mellon University, Computer Science Dept.: Electronics Technician: development and troubleshooting of micro-electronics, including multiprocessor (crossbar switch connecting 16 computers and 16 shared memory banks), digital audio A/D/A converters, and computer graphics display system.

1971             PBS (WQED) Television: Internship in video/audio television broadcasting network.

## Education

1992             Stanford University: digital signal processing (advanced mathematics for media processing).

1978-1980        Stanford University: guest researcher.

1967-74          Carnegie-Mellon University: interdisciplinary graduate work in electrical engineering (focused on digital media processing & synthesis) with grant from National Science Foundation; BS in Electrical Engineering; BA in Cybernetics (interdisciplinary program, combining coursework in computer science, calculus and signal processing mathematics, physics, music analysis and composition, psychology and physiology of perception as well as audio, video and electrical engineering).

## Honors and Service

John Snell served from 1992-95 on the Editorial Review Board of *Microprocessor Report*, a prestigious publication on integrated circuit design analysis (focusing on design of media processors and advanced memory).

In Sept., 2000 the Audio Engineering Society honored John Snell with a Fellowship Award for innovative digital audio engineering design and valuable contributions to the advancement of audio engineering.

John Snell has been an invited lecturer and given workshops at numerous international conferences, research centers and universities, including Audio Engineering Society international conferences, International Computer Music Conferences, IEEE International Conference on Signal Processing Applications and Technology, Stanford University, IRCAM, University of California, Microprocessor Forum, Eastman School of Music, Northwestern University, DSPx, IEEE Mini/Micro West, WCCF, Mills College and Carnegie-Mellon University.

Box 337, San Geronimo, CA 94963   Phone: 415 488-0652   Email: js@timbre.com

## Deposition, Trial and Expert Report Experience

In addition to analysis of hundreds of patents, as well as research and reverse engineering of prior art, over the last few decades for numerous cases, often settled before going to trial, John Snell has written reports in the following cases.  He has testified in deposition and/or in trial in the cases so indicated below.


US Patent and Trademark Office, before the Patent Trial and Appeal Board, Alexandria, VA, Case CBM2013-00020
Apple, Inc., Petitioner, v. Patent of SightSound Technologies, LLC, Patent Owner of US 5,191,573.
Deposition: March, 2014.

US Patent and Trademark Office, before the Patent Trial and Appeal Board, Alexandria, VA, Case CBM2013-00023
Apple, Inc., Petitioner, v. Patent of SightSound Technologies, LLC, Patent Owner of US 5,966,440.
Deposition: March, 2014.

US District Court for the Western District of Pennsylvania, Civil Action No. 2:11-cv-01292-DWA
SightSound Technologies, LLC., Plaintiff, Counter-Defendant v. Apple Inc., Defendant, Counter-Plaintiff
2013:  retained for plaintiff represented by Arnold & Porter LLP.   Case stayed.

Texas Northern District Court, NO. 3:11-CV-2353-N
MobileMedia Ideas LLC, Plaintiff vs. Research In Motion Limited, Research In Motion Corporation, Defendant
2011-2012: retained for defendant represented by Wilmer Hale.
Deposition: originally scheduled for May, 2012, now delayed.

Superior Court of the State of California, County of Los Angeles, Case No. BC341568
Nortel Networks, Defendant v. State Board of Equalization of the State of California, Plaintiff.
2007-2008: retained for plaintiff represented by CA DOJ.
Trial: April 28 – May 2, 2008 (discuss with John Snell).

US District Court, Nevada, No. 2:06-cv-323-LDG-RJJ
1st Technology LLC, Plaintiff v. Tiltware, LLC., Defendant
2008: retained for plaintiff represented by FG-Law.

US District Court of the Northern District of Illinois, Eastern Division, No. 05 C 6372
Advanced Audio Devices, L.L.C. and SP Technologies, L.L.C., Plaintiffs v. iRiver America, Inc. and Reigncom Co., Ltd., Defendants
2007: retained for plaintiffs represented by NSHN.

Nevada District Court, Las Vegas Office, No. 2:2005cv01212
1st Media L.L.C. v. Touchtunes Music Corp., Ecast Inc., Fatburger Corp., and Rock-ola Manufacturing Corp.
2006: retained for 1st Media represented by NSHN.
Deposition:  June, 2006.

US District Court for the District of Colorado, NO. 03-WY-2223-AJ (BNB)
BROADCAST INNOVATION, L.L.C., Plaintiff, v. CHARTER COMMUNICATIONS, INC., and COMCAST CORPORATION, Defendants.
2004-2006: retained for plaintiff represented by Goldstein & Faucett.
Deposition: June 8, 2004.

Tech Search v Alpine, Toshiba, et al
US Patent Office
US patent 6,215,754 reexamination
2002-2006: retained for Tech Search, represented by NSHN.

Box 337, San Geronimo, CA 94963   Phone: 415 488-0652   Email: js@timbre.com

US District Court for the Northern District of Illinois Eastern Division, No. 02 C 4704
Solaia Technology LLC (plaintiff) v. Arvinmeritor, Inc., The Boeing Co., Callaway Golf Co., Conoco, Inc., Eastman Kodak Co., Enbridge Inc., Enbridge Energy Co, Inc., Enbridge Energy Partners, L.P., The Gillette Co., Sun Chemical Corp., Tyco International (US) Inc.
2003: retained for plaintiff, represented by NSHN.
Deposition: 2003

US District Court for the District of Colorado, NO. 01-WY-2201-AJ (BNB)
BROADCAST INNOVATION, L.L.C., Plaintiff, v. ECHOSTAR COMMUNICATIONS CORPORATION, HUGHES ELECTRONICS CORPORATION, DIRECTV, INC., THOMSON, INC., PEGASUS SATELLITE TELEVISION, INC., Defendants
2002-2003: retained for plaintiff represented by Goldstein & Polasek.

US District Court, D. Connecticut, No. 3:00CV754(JBA)
Sony Electronics, Inc. et al., Plaintiffs v. Soundview Technologies, Inc., Defendant.
2001: retained for Defendant, represented by NSHN.

US District Court for the Eastern District of Virginia, No. 00-1576-A
Phonetel Communications, Inc. And Hashimoto Corp. (plaintiffs) v. Lowe, Price, LeBlanc & Becker, Stephen A. Becker, Kenneth E. Krosin, and McDermott, Will & Emery (defendants),
2000-2001: retained for plaintiffs, represented by NSHN.
Deposition: 2001.

Young Chang Akki Co., Ltd., Defendant v. Lucent Technologies Inc., Plaintiff
Cesari and McKenna
1996-1998: retained for Young Chang Akki, represented by Cesari and McKenna.
Deposition: July 11, 1998.

Ultimate Engineering, Defendant v. Decision Research, Plaintiff
1995: retained by Ultimate Engineering
Trial: 1995 arbitration trial.

North Carolina Western District Court
Duplitronics, Inc., Plaintiff and Defendant v. Concept Design, Defendant and Plaintiff
1992-1993: retained for Duplitronics represented by Wilson, Sonsini, Goodrich & Rosati.
Trial: 1993 jury trial.

Yamaha v. Kawai
1989-1990: retained by law firm of Wayne Willenberg
(Christie, Parker & Hale? in greater LA area)
Trial: 1990 mock jury trial to test and evaluate jury reactions to expert witness responses to questioning.