# EXHIBIT A

CURRICULUM VITAE

# Matthew A. Turk, PhD

Computer Science Department and
Media Arts and Technology Graduate Program
University of California, Santa Barbara, CA 93106-5110
Phone: (805) 893-4236 / Fax: (805) 893-8553
mturk@cs.ucsb.edu
http://www.cs.ucsb.edu/~mturk
http://ilab.cs.ucsb.edu

## RESEARCH INTERESTS AND EXPERTISE:

Computer vision, human-computer interaction, augmented reality, graphics and imaging, digital media, pattern recognition, artificial intelligence, and mobile computing. Applications in vision-based and perceptual interfaces, analysis of human movement and activity, multimodal interaction, multimodal biometrics.

## PROFESSIONAL EXPERIENCE:

| | | |
|---|---|---|
| 2005-pres. | **University of California, Santa Barbara** | Santa Barbara, CA |
| | Professor (2005-pres.), Associate Professor (2000-2005) | |
| | Computer Science Department and Media Arts and Technology Graduate Program | |
| | Co-director, Four Eyes Laboratory | |
| | Chair, Media Arts and Technology Graduate Program (2005-2010) | |
| 2012 | **University of Oulu** | Oulu, Finland |
| | Visiting Professor, Department of Computer Science & Engineering  (Jun-Aug) | |
| 2011 | **University of Tampere** | Tampere, Finland |
| | Visiting Professor, School of Information Science  (Aug-Sept) | |
| 2003, 2004 | **Ecole Polytechnique Fédérale de Lausanne (EPFL)** | Lausanne, Switzerland |
| | Visiting faculty – August 2003, July 2004 | |
| 1994-2000 | **Microsoft Research** | Redmond, WA |
| | Researcher | |
| | Founding member of the Vision Technology Research Group; research in vision-based human-computer interaction and perceptual user interfaces. | |
| 1993-94 | **Teleos Research** | Palo Alto, CA |
| | Computer Scientist | |
| | Research in vision-based interaction with people, object recognition, mobile robots. | |
| 1993 | **Stanford University** | Palo Alto, CA |
| | Lecturer | |
| | Computer Science Department | |
| 1992 | **LIFIA-IMAG** | Grenoble, France |
| | Visiting Researcher | |
| | Research in face recognition and visual interpretation of human gestures, | |

applications to human-computer interfaces.

| | | |
|---|---|---|
| 1991 | **Massachusetts Institute of Technology** | Cambridge, MA |

Postdoctoral Fellow, MIT Media Laboratory
Research on human face recognition for applications to security and
man-machine communication; image database indexing and retrieval.

| | | |
|---|---|---|
| 1984-87 | **Martin Marietta Denver Aerospace** | Denver, CO |

Senior Engineer
Research in vision algorithm development and implementation for mobile
robot navigation (DARPA Autonomous Land Vehicle program).

| | | |
|---|---|---|
| 1983-84 | **University of Pittsburgh** | Pittsburgh, PA |

Computer Technician, Dept. of Neurophysiology
Electronics, image processing, and computer system support.

**EDUCATION:**

| | | |
|---|---|---|
| 1987-91 | **Massachusetts Institute of Technology** | Cambridge, MA |

Ph.D. from the Media Laboratory, Vision and Modeling Group
Advisor: Alex P. Pentland

Thesis: *Interactive-Time Vision: Face Recognition as a Visual Behavior*

The thesis introduced "eigenfaces," an appearance-based approach to face and object
recognition. A prototype system was built to track and recognize people as they entered a
room; the thesis showed how this approach can be used to represent, detect, and recognize
other object properties such as facial expression. Papers on this work received an
"Outstanding Paper" award (1991) and a "Most Influential Paper of the Decade" award
(2000).

| | | |
|---|---|---|
| 1982-84 | **Carnegie Mellon University** | Pittsburgh, PA |

M.S. in Electrical and Computer Engineering
Advisors: Matt Mason, Marc Raibert

Thesis: *A Fine Motion Planning Algorithm for Robots*

The thesis investigated robot manipulation planning techniques in the face of uncertainty in
sensing and world modeling. A 2D planner was developed to automatically construct a
plan, by reasoning in configuration space, to successfully manipulate an object along a
constrained path.

| | | |
|---|---|---|
| 1978-82 | **Virginia Tech (VPI&SU)** | Blacksburg, VA |

B.S. in Electrical Engineering, *magna cum laude*
Senior Honors Project in computer vision. Advisor: Robert Haralick

**TEACHING EXPERIENCE:**
(* - *created course*)

2000-pres.   *Graduate courses*: Human Computer Interaction Technologies*, Computer Imaging*,
Mobile Imaging*, Computer Vision, Probabilistic Models and Methods in Computer
Science*, Artificial Intelligence, Multimodal Interaction on Mobile Computing Platforms*
*Undergraduate courses*: Computer Graphics, Artificial Intelligence*, Machine Learning,

Introduction to Computer Vision, Introduction to C, C++, and Unix
*Seminar courses*: Topics in Computer Vision, Human-Computer Interaction, A History of Computing*, Perceptual User Interfaces*, Visualization, Media Arts and Technology*

| | |
|---|---|
| 2010 | MIT – Guest lecturer, Sino-US Summer School in Vision, Learning, and Pattern Recognition (Perception, Motion, and Events), Xi'an, China |
| 1993 | Lecturer, Stanford University – Taught *Concurrent Programming* (CS140) in the Department of Computer Science, televised via the Stanford Instructional Television Network. |
| 1990, 1991 | MIT Media Lab – Co-organized and co-taught *Practical Issues in Color Processing* (4.999), lecturing on color imaging and human color vision.* |
| 1989-90 | MIT – Guest lecturer at MIT Summer Course on flight simulation. |
| 1989-90 | Graduate Tutor at "pika," an MIT undergraduate living group. Responsible for tutoring students in a variety of subjects. |
| 1986 | Created and taught *Computer Vision* course (CS-369) for the Martin Marietta Institute * |
| 1985-86 | Organized weekly computer vision seminars at Martin Marietta. Lectured on topics in vision and AI. |

## HONORS AND AWARDS:

| | |
|---|---|
| 2014 | Elected as Fellow of the IAPR (International Association for Pattern Recognition) For "contributions to computer vision and vision based interaction" |
| 2013 | Elected as Fellow of the IEEE (Institute of Electrical and Electronics Engineers) for "contributions to computer vision and perceptual interfaces" |
| 2012 | *Best Paper Award* at the 2012 International Symposium on Mixed and Augmented Reality (ISMAR), for "Live tracking and mapping from both general and rotation-only camera motion," with S. Gauglitz, C. Sweeney, J. Ventura, and T. Höllerer |
| 2012 | *Best Paper Honorable Mention* at the 2012 International Conference on Human-Computer Interaction with Mobile Devices and Services (MobileHCI), for "Integrating the physical environment into mobile remote collaboration," with S. Gauglitz, C. Lee, and T. Höllerer |
| 2012 | *Best Student Paper Finalist* (PhD student Victor Fragoso) at the 2012 International Conference on Image Processing (ICIP), for "Locating Binary Features for Keypoint Recognition using Noncooperative Games," with V. Fragoso and J. Hespanha |
| 2012 | Selected to participate in the National Academy Keck Futures Initiative on The Informed Brain in a Digital World |
| 2011 | Awarded the *2011-2012 Fulbright-Nokia Distinguished Chair in Information and Communications Technologies* |
| 2010 | *Best Paper Award* at the 2010 IEEE International Workshop on Mobile Vision, for "Location-based augmented reality on mobile phones," with R. Paucher |
| 2006 | *One of the Best Image Processing and Computer Vision Papers* in SIBGRAPI 2006, for "Dealing with multi-scale depth changes and motion in depth edge detection," with R. Feris and R. Raskar |
| 2004 | *Best Paper Award* at the 2004 IEEE Workshop on Real-Time Vision for Human Computer |

|  | Interaction, for "Fast 2D hand tracking with flocks of features and multi-cue integration," with M. Kölsch |
|---|---|
| 2004 | *Communication and Technology Top Paper Award*, for "Non-zero sum gaze and persuasion," with J. Bailenson, A. Beal, J. Blascovich, and J. Loomis; selected for presentation at the 54th Annual Conference of the International Communication Association (2004) |
| 2000 | *Most Influential Paper of the Decade Award* from the International Association for Pattern Recognition (IAPR) Workshop on Machine Vision Applications (MVA-2000) |
| 1999 | Selected to attend the National Academy of Engineering Symposium on Frontiers of Engineering (one of 70 chosen nationwide) |
| 1992 | Selected to attend *Comparative Approaches to Cognitive Science* international summer school (with scholarship) |
| 1991 | C.N.O.U.S. post-doctoral fellowship grant (France) |
| 1991 | IEEE Computer Society Outstanding Paper Award, Conference on Computer Vision and Pattern Recognition (CVPR), for "Face recognition using eigenfaces," with A. Pentland |
| 1988-90 | SPIE Scholarships in Optical Engineering |
| 1990 | MIT Japan Science, Technology, Management Prize |
| 1988 | Author of the Year award, Martin Marietta Information Systems , for "VITS – a vision system for autonomous vehicle navigation," with D. Morgenthaler, K. Gremban, and M. Marra |
| 1978-82 | Marshall Hahn Engineering Scholarship (Virginia Tech) |

**PROFESSIONAL ACTIVITIES AND SERVICE:**

Associate Editor, ACM Transactions on Intelligent and Interactive Systems (2009-present)

Associate Editor, Journal of Image and Vision Computing (2006-present)

Associate Editor, International Journal of Computer Vision and Signal Processing (2011-present)

Guest Editor, Special Issue on Behavior Understanding for Arts and Entertainment, ACM Transactions on Interactive Intelligent Systems (to appear)

Guest Editor, Special Issue on Machine Learning for Vision Based Motion Analysis, Journal of Image and Vision Computing (2012)

Guest Editor, Special Issue on Real-World Face Recognition, IEEE Transactions on Pattern Analysis and Machine Intelligence (PAMI) (2011)

Guest Editor, Special Issue on Mobile Computer Vision, International Journal of Computer Vision (2011)

Chair, ICMI Advisory Board (2006-2009)

Chair, IEEE PAMI-TC Open Access Committee (2013)

Member, ICMI Advisory Board (2003-present)

Member, Traumatic Brain Injury Resource Optimization Center Advisory Board (2008-present)

Member, STEAM Advisory Council, Santa Barbara Children's Museum (2012-present)

Advisory Group Member, National Institute on Disability and Rehabilitation Research (NIDDR) Field Initiated Program research study on Cognitive Support Technologies for Traumatic Brain Injury, (2013-present)

Member, IEEE Automatic Face and Gesture Recognition Steering Committee (2011-present)

Member, IEEE International Conference on Social Computing Steering Committee (2010-present)

Member, Digital Media Executive Committee, UC Industry-University Cooperative Research Program (IUCRP) (2006-2009)

Research Council member, UC Digital Media Innovations Program (2001-2003)

Member, External Review Committee for Korean Institute of Science and Technology (2009)

Member, NSF Committee of Visitors for CISE-IIS (2005)

Member, DARPA IXO Immersive Operations Planning Panel (2006-2007)

Advisory Board member, CHIL European Commission Project (2005)

Award Committee, Outstanding Young Researcher in Automatic Human Behaviour Analysis (2011)

Co-founder, Workshop on Multimodal User Authentication (2003)

Founder, Workshop on Perceptual User Interfaces (1997)

IEEE Fellow, IAPR Fellow, ACM Senior Member

Conference and Workshop Organization:
    IEEE Conference on Computer Vision and Pattern Recognition (General Chair 2014, Area Chair 2001, 2007, 2009, 2012)
    International Conference on Informatics, Electronics & Vision (General Chair 2012, 2013, 2014)
    IEEE Conference on Automatic Face and Gesture Recognition (Special Session Chair 2008, 2013, General Chair 2011, Test of Time Award Committee 2013)
    IEEE International Workshop on Mobile Vision (2010, 2011, 2013, 2014)
    ACM Conference on Multimedia (General Chair 2006)
    International Conference on Multimodal Interfaces (ICMI) (General Chair 2008, Paper Awards Committee Chair 2007, 2008, Program Chair 2004, Area Chair 2005, 2006, Publicity Chair 2010)
    ACM CHI (Area Chair 2001, Area Chair 2013, Associate Chair for CHI Notes 2006)
    IEEE Workshop on CVPR for Human Communicative Behavior Analysis (2008, 2009, 2010, 2011)
    IEEE Workshop on Machine Learning for Vision-Based Motion Analysis (2011)
    Workshop on Media Arts, Science, and Technology (2009)
    Workshop on Perceptual User Interfaces (1997, 1998)
    Workshop on Perceptive User Interfaces (2001)
    Workshop on Multimodal User Authentication (2003, 2006)
    Workshop on Applications of Computer Vision (Area Chair 2005)
    DiMI Workshop on Perceptive Animated Interfaces (2003)
    NSF Virtual Human Workshop (2004)

Recent program committees (2005-2014):
    IEEE Conference on Computer Vision and Pattern Recognition (CVPR) (2005-2013)
    IEEE International Conference on Computer Vision (ICCV) (2005, 2007, 2009, 2011, 2013)
    European Conference on Computer Vision (ECCV) (2006, 2008, 2010)
    International Conference on Multimodal Interfaces (ICMI 2007, 2008, 2009, 2010, 2011)
    ACM CHI (2013)
    International Conference on Pattern Recognition (2006, 2008, 2010)

IEEE Conference on Automatic Face and Gesture Recognition (2006, 2008)
ACM Conference on Multimedia (2007, 2009, 2011)
Asian Conference on Computer Vision (2012)
ACM/IEEE International Conference on Distributed Smart Cameras (2007)
International Conference on Multimedia & Expo (2008)
International Conference on Immersive Technologies (2007)
International Conference on Robotics and Automation (2006)
International Conference on Pattern Recognition (2010)
International Conference on Advances in Pattern Recognition (2005)
International Conference on Biometrics Authentication (2006)
IAPR International Conference on Biometrics (2012)
International Conference on Computer Vision Theory and Applications (2006, 2008)
IAPR Conference on Machine Vision Applications (2005)
International Joint Conference IBERAMIA/SBIA (2006)
SIBGRAPI – Conference on Graphics, Patterns, and Images (formerly Brazilian Symposium on Computer Graphics and Image Processing) (2006, 2007, 2011, 2012)
International Conference on Affective Computing and Intelligent Interaction (2009)
International Conference on Intelligent User Interfaces (2009)
International Conference on Social Computing (SocialCom 2011, 2012, 2013, 2014)
ASE/IEEE International Conference on Social Informatics (2012)

Workshop on Intelligent Mobile Vision (2012, 2013)
Workshop on Cognitive Engineering for Mobile GIS (2011)
First International Workshop on Re-Identification (2012)
International Workshop on Wide Spectrum Social Signal Processing (2012)
International Audio/Visual Emotion Challenge and Workshop (2011)
International Workshop on Benchmarking Facial Image Analysis Technologies (2011)
International Workshop on Sign, Gesture and Activity (2010, 2011)
ACM Workshop on Mobile Cloud Media Computing (2010)
ECCV Workshop on Human Motion: Understanding, Modeling, Capture and Animation (2010)
ECCV Workshop on Parts and Attributes (2010)
IEEE Workshop on Socially Intelligent Surveillance and Monitoring (2010, 2011, 2012)
Joint Workshop on Machine Learning and Multimodal Interaction (2008)
Workshop on Machine Learning for Vision-based Motion Analysis and Understanding (2008, 2009)
IEEE International Workshop on Human Computer Interaction (2009)
Workshop on Applications of Computer Vision (2009, 2011, 2013, 2014)
Workshop on Machine Learning for Affective Computing (2011)
IEEE Workshop on CVPR for Human Communicative Behavior Analysis (2008)
International Symposium on Visual Computing (2005)
IEEE Workshop on Face Processing in Video (2005)
IEEE Workshop on Video Processing for Security (2006)
IEEE Workshop on Video Processing and Recognition (2007)
IEEE Workshop on Vision for HCI (2005)
International Workshop on Human-Computer Interaction (2006, 2007)
International Workshop on the Tangible Space Initiative (2006, 2007)
IEEE Workshop on Modeling People and Human Interaction (2006)
International Workshop on Analysis and Modelling of Faces and Gestures (2005, 2007)
IJCAI Workshop on Artificial Intelligence for Human Computing (2007)
ACM Workshop on Human-Centered Multimedia (2006, 2007)
IEEE Workshop on Motion and Video Computing (2006)

6

Workshop on Component Analysis Methods for Classification, Clustering, Modeling and Estimation
Problems in Computer Vision (2007, 2009)
Workshop on Human Motion: Understanding, Modeling, Capture, and Animation (2007)
International Workshop on Human Behavior Understanding (2010)
Workshop on Human Motion: Understanding, Modeling, Capture, and Animation (2007)

## REVIEWING ACTIVITY:

Funding proposal and program reviewing:
External review committee, the Korean Institute for Science and Technology (KIST) (2009)
The Academy of Finland, Centre of Excellence in Research (2010)
Fellowship Evaluator for Center for Advanced Study in the Behavioral Sciences at Stanford
University (2014)
The Fundacao para a Ciencia e a Tecnologia (FCT), Portugal (2010)
Singapore National Science and Technology Award (2008, 2009)
NSF Review Panels (2003-pres): Computer Vision (regular and CAREER), Human-Computer
Interaction, IIS Large Grants, SBIR, Graphics and Visualization, Expeditions in Computing,
CreativeIT
U. S. Army (2004, 2005, 2008)
UC Discovery Program (2001, 2002, 2005-2009)
Netherlands Organisation for Scientific Research (2004, 2011)
Netherlands e-Science Center  (2012)
Israel Science Foundation (2004, 2012)
NSF CISE Area Study (2005)
National Geospatial-Intelligence Agency (2009)
Research Grants Council of Hong Kong (2006, 2011)
W. M. Keck Foundation 2007
Journal and other reviewing:
IEEE Transactions on Pattern Analysis and Machine Intelligence
IEEE Transactions on Robotics and Automation
IEEE Transactions on Information Forensics and Security
IEEE Transactions on Visualization and Computer Graphics
IEEE Transactions on Multimedia
IEEE Transactions on Affective Computing
IEEE Transactions on Neural Networks
IEEE Transactions on Image Processing
IEEE Transactions on Systems, Man and Cybernetics - Part B
IEEE Transactions on Vehicular Technology
International Journal of Computer Vision
Journal of Computer Vision and Image Understanding
Image and Vision Computing
Pattern Recognition
Pattern Recognition Letters
International Journal of Pattern Recognition and Artificial Intelligence
Human Computer Interaction
Artificial Intelligence
Applied Artificial Intelligence
Neural Computation
Journal of Machine Learning Research

International Journal of Semantic Computing
Communications of the ACM
Cartography and Geographic Information Science
IEEE Signal Processing Magazine
Encyclopedia of Computer Science
SIGIR Best Papers Selection Committee
ACM SIGGRAPH
Eurographics Multimedia
ICME
ACM UIST
International Symposium on Mixed and Augmented Reality
ACM Symposium on Interactive 3D Graphics
Bayesian Networks and Decision Graphs, Second Edition (book evaluation)

**UNIVERSITY SERVICE:**

| | |
|---|---|
| 2014-pres. | Faculty Affiliate, UCSB Center for Digital Games Research |
| 2013-pres. | Member, Executive Council, SAGE Center for the Study of the Mind |
| 2012-pres. | Chair, CS Web and Public Relations Committee |
| 2012-pres. | Member, UCSB Interdisciplinary Graduate Program in Dynamical Neuroscience |
| 2011-pres. | Member, UCSB Committee on Privilege and Tenure |
| 2011-pres. | Chair, CS Public Relations Committee |
| 2002-pres. | Member, Steering Committee, Cognitive Science Program |
| 2005-pres. | Member, College of Engineering Administrative Committee |
| 2001-pres. | Member, Steering Committee, Center for Information Technology and Society (CITS) |
| 2008-pres. | Member, Executive Committee, UCSB Center for Spatial Studies |
| 2013-2014 | Member, MAT Curriculum Committee |
| 2012-2013 | Chair, MAT Graduate Admissions Committee |
| 2012-2013 | Chair, CS Business Officer Search Committee |
| 2012-2013 | Member, CS Strategic Council |
| 2011-2012 | Member, MAT Graduate Admissions Committee |
| 2007-2009 | Member, UCSB Council on Planning and Budget |
| 2005-2010 | Chair, Media Arts and Technology Graduate Program |
| 2005 | Vice Chair, Media Arts and Technology Graduate Program |
| 2005-2010 | Chair, MAT Web and Public Relations Committee |
| 2004-2006 | Chair, MAT By-Laws Committee |
| 2003-2007 | Co-Chair, MAT Colloquium Series Committee |
| 2006-2010 | Chair, MAT Curriculum Committee |
| 2005-2010 | Founding Member, Transliteracies Project |
| 2006-2010 | Member, CNSI Administrative Committee |
| 2006 | Member, Academic Personnel Ad Hoc Committee |
| 2004-2007 | Member, CS Graduate Admissions Committee |
| 2003-2005 | Chair, CS Graduate Affairs and Advising Committee |
| 2003-2005 | CS Graduate Advisor |
| 2002-2005 | Member, Central Fellowships Committee |
| 2002 | Member, Dissertation Awards Committee |
| 2001-2004 | Member, UCSB Graduate Council |
| 2001-2002 | Member, CS External Relations Committee |
| 2001-2002 | Chair, MAT Graduate Admissions Committee |

2007-2008     Chair, MAT Faculty Search Committee
2007-2008     Member, MAT Graduate Admissions Committee
2000-2002     Member, CS Faculty Search Committee
2007-2008     Member, CS Faculty Search Committee
2000-2001     Chair, CS External Relations Committee


**STUDENTS SUPERVISED:**

**Postdoctoral researcher supervised:**
    Changbo Hu (2001-2003)
    Ismo Rakkolainen (2004-2006)
    Jae Sik Chang (2005-2007)
    Chunghoon Kim (2007-2009)
    Masahiro Toyoura (2008-2009)
    Erno Makinen (2009)
    Stefan Arisona (2007-2008)

**Additional Visitors Supervised:**
    Janne Heikkela (University of Oulu, Finland) (2013)
    Jari Hannuksela (University of Oulu, Finland) (2013)
    Christine Chen (2010-2011)
    Sven Dickinson (on sabbatical from University of Toronto) (2010-2011)
    Hang-Bong Kang (on sabbatical from Catholic University, Korea) (2005-2006, 2010-2011)
    Marc Petter (2010-2011)
    Remi Paucher (2009)
    June-Ho Yi (on sabbatical from Sungkyunkwan University, Korea) (2003-2005)
    Miao Mao (2011-2012)
    Yuta Suzuki (2011)
    Erina Ishikawa (2012-2013)
    Selan Rodrigues dos Santos (on sabbatical from the Federal University of Rio Grande do Norte, Brazil) (2012-2013)

**Ph.D. Thesis Committees Chaired:**
    Mathis Kölsch, 2004
    Rogerio Feris, 2006
    Ya Chang, 2006
    Haiying Guan, 2007
    Longbin Chen, 2010
    Daniel Vaquero, 2012
    Dianna Han, current
    Steffen Gauglitz (co-chair), current
    Victor Fragoso, current
    Emily Fujimoto, current
    Chris Sweeney (co-chair), current
    Domagoj Baricevic, current
    Ben Nuernberger, current

**Other Ph.D. Thesis Committees:**
    *UCSB Computer Science:*
        Dusty Sargent, Tolga Can, Hangjin Zhang, Chang-Ming Tsai, Chao-I Chen, Wen-Yen Chen, Imran Patel, Cha Lee, Stephen DiVerdi, Jason Wither, Yi Gong, Brynjar Gretarsson, Christopher

Coffin, Jiejun Xu, Jonathan Ventura, Saiph Savage, Byungkyu Kang

*UCSB Electrical and Computer Engineering:*
Ganu Wu, Zifeng Ni, Mei-Chen Yeh, Sandeep Bhat, Xin Yang, Stephen Mangiat, Zefeng Ni, Santhoshkumar Sunderrajan, Yi-ChuWang, Samuel Beach, Chieh Lee

*UCSB Media Arts and Technology:*
Dan Overholt, Mark Daggett, Lance Putnam, Ivana Andjelkovic, Javier Villegas, Basak Alper

*External committees:*
Rainer Steifelhagan, University of Karlsruhe, Germany
Sebastien Grange, EPFL, Switzerland
José Marques Soares, Institut National des Télécommunications, France
Shaokang Chen, The University of Queensland, Australia
Ryan Cassel, University of Paris XI, France
Erno Mäkinen, University of Tampere, Finland
Tao Wang, University of British Columbia (external examiner)
Andrew Rutgers, University of British Columbia
Akshay Asthana, Australian National University

**M.S. Thesis Committees Chaired:**
Chih-yu Yao, 2006
Bhaskar Rao, 2005
Vishal Nayak, 2005
Sarah Stuckey, 2007
Gargi Shah, 2008
Melissa De Bartolomeo, 2008
Melissa Carrasco, 2009
Sharath Venkatesha, 2009
Matt Stabile, 2010
Marcus Jang, 2010
Justin Muncaster, 2010
Eyrun Eyjolfsdottir, 2011
Devdeep Roy Choudhury, 2012
Nataly Moreno, current

**Undergraduate Research Directed:**
Shai Perry, 2004-2005
Alaa Gharbawi, 2005
Akhsar Kharebov, 2004-2005
Eugene Dvortsov, 2004
Paul Elliot, 2005
Saara Kamppari, 2005-2006
Brian Graham, 2006-2007
Jeffrey Flanagan, 2007
Russ McLoughlin, 2008-09
Wendy Chun, 2009-10
Ben Alun-Jones, 2009-10
Jonathan Chu, 2010-12
Alexander Hsu, 2011-12
Cindy Lu, 2011-12
Matthew Garcia, 2011-12
Brandon Rude, 2012

Leif Dreizler, 2012
Zachary Sperske, 2012
Kristen Morse, 2012-13
Jhon Faghih-Nassiri, 2013

## RECENT INVITED TALKS:

| | |
|---|---|
| Dec 2014 | (Scheduled) Keynote speaker, 17th International Conference on Computer and Information Technology (Dhaka, Bangladesh) |
| Jan 2014 | Gsolutionz, Inc. (Carpinteria, CA) |
| Dec 2013 | Panelist, ICCV Workshop on Visual Commerce |
| Oct 2013 | Ohio State University |
| Jul 2013 | Google (Mountain View, CA) |
| Apr 2013 | Amazon (Seattle, WA) |
| Sept 2012 | Proceedings of the IEEE 100th Anniversary Forum on Improving Quality of Life Through Engineering Innovations (scheduled keynote) |
| Aug 2012 | University of Oulu, Finland |
| May 2012 | Hong Kong University of Science and Technology (Invited workshop talk) |
| Apr 2012 | Qualcomm Research (San Diego, CA) |
| Aug 2011 | University of Oulu, Finland |
| Aug 2011 | University of Tampere, Finland |
| Aug 2011 | Nokia Innovation Center, Tampere, Finland |
| Apr 2011 | University of Texas, Austin |
| Mar 2011 | Keynote speaker, Infoplosion Symposium (Tokyo, Japan) |
| Mar 2011 | University of Kyoto |
| Feb 2011 | University of Houston |
| Jan 2011 | University of California, Riverside |
| Nov 2010 | 15th Ibero-American Congress on Pattern Recognition [Keynote] (Sao Paulo, Brazil) |
| Sept 2010 | IEEE Fourth International Conference On Biometrics: Theory, Applications And Systems [Keynote] (Washington, D.C.) |
| Jul 2010 | Lecturer, Sino-USA Summer School in Vision, Learning and Pattern Recognition (Xi'an, China) |
| Feb 2010 | University of Denver (Denver, CO) |
| Apr 2010 | Rensselaer Polytechnic Institute (Troy, NY) |
| Jun 2009 | Nokia Research Center, Palo Alto (CA) |
| Aug 2008 | University of Sao Paulo (Brazil) |
| May 2008 | University of Southern California (Los Angeles, CA) |
| Mar 2008 | COSYNE Workshop on Dynamic Faces (Snowbird, UT) |
| Feb 2008 | Virginia Tech (Blacksburg, VA) |
| Dec 2007 | University of Tampere (Finland) |
| Sept 2007 | Infocomm Horizons Seminar 2007 (Singapore) |
| Sept 2007 | Institute for InfoComm Research (Singapore) |
| May 2007 | Northwestern University (Evanston, IL) |
| May 2007 | Michigan State University (East Lansing, MI) |
| Feb 2007 | DARPA (Arlington, VA) |
| Jan 2007 | Northwestern University (Evanston, IL) |

## GRANTS AND CONTRACTS:

| | |
|---|---|
| 2012-2015 | "Telecollaboration in Physical Spaces," NSF (PI), $499,970 |

| | |
|---|---|
| 2012-2015 | "Interactive Panoramas on Google Glass," Google Glass Research Awards Program (Co-PI), $18,000 + $4500 equipment gift (in-kind) |
| 2011-2012 | Equipment gift (in-kind), NVIDIA Research, Tegra Tablet, $1500 |
| 2009-2013 | "CRI: Equipping the Allosphere, an Environment for Immersive Data Exploration," NSF (PI), $749,894 |
| 2010 | Research and equipment gift funding, Nokia Corp., $9,600 |
| 2009 | Equipment gift (in-kind), Nokia Corp., $11,033 |
| 2009 | Equipment gift (in-kind), HRL Labs, $16,832 |
| 2009 | Research gift funding, Nokia Corp., $10,000 |
| 2008-2011 | Internal funding for Allosphere facility and research, UCSB (PI), $622,052 |
| 2008-2011 | "MRI: Development of the Allosphere, an Immersive Instrument for Scientific Exploration," NSF (PI), $500,000 |
| 2008-2009 | "Scalable Visualization and Constrained Interaction for Large Graphs – Supporting the Collaborative Analysis of High-dimensional Data Sets," NSF (Co-PI), $263,000 |
| 2006-2007 | "Scalable Visualization and Constrained Interaction for Large Graphs – Supporting the Collaborative Analysis of High-dimensional Data Sets," NSF (Co-PI), $230,000 |
| 2008-2009 | "Multimodal Wireless Sensor Network Infrastructure," DARPA (Key personnel), $655,174 |
| 2006-2007 | "Scalable Visualization and Constrained Interaction for Large Graphs," DOD/NSF (Co-PI), $234,321 |
| 2006-2007 | "A Tangible Interaction Window between Korea and the United States," Korean Institute of Science and Technology (Co-PI), $99,804 |
| 2006 | "Foundations of Multimedia Research," UC Opportunity Award, $14,950 |
| 2005-2008 | "Detecting and Analyzing Discontinuities in Computer Vision," NSF (PI), $328,303 |
| 2003 | Microsoft unrestricted gift, $65,000 |
| 2003 | "STTR Phase I: Sensors and Methods to Handle UAV," U.S. Navy Air Systems Command (PI, subcontract to Develosoft Corp.), $21,000 |
| 2003 | Lawrence Livermore Laboratory UCRP Award (PI), $40,000 |
| 2003 | Microsoft Research Learning Science and Technology (co-PI), $40,000 |
| 2003 | Mitsubishi Equipment Gift, $650 |
| 2003 | UCSB Instructional Improvement Grant (PI), $12,150 |
| 2003 | DiMI Opportunity Award (PI), $14,000 |
| 2003 | Microsoft Equipment Gifts, $50,000 |
| 2003-2008 | NSF, "Digital Multimedia IGERT: Graduate Training Program in Interactive Digital Multimedia" (Co-PI), $3,000,000 |
| 2002-2005 | NSF, "ITR: Using Virtual Environment Technology to Understand and Augment Social Interaction" (Co-PI), $1,100,000 |
| 2002 | UCSB Research Across Disciplines (Co-PI), $14,400 |
| 2002 | UCSB Research Across Disciplines (Co-PI), $11,000 |
| 2001 | DiMI Opportunity Award (Co-PI), $8000 |

**CONSULTING:**

| | |
|---|---|
| 2014-pres | Gardner Linn Burkhart & Flory, LLP  (Grand Rapids, MI) Expert consultant for patent case involving computer vision for automobiles |
| 2014 | Cooley, LLP  (Boston, MA) Expert consultant for European patent application appeal on biometrics for financial transactions. |

| | |
|---|---|
| 2013-2014 | Cooley, LLP  (San Diego, CA) |
| | Expert witness for patent litigation in case covering image matching and classification. |
| 2013 | Bristows, LLP  (London, U.K.) |
| | Expert witness for patent litigation in case covering imaging, gaming, and virtual reality. |
| 2012-pres | Birch, Stewart, Kolasch & Birch, LLP  (Falls Church, VA) |
| | Expert witness for patent litigation in case covering face recognition and gaming technologies. |
| 2011-2013 | 3DiVi Inc. (Chelyabinsk, Russia) – 3D gesture recognition |
| 2011-2012 | Quinn Emanuel Urquhart & Sullivan, LLP (San Francisco, CA) |
| | Expert witness for patent litigation in mobile image display and multimedia technologies |
| 2011-2012 | InTouch Health, Inc. – Computer vision |
| 2010 | Thompson Coburn, LLP (St. Louis, MO) |
| 2006-2007 | Booz, Allen, and Hamilton (Arlington, VA) |
| 2009 | Scholastic, Inc. |
| 2007 | I2R, Singapore |
| 2006 | Capstone Press for Inventions and Discovery |
| 2005 | National ICT Australia (NICTA), Sydney, Australia |
| 2004 | Biometrics Engineering Research Center, Yonsei University (Korea) |
| 2004 | Korea Institute of Science and Technology (KIST), Seoul, Korea |
| 2004 | Samsung Corporation (Korea) |
| 2001 | Toyon Corporation (Santa Barbara) |
| 2000 | Startup company managed by incubator Global Technology (Los Angeles) |

**PATENTS:**

2004    U.S. Patent #6,674,877 B1 – "System and method for visually tracking occluded objects in real time," with N. Jojic

1992    US Patent #5,164,992: "A Face Recognition System," with A. Pentland

**OPEN SOURCE SOFTWARE:**

2004    "The HandVu Vision-Based Hand Gesture Interface," available at http://www.movesinstitute.org/~kolsch/HandVu

**PEER-REVIEWED DEMONSTRATIONS:**

2012    "Integrating the Physical Environment into Mobile Remote Collaboration," S. Gauglitz, C. Lee, M. Turk, and T. Höllerer, MobileHCI, San Francisco, September 2012.

2005    "Depth Edges in Real Time using Multi-Flash Camera," A. Agrawal, V. Branzoi, R. Chellappa, R. Feris, R. Raskar, K. Tan, and M. Turk, CVPR, New York, 2005.

2004    "HandVu – Vision-Based Hand Gesture Recognition," M. Kölsch, M. Turk, and T. Höllerer), ISMAR '04, Arlington, VA, Oct 31-Nov 5, 2004

**REFEREED PUBLICATIONS (journals, conferences, books, book chapters):**

S. Gauglitz, B. Nuernberger, M. Turk, and T. Höllerer., "In Touch with the Remote World: Remote Collaboration with Augmented Reality Drawings and Virtual Navigation," To appear, ACM Symposium

on Virtual Reality Software and Technology (VRST), Edinburgh, UK, November 2014.

S. Gauglitz, B. Nuernberger, M. Turk, and T. Höllerer, "World-Stabilized Annotations and Virtual Scene Navigation for Remote Collaboration," To appear, ACM Symposium on User Interface Software and Technology (UIST), Honolulu, Hawaii, USA, October 2014.

C. Sweeney, V. Fragoso, T. Höllerer, and M. Turk, "gDLS: A Scalable Solution to the Generalized Pose and Scale Problem," European Conference on Computer Vision (ECCV), Zürich, Switzerland, September 2014.

V. Fragoso, M. Turk, G. Srivastava, A. Nagar, Z. Li, and K. Park, "Cascade of Box (CABOX) Filters for Optimal Scale Space Approximation," International Workshop on Mobile Vision, June 2014.

M. Turk, "Gesture Recognition," in K. Stanney (ed.), Handbook of Virtual Environment Technology, updated for second edition, Lawrence Erlbaum Associates, Inc., to appear, 2014. (Book chapter)

S. Gauglitz, C. Sweeney, J. Ventura, M. Turk, and T. Höllerer, "Model Estimation and selection towards unconstrained real-time tracking and mapping," IEEE Transactions on Visualization and Computer Graphics, Vol. 20, Issue 6, pp. 825-838, 2014.

B. Nuernberger, S. Gauglitz, T. Höllerer, and M. Turk, "Investigating Viewpoint Visualizations for Click & Go Navigation," (poster), IEEE Symposium on 3D User Interfaces, 2014.

M. Turk, "Multimodal interaction – a review," Pattern Recognition Letters, Vol. 36, pp. 189-195, January 2014.

M. Turk and G. Hua, *Vision-Based Interaction,* Morgan & Claypool Synthesis Lectures on Computer Vision, 2013. (Book)

V. Fragoso, P. Sen, S. Rodriguez, and M. Turk, "EVSAC: accelerating hypotheses generation by modeling matching scores with Extreme Value Theory," IEEE International Conference on Computer Vision, Sydney, Australia, December 2013.

M. Toyoura, H. Aruga, M. Turk, and X. Mao, "Mono-spectrum marker: an AR marker robust to image blur and defocus," The Visual Computer, December 2013.

M. Turk, "Over 20 years of Eigenfaces," ACM Transactions on Multimedia Computing Communications and Applications, Volume 9, Issue 1s, October 2013.

V. Fragoso and M. Turk, "SWIGS: a swift guided sampling method," IEEE Conference on Computer Vision and Pattern Recognition, Portland, OR, June 2013.

M. Toyoura, H. Aruga, M. Turk, and X. Mao, "Detecting markers in blurred and defocused images," International Conference on Cyberworlds, Yokohama, Japan, May 2013

M. Pietikäinen, M. Turk, L. Wang, G. Zhao, and L. Cheng, "Machine learning in motion analysis: New advances," Image and Vision Computing, available online 3 May 2013.

S. Gauglitz, C. Lee, M. Turk, and T. Höllerer, "Live tracking and mapping from both general and rotation-only camera motion," IEEE International Symposium on Mixed and Augmented Reality (ISMAR), Atlanta, GA, November 2012. (Best Paper Award)

D. Baricevic, C. Lee, M. Turk, T. Höllerer, and D. Bowman, "A hand-held AR magic lens with user-perspective rendering," IEEE International Symposium on Mixed and Augmented Reality (ISMAR), Atlanta, GA, November 2012.

14

V. Fragoso, M. Turk, and J. Hespanha, "Locating binary features for keypoint recognition using noncooperative games," IEEE International Conference on Image Processing, Sept/Oct 2012.

S. Gauglitz, C. Lee, M. Turk, and T. Höllerer, "Integrating the physical environment into mobile remote collaboration," ACM SIGCHI International Conference on Human-Computer Interaction with Mobile Devices and Services (MobileHCI), September 2012

D. Vaquero and M. Turk, "Composition context photography," International Conference on Computational Photography, April 2012.

C. Kim and M. Turk, "A new biased discriminant analysis using composite vectors for eye detection," IEEE Transactions on Systems, Man, and Cybernetics B, Vol. 42, No. 4, pp. 1095-1106, August 2012.

C. Chen, D. Vaquero, and M. Turk, "Illumination demultiplexing from a single image," International Conference on Computer Vision, Barcelona, Spain, November 2011.

M. Petter, V. Fragoso, M. Turk, and C. Baur, "Automatic text detection for mobile augmented reality translation," Workshop on Mobile Computer Vision, Barcelona, Spain, November 2011.

S. Gauglitz , M. Turk, and T. Höllerer,  "Improving keypoint orientation assignment," British Machine Vision Conference (BMVC 2011), Dundee, Scotland, Aug-Sept 2011.

S. Gauglitz , L. Foschini, M. Turk, and T. Höllerer,  "Efficiently selecting spatially distributed keypoints for visual tracking," IEEE International Conference on Image Processing (ICIP 2011), Brussels, Belgium, September 2011.

S. Gauglitz, T. Höllerer, and M. Turk, "Evaluation of interest point detectors and feature descriptors for visual tracking," International Journal of Computer Vision, vol. 94(3), pp. 335-360, 2011.

D. Vaquero, N. Gelfand, M. Tico, K. Pulli, and M. Turk, "Generalized autofocus," IEEE Workshop on Applications of Computer Vision (WACV 2011), January 2011.

V. Fragoso, S. Gauglitz, S. Zamora, J. Kleban, and M. Turk, "TranslatAR: A mobile augmented reality translator," IEEE Workshop on Applications of Computer Vision (WACV 2011), January 2011.

M. Jang and M. Turk, "Car-Rec: A real-time car recognition system," IEEE Workshop on Applications of Computer Vision (WACV 2011), January 2011.

E. Eyjolfsdottir and M. Turk, "Multisensory, embedded pose estimation," IEEE Workshop on Applications of Computer Vision (WACV 2011), January 2011.

M. Turk, "Computational illumination," in I. Bloch and R. M. Cesar, Jr. (Eds.), CIARP 2010, LNCS 6419, p. 5, Springer-Verlag, 2010. (Abstract of keynote talk)

D. Vaquero, M. Turk, K. Pulli, M. Tico, and N. Gelfand, "A survey of image retargeting techniques," SPIE Applications of Digital Image Processing XXXIII, San Diego, CA, August 2010.

S. Venkatesha and M. Turk, "Human activity recognition using local shape descriptors," International Conference on Pattern Recognition, Istanbul, Turkey, August 2010.

R. Paucher and M. Turk, "Location-based augmented reality on mobile phones," IEEE International Workshop on Mobile Vision (Best Paper Award), San Francisco, June 2010.

J.-K. Na, J.-Y. Park, J.-H. Yi and M. Turk, "Parameterized structured light imaging for depth edge detection," Electronics Letters, Vol. 46, No. 1, pp. 46-47, 2010.

15

D. Vaquero, R. Feris, L. Brown, A. Hampapur, and M. Turk, "Attribute-based people search," Y. Ma and G. Qian (eds.), Intelligent Video Surveillance: Systems and Technology, Taylor & Francis, 2009.

D. Vaquero, R. Feris, L. Brown, A. Hampapur, and M. Turk, "Attribute-based people search in surveillance environments," Workshop on Applications of Computer Vision (WACV 2009), Snowbird, UT, Dec. 7-8, 2009.

D. Vaquero, R. Raskar, R. Feris, and M. Turk, "A projector-camera setup for geometry-invariant frequency demultiplexing," IEEE Conference on Computer Vision and Pattern Recognition (CVPR 2009), Miami, FL, June 2009.

L. Chen, J. McAuley, R. Feris, T. Caetano, and M. Turk, "Shape classification through structured learning of matching measures," IEEE Conference on Computer Vision and Pattern Recognition (CVPR 2009), Miami, FL, June 2009.

C. Kim, M. Turk, and C.-H. Choi, "Biased discriminant analysis using composite vectors for eye detection," IEEE Conference on Automatic Face and Gesture Recognition, Amsterdam, September 2008.

L. Chen, R. S. Feris, and M. Turk, "Efficient partial shape matching using Smith-Waterman algorithm," CVPR Workshop on Non-Rigid Shape Analysis and Deformable Image Alignment (NORDIA'08), Anchorage, Alaska, June 27-28, 2008.

D. A. Vaquero, R. S. Feris, M. Turk, and R. Raskar, "Characterizing the shadow space of camera-light pairs," IEEE Conference on Computer Vision and Pattern Recognition (CVPR 2008), Anchorage, Alaska, June 24-26, 2008.

J. Park, C. Kim, J. Na, J. Yi, and M. Turk, "Using structured light for efficient depth edge detection," Journal of Image and Vision Computing, Vol. 26, Issue 11, pp. 1449-1465, November 2008.

M. Turk, T. Höllerer, S. M. Arisona, J. Kuchera-Morin, C. Coffin, R. Hoetzlein, L. Putnam, and D. Overholt, "Creative collaborative exploration in multiple environments," AAAI Spring Symposium on Creative Intelligent Systems, Stanford University, March 26-28, 2008.

R. Feris, R. Raskar, L. Chen, K. Tan, and M. Turk, "Multi-flash stereopsis: depth edge preserving stereo with small baseline illumination," IEEE Transactions on Pattern Analysis and Machine Intelligence, Vol. 30, No. 1, pp. 147-159, January 2008.

S. Zhang and M. Turk, "Eigenfaces," Scholarpedia, 3(9):4244, 2008.

H. Guan and M. Turk, "The hierarchical isometric self-organizing map for manifold representation", IEEE Workshop on Component Analysis Methods for Classification, Clustering, Modeling, and Estimation Problems in Computer Vision (in conjunction with CVPR07), Minneapolis, Minnesota, June 18-23, 2007.

R. Feris, R. Raskar, and M. Turk, "Dealing with multi-scale depth changes and motion in depth edge detection," Brazilian Symposium on Computer Graphics and Image Processing, October 2006. (Awarded "One of the Best Image Processing and Computer Vision Papers")

Y. Zana, R. M. Cesar-Jr., R. Feris, and M. Turk, "Local approach for face verification in polar frequency domain," Image and Vision Computing, Vol. 24, No. 8, pp. 904-913, 2006.

Y. Chang, C. Hu, R. Feris, and M. Turk, "Manifold based analysis of facial expression," Image and Vision Computing, Vol 24, No. 6, pp. 605-614, 2006.

H. Guan, T. Kubota, X. Huang, X. S. Zhou, and M. Turk, "Automatic hot spot detection and

segmentation in whole body FDG-PET images," IEEE International Conference on Image Processing (ICIP 2006), Atlanta, GA, October 2006.

H. Guan, J. Chang, L. Chen, R. Feris, and M. Turk, "Multi-view appearance-based 3D hand pose estimation," IEEE Workshop on Vision for Human Computer Interaction, New York, NY, June 2006.

M. Turk, "Vision-Based Interaction," in H. Ip (Ed.), Encyclopedia of Multimedia, Springer, 2006.

M. Kölsch, R. Bane, T. Höllerer, and M. Turk, "Multimodal interaction with a wearable augmented reality system," IEEE Computer Graphics and Applications, Vol. 26, No. 3, pp. 62 -71, May/June 2006.

J. Muncaster and M. Turk, "Continuous multimodal authentication using dynamic Bayesian networks," Second Workshop on Multimodal User Authentication, Toulouse, France, May 11-12, 2006.

H. Guan, R. Feris, and M. Turk, "The isometric self-organizing map for 3D hand pose estimation," International Conference on Face and Gesture Recognition, Southampton, UK, pp. 263-268, April 2006.

R. Feris, R. Raskar, K. Tan, and M. Turk, "Specular highlights detection and reduction with multi-flash photography," Journal of the Brazilian Computer Society, Vol. 1, No. 12, pp. 35-42, 2006.

C. Kim, J. Park, J. Yi, and M. Turk, "Efficient depth edge detection using structured light," International Symposium on Visual Computing, Lake Tahoe, NV, December 5-7, 2005.

Y. Zana, R. Cesar, R. Feris, and M. Turk, "Face verification in polar frequency domain: a biologically motivated approach," International Symposium on Visual Computing, Lake Tahoe, NV, December 5-7, 2005.

V. Nayak and M. Turk, "Emotional expression in virtual agents through body language," International Symposium on Visual Computing, Lake Tahoe, NV, December 5-7, 2005.

H. Guan and M. Turk, "3D hand pose reconstruction with ISOSOM," International Symposium on Visual Computing, Lake Tahoe, NV, December 5-7, 2005.

M. Kölsch and M. Turk, "Flocks of features for tracking articulated objects," in B. Kisacanin, V. Pavlovic, and T. Huang (eds.), Real-Time Vision for Human-Computer Interaction, Springer, 2005.

R. Feris, M. Turk, R. Raskar, K. H. Tan, and G. Ohashi, "Recognition of isolated fingerspelling gestures using depth edges," in B. Kisacanin, V. Pavlovic, and T. Huang (eds.), Real-Time Vision for Human-Computer Interaction, Springer, 2005.

M. Turk, "Multimodal human-computer interaction," in B. Kisacanin, V. Pavlovic, and T. Huang (eds.), Real-Time Vision for Human-Computer Interaction, Springer, 2005.

M. Turk, "RTV4HCI: A historical overview," in B. Kisacanin, V. Pavlovic, and T. Huang (eds.), Real-Time Vision for Human-Computer Interaction, Springer, 2005

M. Turk, "Eigenfaces and beyond," in W. Zhao and R. Chellappa (eds.), "Face Processing: Advanced Modeling and Methods," Academic Press, 2005.

Y. Chang, M. Vieira, M. Turk, and L. Velho, "Automatic 3D facial expression analysis in videos," IEEE International Workshop on Analysis and Modeling of Faces and Gestures, Beijing, China, October 2005.

R. Feris, R. Raskar, L. Chen, K. Tan, and M. Turk, "Discontinuity preserving stereo with small baseline multi-flash illumination," International Conference on Computer Vision (ICCV'05), Beijing, China, 2005.

J. N. Bailenson, A. C. Beall, J. Blascovich, J. Loomis, and M. Turk, "Transformed social interaction, augmented gaze, and social influence in immersive virtual environments," Human Communication

Research, Vol. 31, No. 4, pp. 511-537, October 2005.

Y. Chang, R. Cutler, Z. Liu, Z. Zhang, A. Acero, and M. Turk, "Automatic head-size equalization in panorama images for video conferencing," IEEE International Conference on Multimedia & Expo (ICME), Amsterdam, The Netherlands, July 2005.

C. Kim, J. Park, J. Yi, and M. Turk, "Structured light based depth edge detection for object shape recovery," IEEE International Workshop on Projector-Camera Systems, San Diego, June 25, 2005.

J. Kim, J. Choi, J. Yi, and M. Turk, "Effective representation using ICA for face recognition robust to local distortion and partial occlusion," IEEE Transactions on Pattern Analysis and Machine Intelligence, Vol. 27, No. 12, pp. 1977-1981, December 2005.

R. Raskar, K. Tan, R. Feris, J. Kobler, J. Yu, and M. Turk, "Harnessing real-world depth edges with multi-flash imaging," IEEE Computer Graphics and Applications, Vol. 25, Issue 1, pp 32-38, January 2005.

Y. Wang, Y. Jia, C. Hu, and M. Turk, "Non-negative matrix factorization framework for face recognition," International Journal of Pattern Recognition and Artificial Intelligence, Vol. 19, No. 4, pp. 1-17, 2005.

R. Feris, R. Raskar, K. Tan, and M. Turk, "Specular reflection reduction with multi-flash imaging," Brazilian Symposium on Computer Graphics and Image Processing, pp. 316-323, Curitiba, PR, Brazil, October 2004.

M. Turk, J. Bailenson, A. Beall, J. Blascovich, and R. Guadagno, "Multimodal transformed social interaction," Proc. International Conference on Multimodal Interfaces, pp. 46-52, State College, PA, October 13-15, 2004.

M. Kölsch, M. Turk, and T. Höllerer, "Vision-based interfaces for mobility," In Proc. MobiQuitous '04 (1st IEEE Intl. Conf. on Mobile and Ubiquitous Systems: Networking and Services), pages 86-94, Boston, MA, Aug. 22-26 2004.

M. Kölsch and M. Turk, "Analysis of rotational robustness of hand detection with a Viola-Jones detector," International Conference on Pattern Recognition, Cambridge, U.K., August 2004.

R. Raskar, K. Tan, R. Feris, J. Yu, and M. Turk, "A non-photorealistic camera: depth edge detection and stylized rendering using multi-flash imaging," ACM SIGGRAPH, Los Angeles, August 2004 (also ACM Transactions on Graphics, Vol. 23, No. 3, pp. 676-685, August 2004.)

R. Feris, M. Turk, R. Raskar, K. Tan, and G. Ohashi, "Exploiting depth discontinuities for vision-based fingerspelling recognition," IEEE Workshop on Real-Time Vision for Human-Computer Interaction, Washington DC, USA, June 2004.

M. Kölsch and M. Turk, "Fast 2D hand tracking with flocks of features and multi-cue integration," IEEE Workshop on Real-Time Vision for Human-Computer Interaction, Washington DC, USA, June 2004. Best Paper Award

C. Hu, Y. Chang, R. Feris, and M. Turk, "Manifold based analysis of facial expression," IEEE Workshop on Face Processing in Video, Washington, D.C., June 2004.

Y. Chang, C. Hu, and M. Turk, "Probabilistic expression analysis on manifolds," International Conference on Computer Vision and Pattern Recognition, pp. 520-527, Washington, D.C., June 2004.

M. Kölsch and M. Turk, "Robust hand detection," IEEE Conference on Automatic Face and Gesture

Recognition, pp. 614-619, Seoul, Korea, May 17-19, 2004.

J. N. Bailenson, A. Beall, J. Blascovich, J. Loomis, and M. Turk, "Non-zero-sum gaze and persuasion," The 54th Annual Conference of the International Communication Association: Communication in the Public Interest, New Orleans, May 27-31, 2004. (Top Papers in Communication and Technology session – 4 or 5 top papers out of ~120 submissions)

Y. Wang, Y. Jiar, C. Hu, and M. Turk, "Fisher non-negative matrix factorization for learning local features," Proc. Asian Conference on Computer Vision (ACCV-2004), Jeju Island, Korea, Jan. 28-30, 2004.

Y. Wang, Y. Jiar, C. Hu, and M. Turk, "Face recognition based on kernel radial basis function networks," Proc. Asian Conference on Computer Vision (ACCV-2004), Jeju Island, Korea, Jan. 28-30, 2004.

M. Turk, "Computer vision in the interface," Communications of the ACM, Vol. 47, No. 1, pp. 60-67, January 2004.

J. Bailenson, A. Beall, J. Blascovich, J. Loomis, and M. Turk, "Transformed social interaction: decoupling representation from behavior and form in collaborative virtual environments," PRESENCE: Teleoperators and Virtual Environments, MIT press, Vol. 13, No. 4, pp. 428-441, August 2004.

M. Turk and M. Kölsch, "Perceptual Interfaces," G. Medioni and S.B. Kang (eds.), Emerging Topics in Computer Vision, Prentice Hall, 2004.

A. Altinok and M. Turk, "Temporal integration for continuous multimodal biometrics," Proc. Workshop on Multimodal User Authentication, Santa Barbara, CA, Dec. 11-12, 2003.

Y. Chang, C. Hu, and M. Turk, "Manifold of facial expression," Proc. IEEE International Workshop on Analysis and Modeling of Faces and Gestures, Nice, France, Oct. 17, 2003.

C. Hu, R. Feris, and M. Turk, "Real-time view-based face alignment using active wavelet networks," Proc. IEEE International Workshop on Analysis and Modeling of Faces and Gestures, Nice, France, Oct. 17, 2003.

C. Hu, R. Feris, and M. Turk, "Active wavelet networks for face alignment," Proc. British Machine Vision Conference, Norwich, U.K., Sept. 9-11, 2003.

M. Kölsch, A. Beall, and M. Turk, "Postural comfort zone for reaching gestures," Human Factors and Ergonomics Society Annual Meeting, 2003.

M. Kölsch, A. Beall, and M. Turk, "An objective measure for postural comfort," Human Factors and Ergonomics Society Annual Meeting, 2003.

M. Turk, C. Hu, R. Feris, F. Lashkari, and A. Beall, "TLA based face tracking," International Conference on Vision Interface, Calgary, Canada, May 27-29, 2002.

M. Kölsch and M. Turk, "Keyboards without keyboards: a survey of virtual keyboards," Workshop on Sensing and Input for Media-centric Systems, Santa Barbara, CA, June 20-21, 2002.

M. Turk, "A random walk through eigenspace," IEICE Trans Information and Systems, 2001.

M. Turk, "Perceptive media: machine perception and human computer interaction," Chinese Computing Journal, 2001.

M. Turk, "Gesture Recognition," in K. Stanney (ed.), Handbook of Virtual Environment Technology, Lawrence Erlbaum Associates, Inc., 2001.

M. Turk, "Perceptual User Interfaces," in Earnshaw et al. (eds.), Frontiers of Human-Centred Computing, Online Communities and Virtual Environments, Springer-Verlag, 2001.

P. Hong, M. Turk, and T. Huang, "Constructing finite state machines for fast gesture recognition," Proc. International Conference on Pattern Recognition, September 2000.

M. Turk and G. Robertson, "Perceptual user interfaces," Communications of the ACM, March 2000.

P. Hong, M. Turk, and T. Huang, "Gesture modeling and recognition using finite state machines," Proc. IEEE International Conference on Face and Gesture Recognition, Grenoble, France, March 2000.

N. Jojic, T. Huang, and M. Turk, "Tracking articulated structures in stereo image sequences," Proc. IT Workshop on Detection, Estimation, Classification, and Imaging, Sante Fe, NM, Feb. 24-25, 1999.

N. Jojic, M. Turk, and T. Huang, "Tracking self-occluding articulated objects in dense disparity maps," Proc. International Conference on Computer Vision, Corfu, Greece, 1999.

M. Turk, "Moving from GUIs to PUIs," Proc. Fourth Symposium on Intelligent Information Media, Tokyo, Japan, December 1998.   (also Microsoft Research Technical Report #MSR-TR-98-69)

R. Cutler and M. Turk, "View-based interpretation of real-time optical flow for gesture recognition," Proc. 1998 IEEE Conference on Automatic Face and Gesture Recognition, April 14-16, 1998, Nara, Japan.

M. Turk and Y. Takebayashi (eds.), Proceedings of the Workshop on Perceptual User Interfaces, Banff, Canada, October 1997.

M. Turk, "Visual interaction with lifelike characters," Proc. IEEE Conference on Automatic Face and Gesture Recognition, Killington, Vermont, October 13-16, 1996.

M. Turk and S. Rosenschein, "A vision architecture for perceiving human action," in Proc. Looking at People: Recognition and Interpretation of Human Action, IJCAI Workshop, Chambery, France, Aug. 1993.

A. Pentland, T. Starner, N. Etcoff, A. Masoiu, O. Oliyide, and M. Turk, "Experiments with Eigenfaces," Looking at People Workshop, IJCAI'93, Chambery, France, August 1993.

M. Turk and A. Pentland, "Face recognition using eigenfaces," Proc. IEEE Conference on Computer Vision and Pattern Recognition, Maui, Hawaii, pp. 586-591, 1991. (IEEE Computer Society Outstanding Paper Award)

M. Turk and A. Pentland, "Eigenfaces for recognition," Journal of Cognitive Neuroscience, Vol. 3, No. 1, pp. 71-86, 1991.

M. Turk and A. Pentland, "Face recognition without features," Proc. IAPR MVA, Tokyo, Nov. 1990.

M. Turk and A. Pentland, "Recognition in face space," Intelligent Robots and Computer Vision IX, SPIE Vol. 1381, Boston, MA, 1990. (Reprinted in H. Nasr (ed.), Selected Papers on Automatic Object Recognition, SPIE Optical Engineering Press, Washington, 1991.)

M. Turk and A. Pentland, "Face processing: models for recognition," Intelligent Robots and Computer Vision VIII, SPIE, Philadelphia, PA, 1989.

A. Pentland, T. Darrell, M. Turk, and W. Huang, "A simple, real-time range camera," Proc. IEEE Conference on Computer Vision and Pattern Recognition, San Diego, CA, June 1989.

M. Turk, "A review of color vision and imaging," Intelligent Robots and Computer Vision VII, SPIE,

Cambridge, MA, 1988.

M. Turk, D. Morgenthaler, K. Gremban, M. Marra, "VITS - a vision system for autonomous land vehicle navigation," IEEE Trans. on Pattern Analysis and Machine Intelligence, Vol. 10, No. 3, pp. 342-361, May, 1988. (Reprinted in S. Iyengar and A. Elfes (eds.), Autonomous Mobile Robots: Control, Planning, and Architecture, IEEE Computer Society Press, Los Alamitos, California, 1991.)

M. Turk, D. Morgenthaler, K. Gremban, M. Marra, "Video road-following for the Autonomous Land Vehicle," Proc. IEEE International Conference on Robotics and Automation, Raleigh, N. C., April, 1987.

M. Turk and M. Marra, "Color road segmentation and video obstacle detection," Advances in Intelligent Robotic Systems: Mobile Robots, SPIE, Cambridge, MA, 1986.

M. Turk, "A fine-motion planning algorithm," Intelligent Robots and Computer Vision, Proc. SPIE 579, Cambridge, MA, 1985.

M. Turk, "Range image correction and its effect on range data processing," Proc. 1985 Conference on Intelligent Systems and Machines, Rochester, MI, 1985.