# EXHIBIT B

## **LIST OF MATERIALS REVIEWED BY DR. MATTHEW TURK**

- U.S. Patent No. 7,346,472
- U.S. Patent No. 7,660,700
- U.S. Patent No. 7,949,494
- U.S. Patent No. 8,214,175
- File history of U.S. Patent No. 7,346,472
- File history of U.S. Patent No. 7,660,700
- File history of U.S. Patent No. 7,949,494
- File history of U.S. Patent No. 8,214,175
- Blue Spike's Patent Local Rule 3-1 Infringement Contentions
- The parties' Patent Local Rule 4-3 Supplemental Joint Claim Construction and Prehearing Statement and Joint Claim Construction Chart
- Blue Spike's Opening Claim Construction Brief