UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Blue Spike, LLC, | § |
| *Plaintiff*, | § CASE NO. 6:12-cv-499-MHS-CMC |
| v. | § LEAD CASE |
| TEXAS INSTRUMENTS, INC., et al., | § Jury Trial Demanded |
| *Defendants*. | § |

**ORDER GRANTING PLAINTIFF BLUE SPIKE, LLC'S MOTION TO STRIKE THE EXPERT DECLARATIONS OF JOHN SNELL AND PROFESSOR MATTHEW TURK**

On this day came for consideration Plaintiff Blue Spike, LLC's motion to strike the expert declarations of John Snell and Professor Matthew Turk and any reliance by Defendants on those declarations in Defendants Motion on Indefiniteness for Summary Judgment (Dkt. No. 1752). Having considered both Plaintiff's motion and supporting papers and Defendants' opposition and supporting papers, the Court is of the opinion that Plaintiff's motion should be granted. Defendants failed to comply with the Patent Local Rule 4-3(b) with regard to expert disclosures. The expert declarations of John Snell and Professor Matthew Turk and any reliance by Defendants on those declarations are struck.

IT IS SO ORDERED.