# Exhibit "C"

Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel. 415.442.1000
Fax: 415.442.1001
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

**Daniel Johnson, Jr.**
Partner
415.442.1392
djjohnson@morganlewis.com

July 18, 2014

**VIA E-MAIL**

Randall Garteiser
Christopher Honea
Garteiser Honea, PC
218 North College Avenue
Tyler, TX  75702

Re:  *Blue Spike LLC v. Texas Instrument, Inc., et al.*
     EDTX Case No 6:12-CV-499-MHS-CMC

Dear Mr. Garteiser:

Defendants MorphoTrust USA, LLC. (formerly MorphoTrust USA, Inc.), L-1 Identity Solutions, Inc., MorphoTrak, Inc., and Safran USA, Inc., intend to rely on the testimony of Dr. Kevin W. Bowyer for the limited purpose of supporting our indefiniteness claim construction position with respect to the term "Abstract."  Please let us know if Blue Spike would like to take Dr. Bowyer's deposition on this limited topic, at either Morgan Lewis's Palo Alto or San Francisco offices.

Sincerely,

Daniel Johnson, Jr.

DJ/mj