## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § § § | |
| *Plaintiff,* | § § | CASE NO. 6:12-cv-499-MHS-CMC |
| v. | § § | LEAD CASE |
| Texas Instruments, Inc., et al., | § § | Jury Trial Demanded |
| *Defendants.* | § § § | |

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND

Plaintiff Blue Spike, LLC requests an extension of three days in which to respond to the Defendants' Motion for Summary Judgment for Indefiniteness ("Motion") (Dkt. No. 1752).

Blue Spike, LLC's current deadline to file an opposition to Defendants' Motion is Tuesday, September 16, 2014. Defendants' current deadline to file a reply in support of their Motion is September 23, 2014. Blue Spike, LLC respectfully requests a three-day extension in which Blue Spike's Opposition will be due on Friday, September 19, 2014 and Defendants' reply will be due on Friday, September 26, 2014.

By:     /s/ Randall T. Garteiser
Randall T. Garteiser
  Lead Attorney
  Texas Bar No. 24038912
  rgarteiser@ghiplaw.com
Christopher A. Honea
  Texas Bar No. 24059967
  chonea@ghiplaw.com
Christopher S. Johns
  Texas Bar No. 24044849
  cjohns@ghiplaw.com
Kirk J. Anderson
  California Bar No. 289043

1

Peter S. Brasher
 California Bar No. 283992
GARTEISER HONEA, P.C.
218 North College Avenue
Tyler, Texas 75702
(903) 705-0828
(888) 908-4400 fax

***ATTORNEYS FOR BLUE SPIKE, LLC***

2

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email.

  /s/ Randall T. Garteiser  
