UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Blue Spike, LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC., et al.,<br><br>    *Defendants*. | CASE NO. 6:12-cv-499-MHS-CMC<br><br>LEAD CASE<br><br>Jury Trial Demanded |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND**

BEFORE THE COURT is Plaintiff Blue Spike, LLC's ("Blue Spike's") Unopposed Motion for Extension of time to respond. Blue Spike seeks a three-day extension to respond to Defendant's Motion for Summary Judgment for Indefiniteness. The Court, having noted that the relief requested is unopposed, is of the opinion that the Motion should be granted.

IT IS ORDERED that Plaintiff Blue Spike, LLC shall have until Friday, September 19, 2014 to respond to Defendants' Motion for Summary Judgment for Indefiniteness, and Defendants shall have until Friday, September 26, 2014 to file their reply in support of their Motion.