# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC. et al,<br><br>　　　　Defendants. | Civil Action No.: 6:12-cv-00499-MHS<br><br>LEAD CASE |
| BLUE SPIKE, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>INFINISOURCE, INC. and QQEST SOFTWARE SYSTEMS, INC.,<br><br>　　　　Defendants. | Civil Action No.: 6:13-cv-00127-MHS |

## NOTICE OF APPEARANCE OF CLEMENT J. NAPLES

Defendants Infinisource, Inc. and Qqest Software Systems, Inc. ("Defendants") hereby notify the Court and all parties of record that, in addition to the attorneys already representing them, Clement J. Naples of the law firm of Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022-4834, is appearing as counsel for Defendants in the above-referenced matter. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced below.

Dated: September 12, 2014           Respectfully submitted,

/s/ *Clement J. Naples*
Clement J. Naples
N.Y. Bar No. 4217717
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4834
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
clement.naples@lw.com

Attorneys for Defendants
INFINISOURCE, INC. and QQEST
SOFTWARE SYSTEMS, INC.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 12, 2014, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system, per Local Rule CV-5(a)(3).

                                                   /s/ *Clement J. Naples*
                                                   Clement J. Naples