PILLSBURY WINTHROP SHAW PITTMAN LLP
David A. Jakopin (No. 209950)
David.jakopin@pillsburylaw.com
Keren Hu (No. 252725)
Keren.hu@pillsburylaw.com
2550 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 233-4790
Facsimile: (650) 233-4545

Attorneys for Vobile, Inc.

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>VOBILE, INC.,<br><br>Defendants. | Civil Action No. 6:12-CV-499-MHS<br><br>LEAD CASE<br>Jury Trial Demanded<br><br>Civil Action No. 6:12-cv-00539-MHS<br><br>Jury Trial Demanded |

### REQUEST FOR TERMINATION OF ELECTRONIC NOTICES

Now come David A. Jakopin of the law firm Pillsbury Winthrop Shaw Pittman LLP, and pursuant to Rule CV-11(f) request that the Clerk of this Court remove his name from the list of persons authorized to receive electronic notices in this case.

Dated: September 15, 2014     /s/     David A. Jakopin

David A. Jakopin (pro hac vice)
david.jakopin@pillsburylaw.com
Keren Hu (pro hac vice)
keren.hu@pillsburylaw.com
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
2550 Hanover Street
Palo Alto, CA 94304-1114
Telephone: (650) 233-4500
Facsimile: (650) 233-4545

- 2 -

Samuel E. Stubbs (TX Bar No. 19434500)
sam.stubbs@pillsburylaw.com
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
2 Houston Center
909 Fannin, Suite 2000
Houston, TX 77010-1018
Telephone: (713) 276-7645
Facsimile: (281) 582-6473
Attorneys for Defendant VOBILE, Inc.

- 3 -

## CERTIFICATE OF SERVICE

I certify that the foregoing Request for Termination of Electronic Notices was filed electronically on September 15, 2014 pursuant to Local Rule CV-5(a) and has been served on all counsel who have consented to electronic service.

Dated: September 15, 2014           /s/     David A. Jakopin