PILLSBURY WINTHROP SHAW PITTMAN LLP
David A. Jakopin (No. 209950)
David.jakopin@pillsburylaw.com
Keren Hu (No. 252725)
Keren.hu@pillsburylaw.com
2550 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 233-4790
Facsimile: (650) 233-4545

Attorneys for Vobile, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>VOBILE, INC.,<br><br>Defendants. | Civil Action No. 6:12-CV-499-MHS<br><br>LEAD CASE<br>Jury Trial Demanded<br><br>Civil Action No. 6:12-cv-00539-MHS<br><br>Jury Trial Demanded |

## REQUEST FOR TERMINATION OF ELECTRONIC NOTICES

Now come Keren Hu for the law firm Pillsbury Winthrop Shaw Pittman LLP, and pursuant to Rule CV-11(f) request that the Clerk of this Court remove her name from the list of persons authorized to receive electronic notices in this case.

Dated: September 15, 2014        /s/      Keren Hu

David A. Jakopin (pro hac vice)
david.jakopin@pillsburylaw.com
Keren Hu (pro hac vice)
keren.hu@pillsburylaw.com
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
2550 Hanover Street
Palo Alto, CA 94304-1114
Telephone: (650) 233-4500
Facsimile: (650) 233-4545

        Samuel E. Stubbs (TX Bar No. 19434500)
        sam.stubbs@pillsburylaw.com
        **PILLSBURY WINTHROP SHAW PITTMAN LLP**
        2 Houston Center
        909 Fannin, Suite 2000
        Houston, TX 77010-1018
        Telephone: (713) 276-7645
        Facsimile:  (281) 582-6473
        Attorneys for Defendant VOBILE, Inc.

## CERTIFICATE OF SERVICE

I certify that the foregoing Request for Termination of Electronic Notices was filed electronically on September 15, 2014 pursuant to Local Rule CV-5(a) and has been served on all counsel who have consented to electronic service.

Dated: September 15, 2014        /s/    Keren Hu