# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC, *Plaintiff*, v. TEXAS INSTRUMENTS, INC., *Defendant*. | § § § § § § § § § § § § C.A. No. 6:12-cv-00499-MHS **JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO STRIKE THE EXPERT DECLARATIONS AND ANY RELIANCE ON THE DECLARATIONS OF <u>JOHN SNELL AND PROFESSOR MATTHEW TURK</u>**

THE COURT, having considered Plaintiff's Motion to Strike the Expert Declarations and Any Reliance on the Declarations of John Snell and Professor Matthew Turk, Defendants' Opposition and all papers submitted by the parties, hereby orders that Plaintiff's Motion to Strike is DENIED.