# EXHIBIT A

| | |
|---|---|
| **From:** | Randall Garteiser |
| **To:** | Fischer, Janna |
| **Cc:** | bluespike@ghiplaw.com; Armon, Orion; Bradford, Sara |
| **Subject:** | Re: Date for deposition of Matthew Turk |
| **Date:** | Thursday, August 28, 2014 6:52:56 PM |

Thanks confirming receipt.  Should we expect Mr. Turk to be submitting a declaration in support of Facebook's motion for summary judgment due to indefiniteness?

Be well,



**Randall Garteiser** / Partner

888.908.4400 x104 / rgarteiser@ghiplaw.com
218 N College Ave, Tyler, TX 75702
44 N San Pedro, San Rafael, CA 94903
http://www.ghiplaw.com

This e-mail message may contain confidential information or information protected by attorney-client privilege, the doctrine of attorney work product or other applicable privileges and protections, and is intended solely for use by the intended recipient. Any unauthorized disclosure, dissemination, distribution, copying or the taking of any action in reliance on the information herein is prohibited. If you are not the intended recipient, please destroy all copies of this message, including your original copy, and contact the sender immediately. We also advise that any federal tax advice provided in this communication is not intended or written to be used, and cannot be used by the recipient or any other taxpayer for the purpose of avoiding tax penalties that may be imposed on the recipient or any other taxpayer, or in promoting, marketing or recommending to another party any transaction or matter addressed herein.

  

On Aug 28, 2014, at 5:25 PM, Fischer, Janna <jfischer@cooley.com> wrote:

> Randall,
>
> Facebook's expert witness Professor Matthew Turk is available on Friday, Sept. 19, at 9 a.m. in Cooley's Los Angeles office.
>
> Best regards,
> **Janna K. Fischer**
> Cooley LLP
> 380 Interlocken Crescent • Suite 900
> Broomfield, CO  80021-8023
> Direct: +1 720 566 4227 • Fax: +1 720 566 4099
> Bio: www.cooley.com/jfischer • Practice: www.cooley.com/iplitigation
>
> ---
>
> This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.