# EXHIBIT B



Sender's Email Address: rgarteiser@ghiplaw.com

Counsel for Blue Spike, LLC

Randall Garteiser
Christopher A. Honea
Chris Johns
Kirk J. Anderson
Peter S. Brasher
Garteiser Honea PLLC
218 N. College Ave
Tyler, TX 75702
(888) 908-4400 phone and fax
rgarteiser@ghiplaw.com
chonea@ghiplaw.com
cjohns@ghiplaw.com
kanderson@ghiplaw.com
pbrasher@ghiplaw.com

Re: Blue Spike, LLC v. Texas Instruments Inc., et al., No. 6:12-CV-499-MHS (E.D. Tex.), Blue Spike, LLC's FRCP 30(b)(1) Deposition Notices of Defendant's Experts.

Date: August 15, 2014

Dear Counsel:

Find attached Blue Spike, LLC's FRCP 30(b)(1) deposition notices for those potential expert witnesses listed by the Defendants on the parties Supplemental Joint Construction Statement, including, John Snell, John Strawn, Kevin W. Bowyer, and Matthew Turk. Please provide a date, time, and location that the named individuals will be made available for deposition.

Yours very truly,

_R. Garteiser_
Randall T. Garteiser
Lead Counsel for Blue Spike, LLC