# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § § § | |
| *Plaintiff*, | § § | Consolidated Civil Action No. 6:12-CV-499-MHS-CMC |
| v. | § § § | |
| TEXAS INSTRUMENTS, INC., | § § | JURY TRIAL DEMANDED |
| *Defendant*. | § § § | |

**PLAINTIFF'S RULE 30(b)(1) NOTICE OF ORAL AND VIDEOTAPED DEPOSITION OF PROFESSOR MATTHEW TURK**

TO ALL PARTIES AND THEIR ATTORNEYS:

YOU ARE HEREBY NOTIFIED that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Plaintiff Blue Spike, LLC ("Blue Spike") by and through its counsel, will take the deposition upon oral examination of Professor Matthew Turk, as listed on the Parties' Supplemental Joint Claim Construction and Prehearing Statement, at a location, date, and time to be mutually agreed upon by the parties.

The deposition will be conducted before an officer authorized by law to administer oaths and will be recorded by stenographic and video means. The deposition will proceed from day to day until completed.

Dated: August 15, 2014

Respectfully submitted,

/s/ Randall T. Garteiser
Randall T. Garteiser
  Texas Bar No. 24038912
  rgarteiser@ghiplaw.com
Christopher A. Honea
  Texas Bar No. 24059967
  chonea@ghiplaw.com

1

Christopher S. Johns
  Texas Bar No. 24044849
  cjohns@ghiplaw.com
Kirk J. Anderson
  California Bar No. 289043
Peter S. Brasher
  California Bar No. 283992
**GARTEISER HONEA, P.C.**
218 N. College Ave.
Tyler, Texas 75702
Telephone:  (903) 705-7420
Facsimile:  (888) 908-4400

*Counsel for Blue Spike, LLC*