# EXHIBIT 1

| | |
|---|---|
| **From:** | Walter Lackey <wlackey@findlaycraft.com> |
| **Sent:** | Wednesday, September 10, 2014 3:27 PM |
| **To:** | 'Peter Brasher'; Eric Findlay |
| **Cc:** | Randall Garteiser; Christopher Honea |
| **Subject:** | RE: Blue Spike v. Texas Instruments, Motion for Extension |
| **Attachments:** | 2014 09 09 Unopposed Motion to Extend Deadlines related to MSJ for Indefiniteness FC edits 9-10-14.docx |

Looks good to go Peter, a couple of very minor suggestions attached, and the Order as is looked fine.   Best - Walter



**From:** Peter Brasher [mailto:pbrasher@ghiplaw.com]
**Sent:** Tuesday, September 09, 2014 3:44 PM
**To:** Walter Lackey; Eric Findlay
**Cc:** Randall Garteiser; Christopher Honea
**Subject:** Re: Blue Spike v. Texas Instruments, Motion for Extension

Good Afternoon Walter,

Chris asked me to forward on to you an unopposed motion for a 3-day extension to respond and reply to Defendant's motion for summary judgment. I've attached it here for your review along with the PO. Let me know if I have your approval to go ahead and file it without opposition from the defendants.

Thanks,



This e-mail message may contain confidential information or information protected by attorney-client privilege, the doctrine of attorney work product or other applicable privileges and protections, and is intended solely for use by the intended recipient. Any unauthorized disclosure, dissemination, distribution, copying or the taking of any action in reliance on the information herein is prohibited. If you are not the intended recipient, please destroy all copies of this message, including your original copy, and contact the sender immediately. We also advise that any federal tax advice provided in this communication is not intended or written to be used, and cannot be used by the recipient or any other taxpayer for the purpose of avoiding tax penalties that may be imposed on the recipient or any other taxpayer, or in promoting, marketing or recommending to another party any transaction or matter addressed herein.

