UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § § § | |
| *Plaintiff*, | § § | CASE NO. 6:12-cv-499 MHS |
| v. | § § | LEAD CASE |
| Texas Instruments, Inc., et al., | § § | Jury Trial Demanded |
| *Defendants*. | § § § § | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR EXPEDITED BRIEFING ON PLAINTIFF'S MOTION TO STRIKE**

On this day came for consideration Plaintiff Blue Spike, LLC's motion to expedite briefing on Plaintiff's Motion to Strike the expert declarations of John Snell and Professor Matthew Turk. Having considered the parties' positions, the opinion that Plaintiff's motion should be granted. Briefing shall proceed on the following schedule:

| | |
|---|---|
| Plaintiff File Motion to Strike | Thursday, September 11, 2014 |
| Defendants File Opposition to Motion to Strike | Monday, September 15, 2014 |
| Plaintiff Files a Reply to Motion to Strike | Tuesday, September 16, 2014 |
| Defendants File Surreply to Motion to Strike | Wednesday, September 17, 2014 |

IT IS SO ORDERED.

**SIGNED this 16th day of September, 2014.**

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE