# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| Blue Spike, LLC, § § *Plaintiff*, § § v. § § Texas Instruments, Inc., et al., § § *Defendants*. § § | CASE NO. 6:12-cv-499-MHS-CMC LEAD CASE Jury Trial Demanded |

**JOINT MOTION TO EXTENSION OF TIME TO RESPOND**

Plaintiff Blue Spike, LLC, on the one hand, and Defendant Clear Channel Broadcasting, Inc. ("Clear Channel"), on the other, hereby request an extension of two deadlines: (1) Blue Spike, LLC's opposition to Clear Channel's motion to strike [Dkt. 1685], (2) and Clear Channel's reply in support of its sealed motion for leave to amend [Dkt. 1668].

Blue Spike, LLC's current deadline to file an opposition to Clear Channel's motion to strike is September 16, 2014. Clear Channel's current deadline to file a reply in support of its motion for leave to amend is September 22, 2014. The parties respectfully request a two-week extension in which Blue Spike's Opposition will be due on September 30, 2014 and Clear Channel's reply will be due on October 6, 2014.


Dated:  September 16, 2014

1

By: /s/ Randall T. Garteiser
  Randall T. Garteiser
   Lead Attorney
   Texas Bar No. 24038912
   rgarteiser@ghiplaw.com
Christopher A. Honea
  Texas Bar No. 24059967
  chonea@ghiplaw.com
Christopher S. Johns
  Texas Bar No. 24044849
  cjohns@ghiplaw.com
Kirk J. Anderson
  California Bar No. 289043
Peter S. Brasher
  California Bar No. 283992
GARTEISER HONEA, P.C.
218 North College Avenue
Tyler, Texas 75702
(903) 705-0828
(888) 908-4400 fax

***ATTORNEYS FOR BLUE SPIKE, LLC***

*/s/ Ryan K. Yagura*
Ryan K. Yagura
ryagura@omm.com - TX S.B. #240755933
Nicholas J. Whilt
nwhilt@omm.com – CA S.B. #247738
O' MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

Sarah A. Pfeiffer
spfeiffer@omm.com – CA S.B. #278205
O' MELVENY & MYERS LLP
610 Newport Center Drive
Newport Beach, California 92660
Telephone: (949) 823-6900
Facsimile: (949) 823-6994

***ATTORNEYS FOR CLEAR CHANNEL BROADCASTING, INC.***

2

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email.

    /s/ Randall T. Garteiser