# Exhibit 7

# The Computer Glossary

## The Complete Illustrated Dictionary

### Eighth Edition

Alan Freedman

AMACOM

**American Management Association**

New York · Boston · Chicago · Kansas City · San Francisco · Washington, D.C.
Brussels · Mexico City · Tokyo · Toronto

BLU0023598

This book is available at a special discount when ordered in bulk quantities. For information, contact Special Sales Department, AMACOM, a division of American Management Association, 1601 Broadway, New York, NY 10019.

This publication is designed to provide accurate and authoritative information in regard to the subject matter covered. It is sold with the understanding that the publisher is not engaged in rendering legal, accounting, or other professional service. If legal, accounting, or other expert assistance is required, the advice or other expert assistance is required, the services of a competent professional person should be sought.

Library of Congress Cataloging-in-Publication Data

Freedman, Alan
    The computer glossary : the complete illustrated dictionary / Alan Freedman. — 8th ed.
      p.  cm.
  ISBN 0-8144-7978-2
  1. Computers—Dictionaries.  2. Electronic data processing—Dictionaries.  I. Title.
QA76.15.F733  1998
004'.03—dc21
                                                          97–43977
                                                              CIP

© 1998, 1995, 1993, 1991, 1989, 1983, 1981
The Computer Language Company Inc.
All rights reserved.
Printed in the United States of America.

This publication may not be reproduced, stored in a retrieval system, or transmitted in whole or in part, in any form or by any means, electronic, mechanical, photocopying, recording or otherwise, without the prior written permission of AMACOM, a division of American Management Association, 1601 Broadway, New York, NY 10019.

Printing number

10 9 8 7 6 5 4 3 2

BLU0023599

**compandor**
(COMpressor/exPANDOR) A device that impr... lowers the amplitude of strong sig... outgoing transmission, it raises the amplitude of weak signals a... On incoming transmission, it restores the signal to its original form.

**Compaq**
(Compaq Computer Corporation, Houston, TX, www.compaq.com) The leading PC manufac... founded in 1982 by Rod Canion, Bill Murto and Jim Harris. In 1983, it shipped 53,000 PC-comp... COMPAQ Portables, which resulted in $111 million in revenues and an American business record... the years, Compaq has been well respected for its high-quality products. In 1997, it acquired Tand... Computers.

**comparator**
A device that compares two quantities and determines their equality.

**compare**
A fundamental computer capability. By comparing one set of data with another, the compute... locate, analyze, select, reorder and make decisions. After comparing, the computer can indicate w... the data were equal or which set was numerically greater or less than the other.

BLU0023600