# Exhibit 8

Case 6:12-cv-00499-RWS-CMC   Document 1776-2   Filed 09/16/14   Page 2 of 5 PageID #: 26678

# IEEE 100
# The Authoritative Dictionary of IEEE Standards Terms

## Seventh Edition



Published by

**IEEE**

Standa... ...Network ...Press

BLU0023619

IEEE believes the information in this publication is accurate as of its publication date; such information is subject to change without notice. IEEE is not responsible for any inadvertent errors.

Other tradenames and trademarks in this document are those of their respective owners.

The Institute of Electrical and Electronics Engineering, Inc.
3 Park Avenue, New York, NY, 10016-5997, USA

Copyright © 2000 by the Institute of Electrical and Electronics Engineers, Inc. All rights reserved. Published December 2000. Printed in the United States of America.

No part of this publication may be reproduced in any form, in an electronic retrieval system or otherwise, without the prior written permission of the publisher.

To order IEEE Press publications, call 1-800-678-IEEE.

Print: ISBN 0-7381-2601-2                SP1122

See other standards and standards-related product listings at: http://standards.ieee.org/

The publisher believes that the information and guidance given in this work serve as an enhancement to users, all parties must rely upon their own skill and judgement when making use of it. The publisher does not assume any liability to anyone for any loss or damage caused by any error or omission in the work, whether such error or omission is the result of negligence or any other cause. Any and all such liability is disclaimed.

This work is published with the understanding that the IEEE is supplying information through this publication, not attempting to render engineering or other professional services. If such services are required, the assistance of an appropriate professional should be sought. The IEEE is not responsible for the statements and opinions advanced in this publication.

Library of Congress Cataloging-in-Publication Data

IEEE 100 : the authoritative dictionary of IEEE standards terms.—7th ed.
        p. cm.
    ISBN 0-7381-2601-2 (paperback : alk. paper)
        1. Electric engineering—Dictionaries. 2. Electronics—Dictionaries. 3. Computer
    engineering—Dictionaries. 4. Electric engineering—Acronyms. 5. Electronics—Acronyms.
    6. Computer engineering—Acronyms. I. Institute of Electrical and Electronics Engineers.

TK9 .I28 2000
621.3'03—dc21

BLU0023620

**company_id** A 24-bit binary value used to identify a company within the context of the CSR Architecture. The company_id values are expected to be uniquely assigned to each company.

(C/MM) 1212-1991s

**comparative tests (test, measurement, and diagnostic equipment)** Comparative tests compare end item signal or characteristic values with a specified tolerance band and present the operator with a go/no-go readout; a go for signals within tolerances, and a no-go for signals out of tolerance.

(MIL) [2]

**comparator (1)** A circuit for performing amplitude selection between either two variables or between a variable and a constant.

(C) [20]

BLU0023621

200

**Compati**

**compare**

(2) **(test, measurement, and diagnostic equipment)** A device capable of comparing a measured value with predetermined limits to determine if the value is within these limits. (MIL) [2]

(3) **(analog computer)** A circuit, having only two logic output states, for comparing the relative amplitudes of two analog variables, or of a variable and a constant, such that the logic signal output of the comparator uniquely determines which variable is the larger at all times. (C) 165-1977w

(4) **(software)** A software tool that compares two computer programs, files, or sets of data to identify commonalities or differences. Typical objects of comparison are similar versions of source code, object code, data base files, or test results. (C) 610.12-1990

**compare** (1) **(mathematics of computing)** To examine a quantity for the purpose of determining its relationship to zero. (C) 1084-1986w

(2) **(data management)** To examine two items to determine their relative magnitudes, their relative positions in a given sequence, or whether they are identical. (C) 610.5-1990w

**comparer** A signal element that performs an AND logic function. (SWG/PE)

**compare&swap**

**compass-controlled** earth's magnetic gyro. *Note:* The remotely located gyro.

**compass course** compass north.

**compass declinom**

**compass deviation**

**compass heading** compass north.

**compass locator** *S*

**compass north (na** indicated by a m

**compass repeater** mote-indicating the indications o

BLU0023622se (nav