# Exhibit 9

Ref
QA
76.15
.D526
1996

# Dictionary of Computing

## Fourth Edition

Oxford  New York  Tokyo
OXFORD UNIVERSITY PRESS
1996

BLU0023565

Oxford University Press, Walton Street, Oxford OX2 6DP
Oxford New York
Athens Auckland Bangkok Bogota Bombay
Buenos Aires Calcutta Cape Town Dar es Salaam
Delhi Florence Hong Kong Istanbul Karachi
Kuala Lumpur Madras Madrid Melbourne
Mexico City Nairobi Paris Singapore
Taipei Tokyo Toronto
and associated companies in
Berlin Ibadan

Oxford is a trade mark of Oxford University Press

Published in the United States
by Oxford University Press Inc., New York

© Market House Books, 1983, 1986, 1990, 1996

First published 1993
Reprinted 1983, 1984, 1985
Second Edition 1986
Third Edition 1990
Reprinted 1990, 1991 (twice), 1992
Fourth Edition 1996

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, without the prior permission in writing of Oxford University Press. Within the UK, exceptions are allowed in respect of any fair dealing for the purpose of research or private study, or criticism or review, as permitted under the Copyright, Designs and Patents Act, 1988, or in the case of reprographic reproduction in accordance with the terms of licences issued by the Copyright Licensing Agency. Enquiries concerning reproduction outside those terms and in other countries should be sent to the Rights Department, Oxford University Press, at the address above.

This book is sold subject to the condition that it shall not, by way of trade or otherwise, be lent, re-sold, hired out, or otherwise circulated without the publisher's prior consent in any form of binding or cover other than that in which it is published and without a similar condition including this condition being imposed on the subsequent purchaser.

A catalogue record for this book is available from the British Library

Library of Congress Cataloging in Publication Data
(Data available)
ISBN 0-19-853855-3

Text prepared by Market House Books Ltd, Aylesbury
Printed in Great Britain by
Biddles Ltd, Guildford & King's Lynn

BLU0023566

market and number 13 in the world list of top IT companies (1993 figures).

**comparator 1.** A piece of hardware or software that checks the outputs of a system while that system is operational. For a single channel system (i.e. no redundancy or diversity), the comparator might check across several outputs to see that only valid combinations are produced. The comparator may deal only with binary signals, usually termed *voting logic*, or may compare analog signals.
**2.** A piece of software that, for example, compares the contents of two text files and highlights any differences between the contents. It is often used in *word processing or editing of program source files and as a *software quality assurance tool in *configuration management.

**comparison counting sort** A sortin

BLU0023567