IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
|     *Plaintiff,* | § | |
| | § | |
| v. | § | Case No. 6:12-cv-499 |
| | § | LEAD CASE |
| TEXAS INSTRUMENTS, INC. | § | |
|     *Defendant.* | § | |

### ORDER

The above-referenced case was referred to the undersigned United States Magistrate Judge for pre-trial purposes in accordance with 28 U.S.C. § 636.  The following pending motion is before the Court: Plaintiff Blue Spike, LLC's Motion to Strike the Expert Declarations and Any Reliance on the Declarations of John Snell and Professor Matthew Turk in Defendants' Motion for Summary Judgment on Indefiniteness (Docket Entry # 1756).  The Court, having reviewed the motion, the response, and the reply, is of the opinion the motion should be **DENIED.**

    **IT IS SO ORDERED**.

    **SIGNED this 18th day of September, 2014.**

                                                                CAROLINE M. CRAVEN
                                                               UNITED STATES MAGISTRATE JUDGE