UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § § § | |
| *Plaintiff*, | § § | CASE NO. 6:12-cv-499 MHS |
| v. | § § | LEAD CASE |
| TEXAS INSTRUMENTS, INC., et al., | § § | Jury Trial Demanded |
| *Defendants*. | § § § § | |

**ORDER DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT BASED ON INDEFINITENESS**

Before the Court is DefendantS' motion summary judgment on indefiniteness. The Court, having considered Defendants' Motion and supporting papers and Plaintiff's opposition and supporting papers is of the opinion that Defendants' motion should BE DENIED.

IT IS SO ORDERED.