# Exhibit "B"

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC | § | Civil Action No. 6:12-CV-499 MHS |
| *Plaintiff*, | § | |
| | § | |
| | § | LEAD CASE |
| | § | |
| v. | § | |
| | § | |
| TEXAS INSTRUMENTS, INC., et al. | | |

## SUPPLEMENTAL JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

Pursuant to P. R. 4-3, Plaintiff Blue Spike, LLC, Counter-Defendants Blue Spike, LLC, Blue Spike, Inc., and Scott Moskowitz, Counter-Plaintiff Audible Magic Corporation, and Defendants Iritech, Inc., NEUROtechnology, Futronic Technology Co., Ltd., Fulcrum Biometrics, LLC, iPharro Media GmbH, iPharro Media, Inc., Audible Magic Corporation, Photobucket.com, Inc., Qlipso, Inc., Qlipso Media Networks Ltd., Zedge Holdings, Inc., Mediafire, LLC., Dailymotion, Inc., Dailymotion S.A., GoMiso, Inc, iMesh, Inc., Coincident.TV, Inc., Facebook, Inc., MySpace, LLC, Specific Media, LLC, Yap.tv, Inc., Metacafe, Inc., Boodabee Technologies Inc., Harmonix Music Systems, Inc., Brightcove, Inc., Accedo Broadband AB, Accedo Broadband NA, Inc., Soundcloud, Inc., Soundcloud Ltd., WiOffer, LLC, Myxer, Inc., Attributor Corporation,  Viggle, Inc., Shazam Entertainment Limited, MorphoTrust USA, Inc., L-1 Identity Solutions, Inc., MorphoTrak, Inc., Safran USA, Inc., Irdeto USA, Inc., Irdeto B.V., CBS Corp., Last.fm Ltd., CBS Interactive, Inc., Infinisource, Inc., Qqest Software Systems, Inc., SMRTV, Inc., The Nielsen Company (US) LLC, Clear Channel Broadcasting, Inc., Entropic Communications, Inc., Cognitec Systems GmbH, Cognitec Systems Corp.,

Civolution USA, Inc., Civolution B.V., Vobile, Inc., Airborne Biometrics Group, Inc., Precise Biometrics, Inc. and Precise Biometrics AB (collectively, "Defendants") hereby submit this Joint Claim Construction and Prehearing Statement.

At issue in the case are Blue Spike patents: U.S. Patent Nos. 7,346,472 (the "'472 patent"), 7,660,700 (the "'700 patent"), 7,949,494 (the "'494 patent"), and 8,214,175 (the "'175 patent") (collectively "the Blue Spike Patents"). Audible Magic has asserted U.S. Patent No. 6,834,308 (the "'308 patent") against Blue Spike, LLC, Blue Spike, Inc., and Scott Moskowitz.

### A.    P.R. 4-3(a): Undisputed Claim Terms, Phrases, or Clauses

The Parties have agreed that certain claim terms should be construed as proposed in the table below pursuant to Local Patent Rule 4-3(a). The Parties further agree that no construction is required for certain claim terms in the Blue Spike Patents, and that those terms should be given their ordinary meaning as understood by a person of ordinary skill in the respective art:

- Digital reference signal abstract
- Query signal abstract
- Digital representation
- First digital reference signal abstract
- Signal
- Identifies
- Identifying
- Recording
- To be identified
- Digital representation of one of a plurality of different versions of a visual work and a multimedia work

The Parties are still working toward potential agreement on several terms prior to filing of the opening claim construction brief. The agreed constructions in the Blue Spike Patents are as follows:

| Term | Patent (claims) | Agreed Construction |
|---|---|---|
| Hashed abstract | **700** (11,50) <br> **494** (21) | "data that results from performing a Hash on an Abstract" |
| Perceptible characteristic | **700** (8) <br> **494** (5,18) | "characteristic perceived by a person" |
| Cognitive characteristic | **700** (8) <br> **494** (18) | "characteristic understood by a person" |
| Subjective characteristic | **700** (8) <br> **494** (18) | "characteristic perceived differently by different people" |
| Perceptual quality | **700** (8) <br> **494** (18) | "quality perceived by a person" |
| Cognitive feature | **494** (5) | "a feature that is understood by a person" |

**B.  P.R. 4-3(b): Proposed Constructions of Disputed Claim Terms, Phrases, or Clauses**

Exhibit A includes Plaintiff's and Defendants' proposed constructions for the disputed claim terms, phrases, or clauses of the Blue Spike Patents pursuant to Local Patent Rule 4-3(b). Exhibit B includes Counter-Plaintiff's and Counter-Defendants' proposed constructions for the disputed claim terms, phrases, or clauses of the '308 patent pursuant to Local Patent Rule 4-3(b). The Parties request construction of these claim terms, phrases, or clauses by the Court. Exhibits A and B also include the intrinsic and extrinsic evidence that the Parties may rely on in support of their respective proposed constructions.

### C. P.R. 4-3(c): Anticipated Length Of Claim Construction Hearing

The Court has allocated each side 1.5 hours for the claim construction hearing on October 1, 2014. The Parties assume that this allocation of time is to address only the Blue Spike Patents; therefore, Counter-Plaintiff and Counter-Defendants request an additional half hour each of argument time to address claim constructions for the '308 patent.

### D. P.R. 4-3(d): Witnesses To Be Called At The Claim Construction Hearing

The Parties agree that they may call witnesses at the claim construction hearing. Specifically, Blue Spike may have an expert, Dr. Ahmed Tewfik, provide a declaration or testify at the Markman hearing, that Blue Spike's proposed construction is consistent with the understanding that one of ordinary skill in the art would have had of the disputed claim term in light of the intrinsic and extrinsic evidence. To the extent necessary, Defendants may call an expert witness to respond to any opinions offered by Dr. Tewfik. One or more Defendants intend to rely upon the expert testimony of Professor Matthew Turk to rebut any expert testimony offered by Blue Spike or to establish the state of the art at the time of the alleged invention. One or more Defendants intend to rely upon the expert testimony of Dr. John Strawn and/or John Snell to rebut any expert testimony offered by Blue Spike or to establish the state of the art at the time of the alleged invention or to establish that one or more claims terms at issue is indefinite. One or more Defendants intend to rely upon the expert testimony of Dr. Kevin W. Bowyer to rebut any expert testimony offered by Blue Spike or to establish the state of the art at the time of the alleged invention or to establish that one or more claims terms at issue is indefinite.

### E. P.R. 4-3(e): Issues For A Prehearing Conference

The Parties are not aware of any issues that require a prehearing conference.

Dated: August 7, 2014

*/s/ Randall T. Garteiser*  
Randall T. Garteiser  
  Lead Attorney  
  Texas Bar No. 24038912  
  rgarteiser@ghiplaw.com  
Christopher A. Honea  
  Texas Bar No. 24059967  
  chonea@ghiplaw.com  
Christopher S. Johns  
  Texas Bar No. 24044849  
  cjohns@ghiplaw.com  
GARTEISER HONEA, P.C.  
218 North College Avenue  
Tyler, Texas 75702  
(903) 705-0828  
(888) 908-4400 Fax  

Kirk J. Anderson  
  California Bar No. 289043  
Peter S. Brasher  
  California Bar No. 283992  
GARTEISER HONEA, P.C.  
44 North San Pedro Road  
San Rafael, California 94903  
(415) 785-3762  
(415) 785-3805 fax  

*Counsel for Blue Spike, LLC*

*/s/ Daniel Johnson, Jr.*  
C. Erik Hawes (TX Bar No. 24042543)  
Email: ehawes@morganlewis.com  
Thomas R. Davis (TX Bar No. 24055384)  
Email: tdavis@morganlewis.com  
MORGAN, LEWIS & BOCKIUS LLP  
1000 Louisiana Street, Suite 4000  
Houston, Texas 77002  
(713) 890-5000 Telephone  
(713) 890-5001 Facsimile  

Daniel Johnson, Jr. (Admitted *Pro Hac Vice*)  
Email: djjohnson@morganlewis.com  
MORGAN, LEWIS & BOCKIUS LLP  
One Market, Spear Street Tower  
San Francisco, CA 94105  
(415) 442-1000 Telephone  
(415) 442-1001 Facsimile  

*Attorneys for Defendants MorphoTrust USA, Inc.,*  
*L-1 Identity Solutions, Inc., MorphoTrak, Inc., and*  
*Safran USA, Inc.*

*/s/ Eric H. Findlay*  
Eric H. Findlay (Texas Bar No. 00789886)  
Walter W. Lackey, Jr. (Texas Bar No. 24050901)  
FINDLAY CRAFT, P.C.  
102 N. College Ave., Suite 900  
Tyler, TX 75702  
Telephone: (903) 534-1100  
Facsimile: (903) 534-1137  
efindlay@findlaycraft.com  
wlackey@findlaycraft.com  

Gabriel M. Ramsey (admitted E.D. Texas)I. Neel Chatterjee (admitted E.D. Texas)  
ORRICK, HERRINGTON & SUTCLIFFE, LLP  
1000 Marsh Road

Menlo Park, CA 94025
Telephone: (650) 614-7400
Facsimile: (650) 614-7401
gramsey@orrick.com
nchatterjee@orrick.com

Alyssa M. Caridis (admitted E.D. Texas)
ORRICK, HERRINGTON & SUTCLIFFE, LLP
777 S. Figueroa St.
Suite 3200
Los Angeles, CA 90017
Telephone: (213) 629-2020
Facsimile: (213) 612-2499
acaridis@orrick.com

Christopher J. Higgins (*pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE, LLP
1152 15th Street, N.W.
Washington, DC 20005-1706
Telephone: (202) 339-8400
Facsimile: (202) 339-8500
chiggins@orrick.com

*Counsel for Defendants Audible Magic, Corp., Facebook, Inc., Myspace LLC, Specific Media LLC, Photobucket.com, Inc., DailyMotion, Inc., DailyMotion S.A., SoundCloud, Inc., SoundCloud Ltd., Myxer, Inc., Qlipso, Inc., Qlipso Media Networks, Ltd., Yap.tv, Inc., GoMiso, Inc., iMesh, Inc., Metacafe, Inc., Boodabee Technologies, Inc., Zedge Holdings, Inc., Brightcove Inc., Coincident.TV, Inc., Accedo Broadband North America, Inc., Accedo Broadband AB, MediaFire, LLC, WiOffer LLC, and Harmonix Music Systems, Inc.*

*/s/ Joshua R. Furman*
Josh A. Krevitt
(NY Bar No. 2568228)
Benjamin Hershkowitz
(NY Bar No. 2600559)
R. Scott Roe
(NY Bar No. 4480224)

Joshua Furman
(NY Bar No. 4612255)
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
Ph. 212.351.4000
Fax: 212.351.6210
jkrevitt@gibsondunn.com
bhershkowitz@gibsondunn.com
jfurman@gibsondunn.com
sroe@gibsondunn.com

Michael E. Jones
SBN: 10929400
mikejones@potterminton.com
Allen F. Gardner
SBN: 24043679
allengardner@potterminton.com
Daniel A. Noteware, Jr.
SBN: 24051123
dannynoteware@potterminton.com
Potter Minton, PC
110 North College, Suite 500
Tyler, Texas 75702
Tel: 903-597-8311
Fax: 903-593-0846

*Counsel for Defendant*
*Shazam Entertainment Limited*


*/s/ Andrew P. Valentine*
Andrew P. Valentine (*Pro Hac Vice*)
DLA PIPER LLP (US)
2000 University Ave.
East Palo Alto, CA 94303
Telephone: 650.833.2000
Facsimile: 650.833.2001
andrew.valentine@dlapiper.com

*/s/ John Guaragna*
401 Congress Avenue
Suite 2500
Austin, TX 78701-3799
Telephone: 512.457.7125
Facsimile: 512.721.2325

john.guaragna@dlapiper.com

*Counsel for Defendants*
*Irdeto USA, Inc. and Irdeto B.V.*


*/s/ Edward R. Reines*
Edward R. Reines
Cal. Bar No. 135960 – Admitted to E.D. Texas
Lead Attorney
edward.reines@weil.com
Byron Beebe
Byron.beebe@weil.com
Cal. Bar No. 235179 – Admitted to E.D. Texas
Andrew L. Perito
Cal. Bar No. 269995 – Admitted to E.D. Texas
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

*Counsel for Defendants CBS Corp., Last.fm Ltd., and CBS Interactive, Inc.*


*/s/ Kristin L. Cleveland*
Kristin L. Cleveland (OR State Bar No. 001318 – Admitted to E.D. Texas)
kristin.cleveland@klarquist.com
Kristen L. Reichenbach (OR State Bar No. 115858)
Kristen.reichenbach@klarquist.com
John D. Vandenberg (OR State Bar No. 893755)
john.vandenberg@klarquist.com
121 SW Salmon Street, Suite 1600
Portland, OR 97204
Telephone:  (503) 595-5300
Facsimile:  (503) 595-5301

Eric H. Findlay (Texas Bar No. 00789886)
Walter W. Lackey, Jr. (Texas Bar No. 24050901)
FINDLAY CRAFT, P.C.
102 N. College Ave., Suite 900

Tyler, TX 75702
Telephone: (903) 534-1100
Facsimile: (903) 534-1137
efindlay@findlaycraft.com
wlackey@findlaycraft.com

*Attorneys for Defendant Attributor Corporation*

*/s/ Eric H. Findlay*
Eric H. Findlay (Texas Bar No. 00789886)
Walter W. Lackey, Jr. (Texas Bar No. 24050901)
FINDLAY CRAFT, P.C.
102 N. College Ave., Suite 900
Tyler, TX 75702
Telephone: (903) 534-1100
Facsimile: (903) 534-1137
efindlay@findlaycraft.com
wlackey@findlaycraft.com

*Attorneys for Defendants Iritech, Inc., NEUROtechnology, Fulcrum Biometrics, LLC, Futronic Technology Co., Ltd., iPharro Media GmbH, and iPharro Media, Inc*

*/s/ Eric H. Findlay*
Eric H. Findlay (Texas Bar No. 00789886)
Walter W. Lackey, Jr. (Texas Bar No. 24050901)
FINDLAY CRAFT, P.C.
102 N. College Ave., Suite 900
Tyler, TX 75702
Telephone: (903) 534-1100
Facsimile: (903) 534-1137
efindlay@findlaycraft.com
wlackey@findlaycraft.com

Jordan A. Sigale
Christopher Swickhamer
LOEB & LOEB LLP
321 North Clark Street, Suite 2300
Chicago, IL 60654
Telephone: 312-464-3109

Facsimile: 312-276-8375
Email: jsigale@loeb.com
Email: cswickhamer@loeb.com

*Attorneys for Defendant Viggle, Inc.*


*/s/ Teresa M. Corbin*
Teresa M. Corbin
Teresa M. Corbin, CA Bar No. 132360
(Admitted E.D. Texas)
Bryan A. Kohm, CA Bar No. 233276
(Admitted E.D. Texas)
David Lacy Kusters, CA Bar No. 241335
(Admitted E.D. Texas)
Fenwick & West LLP
555 California Street, 12th Floor
San Francisco, California 94104
Telephone:   (415) 874-2300
Facsimile:    (415) 281-1350

Darren E. Donnelly, CA Bar No. 194335
(Admitted E.D. Texas)
Fenwick & West LLP
Silicon Valley Center
801 California Street
Mountain View, California 94041
Telephone:   (650) 955-8500
Facsimile:     (650) 983-5200

*Attorneys for Defendants
Infinisource, Inc.; Qqest Software Systems,
Inc.; SMRTV, Inc.; and The Nielsen Company
(US) LLC*

*/s/ Steven J. Corr*
Tharan Greg Lanier (admitted E.D. Texas)
California Bar No. 138784
Jones Day
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
tglanier@jonesday.com

Steven J. Corr (admitted E.D. Texas)

California Bar No. 216243
Jones Day
555 S. Flower Street
Los Angeles, CA 90278
Telephone: (213) 243-2327
Facsimile: (213) 243-2539
sjcorr@jonesday.com

*Attorneys for Defendants The Nielsen Company (US) LLC*

*/s/ Ryan K. Yagura*
Ryan K. Yagura - TX S.B. #240755933
ryagura@omm.com - CA S.B. #197619
Nicholas J. Whilt (*pro hac vice*)
nwhilt@omm.com – CA S.B. #247738
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Sarah A. Pfeiffer (*pro hac vice*)
spfeiffer@omm.com – CA S.B. #278205
O'Melveny & Myers LLP
610 Newport Center Drive
Newport Beach, California 92660
Telephone: (949) 823-6900
Facsimile: (949) 823-6994

*Attorneys for Clear Channel Broadcasting, Inc.*


*/s/ Jo Dale Carothers*
Alan H. Blankenheimer
ablankenheimer@cov.com
Jo Dale Carothers
jcarothers@cov.com
COVINGTON & BURLING LLP
9191 Towne Centre Drive, 6th Floor
San Diego, CA 92122-1225
Tel: 858-678-1800
Fax: 858-678-1600

Michael E. Jones
SBN: 10929400

Potter Minton, PC
110 N. College, Suite 500
Tyler, Texas 75702
Tel: 903-597-8311
Fax: 903-593-0846
mikejones@potterminton.com

*Attorneys for Defendant*
*Entropic Communications, Inc.*


*/s/ Dwayne K. Goetzel*
Eric B. Meyertons
Texas State Bar No. 14004400
Dwayne K. Goetzel
Texas State Bar No. 08059500
Ryan T. Beard
Texas State Bar No. 24012264
MEYERTONS, HOOD, KIVLIN,
 KOWERT & GOETZEL, P.C.
1120 S. Capital of Texas Hwy.
Building 2, Suite 300
Austin, Texas 78746
(512) 853-8800 (telephone)
(512) 853-8801 (facsimile)

*Attorneys For Defendant*
*Cognitec Systems Gmbh And*
*Cognitec Systems Corp.*


*/s/ Michael A. Molano*
Michael A. Molano (*pro hac vice*)
Ward Johnson (*pro hac vice*)
MAYER BROWN LLP
3000 El Camino Real
Palo Alto, CA 94306-2112
Phone: (650) 331-2000
Fax: (650) 331-2060
Email: wjohnson@mayerbrown.com
Email: mmolano@mayerbrown.com

Kyle E. Friesen
Texas Bar No. 24061954
MAYER BROWN LLP
700 Louisiana Street, Suite 3400

Houston, Texas 77002-2730
Phone: (713) 238-2691
Fax: (713) 238-4691
Email: kfriesen@mayerbrown.com

*Counsel for Defendants*
*Civolution USA, Inc. and Civolution B.V.*


/s/ Samuel E. Stubbs
Samuel E. Stubbs (TX Bar No. 19434500)
sam.stubbs@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
2 Houston Center
909 Fannin, Suite 2000
Houston, TX 77010-1018
Telephone: (713) 276-7645
Facsimile: (281) 582-6473
David A. Jakopin (pro hac vice)
david.jakopin@pillsburylaw.com
Keren Hu (pro hac vice)
keren.hu@pillsburylaw.com

PILLSBURY WINTHROP SHAW PITTMAN LLP
2550 Hanover Street
Palo Alto, CA 94304-1114
Telephone: (650) 233-4500
Facsimile: (650) 233-4545

*Counsel for Defendant Vobile, Inc.*


/s/ *Reid E. Dammann*
Reid E. Dammann (CA Bar No. 249031)
r.dammann@mpglaw.com
MUSICK PEELER LLP
One Wilshire Boulevard, Suite 2000
Los Angeles, CA 90017
Houston, TX 77010-1018
Telephone: (213) 629-7611
Facsimile: (213) 624-1376

*Counsel for Defendant Airborne Biometrics Group, Inc.*

DB2/ 25245279.4        13

*/s/ Orion Armon*
Heidi L. Keefe (*pro hac vice*)
Mark R. Weinstein (*pro hac vice*)
COOLEY LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Phone: (650) 843-5000
Fax: (650) 857-0663
hkeefe@cooley.com
mweinstein@cooley.com

Orion Armon (*pro hac vice*)
Sara J. Bradford (*pro hac vice*)
Janna K. Fischer (*pro hac vice*)
COOLEY LLP
380 Interlocken Crescent, Suite 900
Broomfield, CO 80021
Tel: (720) 566-4000
Fax: (720) 566-4099
oarmon@cooley.com
sbradford@cooley.com
jfischer@cooley.com

Deron R. Dacus (Texas Bar No. 00790553)
The Dacus Firm, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Tel: (903) 705-1117
Fax: (903) 705-1117
ddacus@dacusfirm.com

*Counsel for Defendant Facebook, Inc.*


*/s/ Melissa R. Smith*
Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, LLP
303 S. Washington Ave.
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
melissa@gillamsmithlaw.com

Russell E. Levine, P.C.
G. William Foster
KIRKLAND & ELLIS LLP
300 N. LaSalle St.
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
russell.levine@kirkland.com
billy.foster@kirkland.com

*Counsel for Defendants
Precise Biometrics, Inc. and
Precise Biometrics AB*