Exhibit "G"

# The Oxford English Dictionary

SECOND EDITION

Volume XIII

Quemadero–Roaver

CLARENDON PRESS · OXFORD

Oxford University Press, Walton Street, Oxford OX2 6DP

Oxford New York Toronto
Delhi Bombay Calcutta Madras Karachi
Petaling Jaya Singapore Hong Kong Tokyo
Nairobi Dar es Salaam Cape Town
Melbourne Auckland

and associated companies in
Beirut Berlin

Oxford is a trade mark of Oxford University Press

© Oxford University Press 1989

All rights reserved. No part of this publication may be reproduced,
stored in a retrieval system, or transmitted, in any form or by any means,
electronic, mechanical, photocopying, recording, or otherwise, without
the prior permission of Oxford University Press.

British Library Cataloguing in Publication Data
Oxford English dictionary.—2nd ed.
1. English language—Dictionaries
I. Simpson, J. A. (John Andrew) II. Weiner, Edmund S. C.
423
ISBN 0-19-861186-2 (set)
ISBN 0-19-861230-3 (vol.)

Library of Congress Cataloging in Publication Data
The Oxford English dictionary.—2nd ed.
prepared by J. A. Simpson and E. S. C. Weiner
Bibliography: p.
ISBN 0-19-861186-2 (set) XXIII
ISBN 0-19-861230-3 (vol.)
1. English language—Dictionaries. I. Simpson, J. A.
II. Weiner, E. S. C.  III. Oxford University Press.
PE1625.093 1989  423

The Oxford English
Dictionary

Data captured by ICC, Fort Washington, Pa.
Text processing by Oxford University Press.
Typesetting by Filmtype Services Ltd., Scarborough, N. Yorks.
Manufactured in the United States of America by
Rand McNally & Company, Taunton, Mass.

Persian of the highest rank, related to the royal family. **1845** M. Pattison *Ess.* (1889) I. 17 Persons related in the degree in which Merovig and Brunchilde were.

**† B.** *absol.* as *sb.* = Relate *sb.* 2. *Obs.*

**1697** tr. *Burgersdicius' Logic* I. vii. 22 Relateds are said either to be Synonimous, or of the same Name; or Heteronymous, *viz.* of a diverse.

Hence **re'latedness**, the state or condition of being related.

**1865** Masson *Rec. Brit. Philos.* 114 Theories on the subject of the relatedness or non-relatedness of the Cosmos. **1895** *Dublin Rev.* Apr. 315 The process of amalgamation was favoured by relatedness of race and language.

**relater** (rɪˈleɪtə(r)). [-ER¹. Cf. Relator.]

1. One who relates; a narrator, historian.