Exhibit "H"

# The Oxford English Dictionary

SECOND EDITION

Volume XIII

Quemadero–Roaver

CLARENDON PRESS · OXFORD

Case 6:11-cv-00499-RWS-CMC  Document 1356-9  Filed 08/19/14  Page 3 of 7 PageID #: 20697

Oxford University Press, Walton Street, Oxford OX2 6DP

Oxford New York Toronto
Delhi Bombay Calcutta Madras Karachi
Petaling Jaya Singapore Hong Kong Tokyo
Nairobi Dar es Salaam Cape Town
Melbourne Auckland

and associated companies in
Berlin Ibadan

Oxford is a trade mark of Oxford University Press

© Oxford University Press 1989

All rights reserved. No part of this publication may be reproduced,
stored in a retrieval system, or transmitted, in any form or by any means,
electronic, mechanical, photocopying, recording, or otherwise, without
the prior permission of Oxford University Press

British Library Cataloguing in Publication Data
Oxford English dictionary.—2nd ed.
1. English language–Dictionaries
I. Simpson, J. A. (John Andrew), 1953–
II. Weiner, Edmund S. C., 1950–
423
ISBN 0-19-861225-7 (vol. XIII)
ISBN 0-19-861186-2 (set)

Library of Congress Cataloging-in-Publication Data
The Oxford English dictionary.—2nd ed.
prepared by J. A. Simpson and E. S. C. Weiner
Bibliography: p.
ISBN 0-19-861225-7 (vol. XIII)
ISBN 0-19-861186-2 (set)
1. English language—Dictionaries.   I. Simpson, J. A.
II. Weiner, E. S. C.   III. Oxford University Press.
PE1625.087 1989
423—dc19      88–5330

c.1 v.13 2nd ed.
R
423
OXF
1989

The Oxford English
dictionary

Data capture by ICC, Fort Washington, Pa.
Text-processing by Oxford University Press
Typesetting by Filmtype Services Ltd., Scarborough, N. Yorks.
Manufactured in the United States of America by
Rand McNally & Company, Taunton, Mass.

Downloaded from [watermark] Page 4 of 7 pages

1668 CULPEPPER & COLE *Barthol. Anat.* Man. I. i. 302 It hath been most clearly manifested .. to that most ingenious Venetian Paul Sarpias Fulgentius, as relates from his papers.

**related** (rɪ'leɪtɪd), *ppl. a.* (and *sb.*) [f. prec. + -ED[1].] A. *ppl. a.*

**1.** Narrated, recited; †referred to. *rare.*

**1604** T. WRIGHT *Passions* v. § 4. 191 These twentie places .. they may easily commit .. to memorie, therefore I will remit this labour to the related authour. *c***1611** CHAPMAN *Iliad* x. 291 Base Dolon .. neuer turnd to harme The Greeks, with their related drifts.

**2. a.** Having relation *to*, or relationship *with*, something else. Also *attrib.* without const.

**1662-3** PEPYS *Diary* 6 Jan., Saw Twelfth-Night acted well, though it be but a silly play, and not related at all to the name or day. **1728** WOODWARD *Fossils* 33 The same Author treating .. of a nearly related Species of Star-Stone .., tells us [etc.]. **1828** CARLYLE *Misc.* (1857) I. 159 These two classes of works stand curiously related with each other. **1846** GROVE *Corr. Phys. Forces* 47 Electricity and magnetism are quantitatively related to them. **1864** BOWEN *Logic* x. 336 Of the countless Relations thus brought to our notice, many are essential to an adequate knowledge of the related object.

**b.** Having mutual relation or connexion.

**1671** MILTON *Samson* 786 Let weakness then with weakness come to parl So near related, or the same of kind. **1690** LOCKE *Hum. Und.* II. xxv. §4 The ideas of relation may be the same in men, who have far different ideas of the things that are related. **1756** BURKE *Subl. & B.* III. xvii, The beauty both of shape and colouring are as nearly related as we can well suppose it possible. **1843** MILL *Logic* I. iii. §10 Whenever two things are said to be related there is some fact or series of facts into which they both enter. **1889** H. PARRY in Grove *Dict. Mus.* IV. 141/1 Even chords belonging to closely related keys are commonly used [etc.].

**3.** Of persons: Connected by blood or marriage (*to* another, or with each other).

**1702** J. PURCELL *Cholick* Ded., It was no sooner known that I had the Honour to be Related to .. Your Grace, but [etc.]. **1772** PRIESTLEY *Inst. Relig.* (1782) I. 319 He [John the Baptist] .. had no personal knowledge of Jesus, though they were related. **1837** THIRLWALL *Greece* xxxiii. IV. 299 A Persian of the highest rank, related to the royal family. **1845** M. PATTISON *Ess.* (1889) I. 17 Persons related in the degree

**relapser** (rĭlæ·psəɹ). [f. as prec. + -ER¹.] One who relapses, esp. into error or sin.

**relapsing** (rĭlæ·psiŋ), vbl. sb. [f. as prec. + -ING¹.] The action of the vb. RELAPSE.

**re·lapsing**, ppl. a. That relapses.

**b. relapsing fever**, either of two similar kinds of fever characterized by relapses, caused by spirochætes of the genus *Borrelia* and transmitted respectively by lice and by ticks.

**relate** (rĭlē·t), v. [ad. L. relāt-, referre to REFER. Cf. F. relater (14th c.).]

I. trans. **1.** In pass. a. To be borne or thrust in between things. Obs.

**2.** a. To report and put into a state.

**2.** a. To recount, narrate, tell, give an account of (actions, events, facts, etc.). Also with dative pron. (quasi. 1052).

**b.** With compl.; also const. *inf.* Obs. rare.

**c.** To give an account (of a person). Obs.

**d.** refl. To unburden (oneself) to. Obs. rare.

**+3.** To bring back, restore. Obs. rare.

**+4.** To refer (a person) to a book, etc. Obs.

**+5.** a. To refer (a person) to relation to another.

II. intr. **6.** Law. To refer back, to have application to an earlier date. (Cf. RELATION 4 b.)

**7.** a. To have reference to.

**+8.** Of persons. To make reference to. Obs.

**9.** a. To be related (to), to have connexion, some relation, to another thing (+ person or place).

**+b.** Of streams: To enter into larger rivers or the sea. Obs. (Only in Walton.)

**+c.** To feel affectively involved or connected with someone or something; to have an attitude of personal and sympathetic relationship to.

**+10.** To discourse; to give an account. Obs.

**+11.** To treat or negotiate with one. Obs.

**+12.** To appear, be evident. Obs. rare.

**related** (rĭlē·tĭd), ppl. a. (and sb.) [f. prec. + -ED¹.]

A. ppl. a.

**1.** Narrated, recited; †referred to. rare.

**2.** a. Having relation; in or brought into, something else. Also attrib. without const.

**b.** Having mutual relation or connexion.

**3.** Of persons: Connected by blood or marriage (to another, or with each other).

**B.** absol. as sb. = RELATE sb. 2. Obs.

Hence **re·latedness**, the state or condition of being related.

**relater** (rĭlē·tə(ɹ)). [-ER¹. Cf. RELATOR.]

**1.** One who relates; a narrator, historian.

**relatable** (rĭlē·təb(ə)l), a. [f. RELATE v. + -ABLE.] a. That may be narrated. b. That may be brought into relation with something else. Also, that may be shown to possess mutual relation. Now usu. with to. Hence relata·bility.

**relate** (rĭlē·t), sb. Also 7 relat. [ad. L. relātus, -a, -um, pa. pple. of referre: see RELATE v.]

**+I.** A relation, relative. Obs.

**2.** Logic. One of two objects of thought between which a relation subsists.

**re·late**, ppl. a. Obs. rare⁻¹. [ad. L. relātus, -a, -um, pa. pple. of referre: see next.] Related.

**†relasch**, v. Obs. rare⁻¹. [ad. F. relâché, f. relâcher to relax.] Relaxed, careless.

**relata·bility**: see RELATABLE.

**relata·**: see RELATUM.

they [words] relate themselves to the context.

**b.** To connect, to establish a relation between.

**1771** LUCKOMBE *Hist. Printing* 267 A Point of more elevation than a Comma, which helps to relate the matter more distinctly. **1846** GROVE *Corr. Phys. Forces* 38 Volta .. first enabled us definitely to relate the forces of chemistry and electricity. **1889** E. CAIRD *Philos. Kant* I. i. i. 273 If we hold Kant to the distinction which he makes between perception and conception, it seems impossible to relate them.

**II.** *intr.* **6.** *Law.* To refer *back*, to have application *to* an earlier date. (Cf. RELATION 4 b.)

**1596** BACON *Max. & Use Com. Law* II. (1636) 41 It hath beene much doubted by the law bookes whether the lord's title by escheat shall relate back to the time of the offence done. **1598** *Termes Lawes* 162 Petitions of parlement, to which yͤ Queene assents on yͤ last day of parlement shal relate and be of force from the first day of the beginning of the Parlement. **1885** SIR J. F. STEPHEN in *Law Times Rep*. LIII. 781/1 A change of mind after an innocent taking does not relate back to the innocent taking and make it felonious.

**7. a.** To have reference *to*.

**1606** SHAKS. *Tr. & Cr.* I. iii. 323 This challenge that the gallant Hector sends .. Relates in purpose onely to Achilles. **1641** HEYLIN *Hist. Episc.* I. (1642) 114 There was nothing left at random which either did relate to government or point of Doctrine. **1711** ADDISON *Spect.* No. 46 ¶ 5, I shall only give him the Letters which relate to the two last Hints. **1762-71** H. WALPOLE *Vertue's Anecd. Paint.* (1786) III. 26 The following paragraph, relating to Cromwell. **1812** SIR H. DAVY *Chem. Philos.* 12 A great variety of anecdotes relating to the transmutation of metals. **1875** JOWETT *Plato* (ed. 2) V. 499 Old persons are quick to see and hear all that relates to them.

**† b.** To be of interest or important *to*. *Obs.*⁻¹

**1654-66** EARL ORRERY *Parthen.* (1676) 565 Can you then believe, whilst I have an existence, that your perpetual imprisonment would but relate unto your self?

**† 8.** Of persons: To make reference *to*. *Obs.*

**1637** HEYLIN *Antid. Lincoln.* Pref. A 7 b, I relate only in this Antidote to the first Edition. **1655** FULLER *Hist. Cambr.* 2 The Poet, who herein seems to relate to the Hebrew and Greek Professors founded in his dayes at Cambridge.

**9. a.** To be related, have relation, stand in some relation, *to* another thing († person or place).

**1646** Sir T. Browne *Pseud. Ep.* 105 Station is properly no rest but one kinde of motion, relating unto that which Physitians .. doe name extensive or tonicall. **1671** in *Cosin's Corr.* (Surtees) II. 266 Be diligent in searching your Audit-books, and inquireing of all persons that related to my predecessor. **1739** Cibber *Apol.* (1756) II. 140 All who related to the Black-friers .. are now dead and almost forgotten. **1742** Pope *Dunc.* IV. 235 The critic Eye .. examines bit by bit: How parts relate to parts, or they to whole.

**† b.** Of streams: To be united *to* larger rivers or the sea. *Obs.* (Only in Walton.)

**1653** Walton *Angler* iii. 85 In divers Rivers, especially that relate to, or be near to the Sea. **1676** *Ibid.* I. xvii. (1881) 205 Case-worms, that are to be found .. in several little brooks that relate to bigger rivers.

**c.** To feel affectively involved or connected with someone or something; to have an attitude of personal and sympathetic relationship *to*.

**1950** *Childhood Educ.* Nov. 115/1 Group formation such as takes place in the classroom tends to be adult-centered and dependent upon the varying ways children relate to the teacher. **1965** *Listener* 10 June 864/2 Attitudes to other people at the unconscious level appropriate to an early stage of infancy, of the time before we learnt the capacity to relate. to whole persons. **1966** *New Statesman* 14 Oct. 549/1 The Civic Action now begins As friends and former foe relate. **1968** *Globe & Mail* (Toronto) 13 Feb. 33/8 (Advt.), Candidates should .. be able to relate to senior officers of the University. **1969** C. Davidson in Cockburn & Blackburn *Student Power* 361 If we only relate to on-campus issues, we run the risk of laying the counter-revolutionary groundwork. **1971** *Guardian* 7 Jan. 8/3 Married people can still relate. **1971** M. Spark *Not to Disturb* iii. 89 'What do you mean, I don't relate?' she says. 'When you relate you don't ask what you mean. There's such a thing as a trend.' 'Who do you think you are, you—Chairman Mao?' **1977** J. L. Houlden *Patterns of Faith* ii. 20 It is possible to relate to him [*sc.* God] and .. a Christian is one who finds that the relating is best done in ways that bear on the figure of Jesus.

**† 10.** To discourse; to give an account. *Obs.*