# Exhibit A

# AHMED H. TEWFIK

University of Texas at Austin,
Dept. of Electrical and Computer Engineering,
Austin, TX 78712
tewfik@austin.utexas.edu,
(512) 471-6176

1213 Havre Lafitte Dr.
Austin, TX 78746
ahtewfik@gmail.com
Tel: (952) 897-1217
Cell: (952) 201-9683

*Education*

| | |
|---|---|
| Sept. 1984 to Feb. 1987 | Sc.D. in Electrical Engineering and Computer Science, conferred in February 1987, M.I.T, Cambridge, MA. Thesis under Prof. B. C. Levy and Prof. A. S. Willsky on "State-Space Estimation and Spectral Estimation for 2-D Isotropic Random Fields". E.E. degree conferred in February 1985. |
| Sept. 1982 to May 1984 | S.M. degree in Electrical Engineering and Computer Science. M.I.T, Cambridge, MA. Thesis under Prof. J. H. Shapiro on "Range-Spread Speckle Target Effects on CW Coherent Laser Radar Range Measurements". |
| Sept. 1977 to June 1982 | B.S. in Electrical Engineering and Computer Science. Cairo University, Cairo, Egypt. Thesis on "Computer Chess Player" |

*Employment:*

| | |
|---|---|
| Oct. 2010 to present | *Cockrell Family Regents Chair in Engineering and Chairman, Department of Electrical and Computer Engineering, The University of Texas at Austin, Austin, TX* |

- Led faculty to hire award winning assistant professors that went on to win Sloan Fellowships, Packard Fellowships, Intel faculty awards, Google faculty awards, NSF Career awards, etc.
- Increased faculty participation in departmental operations and vision through implementation of an extended faculty governance system and weekly faculty meetings
- Identified and implementing new strategies for generating external income for the department through corporate relations and professional education programs.
- Reorganized the department and retargeted its resources towards the direct support of its educational mission
- Led the development of new educational programs, including a

combined bachelor's/master's degree, a professional master's degree and first ever MOOC class with a physical laboratory
- Redesigned senior design course and turned it into a mostly industry sponsored course, currently extending the model to an interdisciplinary college wide senior design course,
- Built a research support office to assist the faculty in seeking external funding
- Conceived and raising funds for an underprivileged and underrepresented student outreach and academic preparation program
- Conceived and implementing large scale strategic academia-industry and academia-government research partnerships in areas of potential high economic and societal impact
- Devised large inter-disciplinary research thrusts and assemble teams of researchers from multiple institutions to secure funding for their development and conduct research program
- Established a new top undergraduate admits recruiting program
- Conceived and implementing student internship program with early stage start-ups
- Seminal contributions to key areas in signal and information processing and communications
- Technical achievements recognized by peers in industry and academia

Sept. 1987 to Sept. 2010 (on leave 1997-2001)

*E. F. Johnson Professor of Electronic Communications, (July 1996-Present, on leave 1998-2001), E. F. Johnson Associate Professor of Electronic Communications, (Sept. 1993-June 1996), Associate Professor (July 1992-August 1993), Assistant Professor (Sept. 1987-June 1992) Department of Electrical Eng., University Of Minnesota, Minneapolis, MN.*
- Consistent ability to select promising technologies and secure funding for their development
- Seminal contributions to key areas in signal and information processing and communications
- Technical achievements recognized by peers in industry and academia
- Pioneering with Carlson School of Business new sources of research funding and integrated student training through collaboration with seed stage start-ups

August 1997 to August 2001

*Founder and CEO.* Cognicity, Inc., Edina, MN.
- Strong implementation skills to turn a vision into productive reality
- Drive organization to greater productivity, efficiency, quality and profitability
- Track record of cost reduction
- Excellent presentation skills and ability to handle media and

|  | analysts |
|  | • Can-do team leadership with vision and perseverance |
|  | • Maintain focus, productivity and employee retention during transition and difficult periods |
|  | • Routinely secured key initial revenue generating contracts |
|  | • Conceived and assembled strategic partnerships to enhance revenue generation |

| Jan. 1987 to May 1987 | *Lecturer.* M.I.T, Cambridge, MA. |
| March 1987 to Aug. 1987 | *Systems Engineer.* Alphatech, Inc., Burlington, Mass. |

*Consulting*

| 2012 | Matthews and Lawson, Houston, TX |
| 2009 | Jardine, Logan & O'Brien, Lake Elmo, MN |
| 2008 | St. Jude Medical, Minnetonka, MN |
| 2006-2007 | Transoma Medical, Arden Hills, MN |
| 2006- 2007 | Keyeye Communications, Sacramento, CA |
| 2001-2005 | Visionaire, Fremont, CA |
| 2003 | CyberNova, Milipitas, CA |
| 2004 | Macrovision, Santa Clara, CA |
| 2004 | Ipsos, New York |
| 2001-2002 | Digimarc, Tualatin, OR |
| 1995 | MTS Systems, Inc., Eden Prairie, MN |
| 1989-2001 | Emerson-Rosemount, Inc., Eden Prairie, MN |

4

*Honors and Awards:*

*Plenary Speaker,* IEEE-Cairo University Cairo International Biomedical Engineering Conference, Cairo, Egypt, December 2012.

*Plenary Speaker, IEEE Workshop on Signal Processing Systems, Beirut, Lebanon, October 2011.*

*Elected VP Technical Directions, IEEE* Signal Processing Society, 2009.

*Plenary Speaker,* IEEE Int. Symposium on Signals, Circuits and Systems, Iasi, Romania, July 2007.

*Plenary Speaker,* Cairo International Biomedical Engineering Conference, Cairo, Egypt, December 2006.

*Elected to Board of Governors, IEEE* Signal Processing Society, 2005.

*Plenary Speaker,* SampTA05: Sampling Theory and Applications, 2005, Samsun, Turkey, July 2005.

*Plenary Speaker*, 10th IEEE International Conference on Electronics, Circuits and Systems (ICECS 2003), Sharjah, U.A.E., December 2003.

*Plenary Speaker,* Transmitting, Processing And Watermarking Multimedia Contents, 4th EU Cost 276 Workshop, Information and Knowledge Management for Integrated Media Communication, Bordeaux, France, March 2003.

*Plenary Speaker,* NRSC 2002, 19th National IEEE/URSI Radio Science Conference, Alexandria, Egypt, March 2002.

*Plenary Speaker,* SSGRR2002w International Conference on Advances in Infrastructure for Electronic Business, Science, and Education on the Internet, L'Aquila, Italy, January 2002.

*Plenary Speaker,* 2001 IEEE Int. Symp. On Signal Proc. And Info. Theory, Cairo, Egypt, December 2001.

*IEEE Third Millennium Award,* 2000.

*Plenary Speaker,* 1999 IEEE-EURASIP Workshop on Nonlinear Signal and Image Processing, Antalya, Turkey, June 1999.

*Plenary Speaker,* 1999 SIU'99, Bilkent University, Ankara, Turkey, June 1999.

*Distinguished Lecturer of the IEEE, Signal Processing Society*, 1997.

*Fellow IEEE*, 1996.

*Plenary Speaker,* 1994 IEEE Conf. on Acoust. Speech and Signal Proc., Adelaide, Australia, April 1994.

*Keynote speaker,* 15th Annual  Int. Conf. of the IEEE EMBS, Oct. 1993.

*E. F. Johnson Professorship in Electronic Communications*, University of
Minnesota, 1993.

*Taylor Career Development Award*, University of Minnesota, 1992.

*NSF Engineering Research Initiation Award*, 1990.

*Best Student Award*, Cairo University, 1979.

*Graduate Thesis Supervised:*

A. M.Sc. Students:

1.  Afshin Amini, Report on "Random Field Models for Edge Detection", March 1989.

2.  Anthony Winkelmann, Thesis on " An Application of Probabilistic Relaxation Labeling
    as a Post Processor for Hidden Markov Model Based Texture Segmentation," May 1990.

3.  Hichem Garnaoui, Thesis on "Multigrid Techniques in Image Reconstruction",  August
    1990.

4.  Grant S. Christiansen, Report  on "Phase Noise Analysis of Magnetic Recording
    Systems," May 1991.

5.  Shahzad Kirmani, Thesis on a "Study of the Effects of Surface Microstructure on
    Coherent Illumination and Related Speckle Phenomena," December 1991.

6.  Paul Jorgensen, Report on a "Choosing Discrete Orthogonal Wavelets for Signal
    Approximation and Analysis," March 1992.

7.  Murataza Ali, Thesis on "Multiscale Difference Equations in M-D Signal Modeling",
    May 1992.

8.  Deok-Geun Kwon, Report on "the JPEG Image Coding Standard," April 1993.

9.  Yucheng Huang, Report on "Flow Effects in Magnetic Resonance Imaging," June 1993.

10. Bin Zhu, Report on "Human Vision Models and Their Applications in Image Coding",
    October 1993.

11. Yuying Chao, Report "Sensitivity of Wavelet Coding Schemes,", July 1994.

12. Mitchell Swanson, Thesis on "Binary Wavelet Decompositions of Binary Images," Feb.
    1995.

13. Sophie Olsson, Report on "Video Coding for Interactive Multimedia Applications," May
    1995.

14. Tse Hua Lan, Report on "Small Vocabulary Continuous Speech Recognition Using Syllabic Sub-Word Unit in Hidden Markov Models," September 1995.

15. Keesook Han, Thesis on "Vision Based Crab Recognition Systems," November 1995.

16. Jeho Nam, Thesis on "Combined Audio and Visual Streams Analysis for Video Sequence Segmentation," December 1996.

17. Hisham Mohamed, Report on "Laser Tomographical Reconstruction of Teeth", April 1997.

18. Heath Hoglund, Report on "Phoneme Based Vocoding", June 1997.

19. Nicolas Sieger, Report on "Audio Coding for MIDI", October 1997.

20. Photios Papaphotios, Report on "Internet Security", March 1998.

21. Danlu Zhang, Report on "Acoustic Emission Transient Detection and Classification", July 1998.

22. Paul Krause, Report on "Detection of Blood Perfusion", January 1999.

23. Abdel Hamid Lawabni, Report on "Multimedia Distribution", June 2001.

24. Changjin Hong, Report on "ISCSI and Fibre Channel Storage Area Networks", October 2003.

25. Yuan Zhao, Report on "Collision Resolution of Pseudocellular WLANs with Beamforming", December 2003.

26. Alain Tchagang, Report on "Genomic Signal Processing: New Schemes for DNA Analyis", September 2004.

27. Fakhrul Zaman Rokhani, "Energy Efficient Techniques in WLAN 802.11b", October 2004.

28. Seshan Srirangarajan, "Localization in Wireless Sensor Networks in Non-Line of Sight Environments," April 2005.

29. Rob Martinson, "Detection of Sleep Apnea from Heart Rate Variability using the Discrete Wavelet Transform," May 2005.

30. Amer Agovic, "Protein Folding From A Signal Processing Perspective," October 2005.

31. Ammar Alastad, "Enhanced-MSE-OFDM: A New OFDM Transmission Technique with Improved System Performance," December 2005.

32. Jose F. (Pepe) Barbe, "Co–Regulation Discovery Using Support Vector Machines And Heterogeneous Data," Oct.  2006.

33. Mithun Mallappa Gundi, Thesis on "Ambulatory Device For Recording Urological Response to Intense Physical Activity of Division I Collegiate Female Athletes," December 2007.

34. Vasili Zhdankin, Thesis on "Medial Axis Analysis and Structural Characterization of Three-Dimensional Porous Structures," April 2008.

35. Sheldon Struthers, Thesis on "A Simple Bit Correlator Based Algorithm to Improve the Detectability and Decodability  Of Weak, Repeated Burst-Modem BPSK Signals In AWGN", July 2008.


B. Ph.D. Students:

1.  Wooyoung Hong, Thesis on "Array Signal Processing and Spatial Spectral Estimation Using Data Transformation", Sept. 1991.

2.  Myoungjin Kim, Thesis on "Multiscale Techniques in Detection and Estimation", Nov. 1991.

3.  Mohamed Deriche, Thesis on "Filtered Fractionally Differenced Processes and Their Applications in Signal Processing", Nov. 1991.

4.  Zhe Wu, Thesis on "Multigrid Approaches to Phase Retrieval", May 1992.

5.  Deepen Sinha, Thesis on "Adaptive High Quality Wavelet Encoding of Audio Signals," Feb. 1993.

6.  Hehong Zou, Thesis on "Generalized Wavelet Representations," April 1993.

7.  Hichem Garnaoui, Thesis on "Novel Approaches for Magnetic Resonance Imaging", July 1994.

8.  Murtaza Ali, Thesis on "Adaptive Signal Representation with Application in Audio Coding", Oct. 1995.

9. Srinath Hosur, Thesis on "Recursive Matrix Factorization Algorithms in Adaptive Filtering and Mobile Communications", Oct. 1995.

10. Sameh Sowelam, Thesis on "Optimal Sequential Waveform Selection For Radar Target Imaging and Classification", Feb. 1997.

11. Mitchell Swanson, Thesis on "Issues in Multimedia Databases: Coding for Content-Based Image Retrieval and Digital Copyright Protection", March 1997.

12. Bin Zhu, Thesis on "Coding and Data Hiding for Multimedia", July 1997.

13. Mohammed Nafie, Thesis on "Low Complexity Signal Representation and Demodulation Techniques", June 1999.

14. Tse Hua Lan, Thesis on "Wireless Multimedia Distribution", September 1999.

15. Khaled Hamdy, Thesis on "Audio Modeling for Coding and Time-Scaling Applications", November 1999.

16. Jeho Nam, Thesis on "Video Characterization", July 2000.

17. C. H. Kuo, Thesis on "Image Segmentation", January 2001.

18. Masoud Alghoneimy, Thesis on "Multimedia Distribution", January 2001.

19. Ayman Abdel Samad, Thesis on "Search Strategies for Radar Target Localization", February 2001.

20. Keesook J. Han, Thesis on "Video Analysis," October 2001.

21. Mohamed Mansour, Thesis on "Algorithms for Digital Watermarking", December 2002.

22. Marie Guion, Thesis on "Computerized Heart Valve Diagnosis using a Digitized Heart Sound", December 2003.

23. Yeonjoon Chung, Thesis on "A Study of Video Streaming Delivery Protocols for Efficient Video-on-Demand Services," December 2003.

24. Ebrahim Saberinia, Thesis on "Multi-carrier Ultra Wideband Communication Systems," June 2004.

25. Yahya Al-Harthi, Thesis on "Opportunistic Scheduling and Adaptive Modulation in Wireless Communications," November 2005.

26. Osama Abu Sharkh, Thesis on "Performance Evaluation and Enhancement of the MAC Layer for Multi-rate SISO and MIMO IEEE 802,11 Wireless LANs," June 2006.

27. Alain Tchagang, Thesis on "Novel Techniques for Early Detection of Ovarian Carcinoma," July 2007.

28. Syed Faisal Shah, Thesis on "Design of Low Complexity OFDM Schemes and Position Location Algorithm for Wireless Systems," January 2008.

29. Changjin Hong, Thesis on "Efficient Updating of Dynamic Programming Based Biological Sequence Analysis," July 2008.

30. Seshan Srirangarajan, Thesis on "Ranging and Positioning in Wireless Sensor Networks," July 2008.

31. Jonathan D. Coker, Thesis on "Signal Processing Algorithms for Simplified-Hardware Multistatic Synthetic Aperture Radar," September 2008.

32. Abhilash Patangay, Thesis on "Heart Sounds Based Monitoring," Feb. 2009.

33. Abdullah Alqallaf, Thesis on "Signal Processing Techniques and Statistics for the Analysis of the Human Genome," April 2009.

34. B. Vikrham Gowreesunker, Thesis on "Sparse Decomposition Methods for Multi-Channel Signals," July 2009.

35. Baharan Kamousi, "Detection and Classification of Cardiac Arrhythmias," September 2009.

36. F. Goksu, Thesis on "Time Frequency and Spatial Feature Generation for Food Kernel Inspection and Brain Computer Interface," September 2010.

37. Dan Wang, Thesis on "Real-time 3D Visualization of Organ Deformations Based on Structured Dictionary," February 2012.

38. Nikhil Kundargi, Thesis on "Novel Channel Sensing and Access Strategies in Opportunistic Spectrum Access Networks," March 2012.

39. Yingxi Liu, Thesis on "Beyond White Space: Robust Spectrum Sensing and Channel Statistics Based Spectrum Accessing Strategies for Cognitive Radio Networks," June 2013.

*Patents*

1. "Process Control Transmitter**,"** R. L. Frick, A. H. Tewfik and J. P. Schulte, US Patent Document no. 5,705,978, Jan. 1998.

1
0

2. "Image/Documentation Management System for Content-Based Retrieval," M. Swanson, A H. Tewfik and S. Hosur, US Patent Document no. 5,987,459, Nov. 1999.

3. "Method and apparatus for embedding data, including watermarks, in human perceptible images," A. H. Tewfik, M. D. Swanson and B. Zhu, US Patent Document no. 6,031,914, February 2000.

4. "Method and apparatus for embedding data, including watermarks, in human perceptible sounds," A. H. Tewfik, M. D. Swanson, B. Zhu and L. Boney, US Patent Document no. 6,061,793 , May 2000.

5. "Method and apparatus for scene-based video watermarking," A. H. Tewfik, M. D. Swanson, B. Zhu and L. Boney, US Patent Document no. 6,226,387, May 2001.

6. "Digital watermarking to resolve multiple claims of ownership," A. H. Tewfik, M. D. Swanson and B. Zhu, US Patent Document no. 6,272,634, August 2001.

7. "Method and apparatus for video watermarking using perceptual masks," A. H. Tewfik, M. D. Swanson and B. Zhu, US Patent Document no. 6,282,299, August 2001.

8. "Multimedia data embedding," A. H. Tewfik, M. D. Swanson and B. Zhu, US Patent Document no. 6,442,283, August 2002.

9. "Process transmitter with orthogonal-polynomial fitting**,"** L. Kleven and A. H. Tewfik, US Patent Document no. 6,643,610, Nov. 2003.

10. "Digital watermark detecting with weighting functions," A. H. Tewfik, M. D. Swanson and B. Zhu, US Patent Document no. 6,751,337, June 15, 2004.

11. "Transactional watermarking," A. H. Tewfik, M. D. Swanson and B. Zhu, US Patent Document no. 6,915,481, July 2005.

12. "High speed wireless sensor, server and storage networks," A. H. Tewfik, US Patent Document no. 7,099,654, August 2006.

13. "Analysis of auscultatory sounds using single value decomposition," M. A. Guion, A. G. Erdman; G. Sommerfeld; A. H. Tewfik and C. D. Oster, US Patent Document no. 7,300,405, November 2007.

14. "Digital watermarking with content dependent keys and autocorrelation properties for synchronization," A. H. Tewfik, US Patent Document no. 7,366,908, April 2008.

15. "Digital watermarking of tonal and non-tonal components of media signals," A. H. Tewfik, M. D. Swanson and B. Zhu, US Patent Document no. 7,454,034, November

1
1

2008.

16.     "Enhanced time resolution using multiple receptions," A. H. Tewfik and E. Saberinia, US Patent Document no. 7,489,665, February 2009.

17. "Embedding data in and detecting embedded data from video objects," A. H. Tewfik, US Patent Document no. 8,098,637, January 2012.

18. "Load balancing in wireless local area networks," A. H. Tewfik, B. Zhu and M. D. Swanson, US Patent Document no. 8,090,142, January 2012.

19. "Multimedia data embedding and decoding," A. H. Tewfik, M. D. Swanson and B. Zhu, US Patent Document no. 8,103,051, January 2012.

20. "Watermarking using multiple watermarks and keys, including keys dependent on the host signal," A. H. Tewfik, B. Zhu and M. D. Swanson, US Patent Document no. 8,131,007, March 2012.

21. "Ranging in multi-band communication systems," A. H. Tewfik and E. Saberinia, US Patent Document no. 8,149,961, April 2012.

22. "Video watermarking using temporal analysis," A. H. Tewfik, B. Zhu and M. D. Swanson, US Patent Document no. 8,155,375, April 2012.

23. "Embedding data in audio and detecting embedded data in audio," A. H. Tewfik, B. Zhu and M. D. Swanson, US Patent Document no. 8,306,811, November 2012.

*Book Chapters*

1. "Multiscale Signal Modeling and Processing: Filtered Fractals and Wavelet Analysis in Signal Detection, Estimation and Synthesis" A. H. Tewfik, in *Handbook of Statistics Volume 10: Signal Processing and Its Applications*, N. K. Bose and C. R. Rao, Eds., North-Holland Publishing Co., 1993.

2. "Multiple Subspace ULV Algorithm and LMS Tracking," S. Hosur, A. H. Tewfik and D. Boley, in *3rd Int'l Workshop on SVD and Signal Processing*, M. Moonen and B. De Moor, Eds., Leuven, Belgium: Elsevier, 1995.

3. "Issues In Multimedia Databases: Coding For Content-Based Image Retrieval And Digital Copyright Protection," M. D. Swanson and A. H. Tewfik, in *The Mathematics of Information Coding, Extraction and Distribution*, G. Cybenko, D. O'Leary and J. Rissanen, Eds., Springer-Verlag, 1998.

4. "Multiresolution and Object Based Video Watermarking Using Perceptual Models," in Wavelet, Subband And Block Transforms In Communications And Multimedia, Ali N.

1
2

Akansu and Michael J. Medley, Eds., Kluwer Academic Publishers, 1998.

5. "Vulnerability of Multimedia Protection Schemes," A. H. Tewfik and M. Mansour, in Multimedia Security, B. Furht and D. Kirovski, Eds, CRC Press, 2004.

6. "Multicarrier and Multirate Techniques in UWB System Design and Implementation," E. Saberinia and A. H. Tewfik, in Ultra Wideband Wireless Communications, H. Arslan, Z. −N. Chen and M. −G. Di Benedetto, Eds, John Wiley & Sons, Inc., 2006.

7. "ECoG Based Brain Computer Interface with Subset Selection," N. F. Ince, F. Goksu and A. H. Tewfik, in Biomedical Engineering Systems and Technologies, A. Fred, H. Gamboa and J. Filipe, Eds, Springer Berlin Heidelberg, 2008.

*Journal Publications:*

1. "An Eigenstructure Approach for the Retrieval of Cylindrical Harmonics from 2-D Isotropic Covariance Data," A. H. Tewfik, B. C. Levy and A. S. Willsky, *Signal Processing,* vol. 13, no. 2, pp. 121-139, Sept. 1987.

2. "An Efficient Maximum Entropy Technique for 2-D Isotropic Random Fields," A. H. Tewfik, B. C. Levy and A. S. Willsky, *IEEE Trans. Acoust. Speech and Signal Proc.*, vol. ASSP-36, no. 5, pp. 797-812, May 1988.

3. "Sampling Theorems for 2-D Isotropic Random Fields," A. H. Tewfik, B. C. Levy and A. S. Willsky, *IEEE Trans. on Inform. Theory*, vol. IT-34, no. 5, pp. 1092-1096, Sept. 1988.

4. "Reconstruction of Finite 1-D Objects from Long and Short Exposure Images," A. H. Tewfik, *Journal of the Optical Soc. of America A*, vol. 7, no. 2, pp. 318-322, Feb. 1990.

5. "Parallel Smoothing," A. H. Tewfik, B. C. Levy and A. S. Willsky, *Systems and Control Lett.,* vol. 14, no. 3, pp. 253-259, March 1990.

6. "Internal Models and Recursive Estimation for 2-D Isotropic Random Fields," A. H. Tewfik, B. C. Levy and A. S. Willsky, *IEEE Trans. on Inform. Theory*, vol. 37, no. 4, pp. 1055-1066, July 1991.

7. "Multigrid Implementation of a Hypothesis Testing Approach to Blur Identification and Image Reconstruction" A. H. Tewfik and H. Garnaoui, *Journal of the Optical Soc. of America A*, vol. 8, no. 7, pp. 1026-1037, July 1991.

8. "Direction Finding in the Presence of Colored Noise by Candidate Identification," A. H. Tewfik, *IEEE Trans. on Signal Proc.*, vol. 39, no. 9, pp. 1933-1942, September 1991.

9. "Correlation Structure of the Discrete Wavelet Coefficients of Fractional Brownian Motions," A. H. Tewfik and M. Kim, *IEEE Trans. on Inform. Theory*, vol. 38, no. 2, part 2, pp. 904-909, March 1992.

10. "On the Application of Uniform Linear Array Bearing Estimation Techniques to Uniform Circular Arrays," A. H. Tewfik and W. Hong, *IEEE Trans. on Signal Proc.*, vol. 40, no. 4, pp. 1008-1011, April 1992.

11. "On the Optimal Choice of a Wavelet for Signal Representation," A. H. Tewfik, D. Sinha and P. E. Jorgensen, *IEEE Trans. on Inform. Theory*, vol. 38, no. 2, part 2, pp. 747-767, March 1992.

12. "Parametrization of Compactly Supported Orthonormal Wavelets," H. Zou and A. H. Tewfik, *IEEE Trans. on Signal Proc.,* vol. 41,  no. 3, pp. 1428-1431, March 1993.

13. "An SVD Approach to Edge Detection," A. H. Tewfik and M. Deriche, *IEEE Trans. on Image Proc.*, vol. 2, no. 3, pp. 353-368, July 1993.

14. "Signal Modeling with Filtered Discrete Fractional Noise Processes," M. Deriche and A. H. Tewfik, *IEEE Trans. on Signal Proc.,* vol. 41, no. 9, pp. 2839-2849, Sept. 1993.

15. "Maximum Likelihood Estimation of the Parameters of Discrete Fractional Gaussian Noise Processes," M. Deriche and A. H. Tewfik, *IEEE Trans. on Signal Proc.,* vol. 41, no. 10, pp. 2977-2989, Oct. 1993.

16. "Low Bit Rate Transparent Audio Compression Using Adapted Wavelets," D. Sinha and A. H. Tewfik, *IEEE Trans. on Signal Proc.,*  vol. 41, no. 12, pp. 3463-3479, Dec. 1993.

17. "Fast  Multiscale Statistical Signal Processing Algorithms," A. H. Tewfik and M.-Y. Kim, *IEEE Trans. on Signal Proc.,* vol. 42, no. 3, pp. 572-585, March 1994.

18. "Recent Progress in the Application of Wavelets in Surveillance Systems," A. H. Tewfik, S. Hosur and S. Sowelam, invited paper, *Optical Engineering*, vol. 33, no. 8, pp. 2509-2519, August 1994.

19. "Multiscale Difference Equation Signal Models: Part I Theory," M. Ali and A. H. Tewfik, *IEEE Trans. on Signal Proc.,*  vol. 43, no. 10, p. 2332-2345, Oct. 1995.

20. "Time Delay Estimation Using Wavelet Transform for PW Ultrasound," X.-L. Xu, A. H. Tewfik and J. F. Greenleaf, *Annals of Biomedical Engineering*, vol. 23, pp. 612-621, 1995.

21. "Completeness and Stability of Partial Wavelet Domain Signal Representations" A. H. Tewfik and H. Zou, *IEEE Trans. on Signal Proc.,* vol. 43, no. 11, pp. 2570-2581, Nov. 1995.

22. "Efficient design of Ultrasound True-Velocity Flow Mapping," Y. M. Kadah and A. H. Tewfik, *IEEE EMB Mag.*, vol. 15, no. 5, pp. 118-125, Sep-Oct 1996.

23. "Binary Wavelet Decomposition of Binary Images," M. Swanson and A. H. Tewfik, *IEEE Trans. on Image Proc.,* vol. 5, no. 12, pp. 1637-1650, Dec. 1996.

24. "A Wavelet Transform Domain Adaptive Algorithm," S. Hosur and A. H. Tewfik, *IEEE Trans. on Signal Proc.*, pp. 617-630, March 1997.

25. "Data Hiding for Multimedia Personalization, Interaction and Protection," A. H. Tewfik and M. Swanson, *IEEE Signal Processing Magazine,* pp. 41- 43, July 1997.

26. "ULV and Generalized ULV Subspace Tracking Adaptive Algorithm," S. Hosur, A. H. Tewfik and D. Boley, *IEEE Trans. on Signal Proc.,* vol. 46, no. 5, p 1282-1297, May 1998.

27. "Multiresolution Video Watermarking using Perceptual Models and Scene Segmentation," M. Swanson, B. Zhu, A. H. Tewfik and B. Chau, *IEEE J. on Selected Areas in Comm.,* vol. 16, no. 4, pp. 540-550, May 1998.

28. "Robust Audio Watermarking Using Perceptual Masking," M. Swanson, B. Zhu, A. H. Tewfik and L. Boney, *Signal Processing*, vol. 66, no. 3, pp. 337-355, May 1998.

29. "Multimedia Interaction, Personalization and Protection: Data Embedding and Watermarking Technologies," M. Swanson, M. Kobayashi and A. H. Tewfik, invited paper, *Proc. IEEE*, vol. 86, no. 6, pp. 1064-1087, June 1998.

30. "Fast Progressively Refined Image Retrieval," M. Swanson and A. H. Tewfik, *Journal of Electronic Imaging,*  vol. 7, no. 3, pp. 443-452, July 1998.

31. "Audio coding for representation in MIDI," N. Sieger and A. H. Tewfik, *Journal  of VLSI Signal Proc. Systems for Speech, Image and Video Tech.*, vol. 20, no. 1-2 pp. 45-59, Oct. 1998.

32. "Optimal Waveforms for Wideband Radar Imaging," S. Sowelam and A. H. Tewfik, invited paper, *Special Signal Proc. issue of the J. of Franklin Institute,* vol. 335B, no. 8, pp. 1341-1366, Nov. 1998.

33. ``Subband domain coding of binary textual images for document archiving,'' Omar Gerek, A. E. Cetin, A. H. Tewfik and  V. Atalay,  *IEEE Transactions of Image Processing*, vol. 8, no. 10,  pp. 1438-1446, Oct. 1999.

34. "Arithmetic Coding with Dual Symbol Sets and Its Performance Analysis," Bin Zhu and A. H. Tewfik, *IEEE Trans. on Image Proc.,* vol. 8, no. 10, pp.1438-1446, December 1999.

35. "Signal Processing for Fault monitoring using Acoustic Emissions," G. T. Venkatesan, D. Zhang, M. Kaveh, A. H. Tewfik and K. M. Buckley, *International Journal of Electronics and Communications*, vol. 53, no. 6, pp. 333-338, 1999.

36. "Le Musee du Palias de Topkapi," A. E. Cetin, O. N. Gerek and A. H. Tewfik, *Museum International*, vol. 52, no. 1, pp. 22-25, 2000.

37. "Waveform Selection in Radar Target Classification," S. Sowelam and A. H. Tewfik, *IEEE Trans. on Info. Theory,* vol. 46, no. 3, p. 1014-1029, May 2000.

38. "Event-Driven Video Abstraction and Visualization," J. Nam and A. H. Tewfik, (invited paper) Special Issue on Multimedia Information and Systems*, Multimedia Tools and Applications*, vol. 16, no. 1, pp. 55-77, Kluwer Academic Publishers, Jan. 2002.

39. "A Construction of Space-Time Code Based on Number Theory," M. O. Damen, A. H. Tewfik and J. - C. Belfiore, *IEEE Trans. on Info. Theory,* vol. 48, no. 3, p. 753, March 2002.

40. "Low Complexity Receiver for CDMA Multiuser Communications," M. Nafie and A. H. Tewfik, *IEEE Trans. on Signal Proc*., vol. 50, no. 7, pp. 1747-1758, July 2002.

41. "Deterministic and Iterative Solutions To Subset Selection Problems," M. Nafie and A. H. Tewfik, *IEEE Trans. on Signal Proc*., vol. 50, no. 7, pp. 1591-1601, July 2002.

42. "Robust Clustering Of Acoustic Emission Signals Using Neural Networks And Signal Subspace Projections," V. Emamian , M. Kaveh , A. H. Tewfik , Z. Shi , L. Jacobs and J. Jarzynski, *EURASIP J. on Applied Signal Processing,* vol. 2003, no. 3, pp. 276-286, March 2003.

43. "Resource Management Strategy in Wireless Multimedia Communications - Total Power Saving in Mobile Terminals with a Guaranteed QoS," T.H. Lan and A. H. Tewfik, *IEEE Trans. on Multimedia,* vol. 5, no. 2, pp. 267-281, June 2003.

44. "Time Scale Invariant Audio Data Embedding," M. Mansour and A. H. Tewfik, *EURASIP J. on Applied Signal Processing,* vol. 2003, no. 10, pp. 993-1000, September 2003.

45. "Geometric Invariance in Image Watermarking," M. Alghoniemy and A. H. Tewfik, *IEEE Trans. on Image Processing,* vol. 13, no. 2 , pp. 145 – 153, Feb. 2004.

46. "Digital Rights Management Multimedia Authentication," Bin Zhu, M. D. Swanson and A. H. Tewfik, *IEEE Signal Processing Magazine,* vol. 21 , no. 2 , pp.40 – 49, March 2004.

47. "Classification Of Closed- And Open-Shell Pistachio Nuts Using Voice-Recognition Technology," A. Enis Cetin, Tom C. Pearson and Ahmed H. Tewfik, *Trans. Of Am. Soc. Of Ag. Eng.,* vol. 47, no. 2, pp. 659-664, March/April 2004.

48. "Data Embedding in Audio using Time-Scale Modification," M. Mansour and A. H. Tewfik, *IEEE Trans. on Speech and Audio Processing,* vol. 13, no. 3, pp. 432-440, May 2005.

49. "Gradual Transition Detection of Video Sequence using B-Splines Polynomial Interpolation," J. Nam and A. H. Tewfik, *IEEE Transaction  on Multimedia*, vol. 7, no. 4, pp. 667-679, August 2005.

50. "Progressive Quantized Projection Approach to Data Hiding," M. Alghoniemy and A. H. Tewfik, *IEEE Transactions on Image Processing,* vol. 15, no. 2, pp. 459 – 472, Feb. 2006.

51.  "Implementation of a Multi-band Pulsed-OFDM Transceiver," E. Saberinia, K. C. Chang, G. Sobelman and A. H. Tewfik, *Journal  of VLSI Signal Proc.,* Vol. 43, no. 1, pp. 73-88, April 2006.

52. "Parallel Identification of Gene Biclusters with Coherent Evolution," A. H. Tewfik, A. Tchagang and L. Vertatschitsch,  *IEEE Transaction on Signal Processing*, Special Issue on Genomics Signal Processing, Vol. 54, no.6, pp. 2408-2417, June 2006.

53. "High Capacity Data Embedding and its Application in Fraud Detection," T.H. Lan and A. Tewfik, *IEEE Transactions on Image Processing,* Vol. 15, no. 8, pp. 1057-1066, August 2006.

54.  "DNA Microarray Data Analysis: A Novel Biclustering Algorithm Approach," A. Tchagang and Ahmed H. Tewfik, *European Journal on Applied Signal Processing (EURASIP)*, Special Issue on Advanced Signal/Image Processing Techniques for Bioinformatics, August 2006.

55. "Classification of Single Trial Motor Imagery EEG Recordings with Subject Adapted Non-Dyadic Arbitrary Time-Frequency Tilings," N. F. Ince, S. Arica and A. H. Tewfik, *J. Neural Eng.,* Vol. 3, no. 3, pp.  235-244, Sept. 2006.

56. "Multiuser Diversity with Quantized Feedback," Y. Al Harthi, A. H. Tewfik and M. S. Alouini, *IEEE Trans. Wireless Comm.* Vol. 6, no. 1, pp. 330-337, Jan. 2007.

57. "Using Voice-Recognition Technology to Eliminate Cardiac Cycle Segmentation in Automated Heart Sound Diagnosis," M. Guion Johnson, A. H. Tewfik, K. P. Madhu and A. G. Erdman, *Journal of Biomedical Instrumentation & Technology*, vol. 41, no. 2, pp. 157-167, March/April 2007.

58. "Blind Adaptive Modulation Systems for Wireless Channels with Binary Feedback," Y. Al Harthi, A. H. Tewfik and M. S. Alouini, *Wireless Communications and Mobile Computing*, Volume 7, Issue 3, pp. : 257-266, March 2007.

59. "Extraction Subject Specific Motor Imagery Time-Frequency Patterns for Single Trial EEG Classification," N. F. Ince, A. H. Tewfik and S. Arica, *Computers in Biology and Medicine*, vol. 37, no. 4, pp. 499-508, April 2007.

60. "Detection of Damaged Wheat Kernels by Impact-Acoustic Emissions,"  T. C. Pearson, A. E. Cetin, A. H. Tewfik, and R. P. Haff, *Digital Signal Processing*, vol. 17, no. 3,  pp.,  617–633, May 2007.

61. *"Signal and Image Processing for Food Inspection,"* T. Pearson. A. E. Cetin, A. H. Tewfik and V. Gokmen, *IEEE Signal Processing Magazine*, vol. 24, no. 3, pp. 106-108, May 2007.

62. "Detection of Early Morning Daily Activities with Static Home and Wearable Wireless Sensors," N. F. Ince, C.H. Min, A. H. Tewfik and D. Vanderpool, *Eurasip Journal on Advances in Signal Processing*, Volume 2008, Article ID 273130, 11 pages, doi:10.1155/2008/273130.

63. **"**Classification of Hazelnut Kernels By Using Impact Acoustic Time-Frequency Patterns," H. Kalkan, N. F.  Ince, A. H. Tewfik, Y. Yardimci and T.  Pearson, *EURASIP Journal on Applied Signal Processing*, vol. 2008, Article ID 247643, 11 pages, doi:10.1155/2008/247643.

64. "Early Detection of Ovarian Cancer using Group Biomarker," A.  B. Tchagang, A. H. Tewfik, M. S. DeRycke, K. M. Skubitz, and A. P.N. Skubitz, featured paper, vol. 7, no. 1, pp. 27- 37,  *Molecular Cancer Therapeutics*, Jan. 2008, doi: 10.1158/1535-7163.MCT-07-0565.

65. "Efficient Design of OFDMA based Programmable Wireless Radios," S. F. A. Shah and A. H. Tewfik, *Eurasip Journal on Wireless Communications and Networking*, Vol. 2008, Jan. 2008,  doi:10.1155/2008/516763.

66. **"**Discrimination Between Closed and Open-Shell (Turkish) Pistachio Nuts Using Undecimated Wavelet Packet Transform," N. F. Ince, F. Goksu, A. H. Tewfik, I. Onaran, A. E. Cetin and T. Pearson,  *ASABE Biological Engineering Journal*, vol. 1, no. 2, pp. 159-172, May 2008.

67. "Reusable Viterbi Algorithm: Efficient Updates of Decoding for a Biological Sequence Analysis," C. Hong and A. H. Tewfik, *IEEE Journal Selected Topics in Signal Proc.,* Vol. 2, no. 3, pp. 365-377, June 2008. doi: 10.1109/JSTSP.2008.924382.

68. *"*Ranging in Multi-band Ultra Wideband Communication Systems," E. Saberinia and A. H. Tewfik, *IEEE Trans. On Vehicular Tech.*, Vol. 57, no. 4, pp. 2523 - 2530, July 2008, doi: 10.1109/TVT.2007.904526.

69. "Toward Accurate Modeling of the IEEE 802.11e EDCA Under Finite Load and Error-prone Channel," O. Abu Sharkh and A. H. Tewfik, *IEEE Trans. on Wireless Communications*, Vol. 7, no. 7, pp. 2560 – 2570, July 2008, doi: 10.1109/TWC.2008.060331.

70. "Identification of Damaged Wheat Kernels And Cracked-Shell Hazelnuts With Impact Acoustics Time-Frequency Patterns," N. F. Ince, I. Onaran, T. Pearson, A. H. Tewfik, A. E. Cetin, H. Kalkan, Y. Yardimci, *Transactions of the ASABE,* Vol. 51, no. 4, pp. 1461-1469, Sept. 2008.

71. "Temporospatial characterization of brain oscillations (TSCBO) associated with subprocesses of verbal working memory in schizophrenia," M. Stephane, N. F. Ince, A. Leuthold, G. Pellizzer, A. H. Tewfik, C. Surerus, M. Kuskowski, and K. McClannahan, *Clin. EEG Neurosci.*, vol. 39, no. 4, pp. 194-202, Oct. 2008.

72. "Distributed Sensor Network Localization using SOCP Relaxation," S. Srirangarajan, A. H. Tewfik and Z. Q. Luo, *IEEE Trans. on Wireless Communications*, Vol. 7, no. 12, Part 1, pp. 4886 – 4895, Dec. 2008, doi: 10.1109/T-WC.2008.070241.

73. "Design and analysis of post-coded OFDM systems", S. F. A. Shah and A. H. Tewfik, *IEEE Trans. on Wireless Communications*, Vol. 7, no. 12, Part 1, pp. 4907 - 4918, Dec. 2008, doi: 10.1109/T-WC.2008.070421.

74. *"*Pulsed-OFDM Ultra Wideband Communications," E. Saberinia, J. Tang, A. H. Tewfik and K. Parhi, *IEEE Trans. On Vehicular Tech.,* Vol. 58, no. 2, pp. 720-726, Feb. 2009, doi: 10.1109/TVT.2008.923680.

75. "Classification of Schizophrenia with Spectro-Temporo-Spatial MEG Patterns in Working Memory," N. F. Ince, G. Pellizzer, A. H. Tewfik, K. Nelson, A. Leuthold, K. McClannahan and M. Stephane, *Clinical Neurophysiology*, Vol. 120, no. 6, pp. 1123–1134, June 2009, doi: 10.1016/j.clinph.2009.04.008.

76. "Adapting Subject Specific Motor Imagery EEG Patterns in Space-Time-Frequency for a Brain Computer Interface," N. F. Ince, F. Goksu, S. Arica and A. H. Tewfik, *Biomedical Signal Processing and Control*, Vol. 4, No. 3., July 2009, pp. 236-246, doi:10.1016/j.bspc.2009.03.005.

77. "Heuristic Reusable Dynamic Programming: Efficient Updates of Local Sequence Alignment," C. Hong and A. H. Tewfik, *IEEE/ACM Trans. on Computational Biology and Bioinformatics* vol. 6, no. 4, pp. 570-582, Oct.-Dec. 2009, doi: 10.1109/TCBB.2009.30.

78. "Crack Growth Monitoring with Hierarchical Clustering of Acoustic Emissions," N. F. Ince, C. S. Kao, M. Kaveh, A .H. Tewfik and J. F. Labuz, *Journal of Acoustic Emission*, Vol. 27, pp. 176-185, 2009.

79. "Simplified Ranging Systems using Discrete Wavelet Decomposition," J. D. Coker and A. H. Tewfik, *IEEE Trans. Signal Proc.,* Vol. 58, no. 2, pp. 575-582, Feb. 2010, doi: 10.1109/TSP.2009.2032949.

80. "Convolutional Decoding in the Presence of Synchronization Errors," M. F. Mansour and A. H. Tewfik, *IEEE J. on Selected Areas in Comm.,* Vol. 28, no. 2, pp. 218-227, February 2010, doi: 10.1109/JSAC.2010.100211.

81. "A Machine Learning Approach For Locating Acoustic Emission," by Nuri Firat Ince, Chu-Shu Kao, Mostafa Kaveh, Ahmed H. Tewfik and Joseph F. Labuz *EURASIP Journal on Advances in Signal Processing*, Volume 2010, February 2010, doi: 10.1155/2010/895486.

82. "Implementation of a Directional Beacon based Position Location Algorithm in a Signal Processing Framework," S. F. Shah, S. Srirangarajan and A. H. Tewfik, *IEEE Trans. on Wireless Communications*, Vol. 9, no. 3, pp. 1044-1053, March 2010, doi: 0.1109/TWC.2010.03.081204.

83. "Learning Sparse Representation using Iterative Subspace Identification," B. V. Gowreesunker and A. H. Tewfik, *IEEE Trans. on Signal Proc.*, Vol. 58, no. 6, pp. 3055-3065, June 2010, doi: 10.1109/TSP.2010.2044251.

84. "Intragenic Rearrangement and Altered RNA Splicing of the Androgen Receptor in a Cell-Based Model of Prostate Cancer Progression," Y. Li, M. Alsagabi, D. Fan, G. S. Bova, A. H. Tewfik, and S. M. Dehm, *Cancer Res.*, vol. 71, pp. 2108-2117, March 15, 2011, doi:10.1158/0008-5472.CAN-10-1998

85. "Performance Synthesis of UAV Trajectories in Multistatic SAR," J. D. Coker and A. H. Tewfik, *IEEE Transactions on Aerospace and Electronic Systems*, vol.47, no.2, pp.848-863, April 2011, doi: 10.1109/TAES.2011.5751230

86. "A Subspace Approach to Learning Recurrent Features from Brain Activity," B. V. Gowreesunker, A. H. Tewfik, V. A. Tadipatri, J. Ashe, G. Pellizzer and R. Gupta, *IEEE transactions on Neural Systems & Rehabilitation Engineering*, vol.19, no.3, pp.240-248, June 2011, doi: 10.1109/TNSRE.2011.2106802.

87. "Prediction of pharmacologically induced baroreflex sensitivity from local time and frequency domain indices of R–R interval and systolic blood pressure signals

obtained during deep breathing," S. Arica, N. F. Ince, A. Bozkurt, A. H. Tewfik, A. Birand, *Computers in Biology and Medicine,* vol. 41, Issue 7, Pages 442-448, July 2011, doi: 10.1016/j.compbiomed.2011.04.006

88. "High Accuracy Decoding of Movement Direction Based on Spatial Patterns of Local Field Potentials," N. F. Ince, R. Gupta, S Arica, A. H. Tewfik, J. Ashe, G. Pellizzer, *PLoS ONE*, vol. 5, no.: 12, e14384. doi:10.1371/journal.pone.0014384.

89. "Sparse Representation of Deformable 3D Organs with Spherical Harmonics and Structured Dictionary," D. Wang, A. H. Tewfik, Y. Zhang, and Y. Shen, *International Journal of Biomedical Imaging*, vol. 2011, 2011, doi: 10.1155/2011/658930

90. "Detecting Changes in DNA Copy Number: Reviewing signal processing techniques," R. Pique-Regi, A. Ortega, A. Tewfik, and S. Asgharzadeh, *IEEE Signal Processing Magazine*, vol. 29, no.1, pp. 98-107, Jan. 2012, doi: 10.1109/MSP.2011.943010.

91. "Adaptive Strategies for Target Detection and Localization in Noisy Environments," M. A. Iwen and A. H. Tewfik, *IEEE Trans. on Signal Processing*, vol. 60, no: 5, pp. 2344 – 2353, May 2012, doi: 10.1109/TSP.2012.2187201.

92. "Real Time 3D Visualization of Intra-operative Organ Deformations Using Structured Dictionary," D. Wang and A. H. Tewfik, *IEEE Transactions on Medical Imaging*, vol. 31, no. 4, pp.9 24-937, April 2012, doi: 10.1109/TMI.2011.2177470.

93. "A Turbo Coding Scheme for Channels with Synchronization Errors," Mohamed F. Mansour, and A. H. Tewfik, *IEEE Transactions on Communications*, , vol.60, no.8, pp.2091-2100, August 2012 doi: 10.1109/TCOMM.2012.061112.110304.

94. "Multi-Channel Sparse Data Conversion With a Single Analog-to-Digital Converter," Youngchun Kim; Wenjuan Guo; B.V. Gowreesunker, Nan Sun and A. H. Tewfik, *IEEE Journal on Emerging and Selected Topics in Circuits and Systems,* vol.2, no.3, pp.470-481, Sept. 2012, doi: 10.1109/JETCAS.2012.2222833

95. "Greedy Solutions for the Construction of Sparse Spatial and Spatio-Spectral Filters in Brain Computer Interface Applications," F. Goksu, N. F. Ince and A. H. Tewfik, *Neurocomputing,* Volume 108, 2 May 2013, Pages 69-78, ISSN 0925-2312, http://dx.doi.org/10.1016/j.neucom.2012.12.003.

96. "A Framework for Inference Using Goodness of Fit Tests Based on Ensemble of Phi-Divergences", N. Kundargi, Yingxi Liu and A. Tewfik, *IEEE Transactions on Signal Processing*, vol.61, no.4, pp.945-955, Feb.15, 2013, doi: 10.1109/TSP.2012.2226448.

97. "Empirical Likelihood Ratio Test with Distribution Function Constraints", Yingxi Liu and A. Tewfik, *IEEE Transactions on Signal Processing*, vol.61, no.18, pp.4463,4472, Sept.15, 2013, doi: 10.1109/TSP.2013.2271484.

98. "Channel Idle Time Statistics Based Spectrum Accessing Strategies with CSMA Based Primary Networks," Yingxi Liu and A. Tewfik, *IEEE Transactions on Signal Processing*, vol. 62, no. 3, pp. 57-582, Feb. 2014, doi: 10.1109/TSP.2013.2291216.

99. "Primary Traffic Characterization and Secondary Transmissions," Yingxi Liu and A. Tewfik, to appear in *IEEE Transactions on Wireless Communications*, 2014.

*Plenary and Keynote Talks*

1. "Potentials and Limitations of Wavelets in Signal Acquisition and Processing," A. H. Tewfik, *15th Annual  Int. Conf. of the IEEE EMBS,* San Diego, Oct. 1993.

2. "Digital Fractals," A. H. Tewfik, *1994 IEEE Conf. on Acoust. Speech and Signal Proc.*, Adelaide, Australia, April 1994.

3. "Wavelets: Theory and Applications," *1995 IEEE EMBS Summer School,* Siena, Italy, July 1995.

4. "Multimedia and the Internet," *SIU'99,* Bilkent University, Ankara, Turkey, June 1999.

5. "Revolution In Online Music Distribution and Portable Players," *1999 IEEE-EURASIP Workshop on Nonlinear Signal and Image Processing*, Antalya, Turkey, June 1999.

6. "Multimedia distribution: Present and Future," A. H. Tewfik, *Proc. 2001 IEEE Int. Symp. On Signal Proc. And Info. Theory*, Cairo, Egypt, Dec. 2001.

7. "Multimedia distribution: Present and Future," A. H. Tewfik, *SSGRR2002w International Conference on Advances in Infrastructure for Electronic Business, Science, and Education on the Internet*, L'Aquila, Italy, January 2002.

8. "Transmitting, Personalizing And Protecting Multimedia Content," A. H. Tewfik, *Transmitting, processing and watermarking multimedia contents4th cost 276 workshop, Information and Knowledge Management for Integrated Media Communication*, Bordeaux, France, March 2003.

9. "Wisenets: Wireless Local Communications, Computing and Storage Networks," A. H. Tewfik, *10th IEEE International Conference on Electronics, Circuits and Systems (ICECS 2003),* Sharjah, U.A.E., December 2003.

2
2

10. "Bounded Error Subset Selection," A. H. Tewfik, *SampTA05*: *Sampling Theory and Applications, 2005,* Samsun, Turkey, July 2005.

11. "Trends in Diagnostics, Prevention and Management," A. H. Tewfik, *Cairo International Biomedical Engineering Conference,* Cairo, Egypt, December 2006.

12. "Signal Processing Trends in Disease Diagnostics, Prevention and Management," A. H. Tewfik*, IEEE Int. Symposium On Signals, Circuits And Systems*, Iasi, Romania, July 2007.

13. "High Impact Publications: Lessons from the IEEE Signal Processing Society," A. H. Tewfik*, Second Arabian Journal on Science and Engineering Workshop*, Dahran, Saudi Arabia, December 2009.

14. "Sparseness, Compressed Sensing and Multi-channel Analog to Digital Conversion," A. H. Tewfik, *IEEE Workshop on Signal Processing Systems*, Beirut, Lebanon, October 2011.

15. "Novel directions in synthetic biology," A. H. Tewfik, *IEEE-Cairo University Cairo International Biomedical Engineering Conference,* Cairo, Egypt, December 2012.

*Tutorial Presentations*

1. "Wavelets: Theory and Applications," invited, *1994 IEEE Time-Frequency and Time-Scale Symp.,* Philadelphia, PA, Oct. 1994.

2. "Watermarking for Audio, Image and Video," invited, *1998 IEEE Int. Conf. on Image Processing,* Chicago, October 1998.

3. "A Unified View of Ultrawideband Communications," *2003 Fall IEEE Vehicular Technology Conference,* Orlando, Fl, 2003.

4. "Multirate and Subband Signal Processing in Ultrawideband Communications," *2004 IEEE Int. Symp. On Circuits and Systems (ISCAS'04),* Vancouver, B.C., Canada, May 2004.

5. **"Design of Programmable Wireless Networks aka Cognitive Radio ,"** *IEEE Portable*, Orlando, FL, March 2007. (With R. Harjani, K. Parhi and G. Sobelman.)

6. **"Design of Programmable Wireless Networks aka Cognitive Radio ,"** *IEEE Symposium on Circuits and Systems*, New Orleans, LA, May 2007. (With R. Harjani, K. Parhi and G. Sobelman.)

2
3

7. **"**Medical Sensing Technologies for Patient Assistance," invited, *Tech Tune-up,* Univ. of Minnesota, May 2007.

8. "Bioinformatics," *2008 IEEE Int. Conf. Acoust., Speech and Signal Proc.,* Las Vegas, Nevada, March-April 2008, (with P. P. Vaidyanathan, E. Dougherty and H. Vikalo.)

9. **"**Wearable and Implantable Sensors," invited, *Tech Tune-up,* Univ. of Minnesota, June 2008.

*Invited Conference Publications:*

1. "Maximum Entropy Estimation for 2-D Isotropic Random Fields," A. H. Tewfik, B. C. Levy and A. S. Willsky, in *Proc. 1987 Conf. on Information Sciences and Systems*, Princeton, NJ, March 1987.

2. "A Multigrid Approach to Object Support Estimation from Diffraction-Limited Images," A. H. Tewfik, invited presentation, in *Proc. IEEE Inter. Conf. on Systems Engineering*, Pittsburgh, PA, August 1990.

3. "Wavelet Techniques in Image Processing," A. H. Tewfik and P. E. Jorgensen, invited paper, in *Proc. 44th Soc. for Imaging Science and Technology Conference*, St. Paul, MN, May 1991.

4. "Fast  Multiscale Statistical Signal Processing Algorithms," A. H. Tewfik and M.-Y. Kim, invited paper, in *Proc. 25th Asilomar Conference on Signals, Systems and Computers,* Monterey, CA., Nov. 1991.

5. "Robust Wavelet Domain Array Processing," A. H. Tewfik and M.-Y. Kim, invited paper, in *Proc. 6h  IEEE Signal Proc. Workshop on Statistical Signal and Array Proc.,* Victoria, B. C., Canada, Sept. 1992.

6. "Fast  Multiscale Statistical Signal Processing Algorithms," A. H. Tewfik and M.-Y. Kim, invited paper, in *Proc. of  the 1992 IEEE Conf. on Acoust. Speech and Signal Proc.*, San Francisco, CA,  March 1992.

7. "Wavelets in Optimal Radar Range-Doppler Imaging," A. H. Tewfik, invited paper, in *Proc. 26th Asilomar Conference on Signals, Systems and Computers,* Monterey, CA., Oct. 1992.

8. "Estimation of  Range-Doppler Radar Images," A. H. Tewfik, invited paper, in *Proc. of  the 1993 IEEE Symp. on Circuits and Systems*, Chicago, IL, May 1993.

9. "Acoustical Applications of Wavelets: Sonar and Audio Coding," A. H. Tewfik, invited paper, in *Proc. 125th  Meeting of the Acoustical Society of America,* Ottawa, Canada, May 1993.

10.  "Enhanced Wavelet Based Audio Coder,"  A. H. Tewfik and M. Ali, invited paper, in *Proc. 27th Asilomar Conference on Signals, Systems and Computers,* Monterey, CA., Nov. 1993.

11.  "Recent Developments in Wavelet Theory and Applications," A. H. Tewfik, invited *paper, NSF Sponsored International Conference on Mathematical Analysis and Signal Processing*, Cairo, Egypt, Jan. 1994.

12.  "Recent Progress in the Application of Wavelets in Surveillance Systems," A. H. Tewfik and S. Hosur, invited paper, in *Proc. SPIE Conf. on Wavelet Applications*, SPIE Proc. Vol. 2242, April, 1994.

13.  "M-target Class Adaptive Radar Range-Doppler Imaging in Clutter: Theory and Experimental Results," A. H. Tewfik and S. Sowelam, invited paper, in *Proc. SPIE Conf. on Wavelet Applications for Dual Use*, April 1995.

14.  "Wavelets: A Passing Wave or a Truly Useful Tool?," A. H. Tewfik, invited paper, in *Proc. SPIE Conf. Digital Processing Technology (Critical Review)*, April 1995.

15.  "Coding and Decoding Techniques for Multiscale Difference Equation Signal Models," M. Ali and A. H. Tewfik, invited paper, in *1995 IEEE Workshop on Nonlinear Signal and Image Processing*, Greece, June 1995.

16.  "Adaptive Signal Representations in Signal Acquisition and Processing", M. Ali and A. H. Tewfik, invited paper, in *17th Annual  Int. Conf. of the IEEE EMBS,* Sept. 1995.

17.  "Transparent Robust Image Watermarking," M. Swanson, B. Zhu and A. H. Tewfik, invited paper, in *Proc. 1996 IEEE Int. Conf. Image Proc.*, Lausanne, Switzerland, Sept. 1996.

18.  "Audio Coding: An Overview," A. H. Tewfik, invited paper, in *Twenty-Sixth Annual IEEE Communication Theory Workshop*, Tucson, Arizona, April 1997.

19. "Audio Watermarking and Data Embedding-Current State of the Art, Challenges and Future Directions," invited paper, in *Multimedia and Security Workshop, ACM Multimedia '98*, Bristol, September 1998.

20.  "Low Complexity M-Hypothesis Detection: M vector Case," invited paper, in *Proc. 32nd Asilomar Conference on Signals, Systems and Computers,* Monterey, CA., Nov. 1998.

21. "Content Based Retrieval: Who needs it", invited panel presentation, *1999 Electronic Imaging: Science and Tech.*, San Jose, CA, Jan. 1999.

22. "Data Embedding in Audio: Where Do We Stand," Ahmed H Tewfik, Mitchell D Swanson, Bin Zhu, invited paper, in *Proc. 1999 IEEE International Conference on Acoustics, Speech and Signal Processing,*, Phoenix, Arizona, March 1999.

23. "Current State of the Art, Challenges and Future Directions for Audio Watermarking," Mitchell D Swanson, Bin Zhu and Ahmed H Tewfik, invited paper, in *Proc. IEEE Int. Conf. Multimedia Computing and Systems,* Florence, Italy, June 1999.

24. "Self-Organizing Map Neural Network For Transient Signal Classification In Mechanical Diagnostics," Haoying Sun, Mostafa Kaveh, and Ahmed Tewfik, invited paper, in *Proc. 1999 IEEE-EURASIP Workshop on Nonlinear Signal and Image Processing*, Antalya, Turkey, June 1999.

25. "Multimedia Distribution: Personalization and Secure Watermarking," invited paper, A. H. Tewfik and M. Mansour, in *Proc. SSGRR2002w International Conference on Advances in Infrastructure for Electronic Business, Science, and Education on the Internet*, L'Aquila, Italy, January 2002.

26. "Security and Data Integrity," A. H. Tewfik, *NSF Signal Authentication Workshop*, Cocoa Beach, Florida, May 2002.

27. "Improving The Security Of Watermark Public Detectors," M. F. Mansour and A. H. Tewfik, *14th IEEE International Conference On Digital Signal Processing*, Santorini, Greece, July 2002.

28. "Synchronous UWB-OFDM**,"** Ebrahim Saberinia and A. H. Tewfik, *IEEE International Symposium on Advances in Wireless Communications*, Victoria, BC, Canada, September 2002.

29. "Generalized Ultrawideband Communications: Theory and Application," A. H. Tewfik, *Transmitting, processing and watermarking multimedia contents4th cost 276 workshop, Information and Knowledge Management for Integrated Media Communication*, Bordeaux, France, March 2003.

30. "Unified View of UWB Systems," A. Tewfik and E. Saberinia, invited paper, in *IEEE 2003 Radio and Wireless Conference (RAWCON)*, *UWB Systems and Applications Workshop,* Boston, MA, August 2003.

31. "Multi-user UWB Communications," E. Saberinia and A. Tewfik, invited paper, in *2003 IEEE Pacific Rim Conf. on Communications, Computers and Signal Processing (PACRIM'03)*, Victoria, B.C., Canada, August 2003.

32. "Ultrawideband Wireless Communications: Outlook and New Directions," A. Tewfik, *NSF Workshop On Wireless Telecommunications, US-Egypt economic development partnership,*, Cairo, Egypt, Jan. 2004.

33. "Pulsed OFDM modulation for Ultra wideband Communications," E. Saberinia, A. Tewfik, J. Tang and K. Parhi, invited paper, in *2004 IEEE Int. Symp. On Circuits and Systems (ISCAS'04),* Vancouver, B.C., Canada, May 2004.

34. "System aspects of multi-band UWB-OFDM: status and optimal design rules," A. Tewfik and E. Saberinia, invited paper, in *IEEE 2004 Radio and Wireless Conference (RAWCON)*, *UWB Technology Components, Systems, and Architectures Workshop,* Atlanta, GA, September 2004.

35. "Reduced Complexity Bounded Error Subset Selection," M. Alghoniemy and A. H Tewfik, invited paper, in *Proc. 2005 IEEE International Conference on Acoustics, Speech and Signal Processing,*, Philadelphia, PA, March 2005.

36. "Biclustering of DNA Microarray Data with Early Pruning", Ahmed H Tewfik and A. Tchagang, invited paper, in *Proc. 2005 IEEE International Conference on Acoustics, Speech and Signal Processing*, Philadelphia, PA, March 2005.

37. "Robust Biclustering Algorithm (ROBA) For DNA Microarray Data Analysis," Alain Tchagang and Ahmed H. Tewfik, invited paper, in *Proc. IEEE Workshop on Statistical Signal Processing,* Bordeaux, France, July 2005.

38. "Enhanced Position Location With UWB In Obstructed LOS And NLOS Multipath Environments," Syed F. A. Shah and Ahmed H. Tewfik, invited paper, in *Proc. XIII European Signal Proc. Conf. (EUSIPCO2005),* Antalya, Turkey, September 2005.

39. "Biclustering of Gene with Coherent Evolutions," Ahmed H Tewfik and A. Tchagang, invited paper, in *Proc. 2005 IEEE Workshop on Machine Learning for Signal Processing*, Mystic, CT, Sept. 2005.

40. "Localization In Wireless Sensor Networks Under Non Line-Of-Sight Propagation," S. Srirangarajan and A. H. Tewfik, invited paper, in *Proc. XXVIII General Assembly of International Union of Radio Science (URSI) 2005,* New Delhi, India, Oct 2005.

41. "A Differential Biclustering Algorithm for Comparative Analysis of Gene Expression," A. Tchagang and Ahmed H. Tewfik, invited paper, in *Proc. XIV European Signal Proc. Conf. (EUSIPCO2006),* Florence, Italy, September 2006.

42. "Signal Processing Techniques and Statistics for the Analysis of Human Genome Associated with Behavioral Abnormalities," A. Alqallaf and A. H. Tewfik, invited paper, in *Proc. 2007 IEEE Statistical Signal Processing Workshop*, Madison, WI,

Aug. 2007.

43. "Framework For Identification Of Common Variations In Multiple Samples Of Human Genome Associated With Behavioral Abnormalities Using Signal Processing Technique And Statistics," A. Alqallaf and A. H. Tewfik, invited paper, in *Proc. 41st Asilomar Conference on Signals, Systems and Computers,* Monterey, CA., Nov. 2007.

44. S. F. A. Shah and A. H. Tewfik, "Balanced binary sequences for UWB OFDM systems" invited paper, in *Proc. 41st Asilomar Conference on Signals, Systems and Computers,* Monterey, CA., Nov. 2007.

45. "Classification Techniques For Recurrent DNA Copy Number Data," A. Alqallaf and Ahmed H Tewfik, in *Proc. 3rd International Symposium on Communications, Control and Signal Processing, (ISCCSP 2008),* St. Julians, Malta, March 2008.

46. "Bridge Monitoring With Wireless Acoustic Emission Sensors," N. F. Ince, A. H. Tewfik and M. Kaveh, invited paper, in *Proc. Inaugural International Mechanics Institute (EM08) Conference,* Minneapolis, MN, May 2008.

47. "Sleep Apnea Detection with Wearable Sensor," A. Patangay and A. H. Tewfik, invited paper, *2009 Design of Medical Devices Conference*, Minneapolis, MN, April 2009.

48. "Overcoming Measurement Time Variability in Brain Machine Interfaces," B. V. Gowreesunker, A. H. Tewfik, V. A. Tadipatri, N. F. Ince, J. Ashe and G. Pellizzer, invited paper, in *Proc. 2009 IEEE Engineering in Medicine and Biology Conf. (EMBC'09)*, Minneapolis, MN, September 2009.

49. "Denoising of Multiscale/Multiresolution Structural Feature Dictionaries for Rapid Training of a Brain Computer Interface," N. F. Ince, V. A. Tadipatri, F. Goksu and A. H. Tewfik, invited paper, in *Proc. 2009 IEEE Engineering in Medicine and Biology Conf. (EMBC'09)*, Minneapolis, MN, September 2009.

50. "The Use of Local Field Potentials in Brain Computer Interfaces," N. F. Ince, R. Gupta, S. Arica, A. H. Tewfik, J. Ashe and G. Pellizzer, invited paper, in *Proc. 43rd Asilomar Conference on Signals, Systems and Computers,* Monterey, CA., Nov. 2009.

51. "Spatial Proximity based Subspace Decomposition for Movement Direction Decoding of Local Field Potentials," V. A. Tadipatri, B. V. Gowreesunker, A. H. Tewfik, N. F. Ince, J. Ashe and G. Pellizzer, invited paper, in *Proc. 43rd Asilomar Conference on Signals, Systems and Computers,* Monterey, CA., Nov. 2009.

52. "Registration of Patch Optical and MRI or CT Imagery for Real-time 3D Organ Tracking," D. Wang and A. H. Tewfik, *SPIE Conf. on Computational Imaging VIII, Proceedings of SPIE Volume 7533*, San Jose, Jan. 2010.

53. "Adaptive compressed sensing for sparse signals in noise," M. A. Iwen and A. H. Tewfik, *2011 Conference Record of the Forty Fifth Asilomar Conference on Signals, Systems and Computers (ASILOMAR),* pp.1240-1244, 6-9 Nov. 2011, doi: 10.1109/ACSSC.2011.6190214

54. "Augmented Cognition," A. H. Tewfik, *the Second Saudi International Electronics, Communications and Photonics Conference*, Riyad, April 2013, http://www.kacst-siecpc.org/2013/en/Invited_Speakers.html# .

55. Cognitive bias mitigation for sustainable offshore oil and gas production," A. H. Tewfik, *KAUST-NSF Conference on Electronic Materials, Devices and Systems for Sustainable Future,* Jeddah, Saudi Arabia, Feb. 2014.

56. "Optimal information sequencing for cognitive bias mitigation," N. Akl and A. H. Tewfik, to appear in *6th International Symposium on Communications, Control, and Signal Processing (ISCCSP 2014),* Athens, Greece, May 2014.

*Other Conference Publications:*

1. "Maximum Entropy Estimation for 2-D Isotropic Random Fields," A. H. Tewfik, B. C. Levy and A. S. Willsky, in *Proc. of 1984 DSP workshop,* Chatham, MA, Oct. 1984.

2. "Kalman Estimation for 2-D Isotropic  Random Fields," A. H. Tewfik, B. C. Levy and A. S. Willsky, in *Proc. of the 24th IEEE conference on Decision and Control*, Ft. Lauderdale, Fla, Dec. 1985.

3. "A New Parallel Smoothing Algorithm," A. H. Tewfik, B. C. Levy and A. S. Willsky, in *Proc. of  the 25th IEEE conference on Decision and Control*, Athens, Greece, Dec. 1986.

4. "An Efficient Maximum Entropy Technique  for 2-D Isotropic Random Fields," A. H. Tewfik, B. C. Levy and A. S. Willsky, in *Proc. of  the 1988 IEEE Conf. on Acoust. Speech and Signal Proc.*, New York, N.Y., April 1988.

5. "Distributed AR Spectral Estimation," A. H. Tewfik, in *Proc. of the Fourth IEEE workshop on Spectrum Estimation and Modeling,* Minneapolis, MN, Aug. 1988.

6. "Parallel Smoothing for Two-Point Boundary Value Systems," A. H.  Tewfik, in *Proc. of  the 27th IEEE conference on Decision and Control*, Austin, Texas, Dec. 1988.

7. "Harmonic Retrieval in the Presence of Colored Noise," A. H. Tewfik, in *Proc. of the 1989 IEEE Conf. on Acoust. Speech and Signal Proc.*, Glasgow, Scotland, UK, May 1989.

8. "An SVD Based Approach to Edge Detection," A. H. Tewfik, presented at the *SPIE Conf. on Applications of Digital Image Processing XII, SPIE Proc. 1153*, San Diego, CA, Aug. 1989.

9. "Direction Finding in The Presence of Colored Noise," A. H. Tewfik, invited paper presented at the *SPIE Conf. on Advanced Algorithms and Architectures for Signal Processing IV, SPIE Proc. 1152*, San Diego, CA, Aug. 1989.

10. "A Novel Coding Approach to High Throughput Rate FIR Filter Implementation," A. H. Tewfik and G. E. Sobelman, presented at the *SPIE Conf. on Real-Time Signal Processing XII, SPIE Proc. 1154,* San Diego, CA, Aug. 1989.

11. "Edge Detection Using Spectral Estimation Techniques," A. H. Tewfik, F. A. Assaad and M. Deriche, presented at the *Sixth IEEE Workshop on Multidimensional Signal Processing*, Monterey, CA, Sept. 1989.

12. "A Cross-Correlation Approach to Astronomical Speckle Imaging," Z. Wu and A. H. Tewfik, presented at the *Sixth IEEE Workshop on Multidimensional Signal Processing*, Monterey, CA, Sept. 1989.

13. "Frequency Domain Techniques for Edge Detection," M. Deriche, F. A. Assaad and A. H. Tewfik, presented at the *1989 Annual Meeting of the Optical Society of America*, Orlando, Fl, Oct. 1989.

14. "Minimum Support Object Reconstruction from Diffraction-Limited Images," A. H. Tewfik, presented at the *1989 Annual Meeting of the Optical Society of America*, Orlando, Fl, Oct. 1989.

15. "Blind Deconvolution of Blurred Images," A. H. Tewfik, presented at the *1989 Annual Meeting of the Optical Society of America*, Orlando, Fl, Oct. 1989.

16. "Comparison of Parametric and Nonparametric Edge Detection Algorithms," A. Amini and A. H. Tewfik, presented at the *SPIE Conf. on Image Processing and Techniques, SPIE Proc. 1244,* Santa Clara, CA, Feb. 1990.

17. "A Multigrid Approach to 2-D Blind Deconvolution," A. H. Tewfik, in *Proc. 1990 Conf. on Information Sciences and Systems*, Princeton, NJ, March 1990.

18. "Filtered Brownian Motion Texture Models," A. H. Tewfik and M. Deriche, presented at the *SPIE Conf. on Applications of Digital Image Processing XIII,* San Diego, CA, July 1990.

19. "Fast Multiscale Signal Detection in Fractional Gaussian Noise," A. H. Tewfik and M.-Y. Kim, presented at the *SPIE Conf. on Advanced Algorithms and Architectures for Signal Processing V,* San Diego, CA, July 1990.

20. "On the Equivalence of Uniform Circular Arrays and Uniform Linear Arrays," A. H. Tewfik and M. Hong, in Proc. of the *Fifth IEEE ASSP Workshop on Spectrum Estimation and Modeling*, Rochester, NY, Oct. 1990.

21. "Parameter Estimation for Filtered Discrete Fractal Signals," M. Deriche and A. H. Tewfik, in Proc. of the *Fifth IEEE ASSP Workshop on Spectrum Estimation and Modeling*, Rochester, NY, Oct. 1990.

22. "On The Choice of a Discrete Orthogonal Wavelet for Signal Decomposition," A. H. Tewfik and P. E. Jorgensen, presented at the *Fourth Digital Processing Workshop*, New Paltz, NY, Sept. 1990.

23. "Multigrid Approaches to Blur Identification and Object Support Estimation," A. H. Tewfik and H. Garnaoui, presented at the *Fourth Digital Processing Workshop*, New Paltz, NY, Sept. 1990.

24. "Multigrid Phase Retrieval," Z. Wu, H. Garnaoui and A. H. Tewfik, presented at the *1990 Annual Meeting of the Optical Society of America*, Boston, MA, Nov. 1990.

25. "Maximum Likelihood Estimation of the Fractal Dimensions of Stochastic Fractals and Cramer-Rao Bounds," A. H. Tewfik and M. Deriche, in *Proc. of the 1991 IEEE Conf. on Acoust. Speech and Signal Proc.*, Toronto, Ontario, Canada, May 1991.

26. "On The Choice of a Wavelet for Signal Coding and Processing," A. H. Tewfik and P. E. Jorgensen, in *Proc. of the 1991 IEEE Conf. on Acoust. Speech and Signal Proc.*, Toronto, Ontario, Canada, May 1991.

27. "Multigrid Algorithms for Image Reconstruction from Its Fourier Modulus," Z. Wu and A. H. Tewfik, in *Proc. of the 1991 IEEE Conf. on Acoust. Speech and Signal Proc.*, Toronto, Ontario, Canada, May 1991.

28. "On the Application of Uniform Linear Array Bearing Estimation Techniques to Uniform Circular Arrays," W. Hong and A. H. Tewfik, in *Proc. 1991 Joint Inter. IEEE AP-S/URSI.Symp.*, London, Ontario, Canada, June 1991.

29. "Estimation of the Angles of Arrivals of Multiple Wideband Sources," W. Hong and A. H. Tewfik, in *Proc. 1991 Joint Inter. IEEE AP-S/URSI.Symp.*, London, Ontario, Canada, June 1991.

30. "A Hybrid Multigrid Phase Retrieval Algorithm," Z. Wu and A. H. Tewfik, in *Proc. of the Seventh IEEE Workshop on Multidimensional Signal Processing*, Lake Placid, NY, Sept. 1991.

31. "M-band Wavelet Decompositions," H. Zou and A. H. Tewfik, in *Proc. of the 1992 IEEE Conf. on Acoust. Speech and Signal Proc.*, San Francisco, CA, March 1992.

32. "Coding/Synthesis of Speech and Music Signals Using Optimized Wavelets," D. Sinha and A. H. Tewfik, in *Proc. of the 1992 IEEE Conf. on Acoust. Speech and Signal Proc.*, San Francisco, CA, March 1992.

33. "Focusing Matrices For Wideband Array Processing With No a Priori Angle Estimates," W. Hong and A. H. Tewfik, in *Proc. of the 1992 IEEE Conf. on Acoust. Speech and Signal Proc.*, San Francisco, CA, March 1992.

34. "Design and Parametrization of M-band Orthogonal Wavelets," H. Zou and A. H. Tewfik, in *Proc. of the 1992 IEEE Symp. on Circuits and Systems*, San Diego, CA, May 1992.

35. "A New Wavelet Based MR Imaging Technique," X. Hu, A. H. Tewfik and H. Garnaoui, in *Proc. of the Eleventh Annual Scient. Meeting of the Soc. of Magn. Res. in Medicine*, Berlin, Germany, August 1992.

36. "Fast High Resolution Wavelet Based Magnetic Resonance Imaging," A. H. Tewfik, X. Hu and H. Garnaoui, in *Proc. of the Fifth Digital Processing Workshop*, Starved Rock State Park, IL, Sept. 1992.

37. "Complete Discrete Wavelet Transform Extrema Representations," H. Zou, A. H. Tewfik and W. Xu, in *Proc. of the Fifth Digital Processing Workshop*, Starved Rock State Park, IL, Sept. 1992.

38. "Optimal Waveform Selection in Range-Doppler Imaging," A. H. Tewfik in *Proc. of the Fifth Digital Processing Workshop*, Starved Rock State Park, IL, Sept. 1992.

39. "Fast Wavelet Based Magnetic Resonance Imaging," A. H. Tewfik, H. Garnaoui and X. Hu , in *Proc. Applied Imagery Pattern Recognition 1992, SPIE vol. 1838*, Washington, D.C., Oct. 1992.

40. "Fast Magnetic Resonance Imaging via Frequency Domain Wavelet Transforms," A. H. Tewfik, H. Garnaoui and X. Hu , in *Proc. of the 1993 IEEE Conf. on Acoust. Speech and Signal Proc.*, Minneapolis, MN, April 1993.

41. "Completeness and Stability of Partial Wavelet Domain Signal Representations" H. Zou, A. H. Tewfik and W. Xu , in *Proc. of the 1993 IEEE Conf. on Acoust. Speech and Signal Proc.*, Minneapolis, MN, April 1993.

42. "Wavelet Transform Domain LMS Algorithm" S. Hosur and  A. H. Tewfik, in *Proc. of the 1993 IEEE Conf. on Acoust. Speech and Signal Proc.*, Minneapolis, MN, April 1993.

43. "Low Bit Rate Transparent Audio Compression Using a Dynamic Dictionary and Optimized Wavelets" D. Sinha and  A. H. Tewfik, in *Proc. of the 1993 IEEE Conf. on Acoust. Speech and Signal Proc.*, Minneapolis, MN, April 1993.

44. "Filtered Fractals in Signal Modeling" M. Deriche and  A. H. Tewfik, in *Proc. of the 1993 IEEE Symp. on Circuits and Systems*, Chicago, IL, May 1993.

45. "Real-time Synthesis of CD-Quality Audio Using Adaptive Wavelet Based Coding Algorithm," M. Ali, A. H. Tewfik, D. Sinha, W. Anderson and J. Rowlands, in *Proc. 1993 DSPx  Conference*, San Jose, CA, Oct. 1993.

46. "Robust Multi-Resolution Integrated Target Sensing and Recognition," A. H. Tewfik, in  *Proc. 1st Joint ATR Workshop,* Lexington, MA, Nov. 1993.

47. "Perfect Reconstruction Filter Banks with Arbitrary Regularity," A. H. Tewfik, in *Proc. SPIE Conf. on Wavelet Applications*, SPIE Proc. Vol. 2242, April, 1994.

48. "Second Generation Audio Information Coding," A. H. Tewfik, M. Ali and V. Viswanathan, in *Proc. SPIE Conf. on Wavelet Applications*, SPIE Proc. Vol. 2242, April, 1994.

49. "Generalized URV Subspace Tracking LMS Algorithm" S. Hosur, A. H. Tewfik and D. Boley, in *Proc. of the 1994 IEEE Conf. on Acoust. Speech and Signal Proc.*, Adelaide, Australia, April 1994.

50. "Multiscale Difference Equation Signal Modeling and Analysis" M. Ali and  A. H. Tewfik, in *Proc. of  the 1994 IEEE Conf. on Acoust. Speech and Signal Proc.*, Adelaide, Australia, April 1994.

51. "Wavelet Domain Bearing Estimation in Unknown Correlated Noise" A. H. Tewfik, in *Proc. of  the 1994 IEEE Conf. on Acoust. Speech and Signal Proc.*, Adelaide, Australia, April 1994.

52. "ECG Coding by Wavelet Transform Extrema," A. E. Cetin, A. H. Tewfik and Y. Yardimci, *1994 IEEE Symp. Time-Freq. and Time-Scale*, Oct. 1994.

3
3

53. "Optimal Waveform Selection in Range-Doppler Imaging," S. Sowelam and A. H. Tewfik, *1994 IEEE Int. Conf. Image Proc.*, Nov. 1994.

54. "Wavelet Decomposition of Binary Finite Images," M. Swanson and A. H. Tewfik, *1994 IEEE Int. Conf. Image Proc.*, Nov. 1994.

55. "Waveform Selection for High Resolution Range-Doppler Imaging," A. H. Tewfik, *1995 ONR Wideband RF Science and Technology Workshop.*, Jan. 1995.

56. "Low Bit Rate Transparent Image Coding With Optimized Mixed Representations," A. H. Tewfik and B. Zhu, in *Proc. SPIE Conf. on Wavelet Applications for Dual Use*, April 1995.

57. "Image Coding with Mixed Representations and Visual Masking" B. Zhu, A. H. Tewfik and O. Gerek, in *Proc. of the 1995 IEEE Conf. on Acoust. Speech and Signal Proc.*, Detroit, MI, May 1995.

58. "Detection of Weak Signals Using Adaptive Stochastic Resonance" A. Asdi and A. H. Tewfik, in *Proc. of the 1995 IEEE Conf. on Acoust. Speech and Signal Proc.*, Detroit, MI, May 1995.

59. "Coding and Decoding Techniques for Multiscale Difference Equation Models," *IEEE Workshop on Nonlinear Signal and Image Processing*, Neos Marmaras, Greece, June 1995.

60. "Space-Invariant True-Velocity Flow Mapping Using Coplanar Observations," Y. M. Kadah and Ahmed H. Tewfik, *17th Annual Int. Conf. of the IEEE EMBS,* Sept. 1995.

61. "Waveform and Beamform Design for Doppler Ultrasound Vector Flow Mapping," Y. M. Kadah and A. H. Tewfik, *17th Annual Int. Conf. of the IEEE EMBS,* Sept. 1995.

62. "Adaptive Multiuser Receiver Schemes for Antenna Arrays," S. Hosur, A. H. Tewfik and V. Ghazi-Moghadam, *Sixth IEEE Int. Symp. On Personal, Indoor and Mobile Radio Comm. (PIMRC'95)*, Toronto, Canada, Sept. 1995.

63. "Theory of True Velocity Duplex Imaging Using A Single Transducer," Yasser M. Kadah and A. H. Tewfik, *1995 IEEE Int. Conf. Image Proc.*, Washington, D.C., Oct. 1995.

64. "Visual Masking and the Design of Magnetic Resonance Image Acquisition," H. H. Garnaoui and A. H. Tewfik, *1995 IEEE Int. Conf. Image Proc.*, Washington, D.C., Oct. 1995.

3
4

65. "Image Coding with Wavelet Representations, Edge Information and Visual Masking," B. Zhu, A. H. Tewfik, M. A. Colestock, O. N. Gerek and A. E. Cetin, *1995 IEEE Int. Conf. Image Proc.*, Washington, D.C., Oct. 1995.

66. "True Velocity Estimation Using the Correlation Technique," Y. M. Kadah and Ahmed H. Tewfik, *1995 IEEE Int. Ultrasonics Symp.,* Nov. 1995.

67. "Compact Angular Support Beams for Space Invariant Vector Flow Mapping," Y. M. Kadah and A. H. Tewfik, *1995 IEEE Int. Ultrasonics Symp.,* Nov. 1995.

68. "Efficient Coding of Wavelet Trees and Its Applications in Image Coding," B. Zhu, E. Yang and A. H. Tewfik, *1996 Visual Comm. and Image Proc. (VCIP'96)*, Orlando, Fl, March 1996.

69. "Image Coding for Content Based Retrieval," M. D. Swanson, S. Hosur and A. H. Tewfik, *1996 Visual Comm. and Image Proc. (VCIP'96)*, Orlando, Fl, March 1996.

70. "Coding for Content-Based Retrieval", M. Swanson and A. H. Tewfik, in *Proc. of the 1996 IEEE Conf. on Acoust. Speech and Signal Proc.*, Atlanta, GA, May 1996.

71. "High Quality Audio Coding Using Adaptive Signal Representation," K. Hamdy, M. Ali and A. H. Tewfik, in *Proc. of the 1996 IEEE Conf. on Acoust. Speech and Signal Proc.*, Atlanta, GA, May 1996.

72. "Optimal Subset Selection for Adaptive Signal Representation," M. Nafie, M. Ali and A. H. Tewfik, in *Proc. of the 1996 IEEE Conf. on Acoust. Speech and Signal Proc.*, Atlanta, GA, May 1996.

73. "Modeling Techniques for Multiscale Difference Equation Signal Models," M. Ali and A. H. Tewfik, in *Proc. of the 1996 IEEE Conf. on Acoust. Speech and Signal Proc.*, Atlanta, GA, May 1996.

74. "Wavelet transform domain RLS algorithm," S. Hosur and A. H. Tewfik, in *Proc. of the 1996 IEEE Conf. on Acoust. Speech and Signal Proc.*, Atlanta, GA, May 1996.

75. "Digital watermarks for audio signals," L. Boney, A. H. Tewfik and K. Hamdy, in *Proc. IEEE Multimedia Conf.*, Hiroshima, Japan, June 1996.

76. "Digital watermarks for audio signals," L. Boney, A. H. Tewfik and K. Hamdy, in *Proc. of the VII European Signal Proc. Conf. (Eusipco-96).*, Trieste, Italy, Sept. 1996.

77. "Robust Data hiding for images," M. Swanson, B. Zhu and A. H. Tewfik, in *Proc. 1996 IEEE DSP Workshop,* Loen, Norway, Sept. 1996.

78. "Transparent Robust Authentication and Distortion Measurement Technique for Images," B. Zhu, M. Swanson and A. H. Tewfik, in *Proc. 1996 IEEE DSP Workshop,* Loen, Norway, Sept. 1996.

79. "Binary valued wavelet decomposition of binary images," M. Swanson and  A. H. Tewfik, in *Proc. of  the VII European Signal Proc. Conf. (Eusipco-96).*, Trieste, Italy, Sept. 1996.

80. "Dual Set Arithmetic Coding and its Application in Image Coding," B. Zhu, E. Yang and A. H. Tewfik,  in *Proc. of  the VII European Signal Proc. Conf. (Eusipco-96).*, Trieste, Italy, Sept. 1996.

81. "Adaptive waveform selection for target classification," S. Sowelam and  A. H. Tewfik, in *Proc. of  the VII European Signal Proc. Conf. (Eusipco-96).*, Trieste, Italy, Sept. 1996.

82. "Embedded object dictionaries for image database browsing and searching," M. Swanson and A. H. Tewfik, *1996 IEEE Int. Conf. Image Proc.*, Lausanne, Switzerland, Sept. 1996.

83. "Expert computer vision based crab recognition system," K. Han and A. H. Tewfik, *1996 IEEE Int. Conf. Image Proc.*, Lausanne, Switzerland, Sept. 1996.

84. "Combined Audio and Visual Streams Analysis for Video Sequence Segmentation," J. Nam and A. H. Tewfik, in *Proc. of  the 1997 IEEE Conf. on Acoust. Speech and Signal Proc.*, Munich, Germany, April 1997.

85. "Time-Scale Modification of Audio Signals with Combined Harmonic and Wavelet Representations," K. Hamdy, A. H. Tewfik, T. Cheng and S. Takagi, in *Proc. of  the 1997 IEEE Conf. on Acoust. Speech and Signal Proc.*, Munich, Germany, April 1997.

86. "Automatic Fault Monitoring using Acoustic Emissions," G. T. Venkatesan, D. West, K. M. Buckley, A. H. Tewfik and M. Kaveh, in *Proc. of  the 1997 IEEE Conf. on Acoust. Speech and Signal Proc.*, Munich, Germany, April 1997.

87. "Audio coding for conversion to MIDI," N. J. Sieger and A. H. Tewfik, in *Proc. of the 1997 IEEE Workshop on Multidimensional Signal Processing*, Princeton, NJ, June 1997.

88. "Object Based Transparent Video Watermarking," M. D. Swanson, B. Zhu, B. Chau and A. H. Tewfik, in *Proc. of the 1997 IEEE Workshop on Multidimensional Signal Processing*, Princeton, NJ, June 1997.

89. "Adaptive Low Power Multimedia Communications," Tse-Hua Lan and A. H. Tewfik, in *Proc. of the 1997 IEEE Workshop on Multidimensional Signal Processing*,

Princeton, NJ, June 1997.

90. "Affine-Invariant Multiresolution Image Retrieval Using B-Splines," M. Swanson and A. H. Tewfik, *Proc. 1997 IEEE Int. Conf. Image Proc.*, Santa Barbara, CA, Oct. 1997.

91. "Joint Audio-Visual Streams Analysis for Hierarchical Video Shot," J. Nam, E. Cetin and A. H. Tewfik, *Proc. 1997 IEEE Int. Conf. Image Proc.*, Santa Barbara, CA, Oct. 1997.

92. "Optimal Waveform Selection for Radar Target Classification," S. Sowelam and A. H. Tewfik, *Proc. 1997 IEEE Int. Conf. Image Proc.*, Santa Barbara, CA, Oct. 1997.

93. "Data Hiding for Video-in-Video," M. Swanson, B. Zhu and A. H. Tewfik, *Proc. 1997 IEEE Int. Conf. Image Proc.*, Santa Barbara, CA, Oct. 1997.

94. "Multiresolution Video Watermarking Using Perceptual Models and Scene Segmentation," M. D. Swanson, B. Zhu, B. Chau and A. H. Tewfik, *Proc. 1997 IEEE Int. Conf. Image Proc.*, Santa Barbara, CA, Oct. 1997.

95. "Eigen-Image Based Video Segmentation and Indexing," K. Han and A. H. Tewfik, *Proc. 1997 IEEE Int. Conf. Image Proc.*, Santa Barbara, CA, Oct. 1997.

96. "Image Coding by Folding," B. Zhu and A. H. Tewfik, *Proc. 1997 IEEE Int. Conf. Image Proc.*, Santa Barbara, CA, Oct. 1997.

97. "Media Compression Via Data Hiding", B. Zhu and A. H. Tewfik, in *Proc. 31st Asilomar Conference on Signals, Systems and Computers,* Monterey, CA., Nov. 1997.

98. "Motion-Based Video Object Indexing Using Multiresolution Analysis," J. Nam and A. H. Tewfik, *Proc. 1998 Electronic Imaging: Science and Tech.*, San Jose, CA, Jan. 1998.

99. "Reduced Complexity M-Ary Hypotheses Testing In WirelesCommunications," M. Nafie and A. H. Tewfik, in *Proc. 1998 IEEE International Conference on Acoustics, Speech and Signal Processing*, Seattle, WA, May 1998.

100. "Progressive Resolution Motion Indexing Of Video Object," J. Nam and A. H. Tewfik, in *Proc. 1998 IEEE International Conference on Acoustics, Speech and Signal Processing*, Seattle, WA, May 1998.

101. "Blind Identification Of Single-Input Multiple-Output Pole-Zero Systems," G. T. Venkatesan, M. Kaveh, A. H. Tewfik and K. M. Buckley,  in *Proc.  1998 IEEE International Conference on Acoustics, Speech and Signal Processing*, Seattle, WA,

May 1998.

102.   "Optimal Sequential Search Technique for Radar Target Localization," A. Abdel Samad, and A. H. Tewfik,  in *Proc. 43rd Annual meeting of the SPIE*, San Diego, CA, July 1998.

103.   " Low Power Detection," M. Nafie and A. H. Tewfik, in *Proc. EUSIPCO 1998,* Rhodes, Greece, August 1998.

104.   "An Algebraic Approach to the Subset Selection Problem," M. Nafie and A. H. Tewfik, in *Proc. EUSIPCO 1998,* Rhodes, Greece, August 1998.

105.   "Acoustic Emission Transient Detection Based On Linear Model Residuals", D. Zhang, G. T. Venkatesan, A. H. Tewfik and M. Kaveh, in *Proc. IEEE Signal Processing Workshop on Statistical Signal and Array Processing,* Portland, Oregon, Sept. 1998.

106.   "Power Optimized Mode Selection For H.263 Video Coding And Wireless Communications,"  Tse-Hua Lan  and A. H. Tewfik, in *Proc. 1998 IEEE International Conference on Image Processing,* Chicago, IL, Oct.  1998.

107.   "Hybrid Wavelet Transform Filter For Image Recovery,"  K. J. Han  and A. H. Tewfik, in *Proc. 1998 IEEE International Conference on Image Processing,* Chicago, IL, Oct.  1998.

108.   "Audio-Visual Content-Based Violent Scene Characterization," J. Nam, M. B. Alghoneimy and A. H. Tewfik,  in *Proc. 1998 IEEE International Conference on Image Processing,*Chicago, IL, Oct.  1998.

109.   "Fast Polynomial Regression Transform For Video Database,"  K. J. Han  and A. H. Tewfik, in *Proc. 1998 IEEE International Conference on Image Processing,*Chicago, IL, Oct.  1998.

110.   "Low Power Detection Using Stochastic Resonance," in *Proc. 32nd Asilomar Conference on Signals, Systems and Computers,* Monterey, CA., Nov. 1998.

111.   "Low Complexity Dynamic Region and Translational Motion Estimation for Video Indexing," K. J. Han  and A. H. Tewfik, in *Proc. IEEE Signal Processing Society 1998 Workshop on Multimedia Signal Processing,*  Los Angeles, California, December  1998.

112.   "Unified Framework Of Source-Channel-Modulation Coding In Low Power Multimedia Wireless Communications," T. S. Lan and A. H. Tewfik,  in *Proc. IEEE Signal Processing Society 1998 Workshop on Multimedia Signal Processing,*  Los Angeles, California, December  1998.

113.    "A Deterministic Blind Identification Technique for SIMO Systems of Unknown Model Order," G. T. Venkatesan, L. Tong, M. Kaveh, A. H. Tewfik and K. M. Buckley, in *Proc. 1999 IEEE International Conference on Acoustics, Speech and Signal Processing,* Phoenix, Arizona, March 1999.

114.    "Performance and Complexity Trade Off in CDMA Multiuser Detection," M. Nafie and A. H. Tewfik, in *Proc. 1999 IEEE International Conference on Acoustics, Speech and Signal Processing,* Phoenix, Arizona, March 1999.

115.    "Low Bit Rate Sigma Filtered Perceptual Image Coding," Tse-Hua Lan, Ahmed H. Tewfik and Chung-Hui Kuo, *1999 IEEE-EURASIP Workshop on Nonlinear Signal and Image Processing*, Antalya, Turkey, June 1999.

116.    "Audio Coding Using Steady State Harmonics and Residuals," Khaled N. Hamdy, Ahmed H. Tewfik, in *Proc. IEEE Signal Processing Society 1999 Workshop on Multimedia Signal Processing*,  Copenhagen, Denmark, September  1999.

117.    "Rhythm and Periodicity Detection in Polyphonic Music," Masoud Alghoniemy, Ahmed H. Tewfik,  in *Proc. IEEE Signal Processing Society 1999 Workshop on Multimedia Signal Processing*,  Copenhagen, Denmark, September  1999.

118.    "Video Abstraction of Video," J. Nam and Ahmed H. Tewfik,  in *Proc. IEEE Signal Processing Society 1999 Workshop on Multimedia Signal Processing*, Copenhagen, Denmark, September  1999.

119.    "Minimization of the Spurious Shot Boundaries Using Principal Components Decomposition and Progressive Nonlinear Filter," K. J. Han and Ahmed H. Tewfik, in *Proc. 1999 IEEE International Conference on Image Processing,* Kobe, Japan, Oct.  1999.

120.    "Multiscale Sigma Filter and Active Contour for Image Segmentation," C. H. Kuo and Ahmed H. Tewfik, in *Proc. 1999 IEEE International Conference on Image Processing,* Kobe, Japan, Oct.  1999.

121.    "Search Strategies for Radar Target Localization," A. A. Abdel-Samad and Ahmed H. Tewfik, in *Proc. 1999 IEEE International Conference on Image Processing,* Kobe, Japan, Oct.  1999.

122.    "MultiGrid Embedding (MGE) Image Coding," Tse-Hua Lan and Ahmed H. Tewfik, in *Proc. 1999 IEEE International Conference on Image Processing,* Kobe, Japan, Oct.  1999.

123.    "Detection of Blood Perfusion," P. Krause, Ahmed H. Tewfik and J. Greenleaf, in *Proc. 1999 IEEE International Conference on Image Processing,* Kobe, Japan, Oct.  1999.

124.    "Low Bit Rate Sigma Filterd Perceptual Image Coding," Tse Hua Lan,  Ahmed H. Tewfik and C. H. Kuo, in *Proc. 1999 IEEE International Conference on Image Processing,* Kobe, Japan, Oct.  1999.

125.    "Progressive Quantized Projection Watermarking Scheme," Masoud Alghoniemy and Ahmed H. Tewfik, in *Proc. ACM Multimedia '99*, Orlando, Florida, Oct. – Nov. 1999.

126.    "Dynamic Video Summarization and Visualization," J. Nam and A. H. Tewfik, *ACM Multimedia '99*, Orlando, Florida, Oct. – Nov. 1999.

127.    "JPEG Transcompressor and Video Networks," Tse Hua Lan and  Ahmed H. Tewfik, *ACM Multimedia '99*, Orlando, Florida, Oct. – Nov. 1999.

128.    "Fraud Detection and Self  Embedding," Tse Hua Lan and  Ahmed H. Tewfik, *ACM Multimedia '99*, Orlando, Florida, Oct. – Nov. 1999.

129.    "Geometric Distortions Correction in Image Watermarking," Masoud Alghoniemy and Ahmed H. Tewfik, in *Proc. 2000 SPIE Conf. On Security and Watermarking of Multimedia Contents II*, vol. 3971, San Jose, CA, Jan. 2000.

130.  "Acoustic Emission Classification for Failure Prediction Due to Mechanical Fatigue", V. Emamian, M. Kaveh, A. H. Tewfik, *Proceeding of SPIE conference on Sensory Phenomena and Measurement Instrumentation for Smart Structure and Materials,* March 2000.

131.    "Robust Clustering of Acoustic Emission Signals Using the Kohonen Network." V. Emamian, M. Kaveh, A. H. Tewfik, *Proc. of the 2000 IEEE Conf. on Acoust. Speech and Signal Proc.*, Istanbul, Turkey, June 2000.

132.    "Hierarchical radar target localization," A. A.  Abdel-Samad and A. H. Tewfik, *Proc. of the 2000 IEEE Conf. on Acoust. Speech and Signal Proc.*, Istanbul, Turkey, June 2000.

133.    "Sigma filter based unsupervised color image segmentation," Chung Hui Kuo and A. H. Tewfik, *Proc. of the 2000 IEEE Conf. on Acoust. Speech and Signal Proc.*, Istanbul, Turkey, June 2000.

134.    "Personalized Music Distribution," Masoud Alghoniemy and Ahmed H. Tewfik, *Proc. of the 2000 IEEE Conf. on Acoust. Speech and Signal Proc.*, Istanbul, Turkey, June 2000.

135.    "Geometric Distortion Correction Through Image Normalization," Masoud Alghoniemy and Ahmed H. Tewfik, *Proc. 2000 International Conference on Multimedia and Expo, ICME'00,* New York, August 2000.

136.    "Unsupervised color image segmentation for content based application," Chung Hui Kuo and A. H. Tewfik, *Proc. 2000 International Conference on Multimedia and Expo, ICME'00,* New York, August 2000.

137.    "Dissolve Transition Detection using B-Splines Interpolation," J. Nam and A. H. Tewfik, *Proc. 2000 International Conference on Multimedia and Expo, ICME'00,* New York, August 2000.

138.    "Active Contour based Rock Sole Recognition," Chung Hui Kuo and A. H. Tewfik, *Proc. of the 2000 IEEE Conf. on Image Proc.*, Vancouver, Canada, September 2000.

139.    "Image Watermarking by Moment Invariants," Masoud Alghoniemy and Ahmed H. Tewfik, *Proc. of the 2000 IEEE Conf. on Image Proc.*, Vancouver, Canada, September 2000.

140.    "Sequential techniques in hierarchical radar target localization," A. A. Abdel-Samad and A. H. Tewfik, *Proc. of the 2000 IEEE Conf. on Image Proc.*, Vancouver, Canada, September 2000.

141.    "Robust High Capacity Data Embedding," T. Lan, M. Mansour, and A. Tewfik, *Proc. of the 2000 IEEE Conf. on Image Proc.*, Vancouver, Canada, September 2000.

142.    "User-Defined Music Sequence Retrieval," Masoud Alghoniemy and Ahmed H. Tewfik, *Proc. the eighth ACM International Multimedia Conference, Part II,* Los Angeles, Nov. 2000.

143.    "Wipe transition detection using polynomial interpolation," J. Nam and A. H. Tewfik, in *Proc. 2001 IS&T/SPIE Conference on Storage and Retrieval for Media Databases*, San Jose, CA, January 2001.

144.    "Techniques for data embedding in image using wavelet extrema," M. Mansour and A. H. Tewfik, in *Proc. 2001 IS&T/SPIE Conference On Security and Watermarking of Multimedia Contents III*, Vol. 4314, San Jose, CA, January 2001.

145.    "Acoustic emission classification using signal subspace projections," V. Emamian, S. Zhiqiang Shi, M.  Kaveh and A. H. Tewfik, *Proc. of the 2001 IEEE Conf. on Acoust. Speech and Signal Proc.*, Salt Lake City, Utah, June 2001.

146.    "Sigma filter based unsupervised color image segmentation," Chung Hui Kuo and A. H. Tewfik, *Proc. of the 2001 IEEE Conf. on Acoust. Speech and Signal Proc.*, Salt Lake City, Utah, June 2001.

147.    "Personalized Music Distribution," Masoud Alghoniemy and Ahmed H. Tewfik, *Proc. of the 2001 IEEE Conf. on Acoust. Speech and Signal Proc.*, Salt Lake City, Utah, June 2001.

148.    "A Network Flow Model for Playlist Generation," Masoud Alghoniemy and Ahmed H. Tewfik, *Proc. 2001 International Conference on Multimedia and Expo, ICME'01,* Tokyo, Japan, August 2001.

149. **"**Time-Scale Invariant Audio Data Embedding," M. F. Mansour and A. H. Tewfik, *Proc. 2001 International Conference on Multimedia and Expo, ICME'01,* Tokyo, Japan, August 2001.

150. "An Efficient Scheme for Image Transmission over Error-Prone Channels: Sigma Filtering and Image Interpolation," A. Lawabni and A. H. Tewfik, *Proc. 2001 International Conference on Multimedia and Expo, ICME'01,* Tokyo, Japan, August 2001.

130. "Image Transmission over Error-Prone Channels: Sigma Filtering and Multiple Description Objectives," A. Lawabni and A. H. Tewfik, in *Proc. IEEE Signal Processing Society 2001 Workshop on Multimedia Signal Processing,* Cannes, France, October 2001.

131. "Efficient Decoding of Watermarking Schemes in the Presence of False Alarms," M. Mansour and A. H. Tewfik, in *Proc. IEEE Signal Processing Society 2001 Workshop on Multimedia Signal Processing,* Cannes, France, October 2001.

151. "Color Halftone Document Segmentation and Descreening," C. H. Kuo, Ahmed H. Tewfik and R. Rao, *Proc. of the 2001 IEEE Conf. on Image Proc.*, Thessaloniki, Greece, October 2001.

152. "Scalable Cryptographic Scheme For Networked Multimedia Applications," K. J. Han and Ahmed H. Tewfik, *Proc. of the 2001 IEEE Conf. on Image Proc.*, Thessaloniki, Greece, October 2001.

153. "Adaptive Watermarking Using Successive Subband Quantization and Perceptual Model Based on Multiwavelet Transform," Ki Ryong Kwon and Ahmed H. Tewfik, in *Proc. 2000 SPIE Conf. On Security and Watermarking of Multimedia Contents IV*, vol. 4675, San Jose, CA, Jan. 2002.

154. "Packet Loss Recovery Hybrid Scheme For Image Multicast Applications," Abed Elhamid Lawabni and Ahmed H. Tewfik, *Proc. of the 2002 IEEE Conf. on Acoust. Speech and Signal Proc.,* Orlando, Florida, May 2002.

155. "Convolutional Decoding for Channels with False Alarms," M. Mansour and Ahmed H. Tewfik, *Proc. of the 2002 IEEE Conf. on Acoust. Speech and Signal Proc.,* Orlando, Florida, May 2002.

156. "Secure Watermark Detection With Nonparametric Decision Boundaries," M. Mansour and Ahmed H. Tewfik, *Proc. of the 2002 IEEE Conf. on Acoust. Speech and Signal Proc.,* Orlando, Florida, May 2002.

157. "A Scalable and Reliable Hybrid Scheme for Image Multicast Applications," Abed Elhamid Lawabni and Ahmed H. Tewfik, *XI European Signal Proc. Conf. (EUSIPCO2002),* Toulouse, France, September 2002.

158. "Secure Detection Of Public Watermarks With Fractal Decision Boundaries," M. Mansour and Ahmed H. Tewfik, *XI European Signal Proc. Conf. (EUSIPCO2002),* Toulouse, France, September 2002.

159. "Convolutional Codes for Channels with Substitutions, Insertions and Deletions," M. Mansour and Ahmed H. Tewfik, *Proc. of the 2002 IEEE Global Telecommunications Conf. (Globecom),* Taipei, Taiwan, November 2002.

160. "High Bit Rate Ultrawideband OFDM," E. Saberinia and Ahmed H. Tewfik, *Proc. of the 2002 IEEE Global Telecommunications Conf. (Globecom),* Taipei, Taiwan, November 2002.

161. "A Scheduled Broadcasting Protocol For Efficient Video On Demand," Y. Chung and Ahmed H. Tewfik, *Proc. of the 2003 IEEE Conf. on Acoust. Speech and Signal Proc.,* Hong Kong, China, April 2003.

162. "Detection And Screening Of Sleep Apnea Using Spectral And Time Domain Analysis Of Heart Rate Variability," A. Lawabni and Ahmed H. Tewfik, *Proc. of the 2003 IEEE Conf. on Acoust. Speech and Signal Proc.,* Hong Kong, China, April 2003.

163. "N-Tone Sigma-Delta UWB-OFDM Transmitter And Receiver," E. Saberinia and Ahmed H. Tewfik, *Proc. of the 2003 IEEE Conf. on Acoust. Speech and Signal Proc.,* Hong Kong, China, April 2003.

164. "WPAN Ultra-Wideband QPSK Communications," R. Gupta and Ahmed H. Tewfik, *Proc. of the 2003 IEEE Conf. on Acoust. Speech and Signal Proc.,* Hong Kong, China, April 2003.

165. "Capacity of UWB-OFDM," R. Gupta and Ahmed H. Tewfik, *Proc. of the IEEE 2003 Vehicular Technology Conference ,* Jeju, Korea, April 2003.

166. "Generating UWB-OFDM Using Sigma-Delta Modulators," E. Saberinia and Ahmed H. Tewfik, *Proc. of the IEEE 2003 Vehicular Technology Conference ,* Jeju, Korea, April 2003.

43

167.   "Single and Multi-carrier UWB Communications," E. Saberinia and Ahmed H. Tewfik, *Proc. of the Seventh International Symposium on Signal Processing and Its Applications*, Paris, France, July 2003.

168.   "Receiver Structures for Multi-carrier UWB Systems," E. Saberinia and Ahmed H. Tewfik, *Proc. of the Seventh International Symposium on Signal Processing and Its Applications*, Paris, France, July 2003.

169.   "Attacks on Quantization-based Watermarking Schemes," M. Mansour and Ahmed H. Tewfik, *Proc. of the Seventh International Symposium on Signal Processing and Its Applications*, Paris, France, July 2003.

170.   "An Efficient Video Broadcasting Protocol With Scalable Preloading Scheme," Y. Chung and A. H. Tewfik, *Proc. 2003 International Conference on Multimedia and Expo, ICME '03,* Baltimore, MD, July 2003.

171.   "All-Digital Receiver Structures for MC-UWB Systems," E. Saberinia and Ahmed H. Tewfik, *Proc. of the IEEE 2003 Fall Vehicular Technology Conference,* Orlando, Florida, October 2003.

172.   "Pilot Assisted Multi-user UWB Communications," E. Saberinia, Ahmed H. Tewfik and R. Gupta, *Proc. of the IEEE 2003 Fall Vehicular Technology Conference,* Orlando, Florida, October 2003.

173.   "Pulsed and Non-pulsed OFDM Ultra Wideband Wireless Personal Area Networks," E. Saberinia and A. H. Tewfik, *IEEE Conference on Ultra Wideband Systems and Technologies*, Reston, Virginia, Nov. 2003.

174.   "Effects of Duty Cycle and Frequency Hopping Speed on the Complexity and Performance of UWB Multiband OFDM," E. Saberinia, A. H. Tewfik, J. Tang and K. Parhi, *UWB Summit 2003,* Paris, France, December 2003.

175.   "Collision Resolution in Pseudocellular WLANs with Beamforming," Y. Zhao and A. H. Tewfik, *First IEEE-EURASIP International Symposium on Control, Communications and Signal Processing*, Hammamet, Tunisia, March 2004.

176.   "Analog To Digital Converter Resolution Of Multi-Band OFDM And Pulsed-OFDM Ultra Wideband Systems," E. Saberinia, A. Tewfik, K.-C. Chang and G. Sobelman, *First IEEE-EURASIP International Symposium on Control, Communications and Signal Processing*, Hammamet, Tunisia, March 2004.

177.    "Ranging in Multi-band Communication Systems," E. Saberinia and Ahmed H. Tewfik, *Proc. of the IEEE 2004 Spring Vehicular Technology Conference,* Milan, Italy, May 2004.

178.    "A Feedback Based Multicasting Protocol For Efficient Video On Demand," Y. Chung and A. H. Tewfik, *Proc. of the 2004 IEEE Conf. on Acoust. Speech and Signal Proc.,* Montreal, Canada, May 2004.

179.    "A Sparse Solution To The Bounded Subset Selection Problem: A Network Flow Model Approach," M. Alghoniemy and A. H. Tewfik, *Proc. of the 2004 IEEE Conf. on Acoust. Speech and Signal Proc.,* Montreal, Canada, May 2004.

180.    "Classification Of Closed And Open Shell Pistachio Nuts Using Principal Component Analysis Of Impact Acoustics," A. E. Cetin, T. C. Pearson and A. H. Tewfik, *Proc. of the 2004 IEEE Conf. on Acoust. Speech and Signal Proc.,* Montreal, Canada, May 2004.

181.    "High Performance Solution for Interfering UWB Piconets with Reduced Complexity Sphere Decoding," J. Tang, A. Tewfik, and K. Parhi, *2004 IEEE Int. Symp. On Circuits and Systems (ISCAS'04),* Vancouver, B.C., Canada, May 2004.

182.    "Analysis Of Higher-Order N-Tone Sigma-Delta Modulators For Ultra Wideband Communications," K.-C. Chang, G. Sobelman, E. Saberinia and A. Tewfik, *2004 IEEE Int. Symp. On Circuits and Systems (ISCAS'04),* Vancouver, B.C., Canada, May 2004.

183.    "Performance of N-Tone Sigma-Delta Modulators for UWB-OFDM," K.-C. Chang, G. Sobelman, E. Saberinia and A. Tewfik, *2004 IEEE Int. Conf. on Comm. (ICC'04),* Paris, France, June 2004.

184.    "Reduced Complexity Sphere Decoding and Application to Interfering IEEE 802.15.3a Piconets," J. Tang, A. Tewfik, and K. Parhi, *2004 IEEE Int. Conf. on Comm. (ICC'04),* Paris, France, June 2004.

185.    "Design and Implementation of Multi-band Pulsed-OFDM System for Wireless Personal Area Networks," E. Saberinia and A. Tewfik, *2004 IEEE Int. Conf. on Comm. (ICC'04),* Paris, France, June 2004.

186.    "Enhanced Time Resolution In Band Limited Communication Systems," E. Saberinia and Ahmed H. Tewfik, *XII European Signal Proc. Conf. (EUSIPCO2004),* Vienna, Austria, September 2004.

4
5

187.   "Bounded Subset Selection With Noninteger Coefficients," M. Alghoniemy and Ahmed H. Tewfik, *XII European Signal Proc. Conf. (EUSIPCO2004),* Vienna, Austria, September 2004.

188.   "Turbo Decodig for Generalized Channels," M. Mansour and Ahmed H. Tewfik, *Proc. of the 2004 IEEE Global Telecommunications Conf. (Globecom),* Dallas, Texas, November 2004.

189.   "Enhanced Localization in Wireless Personal Area Networks," E. Saberinia and Ahmed H. Tewfik, *Proc. of the 2004 IEEE Global Telecommunications Conf. (Globecom),* Dallas, Texas, November 2004.

190.   "Transmitter Architecture for Pulsed OFDM," K.-C. Chang, G. Sobelman, E. Saberinia and A. Tewfik, *Proc. 2004 IEEE Asia-Pacific Conference on Circuits and Systems (APCCAS 2004)*, Tainan, Taiwan, December 2004.

191.   "Congestion Relief in Wireless LANs," A. E. Lawabni and A. H. Tewfik, *Proc. 2004 IEEE Int. Symp. On Signal Proc. And Info. Proc*, Rome, Italy, December 2004.

192.   "Replica Placement with Update Latency Guarantees," A. E. Lawabni and A. H. Tewfik, *Proc. 2004 IEEE Int. Symp. On Signal Proc. And Info. Proc*, Rome, Italy, December 2004.

193.   "Infostation Information Transfer using Hybrid ARQ Technique Combined with Adaptive Modulation," Y. Al Harthi, A. H. Tewfik and M. S. Alouini, *Proc. 2004 IEEE Int. Symp. On Signal Proc. And Info. Proc*, Rome, Italy, December 2004.

194.   "Localization in Nonline-Of-Sight Environments for Wireless Sensor Networks," A. H. Tewfik and S. Srirangarajan, in *Proc. of the Second European Workshop on Wireless Sensor Networks*, Istanbul, Turkey, Jan.-Feb. 2005.

195.   **"**Classifiying Heart Valve Pathology Using Voice-Recognition Technology," M. Guion M, A, H. Tewfik, K. P. Madhu and A. Erdman, *J. of The American College of Cardiology*, vol. 45, no. 3, p. 333A, Feb. 2005.

196.   "Classification of Movement EEG with Local Discriminant Bases," N. F. Ince, Ahmed H Tewfik and S. Arica, in *Proc. 2005 IEEE International Conference on Acoustics, Speech and Signal Processing„* Philadelphia, PA, March 2005.

197.   "Detection Of Insect Damaged Wheat Kernels By Impact Acoustics"" T. C. Pearson, A. E. Cetin and A. H. Tewfik,, in *Proc. 2005 IEEE International Conference on Acoustics, Speech and Signal Processing„* Philadelphia, PA, March 2005.

198.   "Analysis and Visualization of Movement Related EEG Activities Using Local Discriminant Bases," N. F. Ince, Ahmed H Tewfik and S. Arica, in *Proc. 2nd IEEE EMBS Conf. on Neural Eng.,,* Arlington, VA, March 2005.

199.   "Opportunistic Scheduling With Quantized Feedback In Wireless Networks," Y. Al-Harthi, A. H. Tewfik and M.-S. Alouini, in *Proc. International Conference on Information Technology: Coding and Computing (ITCC 2005)*, Las Vegas, NV, April 2005.

200.   "A TDMA Based Scheduling Scheme In 802.11b WLANs With Access Point," O. Abu-Sharkh and A. H. Tewfik , in *Proc. International Conference on Information Technology: Coding and Computing (ITCC 2005)*, Las Vegas, NV, April 2005.

201.   "A Novel Update Propagation Module For The Data Provenance Problem: A Contemplating Vision On Realizing Data Provenance From Models To Storage," A. E. Lawabni, C. Hong, D. H. C. Du and A. H. Tewfik, in Proc. *22nd IEEE / 13th NASA Goddard Conference on Mass Storage Systems and Technologies*, Monterey, California, April 2005.

202.   "Cube Decoding," M. Alghoniemy and A. Tewfik, in *Proc. 2005 IEEE Int. Conf. on Comm. (ICC'05),* Seoul, Korea, May 2005.

203.   "Biclustering of DNA Microarray Data with Early Pruning," Ahmed H Tewfik and A. Tchagang, in *Proc. IEEE International Workshop on Genomic Signal Processing and Statistics  2005*, New Port, RI, May  2005.

204.   "Low-Complexity Receiver Structure with Sub-Nyquist Analog to Digital Sampling Rate for Pulsed-OFDM Ultra Wideband Communication Systems," E. Saberinia and A. H. Tewfik, in *Proc. 2005 International Conference on Wireless Networks, Communications and Mobile Computing*, Maui, Hawaii, June 2005.

205.   "Effect of Beampattern on Directional Beacon Based Position Location Algorithm For UWB Systems," S. F. A. Shah and  A. H. Tewfik, in *Proc. 2005 IEEE International Conference on Ultra-Wideband*, Zurich, Switzerland, Sept. 2005.

206.   "Robust Biclustering Algorithm (ROBA) For DNA Microarray Data Analysis," Alain Tchagang and Ahmed H. Tewfik, *XIII European Signal Proc. Conf. (EUSIPCO2005),* Antalya, Turkey, September 2005.

207.   "Handling Updates Of A Biological Sequence Based On Hidden Markov Models," Changjin Hong and Ahmed H. Tewfik, *XIII European Signal Proc. Conf.*

*(EUSIPCO2005),* Antalya, Turkey, September 2005.

208. "Edge Adapted Wavelet Transform For Image Compression," Fikri Goksu and Ahmed H. Tewfik, *XIII European Signal Proc. Conf. (EUSIPCO2005),* Antalya, Turkey, September 2005.

209. **"**Performance Analysis of Multi-Rate 802.11 WLANs under Finite Load and Saturation Conditions**,"** O. Abu-Sharkh and A. H. Tewfik, in *Proc. 2005 Fall 62nd IEEE Vehicular Technology Conference*, Dallas, TX, Sept. 2005.

210. "Transferring Multimedia Files Using Adaptive Transmission in Infostation Technology," Y. Al-Harthi, A. H. Tewfik and M.-S. Alouini, in *Proc. 2005 Fall 62nd IEEE Vehicular Technology Conference*, Dallas, TX, Sept. 2005.

211. "Multiuser Diversity-Enhanced Equal Access With Quantized Feedback in Multicarrier OFDM Systems," Y. Al-Harthi, A. H. Tewfik and M.-S. Alouini, in *Proc. 2005 Fall 62nd IEEE Vehicular Technology Conference*, Dallas, TX, Sept. 2005.

212. **"**Pruned Enumeration Approach To Bounded Error Subset Selection**,"** A. H. Tewfik and M. Alghoniemy, in *Proc. 2005 Workshop on Signal Processing with Adaptive Sparse Structured Representations (SPARS'05)*, Rennes, France, Nov. 2005.

213. "Multi-rate 802.11 WLANs," O. Abu-Sharkh and A. H. Tewfik, in *Proc. 2005 IEEE Global Telecommunications Conference (GLOBECOM '05)*, St Louis, MI, Dec. 2005.

214. "Localization in Wireless Sensor Networks Under Non Line-Of-Sight Propagation," S. Srirangarajan and A. H. Tewfik, in *Proc. 2005 IEEE Global Telecommunications Conference (GLOBECOM '05)*, St Louis, MI, Dec. 2005.

215. "Multiuser Diversity with Quantized Feedback," Y. Al-Harthi, A. H. Tewfik and M.-S. Alouini, in *Proc. 2005 IEEE Global Telecommunications Conference(GLOBECOM '05)*, St Louis, MI, Dec. 2005.

216. "Performance Analysis of Directional Beacon Based Position Location Algorithm For UWB Systems," S. F. A. Shah and A. H. Tewfik, in *Proc. 2005 IEEE Global Telecommunications Conference (GLOBECOM '05)*, St Louis, MI, Dec. 2005.

217. "Biological Significance of A Novel Biclustering Technique On Genetic Expression Data," L. Vertatschitsch, A. H. Tewfik, and A. Tchagang, *Proc. 2005*

*IEEE Int. Symp. On Signal Proc. And Info. Proc*, Athens, Greece, December 2005.

218.    "A Comparative Study of Coded OFDM Systems," Syed F. A. Shah and A. H. Tewfik, *Second IEEE-EURASIP International Symposium on Control, Communications and Signal Processing*, Marrakech, Morocco, March 2006.

219.    "Using Impact Acoustic Time-Frequency Patterns For Damaged Wheat Kernel Separation," N. F. Ince, I. Onaran, A. H. Tewfik, T. Pearson and A. E. Cetin, *Second IEEE-EURASIP International Symposium on Control, Communications and Signal Processing*, Marrakech, Morocco, March 2006.

220.    "Non-Redundant And Redundant Post Coding in OFDM Systems," Syed F. A. Shah and A. H. Tewfik, in *Proc. 2006 IEEE International Conference on Acoustics, Speech and Signal Processing*, Toulouse, France, May 2006.

221.    "Polynomial Time and Stack Decoding Solutions to Bounded Error Subset Selection," A. H. Tewfik and M. Alghoniemy, in *Proc. 2006 IEEE International Conference on Acoustics, Speech and Signal Processing*, Toulouse, France, May 2006.

222.    "Handling Updates of Pairwise Sequence Alignment," Changjin Hong and A. H. Tewfik, in *Proc. 2006 IEEE International Conference on Acoustics, Speech and Signal Processing*, Toulouse, France, May 2006.

223.    "Parallel Biclustering Of Genes With Coherent Evolutions: Algorithm and Biological Significance of The Biclusters," A. H. Tewfik, A. Tchagang and L. Vertatschitsch, in *Proc. 2006 IEEE International Conference on Acoustics, Speech and Signal Processing*, Toulouse, France, May 2006.

224.    "Uncovering Potential Biomarkers in Ovarian Carcinoma via Biclustering of DNA Microarray Data," A. Tchagang, A. Tewfik, A. Skubitz and K. Skubitz, in *Proc. IEEE International Workshop on Genomic Signal Processing and Statistics 2006*, College Station, TX, May 2006.

225.    "Analysis of Order Preserving Genes Biclusters," A. Tchagang, A. Tewfik and A. Skubitz, in *Proc. IEEE International Workshop on Genomic Signal Processing and Statistics 2006*, College Station, TX, May 2006.

226.    "Probabilistic Modeling Of Multi-Level Genetic Regulatory Logic," S. Noorbaloochi, J. Barbe and A. H Tewfik, in *Proc. IEEE International Workshop on Genomic Signal Processing and Statistics 2006*, College Station, TX, May 2006.

227.   "Reusable Dynamic Programming: Updating Sequence Alignment," C. Hong and A. H Tewfik, in *Proc. IEEE International Workshop on Genomic Signal Processing and Statistics  2006*, College Station, TX, May  2006.

228.   "Low Complexity Post-Coded OFDM Communication System: Design and Performance Analysis," Syed F. A. Shah and A. H.  Tewfik, in *Proc. XIV European Signal Proc. Conf. (EUSIPCO2006),* Florence, Italy, September 2006.

229.   "Motor Imagery Based Brain Computer Interface with Subject Adapted Time-Frequency Tiling," N. F. Ince, Ahmed H Tewfik and S. Arica, in *Proc. XIV European Signal Proc. Conf. (EUSIPCO2006),* Florence, Italy, September 2006.

230.   "Sensor Node Localization via Spatial Domain Quasi-Maximum Likelihood Estimation," S. Srirangarajan and A. H.  Tewfik, in *Proc. XIV European Signal Proc. Conf. (EUSIPCO2006),* Florence, Italy, September 2006.

231.   "Opportunistic Scheduling in Decentralized OFDM Systems," Y. Al-Harthi, A. H. Tewfik and M.-S. Alouini, in *Proc. 2006 Fall 64th IEEE Vehicular Technology Conference*, Montreal, Quebec, Canada, Sept. 2006.

232.   "Cross-layer-based Modeling of IEEE 802.11 Wireless LANs with MIMO Links," O. Abu-Sharkh and A. H.   Tewfik, in *Proc. 2006 IEEE Global Telecommunications Conference (GLOBECOM '06)*, San Francisco, CA, Nov.-Dec. 2006.

233.   "Distributed Sensor Network Localization With Inaccurate Anchor Positions And Noisy Distance Information," S. Srirangarajan, A. H. Tewfik and Z.-Q. Luo, in *Proc. 2007 IEEE International Conference on Acoustics, Speech and Signal Processing*, Honolulu, Hawaii, April 2007.

234.   "Group-Biomarkers Identification In Ovarian Carcinoma," A. Tchagang, A. H. Tewfik, A. Skubitz and K. Skubitz, in *Proc. 2007 IEEE International Conference on Acoustics, Speech and Signal Processing*, Honolulu, Hawaii, April 2007.

235.   "Characteristic Phase E-Sequences In Efficient Pulse-Compression Methods Using Discrete Wavelet Decomposition," J. Coker and  A. H. Tewfik, in *Proc. 2007 IEEE International Conference on Acoustics, Speech and Signal Processing*, Honolulu, Hawaii, April 2007.

236.   "In-Home Assistive System For Traumatic Brain Injury Patients," N. F. Ince, C.-H. Ming and A. H. Tewfik, in *Proc. 2007 IEEE International Conference on*

*Acoustics, Speech and Signal Processing*, Honolulu, Hawaii, April 2007.

237.   "Schizophrenia Classification using Working Memory MEG ERD/ERS Patterns," N. F. Ince, M. Stephane, A. H. Tewfik, G. Pellizzer, K. McClannahan , in *Proc. 3rd Int. IEEE EMBS Conference on Neural Engineering*,  Kohala Coast, Hawaii, USA, May 2007.

238.   "DNA Copy Number Detection and Sigma Filter," A. K. Alqallaf and  A. H. Tewfik, in *Proc. 2007 IEEE International Workshop on Genomic Signal Processing and Statistics,* Tuusula, Finland, June 2007.

239.   **"**Transcription Factor Discovery using Support Vector Machines and Heterogeneous Data," J.F. Barbe, A. H. Tewfik and  A. B. Khodursky, in *Proc. 2007 IEEE International Workshop on Genomic Signal Processing and Statistics,* Tuusula, Finland, June 2007.

240.   "Distributed Robust Biclustering Algorithm for Gene Expression Analysis," A. B. Tchagang and  A. H. Tewfik, in *Proc. 2007 IEEE International Workshop on Genomic Signal Processing and Statistics,* Tuusula, Finland, June 2007.

241.   "Monitoring of Obstructive Sleep Apnea in Heart Failure Patients," A. Patangay, P. Vemuri and A. H. Tewfik, in  *Proc. 2007 IEEE Engineering in Medicine and Biology Conf. (EMBC'07)*, Lyon, France, Aug. 2007.

242.   "Comprehensive Study of DNA Copy Number Analysis Using Sigma Filter," A. Alqallaf and Ahmed H Tewfik, in *Proc. XV European Signal Proc. Conf. (EUSIPCO2007),* Poznan, Poland, September 2007.

243.   "Subset Selection with Structured Dictionaries in Classification," N. F. Ince, F. Goksu, A. H Tewfik, I. Onaran,  and A. E. Cetin, in *Proc. XV European Signal Proc. Conf. (EUSIPCO2007),* Poznan, Poland, September 2007.

244.   "New Spreading Codes and Detection Algorithms for Low Complexity Post-Coded OFDM Systems," S. F. Shah and Ahmed H Tewfik, in *Proc. XV European Signal Proc. Conf. (EUSIPCO2007),* Poznan, Poland, September 2007.

245.   "One-Dimensional Modeling of DNA Sequences," A. Tchagang and Ahmed H Tewfik, in *Proc. XV European Signal Proc. Conf. (EUSIPCO2007),* Poznan, Poland, September 2007.

246.    "Dictionary and Sparse Decomposition Method Selection for Underdetermined Blind Source Separation," B. V. Gowreesunker and Ahmed H Tewfik, in *Proc. XV*

*European Signal Proc. Conf. (EUSIPCO2007),* Poznan, Poland, September 2007.

247.    "A Signal Representation Approach for Discrimination Between Full and Empty Hazelnuts," I. Onaran, N. F. Ince, Ahmed H Tewfik and A. E. Cetin, in *Proc. XV European Signal Proc. Conf. (EUSIPCO2007),* Poznan, Poland, September 2007.

248.    "Designing a Tighter Searching Space for Pairwise Global Sequence Alignments Over Multiple Scoring Systems," C. Hong and Ahmed H Tewfik, in *Proc. XV European Signal Proc. Conf. (EUSIPCO2007),* Poznan, Poland, September 2007.

249.    "Generalization Capability Of A Wearable Early Morning Activity Detection System," C. Min, N. F. Ince and Ahmed H Tewfik, in *Proc. XV European Signal Proc. Conf. (EUSIPCO2007)*, Poznan, Poland, September 2007.

250.    "Two Improved Sparse Decomposition Methods For Blind Source Separation," B. V. Gowreesunker and Ahmed H Tewfik, in *Proc. ICA'07, 7th Int. Conf. on Independent Component Analysis and Signal Separation*,  London, UK Sept. 2007.

251.    "Perfectly Balanced Binary Sequences with Optimal Autocorrelation," S. F. Shah and A. H. Tewfik, in *Proc. 14th IEEE International Conference on Electronics, Circuits and Systems*,  Marrakesh, Morocco, Dec. 2007.

252.    "Hierarchical Sequential Detection in the Context of Dynamic Spectrum Access for Cognitive Radios," N. Kundargi and A. H. Tewfik, in *Proc. 14th IEEE International Conference on Electronics, Circuits and Systems*,  Marrakesh, Morocco, Dec. 2007.

253.    "An ECoG Based Brain Computer Interface With Spatially Adapted Time-Frequency Patterns," N. F. Ince, F. Goksu and A. H. Tewfik in *Proc. Biosignals 2008,* Funchal, Madeira, Portugal, Jan. 2008.

254.    "Blind Source Separation Using Monochannel Overcomplete Dictionaries," V. Gowreesunker and  A. H. Tewfik, in *Proc. 2008 IEEE International Conference on Acoustics, Speech and Signal Processing*, Las Vegas, Nevada, March-April 2008.

255.    "Framework For The Analysis Of Genetic Variations Across Multiple DNA Copy Number Samples," A. Alqallaf,  A. H. Tewfik, R. Johnson and S. Selleck, in *Proc. 2008 IEEE International Conference on Acoustics, Speech and Signal Processing*, Las Vegas, Nevada, March-April 2008.

256.    "Random Sampling Strategies In Multistatic SAR," J. Coker and  A. H. Tewfik, in *Proc. 2008 IEEE International Conference on Acoustics, Speech and Signal Processing*, Las Vegas, Nevada, March-April 2008.

257.    "Sequential Pilot Sensing Of ATSC Signals In IEEE 802.22 Cognitive Radio Networks," N. Kundargi and  A. H. Tewfik, in *Proc. 2008 IEEE International Conference on Acoustics, Speech and Signal Processing*, Las Vegas, Nevada, March-April 2008.

258.    "Biological Evaluation Of Biclustering Algorithms Using Gene Ontology And Chip-Chip Data," A. Tchagang, B. Panayiotis and  A. H. Tewfik, in *Proc. 2008 IEEE International Conference on Acoustics, Speech and Signal Processing*, Las Vegas, Nevada, March-April 2008.

259.    "Predictive Value Of Recurrent DNA Copy Number Variations," A. K. Alqallaf, A. H. Tewfik, S. B. Selleck and R. L. Johnson, in *Proc. 2008 IEEE International Workshop on Genomic Signal Processing and Statistics,* Phoenix, Arizona, June 2008.

260.    "Low Complexity Tracking for Long Term Monitoring of Heart Sounds," A. Patangay and A. H. Tewfik, in  *Proc. 2008 IEEE Engineering in Medicine and Biology Conf. (EMBC'08)*, Vancouver Canada, Aug. 2008.

261.    "Classification of Continuously Executed Early Morning Activities Using Wearable Wireless Sensors," C. Min, F. Ince and A. H. Tewfik, in  *Proc. 2008 IEEE Engineering in Medicine and Biology Conf. (EMBC'08)*, Vancouver Canada, Aug. 2008.

262.    "Classification of EEG with Structural Feature Dictionaries in a Brain Computer Interface," F. Goksu, F. Ince, V. Tadipatri and A. H. Tewfik, in  *Proc. 2008 IEEE Engineering in Medicine and Biology Conf. (EMBC'08)*, Vancouver Canada, Aug. 2008.

263.    "Selection of Spectro-Temporal Patterns in Multichannel MEG with Support Vector Machines for Schizophrenia Classification," F. Ince, F. Goksu,  G. Pellizzer, A. H. Tewfik and M. Stephane, in  *Proc. 2008 IEEE Engineering in Medicine and Biology Conf. (EMBC'08)*, Vancouver Canada, Aug. 2008.

264.    "A Novel Subspace Clustering Method For Dictionary Design," B. V. Gowreesunker and A. H Tewfik, in *Proc. ICA 2009, 8th Int. Conf. on Independent Component Analysis and Signal Separation*,   Paraty, Brazil, March 2009.

265. "A Shift Tolerant Dictionary Training Method," B. V. Gowreesunker and  A. H Tewfik, in *Proc. 2009 Workshop on Signal Processing with Adaptive Sparse Structured Representations (SPARS'09)*, St. Malo, France, April 2009.

266. "Compressed Sensing and Multistatic SAR," J. D. Coker and  A. H. Tewfik, in *Proc. 2009 IEEE International Conference on Acoustics, Speech and Signal Processing*, Taipei, Taiwan, April 2009.

267. "Maximum Likelihood Principle for DNA Copy Number Analysis," A. Alqallaf, and  A. H. Tewfik, in *Proc. 2009 IEEE International Conference on Acoustics, Speech and Signal Processing*, Taipei, Taiwan, April 2009.

268. "Averaged Acoustic Emission Events for Accurate Damage Localization," N. F. Ince, C.-S. Kao, M. Kaveh, A. H. Tewfik and J. F. Labuz, in *Proc. 2009 IEEE International Conference on Acoustics, Speech and Signal Processing*, Taipei, Taiwan, April 2009.

269. "Movement Direction Decoding with Spatial Patterns of Local Field Potentials", F. Ince, R. Gupta, S. Arica,  A. H. Tewfik, J. Ashe and  G. Pellizzer, and in *Proc. 4th  Int. IEEE EMBS Conference on Neural Engineering*,  Antalya, Turkey, April-May 2009.

270. "Identifying Patterns Of Copy Number Variants In Case-Control Studies Of Human Genetic Disorders," A. K. Alqallaf, A. H. Tewfik, P. Krakowiak, F. Tassone, R. Davis, R. Hansen, I. Hertz-Picciotto, I. Pessah, J. Gregg and S. B. Selleck, in *Proc. 2009 IEEE International Workshop on Genomic Signal Processing and Statistics,* Minneapolis, MN, May 2009.

271. "Genetic Variation Detection Using Maximum Likelihood Estimator," A. Alqallaf, A. H. Tewfik and S. B. Selleck, in *Proc. 2009 IEEE International Workshop on Genomic Signal Processing and Statistics,* Minneapolis, MN, May 2009.

272. "A Nonparametric Sequential Kolmogorov-Smirnov Test for Transmit Opportunity Detection at the MAC Layer," N. Kundargi and  A. H. Tewfik, in *Proc. 10th IEEE International Workshop on Signal Processing Advances for Wireless Communications*, Perugia, Italy June 2009.

273. "Sparse Representation of Deformable 3D Organs," D. Wang and A. H. Tewfik, in *Proc. 2009 IEEE International Symposium on Biomedical Imaging*, Boston, MA, June - July 2009.

274. "Ambulatory Device for Urinary Incontinence Detection in Females," D. Wang, G. Timm, A. Erdman and A. H. Tewfik, in *Proc. 2009 IEEE Engineering in Medicine and Biology Conf. (EMBC'09)*, Minneapolis, MN, September 2009.

275. "A New Approach for ICD Rhythm Classification based on Support Vector Machines," B. Kamousi, A. H. Tewfik and P. Wang, in *Proc. 2009 IEEE Engineering in Medicine and Biology Conf. (EMBC'09)*, Minneapolis, MN, September 2009.

276. "Optimal Sensor Location for Body Sensor Network to Detect Self-Stimulatory Behaviors of Children with Autism Spectrum Disorder," C.-H. Min, A. H. Tewfik, Y. Kim and R. Menard, in *Proc. 2009 IEEE Engineering in Medicine and Biology Conf. (EMBC'09)*, Minneapolis, MN, September 2009.

277. **"**In Vivo Tracking of 3D Organs Using Spherical Harmonics and Subspace Clustering," D. Wang and A. H. Tewfik, in *Proc. 2009 IEEE Int. Conf. Image Proc.*, Cairo, Egypt, November 2009.

278. **"**Efficient Cooperative Spectrum Sensing in Cognitive Radio," D. Wang and A. H. Tewfik, in *Proc. of the 2009 IEEE Global Telecommunications Conf. (Globecom)*, Honolulu, Hawaii, December 2009.

279. **"**Development of a GPS Based Vehicle Tracking System for the MnROAD Research Facility," T. Burnham, M. Vasudevan and A. H. Tewfik, in *Journal of the Transportation Research Board, Transportation Research Board 2010 Annual Meeting*, Washington, DC, Jan. 2010.

280. "A Novel Sense-Transmit-Wait Strategy for Coexistence of Cognitive Radio Networks with IEEE 80211 WLANs**,"** Y. Liu, N. Kundargi and Ahmed H Tewfik, in *Proc. 4th International Symposium on Communications, Control and Signal Processing, (ISCCSP 2010),* Limassol, Cyprus, March 2010.

281. "DCN Variations for Autism Diagnosis**,"** M. Alsagabi and Ahmed H Tewfik, in *Proc. 4th International Symposium on Communications, Control and Signal Processing, (ISCCSP 2010),* Limassol, Cyprus, March 2010.

282. "A Novel Parallelized Goodness-of-Fit Test Based Dynamic Spectrum Access Technique for Cognitive Radio Networks**,"** N. Kundargi and Ahmed H Tewfik, in *Proc. 4th International Symposium on Communications, Control and Signal Processing, (ISCCSP 2010),* Limassol, Cyprus, March 2010.

5
5

283.   "Novel Pattern Detection in Children with Autism Spectrum Disorder Using Iterative Subspace Identification," C. Min and A. H. Tewfik, in *Proc. 2010 IEEE International Conference on Acoustics, Speech and Signal Processing*, Dallas, TX, March 2010.

284.   "Real Time Tracking of Exterior and Interior Organ Surfaces Using Sparse Sampling Of The Exterior Surfaces," D. Wang, Y. Zhang and A. H. Tewfik, in *Proc. 2010 IEEE International Conference on Acoustics, Speech and Signal Processing*, Dallas, TX, March 2010.

285.   "A Performance Study of Novel Sequential Energy Detection Methods for Spectrum Sensing," N. Kundargi and A. H. Tewfik, in *Proc. 2010 IEEE International Conference on Acoustics, Speech and Signal Processing*, Dallas, TX, March 2010.

286.   "ProTOMAC: Proactive Transmit Opportunity Detection at the MAC Layer for Cognitive Radios," N. Kundargi and A. H. Tewfik, in Proc. *2010 IEEE Int. Conf. on Comm. (ICC'10),* Cape Town, South Africa, May 2010.

287.   "Doubly Sequential Energy Detection for Distributed Dynamic Spectrum Access," N. Kundargi and A. H. Tewfik, in Proc. *2010 IEEE Int. Conf. on Comm. (ICC'10),* Cape Town, South Africa, May 2010.

288.   "Haptic interface design considerations for scrub nurse robots in microsurgery," A. Agovic, S. Levine, N. Papanikolopoulos, and A. H. Tewfik, *18th Mediterranean Conference on Control & Automation (MED), 2010* , vol., no., pp.1573-1578, 23-25 June 2010, doi: 10.1109/MED.2010.5547823

289.   "Time Robust Movement Direction Decoding in Local Field Potentials Using Channel Ranking," V. A. Tadipatri, A. H. Tewfik, J. Ashe, G. Pellizzer, and R. Gupta, in *Proc. 2010 IEEE Engineering in Medicine and Biology Conf. (EMBC'10)*, Buenos Aires, Argentina, August-September 2010. doi: 10.1109/IEMBS.2010.5627909

290.   "A real-time cardiac surface tracking system using Subspace Clustering," V. Singh, A. H. Tewfik and B. V. Gowreesunker, in *Proc. 2010 IEEE Engineering in Medicine and Biology Conf. (EMBC'10)*, Buenos Aires, Argentina, August-September 2010,doi:10.1109/IEMBS.2010.5627423

291.   "Automatic characterization and detection of behavioral patterns using linear predictive coding of accelerometer sensor data," C. Hong and A. H. Tewfik,in *Proc. 2010 IEEE Engineering in Medicine and Biology Conf. (EMBC'10),* Buenos Aires, Argentina, August-September 2010, doi: 10.1109/IEMBS.2010.5627850

5

6

292.   "Cube lattice decoder," M. Alghoniemy and A. H. Tewfik, *2010 International Conference on Software, Telecommunications and Computer Networks (SoftCOM),* pp.250-253, 23-25 Sept. 2010.

293.   "Segregation-based subspace clustering for huge dimensional data," M. I. Alsagabi and A. H. Tewfik, *2010 IEEE International Workshop on Genomic Signal Processing and Statistics (GENSIPS),* pp.1-4, 10-12 Nov. 2010, doi: 10.1109/GENSIPS.2010.5719667

294.   "Temporal Spectrum Sensing in Packet-Based Network Using Double Thresholds," Y. Liu, N. Kundargi and A. H. Tewfik, *2010 IEEE Global Telecommunications Conference (GLOBECOM 2010),* pp.1-6, 6-10 Dec. 2010,doi: 10.1109/GLOCOM.2010.5683830

295.   "Proactive transmit opportunity detection in cognitive radio networks," A. H. Tewfik, *2011 28th National Radio Science Conference (NRSC),* pp.1, 26-28 April 2011, doi: 10.1109/NRSC.2011.5873641

296.   " Real-time cardiac surface tracking from sparse samples using subspace clustering and maximum-likelihood linear regressors," V. Singh and A. H. Tewfik, in *Medical Imaging 2011: Image Processing,* Benoit M. Dawant; David R. Haynor, Editors, Proceedings of SPIE Vol. 7962 (SPIE, Bellingham, WA 2011), 796213.

297.   "Movement direction decoding of local field potentials using time-evolving spatial patterns," V. A. Tadipatri, A. H. Tewfik, J. Ashe, G. Pellizzer and R. Gupta, *2011 5th International IEEE/EMBS Conference on Neural Engineering (NER),* pp.392-395, April 27 2011-May 1 2011,doi: 10.1109/NER.2011.5910569

298.   "Using topographical channel distribution to decode movement directions from Local Field Potentials," V. A. Tadipatri, A. H. Tewfik, J. Ashe, G. Pellizzer and R. Gupta, *2011 IEEE International Symposium on Biomedical Imaging: From Nano to Macro,* pp.1835-1838, March 30 2011-April 2 2011, doi: 10.1109/ISBI.2011.5872764

299.   "Enhanced ultrasound imaging resolution with 3D optical patch imagery," D. Wang, A. Casper, A. H. Tewfik, and E. S. Ebbini, *2011 IEEE International Symposium on Biomedical Imaging: From Nano to Macro,* pp.21-24, March 30 2011-April 2 2011, doi: 10.1109/ISBI.2011.5872345

300.   "Optimal transmission strategies for channel capture mitigation in Cognitive Radio Networks," Y. Liu, N. Kundargi and A. H. Tewfik, *2011 IEEE International Conference on Acoustics, Speech and Signal Processing (ICASSP),* pp.3184-3187, 22-27 May 2011,doi: 10.1109/ICASSP.2011.5946698

301.   "Sparse common spatial patterns in brain computer interface applications," F. Goksu, N. F. Ince and A. H. Tewfik, *2011 IEEE International Conference*

on  Acoustics, Speech and Signal Processing (ICASSP), pp.533-536, 22-27 May 2011, doi: 10.1109/ICASSP.2011.5946458

302.     "An experimental assessment of transmit opportunities in packet based networks," N. Kundargi and A. H. Tewfik, 2011 7th International  Wireless Communications and Mobile Computing Conference (IWCMC), pp.1256-1261, 4-8 July 2011, doi: 10.1109/IWCMC.2011.598272

303.     "Semi-supervised event detection using higher order statistics for multidimensional time series accelerometer data," C.-H. Min, and A. H. Tewfik, 2011 Annual International Conference of the IEEE Engineering in Medicine and Biology Society, EMBC, pp.365-368, Aug. 30 2011-Sept. 3 2011, doi: 10.1109/IEMBS.2011.6090119

304.     "Segmented rapid magnetic resonance imaging using structured sparse representations," V. Singh, D. Wang and A. H.  Tewfik, 2011 18th IEEE International Conference on Image Processing (ICIP), , vol., no., pp.2277-2260, 11-14 Sept. 2011,doi: 10.1109/ICIP.2011.6116093

305.     "Inference using phi-divergence Goodness-of-Fit tests," N. Kundargi and A. H. Tewfik, 2012 IEEE International Conference on  Acoustics, Speech and Signal Processing (ICASSP), pp.3001-3004, 25-30 March 2012, doi: 10.1109/ICASSP.2012.6288546

306.     "Liver segmentation using structured sparse representations," V. Singh, D. Wang; A. H. Tewfik, and B. J. Erickson, 2012 IEEE International Conference on  Acoustics, Speech and Signal Processing (ICASSP), pp.565-568, 25-30 March 2012, doi: 10.1109/ICASSP.2012.6287942

307.     "Learning local vessel appearance models using structured sparsity," V. Singh and A. H.  Tewfik, 2012 9th IEEE International Symposium on Biomedical Imaging (ISBI), pp.1413-1416, 2-5 May 2012,doi: 10.1109/ISBI.2012.6235833

308.     "High efficient surgical simulation based on structured dictionary," D. Wang and A. H.  Tewfik 2012 9th IEEE International Symposium on Biomedical Imaging (ISBI),  pp.1188-1191, 2-5 May 2012, doi: 10.1109/ISBI.2012.6235773

309.     "Low complexity customized video playlist generation," M. Alghoniemy, and A. H. Tewfik, 2012 IEEE International Conference on Emerging Signal Processing Applications (ESPA),  pp.63-66, 12-14 Jan. 2012, doi: 10.1109/ESPA.2012.615244

310.     "Non-cooperative state tracking of a cognitive radio network with multiple primary users via multiple hypothesis testing," M. Seifeldin and A. H. Tewfik, 2012 IEEE 13th International Workshop on Signal Processing Advances in Wireless Communications (SPAWC), pp.169-173, 17-20 June 2012, doi: 10.1109/SPAWC.2012.6292880

311.    "Optimal ordering of observations for fast sequential detection," R. Iyer and A. H. Tewfik, in *proc. 20th European Signal Processing Conf. (EUSIPCO 2012)*, Bucharest, Romania, August 27-31, 2012.

312.    "Multi-channel analog-to-digital conversion using a single-channel quantizer," Y. Kim, A. H. Tewfik and B. V. Gowreesunker, in *proc. 20th European Signal Processing Conf. (EUSIPCO 2012)*, Bucharest, Romania, August 27-31, 2012.

313.    "Robust movement direction decoders from local field potentials using spatio-temporal qualitative patterns," V. A. Tadipatri, A. H. Tewfik, J. Ashe and G. Pellizzer, in *Proc. 2012 IEEE Engineering in Medicine and Biology Conf. (EMBC'12)*, San Diego, CA, August 28 -September 1 2012.

314.    "Sparse magnetic resonance imaging using tagging RF pulses," V. Singhand A. H. Tewfik *2013 10th IEEE International Symposium on Biomedical Imaging (ISBI)*, 7-11 April 2013, doi: 10.1109/ISBI.2013.6556472

315.    "A single SAR ADC converting multi-channel sparse signals," Wenjuan Guo, Youngchun Kim, A. Sanyal, A. Tewfik and Nan Sun, *2013 IEEE International Symposium on Circuits and Systems (ISCAS)*, pp.2235,2238, 19-23 May 2013, doi: 10.1109/ISCAS.2013.6572321

316.    "Fast dynamic magnetic resonance imaging using tagging RF pulses ," Vimal Singh and A. H, Tewfik, *2013 IEEE International Conference on Acoustics, Speech and Signal Processing (ICASSP'13)*, Vancouver Canada,  May 2013, doi: 10.1109/ICASSP.2013.6637781

317.    "Empirical likelihood ratio test with density function constraints ," Yingxi Liu and A. H, Tewfik, *2013 IEEE International Conference on Acoustics, Speech and Signal Processing (ICASSP'13),* Vancouver Canada,  May 2013, doi: 10.1109/ICASSP.2013.6638886

318.    "Source localization techniques for direction decoding from local field potentials," V. A. Tadipatri, A. H. Tewfik, J. Ashe and G. Pellizzer, in *Proc. 2013 IEEE Engineering in Medicine and Biology Conf. (EMBC'13)*, Osaka, Japan, 3-7 July 2013.

319.    "Low energy and latency touch detection using group testing," Y. Kim, A. H. Tewfik and B. V. Gowreesunker, in *proc. 21st  European Signal Processing Conf. (EUSIPCO 2013)*, Marrakesh, Morocco, 9-13 September, 2013.

320.    "Using feedback in long term trajectory decoding from local field potentials," Kareem Shabaik, Vijay Tadipatri and Ahmed H. Tewfik, in *Proc. 1st IEEE Global Conference on Signal and Information Processing (GlobalSIP'13)*, Austin, Texas, 3-5 December 2013.

321.   "Local error detection in sparse magnetic resonance imaging," Vimal Singh and Ahmed H. Tewfik, in *Proc. 1st IEEE Global Conference on Signal and Information Processing (GlobalSIP'13)*, Austin, Texas, 3-5 December 2013.

322.   "Low power detection on capacitive touch screens," Youngchun Kim and Ahmed H. Tewfik, in *Proc. 1st IEEE Global Conference on Signal and Information Processing (GlobalSIP'13)*, Austin, Texas, 3-5 December 2013.

323.   "Optimal Information Ordering in Sequential Detection Problems with Cognitive Biases," N. Akl and A. H. Tewfik, to appear in *2014 IEEE International Conference on Acoustics, Speech and Signal Processing (ICASSP),* May 4-9, 2014.

324.   "Long-term movement tracking from Local Field Potentials with an adaptive open-loop decoder," Vijay Aditya Tadipatri, A. H. Tewfik, J. Ashe, to appear in *2014 IEEE International Conference on Acoustics, Speech and Signal Processing (ICASSP),* May 4-9, 2014.


*Distinguished IEEE Lecturer Presentations*

1.  Purdue Univ., Dept. of Electrical Engineering Colloquium, "Multimedia Signal Processing," Nov. 1997.

2.  Rochester NY IEEE Signal Processing Chapter, "Multimedia Signal Processing," Nov. 1997.

3.  General Electric Corporate Research Laboratory, "Multimedia Signal Processing," Nov. 1997.

4.  Washington State University, Dept. of Electrical Engineering Colloquium, "Multimedia Signal Processing," March 1998.

5.  NJIT, Dept. of Electrical Engineering Colloquium, "Multimedia Signal Processing," April 1998.

6.  University of Minnesota and IEEE Signal Processing Chapter, Twin Cities, "E-commerce, Multimedia and Signal Processing," April 1998.

7.  Washington State University, Dept. of Electrical Engineering Colloquium, "Multimedia Signal Processing," March 1998.

8.   NJIT, Dept. of Electrical Engineering Colloquium, "Multimedia Signal Processing," April 1998.

9.  University of Minnesota and IEEE Signal Processing Chapter, Twin Cities, "E-commerce, Multimedia and Signal Processing," April 1998.

10. CNRS, Paris, France, "Commerce Électronique, Multimédia et Traitement Du Signal," Nov. 1998.

*IEEE Wireless 802 Standards Meetings Presentations*

1. 03147r1P802-15_TG3a-University-of-Minnesota-CFP-Presentation.ppt, March 2003.

2. 03147r3P802-15_TG3a-University-of-Minnesota-CFP-Presentation.ppt, May 2003.

3. 03147r4P802-15_TG3a-University-of-Minnesota-CFP-Presentation.ppt, July 2003.

*Other Presentations*

1. Carnegie Mellon University, Signal Processing Seminar, "Wavelet Representations", Aug. 1990.

2. University of California, Santa Barbara, Departmental Seminar, "Multiscale Techniques in Signal Processing", Feb. 1991.

3. Texas Instruments, Central Research Laboratory, Dallas, TX, "Introduction to Multiscale Signal Processing", June 1991.

4. Texas Instruments, Central Research Laboratory, Dallas, TX, "Wavelet Techniques in Audio Coding", June 1991.

5. Cornell University, Signal Processing Seminar, "Wavelets and Signal Processing" June 1991.

6. Rome Air Defense Center, Rome, NY, "Multiscale Techniques in Surveillance and Data Fusion", June 1991.

7. Rosemount, Inc., Eden Prairie, MN, "Wavelets in the Implementation of Signal Processing Algorithms", Aug. 1991.

8. AT&T Bell Laboratories, Murray Hill NJ, Signal Processing Seminar, "On the Optimal Choice of a Wavelet for Signal Representation", August 1991.

9. AT&T Bell Laboratories, Murray Hill NJ, Signal Processing Seminar, "Filtered Fractal Signal Models", August 1991.

10. University of Minnesota, Electrical Engineering Colloquium, "Scaling and Similarity in Signal Processing," Nov. 1991.

11. Medtronic, Inc., Fridley, MN, "Multiscale Signal Processing", Nov. 1991.

12. Texas Instruments, Computer Science Laboratory, Dallas, TX, "Adaptive Wavelet Based Audio Coding", March  1992.

13. Texas Instruments, Defense Systems Group, Dallas, TX, "Wavelets in High Resolution Radar Imaging", March  1992.

14. Texas Instruments, Central Research Laboratory Colloquium, Dallas, TX, "Wavelets in Signal and Image Processing," March  1992.

15. Institute of Mathematics and Its Applications, University of Minnesota, Workshop on Linear Algebra in Signal Processing, "Wavelets in Signal and Image Processing," April 1992.

16. DARPA Wavelet Meeting, "Wavelet Domain Radar Signal Processing," April 1992.

17.  General Electric Corporate Research Laboratory, "Wavelets in Radar and Medical Imaging," May 1992.

18.  Rome Air Defense Center, Rome, NY, "Wavelet Techniques in Surveillance Systems," September 1992.

19. ARPA Joint ATR Workshop, "Robust Multiresolution Integrated Target Sensing And Recognition," MIT Lincoln Labs., Nov. 1993.

20. Naval Weapons Center, China Lake, CA, "Wavelets and Radar Signal Processing," December 1993.

21. University of Minnesota, Physics Colloquium, "Wavelets: Theory and Applications," Feb. 1994.

22. ARPA, Washington, D.C., "Robust Multiresolution Integrated Target Sensing And Recognition," July 1994.

23. NSA, Washington, D.C., "Wavelets: Theory and Applications," Jan. 1995.

24. NRaD, San Diego, CA, "Adaptive Waveform Selection for High Resolution Range-Doppler Radar Imaging," Feb. 1995.

25. Texas Instruments, Dallas, TX, "Signal Processing and Multimedia," Jan. 1996.

26.  IBM, Tokyo, Japan, "Watermarking Digital Audio and Imagery," June 1996.

27. Tokyo Univ., Dept. of Math., "Wavelets: Potentials and Limitations," June 1996.

28. Bilkent Univ., Ankara, Turkey, "Signal Processing and Multimedia," July 1996.

29. NEC, Princeton, NJ, "Digital Watermarks for Audio and Images," Aug. 1996.

30. Northern Illinois University, Dept. of Electrical Engineering Colloquium, "Multimedia: The new Signal Processing Frontier," Oct. 1996.

31. Drexel Univ., Dept. of Electrical Engineering Colloquium, "New Vistas in Signal Processing: The Multimedia Challenge," Nov. 1996.

32. Optical Society of America, Minneapolis Chapter, "Wavelets: Theory and Applications," May 1998.

33. Air Force Research Laboratory, Rome, NY, "Data Embedding in Imagery," February 1999.

34. Air Force Research Laboratory, Rome, NY, "High Capacity Data Embedding," September 1999.

35. Institute of Math and Its Applications, Minneapolis, Minnesota, "Music 2001,", February 2001.

36. King Fahd University of Minerals and Petroleum, Dahran, Saudi Arabia, "Image Coding over Unreliable Channels," March 2001.

37. IEEE Dahran Section, Dahran Saudi Arabia, "Watermarking: Applications and Limitations," March 2001.

38. Air Force Research Laboratory, Rome, NY, "Provably Secure Watermarking," May 2001.

39. Microsoft Research Asia, Beijing, China, "Multimedia Distribution Issues," July 2002.

40. Microsoft Research Asia, Beijing, China, "Wireless Server and Storage Networks," July 2002.

41. Mitsubishi Electric Research Laboratory, Middletown, NJ, "UWB-OFDM Communications," October 2002.

42. Digital Technology Center, University of Minnesota, "Multimedia Distribution: General Overview and Media Security", November 2002.

43. Digital Technology Center, University of Minnesota, "Single and Multi Carrier UWB," November 2002.

44. Ecole Normale Superieure de Telecommunications, Paris, France, "Distribution De La Multimedia: Vue D'Ensemble Et Questions De Securite," December 2002.

45. 3M, St. Paul, MN, "2-D Wavelets with Adaptive Support", June 2003.

46. Cairo University, Cairo, Egypt, "Unified Treatment of UWB Communications", August 2003.

47. Michigan State University, East Lansing, Michigan, "Ultrawideband Communications: Overview and Outlook," October 2003.

48. Honeywell, Minneapolis, MN, "Ultrawideband Communications: Overview and Outlook," October 2003.

49. Cukurova University, Adana, Turkey, "Subset Selection in Signal Representation and Classification," Jan. 2005.

50. Koc University, Istanbul, Turkey, "Bounded Error Subset Selection," July 2005.

51. Koc University, Istanbul, Turkey, "Uncovering Genetic Pathways via Biclustering of DNA Microarray Data," July 2005.

52. Minnesota High Tech Association, "Wireless Communications: Ubiquitous Communications Comes Of Age," Oct. 2005.

53. Minnesota High Tech Association, "Tomorrow's Wireless Landscape," Oct. 2005.

54. IEEE Signal Processing Chapter, Chicago, IL and Univ. of Illinois, Chicago, "Biclustering in Genomics," Feb. 2006.

55. Ohio State University, "Biclustering in Genomics," April 2006.

56. Univ. of Illinois, Chicago, "The Quest For Additional Wireless Bandwidth And Higher Data Rates," July 2006.

57. Cukurova University, Adana, Turkey, "Diagnosing and Assisting Patients with Neurological Pathologies," Feb. 2007.

58. Bogazici University, Istanbul, Turkey, and IEEE Signal Processing Chapter, Turkey, "Subset Selection in Classification," Feb. 2007.

64

59. Boston University, "Biclustering and the Search for Group Biomarkers," April 2007.

60. RPI, "Biclustering and the Search for Group Biomarkers," May 2007.

61. Tech Tune-Up, Univ. of Minnesota, Minneapolis, MN, "Medical Sensing Technologies for Patient Assistance", June 2008.

62. Honeywell Automation and Control Solutions 2007 Fellows Symposium, "Rethinking Spectral Congestion," October 2007.

63. IEEE Signal Processing Chapter, Dallas, TX, "Biclustering and the Search for Group Biomarkers," Dec. 2007.

64. Univ. of Texas in Dallas, "Subset Selection," Dec. 2007.

65. Texas Instruments, Dallas, TX, "Trends in Diagnostics, Prevention and Management: A University of Minnesota Signal Processing Perspective," Dec. 2007.

66. MN Nano Association, Minneapolis, MN, "Rethinking Spectral Congestion," March 2008.

67. Goodrich Corp, Burnsville, MN, "Emerging Technologies in Wireless Communications: Ultrawideband and Cognitive Radio," May 2008.

68. Massachusetts Institute of Technology, Cambridge, MA, "Cell Phone Speech Enhancement via Sparse Reconstructions", May 2008.

69. Tech Tune-Up, Univ. of Minnesota, Minneapolis, MN, "Wearable and Implantable Sensors", June 2008.

70. Texas Instruments, Dallas, TX, "Speech Separation in Cell Phones," July 2008.

71. Queen Mary University of London, London, UK, "Cell Phone Speech Enhancement," July 2008.

72. National Telecommunications regulatory Agency of Egypt, Cairo, Egypt, "Speech Separation in Cell Phones," August 2008.

73. North Caroline State University, Raleigh, NC, "Local Field Potential Neural Prosthetics," November 2008.

74. University of Utah, Salt Lake City, Utah, "Local Field Potential Neural Prosthetics," February 2009.

75. IEEE Signal Processing Chapter, Rochester, NY, "Adaptive Local Field Potential Neural Prosthetics," April 2009.

76. National Telecommunications regulatory Agency of Egypt, Cairo, Egypt, "ProTOMAC: Proactive Transmit Opportunity Detection at the MAC Layer for Cognitive Radio Networks," August 2009.

77. Nile University, Giza, Egypt, "Extracting Behavior Specific Components from Local Field Potential Signals in Neural Prosthetics," April 2009.

78. Cairo University, Cairo, Egypt, "Real Time Tracking of 3D Organ Deformation Using Limited Field Optical Views," November 2009.

79. IEEE Aerospace and Electronic Systems society Chapter of Twin Cities, Eagan, MN, "ProTOMAC: Proactive Transmit Opportunity Detection at the MAC Layer for Cognitive Radio Networks," January 2010.

80. IEEE Instrumentation and Measurement Society Meeting, Austin. TX, "Proactive Transmit Opportunity Detection in Cognitive Radio Networks," October 2010.

81. National Instruments, Austin, TX, "Diagnostics, Prevention and Management," December 2010.

82. 2011 Electrical and Computer Engineering Department Heads Association Conference, Phoenix, Arizona, "Challenges and Opportunities for ECE in the Coming Decades," Panelist, March 2011.

83. Cairo University, Cairo, Egypt, "Multiple-Channel A/D Conversion with a Single Sigma Delta Modulator," August 2011.

84. IEEE Smart Tech: Metro Area Workshop Series, Austin. TX, "The Future of Electrical and Computer Engineering," October 2011.

85. King Abdullah University of Science and Technology (KAUST), Thuwal, Saudi Arabia, "Proactive Transmit Margin Based Cognitive Radio," February 2012.

86. King Abdullah University of Science and Technology (KAUST), Thuwal, Saudi Arabia, "Real Time Tracking of 3D Organ Surfaces Using Single MR Image and Limited Optical Viewing," February 2012.

87. Cairo University, Cairo, Egypt, "Overcoming Physical Challenges in Medical Imaging," February 2012.

88. University of Texas San Antonio, San Antonio, Texas, "Segmented Rapid Magnetic Resonance Imaging," March 2012.

89. Texas Tech University, Lubbock, Texas, "Overcoming Physical Challenges in Medical Imaging," April 2012.

90. University of Louisiana at Lafayette, Lafayette, Louisiana, "Overcoming Physical Challenges in Medical Imaging," April 2102.

91. Texas Instruments, Tucson, Arizona, "Multiple-Channel A/D Conversion with a Single Sigma Delta Modulator," May 2012.

92. Cairo University, Cairo, Egypt, "Behavioral Networking and Decision Making," August 2012.

93. King Abdullah University of Science and Technology (KAUST), Thuwal, Saudi Arabia, "Information Sequencing and Communications for Rational Decision Making," February 2013.

94. Iowa State University, Ames, Iowa, "Behavioral Networking and Decision Making," April 2013.


*Professional Activities*

• Member of the Editorial Board, *IEEE Signal Processing Magazine,* 2005 – 2008.

• Associate Editor for the *EURASIP J. Bioinformatics and Systems Biology*, 2005 - Present.

• Guest Editor for a special issue on "Bioinformatics", for the IEEE J. Selected Topics in Signal Processing, 2007-2008.

• Guest Editor for a special issue on "UWB Communications", for the *EURASIP J. Wireless Communications and Networking*, 2005-2006.

• President, *IEEE Communications and Signal Processing Chapter,* Twin Cities, MN, 2003 -2005.

• Guest Editor for a special issue on "Watermarking", *IEEE Trans. on Signal Processing*, 2002.

• Guest Editor for a special issue on "Multimedia Databases", *IEEE Trans. on Multimedia*, 2001-2002.

• Founding Editor of the *IEEE Signal Proc. Letters*, April 1993- 1999.

- Guest Editor for a special issue on "Wavelets in Signal Processing", *IEEE Trans. on Signal Proc.*, 1997-1998.

- Guest Editor for a special issue on "Wavelets in Signal Processing", *IEEE Trans. on Signal Proc.*, 1992-1993.

- Associate Editor for the *IEEE Trans. on Signal Proc.*, Nov. 1989-Oct. 1991.

- Member of the Technical Committee for the *1992 and 1996 IEEE Digital Signal Processing Workshop,* Loen, Norway, Sept. 1996.

- Member of the Technical Committee for the *1995 and 1996 SPIE Wavelet Applications Conferences,* Orlando, Fla., April 1996.

- Member of the Technical Committee for the *1996 SPIE Visual Communications and Image Processing Conference,* Orlando, Fla., March 1996.

- Organizer and Chair of a Special Session on "Fractals and Multiscale Difference Equation Models," *1995 IEEE Workshop on Nonlinear Signal and Image Processing*, Neos Marmaras, Greece, June 1995.

- Member of the Multimedia Signal Processing Technical Committee of the *IEEE Signal Processing Society,* 1998 - 2002.

- Member of the Digital Signal Processing Technical Committee of the *IEEE Signal Processing Society,* 1992-1998.

- Organizer and Chair of a Minisymposium on "New Directions in Signal Processing," as part of the *SIAM Meeting on Control and Its Applications* , Minneapolis, MN, Sept. 1992.

- Member of the Organizing Committee for the *IEEE International Conference on Acoustics, Speech and Signal Processing (ICASSP'93),* Minneapolis , MN, May 1993.

- Member of the Technical Committee for the *4th IEEE Workshop on Spectrum Estimation and Modeling,* Minneapolis , MN, Aug. 1988.

- Reviewer for the *IEEE Trans. on Signal Processing* (Previously the *IEEE Trans. Acoust., Speech and Signal Proc.*), *IEEE Trans. on Circuits and Systems, IEEE Trans. on Information Theory*, *IEEE Trans. on Automatic  Control*. and the *Journal Society America  A*.

- Reviewer for the Addison-Wesley and McGraw-Hill Publishing Companies.

- Reviewer and Panel member for the National Science Foundation and the Air Force Office of Scientific Research.

*External Research Grants*

1. AT&T Special Purpose Grant, "Research Equipment for Multidimensional Signal Processing," $20,280, Oct. 1988-Oct. 1989.

2. NSF, "CISE Research Instrumentation," $50,000 plus $30,000 in Univ. of Minnesota matching funds, with M. Kaveh, Aug. 1989-Jan. 31, 1991.

3. NSF Research Initiation Grant, "Filtered Fractal Analysis for Intelligent Systems," $60,000, July 1990-June 1992.

4. Texas Instruments, "Novel Multiscale Approaches to Low Bit Rate Speech Coding," $24,800, 3/91-2/92.

5. AFOSR, "Multiscale and Multigrid Information Representation and Fusion," $28,388, February 1992-January 1993.

6. Texas Instruments, "Wavelets in Signal Processing," $26,500, January 1992-December 1992.

7. NSF, "Fast High Resolution Wavelet Based Magnetic Resonance Imaging," $48,783, May 1992-April 1993.

8. ONR, "Wavelet Domain Radar Signal Processing," $235,012, June 1992-June 1995.

9. Texas Instruments, "Adaptive Wavelet Decompositions," $28,500, January 1993-December 1993.

10. AFOSR, "Multiscale Surveillance Information Acquisition and Fusion," $148,209, February 1993-January 1995.

11. Alaska Dept. of Fish and Game/InfoPet, Inc., "Expert Computer Vision Based Crab Classification System," $73,498, February 1993-July 1994.

12. ARPA, "Robust Multiresolution Integrated Target Sensing and Recognition," $499,850, June 1993-May 1996.

13. Texas Instruments, "Wavelet Techniques in Signal Acquisition and Coding," $20,000, January 1994- December 1994.

14. NSF, "Museum Audio Visual Information Management System, $33,905, August 1994-July 1997.

15. CRASP/USC, "Wavelet Domain And Subspace Tracking Adaptive Beamforming and Filtering," $42,000, Oct. 1994- Oct. 1995.

16. Computing Devices International, Inc., "Wavelet Coding of Aerial Imagery," $20,000, November 1994- October 1995.

17. Texas Instruments, "Audio and Visual Signal Coding and Management," $20,000, January 1995- December 1995.

18. AFOSR, "New Priorities in a changing US Economy," $450,000,  Sept. 1994- Oct. 1997. (With A. Tannenbaum, A. H. Tewfik's share: $321,500.)

19. Alaska Dept. of Fish and Game, "Vision Based Crab Classification,"  $76,750, Oct. 1994 - June 1996.

20. ONR, "Integrated Microsensors for Aircraft Fatigue and Failure Warning," Dec. 1994- Dec. 1999,  Univ. Of Minnesota share in 1995- 1996: $685,224 . (D. Polla, Univ. Of Minnesota, PI. Part of an MURI that included Georgia Tech and Northwestern University. Tewfik was one of three faculty in Signal Processing supported by this grant.)

21. ONR, "Adaptive Radar Imaging and Signal Processing," $316,854, June 1995-June 1998.

22. CRASP/USC, "Adaptive Discrete Time Stochastic Resonance And Its Applications," $40,000, Sept. 1995 - Aug. 1996.

23. AFOSR, "Reduced Signature Target Detection," Univ. Of Minnesota share: $653,998, Feb. 1996- March 2002.  (D. Castanon, Boston University, PI. With A. Tannenbaum. Part of an MURI to a consortium that includes Boston University, Northeastern University, MIT, University of Michigan and Stanford University.)

24. NSF, "Cooperative Research in Lossy Data Compression," $8,820, December 1996- November 1998, with J. Kieffer.

25. Alaska Dept. of Fish and Game, "Development of a Crab and Ground Fish Classification System", $81,958, March 1997 - March 1999.

26. NIH, "Specialized Ultrasound Beams for Medical Imaging," $110,000, September 1997 – June 2000.

27. AFRL, "Data Embedding in Imagery and Its Applications," $399,999, June 1998 – December 2001.

28. NSF, "Mobile Communications and Networking," $820,000, Oct. 1999- Sept. 2002, (G. B. Giannakis, PI).

29. NSF, "Graduate Student Travel to ICME," $15,000, July-December 2002.

30. NSF, "ITR: Generalized Ultrawideband Communications for High Speed Networking," $499,000, July 2003-June 2006.

31. NSF, "Food Quality and Safety by Kernel Classification," $35,000, (no overhead) April 2004-March 2007.

32. StorageTek, "DTC Intelligent Storage Consortium", $135,000, Dec. 2002- Dec. 2005, (with D. Du, D. Lilja, Y. Kim and J. Weissman).

33. 3M, "Stethoscope Diagnostic Aid", $260,000, Sept. 2003-Sept. 2005, (A. Erdman, PI).

34. Honeywell, "Localization and Ranging in Sensor Networks", $25,000, (reduced overhead) July 2004-July 2005.

35. LSI Logic Corp/Engenio, "DTC Intelligent Storage Consortium", $190,000, March 2004- March 2008, (with D. Du, D. Lilja, Y. Kim and J. Weissman).

36. Symantec, "DTC Intelligent Storage Consortium", $225,000, May 2004- May 2008, (with D. Du, D. Lilja, Y. Kim and J. Weissman).

37. SUN Microsystems, "DTC Intelligent Storage Consortium", $270,000, Dec. 2002- Dec. 2008, (with D. Du, D. Lilja, Y. Kim and J. Weissman).

38. Smaby, "A Wireless Hearing Aid Microphone Array," $15,689, (reduced overhead) Jan. 2005-May 2005.

39. DARPA, "Non-Intrusive Health Monitoring for Post-Battle Wellness Management," $300,000, Feb. 2006 – Feb. 2008. with Red Wing Technologies)

40. Veterans Administration, "Research Post-Doc: Neural Network of Auditory Verbal Hallucination," $25,299.6, Oct. 2005 – Sept. 2006.       (with M. Stephan)

41. Texas Instruments, "Speaker Separation in Cellular Handsets," $75,000 (direct costs), Sept. 2006 – May 2008.

42. Veterans Administration, "The Neural Network of Auditory Verbal Hallucinations," $40,000 (direct costs), Oct. 2006 – Sept. 2009. (with M. Stephan)

43. MN Department of Transportation, "Revision of the MnROAD Offline Data Peak-Picking Program", $21,463 (direct costs), April 2006 - Jan. 2007.

44. MN Department of Transportation, "Vehicle Position Tracking During Load Response Testing", $80,000 (direct costs), Nov. 2007- May 2010.

45. AVSI Consortium (BAE, Boeing, Goodrich, Honeywell, Lockheed Martin, Rockwell Collins, Smiths Aerospace, UTC), "Feasibility of Intra Aircraft Wireless Sensors," Phase I: $80,000, March 2008 – April 2009.      (with  Y. Kim, N. Hopper and M. Heimdahl)

46. Texas Instruments, "Speaker Separation in Cellular Handsets," $50,000 (direct costs only), Sept. 2008 – May 2009.

47. MN Department of Transportation, "Vibrating Wire and Horizontal Clip Data Analysis", $70,000 (direct costs), June 2008- June 2010.

48. Texas Instruments, "Speaker Separation in Cellular Handsets," $50,000 (direct costs only), Sept. 2009 – May 2010.

49. National Science Foundation, "ProTOMAC: Proactive Transmit Opportunity Detection at the MAC Layer for Cognitive Radio Networks,"$300,000, Aug. 2009-Aug. 2012.

50. National Science Foundation, "Funding for Graduate Student Travel to ICIP 2009," $15,000, Aug. 2009-Aug. 2010.

51. Texas Instruments, "Speaker Separation in Cellular Handsets," $65,000 (direct costs only), Sept. 2010 – Aug. 2011.

52. Texas Instruments, "Multiple-Channel A/D Conversion with a Single Sigma Delta Modulator," $65,000 (direct costs only), Sept. 2011 – Aug. 2012.

53. Texas Instruments, "Multiple-Channel A/D Conversion with a Single Sigma Delta Modulator," $65,000 (direct costs only), Sept. 2012 – Aug. 2013.

54. Veterans Administration, "Decoding of Force from Neural Signals in Motor Cortex," $1,070,120 (direct costs only, funds still held by Univ. of MN), Sept. 2012-Aug. 2016. (J. Ashe, PI, with G. Pellitzer and F. Ince)

55. British Petroleum, "BP Project 20K: Human Factors, Decision Making and Safety to Inform Concept Selection," $471,497, June 1, 2013-August 31, 2014. (with S. Shakkottai, G. De Veciana and R. Hastie)


*Internal Grants*

1. Graduate School Grant-in-Aid, "Multidimensional Signal Processing," $8,700, Jan. 1988-Sept. 1988.

2. Graduate School Grant-in-Aid, "Parallel and Distributed Signal Processing," $9,500, July 1988-June 1989.

3. Graduate School Grant-in-Aid, "Parallel and Hierarchical Target Recognition," $10,645, July 1989-June 1990.

4. Graduate School Grant-in-Aid, "Equipment for VLSI and Image Processing," $22,500, with K. Parhi, July 1990- June 1991.

5. Graduate School Grant-in-Aid, "Uncovering Biomarkers and Genetic Pathways in Ovarian Carcinoma," $23,083, with A. Skubitz, Jan. 2006- Jan. 2007.

6. Institute for Engineering in Medicine, "Wearable Sensor System for Autism Assessment and Therapy," $76,955, Jan. 2008- July 2009.

7. Institute for Engineering in Medicine, "Robotic Scrub Nurse," $72,808, Jan. 2008- July 2009.

8. Digital Technology Center, "Enabling Research on Clinical Radiology Databases," $27,000, Sept. 2007-May 2008.

9. Institute for Engineering in Medicine, "Automated Measurement of Distance in Nerve Conduction Studies," $20,000, Jan. 2009- July 2009.

10. Institute for Engineering in Medicine, "Hand Disinfection Compliance Monitoring," $10,000, Jan. 2009- July 2009.