# Exhibit B

# Watermarking:
# Applications and Current State of the Art

Sameh M Sowelam, PhD

*Cognicity, Inc.*

*Cognicity, Inc. – IMA 2001*

# Outline

- Introduction
- Applications
- Requirements
- Data Hiding Approaches
- Future Directions and Conclusion

*Cognicity, Inc. – IMA 2001*

# Data Embedding

■ Content description & management

– IPR data: originator, creation parameters, version control, editing



■ Rights management and protection

– audit trail, monitoring, copy/no copy control, linking to a player

**Embedded Info (e.g., text, audio, video, etc.)**

■ Fraud detection

■ E-commerce

– hyperlink to sales site



**Perceptually Unchanged**

■ Customized/Enhanced  media delivery

– customized commercials

– customized viewing

**Embedded Info** ← **Watermark Detector**

*Cognicity, Inc. – IMA 2001*

# Application

## Rights Management and Protection

*SDMI World*

*-Compliant Devices/Players*
*-Secure Media*
*-Rippers*
*-DRM rules- Copy/No Copy*

*SDMI attempts to:*

- Create an environment for legitimate distribution of music

- Eliminate illegal download and swapping of copyrighted music

*SDMI: Secure Digital Music Initiative – Consortium of 200+ technology companies*



*Cognicity, Inc. – IMA 2001*

# Application

**Rights Management and Protection**

■ Robust Watermark

– Copy Control/Source  Information

– Fragile watermark assertion

■ Fragile Watermark

– Disappearance indicates compression

# SDMI Requirements

## Robust Watermark

- Transparency
- Two successive D/A and A/D conversions
- Linear Speed Change of +/-10 %
- Audio coding (MPEG, AC-3,AAC, …)
- Dynamic range reduction
- Additive noise
- Down-mixing and Surround sound processing
- Echo Addition
- Bandpass filtering
- Low complexity

## Fragile Watermark

- Transparency
- Anything but coding
- Low complexity

*Cognicity, Inc. – IMA 2001*

# Application

■ Watermarking of Pre-release Audio



*Cognicity, Inc. – IMA 2001*

# Data Embedding Issues

- Transparency
- Capacity
- Robustness
- Security

*Cognicity, Inc. – IMA 2001*

# Masking and Data Embedding

**Add watermark such that watermarked signal is perceptually equivalent to original**



Watermark

Original signal

Watermarked signal

Transparency tested via blind tests

*Cognicity, Inc. – IMA 2001*

# Masking

■ Signal is perceptually inaudible or invisible in the presence of a masking signal

– frequency masking

– temporal masking

■ Challenges:

– variable embed rates

– how to use masking at extract end?





*Cognicity, Inc. – IMA 2001*

# Example:  Frequency masking in audio



*Cognicity, Inc. – IMA 2001*

# Spatial Masking



*Cognicity, Inc. – IMA 2001*

# Data Embedding Issues

■ Transparency

■ Capacity

■ Robustness

■ Security

*Cognicity, Inc. – IMA 2001*

# Data Embedding Capacity



X
Original

X
Coded

- ■ Capacity depends on initial representation
- ■ Capacity inversely proportional to robustness

| Host Signal | Byte rate or byte density |
|---|---|
| Audio | <1 – 256 bytes/sec in mono CD quality audio signal |
| Image | <1 – 256 bytes in 8 bits gray scale 128x128 image |
| Video | 900 – 9216 bytes/sec in 320x240 8 bit gray scale 24 frames/sec video |

*Cognicity, Inc. – IMA 2001*

# Data Embedding Issues

- Transparency
- Capacity
- Robustness
- Security

# Robustness Issues

■ Compression: JPEG, ZWT, etc.

■ Filtering

■ Additive noise

■ Scaling and cropping

■ Rotation

■ Printing and Scanning

*Cognicity, Inc. – IMA 2001*

# SDMI Requirements

## Robust Watermark

- Transparency
- Two successive D/A and A/D conversions
- Linear Speed Change of +/-10 %
- Audio coding (MPEG, AC-3,AAC, …)
- Dynamic range reduction
- Additive noise
- Down-mixing and Surround sound processing
- Echo Addition
- Bandpass filtering
- Low complexity

## Fragile Watermark

- Transparency
- Anything but coding
- Low complexity

*Cognicity, Inc. – IMA 2001*

# Rotation and Scaling







*Original Image*

*Rotated two degrees and scaled*

*Cognicity, Inc. – IMA 2001*

# Cropping

■ Only considers a small segment of the image



%15 cropping



*Cognicity, Inc. – IMA 2001*

# Data Embedding Techniques



- Additive schemes

- Modulation (quantization) based schemes

- Self-Synchronizing schemes

**Embedded Info (e.g., text, audio, video, etc.)**

**Perceptually Unchanged**



# Additive Techniques



*watermark vector*

*Image or Audio Block*

*Data vector*

*watermarked vector*

*Data vector*

Additive Watermarking

*Cognicity, Inc. – IMA 2001*

# Data Extraction

key



received

Challenges:
- optimal use of masking
- dealing with host signal: major challenge for additive schemes
- dealing with distortions: synchronization problem

*Cognicity, Inc. – IMA 2001*

# Additive Techniques



watermark

signal

projection

Projection direction

- Strong signals confuse watermark detector.
- To decorrelate signal and watermark:
  - use properly designed watermarks
  - use longer blocks

*Cognicity, Inc. – IMA 2001*

# Spread-spectrum Techniques

- Most popular approach
- Originated with BBN in audio domain
- Principle:
  *Add noise-like sequence in frequency domain or at random frequency, time or space locations to ensure that watermark and signal are uncorrelated.*



*Cognicity, Inc. – IMA 2001*

# Spread-spectrum Communications

■ Original  BBN technique (1994 patent)





# Additive Data Embedding Schemes

*Cognicity, Inc. – IMA 2001*

- Spread-spectrum approaches
- Echo coding

*Cognicity, Inc. – IMA 2001*

# Spread-spectrum Communications

■ Advantages:
  – secure, noise-like, undetectable
  – robust to interference/attack

Signal

Watermark nearly orthogonal to signal

*Cognicity, Inc. – IMA 2001*

# Additive Techniques

■ Limitations:
– low capacity
– require proper synchronization
– masking challenge

*Cognicity, Inc. – IMA 2001*

# Modulation Based Data Embedding Schemes



Input Signal

Extract blocks → DCT → Time/Spatial masking / Frequency masking → Modulate audio → IDCT

Information
(e.g. text, audio, etc.)

- Least significant bit modification
- Phase modulation
- Band or patch replacement
- Quantized projections

*Cognicity, Inc. – IMA 2001*

# LSB Approaches

- Re-quantize coefficient values
  xxx….1x=1
  xxx…..0x=0
- Can embed 1 or more bits per sample with no distortion
- Requires error correction
- As more redundancy is added, tends to spread-spectrum approaches



*Cognicity, Inc. – IMA 2001*

# Quantization

Embedding data

projection quantized by threshold *T*

Quantized projection perturbed  by *+/- T/4*



**Embedding a '0'**

$$\vec{v}' = \vec{v} + (p' - p) \cdot \vec{z}$$

# Projection Approach

■ Advantages

– large capacity

– ease of incorporating masking

– robustness

■ Limitations

– slow synchronization:

» sensitive to scaling and rotation,

» requires slow, exhaustive search

*Cognicity, Inc. – IMA 2001*

# Incorrect Scale

■ Bit error rate at incorrect scale.  42 blocks of length 1024, 1 bit/block, DCT quantization



*Cognicity, Inc. – IMA 2001*

# Coding Robustness

■ Embedding rate: 42 bits/s. Random text.





**Mono**

MP-3, AC-3: 56 Kbits/s
Real: 40 Kbits/s (SR: 22.05 Ksamples/s)

**Stereo**

MP-3, AC-3, AAC: 96 Kbits/s
Real: 80 Kbits/s (SR: 32 Ksamples/s)

*Cognicity, Inc. – IMA 2001*

# Synchronization Problems





50 Hz sinusoid
sampled at 150 samples/s

50 Hz sinusoid
sampled at 155 samples/s

- Signal synchronization is needed for accurate extraction of the watermark

*Cognicity, Inc. – IMA 2001*

# Self-Synchronizing Approaches

■ Use adaptive "markers" to find the data



*Local extrema*

*Cognicity, Inc. – IMA 2001*

# Self-Synchronizing Approaches

*Local extrema*







original

Frequency and time domain constrained modification of extremas

Apply any of the known techniques to samples of the signal taken at extrema locations

*Cognicity, Inc. – IMA 2001*

# Comparisons

|  | **Additive Techniques** | **Modulation Techniques** | **Self-Synchronizing Techniques** |
|---|---|---|---|
| **Masking** | Easily implemented | Easily implemented | Moderately difficult to implement |
| **Capacity** | Low | High | High |
| **Robustness** | | | |
| Coding | Moderately sensitive | Robust | Robust |
| Time scale changes | Sensitive | Sensitive | Robust |
| Overdubbing | Moderately robust | Sensitive | Sensitive |
| **Realtime Extraction** | Moderately fast | Slow | Fast |

*Cognicity, Inc. – IMA 2001*

# Conclusion

- Watermarking is still in its infancy but has benefited tremendously from work on human perception
- Audio watermarking field is very active and solutions are being deployed in many applications
- Many challenges remain to meet user needs in some applications