IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC<br>    *Plaintiff*, | § § § § § § § § | Civil Action No. 6:12-CV-499 -MHS-CMC<br><br>LEAD CASE |
| v. | | |
| TEXAS INSTRUMENTS, INC., et al. | | |
|     *Defendants* | | |

## ORDER

On this day came on to be considered Plaintiff, Blue Spike, LLC, and Defendants Iritech, Inc., Futronic Technology Co., Ltd., Fulcrum Biometrics LLC, Audible Magic Corporation, Photobucket.com, Inc., Qlipso, Inc., Qlipso Media Networks Ltd., Zedge Holdings, Inc., Mediafire, LLC., Dailymotion, Inc., Dailymotion S.A., GoMiso, Inc, iMesh, Inc., Coincident.TV, Inc., Facebook, Inc., MySpace, LLC, Specific Media, LLC, Yap.tv, Inc., Metacafe, Inc., Boodabee Technologies Inc., Harmonix Music Systems, Inc., Brightcove, Inc., Accedo Broadband AB, Accedo Broadband NA, Inc., Soundcloud, Inc., Soundcloud Ltd., WiOffer, LLC, Myxer, Inc., Attributor Corporation,  Viggle Inc., Shazam Entertainment Limited, MorphoTrust USA, Inc., L-1 Identity Solutions, Inc., MorphoTrak, Inc., Safran USA, Inc., Irdeto USA, Inc., Irdeto B.V., Last.fm Ltd., CBS Interactive, Inc., Infinisource, Inc., Qqest Software Systems, Inc., SMRTV, Inc., The Nielsen Company (US) LLC, Clear Channel Broadcasting, Inc., Entropic Communications, Inc., Cognitec Systems GmbH, Cognitec Systems Corp., Civolution USA, Inc., Civolution B.V., Airborne Biometrics Group, Inc. (collectively, "Defendants") Joint Motion to Extend the Deadline to Submit a Joint Claim Construction Chart (P.R. 4-5(d)), and the Court is of the opinion that the motion should be GRANTED, it is therefore,

2

ORDERED, ADJUDGED and DECREED that the Joint Motion to Extend be granted and that the parties be given to and including September 22, 2014 to submit their Joint Claim Construction Charts (P.R. 4-5(d)).