**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| BLUE SPIKE, LLC<br>　　*Plaintiff*,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC.<br>　　*Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 6:12-CV-499 MHS<br><br>LEAD CASE |
| BLUE SPIKE, LLC,<br>　　*Plaintiff*,<br><br>v.<br><br>AUDIBLE MAGIC CORPORATION, FACEBOOK, INC., MYSPACE, LLC, SPECIFIC MEDIA, LLC, PHOTOBUCKET.COM, INC., DAILYMOTION, INC., DAILYMOTION S.A., SOUNDCLOUD, INC., SOUNDCLOUD LTD., MYXER, INC., QLIPSO, INC., QLIPSO MEDIA NETWORKS LTD., YAP.TV, INC., GOMISO, INC., IMESH, INC., METACAFE, INC., BOODABEE TECHNOLOGIES, INC., TUNECORE, INC., ZEDGE HOLDINGS, INC., BRIGHTCOVE INC., COINCIDENT.TV, INC., ACCEDO BROADBAND NORTH AMERICA, INC., ACCEDO BROADBAND AB, AND MEDIAFIRE, LLC<br>　　*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 6:12-CV-576 MHS<br><br>CONSOLIDATED CASE |

**<u>JOINT CLAIM CONSTRUCTION CHART PURSUANT TO P.R. 4-5(d)</u>**

1

2

Pursuant to Local Patent Rule 4-5(d) and the Scheduling Order in this case, Counterclaim Plaintiff Audible Magic Corp. ("Audible Magic") and Counterclaim Defendants Blue Spike Inc. and Blue Spike LLC (collectively, "Blue Spike") hereby file their Joint Claim Construction Chart.  The following chart contains the asserted claim and the disputed claim language for the Audible Magic patent-in-suit, U.S. Patent No. 6,834,308.  The chart also includes the Parties' respective proposed constructions for the disputed terms.

| '308 Patent Claim with Disputed Terms in Bold | Term | Audible Magic's Construction | Blue Spike's Construction | Court's Construction |
|---|---|---|---|---|
| A method for identifying media content presented on a client media player comprising:<br><br>creating an analytical representation from a segment of media content of a recording presented on said **client media player**, wherein said media content is audio data for a song, said **segment** of said media content is a predetermined portion of said media content present on said media player and said analytical representation is a **digital fingerprint** of said **segment measuring acoustical/ perceptual features of said segment**;<br><br>**comparing said analytical representation to a collection of analytical representation of reference sampled media content** to obtain **content-related data** from said collection of analytical | "client media player" | Plain and ordinary meaning | "end user's media player"<br><br>Not the media player of a person or entity providing the service. | |
| | "segment" | Plain and ordinary meaning | "any of the parts into which something can be divided"<br><br>A segment is less than the whole. | |
| | "comparing said analytical representation to a collection of analytical representation of reference sampled media content" | "comparing said analytical representation to a collection of analytical representations of reference sampled media content" | Analytical representation: "a digital fingerprint of a particular segment measuring acoustical/perceptual features"<br><br>Referenced Sampled Media: "the collection of stored reference samples" | |
| | "measuring acoustical/perceptual features of said segment" | Plain and ordinary meaning | "to make a measurement of acoustical/perceptual features of said segment" | |
| | "digital" | Plain and ordinary meaning | "a series of binary digits—1's and 0's" | |
| | "digital fingerprint" | Digital identifier | "coded strings of binary digits that uniquely identifies a signal" | |

3

| '308 Patent Claim with Disputed Terms in Bold | Term | Audible Magic's Construction | Blue Spike's Construction | Court's Construction |
|---|---|---|---|---|
| representations of **reference sampled media content** wherein said **content related data** includes at least one of a group consisting of a song title, artist performing said song, and title of an album including said song; and<br><br>**presenting said content-related data on said client media player**. | "presenting said content-related data on said client media player" | Causing the content-related data to be displayed on the client media player | "the act of displaying song information on an end user's media player"<br><br>Content related data: "song information" | |
| | | | | |

4

Dated: September 22, 2014

By: */s/ Randall T. Garteiser*
Randall T. Garteiser
 Lead Attorney
  Texas Bar No. 24038912
  rgarteiser@ghiplaw.com
Christopher A. Honea
  Texas Bar No. 24059967
  chonea@ghiplaw.com
Christopher S. Johns
  Texas Bar No. 24044849
  cjohns@ghiplaw.com
Kirk J. Anderson
  California Bar No. 289043
Peter S. Brasher
  California Bar No. 283992
GARTEISER HONEA, P.C.
218 N. College Avenue
Tyler, Texas 75702
(903) 705-7420
(888) 908-4400 fax

Counsel for Blue Spike LLC

Respectfully submitted,

By: */s/ Eric H. Findlay*
Eric H. Findlay (Texas Bar No. 00789886)
Walter W. Lackey, Jr. (Texas Bar No. 24050901)
FINDLAY CRAFT, P.C.
102 North College Avenue, Suite 900
Tyler, TX 75702
Telephone: (903) 534-1100
Facsimile: (903) 534-1137
efindlay@findlaycraft.com
wlackey@findlaycraft.com

I. Neel Chatterjee
Gabriel M. Ramsey
ORRICK, HERRINGTON & SUTCLIFFE, LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 614-7400
Facsimile: (650) 614-7401
gramsey@orrick.com
nchatterjee@orrick.com

Alyssa M. Caridis
ORRICK, HERRINGTON & SUTCLIFFE, LLP
777 S. Figueroa St.
Suite 3200
Los Angeles, CA 90017
Telephone: (213) 629-2020
Facsimile: (213) 612-2499
acaridis@orrick.com

Christopher J. Higgins
ORRICK, HERRINGTON & SUTCLIFFE, LLP
1152 15th St, NW
Washington, DC 20005
Telephone: (202) 339-8400
Facsimile: (202) 339-8500
chiggins@orrick.com

*Attorneys For Defendant and Counterclaimant Audible Magic Corp.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 22, 2014, to all counsel of record who are deemed to have consented to electronic service *via* the court's CM/ECF system per local rule cv-5(a)(3).

                                            */s/ Eric H. Findlay*
                                            Eric H. Findlay