# CLAIM CONSTRUCTION CHART FOR CIVIL ACTION 6:12-CV-499-MHS-CMC
# FOR BLUE SPIKE ASSERTED U.S. PATENTS 8,214,175; 7,949,494; 7,660,700; AND 7,346,472

| U.S. Patent 8,214,175 (Asserted Claims, 8, 11, 12, 13, 15, 16, 17) | | | | |
|---|---|---|---|---|
| **Asserted Claims With Disputed Terms and Phrases** | **Disputed Claim Terms and Phrases** | **Plaintiff's Proposed Construction** | **Defendants' Proposed Construction** | **Court's Construction** |
| 8. A system, comprising: nontransitory memory comprising a database for storing a plurality of **digital reference signal abstracts**;   at least one processor;   wherein said at least one processor is programmed or structured to generate a **digital reference signal abstract** from a digital **reference signal** such that said **digital reference signal abstract** is **similar to** said digital **reference signal** and reduced in size compared to said **digital reference signal**; and   wherein said at least one processor is programmed to store said **digital reference signal abstract** in said database as one of said plurality of **digital reference signal abstracts**;   wherein said digital **reference signal** is a digital representation of one of a plurality of different **versions** of a visual work and a multimedia work, and wherein said at least one processor is programmed or | Digital | "a series of binary digits – 1's and 0's" | Plain and ordinary meaning. | |

| | | | | |
|---|---|---|---|---|
| structured to generate said **digital reference signal abstract** from said **digital reference signal** so that said digital **reference signal** comprises **signal characteristic parameters that differentiate between said plurality of different versions of said visual work and said multimedia work**. | | | | |
| 11. A system, comprising: nontransitory memory comprising a database for storing a plurality of **digital reference signal abstracts**;    at least one processor;    wherein said at least one processor is programmed or structured to generate a **digital reference signal abstract** from a **digital reference signal** such that said **digital reference signal abstract** is **similar to** said **digital reference signal** and reduced in size compared to said **digital reference signal**; and    wherein said at least one processor is programmed to store said **digital reference signal abstract** in said database as one of said plurality of **digital reference signal abstracts**;    wherein said at least one processor is programmed or structured to compare a digital <u>query signal abstract</u> to said plurality of <u>digital reference signal abstracts</u> stored in said database to generate **a compare result**. | query signal<br><br>'494 (1,11,20,29)<br><br>'700 (1,10,40,49)<br><br>'472 (3,4,8,11) | "a signal being monitored or analyzed" | "an uncompressed signal representing an entire work to be analyzed" | |
| | reference signal<br><br>'494 (1,4,5,11,17,18, 20,29)<br><br>'700 (1,6,7,8,10,40, 49)<br><br>'472 (3,4,8,11) | "a signal that is being referenced" | "an uncompressed signal representing an entire work" | |
| | digital reference signal abstract | [AGREED]<br><br>Parties agreed that no construction is required given the ordinary meaning as understood by a person of ordinary skill in the respective art. | [AGREED]<br><br>Parties agreed that no construction is required given the ordinary meaning as understood by a person of ordinary skill in the respective art. | Digital reference signal abstract |

| | | | | |
|---|---|---|---|---|
| | first digital reference signal abstract match recorder<br><br>'175 (15) | No construction required | "an element used for counting, which corresponds to a particular Abstract" | |
| | signal characteristic parameters that differentiate between said plurality of different versions of said visual work and said multimedia work.<br><br>'175 (8) | No construction required. | "parameters that characterize a signal that distinguish between multiple Versions of a single visual work and multimedia work" | |
| | similar to<br><br>'175 (8,11,17) | No construction required. | Indefinite.<br><br>To the extent the Court believes that this term is not indefinite, then Defendants propose:<br><br>"looks or sounds the same as" | |
| 12. The system of claim 11, wherein said compare result indicates no **match** between said digital query signal abstract to said plurality of digital reference signal abstracts stored in said database. | Signal | [AGREED]<br><br>Parties agreed that no construction is required given the ordinary meaning as understood by a person of ordinary skill in the | [AGREED]<br><br>Parties agreed that no construction is required given the ordinary meaning as understood by a person of ordinary skill in the | |

3

| | | | | |
|---|---|---|---|---|
| | | respective art. | respective art. | |
| 13. The system of claim 11, wherein said compare result indicates a **match** between said <u>digital query signal abstract</u> and a <u>first digital reference signal abstracts</u> of said plurality of <u>digital reference signal abstracts</u> stored in said database. | digital representation of one of a plurality of different versions of a visual work and a multimedia work | [AGREED]<br><br>Parties agreed that no construction is required given the ordinary meaning as understood by a person of ordinary skill in the respective art. | [AGREED]<br><br>Parties agreed that no construction is required given the ordinary meaning as understood by a person of ordinary skill in the respective art. | |
| 15. The system of claim 11, wherein said memory further defines a **first digital reference signal abstract match recorder** recording a number of times said at least one processor determines a **match** between a **digital query signal abstract** and first **digital reference signal abstract** of said plurality of **digital reference signal abstracts** stored in said database. | Abstract<br><br>'175 (8,11,12,13,15,16,17)<br><br>'494 (1,5,11,17,20,21,29)<br><br>'700 (1,6,7,10,11,40,49,50)<br><br>'472 (3,4,8,11,12) | [no construction necessary]<br><br><u>alternatively</u>: "summary"[1] | **All Defendants (except Morpho Defendants)**[2]<br><br>Indefinite.<br><br>To the extent the Court finds this term definite, All Defendants (except Morpho Defendants) propose: "A data-reduced representation of a reference or query signal that is the smallest amount of data that can represent and differentiate two signals for a given predefined signal set and that retains a perceptual relationship with the original signal"<br><br>**Morpho Defendants**<br>Indefinite. | |

---

[1] Plaintiff's first raised the alternative definition in its Reply brief. Defendants reserve their rights to address this issue at the claim construction hearing or move to strike this belated definition.

| Claim | Term | Plaintiff's Construction | Defendant's Construction | |
|---|---|---|---|---|
| | | | To the extent the Court finds this term is definite, Morpho proposes: "a reduction that preserves an aesthetic quality of the original signal" | |
| 16. The system of claim 12, wherein said at least one processor is **programmed or structured to use an algorithm to generate said digital reference signal abstract** from said digital **reference signal**; and **wherein said at least one processor is programmed or structured to use said algorithm to generate said digital query signal abstract** from said digital **query signal**. | First digital reference signal abstract | [AGREED]<br><br>Parties agreed that no construction is required given the ordinary meaning as understood by a person of ordinary skill in the respective art. | [AGREED]<br><br>Parties agreed that no construction is required given the ordinary meaning as understood by a person of ordinary skill in the respective art. | |
| 17. A system, comprising: nontransitory memory comprising a database for storing a plurality of **digital reference signal abstracts**; at least one processor; wherein said at least one processor is programmed or structured to generate a **digital reference signal abstract** from a **digital reference signal** such that said **digital reference signal abstract** is **similar to** said **digital reference signal** and reduced in size compared to said **digital reference signal**; and wherein said at least one processor is programmed to store said **digital reference signal abstract** in said database | Recording | [AGREED]<br><br>Parties agreed that no construction is required given the ordinary meaning as understood by a person of ordinary skill in the respective art. | [AGREED]<br><br>Parties agreed that no construction is required given the ordinary meaning as understood by a person of ordinary skill in the respective art. | |
| | Query signal abstract | [AGREED]<br><br>Parties agreed that no construction is required given the ordinary meaning as understood by a person of ordinary skill in the | [AGREED]<br><br>Parties agreed that no construction is required given the ordinary meaning as understood by a person of ordinary skill in the | |

| | | | | |
|---|---|---|---|---|
| as one of said plurality of **digital reference signal abstracts**; wherein said wherein said at least one processor is programmed or structured to apply at least one of **psychoacoustic model and a psycho-visual model** to generate said **digital reference signal abstract** from said **digital reference signal**. | | respective art. | respective art. | |
| | match<br><br>'175 (12,13,15)<br>'700 (1)<br>'472 (3,4,8,11,12) | No construction required. | "an indistinguishable copy" | |
| | Version(s) of [a/the/said/"that one of said plurality of"] reference signal[s]<br><br>'175 (8)<br>'494 (1,11,29)<br>'700 (1,6) | No construction required.<br><br>Plaintiff objected to the Defendants' refusal to construe the term "version." Dkt 1674-1. | "multiple variations of a particular Reference Signal" | |
| | reduced in size<br><br>'175 (8,11,17) | No construction required. | "compressed" | |
| | psycho-acoustic model<br><br>'175 (17) | No construction required. | "model that determines acoustic parameters that are humanly-perceptible" | |
| | Psycho-visual model<br><br>'175 (17) | No construction required. | "model that determines visual parameters that are humanly-perceptible" | |
| | A compare result<br><br>'175 (11) | No construction required. | "data that indicates whether a Match between two Abstracts was found" | |
| | programmed or structured to use said algorithm to generate said digital query signal abstract from said digital query | No construction required. | Indefinite. | |

6

| | | | | |
|---|---|---|---|---|
| | signal<br><br>'175 (16) | | | |
| | Programmed or structured to use an algorithm to generate said digital reference signal abstract from said digital reference signal.<br><br>'175 (16) | No construction required. | Indefinite. | |

| U.S. Patent 7,949,494 (Asserted Claims 1, 4, 5, 11, 17, 18, 20, 21, 22, 29) ||||||
|---|---|---|---|---|
| **Asserted Claims With Disputed Terms and Phrases** | **Disputed Claim Terms and Phrases** | **Plaintiff's Proposed Construction** | **Defendants' Proposed Construction** | **Court's Construction** |
| 1. A system for <u>identifying</u> at least one **reference signal** comprising:<br>   a first input that receives at least one **reference signal** <u>to be identified</u>;<br>   a first processor that creates an abstract of each reference signal input to said first processor through said first input wherein the **abstract** comprises **signal characteristic parameters configured to differentiate between versions of said reference signal**;<br>   at least one **reference database** for storing at least one abstract; a receiver that receives at least one query signal;<br>   a second processor that creates an | identifying | [AGREED]<br><br>Parties agreed that no construction is required given the ordinary meaning as understood by a person of ordinary skill in the respective art. | [AGREED]<br><br>Parties agreed that no construction is required given the ordinary meaning as understood by a person of ordinary skill in the respective art. | |

| | | | | |
|---|---|---|---|---|
| abstract of said query signal received by said receiver,<br>   based on the parameters; and<br>**a comparing device** that compares the created <u>query signal abstract</u> to the <u>reference signal abstracts</u> in the at least one database, each **abstract** in the at least one **reference database** corresponding to a **version** of a **reference signal**,<br>to determine whether the <u>query signal abstract</u> **matches** any of the stored at least one **abstract** in the at least one **reference database**. | | | | |
| 4. The system of claim 1,<br>   wherein the **reference signals** comprise at least one of images, audio, video, and combinations thereof. | To be identified | [AGREED]<br><br>Parties agreed that no construction is required given the ordinary meaning as understood by a person of ordinary skill in the respective art. | [AGREED]<br><br>Parties agreed that no construction is required given the ordinary meaning as understood by a person of ordinary skill in the respective art. | |
| | reference database<br><br>'494 (1, 11, 21, 29)<br><br>'700 (1)<br><br>'472 (3,8,11) | "a database that contains references" | "a database containing Abstracts for a predefined set of Reference Signals" | |
| | reference signal<br><br>'494 (1,4,5,11,17, | "a signal that is being referenced" | "an uncompressed signal representing an entire work" | |

8

| | | | | |
|---|---|---|---|---|
| | 18,20,29)<br><br>'700 (1,6,7,8,10, 40,49)<br><br>'472 (3,4,8,11) | | | |
| | signal characteristic parameters configured to differentiate between versions of said reference signal<br><br>'494 (1) | No construction required given the length of this proposed phrase. | "parameters that characterize a signal that distinguish between multiple Versions of the same Reference Signal" | |
| | a comparing device that compares | [no construction necessary]<br><br>Alternatively: a comparator[2]<br><br>Not governed by §112¶6. | Means plus function.<br><br>Function: comparing<br><br>Structure: no structure or algorithm<br><br>To the extent the Court determines this term is not means-plus-function, Defendants propose this term is indefinite. | |

---

[2] Defendants object to Blue Spike first proposing "comparator" as its construction in this joint statement.

| | | | | |
|---|---|---|---|---|
| | | | To the extent the Court finds this term is not indefinite, Defendants propose: "A separate hardware component of the computerized system [that compares/ for comparing/ able to compare]". | |
| 5. The system of claim 1, wherein the stored **abstracts** are derived from one of a <u>cognitive feature</u> or a <u>perceptible characteristic</u> of the associated **reference signals**. | Cognitive feature '494 (5) | [AGREED CONSTRUCTION] "a feature that is understood by a person" | [AGREED CONSTRUCTION] "a feature that is understood by a person" | |
| 11. A system for analyzing and <u>identifying</u> at least one reference signal, comprising: a first input for receiving at least one reference signal <u>to be identified</u>, a first processor for creating an **abstract** of each reference signal received based on **perceptual characteristics representative of parameters to differentiate between versions of the reference signal**; a **reference database** for storing **abstracts** of each reference signal received in a database; a second input for receiving at least one | Perceptible characteristic '700 (8) '494 (5,18) | [AGREED CONSTRUCTION] "characteristic perceived by a person" | [AGREED CONSTRUCTION] "characteristic perceived by a person" | |

10

| | | | | |
|---|---|---|---|---|
| query signal <u>to be identified</u>,<br>    a second processor for creating an **abstract** of the received query signal based on the parameters; and<br>    **a comparing device** for comparing an **abstract** of said received query signal to the abstracts stored in the database to determine if the **abstract** of said received **query signal** is **related to** any of the stored **abstracts**. | | | | |
| 17. The system of claim 11, wherein at least one **abstract** comprises **data describing a portion of the characteristics of its associated reference signal.** | Perceptual quality<br><br>'700 (8)<br>'494 (18) | [AGREED CONSTRUCTION]<br><br>"quality perceived by a person" | [AGREED CONSTRUCTION]<br><br>"quality perceived by a person" | |
| | perceptual characteristics representative of parameters to differentiate between versions of the reference signal<br><br>'494 (11)<br>'700 (40) | No construction required. | "Perceptual characteristics, which represent parameters, that distinguish multiple Versions of the same Reference Signal" | |
| | related to<br><br>'494 (11)<br>'700 (40) | No construction required. | "Matches" | |
| | data describing a portion of the characteristics of its | No construction required. | Indefinite.<br><br>To the extent the Court | |

| | associated reference signal<br><br>'700 (7)<br>'494 (17) | | believes that this term is not indefinite, then Defendants propose:<br><br>"Information describing less than all of the signal characteristic parameters used to create the Abstract for its associated Reference Signal" | |
|---|---|---|---|---|
| | a comparing device for comparing | [no construction necessary]<br><br>Alternatively: a comparator[3]<br><br><br>Not governed by §112¶6. | Means plus function.<br><br>Function: comparing<br><br>Structure: no structure or algorithm<br><br>To the extent the Court determines this term is not means-plus-function, Defendants propose this term is indefinite.<br><br>To the extent the Court finds this term is not indefinite, Defendants propose: | |

---

[3] Defendants object to Blue Spike first proposing "comparator" as its construction in this joint statement.

| | | | | |
|---|---|---|---|---|
| | | | "A separate hardware component of the computerized system [that compares/ for comparing/ able to compare]". | |
| 18. The system of claim 17, wherein the characteristics of the reference signal being described comprise at least one of a perceptible characteristic, a cognitive characteristic, a subjective characteristic, a perceptual quality, a **recognizable characteristic** or combinations thereof. | Cognitive characteristic<br><br>'494 (18)<br>'700 (8) | [AGREED CONSTRUCTION]<br><br>"characteristic understood by a person" | [AGREED CONSTRUCTION]<br><br>"characteristic understood by a person" | |
| | recognizable characteristic<br><br>'494 (18)<br>'700 (8) | No construction required. | "characteristic visually or aurally perceived by a person" | |
| | Subjective characteristic<br><br>('700, 8)<br>('494, 18) | [AGREED CONSTRUCTION]<br><br>"characteristic perceived differently by different people" | [AGREED CONSTRUCTION]<br><br>"characteristic perceived differently by different people" | |
| 20. The system of claim 11, wherein the system further comprises a **security controller** for applying a **cryptographic protocol** to the **abstract** of said **reference signal**, said **query signal**, or | security controller that controls access to a secured area | No construction required. | Indefinite.<br><br>To the extent the Court | |

13

| | | | | |
|---|---|---|---|---|
| both said **reference signal** and said **query signal**. | '494 (20) | | believes that this term is not indefinite, then Defendants propose:<br><br>"a hardware device that prevents unauthorized access" | |
| | cryptographic protocol<br><br>'494 (20, 21)<br><br>'700 (10, 11, 49, 50) | No construction required. | "An agreed upon procedure for transforming data in order to secure it." | |
| 21. **The system of claim 20, wherein the cryptographic protocol is one of at least a hash or digital signature and further comprising storing the hashed abstract and/or digitally signed abstract in the reference database.** | The system of claim 20, wherein the cryptographic protocol is one of at least a hash or digital signature and further comprising storing the hashed abstract and/or digitally signed abstract in the reference database.<br><br>'494 (21)<br>'700 (11,50) | No construction required. | Indefinite. | |
| | hash<br><br>'494 (21)<br>'700 (11,50) | "A mathematical function that maps a bit string." | "A mathematical transform that maps a bit string of arbitrary length to a fixed length bit string to achieve | |

| | | | | |
|---|---|---|---|---|
| | | | uniqueness" | |
| | Digital signature<br><br>'494 (21)<br>'700 (11,50) | No construction required. | Indefinite.<br><br>To the extent the Court believes that this term is not indefinite, then Defendants propose:<br><br>"the result of a cryptographic transformation of data that, when applied to an Abstract, provides a mechanism for verifying origin authentication, data integrity and signatory non-repudiation" | |
| | hashed abstract<br><br>'494 (21)<br>'700 (11,50) | [AGREED]<br><br>"data that results from performing a Hash on an Abstract" | [AGREED]<br><br>"data that results from performing a Hash on an Abstract" | |
| 22. **The system of claim 11, further comprising a transmitter for distributing at least one signal based on the comparison step**. | The system of claim 11, further comprising a transmitter for distributing at least one signal based on the comparison step.<br><br>'494 (22) | No construction required. | Indefinite. | |
| 29. A system for determining whether a | Signal characteristic | No construction required. | "parameters that | |

15