| | | | |
|---|---|---|---|
| query signal **matches** any of a plurality of reference signal, comprising:<br>   a first processor configured to create a plurality of reference signal abstracts for each one of a plurality of reference signals,<br>   wherein each one of said plurality of reference signal abstracts comprises **signal characteristic parameters configured to differentiate between other versions of that one of said plurality of reference signals**;<br>   a **reference database** storing said plurality of reference signal abstracts;<br>   **a device configured to determine if a query signal matches any one plurality of reference signals** by comparing a <u>query signal abstract</u> of said query signal with at least one abstract of said plurality of reference signal abstracts stored in said **reference database**. | parameters configured to differentiate between other versions of that one of said plurality of reference signals<br><br>'494 (29) | | characterize a signal that distinguish between multiple Versions of the same Reference Signal" |
| | distributing at least one signal based on the comparison step<br><br>'494 (22)<br>'700 (51) | No construction required. | "delivering at least one signal resulting from the comparison to multiple recipients" |
| | matches<br><br>'494 (29)<br>'700 (1)<br>'472(3,8,11,12) | No construction required. | "is indistinguishable from" |
| | a device configured to determine if a query signal matches any one plurality of reference signals<br><br>'494 (29) | No construction required.<br><br>Not governed by §112¶6. | Means plus function.<br><br>Function: determine if a Query Signal matches any one plurality of Reference Signals<br><br>Structure: no structure or algorithm disclosed. To the extent the Court determines this term is not means- |

| | | | plus-function, Defendants propose this term is indefinite. To the extent the Court finds this term is not indefinite, Defendants propose:<br><br>"A separate hardware component of the computerized system configured to determine if a Query Signal Matches any one plurality of Reference Signals". | |

### U.S. Patent 7,660,700 (Asserted Claims 1, 6, 7, 8, 10, 11, 40, 49, 50, 51)

| Asserted Claims With Disputed Terms and Phrases | Disputed Claim Terms and Phrases | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| 1. An electronic system for monitoring and analyzing at least one signal, comprising:<br>   a first input that receives at least one **reference signal** to be monitored,<br>   a first processor that creates an abstract of each **reference signal** input to said first processor through said first input wherein the **abstract** comprises **signal characteristic parameters configured to differentiate between a plurality of versions of the reference signal**; | Signal characteristic parameters configured to differentiate between a plurality of versions of the reference signal | No construction required. | "parameters that characterize a signal that distinguish between multiple Versions of the same Reference Signal" | |

| | | | |
|---|---|---|---|
| a second input that receives at least one **query signal** to be analyzed,<br>a second processor that creates an abstract of each **query signal** wherein the abstract comprises signal characteristic parameters of the **query signal**;<br>a **reference database** that stores **abstracts** of each at least one **reference signal**;<br>a **comparing device** that compares an abstract of said at least one **query signal** to the **abstracts** stored in the **reference database** to determine if the **abstract** of said at least one **query signal matches** any of the stored abstracts wherein a **match** indicates the query signal is a **version** of at least one of the **reference signals**. | | | |
| 6. The system of claim 1, wherein at least two of the stored **abstracts** comprise information corresponding to two **versions** of at least one **reference signal**. | a comparing device that compares<br><br>'494 (1, 11)<br>'700 (1)<br>'472 (11) | [no construction necessary]<br><br>Alternatively: a comparator[4]<br><br><br>Not governed by §112¶6. | Means plus function.<br><br>Function: comparing<br><br>Structure: no structure or algorithm<br><br>To the extent the Court determines this term is not means-plus-function, Defendants propose this term is indefinite. | |

---

[4] Defendants object to Blue Spike first proposing "comparator" as its construction in this joint statement.

|  |  |  | To the extent the Court finds this term is not indefinite, Defendants propose:<br><br>"A separate hardware component of the computerized system [that compares/ for comparing/ able to compare]". |  |
|---|---|---|---|---|
| 7. The system of claim 1, wherein the stored abstracts comprise **data describing a portion of the characteristics of its associated reference signal.** | Wherein the system applies a cryptographic protocol<br><br>'700 (10) | No construction required. | Indefinite. |  |
| 8. The system of claim 7, wherein the characteristics of the **reference signal** being described comprise at least one of a <u>perceptible characteristic</u>, a <u>cognitive characteristic</u>, a <u>subjective characteristic</u>, a <u>perceptual quality</u>, a **recognizable characteristic** or combinations thereof. | The system of claim 10, wherein the cryptographic protocol is one of at least a hash or digital signature and further comprising storing the hashed abstract and/or digitally signed abstract.<br><br>'700 (11) | No construction required. | Indefinite. |  |

| | | | |
|---|---|---|---|
| 10. The system of claim 1, **wherein the system applies a cryptographic protocol** to the abstract of said reference signal, said **query signal**, or both said **reference signal** and said **query signal**. | | | |
| 11. **The system of claim 10, wherein the cryptographic protocol is one of at least a hash or digital signature and further comprising storing the <u>hashed abstract and/or digitally signed abstract</u>.** | | | |
| 40. A process for analyzing and <u>identifying</u> at least one signal, comprising:<br>   receiving at least one **reference signal** <u>to be identified,</u><br>creating an abstract of each **reference signal** received based on **<u>perceptual characteristics</u> representative of parameters to differentiate between versions of the reference signal**;<br>   storing abstracts of each **reference signal** received in a database;<br>   receiving at least one query signal <u>to be identified</u>, creating an abstract of the received **query signal** based on the parameters;<br>   and comparing an abstract of said received query signal to the abstracts stored in the database to determine if the abstract of said received **query signal** is **related to** any of the stored abstracts. | | | |
| 49. The process of claim 40, wherein the process further comprises applying a **cryptographic protocol** to the abstract of | | | |

| said **reference signal**,   said **query signal**, or   both said **reference signal** and said **query signal.** | | | | |
|---|---|---|---|---|
| 50. The process of claim 49, wherein the **cryptographic protocol** is one of at least a **hash** or **digital signature** and further comprising storing the <u>hashed abstract</u> and/or **digitally signed abstract**. | digitally signed abstract<br><br>'700 (50) | No construction required. | "data that results from performing a Digital Signature on an Abstract" | |
| 51. The process of claim 40, further comprising distributing at least one signal based on the comparison step. | | | | |

| U.S. Patent 7,346,472 (Asserted Claims 3, 4, 8, 11, 12) | | | | |
|---|---|---|---|---|
| **Asserted Claims With Disputed Terms and Phrases** | **Disputed Claim Terms and Phrases** | **Plaintiff's Proposed Construction** | **Defendants' Proposed Construction** | **Court's Construction** |
| 3. A method for monitoring and analyzing at least one signal comprising:   receiving at least one **reference signal** to be monitored;   creating an **abstract** of said at least one reference signal;   storing the abstract of said at least one **reference signal** in a **reference database**;   receiving at least one **query signal** to be analyzed;   creating an abstract of said at least one **query signal**;   comparing the abstract of said at least one query signal to the abstract of said at | creating at least one counter corresponding to one of said at least one reference signals<br><br>'472 (3,8) | No construction required. | "creating an element used for counting, which corresponds to a particular Reference Signal" | |
| | incrementing the counter corresponding to a particular reference signal when a match is found | No construction required. | "increasing the value of the element used for counting when a Match is found" | |

21

| | | | | |
|---|---|---|---|---|
| least one reference signal to determine if the abstract of said at least one **query signal matches** the abstract of said at least one **reference signal**;<br>    **creating at least one counter corresponding to one of said at least one reference signals**,<br>    said at least one counter being representative of the number of times a **match** is found between the **abstract** of said at least one **query signal** and the **abstract** of said at least one **reference signal**; and<br>    **incrementing the counter corresponding to a particular reference signal when a match is found** between an **abstract** of said at least one **query signal** and the **abstract** of the particular **reference signal**. | '472 (3,8)<br><br>match<br><br>'472 (4,8) | No construction required. | "is indistinguishable from" | |
| 4. The method of claim 3 further comprising:<br>    <u>recording</u> an occurrence of a **match** between the **abstract** of said at least one **query signal** and the abstract of said at least one **reference signal**; and<br>    **generating a report** that **identifies** the **reference signal** whose **abstract matched** the **abstract** of said at least one **query signal**. | Identifies | [AGREED]<br><br>Parties agreed that no construction is required given the ordinary meaning as understood by a person of ordinary skill in the respective art. | [AGREED]<br><br>Parties agreed that no construction is required given the ordinary meaning as understood by a person of ordinary skill in the respective art. | |
| | generating a report<br><br>'472(4) | No construction required. | "creating a serial output which can be subsequently processed to determine the total number of times a various signals have been detected" | |

| | | | |
|---|---|---|---|
| 8. A method for monitoring a plurality of **reference signals**, comprising:<br>  creating an **abstract** for each of the plurality of **reference signals**;<br>storing each of said **abstracts** in a **reference database**;<br>  receiving at least one **query signal** to be analyzed;<br>  creating an **abstract** of each of the at least one **query signals**;<br>  locating an abstract in the **reference database** that **matches** the **abstract** of each at least one **query signal**;<br>  <u>recording</u> **the identify of the reference signal** whose abstract **matched** the **abstract** of each at least one **query signal**;<br>  **creating at least one counter corresponding to one of said plurality of reference signals**,<br>  said at least one counter being representative of the number of times a **match** is found between the **abstract** of said at least one **query signal** and an **abstract** of one of said plurality of **reference signals**;<br>  and **incrementing the counter corresponding to a particular reference signal when a match is found** between an abstract of said at least one **query signal** and the **abstract** of the particular **reference signal**. | | | |
| | matched | No construction required. | "was indistinguishable from" | |

| | '472 (4,8) | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | recording the identify [sic] of the reference signal<br><br>'472 (8) | "recording the identity of the reference signal" | "storing the unique label that corresponds to only one Reference Signal" | |
| 11. A computerized system for monitoring and analyzing at least one signal:<br>    a processor that creates an abstract of a signal using **selectable criteria**; | selectable criteria<br><br>'472(11) | "criteria that is selectable" | "Rules available for selection, which create different Abstracts for a particular reference signal" | |
| a first input that receives at least one **reference signal** to be monitored, said first input being coupled to said processor such that said processor may generate an abstract for each **reference signal** input to said processor;<br>    a **reference database**, coupled to said processor, that stores abstracts of each at least one **reference signal**;<br>    a second input that receives at least one **query signal** to be analyzed, said second input being coupled to said processor such that said processor may generate an **abstract** for each **query signal**;<br>    a **comparing device**, coupled to said **reference database** and to said second input,<br>    that compares an **abstract** of said at least one query signal to the **abstracts** stored in the **reference database** to | index of relatedness<br><br>'472 (11) | No construction required. | Indefinite.<br><br>To the extent the Court believes that this term is not indefinite, then Defendants propose:<br><br>"a rank of closeness between the Query Signal itself and the abstracts stored in the Reference Database" | |

24

| | | | |
|---|---|---|---|
| determine if the **abstract** of said at least one **query signal matches** any of the stored **abstracts**,<br>    wherein the comparing device **identifies** at least two **abstracts** in the **reference database** that **match** the abstract of said at least one **query signal** and an **index of relatedness** to said at least one **query signal** for each of said at least two **matching abstracts**. | | | |
| 12. The system of claim 11, further comprising:<br>    **a security controller that controls access to a secured area**,<br>    such that access is granted only if **the comparing device** confirms that an abstract of said at least one **query signal matches** an **abstract** of said at least one **reference signal**. | matching<br><br>'472 (11) | No construction required. | "indistinguishable" | |
| | a security controller that controls access to a secured area<br><br>'472 (12) | No construction required. | Indefinite.<br><br>To the extent the Court believes that this term is not indefinite, then Defendants propose:<br><br>"a hardware device that prevents unauthorized access" | |

**Certificate of Service**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email.

_/s/ Randall T. Garteiser_