# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** | § | |
| *Plaintiff,* | § § | Civil Action No. 6:12-CV-499-LED |
| v. | § § | |
| **TEXAS INSTRUMENTS, INC.,** *et al.,* | § § | **JURY TRIAL DEMANDED** |
| *Defendants.* | § § | |
| **BLUE SPIKE, LLC,** | § § | |
| *Plaintiff,* | § | Civil Action No. 6:13-cv-127-MHS |
| v. | § § | **(CONSOLIDATED 6:12-CV-499)** |
| **INFINISOURCE, INC. and QQEST SOFTWARE SYSTEMS, INC.,** | § § | **JURY TRIAL DEMANDED** |
| *Defendants.* | § | |

## JOINT MOTION TO DISMISS

Plaintiff, Blue Spike, LLC on the one hand, and Defendants Infinisource, Inc. (Infinisource) and Qqest Software Systems, Inc. (initially named in case as Qqest Software Solutions, Inc.), (Qquest) on the other, have reached a settlement agreement of the above-captioned matter and move to dismiss the claims, counterclaims, and causes of action between them.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Blue Spike, LLC stipulates to the dismissal with prejudice of all claims and causes of action asserted in this case against Infinisource, Inc. and Qqest Software Systems, Inc. (initially named in case as Qqest Software Solutions, Inc.), and Infinisource and Qqest stipulate to the dismissal with prejudice of all counterclaims and defenses

asserted in this case against Blue Spike, LLC.  The parties shall bear their own attorneys' fees, expenses and costs.

Dated: September 9, 2014

By:   /s/Randall T. Garteiser

Randall T. Garteiser
  Lead Attorney
  Texas Bar No. 24038912
  rgarteiser@ghiplaw.com
Christopher A. Honea
  Texas Bar No. 24059967
  chonea@ghiplaw.com
Christopher S. Johns
  Texas Bar No. 24044849
  cjohns@ghiplaw.com
Kirk J. Anderson
  California Bar No. 289043
Peter S. Brasher
  California Bar No. 283992
GARTEISER HONEA, P.C.
218 North College Avenue
Tyler, Texas 75702
(903) 705-7420
(888) 908-4400 fax
***ATTORNEYS FOR BLUE SPIKE, LLC***


By: /s/ *Clement J. Naples*
Clement J. Naples
N.Y. Bar No. 4217717
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY  10022-4834
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
clement.naples@lw.com

**Attorneys for Defendants
INFINISOURCE, INC. and QQEST
SOFTWARE SYSTEMS, INC.**

## CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email.

                                                    /s/ Randall T. Garteiser
                                                    Randall T. Garteiser