UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Blue Spike, LLC, <br>     *Plaintiff*, <br> v. <br> TEXAS INSTRUMENTS, INC., et al., <br>     *Defendants*. | CASE NO. 6:12-cv-499 MHS <br> LEAD CASE <br> Jury Trial Demanded |

**JOINT MOTION TO DISMISS BLUE SPIKE'S THIRD AND THIRTEENTH AFFIRMATIVE DEFENSES AGAINST AUDIBLE MAGIC CORP. (DKT. NOS. 1742, 1746, and 1747)**

Plaintiff Blue Spike, LLC and Counter-Defendants Blue Spike, Inc. and Scott Moskowitz (collectively "Blue Spike") and Audible Magic Corp. move the Court to dismiss two of Blue Spike's Affirmative Defenses. On September 5, 2014 Blue Spike filed a Reply in Response to Audible Magic, Corp.'s counterclaims. Blue Spike asserted seventeen affirmative defenses in total. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties stipulate to the dismissal without prejudice of Blue Spike's Third Affirmative Defense of Invalidity and Blue Spike's Thirteenth Affirmative Defense of Unenforceability for Inequitable Conduct.

1

Respectfully Submitted,

/s/ Randall T. Garteiser
Randall T. Garteiser
Texas Bar No. 24038912
rgarteiser@ghiplaw.com
Christopher A. Honea
Texas Bar No. 24059967
chonea@ghiplaw.com
Christopher S. Johns
Texas Bar No. 24044849
cjohns@ghiplaw.com
Kirk J. Anderson
California Bar No. 289043
Peter S. Brasher
California Bar No. 283992
**GARTEISER HONEA, P.C.**
218 N. College Ave.
Tyler, Texas 75702
Telephone:  (903) 705-7420
Facsimile:  (888) 908-4400

*Counsel for Blue Spike LLC*

/s/ Eric H. Findlay
Eric H. Findlay (Texas Bar No. 00789886)
Walter W. Lackey, Jr. (Texas Bar No. 24050901)
FINDLAY CRAFT, P.C.
102 N. College Ave., Suite 900
Tyler, TX 75702
Telephone: (903) 534-1100
Facsimile: (903) 534-1137
efindlay@findlaycraft.com
wlackey@findlaycraft.com

Gabriel M. Ramsey– *LEAD ATTORNEY*
I. Neel Chatterjee
ORRICK, HERRINGTON & SUTCLIFFE, LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 614-7400
Facsimile: (650) 614-7401
gramsey@orrick.com
nchatterjee@orrick.com

Alyssa M. Caridis
ORRICK, HERRINGTON & SUTCLIFFE, LLP
777 S. Figueroa St.
Suite 3200
Los Angeles, CA 90017
Telephone: (213) 629-2020
Facsimile: (213) 612-2499
acaridis@orrick.com

Christopher J. Higgins
ORRICK, HERRINGTON & SUTCLIFFE, LLP
1152 15th Street, NW
Washington, DC 20005
Telephone: (202) 339-8418
chiggins@orrick.com

*Counsel for Audible Magic, Corp.*

## CERTIFICATE OF SERVICE

        The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email.

        /s/ Randall T. Garteiser
        Randall T. Garteiser