IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
| *Plaintiff,* | § | Civil Action No. 6:12-CV-499-LED |
| v. | § | |
| TEXAS INSTRUMENTS, INC., *et al.,* | § | JURY TRIAL DEMANDED |
| *Defendants.* | § | |
| BLUE SPIKE, LLC, | § | |
| *Plaintiff,* | § | Civil Action No. 6:13-cv-127-MHS |
| v. | § | (CONSOLIDATED 6:12-CV-499) |
| INFINISOURCE, INC. and QQEST SOFTWARE SYSTEMS, INC., | § | JURY TRIAL DEMANDED |
| *Defendants.* | § | |

ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), recognizing the Joint Motion to Dismiss filed by Blue Spike, LLC and Infinisource, Inc. (Infinisource) and Qqest Software Systems, Inc. (initially named in case as Qqest Software Solutions, Inc.) (Qquest) pursuant to a settlement of the above captioned litigation between the parties, it is ordered as follows:

ORDERED that the claims asserted herein by Blue Spike, LLC against Infinisource and Qqest be, and hereby are, dismissed with prejudice; that the counterclaims and defenses asserted herein by Infinisource and Qqest against Blue Spike, LLC be, and hereby are, dismissed with prejudice; and that the parties shall bear their own attorneys' fees, expenses and costs.

It is SO ORDERED.

SIGNED this 24th day of September, 2014.

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE