IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, <br>     *Plaintiff*, <br> v. <br> TEXAS INSTRUMENTS, INC. <br>     *Defendants*. <br><br> BLUE SPIKE, LLC, <br>     *Plaintiff*, <br> v. <br> IRITECH, INC. <br>     *Defendant*. | § § § § § § § § § § § § § § § § § § | Civil Action No. 6:12-CV-499-LED <br><br> (LEAD CASE) <br><br> Civil Action No.: 6:13-cv-55-MHS <br><br> (CONSOLIDATED WITH 6:12-CV-499) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Blue Spike, LLC, on the one hand, and defendant IriTech, Inc., on the other, have reached a settlement of the above-captioned matter and have agreed to dismiss the claims, counterclaims, and causes of action between them.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Blue Spike, LLC stipulates to the dismissal with prejudice of all claims and causes of action asserted in this case against defendant IriTech, Inc. The parties shall bear their own attorneys' fees, expenses and costs.

//
//

Dated:  September 25, 2014     By:

| | |
|---|---|
| /s/ Randall T. Garteiser | /s/ Eric H. Findlay |
| Randall T. Garteiser | Eric H. Findlay |
|   Texas Bar No. 24038912 | (Texas Bar No. 00789886) |
|   rgarteiser@ghiplaw.com | Walter W. Lackey, Jr. |
| Christopher A. Honea | (Texas Bar No. 24050901) |
|   Texas Bar No. 24059967 | FINDLAY CRAFT, P.C. |
|   chonea@ghiplaw.com | 102 N. College Ave. |
| Christopher S. Johns | Suite 900 |
|   Texas Bar No. 24044849 | Tyler, TX 75702 |
|   cjohns@ghiplaw.com | Telephone:  (903) 534-1100 |
| Kirk J. Anderson | Facsimile:   (903) 534-1137 |
|   California Bar No. 289043 | efindlay@findlaycraft.com |
| Peter S. Brasher | wlackey@findlaycraft.com |
|   California Bar No. 283992 | |
| **GARTEISER HONEA, P.C.** | **Attorneys for Defendant Iritech, Inc.** |
| 218 N. College Ave. | |
| Tyler, Texas 75702 | |
| Telephone:  (903) 705-7420 | |
| Facsimile:  (888) 908-4400 | |

*Counsel for Blue Spike LLC*

2

## CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email.

                                                            /s/ Randall T. Garteiser