IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Blue Spike, LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>Texas Instruments, Inc., et al.,<br><br>    *Defendants*. | CASE NO. 6:12-cv-499-MHS-CMC<br><br>LEAD CASE<br><br>Jury Trial Demanded |
| Blue Spike, LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>Zvetco, LLC,<br><br>    *Defendant*. | CASE NO. 6:13-CV-130 MHS<br><br>CONSOLIDATED CASE<br><br>Jury Trial Demanded |

**AGREED MOTION TO DISMISS ZVETCO, LLC**

    Plaintiff Blue Spike, LLC, on the one hand, and Defendant Zvetco, LLC, on the other, have agreed to dismiss the claims, counterclaims, and causes of action between them.

    Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Blue Spike, LLC stipulates to the dismissal without prejudice of all claims and causes of action asserted in this case against defendant Zvetco, LLC, and defendant Zvetco, LLC stipulates to the dismissal without prejudice of all counterclaims and defenses asserted in this case against Blue Spike, LLC. The parties shall bear their own attorneys' fees, expenses and costs.

By: __/s/ Randall T. Garteiser__
 Randall T. Garteiser
  Lead Attorney
  Texas Bar No. 24038912
  rgarteiser@ghiplaw.com
Christopher A. Honea
  Texas Bar No. 24059967
  chonea@ghiplaw.com
Christopher S. Johns
  Texas Bar No. 24044849
  cjohns@ghiplaw.com
Kirk J. Anderson
  California Bar No. 289043
Peter S. Brasher
  California Bar No. 283992
GARTEISER HONEA, P.C.
218 North College Avenue
Tyler, Texas 75702
(903) 705-7420
(888) 908-4400 fax

***ATTORNEYS FOR BLUE SPIKE, LLC***

By: __/s/ Robert A. Huntsman__
Robert A. Huntsman
HUNTSMAN LAW GROUP, PLLC
10400 W. Overland., #174
Boise, ID 83709
tel: 208 860 4379
email: bobh@huntsmanlg.com

**LEAD COUNSEL FOR ZVETCO, LLC**

2

## CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email.

                                                    /s/ Randall T. Garteiser