# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>TEXAS INSTRUMENTS, INC.,<br><br>          Defendant. | Civil Action No. 6:12-CV-499 MHS<br><br>**LEAD CASE**<br>**JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION TO EXTEND DEADLINE TO REPLY TO PLAINTIFF'S OPPOSITION TO NIELSEN'S AND SMRTV'S MOTION FOR SUMMARY JUDGMENT

Defendants The Nielsen Company (US), LLC ("Nielsen") and SMRTV, Inc. ("SMRTV") respectfully move the Court for an extension of time within which to reply to Plaintiff Blue Spike, LLC's Opposition to Nielsen's and SMRTV's Motion for Summary Judgment (Dkt. No. 1770) ("Opposition").

Nielsen's and SMRTV's deadline to reply to the Opposition is September 26, 2014. Nielsen and SMRTV request an extension of time until September 29, 2014 to reply to the Opposition. Counsel for Nielsen and SMRTV has conferred with counsel for Blue Spike, and Plaintiff is unopposed to this request for extension of time.

Dated:  September 25, 2014     FENWICK & WEST LLP

By:  _/s/  David M. Lacy Kusters_
David M. Lacy Kusters
dlacykusters@fenwick.com

Teresa M. Corbin, CA Bar No. 132360
(Admitted E.D. Texas)
Bryan A. Kohm, CA Bar No.233276
(Admitted E.D. Texas)
David Lacy Kusters, CA Bar No.241335
(Admitted E.D. Texas)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, California 94104
Tel:   (415) 874-2300
Fax:   (415) 281-1350

Darren E. Donnelly, CA Bar No. 194335
(Admitted E.D. Texas)
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, California  94041
Tel:   (650) 955-8500
Fax:   (650) 983-5200

Attorneys for Defendants
The Nielsen Company (US) LLC and
SMRTV, Inc.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 25, 2014.

*/s/ David Lacy Kusters*
David Lacy Kusters

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Blue Spike and the undersigned has complied with the meet and confer requirement in Local Rule CV-7(h) and that Plaintiff does not oppose the present motion.

*/s/ David Lacy Kusters*
David Lacy Kusters