# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>       Plaintiff,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC.,<br><br>       Defendant. | Civil Action No. 6:12-CV-499 MHS<br><br>**LEAD CASE**<br>**JURY TRIAL DEMANDED** |

## ORDER

BEFORE THE COURT is Defendants The Nielsen Company (US), LLC's ("Nielsen") and SMRTV, Inc.'s ("SMRTV") Unopposed Motion to Extend Deadline to Reply to Plaintiff's Opposition to Nielsen's and SMRTV's Motion for Summary Judgment (Dkt. No. 1770) ("Opposition"). The Court, having noted that the relief requested in unopposed, is of the opinion that the Motion should be granted.

IT IS ORDERED that Defendants Nielsen and SMRTV shall have until September 29, 2014 to reply to the Opposition (Dkt. No. 1770).

**SIGNED this 26th day of September, 2014.**

_____
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE