

# EXHIBIT 1

## Higgins, Christopher J.

| | |
|---|---|
| **From:** | Ramsey, Gabriel M. |
| **Sent:** | Monday, September 15, 2014 1:55 PM |
| **To:** | Randall Garteiser; Christopher Honea (chonea@ghiplaw.com); bluespike@ghiplaw.com |
| **Cc:** | Champion, Anne; Amar, Nicole; Caridis, Alyssa; Higgins, Christopher J. |
| **Subject:** | John Snell Deposition |

Randall and Chris,

Since your service of the deposition notice of John Snell, we have not heard from you.  Please let us know what dates you propose for a deposition of John Snell.

Sincerely,

Gabe



**GABRIEL M. RAMSEY**
*Partner*
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 MARSH ROAD
MENLO PARK, CA 94025-1015
*tel* 650-614-7361
*fax* 650-614-7401
email gramsey@orrick.com
www.orrick.com