**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| BLUE SPIKE, LLC | § | Civil Action No. 6:12-CV-499 -MHS-CMC |
| | § | |
| *Plaintiff,* | § | LEAD CASE |
| | § | |
| v. | § | |
| | § | |
| TEXAS INSTRUMENTS, INC., et al. | § | |
| | § | |
| *Defendants* | § | |

### NOTICE OF APPEARANCE OF COUNSEL

Defendants, Defendants Iritech, Inc., Futronic Technology Co., Ltd., Fulcrum Biometrics LLC, Audible Magic Corporation, Photobucket.com, Inc., Qlipso, Inc., Qlipso Media Networks Ltd., Zedge Holdings, Inc., Mediafire, LLC., Dailymotion, Inc., Dailymotion S.A., GoMiso, Inc, iMesh, Inc., Coincident.TV, Inc., Facebook, Inc., MySpace, LLC, Specific Media, LLC, Yap.tv, Inc., Metacafe, Inc., Boodabee Technologies Inc., Harmonix Music Systems, Inc., Brightcove, Inc., Accedo Broadband AB, Accedo Broadband NA, Inc., Soundcloud, Inc., Soundcloud Ltd., WiOffer, LLC, Myxer, Inc., Attributor Corporation,  Viggle Inc. ("collectively" Defendants) file this Notice of Appearance, and hereby notify the Court that Brian Craft, of the law firm Findlay Craft, P.C., 102 N. College Ave., Suite 900, Tyler, TX 75702, Telephone (903) 534-1100, Fax (903) 534-1137, E-mail: bcraft@findlaycraft.com has entered this action as counsel for Defendants. In connection with this notice, Mr. Craft requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on him at the above address and contact information.

Dated: September 29, 2014                                    Respectfully submitted,

By: */s/ Brian Craft*
Brian Craft
State Bar No. 04972020
FINDLAY CRAFT, P.C.
102 N. College Ave.
Suite 900
Tyler, TX  75702
(903) 534-1100
(903) 534-1137 FAX
Email: bcraft@findlaycraft.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2014, I electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing *via* electronic mail to all counsel of record.

/s/ *Brian Craft*
Brian Craft