**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
| *Plaintiff,* | § | Civil Action No. 6:12-CV-499-LED |
| | § | |
| v. | § | |
| | § | (LEAD CASE) |
| TEXAS INSTRUMENTS, INC. | § | |
| *Defendants.* | § | |
| | § | Civil Action No.: 6:12-cv-595-MHS |
| | § | |
| BLUE SPIKE, LLC, | § | (CONSOLIDATED WITH 6:12-CV-499) |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| CLEAR CHANNEL BROADCASTING, INC. | § | |
| | § | |
| Defendant. | § | |
| | § | |

<u>**STIPULATION OF DISMISSAL WITH PREJUDICE**</u>

Plaintiff Blue Spike, LLC, on the one hand, and defendant Clear Channel Broadcasting, Inc., on the other, have reached a settlement of the above-captioned matter and have agreed to dismiss the claims, counterclaims, and causes of action between them.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Blue Spike, LLC stipulates to the dismissal with prejudice of all claims and causes of action asserted in this case against defendant Clear Channel Broadcasting, Inc., and defendant Clear Channel Broadcasting, Inc. stipulates to the dismissal without prejudice of all its counterclaims and defenses asserted in this case against Blue Spike, LLC. The parties shall bear their own attorneys' fees, expenses and costs.

1

Dated:  September 29, 2014        By:

/s/ Randall T. Garteiser                         /s/ Ryan K. Yagura
Randall T. Garteiser
  Texas Bar No. 24038912                Ryan K. Yagura
  rgarteiser@ghiplaw.com                ryagura@omm.com  - TX S.B.
Christopher A. Honea                        #240755933
  Texas Bar No. 24059967                Nicholas J. Whilt
  chonea@ghiplaw.com                    nwhilt@omm.com – CA S.B. #247738
Christopher S. Johns                          O' MELVENY & MYERS LLP
  Texas Bar No. 24044849                400 South Hope Street
  cjohns@ghiplaw.com                     Los Angeles, California 90071-2899
Kirk J. Anderson                              Telephone:  (213) 430-6000
  California Bar No. 289043               Facsimile:  (213) 430-6407
Peter S. Brasher
  California Bar No. 283992
GARTEISER HONEA, P.C.                   Sarah A. Pfeiffer
218 N. College Ave.                          spfeiffer@omm.com – CA S.B. #278205
Tyler, Texas 75702                           O'MELVENY & MYERS LLP
Telephone:  (903) 705-7420             610 Newport Center Drive
Facsimile:  (888) 908-4400              Newport Beach, California 92660
                                                    Telephone:  (949) 823-6900
                                                    Facsimile:  (949) 823-6994

*Counsel for Blue Spike LLC*              *Attorneys for Clear Channel*
                                                    *Broadcasting, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email.

 /s/ Randall T. Garteiser