# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, <br>     *Plaintiff*, <br> v. <br> TEXAS INSTRUMENTS, INC. <br>     *Defendants*. | § § § § § § § § | Civil Action No. 6:12-CV-499-LED <br><br> (LEAD CASE) |
| BLUE SPIKE, LLC, <br>     *Plaintiff*, <br> v. <br> CLEAR CHANNEL BROADCASTING, INC. <br>     *Defendant*. | § § § § § § § § § | Civil Action No.: 6:12-cv-595-MHS <br><br> (CONSOLIDATED WITH 6:12-CV-499) |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), recognizing the Stipulation of Dismissal filed by plaintiff Blue Spike, LLC and defendant Clear Channel Broadcasting, Inc. pursuant to a settlement of the above-captioned litigation between the parties, it is ordered as follows:

ORDERED that the claims asserted herein by plaintiff Blue Spike, LLC against defendant Clear Channel Broadcasting, Inc. be, and hereby are, dismissed with prejudice;

ORDERED that the counterclaims and defenses asserted herein by defendant Clear Channel Broadcasting, Inc. against plaintiff Blue Spike, LLC be, and hereby are, dismissed without prejudice; and

ORDERED that the parties shall bear their own attorneys' fees, expenses and costs.