# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § § § | Civil Action No. 6:12-CV-499-MHS |
| *Plaintiff,* | § § | |
| v. | § § | (LEAD CASE) |
| TEXAS INSTRUMENTS, INC. | § § | |
| *Defendants.* | § § § | Civil Action No.: 6:13-cv-55-MHS |
| ——————————————— | § § | |
| BLUE SPIKE, LLC, | § § | (CONSOLIDATED WITH 6:12-CV-499) |
| Plaintiff, | § § § | |
| v. | § § | |
| IRITECH, INC. | § § § | |
| Defendant. | § § | |
| ——————————————— | § § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), recognizing the Stipulation of Dismissal filed by plaintiff Blue Spike, LLC pursuant to a settlement of the above-captioned litigation between the parties, it is ordered as follows:

ORDERED that the claims asserted herein by plaintiff Blue Spike, LLC against defendant IriTech, Inc., be, and hereby are, dismissed with prejudice;  and

ORDERED that the parties shall bear their own attorneys' fees, expenses and costs.

**SIGNED this 30th day of September, 2014.**

1

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE