IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Blue Spike, LLC, <br>     *Plaintiff,* <br> v. <br> Texas Instruments, Inc., et al., <br>     *Defendants.* | CASE NO. 6:12-cv-499-MHS-CMC <br> LEAD CASE <br> Jury Trial Demanded |
| Blue Spike, LLC, <br>     *Plaintiff,* <br> v. <br> Zvetco, LLC, <br>     *Defendant.* | CASE NO. 6:13-CV-130-MHS <br> CONSOLIDATED CASE <br> Jury Trial Demanded |

**ORDER OF DISMISSAL WITHOUT PREJUDICE OF ZVETCO LLC**

Pursuant to Fed. R. Civ. P. 41(a), recognizing the Agreed Motion to Dismiss filed by Plaintiff Blue Spike, LLC and Defendant Zvetco LLC, it is ordered as follows:

**IT IS ORDERED** that the claims asserted by Plaintiff Blue Spike, LLC against Defendant Zvetco LLC be, and hereby are, dismissed without prejudice. The counterclaims and the defenses asserted by Defendant Zvetco LLC against Plaintiff Blue Spike, LLC be, and hereby are, dismissed without prejudice. The parties shall bear their own attorney's fees, expenses and costs.

**SIGNED** this 30th day of September, 2014.

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE