UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Case No. 6:12-CV-499** |
| | § | **(LEAD CASE)** |
| TEXAS INSTRUMENTS, INC., ET AL | § | |
| | § | |
| **Defendants.** | | |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Melissa R. Smith of Gillam & Smith, LLP enters her appearance on

behalf of Defendant Clear Channel Broadcasting, Inc. in this matter as additional counsel.

Melissa R. Smith may receive all communications from the Court and from other parties at

Gillam & Smith, LLP, 303 South Washington Avenue, Marshall, Texas 75670; Telephone: (903) 934-

8450; Facsimile: (903) 934-9257; e-mail melissa@gillamsmithlaw.com.

Dated:  September 30, 2014

> Respectfully submitted,
>
> GILLAM & SMITH, LLP
>
>  */s/ Melissa R. Smith*
> Melissa R. Smith
> State Bar No. 24001351
> GILLAM & SMITH, LLP
> 303 South Washington Avenue
> Marshall, Texas 75670
> Telephone:  (903) 934-8450
> Facsimile:  (903) 934-9257
> Email:  melissa@gillamsmithlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this NOTICE OF APPEARANCE via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 30th day of September, 2014.

_/s/ Melissa R. Smith_

Melissa R. Smith