## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC. et al,<br><br>        Defendants. | Civil Action No.: 6:12-cv-00499-MHS<br><br>LEAD CASE |
| BLUE SPIKE, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>INFINISOURCE, INC. and QQEST SOFTWARE SYSTEMS, INC.,<br><br>        Defendants. | Civil Action No.: 6:13-cv-00127-MHS<br><br>(CONSOLIDATED WITH 6:12-cv-499 AND CLOSED) |

### NOTICE OF REQUEST FOR TERMINATION OF ELECTRONIC NOTICES

A request is hereby made that Clement J. Naples, counsel for Defendants Infinisource, Inc. and Qqest Software Systems, Inc., who were dismissed from this action on September 24, 2014, cease receiving electronic notifications in the above-captioned matter.

Dated:  September 30, 2014

Respectfully submitted,

/s/ *Clement J. Naples*
Clement J. Naples
N.Y. Bar No. 4217717
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY  10022-4834
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
clement.naples@lw.com

Attorneys for Defendants
INFINISOURCE, INC. and QQEST
SOFTWARE SYSTEMS, INC.

## **CERTIFICATE OF SERVICE**

    I hereby certify that on September 30, 2014, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system, per Local Rule CV-5(a)(3).

                 /s/ *Clement J. Naples*
                 Clement J. Naples