IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | No. 6:12-CV-499-MHS-CMC |
| | § | |
| *Plaintiff*, | § | LEAD CASE |
| | § | |
| v. | § | |
| | § | |
| TEXAS INSTRUMENTS, INC., | § | |
| | § | |
| *Defendant.* | § | |
| BLUE SPIKE, LLC, | § | No. 6:13-CV-125-MHS-CMC |
| | § | |
| *Plaintiff*, | § | CONSOLIDATED CASE |
| v. | § | |
| | § | |
| | § | |
| ENTROPIC COMMUNICATIONS, INC., | § | |
| *Defendant*. | § | |

**JOINT MOTION TO DISMISS WITHOUT PREJUDICE**

Plaintiff Blue Spike, LLC ("Blue Spike") and Defendant Entropic Communications, Inc. ("Entropic") have reached a settlement agreement in the above-captioned matter and jointly move to dismiss without prejudice the claims, counterclaims, and causes of action between them.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Blue Spike stipulates to the dismissal without prejudice of all claims and causes of action asserted in Case Nos. 6:13-cv-125 and 6:12-cv-499 against Entropic, and Entropic stipulates to the dismissal without prejudice of all counterclaims and defenses asserted in Case Nos. 6:13-cv-125 and 6:12-cv-499 against Blue Spike.  Blue Spike and Entropic shall bear their own attorneys' fees, expenses and costs.

1

Dated: September 30, 2014                                   Respectfully submitted,

By: */s/ Randall T. Garteiser, with permission by Michael E. Jones*

    Randall T. Garteiser
    Lead Attorney
    Texas Bar No. 24038912
    rgarteiser@ghiplaw.com
    Christopher A. Honea
    Texas Bar No. 24059967
    chonea@ghiplaw.com
    Christopher S. Johns
    Texas Bar No. 24044849
    cjohns@ghiplaw.com
    Kirk J. Anderson
    California Bar No. 289043
    Peter S. Brasher
    California Bar No. 283992
    **GARTEISER HONEA, P.C.**
    218 North College Avenue
    Tyler, Texas 75702
    (903) 705-0828
    (903) 526-5477 Fax

    **ATTORNEYS FOR**
    **BLUE SPIKE, LLC**

By: */s/ Jo Dale Carothers, with permission by Michael E. Jones*

    Alan H. Blankenheimer
    ablankenheimer@cov.com
    Jo Dale Carothers
    jcarothers@cov.com
    **COVINGTON & BURLING LLP**
    9191 Towne Centre Drive, 6th Floor
    San Diego, CA 92122-1225
    Tel: 858-678-1800
    Fax: 858-678-1600

    Michael E. Jones
    State Bar No. 10929400
    Allen F. Gardner
    State Bar No. 24043679
    **POTTER MINTON**
    **A Professional Corporation**
    110 N. College, Suite 500
    Tyler, Texas 75702
    Tel: 903-597-8311
    Fax: 903-593-0846
    mikejones@potterminton.com
    allengardner@potterminton.com

    **ATTORNEYS FOR DEFENDANT**
    **ENTROPIC COMMUNICATIONS, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 30, 2014.

*/s/ Michael E. Jones*
Michael E. Jones

SD: 16532-1