# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | No. 6:12-CV-499-MHS-CMC |
| | § | |
| *Plaintiff*, | § | LEAD CASE |
| | § | |
| v. | § | |
| | § | |
| TEXAS INSTRUMENTS, INC., | § | |
| | § | |
| *Defendant.* | § | |

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | No. 6:13-CV-125-MHS-CMC |
| | § | |
| *Plaintiff*, | § | CONSOLIDATED CASE |
| v. | § | |
| | § | |
| ENTROPIC COMMUNICATIONS, INC., | § | |
| *Defendant*. | § | |

## ORDER GRANTING DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), recognizing the Joint Motion to Dismiss Without Prejudice filed by Blue Spike, LLC ("Blue Spike") and Entropic Communications, Inc. ("Entropic") pursuant to a settlement of the above-captioned litigation between Blue Spike and Entropic, it is ordered as follows:

**ORDERED** that the claims asserted herein by Blue Spike, LLC against Entropic in Case Nos. 6:13-cv-125 and 6:12-cv-499 be, and hereby are, dismissed without prejudice; that the counterclaims and defenses asserted herein by Entropic against Blue Spike, LLC in Case Nos. 6:13-cv-125 and 6:12-cv-499 be, and hereby are, **DISMISSED WITHOUT PREJUDICE**; and that Blue Spike and Entropic shall bear their own attorney's fees, expenses and costs.