# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** § | | |
| § | | |
| Plaintiff, § | Civil Action No. 6:12-cv-499 | |
| § | | |
| v. § | Consolidated Case | |
| § | | |
| **TEXAS INSTRUMENTS, INC.** § | | |
| § | | |
| Defendant. § | | |

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** § | | |
| § | | |
| Plaintiff, § | Civil Action No. 6:12-cv-557 | |
| § | | |
| v. § | **JURY TRIAL DEMANDED** | |
| § | | |
| **CIVOLUTION USA, INC. and** § | | |
| **CIVOLUTION B.V.,** § | | |
| § | | |
| Defendants. § | | |

## NOTICE OF APPEARANCE OF ATTORNEY TRENTON L. MENNING

Trenton L. Menning of Mayer Brown LLP hereby respectfully enters his appearance as attorney of record for Defendants Civolution USA, Inc. and Civolution B.V.

Dated: September 30, 2014		Respectfully submitted,

		*/s/* Trenton L. Menning
		Michael A. Molano
		Ward Johnson (*pro hac vice*)
		MAYER BROWN LLP
		3000 El Camino Real
		Palo Alto, CA 94306-2112
		Phone: (650) 331-2000
		Fax: (650) 331-2060
		Email: wjohnson@mayerbrown.com
		Email: mmolano@mayerbrown.com

Trenton L. Menning
Texas Bar No. 24041473
Kyle E. Friesen
Texas Bar No. 24061954
Quinncy N. McNeal
Texas Bar No. 24074690
MAYER BROWN LLP
700 Louisiana Street, Suite 3400
Houston, Texas 77002-2730
Phone: (713) 238-2691
Fax: (713) 238-4691
Email: tmenning@mayerbrown.com
Email: kfriesen@mayerbrown.com
Email: qmcneal@mayerbrown.com

COUNSEL FOR DEFENDANTS
CIVOLUTION USA, INC. AND CIVOLUTION B.V.

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on September 30, 2014, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

/s/ Trenton L. Menning
Trenton L. Menning