# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **BLUE SPIKE, LLC,**<br><br>　　　　**Plaintiff,**<br><br>v.<br><br>**TEXAS INSTRUMENTS, INC.,**<br><br>　　　　**Defendant.** | **CIVIL ACTION NO. 6:12-CV-499-LED**<br><br>**(LEAD CASE)**<br><br>**JURY TRIAL DEMANDED** |
| **BLUE SPIKE, LLC,**<br><br>　　　　**Plaintiff,**<br><br>v.<br><br>**CLEAR CHANNEL BROADCASTING, INC.,**<br><br>　　　　**Defendant.** | **CIVIL ACTION NO. 6:12-CV-595-LED**<br><br>**(CONSOLIDATED WITH 6:12-CV-499)**<br><br>**JURY TRIAL DEMANDED** |

## REQUEST FOR TERMINATION OF ELECTRONIC NOTICES

A request is hereby made that Ryan K. Yagura, Nicholas J. Whilt, and Sarah A. Pfeiffer, of O'Melveny and Myers LLP, counsel for Defendant Clear Channel Broadcasting, Inc., who was dismissed from this action on October 1, 2014, cease receiving electronic notifications in the above-captioned matter.

Dated:  October 1, 2014           */s/ Ryan K. Yagura*

Ryan K. Yagura
ryagura@omm.com - TX S.B. #240755933
Nicholas J. Whilt
nwhilt@omm.com – CA S.B. #247738
O' MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071-2899
Telephone:  (213) 430-6000
Facsimile:  (213) 430-6407

Sarah A. Pfeiffer
spfeiffer@omm.com – CA S.B. #278205
O' MELVENY & MYERS LLP
610 Newport Center Drive
Newport Beach, California 92660
Telephone:  (949) 823-6900
Facsimile:  (949) 823-6994

*Attorneys for Clear Channel Broadcasting, Inc.*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on October 1, 2014, all counsel of record who have consented to electronic service were served with a copy of this document via the Court's ECF system, pursuant to Local Rule CV-5(a)(3)(A).

                    */s/ Ryan K. Yagura*
                     Ryan K. Yagura