**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

**JUDGE CAROLINE M. CRAVEN
TECHNICAL ADVISOR SCOTT WOLOSON
COURTROOM DEPUTY LYNN SIEBEL
COURT REPORTER JAN MASON**

**IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **BLUE SPIKE, LLC** | § | |
| **V** | § | **6:12CV499** |
| **TEXAS INSTRUMENTS, INC.** | § | |

**ATTORNEYS FOR PLAINTIFF: SEE SIGN IN SHEET
ATTORNEYS FOR DEFENDANTS: SEE SIGN IN SHEET**

**10/01/2014**

On this day, came the parties by their attorneys, the following proceedings were held in Texarkana, TX:

| TIME | MINUTES |
|---|---|
| 10:10 | Matter called for Markman Hearing. |
| | Attorney announcements. |
| | Time discussed. |
| | Preliminary instructions handed out before hearing. |
| | Mr. Garteiser announces agreements reached. |
| | Mr. Ramsey announces agreements. |
| | Mr. Garteiser presents terms on behalf of Blue Spike. |
| 10:27 | Mr. Gabe Ramsey responds on behalf of Audible Magic. |
| 10:43 | Mr. Garteiser replies. |

| 10:48 | Mr. Ramsey responds. |
| 10:58 | Mr. Reines replies.. |
| 10:59 | Mr. Dion Bregman. |
| 11:01 | Mr. Garteiser. |
| 11:09 | Mr Ramsey. |
| 11:15 | Break |
| 11:27 | Reconvene |
| 11:28 | Mr. Garteiser |
| 11:37 | Orion Armon on behalf of defendants. |
| 11:48 | Mr. Garteiser. |
| 11:54 | Mr. Honea. |
| 11:54 | Mr. Armon. |
| 11:59 | Mr. Chris Higgins. |
| 12:06 | Mr. Garteiser. |
| 12:12 | Mr. Dion Bregman. |
| 12:15 | Mr. Garteiser. |
| 12:16 | Mr. Bregman. |
| 12:17 | Mr. Garteiser. |
| 12:18 | Mr. Bregman. |
| 12:22 | Mr. Garteiser |
| 12:23 | Mr. Kirk Anderson |
| 12:24 | Mr. Andrew Perito |
| 1226 | Mr. Garteiser |
| 12:27 | lunch until 1:15 |
| 1:16 | Reconvene |
| 1:17 | Mr. Perito |
| 1:20 | Mr. Garteiser. |
| 1:20 | Mr. Perito. |

| 1:26 | Mr. Garteiser. |
|------|----------------|
| 1:27 | Mr. Perito. |
| 1:29 | Ms. Caridas on audible magic patent |
| 1:33 | Mr. Kirk Anderson responds for Blue Spike |
| 1:41 | Ms. Caridas replies. |
| 1:43 | Mr. Chris Higgins. |
| 1:46 | Ms. Caridas. |
| 1:49 | Court will issue R & R within next 3 weeks. |
|      | adjourn |
|      |  |
|      |  |
|      |  |
|      |  |
|      |  |
|      |  |
|      |  |
|      |  |
|      |  |
|      |  |
|      |  |
|      |  |
|      |  |
|      |  |
|      |  |
|      |  |
|      |  |

| | |
|---|---|
| | |
| | |
| | |
| | |