# SIGN IN SHEET

| BLUE SPIKE, LLC, | § | |
| | § | |
| V | § | 6:12CV499 |
| | § | |
| TEXAS INSTRUMENTS, INC. | § | |

## 10/01/2014

| ATTORNEY & LAW FIRM | CLIENT & CASE # |
|---|---|
| Walter Lackey - Findlay Craft | Audible Magic & *Customers |
| Brian Craft - Findlay Craft | *Customers listed separate sheet |
| Eric Findlay - Findlay Craft | Viggle Inc. |
| | Fulcrum Biometrics, LLC |
| | Futronic Technology Co., Ltd. |
| | Attributor Corporation |
| Dawn Jenkins, DLA Piper | Irdeto |
| Gabe Ramsey | Audible Magic & customers |
| Alyssa Caridis } Orrick | (list to be provided) |
| Chris Higgins | |
| Chris Swickhamer - Loeb & Loeb | Viggle |
| Deron Dacus | Facebook |
| Orion Armon | |
| Bryan Kohm - Fenwick + West | The Nielsen Group; SMRTV |
| Allen Gardner | Shazam & Entropic |
| Melissa Smith | Spracho, Airborne, Clear Channel |
| Trent Menning - Mayer Brown LLP | Civolution |

| Name | Firm | Client |
|---|---|---|
| DION BREGMAN | MORGAN LEWIS | MORPHO TRUST, MORPHOTRAK, SAFRAN, L-1 IDENTITY |
| LINDSEY SHIN | MORGAN LEWIS | " |
| TOM DAVIS | MORGAN LEWIS | " |
| Randall Garteiser | Garteiser | Blue Spike, LLC |
| Christopher Honea | Honea | |
| Peter Brasher | | |
| Ian Ramage | ↓ | ↓ |
| Kirk Anderson | | |