UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Blue Spike, LLC,<br><br>　　*Plaintiff*,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC., et al.,<br><br>　　*Defendants*. | CASE NO. 6:12-cv-499-MHS-CMC<br><br>LEAD CASE<br><br>Jury Trial Demanded |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT SHAZAM ENTERTAINMENT LTD.'S SEALED MOTION FOR SUMMARY JUDGMENT**

Plaintiff Blue Spike, LLC ("Blue Spike") respectfully moves the Court for an extension of time within which to respond to Shazam Entertainment, Ltd.'s Motion for summary judgment (Dkt. No. 1694) ("Motion").

Blue Spike's deadline to respond to the Motion was October 3, 2014. Blue Spike requests an extension of time of until October 17, 2014 to respond to the Motion. Counsel for Blue Spike has conferred with counsel for Defendant, and Defendant is unopposed to this request for extension of time.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Randall T. Garteiser
　　　　　　　　　　　　　　　　　　Randall T. Garteiser
　　　　　　　　　　　　　　　　　　　Texas Bar No. 24038912
　　　　　　　　　　　　　　　　　　　rgarteiser@ghiplaw.com
　　　　　　　　　　　　　　　　　　Christopher A. Honea
　　　　　　　　　　　　　　　　　　　Texas Bar No. 24059967
　　　　　　　　　　　　　　　　　　　chonea@ghiplaw.com
　　　　　　　　　　　　　　　　　　Christopher S. Johns
　　　　　　　　　　　　　　　　　　　Texas Bar No. 24044849
　　　　　　　　　　　　　　　　　　　cjohns@ghiplaw.com

      Kirk J. Anderson
        California Bar No. 289043
      Peter S. Brasher
        California Bar No. 283992
      **GARTEISER HONEA, P.C.**
      218 N. College Ave.
      Tyler, Texas 75702
      Telephone:  (903) 705-7420
      Facsimile:  (888) 908-4400

      *Counsel for Blue Spike, LLC*

**Certificate of Service**

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email.

                                                             /s/ Randall T. Garteiser