UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
| *Plaintiff*, | § | CASE NO. 6:12-cv-499 MHS |
| | § | |
| v. | § | LEAD CASE |
| | § | |
| TEXAS INSTRUMENTS, INC., et al., | § | Jury Trial Demanded |
| | § | |
| *Defendants*. | § | |

**NOTICE OF COMPLETE BRIEFING**

Plaintiff Blue Spike, LLC hereby provides notice that briefing is complete on Defendants' Motion for Summary Judgment for Indefiniteness ("Motion"). Defendants filed their Motion on September 9, 2014. (Dkt. No. 1752). Plaintiff filed its Response in Opposition to the Motion on September 19, 2014. (Dkt. No. 1785). Defendants filed their Reply in Support of the Motion on September 26, 2014. (Dkt. No. 1803). The parties made arguments and presented evidence relating to claim construction on October 1, 2014. Therefore, briefing is complete and the Motion is ripe for consideration by the Court.

Dated: October 6, 2014

Respectfully submitted,

/s/ Randall T. Garteiser
Randall T. Garteiser
 Lead Attorney
 Texas Bar No. 24038912
 rgarteiser@ghiplaw.com
Christopher A. Honea
 Texas Bar No. 24059967
 chonea@ghiplaw.com

Christopher S. Johns
  Texas Bar No. 24044849
  cjohns@ghiplaw.com
Kirk J. Anderson
  California Bar No. 289043
Peter S. Brasher
  California Bar No. 283992
GARTEISER HONEA, P.C.
218 North College Avenue
Tyler, Texas 75702
(903) 705-7420
(888) 908-4400 fax

*Counsel for Blue Spike, LLC*

**Certificate of Service**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email.

/s/ Randall T. Garteiser