# United States District Court
### FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | |
|---|---|
| **BLUE SPIKE, LLC** § | |
| § | Case No. 6:12-cv-499 |
| v. § | |
| § | |
| **TEXAS INSTRUMENTS** § | |
| **INCORPORATED** § | |

### ORDER TO SHOW CAUSE

This consolidated patent case has been strenuously litigated since its inception on August 9, 2012. The number of parties and remaining claims and counterclaims present significant logistical concerns for the Court.

In view of the remaining issues to be resolved before the trial, the Court is strongly inclined to appoint Professor Francis McGovern[1] as Special Master to assist with the Court in trial scheduling and other pretrial matters.

Prof. McGovern's contact information is as follows:

> Francis E. McGovern
> Duke University School of Law
> 210 Science Drive
> Box 90362, Durham, NC 27708
> Phone: (919) 613-7095
> Fax: (919) 613-7165
> Email: mcgovern@law.duke.edu

---

[1] Prof. McGovern's Curriculum Vitae is attached as Exhibit A to this Order.

Accordingly, the Court **ORDERS** the parties to **SHOW CAUSE** why the Court should not appoint Prof. McGovern as Special Master by 3:00 p.m. on Wednesday, October 8, 2014.

**It is SO ORDERED.**

**SIGNED this 7th day of October, 2014.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE

# Exhibit A

# CURRICULUM VITAE

## FRANCIS E. MCGOVERN

**CONTACT INFORMATION**

Duke University School of Law
210 Science Drive
Box 90362, Durham, NC  27708
Tel: 919.613.7095      Fax: 919.613.7165
Assistant Tel: 919.613.8525

mcgovern@law.duke.edu

**EDUCATION**

B.A., 1967, Yale University
J.D., 1973, University of Virginia

**MILITARY**

U.S. Marine Corps, Captain, 1968-1971

**EMPLOYMENT**

Professor of Law, Duke University School of Law, 1997-present
Visiting Professor University Alabama School of Law, 2013-2014
Visiting Professor of Law (Spring), University of Navarre, Spain, 2012
Visiting Professor of Law (Summer), Hong Kong, 2012
Visiting Professor of Law (Spring), University of California at Berkeley School of Law, 2000–2011
Senior Fellow, Stanford Center on Conflict and Negotiation, Stanford Law School, 2000-present
Visiting Scholar, Harvard Law School, 2005
Visiting Professor of Law, Stanford Law School, 1999-2000
Francis H. Hare Professor of Torts, 1987-1996, Professor of Law, 1985-1987, The University of Alabama School of Law
Visiting Professor of Law, University of Fribourg (Switzerland), 1990-1991
Visiting Professor, Duke University School of Law, 1989
Senior Associate and Research Fellow, Project on Negotiation, Harvard Law School, 1985-1987

5/13/13

Visiting Professor, Massachusetts Institute of Technology, 1984-1985
Visiting Professor of Law, Boston University School of Law, 1983-1985
Professor of Public Health Law, University of Alabama-Birmingham, 1979-1990
Professor of Law, 1980-1984, Associate Dean, 1980-1982, Assistant Dean, 1978-1979, Associate Professor of Law, 1977-1980, Cumberland School of Law, Birmingham, Alabama
Attorney, Vinson & Elkins, Houston, Texas, 1973-1977

## BAR ASSOCIATIONS

Texas; Alabama; District of Columbia; Virginia

## AWARDS AND HONORS

- Outstanding Achievement Award, CPR Legal Program Awards for Excellence and Innovation in Alternative Dispute Resolution, 1986
- First Prize – Articles, CPR Legal Program Awards for Excellence and Innovation in Alternative Dispute Resolution, 1986
- Lifetime Achievement Award, American College of Civil Trial Mediators, 2002
- Distinguished Lecturer, University of Tennessee Law School, 2002
- Schwartz Lecturer, Ohio State University, Moritz College of Law, 2003
- Tar Heel Award, Raleigh News and Observer, 2004
- Honorary Degree, Doctor of Laws, 2005, Averett University
- Named Honoree, Francis E. McGovern Scholarship Award, Academy of Court Appointed Masters, 2010
- Leadership Award, National Center for Victims of Crime, 2010
- International Who's Who of Commercial Mediation, 2011
- Honorary Degree, Doctor of Laws, Dominican University (California), 2011

## ADVISORY AND OTHER POSITIONS AND MEMBERSHIPS

*Academy of Court-Appointed Masters*
    President
    Member, Board of Directors
*American Arbitration Association*
    Member, Executive Committee
    Member, Board of Directors
    Advisor, Mass Torts Project
*American Bar Association*
    Member, Mass Torts Commission
    Member, Council, Torts and Insurance Practice Section
    Chairman, Committee on Professional Issues, Torts and Insurance Practice Section
    Member, Task Forces on Initiatives and Referenda and Litigation Expense, Torts and Insurance Practice Section
    Reporter, Special Committee on Punitive Damages, Litigation Section

    Advisor, Catastrophe Committee, Litigation Section

*American Law Institute*
    Member
    Advisor, Complex Litigation Project
    Advisor, Restatement of American Indian Law

*Averett University*
    Vice Chairman, Board of Trustees
    Chairman, Academic Affairs Committee

*Brookings Institute*
    Member, Working Group on Civil Justice Reform

*Carnegie Commission*
    Member, Task Force on Science and Technology in Judicial and Regulatory Decision Making

*Celotex Asbestos Settlement Trust*
    Trustee

*Center for Public Resources*
    Academic Sustaining Member and Consultant
    Member, Judicial Panel

*Conference of Chief Justices*
    Advisor, Mass Tort Litigation Committee

*Consensus Building Institute*
    Board Member

*Federal Judicial Center*
    Consultant, Asbestos Litigation Seminars

*Fibreboard Asbestos Compensation Trust*
    Trustee

*International Centre for Dispute Resolution*
    Member, Neutral Arbitrator Panel

*Judicial Conference of the United States*
    Advisor, Working Group on Mass Torts

*Judicial Panel on Multi-District Litigation*
    Reporter, JPMDL Study Project

*Manual for Complex Litigation 2d*
    Technical Advisor, Board of Editors

*National Mock Trial Championship Team*
    Advisor

*National Center for State Courts*
    Senior Advisor

*U.S. Judicial Conference*
    Reporter, Court Administration and Case Management Committee

*Virginia Bar Association*
    Member, Special Issues Committee

## SPECIAL MASTER, COURT EXPERT, MEDIATOR, or NEUTRAL

A.H. Robins Bankruptcy, Richmond, Virginia
Abate v. ACandS, Inc., Baltimore, Maryland
Abrams v. GAF, Pascagoula, Mississippi
Adams, et al. v. U.S., et al., Boise, Idaho
Agabekov v. Lucifer Lighting Co., New York, New York, and Geneva, Switzerland
Ahearn v. Fibreboard, Tyler, Texas
A.L.U. Textile v. Texaco Chemical, Passaic, New Jersey
Amatex Bankruptcy, Philadelphia, Pennsylvania
ASG, Washington, DC
Associated Electric & Gas Insurance Services Limited v. Kender Morgan, Inc., et al., Las Vegas, Nevada
Averill v. Averill, Kalispell, Montana
Baron v. Budd, Dallas, Texas
Blue Cross/Blue Shield of Mississippi, Inc. v. Louisiana Health Service and Indemnity Company, Baton Rouge, Louisiana
Celotex Bankruptcy, Tampa, Florida
Chieftan Royalty Company, et al. v. QEP Energy Company, Oklahoma City, Oklahoma
Chickasaw and Choctaw Nations of Oklahoma v. Mary Fallin, et al., Oklahoma City, Oklahoma
Cichon et al. v. Viasys Holdings, Chicago, Illinois
City of San Antonio, San Antonio, Texas v. Hotels.com et al.
Clean Water Act Regulatory Negotiation, Boise, Idaho
Coffey v. Freeport Mc-Moran, Blackwell, Oklahoma
Combustion Engineering Bankruptcy, Wilmington, Delaware
Custer, et al. v. Cerro, et al., St. Louis, Missouri
Dow Chemical v. Firemen's Fund, Bay City, Michigan
Dow Corning Bankruptcy, Bay City, Michigan
Dresser Bankruptcy, Pittsburgh, Pennsylvania
Federal-Mogul Bankruptcy, Wilmington, Delaware
Georgia Hensley, et al. v. Computer Sciences Corporation et al., Texarkana, Arkansas
GeoTag Inc. v. Frontier Communications Corp., et al., Marshall, Texas
Gibbs v. Lobit, Houston, Texas
Global Research Analyst Settlement Distribution Fund, New York, New York
Gray, et al. v. Derderian, et al., Providence, Rhode Island
Hard Rock Café International v. Hard Rock Hotel Holdings, et al., New York, New York
Hobbs, et al. v. Burlington Northern Santa Fe Railroad Co., Libby, Montana
Idaho/Nez Perce/EPA Clean Water Act Regulatory Negotiation, Boise, Idaho
In re: Babcock & Wilcox Bankruptcy, New Orleans, Louisiana
In re: Bluegrass Crop Residue Dispute Process, Coeur d'Alene, Idaho
In re: ConAgra Peanut Butter Litigation, Atlanta, Georgia
In re: Currency Conversion Fee Antitrust Litigation, New York, New York

In re: Gray's Lake, Boise, Idaho

In re: Hipps Road, Jacksonville, Florida

In re: Ohio Asbestos Litigation, Cleveland, Ohio

In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010, New Orleans, Louisiana

In re: Passaic Fire Litigation, Newark, New Jersey

In re: Pharmaceutical Industry Average Wholesale Price Litigation, Boston, Massachusetts

In re: Phenylpropanolamine (PPA) Products Liability Litigation, Seattle, Washington

In re: Silicone Gel Breast Implants, Birmingham, Alabama

In re: The Libby Medical Plan qualified Settlement Fund Trust, Libby, Montana

In re: WTC Properties, New York, New York

In the Matter of American Skandia Investment Services, Inc., Chicago, Illinois

In the Matter of Bank of America Securities, LLC, Washington, DC

In the Matter of Bear, Stearns & Co., Inc., and Bear, Stearns Securities Corp., Washington, DC

In the Matter of Citibank Global Markets, New York, New York

In the Matter of Prudential Equity Group, Boston, Massachusetts

Jenkins v. Raymark, Marshall, Texas

Kauai Ka Lock Dam Litigation, Kauai, Hawaii

Kinder Morgan, Inc. v. Associated Electric & Gas Insurance Services Limited, Houston, Texas

Kimberly-Clark v. Cardinal, Atlanta, Georgia

Kolbeck, et al. v. Twenty First Century, et al., Texarkana, Arkansas

Linscomb v. Pittsburgh-Corning, Beaumont, Texas

Manville Bankruptcy, New York, New York

MCC Bankruptcy, Wilmington, Delaware

National Gypsum Bankruptcy, Dallas, Texas

Newman v. Stringfellow, Riverside, California

Nez Perce Tribe & Idaho Power Co., Boise, Idaho

Owens Corning Bankruptcy, Wilmington, Delaware

Patrick v. Allen, New York, New York

Plaintiffs v. Allstate Insurance Company, New Orleans, Louisiana

Plaintiffs v. State Farm Fire and Casualty Company, New Orleans, Louisiana

PSI of Indiana v. Exxon, Indianapolis, Indiana

Scott v. Cardinal et al., Winston-Salem, North Carolina

Securities and Exchange Commission v. Health South Corporation, Birmingham, Alabama

Smith v. Hughes Aircraft, Tucson, Arizona

Snake River Basin Adjudication, Twin Falls, Idaho

Tilousi v. Arizona Board of Regents, Phoenix, Arizona

Tribes and CFI Partnership, Milwaukee, Wisconsin

UMG Recordings, Inc. v. NBC Universal, Inc., et al., Los Angeles, California

UNR Bankruptcy, Chicago, Illinois

Underwriters at Lloyd's v. McDermott, New Orleans, Louisiana

United Nations Compensation Commission, Geneva, Switzerland

United States of America *ex rel.* Harold (Gene) Wright v. Agip Petroleum, et al., Texarkana, Texas
United States v. Michigan, Kalamazoo, Michigan
United States v. Thomas Solvent Company, Battle Creek, Michigan
Upjohn v. Aetna, Kalamazoo, Michigan
Valenzuela v. Hughes Aircraft Company, Tucson, Arizona
W.R. Grace Bankruptcy, Wilmington, Delaware
Wilhoite v. Olin Corporation, Birmingham, Alabama
Woodman v. United States, Jacksonville, Florida
Young v. Pierce, Tyler, Texas

## BOOKS

*The Preparation of a Product Liability Case*, with Scott Baldwin and Francis Hare, Jr., Little, Brown and Company (1981 and 2d ed. 1993)
*Successful Litigation Techniques: Student Edition,* with Joseph Kelner, Matthew Bender and Company (1981)

## ARTICLES

*Evaluating and Improving the MDL Process*, 38 Litigation Magazine 26 (2012).
*Litigation after natural disasters*, 15th International Liability Forum, Munich, Germany (2012).
*Multidistrict Litigation No. 2179*, 58 LSU Mineral Law Institute 13 (2011).
<u>*Punitive Damages and Class Actions*</u>, 70 La. L. Rev. 435 (2010).
*Distribution of Funds in Class Actions - Claims Administration*, 35 J. Corp. L. 123 (2009).
*Dispute Systems Design: The United Nations Compensation Commission*, 14 Harv. Negot. L. Rev. 171 (2009).
 *Les Limites de la reparation du prejudice*, Contributor, Dalloz (2009).
*Second-Generation Dispute system Design Issues in Managing Settlements*, 24 Ohio St. J. Disp. Resol. 53 (2008).
*A Model State Mass Tort Settlement Statute*, 80 Tul. L. Rev. 1809 (2006).
*The Evolution of Asbestos Bankruptcy Trust Distribution Plans*, 62 N.Y.U. Ann. Surv. Am. L. 163 (2006).
*A Proposed Settlement Rule for Mass Torts*, 74 U.M.K.C. L. Rev. 623 (2006).
*A Model Mass Tort: The PPA Experience*, 54 Drake L. Rev. 621 (2006).
*Mediation of the Snake River Basin Adjudication*, 42 Idaho L. Rev. 547 (2006).
*Challenges Faced by Courts in Chapter 11 Filings by Companies with Asbestos Liabilities*, 24 Del. Law. 18 (2006).
*Evaluation et Egalisation des Dommages pour Blessures Pesonnelles aux Etat-Unis*, (Cour de Cessataions L'edition in-situ du Cycle sur DVD-ROM (2006).
*Strategic Mediation in Transboundary Water Large Lawsuits*, Conference Proceedings Publication, *Transboundary Waters: Crossing Cultural Boundaries*, The Utton Center, Univ. of New Mexico Law School, Albuquerque, NM (2005).
*Procedural Difficulties and Innovations in Asbestos Litigations*, International Comparison of Asbestos Litigation, Univ. of Kyoto (Japan) Graduate School of Law (2005).

*Common Themes and Unintended Consequences in Class Action Reform*, 83 WASH. U.  L. Q. Why of Claims Resolution Facilities," 57 STAN. L. REV. 1361 (2005).

*Compensation Schemes and Dispute Resolution Mechanisms: Beyond the Obvious*, 21 NEGOT. J. 231 (2005).

*The Future of Judicial Masters*, 31 WM. MITCHELL L. REV. 1252 (2005).

*Judicial Ethics Meet Political Reality*, The Bencher, American Inns of Court (Nov-Dec 2004).

*Asbestos Legislation II: Section 524(g) Without Bankruptcy*, 31 PEPP. L. REV., 233-260 (2004).

*Asbestos Legislation I: A Defined Contribution Plan*, 71 TENN. L. REV. 155 (2003).

*Deceptive Trade Practices Litigation: Context and Procedural Standards*, Manhattan Institute Conference Series (October 2003).

 *Mass Torts: Lessons in Competing Strategies and Unintended Consequences*, 2 Civil Action (2003).

*Litigation as an Alternative to Legislation in Achieving Public Health Reform*, XXIII La Revue Tocqueville (2002).

*Multiparty Disputes: Managing Variables Key to Successful Arbitration*, 9 Dispute Resolution Magazine 3-4 (Fall 2002).

*The Tragedy of the Asbestos Commons*, 88 VA. L. REV. 1721 (2002).

*Settlement of Mass Torts in a Federal System*, 16 WAKE FOREST L. REV. 102 (2002).

*Foreword: Complex Litigation at the Millennium*, Special Editor, 64 L. & CONTEMP. PROBS. 1 (Spring/Summer 2001).

*Toward a Cooperative Strategy for Federal and State Judges in Mass Tort Litigation*, 148 PENN. L. REV. 1867 (2000).

*Class Actions and Social Issue Torts in the Gulf South*, 74 TUL. L. Rev. 1655 (2000).

*Strategic Mediation*, Dispute Resolution Magazine (Summer 1999), at 4.

*Beyond Efficiency: A Bevy of ADR justifications*, Dispute Resolution Magazine (Summer 1997), at 12.

*The Defensive Use of Federal Class Actions in Mass Torts*, 39 ARIZ. L. REV. 595 (1997).

*Rethinking Cooperation among Judges in Mass Tort Litigation*, 44 UCLA L. REV. 1851 (1997).

Book Review, 95 MICHIGAN LAW REVIEW 2077 (1997) [reviewing Jack B. Weinstein, *Individual Justice in Mass Tort Litigation* (1996) and Michael D. Green, *Bendectin and Birth Defects: The Challenges of Mass Toxic Substances Litigation* (1996)].

*Implementing a Taint Test to Address the Problems Raised by Compelled Disclosure,* 59 L. & CONTEMP. PROBS. 185 (1996).

*An Analysis of Mass Torts for Judges*, 73 TEX. L. REV. 1821 (1995).

*Looking to the Future of Mass Torts: A Comment on Siliciano and Schuck*, 80 CORNELL L. REV. 1022 (1995).

*The Intellectual Heritage of Claims Processing at the United Nations Compensation Commission*, in *The United Nations Compensation Commission: Thirteenth Sokol Colloquium* (Richard B. Lillich ed., 1995).

*Introduction: Models for Managing Mass Tort and Insurance Coverage Litigation*, in *Managing Complex Litigation: Procedures and Strategies for Lawyers and Courts,* American Bar Association (1992).

*Lessons from U.S. Alternative Dispute Resolution*, La médiation: un mode alternatif de résolution des conflits?, Schulthess Polygraphischer Verlag, Zürich (1992).

*Models for Managing Mass Tort and Insurance Coverage Litigation*, in *Managing Modern Litigation: Learning to Live With New Judicial Controls and New Trial Tools,* American Bar Association (1991).

*The Cycle of Mass Tort Litigation*, Yale Law School Program in Civil Liability (1990).

*The Alabama DDT Settlement Fund*, 53 L. & CONTEMP. PROBS. 61 (1990).

*Foreword: Claims Resolution Facilities and the Mass Settlement of Mass Torts*, 53 L. & CONTEMP. PROBS. 1 (1990).

*An Overview of Specialized Applications of ADR,* in *Handbook of Alternative Dispute Resolution*, State Bar of Texas (1990).

*Resolving Mature Mass Tort Litigation*, 69 B.U. L. REV. 659 (1989).

*The Discovery Survey*, with E. Allan Lind, 51 L. & CONTEMP. PROBS. 51 (1988).

*The Trial of Socrates*, with Judge Vaughn R. Walker, Bohemian Club, (2011).

*Moving the Pig Through the Python - Multiple Approaches to Resolving Case Management Problems in Toxic Tort Litigation*, in SMU Products Liability Institute, Matthew Bender and Company (1988).

*Use of Masters and Magistrates in Complex Litigation*, in ADR and the Courts: A Manual for Judges and Lawyers, Butterworth (1987).

*Court Appointed Experts: An Overview*, in ADR and the Courts: A Manual for Judges and Lawyers, Butterworth (1987).

*Toward a Functional Approach for Managing Complex Litigation*, 53 CHI. L. REV. 440 (1986).

*Managing Complex Litigation - Old and New Devices and Techniques*, in SMU Products Liability Institute: Evidence and Tactics in the Product Liability Case, Matthew Bender and Company (1984).

Book Review, 4 ENVTL. IMPACT ASSESSMENT REV. 597 (1983) [reviewing James K. Sebenius, *Negotiating the Law of the Sea: Lessons in the Art and Science of Reaching Agreement* (1984)].

*The Organization of Multiple Party Litigation: Class Actions and Multidistrict Litigation*, in SMU Products Liability Institute, Matthew Bender and Company (1983).

*Management of Multiparty Toxic Tort Litigation: Case Law and Trends Affecting Case Management*, 19 F. 1 (1983).

*Toxic Substances Litigation in the Fourth Circuit*, 16 RICH. L. REV. 247 (1982).

*The Alabama Extended Manufacturer's Liability Doctrine*, Alabama Pattern Jury Instructions - Civil, Lawyers Co-operative Publishing Company (1982).

*The Variety, Policy and Constitutionality of Product Liability Statutes of Repose*, 30 AM. U. L. REV. 579 (1981).

*The Status of Statutes of Limitations and Statutes of Repose in Product Liability Actions: Present and Future*, 16 F. 416 (1981).

**SELECTED SPEECHES**

A.A. White Foundation Alternative Dispute Resolution Program

Academy of Court-Appointed Masters Programs

Aetna Alternative Dispute Resolution Program

Alabama Bar Institute for Continuing Legal Education Programs

Alabama Judicial College Programs

American Arbitration Association Programs

American Association of Law Schools Annual Meetings and Workshop

American Bankruptcy Institute Programs

American Bar Association Annual Meetings, Mid-Winter Meetings and Special Programs
American College of Civil Trial Mediators Annual Meeting
American College of Trial Lawyers Annual Meeting
American Enterprise Institute Programs
American Law Institute - American Bar Association Programs
American Society of International Law Regional Meeting
American Society of International Law Programs
American Society of Plastic and Reconstructive Surgeons Annual Meeting
Andrews Publications Seminars
Anglo-American Exchange Program
Asia America Institute in Transnational Law
Association of Analytic Chemists Annual Meeting
Association of the Bar of the City of New York Programs
Association of Trial Lawyers of America Annual Meetings and National Colleges
Bank Depository User Group Annual Seminar
Bernstein, Litowitz Forum
Boston University Law School Programs
Canadian – American Exchange Program
Center for Public Resources (CPR) Conferences and Annual Meetings
Columbia University Seminar on Toxic Substances Litigation
Conference of State Supreme Court Chief Justices Annual Meetings
Consensus Building Institute Programs
Conservation Foundation Annual Meeting
Cornell Law School Seminar
Cour de Cassation Seminars
Dallas Bar Association Program
Delaware Judges Association Annual Meetings
Dikemes College Year in Athens Seminar
Duke Judging Science Programs
Duke University Fuqua School of Business
Federal Judicial Center National Programs, Seminars, and Special Programs
Federalist Society Programs
Fiduciary & Investment Risk Management Association Programs
The Ford Foundation National Conference for Judges and Masters Involved in Western General
    Stream Adjudications
Fordham Law Review National Symposium on Civil Justice Issues
Fox Leadership Program, University of Pennsylvania
Fuqua School of Business Seminars
Georgetown University Medical and Law Centers Program for Science and Law
General Motors Corporation Legal Seminars
Harris-Martin Conferences
Harvard Law School, Program on Negotiation Programs

Harvard University January Term Seminar
HB Insurance Insolvency & Reinsurance Roundtable
IACC/CAIL/ALI-ABA India Conference
Idaho Water Users Associates Conference
Inner Circle of Advocates
Institute des Hautes Études Sur La Justice Judicial Seminars and Programs
Institute for Law & Economic Policy Programs
Institute Suisse de Droit Comparé Mediation Seminar
International Bar Association Annual Meeting
International Center for Hellenic and Mediterranean Studies
International Conference on Iraq-Kuwait War
Johnson & Johnson DePuy Hip Implant Litigation Conference
Judicial Arbitration and Mediation Service Annual Programs
Law and Society Annual Meetings
Louisiana State Bar Association Annual Meeting and Programs
Louisiana State University Law Review Symposia
Manhattan Institute Conference Series
Massachusetts Institute of Technology Ocean Conflict Resolution Conference
McCammon Group Program
Mealey's Asbestos Conferences
Montenegro Law Program
Munich International Liability Forum
National Academy of Sciences Programs
National Association of Women Judges Annual Meeting
National Center for Victims of Crime
National Conference of Local Defense Associations Annual Meeting
National Conference on Dispute Resolution and the State Courts
National Conference on the Future of the Courts
National Conference on Mass Torts
National Forum for Judicial Excellence
National Institute for Dispute Resolution Board Meeting
National Judicial College Programs
New York University Law School Programs and Seminars
North Carolina Bar Association Dispute Resolution Program
Northwestern School of Law Dispute Resolution Institute
Ohio State Law School Programs
Oxford University Seminar on Globalization of Class Actions
Pennsylvania Judges Association Annual Meeting
Pepperdine Law School Programs
Practicing Law Institute Programs
Product Liability Advisory Council Program
Program on Distribution of Securities Litigation Settlements

Renmin University Program, Peking, Seminar
The Rand Institute for Civil Justice Seminars
Roger Williams School of Law Program
Securities and Exchange Commission Programs
The Sedona Conference Programs
SOKOL Colloquium on Private International Law
Sonoma State University Lecture
Southeastern Corporate Law Institute Annual Programs
Southern Methodist University Personal Injury and Products Liability Symposia
Southwestern Law School Program
Stanford Law School Programs and Seminars
The Hague Academy of International Law
The Hague Institute for Global Justice
Transferee Judges Conferences
Tulane Law School Programs
UCLA Law Review Symposium on Alternative Dispute Resolution
United States Courts Conference
United States District Court, Eastern District of Texas, Judicial Education Conference
United States Judicial Conference Advisory Committee on Rules Programs
United States Judicial Conference Federal Jurisdiction Committee Programs
United States Judicial Conference Standing Committee on Rules Programs
United States Securities Exchange Commission Programs
United States Third, Fifth, and Eighth Circuit Courts of Appeals Judicial Conferences
United States Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, Tenth and Eleventh Circuit Court of Appeals Judicial Workshops
University of Alabama Law Review Symposium on the Civil Justice Reform Act of 1990
University of Arizona Communication School Conference on Trial Advocacy
University of Arizona Law School Symposium on Class Actions
University of California—Davis, School of Law Seminar
University of San Francisco, School of Law Seminars
University of Chicago Legal Forum Program on Juries
University of Cincinnati Law School Program
University of Colorado School of Law Seminar
University of Connecticut Law School Program
University of Houston Law Center Seminars
University of Idaho School of Law Seminars
University of Kyoto, Symposium on Asbestos Litigation
University of Maryland School of Law Mass Tort Seminar
University of Mississippi College of Law Seminar
University of Missouri—Kansas City Seminar
University of Oregon Law School Programs
University of Pennsylvania Law School Programs

University of San Francisco School of Law Seminars
University of Southern California School of Law Seminar
University of Texas School of Law Seminars
University of Virginia School of Law Seminars
Villanova Law School Mass Tort Symposium
Yale Law School Conferences and Seminars