IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC<br>　　　　Plaintiff | §<br>§<br>§ | |
| V. | §<br>§ | No.  6:12CV499<br>LEAD CASE |
| TEXAS INSTRUMENTS, INC.<br>　　　　Defendant | §<br>§<br>§ | |

| | | |
|---|---|---|
| BLUE SPIKE, LLC<br>　　　　Plaintiff | §<br>§<br>§ | |
| V. | §<br>§ | No.  6:12CV576<br>CONSOLIDATED CASE |
| AUDIBLE MAGIC CORPORATION, ET AL.<br>　　　　Defendants | §<br>§<br>§<br>§ | |

## ORDER

　　　　Before the Court is Notice of Audible Magic's Fees and Costs in Connection With Blue Spike's Motion for an Extension (Docket Entry #1782).  Pursuant to the Court's September 4, 2014 Order, Audible Magic Corporation is entitled to recover from Blue Spike's counsel "any attorneys fees and costs incurred by Audible Magic in having to respond to the [motion to extend]."  (Docket Entry # 1736). The Court ordered counsel for Audible Magic to submit a memorandum establishing by affidavit or other appropriate documentation the amount of attorneys' fees and costs incurred in responding to Blue Spike's motion.  Blue Spike's counsel was allowed ten days from the date of submission in which to file any objections.

　　　　Audible Magic filed its submission on September 18, 2014, requesting the Court award $7,752.43 in attorneys' fees.  The Court, having reviewed the submission and noting Blue Spike has

not filed any objections to the requested amount, finds the request reasonable. Accordingly, it is

**ORDERED** that within thirty days from the date of entry of this Order, Blue Spike's counsel shall pay Audible Magic $7,752.43 in attorneys' fees.

**SIGNED this 9th day of October, 2014.**

_____
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE