# EXHIBIT 1

## Caridis, Alyssa

| | |
|---|---|
| **From:** | Caridis, Alyssa |
| **Sent:** | Wednesday, October 01, 2014 12:10 PM |
| **To:** | 'Randall Garteiser'; Peter Brasher; bluespike@ghiplaw.com |
| **Cc:** | AudibleMagic-BlueSpike; Eric Findlay; Walter Lackey |
| **Subject:** | Blue Spike v. Audible Magic -- Interrogatory Responses |

Counsel,

The Court's September 10th Order required Blue Spike to "provide full supplemental responses to Audible Magic's interrogatory nos. 6-10" within twenty days of the order. That deadline was yesterday and we have not received supplemental responses. Please provide these required responses immediately.

Also, to reiterate what I mentioned to Peter in Court today, the production we received from Blue Spike last night was corrupted and neither us nor our vendor can open it. Please immediately resend this production. I'm sure you can understand that time is of the essence.

Alyssa



**ALYSSA CARIDIS**
*Intellectual Property*
Senior Associate

ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street
Suite 3200
Los Angeles, CA 90017

tel (213) 612-2372
fax 1-213-612-2499
acaridis@orrick.com

www.orrick.com

1