UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>    *Plaintiff,*<br><br>v.<br><br>TEXAS INSTRUMENTS, INC., et al.,<br><br>    *Defendants*. | CASE NO. 6:12-cv-499-MHS-CMC<br><br>LEAD CASE<br><br>Jury Trial Demanded |

**OPPOSED MOTION TO MODIFY THE SCHEDULING ORDER**

Plaintiff Blue Spike, LLC ("Blue Spike") moves the court to modify the scheduling order (Dkt. No. 1332) ("Order") as the Court has not yet issued its claim construction ruling which will affect the below mentioned dates. Several of the defendants have agreed to the requested relief and others are opposed.

Blue Spike proposes to modify the Order as follows:

| PRETRIAL EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Deadline to make final election of asserted claims (¶ 5) | October 15, 2014 | November 14, 2014 |
| Deadline to make final election of prior art (¶ 5) | November 14, 2014 | December 15, 2014 |
| Deadline to designate expert witnesses and reports on issues for which the party bears the burden of proof (¶ 6) | November 14, 2014 | January 15, 2014 |
| Deadline to designate expert witnesses and reports on issues for which the party does not bear the burden of proof (¶ 6) | December 15, 2014 | February 16, 2014 |

1

Sorry herAs the Court has not yet issued a claim construction order, Blue Spike is prejudiced in its reduction of asserted claims. The Court's ruling on claim construction will have direct bearing on the strength of terms Blue Spike will assert moving forward. The parties are also dependent on the claim construction order to prepare their expert reports. The Court's schedule will not be affected by the proposed modification, and the Defendants will not be prejudiced. The proposed modification will allow all parties more time and a greater opportunity to more thoroughly review and prepare their expert reports within the Court's discovery and case dispositive motion deadlines.

Moreover, none of the remaining Defendants, save one, have provided dates for Blue Spike LLC to conduct its 30(b)(1) depositions relating to the alleged prior art and the accused products. The substance of such depositions are a necessary element in the creation and production of Plaintiff's expert reports.

For the above stated reasons, Blue Spike, LLC respectfully requests the Court modify the scheduling order as shown above.

Respectfully submitted,

/s/ Randall Garteiser
Randall T. Garteiser
  Lead Attorney
  Texas Bar No. 24038912
  rgarteiser@ghiplaw.com
Christopher A. Honea
  Texas Bar No. 24059967
  chonea@ghiplaw.com

Christopher S. Johns
  Texas Bar No. 24044849
  cjohns@ghiplaw.com
Kirk J. Anderson
  California Bar No. 289043
Peter S. Brasher
  California Bar No. 283992
GARTEISER HONEA, P.C.
218 North College Avenue
Tyler, Texas 75702
(903) 705-7420
(888) 908-4400 fax

*Counsel for Blue Spike, LLC*

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email.

/s/ Randall T. Garteiser

**CERTIFICATE OF CONFERENCE**

We certify that on behalf of Blue Spike, LLC, we have met and conferred with counsel for Defendants betweem October 13 and October 15, 2014 regarding the requested relief. Counsel for Last.fm and CBS Interactive, Inc. represented by Andrew Perito; Cognitec Systems Corp. and Cognitec Systems GmbH represented by Dwayne Goetzel; Irdeto B.V. and Irdeto USA, Inc. represented by Andrew Valentine; and Futronic Technology Co. Ltd, and Fulcrum Biometrics represented by Walter Lackey are unopposed to the proposed modification. Counsel for Defendants Audible Magic Corp. represented by Alyssa Caridis; Civolution B.V. and Civolution USA, Inc. represented by Michael Molano; Facebook, Inc. represented by Janna Fischer; MorphoTrak, Inc., Safran USA, Inc., MorphoTrust USA, Inc. and L-Identity Solutions, Inc. represented by Rachel Chan; Viggle Inc. represented by Jordan Sigale; and SMRTV, Inc. and The Nielsen Company, LLC represented by Bryan Kohm are opposed to requested modification of the scheduling order. Defendant Attributor Corp. represented by Tom Horgan is unopposed to the modification of the October 15 deadline to October 27 but is opposed to modification of the remaining deadlines. As of October 15, 2014 7:42 pm CST, Shazam Entertainment Ltd. does not have a position on the requested relief.

/s/Randall T. Garteiser
/s/Christopher Honea
/s/Peter S. Brasher