IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | Civil Action No. 6:12-CV-499 MHS |
| | § | |
| *Plaintiff*, | § | LEAD CASE |
| | § | |
| v. | § | |
| | § | |
| TEXAS INSTRUMENTS, INC., | § | |
| | § | |
| *Defendant.* | § | |

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | Civil Action No. 6:13-CV-00125 MHS |
| | § | |
| *Plaintiff*, | § | CONSOLIDATED CASE |
| v. | § | |
| | § | |
| ENTROPIC COMMUNICATIONS, INC., | § | |
| *Defendant*. | § | |

## REQUEST FOR TERMINATION OF ELECTRONIC NOTICES

A request is hereby made that Alan H. Blankenheimer, Jo Dale Carothers, and Eric A. Caligiuri of Covington & Burling LLP, counsel for Defendant Entropic Communications, Inc., who was dismissed from this action on October 2, 2014, cease receiving electronic notifications in the above-captioned matter.

DATED:  October 16, 2014

                By:  */s/ Jo Dale Carothers*
                      Alan H. Blankenheimer
                      ablankenheimer@cov.com
                      Jo Dale Carothers
                      jcarothers@cov.com
                      COVINGTON & BURLING LLP
                      9191 Towne Centre Drive, 6th Floor
                      San Diego, CA 92122-1225
                      Tel: 858-678-1800
                      Fax: 858-678-1600

                      Michael E. Jones
                      SBN: 10929400
                      Potter Minton, PC
                      110 N. College, Suite 500
                      Tyler, Texas 75702
                      Tel: 903-597-8311
                      Fax: 903-593-0846
                      mikejones@potterminton.com

                      Attorneys Entropic Communications, Inc.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3) on October 16, 2014.

*/s/ Jo Dale Carothers*
Jo Dale Carothers
