UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> TEXAS INSTRUMENTS, INC., et al., <br><br> *Defendants.* | § § § § § § § § § § § § | CASE NO. 6:12-cv-499-MHS-CMC <br><br> LEAD CASE <br><br> Jury Trial Demanded |

## ORDER GRANTING PLAINTIFF'S MOTION TO MODIFY THE SCHEDULING ORDER

On this day came for consideration Blue Spike, LLC's ("Plaintiff's") Motion to Modify the Scheduling Order. Having considered Plaintiff's Motion, and Defendants' positions in opposition—noting that many Defendants are unopposed to the modification—the Court is of the opinion that the requested relief should be granted.

IT IS HEREBY ORDERED that Plaintiff's Motion to Modify the Scheduling Order (Dkt. No. 1332) is hereby GRANTED, and the Scheduling Order is modified as follows:

| PRETRIAL EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Deadline to make final election of asserted claims (¶ 5) | October 15, 2014 | November 14, 2014 |
| Deadline to make final election of prior art (¶ 5) | November 14, 2014 | December 15, 2014 |
| Deadline to designate expert witnesses and reports on issues for which the party bears | November 14, 2014 | January 15, 2014 |

| | | |
|---|---|---|
| the burden of proof (¶ 6) | | |
| Deadline to designate expert witnesses and reports on issues for which the party does not bear the burden of proof (¶ 6) | December 15, 2014 | February 16, 2014 |

IT IS SO ORDERED.

**SIGNED this 16th day of October, 2014.**

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE