IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>　　　*Plaintiff,*<br><br>v.<br><br>TEXAS INSTRUMENTS, INC.<br><br>　　　*Defendants.*<br>_____<br><br>BLUE SPIKE, LLC,<br><br>　　　*Plaintiff,*<br><br>v.<br><br>IRDETO USA, INC. and IRDETO B.V..<br><br>　　　*Defendants.*<br>_____ | Civil Action No. 6:12-CV-499-MHS-CMC<br><br>(LEAD CASE)<br><br>Civil Action No.: 6:12-cv-567-MHS<br><br>(CONSOLIDATED WITH 6:12-CV-499) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Blue Spike, LLC, on the one hand, and Defendants Irdeto USA, Inc. and Irdeto B.V. (collectively "Irdeto"), on the other, have reached a settlement of the above-captioned matter and have agreed to dismiss the claims, counterclaims, and causes of action between them.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Blue Spike, LLC stipulates to the dismissal with prejudice of all claims and causes of action asserted in this case against defendant Irdeto. Defendant Irdeto stipulates to the dismissal with prejudice of all counterclaims and defenses asserted in this case against Blue Spike, LLC. The parties shall bear their own attorneys' fees, expenses and costs.

1

Dated:  October 16, 2014

By:

| | |
|---|---|
| /s/ Randall T. Garteiser<br>Randall T. Garteiser<br>  Texas Bar No. 24038912<br>  rgarteiser@ghiplaw.com<br>Christopher A. Honea<br>  Texas Bar No. 24059967<br>  chonea@ghiplaw.com<br>Christopher S. Johns<br>  Texas Bar No. 24044849<br>  cjohns@ghiplaw.com<br>Kirk J. Anderson<br>  California Bar No. 289043<br>Peter S. Brasher<br>  California Bar No. 283992<br>**GARTEISER HONEA, P.C.**<br>218 N. College Ave.<br>Tyler, Texas 75702<br>Telephone:  (903) 705-7420<br>Facsimile:  (888) 908-4400<br><br>***Counsel for Blue Spike LLC***  | /s/ Andrew P. Valentine<br> Andrew P. Valentine (Pro Hac Vice)<br>**DLA PIPER LLP (US)**<br>2000 University Ave.<br>East Palo Alto, CA 94303<br>Telephone: 650.833.2000<br>Facsimile: 650.833.2001<br>andrew.valentine@dlapiper.com<br><br> John Guaragna<br> 401 Congress Avenue, Suite 2500<br>Austin, TX 78701-3799<br>Telephone:  512.457.7125<br>Facsimile:  512.721.2325<br> john.guaragna@dlapiper.com<br><br>**Attorneys for Defendants**<br>***Irdeto USA, Inc. and Irdeto B.V.*** |

## CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email.

                                                                                                    /s/ Randall T. Garteiser