IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>PLAINTIFF,<br><br>V.<br><br>TEXAS INSTRUMENTS, INC., ET AL.,<br><br>DEFENDANTS. | Civil Action No.: 6:12-cv-00499-MHS-CMC<br><br>JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC,<br><br>PLAINTIFF,<br><br>V.<br><br>FUTRONIC TECHNOLOGY CO., LTD. AND FULCRUM BIOMETRICS, LLC,<br><br>DEFENDANTS. | 6:13-cv-00054-MHS<br>(Consolidated with 6:12-cv-499-MHS-CMC and closed)<br><br>JURY TRIAL DEMANDED |

## JOINT STIPULATION OF DISMISSAL

NOW COME, Plaintiff Blue Spike, LLC, and Defendant Fulcrum Biometrics, LLC ("Fulcrum"), by and through their respective attorneys, hereby stipulate and agree as follows:

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Blue Spike, LLC stipulates to the dismissal without prejudice of all claims and causes of action asserted in Case No. 6:13-cv-54 against Fulcrum, and Fulcrum stipulates to the dismissal without prejudice of all counterclaims and defenses asserted in Case No. 6:13-cv-54 against Blue Spike, LLC. The parties shall bear their own attorneys' fees, expenses and

1

costs.

Dated:  October 17, 2014

By:     /s/ Randall T. Garteiser
 Randall T. Garteiser
  Lead Attorney
  Texas Bar No. 24038912
  rgarteiser@ghiplaw.com
Christopher A. Honea
  Texas Bar No. 24059967
  chonea@ghiplaw.com
Christopher S. Johns
  Texas Bar No. 24044849
  cjohns@ghiplaw.com
Kirk J. Anderson
  California Bar No. 289043
Peter S. Brasher
  California Bar No. 283992
GARTEISER HONEA, P.C.
218 North College Avenue
Tyler, Texas 75702
(903) 705-0828
(903) 526-5477 fax

*ATTORNEYS FOR BLUE SPIKE, LLC*

By:     /s/ Eric H. Findlay
 Eric Hugh Findlay
  Texas Bar No. 00789886
  efindlay@findlaycraft.com
 Walter W. Lackey, Jr.
   Texas Bar No. 24050901
   wlackey@findlaycraft.com
 FINDLAY CRAFT, P.C.
 102 North College Ave. Ste. 900
 Tyler, Texas 75702
 (903) 534-1100
 (903) 534-1137 fax

*ATTORNEYS FOR FULCRUM BIOMETRICS, LLC*

2

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email.

    /s/ Eric H. Findlay
Eric H. Findlay