IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>    PLAINTIFF,<br><br>V.<br><br>TEXAS INSTRUMENTS, INC., ET AL.,<br><br>    DEFENDANTS. | Civil Action No.: 6:12-cv-00499-MHS-CMC<br><br>JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC,<br><br>    PLAINTIFF,<br><br>V.<br><br>FUTRONIC TECHNOLOGY CO., LTD. AND FULCRUM BIOMETRICS, LLC,<br><br>    DEFENDANTS. | 6:13-cv-00054-MHS<br>(Consolidated with 6:12-cv-499-MHS-CMC and closed)<br><br>JURY TRIAL DEMANDED |

**ORDER OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a), recognizing the Stipulation of Dismissal filed by Blue Spike, LLC and Futronic Technology Co., Ltd. ("Futronic"), it is ordered as follows:

**ORDERED** that the claims asserted herein by Blue Spike, LLC against Futronic in Case No. 6:13-cv-54 be, and hereby are, dismissed without prejudice; that the counterclaims and defenses asserted herein by Futronic against Blue Spike, LLC in Case No. 6:13-cv-54 be, and hereby are, dismissed without prejudice; and that the parties shall bear their own attorney's fees, expenses and costs.