**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
| *Plaintiff*, | § | Civil Action No. 6:12-CV-499-MHS-CMC |
| | § | |
| v. | § | (LEAD CASE) |
| TEXAS INSTRUMENTS, INC. | § | |
| *Defendants*. | § | |
| | § | |
| _____ | § | |
| BLUE SPIKE, LLC, | § | |
| *Plaintiff*, | § | Civil Action No.: 6:12-cv-540-MHS |
| | § | |
| v. | § | (CONSOLIDATED WITH 6:12-CV-499) |
| ATTRIBUTOR CORPORATION, | § | |
| *Defendants*. | § | |
| | § | |
| _____ | § | |

**ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a), recognizing the Stipulation of Dismissal filed by plaintiff Blue Spike, LLC pursuant to a settlement of the above-captioned litigation between the parties, it is ordered as follows:

ORDERED that the claims asserted herein by plaintiff Blue Spike, LLC against defendant Attributor Corp., be, and hereby are, dismissed with prejudice. It is ORDERED that all defenses and counterclaims asserted by Attributor Corp. against Blue Spike, LLC be, and hereby are, dismissed with prejudice. The parties shall bear their own attorneys' fees, expenses and costs.