IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, <br>     *Plaintiff*, <br> v. <br> TEXAS INSTRUMENTS, INC. <br>     *Defendants*. <br> _____ <br> BLUE SPIKE, LLC, <br>     Plaintiff, <br> v. <br> IRDETO USA, INC. and IRDETO B.V.. <br>     Defendants. <br> _____ | § § § § § § § § § § § § § § § § § § § | Civil Action No. 6:12-CV-499-MHS-CMC <br><br> (LEAD CASE) <br><br> Civil Action No.: 6:12-cv-567-MHS <br><br> (CONSOLIDATED WITH 6:12-CV-499) |

### ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), recognizing the Stipulation of Dismissal filed by plaintiff Blue Spike, LLC pursuant to a settlement of the above-captioned litigation between the parties, it is ordered as follows:

ORDERED that the claims asserted herein by plaintiff Blue Spike, LLC against defendant Irdeto USA, Inc. and Irdeto B.V., be, and hereby are, dismissed with prejudice. It is ORDERED that all defenses and counterclaims asserted by Irdeto USA, Inc. and Irdeto B.V. against Blue Spike, LLC be, and hereby are, dismissed with prejudice. The parties shall bear their own attorneys' fees, expenses and costs.

**SIGNED this 21st day of October, 2014.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE