IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC,<br><br>PLAINTIFF,<br><br>V.<br><br>TEXAS INSTRUMENTS, INC., ET AL.,<br><br>DEFENDANTS. | § § § § § § § § § § § § | Civil Action No.: 6:12-cv-00499-MHS-CMC<br><br>JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC,<br><br>PLAINTIFF,<br><br>V.<br><br>FUTRONIC TECHNOLOGY CO., LTD. AND FULCRUM BIOMETRICS, LLC,<br><br>DEFENDANTS. | § § § § § § § § § § § § § | 6:13-cv-00054-MHS<br>(Consolidated with 6:12-cv-499-MHS-CMC and closed)<br><br>JURY TRIAL DEMANDED |

### ORDER OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a), recognizing the Stipulation of Dismissal filed by Blue Spike, LLC and Futronic Technology Co., Ltd. ("Futronic"), it is ordered as follows:

**ORDERED** that the claims asserted herein by Blue Spike, LLC against Futronic in Case No. 6:13-cv-54 be, and hereby are, dismissed without prejudice; that the counterclaims and defenses asserted herein by Futronic against Blue Spike, LLC in Case No. 6:13-cv-54 be, and hereby are, dismissed without prejudice; and that the parties shall bear their own attorney's fees, expenses and costs.

**SIGNED this 21st day of October, 2014.**