IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC., <br><br> Plaintiff, <br><br> v. <br><br> TEXAS INSTRUMENTS, INC., <br><br> Defendant. | C.A. No. 6:12-cv-499-MHS-CMC <br> (Lead Case) |
| BLUE SPIKE, LLC., <br><br> Plaintiff, <br><br> v. <br><br> IRDETO USA, INC. and IRDETO B.V., <br><br> Defendants. | C.A. No. 6:12-cv-567-MHS-CMC <br> (Member Case) <br><br> JURY TRIAL DEMANDED |

## REQUEST FOR TERMINATION OF ELECTRONIC NOTICES

A request is hereby made that Andrew P. Valentine and Dawn M. Jenkins of DLA Piper LLP, counsel for Defendant Irdeto USA, Inc. and Irdeto B.V. who were dismissed from this action on October 22, 2014, cease receiving electronic notification in the above-captioned matter.

Dated: October 22, 2014

Respectfully submitted,

/s/ Andrew P. Valentine
Andrew P. Valentine (*pro hac vice*)
DLA PIPER LLP (US)
2000 University Ave.
East Palo Alto, CA 94303
Telephone: 650.833.2000
Facsimile: 650.833.2001
andrew.valentine@dlapiper.com

WEST\248151721.1

1

John Guaragna
DLA PIPER LLP (US)
401 Congress Ave., Suite 2500
Austin, TX 78701-3799
Telephone: 512.457.7125
Facsimile: 512.721.2325
john.guaragna@dlapiper.com

Dawn M. Jenkins
State Bar No. 24074484
DLA PIPER LLP (US)
1000 Louisiana, Suite 2800
Houston, TX 77002
Telephone: 713.425.8400
Facsimile: 713.425.8401
dawn.jenkins@dlapiper.com

**ATTORNEYS FOR DEFENDANTS
IRDETO USA, INC. AND IRDETO B.V.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3) on October 22, 2014

/s/ *Andrew P. Valentine*
Andrew P. Valentine