N THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **BLUE SPIKE, LLC** ) | |
| ) | |
| **PLAINTIFF,** ) | |
| ) | |
| v. ) | **CASE NO. 6:12-cv-499 MHS** |
| ) | |
| **TEXAS INSTRUMENTS, INC., et al.** ) | |
| ) | **JURY TRIAL DEMANDED** |
| **DEFENDANTS.** ) | |

### REQUEST FOR TERMINATION OF ELECTRONIC NOTICES

Pursuant to Local Rule CV-11(f), W. Barton Rankin and Yoon Chae, of the firm Baker & McKenzie LLP, respectfully request that the Clerk of this Court remove their names from the list of persons authorized to receive electronic notices in the above-styled and number civil action. The Court dismissed IriTech, Inc. on September 30, 2014 (Dkt. 1808).

Date: October 24, 2014   Respectfully submitted,

/s/ *W. Barton Rankin*
W. Barton Rankin
Texas Bar No. 24037333
E-Mail: bart.rankin@bakermckenzie.com
Yoon Chae
Texas Bar No. 24085159
E-Mail: yoon.chae@bakermckenzie.com
BAKER & MCKENZIE LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone:  (214) 978-3000
Facsimile:  (214) 978-3099

ATTORNEYS FOR DEFENDANT
IRITECH, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on October 24, 2014, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ *W. Barton Rankin*
W. Barton Rankin