IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action No. 6:12-cv-499-MHS-CMC |
| TEXAS INSTRUMENTS, INC., et al., | § § § | |
| *Defendants.* | § § § | |

### ORDER

Previously, the Court appointed Scott Woloson as technical advisor to the Court in this action with his costs to be assessed equally between Plaintiff and Defendants and timely paid as billed. The Court has received a bill representing services rendered and expenses incurred from September 10, 2014 through October 15, 2014. Upon review, the Court finds the total amount charged, $39,973.26 to be appropriate and **ORDERS** Plaintiff to pay one half, $19,986.63 and Defendants, collectively, to pay one half, $19,986.63.

The Defendants should select a representative who will be responsible for payment of the Defendants' portion of the technical advisor's fee and this Defendant should not only see that the technical advisor is paid but coordinate with the other Defendants to compile the defense fee from Defendants. Payment should be made by **November 26, 2014**, to Law Office of Scott Woloson, P.C., 1431 Wirt Road #141, Houston, Texas 77055.

SIGNED this 27th day of October, 2014.

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE