UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § | |
| *Plaintiff*, | § | CASE NO. 6:12-cv-499-MHS-CMC |
| | § | |
| v. | § | LEAD CASE |
| | § | |
| TEXAS INSTRUMENTS, INC., et al., | § | Jury Trial Demanded |
| | § | |
| *Defendants*. | § | |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO SHAZAM ENTERTAINMENT, LTD.'S MOTION FOR SUMMARY JUDGMENT**

BEFORE THE COURT is Plaintiff Blue Spike, LLC ("Blue Spike") Unopposed Motion for Extension of Time to Respond to Shazam Entertainment, Ltd.'s Motion for Summary Judgment (Dkt. No. 1694) ("Motion"). The Court, having noted that the relief requested in unopposed, is of the opinion that the Motion should be granted.

IT IS ORDERED that Plaintiff Blue Spike, LLC shall have until October 31, 2014 to respond to the Motion for Leave (Dkt No. 1694).

**SIGNED this 27th day of October, 2014.**

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE