IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>       *Plaintiff,*<br><br>   v.<br><br>TEXAS INSTRUMENTS, INC.,<br><br>       *Defendant.* | Civil Action No.: 6:12-cv-499-MHS-CMC (LEAD CASE)<br><br>**JURY TRIAL DEMANDED** |
| BLUE SPIKE, LLC,<br><br>       *Plaintiff,*<br><br>   v.<br><br>ATTRIBUTOR CORPORATION,<br><br>       *Defendant.* | Civil Action No.: 6:12-cv-540-MHS (MEMBER CASE)<br><br>**JURY TRIAL DEMANDED** |

**REQUEST FOR TERMINATION OF ELECTRONIC NOTICES**

A request is hereby made that Kristin L. Cleveland, Kristen L. Reichenbach, and John D. Vandenberg, counsel for Defendant Attributor Corporation who were dismissed from this action on October 22, 2014, cease receiving electronic notification in the above-captioned matter.

Dated: October 28, 2014         Respectfully submitted,

                                    KLARQUIST SPARKMAN, LLP

                                    By:    */s/ Kristin L. Cleveland*
                                                  Kristin L. Cleveland
                                                  (OR State Bar No. 001318 - Admitted E.D. Texas)
                                                  kristin.cleveland@klarquist.com
                                                  Kristen L. Reichenbach (OR State Bar No. 115858)
                                                  kristen.reichenbach@klarquist.com
                                                  John D. Vandenberg (OR State Bar No. 893755)

1

john.vandenberg@klarquist.com
KLARQUIST SPARKMAN, LLP
121 SW Salmon Street, Suite 1600
Portland, OR 97204
Telephone: (503) 595-5300
Facsimile: (503) 595-5301

Eric H. Findlay (Texas Bar No. 00789886)
Walter W. Lackey, Jr. (Texas Bar No. 24050901)
FINDLAY CRAFT, P.C.
6760 Old Jacksonville Hwy, Suite 101
Tyler, TX 75703
Telephone: (903) 534-1100
Facsimile: (903) 534-1137
efindlay@findlaycraft.com
wlackey@findlaycraft.com

***Attorneys for Defendant Attributor Corporation***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 28, 2014, a true and correct copy of the above and foregoing document has been served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Kristin L. Cleveland
Kristin L. Cleveland