UNITED STATES DISTRICT COURT
FOR THE EASTER DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **Blue Spike, LLC** | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 6:12-cv-499 |
| **Texas Instruments, Inc.** | § § § | |
| Defendants | § | |

---

| | | |
|---|---|---|
| **Blue Spike, LLC** | § § § | |
| Plaintiff, | § § § | |
| v. | § § | Case No. 6:13-cv-00124 |
| **Cognitec Systems Corporation** **Cognitec Systems GmbH** | § § § § | |
| Defendants | § | |

## STIPULATION OF DISMISSAL

Plaintiff Blue Spike, LLC, on the one hand, and defendants Cognitec Systems Corporation and Cognitec Systems GmbH, on the other, have reached a settlement of the above-captioned matter and have agreed to dismiss the claims, counterclaims, and causes of action between them.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Blue Spike, LLC stipulates to the dismissal with prejudice of all claims and causes of action asserted in this case against defendants Cognitec Systems Corporation and Cognitec Systems GmbH, and defendants Cognitec Systems Corporation and Cognitec Systems GmbH stipulate to the dismissal with

prejudice of all counterclaims and causes of action asserted in this case against Blue Spike, LLC and Scott Moskowitz.  The parties shall bear their own attorneys' fees, expenses and costs.

Dated:  October 28, 2014

Respectfully submitted,

| | |
|---|---|
| /s/ Dwayne K. Goetzel | /s/ Christopher A. Honea |
| Dwayne K. Goetzel | Christopher A. Honea |
| Texas Bar No. 08059500 | Texas Bar No. 24059967 |
| Meyertons Hood Kivlin | Garteiser Honea, P.C. |
|   Kowert & Goetzel, P.C. | 218 N. College Avenue |
| 1120 S. Capital of Texas Hwy. | Tyler, Texas 75707 |
| Building 2, Suite 300 | (903) 705-7420 (telephone) |
| (512) 853-8800 (telephone) | (888) 908-4400 (facsimile) |
| (512) 853-8801 (facsimile) | |
| | |
| *Attorneys for Defendants* | *Attorneys for Plaintiff* |
| *Cognitec Systems Corporation and* | *Blue Spike LLC and* |
| *Cognitec Systems GmbH* | *Scott Moskowitz* |

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 28th day of October 2014.

/s/ Dwayne K. Goetzel