UNITED STATES DISTRICT COURT
FOR THE EASTER DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **Blue Spike, LLC** | § § § § | |
| Plaintiff, | | |
| v. | § § § § § § | Case No. 6:12-cv-499 |
| **Texas Instruments, Inc.** | | |
| Defendants | | |

---

| | | |
|---|---|---|
| **Blue Spike, LLC** | § § § § § | |
| Plaintiff, | | |
| v. | § § § § § § | Case No. 6:13-cv-00124 |
| **Cognitec Systems Corporation** **Cognitec Systems GmbH** | | |
| Defendants | | |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), recognizing the Stipulation of Dismissal filed by plaintiff Blue Spike, LLC and defendants Cognitec Systems Corporation and Cognitec Systems GmbH pursuant to a settlement of the above-captioned litigation between the parties, it is ordered as follows:

ORDERED that the claims and causes of action asserted herein by plaintiff Blue Spike, LLC against defendants Cognitec Systems Corporation and Cognitec Systems GmbH be, and hereby are, dismissed with prejudice;

ORDERED that the counterclaims and causes of action asserted herein by defendants Cognitec Systems Corporation and Cognitec Systems GmbH against plaintiff Blue Spike, LLC and Scott Moskowitz be, and hereby are, dismissed with prejudice; and

ORDERED that the parties shall bear their own attorneys' fees, expenses and costs.

IT IS SO ORDERED.

**SIGNED this 30th day of October, 2014.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE