UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **Blue Spike, LLC** § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| v. § | Case No. 6:12-cv-499 | |
| § | | |
| **Texas Instruments, Inc.** § | | |
| § | | |
| Defendants § | | |

---

| | | |
|---|---|---|
| **Blue Spike, LLC** § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| § | | |
| v. § | Case No. 6:13-cv-00124 | |
| § | | |
| **Cognitec Systems Corporation** § | | |
| **Cognitec Systems GmbH** § | | |
| § | | |
| Defendants § | | |

## REQUEST FOR TERMINATION OF ELECTRONIC NOTICES

A request is hereby made that Dwayne K. Goetzel, Eric B. Meyertons, Willem G. Schuurman and Ryan T. Beard, counsel for Defendants Cognitec Systems Corporation and Cognitec Systems GmbH who were dismissed from this action on October 30, 2014, cease receiving electronic notification in the above-captioned matter.

Respectfully submitted,

/s/ Dwayne K. Goetzel
Dwayne K. Goetzel
Texas State Bar No. 08059500
Eric B. Meyertons
Texas State Bar No. 14004400
Willem G. Schuurman
Texas State Bar No. 17855200
Ryan T. Beard
Texas State Bar No. 24012264
MEYERTONS, HOOD, KIVLIN,
  KOWERT & GOETZEL, P.C.
1120 S. Capital of Texas Hwy.
Building 2, Suite 300
Austin, Texas 78746
(512) 853-8800 (telephone)
(512) 853-8801 (facsimile)

**ATTORNEYS FOR DEFENDANTS
COGNITEC SYSTEMS CORP. and
COGNITEC SYTEMS GmbH**

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 30th day of October 2014.

/s/ Dwayne K. Goetzel