# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC | | Civil Action No. 6:12-CV-499 MHS |
| *Plaintiff*, | § | |
| | § | LEAD CASE |
| v. | § | |
| | § | |
| TEXAS INSTRUMENTS, INC. | § | |
| *Defendants* | § | |

**ORDER REGARDING DEFENDANT AUDIBLE MAGIC'S OBJECTIONS TO CLAIM CONSTRUCTION ORDER REGARDING U.S. PATENT 6,834,308 (ECF. NO. 1834)**

This matter came before the undersigned on Defendant Audible Magic's Objections to Claim Construction Order [ECF No. 1834]. Based on the submissions of the Parties and the entire record of this case, IT IS HEREBY ORDERED that:

Defendants' Objections are SUSTAINED.