# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC<br>    *Plaintiff*, | §<br>§ | Civil Action No. 6:12-CV-499 MHS<br>LEAD CASE |
| v. | §<br>§ | |
| TEXAS INSTRUMENTS, INC.<br>    *Defendants* | §<br>§ | |

## ORDER REGARDING DEFENDANTS' OBJECTIONS TO CLAIM CONSTRUCTION ORDER (ECF. NO. 1831)

This matter came before the undersigned on Defendants' Objections to Claim Construction Order [ECF No. 1831]. Based on the submissions of the Parties and the entire record of this case, IT IS HEREBY ORDERED that:

Defendants' Objections are SUSTAINED.