# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC | § | Civil Action No. 6:12-CV-499 MHS |
| *Plaintiff*, | § | |
| | § | LEAD CASE |
| v. | § | |
| | § | |
| TEXAS INSTRUMENTS, INC. | § | |
| *Defendants* | § | |

### ORDER REGARDING DEFENDANTS' OBJECTIONS TO REPORT AND RECOMMENDATION ON INDEFINITENESS (ECF. NO. 1832)

This matter came before the undersigned on Defendants' Objections to Report and Recommendation on Indefiniteness [ECF No. 1832]. Based on the submissions of the Parties and the entire record of this case, IT IS HEREBY ORDERED that:

Defendants' Objections are SUSTAINED.