IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| **BLUE SPIKE, LLC,**<br>　　*Plaintiff*,<br>v.<br>**TEXAS INSTRUMENTS, INC.,**<br>　　*Defendant.* | Case No. 6:12-499<br><br>JURY TRIAL DEMANDED |

### PLAINTIFF'S NOTICE OF APPEARANCE OF MICHAEL I BURTON

Blue Spike, LLC, plaintiff in the above-entitled and numbered civil action, hereby notifies the Court and all parties that the following person, in addition to those who previously gave notice, is appearing as counsel of record:

Michael Ira Burton
California Bar No. 083380
mburton@ghiplaw.com
**GARTEISER HONEA, P.C.**
44 N San Pedro Ave
San Rafael, California 94903
Telephone:  (405) 785-3762
Facsimile:  (888) 908-4400

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　 /s/ Michael Ira Burton_____
　　　　　　　　　　　　　　　　　　　Randall T. Garteiser
　　　　　　　　　　　　　　　　　　　Texas Bar No. 24038912
　　　　　　　　　　　　　　　　　　　rgarteiser@ghiplaw.com
　　　　　　　　　　　　　　　　　　　Christopher A. Honea
　　　　　　　　　　　　　　　　　　　Texas Bar No. 24059967
　　　　　　　　　　　　　　　　　　　chonea@ghiplaw.com
　　　　　　　　　　　　　　　　　　　Christopher S. Johns
　　　　　　　　　　　　　　　　　　　Texas Bar No. 24044849
　　　　　　　　　　　　　　　　　　　cjohns@ghiplaw.com

Kirk J. Anderson
California Bar No. 289043
Peter S. Brasher
California Bar No. 283992
**GARTEISER HONEA, P.C.**
218 N. College Ave.
Tyler, Texas 75702
Telephone: (903) 705-7420

***Counsel for Blue Spike, LLC***

## CERTIFICATE OF SERVICE

    I hereby certify that on October 31, 2014, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system, per Local Rule 5.4.

    /s/ Michael I Burton_____