UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Blue Spike, LLC, §<br>§<br>*Plaintiff*, §<br>§<br>v. §<br>§<br>TEXAS INSTRUMENTS, INC., et §<br>al., §<br>§<br>*Defendants*. § | CASE NO. 6:12-cv-499 MHS<br><br>LEAD CASE<br><br>Jury Trial Demanded |

**ORDER DENYING DEFENDANT AUDIBLE MAGIC'S MOTION FOR SANCTIONS AND GRANTING PLAINTIFF BLUE SPIKE, LLC'S REQUEST FOR AN EXTENSION TO COMPLETE DISCOVERY**

BEFORE THE COURT is Defendant Audible Magic Corporation's ("Audible Magic") Motion for Sanctions (the "Discovery"). The Court, having considered the arguments of all parties involved, finds that Blue Spike, LLC has not acted in bad faith or willfully to avoid its obligations. Accordingly, the Court is of the opinion that the Motion should be denied.

IT IS ORDERED that Blue Spike shall have until November 28, 2014 to serve the all documents responsive to Audible Magic's requests.