# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC,<br><br>   *Plaintiff*,<br>v.<br><br>TEXAS INSTRUMENTS, INC.,<br><br>   *Defendant*. | § § § § § § § § § § § | C.A. No. 6:12-cv-00499-MHS<br><br>**JURY TRIAL DEMANDED** |
| BLUE SPIKE, LLC,<br><br>   *Plaintiff*,<br>v.<br><br>SHAZAM ENTERTAINMENT LTD.,<br><br>   *Defendant*. | § § § § § § § § § § § | C.A. No. 6:12-cv-00500-MHS<br><br>**(CONSOLIDATED WITH 6:12-CV-499)**<br>**JURY TRIAL DEMANDED** |
| SHAZAM ENTERTAINMENT LTD.,<br><br>   *Defendant*,<br>v.<br><br>BLUE SPIKE, LLC, BLUE SPIKE, INC.<br>and SCOTT A. MOSKOWITZ<br><br>   *Counterclaim Defendants*. | § § § § § § § § § § § § § § | |

**SHAZAM ENTERTAINMENT LIMITED'S UNOPPOSED MOTION
TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF ITS
<u>MOTION FOR SUMMARY JUDGMENT ON LICENSE DEFENSE</u>**

  Defendant Shazam Entertainment Limited ("Shazam") respectfully moves the Court for

an extension of time to file a reply in support of its Motion for Summary Judgment on License

Defense (D.I. 1694). Shazam filed its motion on August 21, 2014. Blue Spike, LLC filed its Opposition to Shazam's motion on October 31, 2014 (D.I. 1859), following several extensions of time (D.I. 1821, D.I. 1807, D.I. 1759)

Shazam's deadline to file a reply is November 10, 2014. Shazam requests an extension of time until November 21, 2014 to reply to the Opposition. Counsel for Shazam has conferred with counsel for Plaintiff and Plaintiff is unopposed to this request for extension of time. This is Shazam's first request for such relief.

A proposed order granting this unopposed motion is attached.

Date: November 5, 2014

Respectfully submitted,

*/s/ Anne Champion*

Josh A. Krevitt
NY Bar No. 2568228
jkrevitt@gibsondunn.com
Benjamin Hershkowitz
NY Bar No. 2600559
bhershkowitz@gibsondunn.com
R. Scott Roe
NY Bar No. 4480224
sroe@gibsondunn.com
Anne Champion
NY Bar No. 4425237
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Ph. 212.351.4000
Fax: 212.351.6210

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500
Tyler, TX 75702
Tel: 903.597.8311
Fax: 903.593.0846

*Counsel for Defendant*
*Shazam Entertainment Limited*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel for Blue Spike, LLC has been served with a copy of the foregoing document via electronic mail on November 5, 2014.

/s/ Anne Champion