IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, <br><br> *Plaintiff*, <br> v. <br><br> TEXAS INSTRUMENTS, INC., <br><br> *Defendant*. | § § § § § § § § § § § | C.A. No. 6:12-cv-00499-MHS <br><br> **JURY TRIAL DEMANDED** |
| BLUE SPIKE, LLC, <br><br> *Plaintiff*, <br> v. <br><br> SHAZAM ENTERTAINMENT LTD., <br><br> *Defendant*. | § § § § § § § § § § § | C.A. No. 6:12-cv-00500-MHS <br><br> **(CONSOLIDATED WITH 6:12-CV-499)** <br> **JURY TRIAL DEMANDED** |
| SHAZAM ENTERTAINMENT LTD., <br><br> *Defendant,* <br> v. <br><br> BLUE SPIKE, LLC, BLUE SPIKE, INC. and SCOTT A. MOSKOWITZ <br><br> *Counterclaim Defendants.* | § § § § § § § § § § § § § § | |

**ORDER GRANTING SHAZAM ENTERTAINMENT LIMITED'S UNOPPOSED
MOTION TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF
<u>ITS MOTION FOR SUMMARY JUDGMENT ON LICENSE DEFENSE</u>**

Before the Court is Defendant Shazam Entertainment Limited's Unopposed Motion to

Extend Deadline to File Reply in Support of its Motion for Summary Judgment on License

Defense. Shazam moves to extend the deadline to reply by 10 days, up to and including November 21, 2014.

    Finding the motion well taken, the Court hereby GRANTS the motion.

SO ORDERED.