IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** | § § | |
| Plaintiff, | § § | Civil Action No. 6:12-cv-499 |
| v. | § § | Consolidated Case |
| **TEXAS INSTRUMENTS, INC.** | § § § | |
| Defendant. | § | |
| **BLUE SPIKE, LLC,** | § § | |
| Plaintiff, | § § | Civil Action No. 6:12-cv-557 |
| v. | § § | **JURY TRIAL DEMANDED** |
| **CIVOLUTION USA, INC. and CIVOLUTION B.V.,** | § § § § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE OF ATTORNEY CLIFF A. MAIER

Cliff A. Maier of Mayer Brown LLP hereby respectfully enters his appearance as attorney of record for Defendants Civolution USA, Inc. and Civolution B.V.

Dated: November 11, 2014

Respectfully submitted,

/s/ Cliff A. Maier
Michael A. Molano
Cliff A. Maier
Ward Johnson (*pro hac vice*)
MAYER BROWN LLP
3000 El Camino Real
Palo Alto, CA 94306-2112
Phone: (650) 331-2000
Fax: (650) 331-2060
Email: mmolano@mayerbrown.com
Email: cmaier@mayerbrown.com
Email: wjohnson@mayerbrown.com

        Trenton L. Menning
        Texas Bar No. 24041473
        Kyle E. Friesen
        Texas Bar No. 24061954
        Quinncy N. McNeal
        Texas Bar No. 24074690
        MAYER BROWN LLP
        700 Louisiana Street, Suite 3400
        Houston, Texas 77002-2730
        Phone: (713) 238-2691
        Fax: (713) 238-4691
        Email: tmenning@mayerbrown.com
        Email: kfriesen@mayerbrown.com
        Email: qmcneal@mayerbrown.com

        COUNSEL FOR DEFENDANTS
        CIVOLUTION USA, INC. AND CIVOLUTION
        B.V.

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on November 11, 2014, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

        /s/ Trenton L. Menning
        Trenton L. Menning