UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>         Plaintiff,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC.,<br><br>         Defendants. | Civil Action No. 6:12-cv-499-MHS<br>**(Lead Case for Consolidation Issues)**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE OF COUNSEL

Defendant Facebook, Inc. hereby notifies the Court that Carrie Richey of the firm Cooley LLP, 3175 Hanover Street, Palo Alto, California 94304-1130, Telephone (650) 843-5000, Fax No. (650) 249-7400, email: *crichey@cooley.com* has entered this action as counsel to be noticed on its behalf. In connection with this notice, Ms. Richey requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on her at the above address and contact information. The undersigned was admitted to practice in the United States District Court for the Eastern District of Texas on August 17, 2012.

Date:  November 17, 2014

Respectfully submitted,

*/s/ Carrie J. Richey*_____
Carrie J. Richey (CA Bar No. 270825)
**COOLEY LLP**
3175 Hanover Street
Palo Alto, CA 94304-1130
Tel:   (650)843-5000
crichey@cooley.com

*Attorneys for Defendant*
*FACEBOOK, INC.*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing via email, facsimile and/or U.S. First Class Mail on this 17th day of November, 2014.

/s/ *Carrie Richey*
Carrie Richey