# Exhibit 1

**Peter Brasher**    October 13, 2014 at 11:53 AM
To: Spalding, Dean (LNG-HBE)   Cc: Colin Jensen   Sent - pbrasher@ghiplaw.com
Re: ZIP

Thanks Dean,

That worked.

I also just uploaded two zipped files "Archive 13" and "Archive 14" each just over 2 GB. All documents in these folders need to be designated "Confidential - Outside Counsel Only."

Thank you,



**Peter Brasher** / Attorney
888.908.4400 x104 / pbrasher@ghiplaw.com
218 N College Ave, Tyler, TX 75702
44 N San Pedro, San Rafael, CA 94903
http://www.ghiplaw.com

This e-mail message may contain confidential information or information protected by attorney-client privilege, the doctrine of attorney work product or other applicable privileges and protections, and is intended solely for use by the intended recipient. Any unauthorized disclosure, dissemination, distribution, copying or the taking of any action in reliance on the information herein is prohibited. If you are not the intended recipient, please destroy all copies of this message, including your original copy, and contact the sender immediately. We also advise that any federal tax advice provided in this communication is not intended or written to be used, and cannot be used by the recipient or any other taxpayer for the purpose of avoiding tax penalties that may be imposed on the recipient or any other taxpayer, or in promoting, marketing or recommending to another party any transaction or matter addressed herein.

