# Exhibit 3

**Spalding, Dean (LNG-HBE)**  October 23, 2014 at 11:47 AM
To: Peter Brasher   Cc: Colin Jensen   Inbox - pbrasher@ghiplaw.com
RE: ZIP

Hi Peter,

We will add Archive 15 to the processing of 13 and 14.

Thanks!
Dean

_____

**Dean Spalding**
**LexisNexis - Managed Technology Services**
Project Manager | Hosted Litigation
HostedCNEVPM@lexisnexis.com
dean.spalding@lexisnexis.com
Phone: 425.213.7364

