# Exhibit 4

**Spalding, Dean (LNG-HBE)**  November 4, 2014 at 2:42 PM
To: Peter Brasher   Cc: Colin Jensen   Inbox - pbrasher@ghiplaw.com 
RE: ZIP

Hi Peter,

Archives 13, 14, and 15 are now available in the outbound folder.  The zip file name is LN004.  If you are asked for a password to open the zip file that password will be: L5fey29D

If you have any questions please let me know.

Thanks,
Dean

_____
**Dean Spalding**
**LexisNexis - Managed Technology Services**
Project Manager | Hosted Litigation
HostedCNEVPM@lexisnexis.com
dean.spalding@lexisnexis.com
Phone: 425.213.7364

