### IN THE UNITED STATES DISTRICT COURT
### OF THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **Case No. 6:12-cv-499** |
| | § | **LEAD CASE** |
| **TEXAS INSTRUMENTS, INC.** | § | |
| *Defendant.* | § | |

## ORDER

The above-referenced case was referred to the undersigned United States Magistrate Judge for pre-trial purposes in accordance with 28 U.S.C. § 636.  The following pending motion is before the Court: Emergency Motion for Sanctions Against Blue Spike LLC, Blue Spike Inc., and Scott Moskowitz for Failing to Comply With a Court Order (Docket Entry # 1827).  The Court, having reviewed the relevant briefing, is of the opinion the motion should be **DENIED.**  It is

**ORDERED** that to the extent it has not already done so, on or before November 21, 2014, Blue Spike shall produce to Audible Magic all non-privileged documents responsive to Audible Magic's requests as ordered in the September 10, 2014 Order (including but not limited to documents regarding the Giovanni Abstraction Machine and financial documents of Blue Spike LLC, Blue Spike, Inc., and Scott Moskowitz).  It is further

**ORDERED** that to the extent Audible Magic needs additional time in which to review Blue Spike's documents and schedule necessary depositions of Blue Spike individuals or third parties prior to preparing meaningful expert reports, Audible Magic may file an appropriate motion with the Court.

**SIGNED** this 19th day of November, 2014.

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE