# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC<br>　　*Plaintiff*, | § § § | Civil Action No. 6:12-CV-499 MHS-CMC |
| v. | § § § | LEAD CASE |
| TEXAS INSTRUMENTS, INC.<br>　　*Defendants* | § § | |

| | | |
|---|---|---|
| BLUE SPIKE, LLC,<br>　　*Plaintiff*, | § § § | Civil Action No. 6:12-CV-576 MHS-CMC |
| v. | § § § | CONSOLIDATED CASE |
| AUDIBLE MAGIC CORPORATION, FACEBOOK, INC., MYSPACE, LLC, SPECIFIC MEDIA, LLC, PHOTOBUCKET.COM, INC., DAILYMOTION, INC., DAILYMOTION S.A., SOUNDCLOUD, INC., SOUNDCLOUD LTD., MYXER, INC., QLIPSO, INC., QLIPSO MEDIA NETWORKS LTD., YAP.TV, INC., GOMISO, INC., IMESH, INC., METACAFE, INC., BOODABEE TECHNOLOGIES, INC., TUNECORE, INC., ZEDGE HOLDINGS, INC., BRIGHTCOVE INC., COINCIDENT.TV, INC., ACCEDO BROADBAND NORTH AMERICA, INC., ACCEDO BROADBAND AB, AND MEDIAFIRE, LLC<br>　　*Defendants*. | § § § § § § § § § § § § § § § § § § § § | |

## **ORDER GRANTING STIPULATION REGARDING EXPEDITED BRIEFING**

On this day came on to be considered the Stipulation Regarding Expedited Briefing, and the Court being of the opinion that the stipulation should be GRANTED, It is therefore,

ORDERED, ADJUDGED and DECREED that Plaintiff may file a response to Defendants Motion for Hearing (Dkt. No. 1867) by November 25, 2014.

It is FURTHER ORDERED that no reply or sur-reply will be filed.