UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

- Attorney Change of Address Form -
- Please use this form to change your address in the court's CM/ECF system -

First / Middle / Last Name:
Jordan A. Sigale

Texas Bar No.: _____  Out of State Bar No.: 6210047 IL

CM/ECF Login: 05-305

---------------------------------------------- New Address ----------------------------------------------

Firm: Dunlap Codding, PC

Address: 222 W. Merchandise Mart Plaza

Suite 1225

City: Chicago   State: IL   Zip: 60654

Voice phone number: 312-651-6744   Fax number: 312-546-6284

E-mail address: jsigale@dunlapcodding.com
*(This will become your e-mail address for electronic service)*

Secondary E-mail address: joseland@dunlapcodding.com
*(This will become your secondary e-mail address for electronic service)*

Signature of Registrant                     Date: 11/25/2014

Submit completed form to:   David J. Maland, Clerk
                            United States District Court
                            Attn: ECF Registration
                            300 Willow Street, Suite 104
                            Beaumont, TX 77701

or Fax to: (409) 654-7080

[changeofaddressform.wpd 1/21/09]