UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> TEXAS INSTRUMENTS, INC., et al., <br><br> *Defendants*. | CASE NO. 6:12-cv-499 MHS-CMC <br><br> LEAD CASE <br><br> Jury Trial Demanded |

**ORDER DENYING DEFENDANT AUDIBLE MAGIC CORPORATION'S MOTION FOR A HEARING [DKT. 1867]**

On this day came for consideration Defendant Audible Magic Corporation's ("Audible Magic's") Motion for a Hearing (dkt. 1867) in the above captioned proceeding. Having considered Defendant's motion and supporting papers and Blue Spike, LLC's opposition, the Court is of the opinion that said motion should be DENIED.

IT IS HEREBY ORDERED that Defendant Audible Magic's motion is hereby denied.