IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **BLUE SPIKE, LLC,** | § |
| *Plaintiff*, | § Civil Action No. 12-CV-499-MHS-CMC |
| v. | § LEAD CASE |
| **TEXAS INSTRUMENTS, INC.,** *et al.*, | § JURY TRIAL DEMANDED |
| *Defendants*. | § |

**PLAINTIFF BLUE SPIKE, LLC'S NOTICE
OF COMPLIANCE REGARDING FEES TO TECHNICAL ADVISOR (DKT 1848)**

Plaintiff Blue Spike, LLC ("Blue Spike") hereby gives Notice that on October 31, 2014, it complied with the Court's Order (Docket Entry #1848) to pay Technical Advisor Scott Woloson.

DATED:  November 26, 2014          Respectfully submitted,

/s/ Randall T. Garteiser
Randall T. Garteiser
  Texas Bar No. 24038912
  rgarteiser@ghiplaw.com
Christopher A. Honea
  Texas Bar No. 24059967
  chonea@ghiplaw.com
Kirk J. Anderson
  California Bar No. 289043
Peter S. Brasher
  California Bar No. 283992
**GARTEISER HONEA, P.C.**
218 North College Ave.
Tyler, Texas 75702
Telephone:  (903) 705-7420
Facsimile:  (888) 908-4400

*Counsel for Blue Spike, LLC*

1

2

**Certificate of Service**

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email.

                                                                                        /s/ Randall T. Garteiser