AFFIDAVIT OF FRANCES E. MCGOVERN
TENDERED PURSUANT TO FED.R.CIV.P.53

STATE OF NORTH CAROLINA §
§ AFFIDAVIT
COUNTY OF DURHAM §

FRANCIS E. MCGOVERN, being first duly sworn according to law, states the following:

I am an attorney at law duly licensed to practice law in the State of Texas. My bar admissions are as follows:

1. I have thoroughly familiarized myself with the issues involved in the litigation captioned BLUE SPIKE, LLC v. TEXAS INSTRUMENTS, ET AL. As a result of my knowledge of that case, I can attest and affirm that there are no non-disclosed grounds for disqualification under 28 U.S.C. §455 that would prevent me from serving as the Special Master in the captioned matter.

FURTHER AFFIANT SAYETH NAUGHT.

_____

Sworn before me and subscribed in my presence this  3rd  day of ~~October~~ December, 2014.  sfh

_____
Notary Public

My commission expires on: Nov. 2, 2015