IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
|          Plaintiff, | § | |
| | § | Civil Action No. 6:12-CV-499 |
| vs. | § | |
| | § | (LEAD CASE) |
| TEXAS INSTRUMENTS, INC. et al., | § | |
| | § | JURY TRIAL DEMANDED |
| | § | |
|          Defendants. | § | |
| | § | |

## DEFENDANT VIGGLE INC.'S UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

Defendant Viggle Inc. ("Viggle") moves to withdraw Christopher M. Swickhamer, Lana H. Carnel, and Laura Ann Wytsma as attorneys of record in the above-referenced matters. The law firms of Dunlap Codding, P.C. and Findlay Craft, P.C. will continue to represent Viggle.

Viggle has conferred with counsel for Plaintiff Blue Spike, LLC. and all other Defendants in this action, who do not oppose the relief requested in this motion.

Therefore, Defendants respectfully request that the Court withdraw Christopher M. Swickhamer, Lana H. Carnel, and Laura Ann Wytsma as attorneys of record from the docket in this case and terminate all electronic notifications.

Dated: December 3, 2014                     Respectfully submitted,

                                                                                      By: */s/ Eric H. Findlay*
                                                                                      Eric H. Findlay (Texas Bar No. 00789886)
                                                                                      Walter W. Lackey, Jr. (Texas Bar No. 24050901)
                                                                                      FINDLAY CRAFT, P.C.
                                                                                      102 N. College Ave., Suite 900
                                                                                       Tyler, TX 75702
                                                                                       Telephone:  (903) 534-1100
                                                                                       Facsimile:   (903) 534-1137
                                                                                      efindlay@findlaycraft.com
                                                                                       wlackey@findlaycraft.com

Jordan A. Sigale
Dunlap Codding, P.C.
222 W. Merchandise Mart Plaza
Suite 1225
Chicago, IL 60654
312-651-6744
Fax: 312-546-6284
Email: jsigale@dunlapcodding.com

*Attorneys for Defendant Viggle Inc.*

## CERTIFICATE OF SERVICE

This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 3rd day of December 2014.

/s/ Eric H. Findlay
Eric H. Findlay