# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
|              Plaintiff, | § | |
| | § | Civil Action No. 6:12-CV-499 |
| vs. | § | |
| | § | (LEAD CASE) |
| TEXAS INSTRUMENTS, INC. et al., | § | |
| | § | JURY TRIAL DEMANDED |
| | § | |
|              Defendants. | § | |
| | § | |

## ORDER GRANTING DEFENDANT VIGGLE INC.'S UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

COMES NOW Defendant Viggle Inc.'s ("Viggle") Unopposed Motion for Withdrawal of Counsel. The Court, having reviewed the Motion, finds that the Motion should be, and hereby is, GRANTED.

It is, therefore, ORDERED, ADJUDGED and DECREED that Viggle Inc.'s Unopposed Motion for Withdrawal of Counsel is GRANTED.

It is further ORDERED, ADJUDGED and DECREED that electronic notices sent in this case to Christopher M. Swickhamer, Lana H. Carnel, and Laura Ann Wytsma terminate effective the date of this Order.