UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § | |
| *Plaintiff*, | § § § | CASE NO. 6:12-cv-499-MHS-CMC |
| v. | § § | LEAD CASE |
| TEXAS INSTRUMENTS, INC., et al., | § § § | Jury Trial Demanded |
| *Defendants*. | § § | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO
FILE A SURREPLY TO DEFENDANT SHAZAM ENTERTAINMENT
LTD.'S SEALED MOTION FOR SUMMARY JUDGMENT**

Plaintiff Blue Spike, LLC ("Blue Spike") respectfully moves the Court for an extension of time within which to file a surreply to Shazam Entertainment, Ltd.'s Motion for summary judgment (Dkt. No. 1694) ("Motion").

Blue Spike's deadline to respond to the Motion was December 1, 2014. Blue Spike requests an extension of time of until January 9, 2014 to respond to the Motion. Counsel for Blue Spike has conferred with counsel for Defendant, and Defendant is unopposed to this request for extension of time as the parties are working towards a resolution of this matter.

Respectfully submitted,

/s/ Randall T. Garteiser
Randall T. Garteiser
 Texas Bar No. 24038912
 rgarteiser@ghiplaw.com

1

2

    Christopher A. Honea
     Texas Bar No. 24059967
     chonea@ghiplaw.com
    Christopher S. Johns
     Texas Bar No. 24044849
     cjohns@ghiplaw.com
    Kirk J. Anderson
     California Bar No. 289043
    Peter S. Brasher
     California Bar No. 283992
    **GARTEISER HONEA, P.C.**
    218 N. College Ave.
    Tyler, Texas 75702
    Telephone: (903) 705-7420
    Facsimile: (888) 908-4400

    *Counsel for Blue Spike, LLC*

**Certificate of Service**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email.

   /s/ Randall T. Garteiser