
# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC,<br>　　　　Plaintiff,<br><br>vs.<br><br>TEXAS INSTRUMENTS, INC. et al.,<br>　　　　Defendants. | §§§§§§§§§§ | Civil Action No. 6:12-CV-499<br><br>(LEAD CASE)<br><br>JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC,<br>　　　　Plaintiff,<br><br>vs.<br><br>VIGGLE INC.<br>　　　　Defendants. | §§§§§§§§§§§§§ | Civil Action No. 6:12-CV-526<br><br>(CONSOLIDATED WITH 6:12-CV-499)<br><br>JURY TRIAL DEMANDED |

## **DEFENDANT VIGGLE INC.'S NOTICE OF COMPLIANCE**

Pursuant to L.R. CV-26(c) and the Court's Scheduling Order [Dkt. 1332], Defendant Viggle Inc. hereby files this Notice confirming that it has complied with said Order and served Supplemental Disclosures required under the Order and Federal Rule of Civil Procedure 26(a)(1) on December 6, 2014.

Dated:  December 6, 2014            Respectfully submitted,

By: /s/ Jordan A. Sigale
Jordan A. Sigale
Dunlap Codding, P.C.
222 W. Merchandise Mart Plaza
Suite 1225
Chicago, IL  60654
Telephone:  312-651-6744
Facsimile:  312-546-6284
jsigale@dunlapcodding.com

Eric H. Findlay
State Bar No. 00789886
Walter W. Lackey, Jr.
Texas Bar No. 24050901
Findlay Craft, LLP
6760 Old Jacksonville Hwy
Suite 101
Tyler, Texas 75703
(903) 534-1100 (Office)
(903) 534-1137 (Facsimile)
efindlay@findlaycraft.com (Email)

***Attorneys for Defendant Viggle Inc.***

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing via electronic mail this 6th day of December, 2014.

/s/ Jordan A. Sigale      _____
Jordan A. Sigale