**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**TEXAS INSTRUMENTS, INC.,**<br><br>Defendant. | § § § § § § § § § § § § | Civil Action No.: 6:12-cv-00499-MHS-CMC<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANT AUDIBLE MAGIC CORPORATION'S NOTICE OF COMPLIANCE

Pursuant to L.R. CV-26(c) and the Court's Scheduling and Discovery Order [Dkt. 1332], Defendant Audible Magic Corporation hereby files this Notice confirming that it has complied with said Order and served Supplemental Disclosures required under the Order and Federal Rule of Civil Procedure 26(a)(1) on November 27, 2014.

Dated: December 8, 2014

/s/ Eric H. Findlay
Eric H. Findlay (Texas Bar No. 00789886)
Walter W. Lackey, Jr. (Texas Bar No. 24050901)
FINDLAY CRAFT, P.C.
102 N. College Ave., Suite 900
Tyler, TX 75702
Telephone:  (903) 534-1100
Facsimile:   (903) 534-1137
efindlay@findlaycraft.com
wlackey@findlaycraft.com

I. Neel Chatterjee (admitted E.D. Texas)
Gabriel M. Ramsey (admitted E.D. Texas)
ORRICK, HERRINGTON & SUTCLIFFE, LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:  (650) 614-7400
Facsimile:   (650) 614-7401
gramsey@orrick.com
nchatterjee@orrick.com

        Alyssa M. Caridis (admitted E.D. Texas)
        ORRICK, HERRINGTON & SUTCLIFFE, LLP
        777 S. Figueroa St.
        Suite 3200
        Los Angeles, CA 90017
        Telephone:  (213) 629-2020
        Facsimile:  (213) 612-2499
        acaridis@orrick.com

        Christopher J. Higgins
        ORRICK, HERRINGTON & SUTCLIFFE, LLP
        1152 15th Street, N.W.
        Washington, DC 20005-1706
        Telephone:  (202) 339-8400
        Facsimile:  (202) 339-8500
        chiggins@orrick.com

*Counsel for Defendants Audible Magic, Corp., Facebook, Inc., Myspace LLC, Specific Media LLC, Photobucket.com, Inc., DailyMotion, Inc., DailyMotion S.A., SoundCloud, Inc., SoundCloud Ltd., Myxer, Inc., Qlipso, Inc., Qlipso Media Networks, Ltd., Yap.tv, Inc., GoMiso, Inc., iMesh, Inc., Metacafe, Inc., Boodabee Technologies, Inc., Zedge Holdings, Inc., Brightcove Inc., Coincident.TV, Inc., Accedo Broadband North America, Inc., Accedo Broadband AB, MediaFire, LLC, WiOffer LLC, and Harmonix Music Systems, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically on December 8, 2014 pursuant to Local Rule CV-5(a) and has been served on all counsel who are deemed to have consented to electronic service.

                                        */s/ Eric H. Findlay*
                                        Eric H. Findlay