UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| BLUE SPIKE, LLC<br>      *Plaintiff,*<br>      v.<br>TEXAS INSTRUMENTS, INC.<br>      *Defendant.* | Civil Action No. 6:12-cv-499 [LED]<br>**LEAD CASE**<br>Jury Trial Demanded |
| BLUE SPIKE, LLC<br>      *Plaintiff,*<br>      v.<br>SHAZAM ENTERTAINMENT LTD.,<br>      *Defendant.* | Civil Case No. 6:12-cv-00500<br>(CONSOLIDATED WITH 6:12-CV-499)<br>Jury Trial Demanded |

## STIPULATION OF DISMISSAL

Plaintiff Blue Spike, LLC and counterclaim defendants Blue Spike, Inc. and Scott A. Moskowitz, on the one hand, and defendant and counterclaim plaintiff Shazam Entertainment Ltd., on the other, have agreed to dismiss the claims, counterclaims, and causes of action between them.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Blue Spike, LLC stipulates to the dismissal with prejudice of all claims and causes of action asserted in this case against Shazam Entertainment Ltd., and Shazam Entertainment Ltd. stipulates to the dismissal with prejudice of all counterclaims and defenses asserted in this case against Blue Spike, LLC, Blue Spike, Inc., and Scott A. Moskowitz. The parties shall bear their own attorneys' fees, expenses and costs.

Dated: December 16, 2014

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| _/s/ Randall T. Garteiser_ | _/s/ Benjamin Hershkowitz_ |
| Randall T. Garteiser<br>Christopher A. Honea<br>Garteiser Honea PLLC<br>119 W Ferguson St.<br>Tyler, TX 75702<br>*Attorneys for Plaintiff Blue Spike LLC* | Benjamin Hershkowitz<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, New York 10166<br>Telephone: (212) 351-4000<br>Facsimile: (212) 351-4035<br>*Attorneys for Defendant Shazam Entertainment Ltd.* |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 16, 2014.

                                           _/s/ Benjamin Hershkowitz_
                                           Benjamin Hershkowitz