UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| BLUE SPIKE, LLC<br>　　　　　*Plaintiff,*<br>　　v.<br>TEXAS INSTRUMENTS, INC.<br>　　　　　*Defendant.* | Civil Action No. 6:12-cv-499 [LED]<br>**LEAD CASE**<br>Jury Trial Demanded |
| BLUE SPIKE, LLC<br>　　　　　*Plaintiff,*<br>　　v.<br>SHAZAM ENTERTAINMENT LTD.,<br>　　　　　*Defendant.* | Civil Case No. 6:12-cv-00500<br>(CONSOLIDATED WITH 6:12-CV-499)<br>Jury Trial Demanded |

**ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a), recognizing the Stipulation of Dismissal filed by plaintiff Blue Spike, LLC and defendant Shazam Entertainment Ltd., it is ordered as follows:

ORDERED that the claims asserted herein by plaintiff Blue Spike, LLC against defendant Shazam Entertainment Ltd. be, and hereby are, dismissed with prejudice;

ORDERED that the counterclaims and defenses asserted herein by defendant Shazam Entertainment Ltd. against plaintiff Blue Spike, LLC be, and hereby are, dismissed with prejudice; and

ORDERED that the parties shall bear their own attorneys' fees, expenses and costs.