UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| BLUE SPIKE, LLC<br>　　　　*Plaintiff,*<br>　　v.<br>TEXAS INSTRUMENTS, INC.<br>　　　　*Defendant.* | Civil Action No. 6:12-cv-499 [LED]<br>**LEAD CASE**<br>Jury Trial Demanded |
| BLUE SPIKE, LLC<br>　　　　*Plaintiff,*<br>　　v.<br>SHAZAM ENTERTAINMENT LTD.,<br>　　　　*Defendant.* | Civil Case No. 6:12-cv-00500<br>(CONSOLIDATED WITH 6:12-CV-499)<br>Jury Trial Demanded |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), recognizing the Stipulation of Dismissal filed by plaintiff Blue Spike, LLC, counterclaim defendants Blue Spike, Inc. and Scott A. Moskowitz, and defendant and counterclaim plaintiff Shazam Entertainment Ltd., it is ordered as follows:

ORDERED that the claims asserted herein by Blue Spike, LLC against Shazam Entertainment Ltd. be, and hereby are, dismissed with prejudice;

ORDERED that the counterclaims and defenses asserted herein by Shazam Entertainment Ltd. against Blue Spike, LLC, Blue Spike, Inc. and Scott A. Moskowitz be, and hereby are, dismissed with prejudice; and

ORDERED that the parties shall bear their own attorneys' fees, expenses and costs.

**It is SO ORDERED.**

**SIGNED this 17th day of December, 2014.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE