# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
|               Plaintiff, | § | |
| | § | Civil Action No. 6:12-CV-499 |
| vs. | § | |
| | § | (LEAD CASE) |
| TEXAS INSTRUMENTS, INC. et al., | § | |
| | § | JURY TRIAL DEMANDED |
| | § | |
|               Defendants. | § | |
| | § | |

## ORDER AS TO JOINT STIPULATION REGARDING DATE OF INVENTION

Pursuant to the Parties' Joint Stipulation Regarding Date of Invention, it is hereby,

ORDERED, ADJUDGED, AND DECREED THAT:

As related solely to *Blue Spike, LLC v. Texas Instruments, Inc., et al.*, Civ. A. No. 6:12-CV-499, and the cases consolidate therewith, and specifically the four patents-in-suit, namely US 8,214,175, US 7,949,494, US 7,660,700, and US 7,346,472 the date of conception is September 7, 2000 and the date of reduction to practice is September 7, 2000.