IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC | § | Civil Action No. 6:12-CV-499 MHS |
| *Plaintiff*, | § § § | |
| | § | LEAD CASE |
| v. | § § | |
| TEXAS INSTRUMENTS, INC., et al. | § | |

**JOINT STIPULATION RE DEPOSITION DATES**

Plaintiff Blue Spike, LLC ("Blue Spike") and Defendant MorphoTrust USA, Inc. (now known as MorphoTrust USA, LLC) ("MorphoTrust") have met and conferred regarding scheduling of the Rule 30(b)(6) deposition of MorphoTrust.  Subject to the objections contained within MorphoTrust's formal objections served December 8, 2014, MorphoTrust will provide deponents as indicated below:

- Topics 4, 25, 38:  Afternoon of January 7 (Morgan Lewis office in Boston, MA)

- Topics 17, 18, 19, 22, 30, 31, 35, 36, 37, 43: January 9 (Morgan Lewis office in Princeton, NJ)

- Topics 3, 6, 8, 15, 16, 23, 26, 27, 29: January 14 (Morgan Lewis office in Pittsburgh, PA)

- Topics 7, 9, 10, 11, 20, 21, 28, 32, 33, 34, 39, 40, 42, 49: January 29 (Morgan Lewis office in Boston, MA).

Blue Spike will attend and take the depositions on the dates and at the locations as indicated above.

Dated: January 2, 2015

| | |
|---|---|
| */s/ Randall T. Garteiser* | */s/ Daniel Johnson, Jr.* |
| Randall T. Garteiser | C. Erik Hawes (TX Bar No. 24042543) |
|   Lead Attorney | Email:  ehawes@morganlewis.com |
|   Texas Bar No. 24038912 | Thomas R. Davis (TX Bar No. 24055384) |
|   rgarteiser@ghiplaw.com | Email: tdavis@morganlewis.com |
| Christopher A. Honea | MORGAN, LEWIS & BOCKIUS LLP |
|   Texas Bar No. 24059967 | 1000 Louisiana Street, Suite 4000 |
|   chonea@ghiplaw.com | Houston, Texas 77002 |
| Christopher S. Johns | (713) 890-5000 Telephone |
|   Texas Bar No. 24044849 | (713) 890-5001 Facsimile |
|   cjohns@ghiplaw.com | |
| GARTEISER HONEA, P.C. | Daniel Johnson, Jr. (Admitted *Pro Hac Vice*) |
| 218 North College Avenue | Email: djjohnson@morganlewis.com |
| Tyler, Texas 75702 | MORGAN, LEWIS & BOCKIUS LLP |
| (903) 705-0828 | One Market, Spear Street Tower |
| (888) 908-4400 Fax | San Francisco, CA 94105 |
| | (415) 442-1000 Telephone |
| Kirk J. Anderson | (415) 442-1001 Facsimile |
|   California Bar No. 289043 | |
| Peter S. Brasher | *Attorneys for Defendants MorphoTrust USA,* |
|   California Bar No. 283992 | *Inc.* |
| GARTEISER HONEA, P.C. | |
| 44 North San Pedro Road | |
| San Rafael, California 94903 | |
| (415) 785-3762 | |
| (415) 785-3805 fax | |

*Counsel for Blue Spike, LLC*