# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC | § | Civil Action No. 6:12-CV-499 MHS |
| *Plaintiff*, | § | |
| | § | |
| | § | LEAD CASE |
| | § | |
| v. | § | |
| | § | |
| TEXAS INSTRUMENTS, INC., et al. | | |

## JOINT MOTION FOR ENTRY OF STIPULATED DEPOSITION SCHEDULE

Per the suggestion of Special Master Professor Francis McGovern at the joint conference call on Friday December 19, 2014, Plaintiff Blue Spike, LLC ("Blue Spike") and Defendant MorphoTrust USA, Inc. (now known as MorphoTrust USA, LLC) ("MorphoTrust"), having met and conferred regarding scheduling of the Rule 30(b)(6) deposition of MorphoTrust, file this Joint Motion for Entry of Stipulated Deposition Schedule ("Motion"). Subject to the objections contained within MorphoTrust's formal objections served December 9, 2014, MorphoTrust will provide deponents as indicated below:

- Topics 4, 25, 38: Afternoon of January 7 (Morgan Lewis office in Boston, MA)
- Topics 17, 18, 19, 22, 30, 31, 35, 36, 37, 43: January 9 (Morgan Lewis office in Princeton, NJ)
- Topics 3, 6, 8, 15, 16, 23, 26, 27, 29: January 14 (Morgan Lewis office in Pittsburgh, PA)
- Topics 7, 9, 10, 11, 20, 21, 28, 32, 33, 34, 39, 40, 42, 49: January 29 (Morgan Lewis office in Boston, MA).

Blue Spike will attend and take the depositions on the dates and at the locations as indicated above.

Blue Spike and MorphoTrust request that the Court enter an order adopting the Stipulated Deposition Schedule as indicated in this Motion.

Dated: January 6, 2015

| | |
|---|---|
| */s/ Randall T. Garteiser* | */s/ Daniel Johnson, Jr.* |
| Randall T. Garteiser | C. Erik Hawes (TX Bar No. 24042543) |
|   Lead Attorney | Email:  ehawes@morganlewis.com |
|   Texas Bar No. 24038912 | Thomas R. Davis (TX Bar No. 24055384) |
|   rgarteiser@ghiplaw.com | Email: tdavis@morganlewis.com |
| Christopher A. Honea | MORGAN, LEWIS & BOCKIUS LLP |
|   Texas Bar No. 24059967 | 1000 Louisiana Street, Suite 4000 |
|   chonea@ghiplaw.com | Houston, Texas 77002 |
| Christopher S. Johns | (713) 890-5000 Telephone |
|   Texas Bar No. 24044849 | (713) 890-5001 Facsimile |
|   cjohns@ghiplaw.com | |
| GARTEISER HONEA, P.C. | Daniel Johnson, Jr. (Admitted *Pro Hac Vice*) |
| 218 North College Avenue | Email: djjohnson@morganlewis.com |
| Tyler, Texas 75702 | MORGAN, LEWIS & BOCKIUS LLP |
| (903) 705-0828 | One Market, Spear Street Tower |
| (888) 908-4400 Fax | San Francisco, CA 94105 |
| | (415) 442-1000 Telephone |
| Kirk J. Anderson | (415) 442-1001 Facsimile |
|   California Bar No. 289043 | |
| Peter S. Brasher | *Attorneys for Defendants MorphoTrust USA,* |
|   California Bar No. 283992 | *Inc.* |
| GARTEISER HONEA, P.C. | |
| 44 North San Pedro Road | |
| San Rafael, California 94903 | |
| (415) 785-3762 | |
| (415) 785-3805 fax | |

*Counsel for Blue Spike, LLC*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served on all counsel of record via the Court's Case Management/Electronic Case Filing system and/or electronic mail on January 6, 2015.

                                                             */s/ Daniel Johnson, Jr.*
                                                             Daniel Johnson, Jr.