IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC | § | Civil Action No. 6:12-CV-499 MHS |
| *Plaintiff*, | § | |
| | § | |
| | § | LEAD CASE |
| | § | |
| v. | § | |
| | § | |
| TEXAS INSTRUMENTS, INC., et al. | | |

**[PROPOSED] ORDER RE JOINT MOTION FOR ENTRY OF STIPULATED DEPOSITION SCHEDULE**

Plaintiff Blue Spike, LLC ("Blue Spike") and Defendant MorphoTrust USA, Inc. (now known as MorphoTrust USA, LLC) ("MorphoTrust") Joint Motion for Entry of Stipulated Deposition Schedule have come before the Court. The Court having considered the Motion, and the parties having agreed to a schedule, hereby ORDERS that Blue Spike will attend and take the depositions on the dates and at the locations as indicated below:

- Topics 4, 25, 38: Afternoon of January 7 (Morgan Lewis office in Boston, MA)
- Topics 17, 18, 19, 22, 30, 31, 35, 36, 37, 43: January 9 (Morgan Lewis office in Princeton, NJ)
- Topics 3, 6, 8, 15, 16, 23, 26, 27, 29: January 14 (Morgan Lewis office in Pittsburgh, PA)
- Topics 7, 9, 10, 11, 20, 21, 28, 32, 33, 34, 39, 40, 42, 49: January 29 (Morgan Lewis office in Boston, MA).

**SIGNED this 7th day of January, 2015.**
IT IS SO ORDERED.

DB2/ 25538080.1

*/s/ Caroline M. Craven*
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE