IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC,<br>　　*Plaintiff*,<br>v.<br>Texas Instruments, Inc., et al.,<br>　　*Defendants*. | § § § § § § § § | CASE NO. 6:12-cv-499 MHS-CMC<br>LEAD CASE<br>Jury Trial Demanded |
| Blue Spike, LLC,<br>　　*Plaintiff*,<br>v.<br>Airborne Biometrics Group, Inc.,<br>　　*Defendant*. | § § § § § § § § | CASE NO. 6:13-cv-112-MHS<br>CONSOLIDATED CASE<br>Jury Trial Demanded |

**AGREED MOTION TO DISMISS AIRBORNE BIOMETRICS GROUP, INC.**

Plaintiff Blue Spike, LLC, on the one hand, and Defendant Airborne Biometrics Group, Inc., on the other, have reached an agreement of the above-captioned matter and have agreed to dismiss the claims, counterclaims, and causes of action between them.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a), Blue Spike, LLC stipulates to the dismissal without prejudice of all claims and causes of action asserted in this case against defendant Airborne Biomterics Group, Inc., and defendant Airborne Biomterics Group, Inc. stipulates to the dismissal without prejudice of all counterclaims and defenses asserted in this case against Blue Spike, LLC. The parties shall bear their own attorneys' fees, expenses and costs.

By: /s/ Randall T. Garteiser
Randall T. Garteiser
 Lead Attorney
 Texas Bar No. 24038912
 rgarteiser@ghiplaw.com
Christopher A. Honea
 Texas Bar No. 24059967
 chonea@ghiplaw.com
Christopher S. Johns
 Texas Bar No. 24044849
 cjohns@ghiplaw.com
Kirk J. Anderson
 California Bar No. 289043
Peter S. Brasher
 California Bar No. 283992
GARTEISER HONEA, P.C.
218 North College Avenue
Tyler, Texas 75702
(903) 705-0828
(888) 908-4400 fax

**COUNSEL FOR PLAINTIFF
BLUE SPIKE, LLC**

By: /s/ Reid E. Dammann
Reid E. Dammann
Lead Attorney
California Bar No. 249031
r.dammann@mpglaw.com

**MUSICK PEELER LLP**
One Wilshire Boulevard, Suite 2000
Los Angeles, California 90017
T: 213.629.7611
F: 213.624.1376

**COUNSEL FOR DEFENDANT
AIRBORNE BIOMETRICS GROUP,
INC.**

**CERTIFICATE OF SERVICE**

    The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email.

                                              /s/ Randall T. Garteiser