# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| Blue Spike, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>Texas Instruments, Inc., et al.,<br><br>*Defendants.* | CASE NO. 6:12-cv-499 MHS-CMC<br><br>LEAD CASE<br><br>Jury Trial Demanded |
| Blue Spike, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>Airborne Biometrics Group, Inc.,<br><br>*Defendant.* | CASE NO. 6:13-cv-112-MHS<br><br>CONSOLIDATED CASE<br><br>Jury Trial Demanded |

## ORDER OF DISMISSAL WITHOUT PREJUDICE OF AIRBORNE BIOMETRICS GROUP, INC.

Pursuant to Fed. R. Civ. P. 41(a), recognizing the Agreed Motion to Dismiss filed by Plaintiff Blue Spike, LLC and Defendant Airborne Biomterics Group, Inc.:

**IT IS ORDERED** that the claims asserted herein by Plaintiff Blue Spike, LLC against Defendant be, and hereby are, dismissed with prejudice. The counterclaims and defenses asserted herein by Defendant against Plaintiff Blue Spike, LLC be, and hereby are, dismissed with prejudice. The parties shall bear their own attorney's fees, expenses and costs.