IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC | § | |
|     Plaintiff | § | |
| | § | |
| v. | § | No. 6:12cv499 |
| | § | |
| TEXAS INSTRUMENTS, INC. | § | |
|     Defendant | § | |

## ORDER

On November 19, 2014, the magistrate judge issued an Order denying Audible Magic's Emergency Motion for Sanctions for Failure to Comply with a Court Order (Dkt. No. 1870). Before the Court is Audible Magic's objections to, or motion for reconsideration of, the November 19 Order (Dkt. No. 1878). The Court, having reviewed the magistrate judge's November 19 Order, the underlying briefing, and the objections, is of the opinion the objections should be **OVERRULED**, with one clarification.

To the extent it has not already done so, Blue Spike shall immediately and fully respond to Interrogatories 6, 7, and 8. Audible Magic's request for monetary sanctions is denied.

    IT IS SO ORDERED.
    SIGNED this 13th day of January, 2015.

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE