IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **BLUE SPIKE, LLC** | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 6:12CV499 |
| | § | |
| TEXAS INSTRUMENTS, INC., ET AL. | § | |

| | | |
|---|---|---|
| **BLUE SPIKE, LLC** | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 6:13CV112 |
| | § | |
| AIRBORNE BIOMETRICS GROUP, INC. | § | |

### ORDER OF DISMISSAL WITHOUT PREJUDICE OF AIRBORNE BIOMETRICS GROUP, INC.

Pursuant to Fed. R. Civ. P. 41(a), recognizing the Agreed Motion to Dismiss filed by Blue Spike, LLC and Defendant Airborne Biometrics Group, Inc., it is

**ORDERED** that the claims asserted herein by Blue Spike, LLC against Defendant be, and hereby are, dismissed without prejudice; that the counterclaims and defenses asserted herein by Defendant against Blue Spike, LLC be, and hereby are, dismissed without prejudice; and that the parties shall bear their own attorney's fees, expenses and costs.

**SIGNED** this 14th day of January, 2015.

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE