IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Blue Spike, LLC,<br><br>   *Plaintiff*,<br><br>v.<br><br>Texas Instruments, Inc., et al.,<br><br>   *Defendants*. | CASE NO. 6:12-cv-499 MHS-CMC<br><br>LEAD CASE<br><br>Jury Trial Demanded |
| Blue Spike, LLC,<br><br>   *Plaintiff*,<br><br>v.<br><br>Civolution USA, Inc. and Civolution B.V.,<br><br>   *Defendants*. | CASE NO. 6:12-cv-557-MHS<br><br>CONSOLIDATED CASE<br><br>Jury Trial Demanded |

**AGREED MOTION TO DISMISS CIVOLUTION USA, INC. AND CIVOLUTION B.V.**

Blue Spike, LLC ("Plaintiff"), on the one hand, and Civolution USA, Inc. and Civolution B.V. ("Defendants"), on the other, have reached an agreement in the above-captioned matter and have agreed to dismiss the claims, counterclaims, and causes of action between them.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff stipulates to the dismissal with prejudice of all claims and causes of action asserted in this case against Defendants, and Defendants stipulate to the dismissal with prejudice of all counterclaims and defenses asserted in this case against Plaintiff. The parties shall bear their own attorneys' fees, expenses and costs.

| | |
|---|---|
| By:  /s/ Randall T. Garteiser<br> Randall T. Garteiser<br>  Lead Attorney<br>  Texas Bar No. 24038912<br>  rgarteiser@ghiplaw.com<br>Christopher A. Honea<br>  Texas Bar No. 24059967<br>  chonea@ghiplaw.com<br>Christopher S. Johns<br>  Texas Bar No. 24044849<br>  cjohns@ghiplaw.com<br>Kirk J. Anderson<br>  California Bar No. 289043<br>Peter S. Brasher<br>  California Bar No. 283992<br>GARTEISER HONEA, P.C.<br>218 North College Avenue<br>Tyler, Texas 75702<br>(903) 705-0828<br>(888) 908-4400 fax<br><br>***COUNSEL FOR PLAINTIFF BLUE SPIKE, LLC*** | By: /s/ Michael A. Molano<br><br>Michael A. Molano<br>Cliff A. Maier<br>Ward Johnson (*pro hac vice*)<br>MAYER BROWN LLP<br>3000 El Camino Real<br>Palo Alto, CA 94306-2112<br>Phone: (650) 331-2000<br>Fax: (650) 331-2060<br>Email: mmolano@mayerbrown.com<br>Email: cmaier@mayerbrown.com<br>Email: wjohnson@mayerbrown.com<br><br>Trenton L. Menning<br>Texas Bar No. 24041473<br>Kyle E. Friesen<br>Texas Bar No. 24061954<br>Quinncy N. McNeal<br>Texas Bar No. 24074690<br>MAYER BROWN LLP<br>700 Louisiana Street, Suite 3400<br>Houston, Texas 77002-2730<br>Phone: (713) 238-2691<br>Fax: (713) 238-4691<br>Email: tmenning@mayerbrown.com<br>Email: kfriesen@mayerbrown.com<br>Email: qmcneal@mayerbrown.com<br><br>***COUNSEL FOR DEFENDANTS CIVOLUTION USA, INC. AND CIVOLUTION B.V.*** |

**CERTIFICATE OF SERVICE**

  The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email.

                <u> /s/ Randall T. Garteiser </u>