# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| Blue Spike, LLC,<br><br>    *Plaintiff,*<br><br>v.<br><br>Texas Instruments, Inc., et al.,<br><br>    *Defendants.* | CASE NO. 6:12-cv-499 MHS-CMC<br><br>LEAD CASE<br><br>Jury Trial Demanded |
| Blue Spike, LLC,<br><br>    *Plaintiff,*<br><br>v.<br><br>Civolution USA, Inc. and Civolution B.V.,<br><br>    *Defendant.* | CASE NO. 6:12-cv-557-MHS<br><br>CONSOLIDATED CASE<br><br>Jury Trial Demanded |

### ORDER OF DISMISSAL WITHOUT PREJUDICE OF CIVOLUTION USA, INC. AND CIVOLUTION B.V.

Pursuant to Fed. R. Civ. P. 41(a), recognizing the Agreed Motion to Dismiss filed by Plaintiff Blue Spike, LLC and Defendants Civolution USA, Inc. and Civolution B.V.:

**IT IS ORDERED** that the claims asserted herein by Plaintiff Blue Spike, LLC against Defendants be, and hereby are, dismissed with prejudice, and that the counterclaims and defenses asserted herein by Defendants against Plaintiff Blue Spike, LLC be, and hereby are, dismissed with prejudice. The parties shall bear their own attorney's fees, expenses and costs.

927086.1