UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § § § | |
| *Plaintiff*, | § | Civil Action No. 6:12-CV-499-MHS-CMC |
| v. | § § | |
| TEXAS INSTRUMENTS, INC. | § § | (LEAD CASE) |
| *Defendants*. | § § § | JURY TRIAL DEMANDED |

## JOINT NOTICE OF DEFENDANT FACEBOOK BEING TREATED ONLY AS A CUSTOMER AND NOT ALSO AS A SUPPLIER IN THE LEAD CASE

Defendant Facebook, Inc., and Plaintiff Blue Spike, LLC, file this joint notice to the Court to clarify that Facebook is no longer being treated as a supplier in litigation deadlines against Facebook in Civil Action 6:12-CV-499-MHS-CMC, but instead as only a customer of Audible Magic's accused functionality. This is a result of the Court's December 22 Report and Recommendation (Dkt. 1889) recommending a grant of Facebook's Motion to Dismiss Separate Claims Against Facebook's Technology (Dkt. 1618-1). Thus, Facebook is proceeding under the Customer Scheduling Order (Dkt. No. 1331) in Civil Action 6:12-CV-499-MHS-CMC and, is no longer bound by the deadlines in Dkt. No. 1332 as a Supplier Defendant.

Plaintiff clarifies to the Court that it is pursuing Facebook's accused products pertaining to (1) its facial recognition technology and (2) its 2014 offering of audio and TV recognition features and software in Civil Action No 6:14-cv-987.

Date:  1/22/2015　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Orion Armon*

　　　　　　　　　　　　　　　　　　　　Deron Dacus (Texas Bar No. 00790553)
　　　　　　　　　　　　　　　　　　　　The Dacus Firm, P.C.
　　　　　　　　　　　　　　　　　　　　821 ESE Loop 323, Suite 430
　　　　　　　　　　　　　　　　　　　　Tyler, TX  75701
　　　　　　　　　　　　　　　　　　　　Telephone:  (903) 705-1117
　　　　　　　　　　　　　　　　　　　　ddacus@dacusfirm.com

　　　　　　　　　　　　　　　　　　　　Heidi L. Keefe (CA Bar 178960)
　　　　　　　　　　　　　　　　　　　　Mark R. Weinstein (CA Bar 193043)
　　　　　　　　　　　　　　　　　　　　Carrie J. Richey (CA Bar 270825)
　　　　　　　　　　　　　　　　　　　　COOLEY LLP
　　　　　　　　　　　　　　　　　　　　Five Palo Alto Square
　　　　　　　　　　　　　　　　　　　　3000 El Camino Real
　　　　　　　　　　　　　　　　　　　　Palo Alto, CA 94306-2155
　　　　　　　　　　　　　　　　　　　　Phone:  (650) 843-5000
　　　　　　　　　　　　　　　　　　　　Fax:     (650) 857-0663
　　　　　　　　　　　　　　　　　　　　hkeefe@cooley.com
　　　　　　　　　　　　　　　　　　　　mweinstein@cooley.com
　　　　　　　　　　　　　　　　　　　　crichey@cooley.com

　　　　　　　　　　　　　　　　　　　　Orion Armon (CO Bar No. 34923)
　　　　　　　　　　　　　　　　　　　　Sara J. Bradford (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Janna K. Fischer (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　COOLEY LLP
　　　　　　　　　　　　　　　　　　　　380 Interlocken Crescent, Suite 900
　　　　　　　　　　　　　　　　　　　　Broomfield, CO  80021
　　　　　　　　　　　　　　　　　　　　Tel:    (720) 566-4000
　　　　　　　　　　　　　　　　　　　　Fax:   (720) 566-4099
　　　　　　　　　　　　　　　　　　　　oarmon@cooley.com
　　　　　　　　　　　　　　　　　　　　sbradford@cooley.com
　　　　　　　　　　　　　　　　　　　　jfischer@cooley.com
　　　　　　　　　　　　　　　　　　　　*Attorneys For Defendant*
　　　　　　　　　　　　　　　　　　　　*Facebook, Inc.*

　　　　　　　　　　　　　　　　　　　　*/s/ Randall T. Garteiser*
　　　　　　　　　　　　　　　　　　　　Randall T. Garteiser
　　　　　　　　　　　　　　　　　　　　Lead Attorney
　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24038912
　　　　　　　　　　　　　　　　　　　　rgarteiser@ghiplaw.com
　　　　　　　　　　　　　　　　　　　　Christopher A. Honea
　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24059967
　　　　　　　　　　　　　　　　　　　　chonea@ghiplaw.com
　　　　　　　　　　　　　　　　　　　　Christopher S. Johns

Texas Bar No. 24044849
cjohns@ghiplaw.com
GARTEISER HONEA, P.C.
218 North College Avenue
Tyler, Texas 75702
(903) 705-0828
(888) 908-4400 Fax

Kirk J. Anderson
California Bar No. 289043
Peter S. Brasher
California Bar No. 283992
GARTEISER HONEA, P.C.
44 North San Pedro Road
San Rafael, California 94903
(415) 785-3762
(415) 785-3805 fax
*Counsel for Blue Spike, LLC.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this **JOINT NOTICE OF DEFENDANT FACEBOOK BEING TREATED ONLY AS A CUSTOMER AND NOT ALSO AS A SUPPLIER IN THE LEAD CASE**, *via* the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 22nd day of January, 2015.

>  */s/ Orion Armon*
>  Orion Armon

113169974 v1