IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **BLUE SPIKE, LLC** | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 6:12CV499 |
| | § | |
| **TEXAS INSTRUMENTS, INC., ET AL.** | § | |

| | | |
|---|---|---|
| **BLUE SPIKE, LLC** | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 6:12CV557 |
| | § | |
| **CIVOLUTION USA, INC. AND** | § | |
| **CIVOLUTION B.V.** | § | |

### ORDER OF DISMISSAL OF
### CIVOLUTION USA, INC. AND CIVOLUTION B.V.

Pursuant to Fed. R. Civ. P. 41(a), recognizing the Agreed Motion to Dismiss filed by Blue Spike, LLC and Defendants Civolution USA, Inc. and Civolution B.V., it is

**ORDERED** that the claims asserted herein by Blue Spike, LLC against Defendants be, and hereby are, dismissed with prejudice; that the counterclaims and defenses asserted herein by Defendants against Blue Spike, LLC be, and hereby are, dismissed with prejudice; and that the parties shall bear their own attorney's fees, expenses and costs.

**SIGNED** this 23rd day of January, 2015.

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE