IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** | § | |
| *Plaintiff*, | § § § | Civil Action No. 6:12-CV-499-MHS-CMC<br>LEAD CASE IN CONSOLIDATED ACTION |
| v. | § § § | |
| **TEXAS INSTRUMENTS, INC.,** | § § | JURY TRIAL DEMANDED |
| *Defendant*. | § § | |

### PLAINTIFF'S NOTICE OF APPEARANCE OF IAN N. RAMAGE

Blue Spike, LLC, Plaintiff in the above-titled and numbered civil action, hereby notifies the Court and all parties that the following person, in addition to those who previously gave notice, is appearing as counsel of record:

Molly A. Jones
California Bar No. 301419
mjones@ghiplaw.com
218 N College Ave
Tyler, TX  75702
Telephone:  (903) 705-7420
Facsimile:  (888) 908-4400

                                              Respectfully submitted,

                                              /s/ Molly Jones
                                              Randall T. Garteiser
                                              Texas Bar No. 24038912
                                              rgarteiser@ghiplaw.com
                                              Christopher A. Honea
                                              Texas Bar No. 24059967
                                              chonea@ghiplaw.com
                                              Christopher S. Johns
                                              Texas Bar No. 24044849
                                              cjohns@ghiplaw.com
                                              Kirk J. Anderson
                                              California Bar No. 289043
                                              Peter S. Brasher
                                              California Bar No. 283992

        **GARTEISER HONEA PLLC**
        218 N College Ave
        Tyler, TX 75702
        Telephone: (903) 705-7420
        Facsimile: (888) 908-4400

        *Counsel for Blue Spike LLC*

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 26th day of January 2015.

        /s/ Molly A. Jones