# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| Blue Spike, LLC, § § *Plaintiff*, § § v. § § Texas Instruments, Inc., et al., § § *Defendants*. § § | CASE NO. 6:12-cv-499 MHS-CMC<br><br>LEAD CASE<br><br>Jury Trial Demanded |
| Blue Spike, LLC, § § *Plaintiff*, § § v. § § Civolution USA, Inc. and Civolution B.V., § § *Defendants*. § § | CASE NO. 6:12-cv-557-MHS<br><br>CONSOLIDATED CASE<br><br>Jury Trial Demanded |

## REQUEST FOR TERMINATION OF ELECTRONIC NOTICE

Pursuant to Local Rule CV-11(f), all counsel for Civolution USA, Inc. and Civolution B.V. request termination of electronic notice in the above-titled cases, as Civolution USA, Inc. and Civolution B.V. have been dismissed.

Respectfully submitted,

By: /s/ Michael A. Molano

Michael A. Molano
Cliff A. Maier
Ward Johnson (*pro hac vice*)
MAYER BROWN LLP
3000 El Camino Real
Palo Alto, CA 94306-2112
Phone: (650) 331-2000
Fax: (650) 331-2060
Email: mmolano@mayerbrown.com
Email: cmaier@mayerbrown.com
Email: wjohnson@mayerbrown.com

2

Trenton L. Menning
Texas Bar No. 24041473
Kyle E. Friesen
Texas Bar No. 24061954
Quinncy N. McNeal
Texas Bar No. 24074690
MAYER BROWN LLP
700 Louisiana Street, Suite 3400
Houston, Texas 77002-2730
Phone: (713) 238-2691
Fax: (713) 238-4691
Email: tmenning@mayerbrown.com
Email: kfriesen@mayerbrown.com
Email: qmcneal@mayerbrown.com


***COUNSEL FOR DEFENDANTS
CIVOLUTION USA, INC. AND
CIVOLUTION B.V.***

3

## CERTIFICATE OF SERVICE

The undersigned certifies that on February 2, 2015, the foregoing document was filed electronically in compliance with Local Rule CV-5(a) using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

      /s/ Michael A. Molano