UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Blue Spike, LLC, § | |
| *Plaintiff*, § | Case No. 6:12-cv-499-RWS-CMC |
| v. § | Lead Case |
| Texas Instruments, Inc. et al., § | Jury Trial Demanded |
| *Defendants*. § | |

### UNOPPOSED MOTION TO EXTEND PLAINTIFF AND COUNTER-DEFENDANTS' DEADLINE TO SERVE A PRIVILEGE LOG TO MONDAY, FEBRUARY 16, 2015

Plaintiff Blue Spike, LLC and Counter-Defendants Blue Spike, Inc. and Scott Moskowitz ("Blue Spike") respectfully move the Court to extend the deadline to serve a privilege log to Monday, February 16, 2015. The parties' current deadline is Thursday, February 12, 2015. Blue Spike requests an extension of four (4) days in which to serve its privilege log on Defendants. Defendants will still serve their respective privilege logs on Thursday February 12, 2015; however, Defendants are unopposed to Blue Spike's request for an extension to Monday, February 16, 2015.

    Respectfully submitted,

    /s/ Randall T. Garteiser
    Randall T. Garteiser
     Lead Attorney
     Texas Bar No. 24038912
     rgarteiser@ghiplaw.com

2

Christopher A. Honea
  Texas Bar No. 24059967
  chonea@ghiplaw.com
Christopher S. Johns
  Texas Bar No. 24044849
  cjohns@ghiplaw.com
Kirk J. Anderson
  California Bar No. 289043
Peter S. Brasher
  California Bar No. 283992
GARTEISER HONEA, P.C.
218 N. College Avenue
Tyler, Texas 75702
(903) 705-7420
(888) 908-4400 fax

***Counsel for Blue Spike LLC***

**Certificate of Service**

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email.

                                                                  /s/ Peter S. Brasher