UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § | |
|     *Plaintiff,* | § § § | Case No. 6:12-cv-499-RWS-CMC |
| v. | § § | Lead Case |
| Texas Instruments, Inc. et al., | § § | Jury Trial Demanded |
|     *Defendants.* | § § | |

### ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION FOR PLAINTIFF AND COUNTER-DEFENDANTS' DEADLINE TO SERVE A PRIVILEGE LOG

BEFORE THE COURT is Plaintiff Blue Spike, LLC and Counter-Defendants Blue Spike, Inc. and Scott Moskowitz ("Blue Spike") unopposed motion for an extension to serve the privilege log to Monday, February 16, 2015. The Court, having noted that the relief requested is unopposed, is of the opinion that the Motion should be GRANTED.

IT IS ORDERED that Blue Spike, LLC, Blue Spike, Inc. and Scott Moskowitz shall have until Monday, February 16, 2015 to serve defendants with a privilege log.

**SIGNED this 13th day of February, 2015.**

                                                      CAROLINE M. CRAVEN
                                                    UNITED STATES MAGISTRATE JUDGE