UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
| *Plaintiff,* | § | CASE NO. 6:12-cv-499 MHS |
| | § | |
| v. | § | LEAD CASE |
| | § | |
| TEXAS INSTRUMENTS, INC., et al., | § | Jury Trial Demanded |
| | § | |
| *Defendants.* | § | |

## NOTICE OF COMPLIANCE WITH COURT'S STANDING MOTION PRACTICE ORDER

In compliance with the Court's Standing Motion Practice Order, Counter Defendants Blue Spike LLC, Mr. Scott Moskowitz, and Blue Spike, Inc., file this Notice of their letter to the Court requesting permission to file a motion for summary judgment with respect to Audible Magic's Counterclaims 9, 10, 11, 12, and 13.

A copy of the letter is attached as Exhibit 1.

Respectfully Submitted,

/s/ Randall T. Garteiser
Randall Garteiser
Christopher A. Honea
Kirk J. Anderson
Peter S. Brasher
**GARTEISER HONEA PLLC**
218 N. College Ave,Tyler, TX 75702
(888) 908-4400 phone and fax
rgarteiser@ghiplaw.com
chonea@ghiplaw.com
kanderson@ghiplaw.com
pbrasher@ghiplaw.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Randall T. Garteiser, am the ECF User whose ID and password are being used to file this document.  I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule 5-1 on this day.

/s/ Randall T. Garteiser
Randall T. Garteiser

**CERTIFICATE OF CONFERENCE**

Counsel for Blue Spike, LLC, Scott Moskowitz, and Blue Spike, Inc., met and conferred on Friday, February 13, 2015 with counsel for Audible Magic.  Audible Magic opposes this request for leave to file a motion for summary judgment.

/s/ Randall T. Garteiser
Randall T. Garteiser