# United States District Court
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC | § | |
| vs. | § | No. 6:12CV499 (LEAD CASE) |
| TEXAS INSTRUMENTS, INC. | § | |

### ORDER

On October 27, 2014, the Court appointed Professor Francis McGovern as Special Master in this case (Doc. No. 1850). The Court ordered the parties to remit to Special Master McGovern their proportionate share of any Court-approved amount of his fees, within twenty days of Court approval.

Attached to this Order as Appendix 1 are Professor McGovern's invoices for services through December 2014. One-half of the fees dues to Special Master McGovern are to be paid by the plaintiff and the remaining one-half of the fees are to be paid collectively by the defendants. Also attached to this Order is Appendix 2, a spreadsheet of the fees to be paid by the defendants remaining in the case during the time for which Professor McGovern is billing.

Payment should be sent to Hon. Francis McGovern, 401 West Alabama St., Houston, TX 77006. If the plaintiff or any defendants have questions about Professor McGovern's bills, they should contact him directly at (202) 744-6750 or by email at mcgovern@law.duke.edu. It is hereby

**ORDERED** the parties shall remit payment of all amounts due to Professor McGovern within twenty (20) days of the date of this Order.

**IT IS SO ORDERED.**

**SIGNED this 24th day of February, 2015.**

*/s/ Caroline M. Craven*
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE