# APPENDIX 1

**FRANCIS E. MCGOVERN**
401 WEST ALABAMA
HOUSTON, TEXAS 77006

TEL: 713 529-9949

FAX: 713 529-9702

December 8, 2014

The Honorable Caroline M. Craven
United States Courthouse and Postoffice
500 North State Line Ave, Room 401
P O Box 2090
Texarkana, TX 75504

RE:  Blue Spike, LLC v.Texas Instruments, Inc.

Dear Judge Craven:

In accordance with the order of appointment, I am enclosing herewith my itemized statement and summary statement for time and expenses relating to my services on the Blue Spike matter for October 2014 totaling $16,009.18.  Please have payment remitted to:

Francis E. McGovern
401 West Alabama St.
Houston, TX  77006

Please call me if you have any questions.

Sincerely,

Francis E. McGovern

jr
Enclosures

### Francis E. McGovern
### Statement for Services
Blue Spike, LLC v.Texas Instruments, Inc.

October 2014

| | | | |
|---|---|---|---|
| 10/16 | Reading material from Court; telephone conference with Court; preparation for conference call | | 6.00 |
| 10/22 | Travel to Dallas; preparation for meetings with Court | | 5.50 |
| 10/23 | Reading material from counsel; meeting with Court; travel from Dallas | | 6.75 |
| 10/24 | Telephone conferences with counsel; reading material from counsel | | 1.00 |
| | Total hours | | 19.25 |

FRANCIS E. McGOVERN
Statement for Expenses
Blue Spike, LLC v. Texas Instruments, Inc.

October 2014
10/22-23   Dallas

| | | |
|---|---|---|
| Airfare | $ | 381.42 |
| Food and Lodging | | 121.57 |
| Ground Transportation | | 59.67 |
| Other out of pocket expenses including long distance, deliveries and photocopying | $ | 46.52 |

FRANCIS E. McGOVERN
Summary
Blue Spike, LLC v.Texas Instruments, Inc.

October 2014

| | | |
|---|---|---|
| Total  Hours | | 19.25 |
| Total Hours @ $800 per hour | $ | 15,400.00 |
| Total Expenses | | 609.18 |
| Total amount due | $ | 16,009.18 |

Approved for Disbursement

CAROLINE M. CRAVEN
UNITED STATES ~~DISTRICT JUDGE~~
*Magistrate Judge*

Francis E. McGovern
Destination: _Dallas_
Date: _10/22-23/2014_

Amount Requested: $381.42

American ✈    ** NOT VALID FOR TRAVEL **
                 PASSENGER ITINERARY

MCGOVERN/FRANCISE

            ERTBJF

22-OCT - WEDNESDAY
 Raleigh-Durham (RDU)  730P  1302
 Dallas-Ft Worth (DFW) 925P

American ✈

PLEASE NOTE - YOU
WILL BE REQUIRED TO
PRESENT A PHOTO ID
AT AIRPORT CHECK-IN

AMERICAN AIRLINES

NOT VALID FOR TRANSPORTATION

American ✈         PASSENGER RECEIPT
 10OCT14               DUPLICATE
PASSENGER NAME                    RECORD
MCGOVERN/FRANCISE                 LOCATOR
RDU AA DFW453.95USD0451.05END AA 2FXDU XT5.60AY4.50   ERTBJF
FROM.S

American ✈

RDU
DFW AA 1302 P 22OCT WA072N

Get the Citi(R) Platinum Select(R) / AAdvantage(R)
World MasterCard(R) and earn 15,000 bonus miles
after first purchase. Call 1-800-753-0901!

FARE   453.95 USD     NOT VALID FOR TRAVEL
TFC     10.10 XT     FOP-*AXXXXXXXXXXXXX2003
TFC     34.05 US     0017429505749
TFC      4.00 ZP
TOTAL  502.10 USD    TFC=TAXES,FEES & CHARGES

FRANCIS E MCGOVERN
✈Air                                        Thursday Oct 23rd 2014
Southwest Airlines Flight 4283 (Confirmed)    Dallas, TX (DAL)      St Louis, MO (STL)
Duration: 1 hours and 35 minutes             Love Field            Lambert-St. Louis International Airport
Southwest Airlines Locator: FAJ7T6
Aircraft: Boeing 737-700                          Departing @          Arriving @
Baggage Information                          11 10 AM            12 45 PM
Online Check-In

Passenger Name          Seat   Class   Status   Frequent Flyer #          Meal
Francis E Mcgovern               K

$$Ticketing Information

Invoice #438071

Ticket #    Passenger    Vendor    Type    Payment    Date    Base    Tax    Total
FAJ7T6                  Southwest Airlines   Air              10/10/2014  $311.10 USD       $311.10 USD
8900053634554  MCGOVERN/FRANCIS.E    Service Fee  AXXXXXXXXXXXXX2003  10/10/2014  $40.00 USD   $40.00 USD

Total Air Fare: $311.10
Total Service Fees: $40.00
Invoice Total: $351.10

Total Charged* $351.10

* Combined total of all invoices.

Francis E. McGovern
Destination: Dallas
Date: 10/22-23/2014

Hotel: $213.57
Food: $ 29.56
Amount Requested: $121.57


**Hilton**
DALLAS/PLANO GRANITE PARK

HILTON
5805 Granite Parkway | Plano, TX | 75024
T: 469|353-5000  F: 469|353-5001
W: dallasplanogranitepark.hilton.com

NAME AND ADDRESS
MCGOVERN, FRANCISE
6228 BUFFALO RIVER RD
EARLYSVILLE VA  229361747
UNITED STATES OF AMERICA

Room:         038/K1E
Arrival Date:   10/22/2014  10:01:00 PM
Departure Date: 10/23/2014  7:07:00 AM
Adult/Child:    1/0
Room Rate:      189.00

Rate Plan:  T1
AL:
Car:        007040335 DIAMOND

Confirmation Number: 3148532322

10/23/2014    Page: 1

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|------|------------|-----|---------|---------|---------|---------|
| 10/22/2014 | GUEST ROOM | EDSM | 61627 | $189.00 | | |
| 10/22/2014 | RM - STATE OCCUPANCY TAX | EDSM | 61627 | $11.34 | | |
| 10/22/2014 | RM - CITY OCCUPANCY TAX | EDSM | 61627 | $13.23 | | |
| 10/23/2014 | AX *2003 **BALANCE** | EDSM | 61686 | | ($213.57) | $0.00 |

EXPENSE REPORT SUMMARY

|  | 10/22/2014 | STAY TOTAL |
|---|-----------|-----------|
| ROOM AND TAX | $213.57 | $213.57 |
| DAILY TOTAL | $213.57 | $213.57 |

You have earned approximately 3635 Hilton HHonors points and approximately 189 Miles with American Airlines for this stay. Hilton HHonors(R) stays are posted within 72 hours of checkout. To check your

Thank you for choosing Hilton. You'll earn more when you book directly with us - more destinations, more points, and more value. Book your next stay at hilton.com.

| ACCOUNT NO. | | DATE OF CHARGE | FOLIO NO./CHECK NO. |
|-------------|--|----------------|---------------------|
| AX *2003 | | 10/23/2014 | 37564 A |
| CARD MEMBER NAME | | AUTHORIZATION | INITIAL |
| MCGOVERN, FRANCISE | | 101635 | |
| ESTABLISHMENT NO. & LOCATION | | PURCHASES & SERVICES | |
| | | TAXES | |
| | | TIPS & MISC. | |
| CARD MEMBER'S SIGNATURE | | TOTAL AMOUNT | -213.57 |
| MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR REFUNDED FOR A CASH REFUND. | | PURCHASER SHOULD RETAIN COPY OF RECEIPT | |

HHSHOST
42ND STREET OYSTER BAR
RALEIGH DURHAM INT'L AIRPORT
CHECK:      4566
TABLE:      114/1
SERVER:     234618 Nastenal
DATE:       OCT22'14 - 6:44PM
CARD TYPE:  AMEX
ACCT #:     XXXXXXXXX2005
AUTH CODE:  500485
            F E MCGOVERN

TOTAL         26.06

TIP: _____

TOTAL: _____ 29.56

X _____
I AGREE TO PAY THE ABOVE AMOUNT
IN ACCORDANCE WITH THE CARD
ISSUER'S AGREEMENT.

Francis E. McGovern
Destination: _Dallas_
Date: _10/22-23/2014_

Ground Travel

Amount Requested: $59.67

**YELLOW CAB DFW**
(214)426-6262 or (817)426-6262
(See reverse side of receipt for instructions
how to download our mobile app)

Amount/Cuenta: 87 _____ Date/Fecha: _____

Trip From/Viaje de: _____

To/Destinacion: _____

Driver/Taxista: _____

ID#: _____ Taxi #: _____

**YELLOW CAB DFW**
(214)426-6262 or (817)426-6262
(See reverse side of receipt for instructions
how to download our mobile app)

Amount/Cuenta: 5 _____ Date/Fecha: _____

Trip From/Viaje de: _____

To/Destinacion: _____

Driver/Taxista: _____

ID#: _____ Taxi #: _____

**YELLOW CAB DFW**
(214)426-6262 or (817)426-6262
(See reverse side of receipt for instructions
how to download our mobile app)

Amount/Cuenta: 102 _____ Date/Fecha: _____

Trip From/Viaje de: _____

To/Destinacion: _____

Driver/Taxista: _____

ID#: _____ Taxi #: _____

Raleigh - Durham
International Airport
1600 Trade Drive
800 Airport, NC 27623
(919) 840-2140

Receipt 3310/0037/022   10/23/14 23:41:11

610100 Pay parking ticket   24.00
Entered: 10/22/14 17:31
Paid:   10/23/14 23:43
Length of stay: 1 Dy, 6 Hr, 9 Min.
039396370393111662055030310272

Total Amount    $   24.00

Credit Card     $   24.00

American Express

22298
UCONVERR/V E   0
Customer No. xxxxx xxxxxx xx0005
Amount x $ 24.00

Thank you

FRANCIS E. McGOVERN
401 WEST ALABAMA
HOUSTON, TEXAS 77006

TEL: 713 529-9949                                                                                        FAX: 713 529-9702

January 7, 2015

The Honorable Caroline M. Craven
United States Courthouse and Postoffice
500 North State Line Ave, Room 401
P O Box 2090
Texarkana, TX 75504

RE:  Blue Spike, LLC v.Texas Instruments, Inc.

Dear Judge Craven:

In accordance with the order of appointment, I am enclosing herewith my itemized statement and summary statement for time and expenses relating to my services on the Blue Spike matter for November 2014 totaling $18450.46.  Please have payment remitted to:

Francis E. McGovern
401 West Alabama St.
Houston, TX  77006

Please call me if you have any questions.

Sincerely,

Francis E. McGovern

jr
Enclosures

FRANCIS E. MCGOVERN
Statement for Services
Blue Spike, LLC v.Texas Instruments, Inc.

November 2014

| | | |
|---|---|---|
| 11/10 | Telephone conference with counsel; preparation for conference | 1.00 |
| 11/11 | Telephone conference with counsel; preparation for conference | 2.75 |
| 11/12 | Telephone conference with counsel; preparation for conference | 2.00 |
| 11/17 | Telephone conference with counsel; preparation for conference | 1.75 |
| 11/18 | Telephone conference with counsel; preparation for conference | 1.00 |
| 11/19 | Telephone conference with counsel; preparation for conference | 1.25 |
| 11/20 | Scheduling meetings; telephone conferences with counsel | 1.50 |
| 11/22 | Reading material for counsel | 2.75 |
| 11/24 | Reading material for counsel | 0.50 |
| 11/25 | Reading material for counsel | 1.75 |
| 11/26 | Reading material for counsel; telephone conference with counsel | 1.50 |
| 11/28 | Reading material for counsel | 2.00 |
| 11/29 | Reading material for counsel | 3.25 |
| | Total | 23.00 |

FRANCIS E. MCGOVERN
Statement for Expenses
Blue Spike, LLC v. Texas Instruments, Inc.

November 2014

Other out of pocket expenses including long distance,    $       50.46
deliveries and photocopying

FRANCIS E. MCGOVERN
Summary
Blue Spike, LLC v. Texas Instruments, Inc.

November 2014

| | | |
|---|---|---|
| Total Hours | | 23.00 |
| Total Hours @ $800 per hour | $ | 18,400.00 |
| Total Expenses | | 50.46 |
| Total amount due | $ | 18,450.46 |

Approved for Disbursement

_____

CAROLINE M. CRAVEN
UNITED STATES DISTRICT JUDGE

Revised

**FRANCIS E. McGOVERN**
401 WEST ALABAMA
HOUSTON, TEXAS 77006

TEL: 713 529-9949                                                        FAX: 713 529-9702

February 5, 2015

The Honorable Caroline M. Craven
United States Courthouse and Postoffice
500 North State Line Ave, Room 401
P O Box 2090
Texarkana, TX 75504

     RE:  Blue Spike, LLC v.Texas Instruments, Inc.

Dear Judge Craven:

     In accordance with the order of appointment, I am enclosing herewith my itemized statement and summary statement for time and expenses relating to my services on the Blue Spike matter for December 2014 totaling $35,499.64.  Please have payment remitted to:

     Francis E. McGovern
     401 West Alabama St.
     Houston, TX  77006

Please call me if you have any questions.

     Sincerely,

     Francis E. McGovern

jr
Enclosures

FRANCIS E. MCGOVERN
Statement for Services
Blue Spike, LLC v.Texas Instruments, Inc.

December 2014

| | | |
|---|---|---|
| 12/1 | Travel to Dallas; preparation for meeting; preparation for conference call | 6.25 |
| 12/2 | Meeting with counsel; conference call; travel from Dallas; reading material from counsel | 10.00 |
| 12/5 | Travel to New York; preparation for meeting; reading material from counsel | 6.00 |
| 12/6 | Meeting with counsel; preparation for meeting | 1.25 |
| 12/8 | Travel from New York; reading material from counsel | 1.75 |
| 12/9 | Telephone conferences with counsel; reading material from counsel | 1.50 |
| 12/11 | Telephone conferences with counsel; reading material from counsel | 1.00 |
| 12/19 | Conference call; preparation for conference call | 1.25 |
| 12/20 | Telephone conferences with counsel; reading material from counsel | 1.50 |
| 12/21 | Travel to San Francisco; preparation for meetings | 4.50 |
| 12/23 | Meeting with counsel; conference call | 2.00 |
| 12/24 | Meeting with counsel; conference call | 3.50 |
| | Total | 40.50 |

FRANCIS E. MCGOVERN
Statement for Expenses
Blue Spike, LLC v.Texas Instruments, Inc.

December 2014
    12/1-2    Dallas

| | | |
|---|---|---:|
| Airfare | $ | 744.20 |
| Food and Lodging | | 382.70 |
| Ground Transportation | | 65.95 |

    12/5-8    New York

| | | |
|---|---|---:|
| Airfare | $ | 804.83 |
| Food and Lodging | | 661.22 |
| Ground Transportation | | 83.45 |

    12/21    San Francisco

| | | |
|---|---|---:|
| Airfare | $ | 225.15 |
| Food and Lodging | | |
| Ground Transportation | | 75.00 |
| Other out of pocket expenses including long distance, deliveries and photocopying | $ | 57.14 |

FRANCIS E. McGOVERN
Summary
Blue Spike, LLC v.Texas Instruments, Inc.

December 2014

| | | |
|---|---|---|
| Total Hours | | 40.50 |
| Total Hours @ $800 per hour | $ | 32,400.00 |
| Total Expenses | | 3,099.64 |
| Total amount due | $ | 35,499.64 |

Approved for Disbursement

_____

CAROLINE M. CRAVEN
UNITED STATES DISTRICT JUDGE

Francis E. McGovern
Destination: _Dallas_
Date: _12/1-2/2014_

Airfare: _1776.20_
Lodging: _____
Meals: _____
Ground Transportation: _____
Other: _____

Amount Requested: _$744.20_

BOARDING PASS

American
TSA PRECHK

| | | |
|---|---|---|
| PASSENGER NAME | FREQUENT FLYER # | LOCATOR |
| MCGOVERN/FRANCISE | TP43184 EXP | FWESCB |
| FROM: RALEIGH/DURHAM | FLIGHT AA1302 | CLASS P | DATE 01DEC | DEPARTS 846P |
| TO: DALLAS/FT WORTH | | | | |

GATE C21   BOARDING TIME 816P   SEAT 4E

FIRST
Priority
AAccess

0017529824940

BOARDING PASS
MCGOVERN/FRANCISE
FROM: RALEIGH/DURHAM
TO: DALLAS/FT WORTH
FLIGHT AA1302   SEAT 4E
FIRST
DATE 01DEC   CLASS P   DEPARTS 846P

---

BOARDING PASS

American
TSA PRECHK

PASSENGER NAME
MCGOVERN/FRANCISE
RECORD LOCATOR
TP43184 EXP   FWESCB
FROM: DALLAS/FT WORTH
FLIGHT AA1302   CLASS P   DATE 02DEC   DEPARTS 325P
TO: RALEIGH/DURHAM

GATE D37   BOARDING TIME 255P   SEAT 4B

FIRST
Priority
AAccess

0017529824940

BOARDING PASS
MCGOVERN/FRANCISE
FROM: DALLAS/FT WORTH
TO: RALEIGH/DURHAM
FLIGHT AA1302   SEAT 4B
FIRST
DATE 02DEC   CLASS P   DEPARTS 325P

---

American   PASSENGER RECEIPT
DUPLICATE

01DEC14
PASSENGER NAME
MCGOVERN/FRANCISE
RECORD LOCATOR   FWESCB

RDU AA DFW Q167.44 710.70AA RDU 710.70USD1588.04EN
AA 2PROUUFM XT11.20AY9.0RXFK6U4.5OFW4.5

RDU
DFW AA 1302 P 01DEC KAOUPP
RDU AA 1302 P 02DEC KAOUPP

Get the Citi(R) Platinum Select(R) / AAdvantage(R)
World MasterCard(R) and earn 15,000 bonus miles
after first purchase. Call 1-800-753-09011

NOT VALID FOR TRAVEL

| | | |
|---|---|---|
| FARE | 1588.84 USD | FOP—AXXXXXXXXXXXXX2003 |
| TFC | 20.20 XT | 0017529824940 |
| TFC | 119.16 US | |
| TFC | 8.00 ZP | |
| TOTAL | 1736.20 USD | TFC=TAXES,FEES & CHARGES |

+ 40 svc fee

Francis E. McGovern
Destination: _Dallas_
Date: _12/1-2/2014_

Airfare: _____
Lodging: _326.57_
Meals: _56.13_
Ground Transportation: _____
Other: _____

Amount Requested: _$ 382.70_

GRAND
HYATT

Grand Hyatt DFW
2337 South International Parkway
DFW Airport, TX 76261
Tel: 972.973.1234
Fax: 972.973.1299
www.granddfw.hyatt.com

INVOICE

Payee   Francise Mcgovern
        6228 Buffalo River Rd
        Earlysville VA 2293617472
        United States

Confirmation No.   6251753401
Group Name
Booking No.   4CU9RF

| Room No. | 0105 |
| Arrival | 12-01-14 |
| Departure | 12-02-14 |
| Page No. | 1 of 1 |
| Folio Window | 1 |
| Folio No. | 436395 |

| Date | Description | | Charges | Credits |
|------|-------------|---|---------|---------|
| 12-01-14 | Guest Room | | 289.00 | |
| 12-01-14 | City Occupancy Tax 7% | | 20.23 | |
| 12-01-14 | State Occupancy Tax 6% | | 17.34 | |
| 12-02-14 | - Private Dining Breakfast Food | Room# 0105 : CHECK# 2269 | 27.56 | |
| 12-02-14 | American Express | XXXXXXXXXX2003 XXXX | | 354.13 |
| | Total | | 354.13 | 354.13 |
| | Balance | | 0.00 | |

Guest Signature

I agree that my liability for this bill is not waived and I agree
to be held personally liable in the event that the indicated
person, company or association fails to pay for any part or
the full amount of these charges.

Hyatt Gold Passport Summary
Membership:   G98497798N
Bonus Codes:
Qualifying Nights:   1
Eligible Spend:   310.60
Redemption Eligible:   27.56

Summary Invoice, please see front desk
for eligibility details.

It is our endeavor to exceed your expectations. We welcome your feedback and
comments. Simply e-mail Hyatt Consumer Affairs at: QualityDFWGH@Hyatt.com

Thank you for choosing the Grand Hyatt DFW.
For future stays, please use SKYLINK to travel to Terminal D.

Please remit payment to:
Grand Hyatt Dallas Fort Worth
PO Box 974413
DFW Airport, TX 76397

For inquiries concerning your bill please call 888-587-4699.

For best rates available, please visit us at www.granddfw.hyatt.com

REATA GRILL
TERMINAL D DFW TX
CUSTOMER COMMENTS PLEASE CALL
214-740-0024
OR E-MAIL US AT
fprcorp@sbcglobal.net
Date:      Dec02'14 02:25PM
Card Type: AMEX
Acct #:    XXXXXXXXXXX2005
Card Entry: SWIPED
Trans Type: PURCHASE
Auth Code: 568224
Check:     1837
Check ID:  P 7
Server:    1091 Heather

Subtotal:     23.57

TIP: _____

TOTAL:    _28.57_

For your convenience we are
providing the following
gratuity calculations:

15% is $3.54
18% is $4.24
20% is $4.71

Thank You!

GUEST COPY
(for your records)

Francis E. McGovern

Destination: _Dallas_

Date: _12/1-2/2014_

Airfare: _____

Lodging: _____

Meals: _____

Ground Transportation: _65.95_

Other: _____

Amount Requested: _$65.95_

| F E MC GOVERN II | Account Ending 3-72003 | |
|---|---|---|
| Detail Continued | | |

| | | Amount |
|---|---|---|
| 12/02/14 | BRADS AIRPORT TRANSP919-493-8180 919-493-8180 | $65.95 |
| 12/02/14 | | $363.?? |
| 12/02/14 | | $712.75 |
| 12/04/14 | | $65.95 |
| 12/04/14 | | $154.00 |
| 12/05/14 | | $1,800.00 |
| 12/08/14 | | $115.00 |
| 12/11/14 | | $316.0? |
| 12/11/14 | | $270.00 |
| 12/12/14 | | $69.95 |
| 12/12/14 | | $284.20 |
| 12/12/14 | | $318.33 |
| 12/15/14 | | $49.90 |
| 12/19/14 | | $457.80 |

Continued on next page

Francis E. McGovern

Destination: _New York_

Date: _12/5-8/2014_

Airfare: _2758.30_

Lodging: _____

Meals: _____

Ground Transportation: _____

Other: _____

Amount Requested: $ _804.83_

American ✈

** NOT VALID FOR TRAVEL **
PASSENGER ITINERARY

MCGOVERN/FRANCISE          MZHWKD

05-DEC - FRIDAY
Las Vegas (LAS)        810A    44
New York Kennedy (JFK  405P          AMERICAN AIRLINES

American ✈

PLEASE NOTE - YOU
WILL BE REQUIRED TO
PRESENT A PHOTO ID
AT AIRPORT CHECK-IN

American ✈                    PASSENGER RECEIPT
19NOV14                          DUPLICATE
PASSENGER NAME                   RECORD
MCGOVERN/FRANCISE                LOCATOR
                                 MZHWKD
LAS AA NYC 027.91 1336.74USD 1364.65END AA ZPLAS X
5.60AY 4.50XFLAS4.5

American ✈          .AS
                    JFK AA 44 F 05DEC FAZAA

Get the Citi(R) Platinum Select(R) / AAdvantage(R)
World MasterCard(R) and earn 15,000 bonus miles
after first purchase. Call 1-800-753-0901!

FARE  1364.65 USD      NOT VALID FOR TRAVEL
TFC     10.10 XT       FOP-*AXXXXXXXXXXXXXX2003
TFC    102.35 US       D017529290150
TFC      4.00 ZP
TOTAL 1481.10 USD      TFC=TAXES,FEES & CHARGES
      +40. svc fee

🔺 DELTA  TSA PRECHK    BOARDING PASS
                        SKY PRIORITY
MCGOVERN/FRANCISE        1 006 7530395160 0
DIAMOND/ELITEPLUS /SKY CLUB        F6RF86
DL0522116847
                                        SEAT
BUPSHLGA                                2C
FLIGHT    DATE    CLASS   ORIGIN      DEPARTS
DL2705  08DEC   A    NYC-LAGUARDIA    759A
*OPERATED BY      FIRST  DESTINATION  BRD TIME
SHUTTLE AMERICA/DELTACUX    WASHINGTON-REAG  734A   PREM

DEPARTURE GATE  SH6   **SUBJECT TO CHANGE**

                  BOARDING PASS
                  SKY PRIORITY
MCGOVERN/FRANCISE
DIAMOND/ELITEPLUS /SKY CLUB
DL0522116847              SEAT
                         2C
FLIGHT  DATE             PREM
DL2705  08
ORIGIN
NYC-LAGUA              EQP04
DESTINATION
WASHINGTON-REAG
OPERATED BY SHUTTLE AMERICA/DELTAC
A DELTA CONNECTION CARRIER

LGA035314/GA

🔺 DELTA        ETKT PASSENGER RECEIPT      PAGE 02 OF 03
MCGOVERN/FRANCIS E   NOT TRANSFERABLE   THIS DOCUMENT EXPIRES 03DEC16
                              DATE/PLACE OF ISSUE 04DEC14  BHH
ENDORSEMENTS NONREF/PENALTY APPLIES/    ISS AGT ID  1P730   CONF NBR  F6RF86
                                        IATA 01522695

FARE CALCULATION NYC DL WAS527.44DL DTY560.80 USD1087.44END DL ZPLGADCA XFLGA4.5DCA4.5

USD 1087.44        FORM OF PAYMENT AXXXXXXXXXXXXX2003
TAX  109.76        FP A/C85D   165.00
                   ORIGINAL FOP  AXXXXXXXXXXXXXXX
                   ORIGINAL TKT  0067530199371
USD1197.20                                        ISSUED IN EXCHANGE FOR
         DUPLICATE    0 0067530395160 4       12  0067530199371
                                                      DUPLICATE
   +40 svc fee

Francis E. McGovern
Destination: _New York_
Date: _12/5-8/2014_


Airfare: _____

Lodging: _____539.09_____

Meals: _____122.13_____

Ground Transportation: _____

Other: _____

Amount Requested: $. _661.22____

OFF BROADWAY DEL PIZZA
726 8TH AVE
NEW YORK, NY 10036

12/05/2014                          19:17:44

CREDIT CARD

VISA SALE

CARD #:               XXXXXXXXXXXX0091
INVOICE                        0033
SEQ #:                         0033
Batch #:                     000109
Approval Code:               02352C
Entry Method:                Swiped
Mode:                        Online

MDSE/SERVICES                  $19.04

TIP                      _____

TOTAL AMOUNT             _____

CUSTOMER COPY

Mr. Francis E. McGovern                 Page #        1
5228 Buffalo River Road                 Res. #      441253
Earlysville, VA                         Checked in  Thu Dec 4,2014 - 6:01 pm
22936                                   Checked out Mon Dec 8,2014 - 6:30 am
                                        Room Rate   465.00
                                        Room        7910

                                        Member #    000030108
                                        Sponsor #   M0000783 McGovern, Franc

| Date | Description | Reference | Charges | Credits |
|------|-------------|-----------|---------|---------|
| Dec4 | Member Taxable - Suite | | | |
| Dec4 | NYS Sales Tax | | | |
| Dec4 | NYC Occupancy Tax | | | |
| Dec4 | NYC Room Occ Tax | | | |
| Dec4 | NYS Room Sales Tax | | | |
| Dec5 | Food & Beverage Room Service | Chit # 11066581 RS | 13.64 — Meal | |
| Dec5 | TapRoom | Chit # 02277178 TR | 40.00 | |
| Dec5 | Member Taxable - Suite | | 465.00 | |
| Dec5 | NYS Sales Tax | | 41.27 | |
| Dec5 | NYC Occupancy Tax | | 27.32 | |
| Dec5 | NYC Room Occ Tax | | 4.00 | |
| Dec5 | NYS Room Sales Tax | | 1.50 | |
| Dec6 | Food & Beverage Room Service | Chit # 11066596 RS | 62.17 — Meal | |
| Dec6 | Member Taxable - Suite | | | |
| Dec6 | NYS Sales Tax | | | |
| Dec6 | NYC Occupancy Tax | | | |
| Dec6 | NYC Room Occ Tax | | | |
| Dec6 | NYS Room Sales Tax | | | |
| Dec7 | Food & Beverage Room Service | Chit # 11066606 RS | 27.28 — Meal | |
| Dec7 | Member Taxable - Suite | | | |
| Dec7 | NYS Sales Tax | | | |
| Dec7 | NYC Occupancy Tax | | | |
| Dec7 | NYC Room Occ Tax | | | |
| Dec7 | NYS Room Sales Tax | | | |
| Dec8 | MEMBER BILLING - Thank You | | | 2300.05 |

539.09 }

Total Outstanding    0.00              2300.05   2300.05

******** Check out time is 12 noon *******
Please advise the Front Desk of your departure & settlement
Thank you for staying at The Yale Club of NYC
We hope you enjoyed your stay with us!

Francis E. McGovern

Destination: _New York_

Date: _12/5-8/2014_

Airfare: _____

Lodging: _____

Meals: _____

Ground Transportation: _$ 114.79_

Other: _____

Amount Requested: _$ 83.45_

*missing receipt*
*12/5/14 car to hotel*
*(Yale club).*

*$39.—*

---

I ♥ NEW YORK

HACK #:              05200195
MEDALLION              9N47
12/07/2014 11:37 - 11:52
TRIP#  4043 RATE#        1
STAND. CITY RATE
MILES R1
FARE R1         $      1.30
STATE SRCHG$          10.50
TOLLS $               0.50
GRAND TOTAL $    $     0.00
                      11.00

Contact TLC Dial 3-1-1

---

MED#          2E35
DRIVER:  5195618
12/07/14 TR13595
START  END MILES
13:20 13:30  1.2
REGULAR FARE
RATE 1:$   8.00
EXTRA: $   0.00
SURCH: $   0.00
STSRCH:$   0.50
TOTAL: $   8.50
   THANKS
TO CONTACT TLC
  DIAL 3-1-1

---

I ♥ NEW YORK

HACK #:              05505729
MEDALLION              1F35
12/07/2014 15:38 - 15:46
TRIP#  8229 RATE#        1
STAND. CITY RATE
MILES R1              0.90
FARE R1         $      7.00
STATE SRCHG$          0.50
TOLLS $               0.00
GRAND TOTAL $   $      7.50

Contact TLC Dial 3-1-1

---

I ♥ NEW YORK

HACK #:              05483620
MEDALLION              7C46
12/07/2014 21:56 - 22:02
TRIP#  3875 RATE#        1
STAND. CITY RATE
MILES R1              0.90
FARE R1         $      6.00
SURCHARGE       $      0.50
TOTAL $               6.50
STATE SRCHG$          0.50
TOLLS $               0.00
GRAND TOTAL $    $     7.00

Contact TLC Dial 3-1-1

---

MED#          5Y52
DRIVER:  5298216
12/08/14 TR 2690
START  END MILES
06:32 00:55  7.5
CUSTOMER COPY
Regular Fare
RATE 1:$  29.00
SURCH: $   0.00
TriBB:$    5.33
St$rch:$   0.50
TIP : $    6.96
TOTAL: $  41.79    → 10.45

Card Type: AMEX
XXXXXXXXXXXX2005
AUTH:509003

Francis E. McGovern
Destination: _San Francisco_
Date: _12/21-23 /2014_

Airfare: _1028.10_
Lodging: _____ _____
Meals: _____ _____
Ground Transportation: _____
Other: _____

Amount Requested: _$ 225.15_



**ETKT PASSENGER ITINERARY**                    PAGE 01 OF 03

▲ **DELTA** ⊘                    NOT TRANSFERABLE
MCGOVERN/FRANCISE                    DATE/PLACE OF ISSUE 12DEC14 BHM

| DAY/DATE | FLIGHT | STATUS | CARRIER/VENDOR | CITY | TIME | SEAT | CLASS | MEAL | REMARK |
|---|---|---|---|---|---|---|---|---|---|
| SUN 21DEC14 | 1232 | OK | DELTA AIR LINES INC | LV SAN JUAN | 0945A | | BUSINESS | BREAKFST | |
| | | | | AR ATLANTA | 1241P | | FREE BAGS | 3PC | |
| SUN 21DEC14 | 2349 | OK | DELTA AIR LINES INC | LV ATLANTA | 0141P | | FIRST | LUNCH | |
| | | | | AR SAN FRANCISCO | 405P | | FREE BAGS | 3PC | |

CONTINUED . . .        DUPLICATE        0 0067530942357 4                    DUPLICATE

**ETKT PASSENGER RECEIPT**                    PAGE 02 OF 03

▲ **DELTA** ⊘                    THIS DOCUMENT EXPIRES 12DEC15
MCGOVERN/FRANCISE        NOT TRANSFERABLE        DATE/PLACE OF ISSUE 12DEC14 BHM
                                                ISS AGT ID  1P/48        CONF NBR GGRJIA
ENDORSEMENTS                                    IATA 01522695

FARE CALCULATION SJU DL X/ATL DL SFO996.00USD 996.00END DL XFSJU4.5ATL4.5

USD  996.00                    FORM OF PAYMENT  AXXXXXXXXXXXX2003
TAX   32.10

USD1028.10        DUPLICATE        0 0067530942357 4                    DUPLICATE

Francis E. McGovern
Destination: _San Francisco_
Date: _12 / 21-23 /2014_

Airfare: _____

Lodging: _____

Meals: _____

Ground Transportation: _| 30.—_

Other: _____

Amount Requested: _$75—_

```
************************
*  RECEIPT            *
*  NOT VALID FOR TRAVEL *
************************
GGF
Larkspur Ferry Terminal
TVM50322
Tue 23 Dec 14 02:10PM

Your GGF ticket
expires 90 days from
the date of purchase

Payment Type:        VISA
Purchase:       1 Senior
  To & From San Francisco
Product price:   $ 10.00

GGF Ticket #:    ******7490
Credit Card #: ****  0091
                    00561C
Auth #:
         041937261793
Ref #:       038972
EFT Seq #:
Transaction #:0000198727
```

| | | | | | Amount |
|---|---|---|---|---|---|
| 12/15/14 | AA/USGSA/GSTAW FSAN FRANCISCO  CA | | | | |
| | AMERICAN AIRLINES | | | | |
| | From | To: | Carrier | Class | |
| | N/A | N/A | YY | 00 | |
| | | N/A | YY | 00 | |
| | | N/A | YY | 00 | |
| | | N/A | YY | 00 | |
| | Ticket Number:00165782948 | | | | |
| | Passenger Name:MCGOVERN/FRANCISE | | | | |
| | Document Type:MISCELLANEOUS TAX(MFEE/S) | | Date of Departure:12/15 | | |
| 12/15/14 | COUSINS BBQ 45000000DALLAS  TX | | | | |
| | 9725410332 | | | | |
| 12/15/14 | ASSOCIATED CONCAB THERRON  KY | | | | |
| | TAXICAB & LIMOUSINE | | | | |
| 12/16/14 | D OUTBACK0432 4664660NCRWANT  OH | | | | |
| | 869.7473265 | | | | |
| | FOOD | | | | |
| 12/16/14 | NORTH BAY LIMOUSINENOVATO CA | | | | |
| 12/18/14 | NORTH BAY LIMOUSINENOVATO CA | | | $110.00 | |
| 12/18/14 | AMERICAN AIRLINE CA | | | | |
| | AMERICAN AIRLINES | | | | |
| | From | To: | Carrier | Class | |
| | N/A | N/A | YY | 00 | |
| | | N/A | YY | 00 | |
| | | N/A | YY | 00 | |
| | Ticket Number:00166189005 | | | | |
| | Passenger Name:MCGOVERN/FRANCISE | | | | |
| | Document Type:MISCELLANEOUS TAX(MFEE/S) | | Date of Departure:12/18 | | |
| 12/18/14 | COUSINS BBQ 45000000SAN FRANCISCO  CA | | | | |
| 12/19/14 | AMAZON.COM AMZN.COM/BILL  WA | | | | |
| | BOOKSTORES | | | | |
| 12/20/14 | AMAZON.COM AMZN.COM/BILL  WA | | | | |
| | MERCHANDISE | | | | |
| 12/21/14 | AMAZON.COM AMZN.COM/WA/BILL  WA | | | | |
| | MERCHANDISE | | | | |
| 12/21/14 | NELLO RESTAURA NEW YORK  NY | | | | |
| | 2126916037 | | | | |
| | Restaurant | | | | |
| | ACCT:0081660410 | | | | |
| 12/21/14 | RALPH'S RISTORONTO 89700/694 9883 | | | | |
| | 900.213.2393 | | | | |
| 12/24/14 | AMAZON PRIME/COW PRIME NV | | | | |
| 12/26/14 | CHEVRON 0398391GREENBRAE  CA | | | | |
| | Description        Fuel | | | | |
| | CHEVRON/USA | | | | |
| 12/26/14 | AMAZON.COM AMZN.COM/BILL  WA | | | | |

```
************************
*  RECEIPT            *
*  NOT VALID FOR TRAVEL *
************************
GGF
Larkspur Ferry Terminal
TVM50321
Tue 23 Dec 14 10:57AM

Your GGF ticket
expires 90 days from
the date of purchase

Payment Type:        VISA
Purchase:       1 Senior
  To & From San Francisco
Product price:   $ 10.00

GGF Ticket #:    ******9512
Credit Card #: ****  0091
                    02525C
Auth #:
         041936107022
Ref #:       037791
EFT Seq #:
Transaction #:0000173654
```

Continued on next page