# APPENDIX 2

| | October | November |
|---|---|---|
| **Case Info** | | |
| 6:12cv499 | | |
| Blue Spike v. Texas Instruments | | |
| (TI has settled- case is still open as the Lead Case) | | |
| **Dismissed: 3/5/14** | $0.00 | $0.00 |
| 6:12cv500 | | |
| Blue Spike vs. Shazam | | |
| **Dismissed: 12/17/14** | $877.70 | $1,230.03 |
| 6:12cv526 | | |
| Blue Spike v. Viggle | $877.70 | $1,230.03 |
| 6:12cv540 | | |
| Blue Spike v. Attributor (Supplier) | | |
| **Dismissed: 10/22/14** | $655.34 | $0.00 |
| 6:12cv557 | | |
| Blue Spike v. Civolution (Supplier) | | |
| **Dismissed: 1/23/15** | $877.70 | $1,230.03 |
| 6:12cv567 | | |
| Blue Spike v. Irdeto | | |
| (Customer) | | |
| **Dismissed: 10/22/14** | $655.34 | $0.00 |
| 6:12cv570 | | |
| Blue Spike v. WiOffer (Customer) | $877.70 | $1,230.03 |
| 6:12cv576 | | |
| Blue Spike v. Audible Magic (Supplier) | $40.12 | $58.57 |
| Facebook, Inc. | $40.12 | $58.57 |
| MySpace, LLC | $40.12 | $58.57 |
| Specific Media, LLC | $40.12 | $58.57 |
| Photobucket.com, Inc. | $40.12 | $58.57 |
| Dailymotion, Inc./ Dailymotion S.A. | $40.12 | $58.57 |
| Soundcloud, Inc./Ltd. | $40.12 | $58.57 |
| Myxer, Inc. | $40.12 | $58.57 |
| Qlipso, Inc./ Qlipso Media Networks Ltd. | $40.12 | $58.57 |
| Yap.tv, Inc. | $40.12 | $58.57 |
| GoMiso, Inc | $40.12 | $58.57 |
| iMesh, Inc. | $40.12 | $58.57 |
| Metacafe, Inc. | $40.12 | $58.57 |
| Boodabee Technologies Inc. | $40.12 | $58.57 |
| TuneCore, Inc. | $40.12 | $58.57 |
| Zedge Holdings, Inc. | $40.12 | $58.57 |
| Harmonix Music Systems, Inc. | $40.12 | $58.57 |

| | | |
|---|---|---|
| Brightcove, Inc. | $40.12 | $58.57 |
| Coincident.TV, Inc. | $40.12 | $58.57 |
| Mediafire, LLC | $40.12 | $58.57 |
| Accedo Broadband AB | $41.80 | $58.57 |
| | $877.70 | $1,230.03 |
| 6:12cv581 | | |
| Blue Spike v. SMRTV (Customer) | $877.70 | $1,230.03 |
| 6:12cv587 | | |
| Blue Spike v. The Neilson Co. (Customer) | $877.70 | $1,230.03 |
| 6:12cv594 | | |
| Blue Spike v. CBS  **Dismissed 3/13/ 14** | | |
| 6:12cv 594 | | |
| Last.fm Ltd | $0.00 | $0.00 |
| 6:12cv680 | | |
| Blue Spike v. L-1 Identity/ Morpho Trust | | |
| (Supplier) | $877.70 | $1,230.03 |
| 6:13cv40 | | |
| Blue Spike v. AOptix | | |
| (Supplier) | $877.70 | $1,230.03 |
| 6:13cv54 | | |
| Blue Spike v. Futronic | | |
| (Supplier) | | |
| **Dismissed 10/22/14** | $655.34 | $0.00 |
| 6:13cv56 | | |
| Blue Spike v. Nitgen | $877.70 | $1,230.03 |
| 6:13cv58 | | |
| Blue Spike v. Sonda | $877.70 | $1,230.03 |
| 6:13cv59 | | |
| Blue Spike v. Speech Pro | | |
| (Supplier) | $877.70 | $1,230.03 |
| 6:13cv60 | | |
| Blue Spike v. CBS Interactive  (Customer) | $877.70 | $1,230.03 |
| 6:13cv89 | | |
| Blue Spike v. Morpho | | |
| (Supplier) | | |
| Safran USA, Inc. | $877.70 | $1,230.03 |
| 6:13cv112 | | |
| Blue Spike v. Airborne | | |
| (Supplier) | | |
| **Dismissed: 1/14/15** | $877.70 | $1,230.03 |
| 6:13cv124 | | |
| Blue Spike v. Cognitec | | |

| | | |
|---|---|---|
| **Dismissed: 10/30/14** | $877.70 | $0.00 |
| **Totals** | $16,009.22 | $18,450.45 |

| December | Total |
|---|---|
| $0.00 | $0.00 |
| $1,183.32 | $3,291.05 |
| $2,451.17 | $4,558.90 |
| $0.00 | $655.34 |
| $2,451.17 | $4,558.90 |
| $0.00 | $655.34 |
| $2,451.17 | $4,558.90 |
| $116.72 | $215.42 |
| $116.72 | $215.42 |
| $116.72 | $215.42 |
| $116.72 | $215.42 |
| $116.72 | $215.42 |
| $116.72 | $215.42 |
| $116.72 | $215.42 |
| $116.72 | $215.42 |
| $116.72 | $215.42 |
| $116.72 | $215.42 |
| $116.72 | $215.42 |
| $116.72 | $215.42 |
| $116.72 | $215.42 |
| $116.72 | $215.42 |
| $116.72 | $215.42 |
| $116.72 | $215.42 |
| $116.72 | $215.42 |

| | |
|---|---|
| $116.72 | $215.42 |
| $116.72 | $215.42 |
| $116.72 | $215.42 |
| $116.72 | $217.09 |
| $2,451.17 | $4,558.90 |
| | |
| $2,451.17 | $4,558.90 |
| | |
| $2,451.17 | $4,558.90 |
| | |
| $0.00 | $0.00 |
| | |
| $2,451.17 | $4,558.90 |
| | |
| $2,451.17 | $4,558.90 |
| | |
| $0.00 | $655.34 |
| | |
| $2,451.17 | $4,558.90 |
| | |
| $2,451.17 | $4,558.90 |
| | |
| $2,451.17 | $4,558.90 |
| | |
| $2,451.17 | $4,558.90 |
| | |
| $2,451.17 | $4,558.90 |
| | |
| $2,451.17 | $4,558.90 |

|  | $0.00 | $877.70 |
|---|---|---|
| | **$35,499.70** | **$69,959.37** |