**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
|                Plaintiff, | § | |
| | § | Civil Action No. 6:12-CV-499 |
|    vs. | § | |
| | § | (LEAD CASE) |
| TEXAS INSTRUMENTS, INC. et al., | § | |
|                Defendants. | § | JURY TRIAL DEMANDED |
| | § | |
| | § | |
| | § | |
| ——————————————— | § | |
| | § | |
| BLUE SPIKE, LLC, | § | |
|                Plaintiff, | § | Civil Action No. 6:12-CV-526 |
| | § | |
|    vs. | § | (CONSOLIDATED WITH 6:12-CV-499) |
| | § | |
| VIGGLE INC. | § | JURY TRIAL DEMANDED |
|                Defendants. | § | |
| | § | |
| | § | |
| | § | |
| | § | |

## JOINT MOTION TO EXTEND DEADLINES

Plaintiff Blue Spike, LLC and Defendant Viggle Inc., (collectively referred to as "The Parties") by and through their undersigned counsel, do hereby move the Court to extend certain deadlines as follows:

I.

| Pretrial Event | Current Schedule[1] | Agreed Extension |
|---|---|---|
| Deadline to designate expert witnesses and reports on issues for which the party bears the burden of proof. (¶ 7) | January 15, 2015*[2] | March 13, 2015 |

---

[1] Pursuant to a telephone conference on December 19, 2014 with Special Master McGovern, Plaintiff Blue Spike, and all Defendants in the above cause of action, deadlines marked with "*" were modified and extended.  The parties therefore have not filed an official motion to extend these deadlines and are listing the deadlines based upon the Court's Order Granting Plaintiff's Motion to Modify the Scheduling Order, Dkt. No. 1833.

[2] During the December 19, 2014 call, this date was modified to February 27, 2015, and then extended to Monday, March 2, 2015 during a follow-up call on Wednesday, February 25, 2015.

| Deadline to designate expert witnesses and reports on issues for which the party does not bear the burden of proof. (¶ 7) | February 16, 2015*[3] | April 17, 2015 |
| Deadline to file letter briefs regarding dispositive motions. (¶ 10) | March 6, 2015 | March 27, 2015 |

II.

The Parties seek this extension of time not for delay, but for good cause and so that justice may be served.   In addition, the Parties are currently engaged in substantive negotiations that are expected to result in a resolution of their dispute in the near future.

WHEREFORE,  Plaintiff  Blue  Spike,  LLC  and  Defendant  Viggle  Inc.,  respectfully request that the Court extend the time within which the parties are required to comply with the deadlines as set out herein.

Dated: February 27, 2015                    Respectfully submitted,


By:  _/s/ Eric H. Findlay_____
Jordan A. Sigale
Dunlap Codding PC
222 W. Merchandise Mart Plaza
Suite 1225
Chicago, IL   60654
Telephone:   312-651-6744
Facsimile:   312-546-6284
jsigale@dunlapcodding.com

Eric H. Findlay
State Bar No. 00789886
Walter W. Lackey, Jr.
Texas Bar No. 24050901
Findlay Craft, P.C.
102 N. College Ave.
Suite 900
Tyler, Texas 75702
(903) 534-1100 (Office)

---

[3] During the December 19, 2014 call, this date was modified to April 3, 2015, with the understanding that it might be moved further to April 21, 2015.

(903) 534-1137 (Facsimile)
efindlay@findlaycraft.com (Email)

ATTORNEYS FOR VIGGLE INC.

/s/ Randall Garteiser
Randall T. Garteiser
Lead Attorney
Texas Bar No. 24038912
rgarteiser@ghiplaw.com
Christopher A. Honea
Texas Bar No. 24059967
chonea@ghiplaw.com
Christopher S. Johns
Texas Bar No. 24044849
cjohns@ghiplaw.com
Kirk J. Anderson
CA Bar No. 289043
Peter S. Brasher
CA Bar No. 283992
GARTEISER HONEA, P.C.
218 North College Avenue
Tyler, TX 75702
903/705-7420
888/908-4400 fax

COUNSEL FOR BLUE SPIKE, LLC

**CERTIFICATE OF SERVICE**

This is to certify that all counsel of record are being served with a copy of this document *via* the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 27th day of February, 2015.

*/s/ Eric H. Findlay*
Eric H. Findlay

3