# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | Civil Action No. 6:12-CV-499-RWS-CMC |
| *Plaintiff*, | § | |
| v. | § | LEAD CASE |
| TEXAS INSTRUMENTS, INC., et al., | § | |
| *Defendants.* | § | |

## ORDER ON MOTION TO DISMISS DEFENDANTS MORPHOTRUST USA, INC. AND L-1 IDENTITY SOLUTIONS, INC. WITH PREJUDICE

Having considered the Agreed Motion to Dismiss Defendants MorphoTrust USA, Inc. (now known as MorphoTrust USA, LLC) and L-1 Identity Solutions, Inc. with Prejudice, the Court finds that the motion should be GRANTED.

IT IS ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted between Plaintiff Blue Spike, LLC and Defendants MorphoTrust USA, Inc. and L-1 Identity Solutions, Inc. are hereby DISMISSED with prejudice.

Each party shall bear its own costs, expenses and attorneys' fees.

**SO ORDERED.**