# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | Civil Action No. 6:12-CV-499-RWS-CMC |
| *Plaintiff*, | § | |
| v. | § | LEAD CASE |
| TEXAS INSTRUMENTS, INC., et al., | § | |
| *Defendants.* | § | |

## AGREED MOTION TO DISMISS DEFENDANTS MORPHOTRAK INC. AND SAFRAN USA INC.

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Blue Spike, LLC and Defendants MorphoTrak Inc. and Safran USA Inc. hereby move for an order dismissing all claims and counterclaims in this action asserted between them WITH PREJUDICE, with each Party to bear its own costs, expenses, and attorneys' fees.

Dated: February 27, 2015

| | |
|---|---|
| */s/ Randall T. Garteiser* | */s/ Daniel Johnson, Jr.* |
| Randall T. Garteiser | C. Erik Hawes (TX Bar No. 24042543) |
|   Lead Attorney | Email: ehawes@morganlewis.com |
|   Texas Bar No. 24038912 | Thomas R. Davis (TX Bar No. 24055384) |
|   rgarteiser@ghiplaw.com | Email: tdavis@morganlewis.com |
| Christopher A. Honea | MORGAN, LEWIS & BOCKIUS LLP |
|   Texas Bar No. 24059967 | 1000 Louisiana Street, Suite 4000 |
|   chonea@ghiplaw.com | Houston, Texas 77002 |
| Christopher S. Johns | (713) 890-5000 Telephone |
|   Texas Bar No. 24044849 | (713) 890-5001 Facsimile |
|   cjohns@ghiplaw.com | |
| GARTEISER HONEA, P.C. | Daniel Johnson, Jr. (Admitted *Pro Hac Vice*) |
| 218 North College Avenue | Email: djjohnson@morganlewis.com |
| Tyler, Texas 75702 | MORGAN, LEWIS & BOCKIUS LLP |
| (903) 705-0828 | One Market, Spear Street Tower |
| (888) 908-4400 Fax | San Francisco, CA 94105 |
| | (415) 442-1000 Telephone |
| Kirk J. Anderson | (415) 442-1001 Facsimile |
|   California Bar No. 289043 | |
| Peter S. Brasher | *Attorneys for Defendants MorphoTrak Inc. and* |
|   California Bar No. 283992 | *Safran USA, Inc.* |
| GARTEISER HONEA, P.C. | |
| 44 North San Pedro Road | |
| San Rafael, California 94903 | |
| (415) 785-3762 | |
| (415) 785-3805 fax | |

*Counsel for Blue Spike, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served electronically on all counsel of record via ECF filing pursuant to Local Rule CV-5(a)(7)(C) on February 27, 2015.

>    */s/ Daniel Johnson, Jr.*
>    Daniel Johnson, Jr.