# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC<br>    *Plaintiff,*<br>v.<br>TEXAS INSTRUMENTS, INC.<br>    *Defendant.* | Civil Action No. 6:12-cv-499 [LED]<br>**LEAD CASE**<br>Jury Trial Demanded |
| BLUE SPIKE, LLC<br>    *Plaintiff,*<br>v.<br>SHAZAM ENTERTAINMENT LTD.,<br>    *Defendant.* | Civil Case No. 6:12-cv-00500<br>**CONSOLIDATED CASE**<br>Jury Trial Demanded |
| SHAZAM ENTERTAINMENT LTD.,<br>    *Defendant,*<br>v.<br>BLUE SPIKE, LLC, BLUE SPIKE, INC.<br>and SCOTT A. MOSKOWITZ,<br>    *Counter Defendants,* | |

## REQUEST FOR TERMINATION OF ELECTRONIC NOTICES

Now comes Benjamin Hershkowitz, Anne Marie Champion, and Robert Scott Roe of the law firm Gibson, Dunn & Crutcher LLP, and pursuant to Rule CV-11(f) request that the Clerk of this Court remove their names from the list of persons authorized to receive electronic notices in this case.

Dated: February 27, 2015

Respectfully submitted,

*/s/ Benjamin Hershkowitz*

Benjamin Hershkowitz

Benjamin Hershkowitz
NY Bar No. 2600559
Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, New York 10166
Ph.: (212) 351-4000
Fax: (212) 351-4035
bhershkowitz@gibsondunn.com

R. Scott Roe
NY Bar No. 4480224
sroe@gibsondunn.com

Anne Champion
NY Bar No. 4425237
achampion@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue New York, NY 10166
Ph. (212) 351-4000
Fax: (212) 351-6210

*Attorneys for Defendant Shazam Entertainment Limited*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3)on February 27, 2015.

                                        */s/ Benjamin Hershkowitz*
                                        Benjamin Hershkowitz