# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,  Plaintiff,  vs.  TEXAS INSTRUMENTS, INC. et al.,  Defendants. | Civil Action No. 6:12-CV-499  (LEAD CASE)  JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC,  Plaintiff,  vs.  VIGGLE INC.  Defendants. | Civil Action No. 6:12-CV-526  (CONSOLIDATED WITH 6:12-CV-499)  JURY TRIAL DEMANDED |

## ORDER

On this day came on to be considered Plaintiff Blue Spike, LLC and Defendant Viggle Inc.'s Joint Motion to Extend Deadlines, and the Court is of the opinion that the Motion should be GRANTED, it is therefore,

ORDERED, ADJUDGED and DECREED that that the following deadlines are amended as to Plaintiff Blue Spike, LLC and Defendant Viggle Inc.:

| Pretrial Event | Current Schedule | Modified Schedule |
|---|---|---|
| Deadline to designate expert witnesses and reports on issues for which the party bears the burden of proof. (¶ 7) | January 15, 2015[1] | March 13, 2015 |

---

[1] On December 19, 2014, this date was modified to February 27, 2015. On February 25, 2015, this deadline was extended to Monday, March 2, 2015

| | | |
|---|---|---|
| Deadline to designate expert witnesses and reports on issues for which the party does not bear the burden of proof. (¶ 7) | February 16, 2015[2] | April 17, 2015 |
| Deadline to file letter briefs regarding dispositive motions. (¶ 10) | March 6, 2015 | March 27, 2015 |

**SIGNED this 2nd day of March, 2015.**

_____
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE

---

[2] On December 19, 2014, this date was modified to April 3, 2015, with the understanding that it might be moved further to April 21, 2015.