# United States District Court
### EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| **BLUE SPIKE, LLC** | § | |
| vs. | § | No.  6:12CV499 (LEAD CASE) |
| **TEXAS INSTRUMENTS, INC.** | § | |

### SUPPLEMENTAL ORDER REGARDING
### SPECIAL MASTER FEES

On October 27, 2014, the Court appointed Professor Francis McGovern as Special Master in this case (Doc. No. 1850).  On February 24, 2015, the Court entered an Order approving Professor McGovern's invoices for services through December 2014 and reminding the parties of their obligation to remit to Special Master McGovern their proportionate share of any Court-approved amount of his fees, within twenty days of Court approval.  The Court noted that one-half of the fees dues to Special Master McGovern are to be paid by the plaintiff and the remaining one-half of the fees are to be paid collectively by the defendants.  The Court also attached a spreadsheet of the fees to be paid by the defendants remaining in the case during the time for which Professor McGovern is billing.

This supplemental order amends the spreadsheet of the fees to be paid by the parties. If the parties have any questions about Professor McGovern's bills, they should contact his office at (202) 721-0954.  It is hereby

**ORDERED** the parties shall remit payment of all amounts due to Professor McGovern within twenty (20) days of the date of this Order.  Payments should be sent to Hon. Francis McGovern, 401 West Alabama St., Houston, TX 77006.

**SIGNED this 3rd day of March, 2015.**

_Caroline M. Craven_
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE

1

| Case Info | Blue Spike | | | | vs. | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | October | November | December | Subtotal | | October | November | December | Subtotal |
| 6:12cv499 Blue Spike v. Texas Instruments (TI has settled- case is still open as the Lead Case) **Dismissed: 3/5/14** | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 |
| 6:12cv500 Blue Spike vs. Shazam **Dismissed: 12/17/14** | $444.70 | $512.52 | $1,403.37 | $2,360.59 | | $478.20 | $658.95 | $2,973.63 | $4,110.78 |
| 6:12cv526 Blue Spike v. Viggle | $444.70 | $512.52 | $1,403.37 | $2,360.59 | | $478.20 | $658.95 | $1,714.39 | $2,851.54 |
| 6:12cv540 Blue Spike v. Attributor (Supplier) **Dismissed: 10/22/14** | $444.70 | $512.52 | $1,403.37 | $2,360.59 | | $277.22 | $0.00 | $0.00 | $277.22 |
| 6:12cv557 Blue Spike v. Civolution (Supplier) **Dismissed: 1/23/15** | $444.70 | $512.52 | $1,403.37 | $2,360.59 | | $478.20 | $658.95 | $1,714.39 | $2,851.54 |
| 6:12cv567 Blue Spike v. Irdeto (Customer) **Dismissed: 10/22/14** | $444.70 | $512.52 | $1,403.37 | $2,360.59 | | $277.22 | $0.00 | $0.00 | $277.22 |
| 6:12cv570 Blue Spike v. WiOffer (Customer) | $444.70 | $512.52 | $1,403.37 | $2,360.59 | | $478.20 | $658.95 | $1,714.39 | $2,851.54 |
| 6:12cv576 | | | | | | $21.74 | $29.95 | $77.93 | $129.62 |
| Blue Spike v. Audible Magic (Supplier) | | | | | | $21.74 | $29.95 | $77.93 | $129.62 |
| Facebook, Inc. | | | | | | $21.74 | $29.95 | $77.93 | $129.62 |
| MySpace, LLC | | | | | | $21.74 | $29.95 | $77.93 | $129.62 |
| Specific Media, LLC | | | | | | $21.74 | $29.95 | $77.93 | $129.62 |
| Photobucket.com, Inc. | | | | | | $21.74 | $29.95 | $77.93 | $129.62 |
| Dailymotion, Inc./ Dailymotion S.A. | | | | | | $21.74 | $29.95 | $77.93 | $129.62 |
| Soundcloud, Inc./Ltd. | | | | | | $21.74 | $29.95 | $77.93 | $129.62 |
| Myxer, Inc. | | | | | | $21.74 | $29.95 | $77.93 | $129.62 |
| Qlipso, Inc./ Qlipso Media Networks Ltd. | | | | | | $21.74 | $29.95 | $77.93 | $129.62 |
| Yap.tv, Inc. | | | | | | $21.74 | $29.95 | $77.93 | $129.62 |
| GoMiso, Inc | | | | | | $21.74 | $29.95 | $77.93 | $129.62 |
| iMesh, Inc. | | | | | | $21.74 | $29.95 | $77.93 | $129.62 |
| Metacafe, Inc. | | | | | | $21.74 | $29.95 | $77.93 | $129.62 |
| Boodabee Technologies Inc. | | | | | | $21.74 | $29.95 | $77.93 | $129.62 |
| TuneCore, Inc. | | | | | | $21.74 | $29.95 | $77.93 | $129.62 |
| Zedge Holdings, Inc. | | | | | | $21.74 | $29.95 | $77.93 | $129.62 |
| Harmonix Music Systems, Inc. | | | | | | $21.74 | $29.95 | $77.93 | $129.62 |
| Brightcove, Inc. | | | | | | $21.74 | $29.95 | $77.93 | $129.62 |
| Coincident.TV, Inc. | | | | | | $21.74 | $29.95 | $77.93 | $129.62 |
| Mediafire, LLC | | | | | | $21.74 | $29.95 | $77.93 | $129.62 |
| Accedo Broadband AB | | | | | | $21.74 | $29.95 | $77.93 | $129.62 |
| | $444.70 | $512.52 | $1,403.37 | $2,360.59 | | $478.20 | $658.95 | $1,714.39 | $2,851.54 |
| 6:12cv581 Blue Spike v. SMRTV (Customer) | $444.70 | $512.52 | $1,403.37 | $2,360.59 | | $478.20 | $658.95 | $1,714.39 | $2,851.54 |
| 6:12cv587 Blue Spike v. The Neilson Co. (Customer) | $444.70 | $512.52 | $1,403.37 | $2,360.59 | | $478.20 | $658.95 | $1,714.39 | $2,851.54 |
| 6:12cv594 Blue Spike v. CBS **Dismissed 3/13/ 14** 6:12cv 594 Last.fm Ltd | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 |
| 6:12cv680 Blue Spike v. L-1 Identity/ Morpho Trust (Supplier) | $444.70 | $512.52 | $1,403.37 | $2,360.59 | | $478.20 | $658.95 | $1,714.39 | $2,851.54 |

| Case Info | Blue Spike | | | | vs. | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | October | November | December | Subtotal | | October | November | December | Subtotal |
| 6:13cv40<br>Blue Spike v. AOptix<br>(Supplier)<br>**Dismissed 3/18/14 (Docket# 1372)** | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 |
| 6:13cv54<br>Blue Spike v. Futronic<br>(Supplier)<br>**Dismissed 10/22/14** | $444.70 | $512.52 | $1,403.37 | $2,360.59 | | $277.22 | $0.00 | $0.00 | $277.22 |
| 6:13cv56<br>Blue Spike v. Nitgen | $444.70 | $512.52 | $1,403.37 | $2,360.59 | | $478.20 | $658.95 | $1,714.39 | $2,851.54 |
| 6:13cv58<br>Blue Spike v. Sonda | $444.70 | $512.52 | $1,403.37 | $2,360.59 | | $478.20 | $658.95 | $1,714.39 | $2,851.54 |
| 6:13cv59<br>Blue Spike v. Speech Pro<br>(Supplier) | $444.70 | $512.52 | $1,403.37 | $2,360.59 | | $478.20 | $658.95 | $1,714.39 | $2,851.54 |
| 6:13cv60<br>Blue Spike v. CBS Interactive  (Customer) | $444.70 | $512.52 | $1,403.37 | $2,360.59 | | $478.20 | $658.95 | $1,714.39 | $2,851.54 |
| 6:13cv89<br>Blue Spike v. Morpho<br>(Supplier)<br>Safran USA, Inc. | $444.70 | $512.52 | $1,403.37 | $2,360.59 | | $478.20 | $658.95 | $1,714.39 | $2,851.54 |
| 6:13cv112<br>Blue Spike v. Airborne<br>(Supplier)<br>**Dismissed: 1/14/15** | $444.70 | $512.52 | $1,403.37 | $2,360.59 | | $478.20 | $658.95 | $1,714.39 | $2,851.54 |
| 6:13cv124<br>Blue Spike v. Cognitec<br>**Dismissed: 10/30/14** | $444.70 | $512.52 | $1,403.37 | $2,360.59 | | $478.20 | $0.00 | $0.00 | $478.20 |
| Totals | $8,004.66 | $9,225.30 | $25,260.70 | $42,490.66 | | $8,004.66 | $9,225.30 | $25,260.70 | $42,490.66 |