## United States District Court
### EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC | § | |
| vs. | § | No. 6:12CV499 (Lead Case) |
| TEXAS INSTRUMENTS, INC. | § | |

### ORDER

On October 27, 2014, the Court appointed Professor Francis McGovern as Special Master in this case (Doc. No. 1850). The Court ordered the parties to remit to Special Master McGovern their proportionate share of any Court-approved amount of his fees, within twenty days of Court approval.

Attached to this Order as Appendix 1 is Professor McGovern's invoice for time and expenses relating to his services in this matter for January 2015, totaling $2,805.17. One-half of the fees dues to Special Master McGovern are to be paid by the plaintiff and the remaining one-half of the fees are to be paid collectively by the remaining defendants.

Payment should be sent to Hon. Francis McGovern, 401 West Alabama St., Houston, TX 77006. It is hereby

**ORDERED** the parties shall remit payment of all amounts due to Professor McGovern within twenty (20) days of the date of this Order.

**SIGNED** this 12th day of March, 2015.

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE

Page 1 of 1