# APPENDIX 1

FRANCIS E. MCGOVERN
401 WEST ALABAMA
HOUSTON, TEXAS 77006

TEL: 713 529-9949                                                                                          FAX: 713 529-9702

March 9, 2015

The Honorable Caroline M. Craven
United States Courthouse and Postoffice
500 North State Line Ave, Room 401
P O Box 2090
Texarkana, TX 75504

      RE:  Blue Spike, LLC v.Texas Instruments, Inc.

Dear Judge Craven:

      In accordance with the order of appointment, I am enclosing herewith my itemized statement and summary statement for time and expenses relating to my services on the Blue Spike matter for January 2015 totaling $2,805.17.  Please have payment remitted to:

           Francis E. McGovern
           401 West Alabama St.
           Houston, TX  77006

Please call me if you have any questions.

           Sincerely,

           Francis E. McGovern

jr
Enclosures

FRANCIS E. McGOVERN
Statement for Services
Blue Spike, LLC v.Texas Instruments, Inc.

| January 2015 | | | |
|---|---|---|---|
| | 1/3 | Reading material from counsel | 0.50 |
| | 1/21 | Reading material from counsel; telephone conference with counsel | 2.00 |
| | 1/30 | Reading material from counsel; telephone conference with counsel | 1.00 |
| | | Total hours | 3.50 |

FRANCIS E. MCGOVERN
Statement for Expenses
Blue Spike, LLC v. Texas Instruments, Inc.

January 2015

| | | |
|---|---|---|
| Other out of pocket expenses including long distance, deliveries and photocopying | $ | 5.17 |

FRANCIS E. MCGOVERN

Summary

Blue Spike, LLC v. Texas Instruments, Inc.

January 2015

| | | |
|---|---|---:|
| Total Hours | | 3.50 |
| Total Hours @ $800 per hour | $ | 2,800.00 |
| Total Expenses | | 5.17 |
| Total amount due | $ | 2,805.17 |

Approved for Disbursement

CAROLINE M. CRAVEN
UNITED STATES DISTRICT JUDGE