# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC, § | |
| § Plaintiff, § | |
| § | Civil Action No. 6:12-CV-499 |
| vs. § | |
| § | (LEAD CASE) |
| TEXAS INSTRUMENTS, INC. et al., § | |
| § Defendants. § | JURY TRIAL DEMANDED |
| § | |
| § | |
| § | |
| BLUE SPIKE, LLC, § | |
| § Plaintiff, § | Civil Action No. 6:12-CV-526 |
| § | |
| vs. § | (CONSOLIDATED WITH 6:12-CV-499) |
| § | |
| VIGGLE INC. § | JURY TRIAL DEMANDED |
| § Defendants. § | |
| § | |
| § | |

## JOINT MOTION TO EXTEND DEADLINES

Plaintiff Blue Spike, LLC and Defendant Viggle Inc., (collectively referred to as "The Parties") by and through their undersigned counsel, do hereby move the Court to extend certain deadlines as follows:

I.

| Pretrial Event | Current Schedule | Agreed Extension |
|---|---|---|
| Deadline to designate expert witnesses and reports on issues for which the party bears the burden of proof. (¶ 7) | March 13, 2015 | March 20, 2015 |
| Deadline to designate expert witnesses and reports on issues for which the party does not bear the burden of proof. (¶ 7) | April 17, 2015 | April 24, 2015 |
| Deadline to file letter briefs regarding dispositive motions. (¶ 10) | March 27, 2015 | April 3, 2015 |

| Deadline to notify Court of mediator(¶ 9) | April 7, 2015 | April 14, 2015 |

## II.

The Parties seek this extension of time not for delay, but for good cause and so that justice may be served. The Parties are still engaged in substantive negotiations that are expected to result in a resolution of their dispute in the near future.

WHEREFORE, Plaintiff Blue Spike, LLC and Defendant Viggle Inc., respectfully request that the Court extend the time within which the parties are required to comply with the deadlines as set out herein.

Dated: March 13, 2015          Respectfully submitted,

By:  /s/ Eric H. Findlay
Jordan A. Sigale
Dunlap Codding PC
222 W. Merchandise Mart Plaza
Suite 1225
Chicago, IL   60654
Telephone:   312-651-6744
Facsimile:   312-546-6284
jsigale@dunlapcodding.com

Eric H. Findlay
State Bar No. 00789886
Walter W. Lackey, Jr.
Texas Bar No. 24050901
Findlay Craft, P.C.
102 N. College Ave.
Suite 900
Tyler, Texas 75702
(903) 534-1100 (Office)
(903) 534-1137 (Facsimile)
efindlay@findlaycraft.com (Email)

ATTORNEYS FOR VIGGLE INC.

/s/ Randall Garteiser
Randall T. Garteiser
Lead Attorney
Texas Bar No. 24038912

2

>rgarteiser@ghiplaw.com
>Christopher A. Honea
>Texas Bar No. 24059967
>chonea@ghiplaw.com
>Christopher S. Johns
>Texas Bar No. 24044849
>cjohns@ghiplaw.com
>Kirk J. Anderson
>CA Bar No. 289043
>Peter S. Brasher
>CA Bar No. 283992
>GARTEISER HONEA, P.C.
>218 North College Avenue
>Tyler, TX 75702
>903/705-7420
>888/908-4400 fax
>
>COUNSEL FOR BLUE SPIKE, LLC

## **CERTIFICATE OF SERVICE**

This is to certify that all counsel of record are being served with a copy of this document *via* the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 13th day of March, 2015.

>*/s/ Eric H. Findlay*
>Eric H. Findlay