# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC,<br>　　　　　　Plaintiff,<br><br>vs.<br><br>TEXAS INSTRUMENTS, INC. et al.,<br>　　　　　　Defendants. | § § § § § § § § § § § | Civil Action No. 6:12-CV-499<br><br>(LEAD CASE)<br><br>JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC,<br>　　　　　　Plaintiff,<br><br>vs.<br><br>VIGGLE INC.<br>　　　　　　Defendants. | § § § § § § § § § § § § | Civil Action No. 6:12-CV-526<br><br>(CONSOLIDATED WITH 6:12-CV-499)<br><br>JURY TRIAL DEMANDED |

## ORDER

On this day came on to be considered Plaintiff Blue Spike, LLC and Defendant Viggle Inc.'s Joint Motion to Extend Deadlines, and the Court is of the opinion that the Motion should be GRANTED, it is therefore,

ORDERED, ADJUDGED and DECREED that that the following deadlines are amended as to Plaintiff Blue Spike, LLC and Defendant Viggle Inc.:

| Pretrial Event | Current Schedule | Modified Schedule |
|---|---|---|
| Deadline to designate expert witnesses and reports on issues for which the party bears the burden of proof. (¶ 7) | March 13, 2015 | March 20, 2015 |
| Deadline to designate expert witnesses and reports on issues for which the party does not | April 17, 2015 | April 24, 2015 |

| | | |
|---|---|---|
| bear the burden of proof. (¶ 7) | | |
| Deadline to file letter briefs regarding dispositive motions. (¶ 10) | March 27, 2015 | April 3, 2015 |
| Deadline to notify Court of mediator (¶ 9) | April 7, 2015 | April 14, 2015 |