# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br>　　　　Plaintiff,<br><br>vs.<br><br>TEXAS INSTRUMENTS, INC. et al.,<br>　　　　Defendants. | Civil Action No. 6:12-CV-499<br><br>(LEAD CASE)<br><br>JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC,<br>　　　　Plaintiff,<br><br>vs.<br><br>VIGGLE INC.<br>　　　　Defendants. | Civil Action No. 6:12-CV-526<br><br>(CONSOLIDATED WITH 6:12-CV-499)<br><br>JURY TRIAL DEMANDED |

## JOINT MOTION TO EXTEND DEADLINES

Plaintiff Blue Spike, LLC and Defendant Viggle Inc., (collectively referred to as "The Parties") by and through their undersigned counsel, do hereby move the Court to extend certain deadlines as follows:

I.

| Pretrial Event | Current Schedule | Agreed Extension |
|---|---|---|
| Deadline to designate expert witnesses and reports on issues for which the party bears the burden of proof. (¶ 7) | March 20, 2015 | March 27, 2015 |
| Deadline to designate expert witnesses and reports on issues for which the party does not bear the burden of proof. (¶ 7) | April 24, 2015 | May 1, 2015 |
| Deadline to file letter briefs regarding dispositive motions. (¶ 10) | April 3, 2015 | April 10, 2015 |

| Deadline to notify Court of mediator(¶ 9) | April 14, 2015 | April 21, 2015 |

II.

The Parties seek this extension of time not for delay, but for good cause and so that justice may be served. The Parties are still engaged in substantive negotiations that are expected to result in a resolution of their dispute in the near future.

WHEREFORE, Plaintiff Blue Spike, LLC and Defendant Viggle Inc., respectfully request that the Court extend the time within which the parties are required to comply with the deadlines as set out herein.

Dated: March 20, 2015   Respectfully submitted,

By: /s/ Randall Garteiser
Randall T. Garteiser
Lead Attorney
Texas Bar No. 24038912
rgarteiser@ghiplaw.com
Christopher A. Honea
Texas Bar No. 24059967
chonea@ghiplaw.com
Christopher S. Johns
Texas Bar No. 24044849
cjohns@ghiplaw.com
Kirk J. Anderson
CA Bar No. 289043
Peter S. Brasher
CA Bar No. 283992
GARTEISER HONEA, P.C.
218 North College Avenue
Tyler, TX 75702
903/705-7420
888/908-4400 fax

COUNSEL FOR BLUE SPIKE, LLC


 /s/ Eric H. Findlay
Jordan A. Sigale
Dunlap Codding PC

        222 W. Merchandise Mart Plaza
        Suite 1225
        Chicago, IL   60654
        Telephone:   312-651-6744
        Facsimile:   312-546-6284
        jsigale@dunlapcodding.com

        Eric H. Findlay
        State Bar No. 00789886
        Walter W. Lackey, Jr.
        Texas Bar No. 24050901
        Findlay Craft, P.C.
        102 N. College Ave.
        Suite 900
        Tyler, Texas 75702
        (903) 534-1100 (Office)
        (903) 534-1137 (Facsimile)
        efindlay@findlaycraft.com (Email)

        ATTORNEYS FOR VIGGLE INC.

## **CERTIFICATE OF SERVICE**

This is to certify that all counsel of record are being served with a copy of this document *via* the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 20th day of March, 2015.

        */s/ Randall Garteiser*
        Randall Garteiser