IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC.,<br><br>Defendant. | § § § § § § § § § § § § | Civil Action No.: 6:12-cv-00499-MHS-CMC<br><br>JURY TRIAL DEMANDED |

### DEFENDANTS' NOTICE OF COMPLIANCE

Pursuant to the March 3, 2015 (Dkt. 1918) and March 12, 2015 (Dkt. 1921) Orders, Defendants Audible Magic Corporation (and its customers) and WiOffer hereby file this Notice confirming that it has complied with said Orders and sent payment in the amount of $6,404.51 to Special Master Francis McGovern on March 23, 2015 as payment on behalf of Audible Magic (and its customers) and WiOffer's portion of the invoices through January 2015 ($5,703.08 for Dkt. 1918 and $701.43 for Dkt. 1921).

Dated: March 24, 2015

/s/ Eric H. Findlay
Eric H. Findlay (Texas Bar No. 00789886)
Walter W. Lackey, Jr. (Texas Bar No. 24050901)
FINDLAY CRAFT, P.C.
102 N. College Ave., Suite 900
Tyler, TX 75702
Telephone: (903) 534-1100
Facsimile: (903) 534-1137
efindlay@findlaycraft.com
wlackey@findlaycraft.com

I. Neel Chatterjee (admitted E.D. Texas)
Gabriel M. Ramsey (admitted E.D. Texas)
ORRICK, HERRINGTON & SUTCLIFFE, LLP
1000 Marsh Road
Menlo Park, CA 94025

Telephone: (650) 614-7400
Facsimile: (650) 614-7401
gramsey@orrick.com
nchatterjee@orrick.com

Alyssa M. Caridis (admitted E.D. Texas)
ORRICK, HERRINGTON & SUTCLIFFE, LLP
777 S. Figueroa St.
Suite 3200
Los Angeles, CA 90017
Telephone: (213) 629-2020
Facsimile: (213) 612-2499
acaridis@orrick.com

Christopher J. Higgins
ORRICK, HERRINGTON & SUTCLIFFE, LLP
1152 15th Street, N.W.
Washington, DC 20005-1706
Telephone: (202) 339-8400
Facsimile: (202) 339-8500
chiggins@orrick.com

*Counsel for Defendants Audible Magic, Corp., Facebook, Inc., Myspace LLC, Specific Media LLC, Photobucket.com, Inc., DailyMotion, Inc., DailyMotion S.A., SoundCloud, Inc., SoundCloud Ltd., Myxer, Inc., Qlipso, Inc., Qlipso Media Networks, Ltd., Yap.tv, Inc., GoMiso, Inc., iMesh, Inc., Metacafe, Inc., Boodabee Technologies, Inc., Zedge Holdings, Inc., Brightcove Inc., Coincident.TV, Inc., Accedo Broadband North America, Inc., Accedo Broadband AB, MediaFire, LLC, WiOffer LLC, and Harmonix Music Systems, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically on March 24, 2015 pursuant to Local Rule CV-5(a) and has been served on all counsel who are deemed to have consented to electronic service.

                                                 */s/ Eric H. Findlay*
                                                   Eric H. Findlay