# APPENDIX 1

**FRANCIS E. MCGOVERN**
401 WEST ALABAMA
HOUSTON, TEXAS 77006

TEL: 713 529-9949                                                                                                         FAX: 713 529-9702

March 9, 2015

The Honorable Caroline M. Craven
United States Courthouse and Postoffice
500 North State Line Ave, Room 401
P O Box 2090
Texarkana, TX 75504

      RE:  Blue Spike, LLC v. Texas Instruments, Inc.

Dear Judge Craven:

      In accordance with the order of appointment, I am enclosing herewith my itemized statement and summary statement for time and expenses relating to my services on the Blue Spike matter for January 2015 totaling $2,805.17.  Please have payment remitted to:

                Francis E. McGovern
                401 West Alabama St.
                Houston, TX  77006

Please call me if you have any questions.

                                      Sincerely,

                                      Francis E. McGovern

jr
Enclosures

# FRANCIS E. MCGOVERN
## Statement for Services
### Blue Spike, LLC v. Texas Instruments, Inc.

**January 2015**

| Date | Description | Hours |
|---|---|---|
| 1/3 | Reading material from counsel | 0.50 |
| 1/21 | Reading material from counsel; telephone conference with counsel | 2.00 |
| 1/30 | Reading material from counsel; telephone conference with counsel | 1.00 |
| | Total hours | 3.50 |

Francis E. McGovern
Statement for Expenses
Blue Spike, LLC v. Texas Instruments, Inc.

January 2015

| | | |
|---|---|---:|
| Other out of pocket expenses including long distance, deliveries and photocopying | $ | 5.17 |

## FRANCIS E. MCGOVERN
## Summary
### Blue Spike, LLC v. Texas Instruments, Inc.

January 2015

| | | |
|---|---|---:|
| Total Hours | | 3.50 |
| Total Hours @ $800 per hour | $ | 2,800.00 |
| Total Expenses | | 5.17 |
| Total amount due | $ | 2,805.17 |

Approved for Disbursement

_____    3/31/15
CAROLINE M. CRAVEN
UNITED STATES ~~DISTRICT JUDGE~~ Magistrate Judge

| Case Info | January Amount Requested Blue Spike | January Amount Requested Defendants |
|---|---:|---:|
| 6:12cv499 Blue Spike v. Texas Instruments (TI has settled, case is still open as the Lead Case with Anviz & Ensequence still open.) Dismissed: 3/5/14 | | |
| 6:12cv500 Blue Spike v. Shazam (Settled according to Pla. – waiting on paperwork) Dismissed: 12/17/14 | | |
| 6:12cv526 Blue Spike v. Viggle | $121.45 | $121.45 |
| 6:12cv540 Blue Spike v. Attributor (Supplier) Dismissed: 10/22/14 | | |
| 6:12cv557 Blue Spike v. Civolution (Supplier) Dismissed: 1/23/15 | $48.92 | $48.92 |
| 6:12cv567 Blue Spike v. Irdeto (Customer) Dismissed: 10/22/14 | | |
| 6:12cv570 Blue Spike v. WiOffer (Customer) | $121.45 | $121.45 |
| 6:12cv576 Blue Spike v. Audible Magic (Supplier) | $121.45 | $5.78 |
| Facebook, Inc. | | $5.78 |
| MySpace, LLC | | $5.78 |
| Specific Media, LLC | | $5.78 |
| Photobucket.com, Inc. | | $5.78 |
| Dailymotion, Inc./ Dailymotion S.A. | | $5.78 |
| Soundcloud, Inc./Ltd. | | $5.78 |
| Myxer, Inc. | | $5.78 |
| Qlipso, Inc./ Qlipso Media Networks Ltd. | | $5.78 |
| Yap.tv, Inc. | | $5.78 |
| GoMiso, Inc | | $5.78 |
| iMesh, Inc. | | $5.78 |
| Metacafe, Inc. | | $5.78 |
| Boodabee Technologies Inc. | | $5.78 |
| TuneCore, Inc. | | $5.78 |
| Zedge Holdings, Inc. | | $5.78 |
| Harmonix Music Systems, Inc. | | $5.78 |
| Brightcove, Inc. | | $5.78 |
| Coincident.TV, Inc. | | $5.78 |

| Case Info | January Amount Requested Blue Spike | January Amount Requested Defendants |
|---|---:|---:|
| Mediafire, LLC | | $5.78 |
| Accedo Broadband AB | | $5.78 |
| 6:12cv581 | | |
| Blue Spike v. SMRTV (Customer) | $121.45 | $121.45 |
| 6:12cv587 | | |
| Blue Spike v. The Neilson Co. (Customer) | $121.45 | $121.45 |
| 6:12cv594 Blue Spike v. CBS Dismissed 3/13/14 | | |
| 6:12cv594 Last.fm Ltd | | |
| 6:12cv680 Blue Spike v. L-1 Identity/ Morpho Trust (Supplier) | $121.45 | $121.45 |
| 6:13cv40 Blue Spike v. AOptix (Supplier) Dismissed 3/18/14 (Docket# 1372) | | |
| 6:13cv54 Blue Spike v. Futronic (Supplier) Dismissed 10/22/14 | | |
| 6:13cv56 Blue Spike v. Nitgen | $121.45 | $121.45 |
| 6:13cv58 Blue Spike v. Sonda | $121.45 | $121.45 |
| 6:13cv59 Blue Spike v. Speech Pro (Supplier) | $121.45 | $121.45 |
| 6:13cv60 Blue Spike v. CBS Interactive (Customer) | $121.45 | $121.45 |
| 6:13cv89 Blue Spike v. Morpho (Supplier) Safran USA, Inc. | $121.45 | $121.45 |
| 6:13cv112 Blue Spike v. Airborne (Supplier) Dismissed: 1/14/15 | $17.97 | $17.97 |
| 6:13cv124 Blue Spike v. Cognitec Dismissed: 10/30/14 | | |
| Totals | $1,402.84 | $1,402.84 |

# APPENDIX 2

**FRANCIS E. MCGOVERN**
**401 WEST ALABAMA**
**HOUSTON, TEXAS 77006**

TEL: 713 529-9949                                                                            FAX: 713 529-9702

March 19, 2015

The Honorable Caroline M. Craven
United States Courthouse and Post Office
500 North State Line Ave, Room 401
P O Box 2090
Texarkana, TX 75504

      RE:  Blue Spike, LLC v. Texas Instruments, Inc.

Dear Judge Craven:

      In accordance with the order of appointment, I am enclosing herewith my itemized statement and summary statement for time and expenses relating to my services on the Blue Spike matter for February 2015 totaling $1,403.69.  Please have payment remitted to:

                          Francis E. McGovern
                          401 West Alabama St.
                          Houston, TX  77006

Please call me if you have any questions.

                                                 Sincerely,

                                               Francis E. McGovern

jr
Enclosures

FRANCIS E. MCGOVERN
Statement for Services
Blue Spike, LLC v. Texas Instruments, Inc.

February 2015

| | | |
|---|---|---:|
| 2/18 | Telephone conference; reading material from counsel | 1.25 |
| 2/24 | Telephone conference; reading material from counsel | 0.50 |
| | Total hours | 1.75 |

FRANCIS E. MCGOVERN
Statement for Expenses
Blue Spike, LLC v. Texas Instruments, Inc.

February 2015
_____

| | | |
|---|---|---|
| Other out of pocket expenses including long distance, deliveries and photocopying | $ | 3.69 |

FRANCIS E. MCGOVERN
Summary
Blue Spike, LLC v. Texas Instruments, Inc.

February 2015

| | | |
|---|---|---|
| Total Hours | | 1.75 |
| Total Hours @ $800 per hour | $ | 1,400.00 |
| Total Expenses | | 3.69 |
| Total amount due | $ | 1,403.69 |

Approved for Disbursement

*[signature]* 3/31/15

CAROLINE M. CRAVEN
UNITED STATES ~~DISTRICT JUDGE~~ Magistrate Judge

| Case Info | February Amount Requested Blue Spike | February Amount Requested Defendants |
|---|---:|---:|
| 6:12cv499 | | |
| Blue Spike v. Texas Instruments | | |
| (TI has settled; case is still open as the Lead Case; Dismissed: 3/5/14) | | |
| Anviz | $29.25 | $29.25 |
| Ensequence | $29.25 | $29.25 |
| 6:12cv500 | | |
| Blue Spike vs. Shazam | | |
| (Settled according to Pla. - waiting on paperwork) | | |
| Dismissed: 12/17/14 | | |
| 6:12cv526 | | |
| Blue Spike v. Viggle | $58.49 | $58.49 |
| 6:12cv540 | | |
| Blue Spike v. Attributor (Supplier) | | |
| Dismissed: 10/22/14 | | |
| 6:12cv557 | | |
| Blue Spike v. Civolution (Supplier) | | |
| Dismissed: 1/23/15 | | |
| 6:12cv567 | | |
| Blue Spike v. Irdeto (Customer) | | |
| Dismissed: 10/22/14 | | |
| 6:12cv570 | | |
| Blue Spike v. WiOffer (Customer) | $58.49 | $58.49 |
| 6:12cv576 | | |
| Blue Spike v. Audible Magic (Supplier) | $58.49 | $2.79 |
| Facebook, Inc. | | $2.79 |
| MySpace, LLC | | $2.79 |
| Specific Media, LLC | | $2.79 |
| Photobucket.com, Inc. | | $2.79 |
| Dailymotion, Inc./ Dailymotion S.A. | | $2.79 |
| Soundcloud, Inc./Ltd. | | $2.79 |
| Myxer, Inc. | | $2.79 |
| Qlipso, Inc./ Qlipso Media Networks Ltd. | | $2.79 |
| Yap.tv, Inc. | | $2.79 |
| GoMiso, Inc | | $2.79 |
| iMesh, Inc. | | $2.79 |
| Metacafe, Inc. | | $2.79 |
| Boodabee Technologies Inc. | | $2.79 |
| TuneCore, Inc. | | $2.79 |
| Zedge Holdings, Inc. | | $2.79 |
| Harmonix Music Systems, Inc. | | $2.79 |
| Brightcove, Inc. | | $2.79 |

| | | | |
|---|---|---|---|
| Coincident.TV, Inc. | | | $2.79 |
| Mediafire, LLC | | | $2.79 |
| Accedo Broadband AB | | | $2.79 |
| 6:12cv581 | | | |
| Blue Spike v. SMRTV (Customer) | | $58.49 | $58.49 |
| 6:12cv587 | | | |
| Blue Spike v. The Neilson Co. (Customer) | | $58.49 | $58.49 |
| 6:12cv594 Blue Spike v. CBS Dismissed 3/13/14 | | | |
| 6:12cv594 Last.fm Ltd | | | |
| 6:12cv680 | | | |
| Blue Spike v. L-1 Identity/ Morpho Trust (Supplier) | | $58.49 | $58.49 |
| 6:13cv40 Blue Spike v. AOptix (Supplier) Dismissed 3/18/14 (Docket# 1372) | | | |
| 6:13cv54 Blue Spike v. Futronic (Supplier) Dismissed 10/22/14 | | | |
| 6:13cv56 | | | |
| Blue Spike v. Nitgen | | $58.49 | $58.49 |
| 6:13cv58 | | | |
| Blue Spike v. Sonda | | $58.49 | $58.49 |
| 6:13cv59 | | | |
| Blue Spike v. Speech Pro (Supplier) | | $58.49 | $58.49 |
| 6:13cv60 | | | |
| Blue Spike v. CBS Interactive (Customer) | | $58.49 | $58.49 |
| 6:13cv89 | | | |
| Blue Spike v. Morpho (Supplier) Safran USA, Inc. | | $58.49 | $58.49 |
| 6:13cv112 Blue Spike v. Airborne (Supplier) Dismissed: 1/14/15 | | | |
| 6:13cv124 Blue Spike v. Cognitec Dismissed: 10/30/14 | | | |
| | Totals | $701.89 | $701.89 |