# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
|     Plaintiff, | § | |
| | § | Civil Action No. 6:12-CV-499 |
| vs. | § | |
| | § | (LEAD CASE) |
| TEXAS INSTRUMENTS, INC. et al., | § | |
| | § | JURY TRIAL DEMANDED |
| | § | |
|     Defendants. | § | |
| | § | |

## JOINT NOTICE OF AGREED MEDIATOR

Plaintiff Blue Spike, LLC and Defendant Last.fm Ltd. hereby respectfully notify the Court that they would prefer Professor Francis McGovern to mediate this case. Special Master McGovern has been contacted and has agreed to act as mediator if approved by the Court.

Dated: April 7, 2015            Respectfully submitted,

                                          */s/ Randall T. Garteiser*
                                          Randall T. Garteiser
                                            Lead Attorney
                                            Texas Bar No. 24038912
                                            rgarteiser@ghiplaw.com
                                          Christopher A. Honea
                                            Texas Bar No. 24059967
                                            chonea@ghiplaw.com
                                            Christopher S. Johns
                                            Texas Bar No. 24044849
                                            cjohns@ghiplaw.com
                                            GARTEISER HONEA, P.C.
                                            218 North College Avenue
                                            Tyler, Texas 75702
                                            (903) 705-0828
                                            (888) 908-4400 Fax

Kirk J. Anderson
  California Bar No. 289043
Peter S. Brasher
  California Bar No. 283992
GARTEISER HONEA, P.C.
44 North San Pedro Road
San Rafael, California 94903
(415) 785-3762
(415) 785-3805 fax

*Counsel for Blue Spike, LLC.*


*/s/ Edward R. Reines*
Edward R. Reines
Cal. Bar No. 135960 – Admitted to E.D. Texas
Lead Attorney
edward.reines@weil.com
Byron Beebe
Cal. Bar No. 235179 – Admitted to E.D. Texas
byron.beebe@weil.com
Andrew L. Perito
Cal. Bar No. 269995 – Admitted to E.D. Texas
andrew.perito@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

*Counsel for Defendant Last.fm Ltd.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this **JOINT NOTICE OF AGREED MEDIATOR**, *via* the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 7th day of April, 2015.

*/s/ Edward R. Reines*
Edward R. Reines