IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 6:12-CV-499 |
| vs. | § | |
| | § | (LEAD CASE) |
| TEXAS INSTRUMENTS, INC. et al., | § | |
| Defendants. | § | JURY TRIAL DEMANDED |
| | § | |
| | § | |
| | § | |
| BLUE SPIKE, LLC, | § | |
| Plaintiff, | § | Civil Action No. 6:12-CV-526 |
| | § | |
| vs. | § | (CONSOLIDATED WITH 6:12-CV-499) |
| | § | |
| VIGGLE INC. | § | JURY TRIAL DEMANDED |
| Defendants. | § | |
| | § | |
| | § | |
| | § | |

**JOINT NOTICE REGARDING SETTLEMENT AND MEDIATOR**

Pursuant to the Court's prior *Order* (Dkt. No. 1926) granting Plaintiff Blue Spike, LLC's ("Blue Spike") and Defendant Viggle Inc.'s ("Viggle") (collectively the "Parties") request for extension of certain deadlines, the Parties hereby respectfully notify the Court that they have reached a settlement agreement and that as such a selection of a mediator is unnecessary. The settlement agreement has been executed by Viggle and will soon be executed by Blue Spike. The Parties expect to file the appropriate dismissal documents this week.

Dated: April 21, 2015

By: */s/ Eric H. Findlay*
Jordan A. Sigale
Dunlap Codding PC
222 W. Merchandise Mart Plaza
Suite 1225
Chicago, IL 60654
Telephone: 312-651-6744
Facsimile: 312-546-6284

jsigale@dunlapcodding.com

Eric H. Findlay
State Bar No. 00789886
Walter W. Lackey, Jr.
Texas Bar No. 24050901
Findlay Craft, P.C.
102 N. College Ave.
Suite 900
Tyler, Texas 75702
(903) 534-1100 (Office)
(903) 534-1137 (Facsimile)
efindlay@findlaycraft.com (Email)

ATTORNEYS FOR VIGGLE INC.

*/s/ Randall T. Garteiser*
Randall T. Garteiser
Lead Attorney
Texas Bar No. 24038912
rgarteiser@ghiplaw.com
Christopher A. Honea
Texas Bar No. 24059967
chonea@ghiplaw.com
Christopher S. Johns
Texas Bar No. 24044849
cjohns@ghiplaw.com
GARTEISER HONEA, P.C.
218 North College Avenue
Tyler, Texas 75702
(903) 705-0828
(888) 908-4400 Fax

Kirk J. Anderson
California Bar No. 289043
Peter S. Brasher
California Bar No. 283992
GARTEISER HONEA, P.C.
44 North San Pedro Road
San Rafael, California 94903
(415) 785-3762
(415) 785-3805 fax

*Counsel for Blue Spike, LLC.*

2

**CERTIFICATE OF SERVICE**

I hereby certify that the all counsel of record who are deemed to have consented to electronic service are being served on April 21, 2015, with a copy of this document *via* electronic mail.

>                             */s/ Eric H. Findlay*
>                             Eric H. Findlay