# Exhibit 2

Kirk's Amazon.com    Today's Deals    Gift Cards    Sell    Help

Shop by **Department** ▾    Search   All ▾      Hello, Kirk **Your Account** ▾    Your **Prime** ▾    Wish **List** ▾    **0** Cart ▾

# So you'd like to... **Read the Ten Longest Novels Ever Written**

A guide by Cervantes625 ▾ (Indiana)        Share with friends

**Products sampled from this guide:**



The Stand: Expanded Edition: For the First Time Complete and Uncut (Signet)



The Count of Monte Cristo (Penguin Classics)



Cryptonomicon

› See all 26 products mentioned in this guide below

**About** this Guide

**Author**

Cervantes625 ▾ (Indiana)

**Qualifications:** English Major

**Last updated:** 4/19/07

Report abuse

**More** So You'd Like to...

 

**Immerse yourself in epic stories and engrossing series:** A guide of 37 items by Y. McCloskey "booklover918"

 

**Survive the End of Mankind (Part 2):** A guide of 38 items by A. Rain



**Explore the idea of mind control?:** A guide of 48 items by Y. McCloskey "booklover918"

 

**Read some of the Best Military Fiction:** A guide of 25 items by Peter Poblano



**Read a book that will keep you up all night trembling?:** A guide of 3 items by BD Nelson-Littrell "BD Nelson"

Search Guides   

**More** Listmania!

## Introduction

This list is generally correct, I believe, but much of it is made from approximations or guesswork. Some of the novels may be out of order a little bit, perhaps a place or two, but I tried to place each book as right as I possibly could. In other words, I'm sure there is a margin of error here.

I tried not to use the page count as the way to determine the length of the novel, but the number of words. Page counts can greatly differ from different publishers and formats. The word count will always remain the same and is therefore the most accurate way to determine length. Occasionally though I couldn't find a word or character count for a novel and I would have to rely on page count alone, this is where approximations come in but I tried my best to get it accurate.

Unless I mention otherwise I haven't personally read the book. I'm just here to inform you on length not quality so if you want to read the book you might want to check out different copies or in the case of non-English books, find the best translations.

I'm trying to update this list from time to time if I find a book I've never heard of that is very long. I haven't heard of every book ever written obviously so there are probably a couple of enourmous volumes out there that should be on the list that I don't know about. If I ever come across them I'll put them on here.

Strong contenders that didn't quite make the top 10: The Stand: Expanded Edition: For the First Time Complete and Uncut (Signet) ▾ by Stephen King (464, 218 words; 1,168 pg.) The Count of Monte Cristo (Penguin Classics) ▾ by Alexandre Dumas (464, 234 words; 1,312 pg.) Cryptonomicon ▾ by Neal Stephenson (1,168 pg.) Sacajawea (Lewis & Clark Expedition) ▾ by Anna L. Waldo (1,424 pg.) Shogun ▾ by James Clavell (1,210 pg.) Gai-Jin ▾ by James Clavell (1,248 pg.) The Lord of the Rings ▾ by J.R.R. Tolkien (?470,000? words; 1,200 pg.)

And Now for the Top Ten Longest Novels

› See products from this section at the bottom of the page

## Number Ten: Infinite Jest

Infinite Jest: A Novel ▾ by David Foster Wallace

Has 479,198 words (Wikipedia) and this specific edition is 1,088 pages in length, making "Infinite Jest" number ten on the list.

› See products from this section at the bottom of the page

## Number Nine: War and Peace

War and Peace (Signet Classics) ▾ by Leo Tolstoy

Probably the most famous novel on this list for being extremely long, it surprisingly didn't even make it into the top five. At 560,000 words (Wikipedia) it still is a gigantic novel. This specific edition is 1,456 pages in length.

› See products from this section at the bottom of the page

## Number Eight: Les Miserables

Les Miserables  by Victor Hugo

I couldn't find a word or character count for "Les Miserables" but with 1,463 pages in this edition it beats out "War and Peace." I am sure that "Les Miserables" is longer because I compared the page count with "War and Peace" both books being by the same publisher (Signet) and of the same size and format.

This is one of the few books on this guide that I have actually read myself and can say that it is excellent. Definitely my favorite novel by a French author. The length may be somewhat daunting but it is worth the effort to read. Like climbing a mountain.

› See products from this section at the bottom of the page

## Number Seven: A Suitable Boy

A Suitable Boy by Vikram Seth

With 591,554 words (Wikipedia) "A Suitable Boy" grabs the number seven spot. This specific edition is 1,488 pages in length.

› See products from this section at the bottom of the page

## Number Six: Atlas Shrugged

Atlas Shrugged by Ayn Rand

According to Wikipedia this novel has approx. 645,000 words, but I'm not sure if it is quite that many. This specificedition is 1,200 pages in length, so unless it has very small print with almost no margin I doubt if it is quite that length, so this may be higher up on the list than it should be.

› See products from this section at the bottom of the page

## Number Five: Joseph and His Brothers

Joseph and His Brothers: The Stories of Jacob, Young Joseph, Joseph in Egypt, Joseph the Provider by Thomas Mann

This edition from everyman's library is 1,536 pages in length. Unknown word or character count.

› See products from this section at the bottom of the page

## Number Four: Clarissa

Clarissa: Or the History of a Young Lady (Penguin Classics) by Samuel Richardson

According to Wikipedia this novel has about 5,500,000 characters or somewhere over 1,000,000+ words. This edition by Penguin is 1,536 pages in length. This is conventianally considered the longest novel in English, but that is disputable with the number three candidate.

› See products from this section at the bottom of the page

## Number Three: Mission Earth

The Invaders Plan (Mission Earth Series, Vol 1) Black Genesis: Mission Earth Volume 2 The Enemy Within (Mission Earth) Alien Affair (Mission Earth) Fortune of Fear: Mission Earth Volume 5 Death Quest: Mission Earth Volume 6 Voyage of Vengeance: Mission Earth Volume 7 Disaster: Mission Earth Volume 8 Villainy Victorious: Mission Earth Volume 9 The Doomed Planet (Mission Earth) by L. Ron Hubbard

The Mission Earth Series, I know what you are thinking, it is a series not just one novel. Well it is true that it has been published in a whopping 10 volumes, the truth is it was only split up for publication and originally written as a single 1.2 million word novel. This is disputable with Clarissa which as I said is conventianally considered the longest novel in the English language, but if Mission Earth is considered one novel than it would technically beat it.

**My Silver Lining in An Otherwise Cloudy Life**: A list of 10 items by Femme Fatale

**1000+ (plenty of pages to peruse)**: A list of 40 items by blueemerald

**Brilliant Books>>>**: A list of 30 items by Lakonikos

**A different perspective in Business Strategy**: A list of 10 items by Jose Ernesto Passos

**Classic books I have read--List 1**: A list of 37 items by Bibliophile

Search Listmania!

GO!

› See products from this section at the bottom of the page

## Number Two: The Man Without Qualities

The Man Without Qualities (2 volume set) ☑ by Robert Musil

Although published in two volumes it is a single novel. This edition is 1,774 pages in length. I don't have an actual word or character count for this one, but at over 1,700 pages it is undoubtably number two on the list.

› See products from this section at the bottom of the page

## Number One: In Search of Lost Time

In Search of Lost Time: Proust 6-pack (Proust Complete) ☑ by Marcel Proust

This novel, while generally published in several volumes is considered a single novel and is in the Guinness Book of World Records for being the longest novel.

I'm not sure of the exact number of words in the book, but according to Guinness it has a total of 9,609,000 characters (including spaces) which I estimate to be around 3,000,000 words or so (this estimate is due to Clarissa, which is over 1,000,000 words and about one-third the number of pages of In Search of Lost Time, but I'm bad at math so I'm probably off). This novel is approx. 4,800 pages in length.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### Products mentioned include:

### Introduction



**1.** The Stand: Expanded Edition: For the First Time Complete and Uncut (Signet) by Stephen King
Used & New from: $0.01
★★★★½ ☑ (2,461) | 16 customer discussions

[See all buying options] [Add to Wish List]



**2.** The Count of Monte Cristo (Penguin Classics) by Alexander Dumas
$8.75 Used & New from: $2.75
★★★★½ ☑ (1,645) | 8 customer discussions

[Add to Cart] [Add to Wish List]



**3.** Cryptonomicon by Neal Stephenson
$6.18 Used & New from: $0.01
★★★★ ☑ (1,295) | 2 customer discussions

[Add to Cart] [Add to Wish List]



**4.** Sacajawea (Lewis & Clark Expedition) by Anna Lee Waldo
$9.99 Used & New from: $0.01
★★★★½ ☑ (186)

[Add to Cart] [Add to Wish List]



**5.** Shogun by James Clavell
$6.28 Used & New from: $0.01
★★★★★ ☑ (931) | 4 customer discussions

[Add to Cart] [Add to Wish List]



**6.** Gai-Jin by James Clavell
$9.99 Used & New from: $0.01
★★★½ ☑ (200) | 1 customer discussion

[Add to Cart] [Add to Wish List]



**7.** [The Lord of the Rings](#) by Brian Sibley
Used & New from: $42.77
★★★★☆ (6,915) | 27 customer discussions

[See all buying options]  [Add to Wish List]

## Number Ten: Infinite Jest



**8.** [Infinite Jest: A Novel](#) by David Foster Wallace
Used & New from: $1.00
★★★★☆ (802) | 13 customer discussions

[See all buying options]  [Add to Wish List]

## Number Nine: War and Peace



**9.** [War and Peace (Signet Classics)](#) by Leo Tolstoy
Used & New from: $0.01
★★★★☆ (21) | 16 customer discussions

[See all buying options]  [Add to Wish List]

## Number Eight: Les Miserables



**10.** [Les Miserables [Unabridged]](#) by Victor Hugo
Used & New from: $0.01
★★★★☆ (436) | 3 customer discussions

[See all buying options]  [Add to Wish List]

## Number Seven: A Suitable Boy



**11.** [A Suitable Boy](#) by Vikram Seth
Used & New from: $0.01
★★★★☆ (284) | 3 customer discussions

[See all buying options]  [Add to Wish List]

## Number Six: Atlas Shrugged



**12.** [Atlas Shrugged](#) by Ayn Rand
$17.14 Used & New from: $3.00
★★★★☆ (4,930) | 58 customer discussions

[Add to Cart]  [Add to Wish List]

## Number Five: Joseph and His Brothers



**13.** [Joseph and His Brothers: The Stories of Jacob, Young Joseph, Joseph in Egypt, Joseph the Provider](#) by John Woods
$31.95 Used & New from: $25.00
★★★★☆ (41)



[Add to Cart]  [Add to Wish List]

## Number Four: Clarissa



**14.** [Clarissa: Or the History of a Young Lady (Penguin Classics)](#) by Angus Ross
$18.72 Used & New from: $3.83
★★★★☆ (54)

[Add to Cart]  [Add to Wish List]

## Number Three: Mission Earth



**15.** The Invaders Plan (Mission Earth Series, Vol 1)  by L. Ron Hubbard
Used & New from: $0.01
★★★★☆ ☑ (108)

[See all buying options]  [Add to Wish List]



**16.** Black Genesis: Mission Earth Volume 2  by L. Ron Hubbard
Used & New from: $0.01
★★★★☆ ☑ (37)

[See all buying options]  [Add to Wish List]



**17.** The Enemy Within (Mission Earth)  by L. Ron Hubbard
Used & New from: $2.25
★★★★☆ ☑ (18)

[See all buying options]  [Add to Wish List]



**18.** Alien Affair (Mission Earth)  by L. Ron Hubbard
Used & New from: $2.95
★★★★☆ ☑ (23)

[See all buying options]  [Add to Wish List]



**19.** Fortune of Fear: Mission Earth Volume 5  by L. Ron Hubbard
Used & New from: $0.01
★★★★☆ ☑ (24)

[See all buying options]  [Add to Wish List]



**20.** Death Quest: Mission Earth Volume 6  by L. Ron Hubbard
Used & New from: $0.01
★★★☆☆ ☑ (14)

[See all buying options]  [Add to Wish List]



**21.** Voyage of Vengeance: Mission Earth Volume 7  by L. Ron Hubbard
Used & New from: $0.01
★★★★☆ ☑ (19)

[See all buying options]  [Add to Wish List]



**22.** Disaster: Mission Earth Volume 8  by L. Ron Hubbard
Used & New from: $0.01
★★★★☆ ☑ (17)

[See all buying options]  [Add to Wish List]



**23.** Villainy Victorious: Mission Earth Volume 9  by L. Ron Hubbard
Used & New from: $2.89
★★★★☆ ☑ (13)

[See all buying options]  [Add to Wish List]



**24.** [The Doomed Planet (Mission Earth)](#) by L. Ron Hubbard

Used & New from: **$3.12**

⭐⭐⭐☆☆ ☑ ([15](#))

[ See all buying options ]   [ Add to Wish List ]

## Number Two: The Man Without Qualities



**25.** [The Man Without Qualities (2 volume set) [Box set]](#) by Robert Musil

Used & New from: **$44.95**

⭐⭐⭐⭐⭐ ☑ ([17](#))

[ See all buying options ]   [ Add to Wish List ]

## Number One: In Search of Lost Time



**26.** [In Search of Lost Time: Proust 6-pack (Proust Complete)](#) by Marcel Proust

**$72.35** Used & New from: **$50.60**

⭐⭐⭐⭐☆ ☑ ([77](#)) | [1 customer discussion](#)

[ 🛒 Add to Cart ]   [ Add to Wish List ]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## Want the entire guide?

[ 🛒 Add all items to Cart ]   [ Add all items to Wish List ]

---

**More Actions**

| **Discover more about this author** | **Make your own guide** | **View your page on Amazon.com** |
|---|---|---|
| › See all of their So You'd Like to...guides | › Create a So You'd Like to...guide | › Go to Your Profile page |

## Customer Discussions about products in this guide

| Discussion | Replies | Latest Post |
|---|---|---|
| ☑ **The Stand: Expanded Edition: For the First Time Complete and Uncut (Signet) forum**<br>'The Stand' Movie Remake | 103 | 8 days ago |
| ☑ **Infinite Jest: A Novel forum**<br>Reading this on a phone with Kindle app? | 0 | 18 days ago |
| ☑ **Cryptonomicon forum**<br>Hidden codes in this book? | 0 | Mar 9, 2015 |
| ☑ **Atlas Shrugged forum**<br>Why Can't 'Objectivists' Defend Their Beliefs? | 526 | Mar 4, 2015 |
| ☑ **Atlas Shrugged forum**<br>Must be a huge quantity of fake reviews--? | 95 | Mar 4, 2015 |
| ☑ **Atlas Shrugged forum**<br>Why is this book suddenly so popular again? | 1355 | Mar 3, 2015 |
| ☑ **Cryptonomicon forum**<br>Kindle edition breaks a great sentence | 0 | Jan 23, 2015 |
| ☑ **Atlas Shrugged forum**<br>Abridged vs Unabridged Atlas Shrugged CD | 12 | Jan 1, 2015 |
| ☑ **Shogun: A Novel of Japan forum**<br>Kindle typos? | 1 | Dec 30, 2014 |
| ☑ **War and Peace forum**<br>War and Peace--the best or most boring novel ever? | 146 | Dec 1, 2014 |
| ☑ **Atlas Shrugged forum**<br>Kindle Version Spelling and Punctuation Errors | 7 | Oct 27, 2014 |
| ☑ **Atlas Shrugged forum**<br>Kindle price is way too high. | 30 | Oct 1, 2014 |

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon.com Rewards Visa Card | Your Account |
| Investor Relations | Sell Your Services on Amazon | Amazon.com Store Card | Shipping Rates & Policies |
| Press Releases | Sell Your Apps on Amazon | Amazon.com Corporate Credit Line | Amazon Prime |
| Amazon and Our Planet | Become an Affiliate | Shop with Points | Returns & Replacements |
| Amazon in the Community | Advertise Your Products | Credit Card Marketplace | Manage Your Content and Devices |
| Amazon Devices | Self-Publish with Us | Amazon Currency Converter | Help |
| | Become an Amazon Vendor | | |
| | › See all | | |

**amazon.com**

Australia  Brazil  Canada  China  France  Germany  India  Italy  Japan  Mexico  Netherlands  Spain  United Kingdom

| | | | | | | |
|---|---|---|---|---|---|---|
| **6pm**<br>Score deals<br>on fashion brands | **AbeBooks**<br>Rare Books<br>& Textbooks | **ACX**<br>Audiobook Publishing<br>Made Easy | **AfterSchool.com**<br>Kids' Sports, Outdoor<br>& Dance Gear | **Alexa**<br>Actionable Analytics<br>for the Web | **AmazonFresh**<br>Groceries & More<br>Right To Your Door | **Amazon Local**<br>Great Local Deals<br>in Your City |
| **Amazon Home Services**<br>Handpicked Pros<br>Happiness Guarantee | **AmazonSupply**<br>Business, Industrial<br>& Scientific Supplies | **Amazon Web Services**<br>Scalable Cloud<br>Computing Services | **Audible**<br>Download<br>Audio Books | **BeautyBar.com**<br>Prestige Beauty<br>Delivered | **Book Depository**<br>Books With Free<br>Delivery Worldwide | **Casa.com**<br>Kitchen, Storage<br>& Everything Home |
| **ComiXology**<br>Thousands of<br>Digital Comics | **CreateSpace**<br>Indie Print Publishing<br>Made Easy | **Diapers.com**<br>Everything<br>But The Baby | **DPReview**<br>Digital<br>Photography | **East Dane**<br>Designer Men's<br>Fashion | **Fabric**<br>Sewing, Quilting<br>& Knitting | **Goodreads**<br>Book reviews<br>& recommendations |
| **IMDb**<br>Movies, TV<br>& Celebrities | **Junglee.com**<br>Shop Online<br>in India | **Kindle Direct Publishing**<br>Indie Digital Publishing<br>Made Easy | **Look.com**<br>Kids' Clothing<br>& Shoes | **MYHABIT**<br>Private Fashion<br>Designer Sales | **Shopbop**<br>Designer<br>Fashion Brands | **Soap.com**<br>Health, Beauty &<br>Home Essentials |
| **TenMarks.com**<br>Math Activities<br>for Kids & Schools | **VineMarket.com**<br>Everything<br>to Live Life Green | **Wag.com**<br>Everything<br>For Your Pet | **Warehouse Deals**<br>Open-Box<br>Discounts | **Woot!**<br>Discounts and<br>Shenanigans | **Yoyo.com**<br>A Happy Place<br>To Shop For Toys | **Zappos**<br>Shoes &<br>Clothing |

Conditions of Use    Privacy Notice    Interest-Based Ads   © 1996-2015, Amazon.com, Inc. or its affiliates