# Exhibit 3

4/20/2015    Epson WorkForce WF-3520 All-in-One Printer - Specifications | Epson America, Inc.

**Case 6:12-cv-00499-RWS-CMC Document 1937-3 Filed 04/21/15 Page 2 of 6 PageID #: 28312**

Change Region    Enter Search   SEARCH


EXCEED YOUR VISION

PRODUCTS   INK   PAPER   DRIVERS & SUPPORT   EXPLORE EPSON   EPSON STORE   ABOUT

Sign In   Track My Order   My Account   Reorder List   Product Registration   Help   Shopping Cart

**FREE SHIPPING** on **ALL ORDERS***

Home > Products > Epson Printers > All-in-One Printers > WorkForce Printers > Epson WorkForce WF-3520 All-in-One Printer

# Epson WorkForce WF-3520 All-in-One Printer

**Photos**     **Videos**



1 of 2



Front Product Image

View Larger Image

**Estimated Price:**   **$149.99**

Overview    Specifications    Awards & Reviews    User Reviews

IN THIS SECTION:   **Print** | **Copy** | **Scan** | **Fax** | **Paper Handling** | **Ink** | **Connectivity** | **General** | **Notes**

### Print                                                Back to top

**Printing Technology:** 4-color (CMYK) drop-on-demand MicroPiezo® inkjet technology

**Minimum Ink Droplet Size:** 3 droplet sizes, as small as 2 picoliters

**Maximum Print Resolution:** 5760 x 1440 optimized dpi

**ISO Print Speed:**

- Black: 15 ISO ppm[1]
- Color 9.3 ISO ppm[1]

**2-Sided ISO Print Speed:**

- Black 7.4 ISO ppm[1]
- Color 5.4 ISO ppm[1]

### Copy                                                Back to top

**Copy Modes:**

- Color
- Black-and-White
- Draft
- Normal

**Copy Quantity:** 1 – 99 (PC-free)

**Maximum Copy Size:** 8.5" x 14" (PC-free)

**Copy Features:**

- Fit to page
- Automatic reduction and enlargement (25 – 400%)
- Adjustable copy density

### Scan                                                Back to top

**Scanner Type:** Color flatbed / Automatic 2-sided ADF



**Related Products**

**Ink**
Genuine Epson ink for the Epson WorkForce WF-3520 All-in-One Printer

**Specialty Paper**
Genuine Epson specialty paper for the Epson WorkForce WF-3520 All-in-One Printer

**Accessories**
Optional accessories for the Epson WorkForce WF-3520 All-in-One Printer

**Extended Service Plans**
Protect your Epson inkjet printer beyond the standard warranty

4/20/2015     Epson WorkForce WF-3540 All-in-One Printer - Specifications | Epson America, Inc.

Case 6:12-cv-00499-RWS-CMC Document 1637-3 Filed 04/21/15 Page 3 of 6 PageID #: 28313

Scanner Type: Color raster / Flatbed & sheet-fed

Photoelectric Device: Color CIS line sensor

Optical Resolution: 2400 dpi

Hardware Resolution: 1200 x 2400 dpi

Maximum Resolution: 9600 dpi interpolated

Scanner Bit Depth: 48-bit color / 24-bit output

Features:

- Scan-to-PC
- Scan-to-PDF
- Scan-to-email

## Fax

Back to top

Fax Settings: Black-and-white and color

Fax Speed: 33.6 Kbps – as fast as 3 sec per page

Memory: Up to 180 pages

Speed Dials: 100 (max.)

PC Fax: Supported

## Paper Handling

Back to top

PC-Free Paper Support:

- Plain: 8.5" x 11", 8.5" x 14", A4
- Photo: 4" x 6", 5" x 7", 8" x 10", 8.5" x 11", A4, 16:9 wide

Automatic Document Feeder: 30 sheets (Automatic two-sided ADF)

Paper Sizes: 3.5" x 5", 4" x 6", 5" x 7", 8" x 10", 8.5" x 11", A4, A6, half letter, executive, user definable (3.5" – 44" in length)

Maximum Paper Size: 8.5" x 44"

Borderless Sizes: 3.5" x 5", 4" x 6", 5" x 7", 8" x 10", 8.5" x 11", A4, 16:9 wide

Paper Types:

- Plain paper
- EPSON Bright White Paper
- Brochure & Flyer Paper Matte Double-sided
- Presentation Paper Matte
- Premium Presentation Paper Matte
- Premium Presentation Paper Matte Double-sided
- Ultra Premium Presentation Paper Matte
- Photo Paper Glossy
- Premium Photo Paper Glossy
- Premium Photo Paper Semi-gloss
- Ultra Premium Photo Paper Glossy
- Photo Quality Adhesive Sheets
- Iron-on Cool Peel Transfer paper
- Matte Scrapbook Photo Paper (letter)

Envelope Types:

- No. 10
- Plain paper
- Bond paper
- Air mail

Input Paper Capacity: 250 sheets plain paper, 10 envelopes

Secondary Paper Tray Capacity: Rear feed: 1 sheet

## Ink

Back to top

Ink Type: DURABrite Ultra pigment ink (smudge, fade and water resistant)

Ink Palette: Cyan, Magenta, Yellow and Black

Ink Cartridge Configuration: 4 individual ink cartridges

Fade Resistance / Print Longevity: Up to 118 years[2]

Replacement Ink Cartridges:

- 127 Extra High-capacity Black (T127120)
- 127 Extra High-capacity Cyan (T127220)
- 127 Extra High-capacity Magenta (T127320)
- 127 Extra High-capacity Yellow (T127420)
- 127 Extra High-capacity Multi-pack (T127520)

### Support

- Drivers & Downloads
- Support Videos
- FAQs
- Manuals
- Contact Support
- Find Local Service Centers

- 127 Extra High-capacity Multi-pack color (T127520)
- 126 High-capacity Black (T126120)
- 126 High-capacity Cyan (T126220)
- 126 High-capacity Magenta (T126320)
- 126 High-capacity Yellow (T126420)
- 126 High-capacity Multi-pack color (T126520)

See Note[3]

**Ink Yield Information:**

Epson provides ink cartridge yields based on the ISO / IEC 24711 and 24712 standard for inkjet products, which excludes the first installed cartridges.

- High-capacity Black (T126120): About 385 pages
- High-capacity Cyan, Magenta and Yellow (T126220, T126320, T126420): About 470 pages per color
- Extra High-capacity Black (T127120): About 945 pages
- Extra High-capacity Cyan, Magenta and Yellow (T127220, T127320, T127420): About 755 pages

**Click for more information regarding cartridge yields**

## Connectivity           Back to top

**Standard Connectivity:**

- Hi-Speed USB
- Wireless Wi-Fi (802.11 b/g/n)[4]
- Wired Ethernet (10/100 Mbps)

**Printing from a Mobile Device:**

- EPSON Connect: EPSON Email Print, EPSON iPrint™ Mobile App, EPSON Remote Print[5]
- Other: Apple® AirPrint™, Google Cloud Print™

**Supported Memory Cards:**

- Memory Stick Duo™ (With Adapter)
- MagicGate Memory Stick Duo,™
- Memory Stick PRO Duo,™
- Memory Stick PRO-HG Duo
- Memory Stick Micro M2 (With Adapter)
- SD,™
- SDHC
- MiniSD (With Adapter)
- MiniSDHC (With Adapter)
- SDXC,™
- Mini SDXC (With Adapter)
- Micro SDXC
- MicroSD (With Adapter)
- MicroSDHC (With Adapter)
- Multi Media Card
- MMCplus
- MMCmobile RS-MMC (With Adapter)
- MMCmicro (With Adapter)

## General           Back to top

**Operating Systems:**

- Windows® 8 (32-bit, 64-bit)
- Windows 7 (32-bit, 64-bit)
- Windows Vista® (32-bit, 64-bit)
- Windows XP SP3 (32-bit)
- Windows XP Professional x64 Edition
- Mac OS® X 10.5.x, 10.6.x, 10.7.x, 10.8.x[6]

**Display:** 2.5" LCD

**Printer Language:** EPSON ESC/P®-R

**Temperature:**

Operating
- 50° to 95° F (10° to 35° C)
Storage
- -4° to 104° F (-20° to 40° C)

**Humidity:**

Operating
- 20 – 80%
Storage
- 5 – 85% (no condensation)

**Sound Level:** 38 dB(A)

4/20/2015
Epson WorkForce WF-3520 All-in-One Printer - Specifications | Epson America, Inc.

Case 6:12-cv-00499-RWS-CMC Document 1837-3 Filed 04/21/15 Page 5 of 6 PageID #: 28315

**Rated Voltage:** AC 100 – 120V

**Rated Frequency:** 50 – 60 Hz

**Rated Current:** 0.6 Amp

**Power Consumption:**

- Normal mode: Approx. 17 W ISO 24712
- Power off mode: Approx. 0.2 W
- ENERGY STAR® qualified

**Monthly Duty Cycle:** Up to 12,000 pages. Recommended monthly page volume: up to 1000 pages[7]

**Safety Approvals:** Safety standards UL60950, CSA C22.2 No. 60950 EMI FCC Part 15 subpart B class B, CAN/CSA-CEI/IEC CISPR 22 class B

**Telecom Regulations:** FCC Part 68 (U.S.A.), IC/CS03 (Canada)

**Dimensions:**

- Printing: 17.7" x 22.0" x 9.6" (W x D x H)
- Storage: 17.7" x 16.4" x 9.6" (W x D x H)

**Weight:** 19.8 lb

**Software Included:** EPSON printer driver, EPSON Scan, ABBYY® FineReader®[6]

**Country of Origin:** Indonesia

## Notes                                                                 Back to top

[1] ISO ppm is based on ISO/IEC 24734. Black and color print speeds are determined in default, letter-size, single-side mode, in accordance with ISO/IEC 24734. Black and color 2-sided print speeds are determined in letter-size, 2-sided mode, in accordance with ISO/IEC 24734. Actual print times will vary based on system configuration, software, and page complexity. See www.epson.com/ printspeed for details, including complete ISO reports.

[2] Display permanence based on accelerated testing of prints displayed under glass in indoor display conditions; album permanence based on accelerated testing of prints in dark storage conditions. Actual print stability will vary according to media, printed image, display conditions, light intensity, temperature, humidity and atmospheric conditions. Epson does not guarantee the longevity of prints. For maximum print life, display all prints under glass or UV filter or properly store them.

[3] Replacement cartridge yields are based on ISO/IEC 24711 tests in default mode printing continuously. Cartridge yields vary considerably for reasons including images printed, print settings, temperature and humidity. Yields may be lower when printing infrequently or predominantly with one ink color. All ink colors are used for printing and all-in-one maintenance, and all colors have to be installed for printing. For print quality, part of the ink from the included cartridges is used for printer startup and a variable amount of ink remains in the cartridges after the "replace cartridge" signal. For details, see www.epson.com/cartridgeinfo

[4] Wi-Fi certified™; level of performance subject to the range of the router being used. Visit www.wi-fi.org/files/11nbasics_glossary.pdf for more information.

[5] Most features require an Internet connection to the printer, as well as an Internet- and/or email-enabled device. See www.epson.com/connect for a list of EPSON Connect enabled printers and compatible devices and apps.

[6] Some applications and/or functions may not be supported under Mac OS X.

[7] Monthly duty cycle is the highest duty a user could expect in a month, based on near-constant operation of a device of this kind. It is not recommended that the device be run at this duty. For best device performance, run the device at the recommended duty.

Fastest in its class; printing black text in default, 2-sided mode, in accordance with ISO/IEC 24734. Compared to inkjet all-in-ones priced at $199 or less, as of December 2011, based on manufacturers' published rated ISO speeds.

40% less costs vs. laser when compared with best-selling color laser all-in-ones priced at $450 or less, as of February 2012. Calculation based on continuous printing and prices of multi-pack ink cartridges. Actual savings will vary based on print task and use conditions.

Improved durability over the previous model. For more information, go to www.epson.com

70% less power than laser when compared to best-selling, color multifunction laser printers priced at $399 or less as of April 2012. Actual power savings will vary by product model and usage.

See our website for convenient and reasonable recycling options at www.epson.com/recycle

SmartWay is an innovative partnership of the U.S. Environmental Protection Agency that reduces greenhouse gases and other air pollutants and improves fuel efficiency.

**Previous: Overview**                                              **Next: Awards & Reviews**

Case 6:12-cv-00499-RWS-CMC Document 1637-3 Filed 04/21/15 Page 6 of 6 PageID #: 28316

"Estimated Price" is the estimated U.S. price. Dealer Prices may vary. All prices are in U.S. Dollars.

## Sign Up To Get Epson Promotional Emails For News & Exclusive Offers

Email Address
(Required)

First Name
(Optional)

You are providing your consent to Epson America, Inc., doing business as Epson, so that we may send you promotional emails. You may withdraw your consent or view our privacy policy at any time. To contact Epson America, you may write to 3840 Kilroy Airport Way, Long Beach, CA 90806 or call 1-800-463-7766.

OTHER EPSON SITES | CORPORATE INFO | JOBS | CONTACT US | EPSON WORLDWIDE

Privacy Policy | Your California Privacy Rights | Terms of Use | Copyright © 2000-2015 Epson America, Inc.