UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC., et al.,<br><br>    *Defendants*. | CASE NO. 6:12-cv-499-RWS-CMC<br><br>LEAD CASE<br><br>Jury Trial Demanded |

**ORDER GRANTING BLUE SPIKE'S EMERGENCY OPPOSED MOTION TO MODIFY THE SCHEDULING ORDER**

BEFORE THE COURT is Blue Spike, LLC's Emergency Motion to Modify the Scheduling Order. The Court, finding good cause, is of the opinion that Blue Spike, LLC's motion should be GRANTED. The Court finds that the excessive length of Dr. Quackenbush's expert report proffered by Audible Magic is too long to require a response under the current schedule. As such, the Court grants Blue Spike, LLC an extension of 30 days to provide its expert rebuttal reports. Blue Spike, LLC's expert reports will be due May, 21, 2015.

    IT IS SO ORDERED.