# Exhibit 1

Home | Course Calendar | Syllabus | Graduates | Testimonials | Top Performers | Blog | Search

- **MILITARY COURSES**
- Business Courses
- Student Courses
- HomeStudy Courses







Read the WSJ article on ExecuRead

**USA Toll-Free:** 888.439.3287

**USA Toll-Free:** 888.4.ExecuRead

**USA H/Office:** +1.704.451.0525

E-Mail

**Southern Africa Office:**

+27.(0)12.817.2093

E-Mail

**Gauteng South Office**

+27.(0)82.496.6882

E-Mail

Subscribe to our News

ExecuRead
5617 Providence Glen Rd
Charlotte, NC 28270
Phone: 704-844-1064
Email info@execuread.com

#### Speed Reading Facts

- The average person in business reads no faster than people did 100 years ago.
- The average reading speed is 200 to 250 words a minute in non-technical material roughly 2 minutes per page. If you doubt this, test your reading speed - there is a reading speed test elsewhere in this site.
- In technical material, the average reading rate is approx 50 to 75 words a minute roughly 5 to 6 minutes

- per page.
- Total information is doubling every 9 months.
- Therefore we have to process information faster and faster just to maintain our existing knowledge level.
- 500 000 new titles are published each year in the English language alone.
- However, the average American college graduate only reads 5 books in his/her post-college lifetime.
- We therefore end up knowing more and more about less, and less and less about just about everything else.

- **In business**, the average person spends 2 hours a day on work-related information management.
- 90% of this information will be acquired through reading.
- 2 hours per day spent reading is 25% of a workday, 25% of a work-year. On a wage package of $100K including benefits, leave, office overheads, this is a $25K a year cost to the company, PER WORKER.
- To expand a business, you either need more resources (increased overheads) or better utilization of existing resources (increased profits).
- By simply DOUBLING the knowledge management reading rate, you free up at least 1 hour a day. On 20 people, you 'create' an additional 100 man-hours per week AT NO ADDITIONAL COST TO THE COMPANY. We guarantee to at least DOUBLE your rate;  our average is a 5 times increase.
- These additional man-hours are an asset and can be re-invested in acquiring new skills, investigating new opportunities or in overhead cost management.
- In an hourly-billing organization, 100 additional billable hours per week has a profit-potential of $10 000 per week.
- To train 20 people to DOUBLE their knowledge management reading rate, requires a once-only investment of as little as $7,500.
- In the first year alone, this investment will 'create' an additional 5200 man-hours, a 'saving' of $250 000 in knowledge management time and giving you a very substantial return on your investment.
- ExecuRead Clients include Credit Suisse, Bank of America, Coca-Cola, Microsoft, VISA, Capital One.
- Sample Results : a NY Capital Management company increased its reading speed 5-fold from 380wpm to 1914wpm and comprehension 15 percentage points with 10 hours of training.

- **In the Military**, lives depend on the speed and accuracy of the intelligence cycle - from the analysis of collected intel data to the  risk assessment to the risk product report. Too many intel anaylists results in fragmentation of the "big picture". The key is empowering fewer analysts to process larger volumes in intel data.
- ExecuRead clients include the Pentagon, NASA, US Marine Corps, Defence Intelligence Agency, Naval Special Warfare Development Group, US Air Force, US Coast Guard.
- Sample Results : in 2012, a US Naval Intelligence Officer increased his reading speed 16-fold from 250wpm to 4000wpm and comprehension 6 percentage points with 10 hours of training.
- Sample Results : in 2012, a group of 30 DTRA analysts increased their reading speed 5-fold from 344wpm to 1700wpm and comprehension 5 percentage points with 10 hours of training.

- **At college or university**, the average student spends 4 to 5 hours a day reading and studying.
- The cost of a 3-year in-state college degree is approx $40 000.
- The cost of an MBA degree is approx $40 000.
- The cost of failure plus the cost of missed opportunities over a working life-time is considerable.
- To train 20 college students to DOUBLE their knowledge management reading rate, costs as little as $195 per student. We guarantee to at least DOUBLE your rate our average is a 3-5 times increase.
- ExecuRead clients include university business schools at GA State, Georgetown, UVA, UNC, Chicago, Harvard, Lincoln Memorial and the DeBusk College of Osteopathic Medicine.
- Sample Results : in 2011, a group of 13 seminary students and faculty increased their reading speed 5-fold from 370wpm to 1936wpm and comprehension 4 percentage points with 10 hours of training.

- **Sample Results** : in 2011, a group of 34 EMBA students increased their reading speed 6-fold from 214wpm to 1255wpm, without loss of comprehension, with 10 hours of training.

- **For the individual**, you ARE what you READ.
- Reading creates knowledge both specialist and general knowledge.
- Knowledge is wisdom the ability to consider and evaluate new information relative to what is already known.
- Reading creates vocabulary and an increased ability to communicate.
- Reading has been described as "vicariously experiencing life through the eyes of another."
- Reading improves writing skills.

### So what does ExecuRead do for you?

- **ExecuRead increases reading speeds in all types of material and in all media - hardcopy, on computer and on tablets**.
- **With better comprehension, concentration, retention and recall.** Thereby enabling you,
- **To manage the flow of new information, to analyze and assimilate new information in terms of what you want and need,**
- **To maximize on opportunities contained in huge volumes of printed and electronic material.**
- **To communicate information at many times the speed of verbal communication,**
- **To develop rate-to-purpose reading skills,**
- **To develop Mind-mapping skills for better recall and memory,**
- **To develop Note-taking and note-making skills for seminars, meetings and presentations,**
- **To acquire a competitive edge over your competitors,**
- **To achieve Winning Results.**

If you believe that you or your company would benefit from being able to process information more productively and more efficiently, call Dr Bruce Stewart NOW, toll-free, at 888 439 3287 (Call 888 4 ExecuRead) or on his mobile at 704 451 0525

If you want to increase productivity and increases profits, call Dr Bruce Stewart NOW, toll-free, at 888 439 3287 (Call 888 4 ExecuRead) or on his mobile at 704 451 0525

If you want to save TIME and Money, call Dr Bruce Stewart NOW, toll-free, at 888 439 3287 (Call 888 4 ExecuRead) or on his mobile at 704 451 0525

We train people to read 2-10 times faster. See our Course Calendar for Upcoming Public Classes

Privacy Policy | Terms of Use | SiteMap
Downloads | Careers | Business Opportunities | Useful Links | Course Calendar
Copyright © Speed Reading International, Inc., 2015. All Rights Reserved.