# Exhibit 2

Kirk's Amazon.com  Today's Deals  Gift Cards  Sell  Help

Shop by Department ▾ | Search All ▾ | Hello, Kirk Your Account ▾ | Your Prime ▾ | Wish List ▾ | 0 Cart ▾

# So you'd like to... Read the Ten Longest Novels Ever Written

A guide by Cervantes625 ▾ (Indiana)                                   Share with friends

**Products sampled from this guide:**


The Stand: Expanded Edition: For the First Time Complete and Uncut (Signet)


The Count of Monte Cristo (Penguin Classics)


Cryptonomicon

› See all 26 products mentioned in this guide below

## Introduction
This list is generally correct, I believe, but much of it is made from approximations or guesswork. Some of the novels may be out of order a little bit, perhaps a place or two, but I tried to place each book as right as I possibly could. In other words, I'm sure there is a margin of error here.
I tried not to use the page count as the way to determine the length of the novel, but the number of words. Page counts can greatly differ from different publishers and formats. The word count will always remain the same and is therefore the most accurate way to determine length. Occasionally though I couldn't find a word or character count for a novel and I would have to rely on page count alone, this is where approximations come in but I tried my best to get it accurate.
Unless I mention otherwise I haven't personally read the book. I'm just here to inform you on length not quality so if you want to read the book you might want to check out different copies or in the case of non-English books, find the best translations.

I'm trying to update this list from time to time if I find a book I've never heard of that is very long. I haven't heard of every book ever written obviously so there are probably a couple of enourmous volumes out there that should be on the list that I don't know about. If I ever come across them I'll put them on here.

Strong contenders that didn't quite make the top 10: The Stand: Expanded Edition: For the First Time Complete and Uncut (Signet) ▾ by Stephen King (464, 218 words; 1,168 pg.) The Count of Monte Cristo (Penguin Classics) ▾ by Alexandre Dumas (464, 234 words; 1,312 pg.) Cryptonomicon ▾ by Neal Stephenson (1,168 pg.) Sacajawea (Lewis & Clark Expedition) ▾ by Anna L. Waldo (1,424 pg.) Shogun ▾ by James Clavell (1,210 pg.) Gai-Jin ▾ by James Clavell (1,248 pg.) The Lord of the Rings ▾ by J.R.R. Tolkien (?470,000? words; 1,200 pg.)

And Now for the Top Ten Longest Novels

› See products from this section at the bottom of the page

## Number Ten: Infinite Jest

Infinite Jest: A Novel ▾ by David Foster Wallace

Has 479,198 words (Wikipedia) and this specific edition is 1,088 pages in length, making "Infinite Jest" number ten on the list.

› See products from this section at the bottom of the page

## Number Nine: War and Peace

War and Peace (Signet Classics) ▾ by Leo Tolstoy

Probably the most famous novel on this list for being extremely long, it surprisingly didn't even make it into the top five. At 560,000 words (Wikipedia) it still is a gigantic novel. This specific edition is 1,456 pages in length.

---

**About** this Guide
**Author**

Cervantes625 ▾
(Indiana)

**Qualifications:** English Major
**Last updated:** 4/19/07
Report abuse

**More** So You'd Like to...

 
**Immerse yourself in epic stories and engrossing series**: A guide of 37 items by Y. McCloskey "booklover918"

 
**Survive the End of Mankind (Part 2)**: A guide of 38 items by A. Rain


**Explore the idea of mind control?**: A guide of 48 items by Y. McCloskey "booklover918"

 
**Read some of the Best Military Fiction**: A guide of 25 items by Peter Poblano


**Read a book that will keep you up all night trembling?**: A guide of 3 items by BD Nelson-Littrell "BD Nelson"

**Search Guides**
[                    ] 

**More** Listmania!

> See products from this section at the bottom of the page

### Number Eight: Les Miserables

Les Miserables ⊡ by Victor Hugo

I couldn't find a word or character count for "Les Miserables" but with 1,463 pages in this edition it beats out "War and Peace." I am sure that "Les Miserables" is longer because I compared the page count with "War and Peace" both books being by the same publisher (Signet) and of the same size and format.

This is one of the few books on this guide that I have actually read myself and can say that it is excellent. Definitely my favorite novel by a French author. The length may be somewhat daunting but it is worth the effort to read. Like climbing a mountain.

> See products from this section at the bottom of the page

### Number Seven: A Suitable Boy

A Suitable Boy ⊡ by Vikram Seth

With 591,554 words (Wikipedia) "A Suitable Boy" grabs the number seven spot. This specific edition is 1,488 pages in length.

> See products from this section at the bottom of the page

### Number Six: Atlas Shrugged

Atlas Shrugged ⊡ by Ayn Rand

According to Wikipedia this novel has approx. 645,000 words, but I'm not sure if it is quite that many. This specificedition is 1,200 pages in length, so unless it has very small print with almost no margin I doubt if it is quite that length, so this may be higher up on the list than it should be.

> See products from this section at the bottom of the page

### Number Five: Joseph and His Brothers

Joseph and His Brothers: The Stories of Jacob, Young Joseph, Joseph in Egypt, Joseph the Provider ⊡ by Thomas Mann

This edition from everyman's library is 1,536 pages in length. Unknown word or character count.

> See products from this section at the bottom of the page

### Number Four: Clarissa

Clarissa: Or the History of a Young Lady (Penguin Classics) ⊡ by Samuel Richardson

According to Wikipedia this novel has about 5,500,000 characters or somewhere over 1,000,000+ words. This edition by Penguin is 1,536 pages in length. This is conventianally considered the longest novel in English, but that is disputable with the number three candidate.

> See products from this section at the bottom of the page

### Number Three: Mission Earth

The Invaders Plan (Mission Earth Series, Vol 1) ⊡ Black Genesis: Mission Earth Volume 2 ⊡ The Enemy Within (Mission Earth) ⊡ Alien Affair (Mission Earth) ⊡ Fortune of Fear: Mission Earth Volume 5 ⊡ Death Quest: Mission Earth Volume 6 ⊡ Voyage of Vengeance: Mission Earth Volume 7 ⊡ Disaster: Mission Earth Volume 8 ⊡ Villainy Victorious: Mission Earth Volume 9 ⊡ The Doomed Planet (Mission Earth) ⊡ by L. Ron Hubbard

The Mission Earth Series, I know what you are thinking, it is a series not just one novel. Well it is true that it has been published in a whopping 10 volumes, the truth is it was only split up for publication and originally written as a single 1.2 million word novel. This is disputable with Clarissa which as I said is conventionally considered the longest novel in the English language, but if Mission Earth is considered one novel than it would technically beat it.



**My Silver Lining in An Otherwise Cloudy Life**: A list of 10 items by Femme Fatale

**1000+ (plenty of pages to peruse)**: A list of 40 items by blueemerald

**Brilliant Books>>>**: A list of 30 items by Lakonikos

**A different perspective in Business Strategy**: A list of 10 items by Jose Ernesto Passos

**Classic books I have read--List 1**: A list of 37 items by Bibliophile

Search Listmania! [    ] [GO!]

› See products from this section at the bottom of the page

## Number Two: The Man Without Qualities

The Man Without Qualities (2 volume set)  by Robert Musil

Although published in two volumes it is a single novel. This edition is 1,774 pages in length. I don't have an actual word or character count for this one, but at over 1,700 pages it is undoubtubly number two on the list.

› See products from this section at the bottom of the page

## Number One: In Search of Lost Time

In Search of Lost Time: Proust 6-pack (Proust Complete)  by Marcel Proust

This novel, while generally published in several volumes is considered a single novel and is in the Guinness Book of World Records for being the longest novel.

I'm not sure of the exact number of words in the book, but according to Guinness it has a total of 9,609,000 characters (including spaces) which I estimate to be around 3,000,000 words or so (this estimate is due to Clarissa, which is over 1,000,000 words and about one-third the number of pages of In Search of Lost Time, but I'm bad at math so I'm probably off). This novel is approx. 4,800 pages in length.

**Products mentioned include:**

### Introduction


**1.** The Stand: Expanded Edition: For the First Time Complete and Uncut (Signet)  by Stephen King
Used & New from: $0.01
(2,461) | 16 customer discussions


**2.** The Count of Monte Cristo (Penguin Classics)  by Alexander Dumas
$8.75 Used & New from: $2.75
(1,645) | 8 customer discussions


**3.** Cryptonomicon  by Neal Stephenson
$6.18 Used & New from: $0.01
(1,295) | 2 customer discussions


**4.** Sacajawea (Lewis & Clark Expedition)  by Anna Lee Waldo
$9.99 Used & New from: $0.01
(186)


**5.** Shogun  by James Clavell
$6.28 Used & New from: $0.01
(931) | 4 customer discussions


**6.** Gai-Jin  by James Clavell
$9.99 Used & New from: $0.01
(200) | 1 customer discussion



**7.** The Lord of the Rings  by Brian Sibley
Used & New from: $42.77
★★★★½ (6,915) | 27 customer discussions

## Number Ten: Infinite Jest



**8.** Infinite Jest: A Novel  by David Foster Wallace
Used & New from: $1.00
★★★★☆ (802) | 13 customer discussions

## Number Nine: War and Peace



**9.** War and Peace (Signet Classics)  by Leo Tolstoy
Used & New from: $0.01
★★★★½ (21) | 16 customer discussions

## Number Eight: Les Miserables



**10.** Les Miserables [Unabridged]  by Victor Hugo
Used & New from: $0.01
★★★★½ (436) | 3 customer discussions

## Number Seven: A Suitable Boy



**11.** A Suitable Boy  by Vikram Seth
Used & New from: $0.01
★★★★½ (284) | 3 customer discussions

## Number Six: Atlas Shrugged



**12.** Atlas Shrugged  by Ayn Rand
$17.14 Used & New from: $3.00
★★★★☆ (4,930) | 58 customer discussions

## Number Five: Joseph and His Brothers



**13.** Joseph and His Brothers: The Stories of Jacob, Young Joseph, Joseph in Egypt, Joseph the Provider  by John Woods
$31.95 Used & New from: $25.00
★★★★½ (41)

## Number Four: Clarissa



**14.** Clarissa: Or the History of a Young Lady (Penguin Classics)  by Angus Ross
$18.72 Used & New from: $3.83
★★★★☆ (54)

**Number Three: Mission Earth**


**15.** The Invaders Plan (Mission Earth Series, Vol 1)　by L. Ron Hubbard
Used & New from: $0.01
★★★★☆ (108)


**16.** Black Genesis: Mission Earth Volume 2　by L. Ron Hubbard
Used & New from: $0.01
★★★★☆ (37)


**17.** The Enemy Within (Mission Earth)　by L. Ron Hubbard
Used & New from: $2.25
★★★★☆ (18)


**18.** Alien Affair (Mission Earth)　by L. Ron Hubbard
Used & New from: $2.95
★★★★½ (23)


**19.** Fortune of Fear: Mission Earth Volume 5　by L. Ron Hubbard
Used & New from: $0.01
★★★★☆ (24)


**20.** Death Quest: Mission Earth Volume 6　by L. Ron Hubbard
Used & New from: $0.01
★★★½☆ (14)


**21.** Voyage of Vengeance: Mission Earth Volume 7　by L. Ron Hubbard
Used & New from: $0.01
★★★★½ (19)


**22.** Disaster: Mission Earth Volume 8　by L. Ron Hubbard
Used & New from: $0.01
★★★★☆ (17)


**23.** Villainy Victorious: Mission Earth Volume 9　by L. Ron Hubbard
Used & New from: $2.89
★★★★☆ (13)



**24.** The Doomed Planet (Mission Earth)   by L. Ron Hubbard
Used & New from: $3.12
(15)

## Number Two: The Man Without Qualities



**25.** The Man Without Qualities (2 volume set) [Box set]   by Robert Musil
Used & New from: $44.95
(17)

## Number One: In Search of Lost Time



**26.** In Search of Lost Time: Proust 6-pack (Proust Complete)   by Marcel Proust
$72.35 Used & New from: $50.60
(77) | 1 customer discussion

## Want the entire guide?

### More Actions

| Discover more about this author | Make your own guide | View your page on Amazon.com |
|---|---|---|
| › See all of their So You'd Like to…guides | › Create a So You'd Like to…guide | › Go to Your Profile page |

## Customer Discussions about products in this guide

| Discussion | Replies | Latest Post |
|---|---|---|
| **The Stand: Expanded Edition: For the First Time Complete and Uncut (Signet) forum**<br>'The Stand' Movie Remake | 103 | 8 days ago |
| **Infinite Jest: A Novel forum**<br>Reading this on a phone with Kindle app? | 0 | 18 days ago |
| **Cryptonomicon forum**<br>Hidden codes in this book? | 0 | Mar 9, 2015 |
| **Atlas Shrugged forum**<br>Why Can't 'Objectivists' Defend Their Beliefs? | 526 | Mar 4, 2015 |
| **Atlas Shrugged forum**<br>Must be a huge quantity of fake reviews--? | 95 | Mar 4, 2015 |
| **Atlas Shrugged forum**<br>Why is this book suddenly so popular again? | 1355 | Mar 3, 2015 |
| **Cryptonomicon forum**<br>Kindle edition breaks a great sentence | 0 | Jan 23, 2015 |
| **Atlas Shrugged forum**<br>Abridged vs Unabridged Atlas Shrugged CD | 12 | Jan 1, 2015 |
| **Shogun: A Novel of Japan forum**<br>Kindle typos? | 1 | Dec 30, 2014 |
| **War and Peace forum**<br>War and Peace--the best or most boring novel ever? | 146 | Dec 1, 2014 |
| **Atlas Shrugged forum**<br>Kindle Version Spelling and Punctuation Errors | 7 | Oct 27, 2014 |
| **Atlas Shrugged forum**<br>Kindle price is way too high. | 30 | Oct 1, 2014 |

#### Get to Know Us
- Careers
- Investor Relations
- Press Releases
- Amazon and Our Planet
- Amazon in the Community
- Amazon Devices

#### Make Money with Us
- Sell on Amazon
- Sell Your Services on Amazon
- Sell Your Apps on Amazon
- Become an Affiliate
- Advertise Your Products
- Self-Publish with Us
- Become an Amazon Vendor
- › See all

#### Amazon Payment Products
- Amazon.com Rewards Visa Card
- Amazon.com Store Card
- Amazon.com Corporate Credit Line
- Shop with Points
- Credit Card Marketplace
- Amazon Currency Converter

#### Let Us Help You
- Your Account
- Shipping Rates & Policies
- Amazon Prime
- Returns & Replacements
- Manage Your Content and Devices
- Help

Australia | Brazil | Canada | China | France | Germany | India | Italy | Japan | Mexico | Netherlands | Spain | United Kingdom

6pm — Score deals on fashion brands
AbeBooks — Rare Books & Textbooks
ACX — Audiobook Publishing Made Easy
AfterSchool.com — Kids' Sports, Outdoor & Dance Gear
Alexa — Actionable Analytics for the Web
AmazonFresh — Groceries & More Right To Your Door
Amazon Local — Great Local Deals in Your City

Amazon Home Services — Handpicked Pros Happiness Guarantee
AmazonSupply — Business, Industrial & Scientific Supplies
Amazon Web Services — Scalable Cloud Computing Services
Audible — Download Audio Books
BeautyBar.com — Prestige Beauty Delivered
Book Depository — Books With Free Delivery Worldwide
Casa.com — Kitchen, Storage & Everything Home

ComiXology — Thousands of Digital Comics
CreateSpace — Indie Print Publishing Made Easy
Diapers.com — Everything But The Baby
DPReview — Digital Photography
East Dane — Designer Men's Fashion
Fabric — Sewing, Quilting & Knitting
Goodreads — Book reviews & recommendations

IMDb — Movies, TV & Celebrities
Junglee.com — Shop Online in India
Kindle Direct Publishing — Indie Digital Publishing Made Easy
Look.com — Kids' Clothing & Shoes
MYHABIT — Private Fashion Designer Sales
Shopbop — Designer Fashion Brands
Soap.com — Health, Beauty & Home Essentials

TenMarks.com — Math Activities for Kids & Schools
VineMarket.com — Everything to Live Life Green
Wag.com — Everything For Your Pet
Warehouse Deals — Open-Box Discounts
Woot! — Discounts and Shenanigans
Yoyo.com — A Happy Place To Shop For Toys
Zappos — Shoes & Clothing

Conditions of Use | Privacy Notice | Interest-Based Ads | © 1996-2015, Amazon.com, Inc. or its affiliates