# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **BLUE SPIKE, LLC,**　　*Plaintiff*,　v.　**TEXAS INSTRUMENTS, INC.,** *et al.*,　　*Defendants*. | Civil Action No. 12-CV-499-RWS-CMC　LEAD CASE　JURY TRIAL DEMANDED |
| **BLUE SPIKE, LLC,**　　*Plaintiff*,　v.　**SPEECHPRO, INC., and SPEECH TECHNOLOGY CENTER, LLC,**　　*Defendants*. | Civil Action No. 6:13-CV-59　CONSOLIDATED CASE　JURY TRIAL DEMANDED |

## AGREED MOTION TO DISMISS SPEECHPRO, INC. AND SPEECH TECHNOLOGY CENTER, LLC

Plaintiff Blue Spike, LLC, on the one hand, and Defendants SpeechPro, Inc. and Speech Technology Center, LLC ("SpeechPro") on the other, have reached an agreement of the above-captioned matter and have agreed to dismiss the claims, counterclaims, and causes of action between them.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a), Blue Spike, LLC stipulates to the dismissal without prejudice of all claims and causes of action asserted in this case against SpeechPro. SpeechPro stipulates to the dismissal without prejudice of all counterclaims and defenses asserted in this case against Blue Spike, LLC. The parties shall bear their own attorneys' fees, expenses and costs.

Dated: April 22, 2015			Respectfully submitted,


			GILLAM & SMITH, LLP

			*/s/ Melissa R. Smith* _____
			Melissa R. Smith
			State Bar No. 24001351
			303 S. Washington Ave.
			Marshall, Texas 75670
			Telephone:  (903) 934-8450
			Facsimile:  (903) 934-9257
			melissa@gillamsmithlaw.com


			Anthony L. Meola (#7101)
			THE LAW OFFICES OF ANTHONY L. MEOLA
			2500 Westchester Avenue
			Suite 210
			Purchase, New York 10577
			T. (914) 825-1039
			F: (866) 865-8362
			E: ameola@themeolafirm.com


			***ATTORNEYS FOR DEFENDANTS SPEECH TECHNOLOGY CENTER, LLC AND SPEECH PRO, INC.***

        By:   /s/ Randall T. Garteiser
        Randall T. Garteiser
         Lead Attorney
         Texas Bar No. 24038912
         rgarteiser@ghiplaw.com
        Christopher A. Honea
         Texas Bar No. 24059967
         chonea@ghiplaw.com
        Christopher S. Johns
         Texas Bar No. 24044849
         cjohns@ghiplaw.com
        Kirk J. Anderson
         California Bar No. 289043
        Peter S. Brasher
         California Bar No. 283992
        GARTEISER HONEA, P.C.
        218 North College Avenue
        Tyler, Texas 75702
        (903) 705-0828
        (888) 908-4400 fax

*COUNSEL FOR PLAINTIFF*
*BLUE SPIKE, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email.

        */s/ Melissa R. Smith*
        Melissa R. Smith