IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **BLUE SPIKE, LLC** | § | |
| v. | § | No. 6:12cv499 |
| | | (LEAD CASE) |
| **TEXAS INSTRUMENTS, INC., ET AL.** | § | |

**ORDER**

The Court previously ordered that leave of Court must be obtained before any motion for summary judgment may be filed. Before the Court is the letter brief of Counter Defendants Blue Spike LLC, Scott Moskowitz, and Blue Spike, Inc., requesting permission to file a motion for summary judgment with respect to Audible Magic's Counterclaims 9, 10, 11, 12, and 13. Also before the Court is Audible Magic's response.

The Court, having reviewed the relevant briefing, is of the opinion Blue Spike's request for permission to file a summary judgment motion regarding Audible Magic's Counterclaims 9, 10, 11, 12, and 13 should be **GRANTED**.

IT IS SO ORDERED.

SIGNED this 22nd day of April, 2015.

*Caroline M. Craven*
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE