# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC<br>    *Plaintiff*, | §<br>§<br>§ | Civil Action No. 6:12-CV-499 MHS<br><br>LEAD CASE |
| v. | §<br>§ | |
| TEXAS INSTRUMENTS, INC.<br>    *Defendants* | §<br>§ | |

| | | |
|---|---|---|
| BLUE SPIKE, LLC,<br>    *Plaintiff*, | §<br>§ | Civil Action No. 6:12-CV-576 MHS |
| v.<br>AUDIBLE MAGIC CORPORATION, FACEBOOK, INC., MYSPACE, LLC, SPECIFIC MEDIA, LLC, PHOTOBUCKET.COM, INC., DAILYMOTION, INC., DAILYMOTION S.A., SOUNDCLOUD, INC., SOUNDCLOUD LTD., MYXER, INC., QLIPSO, INC., QLIPSO MEDIA NETWORKS LTD., YAP.TV, INC., GOMISO, INC., IMESH, INC., METACAFE, INC., BOODABEE TECHNOLOGIES, INC., TUNECORE, INC., ZEDGE HOLDINGS, INC., BRIGHTCOVE INC., COINCIDENT.TV, INC., ACCEDO BROADBAND NORTH AMERICA, INC., ACCEDO BROADBAND AB, AND MEDIAFIRE, LLC<br>    *Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CONSOLIDATED CASE |

**DECLARATION OF ALYSSA CARIDIS IN SUPPORT OF AUDIBLE MAGIC CORPORATION'S OPPOSITION TO BLUE SPIKE'S EMERGENCY OPPOSED MOTION TO MODIFY THE SCHEDULING ORDER**

1

I, Alyssa Caridis, declare under penalty of perjury that the following is true and correct:

1. I am an attorney at the law firm Orrick, Herrington & Sutcliffe, LLP, counsel of record for defendant Audible Magic Corp. ("Audible Magic"). I have personal knowledge of the facts set forth in this declaration, or access to information and records allowing me to confirm these facts. If called as a witness, I could testify competently to these facts under oath.

2. Attached hereto as **Exhibit 1** is a true and correct copy of correspondence between counsel for Audible Magic, Gabriel Ramsey, Randall Garteiser, and Andrew Perito sent between March 13, 2015 and March 20, 2015.

3. Attached hereto as **Exhibit 2** is a true and correct copy of correspondence between counsel for Audible Magic, Gabriel Ramsey and Alyssa Caridis, and Kirk Anderson, sent on April 17, 2015.

4. Attached hereto as **Exhibit 3** is a true and correct copy of correspondence between counsel for Audible Magic, Alyssa Caridis, and Randall Garteiser sent between April 6, 2015 and April 18, 2015.

5. Attached hereto as **Exhibit 4** is a true and correct copy of correspondence between counsel for Audible Magic, Alyssa Caridis and Gabe Ramsey, Randall Garteiser, Andrew Perito, and Special Master McGovern sent between March 13, 2015 and April 21, 2015.

6. Attached hereto as **Exhibit 5** is a true and correct copy of correspondence between counsel for Audible Magic, Alyssa Caridis, and Randall Garteiser sent between March 25, 2015 and March 30, 2015.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct based on my own personal knowledge.

Executed on April 22, 2015 in Los Angeles, CA.

_____
Alyssa Caridis