# Caridis, Alyssa

| | |
|---|---|
| **From:** | Perito, Andrew <andrew.perito@weil.com> |
| **Sent:** | Friday, March 20, 2015 9:26 AM |
| **To:** | Randall Garteiser; AudibleMagic-BlueSpike; Reines, Edward; Walter Lackey; Eric Findlay |
| **Cc:** | <bluespike@ghiplaw.com> |
| **Subject:** | RE: Getting on the same page with Rebuttal Deadlines |
| **Attachments:** | DRAFT Proposed_Order_Joint_Motion_to_Modify_Scheduling_Order 2015-03-20.docx; DRAFT Joint_Motion_to_Modify_the_Scheduling_Order 2015-03-20.docx |

Hi Randall,

Further to our call, attached are a draft joint motion and proposed order setting forth proposed amended dates. If everyone could please confirm that the parties are in agreement, we can then jointly send to Special Master McGovern so that he can confirm these dates are acceptable to the Court and, if the Court so requires, we can adjust the proposed dates.

Best,
Andrew



**Andrew L. Perito**

Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065-1134
andrew.perito@weil.com
+1 650 802 3993 Direct
+1 650 802 3100 Fax

---

**From:** Randall Garteiser [mailto:rgarteiser@ghiplaw.com]
**Sent:** Wednesday, March 18, 2015 1:27 PM
**To:** AudibleMagic-BlueSpike; Perito, Andrew; Reines, Edward; Walter Lackey; efindlay@findlaycraft.com
**Cc:** <bluespike@ghiplaw.com>
**Subject:** Re: Getting on the same page with Rebuttal Deadlines

Walter and Eric,
My apologies for leaving you off this previous email.


Do the Defendants have any update on Blue Spike's request to set the deadline to exchange rebuttal reports on April 21, 2015?


Please advise.

**Randall Garteiser** / Partner
888.908.4400 x100 / rgarteiser@ghiplaw.com
218 N College Ave, Tyler, TX 75702
44 N San Pedro, San Rafael, CA 94903
http://www.ghiplaw.com

This e-mail message may contain confidential information or information protected by attorney-client privilege, the doctrine of attorney work product or other applicable privileges and protections, and is intended solely for use by the intended recipient. Any unauthorized disclosure, dissemination, distribution, copying or the taking of any action in reliance on the information herein is prohibited. If you are not the intended recipient, please destroy all copies of this message, including your original copy, and contact the sender immediately. We also advise that any federal tax advice provided in this communication is not intended or written to be used, and cannot be used by the recipient or any other taxpayer for the purpose of avoiding tax penalties that may be imposed on the recipient or any other taxpayer, or in promoting, marketing or recommending to another party any transaction or matter addressed herein.

On Mar 16, 2015, at 11:11 PM, Randall Garteiser <rgarteiser@ghiplaw.com> wrote:

Gabe,

Any thoughts on my email below?  I'm not even sure if the parties have a disagreement.

Blue Spike requests April 21 be the deadline due to multiple scheduling conflicts.  We would like to file a stipulation to this effect.  Please advise if Audible Magic and last.fm will oppose or agree.

Be well,
Randall

**Randall Garteiser** / Partner
888.908.4400 x100 / rgarteiser@ghiplaw.com
218 N College Ave, Tyler, TX 75702
44 N San Pedro, San Rafael, CA 94903
http://www.ghiplaw.com

This e-mail message may contain confidential information or information protected by attorney-client privilege, the doctrine of attorney work product or other applicable privileges and protections, and is intended solely for use by the intended recipient. Any unauthorized disclosure, dissemination, distribution, copying or the taking of any action in reliance on the information herein is prohibited. If you are not the intended recipient, please destroy all copies of this message, including your original copy, and contact the sender immediately. We also advise that any federal tax advice provided in this communication is not intended or written to be used, and cannot be used by the recipient or any other taxpayer for the purpose of avoiding tax penalties that may be imposed on the recipient or any other taxpayer, or in promoting, marketing or recommending to another party any transaction or matter addressed herein.

On Mar 13, 2015, at 5:10 PM, Randall Garteiser <rgarteiser@ghiplaw.com> wrote:

Gabe,

Just want to confirm that Audible Magic views the deadline for the rebuttal reports to be April 10, instead of the later April 23 date Blue Spike had previously advocated for.

Also, please advise your understanding of the deadline to file letter briefs for Summary Judgment.  Is that April 23?

**Randall Garteiser**  / Partner
888.908.4400 x100 / rgarteiser@ghiplaw.com
218 N College Ave, Tyler, TX 75702
44 N San Pedro, San Rafael, CA 94903
http://www.ghiplaw.com

This e-mail message may contain confidential information or information protected by attorney-client privilege, the doctrine of attorney work product or other applicable privileges and protections, and is intended solely for use by the intended recipient. Any unauthorized disclosure, dissemination, distribution, copying or the taking of any action in reliance on the information herein is prohibited. If you are not the intended recipient, please destroy all copies of this message, including your original copy, and contact the sender immediately. We also advise that any federal tax advice provided in this communication is not intended or written to be used, and cannot be used by the recipient or any other taxpayer for the purpose of avoiding tax penalties that may be imposed on the recipient or any other taxpayer, or in promoting, marketing or recommending to another party any transaction or matter addressed herein.

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, § | | |
| Plaintiff, § | | |
| § | Civil Action No. 6:12-CV-499 | |
| vs. § | | |
| § | (LEAD CASE) | |
| TEXAS INSTRUMENTS, INC. et al., § | | |
| § | JURY TRIAL DEMANDED | |
| § | | |
| Defendants. § | | |
| § | | |

## ORDER GRANTING JOINT MOTION TO MODIFY THE SCHEDULING ORDER

On this day came for consideration Plaintiff Blue Spike, LLC's and Defendants Audible Magic, Corp. and Last.fm Ltd.'s (herein after the "Parties") Joint Motion to Modify the Scheduling Order. The Court, having reviewed the Motion, finds that the Motion should be, and hereby is, GRANTED.

It is, therefore, ORDERED, ADJUDGED and DECREED that Parties' Joint Motion to Modify the Scheduling Order is GRANTED, and the Scheduling Order (Supplier/Independent Defendants) (Dkt. No. 1332) as follows:

| PRETRIAL EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Deadline to make final election of prior art (¶ 5) | December 15, 2014 | January 15, 2015 |
| Deadline to designate expert witnesses and reports on issues for which the party bears the burden of proof (¶ 5) | January 15, 2015 | March 2, 2015 |
| Deadline to designate expert witnesses and reports on issues for which the party does not bear the burden of proof (¶ 6) | February 16, 2015 | April 21, 2015 |
| Deadline to file letter briefs | March 6, 2015 | April 27, 2015 |

| | | |
|---|---|---|
| regarding dispositive motions (¶ 10) | | |
| Discovery deadline for expert depositions | April 21, 2015 | May 22, 2015 |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
|             Plaintiff, | § | |
| | § | Civil Action No. 6:12-CV-499 |
| vs. | § | |
| | § | (LEAD CASE) |
| TEXAS INSTRUMENTS, INC. et al., | § | |
| | § | JURY TRIAL DEMANDED |
| | § | |
|             Defendants. | § | |
| | § | |

## JOINT MOTION TO MODIFY THE SCHEDULING ORDER

Pursuant to the instructions of Special Master McGovern during a joint telephone conference on December 5, 2014 and subsequent communication on March 20, 2015, Plaintiff Blue Spike, LLC and Defendants Audible Magic, Corp. and Last.fm Ltd. (herein after the "Parties") hereby move the Court to modify the supplier scheduling order (Dkt. No. 1332) and the subsequent order granting Plaintiff's Motion to Modify the Scheduling Order (Dkt. No. 1833) as follows:

| PRETRIAL EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Deadline to make final election of prior art (¶ 5) | December 15, 2014 | January 15, 2015 |
| Deadline to designate expert witnesses and reports on issues for which the party bears the burden of proof(¶ 5) | January 15, 2015 | March 2, 2015 |
| Deadline to designate expert witnesses and reports on issues for which the party does not bear the burden of proof (¶ 6) | February 16, 2015 | April 21, 2015 |
| Deadline to file letter briefs regarding dispositive motions (¶ 10) | March 6, 2015 | April 27, 2015 |

| Discovery deadline for expert depositions | April 21, 2015 | May 22, 2015 |

Dated: <mark>XXXXX</mark>, 2015                    Respectfully submitted,


                                               */s/ Randall T. Garteiser*
                                               Randall T. Garteiser
                                                 Lead Attorney
                                                 Texas Bar No. 24038912
                                                 rgarteiser@ghiplaw.com
                                               Christopher A. Honea
                                                 Texas Bar No. 24059967
                                                 chonea@ghiplaw.com
                                               Christopher S. Johns
                                                 Texas Bar No. 24044849
                                                 cjohns@ghiplaw.com
                                               GARTEISER HONEA, P.C.
                                               218 North College Avenue
                                               Tyler, Texas 75702
                                               (903) 705-0828
                                               (888) 908-4400 Fax

                                               Kirk J. Anderson
                                                 California Bar No. 289043
                                               Peter S. Brasher
                                                 California Bar No. 283992
                                               GARTEISER HONEA, P.C.
                                               44 North San Pedro Road
                                               San Rafael, California 94903
                                               (415) 785-3762
                                               (415) 785-3805 fax

                                               *Counsel for Blue Spike, LLC.*


                                               */s/ Eric H. Findlay*
                                               Eric H. Findlay (Texas Bar No. 00789886)
                                               Walter W. Lackey, Jr. (Texas Bar No. 24050901)
                                               FINDLAY CRAFT, LLP
                                               6760 Old Jacksonville Hwy, Suite 101
                                               Tyler, TX 75703

Telephone: (903) 534-1100
Facsimile: (903) 534-1137
efindlay@findlaycraft.com
wlackey@findlaycraft.com

I. Neel Chatterjee (admitted E.D. Texas)
Gabriel M. Ramsey (admitted E.D. Texas)
ORRICK, HERRINGTON & SUTCLIFFE, LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 614-7400
Facsimile: (650) 614-7401
gramsey@orrick.com
nchatterjee@orrick.com

Alyssa M. Caridis (admitted E.D. Texas)
ORRICK, HERRINGTON & SUTCLIFFE, LLP
777 S. Figueroa St.
Suite 3200
Los Angeles, CA 90017
Telephone: (213) 629-2020
Facsimile: (213) 612-2499
acaridis@orrick.com

Christopher J. Higgins
ORRICK, HERRINGTON & SUTCLIFFE, LLP
1152 15th Street, N.W.
Washington, DC 20005-1706
Telephone: (202) 339-8400
Facsimile: (202) 339-8500
chiggins@orrick.com

*Counsel for Defendants Audible Magic, Corp., Facebook, Inc., Myspace LLC, Specific Media LLC, Photobucket.com, Inc., DailyMotion, Inc., DailyMotion S.A., SoundCloud, Inc., SoundCloud Ltd., Myxer, Inc., Qlipso, Inc., Qlipso Media Networks, Ltd., Yap.tv, Inc., GoMiso, Inc., iMesh, Inc., Metacafe, Inc., Boodabee Technologies, Inc., Zedge Holdings, Inc., Brightcove Inc., Coincident.TV, Inc., Accedo Broadband North America, Inc., Accedo Broadband AB, MediaFire, LLC, WiOffer LLC, and Harmonix Music Systems, Inc.*


*/s/ Edward R. Reines*

Edward R. Reines
Cal. Bar No. 135960 – Admitted to E.D. Texas
Lead Attorney
edward.reines@weil.com
Byron Beebe
Cal. Bar No. 235179 – Admitted to E.D. Texas
byron.beebe@weil.com
Andrew L. Perito
Cal. Bar No. 269995 – Admitted to E.D. Texas
andrew.perito@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

*Counsel for Defendants Last.fm Ltd. and CBS Interactive Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this **JOINT MOTION TO MODIFY THE SCHEDULING ORDER**, *via* the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the XXth day of XXXX, 2015.

*/s/ Eric H. Findlay*
Eric H. Findlay
