# Caridis, Alyssa

| | |
|---|---|
| **From:** | Kirk Anderson <kanderson@ghiplaw.com> |
| **Sent:** | Friday, April 17, 2015 1:26 PM |
| **To:** | Ramsey, Gabriel M.; Caridis, Alyssa |
| **Cc:** | AudibleMagic-BlueSpike; <bluespike@ghiplaw.com>; H Dutton |
| **Subject:** | Meet and confer - Dr. Quackenbush's expert report |

Counsel:

Regarding the meet and confer that Blue Spike has requested for today between 4-6 pm Central or Tuesday 11-1 pm Central on the topic of IBM-related documents Audible Magic failed to produce, please also be prepared to discuss the inappropriate length of Dr. Quackenbush's expert report. Expert reports are intended, among other things, to provide the substance of what an expert will testify to at trial, not bury that testimony in 3600 pages. Dr. Quackenbush's lengthy report does not facilitate the exchange of information as discovery should, especially in this district where streamlined discovery is a paramount concern. Blue Spike insists that Audible Magic reduce the size of Dr. Quackenbush's expert report. If Audible Magic is unwilling to address this issue by correcting the report, Blue Spike will be forced to bring the issue to the court's attention.

Again, please be ready to discuss this issue during the meet and confer.

Best,



Kirk Anderson / Attorney
888.908.4400 x102 / kanderson@ghiplaw.com
218 N College Ave, Tyler, TX 75702
44 N San Pedro, San Rafael, CA 94903
http://www.ghiplaw.com

This e-mail message may contain confidential information or information protected by attorney-client privilege, the doctrine of attorney work product or other applicable privileges and protections, and is intended solely for use by the intended recipient. Any unauthorized disclosure, dissemination, distribution, copying or the taking of any action in reliance on the information herein is prohibited. If you are not the intended recipient, please destroy all copies of this message, including your original copy, and contact the sender immediately. We also advise that any federal tax advice provided in this communication is not intended or written to be used, and cannot be used by the recipient or any other taxpayer for the purpose of avoiding tax penalties that may be imposed on the recipient or any other taxpayer, or in promoting, marketing or recommending to another party any transaction or matter addressed herein.