**Caridis, Alyssa**

| | |
|---|---|
| **From:** | Caridis, Alyssa |
| **Sent:** | Tuesday, April 21, 2015 8:38 PM |
| **To:** | 'Randall Garteiser'; Francis McGovern (mcgovern@law.duke.edu) |
| **Cc:** | Ramsey, Gabriel M.; AudibleMagic-BlueSpike; Reines, Edward; Walter Lackey; Eric Findlay; <bluespike@ghiplaw.com>; H Dutton; 'Perito, Andrew' |
| **Subject:** | RE: Getting on the same page with Rebuttal Deadlines [[Blue Spike]] |

Professor McGovern –

With all due respect and admiration for the work that you are doing in this case, Audible Magic does not believe that this is an issue appropriate for a Special Master's determination. Blue Spike's requested extension affects some of the more important deadlines in the Court's schedule – deadlines which the Court has instructed cannot be modified without leave of the Court itself. In addition, Blue Spike's request is highly inappropriate and prejudicial to Audible Magic. To be perfectly clear, **today** is the parties' agreed-to deadline to serve rebuttal expert reports. Audible Magic has diligently prepared its reports and will be serving them tonight. But now, at the 11th hour, Blue Spike is choosing to completely eschew its obligations and is asking for an unreasonable extension.

As recently as March 23, 2015, Blue Spike agreed to serve *all* of its rebuttal reports today, April 21, 2015. It is important to note that by March 23, Blue Spike had already been in possession of Audible Magic's opening reports for over three weeks. Blue Spike provides no explanation what has happened between March 23 and today that suddenly requires a 30 day extension for its reports. Audible Magic first learned that Blue Spike intended to seek an extension on these reports three days ago – on Saturday, April 18. Either Blue Spike did not bother to begin to prepare its rebuttal reports until last week, or it purposely waited until the last minute to ask for an extension, knowing full well that Audible Magic would have its reports ready to go. Audible Magic is serving its rebuttal reports today. To give Blue Spike an additional 30 days to craft additional reports, including with the full benefit of having Audible Magic's rebuttal reports, would be extremely prejudicial.

The Scheduling Order in this case specifically notes that expert discovery deadlines may only be extended if the extension "**does not affect** the trial setting, dispositive motions deadline, challenges to experts deadline, or pretrial submission deadline." Dkt. 1332 at para 8 (emphasis in original). Blue Spike's proposed change will materially affect those dates, contrary to the Court's mandate (of course, Blue Spike does not even address this point). Specifically, at least the following dates would be affected:
- Deadline to file letter briefs on dispositive motions (including summary judgment, striking experts, and *Daubert*) – current deadline is April 27. Under Blue Spike's proposal, Audible Magic would not even have rebuttal reports before having to file letter briefs.
- Deadline for dispositive motions – current deadline is June 5. Under Blue Spike's proposal, rebuttal reports would be served on May 21. The parties would then have 2 weeks to digest those reports, conduct expert depositions, determine grounds for filing dispositive motions (of course, ignoring that the deadline to file a letter brief had already passed), and brief those issues. Such a condensed schedule is manifestly untenable.
- Pretrial disclosures – currently due August 5. There is no room to move the deadline for dispositive motions without disturbing this and other pre-trial deadlines.

The parties have received clear instruction from the Court that specific dates are set in stone. Blue Spike's requested extension entirely ignores this.

In addition, Mr. Garteiser's e-mail is the first time that Blue Spike has indicated that it will not be serving its rebuttal damages expert report tonight. It is unclear what a "calendaring and distribution issue" even means. It is rather

unbelievable that Blue Spike simply forgot that it had a rebuttal report due today. And even if Blue Spike is to be believed, there is absolutely no explanation why Blue Spike needs 30 days to present a rebuttal damages report.

During today's teleconference, Audible Magic offered Blue Spike an extension on its rebuttal reports until Friday. That is the maximum extension that Blue Spike should be afforded.

Best regards,

Alyssa Caridis

---

**From:** Randall Garteiser [mailto:rgarteiser@ghiplaw.com]
**Sent:** Tuesday, April 21, 2015 6:30 PM
**To:** Francis McGovern (mcgovern@law.duke.edu)
**Cc:** Ramsey, Gabriel M.; AudibleMagic-BlueSpike; Reines, Edward; Walter Lackey; Eric Findlay; <bluespike@ghiplaw.com>; H Dutton
**Subject:** Re: Getting on the same page with Rebuttal Deadlines [[Blue Spike]]

Prof. McGovern:

Since the parties prior stipulated extension request below was not entered into the docket, Blue Spike requests an additional extension on all expert rebuttal reports until May 21. The defendants oppose this request, but we copy them on this email to inform them of our request being made of you.

Based on your authority provided to you by the Court, would you be able to approve this extension to May 21.

Good cause exists as Blue Spike is forced to retain another expert to respond to the 3600 page invalidity report (combination of two reports). Blue Spike is going to disclose Dr. Yannis Papakonstantinou. We are in the process of pulling together his expert disclosure requirements to ascertain if the defendants will move to strike him. Since defendants are relying upon "secret prior art" that's been marked highly confidential and outside attorneys' only, Blue Spike must disclose him under the protective order.

Also, our small firm representing Blue Spike unexpectedly lost a key associate in this litigation, Peter Brasher, without any notice. So we had a calendaring and distribution issue with respect to Audible Magic's damages report for $6 million in counterclaim damages. Blue Spike needs to respond to this report, and as attorneys' for Blue Spike this is an issue that was our fault, not due to any fault of our client. We noticed the oversight after we had a discussion with you last week.

Please let us know if you need to have a conference call with the parties and we will circulate a call-in number.



**Randall Garteiser** / Partner
888.908.4400 x100 / rgarteiser@ghiplaw.com
218 N College Ave, Tyler, TX 75702
44 N San Pedro, San Rafael, CA 94903
http://www.ghiplaw.com

This e-mail message may contain confidential information or information protected by attorney-client privilege, the doctrine of attorney work product or other applicable privileges and protections, and is intended solely for use by the intended recipient. Any unauthorized disclosure, dissemination, distribution, copying or the taking of any action in reliance on the information herein is prohibited. If you are not the intended recipient, please destroy all copies of this message, including your original copy, and contact the sender immediately. We also advise that any federal tax advice provided in this communication is not intended or written to be used, and cannot be used by the recipient or any other taxpayer for the purpose of avoiding tax penalties that may be imposed on the recipient or any other taxpayer, or in promoting, marketing or recommending to another party any transaction or matter addressed herein.



On Mar 23, 2015, at 5:26 PM, Perito, Andrew <andrew.perito@weil.com> wrote:

Prof. McGovern,

Plaintiff and Defendants Last.fm and Audible Magic have reach agreement on proposed modification to the schedules for our cases.  Can you please let us know if these proposed changes are acceptable?  I'm happy to set up a call if there's anything you'd like to discuss.

Best,
Andrew

<image001.jpg>

**Andrew L. Perito**

Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065-1134
andrew.perito@weil.com
+1 650 802 3993 Direct
+1 650 802 3100 Fax

---

**From:** Randall Garteiser [mailto:rgarteiser@ghiplaw.com]
**Sent:** Monday, March 23, 2015 11:40 AM
**To:** Perito, Andrew
**Cc:** Ramsey, Gabriel M.; AudibleMagic-BlueSpike; Reines, Edward; Walter Lackey; efindlay@findlaycraft.com; <bluespike@ghiplaw.com>
**Subject:** Re: Getting on the same page with Rebuttal Deadlines

Agreed.

thanks,

Randall


On Mar 23, 2015, at 1:14 PM, "Perito, Andrew" <andrew.perito@weil.com> wrote:

> Hi Randall, please confirm these dates remain OK on your end so that we can send to Prof. McGovern with the agreement of all parties.  Thank you.
>
> Best,
> Andrew
>
> <image001.jpg>
>
> **Andrew L. Perito**
>
> Weil, Gotshal & Manges LLP
> 201 Redwood Shores Parkway
> Redwood Shores, CA 94065-1134
> andrew.perito@weil.com
> +1 650 802 3993 Direct
> +1 650 802 3100 Fax

**From:** Ramsey, Gabriel M. [mailto:gramsey@orrick.com]
**Sent:** Friday, March 20, 2015 9:28 AM
**To:** Perito, Andrew; Randall Garteiser; AudibleMagic-BlueSpike; Reines, Edward; Walter Lackey; efindlay@findlaycraft.com
**Cc:** <bluespike@ghiplaw.com>
**Subject:** RE: Getting on the same page with Rebuttal Deadlines

Andrew, thank you for circulating this.   These are acceptable to Audible Magic.

Best,
Gabe

**From:** Perito, Andrew [mailto:andrew.perito@weil.com]
**Sent:** Friday, March 20, 2015 9:26 AM
**To:** Randall Garteiser; AudibleMagic-BlueSpike; Reines, Edward; Walter Lackey; Eric Findlay
**Cc:** <bluespike@ghiplaw.com>
**Subject:** RE: Getting on the same page with Rebuttal Deadlines

Hi Randall,

Further to our call, attached are a draft joint motion and proposed order setting forth proposed amended dates.  If everyone could please confirm that the parties are in agreement, we can then jointly send to Special Master McGovern so that he can confirm these dates are acceptable to the Court and, if the Court so requires, we can adjust the proposed dates.

Best,
Andrew

<image001.jpg>

**Andrew L. Perito**

Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065-1134
andrew.perito@weil.com
+1 650 802 3993 Direct
+1 650 802 3100 Fax

**From:** Randall Garteiser [mailto:rgarteiser@ghiplaw.com]
**Sent:** Wednesday, March 18, 2015 1:27 PM
**To:** AudibleMagic-BlueSpike; Perito, Andrew; Reines, Edward; Walter Lackey; efindlay@findlaycraft.com
**Cc:** <bluespike@ghiplaw.com>
**Subject:** Re: Getting on the same page with Rebuttal Deadlines

Walter and Eric,
My apologies for leaving you off this previous email.


Do the Defendants have any update on Blue Spike's request to set the deadline to exchange rebuttal reports on April 21, 2015?

4

Please advise.

&lt;image002.jpg&gt;   **Randall Garteiser** / Partner
888.908.4400 x100 / rgarteiser@ghiplaw.com
218 N College Ave, Tyler, TX 75702
44 N San Pedro, San Rafael, CA 94903
http://www.ghiplaw.com

This e-mail message may contain confidential information or information protected by attorney-client privilege, the doctrine of attorney work product or other applicable privileges and protections, and is intended solely for use by the intended recipient. Any unauthorized disclosure, dissemination, distribution, copying or the taking of any action in reliance on the information herein is prohibited. If you are not the intended recipient, please destroy all copies of this message, including your original copy, and contact the sender immediately. We also advise that any federal tax advice provided in this communication is not intended or written to be used, and cannot be used by the recipient or any other taxpayer for the purpose of avoiding tax penalties that may be imposed on the recipient or any other taxpayer, or in promoting, marketing or recommending to another party any transaction or matter addressed herein.

&lt;image002.jpg&gt;&lt;image002.jpg&gt;&lt;image002.jpg&gt;

On Mar 16, 2015, at 11:11 PM, Randall Garteiser <rgarteiser@ghiplaw.com> wrote:

Gabe,

Any thoughts on my email below? I'm not even sure if the parties have a disagreement.

Blue Spike requests April 21 be the deadline due to multiple scheduling conflicts. We would like to file a stipulation to this effect. Please advise if Audible Magic and last.fm will oppose or agree.

Be well,
Randall

&lt;image002.jpg&gt;   **Randall Garteiser** / Partner
888.908.4400 x100 / rgarteiser@ghiplaw.com
218 N College Ave, Tyler, TX 75702
44 N San Pedro, San Rafael, CA 94903
http://www.ghiplaw.com

This e-mail message may contain confidential information or information protected by attorney-client privilege, the doctrine of attorney work product or other applicable privileges and protections, and is intended solely for use by the intended recipient. Any unauthorized disclosure, dissemination, distribution, copying or the taking of any action in reliance on the information herein is prohibited. If you are not the intended recipient, please destroy all copies of this message, including your original copy, and contact the sender immediately. We also advise that any federal tax advice provided in this communication is not intended or written to be used, and cannot be used by the recipient or any other taxpayer for the purpose of avoiding tax penalties that may be imposed on the recipient or any other taxpayer, or in promoting, marketing or recommending to another party any transaction or matter addressed herein.

&lt;image002.jpg&gt;&lt;image002.jpg&gt;&lt;image002.jpg&gt;

On Mar 13, 2015, at 5:10 PM, Randall Garteiser <rgarteiser@ghiplaw.com> wrote:

Gabe,

Just want to confirm that Audible Magic views the deadline for the rebuttal reports to be April 10, instead of the later April 23 date Blue Spike had previously advocated for.

Also, please advise your understanding of the deadline to file letter briefs for Summary Judgment. Is that April 23?

<image002.jpg>

**Randall Garteiser** / Partner
888.908.4400 x100 / rgarteiser@ghiplaw.com
218 N College Ave, Tyler, TX 75702
44 N San Pedro, San Rafael, CA 94903
http://www.ghiplaw.com

This e-mail message may contain confidential information or information protected by attorney-client privilege, the doctrine of attorney work product or other applicable privileges and protections, and is intended solely for use by the intended recipient. Any unauthorized disclosure, dissemination, distribution, copying or the taking of any action in reliance on the information herein is prohibited. If you are not the intended recipient, please destroy all copies of this message, including your original copy, and contact the sender immediately. We also advise that any federal tax advice provided in this communication is not intended or written to be used, and cannot be used by the recipient or any other taxpayer for the purpose of avoiding tax penalties that may be imposed on the recipient or any other taxpayer, or in promoting, marketing or recommending to another party any transaction or matter addressed herein.

<image002.jpg><image002.jpg><image002.jpg>

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

---

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If

you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us

immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*

<DRAFT Joint_Motion_to_Modify_the_Scheduling_Order 2015-03-23.docx><DRAFT Proposed_Order_Joint_Motion_to_Modify_Scheduling_Order 2015-03-23.docx>