## Caridis, Alyssa

| | |
|---|---|
| **From:** | Randall Garteiser <rgarteiser@ghiplaw.com> |
| **Sent:** | Monday, March 30, 2015 8:58 AM |
| **To:** | Caridis, Alyssa |
| **Cc:** | <bluespike@ghiplaw.com>; AudibleMagic-BlueSpike; Walter Lackey; Eric Findlay |
| **Subject:** | Re: Blue Spike v Audible Magic -- Document |
| **Attachments:** | 1694-11 Exhibit 9.pdf |

Hear you go Alyssa.

Blue Spike was served with discovery requests but Peter has had to leave for family reasons.  Could you please provide Blue Spike a copy of that discovery, which included from RFAs as he is not reachable right now and we don't want another calendaring mishap.

Thanks in advance for your professionalism.

Randy,



**Randall Garteiser** / Partner
888.908.4400 x100 / rgarteiser@ghiplaw.com
218 N College Ave, Tyler, TX 75702
44 N San Pedro, San Rafael, CA 94903
http://www.ghiplaw.com

This e-mail message may contain confidential information or information protected by attorney-client privilege, the doctrine of attorney work product or other applicable privileges and protections, and is intended solely for use by the intended recipient. Any unauthorized disclosure, dissemination, distribution, copying or the taking of any action in reliance on the information herein is prohibited. If you are not the intended recipient, please destroy all copies of this message, including your original copy, and contact the sender immediately. We also advise that any federal tax advice provided in this communication is not intended or written to be used, and cannot be used by the recipient or any other taxpayer for the purpose of avoiding tax penalties that may be imposed on the recipient or any other taxpayer, or in promoting, marketing or recommending to another party any transaction or matter addressed herein.



On Mar 30, 2015, at 10:35 AM, Caridis, Alyssa <acaridis@orrick.com> wrote:

Randall –

We are still waiting a response to this request.

Alyssa

**From:** Randall Garteiser [mailto:rgarteiser@ghiplaw.com]
**Sent:** Wednesday, March 25, 2015 10:33 PM
**To:** Caridis, Alyssa
**Cc:** <bluespike@ghiplaw.com>; AudibleMagic-BlueSpike; Walter Lackey; Eric Findlay
**Subject:** Re: Blue Spike v Audible Magic -- Document

Sure, confirming delivery of your request.  We will look into this and let you know tomorrow.

Be well,
Randall

On Mar 25, 2015, at 9:23 PM, "Caridis, Alyssa" <acaridis@orrick.com> wrote:

> Counsel –
>
> Blue Spike's damages report references a document Bates stamped SHZM00038664-SHZM00038764.  We do not believe we have a copy of this document.  Please produce this immediately, or let us know where in Blue Spike's production this document was already provided.
>
> Alyssa
>
> <image001.gif><image002.gif>
>
> **ALYSSA CARIDIS**
> *Intellectual Property*
> Senior Associate
>
> ORRICK, HERRINGTON & SUTCLIFFE LLP
> 777 South Figueroa Street
> Suite 3200
> Los Angeles, CA 90017
>
> tel (213) 612-2372
> fax 1-213-612-2499
> acaridis@orrick.com
>
> www.orrick.com
>
> **NOTICE TO RECIPIENT |** This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.
>
> For more information about Orrick, please visit *http://www.orrick.com*
>
> This email has been scanned for email related threats and delivered safely by Mimecast.
> For more information please visit http://www.mimecast.com

**NOTICE TO RECIPIENT |** This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com