# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC,<br>　　*Plaintiff*,<br>v.<br>TEXAS INSTRUMENTS, INC.<br>　　*Defendants*. | §§§§§§§§§§ | Civil Action No. 6:12-CV-499-MHS<br><br>(LEAD CASE)<br><br>JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC,<br>　　*Plaintiff*<br>v.<br>AUDIBLE MAGIC CORPORATION, ET AL.<br>　　*Defendants* | §§§§§§§§§§§§ | Civil Action No. 6:12-CV-576-MHS<br><br>(CONSOLIDATED WITH 6:12-CV-499)<br>JURY TRIAL DEMANDED |

## ORDER REGARDING BLUE SPIKE'S EMERGENCY OPPOSED MOTION TO MODIFY THE SCHEDULING ORDER

This matter came before the undersigned on Plaintiff Blue Spike's Emergency Opposed Motion to Modify the Scheduling Order ("Plaintiff's Motion"). (Dkt. No. 1938.) Based on the submissions of the Parties and the entire record of this case, IT IS HEREBY ORDERED that:

Plaintiff's Motion is DENIED.