UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Blue Spike, LLC<br><br>      Plaintiff,<br><br>v.<br><br>Texas Instruments, Inc., *et al.*,<br><br>      Defendants. | Case No. 6:12-CV-499-RWS-CMC<br><br>LEAD CASE<br><br>(Consolidated from 6:12-CV-526) |
| Blue Spike, LLC<br><br>      Plaintiff,<br><br>v.<br><br>Viggle Inc.,<br><br>      Defendant. | Case No. 6:12-CV-526<br><br>CONSOLIDATED CASE |

## STIPULATION OF DISMISSAL

Plaintiff Blue Spike, LLC, on the one hand, and defendant Viggle Inc., on the other, have reached a settlement of the above-captioned matter and have agreed to dismiss the claims, counterclaims, and causes of action between them.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Blue Spike, LLC stipulates to the dismissal with prejudice of all claims and causes of action asserted in this case against defendant Viggle Inc. Defendant Viggle Inc. stipulates to the dismissal with prejudice of all counterclaims and defenses asserted in this case against Blue Spike, LLC. The parties shall bear their own attorneys' fees, expenses and costs.

Dated: April 23, 2015

*/s/ Eric H. Findlay*
Jordan A. Sigale
Dunlap Codding PC
222 W. Merchandise Mart Plaza
Suite 1225
Chicago, IL  60654
Telephone:  312-651-6744
Facsimile:  312-546-6284
jsigale@dunlapcodding.com

Eric H. Findlay
State Bar No. 00789886
Walter W. Lackey, Jr.
Texas Bar No. 24050901
Findlay Craft, P.C.
102 N. College Ave.
Suite 900
Tyler, Texas 75702
(903) 534-1100 (Office)
(903) 534-1137 (Facsimile)
efindlay@findlaycraft.com (Email)

*Attorneys for Defendant Viggle Inc.*

Respectfully submitted,

/s/ Randall Garteiser
Randall T. Garteiser
Lead Attorney
Texas Bar No. 24038912
rgarteiser@ghiplaw.com
Christopher A. Honea
Texas Bar No. 24059967
chonea@ghiplaw.com
Christopher S. Johns
Texas Bar No. 24044849
cjohns@ghiplaw.com
Kirk J. Anderson
CA Bar No. 289043
Peter S. Brasher
CA Bar No. 283992
GARTEISER HONEA, P.C.
218 North College Avenue
Tyler, TX 75702
903/705-7420
888/908-4400 fax

*Attorneys for Plaintiff Blue Spike*

## **CERTIFICATE OF SERVICE**

I hereby certify that the all counsel of record who are deemed to have consented to electronic service are being served on April 23, 2015, with a copy of this document *via* electronic mail.

/s/ Eric H. Findlay
Eric H. Findlay