# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC,<br>*Plaintiff*,<br>v.<br>TEXAS INSTRUMENTS, INC.<br>*Defendants*. | § § § § § § § § § § | Civil Action No. 6:12-CV-499-MHS<br><br>(LEAD CASE)<br><br>JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC,<br>*Plaintiff*<br>v.<br>AUDIBLE MAGIC CORPORATION, ET AL.<br>*Defendants* | § § § § § § § § § § § § | Civil Action No. 6:12-CV-576-MHS<br><br>(CONSOLIDATED WITH 6:12-CV-499)<br>JURY TRIAL DEMANDED |

**ORDER REGARDING BLUE SPIKE'S MOTION TO STRIKE EXPERT REPORT OF DR. SCHUYLER QUACKENBUSH REGARDING INVALIDITY**

This matter came before the undersigned on Plaintiff Blue Spike's Motion to Strike Expert Report of Dr. Schuyler Quackenbush Regarding Invalidity ("Plaintiff's Motion"). (Dkt. No. 1939.) Based on the submissions of the Parties and the entire record of this case, IT IS HEREBY ORDERED that:

Plaintiff's Motion is DENIED.