# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br>　　*Plaintiff*,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC.<br>　　*Defendants*. | Civil Action No. 6:12-CV-499-MHS<br><br>(LEAD CASE)<br><br>JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC,<br>　　*Plaintiff*,<br><br>v.<br><br>AUDIBLE MAGIC CORPORATION, ET AL.<br>　　*Defendants*. | Civil Action No. 6:12-CV-576-MHS<br><br>(CONSOLIDATED WITH 6:12-CV-499)<br>JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC,<br>　　*Plaintiff*,<br><br>v.<br><br>CBS CORP., and LAST.FM LTD.,<br>　　*Defendants* | Civil Action No. 6:12-CV-594<br><br>(CONSOLIDATED WITH 6:12-CV-499)<br>JURY TRIAL DEMANDED |

**DECLARATION OF ALYSSA CARIDIS IN SUPPORT OF DEFENDANTS' OPPOSITION TO BLUE SPIKE'S MOTION TO STRIKE EXPERT REPORT OF DR. SCHUYLER QUACKENBUSH REGARDING INVALIDITY**

I, Alyssa Caridis, declare under penalty of perjury that the following is true and correct:

1. I am an attorney at the law firm Orrick, Herrington & Sutcliffe, LLP, counsel of record for defendant Audible Magic Corp. ("Audible Magic"). I have personal knowledge of the facts set forth in this declaration, or access to information and records allowing me to confirm these facts. If called as a witness, I could testify competently to these facts under oath.

2. Attached hereto as **Exhibit 1** is a true and correct copy of correspondence between counsel for Audible Magic, Alyssa Caridis, and counsel for Blue Spike sent on April 22, 2015.

3. Attached hereto as **Exhibit 2** is a true and correct copy of correspondence sent by Audible Magic, Alyssa Caridis, to counsel for Blue Spike, sent on April 6, 2015.

4. Attached hereto as **Exhibit 3** is a true and correct copy of correspondence sent by counsel for Blue Spike, Randall Garteiser, to counsel for Audible Magic sent on January 14, 2015.

5. Attached hereto as **Exhibit 4** is a true and correct copy of correspondence between counsel for Audible Magic, Gabe Ramsey, and Randall Garteiser sent between January 6, 2015 and January 12, 2015.

6. Attached hereto as **Exhibit 5** is a detailed table of contents for the Expert Report of Dr. Schuyler Quackenbush.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct based on my own personal knowledge.

Executed on April 23, 2015 in Los Angeles, CA.

_____
Alyssa Caridis

2