# EXHIBIT 1

## Caridis, Alyssa

| | |
|---|---|
| **From:** | Caridis, Alyssa |
| **Sent:** | Wednesday, April 22, 2015 10:52 AM |
| **To:** | <bluespike@ghiplaw.com> |
| **Cc:** | AudibleMagic-BlueSpike; Walter Lackey; Eric Findlay; Andrew Perito; Reines, Edward |
| **Subject:** | FW: Activity in Case 6:12-cv-00499-RWS-CMC Blue Spike, LLC v. Texas Instruments, Inc. Motion to Strike |

Counsel –

We are in receipt of the motion that Blue Spike filed last night and again today.  It is clear that this is a dispositive *Daubert* Motion / Motion to Strike and therefore requires a letter brief pursuant to paragraph 10 of the scheduling order.  Accordingly, Audible Magic does not believe that the brief was filed appropriately.  Please immediately withdraw this motion, or explain Blue Spike's grounds – by the close of business today – for contending that it is properly before the Court at this time.

Alyssa

**From:** txedCM@txed.uscourts.gov [mailto:txedCM@txed.uscourts.gov]
**Sent:** Wednesday, April 22, 2015 8:22 AM
**To:** txedcmcc@txed.uscourts.gov
**Subject:** Activity in Case 6:12-cv-00499-RWS-CMC Blue Spike, LLC v. Texas Instruments, Inc. Motion to Strike

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court [LIVE]**

**Eastern District of TEXAS**

## Notice of Electronic Filing

The following transaction was entered by Garteiser, Randall on 4/22/2015 at 10:22 AM CDT and filed on 4/22/2015

| | |
|---|---|
| **Case Name:** | Blue Spike, LLC v. Texas Instruments, Inc. |
| **Case Number:** | 6:12-cv-00499-RWS-CMC |
| **Filer:** | Blue Spike, LLC |
| **Document Number:** | 1939 |

**Docket Text:**
**MOTION to Strike *Defendants' Expert Report by Dr. Quackenbush opining on invalidity for***

1

*3,676 pages* by Blue Spike, LLC. (Attachments: # (1) Ex 1, # (2) Ex 2, # (3) Ex 3, # (4) Text of Proposed Order Granting Plaintiff's Motion to Strike Defendants' Expert Report by Dr. Quackenbush opining on invalidity for 3,676 pages)(Garteiser, Randall)

**6:12-cv-00499-RWS-CMC Notice has been electronically mailed to:**

Alan H Blankenheimer     ablankenheimer@cov.com, ceppich@cov.com, mkapuscinska@cov.com, vvelasquez@cov.com

Allen Franklin Gardner     allengardner@potterminton.com, nicolewinningham@potterminton.com

Alyssa Margaret Caridis     acaridis@orrick.com, sfischer@orrick.com

Andrew Louis Perito     andrew.perito@weil.com, karen.gotelli@weil.com

Anthony L Meola     ameola@themeolafirm.com, antmeola@hotmail.com

Bryan Alexander Kohm     bkohm@fenwick.com, anolen@fenwick.com

Byron C Beebe     byron.beebe@weil.com

C. Gideon Korrell     gideon.korrell@snrdenton.com, andrea.ivan@dentons.com, docket.general.lit.sf@dentons.com, jocasta.wong@dentons.com, maria.cuevas-banda@snrdenton.com

Carrie J Richey     crichey@cooley.com, jmccluskey@cooley.com

Christopher A Honea     chonea@ghiplaw.com, bluespike@ghiplaw.com, cjensen@ghiplaw.com, litigation@sftrialattorneys.com, rgarteiser@ghiplaw.com

Christopher James Higgins     chiggins@orrick.com

Christopher S Johns     cjohns@jmehlaw.com

Christopher M Swickhamer (Terminated)     cswickhamer@loeb.com, mmarshall@loeb.com

Clay Erik Hawes     ehawes@morganlewis.com, mlbhofilings@morganlewis.com, rchambers@morganlewis.com

Cliff Allan Maier     cmaier@mayerbrown.com

Corey R Houmand     choumand@morganlewis.com, dmedina@morganlewis.com

Daniel Johnson , Jr     djjohnson@morganlewis.com, mdoris@morganlewis.com, mjensen@morganlewis.com, rlapena@morganlewis.com, tmajidian@morganlewis.com

Daniel Alan Noteware , Jr     dannynoteware@potterminton.com

Daniel T Conrad     dtconrad@jonesday.com

Darren E Donnelly     ddonnelly@fenwick.com, emancera@fenwick.com

David Folsom     dfolsom@jw.com, smontgomery@jw.com

David Ellis Dobbs     david@davidedobbs.com, awharton@davidedobbs.com, mflowers@davidedobbs.com

David G Leason     leason@leaonellis.com, inquiries@leasonellis.com

David M Lacy Kusters     dlacykusters@fenwick.com, anolen@fenwick.com

Deron R Dacus     ddacus@dacusfirm.com, dadams@dacusfirm.com, evanderburg@dacusfirm.com

Dion M Bregman     dbregman@morganlewis.com, sballbach@morganlewis.com

Edward D Johnson     wjohnson@mayerbrown.com, kneale@mayerbrown.com, pdocket@mayerbrown.com

Edward R Reines     edward.reines@weil.com, edna.ang@weil.com, Karen.Gotelli@Weil.com, mimi.mentzer@weil.com

Eric Hugh Findlay     efindlay@findlaycraft.com, bcraft@findlaycraft.com, dgunter@findlaycraft.com, mfindlay@findlaycraft.com, ncadenhead@findlaycraft.com, shene@findlaycraft.com

Eugene Y Mar     emar@fbm.com, calendar@fbm.com, mclaros@fbm.com

Francis McGovern     mcgovern@law.duke.edu

G William Foster     billy.foster@kirkland.com

Gabriel M Ramsey     gramsey@orrick.com, evu@orrick.com, jcamaya@orrick.com

Gary Bruce Solomon     gary.solomon@snrdenton.com

Heidi Lyn Keefe     hkeefe@cooley.com, jmcintosh@cooley.com

Ian Nicholas Ramage     iramage@ghiplaw.com, iramage@ramagelaw.net

Indra Neel Chatterjee     nchatterjee@orrick.com, kmudurian@orrick.com

J Daniel Harkins     dharkins@coxsmith.com, hinocenc@coxsmith.com

James Vincent Fazio , III     jamesfazio@sandiegoiplaw.com

Janna K Fischer     jfischer@cooley.com, ccovington@cooley.com, jspalding@cooley.com

Jeffrey Mark Fisher     jfisher@fbm.com, renterig@fbm.com

Jo Dale Carothers     jdcarothers@cov.com, echiulos@cov.com, mspringer@cov.com

Jordan A Sigale     jsigale@dunlapcodding.com, joseland@dunlapcodding.com, litigation@dunlapcodding.com

Joshua Paul Larsen     joshua.larsen@btlaw.com, charlotte.stamas@btlaw.com

Kathleen Danielle Lynott     kdlynott@jonesday.com

Kenneth Michael Motolenich-Salas     kmotolenich@weissiplaw.com, gmarinelli@weissiplaw.com, kmotolen@yahoo.com, sking@weissiplaw.com

Kirk Anderson     kanderson@ghiplaw.com, bluespike@ghiplaw.com, chonea@ghiplaw.com, cjensen@ghiplaw.com, litigation@sftrialattorneys.com, rgarteiser@ghiplaw.com

Lana H Carnel (Terminated)     lcarnel@loeb.com, lpellot@loeb.com

Laura Ann Wytsma (Terminated)     lwytsma@loeb.com, lawytsma@sbcglobal.net

Lindsey M Shinn     lshinn@morganlewis.com, dmedina@morganlewis.com

Marc Norman Henschke (Terminated)     mhenschke@foley.com, afreedman@foley.com

Maria A Maras     maria.maras@kirkland.com, cassandra.milleville@kirkland.com, chris.pavlovich@kirkland.com

Mark R Weinstein     mweinstein@cooley.com, lfass@cooley.com, patricia.russell@cooley.com

Matthew B Lowrie     mlowrie@foley.com, cdownie@foley.com, dwillis@foley.com, vrios@foley.com

Melissa Richards Smith     melissa@gillamsmithlaw.com, ecfnotices.gsl@gmail.com, gsl.office@gillamsmithlaw.com, gsldocket@gillamsmithlaw.com, wrlamb@gillamsmithlaw.com

Michael E Jones     mikejones@potterminton.com, jovallery@potterminton.com

Michael Ira Burton     michael.burton@sftrialattorneys.com

Molly Anne Jones     mjones@ghiplaw.com

Orion Armon     oarmon@cooley.com, ccovington@cooley.com, jinghram@cooley.com, plenihan@cooley.com

Paul B Hunt     paul.hunt@btlaw.com, cstamas@btlaw.com, lori.robertson@btlaw.com

Peter Aaron Kerr     pkerr@dacusfirm.com, dadams@dacusfirm.com, evanderburg@dacusfirm.com

Peter Stuart Brasher     pbrasher@ghiplaw.com, chonea@ghiplaw.com, cjensen@ghiplaw.com, litigation@sftrialattorneys.com, rgarteiser@ghiplaw.com

Qian Huang     qian.huang@pillsburylaw.com, allie.bernardo@pillsburylaw.com, heather.neese@snrdenton.com, sharon.norwood@snrdenton.com

Quinncy N McNeal     qmcneal@mayerbrown.com, houstondocket@mayerbrown.com, qmcneal@yahoo.com

Randall T Garteiser     rgarteiser@ghiplaw.com, bluespike@ghiplaw.com, chonea@ghiplaw.com, cjensen@ghiplaw.com, litigation@sftrialattorneys.com

Reid E Dammann     r.dammann@mpglaw.com, j.turgeon@mpglaw.com

Richard S Zembek     rzembek@fulbright.com, adevereux@fulbright.com

Robert Ames Huntsman     bobh@huntsmanlg.com, ecf@huntsmanlg.com

Robert F. Kramer     robert.kramer@dentons.com, adriana.cole@dentons.com, Docket.General.Lit.SF@dentons.com, jill.beatty@dentons.com

Robert L Greeson     robert.greeson@nortonrosefulbright.com

Roger Brian Craft     bcraft@findlaycraft.com, ncadenhead@findlaycraft.com, nvasquez@findlaycraft.com, shene@findlaycraft.com

Ronald S Wynn     rwynn@hansonbridgett.com

Russell E Levine     russell.levine@kirkland.com

Sara J Bradford     sbradford@cooley.com, ccovington@cooley.com, lharveyjones@cooley.com

Scott Edward Woloson     scott@scottwolosonlaw.com, sewoloson@sbcglobal.net

Stephanie Rene' Barnes     stephaniebarnes@siebman.com, lauraburg@siebman.com

Steven J Corr     sjcorr@jonesday.com, lmurray@jonesday.com, tlee@jonesday.com

Tharan Gregory Lanier     tglanier@jonesday.com

Thomas R Davis     tdavis@morganlewis.com, mlbhofilings@morganlewis.com, sthomas@morganlewis.com

Trenton Lloyd Menning     tmenning@mayerbrown.com, ssswihart@mayerbrown.com

Trevor Coddington     trevorcoddington@sandiegoiplaw.com, litigation@sandiegoiplaw.com

Walter Wayne Lackey , Jr     wlackey@findlaycraft.com, ncadenhead@findlaycraft.com, nvasquez@findlaycraft.com

**6:12-cv-00499-RWS-CMC Notice will not be electronically mailed to:**

Teresa Marie Corbin
Fenwick & West - San Francisco
555 California Street
12th Floor
San Francisco, CA 94104


The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=4/22/2015] [FileNumber=9523452-0
] [1171d2c9eb989bb2492f1117e269d30b38e2da0610cb543c115933f12d519f3702c
b8c75d14ebfd9fc6e727551fdec8cff715c691b96172c1638bc24a1188b95]]

5

**Document description:** Ex 1
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=4/22/2015] [FileNumber=9523452-1
] [2690a06bad4dac96fb7d19109ffe210b071eedc1050e24b31c210d5a71a643a5359
b99f6ea1238644c7ed0418c09f1a22467cdc7831100684349c1e3d42e28b8]]

**Document description:** Ex 2
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=4/22/2015] [FileNumber=9523452-2
] [3a88df79021bbc21b1dca456918990e2b4d3d838e9dab462f306c62fe2ef3b95faf
cbfb5d1ac1482ca69cf3c76cf4c60b7b00f851f7606d7f046a3e486bfaa83]]

**Document description:** Ex 3
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=4/22/2015] [FileNumber=9523452-3
] [0150cc5fab6953bcf3fde736d678e06f19d7f38d1b49630fc269a7cf76c34b50554
a817ddb0cfacbc6dfab882e0fc67f71e5f27e01179d98acd9582356134b69]]

**Document description:** Text of Proposed Order Granting Plaintiff's Motion to Strike Defendants' Expert Report by Dr. Quackenbush opining on invalidity for 3,676 pages
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=4/22/2015] [FileNumber=9523452-4
] [b2ab1e5573a7812164bb820d051614aa7a1868f21e0bc08ed848cce9ce689d29129
39e1c86d39fa5b8c0d47052cc8146794cf4d6173ef6417b84a590c1678e81]]