# EXHIBIT 2

# Caridis, Alyssa

| | |
|---|---|
| **From:** | Caridis, Alyssa |
| **Sent:** | Monday, April 06, 2015 10:38 AM |
| **To:** | <bluespike@ghiplaw.com> |
| **Cc:** | AudibleMagic-BlueSpike; Walter Lackey; Eric Findlay |
| **Subject:** | Blue Spike -- Asserted Claims |

Counsel,

In its report on infringement, Blue Spike dropped some of its claims against Audible Magic (i.e. Dr. Tewfik did not present infringement theories for all of Blue Spike's previously elected claims). Please confirm whether Blue Spike is similarly dropping those claims against Audible Magic's customers. If those claims are no longer in dispute, then there is no need for Audible Magic to present non-infringement theories on them. However, if Blue Spike intends to still raise those claims against Audible Magic's customers then Audible Magic will include those claims in its non-infringement report.

Please advise by close of business Wednesday.

Alyssa



**ALYSSA CARIDIS**
*Intellectual Property*
Senior Associate

ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street
Suite 3200
Los Angeles, CA 90017

tel (213) 612-2372
fax 1-213-612-2499
acaridis@orrick.com

www.orrick.com