# EXHIBIT 3

# Caridis, Alyssa

| | |
|---|---|
| **From:** | Randall Garteiser <rgarteiser@ghiplaw.com> |
| **Sent:** | Wednesday, January 14, 2015 3:48 PM |
| **To:** | AudibleMagic-BlueSpike |
| **Cc:** | <bluespike@ghiplaw.com> |
| **Subject:** | Request for document not produced that Blue Spike believes in good faith exists. |

Dear Counsel:

We request that Audible Magic immediately produce a document that Audible Magic presented to Blue Spike's CEO and its counsel at the previous mediation.  The document was an analysis performed by a Mr. Conti on an Audible Magic contention recognition system.  In the document, Mr. Conti states "[it] didn't work or "[it] did not work."  We showed this document to Mediator Folsom, but it is not in Audible Magic's production and it was not contained in the email Mr. Ramsey sent me that purported to contain all the exhibits from the mediation.

Thanks in advance for your prompt attention to this issue.  If you can't produce the documents, then Blue Spike will bring this issue up with the Special Master tomorrow.

Be well,



**Randall Garteiser** / Partner
888.908.4400 x100 / rgarteiser@ghiplaw.com
218 N College Ave, Tyler, TX 75702
44 N San Pedro, San Rafael, CA 94903
http://www.ghiplaw.com

This e-mail message may contain confidential information or information protected by attorney-client privilege, the doctrine of attorney work product or other applicable privileges and protections, and is intended solely for use by the intended recipient. Any unauthorized disclosure, dissemination, distribution, copying or the taking of any action in reliance on the information herein is prohibited. If you are not the intended recipient, please destroy all copies of this message, including your original copy, and contact the sender immediately. We also advise that any federal tax advice provided in this communication is not intended or written to be used, and cannot be used by the recipient or any other taxpayer for the purpose of avoiding tax penalties that may be imposed on the recipient or any other taxpayer, or in promoting, marketing or recommending to another party any transaction or matter addressed herein.

