# EXHIBIT 4

**Caridis, Alyssa**

| | |
|---|---|
| **From:** | Randall Garteiser <rgarteiser@ghiplaw.com> |
| **Sent:** | Monday, January 12, 2015 9:47 PM |
| **To:** | AudibleMagic-BlueSpike; Ramsey, Gabriel M.; Brian Craft; Walter Lackey; Eric Findlay |
| **Cc:** | <bluespike@ghiplaw.com>; Chris Honea |
| **Subject:** | Re: Follow-up to Christmas Eve teleconference with the special master. |

Dear Mr. Ramsey,

I have not heard concerning the stipulation between Audible Magic and Blue Spike whereby Audible Magic provides the Bates ranges for the alleged anticipatory references identified below.

We understand you've been traveling, does Audible Magic intend to provide the requested Bates ranges that are inclusive of the alleged prior art systems?  Blue Spike can only comply with its obligations under the stipulation to provide non-anticipatory contentions for the identified subset of defendants' alleged invalidating references when Audible Magic provides the Bates Ranges to avoid a shifting sands problems with such poorly defined prior art systems.


Thanks in advance for your cooperation.



**Randall Garteiser** / Partner
888.908.4400 x100 / rgarteiser@ghiplaw.com
218 N College Ave, Tyler, TX 75702
44 N San Pedro, San Rafael, CA 94903
http://www.ghiplaw.com

This e-mail message may contain confidential information or information protected by attorney-client privilege, the doctrine of attorney work product or other applicable privileges and protections, and is intended solely for use by the intended recipient. Any unauthorized disclosure, dissemination, distribution, copying or the taking of any action in reliance on the information herein is prohibited. If you are not the intended recipient, please destroy all copies of this message, including your original copy, and contact the sender immediately. We also advise that any federal tax advice provided in this communication is not intended or written to be used, and cannot be used by the recipient or any other taxpayer for the purpose of avoiding tax penalties that may be imposed on the recipient or any other taxpayer, or in promoting, marketing or recommending to another party any transaction or matter addressed herein.



On Jan 6, 2015, at 9:06 PM, Randall Garteiser <rgarteiser@ghiplaw.com> wrote:


Follow-up to Christmas Eve teleconference with the special master.

Dear Mr. Ramsey:

If you sent it already, please re-forward the email where you outline the Bates Ranges for the pieces of prior art that your client is requesting Blue Spike provide its non-anticipatory charts for.

To avoid ambiguity I have the following listed from our conversation, and we just need Audible Magic to provide the Bates ranges for these prior art references/systems.   You may recall, I indicated Blue Spike would provide these its non anticipatory charts of the asserted claims for each of these references by January 12, as long as, Audible Magic limited the references to specific Bates Ranges.  This is particularly necessary for the alleged anticipatory systems.

- Conti   (Bates Range Audible Magic intends to limit this reference to).
- Calengo   (Bates Range Audible Magic intends to limit this reference to).
- sound fisher   (Bates Range Audible Magic intends to limit this reference to).
- blum article (content based recognition) (Bates Range Audible Magic intends to limit this reference to).
- illustra-informix (air data blade)(Bates Range Audible Magic intends to limit this reference to).

Audible Magic does not need to provide Bates ranges for the following two references:

- '308 patent.
- '223 patent.

Thanks in advance for your cooperation.



**Randall Garteiser** / Partner
888.908.4400 x100 / rgarteiser@ghiplaw.com
218 N College Ave, Tyler, TX 75702
44 N San Pedro, San Rafael, CA 94903
http://www.ghiplaw.com

This e-mail message may contain confidential information or information protected by attorney-client privilege, the doctrine of attorney work product or other applicable privileges and protections, and is intended solely for use by the intended recipient. Any unauthorized disclosure, dissemination, distribution, copying or the taking of any action in reliance on the information herein is prohibited. If you are not the intended recipient, please destroy all copies of this message, including your original copy, and contact the sender immediately. We also advise that any federal tax advice provided in this communication is not intended or written to be used, and cannot be used by the recipient or any other taxpayer for the purpose of avoiding tax penalties that may be imposed on the recipient or any other taxpayer, or in promoting, marketing or recommending to another party any transaction or matter addressed herein.

