# EXHIBIT 5

# Table of Contents

I. INTRODUCTION ........................................................................................................... 5

II. QUALIFICATIONS ...................................................................................................... 6

III. COMPENSATION ..................................................................................................... 11

IV. MATERIALS CONSIDERED .................................................................................. 11

V. SUMMARY OF OPINIONS ...................................................................................... 15

    A. Effective Dates of the Asserted Claims of the Patents-In-Suit ............................ 15

    B. Invalidity of the Asserted Claims ........................................................................ 15

VI. LEVEL OF ORDINARY SKILL IN THE ART ...................................................... 17

VII. LEGAL PRINCIPLES RELATED TO INVALIDITY ........................................... 17

    A. Anticipation ......................................................................................................... 17

    B. Obviousness ......................................................................................................... 22

    C. Prior Inventorship ............................................................................................... 27

    D. Indefiniteness ...................................................................................................... 28

    E. Lack of Written Description ................................................................................. 28

    F. Lack of Enablement ............................................................................................. 29

VIII. BACKGROUND OF THE TECHNOLOGY AND BACKGROUND PRIOR ART ... 29

    A. Overview of Identification of Signals And Content ........................................... 29

        1. Basic Concepts Regarding Representation Of Audio Signals ...................... 29

        2. Mel Scale And Mel-Frequency Cepstral Coefficients ("MFCC") .............. 37

        3. General Background Regarding Systems For Representing AndIdentifying Signals ................. 40

    B. Overview and History of the Internet .................................................................. 56

    C. Overview of Client/Server Technologies And Systems ...................................... 57

    D. Overview and History of Signal and Content Monetization And Distribution .... 58

    E. Overview Of Application Of Cryptographic Protocols And Hashing .................. 61

IX. THE PRIOR ART ...................................................................................................... 66

    A. Muscle Fish MFCC-based Systems .................................................................... 66

        1. Muscle Fish U.S. Patent No. 5,918,223 ...................................................... 87

            a. Overview: '223 Patent And Muscle Fish CBR (MFCC-based)Signal Analysis And Comparison ........................ 87

            The Analysis Of Signals And Generation Of Feature Vectors/Fingerprints ......................... 89

            b. The Storage Of Feature Vectors/Fingerprints In A Database ................... 92

            c. The Comparison Of Unknown and Known FeaturesVectors/Fingerprints ...................... 93

            d. The Hardware And Software Environment in the '223 Patent ................... 96

            e. The Business Models And Implementations Disclosed In The'223 Patent ...................... 97

            3. The Muscle Fish "Audio Databases with Content-Based Retrieval"Publication ..................................................................................... 116

        2. Muscle Fish "Soundfisher" System ............................................................ 97

        3. The Muscle Fish "Audio Databases with Content-Based Retrieval"Publication ...................... 116

        4. Muscle Fish "Illustra/Informix AIR DataBlade" ...................................... 117

        5. Muscle Fish "Conti" System ...................................................................... 133

a. The Analysis Of Signals And Generation Of FeatureVectors/Fingerprints ..................... 142

b. The Storage Of Feature Vectors/Fingerprints In A Database ................................. 154

c. The Comparison Of Unknown and Known FeaturesVectors/Fingerprints ..................... 172

d. Counting Matches And Generating Reports Of Matches ................................. 190

B. Audible Magic Clango/Amadeus/Wired Air Technology ................................. 194

1. Audible Magic Clango/Amadeus/Wired Air Product ................................. 194

a. Overview Of Development History ................................. 217

b. The Analysis Of Signals And Generation Of FeatureVectors/Fingerprints ................... 295

c. The Storage Of Feature Vectors/Fingerprints In A Database ................................. 332

d. The Comparison Of Unknown and Known FeaturesVectors/Fingerprints ..................... 359

e. Counting Matches And Generating Reports Of Matches ................................. 440

f. Application Of A Cryptographic Protocol, Hash Or DigitalSignature To A Feature Vector/Fingerprint And Storage OfThe Feature Vector/Fingerprint ................................. 471

g. Distributing A Signal Based On The Comparison BetweenFeature Vectors/Fingerprints ..... ................................................................................. ............. 473

2. Audible Magic U.S. Patent No. 6,834,308 ................................. 499

C. Muscle Fish Digital Generations Product ................................. 500

D. U.S. Patent No. 5,437,050 to Lamb et al. And RCS AirCheck System ................................. 519

E. U.S. Patent No. 7,194,752 to Kenyon et al. ................................. 531

F. Woudstra, et al., "Modeling and Retrieving Audiovisual Information - ASoccer Video Retrieval System," in Advances in Multimedia InformationSystems: 4th International Workshop, MIS '98 (September 24-26, 1998,Proceedings), ................................. 545

G. U.S. Patent 5,913,205 to Jain et al ................................. 546

H. U.S. Patent 6,990,453 and Provisional Application No. 60/222,023 to Wang etal ................. 559

I. U.S. Patent Nos. 5,978,791, 6,415,280, 6,928,442 to Farber et al ................................. 561

X. OVERVIEW OF THE PATENTS-IN-SUIT ................................. 563

A. '472 Patent ................................. 563

B. '700 Patent ................................. 564

C. '494 Patent ................................. 565

D. '175 Patent ................................. 565

E. Asserted Patent Claims ................................. 566

F. Claim Constructions ................................. 567

XI. THE PATENTS IN SUIT ARE INVALID ................................. 571

A. U.S. Patent No 5,918,223 – Blum I ................................. 571

1. The '472 Patent Is Invalid ................................. 571

The Analysis Of Signals And Generation Of Feature Vectors/Fingerprints ................................. 573

The Storage Of Feature Vectors/Fingerprints In A Database ................................. 576

The Comparison Of Unknown and Known Features Vectors/Fingerprints ................................. 577

The Hardware And Software Environment In the '223 Patent ................................. 580

a. '472 Patent, Claim 3 ................................. 581

(i) Element 3(p) ................................. 582

(ii) Element 3(a) ................................. 582

(iii) Element 3(b) ................................. 583

(iv) Element 3(c) ................................. 585

(v) Element 3(d) .................................................................................................. 586

(vi) Element 3(e) ................................................................................................. 587

(vii) Element 3(f) ................................................................................................ 589

(viii) Element 3(g) .............................................................................................. 590

(ix) Element 3(h) ................................................................................................. 591

(x) Obviousness .................................................................................................. 592

b. '472 Patent, Claim 4 ...................................................................................... 602

(i) Element 4(a) ................................................................................................... 602

(ii) Element 4(b) ................................................................................................. 602

(iii) Obviousness ................................................................................................. 603

c. '472 Patent, Claim 8 ...................................................................................... 605

(i) Element 8(p) ................................................................................................... 606

(ii) Element 8(a) ................................................................................................. 607

(iii) Element 8(b) ................................................................................................ 609

(iv) Element (c) ................................................................................................... 610

(v) Element 8(d) ................................................................................................. 611

(vi) Element 8(e) ................................................................................................. 612

(vii) Element 8(f) ................................................................................................ 614

(viii) Element 8(g) .............................................................................................. 614

(ix) Element 8(h) ................................................................................................. 615

(x) Obviousness .................................................................................................. 616

d. '472 Patent, Claim 11 .................................................................................... 625

(i) Element 11(p) ................................................................................................. 626

(ii) Element 11(a) ............................................................................................... 627

(i) Element 11(b) ................................................................................................. 630

(i) Element 11(c) ................................................................................................. 633

(ii) Element 11(d) ............................................................................................... 635

(iii) Element 11(e) .............................................................................................. 636

(iv) Element 11(f) ............................................................................................... 638

(v) Obviousness .................................................................................................. 639

2. The '700 Patent Is Invalid ............................................................................. 645

a. '700 Patent, Claim 1 ...................................................................................... 646

(i) Element 1(p) ................................................................................................... 646

(ii) Element 1(a) ................................................................................................. 646

(iii) Element 1(b) ................................................................................................ 646

(iv) Element 1(c) ................................................................................................. 647

(v) Element 1(d) ................................................................................................. 647

(vi) Element 1(e) ................................................................................................. 647

(vii) Element 1(f) ................................................................................................ 647

(viii) Obviousness ............................................................................................... 648

b. '700 Patent, Claim 6 ...................................................................................... 648

(i) Element 6(a) ................................................................................................... 649

(ii) Obviousness .................................................................................................. 649

c. '700 Patent, Claim 7 ...................................................................................... 649

(i) Element 7(a) .............................................................................................. 650
(ii) Obviousness ............................................................................................. 650
d. '700 Patent, Claim 8 ................................................................................. 650
(i) Element 8(a) .............................................................................................. 651
(ii) Obviousness ............................................................................................. 651
e. '700 Patent, Claims 10 and 11 .................................................................. 652
(i) Element 10(a) and 11(a) ............................................................................ 652
(ii) Obviousness ............................................................................................. 653
f. '700 Patent, Claim 40 ................................................................................ 662
(i) Element 40(p) ............................................................................................ 662
(ii) Element 40(a) ........................................................................................... 663
(iii) Element 40(b) .......................................................................................... 663
(v) Element 40(d) ........................................................................................... 663
(vi) Element 40(e) .......................................................................................... 663
(vii) Element 40(f) .......................................................................................... 664
(viii) Obviousness .......................................................................................... 664
g. '700 Patent, Claims 49 and 50 .................................................................. 664
(i) Element 49(a) and 50(a) ............................................................................ 665
(ii) Obviousness ............................................................................................. 665
h. '700 Patent, Claim 51 ................................................................................ 666
(i) Element 51(a) ............................................................................................ 666
(ii) Obviousness ............................................................................................. 667
3. The '494 Patent Is Invalid ......................................................................... 669
a. '494 Patent, Claim 1 .................................................................................. 669
(i) Element 1(p) .............................................................................................. 669
(ii) Element 1(a) ............................................................................................. 669
(iii) Element 1(b) ............................................................................................ 670
(iv) Element 1(c) ............................................................................................ 670
(v) Element 1(d) ............................................................................................. 670
(vi) Element 1(e) ............................................................................................ 670
(vii) Element 1(f) ............................................................................................ 671
(viii) Obviousness .......................................................................................... 671
b. '494 Patent, Claim 4 .................................................................................. 671
(i) Element 4(a) .............................................................................................. 672
(ii) Obviousness ............................................................................................. 672
c. '494 Patent, Claim 5 .................................................................................. 672
(i) Element 5(a) .............................................................................................. 673
(ii) Obviousness ............................................................................................. 673
d. '494 Patent, Claim 11 ................................................................................ 673
(i) Element 11(p) ............................................................................................ 674
(ii) Element 11(a) ........................................................................................... 674
(iii) Element 11(b) .......................................................................................... 674
(iv) Element 11(c) .......................................................................................... 675
(v) Element 11(d) ........................................................................................... 675

(vi) Element 11(e) ............................................................................................ 675
(vii) Element 11(f) ........................................................................................... 675
(viii) Obviousness ........................................................................................... 676
e. '494 Patent, Claim 17 .................................................................................. 676
(i) Element 17(a) ............................................................................................. 676
(ii) Obviousness .............................................................................................. 677
f. '494 Patent, Claim 18 ................................................................................... 677
(i) Element 18(a) ............................................................................................. 677
(ii) Obviousness .............................................................................................. 678
g. '494 Patent, Claim 20 .................................................................................. 678
(i) Element 20(a) ............................................................................................. 679
(ii) Obviousness .............................................................................................. 679
h. '494 Patent, Claim 21 .................................................................................. 679
(i) Element 21(a) ............................................................................................. 679
(ii) Obviousness .............................................................................................. 680
i. '494 Patent, Claim 22 ................................................................................... 680
(i) Element 22(a) ............................................................................................. 680
(ii) Obviousness .............................................................................................. 680
j. '494 Patent, Claim 29 ................................................................................... 681
(i) Element 29(p) ............................................................................................. 681
(ii) Element 29(a) ............................................................................................ 682
(iii) Element 29(b) ........................................................................................... 682
(iv) Element 29(c) ........................................................................................... 682
(v) Obviousness .............................................................................................. 682
4. The '175 Patent Is Invalid ........................................................................... 683
a. '175 Patent, Claim 8 .................................................................................... 683
(i) Element 8(a) ............................................................................................... 684
(ii) Element 8(b) .............................................................................................. 684
(iii) Element 8(c) ............................................................................................. 684
(iv) Element 8(d) ............................................................................................. 684
(v) Element 8(e) .............................................................................................. 685
a. Obviousness ................................................................................................ 685
b. '175 Patent, Claim 11 .................................................................................. 703
(i) Element 11(a) ............................................................................................. 703
(ii) Element 11(b) ............................................................................................ 704
(iii) Element 11(c) ........................................................................................... 704
(iv) Element 11(d) ........................................................................................... 704
(v) Element 11(e) ............................................................................................ 704
(vi) Obviousness ............................................................................................. 705
c. '175 Patent, Claim 12 .................................................................................. 705
(i) Element 12(a) ............................................................................................. 705
(ii) Obviousness .............................................................................................. 706
d. '175 Patent, Claim 13 .................................................................................. 706
(i) Element 13(a) ............................................................................................. 706

(ii) Obviousness ............................................................................................ 707
e. '175 Patent, Claim 15 ............................................................................... 707
(i) Element 15(a) ........................................................................................... 708
(ii) Obviousness ............................................................................................ 708
f. '175 Patent, Claim 16 ............................................................................... 708
(i) Element 16(a) ........................................................................................... 709
(ii) Obviousness ............................................................................................ 709
g. '175 Patent, Claim 17 ............................................................................... 710
(i) Element 17(a) ........................................................................................... 710
(ii) Element 17(b) .......................................................................................... 710
(iii) Element 17(c) ......................................................................................... 710
(iv) Element 17(d) ......................................................................................... 711
(v) Element 17(e) .......................................................................................... 711
(vi) Obviousness ........................................................................................... 711
B. U.S. Patent No 6,834,308 – Ikezoye ...................................................... 712
1. The '472 Patent Is Invalid ....................................................................... 712
a. '472 Patent, Claim 3 ................................................................................. 713
(i) Element 3(p) ............................................................................................. 713
(ii) Element 3(a) ............................................................................................ 714
(iii) Element 3(b) ........................................................................................... 716
(iv) Element 3(c) ........................................................................................... 718
(v) Element 3(d) ............................................................................................ 720
(vi) Element 3(e) ........................................................................................... 722
(vii) Element 3(f) ........................................................................................... 724
(viii) Element 3(g) ......................................................................................... 727
(ix) Element 3(h) ........................................................................................... 727
(x) Obviousness ............................................................................................ 728
b. '472 Patent, Claim 4 ................................................................................. 738
(i) Element 4(a) ............................................................................................. 738
(ii) Element 4(b) ............................................................................................ 740
(iii) Obviousness ........................................................................................... 742
c. '472 Patent, Claim 8 ................................................................................. 744
(i) Element 8(p) ............................................................................................. 745
(ii) Element 8(a) ............................................................................................ 745
(iii) Element 8(b) ........................................................................................... 746
(iv) Element 8(c) ........................................................................................... 746
(v) Element 8(d) ............................................................................................ 746
(vi) Element 8(e) ........................................................................................... 746
(vii) Element 8(f) ........................................................................................... 746
(viii) Element 8(g) ......................................................................................... 749
(ix) Element 8(h) ........................................................................................... 749
(x) Obviousness ............................................................................................ 749
d. '472 Patent, Claim 11 ............................................................................... 758
(i) Element 11(p) ........................................................................................... 759

(ii) Element 11(a) ........................................................................................... 760

(iii) Element 11(b) .......................................................................................... 761

(iv) Element 11(c) ........................................................................................... 761

(v) Element 11(d) ........................................................................................... 763

(vi) Element 11(e) ........................................................................................... 764

(vii) Element 11(f) .......................................................................................... 767

(viii) Obviousness .......................................................................................... 767

2. The '700 Patent Is Invalid ......................................................................... 774

a. '700 Patent, Claim 1 ................................................................................. 774

(i) Element 1(p) ............................................................................................. 774

(ii) Element 1(a) ............................................................................................ 775

(iii) Element 1(b) ........................................................................................... 775

(iv) Element 1(c) ............................................................................................ 775

(v) Element 1(d) ............................................................................................ 775

(vi) Element 1(e) ............................................................................................ 776

(vii) Element 1(f) ........................................................................................... 776

(viii) Obviousness .......................................................................................... 776

b. '700 Patent, Claim 6 ................................................................................. 777

(i) Element 6(a) ............................................................................................. 777

(ii) Obviousness ............................................................................................ 777

c. '700 Patent, Claim 7 ................................................................................. 778

(i) Element 7(a) ............................................................................................. 778

(ii) Obviousness ............................................................................................ 778

d. '700 Patent, Claim 8 ................................................................................. 779

(i) Element 8(a) ............................................................................................. 779

(ii) Obviousness ............................................................................................ 779

e. '700 Patent, Claims 10 and 11 ................................................................. 780

(i) Element 10(a) and 11(a) / Obviousness ................................................. 780

f. '700 Patent, Claim 40 ............................................................................... 789

(i) Element 40(p) ........................................................................................... 790

(ii) Element 40(a) .......................................................................................... 790

(iii) Element 40(b) ......................................................................................... 790

(iv) Element 40(c) .......................................................................................... 790

(v) Element 40(d) .......................................................................................... 791

(vi) Element 40(e) .......................................................................................... 791

(vii) Element 40(f) ......................................................................................... 791

(viii) Obviousness .......................................................................................... 791

g. '700 Patent, Claims 49 and 50 ................................................................. 792

(i) Element 49(a) and 50(a) / Obviousness ................................................. 792

h. '700 Patent, Claim 51 ............................................................................... 793

(i) Element 51(a) ........................................................................................... 793

(ii) Obviousness ............................................................................................ 794

3. The '494 Patent Is Invalid ......................................................................... 796

a. '494 Patent, Claim 1 ................................................................................. 796

(i) Element 1(p) ................................................................................................ 796

(ii) Element 1(a) ............................................................................................... 797

(iii) Element 1(b) .............................................................................................. 797

(iv) Element 1(c) ............................................................................................... 797

(v) Element 1(d) ............................................................................................... 797

(vi) Element 1(e) ............................................................................................... 797

(vii) Element 1(f) .............................................................................................. 798

(viii) Obviousness ............................................................................................. 798

b. '494 Patent, Claim 4 ..................................................................................... 799

(i) Element 4(a) ................................................................................................. 799

(ii) Obviousness ................................................................................................ 799

c. '494 Patent, Claim 5 ..................................................................................... 800

(i) Element 5(a) ................................................................................................. 800

(ii) Obviousness ................................................................................................ 800

d. '494 Patent, Claim 11 ................................................................................... 801

(i) Element 11(p) ............................................................................................... 801

(ii) Element 11(a) .............................................................................................. 801

(iii) Element 11(b) ............................................................................................. 801

(iv) Element 11(c) ............................................................................................. 802

(v) Element 11(d) .............................................................................................. 802

(vi) Element 11(e) .............................................................................................. 802

(vii) Element 11(f) ............................................................................................. 802

(viii) Obviousness ............................................................................................. 803

e. '494 Patent, Claim 17 ................................................................................... 803

(i) Element 17(a) ............................................................................................... 803

(ii) Obviousness ................................................................................................ 804

f. '494 Patent, Claim 18 .................................................................................... 804

(i) Element 18(a) ............................................................................................... 804

(ii) Obviousness ................................................................................................ 805

g. '494 Patent, Claim 20 ................................................................................... 805

(i) Element 20(a) / Obviousness ....................................................................... 806

h. '494 Patent, Claim 21 ................................................................................... 806

(i) Element 21(a) / Obviousness ....................................................................... 806

i. '494 Patent, Claim 22 .................................................................................... 806

(i) Element 22(a) ............................................................................................... 807

(ii) Obviousness ................................................................................................ 807

j. '494 Patent, Claim 29 .................................................................................... 807

(i) Element 29(p) ............................................................................................... 808

(ii) Element 29(a) .............................................................................................. 808

(iii) Element 20(b) ............................................................................................. 808

(iv) Element 29(c) ............................................................................................. 809

(v) Obviousness ................................................................................................ 809

4. The '175 Patent Is Invalid ........................................................................... 810

a. '175 Patent, Claim 8 ..................................................................................... 810

(i) Element 8(a) .................................................................................................. 810
(ii) Element 8(b) ................................................................................................. 810
(iii) Element 8(c) ................................................................................................ 811
(iv) Element 8(d) ............................................................................................... 811
(v) Element 8(e) ................................................................................................. 811
(vi) Obviousness ................................................................................................ 812
b. '175 Patent, Claim 11 .................................................................................... 829
(i) Element 11(a) ................................................................................................ 830
(ii) Element 11(b) ............................................................................................... 830
(iii) Element 11(c) .............................................................................................. 830
(iv) Element 11(d) .............................................................................................. 830
(v) Element 11(e) ............................................................................................... 831
(vi) Obviousness ................................................................................................ 831
c. '175 Patent, Claim 12 ..................................................................................... 832
(i) Element 12(a) ................................................................................................ 832
(ii) Obviousness ................................................................................................. 832
d. '175 Patent, Claim 13 .................................................................................... 833
(i) Element 13(a) ................................................................................................ 833
(ii) Obviousness ................................................................................................. 833
e. '175 Patent, Claim 15 ..................................................................................... 834
(i) Element 15(a) ................................................................................................ 834
(ii) Obviousness ................................................................................................. 834
f. '175 Patent, Claim 16 ...................................................................................... 835
(i) Element 16(a) ................................................................................................ 835
(ii) Obviousness ................................................................................................. 835
g. '175 Patent, Claim 17 ..................................................................................... 836
(i) Element 17(a) ................................................................................................ 836
a. Element 17(b) ................................................................................................. 837
a. Element 17(c) ................................................................................................. 837
a. Element 17(d) ................................................................................................. 837
a. Element 17(e) ................................................................................................. 837
(ii) Obviousness ................................................................................................. 838
C. "Audio Databases with Content-Based Retrieval" – Blum II ......................... 838
1. The '472 Patent Is Invalid .............................................................................. 838
a. '472 Patent, Claim 3 ....................................................................................... 840
(i) Element 3(p) .................................................................................................. 840
(ii) Element 3(a) ................................................................................................. 841
(iii) Element 3(b) ................................................................................................ 841
(iv) Element 3(c) ................................................................................................ 843
(v) Element 3(d) ................................................................................................. 844
(vi) Element 3(e) ................................................................................................ 845
(vii) Element 3(f) ................................................................................................ 847
(viii) Element 3(g) .............................................................................................. 850
(ix) Element 3(h) ................................................................................................ 850

(x) Obviousness ............................................................................. 850

b. '472 Patent, Claim 4 ............................................................... 860

(i) Element 4(a) .......................................................................... 860

a. Element 4(b) .......................................................................... 861

(ii) Obviousness .......................................................................... 861

c. '472 Patent, Claim 8 ............................................................... 864

(i) Element 8(p) .......................................................................... 865

(ii) Element 8(a) .......................................................................... 865

(iii) Element 8(b) ......................................................................... 865

(iv) Element 8(c) .......................................................................... 865

(v) Element 8(d) .......................................................................... 866

(vi) Element 8(e) .......................................................................... 866

(vii) Element 8(f) ......................................................................... 866

(viii) Element 8(g) ....................................................................... 867

(ix) Obviousness .......................................................................... 867

d. '472 Patent, Claim 11 ............................................................. 877

(i) Element 11(p) ......................................................................... 877

(ii) Element 11(a) ........................................................................ 878

(iii) Element 11(b) ....................................................................... 879

(iv) Element 11(c) ........................................................................ 879

(v) Element 11(d) ........................................................................ 881

(vi) Element 11(e) ........................................................................ 881

(vii) Element 11(f) ....................................................................... 884

(viii) Obviousness ........................................................................ 884

2. The '700 Patent Is Invalid ....................................................... 891

a. '700 Patent, Claim 1 ............................................................... 891

(i) Element 1(p) ........................................................................... 892

(ii) Element 1(a) .......................................................................... 892

(iii) Element 1(b) ......................................................................... 892

(iv) Element 1(c) .......................................................................... 892

(v) Element 1(d) .......................................................................... 893

(vi) Element 1(e) .......................................................................... 893

(vii) Element 1(f) ......................................................................... 893

(viii) Obviousness ........................................................................ 893

b. '700 Patent, Claim 6 ............................................................... 894

a. Element 6(a) ............................................................................ 894

a. Obviousness ............................................................................. 894

c. '700 Patent, Claim 7 ............................................................... 895

a. Element 7(a) ............................................................................ 895

a. Obviousness ............................................................................. 895

d. '700 Patent, Claim 8 ............................................................... 896

(i) Element 8(a) ........................................................................... 896

(ii) Obviousness .......................................................................... 897

e. '700 Patent, Claims 10 and 11 ............................................... 897

(i) Element 10(a) and 11(a) / Obviousness ................................................................. 897

f. '700 Patent, Claim 40 ........................................................................................... 906

(i) Element 40(p) ...................................................................................................... 907

(ii) Element 40(a) ..................................................................................................... 907

(iii) Element 40(b) .................................................................................................... 907

(iv) Element 40(c) ..................................................................................................... 907

(v) Element 40(d) ..................................................................................................... 907

(vi) Element 40(e) ..................................................................................................... 908

(vii) Element 40(f) .................................................................................................... 908

(viii) Obviousness ..................................................................................................... 908

g. '700 Patent, Claims 49 and 50 ............................................................................. 909

h. '700 Patent, Claim 51 ........................................................................................... 910

3. The '494 Patent Is Invalid ..................................................................................... 912

a. '494 Patent, Claim 1 ............................................................................................. 912

(i) Element 1(p) ......................................................................................................... 912

(ii) Element 1(a) ........................................................................................................ 913

(iii) Element 1(b) ....................................................................................................... 913

(iv) Element 1(c) ........................................................................................................ 913

(v) Element 1(d) ........................................................................................................ 913

(vi) Element 1(e) ........................................................................................................ 914

(vii) Element 1(f) ....................................................................................................... 914

(viii) Obviousness ...................................................................................................... 914

b. '494 Patent, Claim 4 ............................................................................................. 915

(i) Element 4(a) ......................................................................................................... 915

(ii) Obviousness ......................................................................................................... 915

c. '494 Patent, Claim 5 ............................................................................................. 916

(i) Element 5(a) ......................................................................................................... 916

(ii) Obviousness ......................................................................................................... 916

d. '494 Patent, Claim 11 ........................................................................................... 917

(i) Element 11(p) ....................................................................................................... 917

(ii) Element 11(a) ...................................................................................................... 917

(iii) Element 11(b) ..................................................................................................... 918

(iv) Element 11(c) ...................................................................................................... 918

(v) Element 11(d) ...................................................................................................... 918

(vi) Element 11(e) ...................................................................................................... 918

(vii) Element 11(f) ..................................................................................................... 919

e. '494 Patent, Claim 17 ........................................................................................... 919

(i) Element 17(a) ....................................................................................................... 920

(ii) Obviousness ......................................................................................................... 920

f. '494 Patent, Claim 18 ........................................................................................... 920

(i) Element 18(a) ....................................................................................................... 921

(ii) Obviousness ......................................................................................................... 921

g. '494 Patent, Claim 20 ........................................................................................... 922

(i) Element 20(a) / Obviousness ............................................................................... 922

h. '494 Patent, Claim 21 ............................................................................ 922
(i) Element 21(a) / Obviousness ............................................................. 922
i. '494 Patent, Claim 22 ............................................................................. 923
(i) Element 22(a) ..................................................................................... 923
(ii) Obviousness ....................................................................................... 923
j. '494 Patent, Claim 29 ............................................................................. 924
(i) Element 29(p) ..................................................................................... 924
(ii) Element 29(a) ..................................................................................... 924
(iii) Element 29(b) .................................................................................... 925
(iv) Element 29(c) .................................................................................... 925
(v) Obviousness ....................................................................................... 925
4. The '175 Patent Is Invalid ..................................................................... 926
a. '175 Patent, Claim 8 ............................................................................. 926
(i) Element 8(a) ....................................................................................... 926
(ii) Element 8(b) ...................................................................................... 927
(iii) Element 8(c) ...................................................................................... 927
(iv) Element 8(d) ...................................................................................... 927
(v) Element 8(e) ...................................................................................... 927
(vi) Obviousness ...................................................................................... 928
b. '175 Patent, Claim 11 ........................................................................... 946
(i) Element 11(a) ..................................................................................... 946
(ii) Element 11(b) ..................................................................................... 946
(iii) Element 11(c) .................................................................................... 947
(iv) Element 11(d) .................................................................................... 947
(v) Element 11(e) ..................................................................................... 947
(vi) Obviousness ...................................................................................... 948
c. '175 Patent, Claim 12 ........................................................................... 948
(i) Element 12(a) ..................................................................................... 948
(ii) Obviousness ....................................................................................... 949
d. '175 Patent, Claim 13 ........................................................................... 949
(i) Element 13(a) ..................................................................................... 949
(ii) Obviousness ....................................................................................... 950
e. '175 Patent, Claim 15 ........................................................................... 950
(i) Element 15(a) ..................................................................................... 950
(ii) Obviousness ....................................................................................... 951
f. '175 Patent, Claim 16 ........................................................................... 951
(i) Element 16(a) ..................................................................................... 952
(ii) Obviousness ....................................................................................... 952
g. '175 Patent, Claim 17 ........................................................................... 953
(i) Element 17(a) ..................................................................................... 953
(ii) Element 17(b) ..................................................................................... 953
(iii) Element 17(c) .................................................................................... 953
(iv) Element 17(d) .................................................................................... 954
(v) Element 17(e) ..................................................................................... 954

(vi) Obviousness ................................................................................ 954

D. SoundFisher ................................................................................ 955

1. The '472 Patent Is Invalid ................................................................ 955

(i) Element 3(p) ................................................................................ 957

(ii) Element 3(a) ............................................................................... 958

(iii) Element 3(a) .............................................................................. 963

(iv) Element 3(c) ............................................................................... 969

(v) Element 3(d) ............................................................................... 975

(vi) Element 3(e) ............................................................................... 984

(vii) Element 3(f) .............................................................................. 993

(viii) Element 3(g) ............................................................................ 1002

(ix) Element 3(f) ............................................................................... 1011

(x) Obviousness ............................................................................... 1020

b. '472 Patent, Claim 4 ..................................................................... 1036

(i) Element 4(a) ............................................................................... 1037

(ii) Obviousness ............................................................................... 1054

c. '472 Patent, Claim 8 ..................................................................... 1059

(i) Element 8(p) ............................................................................... 1060

(ii) Obviousness ............................................................................... 1127

d. '472 Patent, Claim 11 ................................................................... 1144

(i) Element 11(p) .............................................................................. 1144

(ii) Element 11(a) ............................................................................. 1145

(iii) Element 11(b) ............................................................................ 1150

(iv) Element 11(c) ............................................................................ 1156

(v) Element 11(d) ............................................................................. 1162

(vi) Element 11(e) ............................................................................ 1171

(vii) Element 11(f) ............................................................................ 1180

(viii) Obviousness ............................................................................. 1189

2. The '700 Patent Is Invalid ................................................................ 1201

a. '700 Patent, Claim 1 ..................................................................... 1201

(i) Element 1(p) ............................................................................... 1202

(ii) Element 1(a) ............................................................................... 1202

(iii) Element 1(b) .............................................................................. 1202

(iv) Element 1(c) ............................................................................... 1202

(v) Element 1(d) ............................................................................... 1202

(vi) Element 1(f) ............................................................................... 1203

(vii) Obviousness ............................................................................. 1203

b. '700 Patent, Claim 6 ..................................................................... 1214

(i) Element 6(a) ............................................................................... 1215

(ii) Obviousness ............................................................................... 1215

c. '700 Patent, Claim 7 ..................................................................... 1217

(i) Element 7(a) ............................................................................... 1217

(ii) Obviousness ............................................................................... 1217

d. '700 Patent, Claim 8 ..................................................................... 1219

(i) Element 8(a) ................................................................................................. 1219

(ii) Obviousness .............................................................................................. 1219

e. '700 Patent, Claim 10 ................................................................................ 1221

(i) Element 10(a) / Obviousness ..................................................................... 1221

f. '700 Patent, Claim 11 ................................................................................ 1231

a. Element 11(a) / Obviousness ...................................................................... 1231

g. '700 Patent, Claim 40 ................................................................................ 1240

(i) Element 40(p) ............................................................................................. 1240

(ii) Element 40(a) ............................................................................................ 1240

(iii) Element 40(b) ........................................................................................... 1241

(iv) Element 40(c) ........................................................................................... 1241

(v) Element 40(d) ............................................................................................ 1241

(vi) Element 40(e) ........................................................................................... 1241

(vii) Element 40(f) .......................................................................................... 1241

(viii) Obviousness ........................................................................................... 1242

h. '700 Patent, Claim 49 ................................................................................ 1242

(i) Element 49(a) / Obviousness ..................................................................... 1242

i. '700 Patent, Claim 50 ................................................................................. 1243

(i) Element 50(a) / Obviousness ..................................................................... 1244

j. '700 Patent, Claim 51 ................................................................................. 1245

(i) Element 51(a) ............................................................................................. 1245

(ii) Obviousness .............................................................................................. 1245

3. The '494 Patent Is Invalid .......................................................................... 1247

a. '494 Patent, Claim 1 .................................................................................. 1247

(i) Element 1(p) ............................................................................................... 1248

(ii) Element 1(a) .............................................................................................. 1248

(iii) Element 1(b) ............................................................................................. 1248

(iv) Element 1(c) ............................................................................................. 1248

(v) Element 1(d) .............................................................................................. 1249

(vi) Element 1(e) ............................................................................................. 1249

(vii) Element 1(f) ............................................................................................ 1249

(viii) Obviousness ........................................................................................... 1249

b. '494 Patent, Claim 4 .................................................................................. 1250

(i) Element 4(a) ............................................................................................... 1250

(ii) Obviousness .............................................................................................. 1250

c. '494 Patent, Claim 5 .................................................................................. 1251

(i) Element 5(a) ............................................................................................... 1251

(ii) Obviousness .............................................................................................. 1251

d. '494 Patent, Claim 11 ................................................................................ 1252

(i) Element 11(p) ............................................................................................. 1252

(ii) Element 11(a) ............................................................................................ 1252

(iii) Element 11(b) ........................................................................................... 1253

(iv) Element 11(c) ........................................................................................... 1253

(v) Element 11(d) ............................................................................................ 1253

(vi) Element 11(e) ............................................................................................................ 1253

(vii) Element 11(f) ........................................................................................................... 1254

(viii) Obviousness ........................................................................................................... 1254

e. '494 Patent, Claim 17 .................................................................................................. 1254

(i) Element 17(a) .............................................................................................................. 1255

(ii) Obviousness .............................................................................................................. 1255

f. '494 Patent, Claim 18 .................................................................................................. 1255

(i) Element 18(a) .............................................................................................................. 1256

(ii) Obviousness .............................................................................................................. 1256

g. '494 Patent, Claim 20 ................................................................................................. 1257

(i) Element 20(a) / Obviousness ..................................................................................... 1257

h. '494 Patent, Claim 21 .................................................................................................. 1257

(i) Element 21(a) / Obviousness ..................................................................................... 1257

i. '494 Patent, Claim 22 .................................................................................................. 1258

(i) Element 22(a) .............................................................................................................. 1258

(ii) Obviousness .............................................................................................................. 1258

j. '494 Patent, Claim 29 .................................................................................................. 1259

(i) Element 29(p) .............................................................................................................. 1259

(ii) Element 29(a) ............................................................................................................. 1259

(iii) Element 29(b) ............................................................................................................ 1260

(iv) Element 29(c) ............................................................................................................ 1260

(v) Obviousness ............................................................................................................... 1260

4. The '175 Patent Is Invalid .......................................................................................... 1261

a. '175 Patent, Claim 8 ................................................................................................... 1261

(i) Element 8(p) ................................................................................................................ 1262

(ii) Element 8(a) ............................................................................................................... 1262

(iii) Element 8(b) .............................................................................................................. 1262

(iv) Element 8(c) .............................................................................................................. 1262

(v) Element 8(d) ............................................................................................................... 1262

(vi) Element 8(e) .............................................................................................................. 1263

(vii) Obviousness ............................................................................................................. 1263

b. '175 Patent, Claim 11 ................................................................................................. 1282

(i) Element 11(p) .............................................................................................................. 1282

(ii) Element 11(a) ............................................................................................................. 1282

(iii) Element 11(b) ............................................................................................................ 1283

(iv) Element 11(c) ............................................................................................................ 1283

(v) Element 11(d) ............................................................................................................. 1283

(vi) Element 11(e) ............................................................................................................ 1283

(vii) Obviousness ............................................................................................................. 1284

c. '175 Patent, Claim 12 ................................................................................................. 1284

(i) Element 12(a) .............................................................................................................. 1284

(ii) Obviousness .............................................................................................................. 1285

d. '175 Patent, Claim 13 ................................................................................................. 1285

(i) Element 13(a) .............................................................................................................. 1285

(ii) Obviousness ........................................................................................................ 1286

e. '175 Patent, Claim 15 .......................................................................................... 1286

(i) Element 15(a) ...................................................................................................... 1286

(ii) Obviousness ........................................................................................................ 1287

f. '175 Patent, Claim 16 .......................................................................................... 1287

(i) Element 16(a) ...................................................................................................... 1288

(ii) Obviousness ........................................................................................................ 1288

g. '175 Patent, Claim 17 .......................................................................................... 1289

(i) Element 17(p) ...................................................................................................... 1289

(ii) Element 17(a) ...................................................................................................... 1289

(iii) Element 17(b) ..................................................................................................... 1289

(iv) Element 17(c) ...................................................................................................... 1290

(v) Element 17(d) ...................................................................................................... 1290

(vi) Element 17(e) ...................................................................................................... 1290

(vii) Obviousness ....................................................................................................... 1290

E. Muscle Fish "Illustra/Informix AIR DataBlade" .............................................. 1291

1. The '472 Patent Is Invalid .................................................................................. 1291

a. '472 Patent, Claim 3 ............................................................................................ 1292

(i) Element 3(p) ........................................................................................................ 1293

(ii) Element 3(a) ........................................................................................................ 1300

(iii) Element 3(b) ....................................................................................................... 1304

(iv) Element 3(c) ........................................................................................................ 1308

(v) Element 3(d) ........................................................................................................ 1312

(vi) Element 3(e) ........................................................................................................ 1315

(vii) Element 3(f) ....................................................................................................... 1317

(viii) Element 3(g) ...................................................................................................... 1321

(ix) Element 3(h) ....................................................................................................... 1331

(x) Obviousness ......................................................................................................... 1341

b. '472 Patent, Claim 4 ............................................................................................ 1353

(i) Element 4(a) ......................................................................................................... 1353

(ii) Obviousness ........................................................................................................ 1373

c. '472 Patent, Claim 8 ............................................................................................ 1377

(i) Element 8(p) ........................................................................................................ 1378

(ii) Element 8(a) ........................................................................................................ 1385

(iii) Element 8(b) ....................................................................................................... 1389

(iv) Element 8(c) ........................................................................................................ 1393

(v) Element 8(d) ........................................................................................................ 1396

(vi) Element 8(e) ........................................................................................................ 1398

(vii) Element 8(f) ....................................................................................................... 1402

(viii) Element 8(g) ...................................................................................................... 1412

(ix) Element 8(h) ....................................................................................................... 1422

(x) Obviousness ......................................................................................................... 1432

d. '472 Patent, Claim 11 .......................................................................................... 1444

(i) Element 11(p) ...................................................................................................... 1445

(ii) Element 11(a) ................................................................................................. 1452

(iii) Element 11(b) ................................................................................................ 1456

(iv) Element 11(c) ................................................................................................ 1459

(v) Element 11(d) ................................................................................................ 1463

(vi) Element 11(e) ................................................................................................ 1466

(vii) Element 11(f) ............................................................................................... 1470

(viii) Obviousness .............................................................................................. 1474

2. The '700 Patent Is Invalid .............................................................................. 1482

a. '700 Patent, Claim 1 ....................................................................................... 1482

(i) Element 1(p) .................................................................................................. 1483

(ii) Element 1(a) ................................................................................................. 1483

(iii) Element 1(b) ................................................................................................ 1483

(iv) Element 1(c) ................................................................................................ 1483

(v) Element 1(d) ................................................................................................ 1483

(vi) Element 1(e) ................................................................................................ 1484

(vii) Element 1(f) ............................................................................................... 1484

(viii) Obviousness .............................................................................................. 1484

b. '700 Patent, Claim 6 ....................................................................................... 1485

(i) Element 6(a) .................................................................................................. 1485

(ii) Obviousness ................................................................................................. 1485

c. '700 Patent, Claim 7 ....................................................................................... 1486

(i) Element 7(a) .................................................................................................. 1486

(ii) Obviousness ................................................................................................. 1486

d. '700 Patent, Claim 8 ....................................................................................... 1487

(i) Element 8(a) .................................................................................................. 1487

(ii) Obviousness ................................................................................................. 1487

e. '700 Patent, Claim 10 ..................................................................................... 1488

(i) Element 10(a) / Obviousness ........................................................................ 1488

f. '700 Patent, Claim 11 ...................................................................................... 1497

(i) Element 11(a) / Obviousness ........................................................................ 1497

g. '700 Patent, Claim 40 ..................................................................................... 1505

(i) Element 40(p) ................................................................................................ 1506

(ii) Element 40(a) ............................................................................................... 1506

(iii) Element 40(b) .............................................................................................. 1506

(iv) Element 40(c) .............................................................................................. 1506

(v) Element 40(d) .............................................................................................. 1507

(vi) Element 40(e) .............................................................................................. 1507

(vii) Element 40(f) ............................................................................................. 1507

(viii) Obviousness .............................................................................................. 1507

h. '700 Patent, Claim 49 ..................................................................................... 1508

(i) Element 49(a) / Obviousness ........................................................................ 1508

i. '700 Patent, Claim 50 ...................................................................................... 1509

(i) Element 50(a) / Obviousness ........................................................................ 1510

j. '700 Patent, Claim 51 ...................................................................................... 1511

(i) Element 51(a) ............................................................................................ 1511

(ii) Obviousness ............................................................................................. 1512

3. The '494 Patent Is Invalid ........................................................................ 1514

a. '494 Patent, Claim 1 ................................................................................. 1514

(i) Element 1(p) ............................................................................................. 1514

(ii) Element 1(a) ............................................................................................ 1515

(iii) Element 1(b) ........................................................................................... 1515

(iv) Element 1(c) ........................................................................................... 1515

(v) Element 1(d) ............................................................................................ 1515

(vi) Element 1(e) ........................................................................................... 1515

(vii) Element 1(f) .......................................................................................... 1516

(viii) Obviousness ......................................................................................... 1516

b. '494 Patent, Claim 4 ................................................................................. 1517

(i) Element 4(a) ............................................................................................. 1517

(ii) Obviousness ............................................................................................. 1517

c. '494 Patent, Claim 5 ................................................................................. 1518

(i) Element 5(a) ............................................................................................. 1518

(ii) Obviousness ............................................................................................. 1518

d. '494 Patent, Claim 11 ............................................................................... 1519

(i) Element 11(p) ........................................................................................... 1519

(ii) Element 11(a) .......................................................................................... 1519

(iii) Element 11(b) ......................................................................................... 1519

(iv) Element 11(c) ......................................................................................... 1520

(v) Element 11(d) .......................................................................................... 1520

(vi) Element 11(e) ......................................................................................... 1520

(vii) Element 11(f) ........................................................................................ 1520

(viii) Obviousness ......................................................................................... 1521

e. '494 Patent, Claim 17 ............................................................................... 1521

(i) Element 17(a) ........................................................................................... 1521

(ii) Obviousness ............................................................................................. 1522

f. '494 Patent, Claim 18 ................................................................................ 1522

(i) Element 18(p) ........................................................................................... 1522

(ii) Obviousness ............................................................................................. 1523

g. '494 Patent, Claim 20 ............................................................................... 1523

(i) Element 20(a) / Obviousness ................................................................... 1524

h. '494 Patent, Claim 21 ............................................................................... 1524

(i) Element 21(a) / Obviousness ................................................................... 1524

i. '494 Patent, Claim 22 ................................................................................ 1524

(i) Element 22(a) ........................................................................................... 1525

(ii) Obviousness ............................................................................................. 1525

j. '494 Patent, Claim 29 ................................................................................ 1525

(i) Element 29(p) ........................................................................................... 1526

(ii) Element 29(a) .......................................................................................... 1526

(iii) Element 29(b) ......................................................................................... 1526

(iv) Element 29(c) ................................................................................................ 1527
(v) Obviousness ................................................................................................... 1527
4. The '175 Patent Is Invalid ................................................................................ 1528
a. '175 Patent, Claim 8 ....................................................................................... 1528
(i) Element 8(p) ................................................................................................... 1528
(ii) Element 8(a) .................................................................................................. 1528
(iii) Element 8(b) ................................................................................................. 1529
(iv) Element 8(c) ................................................................................................. 1529
(v) Element 8(d) .................................................................................................. 1529
(vi) Element 8(e) ................................................................................................. 1529
(vii) Obviousness ................................................................................................. 1530
b. '175 Patent, Claim 11 ..................................................................................... 1548
(i) Element 11(p) ................................................................................................. 1549
(ii) Element 11(a) ................................................................................................ 1549
(iii) Element 11(b) ............................................................................................... 1549
(iv) Element 11(c) ............................................................................................... 1549
(v) Element 11(d) ................................................................................................ 1549
(vi) Element 11(e) ............................................................................................... 1550
(vii) Obviousness ................................................................................................. 1550
c. '175 Patent, Claim 12 ..................................................................................... 1551
(i) Element 12(a) ................................................................................................. 1551
(ii) Obviousness .................................................................................................. 1551
d. '175 Patent, Claim 13 ..................................................................................... 1552
(i) Element 13(a) ................................................................................................. 1552
(ii) Obviousness .................................................................................................. 1552
e. '175 Patent, Claim 15 ..................................................................................... 1553
(i) Element 15(a) ................................................................................................. 1553
(ii) Obviousness .................................................................................................. 1553
f. '175 Patent, Claim 16 ...................................................................................... 1554
(i) Element 16(a) ................................................................................................. 1554
(ii) Obviousness .................................................................................................. 1554
g. '175 Patent, Claim 17 ..................................................................................... 1555
(i) Element 17(p) ................................................................................................. 1555
(ii) Element 17(a) ................................................................................................ 1556
(iii) Element 17(b) ............................................................................................... 1556
(iv) Element 17(c) ............................................................................................... 1556
(v) Element 17(d) ................................................................................................ 1556
(vi) Element 17(e) ............................................................................................... 1557
(vii) Obviousness ................................................................................................. 1557
F. Muscle Fish "Conti" System ........................................................................... 1557
1. The '472 Patent Is Invalid ................................................................................ 1557
a. '472 Patent, Claim 3 ....................................................................................... 1558
(i) Element 3(p) – 3(h) ........................................................................................ 1559
(ii) Element 3(p) .................................................................................................. 1569

(iii) Element 3(a) ........................................................................................................ 1587
(iv) Element 3(b) ....................................................................................................... 1598
(v) Element 3(c) ........................................................................................................ 1609
(vi) Element 3(d) ...................................................................................................... 1627
(vii) Element 3(e) ...................................................................................................... 1644
(viii) Element 3(f) ..................................................................................................... 1662
(ix) Element 3(g) ....................................................................................................... 1680
(x) Element 3(h) ........................................................................................................ 1685
(xi) Obviousness ........................................................................................................ 1689
b. '472 Patent, Claim 4 ............................................................................................. 1703
(i) Element 4(a) − 4(b) .............................................................................................. 1703
(ii) Element 4(a) ........................................................................................................ 1704
(iii) Element 4(b) ....................................................................................................... 1708
(iv) Obviousness ........................................................................................................ 1712
c. '472 Patent, Claim 8 ............................................................................................. 1716
(i) Element 8(p) = 8(h) ............................................................................................. 1717
(ii) Element 8(p) ........................................................................................................ 1718
(iii) Element 8(a) ....................................................................................................... 1736
(iv) Element 8(b) ....................................................................................................... 1758
(v) Element 8(c) ........................................................................................................ 1776
(vi) Element 8(d) ...................................................................................................... 1794
(vii) Element 8(e) ...................................................................................................... 1812
(viii) Element 8(f) ..................................................................................................... 1830
(ix) Element 8(g) ....................................................................................................... 1834
(x) Obviousness ......................................................................................................... 1842
d. '472 Patent, Claim 11 ........................................................................................... 1856
(i) Element 11(p) − 11(f) .......................................................................................... 1856
(ii) Element 11(a) ...................................................................................................... 1878
(iii) Element 11(b) ..................................................................................................... 1889
(iv) Element 11(c) ..................................................................................................... 1900
(v) Element 11(d) ...................................................................................................... 1918
(vi) Element 11(e) ...................................................................................................... 1954
(vii) Element 11(f) ..................................................................................................... 1972
(viii) Obviousness ...................................................................................................... 1990
2. '700 Patent Is Invalid ........................................................................................... 2000
a. '700 Patent, Claim 1 ............................................................................................. 2000
(i) Element 1(p) − 1(f) .............................................................................................. 2001
(ii) Obviousness ........................................................................................................ 2002
b. '700 Patent, Claim 6 ............................................................................................. 2003
(i) Element 6(a) ......................................................................................................... 2003
(ii) Obviousness ........................................................................................................ 2003
c. '700 Patent, Claim 7 ............................................................................................. 2004
(i) Element 7(a) ......................................................................................................... 2004
(ii) Obviousness ........................................................................................................ 2004

d. '700 Patent, Claim 8 ................................................................................. 2005
(i) Element 8(a) ........................................................................................... 2005
(ii) Obviousness ........................................................................................... 2005
e. '700 Patent, Claim 10 ............................................................................... 2006
(i) Element 10(p) / Obviousness ................................................................. 2006
f. '700 Patent, Claim 11 ............................................................................... 2014
(i) Element 11(a) / Obviousness ................................................................. 2015
g. '700 Patent, Claim 40 ............................................................................... 2023
(i) Element 40(p) ......................................................................................... 2024
(ii) Element 40(a) ........................................................................................ 2024
(iii) Element 40(b) ....................................................................................... 2024
(iv) Element 40(c) ....................................................................................... 2024
(v) Element 40(d) ........................................................................................ 2025
(vi) Element 40(e) ....................................................................................... 2025
(vii) Element 40(f) ...................................................................................... 2025
a. Obviousness ............................................................................................. 2025
h. '700 Patent, Claim 49 ............................................................................... 2026
(i) Element 49(a) / Obviousness ................................................................. 2026
i. '700 Patent, Claim 50 ............................................................................... 2028
(i) Element 50(a) / Obviousness ................................................................. 2028
j. '700 Patent, Claim 51 ............................................................................... 2029
(i) Element 51(p) ......................................................................................... 2030
(ii) Obviousness ........................................................................................... 2030
3. The '494 Patent Is Invalid ....................................................................... 2032
a. '494 Patent, Claim 1 ............................................................................... 2032
(i) Element 1(p) ........................................................................................... 2033
(ii) Element 1(a) .......................................................................................... 2033
(iii) Element 1(b) ......................................................................................... 2034
(iv) Element 1(c) ......................................................................................... 2034
(v) Element 1(d) .......................................................................................... 2034
(vi) Element 1(e) ......................................................................................... 2034
(vii) Element 1(f) ........................................................................................ 2034
(viii) Element 1(f) ....................................................................................... 2035
b. '494 Patent, Claim 4 ............................................................................... 2035
(i) Element 4(a) ........................................................................................... 2035
c. '494 Patent, Claim 5 ............................................................................... 2036
(i) Element 5(b) ........................................................................................... 2036
(ii) Obviousness ........................................................................................... 2037
d. '494 Patent, Claim 11 ............................................................................. 2037
(i) Element 11(p) ......................................................................................... 2038
(ii) Element 11(a) ........................................................................................ 2038
(iii) Element 11(b) ....................................................................................... 2038
(iv) Element 11(c) ....................................................................................... 2038
(v) Element 11(d) ........................................................................................ 2039

(vi) Element 11(e) ............................................................................................................... 2039

(vii) Element 11(f) .............................................................................................................. 2039

(viii) Obviousness ............................................................................................................... 2039

e. '494 Patent, Claim 17 ...................................................................................................... 2040

(i) Element 17(a) ................................................................................................................. 2040

(ii) Obviousness .................................................................................................................. 2040

f. '494 Patent, Claim 18 ....................................................................................................... 2041

(i) Element 18(a) ................................................................................................................. 2041

(ii) Obviousness .................................................................................................................. 2041

g. '494 Patent, Claim 20 ...................................................................................................... 2042

(i) Element 20(a) / Obviousness .......................................................................................... 2042

h. '494 Patent, Claim 21 ...................................................................................................... 2042

(i) Element 21(a) / Obviousness .......................................................................................... 2043

i. '494 Patent, Claim 22 ....................................................................................................... 2043

(i) Element 22(a) ................................................................................................................. 2043

(ii) Obviousness .................................................................................................................. 2044

j. '494 Patent, Claim 29 ....................................................................................................... 2044

(i) Element 29(p) ................................................................................................................. 2044

(ii) Element 29(a) ................................................................................................................ 2045

(iii) Element 29(b) ............................................................................................................... 2045

(iv) Element 29(c) ............................................................................................................... 2045

(v) Obviousness .................................................................................................................. 2046

4. The '175 Patent Is Invalid ............................................................................................... 2046

a. '175 Patent, Claim 8 ........................................................................................................ 2046

(i) Element 8(p) ................................................................................................................... 2047

(ii) Element 8(a) .................................................................................................................. 2047

(iii) Element 8(b) ................................................................................................................. 2047

(iv) Element 8(c) ................................................................................................................. 2047

(v) Element 8(d) .................................................................................................................. 2048

(vi) Element 8(e) ................................................................................................................. 2048

(vii) Obviousness ................................................................................................................ 2048

b. '175 Patent, Claim 11 ...................................................................................................... 2066

(i) Element 11(p) ................................................................................................................. 2067

(ii) Element 11(a) ................................................................................................................ 2067

(iii) Element 11(b) ............................................................................................................... 2067

(iv) Element 11(c) ............................................................................................................... 2067

(v) Element 11(d) ................................................................................................................ 2068

(vi) Element 11(e) ............................................................................................................... 2068

(vii) Obviousness ................................................................................................................ 2068

c. '175 Patent, Claim 12 ...................................................................................................... 2069

(i) Element 12(a) ................................................................................................................. 2069

(ii) Obviousness .................................................................................................................. 2069

d. '175 Patent, Claim 13 ...................................................................................................... 2070

(i) Element 13(a) ................................................................................................................. 2070

(ii) Obviousness ................................................................................................... 2070

e. '175 Patent, Claim 15 ...................................................................................... 2071

(i) Element 15(a) .................................................................................................. 2071

(ii) Obviousness ................................................................................................... 2072

f. '175 Patent, Claim 16 ....................................................................................... 2072

(i) Element 16(a) .................................................................................................. 2072

(ii) Obviousness ................................................................................................... 2073

g. '175 Patent, Claim 17 ...................................................................................... 2073

(i) Element 17(p) .................................................................................................. 2074

(ii) Element 17(a) ................................................................................................. 2074

(iii) Element 17(b) ................................................................................................ 2074

(iv) Element 17(c) ................................................................................................ 2074

(v) Element 17(d) ................................................................................................. 2075

(vi) Element 17(e) ................................................................................................ 2075

(vii) Obviousness ................................................................................................. 2075

G. Audible Magic Clango/Amadeus/Wired Air Technology .............................. 2076

1. The '472 Patent Is Invalid ............................................................................... 2076

a. '472 Patent, Claim 3 ........................................................................................ 2077

(i) Element 3(p) − 3(h) ........................................................................................ 2077

(ii) Additional Detail Regarding Disclosure Of Elements3(p) − 3(h) ................ 2098

Element 3(a) ......................................................................................................... 2102

Element 3(b) ......................................................................................................... 2111

Element 3(c) ......................................................................................................... 2123

Element 3(d) ......................................................................................................... 2135

Element 3(e) ......................................................................................................... 2144

Element 3(f) .......................................................................................................... 2154

Element 3(g) ......................................................................................................... 2173

Element 3(h) ......................................................................................................... 2190

(iii) Obviousness ................................................................................................... 2207

b. '472 Patent, Claim 4 ........................................................................................ 2225

(i) Element 4(a) .................................................................................................... 2225

(i) Element 4(b) .................................................................................................... 2248

(ii) Obviousness ................................................................................................... 2275

c. '472 Patent, Claim 8 ........................................................................................ 2279

(i) Element 8(a) − 8(h) ........................................................................................ 2280

Element 8(p) ......................................................................................................... 2281

Element 8(a) ......................................................................................................... 2285

Element 8(b) ......................................................................................................... 2298

Element 8(c) ......................................................................................................... 2310

Element 8(d) ......................................................................................................... 2319

Element 8(e) ......................................................................................................... 2329

Element 8(f) .......................................................................................................... 2347

Element 8(g) ......................................................................................................... 2370

Element 8(h) ......................................................................................................... 2387

(ii) Obviousness .................................................................................. 2404

d. '472 Patent, Claim 11 ................................................................... 2422

Element 11(p) ..................................................................................... 2423

Element 11(a) ..................................................................................... 2423

Element 11(b) ..................................................................................... 2423

Element 11(c) ..................................................................................... 2424

Element 11(d) ..................................................................................... 2424

Element 11(e) ..................................................................................... 2424

Element 11(f) ...................................................................................... 2425

Claim 11(p) ........................................................................................ 2425

Claim 11(a) ........................................................................................ 2429

Claim 11(b) ........................................................................................ 2442

Claim 11(c) ........................................................................................ 2465

Claim 11(d) ........................................................................................ 2476

Claim 11(e) ........................................................................................ 2495

Claim 11(f) ......................................................................................... 2514

Obviousness ....................................................................................... 2529

2. The '700 Patent Is Invalid ............................................................ 2541

a. '700 Patent, Claim 1 .................................................................... 2541

(i) Element 1(a) – 1(f) ....................................................................... 2542

(ii) Obviousness ................................................................................. 2549

b. '700 Patent, Claim 6 .................................................................... 2549

(i) Element 6(a) .................................................................................. 2549

(ii) Obviousness ................................................................................. 2550

c. '700 Patent, Claim 7 .................................................................... 2550

(i) Element 7(a) .................................................................................. 2550

(ii) Obviousness ................................................................................. 2551

d. '700 Patent, Claim 8 .................................................................... 2555

(i) Element 8(a) .................................................................................. 2555

(ii) Obviousness ................................................................................. 2556

e. '700 Patent, Claim 10 .................................................................. 2556

(i) Element 10(a) ................................................................................ 2557

(ii) Obviousness ................................................................................. 2562

f. '700 Patent, Claim 11 ................................................................... 2571

(i) Element 11(a) ................................................................................ 2571

a. Obviousness .................................................................................... 2577

g. '700 Patent, Claim 40 .................................................................. 2586

Element 40(p) ..................................................................................... 2586

Element 40(a) ..................................................................................... 2586

Element 40(b) ..................................................................................... 2586

Element 40(c) ..................................................................................... 2587

Element 40(d) ..................................................................................... 2587

Element 40(e) ..................................................................................... 2587

Element 40(f) ...................................................................................... 2587

Obviousness ................................................................................................................ 2587

h. '700 Patent, Claim 49 ........................................................................................... 2588

i. '700 Patent, Claim 50 ............................................................................................ 2588

j. '700 Patent, Claim 51 ............................................................................................ 2589

Obviousness ................................................................................................................ 2617

3. The '494 Patent Is Invalid .................................................................................... 2621

a. '494 Patent, Claim 1 .............................................................................................. 2622

Element 1(p) ............................................................................................................... 2622

Element 1(a) ............................................................................................................... 2622

Element 1(b) ............................................................................................................... 2622

Element 1(c) ............................................................................................................... 2623

Element 1(d) ............................................................................................................... 2623

Element 1(e) ............................................................................................................... 2623

Element 1(f) ................................................................................................................ 2623

Obviousness ................................................................................................................ 2624

b. '494 Patent, Claim 4 .............................................................................................. 2624

Claim 4(a) .................................................................................................................. 2624

Obviousness ................................................................................................................ 2624

c. '494 Patent, Claim 5 .............................................................................................. 2625

Claim 5(a) .................................................................................................................. 2625

Obviousness ................................................................................................................ 2625

d. '494 Patent, Claim 11 ............................................................................................ 2626

Element 11(p) ............................................................................................................. 2626

Element 11(a) ............................................................................................................. 2626

Element 11(b) ............................................................................................................. 2627

Element 11(c) ............................................................................................................. 2627

Element 11(d) ............................................................................................................. 2627

Element 11(e) ............................................................................................................. 2627

Element 11(f) .............................................................................................................. 2627

Obviousness ................................................................................................................ 2628

e. '494 Patent, Claim 17 ............................................................................................ 2628

Element 17(a) ............................................................................................................. 2628

Obviousness ................................................................................................................ 2629

f. '494 Patent, Claim 18 ............................................................................................. 2629

Element 18(a) ............................................................................................................. 2629

Obviousness ................................................................................................................ 2630

g. '494 Patent, Claim 20 ............................................................................................ 2630

Element 20(a) ............................................................................................................. 2630

Obviousness ................................................................................................................ 2631

h. '494 Patent, Claim 21 ............................................................................................ 2631

Element 21(a) ............................................................................................................. 2631

Obviousness ................................................................................................................ 2631

i. '494 Patent, Claim 22 ............................................................................................. 2632

Element 22(a) ............................................................................................................. 2632

Obviousness ................................................................................................ 2632

j. '494 Patent, Claim 29 ............................................................................ 2632

Element 29(p) ............................................................................................ 2633

Element 29(a) ............................................................................................ 2633

Element 29(b) ............................................................................................ 2633

Element 29(c) ............................................................................................ 2634

Obviousness ................................................................................................ 2634

4. The '175 Patent Is Invalid ...................................................................... 2634

a. '175 Patent, Claim 8 .............................................................................. 2634

Element 8(p) .............................................................................................. 2635

Element 8(a) .............................................................................................. 2635

Element 8(b) .............................................................................................. 2635

Element 8(c) .............................................................................................. 2635

Element 8(d) .............................................................................................. 2636

Element 8(e) .............................................................................................. 2636

Obviousness ................................................................................................ 2637

b. '175 Patent, Claim 11 ............................................................................ 2655

Element 11(p) ............................................................................................ 2655

Element 11(a) ............................................................................................ 2655

Element 11(b) ............................................................................................ 2655

Element 11(c) ............................................................................................ 2656

Element 11(d) ............................................................................................ 2656

Element 11(e) ............................................................................................ 2656

Obviousness ................................................................................................ 2656

c. '175 Patent, Claim 12 ............................................................................ 2657

Element 12(a) ............................................................................................ 2657

Obviousness ................................................................................................ 2657

d. '175 Patent, Claim 13 ............................................................................ 2658

Element 13(a) ............................................................................................ 2658

Obviousness ................................................................................................ 2658

e. '175 Patent, Claim 15 ............................................................................ 2659

Element 15(a) ............................................................................................ 2659

Obviousness ................................................................................................ 2659

f. '175 Patent, Claim 16 ............................................................................ 2660

Element 16(b) ............................................................................................ 2660

Obviousness ................................................................................................ 2661

g. '175 Patent, Claim 17 ............................................................................ 2661

Element 17(p) ............................................................................................ 2661

Element 17(a) ............................................................................................ 2662

Element 17(b) ............................................................................................ 2662

Element 17(c) ............................................................................................ 2662

Element 17(d) ............................................................................................ 2662

Element 17(e) ............................................................................................ 2662

Obviousness ................................................................................................ 2663

H. Muscle Fish Digital Generations Product ............................................................... 2663
1. The '472 Patent Is Invalid ............................................................... 2663
a. '472 Patent, Claim 3 ............................................................... 2664
Element 3(p) ............................................................... 2665
Element 3(a) ............................................................... 2683
Element 3(b) ............................................................... 2702
Element 3(c) ............................................................... 2721
Element 3(d) ............................................................... 2740
Element 3(e) ............................................................... 2759
Element 3(f) ............................................................... 2778
Element 3(g) ............................................................... 2797
Element 3(h) ............................................................... 2816
Obviousness ............................................................... 2835
b. '472 Patent, Claim 4 ............................................................... 2846
Element 4(a) ............................................................... 2846
Element 4(b) ............................................................... 2865
Obviousness ............................................................... 2884
c. '472 Patent, Claim 8 ............................................................... 2887
Element 8(p) ............................................................... 2888
Element 8(a) ............................................................... 2907
Element 8(b) ............................................................... 2926
Element 8(c) ............................................................... 2945
Element 8(d) ............................................................... 2964
Element 8(e) ............................................................... 2983
Element 8(f) ............................................................... 3002
Element 8(g) ............................................................... 3021
Element 8(h) ............................................................... 3040
Obviousness ............................................................... 3059
d. '472 Patent, Claim 11 ............................................................... 3070
Element 11(p) ............................................................... 3070
Element 11(a) ............................................................... 3089
Element 11(b) ............................................................... 3108
Element 11(c) ............................................................... 3127
Element 11(d) ............................................................... 3146
Element 11(e) ............................................................... 3165
Element 11(f) ............................................................... 3184
Obviousness ............................................................... 3203
2. The '700 Patent Is Invalid ............................................................... 3210
a. '700 Patent, Claim 1 ............................................................... 3210
Element 1(p) ............................................................... 3211
Element 1(a) ............................................................... 3211
Element 1(b) ............................................................... 3211
Element 1(c) ............................................................... 3211
Element 1(d) ............................................................... 3212

Element 1(e) .......................................................................................................... 3212
Element 1(f) .......................................................................................................... 3212
Obviousness .......................................................................................................... 3212
b. '700 Patent, Claim 6 ........................................................................................ 3213
Element 6(a) ......................................................................................................... 3213
Obviousness .......................................................................................................... 3213
c. '700 Patent, Claim 7 ......................................................................................... 3214
Element 7(a) ......................................................................................................... 3214
Obviousness .......................................................................................................... 3214
d. '700 Patent, Claim 8 ......................................................................................... 3215
Element 8(a) ......................................................................................................... 3215
Obviousness .......................................................................................................... 3215
e. '700 Patent, Claim 10 ....................................................................................... 3216
Obviousness .......................................................................................................... 3216
f. '700 Patent, Claim 11 ........................................................................................ 3224
Obviousness .......................................................................................................... 3225
g. '700 Patent, Claim 40 ....................................................................................... 3233
Element 40(p) ....................................................................................................... 3234
Element 40(a) ....................................................................................................... 3234
Element 40(b) ....................................................................................................... 3234
Element 40(c) ....................................................................................................... 3234
Element 40(d) ....................................................................................................... 3234
Element 40(e) ....................................................................................................... 3234
Element 40(f) ........................................................................................................ 3235
Obviousness .......................................................................................................... 3235
h. '700 Patent, Claim 49 ....................................................................................... 3235
Obviousness .......................................................................................................... 3236
Obviousness .......................................................................................................... 3237
j. '700 Patent, Claim 51 ........................................................................................ 3238
Element 51(a) ....................................................................................................... 3238
Obviousness .......................................................................................................... 3246
3. The '494 Patent Is Invalid ................................................................................ 3248
a. '494 Patent, Claim 1 ......................................................................................... 3248
Element 1(p) ......................................................................................................... 3248
Element 1(a) ......................................................................................................... 3248
Element 1(b) ......................................................................................................... 3249
Element 1(c) ......................................................................................................... 3249
Element 1(d) ......................................................................................................... 3249
Element 1(e) ......................................................................................................... 3249
Element 1(f) .......................................................................................................... 3249
Obviousness .......................................................................................................... 3250
b. '494 Patent, Claim 4 ......................................................................................... 3250
Element 4(a) ......................................................................................................... 3250
Obviousness .......................................................................................................... 3251

c. '494 Patent, Claim 5 .................................................................................... 3251

Element 5(a) ............................................................................................... 3251

Obviousness ............................................................................................... 3252

d. '494 Patent, Claim 11 .................................................................................. 3252

Element 11(p) ............................................................................................. 3253

Element 11(a) ............................................................................................. 3253

Element 11(b) ............................................................................................. 3253

Element 11(c) ............................................................................................. 3253

Element 11(d) ............................................................................................. 3253

Element 11(e) ............................................................................................. 3254

Element 11(f) .............................................................................................. 3254

Obviousness ............................................................................................... 3254

e. '494 Patent, Claim 17 .................................................................................. 3255

Element 17(a) ............................................................................................. 3255

Obviousness ............................................................................................... 3255

f. '494 Patent, Claim 18 ................................................................................... 3255

Element 18(a) i ........................................................................................... 3256

Obviousness ............................................................................................... 3256

g. '494 Patent, Claim 20 .................................................................................. 3257

h. '494 Patent, Claim 21 .................................................................................. 3257

i. '494 Patent, Claim 22 ................................................................................... 3258

Element 22(a) ............................................................................................. 3258

Obviousness ............................................................................................... 3258

j. '494 Patent, Claim 29 ................................................................................... 3259

4. The '175 Patent Is Invalid ............................................................................. 3260

a. '175 Patent, Claim 8 .................................................................................... 3260

Element 8(p) ............................................................................................... 3261

Element 8(a) ............................................................................................... 3261

Element 8(b) ............................................................................................... 3261

Element 8(c) ............................................................................................... 3261

Element 8(d) ............................................................................................... 3262

Element 8(e) ............................................................................................... 3262

Obviousness ............................................................................................... 3262

b. '175 Patent, Claim 11 .................................................................................. 3280

Element 11(p) ............................................................................................. 3281

Element 11(a) ............................................................................................. 3281

Element 11(b) ............................................................................................. 3281

Element 11(c) ............................................................................................. 3281

Element 11(d) ............................................................................................. 3281

Element 11(e) ............................................................................................. 3281

Obviousness ............................................................................................... 3282

c. '175 Patent, Claim 12 .................................................................................. 3282

Element 12(a) ............................................................................................. 3282

Obviousness ............................................................................................... 3283

d. '175 Patent, Claim 13 ........................................................................ 3283
Element 13(a) ........................................................................................ 3283
Obviousness ........................................................................................... 3284
e. '175 Patent, Claim 15 ......................................................................... 3284
Element 15(a) ........................................................................................ 3284
Obviousness ........................................................................................... 3285
f. '175 Patent, Claim 16 .......................................................................... 3285
Element 16(a) ........................................................................................ 3285
Obviousness ........................................................................................... 3286
g. '175 Patent, Claim 17 ......................................................................... 3286
Element 17(p) ........................................................................................ 3287
Element 17(a) ........................................................................................ 3287
Element 17(b) ........................................................................................ 3287
Element 17(c) ........................................................................................ 3287
Element 17(d) ........................................................................................ 3287
Element 17(e) ........................................................................................ 3288
Obviousness ........................................................................................... 3288
I. Lamb '050 And The RCS AirCheck System ...................................... 3288
1. The '472 Patent Is Invalid ................................................................ 3288
a. '472 Patent, Claim 3 ........................................................................... 3289
Element 3(p) .......................................................................................... 3289
Element 3(a) .......................................................................................... 3291
Element 3(b) .......................................................................................... 3294
Element 3(c) .......................................................................................... 3298
Element 3(d) .......................................................................................... 3300
Element 3(e) .......................................................................................... 3303
Element 3(f) ........................................................................................... 3303
Element 3(g) .......................................................................................... 3307
Element 3(h) .......................................................................................... 3309
Obviousness ........................................................................................... 3311
b. '472 Patent, Claim 4 ........................................................................... 3321
Element 4(a) .......................................................................................... 3321
Element 4(b) .......................................................................................... 3323
Obviousness ........................................................................................... 3325
c. '472 Patent, Claim 8 ........................................................................... 3328
Element 8(p) .......................................................................................... 3329
Element 8(a) .......................................................................................... 3329
Element 8(b) .......................................................................................... 3329
Element 8(c) .......................................................................................... 3329
Element 8(d) .......................................................................................... 3329
Element 8(e) .......................................................................................... 3329
Element 8(f) ........................................................................................... 3329
Element 8(g) .......................................................................................... 3330
Element 8(h) .......................................................................................... 3330

Obviousness ........................................................................................................ 3331

d. '472 Patent, Claim 11 .................................................................................... 3340

Element 11(p) .................................................................................................... 3341

Element 11(a) .................................................................................................... 3341

Element 11(b) .................................................................................................... 3341

Element 11(c) .................................................................................................... 3341

Element 11(d) .................................................................................................... 3341

Element 11(e) .................................................................................................... 3341

Element 11(f) .................................................................................................... 3342

Obviousness ........................................................................................................ 3342

2. The '700 Patent Is Invalid ............................................................................. 3349

a. '700 Patent, Claim 1 ..................................................................................... 3349

Element 1(p) .................................................................................................... 3349

Element 1(a) .................................................................................................... 3349

Element 1(b) .................................................................................................... 3350

Element 1(c) .................................................................................................... 3350

Element 1(d) .................................................................................................... 3350

Element 1(e) .................................................................................................... 3350

Element 1(f) .................................................................................................... 3350

Obviousness ........................................................................................................ 3351

b. '700 Patent, Claim 6 ..................................................................................... 3351

Element 6(a) .................................................................................................... 3351

Obviousness ........................................................................................................ 3352

c. '700 Patent, Claim 7 ..................................................................................... 3352

Element 7(a) .................................................................................................... 3352

Obviousness ........................................................................................................ 3353

d. '700 Patent, Claim 8 ..................................................................................... 3353

Element 8(a) .................................................................................................... 3353

Obviousness ........................................................................................................ 3354

e. '700 Patent, Claims 10 and 11 ...................................................................... 3354

Obviousness ........................................................................................................ 3354

f. '700 Patent, Claim 40 ..................................................................................... 3362

Element 40(p) .................................................................................................... 3363

Element 40(a) .................................................................................................... 3363

Element 40(b) .................................................................................................... 3363

Element 40(c) .................................................................................................... 3363

Element 40(d) .................................................................................................... 3363

Element 40(e) .................................................................................................... 3363

Element 40(f) .................................................................................................... 3364

Obviousness ........................................................................................................ 3364

g. '700 Patent, Claims 49 and 50 ...................................................................... 3364

Obviousness ........................................................................................................ 3365

h. '700 Patent, Claim 51 ..................................................................................... 3366

Element 51(a) .................................................................................................... 3366

Obviousness ........................................................................................................... 3368

3. The '494 Patent Is Invalid ................................................................................ 3370

a. '494 Patent, Claim 1 ........................................................................................ 3370

Element 1(p) ......................................................................................................... 3370

Element 1(a) ......................................................................................................... 3371

Element 1(b) ......................................................................................................... 3371

Element 1(c) ......................................................................................................... 3371

Element 1(d) ......................................................................................................... 3371

Element 1(e) ......................................................................................................... 3371

Element 1(f) .......................................................................................................... 3372

Obviousness ........................................................................................................... 3372

b. '494 Patent, Claim 4 ........................................................................................ 3372

Element 4(a) ......................................................................................................... 3373

Obviousness ........................................................................................................... 3373

c. '494 Patent, Claim 5 ........................................................................................ 3373

Element 5(a) ......................................................................................................... 3374

Obviousness ........................................................................................................... 3374

d. '494 Patent, Claim 11 ...................................................................................... 3374

Element 11(p) ....................................................................................................... 3375

Element 11(a) ....................................................................................................... 3375

Element 11(b) ....................................................................................................... 3375

Element 11(c) ....................................................................................................... 3375

Element 11(d) ....................................................................................................... 3376

Element 11(e) ....................................................................................................... 3376

Element 11(f) ........................................................................................................ 3376

Obviousness ........................................................................................................... 3376

e. '494 Patent, Claim 17 ...................................................................................... 3377

Element 17(a) ....................................................................................................... 3377

Obviousness ........................................................................................................... 3377

f. '494 Patent, Claim 18 ....................................................................................... 3378

Element 18(a) ....................................................................................................... 3378

Obviousness ........................................................................................................... 3378

g. '494 Patent, Claim 20 ...................................................................................... 3379

Obviousness ........................................................................................................... 3379

h. '494 Patent, Claim 21 ...................................................................................... 3379

Obviousness ........................................................................................................... 3379

i. '494 Patent, Claim 22 ....................................................................................... 3380

Element 22(a) ....................................................................................................... 3380

Obviousness ........................................................................................................... 3380

j. '494 Patent, Claim 29 ....................................................................................... 3381

Element 29(p) ....................................................................................................... 3381

Element 29(a) ....................................................................................................... 3381

Element 29(b) ....................................................................................................... 3381

Element 29(c) ....................................................................................................... 3382

Obviousness .................................................................................... 3382

4. The '175 Patent Is Invalid ........................................................ 3382

a. '175 Patent, Claim 8 ............................................................... 3382

Element 8(a) .................................................................................. 3383

Element 8(b) .................................................................................. 3383

Element 8(c) .................................................................................. 3383

Element 8(d) .................................................................................. 3384

Element 8(e) .................................................................................. 3384

Obviousness .................................................................................... 3384

b. '175 Patent, Claim 11 ............................................................. 3402

Element 11(a) ................................................................................ 3402

Element 11(b) ................................................................................ 3403

Element 11(c) ................................................................................ 3403

Element 11(d) ................................................................................ 3403

Element 11(e) ................................................................................ 3403

Obviousness .................................................................................... 3404

c. '175 Patent, Claim 12 ............................................................. 3404

Element 12(a) ................................................................................ 3404

Obviousness .................................................................................... 3405

d. '175 Patent, Claim 13 ............................................................. 3405

Element 13(a) ................................................................................ 3405

Obviousness .................................................................................... 3406

e. '175 Patent, Claim 15 ............................................................. 3406

Element 15(a) ................................................................................ 3406

Obviousness .................................................................................... 3407

f. '175 Patent, Claim 16 .............................................................. 3407

Element 16(a) ................................................................................ 3407

g. '175 Patent, Claim 17 ............................................................. 3408

Element 17(a) ................................................................................ 3408

Element 17(b) ................................................................................ 3409

Element 17(c) ................................................................................ 3409

Element 17(d) ................................................................................ 3409

Element 17(e) ................................................................................ 3409

J. Kenyon '752 ............................................................................... 3410

1. The '472 Patent Is Invalid ........................................................ 3410

a. '472 Patent, Claim 3 ............................................................... 3410

Element 3(p) .................................................................................. 3411

Element 3(a) .................................................................................. 3413

Element 3(b) .................................................................................. 3417

Element 3(c) .................................................................................. 3423

Element 3(d) .................................................................................. 3428

Element 3(e) .................................................................................. 3432

Element 3(f) ................................................................................... 3441

Element 3(g) .................................................................................. 3455

Element 3(h) ............................................................................................ 3458
Obviousness ............................................................................................ 3458
b. '472 Patent, Claim 4 .......................................................................... 3468
Element 4(a) ............................................................................................ 3468
Element 4(b) ............................................................................................ 3468
Obviousness ............................................................................................ 3469
c. '472 Patent, Claim 8 ........................................................................... 3472
Element 8(p) ............................................................................................ 3473
Element 8(a) ............................................................................................ 3473
Element 8(b) ............................................................................................ 3473
Element 8(c) ............................................................................................ 3473
Element 8(d) ............................................................................................ 3473
Element 8(e) ............................................................................................ 3473
Element 8(f) ............................................................................................. 3474
Element 8(g) ............................................................................................ 3474
Element 8(h) ............................................................................................ 3474
Obviousness ............................................................................................ 3475
d. '472 Patent, Claim 11 ........................................................................ 3484
Element 11(p) .......................................................................................... 3485
Element 11(a) .......................................................................................... 3489
Element 11(b) .......................................................................................... 3496
Element 11(c) .......................................................................................... 3496
Element 11(d) .......................................................................................... 3500
Element 11(e) .......................................................................................... 3501
Element 11(f) ........................................................................................... 3501
Obviousness ............................................................................................ 3506
2. The '700 Patent Is Invalid ................................................................. 3512
a. '700 Patent, Claim 1 ........................................................................... 3512
Element 1(p) ............................................................................................ 3513
Element 1(a) ............................................................................................ 3513
Element 1(b) ............................................................................................ 3513
Element 1(c) ............................................................................................ 3513
Element 1(d) ............................................................................................ 3514
Element 1(e) ............................................................................................ 3514
Element 1(f) ............................................................................................. 3514
Obviousness ............................................................................................ 3514
b. '700 Patent, Claim 6 ........................................................................... 3515
Element 6(a) ............................................................................................ 3515
Obviousness ............................................................................................ 3515
c. '700 Patent, Claim 7 ........................................................................... 3516
Element 7(a) ............................................................................................ 3516
Obviousness ............................................................................................ 3516
d. '700 Patent, Claim 8 ........................................................................... 3517
Element 8(a) ............................................................................................ 3517

Obviousness .................................................................................................................. 3517

e. '700 Patent, Claims 10 and 11 ............................................................................ 3518

Obviousness .................................................................................................................. 3518

f. '700 Patent, Claim 40 ............................................................................................ 3526

Element 40(p) .............................................................................................................. 3526

Element 40(a) .............................................................................................................. 3526

Element 40(b) .............................................................................................................. 3527

Element 40(c) .............................................................................................................. 3527

Element 40(d) .............................................................................................................. 3527

Element 40(e) .............................................................................................................. 3527

Element 40(f) .............................................................................................................. 3527

g. '700 Patent, Claims 49 and 50 ............................................................................ 3528

Obviousness .................................................................................................................. 3528

h. '700 Patent, Claim 51 .......................................................................................... 3530

Element 51(a) .............................................................................................................. 3530

Obviousness .................................................................................................................. 3530

3. The '494 Patent Is Invalid ..................................................................................... 3531

a. '494 Patent, Claim 1 .............................................................................................. 3532

Element 1(p) ................................................................................................................ 3532

Element 1(a) ................................................................................................................ 3532

Element 1(b) ................................................................................................................ 3532

Element 1(c) ................................................................................................................ 3533

Element 1(d) ................................................................................................................ 3533

Element 1(e) ................................................................................................................ 3533

Element 1(f) ................................................................................................................ 3533

Obviousness .................................................................................................................. 3534

b. '494 Patent, Claim 4 .............................................................................................. 3534

Element 4(a) ................................................................................................................ 3534

Obviousness .................................................................................................................. 3535

c. '494 Patent, Claim 5 .............................................................................................. 3535

Element 5(a) ................................................................................................................ 3535

Obviousness .................................................................................................................. 3535

d. '494 Patent, Claim 11 ............................................................................................ 3536

Element 11(p) .............................................................................................................. 3536

Element 11(a) .............................................................................................................. 3536

Element 11(b) .............................................................................................................. 3537

Element 11(c) .............................................................................................................. 3537

Element 11(d) .............................................................................................................. 3537

Element 11(e) .............................................................................................................. 3537

Element 11(f) .............................................................................................................. 3537

Obviousness .................................................................................................................. 3538

e. '494 Patent, Claim 17 ............................................................................................ 3538

Element 17(a) .............................................................................................................. 3538

Obviousness .................................................................................................................. 3539

f. '494 Patent, Claim 20 ...................................................... 3539

Obviousness ...................................................... 3539

g. '494 Patent, Claim 21 ...................................................... 3540

Obviousness ...................................................... 3540

h. '494 Patent, Claim 22 ...................................................... 3540

Element 22(a) ...................................................... 3540

Obviousness ...................................................... 3541

i. '494 Patent, Claim 29 ...................................................... 3541

Element 29(p) ...................................................... 3542

Element 29(a) ...................................................... 3542

Element 29(b) ...................................................... 3542

Element 29(c) ...................................................... 3542

Obviousness ...................................................... 3543

4. The '175 Patent Is Invalid ...................................................... 3543

a. '175 Patent, Claim 8 ...................................................... 3543

Element 8(a) ...................................................... 3544

Element 8(b) ...................................................... 3544

Element 8(c) ...................................................... 3544

Element 8(d) ...................................................... 3544

Element 8(e) ...................................................... 3544

Obviousness ...................................................... 3545

b. '175 Patent, Claim 11 ...................................................... 3563

Element 11(a) ...................................................... 3563

Element 11(b) ...................................................... 3563

Element 11(c) ...................................................... 3564

Element 11(d) ...................................................... 3564

Element 11(e) ...................................................... 3564

Obviousness ...................................................... 3564

c. '175 Patent, Claim 12 ...................................................... 3565

Element 12(a) ...................................................... 3565

Obviousness ...................................................... 3565

d. '175 Patent, Claim 13 ...................................................... 3566

Element 13(a) ...................................................... 3566

Obviousness ...................................................... 3566

e. '175 Patent, Claim 15 ...................................................... 3567

Element 15(a) ...................................................... 3567

Obviousness ...................................................... 3567

f. '175 Patent, Claim 16 ...................................................... 3568

Element 16(a) ...................................................... 3568

Obviousness ...................................................... 3569

g. '175 Patent, Claim 17 ...................................................... 3569

Element 17(a) ...................................................... 3569

Element 17(b) ...................................................... 3570

Element 17(c) ...................................................... 3570

Element 17(d) .................................................................................................. 3570
Element 17(e) .................................................................................................. 3570
Obviousness .................................................................................................... 3571
K. Jain ............................................................................................................ 3571
1. The '175 Patent Is Invalid ........................................................................ 3571
a. '175 Patent, Claim 8 ................................................................................. 3571
Element 8(a) .................................................................................................... 3572
Element 8(b) .................................................................................................... 3572
Element 8(c) .................................................................................................... 3577
Element 8(d) .................................................................................................... 3584
Element 8(e) i ................................................................................................. 3589
Obviousness .................................................................................................... 3596
b. '175 Patent, Claim 11 ............................................................................... 3598
Element 11(a) .................................................................................................. 3598
Element 11(b) .................................................................................................. 3599
Element 11(c) .................................................................................................. 3603
Element 11(d) .................................................................................................. 3610
Element 11(e) .................................................................................................. 3615
Obviousness .................................................................................................... 3630
c. '175 Patent, Claim 12 ............................................................................... 3631
Element 12(a) .................................................................................................. 3631
Obviousness .................................................................................................... 3632
d. '175 Patent, Claim 13 ............................................................................... 3633
e. '175 Patent, Claim 15 ............................................................................... 3633
f. '175 Patent, Claim 16 ............................................................................... 3635
g. '175 Patent, Claim 17 ............................................................................... 3636
L. Reasons to Combine Prior Art References ............................................... 3639
M. Secondary Considerations Relevant to Obviousness ............................... 3640
1. Whether or not the invention proceeded in a direction contrary to accepted wisdom in the field. ................ 3641
2. Whether or not there was long felt but unresolved need in the art that was satisfied by the invention. .................
.......................................................................................................................... ............ 3641
3. Whether or not others had tried but failed to make the invention. .................................................. 3641
4. Whether or not others copied the invention. ............................................................................ 3641
5. Whether or not the invention achieved any unexpected results. ..................................................... 3642
6. Whether or not the invention was praised by others. ................................................................. 3642
7. Whether or not others have taken licenses to use the invention. ................................................... 3643
8. Whether or not experts or those skilled in the art at the making of the invention expressed surprise or disbelief
regarding the invention. ................................................................................................... 3644
9. Whether or not products incorporating the invention have achieved commercial success. ........................... 3644
10. Whether or not others having ordinary skill in the field of the invention independently made the claimed
invention at about the same time the inventor made the invention. ................................................... 3644
N. Lack of Enablement And Written Description ........................................... 3645
"abstract" .................................................................................................... 3645
"abstract of a signal using selectable criteria" ........................................... 3653

"the comparing device identifies … an index of relatedness to said at least onequery signal for each of said at least two matching abstracts" ................................................................................................................ 3654

Differentiation between "versions" of a reference signal ................................................. 3656

"hashed abstract and/or digitally signed abstract" ........................................................... 3661

"psycho-acoustic model and a psycho-visual model" ...................................................... 3663

O. Indefiniteness ............................................................................................................... 3664

P. The Prior Invention of Thom Blum, Erling Wold, Doug Keislar and JimWheaton ...................................... 3665