IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
|    *Plaintiff,* | § | |
| | § | |
| v. | § | Case No. 6:12-cv-499 |
| | § | LEAD CASE |
| TEXAS INSTRUMENTS, INC. | § | |
|    *Defendant.* | § | |

## ORDER

The above-referenced case was referred to the undersigned United States Magistrate Judge for pre-trial purposes in accordance with 28 U.S.C. § 636. The following pending motion is before the Court:

**Emergency Opposed Motion to Modify the Scheduling Order (Docket Entry # 1938).**

The Court, having reviewed the motion and the response, is of the opinion the motion should be **GRANTED, as modified.** It is

**ORDERED** that the April 21, 2015 deadline for expert rebuttal reports is extended to **May 11, 2015.** It is further

**ORDERED** that the April 27, 2015 deadline for the filing of letter briefs regarding dispositive motions is extended to **May 18, 2015.** Finally, it is

**ORDERED** that the June 5, 2015 deadline to file dispositive and *Daubert* motions is extended to **June 15, 2015.**

**SIGNED** this 24th day of April, 2015.

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE