IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | Civil Action No. 6:12-CV-499-RWS-CMC |
| *Plaintiff*, | § | |
| | § | |
| v. | § | LEAD CASE |
| | § | |
| TEXAS INSTRUMENTS, INC., et al., | § | |
| | § | |
| *Defendants.* | § | |
| | § | |

**ORDER ON MOTION TO DISMISS DEFENDANTS MORPHOTRUST USA, INC. AND L-1 IDENTITY SOLUTIONS, INC. WITH PREJUDICE**

Having considered the Agreed Motion to Dismiss Defendants MorphoTrust USA, Inc. (now known as MorphoTrust USA, LLC) and L-1 Identity Solutions, Inc. with Prejudice, the Court finds that the motion should be GRANTED.

IT IS ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted between Plaintiff Blue Spike, LLC and Defendants MorphoTrust USA, Inc. and L-1 Identity Solutions, Inc. are hereby DISMISSED with prejudice.

Each party shall bear its own costs, expenses and attorneys' fees.

**SIGNED this 24th day of April, 2015.**

*/s/ Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE