# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | CASE NO. 6:12-cv-499-RWS-CMC |
| | § | |
| TEXAS INSTRUMENTS, INC., et al., | § | **LEAD CASE** |
| | § | |
| *Defendants.* | § | |
| | § | |
| BLUE SPIKE, LLC | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | CASE NO. 6:13-cv-89-RWS |
| vs. | § | |
| | § | **CONSOLIDATED CASE** |
| MORPHOTRAK, INC. AND SAFRAN USA, INC. | § | |
| | § | |
| *Defendant.* | § | |

## REQUEST FOR TERMINATION OF ELECTRONIC NOTICES

Come now Thomas R. Davis of the law firm of Morgan, Lewis & Bockius LLP and, pursuant to Local Rule CV 11(f), requests that the Clerk of this Court remove his name and all Morgan Lewis & Bockius attorneys, listed below, from the list of persons authorized to receive electronic notices in this case:

Thomas R. Davis - tdavis@morganlewis.com
Clay Erik Hawes - chawes@morganlewis.com
Daniel Johnson, Jr. - djohnson@morganlewis.com
Corey R Houmand - choumand@morganlewis.com
Dion M. Bergman - dbergman@morganlewis.com
Lindsey M. Shinn - lshinn@morganlewis.com

DB2/ 25906639.1

Dated:  May 5, 2015

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

*/s/ Thomas R. Davis*
Clay Erik Hawes
State Bar No. 24042543
chawes@morganlewis.com
Thomas R. Davis
State Bar No. 24055384
tdavis@morganlewis.com
1000 Louisiana Street, Suite 4000
Houston, Texas 77002
713.890.5000 Telephone
713.890.5001 Facsimile

Daniel Johnson, Jr. (*Admitted Pro Hac Vice*)
djohnson@morganlewis.com
MORGAN, LEWIS & BOCKIUS, LLP
One Market
Spear Street Tower
30th Floor
San Francisco, CA 94105
+1.415.442.1392 Telephone
+1.415.442.1001 Fax

Corey R Houmand (*Admitted Pro Hac Vice*)
choumand@morganlewis.com
Dion M. Bergman (*Admitted Pro Hac Vice*)
dbergman@morganlewis.com
Lindsey M. Shinn (*Admitted Pro Hac Vice*)
lshinn@morganlewis.com
MORGAN, LEWIS & BOCKIUS, LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306
650.843.4000
Fax: 650.843.4001
Email:

*ATTORNEYS FOR DEFENDANTS MORPHOTRAK, INC., MORPHOTRUST USA INC., SAFRAN USA, INC., AND L-1 IDENTITY SOLUTIONS, INC.*

- 3 -

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document has been served via the Court's CM/ECF system per Local Rule CV-5(a)(3) on May 5, 2015.

*/s/ Thomas R. Davis*
Thomas R. Davis
