IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>TEXAS INSTRUMENTS, INC. et al.,<br>    Defendants. | Civil Action No. 6:12-CV-499<br><br>(LEAD CASE)<br><br>JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>CBS INTERACTIVE INC.,<br>    Defendant. | Civil Action No. 6:13-CV-60<br><br>(CONSOLIDATED WITH 6:12-CV-499)<br><br>JURY TRIAL DEMANDED |

**STIPULATION OF DISMISSAL**

  Plaintiff Blue Spike, LLC, on the one hand, and defendant CBS Interactive Inc., on the other, have reached a settlement of the above-captioned matter and have agreed to dismiss the claims, counterclaims, and causes of action between them.

  Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Blue Spike, LLC stipulates to the dismissal with prejudice of all claims and causes of action asserted in this case against defendant CBS Interactive Inc., and defendant CBS Interactive Inc. stipulates to the dismissal with prejudice of all defenses asserted in this case against Blue Spike, LLC. The parties shall bear their own attorneys' fees, expenses and costs.

Dated:  May 8, 2015

/s/  Edward R. Reines
Edward R. Reines
Cal. Bar No. 135960 –
Admitted to E.D. Texas
Lead Attorney
edward.reines@weil.com
Byron Beebe
Cal. Bar No. 235179 –
Admitted to E.D. Texas
byron.beebe@weil.com
Andrew L. Perito
Cal. Bar No. 269995 –
Admitted to E.D. Texas
andrew.perito@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

*Attorneys for Defendant
CBS Interactive Inc.*

Respectfully submitted,

/s/ Randall T. Garteiser
Randall T. Garteiser
Texas Bar No. 24038912
rgarteiser@ghiplaw.com
Christopher A. Honea
Texas Bar No. 24059967
chonea@ghiplaw.com
Christopher S. Johns
Texas Bar No. 24044849
cjohns@ghiplaw.com
Kirk J. Anderson
California Bar No. 289043
Molly A. Jones
California Bar No. 301419
**Garteiser Honea, P.C.**
218 N. College Ave.
Tyler, Texas 75702
Telephone:  (903) 705-7420
Facsimile:  (888) 908-4400

*Attorneys for Blue Spike, LLC*