# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br>　　　　　Plaintiff,<br><br>vs.<br><br>TEXAS INSTRUMENTS, INC. et al.,<br>　　　　　Defendants. | Civil Action No. 6:12-CV-499<br><br>(LEAD CASE)<br><br>JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC,<br>　　　　　Plaintiff,<br><br>vs.<br><br>CBS INTERACTIVE INC.,<br>　　　　　Defendant. | Civil Action No. 6:13-CV-60<br><br>(CONSOLIDATED WITH 6:12-CV-499)<br><br>JURY TRIAL DEMANDED |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), recognizing the Stipulation of Dismissal filed by plaintiff Blue Spike, LLC and defendant CBS Interactive Inc. pursuant to a settlement of the above-captioned litigation between the parties, it is ordered as follows:

　　　　ORDERED that the claims asserted herein by plaintiff Blue Spike, LLC against defendant CBS Interactive Inc. be, and hereby are, dismissed with prejudice;

　　　　ORDERED that the defenses asserted herein by defendant CBS Interactive Inc. against plaintiff Blue Spike, LLC be, and hereby are, dismissed with prejudice; and

　　　　ORDERED that the parties shall bear their own attorneys' fees, expenses and costs.