# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **BLUE SPIKE, LLC,**<br><br>*Plaintiff,*<br><br>v.<br><br>**TEXAS INSTRUMENTS, INC.,** *et al.*,<br><br>*Defendants.* | Civil Action No. 12-CV-499-RWS-CMC<br><br>**LEAD CASE**<br><br>**JURY TRIAL DEMANDED** |
| **BLUE SPIKE, LLC,**<br><br>*Plaintiff,*<br><br>v.<br><br>**SPEECHPRO, INC., and SPEECH TECHNOLOGY CENTER, LLC,**<br><br>*Defendants.* | Civil Action No. 6:13-CV-59<br><br>**CONSOLIDATED CASE**<br><br>**JURY TRIAL DEMANDED** |

## ORDER OF DISMISSAL WITHOUT PREJUDICE OF SPEECHPRO, INC. AND SPEECH TECHNOLOGY CENTER, LLC

Pursuant to Fed. R. Civ. P. 41(a), recognizing the Agreed Motion to Dismiss filed by Plaintiff Blue Spike, LLC and Defendants SpeechPro, Inc. and Speech Technology Center, LLC:

**IT IS ORDERED** that the claims asserted herein by Plaintiff Blue Spike, LLC against Defendant be, and hereby are, dismissed without prejudice. The counterclaims and defenses asserted herein by Defendant against Plaintiff Blue Spike, LLC be, and hereby are, dismissed without prejudice. The parties shall bear their own attorney's fees, expenses and costs.

**SIGNED this 8th day of May, 2015.**

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE