UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Blue Spike, LLC<br><br>      Plaintiff,<br><br>v.<br><br>Texas Instruments, Inc., *et al.*,<br><br>      Defendants. | Case No. 6:12-CV-499-RWS-CMC<br><br>LEAD CASE<br><br>(Consolidated from 6:12-CV-526) |
| Blue Spike, LLC<br><br>      Plaintiff,<br><br>v.<br><br>Viggle Inc.,<br><br>      Defendant. | Case No. 6:12-CV-526<br><br>CONSOLIDATED CASE |

**ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a), recognizing the Stipulation of Dismissal filed by plaintiff Blue Spike, LLC and defendant Viggle Inc. pursuant to a settlement of the above-captioned litigation between the parties, it is ordered as follows:

ORDERED that the claims asserted herein by plaintiff Blue Spike, LLC against defendant Viggle Inc. be, and hereby are, dismissed with prejudice. It is ORDERED that all counterclaims and defenses asserted by Viggle Inc. against Blue Spike, LLC be, and hereby are, dismissed with prejudice. The parties shall bear their own attorneys' fees, expenses and costs.

**SIGNED this 8th day of May, 2015.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE