**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** | § § | **Civil Action No. 12-CV-499-RWS-CMC** |
| *Plaintiff*, | § § | |
| **v.** | § § | **LEAD CASE** |
| **TEXAS INSTRUMENTS, INC.,** *et al.*, | § § | **JURY TRIAL DEMANDED** |
| *Defendants*. | § § | |
| **BLUE SPIKE, LLC,** | § § | **Civil Action No. 6:13-CV-59** |
| *Plaintiff*, | § § | **CONSOLIDATED CASE** |
| **v.** | § § | **JURY TRIAL DEMANDED** |
| **SPEECHPRO, INC., and SPEECH TECHNOLOGY CENTER, LLC,** | § § § | |
| *Defendants*. | § § | |

## REQUEST FOR TERMINATION OF ELECTRONIC NOTICES

COMES NOW Anthony Meola of The Meola Firm PLLC, requests that the Clerk of this Court remove his name from the list of persons authorized to receive electronic notices in this case.

Dated:  May 11, 2015                                Respectfully submitted,


*/s/ Melissa R. Smith*
Melissa R. Smith
Texas State Bar No. 24001351
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, Texas 75670
Telephone:  (903) 934-8450
Facsimile:  (903) 934-9257
melissa@gillamsmithlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that counsel of record, who are deemed to have consented to electronic service in the above-referenced case, are being served this 11th day of May, 2015 with a copy of the above document via the Court's CM/ECF System.

<u>    /s/ Melissa R. Smith             </u>
Melissa R. Smith