# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, <br>     Plaintiff, <br><br> vs. <br><br> TEXAS INSTRUMENTS, INC. et al., <br>     Defendants. | § § § § § § § § § § | Civil Action No. 6:12-CV-499 <br><br> (LEAD CASE) <br><br> JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC, <br>     Plaintiff, <br><br> vs. <br><br> VIGGLE INC. <br>     Defendants. | § § § § § § § § § § § § § | Civil Action No. 6:12-CV-526 <br><br> (CONSOLIDATED WITH 6:12-CV-499) <br><br> JURY TRIAL DEMANDED |

## **NOTICE OF THE VIGGLE COUNSEL'S REQUEST TO STOP ECF NOTICES**

Our client, Defendant Viggle, Inc. ("Viggle") was formally dismissed from the above captioned cases on May 8, 2015 (Dkt. No. 1955 – Lead Case and Dkt. No. 22 – Consolidated Case), therefore, the Viggle counsel from Dunlap Codding PC, Jordan A. Sigale and the Viggle counsel from Loeb & Loeb, Laura A. Wytsma, Christopher M. Swickhamer and Lana H. Carnel hereby request that they stop receiving ECF notices from the Court.

1

Dated: May 20, 2015  Respectfully submitted,

By: */s/ Jordan A. Sigale*
Jordan A. Sigale
DUNLAP CODDING, P.C.
222 W. Merchandise Mart Plaza
Suite 1225
Chicago, IL  60654
Telephone:  312-651-6744
Facsimile:  312-546-6284
jsigale@dunlapcodding.com

Laura A. Wytsma
LOEB & LOEB LLP
10100 Santa Monica Blvd.
Suite 2200
Los Angeles, CA  90067-4164
Telephone:  312—282-2251
lwytsma@loeb.com

Christopher M. Swickhamer
Lana H. Carnel
LOEB & LOEB LLP
321 North Clark Street
Suite 2300
Chicago, IL  60654
Telephone:  312-464-3100
cswickhamer@loeb.com
lcarnel@loeb.com

***Attorneys for Defendant Viggle Inc.***

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served to all counsel of record via electronic mail this 20th day of May, 2015.

                                      */s/ Jordan A. Sigale* _____
                                      Jordan A. Sigale