# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>TEXAS INSTRUMENTS, INC.,<br><br>        Defendant.<br><br>BLUE SPIKE, LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>SMRTV, INC.,<br><br>        Defendant.<br><br>BLUE SPIKE, LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>THE NIELSEN COMPANY (US) LLC,<br><br>        Defendant. | Civil Action No. 6:12-CV-499 RWS<br><br>**JURY TRIAL DEMANDED** |

**UNOPPOSED MOTION TO WITHDRAW**
**DAVID M. LACY KUSTERS AS COUNSEL OF RECORD**

David M. Lacy Kusters of Fenwick & West LLP hereby withdraws as counsel for Defendants The Nielsen Company (US) LLC and SMRTV, Inc, ("Defendants") in the above-referenced action. David M. Lacy Kusters's name should be removed from electronic and other service lists herein. Fenwick & West will continue to represent Defendants.

Dated: May 21, 2015    FENWICK & WEST LLP

By: /s/ David M. Lacy Kusters
David M. Lacy Kusters
dlacykusters@fenwick.com

Bryan A. Kohm, CA Bar No.233276
(Admitted E.D. Texas)
David Lacy Kusters, CA Bar No.241335
(Admitted E.D. Texas)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, California 94104
Tel: (415) 874-2300
Fax: (415) 281-1350

Darren E. Donnelly, CA Bar No. 194335
(Admitted E.D. Texas)
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, California 94041
Tel: (650) 955-8500
Fax: (650) 983-5200

Attorneys for Defendants
The Nielsen Company (US) LLC and
SMRTV, Inc.

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that he has complied with L.R. 7(h) regarding this motion.  Plaintiff's counsel does not oppose to the filing of this motion

*/s/ David M. Lacy Kusters*
David M. Lacy Kusters

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on May 21, 2015.

*/s/ David M. Lacy Kusters*
David M. Lacy Kusters
