# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>TEXAS INSTRUMENTS, INC.,<br><br>        Defendant. | Civil Action No. 6:12-CV-499 RWS<br><br>**JURY TRIAL DEMANDED** |
| BLUE SPIKE, LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>SMRTV, INC.,<br><br>        Defendant. | |
| BLUE SPIKE, LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>THE NIELSEN COMPANY (US) LLC,<br><br>        Defendant. | |

**PROPOSED ORDER**

Having considered the unopposed Motion of David M. Lacy Kusters to withdraw as counsel of record for Defendants The Nielsen Company (US) LLC and SMRTV, Inc. in this matter, the motion is hereby GRANTED.

**IT IS SO ORDERED.**