UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § § | |
| *Plaintiff*, | § § | Case No. 6:12-cv-499-MHS |
| v. | § § | Lead Case |
| Texas Instruments, Inc. et al., | § § | Jury Trial Demanded |
| *Defendants*. | § § | |

**ORDER GRANTING BLUE SPIKE, LLC, BLUE SPIKE, INC., AND SCOTT MOSKOWITZ'S MOTION FOR SUMMARY JUDGMENT ON AUDIBLE MAGIC COUNTERCLAIMS 9-13 [DKT. 1438]**

On this day came to be considered Plaintiffs Blue Spike, LLC, Blue Spike, Inc., and Scott Moskowitz's Motion for Summary Judgment as to Audible Magic Corp.'s counterclaims 9-13. The Court is of the opinion that the Motion should be GRANTED; it is therefore,

ORDERED, ADJUDGED and DECREED that the Motion for Summary Judgment on Audible Magic's counterclaims 9-13 is hereby Granted. It is further ORDERED, ADJUDGED and DECREED that counterclaims 9-13 against Plaintiffs Blue Spike, LLC, Blue Spike, Inc., and Scott Moskowitz are hereby dismissed with prejudice.