UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § § § | |
| *Plaintiff,* | § § | CASE NO. 6:12-cv-499 MHS |
| v. | § § | LEAD CASE |
| TEXAS INSTRUMENTS, INC., et al., | § § § | Jury Trial Demanded |
| *Defendants.* | § § | |

### NOTICE OF ERRATA TO FILE EXHIBITS 1 – 11 TO MOTION FOR SUMMARY JUDGMENT UNDER SEAL LOCATED AT (DOCKET NUMBER 1963)

In compliance with the Modified Protective Order in this case, Counter Defendants Blue Spike LLC, Mr. Scott Moskowitz, and Blue Spike, Inc., file this Notice of Errata to file their 11 exhibits under seal filed to support their Motion for Summary Judgment on Audible Magic's Counterclaims 9-13, Dkt. 1963. Defendant Audible Magic has designated the deposition transcript "Confidential" and "Highly Confidential" under the Modified Protective Order, Dkt. 1562.

Under the authority of the Modified Protective Order, Section 1.A.6, Counter Defendants respectfully request that the Clerk of the Court file Exhibits 1-11 located at Docket Number 1963 under seal.
.

Respectfully Submitted,

/s/ Randall T. Garteiser
Randall Garteiser
Christopher A. Honea
Kirk J. Anderson
**GARTEISER HONEA PLLC**
119 W Ferguson, Tyler, TX 75702

(888) 908-4400 phone and fax
rgarteiser@ghiplaw.com
chonea@ghiplaw.com
kanderson@ghiplaw.com

***Counsel for Counter Defendants***
***Blue Spike LLC, Mr. Scott***
***Moskowitz, and Blue Spike, Inc.***

### CERTIFICATE OF AUTHORIZATION TO FILE UNDER SEAL

I certify that Exhibits 1-11, located at Docket Number 1963, are authorized to be filed under seal by the Modified Protective Order, Section 1.A.6, entered by the Court at Docket Number 1562.

/s/ Randall T. Garteiser
Randall T. Garteiser