IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **BLUE SPIKE, LLC** § | |
| § | |
| VS. § | **CIVIL ACTION NO. 6:12CV499** |
| § | |
| **TEXAS INSTRUMENTS, INC., ET AL.** § | |

| | |
|---|---|
| **BLUE SPIKE, LLC** § | |
| § | |
| VS. § | **CIVIL ACTION NO. 6:12CV594** |
| § | |
| **CBS INTERACTIVE. INC. and** § | |
| **LAST.FM LTD.** § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), recognizing the Stipulation of Dismissal filed by Blue Spike, LLC and defendant Last.fm Ltd. pursuant to a settlement of the above litigation between the parties, it is

**ORDERED** that the claims asserted herein by Blue Spike, LLC against defendant Last.fm Ltd. be, and hereby are, dismissed with prejudice; that the defenses asserted herein by defendant Last.fm Ltd. against Blue Spike, LLC be, and hereby are, dismissed with prejudice; and that the parties shall bear their own attorney's fees, expenses and costs.

**SIGNED this 29th day of May, 2015.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE