IN THE UNITED STATES DISTRICT COURT

OF THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| **BLUE SPIKE, LLC** | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 6:12CV499 |
| | § | |
| **TEXAS INSTRUMENTS, INC., ET AL.** | § | |

| | | |
|---|---|---|
| **BLUE SPIKE, LLC** | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 6:12CV594 |
| | § | (CONSOLIDATED WITH 6:12CV499) |
| **CBS INTERACTIVE. INC. and** | § | |
| **LAST.FM LTD.** | § | |

| | | |
|---|---|---|
| **BLUE SPIKE, LLC** | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 6:13CV60 |
| | § | (CONSOLIDATED WITH 6:12CV499) |
| **CBS INTERACTIVE. INC.** | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), recognizing the Stipulation of Dismissal filed by Blue Spike, LLC and defendant CBS Interactive, Inc. pursuant to a settlement of the above litigation between the parties, it is

**ORDERED** that the claims asserted herein by Blue Spike, LLC against defendant CBS Interactive, Inc. be, and hereby are, dismissed with prejudice;

**ORDERED** that the defenses asserted herein by defendant CBS Interactive, Inc. against Blue Spike, LLC be, and hereby are, dismissed with prejudice; and

**ORDERED** that the parties shall bear their own attorney's fees, expenses and costs.

**SIGNED this 29th day of May, 2015.**

                                                ROBERT W. SCHROEDER III
                                                UNITED STATES DISTRICT JUDGE