# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> TEXAS INSTRUMENTS, INC., § <br> § <br> Defendant. § <br> § | Civil Action No.: 6:12-cv-00499-RWS-CMC <br><br> JURY TRIAL DEMANDED |

**DEFENDANT AUDIBLE MAGIC CORPORATION'S NOTICE OF COMPLIANCE**

In compliance with the Court's Scheduling and Discovery Order (Dkt. No. 1332), Defendant Audible Magic Corporation files this Notice of reply letter brief requesting leave to file *Daubert* motion regarding Blue Spike's infringement expert, Dr. Ahmed Tewfik. A copy of the reply letter is attached hereto as Exhibit 1.

Dated: June 15, 2015

/s/ Eric H. Findlay
Eric H. Findlay (Texas Bar No. 00789886)
Walter W. Lackey, Jr. (Texas Bar No. 24050901)
FINDLAY CRAFT, P.C.
102 N. College Ave., Suite 900
Tyler, TX 75702
Telephone:  (903) 534-1100
Facsimile:   (903) 534-1137
efindlay@findlaycraft.com
wlackey@findlaycraft.com

I. Neel Chatterjee (admitted E.D. Texas)
Gabriel M. Ramsey (admitted E.D. Texas)
ORRICK, HERRINGTON & SUTCLIFFE, LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:  (650) 614-7400
Facsimile:  (650) 614-7401
gramsey@orrick.com

>nchatterjee@orrick.com
>
>Alyssa M. Caridis (admitted E.D. Texas)
>ORRICK, HERRINGTON & SUTCLIFFE, LLP
>777 S. Figueroa St.
>Suite 3200
>Los Angeles, CA 90017
>Telephone:  (213) 629-2020
>Facsimile:  (213) 612-2499
>acaridis@orrick.com
>
>Christopher J. Higgins
>ORRICK, HERRINGTON & SUTCLIFFE, LLP
>1152 15th Street, N.W.
>Washington, DC 20005-1706
>Telephone:  (202) 339-8400
>Facsimile:  (202) 339-8500
>chiggins@orrick.com
>
>*Counsel for Defendants Audible Magic, Corp., Facebook, Inc., Myspace LLC, Specific Media LLC, Photobucket.com, Inc., DailyMotion, Inc., DailyMotion S.A., SoundCloud, Inc., SoundCloud Ltd., Myxer, Inc., Qlipso, Inc., Qlipso Media Networks, Ltd., Yap.tv, Inc., GoMiso, Inc., iMesh, Inc., Metacafe, Inc., Boodabee Technologies, Inc., Zedge Holdings, Inc., Brightcove Inc., Coincident.TV, Inc., Accedo Broadband North America, Inc., Accedo Broadband AB, MediaFire, LLC, WiOffer LLC, and Harmonix Music Systems, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that the all counsel of record who are deemed to have consented to electronic service are being served on June 15, 2015, with a copy of this document *via* electronic mail.

>/s/ Eric H. Findlay
>Eric H. Findlay