IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **BLUE SPIKE, LLC** | § | |
| | § | |
| v. | § | No. 6:12cv499 |
| | § | **(LEAD CASE)** |
| **TEXAS INSTRUMENTS, INC., ET AL.** | § | |

## ORDER

Before the Court is Audible Magic Corporation's Emergency Motion to Enforce the Court's Scheduling Order (Docket Entry #1974). The Court, having been advised further resolution of the motion is no longer needed, is of the opinion the motion should be **DENIED AS MOOT**. Accordingly, it is

**ORDERED** that Audible Magic Corporation's Emergency Motion to Enforce the Court's Scheduling Order (Docket Entry #1974) is hereby **DENIED AS MOOT**.

**SIGNED** this 24th day of June, 2015.

_____
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE